**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR MAY 10, 2023 AT 10:30 A.M. (ET) BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[2]

---

**ZOOM INSTRUCTIONS:**

**This hearing will be conducted entirely over Zoom and requires all participants to register in advance.  COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJItduqqrjMiGmUxhAsfX4W9PR5RFKWGCeY

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

**PLEASE TAKE NOTICE** that, on May 8, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following voluntary petitions (the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and filed related pleadings with the Clerk of the United States Bankruptcy Court for the District of Delaware.  The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] All motions and other pleadings referenced herein are available free of charge by visiting the website maintained by the Debtors' proposed Claims and Noticing Agent, Omni Agent Solutions, at https://omniagentsolutions.com/Bittrex or by request to the Debtors' proposed counsel (Troy Bollman, paralegal, at tbollman@ycst.com).

30356211.1

**PETITIONS AND RELATED PLEADINGS**

1. **Voluntary Petitions**
   A. Desolation Holdings LLC [Case No. 23-10597]
   B. Bittrex, Inc. [Case No. 23-10598]
   C. Bittrex Malta Holdings Ltd. [Case No. 23-10599]
   D. Bittrex Malta Ltd. [Case No. 23-10600]

2. Declaration of Evan Hengel, Co-Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 11; 5/8/23]

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day pleadings (collectively, the "First Day Pleadings"), to the extent set forth below, is scheduled for **May 10, 2023 at 10:30 a.m. (ET)** (the "First Day Hearing") before The Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY PLEADINGS GOING FORWARD**

3. Debtors' Motion for Entry of an Order (I) Authorizing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2; 5/8/23]

   Status:     This matter will be going forward.

4. Debtors' Application for Entry of an Order Appointing Omni Agent Solutions as Claims and Noticing Agent, Effective as of the Petition Date [Docket No. 3; 5/8/23]

   Status:     This matter will be going forward.

5. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Serve Certain Parties by Email, and (II) Granting Related Relief [Docket No. 4; 5/8/23]

   Status:     This matter will be going forward on an interim basis.

6. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain a Consolidated List of Creditors, (B) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, and (C) Withhold or Omit Certain Confidential Information, (II) Establishing Procedures for Notifying the Parties of Commencement, and (III) Granting Related Relief [Docket No. 5; 5/8/23]

   Status:     This matter will be going forward on an interim basis.

7. Debtors' Motion for Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief [Docket No. 6; 5/8/23]

   Status:     This matter will be going forward.

8. Debtors' Motion for Entry of Interim and Final Orders to (I) Continue Employee Benefits Programs and (II) Grant Related Relief [Docket No. 7; 5/8/23]

    Status: This matter will be going forward on an interim basis.

9. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [Docket No. 8; 5/8/23]

    Status: This matter will be going forward on an interim basis.

10. Debtors' Motion for Entry of Interim and Final Orders: (A) Authorizing the Debtors to Incur Post-Petition Debt, (B) Granting Super-Priority Administrative Expense Claims, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 9; 5/8/23]

    Status: This matter will be going forward on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the First Day Hearing may do so by registering their Zoom appearance through the following link: https://debuscourts.zoomgov.com/meeting/register/vJItduqqrjMiGmUxhAsfX4W9PR5RFKWGCeY. After registering your appearance by Zoom, you will receive an email confirmation containing information about joining the hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

*[Remainder of page intentionally left blank]*

30356211.1

| | |
|---|---|
| Dated: May 9, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br><br>Susheel Kirpalani *(pending pro hac vice)*<br>Patricia B. Tomasco *(pending pro hac vice)*<br>Daniel Holzman *(pending pro hac vice)*<br>Alain Jaquet *(pending pro hac vice)*<br>Razmig Izakelian *(pending pro hac vice)*<br>Valerie Ramos (*pending pro hac vice*)<br>Joanna D. Caytas *(pending pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**PROPOSED COUNSEL FOR THE DEBTORS** |

30356211.1