# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| Desolation Holdings LLC, et al., | § | Case No. 23-10597 (BLS) |
| | § | |
| | § | (Joint Administration Pending) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Patricia B. Tomasco to represent Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Ltd., and Bittrex Malta Holdings Ltd. (the "Debtors") in this action.

/s/ Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Email: rbrady@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Patricia B. Tomasco
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Email: pattytomasco@quinnemanuel.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

11606-00001C/14066588.1