**EXHIBIT 1**

**BUDGET**

**Bittrex, Inc. and Other Debtor Entities**
*DIP Budget*
*$ in 000's*

| Fiscal Week | Wk 1 | Wk 2 | Wk 3 | Wk 4 | Wk 5 | Wk 6 | Wk 7 | Wk 8 | Wk 9 | Wk 10 | Wk 11 | Wk 12 | Wk 13 | Post-Pet. 13Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Month | May-23 | May-23 | May-23 | Jun-23 | Jun-23 | Jun-23 | Jun-23 | Jul-23 | Jul-23 | Jul-23 | Jul-23 | Jul-23 | Aug-23 | |
| Week Ending | 5/14/23 | 5/21/23 | 5/28/23 | 6/4/23 | 6/11/23 | 6/18/23 | 6/25/23 | 7/2/23 | 7/9/23 | 7/16/23 | 7/23/23 | 7/30/23 | 8/6/23 | |
| Fcst / Actual | Proj | Proj | Proj | Proj | Proj | Proj | Proj | Proj | Proj | Proj | Proj | Proj | Proj | Proj |
| | Post-Petition | | | | | | | | | | | | | |
| **I. Inflows** | | | | | | | | | | | | | | |
| 1.) Intercompany Receipts | - | 25 | 1,664 | 27 | 667 | 2,127 | 38 | 1,676 | 656 | 2,127 | 38 | 1,676 | (179) | 10,542 |
| 2.) Non-Operating Receipts | - | - | 98 | - | - | - | - | 98 | - | - | - | 98 | - | 295 |
| 3.) **Total Receipts** | - | 25 | 1,762 | 27 | 667 | 2,127 | 38 | 1,774 | 656 | 2,127 | 38 | 1,774 | (179) | 10,837 |
| **II. Operating Disbursements** | | | | | | | | | | | | | | |
| 4.) Intercompany Disbursements | (25) | (1,664) | (27) | (667) | (2,127) | (38) | (1,676) | (656) | (2,127) | (38) | (1,676) | 179 | (863) | (11,405) |
| 5.) Payroll, Taxes & Benefits | - | (202) | - | - | (128) | - | (202) | - | (128) | - | (202) | - | - | (862) |
| 6.) Rent / Leases / Occupancy | - | - | (216) | - | - | - | - | (216) | - | - | - | (216) | - | (649) |
| 7.) Software and Infrastructure | - | - | - | (40) | - | - | - | (47) | - | - | - | - | (41) | (128) |
| 8.) Ordinary Course Professionals | - | - | - | (840) | - | - | - | (640) | - | - | - | - | (655) | (2,135) |
| 9.) Other Operating Expenses | (25) | (25) | (25) | (64) | (25) | (25) | (25) | (64) | (25) | (25) | (25) | (25) | (64) | (442) |
| 10.) **Total Operating Disbursements** | (50) | (1,891) | (268) | (1,610) | (2,280) | (63) | (1,903) | (1,623) | (2,280) | (63) | (1,903) | (63) | (1,623) | (15,620) |
| **III. Non-Operating Costs** | | | | | | | | | | | | | | |
| 11.) Restructuring Costs | - | - | - | (288) | (50) | - | - | - | (481) | (1,554) | - | - | (635) | (3,007) |
| 12.) **Total Non-Operating Costs** | - | - | - | (288) | (50) | - | - | - | (481) | (1,554) | - | - | (635) | (3,007) |
| 13.) **Total Disbursements** | (50) | (1,891) | (268) | (1,899) | (2,330) | (63) | (1,903) | (1,623) | (2,761) | (1,616) | (1,903) | (63) | (2,258) | (18,628) |
| 14.) **Net Cash Flow** | (50) | (1,866) | 1,494 | (1,872) | (1,663) | 2,065 | (1,866) | 151 | (2,105) | 511 | (1,866) | 1,712 | (2,436) | (7,791) |
| **IV. Financing** | | | | | | | | | | | | | | |
| **Liquidity** | | | | | | | | | | | | | | |
| 15.) Beginning Cash Balance | 542 | 7,492 | 5,626 | 7,120 | 5,248 | 3,584 | 18,649 | 16,783 | 16,935 | 14,830 | 15,341 | 13,475 | 15,187 | 542 |
| 16.) Net Cash Flow | (50) | (1,866) | 1,494 | (1,872) | (1,663) | 2,065 | (1,866) | 151 | (2,105) | 511 | (1,866) | 1,712 | (2,436) | (7,791) |
| 17.) DIP Draw / (Paydown) | 7,000 | - | - | - | - | 13,000 | - | - | - | - | - | - | - | 20,000 |
| 18.) **Ending Cash Balance** | 7,492 | 5,626 | 7,120 | 5,248 | 3,584 | 18,649 | 16,783 | 16,935 | 14,830 | 15,341 | 13,475 | 15,187 | 12,751 | 12,751 |