**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

In re:                                                                              Chapter 11

Desolation Holdings, LLC, *et al.*,[1]                                 Case No. 23-10597

                        Debtor.                                           (Jointly Administered)

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of Endurance American Insurance Company ("Endurance") and pursuant to Bankruptcy Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures, as well as 1109(b) of the Bankruptcy Code, request that all notice given or required to be given, and all papers served in this Chapter 11 case, be delivered to, and served upon, the parties identified below at the following address:

| | |
|---|---|
| Lee E. Woodard, Esq. | Jason C. Powell, Esq. |
| Brian D. Roy, Esq. | The Powell Firm, LLC |
| Harris Beach PLLC | 1813 N. Franklin Street |
| 333 W. Washington Street, Suite 200 | P.O. Box 289 |
| Syracuse, New York 13202 | Wilmington, DE 19899 |
| Telephone: (315) 423-7100 | Telephone: (302)650-1572 |
| Email: bkemail@harrisbeach.com | Email: jpowell@delawarefirm.com |
|        broy@harrisbeach.com | |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referenced in the aforementioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service shall not be deemed to be a waiver of Endurance's right (1) to have final orders in no-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this bankruptcy case or any case, controversy, or proceeding related to this bankruptcy case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Endurance is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Endurance expressly reserves.

Dated: May 15, 2023   The Powell Firm, LLC

    */s/ Jason C. Powell*
Jason C. Powell, Esq. (No. 3768)
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
(302)650-1572
jpowell@delawarefirm.com

-and-

*/s/ Brian D. Roy*
Lee E. Woodard, Esq.
Brian D. Roy, Esq.
HARRIS BEACH PLLC
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: (315) 423-7100
Email: bkemail@harrisbeach.com
      broy@harrisbeach.com

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing.

       */s/ Jason C. Powell*
       Jason C. Powell, Esq. (No. 3768)