UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, ROOM 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
(302) 573-6491      FAX (302) 573-6497

| | |
|---|---|
| ANDREW T. VARA | JOSEPH J. MCMAHON, JR. |
| UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: SECTION 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTORS:** Desolation Holdings, LLC, e*t al.,* Case No. 23-10597 (BLS)

**CASE NOS:** 23-10597 thru 23-10600-BLS

**DATE:** Thursday, June 15, 2023

**TIME:** 10:30 a.m. (ET)

**LOCATION:** The meeting shall be held telephonically by calling 1-866-621-1355 - Passcode 7178157# and such meeting may be continued/adjourned to a later date. If so, such additional information will appear on the docket of the U.S. Bankruptcy Court.

By:   */s/Richard L. Schepacarter*
      Richard L. Schepacarter
      Trial Attorney

Dated: May 15, 2023

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**