# Notice Recipients

District/Off: 0311−1         User: admin                     Date Created: 5/16/2023
Case: 23−10597−BLS           Form ID: van472                 Total: 4

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee            USTPRegion03.WL.ECF@USDOJ.GOV
aty     Richard L. Schepacarter richard.schepacarter@usdoj.gov
aty     Robert S. Brady         bankfilings@ycst.com

                                                                             TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Desolation Holdings LLC    601 Bellevue Way NE    Suite 200    Bellevue, WA 98004

                                                                             TOTAL: 1