# EXHIBIT B

## Tomasco Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF PATRICIA TOMASCO IN SUPPORT OF THE
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF QUINN EMANUEL URQUHART &
SULLIVAN, LLP AS CO-COUNSEL FOR THE DEBTORS AND
THE DEBTORS IN POSSESSION**

The undersigned proposed attorney for Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") hereby submits the verified declaration of disinterestedness pursuant to Bankruptcy Rule 2014(a).

1. My names is Patricia Tomasco. I am over the age of 18 years. I am competent to make this declaration and I have personal knowledge of the facts stated herein. Each and every statement contained herein is true and correct.

2. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). Quinn Emanuel maintains offices in 14 U.S. cities and 18 international cities, including offices at 51 Madison Avenue, 22nd Floor, New York, New York 10010. Quinn

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Emanuel's main telephone number is 212.849.7000 and the main facsimile number is 212.849.7100.

3.        This declaration is submitted to support the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession* (the "Application") pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1, 2016-1, and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). This declaration is also intended to provide the disclosure of compensation required under section 329 of the Bankruptcy Code and Bankruptcy Rule 2016(b).

### QUINN EMANUEL'S QUALIFICATIONS AND SCOPE OF SERVICES

4.        On May 8, 2023, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors wish to retain Quinn Emanuel as bankruptcy co-counsel to represent them in these Chapter 11 Cases.  Quinn Emanuel's professionals have worked closely with the Debtors' management and have gained significant institutional knowledge about the Debtors' organization, financial affairs, and related matters.  The Debtors believe that Quinn Emanuel is uniquely well-qualified to represent the Debtors in these Chapter 11 Cases in an efficient and timely manner.

5.        The Debtors require knowledgeable counsel to render these critical professional services and Quinn Emanuel has substantial expertise in these areas as well as knowledge of the

factual and legal issues underlying the bankruptcy cases.  Subject to the Court's approval of this Application, Quinn Emanuel is willing to serve as the Debtors' co-counsel.

## NO DUPLICATION OF SERVICES

6.      I understand that the Debtors will retain various other restructuring professionals in these Chapter 11 Cases.  I also understand that the Debtors may also file further applications to employ additional counsel in these Chapter 11 Cases for particular purposes.  The Debtors, Quinn Emanuel, and other restructuring professionals have fully discussed Quinn Emanuel's role in these Chapter 11 Cases so as to avoid duplication of work.  Quinn Emanuel agrees to make reasonable efforts to avoid duplication of services by any other professionals employed by the Debtors.

## PROFESSIONAL COMPENSATION

7.      Quinn Emanuel intends to apply to this Court for allowance of compensation earned for professional services and reimbursement of expenses incurred in connection with these Chapter 11 Cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.  Quinn Emanuel will also make a reasonable effort to comply with the requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective as of November 1, 2013 (the "US Trustee Guidelines"), both in connection with this Application and any applications for compensation and reimbursement of expenses to be filed by Quinn Emanuel in these Chapter 11 Cases.

8.      Quinn Emanuel will charge the Debtors for its legal services on an hourly basis at its ordinary and customary rates in effect on the date that such services are rendered and for reimbursement of all costs and expenses incurred by Quinn Emanuel in connection with its representation of the Debtors.  The Debtors are seeking to employ and retain Quinn Emanuel at

the same hourly rates that they billed the Debtors pre-petition, including a 10% discount on all fees for the life of the engagement.  Quinn Emanuel's hourly billing rates for attorneys who may work on this matter currently range from $830.00 to $2,130.00 and from $175.00 to $480.00 for paraprofessionals.  The following attorneys are expected to have primary responsibility for providing restructuring services to the Debtors (hourly billing rates in parentheses): Susheel Kirpalani ($2,130.00) and Patricia B. Tomasco ($1,600.00).  In addition, Quinn Emanuel currently represents Bittrex, Inc. in connection with the pending litigation styled *Securities and Exchange Commission v. Bittrex, Inc.*, et al., No. 2:23-cv-00580-RSM, in the United States District Court for the Western District of Washington (the "SEC Complaint").  The primary counsel providing services to Bittrex, Inc. in the SEC Complaint (as well as other regulatory matters) are Michael Liftik ($1,770), Sarah Heaton Concannon ($1,770) and Robert Zink ($1,600.00).  Previously, Quinn Emanuel provided services to Bittrex, Inc. in connection with several regulatory investigations and settlements including the Financial Crimes Enforcement Network of the Department of the Treasury, and the Department of Justice.  The Debtors anticipate that Quinn Emanuel will continue to interact with and respond to additional litigation and regulatory matters as they arise.

