**EXHIBIT C**

**Maria Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF DAVID MARIA IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS CO-COUNSEL FOR THE DEBTORS AND THE DEBTORS IN POSSESSION**

I, David Maria, being duly sworn, state the following under penalty of perjury:

1.  I am the General Counsel and Chief Legal Officer of Bittrex, Inc. I submit this declaration in support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession (the "Application") of Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd., that are the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors").

**THE DEBTORS' SELECTION OF COUNSEL**

2.  The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market scrutiny and accountability as professionals in non-bankruptcy engagements. The Debtors retained Quinn Emanuel in August 2022, as its counsel in connection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

with certain governmental investigations and then expanded the relationship in April 2023 with the preparation for a chapter 11 filing of certain entities. The Debtors retained Quinn Emanuel because of, among other factors, its extensive expertise and client service with respect to such matters. I believe that Quinn Emanuel is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases (the "Chapter 11 Cases") in an efficient and expert manner as bankruptcy co-counsel.

## RATE STRUCTURE AND COST SUPERVISION

3. In my capacity as General Counsel, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Quinn Emanuel has informed the Debtors that its rates for bankruptcy representations are comparable to the rates it charges for non-bankruptcy representations. As discussed below, I am also responsible for reviewing the invoices regularly submitted by Quinn Emanuel, and the rates Quinn Emanuel charged the Debtors pre-petition are the same as the regular, annually-adjusted rates Quinn Emanuel will charge the Debtors in the post-petition period.

4. The Debtors recognize that they have the responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these Chapter 11 Cases. As they did pre-petition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. To that end, the Debtors will review and monitor the invoices that Quinn Emanuel submits.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 17, 2023

                                                */s/ David Maria*
                                                David Maria
                                                General Counsel to the Debtors