# **EXHIBIT A**

**Brady Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF ROBERT S. BRADY IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS CO-COUNSEL FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE

I, Robert S. Brady, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner in the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), with principal offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the States of Delaware and New York and the District of Columbia, as well as the United States Supreme Court, the United States Court of Appeals for the Third Circuit, and in the United States District Courts for the District of Delaware and the Southern District of New York. I submit this declaration (this "Declaration") in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* (the "Application").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2. Young Conaway has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtors, their lenders, equity holders, and various other parties-in-interest in the Chapter 11 Cases (collectively, the "Interested Parties").[3]

3. Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors or any other parties-in-interest herein, except as stated below:

    a. In recent months, Young Conaway and certain of its partners and associates have rendered legal services to the Debtors relating to their plans to seek relief under chapter 11 of the Bankruptcy Code and the preparation of the petitions and other papers initiating and prosecuting the Chapter 11 Cases.

    b. The Debtors have sought or will seek to retain: (a) Quinn Emanuel Urquhart & Sullivan, LLP as co-counsel; (b) Berkeley Research Group as their financial advisor and specifically Robert Duffy and Evan Hengel as co-chief restructuring officers; and (c) Omni Agent Solutions as their administrative agent. The Debtors may also file motions or applications to employ additional professionals, as well as seek authority to retain certain ordinary course professionals. On numerous occasions, Young Conaway has in the past and/or currently does work with and/or against these professionals in connection with matters wholly unrelated to the Chapter 11 Cases.

    c. Young Conaway has, in the past, represented the following Interested Parties, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtors and the Chapter 11 Cases:

- Allianz SE
- Alvarez & Marsal Disputes and Investigations, LLC
- AXA XL Insurance
- Chubb Corp.
- CNA Financial
- Coinbase Crypto Services, LLC
- Comcast
- Deloitte & Touche LLP
- DocuSign, Inc.
- Iron Mountain Incorporated
- Kbit Global Ltd.
- KPMG
- Orrick Herrington & Sutcliffe LLP
- Paul Hastings LLP
- PricewaterhouseCoopers Advisory Services LLC
- RSM US LLP
- Snell and Wilmer LLP
- Starr Insurance & Reinsurance Limited

---

[3] A list of the Interested Parties searched is attached hereto as **Exhibit 1**.

30369177.6

2

- Ernst & Young LLP
- State of Pennsylvania

    d.    Young Conaway currently represents the following Interested Parties, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtors and the Chapter 11 Cases:

- Hubspot, Inc.
- Marsh USA Inc.
- Microsoft Azure Inc.
- Microsoft Enterprise Services
- Perkins Coie LLP
- Timothy Pohl
- Regus PLC
- State of Delaware
- The Allstate Corporation
- The Cigna Group

    e.    Young Conaway currently serves as Delaware counsel to the official committee of unsecured creditors in the chapter 11 proceedings filed by FTX Trading Ltd. and its affiliates, jointly administered under Case No. 22-11068 (JTD). Young Conaway disclosed this representation to the Debtors and advised it will not take on any representation directly adverse to any of the FTX debtors. Out of an abundance of caution, the Firm has established separate teams for the two representations and an ethical wall to avoid any sharing of documents and information between the two separate teams.

4.    Furthermore, to the best of my knowledge, information, and belief, and in accordance with Bankruptcy Rule 5002, neither I nor any attorney at Young Conaway is a relative of the United States Bankruptcy Judge assigned to the Chapter 11 Cases, and Young Conaway does not have a connection with the United States Bankruptcy Judge that would render its retention in the Chapter 11 Cases improper. Further, in accordance with Bankruptcy Rule 2014, Young Conaway does not have any connection with the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") or any persons employed by the U.S. Trustee.

5.    Based upon its review of the Interested Parties, Young Conaway has determined that it does not represent any party in these proceedings with a material adverse interest with respect to the Debtors. Young Conaway will supplement this Declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

6.    Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners, counsel, and associates:

30369177.6

      a.      are not creditors, equity security holders, or insiders of the Debtors;

      b.      are not and were not, within two years of the Petition Date, directors, officers, or employees of the Debtors; and

      c.      do not have an interest materially adverse to the interests of the Debtors' estates or of any class of the Debtors' creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, any of the Debtors, or for any other reason.

