## **EXHIBIT B**

**Rule 2016 Statement**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP**
**UNDER RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE AND SECTION 329 OF THE BANKRUPTCY CODE**

1.      Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"),[2] pursuant to Bankruptcy Rule 2016, Local Rule 2016-1, and section 329 of the Bankruptcy Code, states that the undersigned is proposed co-counsel for the Debtors in the Chapter 11 Cases.

2.      Compensation agreed to be paid by the Debtors to Young Conaway will be for legal services rendered in connection with the Chapter 11 Cases.  The Debtors have agreed to pay Young Conaway at the firm's standard hourly rates for the legal services rendered or to be rendered on the Debtors' behalf in connection with the Chapter 11 Cases by Young Conaway's various attorneys and paralegals.  The Debtors have also agreed to reimburse Young Conaway for its actual, necessary, and reasonable expenses incurred in connection with the Chapter 11 Cases.

3.      Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of April 27, 2023 (the "Engagement Agreement") and provided counsel to the Debtors in connection with certain restructuring matters.  In accordance with the Engagement Agreement, Young Conaway received a retainer in the amount of $75,000 on May 8, 2023 (the "Retainer").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the *Debtors' Application* for *an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* (the "Application").

4.      On May 17, 2023, Young Conaway applied the Retainer to its invoice for the period from the onset of its engagement as co-counsel through and including May 8, 2023, in the amount of $35,774.40.  After doing so, Young Conaway continues to hold a Retainer in the amount of $39,225.60, which will constitute an evergreen retainer as security for post-petition services and expenses.

5.      Young Conaway received no other payments or promises of payment from the Debtors on account of services rendered or to be rendered in contemplation of or in connection with the Chapter 11 Cases.  Young Conaway will seek approval of payment of compensation upon its filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court.

6.      All filing fees in the Chapter 11 Cases have been paid in full.

7.      The services to be rendered include all those services set forth in the Application.

8.      Young Conaway further states that it has neither shared nor agreed to share (i) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of Young Conaway, or (ii) any compensation another person or party has received or may receive.

*[Remainder of page intentionally left blank.]*

30369177.6

2

Date:  May 17, 2023
      Wilmington, DE

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/  Robert S. Brady*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Joshua Brooks (Delaware Bar No. 6765)
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Email: rbrady@ycst.com
Email: kenos@ycst.com
Email: jbrooks@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(pending pro hac vice)*
Patricia B. Tomasco *(pending pro hac vice)*
Daniel Holzman *(pending pro hac vice)*
Alain Jaquet *(pending pro hac vice)*
Razmig Izakelian *(pending pro hac vice)*
Valerie Ramos (*pending pro hac vice)*
Joanna D. Caytas *(pending pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**PROPOSED COUNSEL FOR THE DEBTORS**