**<u>EXHIBIT C</u>**

**Declaration of Evan Hengel**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DESOLATION HOLDINGS LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF EVAN HENGEL IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC
TO PROVIDE CO-CHIEF RESTRUCTURING OFFICERS AND ADDITIONAL
PERSONNEL FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Evan Hengel, hereby declare under penalty of perjury as follows:

1.      I am a Managing Director of Berkeley Research Group, LLC ("BRG")[2], a professional services firm, with numerous offices throughout the country. I am duly authorized to make this declaration (the "Declaration") on behalf of BRG. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as witness, I could and would testify thereto.[3]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]    References contained herein referring to BRG pertaining to disinterestedness and disclosures of relationships with parties in interest, refer collectively to Berkeley Research Group, LLC, and all of its affiliated, subsidiaries, and parent entities.

[3]    Certain of the disclosures set forth herein relate to matters within the knowledge of other Directors and Managing Directors at BRG and are based on information provided by them.

2.      I submit this Declaration in support of the application (the "Application")[4] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order: (i) authorizing the Debtors to retain BRG, pursuant to the terms and conditions of that certain letter agreement dated March 27, 2023 (the "Engagement Letter") between BRG and the Debtors, to (a) provide Robert Duffy and Evan Hengel to serve as Co-Chief Restructuring Officers (the "Co-CROs") and (b) provide additional staff (the "Additional Personnel" and, together with the CRO, the "BRG Professionals"); (ii) providing that the employment of the BRG Professionals is effective as of the Petition Date; and (iii) granting certain related relief.

A.    **Qualification of Professionals**

3.      I will act as Co-CRO of the Debtors. I have more than fifteen years of experience in financial advisory, interim management services (including as CFO, CRO, and Chairman of the Board) and working with senior management teams in the areas of financial and operational restructuring, business planning, mergers & acquisitions, and loan workouts. Further, I have served as one of the lead financial advisory professionals for cryptocurrency clients including Voyager Digital, BlockFi, Inc., SALT Lending, and the Official Committee of Unsecured Creditors of Genesis Global.

4.      Mr. Duffy, the other Co-CRO, is the co-head of BRG's Corporate Finance Practice and a Managing Director at BRG who specializes in performance improvement, restructuring, and interim management. Mr. Duffy has over thirty-five years of experience advising clients, including companies, private equity firms, hedge funds, and lenders, on implementing operational improvements and repositioning businesses for future growth as well as maximizing value, recoveries, and financial returns in complex restructuring situations. Further, Mr. Duffy has served

---

[4]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

in CRO and interim COO roles, as well as working with senior management teams and boards of directors of large companies in distressed circumstances.

5.      BRG's Corporate Finance practice consists of senior financial, management consulting, accounting, and other professionals who specialize in providing restructuring, transaction advisory, litigation support, solvency, and valuation assistance and providing a focus on viable solutions that maximize value for companies and creditors, typically in distressed business settings. BRG serves troubled companies, debtors, and secured and unsecured creditors, equity holders, and other parties in both in-court and out-of-court engagements similar to the Debtors in the State of Delaware and elsewhere. BRG professionals have significant restructuring and industry experience assisting distressed companies with financial and operational challenges and working with management teams and boards of directors of large companies facing financial challenges similar to those of the Debtors. Moreover, the professionals at BRG have assisted and advised debtors, independent boards, creditors, creditors' committees, bondholders, investors, and others in numerous bankruptcy cases, including Voyager Digital Holdings, Inc., BlockFi, Inc., The Hertz Corporation, Genesis Global Holdco, LLC, SVB Financial Group, The Collected Group, LLC, Lucky Brand Dungarees, LLC, Stage Stores, Inc., Intelsat, SA, RentPath Holdings, Inc., Destination Maternity Corporation, Modell's Sporting Goods, Inc., Hospital Acquisition LLC (a.k.a LifeCare Health Partners), Avenue Stores, LLC, Fred's, Inc., Neiman Marcus Group LTD LLC, Aerogroup International (Aerosoles), Sports Authority Holdings, Inc, Videology, Inc., Century 21 Stores, Brookstone Holdings Corp., rue21, inc., RTW Retailwinds, Inc (a.k.a NY & Company), Samuels Jewelers, Inc., Charlotte Russe Holding, Inc. Christopher & Banks, Inc., and Le Tote, Inc.[5]

---

[5]    The professionals were employed in certain of these engagements prior to joining BRG.

