# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

**To: Robert S. Brady**
*Young, Conaway, Stargatt & Taylor, LLP*
*1000 North King Street*
*Wilmington, DE 19801*

**RE:** *Desolation Holdings LLC*
Case No. 23−10597

     Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **June 15, 2023** at **10:30 a.m.**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

     Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

     Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before May 25, 2023 and file the Notice and Certificate of Service with the Court no later than June 1, 2023.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 5/16/23

*Una O'Boyle*

Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 23-10597-BLS |
| Desolation Holdings LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: van472 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Desolation Holdings LLC, 601 Bellevue Way NE, Suite 200, Bellevue, WA 98004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Custer Powell | on behalf of Creditor Endurance American Insurance Company jpowell@delawarefirm.com  dtroiano@delawarefirm.com |
| Kenneth J. Enos | on behalf of Debtor Desolation Holdings LLC bankfilings@ycst.com |
| Laura Davis Jones | on behalf of Interested Party Aquila Holdings Inc. ljones@pszjlaw.com  efile1@pszjlaw.com |
| Maxim B. Litvak | on behalf of Interested Party Aquila Holdings Inc. mlitvak@pszjlaw.com |
| Patricia B. Tomasco | on behalf of Debtor Desolation Holdings LLC pattytomasco@quinnemanuel.com  barbarahowell@quinnemanuel.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Richard L. Schepacarter | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Robert S. Brady | on behalf of Debtor Desolation Holdings LLC bankfilings@ycst.com |

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: May 16, 2023 | Form ID: van472 | Total Noticed: 1

Robert S. Brady
    on behalf of Debtor Bittrex  Inc. bankfilings@ycst.com

Robert S. Brady
    on behalf of Debtor Bittrex Malta Holdings Ltd. bankfilings@ycst.com

Robert S. Brady
    on behalf of Debtor Bittrex Malta Ltd. bankfilings@ycst.com

Timothy P. Cairns
    on behalf of Interested Party Aquila Holdings Inc. tcairns@pszjlaw.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV


TOTAL: 13