

RECEIVED MAY 1 9 2023 By_____

Azim Ghader
Huzur Mh., Azerbaycan Cd. No:4, A Blok D:625
Sarıyer/İstanbul, 34415
+90 5072324011
Azimghader@gmail.com
May 16, 2023

United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801
302-252-2915

**Re: In re: Desolation Holdings LLC, et al., Case No. 23-10597-BLS**

Dear Honorable Judge Brendan L. Shannon,

I humbly request permission to submit evidence in the above-referenced case. The evidence contains highly sensitive and confidential information, and I seek an order from this Court to designate the evidence as confidential and restrict its disclosure solely to parties involved in the case. A general description of the evidence is provided below:

Prior to October 2017, Bittrex LLC, later Bittrex Inc. ("Bittrex US"), knowingly accepted customers from countries and jurisdictions sanctioned under OFAC programs. This fact is confirmed by Enforcement Releases of the "Financial Crimes Enforcement Network (FinCEN) Consent Order imposing a Civil Money Penalty to Bittrex" and "the OFAC Settlement with Bittrex, Inc. related to apparent violations of multiple sanctions programs."

In many instances, Bittrex US verified the accounts of customers from those countries and jurisdictions, despite the submission of passports and other documents or accessing the Bittrex platform with IP addresses from said countries or jurisdictions. As a result, thousands of customers placed significant trust in Bittrex US, as account verification by a U.S. financial institution typically indicates compliance with all relevant laws and regulations, as well as possession of necessary permits and certificates to engage with the customer. Consequently, these customers deposited substantial assets into Bittrex US and engaged in investing and trading on the Bittrex platform.

However, in October 2017, Bittrex US disabled said accounts and prohibited investors from accessing their digital assets, citing an OFAC order as the reason. In 2020, Bittrex US claimed to have obtained an OFAC permit to release frozen assets, stating:

"In order to receive your funds, you must do the following:

i. Create an account at a cryptocurrency exchange or hosted wallet that
    1) is not located in Iran, Syria, Cuba, or the Crimea Region of Ukraine;
    2) is not subject to the jurisdiction of the US Department of the Treasury's Office of Foreign Asset Control; and
    3) is not currently subject to any US-based sanctions

ii. If you have not already done so, create an account at support.bittrex.com, using the email address you used to register your Bittrex account."

However, this permit was never made public, nor was the OFAC order to disable the accounts. To date, digital assets worth millions of dollars remain unreleased. I believe that Bittrex US is exploiting the credibility of the U.S. and OFAC to gain unfair profits and absolve itself of its own misconduct.

My concern is that the First Day Motion "Creditor Matrix Motion" seeking authorization for the Debtors to (i) maintain a consolidated list of creditors, (ii) file a consolidated list of the Debtors' fifty (50) largest unsecured creditors, and (iii) withhold or omit certain confidential information from the Court, brought to the Court, is aiming toward:

1. Conceal the identity and assets of customers from OFAC-sanctioned countries and jurisdictions;
2. Implying that Bittrex Malta Holdings Ltd. ("Malta Holdings") and Bittrex Malta Ltd. ("Malta OpCo") provided services to sanctioned countries when, in fact, Bittrex US did so.

Furthermore, many of these customers' registered addresses no longer exist, as they could not update them due to account restrictions. Additionally, Bittrex US never requested phone numbers during registration, as part of account verification.

On behalf of the many victims, I respectfully request that the Court deny the First Day Motion "Creditor Matrix Motion" to help these affected individuals, recover their unfairly lost assets and find a relief for their financial and moral losses.

If necessary, I am prepared to testify before the Court and provide all evidence I preserved in pursuit of justice. In such a case, I respectfully request that the Court grant the following relief:

1. Designate the evidence as confidential;
2. Limit the use of the evidence to this case only and prohibit its use for any other purpose;
3. Seal the evidence and restrict its disclosure to persons or entities approved by the Court;
4. Grant any other relief this Court deems just and proper.

I assure the Court that I am prepared to take all necessary measures to ensure the confidentiality of the evidence, including complying with any protective order the Court may require.

Thank you for your consideration of this request.

Respectfully submitted,

Azim Ghader

**FROM:**
AZIM GHADER
534909475
AZIM GHADER
ALTINTEPSI MAHALLESI
34000 ISTANBUL BAYRAMPASA
TURKEY

**SHIP TO:**
UNITED STATES BANKRUPTCY
(003) 022-5229 15
UNITED STATES BANKRUPTCY
COURTROOM WILMINGTON
824 NORTH MARKET STREET 6TH FLOOR
WILMINGTON DE 19801
UNITED STATES

Fatura No.: 0000280076284283

0.5 KG    ENV   1 OF 1
SHP#: 5207 VFPC QVP
SHP WT: 0.5 KG
DATE: 17 MAY 2023



UPS SAVER
TRACKING #: 1Z 520 7VF 04 7429 1266

BILLING: P/P
DESC: DOCUMENTS    EDI-DOC



DE 197 9-25    1P

Shipper agrees to the UPS Terms found at www.ups.com and UPS service centers. For international air carriage, the Warsaw Convention as amended or Montreal Convention may apply and limits UPS's liability for loss or damage to cargo. International carriage by road may be subject to the Convention on the Contract for the International Carriage of Goods By Road. Except as otherwise governed by international conventions or other mandatory law, the UPS Terms limit UPS's liability for damage, loss or delay of this shipment. There are no stopping places agreed upon at the time of tender of the shipment and UPS reserves the right to route the shipment in any way it deems appropriate. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

WS 24.0.24 Lexmark MS610 18.0A 04/2023