IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 23-10597 (BLS) |
| **Desolation Holdings LLC**, *et al.*, | |
| | Jointly Administered |
| **Debtors.** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### CERTIFICATION PURSUANT TO LOCAL RULE 9010-1(e)

Pursuant to Local Rule 9010-1(e), the undersigned counsel is representing an agency of the United States of America and hereby certifies that she (i) is admitted to practice before the bars of the State of Massachusetts and the State of Delaware; the United States District Court for the District of Massachusetts, the United States District Court for the District of Delaware, and the United States District Court for the District of Colorado; the Second Circuit Court of Appeals; the Ninth Circuit Court of Appeals; and the Supreme Court of the United States; (ii) is in good standing in all jurisdictions in which she is admitted to practice; (iii) will abide by the local rules governing practice before this Court; and (iv) submits to the jurisdiction of this Court for disciplinary purposes.

Dated:  May 24, 2023

/s/ *Therese A. Scheuer*
Therese A. Scheuer (No. 5699)
U. S. SECURITIES AND
EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Tel.: (202) 551-6029
Fax: (202) 772-9317
scheuert@sec.gov