IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 23-10597 (BLS) |
| **Desolation Holdings LLC, et al.,** | |
| | Jointly Administered |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATION IN COMPLIANCE WITH LOCAL RULES FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE
<u>DISTRICT OF DELAWARE, RULE 9010-1(E)(I)</u>**

I, Patricia Schrage, hereby certify that: (i) I am a member of the bar in the state of New York, and am admitted to practice before the U.S. District Court for the Southern District of New York and the U.S. District Court for the Eastern District of New York; (ii) I am a member in good standing in all jurisdictions for which I have been admitted; and (iii) I will be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

Dated: May 24, 2023
      New York, New York

                                                      <u>/s/ Patricia Schrage</u>
                                                      Patricia Schrage
                                                      U.S. Securities and Exchange Commission
                                                      New York Regional Office
                                                      100 Pearl Street, Suite 20-100
                                                      New York, New York 10004
                                                      Phone: (212) 336-0163
                                                      SchrageP@sec.gov