**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re

**Desolation Holdings LLC, et al.,**

**Debtors.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Chapter 11
Case No. 23-10597 (BLS)**

**Jointly Administered**
**Objection Deadline: May 26, 2023**
**Hearing Date: June 14, 2023**

**RESPONSE AND RESERVATION OF RIGHTS OF THE U.S. SECURITIES
AND EXCHANGE COMMISSION TO THE DEBTORS' MOTION FOR
ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO HONOR
WITHDRAWALS OF CRYPTOCURRENCY
<u>ASSETS BY CUSTOMERS</u>**

The U.S. Securities and Exchange Commission ("SEC") is the federal agency responsible for regulating the U.S. securities markets, protecting investors, and enforcing the federal securities laws.  On April 17, 2023, the SEC filed a complaint against the Debtor Bittrex, Inc. ("Bittrex") and Bittrex Global GmbH ("Bittrex Global") in the United States District Court for the Western District of Washington, alleging that Bittrex and Bittrex Global acted as an exchange, and Bittrex acted as a broker and clearing agency, without registering as an exchange, broker-dealer, or clearing agency, in violation of the Securities Exchange Act of 1934 (the "Exchange Act") Sections 5, 15(a), and 17A(b) [15 U.S.C. §§ 78e, 78o(a), 78q-1(b)], respectively.[1]

---

[1] *SEC v. Bittrex, Inc.*, Case No. 23 Civ. 580 (W.D. Wash.) (the "District Court Action").  The SEC also charged Bittrex's co-founder and former CEO, William Shihara, as a control person of Bittrex.  In the District Court Action, the SEC seeks, among other things, disgorgement of all ill-gotten gains, with prejudgment interest and civil penalties.

The SEC does not object to the relief sought by the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Withdrawals of Cryptocurrency Assets by Customers* (the "Motion") insofar as the Debtors request authorization to honor withdrawals of crypto assets by their customers.[2]

However, the Motion provides that to the extent regulatory claims, including the SEC's claims, "are in the nature of disgorgement, fines, or other penalties that do not compensate for actual loss the Debtors believe that there are strong grounds to subordinate such claims to the claims of other general unsecured creditors…." *Motion* at ¶ 38, n. 4.  Since this Motion does not require a determination on this issue in order to allow the Debtors to honor the withdrawals of crypto assets by the Debtors' customers, the SEC reserves its rights to respond to any request to subordinate the SEC's claims, and any other objections to the SEC's claims, when appropriately raised.[3]

The SEC also requests that the following language be added to the proposed order for the Motion:

> Notwithstanding anything to the contrary in the Motion, this Order, or any findings announced at the hearing, nothing in the Motion, this Order, or announced at the hearing constitutes a finding under the federal securities laws as to whether crypto assets or transactions involving crypto assets are securities, and the right of the United States Securities and Exchange

---

[2] The Debtors assert that "cryptocurrency assets maintained in BUS omnibus wallets constitute property of the bankruptcy estate[.]"  *See Motion* at ¶ 40.

[3] The Motion also cites to several stockbroker and commodities broker liquidation provisions, although it does not require a determination as to whether those provisions apply. The SEC also reserves its rights to respond with respect to whether these provisions apply in this proceeding if and when appropriately raised.  *See Motion* at ¶ 41.

Commission to challenge transactions involving crypto assets on any basis are expressly reserved.

The SEC reserves all rights to object to the Motion on any grounds, including if the above modification is not included in the proposed order.

Dated:  New York, New York
          May 24, 2023

Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

By: /s/ Patricia Schrage
Patricia Schrage
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
Tel: (212) 336-0163
SchrageP@sec.gov

-and-

Therese A. Scheuer (No. 5699)
100 F Street, NE
Washington, DC 20549
Tel: (202) 551-6029
Fax: (202) 772-9317
Scheuert@sec.gov

Of Counsel: Alistaire Bambach