## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing *Response and Reservation of Rights of the U.S. Securities and Exchange Commission to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Withdrawals of Cryptocurrency Assets by Customers*, to be served upon counsel or parties of record by the Court's CM/ECF system on May 24, 2023.

Dated:  New York, New York
      May 24, 2023

By: /s/ Patricia Schrage
Patricia Schrage
