**EXHIBIT C-2**

**CUSTOMER PROOF OF CLAIM FORM**

Case 23-10597-BLS   Doc 65-5   Filed 05/24/23   Page 1 of 8

| | |
|---|---|
| **Fill in this information to identify the case:** | |

**Name of Debtor & Case Number:**

☐ Desolation Holdings LLC (Case No. 23-10597)
☐ Bittrex, Inc. (Case No. 23-10598)
☐ Bittrex Malta Holdings Ltd. (Case No. 23-10599)
☐ Bittrex Malta Ltd. (Case No. 23-10600)

**United States Bankruptcy Court for the District of Delaware**

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Claims submitted by encrypted upload can include privacy protected information. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

Account ID (Your Account ID will be populated on the login page at www.bittrex.com):_____

**Information associated with your customer account:**

Username (Email) _____  Date of Birth _____
First Name _____ Middle Name _____ Last Name _____
Address _____
City _____ State _____ Postal Code _____ Country _____
SSN or EIN number related to your account _____ Drivers License or Passport Number _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| _____<br>Name | _____<br>Name |
| _____<br>Number     Street | _____<br>Number     Street |
| _____<br>City                State         ZIP Code | _____<br>City                State         ZIP Code |
| Contact phone  _____ | Contact phone  _____ |
| Contact email  _____ | Contact email  _____ |

**4. Does this claim amend one already filed?**

☐ No
☐ Yes.   Claim number on court claims registry (if known) _____    Filed on ___ / ___ / _____
                                                                                          MM  /  DD  /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes.   Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No ☐ Yes. |
|---|---|---|

7a. **How much is the claim?** $_____.   **Does this amount include interest or other charges?**
   *Please only list the amount of fiat currency or the dollar amount of any claim asserted. Do not convert the cryptocurrency claim to dollars, but please list the type and amount of cryptocurrency below.*

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). 7b.

**List the number of each type of coin, cryptocurrency, or digital asset associated with your account as of the date the case was filed.**

```
0x Protocol (ZRX)_____        Bitsdaq (BQQQ)_____
12Ships (TSHP)_____         BitSend (BSD)_____
1inch (1INCH)_____          BitShares (BTS)_____
2GIVE (2GIVE)_____          BitTube (TUBE)_____
8X8 Protocol (EXE)_____          BlackCoin (BLK)_____
Aave Token (AAVE)_____          Blockcloud (BLOC)_____
ABBC (ABBC)_____          BlockMason Credit Protocol (BCPT)_
Abyss (ABYSS)_____          Blocknet (BLOCK)_____
AdEx (ADX)_____          Blockparty (BOXX)_____
adToken (ADT)_____          Blocktix (TIX)_____
aelf (ELF)_____          BLOCKv (VEE)_____
Aeon (AEON)_____          Bloom (BLT)_____
Aergo (AERGO)_____          Blue Whale EXchange (BWX)_____
Aidos Kuneen (ADK)_____          BnkToTheFuture (BFT)_____
AIDUS TOKEN (AID)_____          BORA (BORA)_____
Akash (AKT)_____          Boson Protocol (BOSON)_____
Akoin (AKN)_____          Braintrust (BTRST)_____
Akropolis (AKRO)_____          Breakout Stake (BRX)_____
Aktio Coin (AKTIO)_____          BTU Protocol (BTU)_____
ALBOS (ALB)_____          Bytom (BTM)_____
Alchemy Pay (ACH)_____          CannabisCoin (CANN)_____
Algorand (ALGO)_____          Cardano (ADA)_____
Alien Worlds (TLM)_____          CasinoCoin (CSC)_____
ALL.ME (ME)_____          CBC.Network (CBC)_____
Amp (AMP)_____          Celo Dollar (CUSD)_____
Ankr (ANKR)_____          Celo Native Asset (CELO)_____
ApeCoin (APE)_____          Celsius Network (CEL)_____
Aragon (ANT)_____          CentricCash (CNS)_____
ArcBlock (ABT)_____          Chainlink (LINK)_____
ArdCoin (ARDX)_____          Charterstate (ALTA)_____
Ardor (ARDR)_____          Chromia (CHR)_____
Arianee (ARIA20)_____          Cindicator (CND)_____
Ariva (ARV)_____          Cindrum (CIND)_____
Ark (ARK)_____          Circuits of V (COVAL)_____
Arowana Token (ARW)_____          Civic (CVC)_____
ArtByte (ABY)_____          Civilization (CIV)_____
Arweave (AR)_____          CloakCoin (CLOAK)_____
Auditchain (AUDT)_____          Cloudbric (CLB)_____
Augur v2 (REPV2)_____          CoinLoan (CLT)_____
Auroracoin (AUR)_____          Coinweb (CWEB)_____
Avalanche (AVAX)_____          Colletrix (CIPX)_____
Aventus Utility Token (AVT)_____          Compound (COMP)_____
Axie Infinity Shards (AXS)_____          Contents Protocol (CPT)_____
BABB (BAX)_____          Cortex (CTXC)_____
Badger DAO (BADGER)_____          Cosmo Coin (COSM)_____
Balancer (BAL)_____          Cosmos (ATOM)_____
Bancor (BNT)_____          Counterparty (XCP)_____
Band Protocol (BAND)_____          CPChain (CPC)_____
BANKEX (BKX)_____          Cratos (CRTS)_____
Bantu (XBN)_____          Cred (LBA)_____
BarnBridge (BOND)_____          Creditbit (CRB)_____
Basic Attention Token (BAT)_____          Cronos (CRO)_____
Bean Cash (BITB)_____          CROWD (CWD)_____
BitBay (BAY)_____          Crowd Machine (CMCT)_____
bitCNY (BITCNY)_____          Crown (CRW)_____
Bitcoin (BTC)_____          Crypto.com (MCO)_____
Bitcoin Cash (BCHN) (BCH)_____          Cudos (CUDOS)_____
Bitcoin Cash ABC (BCHA)_____          CureCoin (CURE)_____
Bitcoin SV (BSV)_____          Curve DAO Token (CRV)_____
BitcoinVault (BTCV)_____          CyClub Token (CYCLUB)_____
Bitsbn (CPRX)_____          DAI (DAI)_____
Bitsdaq (BQQQ)_____          Dash (DASH)_____
```

