## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| *Desolation Holdings LLC*, | Case No. 23-10597-BLS |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Illuminate Law Group hereby enters its appearance on behalf of Bellevue Place Office, LLC ("Bellevue Place") in the above-captioned case, and hereby request, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this action be given and served upon the following person at the address, telephone, facsimile, and e-mail addresses:

> Brian M. Muchinsky, Esq.
> Illuminate Law Group
> 10500 NE 8th Street, Suite 930
> Bellevue, WA 98004
> Telephone: (425) 289-5555
> Facsimile: (888) 371-4133
> bmuchinsky@illuminatelg.com

The undersigned further requests that the Clerk of the Bankruptcy Court place such addresses on the ECF notification list and any mailing list or matrix of creditors prepared in the above-captioned case.

NOTICE OF APPEARANCE- 1

**ILLUMINATE LAW GROUP**
10500 NE 8th Street, Suite 930
Bellevue, WA  98004
Tel (425) 289-5555
Fax (888) 371-4133

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Bellevue Place's right to (i) have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Bellevue Place is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated this 1st day of June, 2023 at Bellevue, Washington.

ILLUMINATE LAW GROUP

/s/ Brian M. Muchinsky
Brian M. Muchinsky, WSBA #31860
Attorneys for Bellevue Place Office, LLC

NOTICE OF APPEARANCE- 2

ILLUMINATE LAW GROUP
10500 NE 8th Street, Suite 930
Bellevue, WA  98004
Tel (425) 289-5555
Fax (888) 371-4133