**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>DESOLATION HOLDINGS, LLC, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>RE: D.I. 70 |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2023, I caused a copy of the United States Trustee's Objection to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain a Consolidated List of Creditors, (B) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, and (C) Withhold or Omit Certain Confidential Information, (II) Establishing Procedures For Notifying The Parties Of Commencement, And (III) Granting Related Relief [D.I. 70] to be served *via* email upon the following parties and *via* the CM/ECF upon the parties registered thereto:

Robert S. Brady
Kenneth Enos
Joshua B. Brooks
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: rbrady@ycst.com
Email: kenos@ycst.com
Email: jbrooks@ycst.com

Susheel Kirpalani
Patricia B. Tomasco
Daniel Holzman
Alain Jaquet
Razmig Izakelian
Joanna D. Caytas
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: ljones@pszjlaw.com
Email: tcairns@pszjlaw.com

Lee E. Woodard, Esq.
Brian D. Roy, Esq.
HarrisBeachPLLC
333 W. Washington Street, Suite 200
Syracuse, NY 13202
Email: bkemail@harrisbeach.com
Email: broy@harrisbeach.com

Jason C. Powell, Esq.
The Powell Firm, LLC
1813 N. Franklin Street
P. O. Box 289
Wilmington, DE 19899
Email: jpowell@delawarefirm.com

Brian M. Muchinsky, Esq.
Illuminate Law Group
10500 NE 8th Street, Suite 930
Bellevue, WA 98004
Email: bmuchinsky@illuminatelg.com

*/s/Richard L. Schepacarter*
Richard L. Schepacarter
Trial Attorney