IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 4 |

**CERTIFICATE OF COUNSEL REGARDING DEBTORS' MOTION SEEKING ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO SERVE CERTAIN PARTIES BY EMAIL, AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby certifies follows:

1. On May 8, 2023, the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Serve Certain Parties by Email, and (II) Granting Related Relief* [D.I. 4] (the "Motion").

2. On May 10, 2023, the Court entered its *Interim Order (I) Authorizing the Debtors to Serve Certain Parties by Email, and (II) Granting Related Relief* [D.I. 36] (the "Interim Order").

3. Pursuant to the Interim Order, any objections or responses to the entry of the Motion's proposed final order were to be filed and served no later than May 31, 2023 at 4:00 PM (prevailing Eastern Time).

4. As of the date hereof, no formal objection or other responses to the Motion have

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

been filed or served on the Debtors. However, the Debtors received informal comments (the "Informal Comments") on the proposed form of final order from the Securities and Exchange Commission (the "SEC").

5. To resolve the SEC's Informal Comments, the Debtors have revised the proposed form of the final order (the "Revised Final Order"), a copy of which is attached hereto as **Exhibit A**. A copy of the Revised Final Order compared with the Motion's proposed final order is attached hereto as **Exhibit B**.

The Revised Final Order has been circulated to the Office of the United States Trustee, which has advised it does not object to entry of the Revised Final Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Final Order at it earliest convenience.

| | |
|---|---|
| Date: June 4, 2023<br>Wilmington, DE | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**PROPOSED COUNSEL FOR THE DEBTORS** |