# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | **Ref. Docket No. 9** |

## CERTIFICATION OF COUNSEL

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby certifies as follows:

1. On May 8, 2023, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders: (A) Authorizing the Debtors to Incur Post-Petition Debt, (B) Granting Super-Priority Administrative Expense Claims, (C) Scheduling a Final Hearing, and (D) Granting Related Relief* [D.I. 9] (the "Motion").

2. On May 10, 2023, the Court entered its *Interim Order (A) Authorizing the Debtors to Incur Post-Petition Debt, (B) Granting Super-Priority Administrative Expense Claims, (C) Scheduling a Final Hearing, and (D) Granting Related Relief* [D.I. 41] (the "Interim Order").

3. Pursuant to the Interim Order, any objections or responses to the entry of the final order granting the relief requested in the Motion (the "Final Order") were to be filed and served no later than May 31, 2023 at 4:00 PM (prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

4. As of the date hereof, no formal objection or other responses to the Motion have been filed or served on the Debtors. However, the Debtors received informal comments (the "Informal Comments") to the Final Order from the Securities and Exchange Commission (the "SEC").

5. To resolve the SEC's Informal Comments, the Debtors added certain language to the Final Order, a copy of which is attached hereto as **Exhibit A**. A copy of the Final Order compared with the Interim Order is attached hereto as **Exhibit B**.

6. The Debtors also shared the Final Order with the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), and the U.S. Trustee does not object to entry of the Final Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Final Order without further notice or hearing at the Court's earliest convenience.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>June 4, 2023 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Emails:  rbrady@ycst.com<br>     kenos@ycst.com<br>     jbrooks@ycst.com<br><br>- and -<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Emails:  susheelkirpalani@quinnemanuel.com<br>     pattytomasco@quinnemanuel.com<br>     danielholzman@quinnemanuel.com<br>     alainjaquet@quinnemanuel.com<br>     razmigizakelian@quinnemanuel.com<br>     valerieramos@quinnemanuel.com<br>     joannacaytas@quinnemanuel.com<br><br>**PROPOSED COUNSEL FOR THE DEBTORS** |