# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | Ref. Docket No. 54 |

## CERTIFICATION OF COUNSEL

On May 17, 2023, the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Authority to Employ Professionals Used in Ordinary Course of Business* [D.I. 54] (the "Motion"). A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "Proposed Order"). The deadline to file objections or otherwise respond to the Motion was May 31, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").

Prior to the Objection Deadline, the Debtors received informal comments to the Proposed Order and proposed list of Ordinary Course Professionals from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). No other informal responses or objections to the Motion were received.

Following discussions with the U.S. Trustee, the Debtors agreed to a revised form of order (the "Revised Proposed Order")[2] approving the Motion, a copy of which is attached hereto as **Exhibit A**. For the convenience of the Court and other interested parties, a blackline comparing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] The Debtors also agreed to revise the proposed list of Ordinary Course Professionals attached as Exhibit 1 to the Revised Proposed Order.

the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**. The Revised Proposed Order resolves the U.S. Trustee's informal comments.

WHEREFORE, as the Debtors did not receive any objections or responses other than that described herein, and the U.S. Trustee does not object to entry of the Revised Proposed Order, the Debtors respectfully requests that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

| | |
|---|---|
| Dated: June 4, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Emails:  rbrady@ycst.com<br>             kenos@ycst.com<br><br>- and -<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Emails:  susheelkirpalani@quinnemanuel.com<br>             pattytomasco@quinnemanuel.com<br>             danielholzman@quinnemanuel.com<br>             alainjaquet@quinnemanuel.com<br>             razmigizakelian@quinnemanuel.com<br>             valerieramos@quinnemanuel.com<br>             joannacaytas@quinnemanuel.com<br><br>**PROPOSED COUNSEL FOR THE DEBTORS** |