**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 55** |

**SUPPLEMENTAL DECLARATION OF PATRICIA TOMASCO
IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
QUINN EMANUEL URQUHART & SULLIVAN, LLP AS CO-COUNSEL
FOR THE DEBTORS AND THE DEBTORS IN POSSESSION**

The undersigned proposed attorney for Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") hereby submits this supplemental declaration (the "Supplemental Declaration") in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession* (the "Application") [Docket No. 55].

1.      My name is Patricia Tomasco.  I am over the age of 18 years.  I am competent to make this Supplemental Declaration and I have personal knowledge of the facts stated herein. Each and every statement contained herein is true and correct.

2.      I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel").  Quinn Emanuel maintains offices in 14 U.S. cities and 18 international cities, including offices at 51 Madison Avenue, 22nd Floor, New York, New York 10010.  Quinn

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Emanuel's main telephone number is 212.849.7000 and the main facsimile number is 212.849.7100.

3.        This Supplemental Declaration is submitted in further support of the Application and to address the informal response of the United States Trustee to the Application.  In connection with the Application, I submitted the *Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession* (the "Declaration") [Docket No. 55-3].

<u>**QUINN EMANUEL'S QUALIFICATIONS AND SCOPE OF SERVICES**</u>

4.        On May 8, 2023, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors wish to retain Quinn Emanuel as bankruptcy co-counsel to represent them in these Chapter 11 Cases (the "Engagement").  Quinn Emanuel's professionals have worked closely with the Debtors' management and have gained significant institutional knowledge about the Debtors' organization, financial affairs, and related matters.  The Debtors believe that Quinn Emanuel is uniquely well-qualified to represent the Debtors in these Chapter 11 Cases in an efficient and timely manner.

5.        Quinn Emanuel currently represents Bittrex, Inc. in an SEC investigation into potential violations of federal securities laws stemming from Bittrex, Inc.'s business operations. On April 17, 2023, the SEC filed a Complaint against Bittrex, Inc. *et al*. in the United States District Court of the Western District of Washington, Seattle Division, alleging that Bittrex, Inc. violated certain provisions of the federal securities laws.

6.        Quinn Emanuel provides advice to Bittrex, Inc., Desolation Holdings LLC, Bittrex Malta Ltd., and Bittrex Malta Holdings Ltd. with respect to financial restructuring and advice concerning the prosecution and resolution of these Chapter 11 Cases.

## QUINN EMANUEL'S DISCLOSURE PROCEDURES

7.      Quinn Emanuel has a large and diversified legal practice that encompasses the representations of and the representations adverse to select individuals, funds, institutions, partnerships, limited liability companies, and corporations, some of which are or may consider themselves to be creditors or parties in interest in these Chapter 11 Cases, or otherwise to have interests in these cases.

8.      In preparing the Declaration, I or other persons acting at my direction used a set of procedures developed by Quinn Emanuel to comply with the requirements of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules (the "Quinn Emanuel Disclosure Procedures"). Pursuant to the Quinn Emanuel Disclosure Procedures, I performed or caused to be performed the following actions to identify the parties relevant to this Supplemental Declaration and to ascertain Quinn Emanuel's connection to such parties:

a.      Quinn Emanuel requested and obtained from the Debtors extensive lists of interested parties and significant creditors. From those lists, Quinn Emanuel identified the parties in interest (the "Potential Parties in Interest") that are related to the Engagement. The Potential Parties in Interest, as identified by the Debtors, include: (i) the Debtors and Affiliates; (ii) officers and directors; (iii) landlords; (iv) litigation parties; (v) contract parties and customers; (vi) utilities; (vii) Debtors' professionals; (viii) taxing authorities and government regulatory agencies; (ix) vendors; (x) bankruptcy judges and staff and the United States Trustee's office; (xi) 50 largest unsecured creditors listed by UUID; (xii) miscellaneous parties. Additional Potential Parties in Interest identified by the Debtors include: (xiii) significant competitors; and (xiv) top 180 customers listed by UUID. A copy of the amended list of the Potential Parties in Interest searched by Quinn Emanuel is attached hereto as Amended Schedule 1.

b.      Quinn Emanuel then compared the name of each of the Potential Parties in Interest to the names in its master electronic database of Quinn Emanuel's current and recent clients (the "Client Database").  The Client Database generally includes the names of each current and former client of Quinn Emanuel, the name of the parties who are or were related or adverse to such current or former client, and the names of the Quinn Emanuel personnel who are or were responsible for the current or former matters for such client since 1999.  Quinn Emanuel maintains the Client Database to include additional entities that become related to current and former clients.

c.      Quinn Emanuel compared the names included on the Potential Parties in Interest list to the names in the Client Database to identify any matches and to determine whether such matches are current or former clients.

d.      Known connections between former or recent clients of Quinn Emanuel and the Parties in Interest were compiled for the purposes of preparing this Supplemental Declaration. These connections, including new connections identified by Quinn Emanuel, are listed in Amended Schedule 2 attached hereto.

