THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DESOLATION HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 23-10597 (BLS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**FIRST SUPPLEMENTAL DECLARATION OF EVAN HENGEL
IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF
BERKELEY RESEARCH GROUP, LLC TO PROVIDE CO-CHIEF RESTRUCTURING
OFFICERS AND ADDITIONAL PERSONNEL FOR THE DEBTORS,
EFFECTIVE AS OF THE PETITION DATE**

**EVAN HENGEL**, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"), a professional services firm with numerous offices throughout the country. I am duly authorized to make this supplemental declaration (the "Declaration") on behalf of BRG. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.[2]

2. On May 17, 2023, the above-captioned debtors (collectively, the "Debtors") filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, to Provide Co-Chief Restructuring Officers and Additional Personnel for the Debtors Effective as of the Petition Date* (the "Application") [Docket No. 57].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Certain of the disclosures set forth herein relate to matters within the knowledge of other Managing Directors and Directors at BRG and are based on information provided by them.

30426130.1

In support of the Application, BRG filed the *Declaration of Evan Hengel in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, to Provide Co-Chief Restructuring Officers and Additional Personnel for the Debtors Effective as of the Petition Date*, which was attached to the Application as Exhibit B (the "Initial Declaration"). As of the date hereof, BRG's retention is still pending before the Court. I submit this Declaration in further support of the Application and to address certain informal comments received from the Office of the United States Trustee.

## Additional Disclosures

3. BRG makes the following disclosure regarding its organizational structure and leadership.

4. Berkeley Research Group, LLC is an indirect wholly owned subsidiary of Berkeley Research Group Holdings, LLC ("Holdings"), and its principal operating subsidiary. Holdings does not have a control investor; its largest equity holders are affiliates of Endeavour Capital (a private equity firm), and David J. Teece, the founder and executive chairman. In addition to Dr. Teece, the executive officers of Holdings are Tri MacDonald, Principal Executive Officer and President, David Johnson, Chief Financial Officer, Phil Rowley, Chief Revenue Officer, and Eric Miller, General Counsel. The board of managers of Holdings has the following members: David Teece, Robert Duffy, Leland Jones, John von Schlegell, Brian Webber and Harriet O'Neil. Berkeley Research Group is comprised of domestic and foreign subsidiaries and its parents. All active entities are primarily involved in expert advisory services.

5. To the extent that BRG discovers any additional facts or information bearing on matters described in this Declaration that require disclosure, during the period of the Debtors' retention of BRG, I will file a supplemental disclosure with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated:  June 4, 2023                                             Berkeley Research Group, LLC


By: */s/ Evan Hengel*
Name:  Evan Hengel
Title:   Managing Director
             Berkeley Research Group, LLC