**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | **Ref. Docket No. 57** |

### CERTIFICATION OF COUNSEL

On May 17, 2023, the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC to Provide Co-Chief Restructuring Officers and Additional Personnel for the Debtors Effective as of the Petition Date* [D.I. 57] (the "Application").   A proposed form of order approving the Application was attached to the Application as Exhibit A (the "Proposed Order").   The deadline to file objections or otherwise respond to the Application was May 31, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").

Prior to the Objection Deadline, the Debtors received informal comments to the Proposed Order from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").  No other informal responses or objections to the Application were received.

Following discussions with the U.S. Trustee, the Debtors agreed to a revised form of order (the "Revised Proposed Order") approving the Application, a copy of which is attached

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

hereto as **Exhibit A**.[2]  For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**. The Revised Proposed Order resolves the U.S. Trustee's informal comments.

WHEREFORE, as the Debtors did not receive any objections or responses other than that described herein, and the U.S. Trustee does not object to entry of the Revised Proposed Order, the Debtors respectfully requests that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

---

[2]  At the request of the U.S. Trustee, the Debtors are also submitting a supplemental declaration in support of the Application.

Dated: Wilmington, Delaware
      June 4, 2023

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Joshua Brooks (Delaware Bar No. 6765)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Emails:  rbrady@ycst.com
          kenos@ycst.com
          jbrooks@ycst.com

- and -

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Emails:  susheelkirpalani@quinnemanuel.com
          pattytomasco@quinnemanuel.com
          danielholzman@quinnemanuel.com
          alainjaquet@quinnemanuel.com
          razmigizakelian@quinnemanuel.com
          valerieramos@quinnemanuel.com
          joannacaytas@quinnemanuel.com

**PROPOSED COUNSEL FOR THE DEBTORS**