IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | Ref. Docket No. 65 |

**CERTIFICATION OF COUNSEL**

On May 24, 2023, the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Important Deadlines and Information* [D.I. 65] (the "Motion"). A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "Proposed Order"). The deadline to file objections or otherwise respond to the Motion was May 31, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").

Prior to the Objection Deadline, the Debtors received informal comments to the Proposed Order from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and from United States Securities and Exchange Commission (the "S.E.C."). No other informal responses or objections to the Motion were received.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Following discussions with the U.S. Trustee and the S.E.C., the Debtors agreed to a revised form of order (the "Revised Proposed Order") approving the Motion, a copy of which is attached hereto as **Exhibit A**. For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**. The Revised Proposed Order resolves the U.S. Trustee's and the S.E.C.'s informal comments.

WHEREFORE, as the Debtors did not receive any objections or responses other than those described herein, the U.S. Trustee does not object to entry of the Revised Proposed Order, and the S.E.C. does not object to entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

|  |  |
|---|---|
| Dated: June 4, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Emails: rbrady@ycst.com<br>          kenos@ycst.com<br>          jbrooks@ycst.com<br><br>- and -<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Emails: susheelkirpalani@quinnemanuel.com<br>          pattytomasco@quinnemanuel.com<br>          danielholzman@quinnemanuel.com<br>          alainjaquet@quinnemanuel.com<br>          razmigizakelian@quinnemanuel.com<br>          valerieramos@quinnemanuel.com<br>          joannacaytas@quinnemanuel.com<br><br>**PROPOSED COUNSEL FOR THE DEBTORS** |