## EXHIBIT A

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered ) |
| | Ref. Docket No. 65 |

**ORDER PURSUANT TO 11 U.S.C. §§ 502(b)(9) AND 105(a),
FED. R. BANKR. P. 2002, 3003(c)(3), 5005, AND 9007, AND LOCAL RULES
2002-1(e), 3001-1, AND 3003-1 FOR AUTHORITY TO (I) ESTABLISH DEADLINES
FOR FILING PROOFS OF CLAIM, (II) ESTABLISH THE FORM AND
MANNER OF NOTICE THEREOF, AND (III) APPROVE PROCEDURES
FOR PROVIDING NOTICE OF BAR DATE**

Upon the motion, dated May 24, 2023 (the "Motion"),[2] of Desolation Holdings LLC and

its affiliated debtors (collectively, the "Debtors") in the above-captioned chapter 11 cases (the

"Chapter 11 Cases") pursuant to sections 502(b)(9) and 105(a) of title 11 of the United States Code

(the "Bankruptcy Code"), Rules 2002 and 3003(c)(3), 5005, and 9007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1(e), 3001-1, and 3003-1 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules"), for authority to (i) establish deadlines for filing proofs

of claim, (ii) establish the form and manner of notice thereof, and (iii) approve the Debtors'

procedures for providing notice of the Bar Dates, all as more fully set forth in the Motion; and

upon consideration of the Hengel Declaration; and this Court having jurisdiction to consider the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

Motion and the relief requested therein pursuant to 28 U.S.C. § 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is granted as provided herein.

***Procedures for Filing Proofs of Claim***

2.     The following procedures for filing General Proofs of Claim are approved:

a.     Unless otherwise provided herein, the General Bar Date shall be **August 31, 2023 at midnight (Prevailing Eastern Time)**.

b.     Unless otherwise provided herein, the Governmental Bar Date shall be **November 4, 2023 at midnight (Prevailing Eastern Time)**.

c.     General Proofs of Claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States as of the Petition Date (using the exchange rate, if applicable, as of the Petition Date); (iii) conform substantially to the General Proof of Claim Form annexed hereto as **Exhibit A-1** or Official Bankruptcy Form No. 410; (iv) specify by name and case number the Debtor against which the General Proof of Claim is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation for the claim or an explanation as to why such documentation is not available; and (vii) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

2

d.      Customer Proofs of Claim must: (i) be written in the English language; (ii) be denominated in the specific type of coin, cryptocurrency, or digital asset associated with the Customer account as of the Petition Date (without conversion) or in the lawful currency of the United States only if the amount was so denominated in the Customer account as of the Petition Date; (iii) conform substantially to the General Proof of Claim Form annexed hereto as **Exhibit A-2**; (iv) specify by name and case number the Debtor against which the General Proof of Claim is filed; (v) provide Customer identifying information, including Account ID, Username (Email) and SSN or EIN, as well as full name, address, date of birth, and driver's license or passport number of an individual associated with the Customer account; and (vi) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

e.      If a claimant asserts a claim against more than one Debtor or has claims against different Debtors, the claimant must file a separate Proof of Claim against each Debtor.

f.      Proofs of Claim must be filed either (i) electronically through Omni's website using the interface available on such website located at https://cases.omniagentsolutions.com/?clientId=3662 under the link entitled "Submit a Proof of Claim") (the "Electronic Filing System") or (ii) by delivering the original Proof of Claim Form by hand, or mailing the original Proof of Claim Form on or before the General Bar Date or Governmental Bar Date, as applicable, as follows:

If by first class mail:

        Bittrex, Inc. Claims Processing
        c/o Omni Agent Solutions
        5955 De Soto Avenue, Suite 100
        Woodland Hills, CA 91367.

g.      A Proof of Claim shall be deemed timely filed only if it is **actually received** by Omni (i) at the address listed above in subparagraph (f) or (ii) electronically through the Electronic Filing System on or before the General Bar Date or Governmental Bar Date, as applicable.

h.      Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission (other than General Proofs of Claim filed electronically through the Electronic Filing System) **will not** be accepted.

i.      Any person or entity (including, without limitations, individuals, partnerships, corporations, joint ventures, trusts, and Governmental Units) that asserts a claim that arises from the rejection of an executory contract or unexpired lease must file a General Proof of Claim based on such rejection by the later of (i) the General Bar Date or Governmental Bar Date, as applicable, and (ii) the date that is thirty (30) days following the date that the claimant is served with the notice of the Court order approving such rejection (which order may be the order confirming a chapter 11 plan in the Debtors' Chapter 11 Cases) or may be forever barred from doing so.

j.      Notwithstanding the foregoing, a party to an executory contract or unexpired lease that asserts a claim on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract or unexpired lease (other than a rejection damages claim) must file a General Proof of Claim for such amounts on or before the General Bar Date or Governmental Bar Date, as applicable, unless an exception identified in paragraph (m) below applies.

k.      In the event that the Debtors amend or supplement their Schedules subsequent to the date of entry of the Proposed Order, the Debtors shall give notice of any amendment or supplement to the holders of claims affected thereby, and such holders shall have until the later of (i) the applicable Bar Date and (ii) thirty (30) days from the date of such notice to file a Proof of Claim or may be barred from doing so and shall be given notice of such deadline.

l.      Any person or entity that relies on the Schedules has the responsibility to determine that its claim is accurately listed in the Schedules.

