# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 60

## PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE SECRETS

**Bittrex, Inc.**
**Case No. 23-10598**
**Schedule AB60. Patents, copyrights, trademarks, or trade secrets.**

| Brand Name | IPR | Designation | Status | Number | Office | Nice classification | Owner | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| BITTREX | National Trademark Registration | Japan | Registered | 2017-366254 | JPO (Japan) | | | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Korea (Republic of) | Registered | 4014417830000 | KIPO (Korea (Republic of)) | 9, 36, 42, 35, 36 | 비트렉스, 인크. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | Regional Trademark Registration | European Union | Registered | 016727109 | EUIPO (European Union) | 9, 36, 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Indonesia | Registered | IDM000696213 | DGIP (Indonesia) | 36 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Application | Chile | Pending | 1284979 | INAPI (Chile) | 36 | Bittrex, Inc. | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Australia | Registered | 1919154 | IPA (Australia) | 36, 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Indonesia | Registered | IDM000696210 | DGIP (Indonesia) | 35 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Malaysia | Registered | 2017005173 | MyIPO (Malaysia) | 36 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | New Zealand | Registered | 1090523 | IPONZ (New Zealand) | 36, 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | USA | Registered | 5380786 | USPTO (USA) | 36, 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Canada | Registered | TMA1091248 | CIPO (Canada) | 9, 36, 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Thailand | Registered | 181122752 | DIP (Thailand) | 36 | บิทเทรกซ์, อิงค์. (Thailand) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Philippines | Registered | 6356 | IPOPHL (Philippines) | 36, 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Malaysia | Registered | 2017005171 | MyIPO (Malaysia) | 9 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Indonesia | Registered | IDM000696211 | DGIP (Indonesia) | 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Application | Chile | Pending | 1284980 | INAPI (Chile) | 42 | Bittrex, Inc. | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Application | USA | Ended | 87333760 | USPTO (USA) | 9, 35 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| Logo | Regional Trademark Registration | European Union | Registered | 018661110 | EUIPO (European Union) | 36, 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Malaysia | Registered | 2017005175 | MyIPO (Malaysia) | 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | International Trademark | Switzerland, China, India, Japan, Mexico, Norway, Russian Federation, Singapore, Türkiye, Viet Nam | Registered | | Madrid (WIPO) | 9, 36, 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Thailand | Registered | 181124022 | DIP (Thailand) | 9 | บิทเทรกซ์, อิงค์. | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Singapore | Registered | 40201724387U | IPOS (Singapore) | 35, 36, 42 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Indonesia | Registered | IDM000813718 | DGIP (Indonesia) | 9 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Thailand | Registered | 191100269 | DIP (Thailand) | 42 | บิทเทรกซ์, อิงค์. (Thailand) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | Malaysia | Registered | 2017005172 | MyIPO (Malaysia) | 35 | Bittrex, Inc. (USA) | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | United Kingdom | Registered | UK00003231077 | UKIPO | 9, 36, 42 | | Undetermined | Net Book Value | Undetermined |
| BITTREX | National Trademark Registration | United Kingdom | Registered | UK00916727109 | UKIPO | 9, 36, 42 | | Undetermined | Net Book Value | Undetermined |
| | | | | | | | | **Undetermined** | **Net Book Value** | **Undetermined** |

| Debtor Name | **Bittrex, Inc.** |
| --- | --- |

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):        **23-10598**

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D - Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Amount of Claim**
Do not deduct the
value of collateral

**Value of collateral
that supports this
claim**

Creditor's name

### NONE

Describe debtor's property that is subject to a lien

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

Date debt was incurred

☐ No

☐ Yes

**Do multiple creditors have an interest in the same
property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☐ Yes. Specify each creditor, including this creditor
   and its relative priority.

