**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 5, 60 and 70 |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER GRANTING LEAVE AND PERMISSION TO FILE REPLY IN SUPPORT OF DEBTORS' MOTION SEEKING ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) MAINTAIN A CONSOLIDATED LIST OF CREDITORS, (B) FILE A CONSOLIDATED LIST OF THE DEBTORS' FIFTY LARGEST UNSECURED CREDITORS, AND (C) WITHHOLD OR OMIT CERTAIN CONFIDENTIAL INFORMATION, (II) ESTABLISHING PROCEDURES FOR NOTIFYING THE PARTIES OF COMMENCEMENT, AND (III) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this motion (this "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting the Debtors leave and permission to file their reply (the "Reply") in support of the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain a Consolidated List of Creditors, (B) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, and (C) Withhold or Omit Certain Confidential Information, (II) Establishing Procedures for Notifying the Parties of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30432423.3

*Commencement, and (III) Granting Related Relief* [D.I. 5] (the "Confidential Information Motion"), filed contemporaneously herewith.[2]  In support of this Motion, the Debtors respectfully state as follows:

1. The Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b), and, under Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory bases for the relief requested herein are section 105 of the Bankruptcy Code, Bankruptcy Rules 2002(a) and 9006(c)(1) and Local Rule 9006-1(c) and (e).

## BACKGROUND

2. On May 8, 2023 (the "Petition Date"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. No official committee has been appointed in these chapter 11 cases.  No request has been made for the appointment of a trustee or an examiner.

4. Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the filing of these chapter 11 cases is set forth in the *Declaration of Evan*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Confidential Information Motion.

*Hengel, Co-Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* (the "Hengel Declaration") [D.I. 11].

## **LEAVE TO FILE THE REPLY**

5. On the Petition Date, the Debtors filed the Confidential Information Motion. An interim order approving the relief requested Confidential Information Motion was entered on May 10, 2023 [D.I. 37]. The hearing to consider final approval of the relief requested in the Confidential Information Motion is scheduled for Wednesday, June 7, 2023, at 11:00 a.m. (ET) (the "Hearing"). Objections to the entry of a final order approving the Confidential Information Motion were to be filed and served on or before May 31, 2023, at 4:00 p.m. (ET) (the "Objection Deadline"). The Debtors agreed to extend the Objection Deadline for the U.S. Trustee to June 2, 2023, at 4:00 p.m. (ET).

6. On June 2, 2023, the U.S. Trustee filed the Objection.

7. Azim Ghader, one of the Debtors' customers, also objected to the Confidential Information Motion. *See* D.I. 60.

8. Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." The agenda for the Hearing was due on Monday, June 5, 2023, and the Debtors' deadline to file the Reply under the Local Rules was therefore, Friday, June 2, 2023, at 4:00 p.m. (ET).

9. By this Motion, the Debtors respectfully request that the Court enter an order granting the Debtors leave and permission to file the Reply in support of entry of the Confidential Information Motion and to respond to the various arguments asserted in the Objection. The Debtors submit that the Reply will assist the Court in its consideration of the Confidential Information Motion and the Objection by further developing the record with respect to the issues

30432423.3

raised in the Objection, and that permitting the Debtors to file a late Reply is reasonable and appropriate under the circumstances given, among other things, the Debtors' agreement to extend the Objection Deadline for the U.S. Trustee.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting the Debtors leave and permission to file the Reply and such other and further relief as this Court deems just and proper.

Dated: June 6, 2023  
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth Enos*
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Joshua Brooks (Delaware Bar No. 6765)
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Email: rbrady@ycst.com
Email: kenos@ycst.com
Email: jbrooks@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**PROPOSED COUNSEL FOR THE DEBTORS**