Exhibit A

 Having previously announced that Bittrex U.S. would be ceasing all operations effective April 30th, we have now made the decision to file Chapter 11 bankruptcy. Please go here to read our full statement and for current information.

## Bittrex, Inc. Privacy Policy – Version 3.2

Updated 2 years ago

**Last Updated:** December 31, 2019

# INTRODUCTION

Welcome to Bittrex, Inc.'s privacy policy (this "**Privacy Policy**").

Bittrex Inc., 701 5th Ave, Suite 4200, Seattle, Washington 98104 ("**Bittrex**", "**we**"; "**us**"; "**our**") respects your privacy and is committed to protecting your personal information or, as otherwise termed, your "**personal data**". In that regard, Bittrex has launched and offers a service which provides our clients (subject to prior account registration) with access to certain virtual financial assets on an online trading platform (the "**Platform**") which is accessible via the website bittrex.com (the "**Site**") or our mobile applications or any application programming interface (API) provided by Bittrex relating to the site. The Platform automatically matches trades with open orders from other registered users on the Platform, In addition to the matching and trading services offered over the Platform, the Platform also offers digital wallet services to registered account users, allowing them to store the virtual financial assets which are traded over the Platform.

This Privacy Policy explains how information about you is collected, used, and disclosed by Bittrex and to set out the basis on which we will process your personal data when you:

- visit and use the Site and/or the Platform (regardless of where you visit or use them from);

- apply for and open an account in respect of our Platform (your "**Account**"); and

- apply for, receive or use any of the related services that we offer in connection with the Platform, including our virtual financial assets exchange and digital wallet services (the "**Services**").

This includes any data that you may provide for and in relation to our newsletters, updates, events and other marketing and promotional communications.

This Privacy Policy also informs you about: (i) how we will handle and look after your personal data, (ii) our obligations in regard to processing your personal data responsibly and securely, (iii) your data protection rights as a data subject, and (iv) how the law protects you. It should be read in conjunction with our Cookie Policy.

# 1. IMPORTANT INFORMATION AND WHO WE ARE

## Purpose of this Privacy Notice

We process your personal data in an appropriate and lawful manner, in accordance with all relevant laws of the jurisdictions in which we operate.

This Policy aims to give information on how Bittrex collects and processes your personal data in the scenarios outlined above in the 'Introduction' (namely, through your use of the Site, the Platform and our related services, including any data that you may provide to us or which we may receive).

The Site and the Platform are not intended for minors and we do not knowingly collect personal data relating to minors.

It is important that you read this Policy together with any other privacy notice or policy which we may provide on specific occasions when we are collecting or processing personal data about you so that you are fully aware of how and why we are using your data. This Policy supplements the other notices and is not intended to override them.

## Controller

Bittrex as defined above is the controller and responsible for your personal data.

We have appointed a data protection contact point ("**DPCP**") who is responsible for overseeing questions in relation to this Policy and our processing activities in general. If you have any questions or requests, including any requests to exercise your legal rights as a data subject, please contact the DPO using the details set out below.

## Contact Details

Full name of legal entity:      Bittrex, Inc.
Name of DPCP:                 Michael Carter

| | |
|---|---|
| Email address: | [privacy@bittrex.com](mailto:privacy@bittrex.com) |
| Postal address: | 701 5th Ave, Suite 4200, Seattle, Washington 98104 |

You have the right to lodge a complaint at any time to a competent supervisory authority on data protection matters, such as in particular the supervisory authority in the place of your habitual residence or your place of work. We would, however, appreciate the opportunity to deal with your concerns before you approach the supervisory authority, so please contact us in the first instance.

## Last Update and Your Duty to Inform Us of Changes

This Policy was last updated on December 31, 2019.

It is imperative that the personal data we hold about you is accurate and current at all times. Otherwise, this will impair our ability to provide you with the availability of our Platform (amongst other potential and salient issues). Please keep us informed if your personal data changes during your relationship with us.

## Third-Party Links

Our Site may include links to third-party websites, plug-ins and applications. Clicking on those links or enabling those connections may allow third parties to collect or share data about you. We do not control these third-party websites and are not responsible for their privacy notices, statements or policies.

We encourage you to read the privacy Policy of every website you visit.

## 2. KEY DEFINITIONS

Set out below are key definitions of certain data protection terms which appear in this Privacy Policy.

"**Consent Form**" refers to separate documents which we might from time to time provide you where we ask for your explicit consent for any processing which is not for purposes set out in this Privacy Policy.

"**Data subjects**" means living individuals (i.e. **natural persons**) about whom we collect and process personal data.

"**Data controller**" or "**controller**" means any entity or individual who determines the purposes for which, and the manner in which, any personal data is processed.

"**Data processor**" or "**processor**" means any entity or individual that processes data on our behalf and on our instructions (we being the data controller).

