**Exhibit E**



🔍                                                    **Khaleej Times**                                                    Sign In  ☰

🕌 06:46:46                    Fajr 3:59

HOME / UAE / CRIME

# Dubai: Dh4 million stolen from Bitcoin trader; 9 people jailed

The robbers knocked on the door of his company's headquarters before entering and assaulting him; they will be deported after serving their sentences

🎧 | Listen    2    ↗    f    🐦    🟢    🔖    💬



Photo: AFP file

✖

'Till death do us part': Newlywed couple die on wedding night in India, cremated on same pyre

 UAE: 2 dead, 3 injured in fuel tank explosion in Ajman

Read Next Story >








**India: Minutes before final rites, man wakes u...**
**UAE: Vehicle catches fire on road, police warn...**
**India's kulfi, Filipino halo-halo, 'dirty ice...**
**Watch: UAE driver slams into fence, spins out of...**

by **Afkar Ali Ahmed**    Published: Mon 3 Oct 2022, 8:10 AM
                         Last updated: Mon 3 Oct 2022, 8:16 PM

A gang comprising nine people stole Dh 4,120,000 from the owner of a Bitcoin trading company in the Al Nakhil area in Dubai. They assaulted him while he was at work.

The details of the case date back to last April, when the victim filed a report stating that he had been assaulted and robbed by force at his company's headquarters.

According to the victim's statement, he was surprised by nine robbers knocking on the door of his company and entering. They attacked him and stole the cash.

ADVERTISEMENT



The police identified them and arrested them. The Dubai Criminal Court convicted them and sentenced to three years in prison, and deportation from the state after serving their sentences.

Advertisement

**ALSO READ:**

Dubai: Two jailed for threatening to kill couple, stealing Dh8,000 from them

UAE: New mobile police station launched in Sharjah

'Till death do us part': Newlywed couple die on wedding night in India, cremated on same pyre

  UAE: 2 dead, 3 injured in fuel tank explosion in Ajman

Read Next Story ›