**Exhibit I**



 Subscribe

 Menu

NEWS    SPORTS    VOICES    CULTURE    LIFESTYLE    TRAVEL    PREMIUM

Tech

# Bitcoin trader brutally tortured with drill in cryptocurrency robbery

Criminals disguised as police attacked the victim for an hour in front of his four-year-old daughter

Anthony Cuthbertson  •  Tuesday 05 March 2019 13:09  •   Comments

    

 

What is cryptocurrency and the technology behind bitcoin and its rivals?





6/4/23, 9:21 PM  Bitcoin trader brutally tortured with drill in cryptocurrency robbery | The Independent | The Independent

Case 23-10597-BLS    Doc 95-9    Filed 06/06/23    Page 3 of 8

**Sign up to our free breaking news emails**

Email

SIGN UP

I would like to be emailed about offers, events and updates from The Independent. Read our **privacy notice**

Police in the Netherlands are investigating the brutal torture of a bitcoin trader, whose home was raided by criminals looking for cryptocurrency.

Three robbers disguised as police entered the victim's home in Drenthe and attacked him with a drill in front of his four-year-old daughter, Dutch publication *De Telegraaf* reported.

The hour-long ordeal also involved the victim being threatened with firearms, before the perpetrators fled in an escape vehicle. The digital nature of bitcoin and other cryptocurrencies mean long and complex passwords – or private keys – are required to access assets and transfer them to another digital wallet.

Police did not reveal the identity of the victim but it is not believed any cryptocurrency was stolen during the raid.

A spokesperson for Northern Netherlands Police told *The Independent* that the investigation is ongoing.

🖼 **Bitcoin's volatile history in pictures**                                                                    Show all 10







It is not the first time criminals have targeted cryptocurrency investors and traders, with the earliest reported instance taking place in 2015.

In February of that year, New York City firefighter Dwayne Richards was stabbed in Willamsburg, Brooklyn, by muggers who demanded he transferred bitcoin to their digital wallets.

Recommended

 Cryptocurrency mystery deepens as $143m goes missing

Bitcoin, which is currently worth around $3,800 (£2,800), is semi-anonymous and therefore difficult to trace to a single individual.

Since its peak in late 2017, bitcoin has lost close to three quarters of its value, yet still remains an attractive prospect for criminals.



Criminals are targeting bitcoin traders in an effort to extort cryptocurrency *(Getty Images)*

In one of the most notable examples of criminals targeting holders of bitcoin, kidnappers in the Ukraine made more than $1 million in digital currency in 2017 after **ransoming cryptocurrency analyst Pavel Lerner**.

The UK's first bitcoin heist took place in January last year, when armed robbers broke into the home of cryptocurrency trader Danny Aston in Moulsford, South Oxfordshire.

Mr Aston was tied up during the home invasion and an unknown quantity of bitcoin was seized by the attackers.

More about:   Bitcoin   Cryptocurrency   Netherlands

---



**Join our commenting forum**

Join thought-provoking conversations, follow other Independent readers and see their replies

💬 **Comments** ⤓

---

**Promoted stories**                                                                              *Taboola Feed*

### Feel The Earth'S Energy In Each Of These Real-Element Periodic Tables!

Safe to handle and store Perfect educational gift

DMOFASHION | *Sponsored*                                                                        **Shop Now**

### 7.5% High Yield CD.  Find The Highest CD Interest Rates

STUFFANSWERED | *Sponsored*                                                                     **Learn More**

### Chester Man's Strange Truck Makes Headlines

Take a look

YEAH MOTOR | *Sponsored*                                                                        **Click Here**

Loading...



### GET IN TOUCH

Contact us

 

**OUR PRODUCTS**

Subscribe

Register

Newsletters

Donate

Today's Edition

Install our app

Archive

**OTHER PUBLICATIONS**

International editions

Independent en Español

Independent Arabia

Independent Turkish

Independent Urdu

Evening Standard

Novaya Gazeta

**LEGAL**

Code of conduct and complaints

Contributors

Cookie policy

Donations Terms & Conditions

Privacy notice

User policies

Modern Slavery Act

**EXTRAS**

Advisor

Puzzles

All topics

Voucher codes

Compare

Competitions and offers

Independent Advertising

Syndication

Working at The Independent