**Exhibit M**

| BTC $27,048 -0.01% | ETH $1,882 -0.47% | BNB $304 -0.66% | XRP $0.53 +2.57% | ADA $0.377 -0.55% | DOGE $0.07 -0.78% |



ENGLISH
ADVERTISE
CAREERS

News    Markets    Magazine    People    Cryptopedia    Research    Video    Podcasts

Markets Pro



OLIVIA CAPOZZALO                                                                                     DEC 27, 2017

# Director of UK-Based Crypto Exchange Kidnapped in Kiev

The Director of cryptocurrency exchange EXMO was allegedly abducted by unknown assailants in Kiev yesterday afternoon.

55217    523



Collect article        Collect with 40% discount from XGO

Cointelegraph.com uses Cookies to ensure the best experience for you.

ACCEPT

Pavel Lerner, the managing director of the cryptocurrency exchange EXMO was abducted by "unknown persons" in Kiev, reports Ukraine-based web publication Strana.ua.  According to their sources, Lerner was held while leaving his office in the center of town and driven off in a black Mercedes-Benz.

Currently, multiple investigations are underway to determine why and by whom Lerner was kidnapped.

According to Strana.ua, Lerner is a Russian citizen who holds a residence permit in Poland and is involved in a number of crypto/ Blockchain startups in Ukraine. Lerner's Facebook page says he is originally from Kursk, Russia. EXMO's site states that the company is based in Polegate, England.

EXMO representatives told local crypto journal ForkLog that the incident has not affected the company's functioning and that users' data and funds have in no way been compromised:

Advertisement

Stay safe in Web3. Learn more about Web3 Antivirus →

> "We are doing everything possible to speed up the search of Pavel Lerner. Any information regarding his whereabouts is very much appreciated. Despite the situation, the exchange is working as usual. We also want to stress that nature of Pavel's job at EXMO doesn't assume access either to storages or any personal data of users. All users funds are absolutely safe."

In other news from Ukraine, earlier this month in Odessa, ForkLog reported that both their office and their CEO's apartment were raided by members of the Ukrainian Security Service. The raid culminated in the seizure of equipment, including those on which personal and corporate cryptocurrency funds were held.

#Blockchain    #Cryptocurrencies    #Ukraine    #Exmo

;+ Add reaction

RELATED NEWS

What are fan tokens, and how do they work?

Many Bitcoin investors saw Friday's dip as the perfect chance to buy up more of the leading cryptocurrency at a "discounted" price.

Others pointed out that the overall market correction around the New Year is nothing new, and noted that corrections like the one on Friday are actually just what the market needs.

#Bitcoin     #Bitcoin Price      #Markets

Add reaction

RELATED NEWS

How to create and sell Bitcoin NFTs



Web3 gaming gets competitive: QORPO Game Studio joins Cointelegraph Accelerator

Most blockchain advocates haven't even used Bitcoin

Bitcoin price sweeps lows, but analysis still predicts a $25K dive

BTC price may need a $24.4K dip as Bitcoin speculators stay in profit

Bitcoin miners have earned $50B from BTC block rewards, fees since 2010



Are you a journalist or an editor? Join us

**COINTELEGRAPH NEWSLETTER**

Email    Subscribe

Terms of services and Privacy policy

© Cointelegraph 2013 - 2023