**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA MATTERS SCHEDULED FOR HEARING ON
JUNE 7, 2023 AT 11:00 A.M. (ET)**

> **This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING**
>
> **Register in advance for this meeting:**
> **https://debuscourts.zoomgov.com/meeting/register/vJIsdu2urz0pHIBS-xuZye4Tjx45HvniZ08**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] **Amended items appear in bold.**

**MATTERS UNDER CERTIFICATION**

1. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Serve Certain Parties by Email, and (II) Granting Related Relief [D.I. 4; 5/8/23]

   Response Deadline:    May 31, 2023 at 4:00 p.m.

   Responses Received:

   A. Informal Response from the Securities and Exchange Commission

   Related Documents:

   B. Interim Order (I) Authorizing the Debtors to Serve Certain Parties by Email, and (II) Granting Related Relief [D.I. 36; 5/10/23]

   C. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 42; 5/11/23]

   D. Certification of Counsel [D.I. 73, 6/4/23]

   Status: The Debtors have addressed the informal response of the Securities and Exchange Commission in a revised proposed form of final order. A certification of counsel has been filed. No hearing is required unless the Court has questions or concerns.

2. Debtors' Motion for Entry of Interim and Final Orders to (1) Continue Employee Benefits Programs and (II) Grant Related Relief [D.I. 7, 5/8/23]

   Response Deadline:    May 31, 2023 at 4:00 p.m.

   Responses Received:

   A. Informal Response from the Securities and Exchange Commission

   Related Documents:

   B. Interim Order Authorizing the Debtors to (I) Continue Employee Benefits Programs and (II) Granting Related Relief [D.I. 40; 5/10/23]

   C. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 42; 5/11/23]

   D. Certification of Counsel [D.I. 74, 6/4/23]

   Status: The Debtors have addressed the informal response of the Securities and Exchange Commission in a revised proposed form of final order. A

    certification of counsel has been filed.  No hearing is required unless the Court has questions or concerns.

3.  Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 8, 5/8/23]

  Response Deadline:  May 31, 2023 at 4:00 p.m.; extended for the Office of the United States Trustee

  Responses Received:

  A. Informal Response from the Securities and Exchange Commission

  B. Informal Response from the United States Trustee

  Related Documents:

  C. Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 39; 5/10/23]

  D. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 42; 5/11/23]

  E. **[WITHDRAWN]** Certification of Counsel [D.I. 72, 6/2/23]

  **F.** **Notice of Withdrawal of Docket No. 72 [D.I. 96, 6/6/23]**

  **G.** **Certification of Counsel [D.I. 97, 6/6/23]**

  Status: The Debtors are continuing to work with their Cash Management Banks regarding compliance with section 345 of the Bankruptcy Code, and with the consent of the U.S. Trustee, have filed a proposed form of further interim order, which addresses the informal response of the Securities and Exchange Commission, under certification of counsel in advance of the hearing.  No hearing is required unless the Court has questions or concerns.

4.  Debtors' Motion for Entry of Interim and Final Orders: (A) Authorizing the Debtors to Incur Post-Petition Debt, (B) Granting Super-Priority Administrative Expense Claims, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 9, 5/8/23]

  Response Deadline:  May 31, 2023 at 4:00 p.m.

30439517.1

Responses Received:

A. Informal Response from the Securities and Exchange Commission

Related Documents:

B. Interim Order (A) Authorizing the Debtors to Incur Post-Petition Debt, (B) Granting Super-Priority Administrative Expense Claims, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 41; 5/10/23]

C. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 42; 5/11/23]

D. Certification of Counsel [D.I. 75, 6/4/23]

Status: The Debtors have addressed the informal response of the Securities and Exchange Commission in a revised proposed form of final order. A certification of counsel has been filed. No hearing is required unless the Court has questions or concerns.

5. Debtors' Motion Seeking Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 53, 5/17/23]

Response Deadline: May 31, 2023 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Certificate of No Objection [D.I. 76, 6/4/23]

Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions or concerns.

6. Motion of the Debtors for Authority to Employ Professionals Used in the Ordinary Course of Business [D.I. 54, 5/17/23]

Response Deadline: May 31, 2023 at 4:00 p.m.

Responses Received:

A. Informal Response from the United States Trustee

Related Documents:

B. Certification of Counsel [D.I. 77, 6/4/23]

30439517.1

| | | |
|---|---|---|
| Status: | | The Debtors have addressed the informal response of the United States Trustee in a revised proposed form of order. A certification of counsel has been filed. No hearing is required unless the Court has questions or concerns. |

7. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession [D.I. 55, 5/17/23]

   Response Deadline: May 31, 2023 at 4:00 p.m.

