## Exhibit 1

**List of Ordinary Course Professionals**

**Exhibit 1**
**Ordinary Course Professionals**

| Professional | Category | Description of Services |
|---|---|---|
| O'Melveny & Myers LLP | Law Firm | Litigation counsel |
| Perkins Coie LLP | Law Firm | Federal and state regulatory counsel; immigration counsel |
| McNaul Ebel Nawrot & Helgren PLLC | Law Firm | Litigation and arbitration counsel |
| Paul Hastings LLP | Law Firm | BSA/AML compliance counsel |
| Kobre & Kim | Law Firm | SEC litigation counsel |
| Scott Douglass & McConnico LLP | Law Firm | Litigation counsel |
| Orrick Herrington & Sutcliffe LLP | Law Firm | Employment litigation counsel |
| BCA Solutions | Law Firm | Malta legal advisor |
| Wipfli LLP | Accounting Firm | 401(k) Audit Services |