**EXHIBIT A-2**

**CUSTOMER PROOF OF CLAIM FORM**

| Fill in this information to identify the case: |
|---|
| Name of Debtor & Case Number: |
| ☐     Desolation Holdings LLC (Case No. 23-10597) |
| ☐     Bittrex, Inc. (Case No. 23-10598) |
| ☐     Bittrex Malta Holdings Ltd. (Case No. 23-10599) |
| ☐     Bittrex Malta Ltd. (Case No. 23-10600) |
| United States Bankruptcy Court for the District of Delaware |

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Claims submitted by encrypted upload can include privacy protected information. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**

_____
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

Account ID (Your Account ID will be populated on the login page at www.bittrex.com):_____

**Information associated with your customer account:**
Username (Email) _____ Date of Birth _____
First Name _____ Middle Name _____ Last Name _____
Address _____
City _____ State _____ Postal Code _____ Country _____
SSN or EIN number related to your account _____ Drivers License or Passport Number _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| _____<br>Name | _____<br>Name |
| _____<br>Number     Street | _____<br>Number     Street |
| _____<br>City     State     ZIP Code | _____<br>City     State     ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on ___/___/_____
                                                                                                                              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. | **Do you have any number you use to identify the debtor?** ❑ No ❑ Yes. |

7a. **How much is the claim?**   $_____.   **Does this amount include interest or other charges?**

*Please only list the amount of fiat currency or the dollar amount of any claim asserted. Do not convert the cryptocurrency claim to dollars, but please list the type and amount of cryptocurrency below.*

❑ No

❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**7b. List the number of each type of coin, cryptocurrency, or digital asset associated with your account as of the date the case was filed.**

```
0x Protocol (ZRX)_____        BitcoinVault (BTCV)_____
12Ships (TSHP)_____        Bitribe (BRT)_____
1inch (1INCH)_____        Bitsbn (CPRX)_____
2GIVE (2GIVE)_____        Bitsdaq (BQQQ)_____
8X8 Protocol (EXE)_____        BitSend (BSD)_____
Aave Token (AAVE)_____        BitShares (BTS)_____
ABBC (ABBC)_____        Bitswift (BITS)_____
Abyss (ABYSS)_____        BitTorrent (BTT)_____
AdEx (ADX)_____        BitTube (TUBE)_____
adToken (ADT)_____        BlackCoin (BLK)_____
