# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DESOLATION HOLDINGS LLC, *et al.*,[1] | ) | Case No. 23-10597 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Ref. Docket No. 61** |

**FIRST SUPPLEMENTAL DECLARATION OF PAUL H. DEUTCH
IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF
OMNI AGENT SOLUTIONS, INC. AS ADMINISTRATIVE AGENT,
EFFECTIVE AS OF THE PETITION DATE**

**PAUL H. DEUTCH**, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am the Executive Vice President of Omni Agent Solutions, Inc. ("**Omni**"), a chapter 11 administrator. I am duly authorized to make this supplemental declaration (the "**Declaration**") on behalf of Omni. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.[2]

2. On May 23, 2023, the above-captioned debtors (collectively, the "**Debtors**") filed the *Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Omni Agent Solutions as Administrative Agent Effective as of the Petition Date* (the "**Application**") [Docket No. 61]. In support of the Application, Omni filed the *Declaration of Paul H. Deutch in Support of the Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Omni Agent*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Certain of the disclosures herein relate to matters within the knowledge of other professionals at Omni and are based on information provided by them.

*Solutions as Administrative Agent Effective as of the Petition Date*, which was attached to the Application as <u>Exhibit B</u>. As of the date hereof, Omni's retention is still pending before the Court. I submit this Declaration in further support of the Application and to address certain informal comments received from the Office of the United States Trustee.

## Additional Disclosures

3. Omni makes the following disclosure regarding its services to third parties.

4. On October 16, 2019, Omni executed a contract with X-Claim, Inc. ("**X-Claim**") whereby Omni agreed to provide X-Claim with publicly available claims register data in a downloadable format (the "**Agreement**"). Omni ceased providing services under the Agreement as of June 8, 2022, and, as confirmed to Omni by X-Claim, the Agreement was terminated as of June 9, 2022.

5. Other than the disclosed contract with X-Claim, Omni is not a party to any agreement where it receives consideration in exchange for transferring information derived from Omni's role as an administrative agent in cases in the District of Delaware or elsewhere to nonclient third parties. Omni has no agreement with any third-party vendor to provide claims register data.

6. To the extent that Omni discovers any additional facts or information bearing on matters described in this Declaration that require disclosure, during the period of the Debtors' retention of Omni, I will file a supplemental disclosure with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: June 7, 2023                          Omni Agent Solutions

By: */s/ Paul H. Deutch*
Name: Paul H. Deutch
Title:  Executive Vice President
        Omni Agent Solutions