**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | **Ref. Docket Nos. 5, 60, 70, 94, and 95** |

**CERTIFICATION OF COUNSEL**

The undersigned counsel to the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby certifies as follows:

1.      On May 8, 2023, the Debtors filed the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain a Consolidated List of Creditors, (B) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, and (C) Withhold or Omit Certain Confidential Information, (II) Establishing Procedures for Notifying the Parties of Commencement, and (III) Granting Related Relief* [D.I. 5] (the "Motion").

2.      On May 10, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Interim Order (I) Authorizing the Debtors to (A) Maintain a Consolidated List of Creditors, (B) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, and (C) Withhold or Omit Certain Confidential Information, (II) Establishing Procedures for Notifying the Parties of Commencement, and (III) Granting Related Relief* [D.I. 37] (the "Interim Order").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

3.        Pursuant to the Interim Order, any objections or responses to the entry of the final order granting the relief requested in the Motion (the "Final Order") were to be filed and served no later than May 31, 2023 at 4:00 pm (prevailing Eastern Time) (the "Objection Deadline"). An extension to the Objection Deadline was granted for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") to June 2, 2023 at 4:00 pm (prevailing Eastern Time).

4.        On June 2, 2023, the U.S. Trustee filed the *United States Trustee's Objection to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain a Consolidated List of Creditors, (B) File a Consolidated List of Creditors, (B) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, and (C) Withhold or Omit Certain Confidential Information, (II) Establishing Procedures for Notifying the Parties or Commencement, and (III) Granting Related Relief* [D.I. 70] (the "Objection").[2]

5.        The Debtors also received informal comments (the "Informal Comments") to the Final Order from the Securities and Exchange Commission (the "SEC").  The Debtors added certain language to the Final Order, a copy of which is attached hereto as **Exhibit A**, to resolve the Informal Comments.

6.        On June 6, 2023, the Debtors filed the *Debtors' Reply in Support of Motion for Entry of an Order Authorizing Debtors to Withhold or Omit Certain Confidential Information* [D.I. 94] and the *Supplemental Declaration of Evan Hengel in Support of Motion for Entry of an Order Authorizing Debtors to Withhold or Omit Certain Confidential Information* [D.I. 95].

---

[2]  Also, on May 19, 2023, Azim. Ghader filed an objection to the Motion [D.I. 60].  Based on the Debtors' investigation, Mr. Ghader is not a customer of the Debtors, but an international customer of one of the Debtors' non-debtor affiliates.  Mr. Ghader did not attend or otherwise participate in the Hearing.

3

7.      On June 7, 2023, the Court held a hearing (the "Hearing") to consider, among other things, the Motion.  As stated on the record at the Hearing, the Court overruled the Objection and stated that it would enter the Final Order.  For the convenience of the Court and other parties in interest, a copy of the Final Order compared with the Interim Order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Court enter the Final

Order without further notice or hearing at the Court's earliest convenience.

Dated: June 8, 2023
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Kenneth J. Enos
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Joshua Brooks (Delaware Bar No. 6765)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Emails:  rbrady@ycst.com
         kenos@ycst.com
         jbrooks@ycst.com

- and -

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani (admitted pro hac vice)
Patricia B. Tomasco (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Alain Jaquet (admitted pro hac vice)
Razmig Izakelian (admitted pro hac vice)
Valerie Ramos (admitted pro hac vice)
Joanna D. Caytas (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Emails:  susheelkirpalani@quinnemanuel.com
         pattytomasco@quinnemanuel.com
         danielholzman@quinnemanuel.com
         alainjaquet@quinnemanuel.com
         razmigizakelian@quinnemanuel.com
         valerieramos@quinnemanuel.com
         joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**