IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 6, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of Amended Agenda Matters Scheduled for Hearing on June 7, 2023 at 11:00 a.m. (ET) [Docket No. 98]**

Dated: June 7, 2023

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 7th day of June, 20 23 by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 50 Largest | 008beac3-c9e4-4760-9a4c-b67977d15981 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 01014189-63a3-43c0-b6fc-651ddccaa276 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 0aaa95f4-0b64-41a0-8212-2f4468de8d5e | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 0d372cc9-9c01-40ab-996a-28f0032b2a26 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 12dba393-1a79-4ffe-a58d-782d80c140ba | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 13e5eb91-0087-4936-9f9b-fb73052b5f1a | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 1e09e8ec-8b17-422d-b3f3-cb96ee71fbaa | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 1fc8d534-be33-4884-bc54-edbab65f5b13 | | Email Address Redacted | Email |
| 50 Largest | 210de341-83a8-474c-a37e-61d2c10c8734 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 2482db41-3e56-4a7b-b3a1-c332df465fa9 | | Email Address Redacted | Email |
| 50 Largest | 27f81091-66c7-458a-a4f9-31f636c9b5c7 | | Email Address Redacted | Email |
| 50 Largest | 2a54b310-c531-49eb-a704-f5933e925168 | | Email Address Redacted | Email |
| 50 Largest | 2ede9c2c-3f1c-4c1f-913c-7fe64dd5af6f | | Email Address Redacted | Email |
| 50 Largest | 3264a54a-1218-46b6-ac7d-1d7773995563 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 3f28305a-7f4a-41ff-a707-e1d25ac111f9 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 4ede2655-0b05-4b45-9f04-de15d8c4f521 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 4f7f1b08-a58c-4bed-b0b5-16e246c52880 | | Email Address Redacted | Email |
| 50 Largest | 518eeb1b-dfb2-4be7-acee-7d3ccd74e5d5 | | Email Address Redacted | Email |
| 50 Largest | 58611824-5bc6-442d-b239-b548b4a4eec3 | | Email Address Redacted | Email |
| 50 Largest | 5cfb7e9b-08dc-4691-a7a0-91789961f52c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 6341b91e-7b9f-4f56-a6a9-c66069ad945d | | Email Address Redacted | Email |
| 50 Largest | 6a24bb04-4799-4da8-b799-98e9887b5d43 | | Email Address Redacted | Email |
| 50 Largest | 6ce22b6a-eaab-4150-860a-87d822ce49e6 | | Email Address Redacted | Email |
| 50 Largest | 7e8620c2-7ff2-4802-9979-6bc46d6b8fb7 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 83393306-9343-4855-8987-868266cb144e | | Email Address Redacted | Email |
| 50 Largest | 925d0c0b-c584-4005-9e48-025493db1f09 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 93ec913d-a376-4c3a-8844-93daf932b7d6 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | a1472e35-7879-403d-b912-33b369f974bc | Address Redacted | Email Address Redacted | Email |
| 50 Largest | a577b1ff-00ed-4872-a9ce-647cabbd4921 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | ae2ee974-3f89-4cb1-bcb4-64361b44486a | | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Arizona Attorney General Mark Brnovich | Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Arkansas Attorney General | 323 Center St, Ste 200<br>Little Rock, AR 72201 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General of the State of Ohio | 30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General State of Mississippi | 550 High St<br>Jackson, MS 39201 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General's Office | State of Alabama<br>501 Washington Ave<br>Montgomery, AL 36104 | | Overnight Mail |
| 50 Largest | b59cdaee-c5c7-4914-8741-335a0bd25e41 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | c09b87dc-64d8-440d-b71f-b2efcfe2aff6 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | c62b2459-1676-4e4e-9caa-99a0b420a404 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | cd16ebb3-96f5-4864-8a02-fc8d2463734f | Address Redacted | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Commonwealth of Puerto Rico Office of the Attorney General | P.O. Box 902192<br>San Juan, PR 00902 | | Overnight Mail |
| 50 Largest | d375ee9b-ef35-45fe-81ae-7eb0a643781b | Address Redacted | Email Address Redacted | Email |
| 50 Largest | db61b2ac-da20-4304-9c5e-9285060cc799 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dbe0b606-15c8-43f3-8517-14ac18907906 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dcb22222-657a-400a-b98b-495711848302 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dd2f7fdc-2163-42af-a90e-2d76007a16f0 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dd88f140-297b-4811-88c0-f18afd1b8752 | Address Redacted | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Delaware Department of Justice | Carvel State Building<br>820 N French St<br>Wilmington, DE 19801 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Department of Attorney General | 525 W Ottawa St<br>Lansing, MI 48906 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Department of Justice | 114 W Edenton St<br>Raleigh, NC 27603 | | Overnight Mail |
| 50 Largest | e78e6f3a-5be9-49b8-be09-0c619928b44f | | Email Address Redacted | Email |
| 50 Largest | f25c6a91-1afa-48fd-abd9-e511999da04c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f536e49d-aa7a-4a54-a9ea-fcba81492b5c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f9999a5f-fa69-46ab-aff4-bca7e8ddeb56 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f9c46d34-51fa-4e10-aa95-93137c2de7e8 | | Email Address Redacted | Email |