9.     Quinn Emanuel's hourly rates are set at a level designed to fairly compensate Quinn Emanuel for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  These hourly rates vary with the experience and seniority of each professional and are subject to periodic adjustments to reflect economic and other conditions, with the hourly rate charged being the hourly rate in effect on the date that the services are performed.  The Debtors believe that these rates are consistent with market rates for comparable services, and have been

informed that Quinn Emanuel sets it hourly rates on an annual basis.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.

10.     Quinn Emanuel will provide 10 business days' notice to the Debtors, the Office of the United States Trustee for the District of Delaware, and any official committee appointed in these Chapter 11 Cases before implementing any periodic increases and shall file such notice with the Court.

11.     In addition to the hourly rates set forth above, Quinn Emanuel customarily charges its clients for the variable costs and expenses incurred in connection with its services, including mail and express mail charges, courier charges, Federal Express charges, photocopying charges, travel expenses, and charges and fees of outside vendors, consultants, and service providers.

12.     Consistent with Local Rule 2016-2(e), Quinn Emanuel will charge no more than its cost for standard black and white duplication services in these Chapter 11 Cases.

13.     The Debtors recognize that they have the responsibility to closely monitor the billing practices of their counsel to ensure that the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these Chapter 11 Cases.  The Debtors will review and monitor the invoices that Quinn Emanuel submits.

14.     In accordance with section 504 of the Bankruptcy Code, Quinn Emanuel has neither shared nor agreed to share (a) any compensation or reimbursement it has received or may receive with another person, other than the partners and associates associated with Quinn Emanuel or (b) any compensation or reimbursement another person has received or may receive.

**NO ADVERSE INTEREST**

15.     In conjunction with the Debtors' retention of Quinn Emanuel, I directed a search of Quinn Emanuel's conflicts system for the entities listed on the attached **Schedule 1** (the "Potential Parties in Interest").  The following summarizes the findings gleaned from my review of the

5

information available on Quinn Emanuel's conflicts system of current clients of Quinn Emanuel and affiliates of current clients of Quinn Emanuel that are also associated with the Debtors.

### a. Current Clients of Quinn Emanuel that are Creditors: Representation on Unrelated Matters

16.     Quinn Emanuel currently represents entities or affiliates of entities that may have direct or individual claims or interest against the Debtors that are listed on the attached **Schedule 2**. Except as set forth below, Quinn Emanuel's ongoing representation of the Schedule 2 entities does not involve or relate to the Debtors or this case.

17.     Quinn Emanuel currently serves as Special Litigation Counsel pursuant to section 327(e) of the Bankruptcy Code for FTX Trading Ltd. ("FTX"), Alameda Research LLC ("Alameda") and their affiliates (collectively the "FTX Debtors"), in Case No. 22-11068 (JTD). Bittrex, Inc., one of the Debtors, entered into at least one transaction with Alameda potentially resulting in adverse claims. Quinn Emanuel will not represent the Debtors adverse to the FTX Debtors, and Quinn Emanuel will not represent the FTX Debtors adverse to the Debtors, and will refer such matters to conflicts counsel if and when they arise.

### b. Current and Former Clients of Quinn Emanuel that are Creditors of the Debtors; Representation in these Chapter 11 Cases

18.     Quinn Emanuel also currently represents creditors and affiliates of creditors of the Debtors as reflected on Schedule 2. Furthermore, Quinn Emanuel previously represented but does not currently represent other creditors or affiliates of creditors of the Debtors as reflected on Schedule 2. Such representation will not impact Quinn Emanuel's ability to fulfill its obligations as bankruptcy co-counsel to the Debtors as allowed by 11 U.S.C. § 327(a).

19.     As used in **Exhibit 2**, the term "Current" means a client for which the firm has performed work within the past 12 months. Contrastingly, the term "Former" means a client for which the firm has not performed work within the past 12 months whether or not the attorney-

client relationship was formally terminated.  None of the preceding Current clients individually represents more than 1% of Quinn Emanuel's annual revenues.

20.    Based on the searches conducted to date and described herein, to the best of my knowledge, neither Quinn Emanuel nor any partner or associate thereof has any connection with the Office of the United States Trustee or any person employed in the Office of the United States Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware other than normal professionals connections that Quinn Emanuel has developed as a result of its representations of various parties in interest in unrelated matters before the Court.  Accordingly, the Debtors' retention and employment of Quinn Emanuel is not prohibited by Bankruptcy Rule 5002.