7. As set forth above, and subject to any explanations and/or exceptions contained therein or herein, Young Conaway (i) does not hold or represent any interest adverse to the Debtors in connection with the matters upon which Young Conaway is to be engaged and (ii) is disinterested. If the results of further investigation reveal any additional connections, Young Conaway will make appropriate disclosures.

8. Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of April 27, 2023 (the "Engagement Agreement") and provided counsel to the Debtors in connection with certain restructuring matters and potential bankruptcy cases to be commenced under the Bankruptcy Code. In accordance with the Engagement Agreement, Young Conaway received a retainer in the amount of $75,000 on May 8, 2023 (the "Retainer").

9. On May 17, 2023, Young Conaway applied the Retainer to an invoice for the period from its engagement as co-counsel through and including May 8, 2023, in the amount of $35,774.40. After doing so, Young Conaway continues to hold a Retainer in the amount of $39,225.60, which will constitute an evergreen retainer as security for post-petition services and expenses.

10. Young Conaway intends to apply for compensation for professional services rendered in connection with the Chapter 11 Cases subject to approval of the Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local

30369177.6

Rules, and any administrative order entered by the Court, on an hourly basis, plus for reimbursement of actual, necessary, and reasonable expenses, and other charges incurred by Young Conaway. The principal attorneys and paralegal presently designated to represent the Debtors, and their current standard hourly rates, are:

| | | |
|---|---|---|
| a. | Robert S. Brady | $1,300.00 per hour |
| b. | Kenneth J. Enos | $910.00 per hour |
| c. | Joshua B. Brooks | $505.00 per hour |
| d. | Rebecca L. Lamb | $475.00 per hour |
| e. | Troy Bollman (paralegal) | $355.00 per hour |

The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals from Young Conaway may from time to time also serve the Debtors in connection with the matters described herein.

11. The Debtors have been advised that the hourly rates set forth above are Young Conaway's standard hourly rates for work of this nature and that these rates are set at a level designed to fairly compensate Young Conaway for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass-mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a

30369177.6

5

manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

12. No promises have been received by Young Conaway or by any partner, counsel, or associate thereof as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Young Conaway has no agreement with any other entity to share with such entity any compensation received by Young Conaway in connection with the Chapter 11 Cases.

13. Consistent with the United States Trustees' *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), which became effective on November 1, 2013,[4] I state as follows:

    a. Young Conaway has not agreed to a variation of its standard or customary billing arrangements for this engagement;

    b. None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of the Chapter 11 Cases;

    c. Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of April 27, 2023. The billing rates and material terms of the prepetition engagement are the same as the rates and terms described in the Application and herein.

    d. The Debtors will be approving a prospective budget and staffing plan for Young Conaway's engagement for the post-petition period as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

---

[4] The U.S. Trustee Guidelines acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority." While the Debtors and Young Conaway intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this Declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Young Conaway that the Firm is required to comply with the U.S. Trustee Guidelines. Young Conaway reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in the Chapter 11 Cases.

30369177.6

14. Young Conaway will primarily provide the following services in the Chapter 11 Cases:

    a. providing legal advice and services with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their business, management of their property, the Local Rules, practices, and procedures, and providing substantive and strategic advice on how to accomplish the Debtors' goals in connection with the prosecution of these cases and their plan of reorganization;

    b. preparing documents in connection with and pursuing the confirmation of a plan of liquidation of the Debtors' assets and approval of a disclosure statement;

    c. preparing, on behalf of the Debtors, necessary applications, motions, answers, orders, reports, and other legal papers;

    d. appearing in court and protecting the interests of the Debtors before the Court; and

    e. performing all other legal services for the Debtors that may be necessary and proper in these proceedings.

15. To the extent that the Firm is assigned services by the Debtors that fall outside the scope of those identified herein and in the Application, Young Conaway will file a supplemental declaration in accordance with Bankruptcy Rule 2014.

16. The facts set forth in the Application and herein are true and correct to the best of my knowledge, information, and belief.