6. The Additional Personnel have significant restructuring and industry experience assisting distressed companies with financial and operational challenges and working with management teams and boards of directors of large companies facing financial challenges similar to those of the Debtors. The BRG Professionals will work closely with the Debtors' management and other professional advisors throughout the chapter 11 process. By virtue of the expertise of its restructuring personnel, BRG, myself, Mr. Duffy, and the Additional Personnel are well qualified to provide services to and represent the Debtors' interests in these Chapter 11 Cases. In addition, as a result of performing prepetition advisory work for the Debtors, working closely with the Debtors' management and other professionals, BRG, myself, Mr. Duffy, and the Additional Personnel have acquired significant knowledge of the Debtors' businesses and are familiar with the Debtors' financial affairs, capital structure, operations, and related matters.

**B.     Services to be Rendered**

7. In March 2023, the Debtors engaged BRG to provide certain professional services to the Debtors and, in connection with such engagement, BRG developed an in depth understanding of the Debtors' operations, debt structure, creditors, business, and related matters. BRG and the Debtors executed the Engagement Letter on March 27, 2023, a copy of which is attached to the Application as **Exhibit B**. Pursuant to the Engagement Letter, BRG and the Debtors have agreed that BRG will provide the Co-CROs and the Additional Personnel and will provide certain professional services to the Debtors. Working collaboratively with the Debtors' senior management team and board of managers, as well as the Debtors' other professionals, BRG will provide the following professional services:

(a)     Serve as Co-CRO (Robert Duffy and Evan Hengel);

(b)     Assist with customer communications plan in advance of announcements and related restructuring;

(c)     Assist with operational segregation efforts between entities in U.S. and elsewhere;

(d)     Create intercompany matrix and help document policies and procedures;

(e)     Prepare the Company for eventual bankruptcy filing by assisting counsel with first day motions;

(f)     Help draft DIP term sheet and drive process to secure financing, if needed;

(g)     Help formulate restructuring plan and treatment of remaining liabilities of the estate; and

(h)     Assist with any other activities requested by Management;

8.     Subject to Court approval, the Debtors seek to engage BRG pursuant to the Engagement Letter previously executed by and between the Debtors and BRG. In addition to the scope of services incorporated in the Engagement Letter, BRG will provide the following services during the bankruptcy proceeding.

(a)     In consultation with management of the Debtors, develop and implement a chosen course of action to preserve asset value and maximize recoveries to stakeholders;

(b)     Oversee the activities of the Debtors in consultation with other advisors and the management team to effectuate the selected course of action;

(c)     Assist the Debtors and their management in developing cash flow projections and related methodologies and assist with planning for alternatives as requested by Debtors;

(d)     Assist the Debtors with preserving and securing future vendor and banking relationships given volatility in the industry;

(e)     Assist the Debtors in preparing for and operating in a chapter 11 bankruptcy proceeding, including negotiations with stakeholders, and the formulation of a reorganization strategy and plan of reorganization directed to preserve and maximize value;

(f)     Assist as requested by management in connection with the Debtors' development of their business plan, and such other related forecasts as may be required by creditor constituencies in connection with negotiations;

(g)     Provide information deemed by the Co-CROs to be reasonable and relevant to stakeholders and consult with key constituents as necessary;

(h)     To the extent reasonably requested by the Debtors, offer testimony before the Court with respect to the services provided by the Co-CROs and the

Additional Personnel, and participate in depositions, including by providing deposition testimony, related thereto; and

(i)     Provide such other services as mutually agreed upon by the Co-CROs, BRG and the Debtors.

9.      Both prior to the formal execution of the Engagement Letters and subsequent thereto, BRG developed an in-depth understanding of the Debtors' financial history and business operations. BRG has worked closely with the Debtors' management and other professionals since it was engaged, and has become well acquainted with the Debtors' operations, debt structure, creditors, business, and related matters. Accordingly, BRG has developed significant relevant experience regarding the Debtors that will assist BRG in providing effective and efficient services in these Chapter 11 Cases.

## C.      No Duplication of Services

10.     The services that BRG will provide to the Debtors are necessary to enable the Debtors to maximize the value of their estates. The services provided by the Co-CROs and the Additional Personnel will complement, and not duplicate, the services to be rendered by the professional retained in these Chapter 11 Cases, including services that other professionals will be providing to the Debtors.

## D.      Use of Contractors

11.     Notwithstanding anything in this Application to the contrary, BRG shall (i) to the extent that it uses the services of independent contractors or subcontractors (the "Contractors") in these Chapter 11 Cases, pass-through the cost of Contractors to the Debtors at the same rate that BRG pays the contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflict checks and compensation procedures as required for BRG; and (iv) file with the Court such disclosures required by Bankruptcy Rule 2014.