| | |
|---|---|
| Data (DTA)_____ | Globatalent (GBT)_____ |
| Databits (DTB)_____ | Gnosis (GNO)_____ |
| Dawn (DAWN)_____ | GoChain (GO)_____ |
| DEAPCOIN (DEP)_____ | GoldCoin (GLC)_____ |
| DECENT (DCT)_____ | Golden Goose (GOLD)_____ |
| Decentraland (MANA)_____ | Golem Network Token (GLM)_____ |
| Decision Token (HST)_____ | Golos (GOLOS)_____ |
| Decred (DCR)_____ | Golos Gold (GBG)_____ |
| DeFiChain (DFI)_____ | GridCoin (GRC)_____ |
| Dent (DENT)_____ | Groestlcoin (GRS)_____ |
| Dev Coin (DVC)_____ | GST (GST)_____ |
| DEXA COIN (DEXA)_____ | Guppy (GUP)_____ |
| Diamond (DMD)_____ | GXChain (GXC)_____ |
| DigiByte (DGB)_____ | Handshake (HNS)_____ |
| DigitalNote (XDN)_____ | Haven Protocol (XHV)_____ |
| DigixDAO (DGD)_____ | Hedera (HBAR)_____ |
| district0x (DNT)_____ | HedgeTrade (HEDG)_____ |
| DMarket (DMT)_____ | HempCoin (THC)_____ |
| Dogecoin (DOGE)_____ | Hintchain (HINT)_____ |
| DopeCoin (DOPE)_____ | Hive (HIVE)_____ |
| Dragonchain (DRGN)_____ | Hive Dollar (HBD)_____ |
| Dreamr (DMR)_____ | Horizen (ZEN)_____ |
| Dusk Network (DUSK)_____ | Humaniq (HMQ)_____ |
| Dynamic (DYN)_____ | Hxro (HXRO)_____ |
| eBoost (EBST)_____ | Hydro (HYDRO)_____ |
| Edgeless (EDG)_____ | HyperDAO (HDAO)_____ |
| EDUCare (EKT)_____ | I/OCoin (IOC)_____ |
| e-Gulden (EFL)_____ | ICON (ICX)_____ |
| Einsteinium (EMC2)_____ | iEx.ec (RLC)_____ |
| Elastos (ELA)_____ | Ignis (IGNIS)_____ |
| Electra Protocol (XEP)_____ | I-House Token (IHT)_____ |
| EmerCoin (EMC)_____ | Incent (INCNT)_____ |
| Endor (EDR)_____ | Ink Protocol (XNK)_____ |
| Energy Web Token (EWT)_____ | INSTAR (INSTAR)_____ |
| Energycoin (ENRG)_____ | Internet of People (IOP)_____ |
| Enigma (ENG)_____ | Internxt (INXT)_____ |
| En in (ENJ)_____ | ION (ION)_____ |
| EOS (EOS)_____ | IOST (IOST)_____ |
| Ethereum (ETH)_____ | IOTA (IOTA)_____ |
| Ethereum Classic (ETC)_____ | IoTeX (IOTX)_____ |
| Ethereum Name Service (ENS)_____ | IRISnet (IRIS)_____ |
| EthereumPoW (ETHW)_____ | Jasmy (JASMY)_____ |
| Euro (EUR)_____ | Kadena (KDA)_____ |
| EverGreenCoin (EGC)_____ | KardiaChain Token (KAI)_____ |
| Everipedia (IQ)_____ | KeeperDAO (ROOK)_____ |
| ExclusiveCoin (EXCL)_____ | Klaytn (KLAY)_____ |
| Expanse (EXP)_____ | Klever (KLV)_____ |
| FairCoin (FAIR)_____ | KOK (KOK)_____ |
| Fantom (FTM)_____ | Komodo (KMD)_____ |
| Fautor (FDM)_____ | Kore (KORE)_____ |
| Feathercoin (FTC)_____ | Kusama (KSM)_____ |
| Fetch (FET)_____ | Kyber Network Crystal (KNC)_____ |
| Filecoin (FIL)_____ | Lambda (LAMB)_____ |
| Firo (FIRO)_____ | LBRY Credits (LBC)_____ |
| FirstBlood (1ST)_____ | Lisk (LSK)_____ |
| Flare (FLR)_____ | Litecoin (LTC)_____ |
| FLO (FLO)_____ | Livepeer (LPT)_____ |
| Flux Network (FLUX)_____ | LoMoCoin (LMC)_____ |
| FNB (FNB)_____ | Loom Network (LOOM)_____ |
| Folder Protocol (FOL)_____ | Loopring (LRC)_____ |
| FoldingCoin (FLDC)_____ | Lucy (LUCY)_____ |
| Foresting (PTON)_____ | Lukki Operating Token (LOT)_____ |
| Function X (FX)_____ | Lunyr (LUN)_____ |
| FunFair (FUN)_____ | Maecenas (ART)_____ |
| Fusion (FSN)_____ | Magi (XMG)_____ |
| Gala (GALA)_____ | MaidSafeCoin (MAID)_____ |
| Galaxy Network (GNC)_____ | Mainframe (MFT)_____ |
| GameCredits (GAME)_____ | Maker (MKR)_____ |
| GeoCoin (GEO)_____ | Maro (MARO)_____ |
| GET Protocol (GET)_____ | MARS4 (MARS4)_____ |
| Gifto (GTO)_____ | Maximine (MXM)_____ |
| Gitcoin (GTC)_____ | Measurable Data Token (MDT)_____ |