9.      As a matter of retention and disclosure policy, Quinn Emanuel will continue to apply the Quinn Emanuel Disclosure Procedures as additional information concerning entities having a connection to the Engagement is developed and will file appropriate supplemental disclosures with this Court, if warranted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June, 2023.

*/s/  Patricia Tomasco*
Patricia Tomasco

4

# AMENDED SCHEDULE 1[1]

## Debtors and Affiliates

| NAME | CATEGORY |
| --- | --- |
| Bittrex, Inc. QSUB | Debtor |
| Desolation Holdings LLC | Debtor |
| Bittrex Malta Ltd. | Debtor |
| Bittrex Malta Holdings Ltd | Debtor |
| Aquila Holdings Inc. | Affiliate |
| RBR Holdings, Inc | Affiliate |
| Bittrex Ventures LLC | Affiliate |
| Bittrex ATS Ventures LLC (24.9%) | Affiliate |
| Digital Providings LLC | Affiliate |
| Freestone Management LLC | Affiliate |
| Bittrex Compliance Services LLC | Affiliate |
| Bittrex Advisors LLC | Affiliate |
| Andromeda Technologies LLC | Affiliate |
| Digital Warehouse LLC | Affiliate |
| Dolostone Management, LLC | Affiliate |
| Bittrex Global, Inc. | Affiliate |
| Bittrex Global (Cayman) Ltd. | Affiliate |
| Bittrex Global (Jersey) Ltd. | Affiliate |
| Bittrex Global (Bermuda) Ltd. | Affiliate |
| Bittrex Global (UK) Ltd. | Affiliate |
| Bittrex Global (Switzerland) Ltd. | Affiliate |
| Bittrex DLT Technologies GmbH | Affiliate |
| Bittrex Global GmbH | Affiliate |
| Bittrex Europe Holdings LLC | Affiliate |
| Bittrex Asia Holdings LLC | Affiliate |
| Andromeda DLT Holdings LLC | Affiliate |
| Trexie Management LLC | Affiliate |

## Officers and Directors

| NAME | CATEGORY |
| --- | --- |
| Richie Lai | Co-Founder/CEO |
| Bill Shihara | Co-Founder |
| Rami Kawach | Co-Founder |
| Timothy Pohl | Independent Director |
| David Maria | General Counsel |
| Jim Waschak | Chief Operating Officer |
| Paul Midgen | Chief Technology Officer |
| Micheal Fritz | Director of Compliance Programs |

---

[1]   Additions to Schedule 1 are marked with an asterisk (*).

| NAME | CATEGORY |
|---|---|
| Robert Duffy | Co-Chief Restructuring Officer |
| Evan Hengel | Co-Chief Restructuring Officer |
| Joseph Leva | Chief Compliance Officer |

**Landlords**

| NAME | CATEGORY |
|---|---|
| Digital Realty Trust, Inc. | Landlord |
| Bellevue Place Office, LLC | Landlord |
| Lincoln Square Retail, LLC | Landlord |
| 1800 M Street REIT, LP | Landlord |
| B9 Sequoia Overlake Owner LLC | Landlord |
| WeWork Inc. | Landlord |
| Epic Games Inc. | Landlord |
| PNC Bank, National Association | Landlord |

**Litigation**

| NAME | CATEGORY |
|---|---|
| Securities and Exchange Commission | Litigation – Complaint |
| Albert Ahdoot & Mushoo, Inc. | Litigation – Arbitration |
| Rahwa Berhe | Litigation – EEOC Complaint |
| United States | Litigation – U.S. vs. Bittrex Inc. |
| D'Narial Brown-Pressley | Litigation |
| OFAC | Litigation – Settlement |
| FINCEN | Litigation - Settlement |

**Contract Parties and Customers**

| NAME | CATEGORY |
|---|---|
| American Trade Exchange Inc. | Counterparties and Customers |
| CatalX Exchange Inc. | Counterparties and Customers |
| Galaxy Digital, LLC | Counterparties and Customers |
| Plutus Financials, Inc. | Counterparties and Customers |
| Pulsar Global Limited | Counterparties and Customers |
| Kbit Global Ltd. | Counterparties and Customers |
| Terra Luna Capital Fund LP | Counterparties and Customers |
| HDCX, LLC | Counterparties and Customers |
| Alameda Research | Counterparties and Customers |
| Genesis Global Capital, LLC | Counterparties and Customers |
| Shanghai Quan-Chain Electronic Technology | Counterparties and Customers |
| Wintermute Trading Ltd. | Counterparties and Customers |
| Subspace Capital (Cayman) LLC | Counterparties and Customers |
| Cumberland DRW LLC | Counterparties and Customers |