m.      The following persons or entities are **not** required to file a Proof of Claim on or before the applicable Bar Date, solely with respect to the claims described below:

    i.      in the event that an order is entered granting the *Debtors' Motion For Entry Of An Order Authorizing The Debtors To Honor The Withdrawals Of Cryptocurrency Assets By Customers* (D.I. 43), any Customer, including any Customer whose claim is listed on the Schedules as "disputed," "contingent," or "unliquidated," who accepted the terms of service of its account with the Debtors and complied with the KYC requirements;

    ii.     any person or entity whose claim is listed on the Schedules; *provided that* (i) the claim is not listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) the person or entity does not dispute

that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules;

iii.    any person or entity whose claim has been paid in full;

iv.    any person or entity that holds an equity security interest in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such security or interest; *provided that* if any such holder asserts a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a General Proof of Claim must be filed on or before the General Bar Date or Governmental Bar Date, as applicable, pursuant to the Procedures;

v.    any holder of a claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (**other than** a holder of a section 503(b)(9) claim);

vi.    any person or entity who holds a claim that heretofore has been allowed by Order of this Court entered on or before the applicable Bar Date;

vii.    any holder of a claim for which a separate deadline has been fixed by this Court;

viii.    any Customer who has already filed a Customer Proof of Claim with Omni against any of the Debtors with respect to the claim being asserted, utilizing a claim form that substantially conforms to the Customer Proof of Claim Form; *provided, however,* that a Customer who holds or asserts a claim other than a Customer Claim must file a General Proof of Claim by the General Bar Date.

ix.    any person or entity who has already filed a General Proof of Claim with Omni against any of the Debtors with respect to the claim being asserted, utilizing a claim form that substantially conforms to the General Proof of Claim Form or Official Form No. 410; or

x.    any Debtor in these above-captioned cases having a claim against another Debtor in these above-captioned cases.

3.    For the avoidance of doubt, the foregoing procedures shall apply to all persons or entities who hold a claim against the Debtors, including Customers with respect to Customer Claims, unless otherwise subject to one of the exceptions set forth above.

5

4.      Any holder of a claim against the Debtors, including any Customer, who is required to file a General Proof of Claim or Customer Proof of Claim in accordance with this Bar Date Order, but fails to do so on or before the applicable Bar Date, shall not be permitted to vote to accept or reject any plan filed in the Chapter 11 Cases, or receive any distribution in the Chapter 11 Cases on account of such claim, or to receive further notices regarding such claim.

5.      The Bar Date Notice, attached hereto as **Exhibit B**, is hereby approved.

***Procedures for Mailing of the Bar Date Notice***

6.      The following Procedures are hereby approved with respect to the Bar Date Notice:

    a.      at least eighty (80) days prior to the General Bar Date, the Debtors shall cause to be mailed (i) a General Proof of Claim Form or Customer Proof of Claim Form, as applicable, and (ii) the Bar Date Notice to the following parties:

        i.      the Office of the U.S. Trustee;

        ii.      all parties listed on the Consolidated Creditor Matrix (D.I. 12);

        iii.      all creditors and other known holders of claims against the Debtors as of the date of entry of the Proposed Order, including all entities listed in the Schedules as holding claims against the Debtors;

        iv.      all persons or entities that have filed Proofs of Claim as of the date of entry of the Proposed Order;

        v.      all known equity interest holders of the Debtors as of the date of entry of the Proposed Order;

        vi.      all counterparties to the Debtors' executory contracts and unexpired leases as of the date of entry of the Proposed Order;

        vii.      all parties to pending litigation against the Debtors as of the date of entry of the Proposed Order;

        viii.      all current and former employees, directors, and officers (to the extent that contact information for former employees, directors, and officers is available in the Debtors' records);

        ix.      all regulatory authorities that regulate the Debtors' businesses as of the date of entry of the Proposed Order;

x.  the Office of the United States Attorney for the District of Delaware;

xi.  the Office of the Attorney General for each state in which the Debtors maintain or conduct business;

xii.  the Internal Revenue Service;

xiii.  all other taxing authorities for the jurisdictions in which the Debtors maintain or conduct business;

xiv.  all parties who have requested notice pursuant to Bankruptcy Rule 2002 as of the date of entry of the Proposed Order; and

xv.  such additional persons and entities deemed appropriate by the Debtors.

b.  The Debtors shall also post the Bar Date Notice on the website established by Omni for the Debtors' Chapter 11 Cases: https://cases.omniagentsolutions.com/?clientId=3662.

***Publication of the Notice of the Bar Dates***

7.  The Debtors shall publish notice of the Bar Dates, with any necessary modifications for ease of publication, once in the national edition of *The Wall Street Journal*, once in the international publications *Financial Times* and *Times of Malta*, and once on the website Coindesk.com.

8.  Publication of notice of the Bar Dates as set forth in this Order is reasonably calculated to provide notice to unknown creditors, including Customers, of the Bar Dates, and is hereby approved and no other or further notice shall be required.

9.  The Court finds and concludes that identities and contact information of Customers other than traditional Notice Parties are not reasonably ascertainable and that such parties therefore are unknown creditors with respect to any claims they may have against the Debtors' estates, for whom notice by publication pursuant to Bankruptcy Rule 2002(*l*) is appropriate and sufficient.

10.     The Court further finds and concludes that publication of notice of the Bar Dates as provided in paragraph 7 of this Order will itself constitute adequate notice of the Bar Dates and other matters described therein on all unknown creditors.

11.     Nothing contained in this Order or in the Motion is intended to be or shall be construed as (a) an admission as to the validity of any claim against the Debtors, (b) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim, or (c) an approval or assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code.