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor,
   and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Yes.  The relative priority of creditors is specified on
   lines

☐ Unliquidated

☐ Disputed

| Debtor Name | **Bittrex, Inc.** |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):    **23-10598**

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?**

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**   If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|
| | ARIZONA DEPT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX, AZ 85007 | As of the petition filing date, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>STATE INCOME TAXES | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8    ) | | | |

| 2.2 | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|
| | CALIFORNIA FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0500 | As of the petition filing date, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>TAXES PAYABLE | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8    ) | | | |

| 2.3 | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|
| | DC TREASURER<br>OFFICE OF TAX & REVENUE<br>1101 4TH ST SW, STE 270<br>W WASHINGTON, DC 20024 | As of the petition filing date, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>TAXES PAYABLE | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8    ) | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.4**

**Priority creditor's name and mailing address**

FLORIDA STATE DEPT OF REVENUE
TAXPAYER SERVICES
MAIL STOP 3-2000
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-0112

**As of the petition filing date, the claim is:**          $0.00          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.5**

**Priority creditor's name and mailing address**

IDAHO STATE TAX COMMISSION
P.O. BOX 36
BOISE, ID 83722-0410

**As of the petition filing date, the claim is:**          $0.00          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6**

**Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104-5016

**As of the petition filing date, the claim is:**          $0.00          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

---

**2.7**

**Priority creditor's name and mailing address**

MASSACHUSETTS DEPT OF REVENUE
19 STANIFORD ST
BOSTON, MA 02114

**As of the petition filing date, the claim is:**          $0.00          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
STATE INCOME TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.8** | **Priority creditor's name and mailing address**

MISSOURI DEPT OF LABOR & INDUSTRIAL
RELATIONS
421 E DUNKLIN ST
P.O. BOX 58
JEFFERSON CITY, MO 65102-0058

**As of the petition filing date, the claim is:**      $0.00      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.9** | **Priority creditor's name and mailing address**

MONTANA DEPT OF REVENUE
P.O. BOX 5805
HELENA, MT 59604-5805

**As of the petition filing date, the claim is:**      $0.00      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.10** | **Priority creditor's name and mailing address**

MONTANA UNEMPLOYMENT INSURANCE
CONTRIBUTIONS BUREAU
P.O. BOX 6339
HELENA, MT 59604-6339

**As of the petition filing date, the claim is:**      $0.00      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.11** | **Priority creditor's name and mailing address**

NEVADA DEPT OF TAXATION
4600 KIETZKE LN, BLDG L, STE 235
RENO, NV 89502

**As of the petition filing date, the claim is:**      $0.00      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.12** | **Priority creditor's name and mailing address**
NEW HAMPSHIRE EMPLOYMENT SECURITY
45 S FRUIT ST
CONCORD, NH 03301

**As of the petition filing date, the claim is:**  $0.00  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.13** | **Priority creditor's name and mailing address**
NEW JERSEY DEPT OF BANKING & INSURANCE
20 W STATE ST
P.O. BOX 325
TRENTON, NJ 08625

**As of the petition filing date, the claim is:**  $0.00  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.14** | **Priority creditor's name and mailing address**
NORTH CAROLINA DEPT OF REVENUE
ATTN: BANKRUPTCY UNIT
P.O. BOX 1168
RALEIGH, NC 2760

**As of the petition filing date, the claim is:**  $0.00  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
STATE INCOME TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.15** | **Priority creditor's name and mailing address**
NORTH CAROLINA DIVISION OF EMPLOYMENT
P.O. BOX 25903
RALEIGH, NC 27611-5903

**As of the petition filing date, the claim is:**  $0.00  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

**2.16**

**Priority creditor's name and mailing address**
NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

**As of the petition filing date, the claim is:**    $0.00    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

**2.17**

**Priority creditor's name and mailing address**
OREGON DEPT OF REVENUE
P.O. BOX 14790
SALEM, OR 97309

**As of the petition filing date, the claim is:**    $0.00    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
STATE INCOME TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

**2.18**

**Priority creditor's name and mailing address**
OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

**As of the petition filing date, the claim is:**    $0.00    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

**2.19**

**Priority creditor's name and mailing address**
STATE OF CALIFORNIA
EMPLOYENT DEVELOPMENT DEPT
TAX SUPPORT DIV, MIC 93
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**As of the petition filing date, the claim is:**    $0.00    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

TENNESSEE DEPT OF REVENUE
ANDREW JACKSON ST OFFICE
500 DEADERICK S
NASHVILLE, TN 37242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
STATE INCOME TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

TEXAS DEPT OF BANKING
2601 N LAMAR BLVD
AUSTIN, TX 78705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

UTAH DEPT OF WORKFORCE SERVICES
P.O. BOX 45249
SALT LAKE CITY, UT 84145-0249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134-0266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.24**