"**Personal data**" means data relating to a living individual (i.e. **natural person**) who can be identified from the data (information) we hold or possess. This includes, but is not limited to, your name and surname (including maiden name where applicable), address, date of birth, nationality, gender, civil status, tax status, identity card number & passport number, contact details (including mobile and home phone number and personal email address), photographic image, bank account details, emergency contact information as well as online identifiers. The term "**personal information**", where and when used in this Privacy Policy, shall be taken have the same meaning as personal data.

"**Processing**" means any activity that involves use of personal data. It includes obtaining, recording or holding the data, or carrying out any operation or set of operations on the data including, organizing, amending, retrieving, using, disclosing, erasing or destroying it. Processing also includes transferring personal data to third parties.

"**Sensitive personal data**", "**sensitive data**" or "**special categories of personal data**" includes information about a person's racial or ethnic origin, political opinions, religious or similar beliefs, trade union membership, physical or mental health or condition or sexual life, or about the commission of, or proceedings for, any offence committed or alleged to have been committed by that person, the disposal of such proceedings or the sentence of any court in such proceedings. This type of sensitive data can only be processed under strict conditions.

**Note that personal data does not include information relating to a legal person (for example, a company or other legal entity). In that regard, information such as a company name, its company number, registered address and VAT number does not amount to personal data in terms of both the Act and the GDPR. Therefore, the collection and use of information strictly pertaining to a legal person does not give rise to data controller obligations at law. Naturally, we will still treat any and all such information in a confidential and secure manner.**

# 3. THE PERSONAL DATA WE COLLECT ABOUT YOU

Personal data, or personal information, means any information about an individual from which that person can be identified (as stated above). It does not include data where the identity has been removed (**anonymous data**). In the course of your relationship with us (including during

the account opening stage), we may collect, use, store and transfer different kinds of personal data about you which we have grouped together.

We collect information you provide directly to us. For example, we collect information when you create an account, participate in any interactive feature of the Services, fill out a form, participate in a community or forum discussion, complete an exchange transaction, apply for a job, request customer support or otherwise communicate with us. The types of information we may collect include your name, social security number or other government ID number, date of birth, email address, postal address, phone number, certain virtual financial asset information, and any other information you choose to provide.

For avoidance of doubt, categories marked in blue are applicable to customers (i.e. individuals who hold a registered customer account with us). We shall request this information in order to be able to register you on our Platform.

- **Identity Data** includes your first name, maiden name (where applicable), last name, address, username or similar identifier, marital status, title, nationality, date of birth, gender, photograph, identity card and/or passport number. This will form part of your account information on the Platform.

- **Contact Data** includes your billing address, email address and contact number (telephone and/or mobile).

- **Financial Data** includes your bank account and payment details.

- **AML / KYC Data** includes the following due diligence / KYC information and documentation about you: (i) copy of I.D. card or passport, (ii) proof of residence (e.g. utility bill), (iii) KYC database checks, (iv) fraud database checks and (v) any documentation or information which we may, from time to time:

  - be required to collect to ensure compliance with any applicable legislation (including applicable foreign laws) and global AML/KYC practices; and/or

  - otherwise be mandated to collect by any competent authority or law enforcement agency (local or overseas).

- **Marketing and Communications Data** includes your preferences in receiving marketing from us and our third parties and your communication preferences.

The categories of personal data marked in green below are applicable to customers holding a registered account with us who start trading over the Platform and otherwise make use of our Services.

- **Transaction Data** includes details about:

- the type of virtual financial assets involved, the order volume, price, value and, where applicable, the proceeds derived;

- your trading and transactional history on the Platform, including withdrawals and order activity; and

- the payments which we receive, or otherwise, charge you (e.g. our fees for your use of the Platform).

- **Portfolio Data** includes details about the virtual financial assets and amounts credited to your Account and your Account balances.

- **Enhanced KYC Data** applies in respect of instances mandated by our AML-KYC Policy, which would include, amongst other scenarios, situations where a higher risk of money laundering and funding of terrorism has been identified.

In all cases, we collect the following information upon access to our Site:

- **Technical/LOG Data** includes the IP address, your login data to the Platform (username and password), device type, browser type and version, time zone setting and location, browser plug-in types and versions, operating system and other technology on the devices you use to access the Site and Platform. This also includes information about your use of the Services, including the type of browser you use, access times, pages viewed, your IP address, and the page you visited before navigating to our Services.

- **Device Data** includes information about the computer or mobile device you use to access our Services, including the hardware model, operating system and version, unique device identifiers, and mobile network information.

- **Usage Data** includes information about how you use the Platform.

We also collect, use and share **Aggregated Data** such as statistical or demographic data for any purpose. Aggregated Data may be derived from your personal data but is not considered personal data in law as this data does not directly or indirectly reveal your identity. For example, we may aggregate your Usage Data to calculate the percentage of users accessing a specific feature of the Site and/or the Platform. However, if we combine or connect Aggregated Data with your personal data so that it can directly or indirectly identify you, we treat the combined data as personal data which will be used in accordance with this Privacy Policy.