   Responses Received:

   A. Informal Comments from the United States Trustee

   Related Documents:

   B. Supplemental Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession [D.I. 78, 6/4/23]

   C. Certification of Counsel [D.I. 79, 6/4/23]

   Status: The Debtors have addressed the informal response of the United States Trustee in the Supplemental Declaration and revisions to the proposed form of order. A certification of counsel has been filed. No hearing is required unless the Court has questions or concerns.

8. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors and the Debtors in Possession, Effective as of the Petition Date [D.I. 56, 5/17/23]

   Response Deadline: May 31, 2023 at 4:00 p.m.

   Responses Received:

   A. Informal Response from the United States Trustee

   Related Documents:

   B. Certification of Counsel [D.I. 80, 6/4/23]

  Status:  The Debtors have addressed the informal response of the United States Trustee in revisions to the proposed form of order. A certification of counsel has been filed. No hearing is required unless the Court has questions or concerns.

9. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC to Provide Co-Chief Restructuring Officers and Additional Personnel for the Debtors Effective as of the Petition Date [D.I. 57, 5/17/23]

  Response Deadline:  May 31, 2023 at 4:00 p.m.

  Responses Received:

  A. Informal Response from the United States Trustee

  Related Documents:

  B. First Supplemental Declaration of Evan Hengel in Connection with the Retention and Employment of Berkeley Research Group, LLC to Provide Co-Chief Restructuring Officers and Additional Personnel for the Debtors, Effective as of the Petition Date [D.I. 81, 6/4/23]

  C. Certification of Counsel [D.I. 82, 6/4/23]

  Status:  The Debtors have addressed the informal response of the United States Trustee in the Supplemental Declaration and revisions to the proposed form of order. A certification of counsel has been filed. No hearing is required unless the Court has questions or concerns.

10. Motion of the Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Important Deadlines and Information [D.I. 65, 5/24/23]

  Response Deadline:  May 31, 2023 at 4:00 p.m.

  Responses Received:

  A. Informal Response of the Office of the United States Trustee

  B. Informal Response from the Securities and Exchange Commission

Related Documents:

C.       Certification of Counsel [D.I. 83, 6/4/23]

Status:      The Debtors have addressed the informal responses of the United States Trustee and Securities and Exchange Commission in revisions to the proposed form of order. A certification of counsel has been filed. No hearing is required unless the Court has questions or concerns.

## CONTESTED MATTER GOING FORWARD

11.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain a Consolidated List of Creditors, (B) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, and (C) Withhold or Omit Certain Confidential Information, (II) Establishing Procedures for Notifying the Parties of Commencement, and (III) Granting Related Relief [D.I. 5, 5/8/23]

Response Deadline:      May 31, 2023 at 4:00 p.m.; extended for the United States Trustee to June 2, 2023 at 4:00 p.m. (ET)

Responses Received:

A.       Response of Azim Ghader [D.I. 60, 5/19/23]

B.       Objection of the United States Trustee [D.I. 70, 6/2/23]

C.       Informal Response from the Securities and Exchange Commission

Related Documents:

D.       Interim Order (I) Authorizing the Debtors to (A) Maintain a Consolidated List of Creditors, (B) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, and (C) Withhold or Omit Certain Confidential Information, (II) Establishing Procedures for Notifying the Parties of Commencement, and (III) Granting Related Relief [D.I. 37; 5/10/23]

E.       Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 42; 5/11/23]

**F.       Debtors' Reply in Support of Motion for Entry of an Order Authorizing Debtors to Withhold or Omit Certain Confidential Information [D.I. 94, 6/6/23]**

      **G.**    **Supplemental Declaration of Evan Hengel in Support of Motion for Entry of an Order Authorizing Debtors to Withhold or Omit Certain Confidential Information [D.I. 95, 6/6/23]**

    <u>Status</u>:    The Debtors have addressed the informal response of the Securities and Exchange Commission in a revised proposed form of final order. **The Debtors have filed a reply and supplemental declaration in further support of the Motion.** This matter is going forward.

**12.**    **Debtors' Motion for Entry of an Order Granting Leave and Permission to File Reply in Support of Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain a Consolidated List of Creditors, (B) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, and (C) Withhold or Omit Certain Confidential Information, (II) Establishing Procedures for Notifying the Parties of Commencement, and (III) Granting Related Relief [D.I. 93, 6/6/23]**

    **<u>Response Deadline</u>:**    At the hearing

    **<u>Responses Received</u>:**    None

    **<u>Related Documents</u>:**

    A.    Debtors' Reply in Support of Motion for Entry of an Order Authorizing Debtors to Withhold or Omit Certain Confidential Information [D.I. 94, 6/6/23]

    **<u>Status</u>:**    This matter is going forward.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: June 6, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**PROPOSED COUNSEL FOR THE DEBTORS** |