aelf (ELF)_____        Blockcloud (BLOC)_____
Aeon (AEON)_____        BlockMason Credit Protocol (BCPT)_____
Aergo (AERGO)_____        Blocknet (BLOCK)_____
Aidos Kuneen (ADK)_____        Blockparty (BOXX)_____
AIDUS TOKEN (AID)_____        Blocktix (TIX)_____
Akash (AKT)_____        BLOCKv (VEE)_____
Akoin (AKN)_____        Bloom (BLT)_____
Akropolis (AKRO)_____        Blue Whale EXchange (BWX)_____
Aktio Coin (AKTIO)_____        BnkToTheFuture (BFT)_____
ALBOS (ALB)_____        BNS Token (BNS)_____
Alchemy Pay (ACH)_____        BORA (BORA)_____
Algorand (ALGO)_____        Boson Protocol (BOSON)_____
Alien Worlds (TLM)_____        Braintrust (BTRST)_____
ALL.ME (ME)_____        Breakout (BRK)_____
Amp (AMP)_____        Breakout Stake (BRX)_____
Ankr (ANKR)_____        BTU Protocol (BTU)_____
ApeCoin (APE)_____        Bytom (BTM)_____
Apx (APX)_____        Camp (CAMP)_____
Aragon (ANT)_____        CannabisCoin (CANN)_____
ArcBlock (ABT)_____        Cardano (ADA)_____
ArdCoin (ARDX)_____        CasinoCoin (CSC)_____
Ardor (ARDR)_____        CBC.Network (CBC)_____
Arianee (ARIA20)_____        Celo Dollar (CUSD)_____
Ariva (ARV)_____        Celo Native Asset (CELO)_____
Ark (ARK)_____        Celsius Network (CEL)_____
Arowana Token (ARW)_____        CentricCash (CNS)_____
ArtByte (ABY)_____        Chainlink (LINK)_____
Arweave (AR)_____        Charterstate (ALTA)_____
Auditchain (AUDT)_____        Chromia (CHR)_____
Augur v2 (REPV2)_____        Cindicator (CND)_____
Auroracoin (AUR)_____        Cindrum (CIND)_____
Avalanche (AVAX)_____        Circuits of V (COVAL)_____
Aventus Utility Token (AVT)_____        Civic (CVC)_____
Axie Infinity Shards (AXS)_____        Civilization (CIV)_____
BABB (BAX)_____        CloakCoin (CLOAK)_____
Badger DAO (BADGER)_____        Cloudbric (CLB)_____
Baer Chain (BRC)_____        CoinLoan (CLT)_____
Balancer (BAL)_____        Coinweb (CWEB)_____
Bancor (BNT)_____        Colletrix (CIPX)_____
Band Protocol (BAND)_____        Compound (COMP)_____
BANKEX (BKX)_____        Contents Protocol (CPT)_____
Bantu (XBN)_____        Cortex (CTXC)_____
BarnBridge (BOND)_____        Cosmo Coin (COSM)_____
Basic Attention Token (BAT)_____        Cosmos (ATOM)_____
Bean Cash (BITB)_____        Counterparty (XCP)_____
BigBang Core (BBC)_____        CPChain (CPC)_____
BitBay (BAY)_____        Cratos (CRTS)_____
bitCNY (BITCNY)_____        Cred (LBA)_____
Bitcoin (BTC)_____        Creditbit (CRB)_____
Bitcoin Cash (BCHN) (BCH)_____        Cronos (CRO)_____
Bitcoin Cash ABC (BCHA)_____        CROWD (CWD)_____
Bitcoin SV (BSV)_____        Crowd Machine (CMCT)_____
```