| 50 Largest | fadf45ef-bc0f-4353-9850-fd1e77b29697 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | fb923c5c-30ca-4100-9f55-beeac5ba6ea8 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | Financial Crimes Enforcement Network | P.O. Box 39<br>Vienna, VA 22183 | FRC@fincen.gov | Email |
| *NOA - Counsel for Endurance American Insurance Company | Harris Beach PLLC | Attn: Lee E Woodard<br>Attn: Brian D Roy<br>333 W. Washington St, Ste 200<br>Syracuse, New York 13202 | bkemail@harrisbeach.com<br>broy@harrisbeach.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Illinois Attorney General | 100 W Randolph St<br>Chicago, IL 60601 | | Overnight Mail |
| *NOA - Counsel for Bellevue Place Office, LLC/Counsel for Lincoln Square Retail, LLC | Illuminate Law Group | Attn: Brian M Muchinsky<br>10500 NE 8th St, Ste 930<br>Bellevue, WA 98004 | bmuchinsky@illuminatelg.com | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Kansas Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612 | | Overnight Mail |
| Counsel to Debtors' non-debtor affiliate Bittrex Global GmbH | King & Spadling | Attn: M. Handler; R. Sacks | MHandler@KSLAW.com;<br>RSacks@KSLAW.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Louisiana Department of Justice | 1885 N 3rd St<br>Baton Rouge, LA 70802 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Louisiana Department of Justice | P.O. Box 94005<br>Baton Rouge, LA 70804 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Maryland Attorney General | 200 St Paul Pl<br>Baltimore, MD 21202 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Nebraska Attorney General | 2115 State Capitol<br>Lincoln, NE 68509 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | New Hampshire Department of Justice | 33 Capitol St<br>Concord, NH 03301 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | New Mexico Attorney General | 408 Galisteo St<br>Villagra Building<br>Santa Fe, NM 87501 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of Attorney General | 600 E Boulevard Ave, Dept 125<br>Bismarck, ND 58505 | | Overnight Mail |
| 50 Largest | Office of Foreign Asset Control | 1500 Pennsylvania Ave NW<br>Washington, DC 20220 | Ofac_feedback@treasury.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Office of Minnesota Attorney General | Keith Ellison<br>445 Minnesota St, Ste 1400<br>St Paul, MN 55101 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 40 Capitol Sq, SW<br>Atlanta, GA 30334 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 100 N Carson St<br>Carson City, NV 89701 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | State of New Jersey<br>Richard J Hughes Justice Complex<br>25 Market St<br>Trenton, NJ 08611 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 300 W 15th St<br>Austin, TX 78701 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 202 N 9th St<br>Richmond, VA 23219 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General for the District of Columbia | 400 6th St, NW<br>Washington, DC 20001 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General of Iowa | Hoover State Office Building<br>1305 E Walnut St<br>Des Moines, IA 50319 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Maine Attorney General | 6 State House Station<br>Augusta, ME 04333 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Oklahoma Attorney General | 313 NE 21st St<br>Oklahoma City, OK 73105 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the WV Attorney General | State Capitol Complex, Bldg 1, Rm E-26<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Oregon Department of Justice | 1162 Court St NE<br>Salem, OR 97301-4096 | | Overnight Mail |
| Counsel to Debtor's non-debtor affiliates RBR Holdings, Inc., and Aquila Holdings Inc. | Pachulski Stang Ziehl Jones | 919 North Market St, 17th FL<br>Wilmington, DE 19801 | ljones@pszjlaw.com;<br>mlitvak@pszjlaw.com;<br>dbertenthal@pszjlaw.com;<br>tcairns@pszjlaw.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | RI Office of the Attorney General | 150 S Main St<br>Providence, RI 02903 | | Overnight Mail |
| 50 Largest | Securities & Exchange Commission | 100 Pearl St, Ste 20-100<br>New York, NY 10004 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Carolina Attorney General's Office | The Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia, SC 29211 | | Overnight Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys general in the states where the Debtors conduct their business operations | South Carolina Attorney General's Office | Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Dakota Attorney General | 1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | State of Alaska Department of Law | 1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | State of Idaho | Office of the Attorney General<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720 | | Overnight Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Tennessee Attorney General's Office | Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202 | | Overnight Mail |
| *NOA - Counsel for Endurance American Insurance Company | The Powell Firm, LLC | Attn: Jason C Powell<br>1813 N Franklin St<br>PO Box 289<br>Wilmington, DE 19899 | jpowell@delawarefirm.com | Email |
| United States Trustee for the District of Delaware | United States Trustee for the District of Delaware | 844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Washington State | Office of the Attorney General<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504 | | Overnight Mail |

Desolation Holdings LLC, et al., (Case No. 23-10597)