21.    To the best of my knowledge, upon reasonable inquiry, neither I nor any professional of the Quinn Emanuel team that is providing services to the Debtors is a creditor of the Debtors.

22.    Given the large number of parties in interest in these Chapter 11 Cases and because the information on Schedule 1 may have changed without Quinn Emanuel's knowledge and may change during the pendency of the Debtors' Chapter 11 Cases, Quinn Emanuel is not able conclusively to identify all relationships or potential relationships with all creditors or other parties in interest in these Chapter 11 Cases.  If any new relevant facts or relationships are discovered or arise, Quinn Emanuel will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration as required by Bankruptcy Rule 2014(a).

c.    **Quinn Emanuel's Payment History with the Debtors**

23.    Quinn Emanuel received its first retainer of $100,000 on August 17, 2022, when it began representing Bittrex, Inc. in connection with various regulatory and litigation matters, and

continued to receive additional retainer refreshes thereafter.  Quinn Emanuel received an additional $700,000.00 retainer in connection with its restructuring advice on April 20, 2023, and an additional $700,000.00 retainer refresh on May 4, 2023.  From August 5, 2022, to the Petition Date, Quinn Emanuel billed and received a total of $2,898,231.95 for all matters.  As of the Petition Date, $47,577.77 remained in held in trust.

## STATEMENT PURSUANT TO THE US TRUSTEE GUIDELINES

24.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the US Trustee Fee Guidelines:

Question:    Did the Firm agree to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement?

Answer:    Yes.  Quinn Emanuel and the Debtors have agreed to retain Quinn Emanuel at the same hourly rates that they billed the Debtors pre-petition, including allowing a 10% discount on all fees throughout the life of the engagement.

Question:    Do any of the Firm's professionals in this engagement vary their rate based on the geographical location of the Debtors' Chapter 11 Case?

Answer:    No.  The hourly rates used by Quinn Emanuel in representing the Debtors are consistent with the rates that the Firm charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

Question:    If the Firm has represented the Debtors in the 12 months prepetition, disclose the Firm's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If the Firm's billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

Answer:    Quinn Emanuel was first retained by the Debtors in August, 2023.  Quinn Emanuel's fees are determined on the basis of time billed at hourly rates. The hourly rates billed by Quinn Emanuel pre-petition are the same hourly rates requested post-petition.

Question:    Have the Debtors approved Quinn Emanuel's budget and staffing plan, and if so, for what budget period?

Answer:    The Debtors have not requested a budget from Quinn Emanuel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of May, 2023.

/s/  Patricia Tomasco
Patricia Tomasco

# SCHEDULE 1

## Potential Parties in Interest List

# SCHEDULE 1

**Debtors and Affiliates**

| NAME | CATEGORY |
|---|---|
| Bittrex, Inc. QSUB | Debtor |
| Desolation Holdings LLC | Debtor |
| Bittrex Malta Ltd. | Debtor |
| Bittrex Malta Holdings Ltd | Debtor |
| Aquila Holdings Inc. | Affiliate |
| RBR Holdings, Inc | Affiliate |
| Bittrex Ventures LLC | Affiliate |
| Bittrex ATS Ventures LLC (24.9%) | Affiliate |
| Digital Providings LLC | Affiliate |
| Freestone Management LLC | Affiliate |
| Bittrex Compliance Services LLC | Affiliate |
| Bittrex Advisors LLC | Affiliate |
| Andromeda Technologies LLC | Affiliate |
| Digital Warehouse LLC | Affiliate |
| Dolostone Management, LLC | Affiliate |
| Bittrex Global, Inc. | Affiliate |
| Bittrex Global (Cayman) Ltd. | Affiliate |
| Bittrex Global (Jersey) Ltd. | Affiliate |
| Bittrex Global (Bermuda) Ltd. | Affiliate |
| Bittrex Global (UK) Ltd. | Affiliate |
| Bittrex Global (Switzerland) Ltd. | Affiliate |
| Bittrex DLT Technologies GmbH | Affiliate |
| Bittrex Global GmbH | Affiliate |
| Bittrex Europe Holdings LLC | Affiliate |
| Bittrex Asia Holdings LLC | Affiliate |
| Andromeda DLT Holdings LLC | Affiliate |
| Trexie Management LLC | Affiliate |

**Officers and Directors**

| NAME | CATEGORY |
|---|---|
| Richie Lai | Co-Founder/CEO |
| Bill Shihara | Co-Founder |
| Rami Kawach | Co-Founder |
| Timothy Pohl | Independent Director |
| David Maria | General Counsel |
| Jim Waschak | Chief Operating Officer |
| Paul Midgen | Chief Technology Officer |
| Micheal Fritz | Director of Compliance Programs |

| NAME | CATEGORY |
|------|----------|
| Robert Duffy | Co-Chief Restructuring Officer |
| Evan Hengel | Co-Chief Restructuring Officer |
| Joseph Leva | Chief Compliance Officer |