Dated: May 17, 2023
       Wilmington, Delaware

                                        */s/ Robert S. Brady*
                                        Robert S. Brady

# **EXHIBIT 1 TO BRADY DECLARATION**

## **Interested Parties**

## Schedule 1

### List of Potential Parties in Interest

**Debtors**
Bittrex Malta Holdings Ltd.
Bittrex Malta Ltd.
Bittrex, Inc. QSUB
Desolation Holdings LLC

**Current and Former Entities Affiliated with the Debtors**
Andromeda DLT Holdings LLC
Andromeda Technologies LLC
Aquila Holdings Inc.
Bittrex Global (Bermuda) Ltd.
Bittrex Advisors LLC
Bittrex Asia Holdings LLC
Bittrex ATS Ventures LLC (24.9%)
Bittrex Compliance Services LLC
Bittrex DLT Technologies GmbH
Bittrex Europe Holdings LLC
Bittrex Global (Cayman) Ltd.
Bittrex Global (Jersey) Ltd.
Bittrex Global (Switzerland) Ltd.
Bittrex Global (UK) Ltd.
Bittrex Global GmbH
Bittrex Global, Inc.
Bittrex Ventures LLC
Digital Providings LLC
Digital Warehouse LLC
Dolostone Management, LLC
Freestone Management LLC
RBR Holdings, Inc.
Trexie Management LLC

**Current Directors and Officers**
Michael Fritz
Jim Waschak
Paul Midgen
Evan Hengel
Robert Duffy
Bill Shihara
Rami Kawach
Richie Lai

Joseph Leva
David Maria
Timothy Pohl
TRP Advisors LLC

**Bankruptcy Professionals**
Omni Agent Solutions
Quinn Emanual Urquhart & Sullivan, LLP
Young Conaway Stargatt & Taylor, LLP

**Banking Relationships**
Goldman Sachs & Co.
Prime Trust, LLC
Signature Bank
Silvergate Bank
United Texas Bank

**Top 50 Unsecured Creditors**
c09b87dc-64d8-440d-b71f-b2efcfe2aff6
83393306-9343-4855-8987-868266cb144e
5cfb7e9b-08dc-4691-a7a0-91789961f52c
6a24bb04-4799-4da8-b799-98e9887b5d43
0aaa95f4-0b64-41a0-8212-2f4468de8d5e
a1472e35-7879-403d-b912-33b369f974bc
a577b1ff-00ed-4872-a9ce-647cabbd4921
dcb22222-657a-400a-b98b-495711848302
4f7f1b08-a58c-4bed-b0b5-16e246c52880
f536e49d-aa7a-4a54-a9ea-fcba81492b5c
fb923c5c-30ca-4100-9f55-beeac5ba6ea8
fadf45ef-bc0f-4353-9850-fd1e77b29697
f9999a5f-fa69-46ab-aff4-bca7e8ddeb56
3f28305a-7f4a-41ff-a707-e1d25ac111f9
dd2f7fdc-2163-42af-a90e-2d76007a16f0
dbe0b606-15c8-43f3-8517-14ac18907906
008beac3-c9e4-4760-9a4c-b67977d15981
cd16ebb3-96f5-4864-8a02-fc8d2463734f
925d0c0b-c584-4005-9e48-025493db1f09
4ede2655-0b05-4b45-9f04-de15d8c4f521
6ce22b6a-eaab-4150-860a-87d822ce49e6
d375ee9b-ef35-45fe-81ae-7eb0a643781b
27f81091-66c7-458a-a4f9-31f636c9b5c7
12dba393-1a79-4ffe-a58d-782d80c140ba

518eeb1b-dfb2-4be7-acee-7d3ccd74e5d5
1e09e8ec-8b17-422d-b3f3-cb96ee71fbaa
f25c6a91-1afa-48fd-abd9-e511999da04c
ae2ee974-3f89-4cb1-bcb4-64361b44486a
e78e6f3a-5be9-49b8-be09-0c619928b44f
2a54b310-c531-49eb-a704-f5933e925168
01014189-63a3-43c0-b6fc-651ddccaa276
58611824-5bc6-442d-b239-b548b4a4eec3
210de341-83a8-474c-a37e-61d2c10c8734
6341b91e-7b9f-4f56-a6a9-c66069ad945d
13e5eb91-0087-4936-9f9b-fb73052b5f1a
c62b2459-1676-4e4e-9caa-99a0b420a404
f9c46d34-51fa-4e10-aa95-93137c2de7e8
dd88f140-297b-4811-88c0-f18afd1b8752
3264a54a-1218-46b6-ac7d-1d7773995563
db61b2ac-da20-4304-9c5e-9285060cc799
2482db41-3e56-4a7b-b3a1-c332df465fa9
b59cdaee-c5c7-4914-8741-335a0bd25e41
7e8620c2-7ff2-4802-9979-6bc46d6b8fb7
0d372cc9-9c01-40ab-996a-28f0032b2a26
93ec913d-a376-4c3a-8844-93daf932b7d6
1fc8d534-be33-4884-bc54-edbab65f5b13
2ede9c2c-3f1c-4c1f-913c-7fe64dd5af6f
Securities and Exchange Commission
Financial Crimes Enforcement Network
Office of Foreign Asset Control