**E.**    **Indemnification and Limitation of Liability**

12.    As a material part of the consideration for which BRG has agreed to provide the services described herein, the Debtors have agreed to the indemnification provisions set forth in the Engagement Letter (the "Indemnity"). The Indemnity provides that the Debtors shall indemnify, hold harmless and defend the co-CROs, Additional Personnel, and BRG and its affiliates partners, directors, officers, employees and agents (collectively, the "BRG Parties") from and against all claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of the CRO and BRG that is the subject of the Engagement Letter, except such liabilities that result from the gross negligence or willful misconduct of the BRG parties.

13.    The Debtors and BRG believe that the Indemnity is customary and reasonable for engagements of this type and should be approved.

14.    The terms and conditions of the Indemnity were negotiated by the Debtors and BRG at arm's length and in good faith. The provisions contained in the Engagement Letter, viewed in conjunction with the other terms of the proposed retention, are reasonable and in the best interests of the Debtors, their estates, and creditors in light of the fact that the Debtors require BRG's services to successfully navigate these Chapter 11 Cases.

15.    Notwithstanding any provisions of the Engagement Letter to the contrary, in accordance with the U.S. Trustee's protocol applicable to the retention of personnel to assist the Debtors under section 363 of the Bankruptcy Code (sometimes referred to as the "Jay Alix Protocol"), BRG has agreed otherwise, as set forth below:

> (a)    Notwithstanding anything to the contrary in the Engagement Letter, the Debtors are permitted to indemnify those persons acting as executive officers only on the same terms as provided to the Debtors' other officers and directors under the corporate bylaws and applicable state law, in addition to insurance coverage under the Debtors' director and officer insurance policies.

(b)    There will be no indemnification of BRG or its affiliates.

(c)    Finally, notwithstanding any provisions of the Engagement Letter to the contrary, BRG has agreed not to raise or assert any defense based upon jurisdiction, venue, abstention, or otherwise to the jurisdiction and venue of this Court or (if the reference is withdrawn) the District Court for the District of Delaware to hear or determine any controversy or claims with respect to, in connection with, arising out of, or in any way related to BRG's engagement on these Chapter 11 Cases.

## F.    <u>Disinterestedness of Professionals</u>

16.    In connection with the preparation of this Declaration, BRG[6] undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, BRG obtained from the Debtors and/or its representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (collectively, the "Potential Parties in Interest"). Accordingly, we are relying on the accuracy and completeness of this information in connection with our conflict review and disclosure. Such parties are listed on **<u>Schedule 1</u>** attached to this Declaration. BRG's internal conflict check procedures consist of the querying of the Potential Parties in Interest within an internal computer database containing names of individuals and entities that are present or former clients of BRG. The database that BRG queries to determine its lack of conflicts and disinterestedness incorporates the names of individuals and entities that are present and former clients both of BRG and all of its affiliates, subsidiary, and parent entities. Additionally, new matters are circulated to all Directors and Managing Directors of BRG with a request to review and advise of any potential conflict of interest concerns. All responses are reviewed and addressed by an attorney on BRG's conflicts team.

---

[6]    All disclosures herein pertaining to relationships with the Potential Parties in Interest or other elements of BRG's disinterestedness encompass both Berkeley Research Group, LLC and its affiliate, subsidiary, and parent entities.

17.     Based on the results of its review, completed under my supervision, BRG does not have a relationship with any of the parties listed in **Schedule 1** in matters related to these proceedings. As set forth in **Schedule 2** which is attached hereto, BRG has relationships with certain Potential Parties in Interest in these Chapter 11 Cases, but such relationships are unrelated to either the Debtors or these Chapter 11 Cases.

18.     To the best of my knowledge, information and belief, neither I, nor BRG, nor any of the BRG Professionals, have any connection with or holds any interest adverse to the Debtors, their estates, creditors, shareholders, or any other party in interest herein or their respective attorneys in the matters for which BRG is proposed to be employed, except that BRG has provided other consulting services, and may in the future provide such services, to certain of the Debtors' creditors or other parties-in-interest in matters unrelated to the Debtors' Chapter 11 Cases. To the best of my knowledge, no services have been provided to these Potential Parties in Interest in matters materially relating to these Chapter 11 Cases or which involve their rights in the Debtors' Chapter 11 Cases, nor does BRG's involvement in these Chapter 11 Cases compromise its ability to continue such consulting services.

19.     BRG is not employed by, and has not been employed by, any entity other than the Debtors in matters related to these Chapter 11 Cases, except as described herein. In particular, prior to the Petition Date, BRG provided professional services to the Debtors.