| | |
|---|---|
| MediBloc (MED)_____ | PolkaCity (POLC)_____ |
| Melon (MLN)_____ | Polkadot (DOT)_____ |
| Memetic (MEME)_____ | Polygon (MATIC)_____ |
| Mercury (MER)_____ | Polymath (POLY)_____ |
| MetaFinance (MF1)_____ | PotCoin (POT)_____ |
| Metal (MTL)_____ | PowerLedger (POWR)_____ |
| Metaverse Dualchain Network Architecture (DNA)_____ | Prom (PROM)_____ |
| Metronome (MET)_____ | Propy (PRO)_____ |
| Mobius (MOBI)_____ | PumaPay (PMA)_____ |
| MOGU Token (MOGX)_____ | Pundi X Token (PUNDIX)_____ |
| Molecular Future (MOF)_____ | QLC (QLC)_____ |
| MonaCoin (MONA)_____ | Qtum (QTUM)_____ |
| Monero (XMR)_____ | Quant (QNT)_____ |
| MonetaryUnit (MUE)_____ | Quantum Resistant Ledger (QRL)_____ |
| More (MORE)_____ | Qwark (QWARK)_____ |
| Morpheus.Network (MNW)_____ | Radicle (RAD)_____ |
| Moss Coin (MOC)_____ | Rally (RLY)_____ |
| Munt (MUNT)_____ | Rari Governance (RGT)_____ |
| Musicoin (MUSIC)_____ | RavenCoin (RVN)_____ |
| MY IDENTITY Coin (MYID)_____ | Ravencoin Classic (RVC)_____ |
| Myriad (XMY)_____ | Recast1 (R1)_____ |
| Mysterium (MYST)_____ | ReddCoin (RDD)_____ |
| Naga (NGC)_____ | RedFOX Labs (RFOX)_____ |
| Navcoin (NAV)_____ | Refereum (RFR)_____ |
| NEM (XEM)_____ | Ren V1 (REN)_____ |
| Neo (NEO)_____ | Render Token (RNDR)_____ |
| NeosCoin (NEOS)_____ | Reserve Rights (RSR)_____ |
| Nerve Network Token (NVT)_____ | Revain (REV)_____ |
| Nervos (CKB)_____ | RevolutionVR (RVR)_____ |
| Neutrino USD (USDN)_____ | Ripio Credit Network (RCN)_____ |
| Nexium (NXC)_____ | Rise (RISE)_____ |
| Nexus (NXS)_____ | SALT (SALT)_____ |
| NFTX (NFTX)_____ | SaluS (SLS)_____ |
| NKN (NKN)_____ | Sentinel Protocol (UPP)_____ |
| NoLimitCoin (NLC2)_____ | Sequence (SEQ)_____ |
| Nucleus Vision (NCASH)_____ | Serve (SERV)_____ |
| Numeraire (NMR)_____ | ShareToken (SHR)_____ |
| NXT (NXT)_____ | Shiba Inu (SHIB)_____ |
| Obyte (GBYTE)_____ | Shift (SHIFT)_____ |
| Ocean Protocol (OCEAN)_____ | Shopping IO (SPI)_____ |
| Odyssey (OCN)_____ | Siacoin (SC)_____ |
| Okcash (OK)_____ | Signum (SIGNA)_____ |
| OMG Network (OMG)_____ | SimbCoin Swap (SMBSWAP)_____ |
| OmniCoin (OMNI)_____ | SingularDTV (SNGLS)_____ |
| OneRoot Network (RNT)_____ | Sirin Token (SRN)_____ |
| Ontology (ONT)_____ | SIX (SIX)_____ |
| OntologyGas (ONG)_____ | SKALE (SKL)_____ |
| Orbs (ORBS)_____ | Skrumble Network (SKM)_____ |
| Orchid (OXT)_____ | SMARTCREDIT Token (SMARTCREDIT)_____ |
| Origin Protocol (OGN)_____ | Smartlands (SLT)_____ |
| OriginTrail (TRAC)_____ | SocialGood (SG)_____ |
| Origo (OGO)_____ | Solana (SOL)_____ |
| OST (OST)_____ | SolarCoin (SLR)_____ |
| Oxen (OXEN)_____ | SolbitCoin (SBT)_____ |
| PAL Network (PAL)_____ | Solve.Care (SOLVE)_____ |
| Particl (PART)_____ | SpaceChain (SPC)_____ |
| Patientory (PTOY)_____ | SpaceMine (MINE)_____ |