**Utilities**

| NAME | CATEGORY |
|---|---|
| Puget Sound Energy Inc. | Utility Provider |

**Debtors' Professionals**

| NAME | CATEGORY |
|---|---|
| Berkeley Research Group, LLC | Bankruptcy Professional |
| Quinn Emanuel Urquhart & Sullivan, LLP | Bankruptcy Professional |
| Young Conaway Stargatt & Taylor, LLP | Bankruptcy Professional |
| Omni Agent Solutions | Bankruptcy Professional |
| TRP Advisors LLC | Independent Director |
| O'Melveny & Myers LLP | Ordinary Course Professional |
| Perkins Coie LLP | Ordinary Course Professional |
| McNaul Ebel Nawrot & Helgren PLLC | Ordinary Course Professional |
| KPMG LLP | Ordinary Course Professional |
| Pillsbury Winthrop Shaw Pittman LLP | Ordinary Course Professional |
| Paul Hastings LLP | Ordinary Course Professional |
| Kobre & Kim | Ordinary Course Professional |
| Ernst & Young LLP | Ordinary Course Professional |
| Deloitte & Touche LLP | Ordinary Course Professional |
| Hunton Andrews Kurth, LLP | Ordinary Course Professional |
| Orrick Herrington & Sutcliffe LLP | Ordinary Course Professional |
| Winterbauer & Diamond PLLC | Ordinary Course Professional |
| RSM US LLP | Ordinary Course Professional |
| Alvarez & Marsal Disputes and Investigations, LLC | Ordinary Course Professional |
| PricewaterhouseCoopers Advisory Services LLC | Ordinary Course Professional |
| HMB Legal Counsel | Ordinary Course Professional |
| Grant Thornton LLP | Ordinary Course Professional |
| Scott Douglass & McConnico LLP | Ordinary Course Professional |
| McDermott Will & Emery LLP | Ordinary Course Professional |
| WIPFLI LLP | Ordinary Course Professional |
| Fenlex Corporate Services Ltd. | Ordinary Course Professional |
| Snell and Wilmer LLP | Ordinary Course Professional |
| Delta Strategy Group | Ordinary Course Professional |

**Taxing Authorities and Government Regulatory Agencies**

| |
|---|
| State of Alabama |
| State of Alaska |
| State of Arizona |
| State of Arkansas |
| State of California |
| State of Colorado |
| State of Delaware |
| State of Florida |
| State of Georgia |
| State of Idaho |
| State of Illinois |
| State of Indiana |
| State of Iowa |
| State of Kansas |
| State of Kentucky |
| State of Louisiana |
| State of Maine |
| State of Maryland |
| State of Massachusetts |
| State of Michigan |
| State of Minnesota |
| State of Mississippi |
| State of Missouri |
| State of Montana |
| State of Nebraska |
| State of Nevada |
| State of New Hampshire |
| State of New Jersey |
| State of New Mexico |
| State of North Carolina |
| State of North Dakota |
| State of Ohio |
| State of Oklahoma |
| State of Oregon |
| State of Pennsylvania |
| State of Rhode Island |
| State of South Carolina |
| State of South Dakota |
| State of Tennessee |
| State of Texas |
| State of Utah |
| State of Virginia |
| District of Columbia |
| State of Washington |

| State of West Virginia |
| State of Wisconsin |
| State of Wyoming |
| Office of Foreign Asset Control |
| Financial Crimes Enforcement Network |
| Securities and Exchange Commission |
| Arizona Dept of Revenue |
| Massachusetts Dept of Revenue |
| North Carolina Dept of Revenue |
| Oregon Dept of Revenue |
| Tennessee Dept of Revenue |
| Washington State – Dept of Revenue |

**Vendors**

| NAME | CATEGORY |
|---|---|
| Cloudflare, Inc. | Platform |
| Jumio Corporation | Platform |
| Iterable, Inc | Platform |
| Blockdaemon Inc. | Platform |
| WPVIP Inc. | Platform |
| Coinbase Crypto Services, LLC | Platform |
| Onix Solutions Limited | Platform |
| AG Grid Ltd | Platform |
| MUI Pro | Platform |
| UKG Inc. | Compliance/Support |
| ACX International Ltd. | Compliance/Support |
| Chainalysis Inc. | Compliance/Support |
| Zendesk Inc. | Compliance/Support |
| Notabene, Inc. | Compliance/Support |
| Ada Support Inc. | Compliance/Support |
| NetSuite Inc. | Compliance/Support |
| Solidus Labs, Inc. | Compliance/Support |
| KPMG | Compliance/Support |
| ThoughtSpot, Inc. | IT/Security |
| Forta Foundation | IT/Security |
| Slack Technologies, LLC | IT/Security |
| Comcast | IT/Security |
| Agari Data, Inc | IT/Security |
| Navex Global, Inc. | IT/Security |
| PortSwigger Ltd | IT/Security |
| NCC Group plc | IT/Security |
| Sciath, LLC | IT/Security |
| MPS Security | IT/Security |
| Astute | Real Estate KTLO |
| MacMiller | Real Estate KTLO |