12.     Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

13.     Notwithstanding anything to the contrary in the Motion, this Order, or any findings announced at the hearing, nothing in the Motion, this Order, or announced at the hearing constitutes a finding under the federal securities laws as to whether crypto assets or transactions involving crypto assets are securities.

14.     The Debtors and Omni are authorized to take all steps necessary or appropriate to carry out this Order.

15.     Entry of this Order is without prejudice to the right of the Debtors to seek a further order of this Court fixing the date by which holders of claims not subject to the Bar Dates established herein must file such claims against the Debtors or be forever barred from so doing.

16.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**EXHIBIT A-1**

**GENERAL PROOF OF CLAIM FORM**

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| Fill in the information to identify the case (Select only one Debtor per form): |
|---|
| ☐ Desolation Holdings LLC (Case No. 23-10597) |
| ☐ Bittrex, Inc. (Case No. 23-10598) |
| ☐ Bittrex Malta Holdings Ltd. (Case No. 23-10599) |
| ☐ Bittrex Malta Ltd. (Case No. 23-10600) |

<u>Official Form 410</u>

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions.

**Do not use this form if you are a customer filing a proof of claim for balances of cryptocurrency or fiat associated with your account with the Debtors. Use a dedicated Customer Proof of Claim available at https://omniagentsolutions.com/Bittrex-Claims.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes     From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name | Name |
| Number       Street | Number       Street |
| City                State        ZIP Code | City                State        ZIP Code |
| Contact Phone _____ | Contact Phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

_____

**4. Does this claim amend one already filed?**

☐ No
☐ Yes     Claim Number on court claims registry (if known) _____     Filed On _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes     Who made the earlier filing? _____

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

---

**6.  Do you have any number you use to identify the debtor?**
☐ No
☐ Yes    Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

---

**7.  How much is the claim?**    $ _____    **Does this amount include interest or other charges?**
☐ No
☐ Yes    Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8.  What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information

_____

---

**9.  Is all or part of the claim secured?**
☐ No
☐ Yes    The claim is secured by a lien on property

**Nature of property:**

☐ Real Estate    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*
☐ Motor Vehicle
☐ Other    Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

**Value of Property:**    $ _____
**Amount of the claim that is secured:**    $ _____
**Amount of the claim that is unsecured:**    $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7).

**Amount necessary to cure any default as of the date of the petition:**    $ _____

**Annual Interest Rate:**    (when case was filed) _____ %
☐ Fixed
☐ Variable

---

**10. Is this claim based on a lease?**
☐ No
☐ Yes    **Amount necessary to cure any default as of the date of the petition.**    $ _____

---

**11. Is this claim subject to a right of setoff?**
☐ No
☐ Yes    Identify the property: _____

---

**12. Is this claim for the value of goods received by the debtor within 20 days before the commencement date of this case (11 U.S.C. §503(b)(9))?**
☐ No
☐ Yes    Amount of 503(b)(9) Claim:  $ _____

---

Official Form 410                          **Proof of Claim**                          **Page 2**

| | Amount entitled to priority |
|---|---|
| **13. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No |
| | ☐ Yes    *Check all that apply* |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). |
| | ☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5). |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. |

$ _____

$ _____

$ _____

$ _____

$ _____

$ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it.
FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM  /  DD  /  YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name _____
First Name          Middle Name          Last Name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number          Street

_____
City                          State          ZIP Code

Contact Phone _____          Email _____

**EXHIBIT A-2**

**CUSTOMER PROOF OF CLAIM FORM**

Name of Debtor & Case Number:

❑  Desolation Holdings LLC (Case No. 23-10597)

❑  Bittrex, Inc. (Case No. 23-10598)

❑  Bittrex Malta Holdings Ltd. (Case No. 23-10599)

❑  Bittrex Malta Ltd. (Case No. 23-10600)

**United States Bankruptcy Court for the District of Delaware**

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Claims submitted by encrypted upload can include privacy protected information. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| 1. Who is the current creditor? | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____<br><br>Account ID (Your Account ID will be populated on the login page at www.bittrex.com):_____<br><br>**Information associated with your customer account:**<br>Username (Email) _____  Date of Birth _____<br>First Name _____ Middle Name _____ Last Name _____<br>Address _____<br>City _____ State _____ Postal Code _____ Country _____<br>SSN or EIN number related to your account _____ Drivers License or Passport Number _____ |
| 2. Has this claim been acquired from someone else? | ❑ No<br>❑ Yes.  From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Name _____<br><br>Number     Street<br><br>City           State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ | **Where should payments to the creditor be sent?** (if different)<br><br>Name _____<br><br>Number     Street<br><br>City           State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. Does this claim amend one already filed? | ❑ No<br>❑ Yes.  Claim number on court claims registry (if known) _____    Filed on _____<br><br>                                                                                                  MM  /  DD  /  YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ❑ No<br>❑ Yes.  Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☐ Yes.