**Priority creditor's name and mailing address**

VIRGINIA EMPLOYMENT COMMISSION
P.O. BOX 26441
RICHMOND, VA 23261-6441

**As of the petition filing date, the claim is:** $0.00    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

---

**2.25**

**Priority creditor's name and mailing address**

WASHINGTON STATE - DEPT OF REVENUE
ATTN: BANKRUPTCY UNIT
2101 4TH AVE, STE 1400
SEATTLE, WA 98121

**As of the petition filing date, the claim is:** $0.00    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
STATE INCOME TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8     )

| Debtor Name | **Bittrex, Inc.** | Case number (if known): **23-10598** |
|---|---|---|

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ACX SOLUTIONS INTERNATIONAL PTE LTD
160 ROBINSON RD, STE 14-04
SINGAPORE, 068914

**As of the petition filing date, the claim is:**    $87,622.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/30/2023

**Basis for the claim:**
SERVICES

**Last 4 digits of account number**
5201

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ALABAMA STATE TREASURY
UNCLAIMED PROPERTY DIV
100 N UNION ST
P.O. BOX 302510
MONTGOMERY, AL 36130

**As of the petition filing date, the claim is:**    $0.00
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
ALASKA DEPT OF REVENUE, TREASURY DIV
UNCLAIMED PROPERTY DIV
P.O. BOX 110405
JUEAU, AK 99811-0405

**As of the petition filing date, the claim is:**    $0.00
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS

**As of the petition filing date, the claim is:**    Undetermined
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CREDIT CARD USAGE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**

AMERICAN SAMOA MINISTRY OF FINANCE
LEVEL 2 CENTRAL BANK OF SAMOA BLDG
APIA
SAMOA

As of the petition filing date, the claim is:                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

ANDROMEDA TECHNOLOGIES LLC
C/O BITTREX, INC
701 5TH AVE, STE 4200
SEATTLE, WA 98104

As of the petition filing date, the claim is:             Undetermined

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

ARIZONA DEPT OF REVENUE
UNCLAIMED PROPERTY DIV
1600 W MONROE
PHOENIX, AZ 85007-2650

As of the petition filing date, the claim is:                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

ARKANSAS OFFICE OF  AUDITOR OF STATE
UNCLAIMED PROPERTY DIV
1401 W CAPITOL AVE, STE 325
LITTLE ROCK, AR 72201

As of the petition filing date, the claim is:                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | | $15,000,000.00 |

**3.9** **Nonpriority creditor's name and mailing address**

BITTREX GLOBAL GMBH
C/O BITTREX, INC
701 5TH AVE, STE 4200
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**           **$15,000,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE - LONG TERM DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

BITTREX INTERNATIONAL GMBH
C/O BITTREX, INC
701 5TH AVE, STE 4200
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**           **Undetermined**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

BITTREX MALTA HOLDINGS LTD
C/O BITTREX, INC
701 5TH AVE, STE 4200
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**           **Undetermined**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**

BITTREX MALTA LTD
C/O BITTREX, INC
701 5TH AVE, STE 4200
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**           **Undetermined**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.13**  **Nonpriority creditor's name and mailing address**

BITTREX MALTA, LTD
C/O BITTREX, INC.
701 5TH AVE, STE 4200
SEATTLE, WA 98104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $278,202.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE - CUSTOMER FIAT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**

CALIFORNIA STATE CONTROLLER'S OFFICE
UNCLAIMED PROPERTY DIV
10600 WHITE ROCK RD, STE 141
RANCHO CORDOVA, CA 95670

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**

COINBASE
100 PINE ST, STE 1250
SAN FRANCISCO, CA 94111

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**
0607

**As of the petition filing date, the claim is:**                                    Undetermined

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**  **Nonpriority creditor's name and mailing address**

COINBASE
100 PINE ST, STE 1250
SAN FRANCISCO, CA 94111

**Date or dates debt was incurred**
3/31/2023

**Last 4 digits of account number**
0607

**As of the petition filing date, the claim is:**                                    $3,452.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Undetermined** |