## If you Fail to provide Personal Data

Where we need to collect personal data about you:

- by law; or

- under the terms of, or in connection with, the contract that we have with you (as discussed in Section 1 above); or

- as part of our legitimate (business) interests to verify the identity of our applicants and clients, mitigate against risks (such as potential or suspected fraud) and in particular, to assess and take a decision on whether we will or should enter into a relationship with you (as subject to our client acceptance criteria and policies);

and you either fail to provide that data when requested, or else provide incomplete or insufficient data, we may not be able to perform or conclude the contract which we have or are otherwise trying to enter into with you (namely regarding your account opening on the Platform and provision of our related services).

In certain instances, particularly where this relates to AML / KYC Data, we may even need to exercise our prerogative to terminate our contract with you, and thus withdraw the availability of our services to you, or else, if still at application stage, we may have to decline to enter into a relationship with you. We will however notify you if this is the case at that point in time.

## Sensitive Personal Data

We do not knowingly **collect Special Categories of Personal Data** (or Sensitive Personal Data) about you. Should we receive sensitive personal data about you, we will only process that data where there is a legitimate reason to do so and, in all circumstances, in accordance with our obligations at law and under the appropriate safeguards.

**As set out below in Section 5, we collect and process AML / KYC Data in order to be able to** (i) comply with legal and regulatory obligations, as applicable (ii) conduct our AML and KYC checks, and other due diligence checks, on you, (iii) verify your identity or claimed identity and identify and/or verify your source of funds and source of wealth, as appropriate (iv) take an informed decision on whether we want to enter into a customer relationship with you, and, if positive, to conduct initial and ongoing screening and monitoring and (iv) to comply with any legal or regulatory obligation that we may have and/or any Court, regulatory or enforcement order that may be issued upon us.

# 4. HOW IS YOUR PERSONAL DATA COLLECTED?

## (A) Account Registration and Opening.

We will ask you to provide us with your **Identity, Contact, Financial** and **AML/KYC Data** when you apply to register and open an account with us on our Platform (including at account finalization

stage). You provide these personal details and information to us, which we collect and process, when you fill in and submit our application form (together with other related forms) and complete our required application steps.

Your **Account Data** will be generated on the basis of your application and is also processed and stored by us.

## (B) Service Use.

This may encompass all of the data categories listed in Section 3 (namely, Identity, Contact, AML and KYC Data, Enhanced KYC Data and Transaction Data).

## (C) Direct Interactions.

You may also give us your **Identity, Contact, Financial, AML/KYC Data** and **Transaction Data** by filling in our other forms (i.e. separate to our account opening and registration form), or by corresponding with us by post, phone, e-mail or otherwise. This includes personal data that you provide when you, as applicable:

- apply to open an account;

- update or edit your account details;

- subscribe to our Platform;

- request withdrawals from your Account;

- contact us with complaints or queries;

- report issues;

- submit the (additional or supplementary) AML / KYC Data that we may request from you;

- request marketing to be sent to you;

- participate in a survey; or

- provide us with feedback.

## (D) Automated Technologies or Interactions.

As you interact with the Platform and the Site, we may automatically collect Technical Data about your equipment, browsing actions and patterns. We collect this personal data by using cookies, server logs and other similar technologies.

Cookies are small data files stored on your hard drive or in device memory that help us improve our Services and your experience, see which areas and features of our Services are popular and count visits, manage the registration process for accounts, remember your site preferences, retain certain information to process orders for exchange transactions, and retain information to provide you with support. Web beacons are electronic images that may be used on our Platform or emails and help deliver cookies, count visits, and understand usage and campaign effectiveness.

Most web browsers are set to accept cookies by default. If you prefer, you can usually choose to set your browser to remove or reject browser cookies. Please note that choosing to remove or reject cookies could affect the availability and functionality of our Services.

Please see our Cookie Policy for further details.

## (E) Third Parties or Publicly Available Sources.

We may also obtain information from other sources and combine that with information we collect through our Services. For example, we may collect information about you from third parties, including but not limited to social media platforms and publicly available sources.

We may also receive personal data about you from various third parties and public sources, as set out below:

- **Technical Data** from the following parties:
  - analytic providers such as Google Analytics;
  - advertising networks;
  - search information providers.
- **Identity, Contact, AML / KYC Data** from publicly available sources such as public court documents, the corporate registars with the U.S. and other jurisdictions, and from electronic data searches, online KYC search tools (which may be subscription or license based), anti-fraud databases and other third party databases, sanctions lists, outsourced third-party KYC providers and from general searches carried out via online search engines (e.g. Google).

## 5. HOW WE USE YOUR PERSONAL DATA

We will only use your personal data when applicable law allows us to. Most commonly, we will use your personal data in the following circumstances:

- Where we need to perform the contract we are about to enter into or have entered into with you in respect of your customer relationship with us.

- Where it is necessary for our legitimate interests (or those of a third party) and your interests and fundamental rights do not override those interests.

- Where we need to comply with a legal or regulatory obligation.