| | |
|---|---|
| Crown (CRW)_____ | FoldingCoin (FLDC)_____ |
| Crypto.com (MCO)_____ | Foresting (PTON)_____ |
| Cudos (CUDOS)_____ | Function X (FX)_____ |
| CureCoin (CURE)_____ | FunFair (FUN)_____ |
| Curve DAO Token (CRV)_____ | Fusion (FSN)_____ |
| CyClub Token (CYCLUB)_____ | Gala (GALA)_____ |
| DAI (DAI)_____ | Galaxy Network (GNC)_____ |
| Dash (DASH)_____ | Gambit (GAM)_____ |
| Data (DTA)_____ | GameCredits (GAME)_____ |
| Databits (DTB)_____ | GeoCoin (GEO)_____ |
| Dawn (DAWN)_____ | GET Protocol (GET)_____ |
| DEAPCOIN (DEP)_____ | Gifto (GTO)_____ |
| DECENT (DCT)_____ | Gitcoin (GTC)_____ |
| Decentraland (MANA)_____ | Globatalent (GBT)_____ |
| Decision Token (HST)_____ | Gnosis (GNO)_____ |
| Decred (DCR)_____ | GoChain (GO)_____ |
| DeFiChain (DFI)_____ | Gold Master & Branch (GMB)_____ |
| Dent (DENT)_____ | GoldCoin (GLC)_____ |
| Dev Coin (DVC)_____ | Golden Goose (GOLD)_____ |
| DEXA COIN (DEXA)_____ | Golem Network Token (GLM)_____ |
| Diamond (DMD)_____ | Golos (GOLOS)_____ |
| DigiByte (DGB)_____ | Golos Gold (GBG)_____ |
| Digital Reserve Currency (DRC)_____ | GridCoin (GRC)_____ |
| DigitalNote (XDN)_____ | Grin (GRIN)_____ |
| DigixDAO (DGD)_____ | Groestlcoin (GRS)_____ |
| district0x (DNT)_____ | GST (GST)_____ |
| DMarket (DMT)_____ | Guppy (GUP)_____ |
| Dogecoin (DOGE)_____ | GXChain (GXC)_____ |
| DopeCoin (DOPE)_____ | Handshake (HNS)_____ |
| Dragonchain (DRGN)_____ | Haven Protocol (XHV)_____ |
| Dreamr (DMR)_____ | Hdac (HDAC)_____ |
| Dusk Network (DUSK)_____ | Hedera (HBAR)_____ |
| Dynamic (DYN)_____ | HedgeTrade (HEDG)_____ |
| eBoost (EBST)_____ | HempCoin (THC)_____ |
| ECOChain (ECOC)_____ | Hintchain (HINT)_____ |
| Edgeless (EDGELESS)_____ | Hive (HIVE)_____ |
| Edgeless (EDG)_____ | Hive Dollar (HBD)_____ |
| EDUCare (EKT)_____ | Horizen (ZEN)_____ |
| e-Gulden (EFL)_____ | Humaniq (HMQ)_____ |
| Einsteinium (EMC2)_____ | Hxro (HXRO)_____ |
| Elastos (ELA)_____ | Hydro (HYDRO)_____ |
| Electra Protocol (XEP)_____ | HyperDAO (HDAO)_____ |
| EmerCoin (EMC)_____ | I/OCoin (IOC)_____ |
| Endor (EDR)_____ | ICON (ICX)_____ |
| Energy Web Token (EWT)_____ | iEx.ec (RLC)_____ |
| Energycoin (ENRG)_____ | Ignis (IGNIS)_____ |
| Enigma (ENG)_____ | I-House Token (IHT)_____ |
| Enjin (ENJ)_____ | Incent (INCNT)_____ |
| EOS (EOS)_____ | Ink Protocol (XNK)_____ |
| Ethereum (ETH)_____ | INSTAR (INSTAR)_____ |
| Ethereum Classic (ETC)_____ | Internet of People (IOP)_____ |
| Ethereum Name Service (ENS)_____ | Internxt (INX)_____ |
| EthereumPoW (ETHW)_____ | Internxt (INXT)_____ |
| Euro (EUR)_____ | Intimate (ITM)_____ |
| EverGreenCoin (EGC)_____ | ION (ION)_____ |
| Everipedia (IQ)_____ | IOST (IOST)_____ |
| ExclusiveCoin (EXCL)_____ | IOTA (IOTA)_____ |
| Expanse (EXP)_____ | IoTeX (IOTX)_____ |
| FairCoin (FAIR)_____ | IRISnet (IRIS)_____ |
| Fantom (FTM)_____ | Jasmy (JASMY)_____ |
| Fautor (FDM)_____ | Kadena (KDA)_____ |
| Feathercoin (FTC)_____ | KardiaChain Token (KAI)_____ |
| Fetch (FET)_____ | Kasoutuuka News (KTN)_____ |
| Filecoin (FIL)_____ | KeeperDAO (ROOK)_____ |
| Firo (FIRO)_____ | Klaytn (KLAY)_____ |
| FirstBlood (1ST)_____ | Klever (KLV)_____ |
| Flare (FLR)_____ | KOK (KOK)_____ |
| FLO (FLO)_____ | Komodo (KMD)_____ |
| Flux Network (FLUX)_____ | Kore (KORE)_____ |
| FME Token (FME)_____ | Kusama (KSM)_____ |
| FNB (FNB)_____ | Kyber Network Crystal (KNC)_____ |
| Folder Protocol (FOL)_____ | Lambda (LAMB)_____ |