**Landlords**

| NAME | CATEGORY |
|------|----------|
| Digital Realty Trust, Inc. | Landlord |
| Bellevue Place Office, LLC | Landlord |
| Lincoln Square Retail, LLC | Landlord |
| 1800 M Street REIT, LP | Landlord |
| B9 Sequoia Overlake Owner LLC | Landlord |
| WeWork Inc. | Landlord |
| Epic Games Inc. | Landlord |
| PNC Bank, National Association | Landlord |

**Litigation**

| NAME | CATEGORY |
|------|----------|
| Securities and Exchange Commission | Litigation – Complaint |
| Albert Ahdoot & Mushoo, Inc. | Litigation – Arbitration |
| Rahwa Berhe | Litigation – EEOC Complaint |
| United States | Litigation – U.S. vs. Bittrex Inc. |
| D'Narial Brown-Pressley | Litigation |
| OFAC | Litigation – Settlement |
| FINCEN | Litigation - Settlement |

**Contract Parties and Customers**

| NAME | CATEGORY |
|------|----------|
| American Trade Exchange Inc. | Counterparties and Customers |
| CatalX Exchange Inc. | Counterparties and Customers |
| Galaxy Digital, LLC | Counterparties and Customers |
| Plutus Financials, Inc. | Counterparties and Customers |
| Pulsar Global Limited | Counterparties and Customers |
| Kbit Global Ltd. | Counterparties and Customers |
| Terra Luna Capital Fund LP | Counterparties and Customers |
| HDCX, LLC | Counterparties and Customers |
| Alameda Research | Counterparties and Customers |
| Genesis Global Capital, LLC | Counterparties and Customers |
| Shanghai Quan-Chain Electronic Technology | Counterparties and Customers |
| Wintermute Trading Ltd. | Counterparties and Customers |
| Subspace Capital (Cayman) LLC | Counterparties and Customers |
| Cumberland DRW LLC | Counterparties and Customers |

**Utilities**

| NAME | CATEGORY |
|---|---|
| Puget Sound Energy Inc. | Utility Provider |

**Debtors' Professionals**

| NAME | CATEGORY |
|---|---|
| Berkeley Research Group, LLC | Bankruptcy Professional |
| Quinn Emanuel Urquhart & Sullivan, LLP | Bankruptcy Professional |
| Young Conaway Stargatt & Taylor, LLP | Bankruptcy Professional |
| Omni Agent Solutions | Bankruptcy Professional |
| TRP Advisors LLC | Independent Director |
| O'Melveny & Myers LLP | Ordinary Course Professional |
| Perkins Coie LLP | Ordinary Course Professional |
| McNaul Ebel Nawrot & Helgren PLLC | Ordinary Course Professional |
| KPMG LLP | Ordinary Course Professional |
| Pillsbury Winthrop Shaw Pittman LLP | Ordinary Course Professional |
| Paul Hastings LLP | Ordinary Course Professional |
| Kobre & Kim | Ordinary Course Professional |
| Ernst & Young LLP | Ordinary Course Professional |
| Deloitte & Touche LLP | Ordinary Course Professional |
| Hunton Andrews Kurth, LLP | Ordinary Course Professional |
| Orrick Herrington & Sutcliffe LLP | Ordinary Course Professional |
| Winterbauer & Diamond PLLC | Ordinary Course Professional |
| RSM US LLP | Ordinary Course Professional |
| Alvarez & Marsal Disputes and Investigations, LLC | Ordinary Course Professional |
| PricewaterhouseCoopers Advisory Services LLC | Ordinary Course Professional |
| HMB Legal Counsel | Ordinary Course Professional |
| Grant Thornton LLP | Ordinary Course Professional |
| Scott Douglass & McConnico LLP | Ordinary Course Professional |
| McDermott Will & Emery LLP | Ordinary Course Professional |
| WIPFLI LLP | Ordinary Course Professional |
| Fenlex Corporate Services Ltd. | Ordinary Course Professional |
| Snell and Wilmer LLP | Ordinary Course Professional |
| Delta Strategy Group | Ordinary Course Professional |