**Litigation Counterparties**
Securities and Exchange Commission (SEC)
Albert Ahdoot & Mushoo, Inc.
D'Narial Brown-Pressley
FINCEN
OFAC
Rahwa Berhe
United States

**Counterparties & Trading Partners**
Alameda Research
American Trade Exchange Inc.
CatalX Exchange Inc.
Cumberland DRW LLC
Galaxy Digital, LLC
Genesis Global Capital, LLC
HDCX, LLC
Kbit Global Ltd.
Plutus Financials, Inc.
Pulsar Global Limited
Shanghai Quan-Chain Electronic Technology Co., Ltd
Subspace Capital (Cayman) LLC
Terra Luna Capital Fund LP
Wintermute Trading Ltd

**Ordinary Course Professionals**
Alvarez & Marsal Disputes and Investigations, LLC
Deloitte & Touche LLP
Delta Strategy Group
Ernst & Young LLP
Fenlex Corporate Services Ltd
Grant Thornton LLP
HMB Legal Counsel
Hunton Andrews Kurth, LLP
Kobre & Kim
KPMG LLP
McDermott Will & Emery LLP
McNaul Ebel Nawrot & Helgren PLLC
O'Melveny & Myers LLP
Orrick Herrington & Sutcliffe LLP
Paul Hastings LLP
Perkins Coie LLP
Pillsbury Winthrop Shaw Pittman LLP
PricewaterhouseCoopers Advisory Services LLC
RSM US LLP
Scott Douglass & McConnico LLP
Snell and Wilmer LLP
Winterbauer & Diamond PLLC
WIPFLI LLP

**Landlords & Lessees**
1800 M Street REIT, LP
B9 Sequoia Overlake Owner LLC
Bellevue Place Office, LLC
Digital Realty Trust, Inc.
Epic Games Inc.
Lincoln Square Retail, LLC
PNC Bank, National Association
WeWork Inc.

**Vendors**
KPMG LLP

| | |
|---|---|
| 216 Digital LLC | Euclid Insurance Services, Inc. |
| Accurate Background, LLC | Everlaw, Inc. |
| Ace Parking Management Inc. | Exiger LLC |
| Acuant Inc. | Figma, Inc. |
| ACX International Ltd. | Fireblocks Inc. |
| Ada Support Inc. | First Call Resolution, LLC |
| AG Grid Ltd | FlexJet LLC |
| Agari Data, Inc | FloQast, Inc. |
| AgileBits Inc. | Forta Foundation |
| Alliance Building Services, LLC | Frosch International Travel, LLC |
| Allianz SE | FullStory, Inc. |
| American Public Media | Genetec Inc. |
| AmTrust Financial Services | Greenhouse Software, Inc. |
| ANV Global Services | Hacken |
| Aon Risk Insurance Services West, Inc. | HaystackID LLC |
| Apple Business Manager | HelpSystems (Formerly PhishLabs) |
| Astute | Helpware Inc. |
| AXA XL Insurance | Hubspot, Inc. |
| Beacon Hill Staffing Group LLC | iHeart Media, Inc. |
| Blockdaemon Inc. | Intact Financial Corporation |
| Blockworks Group LLC | Invicti Security Corp. |
| Brave Software International, SEZC | Invision Inc. |
| Brent Aslin and Associates | Iron Mountain Incorporated |
| Bridge Software LLC | iSolved HCM, LLC |
| Built In, Inc. | Iterable, Inc. |
| Butchershop Creative LLC | JPC Architects LLC |
| Canopius Group Limited | Jumio Corporation |
| Canva, Inc. | Kastle Systems LLC |
| Carta, Inc. | Keen Search, LLC |
| Chainalysis Inc. | LAZ Parking Ltd, LLC |
| Chubb Corp. | Lee Hecht Harrison LLC |
| Cintas Corporation | LexisNexis Group, Inc. |
| Cloudflare, Inc. | Lighthouse Document Technologies, Inc. |
| CNA Financial | LinkedIn |
| CoderPad, Inc. | Lockton Companies Inc. |
| Coinbase Crypto Services, LLC | Macdonald Miller Facility Solutions Inc. |
| Comcast | MacMiller |
| Commonwealth Vault and Safe Deposit Co. | Mark Monitor Inc. |
| Convergint Technologies LLC | Marsh USA Inc. |
| Cosaic Inc. | Messari, Inc. |
| Creative Circle, LLC | Microsoft Azure Inc. |
| CT Corporation | Microsoft Enterprise Services |
| DataDog, Inc. | Mixpanel, Inc. |
| Digicert, Inc. | Monday.com Ltd |
| DocuSign, Inc. | MPS Security |
| Endeavor Retirement LLC | MUI Pro |