20.     In an abundance of caution, BRG discloses that it is also serving as Financial Advisor to the Official Committee of Unsecured Creditors in the Genesis Global Holdco bankruptcy, where Genesis Global Capital, LLC is a co-Debtor.

21.     Further, as part of its diverse practice, BRG appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys,

accountants, investment bankers, and financial consultants, who may represent claimants and parties in interest in these Chapter 11 Cases. Also, BRG has in the past, currently, and may in the future, be represented by several attorneys and law firms, some of whom may be involved in these Chapter 11 Cases. In addition, BRG has in the past, is currently, and will likely in the future be engaged in matters, unrelated to the Debtors or these Chapter 11 Cases, in which it works with or against other professionals involved in these Chapter 11 Cases. Moreover, BRG might have referred work to other professionals who are retained in these Chapter 11 Cases. Likewise, certain such professionals who are retained in these Chapter 11 Cases might have referred work to BRG. Based on BRG's current knowledge of the professionals involved, and to the best of my knowledge, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships create an interest materially adverse to the Debtors in matters upon which BRG is to be employed, and none are in connection with these Chapter 11 Cases.

22.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, and except as set forth herein, neither I nor any of the BRG Professionals (a) have any connection with the U.S. Trustee, or any employee in the U.S. Trustee's office or (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware or any of the District Judges for the District of Delaware who handle bankruptcy cases, except as otherwise set forth herein.

23.     To the best of my knowledge, BRG is not a "creditor" of the Debtors within the meaning of section 101(1) of the Bankruptcy Code. Further, neither BRG, nor any of the BRG Professionals, to the best of my knowledge, is a holder of any of the Debtors' outstanding debt instruments or shares of the Debtors' stock. It is possible that certain BRG employees, managing directors, board members, equity holders, or affiliates of any of the foregoing, may own interests

in mutual funds or other investment vehicles (including various types of private funds) that own

the Debtors' or other parties in interest's debt or equity securities or other financial instruments

including bank loans and other obligations. Typically, the holders of such interests have no control

over investment decisions related to such investment funds or financial instruments. BRG's policy

prohibits its employees from personally trading in the Debtors' securities.

## G.    **Professional Compensation**

24.    As set for the in the Fee and Expense Structure, and the Application, the Co-CROs'

fees for the provision of the services will be $125,000 per month. Fees for the Additional Personnel

will be based on the actual hours worked, charged at BRG's standard hourly rates which are in

effect when the services are rendered. The hourly rates charged by BRG for the services provided

by the Additional Personnel differ based upon, among other things, each professional's level of

experience, geographic differentials, and types of services being provided. The current standard

hourly rates for the BRG Professionals anticipated to be assigned to this case are as follows:

|  | Hourly Rate |
|---|---|
| Managing Directors | $1,050 - $1,250 |
| Associate Directors & Directors | $810 - $990 |
| Professional Staff | $395 - $795 |
| Support Staff | $175 - $350 |

25.    BRG periodically revises its hourly rates to reflect promotions and other changes

in personnel responsibilities, increases in experience, and increases in the cost of doing business.

Hourly rates may change in the future from time to time and are typically adjusted annually. Rate

changes will be noted on the invoice for the first time period in which the revised rates become

effective. To the extent BRG requires services of its international divisions or personnel from

specialized practices, the standard hourly rates for that international division or specialized practice will apply.

26.     In addition to compensation for professional services rendered by the BRG Professionals, BRG also will be entitled to reimbursement for its reasonable costs and expenses incurred in connection with these Chapter 11 Cases, including, but not limited to, reasonable travel expenses (including lodging expenses and business meals), costs of reproduction, research, communications, our legal counsel, any applicable sales or excise taxes, and other direct expenses.

27.     BRG will also request compensation for any time and expenses (including, without limitation, reasonable legal fees and expenses, except in the case of legal fees pertaining to any fee defense) that may be incurred in considering or responding to discovery requests or other requests for documents or information, or in participating as a witness or otherwise in any legal, regulatory, or other proceedings, including, without limitation, those other than the instant matter, as a result of BRG's performance of these services.

28.     In the 90 days prior to the Petition Date, BRG received cash on account and payments totaling $689,518.96. As of the Petition Date, BRG holds $150,000 in cash on account (the "Cash on Account") from the Debtors.

29.     Due to the ordinary course and unavoidable reconciliation of fees and submission of expenses immediately prior, and subsequent to the Petition Date, BRG may have incurred, but not invoiced, fees and reimbursable expenses that relate to the prepetition period. BRG intends to apply such amounts against the Cash on Account. As agreed to with the Debtor, the remainder of the Cash on Account, will be held as a general retainer as security for post-petition services and expenses.

30.     The Debtor and BRG have agreed that any portion of the Cash on Account not used to compensate BRG for its prepetition services and reasonable and documented out-of-pocket expenses will be held and applied against its final post-petition billing and will not be placed in a separate account. Upon the termination of BRG's engagement, BRG will return any unused portion of the Cash on Account to the Debtors.

31.     Because BRG is not being employed as a professional under section 327 of the Bankruptcy Code, the Debtors have requested that BRG not be required to submit fee applications pursuant to sections 330 and 331 of the Bankruptcy Code. However, to maintain transparency and to comply with the U.S. Trustee's protocol applicable to the retention of personnel under section 363 of the Bankruptcy Code, BRG will file reports of staffing, compensation earned, and expenses incurred on a monthly basis (each a "Staffing Report") with the Court. Each Staffing Report shall contain summary charts which describe the services provided, including the number of hours worked by category, identify the compensation earned by each Additional Personnel, and itemize the expenses incurred for the relevant period. Time records shall (i) be appended to the Staffing Report, (ii) contain detailed time entries describing the task(s) performed, and (iii) be organized by project category. Where BRG Professionals are providing services at an hourly rate, the time entries shall identify the time spent completing each task in half-hour increments; where BRG Professionals are providing services at a "flat" rate, the time entries shall be kept in hourly increments. All compensation shall be subject to review by the Court in the event an objection is filed. BRG's Staffing Reports shall be filed by the last day of the month for the previous month. BRG's first Staffing Report shall be filed by June 30, 2023 for the month of May. Objections or responses to the Staffing Reports shall be filed and served within fourteen (14) days of filing of

the Staffing Report. For the avoidance of doubt, the Debtors submit that Mr. Duffy, Mr. Hengel, and the BRG Professionals are not, and shall not, be required to comply with Local Rule 2016-2.

32.    BRG believes that the terms of retention for the Co-CROs and the Additional Personnel are consistent with and typical of compensation arrangements entered into by BRG and other comparable firms that render similar services under similar circumstances.

33.    No promises have been received by BRG, nor any employee thereof, as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Except for internal agreements among the employees of BRG regarding the sharing of revenue or compensation, neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any other entity as described in Bankruptcy Code section 504 and Bankruptcy Rule 2016.

34.    To the extent that BRG discovers any additional facts or information bearing on matters described in this Declaration that require disclosure, during the period of the Debtor's retention of BRG, I will file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2023                          _/s/ Evan Hengel_____
                                             Evan Hengel
                                             Berkeley Research Group, LLC

## SCHEDULE 1

### List of Potential Parties in Interest

### Schedule 1

### List of Potential Parties in Interest

**Debtors**
Bittrex Malta Holdings Ltd.
Bittrex Malta Ltd.
Bittrex, Inc. QSUB
Desolation Holdings LLC

**Current and Former Entities Affiliated
    with the Debtors**
Andromeda DLT Holdings LLC
Andromeda Technologies LLC
Aquila Holdings Inc.
Bittrex Global (Bermuda) Ltd.
Bittrex Advisors LLC
Bittrex Asia Holdings LLC
Bittrex ATS Ventures LLC (24.9%)
Bittrex Compliance Services LLC
Bittrex DLT Technologies GmbH
Bittrex Europe Holdings LLC
Bittrex Global (Cayman) Ltd.
Bittrex Global (Jersey) Ltd.
Bittrex Global (Switzerland) Ltd.
Bittrex Global (UK) Ltd.
Bittrex Global GmbH
Bittrex Global, Inc.
Bittrex Ventures LLC
Digital Providings LLC
Digital Warehouse LLC
Dolostone Management, LLC
Freestone Management LLC
RBR Holdings, Inc.
Trexie Management LLC

**Current Directors and Officers**
Michael Fritz
Jim Waschak
Paul Midgen
Evan Hengel
Robert Duffy
Bill Shihara
Rami Kawach
Richie Lai

Joseph Leva
David Maria
Timothy Pohl
TRP Advisors LLC

**Bankruptcy Professionals**
Omni Agent Solutions
Quinn Emanual Urquhart & Sullivan, LLP
Young Conaway Stargatt & Taylor, LLP

**Banking Relationships**
Goldman Sachs & Co.
Prime Trust, LLC
Signature Bank
Silvergate Bank
United Texas Bank

**Top 50 Unsecured Creditors**
c09b87dc-64d8-440d-b71f-b2efcfe2aff6
83393306-9343-4855-8987-868266cb144e
5cfb7e9b-08dc-4691-a7a0-91789961f52c
6a24bb04-4799-4da8-b799-98e9887b5d43
0aaa95f4-0b64-41a0-8212-2f4468de8d5e
a1472e35-7879-403d-b912-33b369f974bc
a577b1ff-00ed-4872-a9ce-647cabbd4921
dcb22222-657a-400a-b98b-495711848302
4f7f1b08-a58c-4bed-b0b5-16e246c52880
f536e49d-aa7a-4a54-a9ea-fcba81492b5c
fb923c5c-30ca-4100-9f55-beeac5ba6ea8
fadf45ef-bc0f-4353-9850-fd1e77b29697
f9999a5f-fa69-46ab-aff4-bca7e8ddeb56
3f28305a-7f4a-41ff-a707-e1d25ac111f9
dd2f7fdc-2163-42af-a90e-2d76007a16f0
dbe0b606-15c8-43f3-8517-14ac18907906
008beac3-c9e4-4760-9a4c-b67977d15981
cd16ebb3-96f5-4864-8a02-fc8d2463734f
925d0c0b-c584-4005-9e48-025493db1f09
4ede2655-0b05-4b45-9f04-de15d8c4f521
6ce22b6a-eaab-4150-860a-87d822ce49e6
d375ee9b-ef35-45fe-81ae-7eb0a643781b
27f81091-66c7-458a-a4f9-31f636c9b5c7
12dba393-1a79-4ffe-a58d-782d80c140ba

518eeb1b-dfb2-4be7-acee-7d3ccd74e5d5
1e09e8ec-8b17-422d-b3f3-cb96ee71fbaa
f25c6a91-1afa-48fd-abd9-e511999da04c
ae2ee974-3f89-4cb1-bcb4-64361b44486a
e78e6f3a-5be9-49b8-be09-0c619928b44f
2a54b310-c531-49eb-a704-f5933e925168
01014189-63a3-43c0-b6fc-651ddccaa276
58611824-5bc6-442d-b239-b548b4a4eec3
210de341-83a8-474c-a37e-61d2c10c8734
6341b91e-7b9f-4f56-a6a9-c66069ad945d
13e5eb91-0087-4936-9f9b-fb73052b5f1a
c62b2459-1676-4e4e-9caa-99a0b420a404
f9c46d34-51fa-4e10-aa95-93137c2de7e8
dd88f140-297b-4811-88c0-f18afd1b8752
3264a54a-1218-46b6-ac7d-1d7773995563
db61b2ac-da20-4304-9c5e-9285060cc799
2482db41-3e56-4a7b-b3a1-c332df465fa9
b59cdaee-c5c7-4914-8741-335a0bd25e41
7e8620c2-7ff2-4802-9979-6bc46d6b8fb7
0d372cc9-9c01-40ab-996a-28f0032b2a26
93ec913d-a376-4c3a-8844-93daf932b7d6
1fc8d534-be33-4884-bc54-edbab65f5b13
2ede9c2c-3f1c-4c1f-913c-7fe64dd5af6f
Financial Crimes Enforcement Network
Office of Foreign Asset Control
Securities and Exchange Commission (SEC)

## Litigation Counterparties
Securities and Exchange Commission (SEC)
Albert Ahdoot & Mushoo, Inc.
D'Narial Brown-Pressley
FINCEN
OFAC
Rahwa Berhe
United States

## Counterparties & Trading Partners
Alameda Research
American Trade Exchange Inc.
CatalX Exchange Inc.
Cumberland DRW LLC
Galaxy Digital, LLC
Genesis Global Capital, LLC
HDCX, LLC
Kbit Global Ltd.
Plutus Financials, Inc.

Pulsar Global Limited
Shanghai Quan-Chain Electronic
    Technology Co., Ltd
Subspace Capital (Cayman) LLC
Terra Luna Capital Fund LP
Wintermute Trading Ltd

## Ordinary Course Professionals
Alvarez & Marsal Disputes and
    Investigations, LLC
Deloitte & Touche LLP
Delta Strategy Group
Ernst & Young LLP
Fenlex Corporate Services Ltd
Grant Thornton LLP
HMB Legal Counsel
Hunton Andrews Kurth, LLP
Kobre & Kim
KPMG LLP
McDermott Will & Emery LLP
McNaul Ebel Nawrot & Helgren PLLC
O'Melveny & Myers LLP
Orrick Herrington & Sutcliffe LLP
Paul Hastings LLP
Perkins Coie LLP
Pillsbury Winthrop Shaw Pittman LLP
PricewaterhouseCoopers Advisory Services
    LLC
RSM US LLP
Scott Douglass & McConnico LLP
Snell and Wilmer LLP
Winterbauer & Diamond PLLC
WIPFLI LLP

## Landlords & Lessees
1800 M Street REIT, LP
B9 Sequoia Overlake Owner LLC
Bellevue Place Office, LLC
Digital Realty Trust, Inc.
Epic Games Inc.
Lincoln Square Retail, LLC
PNC Bank, National Association
WeWork Inc.

## Vendors
KPMG LLP

216 Digital LLC
Accurate Background, LLC
Ace Parking Management Inc.
Acuant Inc.
ACX International Ltd.
Ada Support Inc.
AG Grid Ltd
Agari Data, Inc
AgileBits Inc.
Alliance Building Services, LLC
Allianz SE
American Public Media
AmTrust Financial Services
ANV Global Services
Aon Risk Insurance Services West, Inc.
Apple Business Manager
Astute
AXA XL Insurance
Beacon Hill Staffing Group LLC
Blockdaemon Inc.
Blockworks Group LLC
Brave Software International, SEZC
Brent Aslin and Associates
Bridge Software LLC
Built In, Inc.
Butchershop Creative LLC
Canopius Group Limited
Canva, Inc.
Carta, Inc.
Chainalysis Inc.
Chubb Corp.
Cintas Corporation
Cloudflare, Inc.
CNA Financial
CoderPad, Inc.
Coinbase Crypto Services, LLC
Comcast
Commonwealth Vault and Safe Deposit Co.
Convergint Technologies LLC
Cosaic Inc.
Creative Circle, LLC
CT Corporation
DataDog, Inc.
Digicert, Inc.
DocuSign, Inc.
Endeavor Retirement LLC

Euclid Insurance Services, Inc.
Everlaw, Inc.
Exiger LLC
Figma, Inc.
Fireblocks Inc.
First Call Resolution, LLC
FlexJet LLC
FloQast, Inc.
Forta Foundation
Frosch International Travel, LLC
FullStory, Inc.
Genetec Inc.
Greenhouse Software, Inc.
Hacken
HaystackID LLC
HelpSystems (Formerly PhishLabs)
Helpware Inc.
Hubspot, Inc.
iHeart Media, Inc.
Intact Financial Corporation
Invicti Security Corp.
Invision Inc.
Iron Mountain Incorporated
iSolved HCM, LLC
Iterable, Inc.
JPC Architects LLC
Jumio Corporation
Kastle Systems LLC
Keen Search, LLC
LAZ Parking Ltd, LLC
Lee Hecht Harrison LLC
LexisNexis Group, Inc.
Lighthouse Document Technologies, Inc.
LinkedIn
Lockton Companies Inc.
Macdonald Miller Facility Solutions Inc.
MacMiller
Mark Monitor Inc.
Marsh USA Inc.
Messari, Inc.
Microsoft Azure Inc.
Microsoft Enterprise Services
Mixpanel, Inc.
Monday.com Ltd
MPS Security
MUI Pro

Navex Global, Inc.
NCC Group plc
NDM Technologies Limited
Nelson Electric Inc.
NetSuite Inc.
Network Wiring Services
Neurilink Inc.
New Alliance Insurance Agency
Nino Finance, Inc.
Notabene, Inc.
Onix Solutions Limited
PagerDuty, Inc.
Patriot Consulting Technology Group
Pequity Inc.
Performance Systems Integration, LLC
Phillip Drew Consulting
Plaid Inc.
PortSwigger Ltd
Premier Partnerships
Protoio Inc.
Puget Sound Beverage Services
Qualys Inc.
Regus PLC
Reverb
SardineAI Corp.
Sciath, LLC
Scott Hodgson
Sendgrid, Inc.
ShareGate inc.
Sierra Microproducts Inc.
Single Grain LLC
Slack Technologies, LLC
Snowflake Inc.
Solidus Labs, Inc.
Sovos Compliance LLC
Sprout Social, inc.
SpyCloud, Inc.
StackAdapt Inc.
Starr Insurance & Reinsurance Limited
StarStone Specialty Insurance Company
State Tax Solutions, Inc.
System Source Inc.
TecEx
Text Expander, Inc.
The Allstate Corporation
The Cigna Group

The Partner Group
Thomson Reuters Corporation
ThoughtSpot, Inc.
Tokio Marine HCC
TPG Financial Advisors, LLC
TradingView Inc.
UKG Inc.
Unum Group
User Zoom, Inc.
VSP Vision Care Inc.
Wachsman
Wachsman, LLC
Waggener Edstrom Worldwide, Inc.
Westin Colo
WhiteSource Software Inc.
Wholesail Networks, LLC
Widgix LLC
Wizeline, inc.
WPVIP Inc.
Yellow Lab Creative Studio
Yoast BV
Zendesk Inc.
Zoom Video Communications, Inc.

**Utility Providers**
Puget Sound Energy Inc.

**Taxing Authorities/ Government/
    Regulatory Agencies**
Office of Foreign Asset Control
Securities and Exchange Commission (SEC)
Financial Crimes Enforcement Network
District of Columbia
State of Alabama
State of Alaska
State of Arizona
State of Arkansas
State of California
State of Colorado
State of Delaware
State of Florida
State of Georgia
State of Idaho
State of Illinois
State of Indiana
State of Iowa

State of Kansas
State of Kentucky
State of Louisiana
State of Maine
State of Maryland
State of Massachusetts
State of Michigan
State of Minnesota
State of Mississippi
State of Missouri
State of Montana
State of Nebraska
State of Nevada
State of New Hampshire
State of New Jersey
State of New Mexico
State of North Carolina
State of North Dakota
State of Ohio
State of Oklahoma
State of Oregon
State of Pennsylvania
State of Rhode Island
State of South Carolina
State of South Dakota
State of Tennessee
State of Texas
State of Utah
State of Virginia
State of Washington
State of West Virginia
State of Wisconsin
State of Wyoming

**Interested Party Professionals**
King and Spalding LLP
Pachulski Stang Ziehl & Jones LLP

**Notice of Appearance Parties**
Endurance American Insurance Company

**Office of the U.S. Trustee**
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Bankruptcy Judges And Staff**
Ashley Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Stacey Drechsler, Chief Deputy Clerk
Una O'Boyle, Clerk of Court

## **SCHEDULE 2**

**List of parties-in-interest, or affiliates thereof, that are currently or formerly engage(d) BRG in unrelated matters**

**Schedule 2**

**List of parties-in-interest, or affiliates thereof, that currently or formerly engage(d) BRG, sorted by their relationship to the Debtors, that are unrelated to these Chapter 11 Cases[1]**

**Bankruptcy Professionals**
Quinn Emanual Urquhart & Sullivan, LLP*

**Banking Relationships**
Goldman Sachs & Co.
Signature Bank*
Silvergate Bank

**Litigation Counterparties**
Securities and Exchange Commission (SEC)
United States

**Counterparties & Trading Partners**
Genesis Global Capital, LLC

**Ordinary Course Professionals**
Alvarez & Marsal Disputes and
    Investigations, LLC
Deloitte & Touche LLP*
Ernst & Young LLP
Grant Thornton LLP*
Kobre & Kim*
KPMG LLP*
McDermott Will & Emery LLP*
O'Melveny & Myers LLP
Orrick Herrington & Sutcliffe LLP
Paul Hastings LLP
PricewaterhouseCoopers Advisory Services
    LLC
RSM US LLP
Snell and Wilmer LLP*

**Landlords & Lessees**
Epic Games Inc.
PNC Bank, National Association
WeWork Inc.

**Vendors**
KPMG LLP*
Allianz SE
AmTrust Financial Services*
Aon Risk Insurance Services West, Inc.
Chubb Corp.*
Cintas Corporation*
CNA Financial
Coinbase Crypto Services, LLC
Comcast
iHeart Media, Inc.*
Iron Mountain Incorporated
LAZ Parking Ltd, LLC
LexisNexis Group, Inc.
Marsh USA Inc.*
Microsoft Azure Inc.
Microsoft Enterprise Services
Sovos Compliance LLC*
Starr Insurance & Reinsurance Limited*
The Allstate Corporation
The Cigna Group
Tokio Marine HCC*
TPG Financial Advisors, LLC
Unum Group
Zendesk Inc.

**Utility Providers**
Puget Sound Energy Inc.*

**Taxing Authorities/ Government/**
    **Regulatory Agencies**
Securities and Exchange Commission (SEC)
State of Alabama
State of Arizona
State of Georgia
State of Illinois*
State of Maryland
State of Michigan
State of Mississippi*

---

[1] Potential Parties in Interest that are marked with an asterisk are related to closed matters.

State of Missouri
State of North Carolina
State of Ohio
State of Utah*
State of Washington*

**Interested Party Professional**
King and Spalding LLP*
Pachulski Stang Ziehl & Jones LLP*