| Pax Dollar (USDP)_____ | Spendcoin (SPND)_____ |
| PAX Gold (PAXG)_____ | Sphere (SPHR)_____ |
| PCHAIN (PI)_____ | SPIN Protocol (SPIN)_____ |
| Peercoin (PPC)_____ | Stably USD (USDS)_____ |
| Pesetacoin (PTC)_____ | Stake DAO (SDT)_____ |
| Phoenix DAO (PHNX)_____ | Status Network Token (SNT)_____ |
| Pinkcoin (PINK)_____ | Stealth (XST)_____ |
| Pist Trust (PIST)_____ | STEEM (STEEM)_____ |
| Pivx (PIVX)_____ | Steem Dollars (SBD)_____ |
| PIXEL (PXL)_____ | Stellar Lumens (XLM)_____ |
| PKT Cash (PKT)_____ | STORJ (STORJ)_____ |
| Plasma Finance (PPAY)_____ | StormX (STMX)_____ |
| PlayChip (PLAY)_____ | STPT (STPT)_____ |
| PlayDapp (PLA)_____ | Stratis (STRAX)_____ |
| Pledge Coin (PLG)_____ | Strike Finance (STRK)_____ |

```
Student Coin (STCCOIN)_____        vEmpire Gamer Token (VEMP)_____
SUKU (SUKU)_____        VERA (VRA)_____
Sushi (SUSHI)_____        Verge (XVG)_____
Swarm City (SWT)_____        VeriBlock (VBK)_____
Swipe (SXP)_____        VeriCoin (VRC)_____
Symbol (XYM)_____        VeriumReserve (VRM)_____
Syndicate (SYNX)_____        VersoView (VVT)_____
Synthetix Network Token (SNX)_____        Vertcoin (VTC)_____
Synthetix sUSD (SUSD)_____        Vesper Finance (VSP)_____
SysCoin (SYS)_____        Viacoin (VIA)_____
Tap (XTP)_____        Viberate (VIB)_____
TEMCO (TEMCO)_____        Vite (VITE)_____
TenX Pay Token (PAY)_____        Vodi X (VDX)_____
Terra Luna Classic (LUNC)_____        W Green Pay (WGP)_____
Terra Money (UST)_____        Waves (WAVES)_____
Tether (USDT)_____        WAX (WAXP)_____
Tezos (XTZ)_____        WAXE (WAXE)_____
The Graph (GRT)_____        WaykiChain (WICC)_____
The Sandbox (SAND)_____        WeTrust (TRST)_____
TheFutbolCoin (TFC)_____        Whitecoin (XWC)_____
Tokes (TKS)_____        Wibson (WIB)_____
Tranche Finance (SLICE)_____        Wings DAO (WINGS)_____
TransferCoin (TX)_____        Wrapped ACME (WACME)_____
Tripio (TRIO)_____        Wrapped Bitcoin (WBTC)_____
TRON (TRX)_____        XCF Token (XCF)_____
TrueUSD (TUSD)_____        XEL (XEL)_____
Tutor's Diary (TUDA)_____        XinFin Network (XDC)_____
Ubiq (UBQ)_____        XMCT (XMCT)_____
UMA (UMA)_____        XRP (XRP)_____
Unibright (UBT)_____        xSigma (SIG)_____
Unikoin Gold (UKG)_____        XYO (XYO)_____
Uniswap (UNI)_____        yearn.finance (YFI)_____
UP Token (UPT)_____        YellowHeart (HRTS)_____
UpToken (UP)_____        YFLink (YFL)_____
Uranus (URAC)_____        YGGDRASH (YEED)_____
UREEQA Token (URQA)_____        YIELD App (YLD)_____
US Dollar (USD)_____        ZCash (ZEC)_____
USD Coin (USDC)_____        ZClassic (ZCL)_____
UTRUST (UTK)_____        Zilliqa (ZIL)_____
Validity (VAL)_____        METADIUM (METADIUM)_____
VeChain (VET)_____        Quiztok (QTCON)_____
Velas (VLX)_____
```

| | | |
|---|---|---|
| 8. **What is the basis of the claim (to the extent not covered above)?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Claims submitted by encrypted upload can include privacy protected information.<br><br>_____ | |
| 9. **Is all or part of the claim secured?** | ❑ No<br>❑ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❑ Motor vehicle<br>❑ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**:              $_____<br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>❑ Fixed<br>❑ Variable | |
| 10. **Is this claim based on a lease?** | ❑ No<br><br>❑ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ | |
| 11. **Is this claim subject to a right of setoff?** | ❑ No<br><br>❑ Yes. Identify the property: _____ | |
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ No<br><br>❑ Yes. *Check one:*<br><br>❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>❑ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>❑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br>$_____<br>$_____ |

| | | |
|---|---|---|
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

**Part 3:    Sign Below**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☐  I am the creditor.<br>☐  I am the creditor's attorney or authorized agent.<br>☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  _____<br>　　　　　　　　　　MM / DD / YYYY<br><br><br>_____<br>　Signature<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>Name　　_____<br>　　　　　First name　　　　　Middle name　　　　　Last name<br><br>Title　　_____<br><br>Company　_____<br>　　　　　Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>Address　_____<br>　　　　　Number　　　Street<br><br>　　　　　_____<br>　　　　　City　　　　　　　　　　　　　　　State　　　ZIP Code<br><br>Contact phone  _____　　Email  _____ |