| NAME | CATEGORY |
|---|---|
| Iron Mountain Incorporated | Real Estate KTLO |
| Kastle Systems LLC | Real Estate KTLO |
| Wizeline, Inc. | Employee Productivity |
| Butchershop Creative LLC | Employee Productivity |
| Pequity Inc. | Employee Productivity |
| Hubspot, Inc. | Employee Productivity |
| Endeavor Retirement LLC | Employee Productivity |
| Monday.com Ltd | Employee Productivity |
| State Tax Solutions, Inc. | Admin/Overhead Exp. Reduction |
| Carta, Inc. | Admin/Overhead Exp. Reduction |
| Everlaw, Inc. | Admin/Overhead Exp. Reduction |
| CoderPad, Inc. | Admin/Overhead Exp. Reduction |
| Bridge Software LLC | Not Critical |
| ShareGate Inc. | Can Terminate |
| Beacon Hill Staffing Group LLC | Legal |
| Wachsman, LLC | Marketing |
| American Public Media | Marketing |
| Regus PLC | Operations |
| Fireblocks Inc. | Platform |
| Yoast BV | Platform |
| Mark Monitor Inc. | IT/Security |
| Hacken | IT/Security |
| First Call Resolution, LLC | Compliance/Support |
| Hubspot, Inc. | Employee Productivity |
| Invicti Security Corp. | IT/Security |
| Microsoft Azure Inc. | Platform |
| Microsoft Enterprise Services | IT/Security |
| Protoio Inc. | Support |
| Snowflake Inc. | IT/Security |
| Commonwealth Vault and Safe Deposit Co. | Real Estate KTLO |
| Frosch International Travel, LLC | Support |
| Cosaic Inc. | Platform |
| DataDog, Inc. | Platform |
| LexisNexis Group, Inc. | Platform |
| PagerDuty, Inc. | Platform |
| Plaid Inc. | Platform |
| Prime Trust, LLC | Platform |
| Sendgrid, Inc. | Platform |
| TradingView Inc. | Platform |
| DocuSign, Inc. | Employee Productivity |
| Figma, Inc. | Employee Productivity |
| AgileBits Inc. | IT/Security |
| Apple Business Manager | IT/Security |
| Digicert, Inc. | IT/Security |

| NAME | CATEGORY |
|------|----------|
| WhiteSource Software Inc. | IT/Security |
| Westin Colo | IT/Security |
| Acuant Inc. | Compliance/Support |
| Exiger LLC | Compliance/Support |
| iSolved HCM, LLC | Compliance/Support |
| Lighthouse Document Technologies, Inc. | Compliance/Support |
| SardineAI Corp. | Compliance/Support |
| Widgix LLC | Can Terminate |
| Built In, Inc. | Can Terminate |
| Canva, Inc. | Can Terminate |
| Greenhouse Software, Inc. | Admin/Overhead Exp. Reduction |
| Thomson Reuters Corporation | Admin/Overhead Exp. Reduction |
| Accurate Background, LLC | HR |
| Nino Finance, Inc. | Finance |
| FloQast, Inc. | Finance |
| Zendesk Inc. | Compliance/Support |
| TecEx | IT/Security |
| User Zoom, Inc | Product |
| Waggener Edstrom Worldwide, Inc. | Marketing |
| 216 Digital LLC | Marketing |
| Creative Circle, LLC | Marketing |
| FullStory, Inc. | Product |
| iHeart Media, Inc. | Marketing |
| Messari, Inc. | Product |
| Mixpanel, Inc. | Product |
| Single Grain LLC | Marketing |
| Sprout Social, Inc. | Marketing |
| Text Expander, Inc. | Other |
| Zoom Video Communications, Inc. | Admin |
| FlexJet LLC | Admin/Travel |
| FlexJet LLC | Admin |
| Puget Sound Beverage Services | Admin |
| Lockton Companies Inc. | Insurance |
| Keen Search, LLC | HR |
| Sierra Microproducts Inc. | IT/Security |
| Ace Parking Management Inc. | Admin |
| Alliance Building Services, LLC | Admin |
| StackAdapt Inc. | Marketing |
| Unum Group | Insurance |
| Cintas Corporation | Admin |
| Wholesail Networks, LLC | Admin |
| Marsh USA Inc. | Insurance |
| Convergint Technologies LLC | IT/Security |
| Performance Systems Integration, LLC | Admin |

| NAME | CATEGORY |
|---|---|
| Brave Software International, SEZC | IT/Security |
| Chubb Corp. | Insurance |
| Lee Hecht Harrison LLC | HR |
| TPG Financial Advisors, LLC | Admin |
| Wachsman | Marketing |
| The Cigna Group | Insurance |
| VSP Vision Care Inc. | Insurance |
| The Allstate Corporation | Insurance |
| Allianz SE | Insurance |
| AXA XL Insurance | Insurance |
| Intact Financial Corporation | Insurance |
| ANV Global Services | Insurance |
| Starr Insurance & Reinsurance Limited | Insurance |
| Euclid Insurance Services, Inc. | Insurance |
| AmTrust Financial Services | Insurance |
| Canopius Group Limited | Insurance |
| Tokio Marine HCC | Insurance |
| StarStone Specialty Insurance Company | Insurance |
| CNA Financial | Insurance |
| Helpware Inc. | Contract Labor |
| LAZ Parking Ltd, LLC | Admin |
| The Partner Group | Admin |
| Scott Hodgson | Contract Labor |
| Patriot Consulting Technology Group | IT/Security |
| Invision Inc. | Support |
| NDM Technologies Limited | Support |
| Qualys Inc. | IT/Security |
| SpyCloud, Inc | IT/Security |
| Sovos Compliance LLC | Compliance/Support |
| Brent Aslin and Associates | Support |
| Genetec Inc. | IT/Security |
| Genetec Inc. | Other |
| Nelson Electric Inc | Other |
| Neurilink Inc. | Other |
| System Source Inc. | Other |
| JPC Architects LLC | Other |
| Network Wiring Services | Other |
| Phillip Drew Consulting | HR |
| Aon Risk Insurance Services West, Inc. | Insurance |
| Signature Bank | Platform |
| Silvergate Bank | Platform |
| Blockworks Group | Vendor |
| CT Corporation | Vendor |
| HaystackID LLC | Vendor |

| NAME | CATEGORY |
|---|---|
| HelpSystems (Formerly PhishLabs) | Vendor |
| LinkedIn | Vendor |
| New Alliance Insurance Agency | Vendor |
| Premier Partnership | Vendor |
| Reverb | Vendor |
| Yellow Lab Creative Studio | Vendor |

**Bankruptcy Judges and Staff and United States Trustee's Office**

| NAME | CATEGORY |
|---|---|
| Ashley Chan | Bankruptcy Judges and Staff |
| Brendan L. Shannon | Bankruptcy Judges and Staff |
| Craig T. Goldblatt | Bankruptcy Judges and Staff |
| John T. Dorsey | Bankruptcy Judges and Staff |
| Karen B. Owens | Bankruptcy Judges and Staff |
| Kate Stickles | Bankruptcy Judges and Staff |
| Laurie Selber Silverstein | Bankruptcy Judges and Staff |
| Mary F. Walrath | Bankruptcy Judges and Staff |
| Stacey Drechsler, Chief Deputy Clerk | Bankruptcy Judges and Staff |
| Una O'Boyle, Clerk of the Court | Bankruptcy Judges and Staff |
| Benjamin Hackman | U.S. Trustee's Office |
| Christine Green | U.S. Trustee's Office |
| Denis Cooke | U.S. Trustee's Office |
| Diane Giordano | U.S. Trustee's Office |
| Dion Wynn | U.S. Trustee's Office |
| Edith A. Serrano | U.S. Trustee's Office |
| Hannah M. McCollum | U.S. Trustee's Office |
| Holly Dice | U.S. Trustee's Office |
| James R. O'Malley | U.S. Trustee's Office |
| Jane Leamy | U.S. Trustee's Office |
| Joseph Cudia | U.S. Trustee's Office |
| Joseph McMahon | U.S. Trustee's Office |
| Juliet Sarkessian | U.S. Trustee's Office |
| Lauren Attix | U.S. Trustee's Office |
| Linda Casey | U.S. Trustee's Office |
| Linda Richenderfer | U.S. Trustee's Office |
| Michael Panacio | U.S. Trustee's Office |
| Nyanquoi Jones | U.S. Trustee's Office |
| Ramona Harris | U.S. Trustee's Office |
| Richard Schepacarter | U.S. Trustee's Office |
| Rosa Sierra-Fox | U.S. Trustee's Office |
| Shakima L. Dortch | U.S. Trustee's Office |
| Timothy J. Fox, Jr. | U.S. Trustee's Office |

**50 Largest Unsecured Creditors Listed by UUID**

| |
|---|
| c09b87dc-64d8-440d-b71f-b2efcfe2aff6 |
| 83393306-9343-4855-8987-868266cb144e |
| 5cfb7e9b-08dc-4691-a7a0-91789961f52c |
| 6a24bb04-4799-4da8-b799-98e9887b5d43 |
| 0aaa95f4-0b64-41a0-8212-2f4468de8d5e |
| a1472e35-7879-403d-b912-33b369f974bc |
| a577b1ff-00ed-4872-a9ce-647cabbd4921 |
| dcb22222-657a-400a-b98b-495711848302 |
| 4f7f1b08-a58c-4bed-b0b5-16e246c52880 |
| f536e49d-aa7a-4a54-a9ea-fcba81492b5c |
| fb923c5c-30ca-4100-9f55-beeac5ba6ea8 |
| fadf45ef-bc0f-4353-9850-fd1e77b29697 |
| f9999a5f-fa69-46ab-aff4-bca7e8ddeb56 |
| 3f28305a-7f4a-41ff-a707-e1d25ac111f9 |
| dd2f7fdc-2163-42af-a90e-2d76007a16f0 |
| dbe0b606-15c8-43f3-8517-14ac18907906 |
| 008beac3-c9e4-4760-9a4c-b67977d15981 |
| cd16ebb3-96f5-4864-8a02-fc8d2463734f |
| 925d0c0b-c584-4005-9e48-025493db1f09 |
| 4ede2655-0b05-4b45-9f04-de15d8c4f521 |
| 6ce22b6a-eaab-4150-860a-87d822ce49e6 |
| d375ee9b-ef35-45fe-81ae-7eb0a643781b |
| 27f81091-66c7-458a-a4f9-31f636c9b5c7 |
| 12dba393-1a79-4ffe-a58d-782d80c140ba |
| 518eeb1b-dfb2-4be7-acee-7d3ccd74e5d5 |
| 1e09e8ec-8b17-422d-b3f3-cb96ee71fbaa |
| f25c6a91-1afa-48fd-abd9-e511999da04c |
| ae2ee974-3f89-4cb1-bcb4-64361b44486a |
| e78e6f3a-5be9-49b8-be09-0c619928b44f |
| 2a54b310-c531-49eb-a704-f5933e925168 |
| 01014189-63a3-43c0-b6fc-651ddccaa276 |
| 58611824-5bc6-442d-b239-b548b4a4eec3 |
| 210de341-83a8-474c-a37e-61d2c10c8734 |
| 6341b91e-7b9f-4f56-a6a9-c66069ad945d |
| 13e5eb91-0087-4936-9f9b-fb73052b5f1a |
| c62b2459-1676-4e4e-9caa-99a0b420a404 |
| f9c46d34-51fa-4e10-aa95-93137c2de7e8 |
| dd88f140-297b-4811-88c0-f18afd1b8752 |
| 3264a54a-1218-46b6-ac7d-1d7773995563 |
| db61b2ac-da20-4304-9c5e-9285060cc799 |
| 2482db41-3e56-4a7b-b3a1-c332df465fa9 |
| b59cdaee-c5c7-4914-8741-335a0bd25e41 |
| 7e8620c2-7ff2-4802-9979-6bc46d6b8fb7 |
| 0d372cc9-9c01-40ab-996a-28f0032b2a26 |

| |
|---|
| 93ec913d-a376-4c3a-8844-93daf932b7d6 |
| 1fc8d534-be33-4884-bc54-edbab65f5b13 |
| 2ede9c2c-3f1c-4c1f-913c-7fe64dd5af6f |
| Securities and Exchange Commission |
| Financial Crimes Enforcement Network |
| Office of Foreign Asset Control |

**Miscellaneous Parties**

| NAME | CATEGORY |
|---|---|
| United Texas Bank | Banking Relationship |
| Goldman Sachs & Co. | Banking Relationship |
| King and Spalding LLC | Interested Professional |
| Pachulski Stang Ziehl & Jones LLP | Interested Professional |
| Endurance American Insurance Company | Party in interest |
| Steve Bunnell | Former Director and Officer |
| Michael Carter | Former Director and Officer |

**Significant Competitors***

| NAME | CATEGORY |
|------|----------|
| Kucion | Competitor |
| UPHOLD | Competitor |
| BitMEX | Competitor |
| Kraken | Competitor |
| CEX.IO | Competitor |
| Gate.io | Competitor |
| Bitget | Competitor |
| Bitstamp | Competitor |

**Top 180 Customers Listed by UUID***

| |
|---|
| d4b97eb4-9e60-4f03-8eb6-014915996af2 |
| 561a3ba6-aea6-40c6-9e7b-ea115fc3440f |
| cb4ed16d-8f1b-4b85-96cd-23f6c93c05be |
| e2e66932-be23-416d-bdaa-09ceb96162da |
| cef324b1-7d90-44d2-b25c-999d2bcfedf0 |
| b54ff48d-3a6e-43bc-83b4-2765d7c7b7d4 |
| 999e3967-2500-48ae-a9fb-2d4267f76249 |
| 49a5cf9a-6c7a-494c-b3c9-d4e74ca41bc0 |
| 384664e2-abe2-4478-9451-ee50aa30dc7d |
| da4abae5-c9e3-4c86-9d0b-9f663718ce64 |
| 2558f368-dce2-48f7-be0a-dbaa2fa8cbe0 |
| e198fd6c-d56e-4f61-b146-c28d923b9e0e |
| 53ea3932-26df-448a-bca5-86fcf09eadfe |
| bfd6b059-a15c-4c2a-b7a9-79852881c4e3 |
| 400b3b45-c9cb-43de-98eb-c5217a5b286b |
| 872bd623-c956-457d-8b83-ba4cfb27eb61 |
| 2bd9a1ad-8dba-4ce1-b37a-1410d3aa1c64 |
| 93b5ddbc-7c88-4a28-bb59-a56e3cba1f7d |
| d4b97eb4-9e60-4f03-8eb6-014915996af2 |
| 561a3ba6-aea6-40c6-9e7b-ea115fc3440f |
| cb4ed16d-8f1b-4b85-96cd-23f6c93c05be |
| e2e66932-be23-416d-bdaa-09ceb96162da |
| cef324b1-7d90-44d2-b25c-999d2bcfedf0 |
| b54ff48d-3a6e-43bc-83b4-2765d7c7b7d4 |
| 999e3967-2500-48ae-a9fb-2d4267f76249 |
| 49a5cf9a-6c7a-494c-b3c9-d4e74ca41bc0 |
| 384664e2-abe2-4478-9451-ee50aa30dc7d |
| da4abae5-c9e3-4c86-9d0b-9f663718ce64 |
| 2558f368-dce2-48f7-be0a-dbaa2fa8cbe0 |
| e198fd6c-d56e-4f61-b146-c28d923b9e0e |
| 53ea3932-26df-448a-bca5-86fcf09eadfe |
| bfd6b059-a15c-4c2a-b7a9-79852881c4e3 |
| 400b3b45-c9cb-43de-98eb-c5217a5b286b |
| 872bd623-c956-457d-8b83-ba4cfb27eb61 |
| 2bd9a1ad-8dba-4ce1-b37a-1410d3aa1c64 |
| 93b5ddbc-7c88-4a28-bb59-a56e3cba1f7d |
| 5a95c5ba-c4e0-4543-8b03-dfa8a841f4c3 |
| 40c0648e-bca9-4490-a063-c633ceb20f15 |

| |
|---|
| ad2de826-6dc5-4f92-ac29-d203ac34c43d |
| 11b3953d-89b4-4f30-9fb1-63dd2e97e35a |
| b26ad40e-e71a-403c-ac55-b106fce7de1e |
| 362a1265-c1f5-4ab8-ba08-035f4a134f95 |
| 3dab90a0-84f4-4830-a5bc-27d8029a9952 |
| 5fe2833d-f6a8-45fd-80e0-f5b21fd817ba |
| fa279773-5fc6-4823-b6bc-591e3ee15603 |
| f376c663-c02d-4d44-b75f-6c4ac87f3468 |
| ff9f2f98-da0d-4984-a390-4cd66dc9e385 |
| 97d50e57-ec6a-4e7f-8b77-6723e9f3502b |
| 62ae8899-4e6b-49ed-876b-28f6f87d8311 |
| 95e1d192-027f-4bc4-8f4d-189a92b01a8a |
| 0affccef-1534-4dda-b57f-fcb5bb60bee7 |
| fdc17d4d-35b5-490a-bd46-03b5ffa607b1 |
| 0668d425-c9d4-4971-a438-8a119b91f3ed |
| 641aa134-c9e6-42be-b924-f9f427c0f971 |
| b7ada191-ea5b-4269-b616-2fc1073fd3e0 |
| 3a57154b-2826-49c1-accb-4bddbdd15a90 |
| b704fab2-14d5-44cd-81d4-3ec1d61ed5ff |
| 76a23df4-bd66-40a7-bb3f-d36defd1ff30 |
| 46ac1d42-74e3-46bf-b33f-c33b0114e4fb |
| 5c17b518-fa5a-4b48-9528-5198d3f1a390 |
| e70251c6-d746-447f-b4d8-c22898c74828 |
| 7f9be167-b76b-487b-95fb-9bfd03685375 |
| ba2a3102-0750-4d73-9d4a-67861670ca3d |
| c948868b-684b-43eb-aa64-3912a2d2b4a9 |
| b1127493-eccb-4edf-ad19-02d0cc0a9977 |
| 8a2e7a2d-1b7f-4430-816a-e9d61bf5c881 |
| 0978cd05-b213-4429-954c-f0c80a982a0a |
| 1167dce9-1f38-43b8-ac24-772f82184453 |
| e5851d0e-74dc-465a-933f-0e304410dd40 |
| a1b11b94-9fb6-49f6-ae68-8a0819ed980c |
| d597abfe-5552-4b5a-a199-5bc06b8784db |
| a3692213-01d4-4955-82c4-8d169bf5ef6c |
| e21929fb-04ac-4f45-b80d-f006c3e786b0 |
| b1d27889-a843-4e50-8ffe-f55ad0bf555d |
| b2769158-f957-479f-b776-77cf365e03e4 |
| 680ed471-0c07-487a-a0a8-607a7074b8a1 |
| 0c1fcd43-8b87-4808-8d55-7a5af05683fb |

| |
|---|
| c98de8a9-c9dd-45b7-9577-74d82772f4a6 |
| 620b54a3-9190-41be-87e2-010a56bba608 |
| aaed73cf-774c-4646-8721-d5918f276132 |
| f15ead60-f506-4673-94d0-7085e38d87d7 |
| a52cdb62-316a-49f9-b268-d2fa9bc4385c |
| 2c44cde7-79c8-4f7e-aedc-c1b3c903e2fc |
| b52ba5b0-66d5-4a17-9949-13917c5e6fe2 |
| 7ce292b5-6928-4c7d-a020-07866237ce29 |
| 747b44d3-f345-485f-a0b8-283606a5c031 |
| f714b1b9-ae8a-4094-aeee-e68a5df1dcb3 |
| faaf013b-3ab9-40ee-ad41-c58a3624c8d2 |
| 8218d95a-3695-4e8c-85c1-dcc9dd34f952 |
| d3a47247-43d9-4e9d-9c31-cffbb7576732 |
| 81152bbe-5b50-45ec-bdc4-d8846626237f |
| b7c3ff8c-8847-4530-b33c-eaae36b08772 |
| 7298a36a-9e85-4969-aa52-aad24e4c00c7 |
| e38a17f9-6184-4270-bf50-f35ffe9ca0d5 |
| 8157cfbd-71a4-41c9-a4c2-01c6f1f19ba3 |
| 7b6d889c-5c5f-4933-90b4-210b0761e2cb |
| c71ce99d-707e-4135-b73c-d0e60a65f187 |
| 4eb05ec9-43d6-4564-97f3-3412ffd058df |
| e641e0f8-a3a9-45da-b462-3958af2daadd |
| eb14056b-4cc0-422f-adf8-2aabd53761d6 |
| af991439-ba48-4983-9769-39c590f213cc |
| aef50806-43f9-4b9f-8a09-240056bf7347 |
| 011d6905-4f85-4911-a1e2-70d74f939e36 |
| d1ab3e6e-6415-4b58-b036-3d0fe491e4eb |
| 0016da8f-0d7e-4c94-8d06-bd1bb50bd7ec |
| 21432d02-c23f-42a8-bb32-fba40dbd3582 |
| a6a64c48-bee8-4405-bf17-7b3fa643576a |
| df8ecc61-7952-427e-9ec4-00f6fab0c4d3 |
| 79dff89f-dd67-4c6a-92f4-d966c1518c48 |
| 61ff1bda-88a9-4abf-bded-ed2cece098f7 |
| 1ceb017c-2504-426b-842d-21e2aee0e3cd |

**AMENDED SCHEDULE 2**[1]

| COMPANY | RELATIONSHIP |
|---|---|
| Allianz SE | Current client |
| Alvarez & Marsal Disputes and Investigations, LLC | Current client |
| Alameda Research | Current client |
| AmTrust Financial Services | Current client |
| Aon Risk Insurance Services West, Inc. | Current client |
| Aquila Holdings Inc. | Former client |
| AXA XL Insurance | Current client |
| Berkeley Research Group, LLC | Current client |
| Bittrex, Inc. | Current client |
| Chubb Corp. | Former client |
| Cloudflare, Inc. | Former client |
| CNA Financial | Former client |
| Coinbase Crypto Services, LLC | Current client |
| Comcast | Former client |
| Deloitte & Touche LLP | Former client |
| DocuSign, Inc. | Former client |
| Endeavor Retirement LLC | Endeavor Trading, if related, is a current client |
| Ernst & Young LLP | Former client |
| Euclid Insurance Services, Inc. | Euclid Way, if related, is a current client; Euclid Group, if related, is a former client |
| FlexJet LLC | Current client |
| Invision Inc. | Former client |
| KPMG | Former client |
| Lighthouse Document Technologies, Inc. | Lighthouse Investment, if related, is a former client |
| Lockton Companies Inc. | Current client |
| Marsh USA Inc. | Former client |
| Microsoft | Former client |
| NetSuite Inc. | Former client |
| O'Melveny & Myers LLP | Former client |
| Omni Agent Solutions | Former client |
| Paul Hastings LLP | Former client |
| Perkins Coie LLP | Former client |
| Pillsbury Winthrop Shaw Pittman LLP | Former client |
| Plaid Inc. | Plaid Technologies, if related, is a former client |
| PricewaterhouseCoopers Advisory Services LLC | Former client |

---

[1]    Additions to Schedule 2 are marked with an asterisk (*).

| COMPANY | RELATIONSHIP |
|---|---|
| RBR Holdings, Inc. | Former client |
| Regus PLC | Current client |
| Robert Duffy | Current client |
| Silvergate Bank | Current client |
| Slack Technologies, LLC | Current client |
| Snell and Wilmer LLP | Former client |
| Snowflake Inc. | Snowflake Computing, if related, is a current client |
| The Allstate Corporation | Current client |
| The Cigna Group | Current client |
| The Partner Group | Current client |
| ThoughtSpot, Inc. | Former client |
| Timothy Pohl | Current client |
| Tokio Marine HCC | Former client |
| TPG Financial Advisors, LLC | Former client |
| Zendesk Inc. | Former client |
| Goldman Sachs & Co. | Former client |
| LinkedIn | Former client |
| 0016da8f-0d7e-4c94-8d06-bd1bb50bd7ec* | Former client |