**7a. How much is the claim?**

*Please only list the amount of fiat currency or the dollar amount of any claim asserted. Do not convert the cryptocurrency claim to dollars, but please list the type and amount of cryptocurrency below.*

$_____. **Does this amount include interest or other charges?**

☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**7b. List the number of each type of coin, cryptocurrency, or digital asset associated with your account as of the date the case was filed.**

0x Protocol (ZRX) _____
12Ships (TSHP) _____
1inch (1INCH) _____
2GIVE (2GIVE) _____
8X8 Protocol (EXE) _____
Aave Token (AAVE) _____
ABBC (ABBC) _____
Abyss (ABYSS) _____
AdEx (ADX) _____
adToken (ADT) _____
aelf (ELF) _____
Aeon (AEON) _____
Aergo (AERGO) _____
Aidos Kuneen (ADK) _____
AIDUS TOKEN (AID) _____
Akash (AKT) _____
Akoin (AKN) _____
Akropolis (AKRO) _____
Aktio Coin (AKTIO) _____
ALBOS (ALB) _____
Alchemy Pay (ACH) _____
Algorand (ALGO) _____
Alien Worlds (TLM) _____
ALL.ME (ME) _____
Amp (AMP) _____
Ankr (ANKR) _____
ApeCoin (APE) _____
Apx (APX) _____
Aragon (ANT) _____
ArcBlock (ABT) _____
ArdCoin (ARDX) _____
Ardor (ARDR) _____
Arianee (ARIA20) _____
Ariva (ARV) _____
Ark (ARK) _____
Arowana Token (ARW) _____
ArtByte (ABY) _____
Arweave (AR) _____
Auditchain (AUDT) _____
Augur v2 (REPV2) _____
Auroracoin (AUR) _____
Avalanche (AVAX) _____
Aventus Utility Token (AVT) _____
Axie Infinity Shards (AXS) _____
BABB (BAX) _____
Badger DAO (BADGER) _____
Baer Chain (BRC) _____
Balancer (BAL) _____
Bancor (BNT) _____
Band Protocol (BAND) _____
BANKEX (BKX) _____
Bantu (XBN) _____
BarnBridge (BOND) _____
Basic Attention Token (BAT) _____
Bean Cash (BITB) _____
BigBang Core (BBC) _____
BitBay (BAY) _____
bitCNY (BITCNY) _____
Bitcoin (BTC) _____
Bitcoin Cash (BCHN) (BCH) _____
Bitcoin Cash ABC (BCHA) _____
Bitcoin SV (BSV) _____

BitcoinVault (BTCV) _____
Bitribe (BRT) _____
Bitsbn (CPRX) _____
Bitsdaq (BQQQ) _____
BitSend (BSD) _____
BitShares (BTS) _____
Bitswift (BITS) _____
BitTorrent (BTT) _____
BitTube (TUBE) _____
BlackCoin (BLK) _____
Blockcloud (BLOC) _____
BlockMason Credit Protocol (BCPT) _____
Blocknet (BLOCK) _____
Blockparty (BOXX) _____
Blocktix (TIX) _____
BLOCKv (VEE) _____
Bloom (BLT) _____
Blue Whale EXchange (BWX) _____
BnkToTheFuture (BFT) _____
BNS Token (BNS) _____
BORA (BORA) _____
Boson Protocol (BOSON) _____
Braintrust (BTRST) _____
Breakout (BRK) _____
Breakout Stake (BRX) _____
BTU Protocol (BTU) _____
Bytom (BTM) _____
Camp (CAMP) _____
CannabisCoin (CANN) _____
Cardano (ADA) _____
CasinoCoin (CSC) _____
CBC.Network (CBC) _____
Celo Dollar (CUSD) _____
Celo Native Asset (CELO) _____
Celsius Network (CEL) _____
CentricCash (CNS) _____
Chainlink (LINK) _____
Charterstate (ALTA) _____
Chromia (CHR) _____
Cindicator (CND) _____
Cindrum (CIND) _____
Circuits of V (COVAL) _____
Civic (CVC) _____
Civilization (CIV) _____
CloakCoin (CLOAK) _____
Cloudbric (CLB) _____
CoinLoan (CLT) _____
Coinweb (CWEB) _____
Colletrix (CIPX) _____
Compound (COMP) _____
Contents Protocol (CPT) _____
Cortex (CTXC) _____
Cosmo Coin (COSM) _____
Cosmos (ATOM) _____
Counterparty (XCP) _____
CPChain (CPC) _____
Cratos (CRTS) _____
Cred (LBA) _____
Creditbit (CRB) _____
Cronos (CRO) _____
CROWD (CWD) _____
Crowd Machine (CMCT) _____

Crown  (CRW)
Crypto.com  (MCO)
Cudos  (CUDOS)
CureCoin  (CURE)
Curve DAO Token  (CRV)
CyClub Token  (CYCLUB)
DAI  (DAI)
Dash  (DASH)
Data  (DTA)
Databits  (DTB)
Dawn  (DAWN)
DEAPCOIN  (DEP)
DECENT  (DCT)
Decentraland  (MANA)
Decision Token  (HST)
Decred  (DCR)
DeFiChain  (DFI)
Dent  (DENT)
Dev Coin  (DVC)
DEXA COIN  (DEXA)
Diamond  (DMD)
DigiByte  (DGB)
Digital Reserve Currency (DRC)
DigitalNote  (XDN)
DigixDAO  (DGD)
district0x  (DNT)
DMarket  (DMT)
Dogecoin  (DOGE)
DopeCoin  (DOPE)
Dragonchain  (DRGN)
Dreamr  (DMR)
Dusk Network  (DUSK)
Dynamic  (DYN)
eBoost  (EBST)
ECOChain  (ECOC)
Edgeless  (EDGELESS)
Edgeless  (EDG)
EDUCare  (EKT)
e-Gulden  (EFL)
Einsteinium  (EMC2)
Elastos  (ELA)
Electra Protocol  (XEP)
EmerCoin  (EMC)
Endor  (EDR)
Energy Web Token  (EWT)
Energycoin  (ENRG)
Enigma  (ENG)
Enjin  (ENJ)
EOS  (EOS)
Ethereum  (ETH)
Ethereum Classic  (ETC)
Ethereum Name Service  (ENS)
EthereumPoW  (ETHW)
Euro  (EUR)
EverGreenCoin  (EGC)
Everipedia  (IQ)
ExclusiveCoin  (EXCL)
Expanse  (EXP)
FairCoin  (FAIR)
Fantom  (FTM)
Fautor  (FDM)
Feathercoin  (FTC)
Fetch  (FET)
Filecoin  (FIL)
Firo  (FIRO)
FirstBlood  (1ST)
Flare  (FLR)
FLO  (FLO)
Flux Network  (FLUX)
FME Token  (FME)
FNB  (FNB)
Folder Protocol  (FOL)

FoldingCoin  (FLDC)
Foresting  (PTON)
Function X  (FX)
FunFair  (FUN)
Fusion  (FSN)
Gala  (GALA)
Galaxy Network  (GNC)
Gambit  (GAM)
GameCredits  (GAME)
GeoCoin  (GEO)
GET Protocol  (GET)
Gifto  (GTO)
Gitcoin  (GTC)
Globatalent  (GBT)
Gnosis  (GNO)
GoChain  (GO)
Gold Master & Branch (GMB)
GoldCoin  (GLC)
Golden Goose  (GOLD)
Golem Network Token  (GLM)
Golos  (GOLOS)
Golos Gold  (GBG)
GridCoin  (GRC)
Grin  (GRIN)
Groestlcoin  (GRS)
GST  (GST)
Guppy  (GUP)
GXChain  (GXC)
Handshake  (HNS)
Haven Protocol  (XHV)
Hdac  (HDAC)
Hedera  (HBAR)
HedgeTrade  (HEDG)
HempCoin  (THC)
Hintchain  (HINT)
Hive  (HIVE)
Hive Dollar  (HBD)
Horizen  (ZEN)
Humaniq  (HMQ)
Hxro  (HXRO)
Hydro  (HYDRO)
HyperDAO  (HDAO)
I/OCoin  (IOC)
ICON  (ICX)
iEx.ec  (RLC)
Ignis  (IGNIS)
I-House Token  (IHT)
Incent  (INCNT)
Ink Protocol  (XNK)
INSTAR  (INSTAR)
Internet of People  (IOP)
Internxt  (INX)
Internxt  (INXT)
Intimate  (ITM)
ION  (ION)
IOST  (IOST)
IOTA  (IOTA)
IoTeX  (IOTX)
IRISnet  (IRIS)
Jasmy  (JASMY)
Kadena  (KDA)
KardiaChain Token  (KAI)
Kasoutuuka News  (KTN)
KeeperDAO  (ROOK)
Klaytn  (KLAY)
Klever  (KLV)
KOK  (KOK)
Komodo  (KMD)
Kore  (KORE)
Kusama  (KSM)
Kyber Network Crystal  (KNC)
Lambda  (LAMB)

Latam Cash (LMCH)
LBRY Credits (LBC)
Lisk (LSK)
Litecoin (LTC)
Livepeer (LPT)
LNX Protocol (LNX)
LoMoCoin (LMC)
Loom Network (LOOM)
Loopring (LRC)
Lucy (LUCY)
Lukki Operating Token (LOT)
Lunyr (LUN)
Maecenas (ART)
Magi (XMG)
MaidSafeCoin (MAID)
Mainframe (MFT)
Maker (MKR)
Maro (MARO)
MARS4 (MARS4)
Maximine (MXM)
Measurable Data Token (MDT)
MediBloc (MED)
Melon (MLN)
Memetic (MEME)
Mercury (MER)
METADIUM (METADIUM)
MetaFinance (MF1)
Metal (MTL)
Metaverse Dualchain Network Architecture (DNA)
Metronome (MET)
Mobius (MOBI)
MOGU Token (MOGX)
Molecular Future (MOF)
MonaCoin (MONA)
Monero (XMR)
MonetaryUnit (MUE)
More (MORE)
Morpheus.Network (MNW)
Moss Coin (MOC)
Munt (MUNT)
Musicoin (MUSIC)
MY IDENTITY Coin (MYID)
Myriad (XMY)
Mysterium (MYST)
Naga (NGC)
Navcoin (NAV)
NEM (XEM)
Neo (NEO)
NeosCoin (NEOS)
Nerve Network Token (NVT)
Nervos (CKB)
Neutrino USD (USDN)
Nexium (NXC)
Nexus (NXS)
NFTX (NFTX)
NKN (NKN)
NoLimitCoin (NLC2)
Nubits (NBT)
Nucleus Vision (NCASH)
Numeraire (NMR)
NXT (NXT)
OAS Chain (OAS)
Obyte (GBYTE)
Ocean Protocol (OCEAN)
Odyssey (OCN)
Okcash (OK)
OMG Network (OMG)
OmniCoin (OMNI)
OneRoot Network (RNT)
Ontology (ONT)
OntologyGas (ONG)
Oppenity Token (OPNN)

OptionRoom Token (ROOM)
Orbs (ORBS)
Orchid (OXT)
Origin Protocol (OGN)
OriginTrail (TRAC)
Origo (OGO)
OST (OST)
Oxen (OXEN)
PAL Network (PAL)
Particl (PART)
Patientory (PTOY)
Pax Dollar (USDP)
PAX Gold (PAXG)
PCHAIN (PI)
Peercoin (PPC)
Pesetacoin (PTC)
Phoenix DAO (PHNX)
Pinkcoin (PINK)
Pist Trust (PIST)
Pivx (PIVX)
PIXEL (PXL)
PKT Cash (PKT)
Plasma Finance (PPAY)
PlayChip (PLAY)
PlayDapp (PLA)
Pledge Coin (PLG)
PolkaCity (POLC)
Polkadot (DOT)
Polygon (MATIC)
Polymath (POLY)
PotCoin (POT)
PowerLedger (POWR)
Prom (PROM)
Propy (PRO)
PumaPay (PMA)
Pundi X (NPXS)
Pundi X Token (PUNDIX)
QLC (QLC)
Qtum (QTUM)
Quant (QNT)
Quantum Resistant Ledger (QRL)
Quiztok (QTCON)
Qwark (QWARK)
Radicle (RAD)
Rally (RLY)
Rari Governance (RGT)
RavenCoin (RVN)
Ravencoin Classic (RVC)
Recast1 (R1)
ReddCoin (RDD)
RedFOX Labs (RFOX)
Refereum (RFR)
Ren V1 (REN)
Render Token (RNDR)
RenrenBit Token (RRB)
Reserve Rights (RSR)
Revain (REV)
RevolutionVR (RVR)
Ripio Credit Network (RCN)
Rise (RISE)
RubyCoin (BYC)
SALT (SALT)
SaluS (SLS)
Sentinel Protocol (UPP)
Sequence (SEQ)
Serve (SERV)
ShareToken (SHR)
Shiba Inu (SHIB)
Shift (SHIFT)
Shopping IO (SPI)
Siacoin (SC)
Sibcoin (SIB)

Signum   (SIGNA)

SimbCoin  Swap  (SMBSWAP)

SingularDTV   (SNGLS)

Sirin  Token  (SRN)

SIX   (SIX)

SKALE   (SKL)

Skrumble  Network  (SKM)

SMARTCREDIT  Token  (SMARTCREDIT)

Smartlands   (SLT)

SmartUp   (XSUP)

SocialGood   (SG)

Solana   (SOL)

SolarCoin   (SLR)

Solbitcoin   (SBT)

Solve.Care   (SOLVE)

SpaceChain   (SPC)

SpaceMine   (MINE)

Spendcoin   (SPND)

Sphere   (SPHR)

SPIN  Protocol  (SPIN)

Stably  USD  (USDS)

Stake  DAO  (SDT)

Status  Network  Token  (SNT)

Stealth   (XST)

STEEM   (STEEM)

Steem  Dollars   (SBD)

Stellar  Lumens   (XLM)

STORJ   (STORJ)

StormX   (STMX)

STPT   (STPT)

Stratis   (STRAX)

Strike  Finance   (STRK)

Student  Coin   (STCCOIN)

SUKU   (SUKU)

Sushi   (SUSHI)

Suterusu   (SUTER)

Swarm  City   (SWT)

Swipe   (SXP)

Symbol   (XYM)

Syndicate   (SYNX)

SynereoAmp   (_AMP)

Synthetix  Network  Token   (SNX)

Synthetix  sUSD   (SUSD)

SysCoin   (SYS)

Tap   (XTP)

TEMCO   (TEMCO)

TenX  Pay  Token   (PAY)

Terra  Luna  Classic   (LUNC)

Terra  Money   (UST)

TerraKRW   (KRT)

Tether   (USDT)

Tezos   (XTZ)

The  Graph   (GRT)

The  Sandbox   (SAND)

TheFutbolCoin   (TFC)

Tokes   (TKS)

Tranche  Finance   (SLICE)

TransferCoin   (TX)

Tripio (TRIO)

TRON (TRX)

TrueUSD   (TUSD)

Tutor's  Diary  (TUDA)

Ubiq   (UBQ)

UMA   (UMA)

Unibright   (UBT)

Unikoin  Gold  (UKG)

Uniswap   (UNI)

UP  Token   (UPT)

UpToken   (UP)

Uranus   (URAC)

UREEQA  Token   (URQA)

USD  Coin   (USDC)

UTRUST   (UTK)

Validity   (VAL)

VeChain   (VET)

Velas   (VLX)

vEmpire  Gamer  Token  (VEMP)

VERA   (VRA)

Verge   (XVG)

VeriBlock   (VBK)

VeriCoin   (VRC)

VeriumReserve   (VRM)

VersoView   (VVT)

Vertcoin   (VTC)

Vesper  Finance   (VSP)

Viacoin   (VIA)

Viberate   (VIB)

VideoCoin   (VID)

Vite   (VITE)

Vodi  X   (VDX)

W  Green  Pay   (WGP)

Waves   (WAVES)

WAX   (WAXP)

WAXE   (WAXE)

WaykiChain   (WICC)

WeTrust   (TRST)

Whitecoin   (XWC)

Wibson   (WIB)

Wings  DAO   (WINGS)

Wrapped  ACME   (WACME)

Wrapped  Bitcoin   (WBTC)

XCF  Token   (XCF)

XEL   (XEL)

XinFin  Network   (XDC)

XMAX   (XMX)

XMCT   (XMCT)

XRP   (XRP)

xSigma   (SIG)

XYO   (XYO)

yearn.finance   (YFI)

YellowHeart   (HRTS)

YFLink   (YFL)

YGGDRASH   (YEED)

YIELD  App   (YLD)

YOU  Chain   (_YOU)

ZCash   (ZEC)

ZClassic   (ZCL)

Zilliqa (ZIL)

| | |
|---|---|
| 8. **What is the basis of the claim (to the extent not covered above)?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Claims submitted by encrypted upload can include privacy protected information.<br><br>_____ |

---

9. **Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

---

10. **Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

---

11. **Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

---

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

| 13. | **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ | No | | |
| --- | --- | --- | --- | --- | --- |
| | | ☐ | Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

---

| **Part 3:** | **Sign Below** |
| --- | --- |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
　　　　　　　　　 MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name  _____
　　　　 First name　　　　　 Middle name　　　　　 Last name

Title  _____

Company  _____
　　　　　 Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
　　　　　 Number　　　 Street

_____
City　　　　　　　　　　　　　　 State　　 ZIP Code

Contact phone  _____　 Email  _____

**EXHIBIT B**

**BAR DATE NOTICE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered ) |

## NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE DEBTORS SET FORTH BELOW:**

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| Desolation Holdings LLC | 23-10597 | XX–XXX0439 |
| Bittrex, Inc. | 23-10598 | XX–XXX0908 |
| Bittrex Malta Holdings Ltd. | 23-10599 | XX–XXX2227 |
| Bittrex Malta Ltd. | 23-10600 | XX–XXX1764 |

The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an Order (the "Bar Date Order") establishing August 31, 2023 at midnight (Prevailing Eastern Time) (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts, including any Customers (as defined herein), but not including any governmental units (as defined in section 101(27) of the Bankruptcy Code (as defined herein)) to file a proof of claim against any of the above-listed debtors (collectively, the "Debtors").[2]

The Bar Dates (as defined below) and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to May 8, 2023 (the "Petition Date"), the date on which the Debtors commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), including, for the avoidance of doubt, secured claims, priority claims, and claims arising under section 503(b)(9) of the Bankruptcy Code, but not holders of the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Declaration of Evan Hengel, Co-Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* (D.I. 11).

claims listed in Section 4 below that specifically are excluded from the General Bar Date and Governmental Bar Date (as defined below) filing requirement. Governmental units may have until November 4, 2023 at midnight (Prevailing Eastern Time) (the "Governmental Bar Date," and, together with the General Bar Date, the "Bar Dates") to file proofs of claim against the Debtors.

1.      **WHO MUST FILE A PROOF OF CLAIM**

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Petition Date, ***and it is not one of the types of claims described in Section 4 below***. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

You MUST file a proof of claim to be able to withdraw cryptocurrency or fiat currency from the Debtors' online platform if you are a Customer, ***unless your claim is one of the types of claims described in Section 4 below***. A Customer is a person or entity who holds a prepetition claim for cryptocurrency or fiat deposited with the Debtors through the Debtors' cryptocurrency exchange.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

2.      **WHAT TO FILE**

A.      **If you are a Customer:**

The Debtors are enclosing a proof of claim form (the "Customer Proof of Claim Form" for Customers only) for use in these cases. If your claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "Schedules"), the proof of claim form also sets forth the amount of your claim as listed on the Schedules, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different proof of claim form for each claim listed in your name on the Schedules. You may utilize the proof of claim form(s) provided by the Debtors to file your claim. Additional Customer Proof of Claim Forms may be obtained at (i) the website established by the Debtors' Court-approved claims and noticing agent, Omni Agent Solutions ("Omni"), located at https://cases.omniagentsolutions.com/?clientId=3662 or (ii) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All Customer Proof of Claim Forms must be signed by the Customer claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in the specific type of coin, cryptocurrency, or digital asset associated with the Customer account as of the Petition Date (without conversion) or in the lawful currency of the

United States only if the amount was so denominated in the Customer account as of the Petition Date. You also should set forth with specificity Customer identifying information, including Account ID, Username (Email) and SSN or EIN, as well as full name, address, date of birth, and driver's license or passport number of an individual associated with the Customer account. To protect your privacy, Customer Proof of Claims will be uploaded to Omni under encryption.

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor. Any holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's bankruptcy case. A list of the Debtors and their respective case numbers is set forth above on the first page of this Notice. Any holder of a claim must sign the claim or, if the claimant is not an individual, an authorized agent must sign the claim.

**B.      If you are a creditor that is not a Customer:**

The Debtors are enclosing a proof of claim form (the "General Proof of Claim Form" for creditors who are not Customers) for use in these cases. If your claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "Schedules"), the proof of claim form also sets forth the amount of your claim as listed on the Schedules, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different proof of claim form for each claim listed in your name on the Schedules. You may utilize the proof of claim form(s) provided by the Debtors to file your claim. Additional proof of claim forms may be obtained at (i) the website established by the Debtors' Court-approved claims and noticing agent, Omni Agent Solutions ("Omni"), located at https://cases.omniagentsolutions.com/?clientId=3662 or (ii) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All General Proof of Claim Forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You also should set forth with specificity the legal and factual basis for the alleged claim and attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

Your General Proof of Claim Form must not contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor. Any holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's bankruptcy case. A list of the Debtors and their respective case numbers is set forth above on the first page of this Notice. Any holder of a claim must sign the claim or, if the claimant is not an individual, an authorized agent must sign the claim.

3.      **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be received on or before August 31, 2023 at midnight (Prevailing Eastern Time) as follows:

**IF BY FIRST CLASS MAIL, OVERNIGHT COURIER OR HAND DELIVERY:**

> Bittrex, Inc. Claims Processing
> c/o Omni Agent Solutions
> 5955 De Soto Avenue, Suite 100
> Woodland Hills, CA 91367

**IF ELECTRONICALLY:**

> The website established by Omni, using the interface available on such website located at https://cases.omniagentsolutions.com/?clientId=3662 under the link entitled "Submit a Claim" (the "Electronic Filing System").

Proofs of claim will be deemed filed only when received at the addresses listed above or via the Electronic Filing System on or before the applicable Bar Dates. Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission (other than proofs of claim filed electronically through the Electronic Filing System).

4.      **WHO NEED NOT FILE A PROOF OF CLAIM**

You **do not need** to file a proof of claim on or prior to the applicable Bar Dates if you are:

> a.      in the event that an order is entered granting the *Debtors' Motion For Entry Of An Order Authorizing The Debtors To Honor The Withdrawals Of Cryptocurrency Assets By Customers* (D.I. 43), any Customer, including any Customer whose claim is listed on the Schedules as "disputed," "contingent," or "unliquidated," who accepted the terms of service of its account with the Debtors and complied with the KYC requirements;

> b.      any person or entity whose claim is listed on the Schedules; *provided that* (i) the claim is not listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) you do not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) you do not dispute that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules;

> c.      any person or entity whose claim has been paid in full;

> d.      any person or entity that holds an equity security interest in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such security or interest;

*provided that* if any such holder asserts a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a General Proof of Claim must be filed on or before the General Bar Date or Governmental Bar Date, as applicable, pursuant to the Procedures;

e.    any holder of a claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (**other than** a holder of a section 503(b)(9) claim);

f.    any person or entity who holds a claim that heretofore has been allowed by Order of this Court entered on or before the applicable Bar Date;

g.    any holder of a claim for which a separate deadline has been fixed by this Court;

h.    any Customer who has already filed a Customer Proof of Claim with Omni against any of the Debtors with respect to the claim being asserted, utilizing a claim form that substantially conforms to the Customer Proof of Claim Form; *provided, however,* that a Customer who holds or asserts a claim other than a Customer Claim must file a General Proof of Claim by the General Bar Date.

i.    any person or entity who has already filed a General Proof of Claim with Omni against any of the Debtors with respect to the claim being asserted, utilizing a claim form that substantially conforms to the General Proof of Claim Form or Official Form No. 410; or

j.    any Debtor listed on the first page of this Notice having a claim against another Debtor listed on the first page of this Notice.

This Notice may be sent to persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. *The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Bankruptcy Court believe that you have a claim against the Debtors.*

## 5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you hold a claim arising out of the rejection of an executory contract or unexpired lease you must file a proof of claim based on such rejection by the later of (i) the General Bar Date or Governmental Bar Date, as applicable, and (ii) the date that is thirty (30) days following the date that the claimant is served with the notice of the Bankruptcy Court order approving such rejection (which order may be the order confirming a chapter 11 plan in the Debtors' Chapter 11 Cases) or may be forever barred from doing so; *provided, however*, that a party to an executory contract or unexpired lease that asserts a claim on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract or unexpired lease (other than a rejection damages claim) must file a proof of claim for such amounts on or before the General Bar Date or Governmental Bar Date, as applicable, unless an exception identified in section 4 above applies.

**6.     CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**7.     THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules.

To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the enclosed proof of claim form(s) regarding the nature, amount, and status of your claim(s). If you received postpetition payments from the Debtors (as authorized by the Bankruptcy Court) on account of your claim(s), the enclosed proof of claim form will reflect the net amount of your claim(s). If the Debtors believe that you hold claims against more than one Debtor, you will receive multiple proof of claim forms, each of which will reflect the nature and amount of your claim against one Debtor, as listed in the Schedules.

If you rely on the Debtors' Schedules and/or the enclosed proof of claim form(s), it is your responsibility to determine that the claim accurately is listed on the Schedules. However, you may rely on the enclosed form, which lists your claim as scheduled, identifies the Debtor against which it is scheduled, and specifies whether the claim is disputed, contingent, or unliquidated.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim only is against the Debtor specified by the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Dates, in accordance with the procedures set forth in this Notice.

In the event that the Debtors amend or supplement their Schedules subsequent to the entry of the Bar Date Order, the Debtors shall give notice of any amendment or supplement to the holders of claims affected thereby, and such holders shall have until the later of (i) the applicable Bar Date and (ii) thirty (30) days from the date of such notice to file a proof of claim or may be barred from doing so and shall be given notice of such deadline.

Copies of the Debtors' Schedules are available for inspection on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on (i) the website established by Omni for the Debtors' cases at https://cases.omniagentsolutions.com/?clientId=3662 and (ii) on the Court's website at http://www.deb.uscourts.gov/. A login and password to the Bankruptcy

Court's Public Access to Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov.  Copies of the Schedules also may be examined between the hours of 8:00 a.m. and 4:00 p.m., Prevailing Eastern Time, Monday through Friday at the Office of the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.  Copies of the Debtors' Schedules also may be obtained by request to Prime Clerk, at the address and telephone number set forth below:

> Bittrex, Inc. Claims Processing
> c/o Omni Agent Solutions
> 5955 De Soto Avenue, Suite 100
> Woodland Hills, CA 91367
> Toll Free: (888) 481-3704
> International Number: (747) 293-0010
> Email: BittrexInquiries@omniagnt.com

***A holder of a potential claim against the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file a proof of claim.***

Dated: _____, 2023                **BY ORDER OF THE COURT**
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Joshua Brooks (Delaware Bar No. 6765)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com
Email: jbrooks@ycst.com

-and-

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**PROPOSED COUNSEL FOR THE DEBTORS**