COINBASE CLOUD
16 VESTRY ST, FL 4
NEW YORK, NY 10013

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/30/2023

**Basis for the claim:**
SERVICES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

COLORADO STATE TREASURER'S OFFICE
DIV OF UNCLAIMED PROPERTY
200 E COLFAX AVE, RM 141
DENVER, CO 80203-1722

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
DEPT OF FINANCE
P.O. BOX 5234, CHRB
SAIPAN, MP 96950

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

COMPTROLLER OF MARYLAND
UNCLAIMED PROPERTY UNIT
301 W PRESTON ST, RM 310
BALTIMORE, MD 21201

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.21** | **Nonpriority creditor's name and mailing address**

CONFIDENTIAL ARBITRATION
C/O THE ROBIN HOOD LAWYERS, LLP
10866 WILSHIRE BLVD, STE 400
LOS ANGELES, CA 90024

**As of the petition filing date, the claim is:**    Undetermined

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

CONNECTICUT STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
P.O. BOX 150435
HARTFORD, CT 06115-0435

**As of the petition filing date, the claim is:**    $0.00

[ ] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**

CUSTOMER ACCOUNTS
SEE ATTACHED EXHIBIT SCH F

**As of the petition filing date, the claim is:**    $232,739,796.39

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TOTAL CRYPTO CURRENCY PLUS FIAT
CERTAIN CUSTOMERS ARE NOT CONTINGENT, REFERENCE EXHIBIT SCH F

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**

D'NARIAL BROWN-PRESSLEY

**As of the petition filing date, the claim is:**    Undetermined

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|---|

DELAWARE DEPT OF FINANCE
OFFICE OF UNCLAIMED PROPERTY
P.O. BOX 8923
WILMINGTON, DE 19899

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | Undetermined |
|---|---|---|---|---|

DESOLATION HOLDINGS LLC
C/O BITTREX, INC
701 5TH AVE, STE 4200
SEATTLE, WA 98104

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|---|

DISTRICT OF COLOMBIA OFFICE OF THE CHIEF FINANCIAL OFFICE
UNCLAIMED PROPERTY DIV
1350 PENNSYLVANIA AVE, NW STE 203
WASHINGTON, DC 20004

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | Undetermined |
|---|---|---|---|---|

ERNST & YOUNG LLP
200 PLAZA DR
SECAUCUS, NJ 07094

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

FINANCIAL CRIMES ENFORCEMENT NETWORK
AKA FINCEN
VIENNA, VA

**As of the petition filing date, the claim is:**                    $3,500,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

FLORIDA DEPT OF FINANCIAL SERVICES
DIV OF UNCLAIMED PROPERTY
200 E GAINES ST
TALLAHASSEE, FL 32399-0358

**As of the petition filing date, the claim is:**                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

GEORGIA DEPT OF REVENUE
UNCLAIMED PROPERTY DIV
4125 WELCOME ALL RD, STE 701
ATLANTA, GA 30349-1824

**As of the petition filing date, the claim is:**                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**

HAWAII DEPT OF BUDGET & FINANCE
UNCLAIMED PROPERTY DIV
P.O. BOX 150
HONOLULU, HI 96810

**As of the petition filing date, the claim is:**                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | | $4,768.20

HAYSTACKID LLC
P.O. BOX 95858
CHICAGO, IL 60694-5858

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SERVICES

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**
0787

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | | Undetermined

HUNTON ANDREWS KURTH, LLP
2200 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20037

As of the petition filing date, the claim is:

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
SERVICES

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | | $0.00

IDAHO STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
P.O. BOX 83720
BOISE, ID 83720-9101

As of the petition filing date, the claim is:

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | | $0.00

ILLINOIS STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
P.O. BOX 19496
SPRINGFIELD, IL 62794-9496

As of the petition filing date, the claim is:

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**

INDIANA ATTORNEY GENERAL'S OFFICE
UNCLAIMED PROPERTY DIV
P.O. BOX 2504
GREENWOOD, IN 46142

As of the petition filing date, the claim is: $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

IOWA STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
321 E 12TH ST, 1ST FL
DES MOINES, IA 50319

As of the petition filing date, the claim is: $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

JAMES WASCHAK
ADDRESS ON FILE

As of the petition filing date, the claim is: $1,000,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYMENT LETTER AGREEMENT

**Date or dates debt was incurred**
2020

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

KANSAS STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
900 SW JACKSON, STE 201
TOPEKA, KS 66612

As of the petition filing date, the claim is: $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00

KENTUCKY OFFICE OF STATE TREASURER
UNCLAIMED PROPERTY DIV
1050 US HWY 127 S, STE 100
FRANKFORT, KY 40601

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $117,175.70

KOBRE & KIM
800 3RD AVE
NEW YORK, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**
8489

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | Undetermined

LEE HECHT HARRISON LLC
P.O. BOX 7410312
CHICAGO, IL 60674-0312

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
5/3/2023

**Last 4 digits of account number**
4778

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | Undetermined

LIGHTHOUSE DOCUMENT TECHNOLOGIES, INC
51 UNIVERSITY ST #400
SEATTLE, WA 98101

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.45 Nonpriority creditor's name and mailing address

LOUISIANA STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
P.O. BOX 91010
BATON ROUGE, LA 70821-9010

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.46 Nonpriority creditor's name and mailing address

MAINE STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
39 STATE HOUSE STATION
AUGUSTA, ME 04333-0039

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.47 Nonpriority creditor's name and mailing address

MASSACHUSETTS STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
1 ASHBURTON PL, 12TH FL
BOSTON, MA 02108

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.48 Nonpriority creditor's name and mailing address

MCNAUL EBEL NAWROT & HELGREN PLLC
600 UNIVERSITY ST. STE 2700
SEATTLE, WA 98101-3143

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $8,060.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.49**

**Nonpriority creditor's name and mailing address**

MICHIGAN DEPT OF TREASURY
MICHIGAN UNCLAIMED PROPERTY
P.O. BOX 30756
LANSING, MI 48909

**As of the petition filing date, the claim is:**                                                            $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**

MICROSOFT CORP
1 MICROSOFT WAY
REDMOND, WA 98052

**As of the petition filing date, the claim is:**                                                            $9,346.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**
7954

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51**

**Nonpriority creditor's name and mailing address**

MINNESOTA DEPT OF COMMERCE
UNCLAIMED PROPERTY DIV
85 7TH PL E, STE 600
ST PAUL, MN 55101-3165

**As of the petition filing date, the claim is:**                                                            $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52**

**Nonpriority creditor's name and mailing address**

MISSOURI STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
P.O. BOX 1004
JEFFERSON CITY, MO 65102

**As of the petition filing date, the claim is:**                                                            $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

MONTANA DEPT OF REVENUE
DIV OF UNCLAIMED PROPERTY
P.O. BOX 5805
HELENA, MT 59604-5805

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

NEBRASKA STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
809 P ST
LINCOLN, NE 68508

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

NEVADA STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
555 E WASHINGTON AVE, STE 5200
LAS VEGAS, NV 89101

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

NEW HAMPSHIRE TREASURY DEPT
UNCLAIMED PROPERTY DIV
25 CAPITOL ST, RM 205
CONCORD, NH 03301

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.57**  **Nonpriority creditor's name and mailing address**

NEW JERSEY DEPT OF THE TREASURY
UNCLAIMED PROPERTY DIV
P.O. BOX 214
TRENTON, NJ 08625-0214

As of the petition filing date, the claim is:    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.58**  **Nonpriority creditor's name and mailing address**

NEW YORK STATE COMPTROLLER
OFFICE OF UNCLAIMED FUNDS
110 STATE ST, 8TH FL
ALBANY, NY 12236

As of the petition filing date, the claim is:    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.59**  **Nonpriority creditor's name and mailing address**

NORTH CAROLINA DEPT OF THE STATE TREASURER
UNCLAIMED PROPERTY DIV
3200 ATLANTIC AVE
RALEIGH, NC 27604

As of the petition filing date, the claim is:    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.60**  **Nonpriority creditor's name and mailing address**

NORTH DAKOTA DEPT OF TRUST LANDS
UNCLAIMED PROPERTY DIV
1707 N 9TH ST
BISMARCK, ND 58501

As of the petition filing date, the claim is:    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | | $548.17 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

NYS WORKERS COMPENSATION BOARD
328 STATE ST, RM 331
SCHENECTADY, NY 12305-2302

**As of the petition filing date, the claim is:**                                    $548.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.62 | | | Undetermined |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

O'MELVENY & MYERS LLP
7 TIMES SQ
NEW YORK, NY 10036-6524

**As of the petition filing date, the claim is:**                                    Undetermined

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.63 | | | $24,280,829.20 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

OFFICE OF FOREIGN ASSET CONTROL
AKA OFAC
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

**As of the petition filing date, the claim is:**                                    $24,280,829.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.64 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

OHIO DEPT OF COMMERCE
DIV OF UNCLAIMED FUNDS
77 S HIGH ST, 20TH FL
COLUMBUS, OH 43266-0545

**As of the petition filing date, the claim is:**                                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**OKLAHOMA STATE TREASURER'S OFFICE**
**UNCLAIMED PROPERTY DIV**
**9520 N MAY, LOWER LEVEL**
**OKLAHOMA CITY, OK 73120**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
**UNCLAIMED PROPERTY**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**OREGON OFFICE OF STATE TREASURER**
**UNCLAIMED PROPERTY DIV**
**775 SUMMER ST NE, STE 100**
**SALEM, OR 97301-1279**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
**UNCLAIMED PROPERTY**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,885.00 |
|---|---|---|---|

**PAUL HASTINGS LLP**
**101 CALIFORNIA ST, 48TH FL**
**SAN FRANCISCO, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**SERVICES**

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**
8380

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500,000.00 |
|---|---|---|---|

**PAUL MIDGEN**
**ADDRESS ON FILE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**EMPLOYMENT LETTER AGREEMENT**

**Date or dates debt was incurred**
2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**

PENNSYLVANIA TREASURY DEPT
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105-1837

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

PERKINS COIE LLP
1201 THIRD AVE, STE 4900
SEATTLE, WA 98101

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**
1235

As of the petition filing date, the claim is:            $189,689.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**

PLAID INC
1098 HARRISON ST
SAN FRANCISCO, CA 94103

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**
5554

As of the petition filing date, the claim is:              $36,416.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.72** **Nonpriority creditor's name and mailing address**

PRIME TRUST, LLC
330 SOUTH RAMPART BLVD, STE 260
LAS VEGAS, NV 89145

**Date or dates debt was incurred**

**Last 4 digits of account number**
1807

As of the petition filing date, the claim is:                  $11.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | | $0.00

PUERTO RICO COMMISSIONER OF FINANCIAL INSTITUTIONS
UNCLAIMED FUNDS DIV
EDIF CENTRO EUROPA, STE 600
SAN JUAN, PR 00910-3855
PUERTO RICO

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | | $0.00

RAHWA BERHE
C/O OUTTEN GOLDEN
ATTN: ALLISON L VAN KAMPEN
685 3RD AVE, 25TH FL
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
EEOC COMPLAINT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | | $5,000,000.00

RBR
C/O BITTREX, INC
701 5TH AVE, STE 4200
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE - LONG TERM DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | | $0.00

RHODE ISLAND OFFICE OF GENERAL TREASURER
UNCLAIMED PROPERTY DIV
P.O. BOX 1435
PROVIDENCE, RI 02901-1435

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.77** | **Nonpriority creditor's name and mailing address**

SAFEGUARD
306-N W EL NORTE PKWY, STE 93
ESCONDIDO, CA 92026

**Date or dates debt was incurred**
3/2/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $154.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

SECURITIES & EXCHANGE COMMISSION
100 PEARL ST, STE 20-100
NEW YORK, NY 10004

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    Undetermined

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

SIERRA MICROPRODUCTS, INC
506 30TH ST, UNIT 4
ANACORTES, WA 98221

**Date or dates debt was incurred**

**Last 4 digits of account number**
3178

**As of the petition filing date, the claim is:**                    $3,103.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**

SOUTH CAROLINA OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY DIV
1200 SENATE ST, WADE HAMPTON BLDG, STE 214
COLUMBIA, SC 29201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Nonpriority creditor's name and mailing address**

SOUTH DAKOTA OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY DIV
500 E CAPITOL AVE
PIERRE, SD 57501-5070

**As of the petition filing date, the claim is:** $0.00

[ ] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.82  Nonpriority creditor's name and mailing address**

TAXATION & REVENUE DEPT
UNCLAIMED PROPERTY DIV
P.O. BOX 25123
SANTA FE, NM 87504-5123

**As of the petition filing date, the claim is:** $0.00

[ ] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.83  Nonpriority creditor's name and mailing address**

TENNESSEE DEPT OF TREASURY
UNCLAIMED PROPERTY DIV
NASHVILLE, TN 37243-0242

**As of the petition filing date, the claim is:** $0.00

[ ] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.84  Nonpriority creditor's name and mailing address**

TETHER AND BITIFINEX
C/O ROCHE FREEDMAN LLP
ATTN: JOSEPH M DELICH, ESQ
185 WYTHE AVE, F2
BROOKLYN, NY 11249

**As of the petition filing date, the claim is:** Undetermined

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PENDING LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

### 3.85 Nonpriority creditor's name and mailing address

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
UNCLAIMED PROPERTY DIV
P.O. BOX 12019
AUSTIN, TX 78711-2019

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.86 Nonpriority creditor's name and mailing address

TEXAS DEPARTMENT OF BANKING
2601 N LAMAR BLVD
AUSTIN, TX 78705

**Date or dates debt was incurred**

**Last 4 digits of account number**
3171

**As of the petition filing date, the claim is:**          $6,133.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.87 Nonpriority creditor's name and mailing address

TREASURER OF GUAM
DEPT OF ADMINISTRATION, FINANCIAL MGT DIV
P.O. BOX 1146
HAGATNA, GU 96921

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.88 Nonpriority creditor's name and mailing address

US MINOR OUTLYING ISLANDS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.89**    **Nonpriority creditor's name and mailing address**

US VIRGIN ISLANDS OFFICE OF THE LIEUTENANT GOVERNOR
DIV OF BANKING & INSURANCE
5049 KONGENS GADE, 18 CHARLOTTE AMALIE
ST THOMAS, VI 00802

**As of the petition filing date, the claim is:**     $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90**    **Nonpriority creditor's name and mailing address**

UTAH STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
P.O. BOX 140530
SALT LAKE CITY, UT 84114-0530

**As of the petition filing date, the claim is:**     $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.91**    **Nonpriority creditor's name and mailing address**

VERMONT OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY DIV
109 STATE ST, 4TH FL
MONTPELIER, VT 05609-6901

**As of the petition filing date, the claim is:**     $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.92**    **Nonpriority creditor's name and mailing address**

VIRGINIA DEPT OF TREASURY
UNCLAIMED PROPERTY DIV
P.O. BOX 2478
RICHMOND, VA 23218-2478

**As of the petition filing date, the claim is:**     $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.93** **Nonpriority creditor's name and mailing address**

WASHINGTON STATE DEPT OF REVENUE
UNCLAIMED PROPERTY SECTION
P.O. BOX 34053
SEATTLE, WA 98124-1053

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

WEST VIRGINIA STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIV
322 70TH ST SE
CHARLESTON, WV 25304

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**

WINTERBAUER & DIAMOND PLLC
7683 SE 27TH ST, STE 495
MERCER ISLAND, WA 98040

**Date or dates debt was incurred**
4/30/2023

**Last 4 digits of account number**
0-00M

**As of the petition filing date, the claim is:**                                $3,198.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

WISCONSIN DEPT OF REVENUE
DIV OF INCOME, SALES & EXCISE TAXES
P.O. BOX 8982
MADISON, WI 53708

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.97**  **Nonpriority creditor's name and mailing address**
WIZELINE, INC.
50 CALIFORNIA ST, STE 1500
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**                    $10,887.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**
9223

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**  **Nonpriority creditor's name and mailing address**
WYOMING OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY DIV
HERSCHLER BLDG E
122 W 25TH ST, STE E300
CHEYENNE, WY 82002

**As of the petition filing date, the claim is:**                    $0.00

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name        **Bittrex, Inc.**                                                     Case number (if known): **23-10598**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

Debtor Name    **Bittrex, Inc.**

Case number (if known): **23-10598**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                            $0.00

**5b. Total claims from Part 2**                                            $284,781,281.16

**5c. Total claims of Parts 1 and 2**
Lines 5a + 5b = 5c                                            $284,781,281.16