# Purposes for which we will Use your Personal Data

We have set out below, in a table format, a description of all the ways we plan to use your personal data, and which of the legal basis we rely on to do so. We have also identified what our legitimate interests are where appropriate. We may process your personal data for more than one lawful ground depending on the specific purpose for which we are using your data. Please contact us at privacy@bittrex.com if you need details about the specific legal ground we are relying on to process your personal data where more than one ground has been set out in the table below.

| Purpose/Activity | Type of Data | Lawful Basis for Processing (including Basis of Legitimate Interest) |
| --- | --- | --- |
| (i) To conduct due diligence checks on you (following your application to open and register an account).<br><br>(ii) To determine if we will enter into a relationship with you and, if positive, to register your account and on-board you as a new customer. | (a) Identity;<br><br>(b) Contact;<br><br>(c) Financial;<br><br>(d) AML / KYC Data; | (a) Performance of a contract with you.<br><br>(b) Necessary for compliance with our legal obligations<br><br>(c) Necessary for our legitimate interests, including to establish and verify:<br><br>• your identity and suitability for our Platform,<br><br>• the existence of any risks that you may present as a prospective customer,<br><br>• your ability to meet financial commitments, |

- and ultimately, to enable us to take an informed decision on whether we should enter into a relationship with you.

| | | |
|---|---|---|
| (i) To establish and verify your identity. | | |
| | (a) Identity; | |
| (ii) To fulfil our other internal KYC policies and requirements. | (b) Contact; | (a) Necessary to comply with a legal obligation. |
| (iii) To fulfil any external mandatory reporting obligations that we may have to public, regulatory, law enforcement or tax authority. | (c) AML / KYC Data; (d) Transaction; (e) Enhanced KYC Data. | (b) Necessary for our legitimate interests (for risk assessment purposes, to prevent and mitigate against fraud, to safeguard the reputation of our business). |
| To provide the Services, in particular: (i) to match any orders for virtual financial assets in order to find an appropriate trade with another registered user; (ii) manage payments, fees, charges and subscription costs; and (iii) collect and recover money as may be appropriate; and (iv) investigate any suspected fraudulent transactions | (a) Identity (b) Contact (c) Financial (d) Transaction (e) Portfolio | (a) Performance of a contract with you (b) Necessary for our legitimate interest to collect and recover debts and prevent fraudulent transactions |

| For legal, tax and accounting purposes (e.g. reporting to tax authorities, and accounting record requirements). | (a) Financial; and<br><br>(b) Transaction. | Necessary to comply with a legal obligation. |
|---|---|---|
| To detect, prevent and report fraudulent or suspicious orders/transactions. | (a) Identity;<br><br>(b) Contact<br><br>(c) Applicant<br><br>(d) AML / KYC Data<br><br>(e) Enhanced KYC Data;<br><br>(f) Financial;<br><br>(g) Portfolio;<br><br>(h) Transaction. | Necessary for our legitimate interests, including in particular to:<br><br>• protect the reputation of our business;<br><br>• avoid any complicity or association with fraud;<br><br>• report fraudulent or otherwise suspicious orders that we receive (or which later came to our knowledge) to relevant public authorities. |
| To manage our relationship with you, including in particular to:<br><br>(i) notify you about changes to our terms and conditions or privacy notices;<br><br>(ii) inform you about changes to our Platform (including the addition of new virtual financial assets that are available to trading);<br><br>(iii) deal with your inquiries, requests, complaints or | (a) Identity;<br><br>(b) Contact;<br><br>(c) Financial;<br><br>(d) Account;<br><br>(e) Portfolio;<br><br>(f) Transaction;<br><br>(g) Usage;<br><br>(h) Profile; | (a) Performance of a contract with you.<br><br>(b) Necessary for our legitimate interests (for 'customer care' and service matters, to study how clients use our Platform, to assess our operations, to develop them and grow our business). |

reported issues;

(iv) provide you with customer support and assistance;

(v) contact you in relation to your account, portfolio and other related matters;

(vi) ask you to participate in a survey;

(vii) request feedback from you;

(viii) advise you of industry and legislative updates;

(ix) inform you about our events;

(x) provide you with information about our Platform;

(xi) administer your account;

(xii) provide you with any other information or materials that you have requested to receive from us;

(xiii) manage disputes with you or other players;

(xiv) to identify and correct issues with the Platform and/or the Site.

(i) Marketing and Communications.

| | | |
|---|---|---|
| To administer and protect our business, including the Platform and the Site, (including troubleshooting, data analysis, testing, system maintenance, support, safety and security testing, reporting and hosting of data). | (a) Identity;<br><br>(b) Contact;<br><br>(c) Technical;<br><br>(d) Account. | (a) Necessary for our legitimate interests (for running and administering our business, network security, to prevent fraud, and in the context of a business reorganization or group restructuring exercise).<br><br>(b) Necessary to comply with a legal obligation.<br><br>(c) Performance of a contract with you. |
| To deliver relevant website content and advertisements to you and measure or understand the effectiveness of the advertising which we serve to you. | (a) Identity;<br><br>(b) Contact;<br><br>(c) Account;<br><br>(d) Usage; | Necessary for our legitimate interests (to study how clients use our Platform, to develop them, to grow our business and to inform our marketing strategy). |
| To ensure that our content is presented in the most effective manner for you and your computer and devices, and in a user friendly manner. | (e) Marketing and Communications;<br><br>(f) Technical. | |
| To use data analytics to improve the Site and Platform, marketing, customer relationships and experiences. | (a) Technical;<br><br>(b) Usage. | Necessary for our legitimate interests (to define types of clients and investors that have registered an account on our Platform, to keep the Site and the Platform updated and relevant, to develop our |

business and to inform our
marketing strategy).

We make sure we consider and balance any potential impact on you (both positive and negative) and your rights before we process your personal data for our legitimate interests. We do not use your personal data for activities where our interests are overridden by the impact on you (unless we have your consent or are otherwise required or permitted to by law). You can obtain further information about how we assess our legitimate interests against any potential impact on you in respect of specific activities by contacting us at the following email address: privacy@bittrex.com.

## Marketing

We strive to provide you with choices regarding certain personal data uses in relation to your account. Through your **Account, Identity, Contact, Technical, Usage and Marketing and Communications Data**, we can form a view on what we think you may want or need. We will send details as to how you may enhance your trading activity in relation to the account.

Where permitted by applicable law and in accordance with your advertising / marketing preferences, you may receive marketing communications from us (which may consist of newsletters, industry updates, mailshots, publications, promotional materials and/or information about our events) where:

- you provide your consent to receiving such marketing material; or

- you have an ongoing commercial or contractual relationship with us (e.g. where we consider you to be an active customer and user of the Platform); and

- provided you have not opted out of receiving marketing from us (see **Your right to object** below).

## Third-Party Marketing

We will get your express opt-in consent before we share your personal data with any third parties (including our associated or related corporate entities) for marketing purposes.

## Opting Out

You can ask us to stop sending such advertising and marketing communications at any time by:

- following the opt-out links on any marketing message sent to you;

- contacting us at any time at [privacy@bittrex.com](mailto:privacy@bittrex.com).

Where you opt out of receiving such communications, this will not apply to personal data processed or provided to us as a result of your entry into a customer relationship with us and our Platform.

## Change of Purpose

We will only use your personal data for the purposes for which we collected it, unless we reasonably consider that we need to use it for another reason and that reason is compatible with the original purpose, or we are obliged to process your data by applicable laws or court or other enforceable orders.

If you wish to get an explanation as to how the processing for the new purpose is compatible with the original purpose, please contact us at [privacy@bittrex.com](mailto:privacy@bittrex.com).

If we need to use your personal data for an unrelated purpose, we will notify you and we will explain the legal basis which allows us to do so.

Please note that we may process your personal data without the need to obtain your consent, in compliance with the above rules, where this is required or permitted by law.

# 6. DISCLOSURES OF YOUR PERSONAL DATA

We may have to share your personal data with the parties set out below for the purposes set out in the table in Section 5 above.

- External third parties.

- Suppliers and external agencies that we engage to process information on our and/or your behalf, including to provide you with the information and/or materials that you have requested.

- Our subsidiaries, associates and agents where necessary to facilitate your relationship with us.

- Regulators, law enforcement agencies, and other authorities who require reporting of processing activities, or may request information from us, in terms of applicable law and in certain circumstances.

- Professional advisers such as consultants, bankers, professional indemnity insurers, brokers and auditors.

- Other organizations where exchange of information is for the purpose of fraud protection or credit risk reduction.

- Debt recovery agencies who assist us with the recovery of debts owed to us.

- Third parties to whom we may choose to sell, transfer, or merge parts of our business or our assets (successors in title). Alternatively, we may seek to acquire other businesses or merge with them. If a change happens to our business, then the new owners may use your personal data in the same way as set out in this Notice.

We require all third parties to respect the security of your personal data and to treat it in accordance with the law (including applicable data protection and privacy law). We do not allow our third party business partners or service providers to use your personal data for their own purposes and only permit them to process your personal data for specified purposes and in accordance with our documented instructions. Furthermore, these third parties access and process your data on the basis of strict confidentiality and subject to the appropriate security measures and safeguards.

We may also disclose your data:

- if we are under a duty to disclose or share your personal data to comply with any legal obligation, judgment or under an order from a court, tribunal or authority, or

- if we believe your actions are inconsistent with our user agreements or policies, or to protect the rights, property and safety of Bittrex or others, or

- in connection with, or during negotiations of, any merger, sale of company assets, financing or acquisition of all or a portion of our business by another company; or

- if we have your consent or at your direction.

We may also share aggregated or de-identified information, which cannot reasonably be used to identify you.

# 7. INTERNATIONAL TRANSFERS (APPLICABLE TO E.U. RESIDENTS ONLY)

You consent to the transfer of data to entities outside the European Economic Area ("**EEA**"), and acknowledge such transfers, which will only take place for the purposes set forth in Section 5, are necessary for the performance of a contract between the data subject and the controller or the implementation of pre-contractual measures taken at the data subject's request. Such transfers may take place to countries for which the there is no adequacy decision pursuant to Article 45 of the GDPR and may lack EU-type privacy protections.

# 8. DATA SECURITY

While no online or electronic system is guaranteed to be secure, we take reasonable measures to help protect information about you from loss, theft, misuse, and unauthorized access, disclosure, alteration and destruction.

We have put in place appropriate security measures to prevent your personal data from being accidentally lost, used or accessed in an unauthorized way, altered or disclosed. In addition, we limit access to your personal data to those employees, agents, contractors and other third parties who have a business need to know. They will only process your personal data on our instructions and they are subject to a duty of confidentiality.

We have put in place procedures to deal with any suspected personal data breach and will notify you and any applicable regulator of a breach where we are legally required to do so.

# 9. DATA RETENTION

## How long will you use my personal data for?

**Please note that we consider our relationship with you to be an ongoing and continuous customer relationship, until terminated.**

We will only retain your personal data for as long as necessary to fulfil the purposes we collected it for (i.e. the ongoing service provision) and, **thereafter**, for the purpose of satisfying any legal, accounting, tax and reporting requirements or obligations to which we may be subject and/or to the extent that we may also need to retain your personal data to be able to assert, exercise or defend possible future legal claims against or otherwise involving you.

By and large, our retention of your personal data shall not exceed the period of **seven (7) years** from the date of the termination of your relationship with us (which would typically arise from

the closure/de-registration of your account on the Platform). This period of retention enables us to use the data in question for the possible filing, exercise or defense of legal claims (taking into account the timeframe of applicable statutes of limitation and prescriptive periods). In certain cases though, we may need to retain your data for a period of up to <u>ten (10) years</u> in order to comply with applicable accounting and tax laws (this will primarily consist of your Transaction Data).

In the event that Bittrex's activities are held by competent legislators and regulators to amount to a 'relevant activity' at law, we will retain your AML and KYC Data for the duration of your business relationship with us and for a further period of five years following its termination and, in certain instances, for a maximum period of ten (10) years post-termination if mandated by the FIAU or other applicable competent authority. We may need to revise this AML retention period in the event of applicable legal or regulatory developments, but we will notify you if this is the case at the time.

In some circumstances, you can ask us to delete your data. See below for further information.

**Kindly contact our DPCP for further details about the retention periods that we apply.**

## Data Minimization

Whenever and to the extent possible, we anonymize the data which we hold about you when it is no longer necessary to identify you from the data which we hold about you (**anonymous data**).

In some circumstances, we may even anonymize your personal data (so that it can no longer be associated with you) for research or statistical purposes, in which case we may use this information indefinitely without further notice.

# 10. YOUR LEGAL RIGHTS

Under certain circumstances, you have rights under certain data protection laws in relation to your personal data.

- *Request access to your personal data.*

- *Request correction of your personal data.*

- *Request erasure of your personal data.*

- *Object to processing of your personal data.*

- *Request restriction of processing your personal data.*

- *Request transfer of your personal data.*

- *Right to withdraw consent.*

If you wish to exercise any of the rights set out above, please contact us at [privacy@bittrex.com](mailto:privacy@bittrex.com). These rights are explained below.

## No Fee usually required

You will not normally have to pay a fee to exercise your data subject rights.

However, we may charge a reasonable fee if your request is clearly unfounded, repetitive or excessive. Alternatively, we may refuse to comply with your request in the above circumstances.

## What we may need from you

We may need to request specific information from you to help us confirm your identity and ensure your right to access your personal data (or to exercise any of your other data subject rights). This is a security measure to ensure that personal data is not disclosed to any person who has no right to receive it. We may also contact you to ask you for further information in relation to your request to speed up our response.

## Time limit to Respond

We try to respond to all legitimate requests within the period of one month from receipt of the request.

Occasionally it may take us longer than a month if your request is particularly complex or you have made a number of requests. In this case, we will notify you and keep you updated.

## Your Legal Rights

You have the right to:

1. **Request access** to your personal data (commonly known as a "*data subject access request*"). This enables you to receive a copy of the personal data we hold about you and to check that we are lawfully processing it. You may send an email to [privacy@bittrex.com](mailto:privacy@bittrex.com) requesting information as the personal data which we process.

2. **Right to information** when collecting and processing personal data about you from publicly accessible or third party sources. When this takes place, we will inform you, within a reasonable and practicable timeframe, about the third party or publicly accessible source from which we have collected your personal data.

3. **Request correction or rectification** of the personal data that we hold about you. This enables you to have any incomplete or inaccurate data we hold about you corrected and/or updated, though we may need to verify the accuracy of the new data you provide to us. As mentioned, it is in your interest to keep us informed of any changes or updates to your personal data which occur during the course of your relationship with us.

4. **Request erasure** of your personal data. This enables you to ask us to delete or remove personal data where:

   ○ there is no good reason for us continuing to process it;

   ○ you have successfully exercised your right to object to processing (see below);

   ○ we may have processed your information unlawfully; or

   ○ we are required to erase your personal data to comply with local law.

   Note, however, that we may not always be able to comply with your request of erasure for specific legal reasons which will be notified to you, if applicable, at the time of your request. These may include instances where continued processing is necessary in order to be able to:

   ○ comply with a legal or regulatory obligation to which we are subject; or

   ○ establish, exercise or defence of legal claims.

5. **Object to processing** of your personal data where we are relying on a legitimate interest (or those of a third party) and there is something about your particular situation which makes you want to object to processing on this ground as you feel it impacts on your fundamental rights and freedoms. You also have the right to object where we are processing your personal data for direct marketing purposes (see **Marketing** in Section 5 above).

   In some cases, we may demonstrate that we have compelling legitimate grounds to process your information which override your rights and freedoms.

6. **Request restriction of processing** of your personal data. This enables you to ask us to suspend the processing of your personal data in the following scenarios:

   ○ if you want us to establish the data's accuracy;

   ○ where our use of the data is unlawful but you do not want us to erase it;

- where you need us to hold the data even if we no longer require it as you need it to establish, exercise or defend legal claims; or

- you have objected to our use of your data but we need to verify whether we have overriding legitimate grounds to use it.

7. **Request the transfer (data portability)** of your personal data to you or to a third party. We will provide to you, or a third party you have chosen, your personal data in a structured, commonly used, machine-readable format. Note that this right only applies to automated information which you initially provided consent for us to use or where we used the information to perform a contract with you.

8. **Withdraw consent at any time** where we are relying on consent to process your personal data (which will not generally be the case). This will not however affect the lawfulness of any processing which we carried out before you withdrew your consent. Any processing activities that are not based on your consent will remain unaffected.

**Kindly note that none of these data subject rights are absolute and must generally be weighed against our own legal obligations and legitimate interests. If a decision is taken to override your data subject request, you will be informed of this by our data protection team along with the reasons for our decision.**

## Your Choices Regarding Your Account Information

You may update, correct, or delete information about you at any time by logging into your online account. If you wish to delete or deactivate your account, please visit https://support.bittrex.com, but note that we may retain certain information as required by law or for legitimate business purposes, as further highlighted above.

# 11. CHANGES TO THIS PRIVACY POLICY

We may change this Privacy Policy from time to time, particularly where we need to take into account and cater for any (i) business developments and/or (ii) legal or regulatory developments to the issuance or trading of virtual financial assets and virtual financial assets under applicable law. If we make changes, we will notify you by revising the date at the top of the policy and, in some cases, we may provide you with additional notice (such as adding a statement to our homepage or sending you notification). We encourage you to review the Privacy Policy whenever you access the Services or otherwise interact with us to stay informed about our information practices and the ways you can help protect your privacy.

If you have any questions regarding this Notice, or if you would like to send us your comments, please contact us today or alternatively write to us using the details on our website.

# CONTACT US

If you have any questions about this Privacy Policy, please contact us at
https://support.bittrex.com.

# Special Notice for Vermont Residents

As noted in our privacy policy:

- We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures.

- Additional information concerning our privacy policies can be found at
  https://support.bittrex.com.

- We restrict access to nonpublic personal information about you to those employees and contractors of Bittrex who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with state and federal regulations to guard your nonpublic personal information.

- We do not disclose any nonpublic personal financial information about our customers or former customers to anyone, except as permitted by law.

# Special Notice for California Residents

This Special Notice for California Residents ("Special Notice") supplements our privacy policy and contains the disclosures required under the California Consumer Privacy Act ("CCPA"). For individuals who are California residents, the CCPA requires certain disclosures about the categories of personal information we collect and how we use it, the categories of sources from whom we collect personal information, and the third parties with whom we share it. This Special Notice should be read in conjunction with the privacy policy.

Please note that for California residents, the term personal information means information that identifies, relates to, describes, is capable of being associated with or could reasonably be linked, directly or indirectly, with a particular consumer or household as defined in the CCPA. All other capitalized terms have the same meanings as given them in the privacy policy.

If you are a California resident who has provided personal information to Bittrex, or a California resident that reasonably believes that Bittrex collected or stores their personal information,

you may exercise your rights under the CCPA and submit your requests in one of the following methods: (a) by submitting this online form; (b) by calling the following toll free number 1-833-247-1844.

NOTE: we do not sell your personal information as that term is defined in the CCPA or under Nevada Law (Section Chapter 603A of the Nevada Revised Statutes).

You have the right to request Bittrex to:

- Disclose if we have collected personal Information on you;

- Disclose the categories of personal information that we have collected on you (if any); the categories of sources from which the personal information is collected; the business or commercial purpose for collecting or selling personal information; and the categories of third parties with whom the business shares personal information;

- Disclose the specific pieces of personal information that we have collected on you (if any); and

- Delete personal information we have collected on you (if you satisfy the conditions set out in the CCPA).

In order to submit a request, we will need to verify your identity. If you have an account with us that is password-protected, we may verify your identity through our existing authentication practices for your account.

If you do not have an account with us, and your request concerns "categories" of personal information collected, we can request from you two data points of personal information to verify your identity. If you do not have an account with us, and your request concerns specific personal information, we can request from you at least three data points of personal information as well as a signed declaration with penalty of perjury to verify your identity.

Please note that following your verified request, we will send you your personal information from the following email address: privacy@bittrex.com (Any response to your request, including any personal information may be sent as an encrypted file).

Please note that once you have submitted a request, we will send you a receipt, acknowledging your request, within 10 days. If, for some reason, you do not receive such a receipt within 10 days of your submitted request, please send us an email to privacy@bittrex.com as an error may have occurred.

We will process and respond to your request within 45 days after it is received (in some cases, as is allowed under the CCPA, this process may be extended by an additional 45–90 days).

Please note, that regarding requests under subsections (a), (b), and (c) above, you may only make two requests in a 12-month period, and the information provided need only cover the 12-month period prior to your request.

As a California resident, you also have the right to designate an agent to exercise these rights on your behalf. We may require proof that you have designated the authorized agent to act on your behalf and to verify your identity directly with us. Please contact us at privacy@bittrex.com for more information if you wish to submit a request through an authorized agent.

We hereby inform you that if you exercise any of your rights under the CCPA we may not deny you goods or services for that reason, or subject you to different prices than those paid by other consumers, unless provided otherwise under the CCPA, Federal, or State law.

### Notice of Information We Collect

Pursuant to California Civil Section 1798.100(b), this serves as notice of the categories of personal information that we collect through the Site and Platform and the commercial or business purposes for which the information was collected. Please note that all of the categories of personal information we collect about you (as detailed below) come from the following categories of sources:

- You, including through your use of our services

- Automatically collected from you

- Our affiliate companies

- Third parties

In particular, we have collected the following categories of personal information from California consumers within the last twelve (12) months:

| Category | Collected | Purpose |
| --- | --- | --- |

| | YES, including | |
|---|---|---|
| A. Identifiers. | Identity Data, Contact Data, Account Data, AML/KYC Data and Enhanced KYC Data | See Section 5 HOW WE USE YOUR PERSONAL DATA |
| B. Personal information categories listed in the California Customer Records statute (Cal. Civ. Code § 1798.80(e)). | YES, including<br><br>Identity Data, Financial Data, Contact Data, Account Data, AML/KYC Data, Enhanced KYC Data,  Portfolio Data  and Transaction Data | See Section 5 HOW WE USE YOUR PERSONAL DATA |
| C. Protected classification characteristics under California or federal law. | YES | See Section 5 HOW WE USE YOUR PERSONAL DATA |
| D. Commercial information. | YES, including<br><br>Account Data, Portfolio Data, Financial Data and Transaction Data | See Section 5 HOW WE USE YOUR PERSONAL DATA |
| E. Biometric information. | NO | Not applicable |

| | | |
|---|---|---|
| F. Internet or other similar network activity. | YES, including<br><br>Usage Data, Device Data and Technical/Log Data | See Section 5 HOW WE USE YOUR PERSONAL DATA |
| G. Geolocation data. | YES, including<br><br>Usage Data, Device Data and Technical/Log Data | See Section 5 HOW WE USE YOUR PERSONAL DATA |
| H. Sensory data. | YES | See Section 5 HOW WE USE YOUR PERSONAL DATA |
| I. Professional or employment-related information. | YES | See Section 5 HOW WE USE YOUR PERSONAL DATA |
| J. Non-public education information (per the Family Educational Rights and Privacy Act (20 U.S.C. Section 1232g, 34 C.F.R. Part 99)). | NO | Not applicable |

| K. Inferences drawn from other Personal Information. | YES | See Section 5 HOW WE USE YOUR PERSONAL DATA |
|---|---|---|

**Notice of Disclosures of Personal Information for a Business Purpose**

In the preceding 12 months, we disclosed certain data from the foregoing categories of personal information to the categories of recipients listed in Section 6 of our privacy policy, such as our service providers, for one or more business purposes:

Identity Data, Financial Data, Contact Data, Account Data, AML/KYC Data, Enhanced KYC Data, Portfolio Data and Transaction Data, Usage Data, Device Data and Technical/Log Data.

We disclose the above categories of personal information to service providers to fulfill business purposes, such as:

Maintaining and servicing your account;

Providing you customer service;

Processing transactions;

Processing applications and payments;

Verifying the identity of users;

Detecting and preventing fraud;

Providing loyalty and promotional programs;

Providing marketing and advertising services;

Providing analytics services; and

Undertaking internal research to develop our services.

Please note that when we disclose personal information for a business purpose to a third party, we enter a contract that describes the purpose and requires the recipient to both keep that personal information confidential and not use it for any purpose except performing the contract.