| | |
|---|---|
| Latam Cash (LMCH)_____ | OptionRoom Token (ROOM)_____ |
| LBRY Credits (LBC)_____ | Orbs (ORBS)_____ |
| Lisk (LSK)_____ | Orchid (OXT)_____ |
| Litecoin (LTC)_____ | Origin Protocol (OGN)_____ |
| Livepeer (LPT)_____ | OriginTrail (TRAC)_____ |
| LNX Protocol (LNX)_____ | Origo (OGO)_____ |
| LoMoCoin (LMC)_____ | OST (OST)_____ |
| Loom Network (LOOM)_____ | Oxen (OXEN)_____ |
| Loopring (LRC)_____ | PAL Network (PAL)_____ |
| Lucy (LUCY)_____ | Particl (PART)_____ |
| Lukki Operating Token (LOT)_____ | Patientory (PTOY)_____ |
| Lunyr (LUN)_____ | Pax Dollar (USDP)_____ |
| Maecenas (ART)_____ | PAX Gold (PAXG)_____ |
| Magi (XMG)_____ | PCHAIN (PI)_____ |
| MaidSafeCoin (MAID)_____ | Peercoin (PPC)_____ |
| Mainframe (MFT)_____ | Pesetacoin (PTC)_____ |
| Maker (MKR)_____ | Phoenix DAO (PHNX)_____ |
| Maro (MARO)_____ | Pinkcoin (PINK)_____ |
| MARS4 (MARS4)_____ | Pist Trust (PIST)_____ |
| Maximine (MXM)_____ | Pivx (PIVX)_____ |
| Measurable Data Token (MDT)_____ | PIXEL (PXL)_____ |
| MediBloc (MED)_____ | PKT Cash (PKT)_____ |
| Melon (MLN)_____ | Plasma Finance (PPAY)_____ |
| Memetic (MEME)_____ | PlayChip (PLAY)_____ |
| Mercury (MER)_____ | PlayDapp (PLA)_____ |
| METADIUM (METADIUM)_____ | Pledge Coin (PLG)_____ |
| MetaFinance (MF1)_____ | PolkaCity (POLC)_____ |
| Metal (MTL)_____ | Polkadot (DOT)_____ |
| Metaverse Dualchain Network Architecture (DNA)_____ | Polygon (MATIC)_____ |
| Metronome (MET)_____ | Polymath (POLY)_____ |
| Mobius (MOBI)_____ | PotCoin (POT)_____ |
| MOGU Token (MOGX)_____ | PowerLedger (POWR)_____ |
| Molecular Future (MOF)_____ | Prom (PROM)_____ |
| MonaCoin (MONA)_____ | Propy (PRO)_____ |
| Monero (XMR)_____ | PumaPay (PMA)_____ |
| MonetaryUnit (MUE)_____ | Pundi X (NPXS)_____ |
| More (MORE)_____ | Pundi X Token (PUNDIX)_____ |
| Morpheus.Network (MNW)_____ | QLC (QLC)_____ |
| Moss Coin (MOC)_____ | Qtum (QTUM)_____ |
| Munt (MUNT)_____ | Quant (QNT)_____ |
| Musicoin (MUSIC)_____ | Quantum Resistant Ledger (QRL)_____ |
| MY IDENTITY Coin (MYID)_____ | Quiztok (QTCON)_____ |
| Myriad (XMY)_____ | Qwark (QWARK)_____ |
| Mysterium (MYST)_____ | Radicle (RAD)_____ |
| Naga (NGC)_____ | Rally (RLY)_____ |
| Navcoin (NAV)_____ | Rari Governance (RGT)_____ |
| NEM (XEM)_____ | RavenCoin (RVN)_____ |
| Neo (NEO)_____ | Ravencoin Classic (RVC)_____ |
| NeosCoin (NEOS)_____ | Recast1 (R1)_____ |
| Nerve Network Token (NVT)_____ | ReddCoin (RDD)_____ |
| Nervos (CKB)_____ | RedFOX Labs (RFOX)_____ |
| Neutrino USD (USDN)_____ | Refereum (RFR)_____ |
| Nexium (NXC)_____ | Ren V1 (REN)_____ |
| Nexus (NXS)_____ | Render Token (RNDR)_____ |
| NFTX (NFTX)_____ | RenrenBit Token (RRB)_____ |
| NKN (NKN)_____ | Reserve Rights (RSR)_____ |
| NoLimitCoin (NLC2)_____ | Revain (REV)_____ |
| Nubits (NBT)_____ | RevolutionVR (RVR)_____ |
| Nucleus Vision (NCASH)_____ | Ripio Credit Network (RCN)_____ |
| Numeraire (NMR)_____ | Rise (RISE)_____ |
| NXT (NXT)_____ | RubyCoin (BYC)_____ |
| OAS Chain (OAS)_____ | SALT (SALT)_____ |
| Obyte (GBYTE)_____ | SaluS (SLS)_____ |
| Ocean Protocol (OCEAN)_____ | Sentinel Protocol (UPP)_____ |
| Odyssey (OCN)_____ | Sequence (SEQ)_____ |
| Okcash (OK)_____ | Serve (SERV)_____ |
| OMG Network (OMG)_____ | ShareToken (SHR)_____ |
| OmniCoin (OMNI)_____ | Shiba Inu (SHIB)_____ |
| OneRoot Network (RNT)_____ | Shift (SHIFT)_____ |
| Ontology (ONT)_____ | Shopping IO (SPI)_____ |
| OntologyGas (ONG)_____ | Siacoin (SC)_____ |
| Oppenity Token (OPNN)_____ | Sibcoin (SIB)_____ |

| | |
|---|---|
| Signum (SIGNA)_____ | TRON (TRX)_____ |
| SimbCoin Swap (SMBSWAP)_____ | TrueUSD (TUSD)_____ |
| SingularDTV (SNGLS)_____ | Tutor's Diary (TUDA)_____ |
| Sirin Token (SRN)_____ | Ubiq (UBQ)_____ |
| SIX (SIX)_____ | UMA (UMA)_____ |
| SKALE (SKL)_____ | Unibright (UBT)_____ |
| Skrumble Network (SKM)_____ | Unikoin Gold (UKG)_____ |
| SMARTCREDIT Token (SMARTCREDIT)_____ | Uniswap (UNI)_____ |
| Smartlands (SLT)_____ | UP Token (UPT)_____ |
| SmartUp (XSUP)_____ | UpToken (UP)_____ |
| SocialGood (SG)_____ | Uranus (URAC)_____ |
| Solana (SOL)_____ | UREEQA Token (URQA)_____ |
| SolarCoin (SLR)_____ | USD Coin (USDC)_____ |
| SolbitCoin (SBT)_____ | UTRUST (UTK)_____ |
| Solve.Care (SOLVE)_____ | Validity (VAL)_____ |
| SpaceChain (SPC)_____ | VeChain (VET)_____ |
| SpaceMine (MINE)_____ | Velas (VLX)_____ |
| Spendcoin (SPND)_____ | vEmpire Gamer Token (VEMP)_____ |
| Sphere (SPHR)_____ | VERA (VRA)_____ |
| SPIN Protocol (SPIN)_____ | Verge (XVG)_____ |
| Stably USD (USDS)_____ | VeriBlock (VBK)_____ |
| Stake DAO (SDT)_____ | VeriCoin (VRC)_____ |
| Status Network Token (SNT)_____ | VeriumReserve (VRM)_____ |
| Stealth (XST)_____ | VersoView (VVT)_____ |
| STEEM (STEEM)_____ | Vertcoin (VTC)_____ |
| Steem Dollars (SBD)_____ | Vesper Finance (VSP)_____ |
| Stellar Lumens (XLM)_____ | Viacoin (VIA)_____ |
| STORJ (STORJ)_____ | Viberate (VIB)_____ |
| StormX (STMX)_____ | VideoCoin (VID)_____ |
| STPT (STPT)_____ | Vite (VITE)_____ |
| Stratis (STRAX)_____ | Vodi X (VDX)_____ |
| Strike Finance (STRK)_____ | W Green Pay (WGP)_____ |
| Student Coin (STCCOIN)_____ | Waves (WAVES)_____ |
| SUKU (SUKU)_____ | WAX (WAXP)_____ |
| Sushi (SUSHI)_____ | WAXE (WAXE)_____ |
| Suterusu (SUTER)_____ | WaykiChain (WICC)_____ |
| Swarm City (SWT)_____ | WeTrust (TRST)_____ |
| Swipe (SXP)_____ | Whitecoin (XWC)_____ |
| Symbol (XYM)_____ | Wibson (WIB)_____ |
| Syndicate (SYNX)_____ | Wings DAO (WINGS)_____ |
| SynereoAmp (_AMP)_____ | Wrapped ACME (WACME)_____ |
| Synthetix Network Token (SNX)_____ | Wrapped Bitcoin (WBTC)_____ |
| Synthetix sUSD (SUSD)_____ | XCF Token (XCF)_____ |
| SysCoin (SYS)_____ | XEL (XEL)_____ |
| Tap (XTP)_____ | XinFin Network (XDC)_____ |
| TEMCO (TEMCO)_____ | XMAX (XMX)_____ |
| TenX Pay Token (PAY)_____ | XMCT (XMCT)_____ |
| Terra Luna Classic (LUNC)_____ | XRP (XRP)_____ |
| Terra Money (UST)_____ | xSigma (SIG)_____ |
| TerraKRW (KRT)_____ | XYO (XYO)_____ |
| Tether (USDT)_____ | yearn.finance (YFI)_____ |
| Tezos (XTZ)_____ | YellowHeart (HRTS)_____ |
| The Graph (GRT)_____ | YFLink (YFL)_____ |
| The Sandbox (SAND)_____ | YGGDRASH (YEED)_____ |
| TheFutbolCoin (TFC)_____ | YIELD App (YLD)_____ |
| Tokes (TKS)_____ | YOU Chain (_YOU)_____ |
| Tranche Finance (SLICE)_____ | ZCash (ZEC)_____ |
| TransferCoin (TX)_____ | ZClassic (ZCL)_____ |
| Tripio (TRIO)_____ | Zilliqa (ZIL)_____ |

| | | |
|---|---|---|
| 8. | **What is the basis of the claim (to the extent not covered above)?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Claims submitted by encrypted upload can include privacy protected information. <br><br> _____ |
| 9. | **Is all or part of the claim secured?** | ☐ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br> ☐ Motor vehicle <br> ☐ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property**: $_____ <br> **Amount of the claim that is secured:** $_____ <br><br> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br> **Annual Interest Rate** (when case was filed)_____% <br> ☐ Fixed <br> ☐ Variable |
| 10. | **Is this claim based on a lease?** | ☐ No <br> ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☐ No <br> ☐ Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☐ Yes. *Check one:*                            **Amount entitled to priority** <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).      $_____ <br><br> ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      $_____ <br><br> ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).      $_____ <br><br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).      $_____ <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      $_____ <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.      $_____ <br><br> \* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

| 13. | **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |
|---|---|---|---|

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐  I am the creditor.
☐  I am the creditor's attorney or authorized agent.
☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name       _____
           First name            Middle name              Last name

Title      _____

Company    _____
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    _____
           Number       Street

           _____
           City                                State         ZIP Code

Contact phone  _____    Email  _____