**Taxing Authorities and Government Regulatory Agencies**

| |
|---|
| State of Alabama |
| State of Alaska |
| State of Arizona |
| State of Arkansas |
| State of California |
| State of Colorado |
| State of Delaware |
| State of Florida |
| State of Georgia |
| State of Idaho |
| State of Illinois |
| State of Indiana |
| State of Iowa |
| State of Kansas |
| State of Kentucky |
| State of Louisiana |
| State of Maine |
| State of Maryland |
| State of Massachusetts |
| State of Michigan |
| State of Minnesota |
| State of Mississippi |
| State of Missouri |
| State of Montana |
| State of Nebraska |
| State of Nevada |
| State of New Hampshire |
| State of New Jersey |
| State of New Mexico |
| State of North Carolina |
| State of North Dakota |
| State of Ohio |
| State of Oklahoma |
| State of Oregon |
| State of Pennsylvania |
| State of Rhode Island |
| State of South Carolina |
| State of South Dakota |
| State of Tennessee |
| State of Texas |
| State of Utah |
| State of Virginia |
| District of Columbia |
| State of Washington |

| State of West Virginia |
|---|
| State of Wisconsin |
| State of Wyoming |
| Office of Foreign Asset Control |
| Financial Crimes Enforcement Network |
| Securities and Exchange Commission |

**Vendors**

| NAME | CATEGORY |
|---|---|
| Cloudflare, Inc. | Platform |
| Jumio Corporation | Platform |
| Iterable, Inc | Platform |
| Blockdaemon Inc. | Platform |
| WPVIP Inc. | Platform |
| Coinbase Crypto Services, LLC | Platform |
| Onix Solutions Limited | Platform |
| AG Grid Ltd | Platform |
| MUI Pro | Platform |
| UKG Inc. | Compliance/Support |
| ACX International Ltd. | Compliance/Support |
| Chainalysis Inc. | Compliance/Support |
| Zendesk Inc. | Compliance/Support |
| Notabene, Inc. | Compliance/Support |
| Ada Support Inc. | Compliance/Support |
| NetSuite Inc. | Compliance/Support |
| Solidus Labs, Inc. | Compliance/Support |
| KPMG | Compliance/Support |
| ThoughtSpot, Inc. | IT/Security |
| Forta Foundation | IT/Security |
| Slack Technologies, LLC | IT/Security |
| Comcast | IT/Security |
| Agari Data, Inc | IT/Security |
| Navex Global, Inc. | IT/Security |
| PortSwigger Ltd | IT/Security |
| NCC Group plc | IT/Security |
| Sciath, LLC | IT/Security |
| MPS Security | IT/Security |
| Astute | Real Estate KTLO |
| MacMiller | Real Estate KTLO |
| Iron Mountain Incorporated | Real Estate KTLO |
| Kastle Systems LLC | Real Estate KTLO |
| Wizeline, Inc. | Employee Productivity |
| Butchershop Creative LLC | Employee Productivity |
| Pequity Inc. | Employee Productivity |
| Hubspot, Inc. | Employee Productivity |

| NAME | CATEGORY |
|------|----------|
| Endeavor Retirement LLC | Employee Productivity |
| Monday.com Ltd | Employee Productivity |
| State Tax Solutions, Inc. | Admin/Overhead Exp. Reduction |
| Carta, Inc. | Admin/Overhead Exp. Reduction |
| Everlaw, Inc. | Admin/Overhead Exp. Reduction |
| CoderPad, Inc. | Admin/Overhead Exp. Reduction |
| Bridge Software LLC | Not Critical |
| ShareGate Inc. | Can Terminate |
| Beacon Hill Staffing Group LLC | Legal |
| Wachsman, LLC | Marketing |
| American Public Media | Marketing |
| Regus PLC | Operations |
| Fireblocks Inc. | Platform |
| Yoast BV | Platform |
| Mark Monitor Inc. | IT/Security |
| Hacken | IT/Security |
| First Call Resolution, LLC | Compliance/Support |
| Hubspot, Inc. | Employee Productivity |
| Invicti Security Corp. | IT/Security |
| Microsoft Azure Inc. | Platform |
| Microsoft Enterprise Services | IT/Security |
| Protoio Inc. | Support |
| Snowflake Inc. | IT/Security |
| Commonwealth Vault and Safe Deposit Co. | Real Estate KTLO |
| Frosch International Travel, LLC | Support |
| Cosaic Inc. | Platform |
| DataDog, Inc. | Platform |
| LexisNexis Group, Inc. | Platform |
| PagerDuty, Inc. | Platform |
| Plaid Inc. | Platform |
| Prime Trust, LLC | Platform |
| Sendgrid, Inc. | Platform |
| TradingView Inc. | Platform |
| DocuSign, Inc. | Employee Productivity |
| Figma, Inc. | Employee Productivity |
| AgileBits Inc. | IT/Security |
| Apple Business Manager | IT/Security |
| Digicert, Inc. | IT/Security |
| WhiteSource Software Inc. | IT/Security |
| Westin Colo | IT/Security |
| Acuant Inc. | Compliance/Support |
| Exiger LLC | Compliance/Support |
| iSolved HCM, LLC | Compliance/Support |
| Lighthouse Document Technologies, Inc. | Compliance/Support |

| NAME | CATEGORY |
|------|----------|
| SardineAI Corp. | Compliance/Support |
| Widgix LLC | Can Terminate |
| Built In, Inc. | Can Terminate |
| Canva, Inc. | Can Terminate |
| Greenhouse Software, Inc. | Admin/Overhead Exp. Reduction |
| Thomson Reuters Corporation | Admin/Overhead Exp. Reduction |
| Accurate Background, LLC | HR |
| Nino Finance, Inc. | Finance |
| FloQast, Inc. | Finance |
| Zendesk Inc. | Compliance/Support |
| TecEx | IT/Security |
| User Zoom, Inc | Product |
| Waggener Edstrom Worldwide, Inc. | Marketing |
| 216 Digital LLC | Marketing |
| Creative Circle, LLC | Marketing |
| FullStory, Inc. | Product |
| iHeart Media, Inc. | Marketing |
| Messari, Inc. | Product |
| Mixpanel, Inc. | Product |
| Single Grain LLC | Marketing |
| Sprout Social, Inc. | Marketing |
| Text Expander, Inc. | Other |
| Zoom Video Communications, Inc. | Admin |
| FlexJet LLC | Admin/Travel |
| FlexJet LLC | Admin |
| Puget Sound Beverage Services | Admin |
| Lockton Companies Inc. | Insurance |
| Keen Search, LLC | HR |
| Sierra Microproducts Inc. | IT/Security |
| Ace Parking Management Inc. | Admin |
| Alliance Building Services, LLC | Admin |
| StackAdapt Inc. | Marketing |
| Unum Group | Insurance |
| Cintas Corporation | Admin |
| Wholesail Networks, LLC | Admin |
| Marsh USA Inc. | Insurance |
| Convergint Technologies LLC | IT/Security |
| Performance Systems Integration, LLC | Admin |
| Brave Software International, SEZC | IT/Security |
| Chubb Corp. | Insurance |
| Lee Hecht Harrison LLC | HR |
| TPG Financial Advisors, LLC | Admin |
| Wachsman | Marketing |
| The Cigna Group | Insurance |

| NAME | CATEGORY |
|---|---|
| VSP Vision Care Inc. | Insurance |
| The Allstate Corporation | Insurance |
| Allianz SE | Insurance |
| AXA XL Insurance | Insurance |
| Intact Financial Corporation | Insurance |
| ANV Global Services | Insurance |
| Starr Insurance & Reinsurance Limited | Insurance |
| Euclid Insurance Services, Inc. | Insurance |
| AmTrust Financial Services | Insurance |
| Canopius Group Limited | Insurance |
| Tokio Marine HCC | Insurance |
| StarStone Specialty Insurance Company | Insurance |
| CNA Financial | Insurance |
| Helpware Inc. | Contract Labor |
| LAZ Parking Ltd, LLC | Admin |
| The Partner Group | Admin |
| Scott Hodgson | Contract Labor |
| Patriot Consulting Technology Group | IT/Security |
| Invision Inc. | Support |
| NDM Technologies Limited | Support |
| Qualys Inc. | IT/Security |
| SpyCloud, Inc | IT/Security |
| Sovos Compliance LLC | Compliance/Support |
| Brent Aslin and Associates | Support |
| Genetec Inc. | IT/Security |
| Genetec Inc. | Other |
| Nelson Electric Inc | Other |
| Neurilink Inc. | Other |
| System Source Inc. | Other |
| JPC Architects LLC | Other |
| Network Wiring Services | Other |
| Phillip Drew Consulting | HR |
| Aon Risk Insurance Services West, Inc. | Insurance |
| Signature Bank | Platform |
| Silvergate Bank | Platform |
| Blockworks Group | Vendor |
| CT Corporation | Vendor |
| HaystackID LLC | Vendor |
| HelpSystems (Formerly PhishLabs) | Vendor |
| LinkedIn | Vendor |
| New Alliance Insurance Agency | Vendor |
| Premier Partnership | Vendor |
| Reverb | Vendor |
| Yellow Lab Creative Studio | Vendor |

**Bankruptcy Judges and Staff and United States Trustee's Office**

| NAME | CATEGORY |
|---|---|
| Ashley Chan | Bankruptcy Judges and Staff |
| Brendan L. Shannon | Bankruptcy Judges and Staff |
| Craig T. Goldblatt | Bankruptcy Judges and Staff |
| John T. Dorsey | Bankruptcy Judges and Staff |
| Karen B. Owens | Bankruptcy Judges and Staff |
| Kate Stickles | Bankruptcy Judges and Staff |
| Laurie Selber Silverstein | Bankruptcy Judges and Staff |
| Mary F. Walrath | Bankruptcy Judges and Staff |
| Stacey Drechsler, Chief Deputy Clerk | Bankruptcy Judges and Staff |
| Una O'Boyle, Clerk of the Court | Bankruptcy Judges and Staff |
| Benjamin Hackman | U.S. Trustee's Office |
| Christine Green | U.S. Trustee's Office |
| Denis Cooke | U.S. Trustee's Office |
| Diane Giordano | U.S. Trustee's Office |
| Dion Wynn | U.S. Trustee's Office |
| Edith A. Serrano | U.S. Trustee's Office |
| Hannah M. McCollum | U.S. Trustee's Office |
| Holly Dice | U.S. Trustee's Office |
| James R. O'Malley | U.S. Trustee's Office |
| Jane Leamy | U.S. Trustee's Office |
| Joseph Cudia | U.S. Trustee's Office |
| Joseph McMahon | U.S. Trustee's Office |
| Juliet Sarkessian | U.S. Trustee's Office |
| Lauren Attix | U.S. Trustee's Office |
| Linda Casey | U.S. Trustee's Office |
| Linda Richenderfer | U.S. Trustee's Office |
| Michael Panacio | U.S. Trustee's Office |
| Nyanquoi Jones | U.S. Trustee's Office |
| Ramona Harris | U.S. Trustee's Office |
| Richard Schepacarter | U.S. Trustee's Office |
| Rosa Sierra-Fox | U.S. Trustee's Office |
| Shakima L. Dortch | U.S. Trustee's Office |
| Timothy J. Fox, Jr. | U.S. Trustee's Office |

## 50 Largest Unsecured Creditors Listed by UUID

| |
|---|
| c09b87dc-64d8-440d-b71f-b2efcfe2aff6 |
| 83393306-9343-4855-8987-868266cb144e |
| 5cfb7e9b-08dc-4691-a7a0-91789961f52c |
| 6a24bb04-4799-4da8-b799-98e9887b5d43 |
| 0aaa95f4-0b64-41a0-8212-2f4468de8d5e |
| a1472e35-7879-403d-b912-33b369f974bc |
| a577b1ff-00ed-4872-a9ce-647cabbd4921 |
| dcb22222-657a-400a-b98b-495711848302 |
| 4f7f1b08-a58c-4bed-b0b5-16e246c52880 |
| f536e49d-aa7a-4a54-a9ea-fcba81492b5c |
| fb923c5c-30ca-4100-9f55-beeac5ba6ea8 |
| fadf45ef-bc0f-4353-9850-fd1e77b29697 |
| f9999a5f-fa69-46ab-aff4-bca7e8ddeb56 |
| 3f28305a-7f4a-41ff-a707-e1d25ac111f9 |
| dd2f7fdc-2163-42af-a90e-2d76007a16f0 |
| dbe0b606-15c8-43f3-8517-14ac18907906 |
| 008beac3-c9e4-4760-9a4c-b67977d15981 |
| cd16ebb3-96f5-4864-8a02-fc8d2463734f |
| 925d0c0b-c584-4005-9e48-025493db1f09 |
| 4ede2655-0b05-4b45-9f04-de15d8c4f521 |
| 6ce22b6a-eaab-4150-860a-87d822ce49e6 |
| d375ee9b-ef35-45fe-81ae-7eb0a643781b |
| 27f81091-66c7-458a-a4f9-31f636c9b5c7 |
| 12dba393-1a79-4ffe-a58d-782d80c140ba |
| 518eeb1b-dfb2-4be7-acee-7d3ccd74e5d5 |
| 1e09e8ec-8b17-422d-b3f3-cb96ee71fbaa |
| f25c6a91-1afa-48fd-abd9-e511999da04c |
| ae2ee974-3f89-4cb1-bcb4-64361b44486a |
| e78e6f3a-5be9-49b8-be09-0c619928b44f |
| 2a54b310-c531-49eb-a704-f5933e925168 |
| 01014189-63a3-43c0-b6fc-651ddccaa276 |
| 58611824-5bc6-442d-b239-b548b4a4eec3 |
| 210de341-83a8-474c-a37e-61d2c10c8734 |
| 6341b91e-7b9f-4f56-a6a9-c66069ad945d |
| 13e5eb91-0087-4936-9f9b-fb73052b5f1a |
| c62b2459-1676-4e4e-9caa-99a0b420a404 |
| f9c46d34-51fa-4e10-aa95-93137c2de7e8 |
| dd88f140-297b-4811-88c0-f18afd1b8752 |
| 3264a54a-1218-46b6-ac7d-1d7773995563 |
| db61b2ac-da20-4304-9c5e-9285060cc799 |
| 2482db41-3e56-4a7b-b3a1-c332df465fa9 |
| b59cdaee-c5c7-4914-8741-335a0bd25e41 |
| 7e8620c2-7ff2-4802-9979-6bc46d6b8fb7 |
| 0d372cc9-9c01-40ab-996a-28f0032b2a26 |
| 93ec913d-a376-4c3a-8844-93daf932b7d6 |
| 1fc8d534-be33-4884-bc54-edbab65f5b13 |
| 2ede9c2c-3f1c-4c1f-913c-7fe64dd5af6f |
| Securities and Exchange Commission |
| Financial Crimes Enforcement Network |
| Office of Foreign Asset Control |

**Miscellaneous Parties**

| NAME | CATEGORY |
|---|---|
| United Texas Bank | Banking Relationship |
| Goldman Sachs & Co. | Banking Relationship |
| King and Spalding LLC | Interested Professional |
| Pachulski Stang Ziehl & Jones LLP | Interested Professional |
| Endurance American Insurance Company | Party in interest |
| Steve Bunnell | Former Director and Officer |
| Michael Carter | Former Director and Officer |

## SCHEDULE 2

**Entities or Affiliates of Entities Represented
by Quinn Emanuel**

**SCHEDULE 2**

| COMPANY | RELATIONSHIP |
|---|---|
| Allianz SE | Current client |
| Alvarez & Marsal Disputes and Investigations, LLC | Current client |
| Alameda Research | Current client |
| AmTrust Financial Services | Current client |
| Aon Risk Insurance Services West, Inc. | Current client |
| Aquila Holdings Inc. | Former client |
| AXA XL Insurance | Current client |
| Berkeley Research Group, LLC | Current client |
| Bittrex, Inc. | Current client |
| Chubb Corp. | Former client |
| Cloudflare, Inc. | Former client |
| CNA Financial | Former client |
| Coinbase Crypto Services, LLC | Current client |
| Comcast | Former client |
| Deloitte & Touche LLP | Former client |
| DocuSign, Inc. | Former client |
| Endeavor Retirement LLC | Endeavor Trading, if related, is a current client |
| Ernst & Young LLP | Former client |
| Euclid Insurance Services, Inc. | Euclid Way, if related, is a current client; Euclid Group, if related, is a former client |
| FlexJet LLC | Current client |
| Invision Inc. | Former client |
| KPMG | Former client |
| Lighthouse Document Technologies, Inc. | Lighthouse Investment, if related, is a former client |
| Lockton Companies Inc. | Current client |
| Marsh USA Inc. | Former client |
| Microsoft | Former client |
| NetSuite Inc. | Former client |
| O'Melveny & Myers LLP | Former client |
| Omni Agent Solutions | Former client |
| Paul Hastings LLP | Former client |
| Perkins Coie LLP | Former client |
| Pillsbury Winthrop Shaw Pittman LLP | Former client |
| Plaid Inc. | Plaid Technologies, if related, is a former client |
| PricewaterhouseCoopers Advisory Services LLC | Former client |
| RBR Holdings, Inc. | Former client |
| Regus PLC | Current client |

| COMPANY | RELATIONSHIP |
|---|---|
| Robert Duffy | Current client |
| Silvergate Bank | Current client |
| Slack Technologies, LLC | Current client |
| Snell and Wilmer LLP | Former client |
| Snowflake Inc. | Snowflake Computing, if related, is a current client |
| The Allstate Corporation | Current client |
| The Cigna Group | Current client |
| The Partner Group | Current client |
| ThoughtSpot, Inc. | Former client |
| Timothy Pohl | Current client |
| Tokio Marine HCC | Former client |
| TPG Financial Advisors, LLC | Former client |
| Zendesk Inc. | Former client |
| Goldman Sachs & Co. | Former client |
| LinkedIn | Former client |