30383998.1

- Navex Global, Inc.
- NCC Group plc
- NDM Technologies Limited
- Nelson Electric Inc.
- NetSuite Inc.
- Network Wiring Services
- Neurilink Inc.
- New Alliance Insurance Agency
- Nino Finance, Inc.
- Notabene, Inc.
- Onix Solutions Limited
- PagerDuty, Inc.
- Patriot Consulting Technology Group
- Pequity Inc.
- Performance Systems Integration, LLC
- Phillip Drew Consulting
- Plaid Inc.
- PortSwigger Ltd
- Premier Partnerships
- Protoio Inc.
- Puget Sound Beverage Services
- Qualys Inc.
- Regus PLC
- Reverb
- SardineAI Corp.
- Sciath, LLC
- Scott Hodgson
- Sendgrid, Inc.
- ShareGate inc.
- Sierra Microproducts Inc.
- Single Grain LLC
- Slack Technologies, LLC
- Snowflake Inc.
- Solidus Labs, Inc.
- Sovos Compliance LLC
- Sprout Social, inc.
- SpyCloud, Inc.
- StackAdapt Inc.
- Starr Insurance & Reinsurance Limited
- StarStone Specialty Insurance Company
- State Tax Solutions, Inc.
- System Source Inc.
- TecEx
- Text Expander, Inc.
- The Allstate Corporation
- The Cigna Group
- The Partner Group
- Thomson Reuters Corporation
- ThoughtSpot, Inc.
- Tokio Marine HCC
- TPG Financial Advisors, LLC
- TradingView Inc.
- UKG Inc.
- Unum Group
- User Zoom, Inc.
- VSP Vision Care Inc.
- Wachsman
- Wachsman, LLC
- Waggener Edstrom Worldwide, Inc.
- Westin Colo
- WhiteSource Software Inc.
- Wholesail Networks, LLC
- Widgix LLC
- Wizeline, inc.
- WPVIP Inc.
- Yellow Lab Creative Studio
- Yoast BV
- Zendesk Inc.
- Zoom Video Communications, Inc.

**Utility Providers**
- Puget Sound Energy Inc.

**Taxing Authorities/ Government/ Regulatory Agencies**
- Office of Foreign Asset Control
- Securities and Exchange Commission (SEC)
- Financial Crimes Enforcement Network
- District of Columbia
- State of Alabama
- State of Alaska
- State of Arizona
- State of Arkansas
- State of California
- State of Colorado
- State of Delaware
- State of Florida
- State of Georgia
- State of Idaho
- State of Illinois
- State of Indiana
- State of Iowa

State of Kansas
State of Kentucky
State of Louisiana
State of Maine
State of Maryland
State of Massachusetts
State of Michigan
State of Minnesota
State of Mississippi
State of Missouri
State of Montana
State of Nebraska
State of Nevada
State of New Hampshire
State of New Jersey
State of New Mexico
State of North Carolina
State of North Dakota
State of Ohio
State of Oklahoma
State of Oregon
State of Pennsylvania
State of Rhode Island
State of South Carolina
State of South Dakota
State of Tennessee
State of Texas
State of Utah
State of Virginia
State of Washington
State of West Virginia
State of Wisconsin
State of Wyoming

Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Bankruptcy Judges And Staff**
Ashley Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Stacey Drechsler, Chief Deputy Clerk
Una O'Boyle, Clerk of Court

**Interested Party Professionals**
King and Spalding LLP
Pachulski Stang Ziehl & Jones LLP

**Notice of Appearance Parties**
Endurance American Insurance Company

**Office of the U.S. Trustee**
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano