# Andrea Sharp

**1085 Old Clemson Highway, E-139 · Seneca, South Carolina 29672 · anniezmailbox@gmail.com**

*FILED*
*2023 JUN -8 PM 3: 37*
*US BANKRUPTCY COURT*
*DISTRICT OF DELAWARE*
*CLERK*

June 5, 2023

VIA USPS PRINTED MAIL | TRACKING #: 7014 1200 0001 3027 4316

Bankruptcy Court for the District of Delaware
824 N. Market Street
Third Floor
Wilmington, Delaware 19801

**Re: Declaration of Andrea Sharp For:**
   **Bittrex, Inc., Case # 23-10598 and**
   **Desolation Holdings, LLC Case # 23-10597 and**
   **Bittrex Malta Holdings, LTD, Case # 23-10599 and**
   **Bittrex Malta, LTD, Case # 23-10600.**

To the United States Bankruptcy Court for the District of Delaware:

For the filing of my declaration in the above-referenced cases, enclosed herewith are:

1) The declaration itself, in standard legal-pleading format.

2) An attachment to the declaration called "*Exhibit 1 - Attachment to Proof-of-Claim Form.*" This is the same document that I attached to the proof of claim that I sent for proof-of-claim filing to the defendants' bankruptcy agent on May 31, 2023, and that the agent received on June 1, 2023.

3) Fee payment: U.S. Postal Money Order, $49.00, payable to Clerk, U.S. Bankruptcy Court.

Thank you for your help with this.

Respectfully,

Andrea Sharp, Pro Se Plaintiff

Enclosures

## PROOF OF SERVICE

On June 5, 2023, I served on the interested party a document entitled:

**DECLARATION OF**
**PLAINTIFF/"CREDITOR"**
**ANDREA SHARP**

by placing a true copy of it in a sealed envelope addressed as follows:

Desolation Holdings LLC Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

 X  BY CERTIFIED U.S. MAIL
On June 5, 2023, the sealed envelope, addressed as stated above, was mailed via USPS Certified.
TRACKING NUMBER: 70141200000130274309

____ (BY PERSONAL SERVICE) I delivered the envelope addressed as described above to
addressee or the addressee's agent at the above described address.

____ (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package
provided by an overnight delivery carrier and addressed to the persons at the above-described
addresses. I placed the envelope or package for collection and overnight delivery at an office or a
regularly utilized drop box of the overnight delivery carrier.

I declare that the above is true and correct.

ANDREA SHARP

JUNE 6, 2023

PROOF OF SERVICE
DECLARATION OF
PLAINTIFF/"CREDITOR"
ANDREA SHARP

1  ANDREA SHARP, PRO SE
   268 BUSH STREET #2520
2  SAN FRANCISCO, CA 94104
   Tel: (510)205-6779
3

FILED

2023 JUN -8 PM 3: 37

US BANKRUPTCY COURT
CLERK
DISTRICT OF DELAWARE

4
5  **BANKRUPTCY COURT OF THE DISTRICT OF DELAWARE**
6
7  ANDREA SHARP, PRO SE                    | Case Numbers:

8            Plaintiff/"Creditor"          | 23-10598

9                                          | 23-10597

10     vs.                                 | 23-10599

11 BITTREX INC.,                           | 23-10600
   DESOLATION HOLDINGS, LLC,
12 BITTREX MALTA HOLDINGS, LTD.
   BITTREX MALTA LTD                       | **DECLARATION OF
13                                         | PLAINTIFF/"CREDITOR"
           Defendants/Debtors              | ANDREA SHARP**
14
15
16
17              **DECLARATION OF ANDREA SHARP**
18
19 I, Andrea Sharp, declare that:
20
21 1. I'm listed as a "creditor" in one or more of the Bittrex, Inc., bankruptcy cases referenced
22 above, and the facts I state herein are based on direct personal experience and knowledge of
23 them.
24
25 2. The attached Exhibit 1, entitled *Attachment To Proof-Of-Claim Form*, is the same
26 document I submitted with the proof of claim I filed for this case.
27
28
29
30              **DECLARATION OF ANDREA SHARP RE BITTREX**
                        Page **1** of **5**

2. Exhibit 1, below, contains the extensive proofs I have of the blatant frauds the defendants committed to incur the debt to me that they later untruthfully listed as some kind of business liability in their bankruptcy. Exhibit 1 shows:

    a. I withdrew my money from my Bittrex account on April 14, 2023,

    b. Bittrex clearly confirmed the withdrawal was successful,

    c. Bittrex committed frauds by

        i. manually stopping the automated process of the withdrawal,

        ii. preventing my money from going to the withdrawal destination (my bank),

        iii. diverting my money to themselves,

        iv. consciously and maliciously lying about this in several ways,

        v. defaming my bank,

        vi. tampering with my Bittrex account's interfaces so I couldn't access information related to the problem while seeking their help with it,

        vii. fraudulently including me and the money they stole from me in their bankruptcy process as if the money they unlawfully took is a debt for a legitimate business transaction, such as a payment to Bittrex for a product or service that they can't provide, when they knew and know that the truth is they simply, blatantly stole the money,

        viii. unlawfully trying to abuse bankruptcy and a court of law to dodge justice and not return the money they stole from me,

        ix. among other things. See Exhibit 1.

3. The debtors in this bankruptcy case – so far – owe me the amounts shown on page 52 of Exhibit 1, attached hereto.

4. Debt incurred by fraud is not dischargeable in bankruptcy. See U.S. Bankruptcy Code:

    § 523(a)(2) debt incurred by fraud; and

    § 523(a)(4) debt incurred by fraud while acting in a fiduciary capacity; and

---

**DECLARATION OF ANDREA SHARP RE BITTREX**
Page 2 of 4

§ 523(a)(6) debt incurred by willful and malicious injury; and

§ 523(a)(11) debt incurred by fraud while acting in a fiduciary capacity to a bank.

Also see: Bartenwerfer v. Buckey, 598 U.S. 69 (2023).

Also see 11 U.S.C. § 523(a)(2)(A):

*(a) A discharge under section 727, 1141, 1228(a), 1228(b), or 1328*

*(b) of this title does not discharge an individual debtor from any debt-*

*(2) for money, property, services, or an extension, renewal, or refinancing of*

*credit, to the extent obtained by–*

*(A) false pretenses, a false representation, or actual fraud, other than a statement respecting*

*the debtor's or an insider's financial condition[.]*

5. I believe that the Delaware Bankruptcy Court will determine whether or not the debt defendants acknowledge in the bankruptcy is due to me can be discharged in the bankruptcy, and that to that end the Court will consider all related evidence, including what I provide below in Exhibit 1, which proves that the defendants' debt to me was incurred by willful, malicious frauds.

6. The defendants' malicious and willful frauds have forced me:

a. to repeatedly formally demand that the defendants return all of the money they unlawfully took from me by means of the willful, conscious, malicious frauds they committed, all indisputably proven in Exhibit 1,

and also

b. to demand that the defendants repay me for ***all the additional costs*** their frauds have caused me,

and also

**DECLARATION OF ANDREA SHARP RE BITTREX**
Page 3 of 4

c. to demand that the defendants also pay ***punitive damages because of the blatant, conscious, willful, malicious nature of the frauds*** they committed, as well as all other amounts due per justice, the law, and the court's judgment in support of policies for discouraging fraud, and in pursuit of justice.

7. I declare and solemnly swear that the contents of this declaration and the attached Exhibit 1 are entirely true and correct.

Executed on June 5, 2023

ANDREA SHARP, PRO SE

ATTACHMENT: EXHIBIT 1

State of: _SC_ County of: _Pickens_
Subscribed and sworn to (or affirmed) before me on this
_5th_ day of _June_ , _2023_

TED A. SMITH
NOTARY
PUBLIC
EXP. DEC. 7, 2022
SOUTH CAROLINA

**DECLARATION OF ANDREA SHARP RE BITTREX**
Page **4** of **5**

## EXHIBIT 1 – ATTACHMENT TO PROOF-OF-CLAIM FORM

Exhibit 1 – Attachment to Proof-of-Claim form follows this page.

# PROOFS OF FRAUD

**Debt incurred by fraud is not dischargeable in bankruptcy. USB Code, § 523.**

Unfinished calculations of growing amounts due: Page 51.

# ATTACHMENT TO
# PROOF-OF-CLAIM FORM
## MAY 30, 2023

|  |  |
|---|---|
| **PLAINTIFF,** <br> **FRAUD VICTIM,** <br> **"CREDITOR"** | Andrea Sharp <br> 268 Bush Street #2520 <br> San Francisco, CA 94104 <br> anniezmailbox@gmail.com (Login ID █████████████) <br> Bittrex Acccount ID: █████████████ |
| **DEBTORS** | Bittrex, Inc., Case # 23-10598 and <br> Desolation Holdings, LLC Case # 23-10597 and <br> Bittrex Malta Holdings, LTD, Case # 23-10599 and <br> Bittrex Malta, LTD, Case # 23-10600. |

## Contents

Preface - Purpose of this Document.................................................................................... 3
Overview............................................................................................................................... 5
   In a Nutshell ..................................................................................................................... 5
   A Longer Overview ........................................................................................................... 5
   Debt Incurred By Fraud Is Not Dischargeable in Bankruptcy and Must Be Repaid....... 7
   What The Information In This Document Shows............................................................... 7
Proofs of Bittrex's Frauds and Theft of Plaintiff's Money ................................................ 9
   April-14 Withdrawal - Ten Days Before The Deadline .................................................... 9
   April-14 Withdrawal-Success Confirmed by Bittrex Three Times ................................... 9
      First of Three Success-Confirmations (Did Bittrex make up a fake TxID?) ................... 9
      Second of Three Success-Confirmations....................................................................... 11
      Third of Three Success-Confirmations .......................................................................... 12
   Bittrex Deadlines Schedule Shows Withdrawal Was Ten Days Before the Deadline.................. 12
   Charged Fee .................................................................................................................... 13
   Ignored Help Requests ................................................................................................... 13
   Stopped The Withdrawal, Tampered With Account, Locked Up The Money ............... 13
      High-Level Clearance and Accounts-Access Required ................................................. 13
      Proof Bittrex Has Plaintiff's Money............................................................................... 14
      Bittrex Tampered With Plaintiff's Account After April 14 ............................................ 14
      All Previous Withdrawals Over Nine Years - Successful ............................................... 15
   Examples of Bittrex's (Proven) Lies................................................................................ 15

Lies April 27: Letter To Plaintiff...........................................................................................15
Lie: Bittrex Blamed Plaintiff's Bank For Bittrex's Stop of The Withdrawal ............................16
Directed Plaintiff To Try To ACH-Withdraw From Account They Just Said They'd Disabled. ...............17
Before Plaintiff's Money Would Be In The Account ...............................................................18
And After ACH Was No Longer Available...............................................................................18
This Last-"Minute" Nonsense-Reply Was Concocted To Support Their "Missed Deadline" Lie............18
Lie: April 29 - "Missed Withdrawal Deadline" - Fake Reason for Stealing.................................19
Lie: May 4 - "Invalid account number" – Defamations of Plaintiff's Bank...............................19
Text of the May-4 Lie:.............................................................................................................20
Withdrawal Allowlist Allows Plaintiff's Bank – No Invalid Bank Account ...............................20
Plaintiff's Bank Received Nothing From Bittrex...........................................................................21
Plaintiff's Bank's Research Into Bittrex's Lies .....................................................................22
Plaintiff's Bank Statement Also Shows Her Bank Didn't Receive The April-14 Withdrawal.................23
List of Bittrex's Defamatory Lies Just About Plaintiff's Bank (possibly incomplete)............................24
Closed Plaintiff's Account Without Returning The Money .........................................................25
**Demand Letters Sent** ............................................................................................................**26**
Compliance with Section 19.2 (a) of Bittrex's Terms of Service ...................................................26
Demand Letter Sent Twice Via Bittrex's Zendesk support system...............................................28
Three More Brief Demands Inside Support-Desk Correspondence .......................................29
Demand Also Sent Via USPS.......................................................................................................29
The Addresses Plaintiff Used For the USPS Mailings Are Publicly Listed as Bittrex's Addresses As of
May 19, 2023. .....................................................................................................................29
USPS Overnight and Priority Mail Not Received After Over 20 Days - Bittrex Dodging? .....................31
Plaintiff Asked Bittrex For A Physical Address That Will Work – Bittrex Refused ......................31
Bittrex seems to be intentionally dodging demand letters, service of process, and all other
correspondence plaintiffs and creditors need to send them. ...............................................32
Bittrex Stopped Communicating With Plaintiff About The Fraud ...............................................32
**Arbitration - Plaintiff Followed Bittrex Terms of Service, Bittrex Did Not** ...............................**33**
**Breach of Contract - Arbitration Agreement**........................................................................**33**
**Breach of Contract - 90-Day Notice to Withdraw**.................................................................**37**
**Breaches of Fiduciary Duties** ...............................................................................................**38**
Bittrex's Frauds While Entrusted as a Fiduciary .....................................................................38
Licenses Throughout The US - Violated ...................................................................................39
**Bittrex-US Executives**...........................................................................................................**40**
Lies In CEO's Farewell Letter....................................................................................................40
CEO Announced Deadline That Was After The Actual Deadlines ...............................................40
While Saying Customers' Funds Were Safe, Bittrex Was Stealing Money ...............................42
**Bittrex's Bankruptcy** ...........................................................................................................**43**
US Bankruptcy Code: Debt Incurred by Fraud Is Not Dischargeable in Bankruptcy ..................43
Fraudulent Use Of Bankruptcy - No Right To Money Acquired By Fraud....................................44
Dishonesty of Bittrex's Bankruptcy...........................................................................................44
**Forced to Participate in Bittrex's Bankruptcy, Plaintiff Perfected Security Interest Per UCC**......**45**
Validity of Plaintiff's Perfected Security Interest.........................................................................45

Bittrex Authenticated by Many Emailed and Public-Announcement Records .......................................... 45
Bittrex Authenticated by Confirming Successful Withdrawal ................................................................. 46
Bittrex Authenticated by Acknowledging the Withdrawal and Plaintiff's Demands ............................. 46
Bittrex Authenticated by Controlling Plaintiff's Money ........................................................................... 46
Bittrex Authenticated by Displaying Plaintiff's Money in her Bittrex Account April 27-29 ................... 46
Bittrex Authenticated by "Safe and Secure" Notices Directly To Plaintiff and Public ............................ 46
Example 1 of Bittrex's "Safe and Secure" Written Authentication ......................................................... 46
Example 2 of Bittrex's "Safe and Secure" Written Authentication ......................................................... 47
Example 3 of Bittrex's "Safe and Secure" Written Authentication ......................................................... 47
Bittrex Does Not Deny Plaintiff's Right to Claim and Perfect the Security ............................................. 47
Plaintiff's Financing Statement and Proofs of Collateral ............................................................................. 47
**Review of What The Contents of This Document Prove .............................................................................. 48**
Intentional Theft of Plaintiff's Money ....................................................................................................... 48
**Punitive Damages Are Justified and Supported By Law .............................................................................. 49**
Federal ............................................................................................................................................................ 49
Punitive Damages – County District Courts .................................................................................................. 49
Punitive Damages – States .............................................................................................................................. 50
Punitive Damages – Washington State .......................................................................................................... 50
**What Bittrex Owes Plaintiff So Far ............................................................................................................... 50**
**Comments From Plaintiff .............................................................................................................................. 50**
**Exhibit 1 – Unfinished Calculations of the Growing Amounts Due ............................................................ 51**
**Exhibit 2 – Plaintiff's "Notice of Intent to Arbitrate" ................................................................................. 53**
**Exhibit 3 –Messages to Plaintiff from Bittrex as Text ................................................................................. 60**
May 9 - Asset-Security Agreement that Bittrex Sent Directly to Plaintiff ..................................... 60
May 18 – Bittrex's Public Security Agreement ............................................................................... 61
May 25 – Bittrex's Refusal To Comply With Their Arbitration Agreement ................................... 62
**Exhibit 4 – Plaintiff's Financing Statement to Perfect the Security ........................................................... 63**

## Preface - Purpose of this Document

**Andrea Sharp (Plaintiff, "Creditor") demands that Bittrex (Defendant, Debtor) immediately return her money AND pay all due costs and damages.**

Bittrex's debt was incurred by fraud. It is not dischargeable in bankruptcy,[1, 2] and must be repaid.

---

[1] This document proves, among other things, how Bittrex violated U.S. Bankruptcy Code:

§ 523(a)(2) debt incurred by fraud; and

§ 523(a)(4) debt incurred by fraud while acting in a fiduciary capacity; and

§ 523(a)(6) debt incurred by willful and malicious injury); and

§ 523(a)(11) debt incurred by fraud while acting in a fiduciary capacity to a bank.

[2] Bartenwerfer v. Buckey, 598 U.S. 69 (2023).

This document contains extensive proof of the fraud.

It was prepared first for presentation in small claims court, then arbitration per Bittrex's Terms of Service, then for a breach-of-contract-to-arbitrate claim.

**Without relinquishing her rights to pursue recovery by arbitration, court, or other lawful means, and in willing pursuit of the goals of restitution, justice, and ending litigation through the bankruptcy court if possible, Plaintiff perfected the debt as a security on May 28, and respectfully submits this long document to the bankruptcy court directly – even though Bittrex caused the debt by willful, malicious fraud, which is clearly proven in the pages that follow. So the debt must be repaid.**

Small claims court is not an alternative because Debtors' Terms of Service contract – which Plaintiff was required to agree to in order to become their customer – has an arbitration clause.

After researching and preparing for small claims, and then finding the arbitration clause in the Terms of Service contract, Plaintiff proceeded to comply with it. On May 24, she sent Bittrex a Notice of Intent to Arbitrate (see page 33). Bittrex received and replied to the notice. But, in breach of its own contract, Bittrex refused to proceed to arbitration as required. Instead, Bittrex repeatedly referred Plaintiff to the bankruptcy, with the pretense that stealing Plaintiff's money was somehow lawful. See numerous proofs in the pages that follow.[3]

Later, Plaintiff also learned that it might be true that bankruptcy triggers an "automatic stay" of any creditor actions against a bankruptcy debtor, in which case the arbitration or small claim efforts she was initially making might have been ultimately futile.

What this means is Plaintiff is not able to present her proofs in arbitration, small claims, or other court.

Because Bittrex is uncooperatively blocking all venues for settling this dispute other than the bankruptcy court, an arbitration award or judgment from an arbitrator or small claims judge or other judge is not available to present to the bankruptcy court.

Plaintiff nevertheless needs to show a court all the proof of fraud provided herein, and so respectfully turns to the bankruptcy court for help.

---

[3] Can stolen money be treated as a legitimate debt to a "creditor" in a bankruptcy? Is it a crime for a thief to blame their fraud on someone else and lie about how the money was stolen – to the victim, and also to a court of law?

## Overview

### In a Nutshell

Andrea Sharp (Plaintiff or "Creditor") withdrew her money from Bittrex, Inc., on April 14.

Bittrex (Defendant or Debtor) stopped the withdrawal and took her money without authority or justification.

And lied about it.

This was fraud. Extensive proof follows.

For estimates of total claim, not including punitive damages, see:
Exhibit 1 – Unfinished Calculations of the Growing Amounts Due on page 51.

Plaintiff demands that Bittrex return the stolen money AND also pay all costs and damages, including punitive damages for its malicious, willful, harmful, conscious fraud, proven below.

### A Longer Overview

The information in this document proves beyond any doubt that:

- Bittrex stole Plaintiff's money by lying and committing fraud;
- Bittrex knew their lies were lies at the time they told them;
- Bittrex lied with the intent to deceive Plaintiff and others, such as future judges, about the cause and theft of Plaintiff's money, blaming Plaintiff and Plaintiff's bank for things Bittrex did;
- To carry out the theft, Bittrex took advantage of its power as a money-services business with the ability to stop a customer's in-process withdrawal and divert it to themselves;
- Bittrex also took advantage of Plaintiff's reliance on Bittrex's multiple advertisements that they could be entrusted with customers' money, a false image they repeated multiple times while they were carrying out the theft; and
- Plaintiff's loss was the result of Bittrex's fraud.

In 2014 or 2015, Plaintiff became a customer of crypto-exchange Bittrex, Inc., a financial services company with fiduciary licenses[4] throughout the United States.

- For estimates of total claim, not including punitive damages, see:
  Exhibit 1 – Unfinished Calculations of the Growing Amounts Due on page 51.

---

[4] Bittrex's Webpage: State License Information
https://bittrex.zendesk.com/hc/en-us/articles/360001491866-State-License-and-Disclosure-Information

- On March 31 or April 1, 2023, Bittrex publicly announced that they were going to close Bittrex, Inc.,[5] at the end of April, and ordered all customers to withdraw their US-dollar (USD) funds:
  - o no later than April 24 if by <u>wire transfer</u>, and
  - o no later than April 27 if by ACH.

- In complete conformance with this order, Plaintiff withdrew USD $2803.96 by <u>wire transfer</u> from her Bittrex account to her bank account on April 14.

- Bittrex <u>confirmed the withdrawal was successful</u> in at least three ways.

  - o See documents on pages 9, 11, and 12 below.

- Defendant charged Plaintiff $25 for the withdrawal service.

- In the preceding eight or so years in which Plaintiff used Defendant's withdrawal service, all withdrawals were successful, and were completed in about 24 business hours.

- But this time, on April 14, 2023, Bittrex did something to prevent Plaintiff's money from going to her bank account. Some individual with high security-clearance must have manually interfered with the automated withdrawal process.

- Instead of letting the automated withdrawal process do what it's programmed to do, someone at Bittrex with high-level accounts-access stopped Plaintiff's withdrawal, and diverted Plaintiff's money to some place that Bittrex controlled.

- From April 19 to April 27, Bittrex ignored Plaintiff's many requests for help.
  .
- Bittrex's replies on at least April 27, April 29, May 4, May 9, possibly more dates, were full of untruthful statements that Bittrex knew were untruthful and were intended to interfere with solving the problem, waste time, and keep Plaintiff's money for themselves.

  - o See *Proofs of Bittrex's Frauds and Theft of Plaintiff's Money* starting on page 9.

- Plaintiff's money never arrived in her bank account, and Bittrex's excuses were fraudulent.

- Documentation generated by Bittrex shows that Bittrex still had Plaintiff's money on April 28, a day or two before Bittrex closed Plaintiff's account.

- Bittrex unlawfully took and still has Plaintiff's money.

---

[5] After the closure and bankruptcy, Bittrex continues to own and operate Bittrex Global, an international crypto exchange, and other financial companies outside the United States.
https://bittrex.zendesk.com/hc/en-us/articles/10754609904029-Important-Message-For-Bittrex-U-S-Customers
https://bittrex.com/discover/important-message-for-bittrex-u-s-customers
"Bill, Rami and I will focus on helping Bittrex Global succeed outside the U.S."

## Debt Incurred By Fraud Is Not Dischargeable in Bankruptcy and Must Be Repaid

The law is clear. Debt incurred by fraud is not dischargeable in bankruptcy and must be repaid.
U.S. Bankruptcy Code § 523.  See page 43.

## What The Information In This Document Shows

Briefly: Plaintiff withdrew her funds on April 14 – but Bittrex stopped the withdrawal without permission or justification, took her money, lied about it, has not returned it, and caused Plaintiff additional costs and damages.

The information in this document shows:

- **April 14 Withdrawal** - Plaintiff used Bittrex's wire-transfer withdrawal service on April 14 to move $2803.96 from her Bittrex account to her bank account, which she had done many times over about nine years without any problems,
- **Bittrex Charged Fee** - Bittrex charged Plaintiff a fee of $25 for this withdrawal,
- **Bittrex Confirmed Success** - Bittrex confirmed that the withdrawal was successful,
- **Ten Days Before Withdrawal Deadline** - Plaintiff's withdrawal, which Bittrex confirmed was successful, was completed TEN DAYS before Bittrex's April-24 deadline for wire-transfer withdrawals,
- **Stopped The Withdrawal** – Someone at Bittrex who had very high-level clearance for accessing and diverting money in customers' accounts must have interfered manually on April 14 with the withdrawal in order to intentionally put Plaintiff's money some place Bittrex controlled, and in order to prevent her money from going to the bank account she withdrew to, and instead of putting her money back into her Bittrex account,
- **Ignored Help Requests** –Bittrex ignored Plaintiff's six written requests for help – which included the proofs of Bittrex's withdrawal-success confirmations – between April 18 and April 26 (didn't reply until late April 27),
- **Tampered With Plaintiff's Account** - But Bittrex went to the trouble, shortly after April 14, to tamper with Plaintiff's Bittrex account interfaces so she couldn't see or access some tools that were related to the problem (see screenshot below),
- **Blamed Piantiff's Bank For Bittrex's Stop of The Withdrawal** - Bittrex said untruthfully on May 5 that Plaintiff's bank rejected and reversed the withdrawal that the bank never received (see screenshots below), which if true would have meant that Plaintiff's bank was the cause of the problem, when in fact Bittrex caused the problem, and Bittrex knew they caused the problem, and Bittrex knew they were lying about Plaintiff's bank, but Bittrex defamed Plaintiff's bank anyway,
- **Invented a Lie About "Invalid account number"** - Bittrex untruthfully said that the reason for the rejection and reversal of her April-14 withdrawal was "Invalid account number," which isn't possible because Plaintiff used only one bank account for USD withdrawals in nine years as a customer, and never changed it or the account number, AND Plaintiff's bank *never received anything* from Bittrex about the April-14 withdrawal, so didn't reverse it, and never sent any notices to Bittrex about Plaintiff at any time (see screenshots).

- **Last-"Minute" Nonsense Reply; Locked Up Plaintiff's Money** - After preventing Plaintiff's money from going to her bank account or back into her Bittrex account, and ignoring her requests for help for 13 days, Bittrex finally sent Plaintiff a reply late on April 27 that said they "temporarily disabled" her account, in other words locked up her money, while also saying that, now, her "only option" was to use ACH to withdraw (from the account they just said they had disabled) what they knowingly-untruthfully called "reversed funds" AND (contradicting themselves) they also said IN THAT SAME MESSAGE that the funds WOULD NOT BE IN HER ACCOUNT until AFTER ACH was no longer available (see screenshots below),
- **Invented a Lie That Plaintiff Missed Withdrawal Deadline** - Knowing that she HAD met the withdrawal deadline, Bittrex untruthfully said that Plaintiff missed the deadline, and ignored both the screenshots that Plaintiff sent to Bittrex on April 18 and 19, and their own internal records, that prove that Plaintiff made the withdrawal on April 14, and that Bittrex confirmed it was successful -- ten days before the wire-transfer deadline (and 13 days before the ACH deadline),
- **Plaintiff's Bank Received Nothing from Bittrex** – Plaintiff contacted her bank about the problem and sent her bank the related screenshots of the successful withdrawal and Bittrex's untruthful and absurd messages. Her bank researched their records to try to see if Bittrex sent anything to the bank on or after April 14, and found that Bittrex had sent nothing since Plaintiff's March 28 withdrawal. (See screenshots and text-copy of the email Plaintiff's bank provided.)
- **Intentional Delay In Replying** – Bittrex tampered with Plaintiff's account while ignoring her requests for help, then late on April 27 again made visible in her Bittrex account the money they prevented from going to her bank account, but also on April 27 "disabled her account" (aka locked up her funds), then also on April 27 sent her the first of a set of preposterous loaded-with-lies messages about using ACH to withdraw -- from the account they said they disabled – funds that would not be re-credited until after Bittrex's ACH-service was shut off, apparently to attempt to give some credibility to their fraudulent proposition that Plaintiff missed their withdrawal deadline,
- **Blamed Fake "Missed Deadline" For Stealing Plaintiff's Money** - Knowing Plaintiff did not miss the withdrawal deadline, on April 29 and May 4, Bitrex Bittrex untruthfully told Plaintiff that she missed the withdrawal deadline and said that because of this -- even though it never happened and they knew it -- they were not going to give Plaintiff's money to her,
- **Closed Plaintiff's account**, On April 30, Bittrex closed Plaintiff's account.
- **Plaintiff's many notices and demands**. Plaintiff repeatedly notified Bittrex of the problem and demanded that they return her money.
- **Fiduciary Duty Breaches** - Bittrex committed these fraudulent acts while acting as a licensed fiduciary, hence reasonably trusted by its customers, and with fiduciary duty to customers' banks as well.
- **Intentional Theft of Plaintiff's Money** - Bittrex did these things in order to keep Plaintiff's money for themselves, and lied about the reason (a missed deadline that wasn't missed),
- **Bankruptcy** – Bittrex knew while doing these fraudulent things that they were about to file for bankruptcy, but repeatedly told Plaintiff and the public funds were "safe" and not

to worry." And on May 8 they did file Chapter 11 bankruptcy[6], even though *debt incurred by fraud is not dischargeable in bankruptcy* (U.S. Bankruptcy Code
§ 523(a)(2) debt incurred by fraud; § 523(a)(4) debt incurred by fraud while acting in a fiduciary capacity; § 523(a)(6) debt incurred by willful and malicious injury); § 523(a)(11) debt incurred by fraud while acting in a fiduciary capacity to a bank), and

- **Owes The Amount Stolen, Plus Costs Caused By Bittrex's Fraud and Theft** – See Exhibit 1 – Unfinished Calculations of the Growing Amounts Due on page 51.
- **Plaintiff Complied with the Arbitration Requirement of Bittrex's Terms of Service Contract.** See page 33.
- **Bittrex Breached the Arbitration Requirements of Their Own Terms of Service Contract.** See page 33.

The following documents show that everything stated above is true.

## Proofs of Bittrex's Frauds and Theft of Plaintiff's Money

### April-14 Withdrawal - Ten Days Before The Deadline

Plaintiff used Bittrex's wire-transfer withdrawal service at 7:11 AM on Friday, April 14, to move $2803.96 from her Bittrex account to her bank account. Bittrex states that withdrawals made after 12 pm are usually not processed until the next business day. Plaintiff's withdrawal was about five hours before noon.

### April-14 Withdrawal-Success Confirmed by Bittrex Three Times

**First of Three Success-Confirmations (Did Bittrex make up a fake TxID?)**

---

[6] Bittrex estimates assets of between $500,000,000 to $1,000,000,000.
They estimate liabilities of between $500,000,000 to $1,000,000,000 as well.

2023/04/14 07:10:48
USD (WIRE)
2,803.96000000
Completed

TxId        11a25608-1b66-4f62-bf79-9cd4dc7e165acopy
Address     ████████████████████████████████████
Date        2023/04/14 07:10:48
Symbol      USD (WIRE)
Quantity    2,803.96000000
Commission  25.00000000
Status      Completed
Authorized  Yes

This is the first of three successful-withdrawal confirmations that Bittrex generated when Plaintiff withdrew her money on April 14, 2023.

Plaintiff provided it to Bittrex in her help requests.

Is that TxID fake? Plaintiff's bank was not able to use it in their research. See page 22, "*Plaintiff's Bank's Research Into Bittrex's Lies.*"

## Second of Three Success-Confirmations



This is the second of three of Bittrex's confirmations that Plaintiff's withdrawal on April 14, 2023, was successful. Plaintiff provided it to Bittrex in her help requests. The amount shown includes the $25 that Bittrex deducted in the two other confirmations.

## Third of Three Success-Confirmations



**Third of three confirmations. It's Plaintiff's Withdrawal History page from her Bittrex account.
It says the April-14 withdrawal was "Completed" at 7:10:48 AM. Plaintiff provided it to Bittrex
in her help requests. But Bittrex didn't send the money to her bank. They manually stopped the
automated process and diverted Plaintiff's money to some place they controlled.**

## Bittrex Deadlines Schedule Shows Withdrawal Was Ten Days Before the Deadline

Richie Lai's letter (see page 40) said the deadline to withdraw funds from Bittrex was April 30.
But his letter linked to a page that showed these *earlier* deadlines:



**Bittrex Deadlines. Their April-24 deadline for wire-transfer
withdrawals was TEN DAYS after Plaintiff's April-14 withdrawal.**

## Charged Fee

Bittrex charged Plaintiff a fee of $25 for the April-14 withdrawal for the withdrawal service that they didn't provide.

Then Bittrex took the remainder of Plaintiff's money for themselves, keeping the fee as well.

See screenshots above that show the full amount Plaintiff withdrew is $2828.96, and that after Bittrex's fee was deducted, the withdrawal of $2803.96 was "successful" and "complete" and "authorized."

## Ignored Help Requests

Bittrex ignored Plaintiff's six requests for help between April 19 and April 26. (Didn't reply until late April 27.)

As Bittrex ignored Plaintiff's repeated requests for help, Bittrex went to the trouble, shortly after April 14, to tamper with Plaintiff's Bittrex account interfaces so she couldn't see or access some tools that were related to the problem, such as removing the Holdings tab. See screenshot on page 14.

> Please see attached screenshot. It shows the withdrawal of $2,803.xx was completed on April 14, 2023.
>
> But the money is not in the bank account it was sent to.
>
> I've never had a problem in the many years I have been a Bittrex customer with wire-transferring USD to my bank account.

**April 19 - Plaintiff's first of many messages to Bittrex seeking help.**

## Stopped The Withdrawal, Tampered With Account, Locked Up The Money

On April 14, someone at Bittrex interfered manually with the withdrawal.

They stopped the automated process, and intentionally put Plaintiff's money some place Bittrex controlled.

They did this to prevent Plaintiff's money from going to the bank account she withdrew to, and to also keep her money out of her Bittrex account.

### High-Level Clearance and Accounts-Access Required

Whoever did this had high-level accounts-access and accounts-controls.

**Proof Bittrex Has Plaintiff's Money**

Someone at Bittrex removed the Holdings tab after April 14. While help requests were ignored.



**One of the many things this April-28 screenshot proves is that Plaintiff's money was at Bittrex on April 28. It was not at her bank or somewhere between her bank and Bittrex.**

The screenshot above shows that Bittrex did something so that Plaintiff's money was visible to her on her Bittrex "My Wallets" page. From the time of her April-14 withdrawal until April 27, her money was not visible there.

Someone at Bittrex – who had very high-level account-access permissions – went into the settings for Plaintiff's account on April 27 and made the change that let Plaintiff *see* the withdrawn $2803.96 in her Bittrex account. Bittrex's April-27 message confirms that this was done on April 27.

*But Bittrex locked the money up.*

And, as discussed below, Plaintiff could not have withdrawn her money on April 27 in a second attempt via ACH – even if Bittrex's termination of ACH withdrawal-services had not happened at 4 pm on April 27. Bittrex's April-27 message to Plaintiff about this didn't make sense. See proofs below, including the screenshot on page 16.

**Bittrex Tampered With Plaintiff's Account After April 14**

From April 19 to 26, Bittrex ignored Plaintiff's repeated requests for help. But Bittrex went to the trouble, on or shortly after April 14, to tamper with Plaintiff's Bittrex account interfaces so she couldn't see or access some tools that were related to the problem.

For one example, Bittrex removed the Holdings tab, which is the path to the interface with Plaintiff's bank-account information, such as account number. See *Proof Bittrex Has Plaintiff's Money* and screenshot on page 14.

The Holdings tab opened a page that listed all the assets Plaintiff had in her Bittrex account – AND next to each asset was a link to Withdraw. The Withdraw links led to the interface that displayed account information about the only withdrawal location Plaintiff had ever set (which she did years ago), which was the same bank discussed here in this report of Bittrex's fraud and theft.

Removal of the Holdings tab is one example of how a person at Bittrex with high-level security clearance interfered with Plaintiff's efforts to investigate and recover the missing money, and communicate with Bittrex and others about it for help.

**All Previous Withdrawals Over Nine Years - Successful**

Plaintiff's previous withdrawals from Bittrex over nine years – which were all wire-transfers to the same account -- were all deposited to her bank usually within 24 hours without any problems. It was the only bank account Plaintiff ever used with Bittrex. Bittrex sent Plaintiff messages that dishonestly said that Bittrex's long delay in replying to Plaintiff's requests was caused by the increased busy-ness of all Bittrex customers all responding to Bittrex's recent order to immediately withdraw all funds at the same time.

## Examples of Bittrex's (Proven) Lies

### Lies April 27: Letter To Plaintiff

After preventing Plaintiff's money from going to her bank account or back into her Bittrex account, and putting it someplace Bittrex controlled, and ignoring Plaintiff's requests for help for 13 days, Bittrex finally sent Plaintiff a reply (see Excerpt 1 and Excerpt 2 below) late on April 27.

Following is Bittrex's entire April-27 letter. This was their first reply to Plaintiff's requests for help. It's full of lies and nonsense, explained in the two marked-up "Excerpts" that follow.

Bittrex has been informed by our bank that your withdrawal wire was returned for the following reason:

## Excerpt 1. See explanation below.

Reason: Invalid account number

Please reach out to your bank regarding this issue. Your withdrawal capabilities for this bank account have been temporarily disabled until this issue is resolved.

---

The finance department has been informed to credit your wire back to your Bittrex account. Your funds will be re-credited by the end of the business day.

## Excerpt 2. See explanation below.

As the deadlinie to withdraw via wire transfer has now passed, your only option is to withdraw via ACH. **Please keep in mind the deadline to withdraw your USD via ACH is today, April 27th, 4 PM PDT.**

To enable ACH transfers for your account, you will first need to link your bank account via Plaid. Once the link is established, you can then withdraw Fiat via ACH. Please refer to the below articles for more details and detailed instructions:

- How to guide for USD withdrawals (Follow instructions under the 'How to withdraw fiat (USD) via bank (ACH) transfer' section)

*NOTE- Withdrawals of cryptocurrency (Bitcoin, Ether, etc.) to your bank account via ACH or wire transfer are not supported.*

Please let us know if you have additional questions.

Best Regards,

Skylar @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

**Lie: Bittrex Blamed Plaintiff's Bank For Bittrex's Stop of The Withdrawal**

Bittrex said untruthfully in their April-27 message that Plaintiff's bank rejected and reversed a withdrawal that the bank never received (see screenshots below).

If true, then Plaintiff's bank was the cause of the disappeared money.

But Bittrex was the cause, and Bittrex knew it, and Bittrex knew they were lying about Plaintiff's bank, but Bittrex defamed Plaintiff's bank anyway.

> **Excerpt 1 from message Bittrex finally sent on April 27,**
> **a few hours before their April 27 deadline for ACH withddrawals.**
>
> Bittrex has been informed by our bank that your withdrawal wire was returned for the following
> reason:  **May 4, they say it was**    **THEIR bank?**                    **IT'S NOT POSSIBLE TO RETURN A**
>  **Plaintiff's bank.   AND**      **NOT POSSIBLE.**          **WITHDRAWAL YOU DIDN'T GET**
> Reason: Invalid account number.  **NOT TRUE.**
> Please reach out to your bank regarding this issue. Your withdrawal capabilities for this bank
> account have been temporarily disabled until this issue is resolved.  **BUT SEE EXCERPT 2 FROM**
>                                **With minutes remaining**     **THE SAME MESSAGE.**
>                                **before complete closure.**

**April 27. Excerpt 1 from Bittrex's first reply to Plaintiff's support requests.**
**This screenshot is one part of the April-27 reply where Bittrex consciously lied.**

The screenshot above is part of Bittrex's April 27 letter – their first reply to Plaintiff's six requests for help. It's Excerpt 1 of 2 excerpts. These excerpts are close-ups that show the lies, contradictions, and nonsense of the April-27 letter.

**"Withdrawal wire was returned."** The April-27 message says "withdrawal wire was returned," but Bittrex didn't let the withdrawal go to Plaintiff's bank, so the bank never received the withdrawal and *didn't have it to return*.

 **"Invalid account number."** Not true. See *Lie: May 4 - "Invalid account number"* on page 19.

**Withdrawal capabilities disabled.** The April-27 message also says "withdrawal capabilities ... have been temporarily disabled."

And in fact they WERE disabled. Permanently. Not temporarily.

This was done NOT because of Plaintiff's bank or an invalid account number. Bittrex locked Plaintiff out of withdrawal capability in order to try to fake idea that Plaintiff "missed the deadline" and take her money.

**"Our bank" "Your bank".** More examples of Bittrex's nonsense.

**Directed Plaintiff To Try To ACH-Withdraw From Account They Just Said They'd Disabled.**

Bittrex also IN THAT SAME MESSAGE directed Plaintiff to withdraw her money from the account they had disabled so withdrawals weren't possible (see Excerpt 2, below),

…and…

..next sentence, same message, they say to withdraw via ACH what they called "reversed funds" knowing they were not "reversed".

From an account they just said has no withdrawal capability…

**Before Plaintiff's Money Would Be In The Account**

…and to do that BEFORE Plaintiff's money would be "re-credited to her account"…

**And After ACH Was No Longer Available**

…which, they said, would be AFTER ACH was no longer available.

See screenshot of Excerpt 2 below. (Can't make this stuff up.)

> **Excerpt 2 from message Bittrex finally sent on April 27,**
> **a few hours before their April 27 deadline for ACH withddrawals.**
>
> The finance department has been informed to credit your wire back to your Bittrex account.
> Your funds will be re-credited by the end of the business day. **Meaning the end of April 27. But…**
>
> **Plaintiff did not miss this deadline. Bittrex fraudulently held everything up in order to steal Plaintiff's money.**
> As the deadlinie to withdraw via wire transfer has now passed, your only option is to withdraw
> via ACH. **Please keep in mind the deadline to withdraw your USD via ACH is today, April 27th, 4**
> **PM PDT.** **Deadline to make a second withdrawal is BEFORE funds would be "re-credited." Bittrex**
> **displayed Creditor's funds in her Bittrex account April 27-28 but made them inaccessible.**

**April 27. Excerpt 2. First reply, continued.**
**This screenshot is of the part of the April-27 reply that's both dishonest AND impossible.**

**This Last-"Minute" Nonsense-Reply Was Concocted To Support Their "Missed Deadline" Lie**

Bittrex told their April-27 lies knowing:

- Plaintiff's bank never received the withdrawal,
- Plaintiff's bank could not have rejected or reversed the withdrawal,
- Plaintiff's bank never sent Bittrex a message about anything,
- Plaintiff's bank never sent Bittrex a message about an "Invalid account number,"
- Plaintiff's account number was not invalid,
- Plaintiff withdrew her money ten days before the applicable deadline,
- Bittrex generated success-confirmations for Plaintiff's April-14 withdrawal,
- Bittrex took Plaintiff's money instead of letting her withdrawal go through,
- Bittrex had Plaintiff's money the whole time,
- Bittrex's statements about Plaintiff's bank were all lies,
- Bittrex permanently disabled Plaintiff's withdrawal capabilities,
- It wasn't possible to comply with the nonsense in the message Bittrex sent Plaintiff on April 27,
- The nonsensical April-27 message was obviously a very dumb ruse to make up a fake excuse (i.e. "missed the deadline") to keep Plaintiff's money,
- Etc.

### Lie: April 29 - "Missed Withdrawal Deadline" - Fake Reason for Stealing

Knowing Plaintiff did not miss the withdrawal deadline, on April 29 and May 4, Bitrex untruthfully told Plaintiff that she missed the withdrawal deadline and said that, because of this -- even though it never happened and they knew it -- they are going to steal Plaintiff's money.

**April 29 message**

Thank you for your patience. Please note that the deadline to withdraw your funds held in USD has passed. If you were unable to withdraw your US Dollars by the deadline, there is nothing more we can do for you at this time. If you need assistance with how to withdrawal your remaining cryptocurrency, reply back and we will do our best to assist.
No withdrawable crypto was in Creditor's account.
Best Regards,     **Creditor was unable to withdraw her USD only because BITTREX STOPPED her April-14 withdrawal and put her money somewhere else.**

Knowing that she *had met* the withdrawal deadline, Bittrex untruthfully said that Plaintiff *missed the deadline*, and ignored ~~them~~ three the screenshots that Plaintiff sent to Bittrex a few days after April 14, and their own internal records, that prove that Plaintiff made the withdrawal on April 14, and that Bittrex confirmed Plaintiff had successfully initiated TEN DAYS before their wire-transfer deadline (and 13 days before their ACH deadline).

### Lie: May 4 - "Invalid account number" – Defamations of Plaintiff's Bank

Bittrex knew they were lying when they said that Plaintiff's bank gave them a reason for the rejection and reversal of her April-14 withdrawal (which never happened), and that this reason "Invalid account number"...

... isn't possible because:

- **Plaintiff's bank *never received anything* from Bittrex** about the April-14 withdrawal, so couldn't have rejected or reversed it, didn't reject or reverse it, didn't have an "invalid account number" problem to report to Bittrex, and never sent any notices to Bittrex about Plaintiff at any time. (See *Plaintiff's Bank's Research Into Bittrex's Lies* on page 22.)
- Plaintiff used only one bank account for USD withdrawals in nine years as a customer.
- Plaintiff never changed banks or the account number.

The account number could not have been invalid, and Bittrex knew it was a blatant lie to say that Plaintiff's bank said it was invalid, and that that was the reason for the disappearance of Plaintiff's money. Unless Bittrex hacked Plaintiff's account and changed the account information she set up at Bittrex years ago.

In any case, they seem to think it was a good idea to steal and make up non-stop lies about it.

**Excerpt from message Bittrex sent on May 4**

**This is a lie:** We understand your frustration. However, your previous USD withdrawal was not successful as **didn't send** it was rejected by your bank and returned back to Bittrex due to an invalid account number. **the April-14**

**Another lie. Creditor's bank didn't send anything to Bittrex about anything at any time. Bittrex**

**Bittrex said the withdrawal was successful. But then manually interfered, and kept Creditor's money out of her bank. Bittrex also removed Creditor's money from her Bittrex account. Her bank received nothing.** Unfortunately, your bank returned your funds at a later time near the deadline that is not within our capabilities of predicting. If you were unable to withdraw your US Dollars by the deadline, there is nothing more we can do for you at this time.

**Another lie. Bank never got the funds.**

**Creditor's money never left Bittrex. Her bank received nothing because Bittrex stopped her successful withdrawal. Her bank had nothing to "return back."**

**withdrawal to Creditor's bank. It couldn't have rejected or reversed what it didn't have.**

The screenshot above is of the part of Bittrex's May 4 reply with three more statements Bittrex knew were lies.

Plaintiff's bank never sent Bittrex a message about anything, and did not tell Bittrex anything about an "invalid account number." Or anything else.

**Text of the May-4 Lie:**

> 5/4/2023, 1:00 PM
>
> "We understand your frustration. However, your previous USD
> withdrawal was not successful as it was rejected by your bank and
> returned back to Bittrex due to an invalid account number.
> Unfortunately, your bank returned your funds at a later time near
> the deadline that is not within our capabilities of predicting.
> If you were unable to withdraw your US Dollars by the deadline,
> there is nothing more we can do for you at this time."
> Then tagged the matter as "Solved."

**Withdrawal Allowlist Allows Plaintiff's Bank – No Invalid Bank Account**

According to Plaintiff's "Withdrawal Allowlist" – shown in the next screenshot – as of April 20, 2023, Plaintiff's bank account was still connected to her Bittrex account as it had been for years with no changes, and withdrawals to it were still allowed.



 This screenshot shows that, as of April 20, Plaintiff's bank account was still connected to her Bittrex account as it had been for about nine years with no changes, and withdrawals to it were still "allowed" at the time of the theft.

Plaintiff's last two withdrawals to that account were on March 28 and March 6. See the next section and its screenshots.

## Plaintiff's Bank Received Nothing From Bittrex

The screenshots below show that Plaintiff's bank received nothing from Bittrex after March 28.

Plaintiff's bank researched Bittrex's statements that Plaintiff's bank:

- · LIE - received her April-14 withdrawal,
- · LIE - reversed the withdrawal,
- · LIE - returned the funds to Bittrex,
- · LIE - sent Bittrex one or more messages after April 14, and
- · LIE - told Bittrex that the bank stated a reason for the reversal: "Invalid account number".

All of these statements by Bittrex are lies.

They aren't and can't be true because the bank never received Plaintiff's April-14 withdrawal from Bittrex, so never reversed anything from Bittrex. Plaintiff's bank never sent any message to Bittrex about anything.

**Plaintiff's Bank's Research Into Bittrex's Lies**

Plaintiff's bank's research "FOUND NO RECORDS OF RECEIVING ANY WIRE TRANSACTIONS FROM BITTREX INC" to Plaintiff's account "ON APRIL 14, 2023." See screenshots below.

Plaintiff sent her bank the screenshots related to Bittrex's untruthful and absurd messages. Her bank researched their records and sent Plaintiff the research report shown in a screenshot and a text-copy of the email shown below.

The bank's research-report shows that the last two times Plaintiff withdrew from Bittrex to this bank were March 28 and March 06. These two withdrawals, and all withdrawals before that for nine years, were to the account number that Bittrex falsely said the bank had told them was "invalid."

```
Subject: San Francisco Federal Credit Union - Completed Wire Transaction
Research 04/14/23

Date: Wed, 10 May 2023 19:21:45 +0000

From: Card Services <Card_Services@SanFranciscoFCU.com>

To: ******@*******.com

Dear Ms. Sharp,

This e-mail confirms the following:

The San Francisco Federal Credit Union completed the research and found
no records of receiving any wire transactions from BITTREX INC to your
account on April 14, 2023.
As of today, May 10, 2023, the below records are the most recent wire
transactions that the San Francisco Federal Credit Union received from
BITTREX INC and posted to your account.
03/28/2023   INCOMING WIRE-BITTREX INC     $978.28
03/06/2023   INCOMING WIRE-BITTREX INC     $803.05

Please provide a wire IMAD number for further research, if needed.
Sincerely,
San Francisco Federal Credit Union
770 Golden Gate Avenue, San Francisco, CA 94102
Phone: 800.852.7598 | Fax: 415.447.2212
www.SanFranciscoFCU.com
```

Subject: San Francisco Federal Credit Union - Completed Wire Transaction
Research 04/14/23

Date: Wed, 10 May 2023 19:21:45 +0000

From: Card Services ⎯⎯⎯⎯⎯⎯⎯

To: ⎯⎯⎯⎯⎯@⎯⎯⎯⎯⎯*.com ⎯⎯⎯⎯⎯⎯

Dear Ms. Sharp,

This e-mail confirms the following:

The San Francisco Federal Credit Union completed the research and found
<u>no records of receiving any wire transactions from BITTREX INC to your</u>
<u>account on April 14, 2023.</u>
As of today, May 10, 2023, the below records are the most recent wire
transactions that the San Francisco Federal Credit Union received from
BITTREX INC and posted to your account.
03/28/2023        INCOMING WIRE-BITTREX INC      $978.28
03/06/2023        INCOMING WIRE-BITTREX INC      $803.05

Please provide a wire IMAD number for further research, if needed.
Sincerely,
San Francisco Federal Credit Union
770 Golden Gate Avenue, San Francisco, CA 94102
Phone: 800.852.7598 | Fax: 415.447.2212
www.SanFranciscoFCU.com

**Screenshot of research report Plaintiff received from her bank. It's another proof that Bittrex
lied about the bank and the April-14 withdrawal.**

Plaintiff's bank asks for "a wire IMAD number".
Why? What is the TxID for? See TxID on page 9.
Did Bittrex make up a fake TxID?

**Plaintiff's Bank Statement Also Shows Her Bank Didn't Receive The April-14 Withdrawal**

Plaintiff's April-14 wire isn't there. Bittrex blocked it.

Plaintiff's March-28 wire transfer from Bittrex was not blocked.

See the next screenshot.

| DATE | DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|------|-------------|-------------|----------|---------|
| **24** Apr, 2023 | Withdrawal Transfer To Share 0023 Online 04/24/2023 05:29:39 Ref# 54575 Post Date: 04/24/2023 | -$86.00 | - | $105.02 |
| **03** Apr, 2023 | Withdrawal Transfer To Share 0023 Online 04/03/2023 00:53:52 Ref# A580C Post Date: 04/03/2023 | -$44.00 | - | $191.02 |
| **31** Mar, 2023 | Withdrawal Post Date: 03/31/2023 | -$360.00 | - | $235.02 |
| **29** Mar, 2023 | Withdrawal Post Date: 03/29/2023 | -$500.00 | - | $595.02 |
| **28** Mar, 2023 | Withdrawal Incoming Wire Fee Post Date: 03/28/2023 | -$10.00 | - | $1,095.02 |
| **28** Mar, 2023 | Deposit INCOMING WIRE-BITTREX INC Post Date: 03/28/2023 | - | $978.28 | $1,105.02 |

**May 16, 2023, screenshot of Plaintiff's bank statement.**
**Shows nothing came from Bittrex after MARCH 28.**

**List of Bittrex's Defamatory Lies Just About Plaintiff's Bank (possibly incomplete)**

Bittrex's LIES about Plaintiff's bank include:

1) LIE: It wasn't Bittrex who stopped Plaintiff's April-14 withdrawal from going to her bank; it was Plaintiff's bank who did that.
2) LIE: Plaintiff's bank received the withdrawal -- which Bittrex had stopped in order to PREVENT her bank from receiving it.
3) LIE: Plaintiff's bank had Plaintiff's withdrawal on or shortly after the April-14 withdrawal date, but didn't put it in her bank account.
4) LIE: Plaintiff's bank kept the withdrawal out of Plaintiff's bank account until about April 27.
5) LIE: Plaintiff's bank is the reason Plaintiff's money was completely missing from April 14 until April 27 – three days after their deadline for wire-transfer withdrawals and a few hours before their deadline for ACH withdrawals – on which day Bittrex allowed the amount of Plaintiff's withdrawal to display in Plaintiff's account for two days but also set her account so she couldn't access the money and then closed her account on April 29 or 30.
6) LIE: Plaintiff's bank sent Bittrex a message about this on April 27. It's worth pointing out here that Plaintiff's bank never, in nine years, sent Plaintiff any message about anything concerning Plaintiff at any time, ever, but one of Bittrex's lies is that the bank did send

Bittrex a message about this withdrawal money that Bittrex stole by NOT sending it to her bank.

7) LIE: The non-existent message that Bittrex said it received from Plaintiff's bank told Bittrex (but not Plaintiff) that Plaintiff's bank "rejected" and "reversed" the withdrawal,

8) LIE: The non-existent message that Bittrex said it received from Plaintiff's bank said that "the reason" for "rejecting" and "reversing" was "Invalid account number."

## Closed Plaintiff's Account Without Returning The Money

Per announcements that Bittrex started issuing on March 31, Bittrex declared the company closed on April 30.

Also on April 30, Bittrex closed Plaintiff's account.



## Demand Letters Sent

Before sending demand letters, Plaintiff sent Bittrex notices almost daily from April 19 to April 26 about her dispute with Bittrex's fraudulent acts, and also after April 27 when she finally received fraudulent messages from Bittrex, and after Bittrex took Plaintiff's money and fraudulently blamed it on Plaintiff "missing the deadline."

Plaintiff sent Bittrex notices demand letters electronically and by mail. Specifically:

Via the Zendesk support thread with which she was corresponding with Bittrex.

On May 3 and May 8. See screenshot below.

and

On May 8, May 9, and May 16, plaintiff sent three more brief but explicit demands inside additional support tickets.

Via USPS:

On May 3, Plaintiff also mailed printed copies of the demand letter to two o Bittrex's publicly-listed corporate addresses. Cost was $54.15.

Bittrex has refused to receive and sign for the mailed envelopes. According to USPS tracking, these two items have been sitting in a Seattle USPS location since May 4 and May 6, and have not been returned to plaintiff. See screenshots below.

USPS Overnight
https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=EI502 303864US%2C

USPS Priority
https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=7022 33300000061773837%2C

Multiple notices of dispute and formal demand for payment sent five times.

Bittrex has refused to cooperate.

## Compliance with Section 19.2 (a) of Bittrex's Terms of Service

The contents of this section of this document confirm that Plaintiff complied with Section 19.2 (a) of Bittrex's Terms of Service, Notice of Dispute provisions. End of the demand letter:

*…I demand that Bittrex immediately return my $2803.96 to me, and also refund the $25 fee it charged me for processing a successful withdrawal that it interfered with, reversed, and caused to fail. Total due: $2828.96.*

*To make this payment, you can:*
  1) *Allow the April-14 successful withdrawal to my bank account to go through, or*
  2) *Mail to the following address a cheque or other non-cash payment, payable to Andrea Sharp:*

  *Andrea Sharp*
  *268 Bush Street #2520*
  *San Francisco, California, 94104*
  *and promptly notify me of the tracking number of the package that contains the cheque.*

*If you don't make the full payment immediately, I will take legal action against you.*

## DEMANDS FOR RETURN OF THE MONEY TAKEN

5/16/23, 9:19 AM                                    (1) New Ticket from Travis: Flag Withdrawal Issues — Bittrex Support

Annie (Andrea) Sharp
a few seconds ago

TO: BITTREX

FROM: ANDREA SHARP

DATE: MAY 03, 2023

RE: DEMAND FOR RETURN OF MY $2828.96

**Demand letter Creditor sent to Bittrex on May 3 and May 8 via the Zendesk support ticket.**

**She sent three more demands inside additional Zendesk support messages on May 8, May 9, and May 16.**

**She also mailed it via USPS Overnight and Priority to two publicly-listed corporate Bittrex addresses.**

**No success.**

Bittrex

6077 S Fort Apache Rd STE 100

Las Vegas, NV 89148-5580

701 Fifth Avenue, Suite 4200

Seattle, Washington 98104

Re: Demand For Immediate Return Of $2828.96

To Bittrex:

On April 14, to fully comply with Bittrex's announcement that customers must withdraw their US dollars from Bittrex before midnight Apr 27/28, I withdrew all of my US dollars by wire transfer to the only bank account I've ever set up and used with Bittrex.

Bittrex confirmed that the wire-transfer withdrawal was successful in at least three ways. Copies of Bittrex's confirmations that the withdrawal was successful are attached to this support-thread.

The amount I withdrew is $2803.96. That's the amount remaining after Bittrex deducted a fee of $25 for servicing the withdrawal.

**The money from my successful withdrawal on April 14 was not put into my bank account. Bittrex ignored my requests for help with this problem, did things that made the problem worse, and then closed my account. Bittrex still has my money.**

https://bittrex.zendesk.com/hc/en-us/requests/2107575?page=1                                      16/1

5/16/23, 9:19 AM                                    (1) New Ticket from Travis: Flag Withdrawal Issues — Bittrex Support

I demand that Bittrex immediately return my $2803.96 to me, and also refund the $25 fee it charged me for processing a successful withdrawal that it interfered with, reversed, and caused to fail. Total due: $2828.96.

To make this payment, you can:

• Allow the April-14 successful withdrawal to my bank account to go through.

or

• Mail to the following address a cheque or other non-cash payment,

payable to Andrea Sharp:

Andrea Sharp

268 Bush Street #2520

San Francisco, California, 94104

*and promptly notify me of the tracking number of the package that contains the cheque.*

If you don't make the full payment immediately, I will take legal action against you.

Delivered via the Bittrex/Zendesk support website, and "signed," on May 3. 2023, 6:15 AM PDT, by:

/Andrea Sharp/

> If you don't make the full payment immediately, I will take legal action against you.
>
> Delivered via the Bittrex/Zendesk support website, and "signed," on May 3, 2023, 6:15 AM PDT, and again on May 8, 2023, at 9:12 AM PDT, by:
>
> /Andrea Sharp/
>
> **May 8 demand letter was exactly the same as the May 3 demand letter except for the last sentence, which adds the second date and time.**

**Demand Letter Sent Twice Via Bittrex's Zendesk support system.**

Plaintiff sent copies of her formal demand letter to Bittrex via both USPS and the Zendesk support thread with which she was corresponding with Bittrex.

No success.

The screenshot above is of the demand letter Plaintiff sent to Bittrex on May 3 and May 8 via Bittrex's Zendesk support ticket, and via USPS to two Bittrex corporate addresses.

Bittrex has ignored Plaintiff's demand that Bittrex return the money they stole from her.

**Three More Brief Demands Inside Support-Desk Correspondence**

Plaintiff sent three more brief but explicit demands inside additional Zendesk support messages on May 8, May 9, and May 16.

Bittrex has refused to cooperate with these additional demands that they return the money they stole from her.

## Demand Also Sent Via USPS

Plaintiff also mailed printed copies of the demand letter to two of Bittrex's publicly-listed corporate addresses – but Bittrex has refused to receive and sign for them.

**The Addresses Plaintiff Used For the USPS Mailings Are Publicly Listed as Bittrex's Addresses As of May 19, 2023.**

## LAS VEGAS ADDRESS



cryptonews.com/reviews/bittrex

Company address: Bittrex LLC, 6077 S. Ft. Apache Rd, Suite 100, Las Vegas, NV 89148 Pros & Cons Excellent security credentials Fast transactions and...

OPEN      OPEN IN NEW TAB      OPEN ANONYMOUSLY            MORE

Bittrex, Inc. | Better Business Bureau...          by Yahoo

bbb.org/us/nv/las-vegas/profile/virtual...

6077 S Fort Apache Rd STE 100, Las Vegas, NV 89148-5580 Headquarters 701 5th Ave, Seattle, WA 98104 BBB File Opened: 8/30/2017 Years in Business: 6...

## SEATTLE ADDRESS

Contact Us – Bittrex Support          by Yahoo

bittrex.zendesk.com/hc/en-us/articles/...

We are located in Seattle, Washington at: Bittrex Incorporated 701 5th Ave Ste. 4200 Seattle, WA 98104-3100. Customer Support.

OPEN      OPEN IN NEW TAB      OPEN ANONYMOUSLY            MORE

State License and Disclosure Information – Bi...          by Yahoo

bittrex.zendesk.com/hc/en-us/articles/...

You may write to Bittrex at 701 5th Ave, Suite 4200, Seattle, Washington 98104. If your issue is unresolved by Bittrex, Inc. at 206-413-8559, please...

OPEN      OPEN IN NEW TAB      OPEN ANONYMOUSLY            MORE

Bittrex - Overview, News & Competitors | Zoo...          by Yahoo

**USPS Overnight and Priority Mail Not Received After Over 20 Days - Bittrex Dodging?**



## Plaintiff Asked Bittrex For A Physical Address That Will Work – Bittrex Refused

In an effort to be able to get USPS mail to Bittrex, Plaintiff wrote to Bittrex on May 17 via a new ticket on Bittrex's Zendesk system.

Her message said:

> I'm a creditor in Bittrex's bankruptcy.
> What is Bittrex's street physical mailing address for Bittrex bankruptcy creditors?
> Today is May 17. It's 9:10 pm PDT.

Bittrex replied, but refused to provide a valid address for Bittrex creditors, as Plaintiff requested.

```
Subject: [Bittrex Support] Re: Category is not "Account Disabled." I just need a
mailing address.
Date: Thu, 18 May 2023 05:18:44 +0000
From: Bittrex Support <support@bittrex.zendesk.com>
Reply-To: Bittrex Support <support+id3189248@bittrex.zendesk.com>
To: Annie (Andrea) Sharp <**********@********.com>

##- Please type your reply above this line -##

Your request (3189248) has been solved. To reopen this request, reply to this
email or click the link below:
https://bittrex.zendesk.com/hc/requests/3189248
```

Here's the resolution of your ticket:

`<br>`------------------------------------------------

Anna Marc, May 17, 2023, 22:18 PDT

Hi ***[Andrea Sharp]***

Please note that you will be notified about the details later, as currently, the only information available is the one outlined below.

Having previously announced that Bittrex U.S. would be ceasing all operations effective April 30th, we have now made the difficult decision to file Chapter 11 bankruptcy.

This announcement does not impact Bittrex Global, which will continue operations as normal for its customers outside the U.S.

For customers who did not withdraw their funds from the platform prior to the end of April, your funds remain safe and secure, and our main priority is to ensure that our customers are made whole. While the bankruptcy court will ultimately decide the method by which those funds can be claimed by and distributed to our customers, we intend to ask the court to activate those accounts as soon as possible so that customers meeting the necessary regulatory requirements will be able to withdraw them.

Please visit our website or the Bittrex app during this process, as we will provide additional information as we receive it. Affected customers will also receive information directly from the bankruptcy court.

We have also retained Omni Agent Solutions to provide email and website updates to customers. You can find additional information, free of charge, at https://omniagentsolutions.com/Bittrex.

Best Regards,

Anna Marc @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

**Bittrex seems to be intentionally dodging demand letters, service of process, and all other correspondence plaintiffs and creditors need to send them.**

## Bittrex Stopped Communicating With Plaintiff About The Fraud

In spite of Plaintiff's requests that Bittrex stop closing the ticket and tagging it as as "Solved," Bittrex permanently closed that ticket. Plaintiff used the option to create a "Follow-Up Ticket," but Bittrex refused to discuss the problem of the frauds and theft, and referred Plaintiff to their agent for legal administration of their bankruptcy, as if stealing Plaintiff's withdrawn money, and lying about it, is routine and legal, and as if stolen money can be treated as an innocent business liability in bankruptcy.

Bittrex has refused to specify how and when Bittrex – not a bankruptcy court – will return the money Bittrex stole from Plaintiff by means of fraud, and which Bittrex keeps repeatedly saying is "safe." Bittrex refuses to address the problem of fraud and theft of Plaintiff's money.

## Arbitration - Plaintiff Followed Bittrex Terms of Service, Bittrex Did Not

Pursuant to Bittrex's Terms of Service, which say disputes must be settled by arbitration with the arbitration firm chosen unilaterally by Bittrex, Plaintiff sent Bittrex, and Bittrex confirmed receipt of, a Notice of Intent to Arbitrate at the firm of Bittrex's choice.

Bittrex refused to cooperate with the arbitration process.

See page 53, Exhibit 2 – Plaintiff's "Notice of Intent to Arbitrate".

Bittrex ignored the letter and the standard procedure to contact the arbitration firm upon receipt of the Notice. Their only reply to the Notice was:

```
Emma, May 25, 2023, 10:51 PDT

Thank you for your patience. Please refer to section II
Customers in the following FAQ sheet:
https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/c5f
e1a9d-9514-43d2-9c7e-2b25432d2d0e_Bittrex-FAQs.pdf.

We expect users will be able to self-withdraw similar to the
April winddown period without incurring additional expenses
shortly after the judge rules on our motion.

We apologize for the inconvenience.

Best Regards,
Emma @ Bittrex
```

## Breach of Contract - Arbitration Agreement

Bittrex breached the arbitration clause of its Terms of Service contract with Plaintiff.

The following list explains Bittrex's breach of its arbitration clause. It was first prepared as a formal pleading for the court, but because Plaintiff finds herself forced to present all of her proof of frauds directly to the bankruptcy court, the pleading format has been removed. But the facts listed in the breach-of-contract complaint follow.

1.    Andrea Sharp (Plaintiff), an individual, and Bittrex, Inc., a financial services company with fiduciary licenses throughout the United States (Defendant), entered into agreement of Defendant's Terms of Service (TOS) in 2014 or 2015.

2.      When Plaintiff registered to be a Bittrex customer, Defendant required that Plaintiff agree to Defendant's TOS.

3.      Defendant's current [7] Terms of Service (TOS) say disputes must be resolved by arbitration.  Defendant's TOS say:

> **19.2 Arbitration of Disputes.** *With only limited exceptions as described in Section 19.3, all Disputes between you and Bittrex must be resolved by binding arbitration and not in a court of general jurisdiction.*
>
> *(a)* **Notice of Dispute.** *For any Dispute that you have against Bittrex, you agree to first contact Bittrex and attempt to resolve the claim informally by sending a written notice of your claim ("Notice") to Bittrex by filing a support ticket at https://support.bittrex.com. The Notice must (i) include your name, residence address, email address, and telephone number; (ii) describe the nature and basis of the Dispute; and (iii) set forth the specific relief sought. Any notice by Bittrex to you will be similar in form to that described above. If you and Bittrex cannot reach an agreement to resolve the Dispute within thirty (30) days after receiving such Notice, either party may submit the Dispute to binding arbitration as provided herein.*

4.      In complete conformance with the TOS's Section 19.2(a) "Notice of Dispute" requirements, Plaintiff sent Defendant written dispute notices and demands for return of her money numerous times.

5.      In complete conformance with the TOS, Plaintiff's dispute notices and demands for the return of her money:

- were sent to Defendant via a support ticket at https://support.bittrex.com,
- included her name, residence address, email address, and telephone number;
- described the nature and basis of the dispute;
- specified the specific amount of her money that Defendant took from her without justification or authority, and
- demanded that Defendant return her money to her immediately.

---

[7] Defendant's current TOS contract (Version 5) was changed (from Version 4) by Defendant 18 days before May 22, 2023, according to the website location where Plaintiff found on May 22 that Bitrex publishes their TOS. Defendant never notified Plaintiff of these changes to their TOS, nor of the other changes that Defendant made to their TOS over the years. The TOS that Plaintiff agreed to was the version that was current when she signed up for Defendant's services around 2014. Plaintiff disregarded this fact and, to try to resolve the dispute, proceeded to honor Defendant's current TOS and its arbitration clause.

See Exhibit 2.

6.    On March 31 or April 1, 2023, Defendant publicly announced that they were going to close Bittrex, Inc. at the end of April, and ordered all customers to withdraw their US-dollar (USD) funds no later than April 24 if by wire transfer, and no later than April 27 if by ACH.

7.    In complete conformance with this order, Plaintiff withdrew USD $2803.96 by wire transfer from her Bittrex account to her bank account on April 14.

8.    Defendant confirmed the withdrawal was successful in at least three ways. Defendant charged Plaintiff $25 for the withdrawal service.

9.    In the preceding eight or so years in which Plaintiff used Defendant's withdrawal services, all were successful, and all almost all were completed in about 24 business hours.

10.    The cause of the dispute to be settled in arbitration is that Plaintiff's money never arrived in her bank account, and Defendant's excuses were fraudulent.

11.    From April 19 to May 16, Plaintiff's numerous messages to Defendant about the problem notices of dispute, and demands for payment didn't result in Defendant returning Plaintiff's money to her.

12.    Defendant's scarce eventual replies were untruthful, and off-topic.

13.    Defendant's own documentation shows that Defendant still had Plaintiff's money on April 28, a day or two before Defendant closed Plaintiff's account and shut down the company.

14.    On May 24, Plaintiff sent Defendant a Notice of Intent to Arbitrate (the Notice) that included all required points and information.

15.    Defendant received the Notice on Date: Wed, 24 May 2023 19:53:43 +0000

16.    In complete conformance with Defendant's TOS, Judicial Dispute Resolution, LLC, of Seattle, Washington, was identified as the firm that would handle the arbitration.

17.    The Notice informed Defendant that the arbitration firm that will handle the arbitration is the Judicial Dispute Resolution, LLC, of Seattle, Washington.

18.     The Notice provided Defendant with the full contact information of Judicial Dispute Resolution, LLC.

19.     To proceed with the arbitration process, the Notice told Defendant to contact Judicial Dispute Resolution, LLC when they received the Notice.

20.     Defendant's responded to Plaintiff on Date: Thu, 25 May 2023 17:51:10 +0000

21.     Defendant's response ignores their legal obligation to proceed to settle the dispute by means of arbitration.

> It says: *"Thank you for your patience. Please refer to section II Customers in the following FAQ sheet: https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/c5fe1a9d-9514-43d2-9c7e-2b25432d2d0e_Bittrex-FAQs.pdf. We expect users will be able to self-withdraw similar to the April winddown period without incurring additional expenses shortly after the judge rules on our motion."*

22.     The judge that's referred to there is a judge for the bankruptcy that Defendant announced on May 8, 2023, that they had filed for. The next bankruptcy hearing is scheduled for June 7. See https://cases.omniagentsolutions.com/?clientId=3662. Defendant, who has been extremely and provably dishonest with Plaintiff since April 14, now wants Plaintiff to believe that a) Defendant was not wrong to take Plaintiff's money and lie about it in the first place; b) the fate of the money they unlawfully took from her can be lawfully adjudicated in their bankruptcy, which it lawfully cannot be; c) a judge in that bankruptcy might – as early as June 7 – let Defendant briefly reopen customers' accounts; d) Defendant can be trusted to *then* let customers withdraw money that Defendant prevented them from withdrawing in April; e) that there will be no continuances or delays with and after the June 7 bankruptcy hearing in which they say they hope will happen; f) that the fraudulent taking of Plaintiff's money means Plaintiff is now a creditor in their bankruptcy which transforms stolen money into an ordinary, non-criminal business liability that a judge might deem dischargeable if Plaintiff doesn't independently discover how to legally respond and invest the time and money to do that.

23.     On the valid assumption that Plaintiff's extensive, professionally-documented proof of Defendant's fraud and theft results in an arbitrator deciding in Plaintiff's favor, and

if Plaintiff isn't permitted to submit the documented proof itself directly to the bankruptcy judge, Plaintiff needs to submit to the court the arbitration award that verifies the judgment.

24.     According to the US Bankruptcy Code [8], the debt Plaintiff seeks to recover from Defendant by means of arbitration isn't dischargeable by bankruptcy, so shouldn't be classified as a "liability" in Defendant's bankruptcy processes.

25.     This is because Defendant's debt was incurred by unlawful means. Plaintiff will provide in arbitration extensive documentation, most of which came directly from Defendant, that clearly supports this fact.

26.     In addition, the debt Defendant incurred with Plaintiff can't be discharged in bankruptcy. By law, Defendant owes and will owe the debt to Plaintiff no matter what happens in Defendant's bankruptcy.

27.     Defendant is obliged by their own TOS to settle disputes by arbitration.

28.     Defendant has breached the arbitration requirements of their TOS-contract with Plaintiff by refusing to proceed with the arbitration process that Plaintiff properly initiated with the Notice of Intent to Arbitrate that Defendant acknowledged receipt of on May 25, 2023.

29.     In her effort to recover the money Defendant took from her, and to protect herself from Defendant's continuous fraud and dishonesty, Plaintiff is forced to file this Breach of Contract Claim.

30.     Plaintiff's claim is for $2828.96, plus 10% interest, damages, legal fees, and other costs such as those listed in the May-24 Notice.

## Breach of Contract - 90-Day Notice to Withdraw

Bittrex's Terms of Service contract requires that Bittrex provide customers with 90 days' notice to withdraw, but they provided only 30 days.

---

[8] (U.S. Bankruptcy Code
US Bankruptcy Code § 523(a)(2); § 523(a)(4); § 523(a)(6); § 523(a)(11).

*"Bittrex will use commercially reasonable efforts, unless prohibited in order to comply with applicable laws or regulations or by order of law enforcement or other governmental authority, to provide you with a period of ninety (90) days to remove the affected Tokens from your Hosted Wallet and any fiat currency from your Bittrex Account."*

## Breaches of Fiduciary Duties

In addition to returning the money that someone with very high-level clearance at Bittrex stole by means of manually interfering with Plaintiff's withdrawal, putting her funds somewhere else, blatantly lying about it, intentionally delaying in order to try to fake an excuse for stealing, making up absurd and impossible support-messages, making defamatory statements about Plaintiff's bank, making changes to Plaintiff's Bittrex account-interfaces that prevented her from accessing tools related to this problem, and other illegal interactions with Plaintiff and Plaintiff's money and Bittrex account, and keeping Plaintiff's money for themselves, and in addition to paying for Plaintiff's costs to recover it, Bittrex should also pay punitive damages for its:

- intentional fraud,
- intentional misrepresentation,
- intentional deceit,
- intentional interference with a customer's withdrawal,
- intentional placing of customer's money into an unknown account controlled by Bittrex,
- intentional locking up of a customer's money so she can't get it,
- intentional theft,
- fraud while acting in a fiduciary capacity to Plaintiff
- fraud while acting in a fiduciary capacity to a bank,
- fraud that was willful and malicious,
- fraud that resulted in harm to Plaintiff,
- fraud that resulted in harm to Plaintiff that exceeds the loss of the sum stolen...

### Bittrex's Frauds While Entrusted as a Fiduciary

Bittrex's breaches of fiduciary laws, duties, and principles also include:

- fraud while acting in a fiduciary capacity to Plaintiff,
- fraud while acting in a fiduciary capacity to a bank,
- fraud that was willful and malicious,
- fraud that resulted in harm to Plaintiff,
- fraud that resulted in harm to Plaintiff that exceeds the loss of the sum stolen.

That's not a complete list.

## Licenses Throughout The US - Violated

FinCen: *"...an administrator or exchanger is an MSB under FinCEN's regulations, specifically, a money transmitter, unless a limitation to or exemption from the definition applies to the person."* https://www.fincen.gov/resources/statutes-regulations/guidance/application-fincens-regulations-persons-administering

To maintain state licenses, Bittrex was subject to state requirements designed to protect consumers and to hold Bittrex to its fiduciary duties as a money-services business. Evidence of good character of top executives may have been examined. The company may have had to prove it had sufficient surety bonds, and or minimum net worth, and or collateral.

Bittrex lists (as of mid-May) U.S. states in which it has or had licenses to serve as a financial fiduciary here:

https://bittrex.zendesk.com/hc/en-us/articles/360001491866-State-License-and-Disclosure-Information

Because they are *money services businesses*, money services businesses take security of their customers' money very, very seriously.

But what does Bittrex tell their Washington-state customers on their web page about state licensure (link above)? Emphases added:

> As noted in our Terms of Service, <u>you are exclusively responsible for ensuring the security of your account</u>, your own trades, trade cancellations, deposits, and withdrawals <u>and are responsible for any errors or liabilities incurred</u> therein. In the event of such errors, you should contact us as soon as possible and we will attempt to assist, but make no representations that we will be able to correct such mistakes.

Screenshot:

**Washington State**

- A schedule of all fees charged by Bittrex is here: https://bittrex.zendesk.com/hc/en-us/articles/115003684371-BITTREX-SERVICE-FEES-AND-WITHDRAWAL-LIMITATIONS

- The products and services provided are not insured or guaranteed by an agency of the United States.

- As noted in our Terms of Service, the transfer of virtual currency is irrevocable. All trades are final. Our cross-chain deposit policy can be found here: https://bittrex.zendesk.com/hc/en-us/articles/115000961172-Bittrex-s-Crosschain-Recovery-Policy   ==Customer is responsible for *Bittrex*'s security failures and theft? For *Bittrex*'s errors and liabilities?==

- As noted in our Terms of Service, <u>you are exclusively responsible</u> for ensuring the security of your account, your own trades, trade cancellations, deposits, <u>and withdrawals</u> and are responsible for <u>any errors or liabilities</u> incurred therein. In the event of such errors, you should contact us as soon as possible and we will attempt to assist, but make no ==Plaintiff contacted Bittrex early morning April 19 about the disappeared April-14 withdrawal.== representations that we will be able to correct such mistakes.

- Fraudulent transactions may result in the loss of your money with no recourse. ==*Bittrex*'s *fraud* may result in customers' money being stolen by Bittrex?==

## Bittrex-US Executives

Names of Bittrex principals responsible for company operations include:

- Richie Lai
- William Shihara
- Rami Kawach
- Mike Carter

- Paul Arthur
- David Maria
- Paul Midgen
- Jim Waschak

### Lies In CEO's Farewell Letter

While Bittrex was stealing Plaintiff's money, a letter from Bittrex's CEO was published on the Bittrex website that contained untruthful statements. Three statements said customers' funds were safe and secure. It also announced a withdrawal deadline that was after the actual deadlines.

### CEO Announced Deadline That Was After The Actual Deadlines

The CEO's letter announced a withdrawal deadline that was three days after the actual deadline for ACH withdrawals, six days after the actual deadline for wire-transfer deadlines, and one day

after the actual deadline for crypto withdrawals. The letter says customers should withdraw funds by April 30.

Plaintiff withdrew her funds on April 14. Plaintiff was not affected by Bittrex's conflicting announcements  about withdrawal deadlines.



5/5/23, 6:05 PM                                    Important Message For Bittrex U.S. Customers = Bittrex Support

As previously announced, as of April 30, 2023, all Bittrex operations in the **Funds have been stolen.** United States have ceased. State regulations prohibit us from keeping accounts open for withdrawals past April 30th, however, your funds remain safe and secure. Please contact our support team with any requests regarding accessing and withdrawing remaining assets in your account.

**Support requests were ignored. Replies were lies and impossible. Support kept tagging ticket as "solved," then permanently closed it.**

## Important Message For Bittrex U.S. Customers

Updated 2 days ago **Updated May 3. Published March 31 or April 1.**

Today is a bittersweet day. This month we turned nine years old; and while I am excited and proud that we've come this far, I am also very sad. Today, Bittrex is beginning the process of winding down its U.S. operations. Don't worry – all customer funds are safe and available to withdraw; however, it's just not economically viable for us to continue to operate in the current U.S. regulatory and economic environment.

Back in 2013, when the three of us built Bittrex, it was about technology. Taking nascent crypto technology and making it better with our vast experience of enterprise software and security knowledge. We built technology that was ahead of everyone at the time. Full-service API. Near instant atomic transactions. Wallet infrastructure, handling more wallets than anyone. Offline cold wallet solutions. We've never lost funds or been hacked. It was technology, simple and elegant. We said we would be the most secure and fairest trading platform out there while treating our customers fairly. No hidden deals. No special treatment. We never took shortcuts. Nine years later, the crypto ecosystem is very different. Regulatory requirements are often unclear and enforced without appropriate discussion or input, resulting in an uneven competitive landscape.

In the end, we made great strides toward accomplishing our goal of maturing the crypto space. However, operating in the U.S. is no longer feasible and Bill, Rami and I will focus on helping Bittrex Global succeed outside the U.S.

As I mentioned above, all customer funds are safe, here and ready for your retrieval (for users with KYC requirements met). We will permit trading until April 14, 2023, and you should withdraw all your funds by April 30, 2023. A timeline of important dates as well as an FAQ are located here to provide further information. **Plaintiff completed KYC requirements about nine years ago.**

I've truly enjoyed being a part of this revolution and will continue to be involved in this space Thanks to all the Bittrex users over the years that made us who we are.

This screenshot is of Richie Lai's March 31/April-1 announcement that Bittrex-US would close in a month. It contains statements that aren't true. It tells customers that they should withdraw their funds no later than AFTER the deadline for doing so has passed. See next screenshot.

- Bank Account Setup Deadline for Wire Transfers – April 7, 2023, 5 pm PDT
- Trading Deadline – April 14, 2023, 5 pm PDT
- Fiat Wire Withdrawal Deadline – April 24, 2023, 5 pm PDT
- Fiat ACH Withdrawal Deadline – April 27, 2023, 5 pm PDT
- Last Full Day to Withdraw Cryptocurrency – April 29, 2023
- Operations Cease – April 30, 2023, noon PDT

**Here – unlike the April-30 deadline Richie Lai gives in the letter shown above – Bittrex said that the deadline to withdraw by wire-transfer was six days _before_ April 30, namely April 24. And that the deadline to withdraw by ACH was three days _before_ April 30, namely April 27. And that noon, April 30, is when operations completely cease.**

Bittrex enforced the EARLIER deadlines.

The dates BEFORE April 30 are the deadlines Bittrex enforced, not the later deadline of April 30 that the CEO of the company himself publicly stated, in writing, on the Bittrex website, in the misleading letter shown above.

In other words, CEO Richie Lai's letter (shown above) tells customers they would be able to withdraw three days after the last day Bittrex stopped ACH-withdrawal functionality and six days after Bittrex stopped wire-transfer-withdrawal functionality.

(Plaintiff withdrew her money on April 14 via wire-transfer. This was ten days before the wire-transfer deadline.)

**While Saying Customers' Funds Were Safe, Bittrex Was Stealing Money**

The letter also says, three times, that customers' funds are safe. But, as documents herein show, Bittrex prevented Plaintiff's timely, confirmed withdrawal from leaving Bittrex, lied about it, and kept Plaintiff's money.

Messages Plaintiff received from Bittrex Zendesk-support, and other sources, also repeatedly say that Bitttrex-US customers' funds are safe.

Bittrex was stealing from Plaintiff (see the remainder of this document for proof) while these statements continued to be publicly posted on Bittrex's website and were sent to Plaintiff via the Bittrex-Zendesk customer-support system.

## Bittrex's Bankruptcy

On May 8, Bittrex announced that they had completed the work they had been doing (without publicly saying so) of filing for Chapter 11 bankruptcy -- while stealing Plaintiff's money.

Bittrex committed the fraud and theft reported herein while they were doing the work of preparing to file for bankruptcy. They now seem to be pretending that intentionally lying in a conscious effort to steal an honest customer's money is a bankruptcy matter.

Bittrex says in its bankruptcy filing that Bittrex-US's assets are between $500,000,000 and $1,000,000,000. And that its liabilities are also between $500,000,000 and $1,000,000,000.

https://www.investopedia.com/bittrex-exchange-bankruptcy-7495612

Bittrex is going to continue operating Bittrex Global and other non-United-States companies.

Bittrex is borrowing $7 million worth of bitcoin and handing it over to bankruptcy helpers. (Insiders?) Seven million dollars In more debt. While bankrupt.
https://www.reuters.com/markets/deals/bittrex-approved-borrow-7-mln-bankruptcy-loan-bitcoin-2023-05-10

Bittrex is forcing Plaintiff to do the enormous amount of work and go to the enormous expense – which far exceeds the amount stolen – of making a claim in a bankruptcy for money that was stolen from her, as if she were a creditor for a conscious *payment* to Bittrex that Bittrex can't fulfill. Bittrex knows most people won't be able to overcome and will give up on this deceitful, malicious, expensive, time-consuming trick, and hopes it might be a way to get away with the crime of malicious, willful fraud.

## US Bankruptcy Code: Debt Incurred by Fraud Is Not Dischargeable in Bankruptcy

Debt incurred by fraud and theft is not dischargeable in bankruptcy.

See U.S. Bankruptcy Code
§ 523(a)(2) debt incurred by fraud; and
§ 523(a)(4) debt incurred by fraud while acting in a fiduciary capacity; and
§ 523(a)(6) debt incurred by willful and malicious injury); and
§ 523(a)(11) debt incurred by fraud while acting in a fiduciary capacity to a bank.

Bankruptcy courts have the authority to determine the dischargeability of debts in bankruptcy proceedings and to consider evidence from creditors about whether or not debt to them is dischargeable.

*11 U.S.C. § 523(a)(2)(A).*
*(a) A discharge under section 727, 1141, 1228(a), 1228(b), or 1328*

*(b) of this title does not discharge an individual debtor from any debt-*
> *(2) for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by–*
>> *(A) false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition[.]*

## Fraudulent Use Of Bankruptcy - No Right To Money Acquired By Fraud

Bittrex has no right to keep or discharge money it took unlawfully.

Bankruptcy doesn't transform stolen money into a business transaction. Bittrex is using bankruptcy to pretend their malicious, willful fraud was somehow lawful.

To call money they know they stole a "debt" in a court of law is yet another example of Bittrex's audacity and recklessness. Stolen money is not a bankruptcy "debt".

Bittrex is trying to use the bankruptcy process in a fraudulent (criminal) way. They're trying to find a way to keep money they stole from Plaintiff for themselves, and not return it or be punished for stealing it. To try to get a bankruptcy court to treat stolen money as a routine business liability is to pile more deceit on all the previous deceit.

## Dishonesty of Bittrex's Bankruptcy

When Bittrex instructed customers to withdraw their money from March 31/April 1 to April 30, they did not announce that at that time they were doing the hard work of preparing to file for Chapter 11 bankruptcy. The bankruptcy announcement was not made until May 8, after the fraud and theft that Bittrex committed (proven herein) against Plaintiff had already happened.

In spite of this fact, Bittrex's messages directly to Plaintiff, and messages on their website, repeatedly tell Plaintiff and Bittrex's similarly-damaged customers not to worry, and that funds that Bittrex took unlawfully are "safe," and insinuate if not explicitly state that the bankruptcy court will work everything out so those whose money Bittrex stole will get their money bank.

They said this while demonstrating that in reality Plaintiff's money was NOT safe, blatantly committing fraud, stealing Plaintiff's money, and filing for bankruptcy in order to prevent Plaintiff and Bittrex's creditors – including those they stole money from – from recovering the money Bittrex owes them.

Bittrex was doing the work of preparing for bankruptcy while simultaneously stealing Plaintiff's money, and also assuring Plaintiff and the public that customers' funds were safe – while knowing they were not safe.

## Forced to Participate in Bittrex's Bankruptcy, Plaintiff Perfected Security Interest Per UCC

As stated elsewhere in this document, Bittrex has forced Plaintiff to resort to participating in Bittrex's bankruptcy as if she's a creditor in a legitimate business transaction in order to recover the money Bittrex stole from her. Hence, per the Uniform Commercial Code, Plaintiff filed a financing statement with the state of Washington on May 28.

### Validity of Plaintiff's Perfected Security Interest

According to UCC 9-203(b), for a debt to be secured:

- **The debtor must have received value from the secured party**. True in this case.
- **The debtor must have rights in the collateral**. Bittrex doesn't have a right to keep Plaintiff's money. But Bittrex is taking the position that their debt to Plaintiff is a business liability subject to bankruptcy procedures, as if they do have a right to keep Plaintiff's money and – by mis-using bankruptcy law and court – possibly never returning her money to her. Plaintiff is forced to respond to the bankruptcy proceeding as if the money Bittrex unlawfully took from her is a bankruptcy matter.
- **The debtor must have authenticated the security.**
  See UCC 9-102(a)(7).
  (7) "Authenticate" means:
  (A)  to sign; or
  (B)  **with present intent to adopt or accept a record**, to attach to or logically associate with the record an electronic sound, symbol or process.

  True. By means of its own records in messages Bittrex sent to Plaintiff and published on its website, Bittrex authenticated, adopted, and accepted that the money it took from Plaintiff is secured. See the following sections for details.

#### Bittrex Authenticated by Many Emailed and Public-Announcement Records

The (stolen) money "remain(s) safe and secure..."

> ". . .<u>your funds remain safe and secure, and our main priority is to ensure that our customers are made whole</u>. *[Emphasis added.]* While the bankruptcy court will ultimately decide the method by which those funds can be claimed by and distributed to our customers, we intend to ask the court to activate those accounts as soon as possible so that customers meeting the necessary regulatory requirements will be able to withdraw them."
> https://bittrex.zendesk.com/hc/en-us/articles/10840250329245

> "<u>Don't worry – all customer funds are safe</u> and available to withdraw..."
> "As I mentioned above, all customer funds are safe, here and ready for your retrieval (for users with KYC requirements met)."

https://bittrex.com/discover/important-message-for-bittrex-u-s-customers

```
"Important Information for Bittrex U.S. Customers"
"Why is Bittrex US winding down operations?
Don't worry - customer funds are safe; …."
```
https://bittrex.zendesk.com/hc/en-us/articles/10080271948701
Published May 5, 2023

Also see Exhibit 3:
*May 9 - Asset-Security Agreement that Bittrex Sent Directly to Plaintiff* on page 60
and
*May 18 – Bittrex's Public Security Agreement* on page 61.    AND LETTER MAY 17 ON PAGE 32.

### Bittrex Authenticated by Confirming Successful Withdrawal

In addition, the cause and amount of Plaintiff's security is verified by Bittrex's written records (provided herein) of three confirmations that Plaintiff's April-14 withdrawal was successful.

### Bittrex Authenticated by Acknowledging the Withdrawal and Plaintiff's Demands

Subsequent documentation that shows that Bittrex took the withdrawn money, without authority or justification, for themselves and kept it are additional records that authenticate the secured asset.

### Bittrex Authenticated by Controlling Plaintiff's Money

In addition, per UCC 9-203(b)(3), an enforceable security interest can be established when a debtor is in control of the assets. A lot of information provided in this document shows that Bittrex took control of Plaintiff's assets in this case.

### Bittrex Authenticated by Displaying Plaintiff's Money in her Bittrex Account April 27-29

In addition, Plaintiff's security is verified by what the screenshot on page 14 shows: that Bittrex locked Plaintiff's money up in her Bittrex account on April 27-29, hours before Bittrex closed Plaintiff's Bittrex account completely without returning Plaintiff's money to her.

### Bittrex Authenticated by "Safe and Secure" Notices Directly To Plaintiff and Public

In addition, Plaintiff's security is verified by Bittrex's messages to Plaintiff – shown in *Exhibit 3 – Messages to Plaintiff from Bittrex* on page 60 – in which Bittrex, without acknowledging they're in in unlawful possession of Plaintiff's money, clearly states that the money is "safe and secure" with Bittrex.

### Example 1 of Bittrex's "Safe and Secure" Written Authentication

https://bittrex.com/discover/important-message-for-bittrex-u-s-customers
Still published as of May 29, 2023.
*"Don't worry – all customer funds are safe and available to withdraw..."*

*"As I mentioned above, **all customer funds are safe, here and ready for your retrieval** (for users with KYC requirements met)."*
Note, Plaintiff met KYC requirements at least five years before April, 2023.

### Example 2 of Bittrex's "Safe and Secure" Written Authentication

https://bittrex.zendesk.com/hc/en-us/articles/10840250329245
Public statement that stolen money "remain[s] safe and secure..."
*"For those customers who did not withdraw their funds from the platform prior to the end of April, **your funds remain safe and secure**, and our main priority is to ensure that our customers are made whole. While the Bankruptcy Court will ultimately decide the method by which those funds can be claimed by and distributed to our customers, we intend to ask the court to activate those accounts as soon as possible so that customers meeting the necessary regulatory requirements will be able to withdraw them."*
Note: Plaintiff DID withdraw her funds ten days before Bittrex's deadline.

### Example 3 of Bittrex's "Safe and Secure" Written Authentication

https://bittrex.zendesk.com/hc/en-us/articles/10080271948701
Published May 5, 2023
*"Important Information for Bittrex U.S. Customers*
*Why is Bittrex US winding down operations? … **Don't worry – customer funds are safe**; …"*

See Exhibit 3 –Messages to Plaintiff from Bittrex on page 60.

### Bittrex Does Not Deny Plaintiff's Right to Claim and Perfect the Security

By taking Plaintiff's money[9], acknowledging that they have it, repeatedly telling Plaintiff that her money is safe and secure with Bittrex and stating in various places that all Bittrex-customers' money is safe and secure with Bittrex, and making it clear that they want the money they stole to be called and considered some kind of legitimate business-transaction debt, Bittrex authenticated the security, and are forcing Plaintiff to participate in their bankruptcy as a "creditor," leaving it up to Plaintiff to officially make a claim and perfect her security interest, which she has done.

## Plaintiff's Financing Statement and Proofs of Collateral

See *Exhibit 4 – Plaintiff's Financing Statement to Perfect the Security* on page 63.
It refers the reader to this Proof of Claim document for the complete collateral information.

---

[9] and lying about that in order to try to get a court of law to classify the stolen money as a business liability that Bittrex apparently hopes to discharge in bankruptcy,

## Review of What The Contents of This Document Prove

### Intentional Theft of Plaintiff's Money

The proofs provided above show that Bittrex intentionally committed the frauds that are reported here in order to prevent Plaintiff from getting her money, take Plaintiff's money from her, and steal Plaintiff's money for themselves.

Specifically:

- Plaintiff withdrew her money by wire-transfer on April 14 (as she had done many times over the course of several years).
- Bittrex confirmed the withdrawal was successful in at least three ways.
- The withdrawal was TEN DAYS before Bittrex's deadline for wire-transfer deadlines.
- Bittrex manually interfered with the automated process of the withdrawal and stopped the in-progress successful withdrawal from going to Plaintiff's bank account.
- Also kept Plaintiff's money out of her Bittrex account.
- Ignored Plaintiff's six requests for help until late on April-27.
- Told Plaintiff that it was her bank who "rejected [her] withdrawal" and reversed it.
- Did this knowing Plaintiff's bank never received the April-14 withdrawal, so could not have rejected or reversed it.
- Told Plaintiff -- knowing it was a lie -- that her bank told Bittrex that the reason the bank rejected and reversed the withdrawal  (which could never have happened because Bittrex prevented the bank from receiving Plaintiff's withdrawal) was "Invalid account number"
- Said late on April 27 that the "reversed funds" would be "re-credited" to Plaintiff's Bittrex account at the end of that day (April 27).
- Said in that same message that, now, Plaintiff's "only option" was to set up and use ACH to withdraw funds -- from the account that they said, in the same message, they had disabled.
- Said in that same message that their deadline to withdraw via ACH was BEFORE Plaintiff's money would be re-credited to her account.
- Blamed Plaintiff's bank for the Bittrex's theft. (Defamation.)
- Went to the trouble of removing Plaintiff's access to certain interfaces in Plaintiff's account after her April-14 withdrawal -- and of again displaying Plaintiff's money in her account on April 27-28 (and of making it impossible to attempt the second withdrawal that they talked about) by disabling the withdraw link -- all while ignoring her requests for help.
- Displayed Plaintiff's money in her Bittrex account on April 27 and 28.
- Made it impossible for Plaintiff to withdraw the money by disabling the Withdraw function for it.
- Closed Plaintiff's Bittrex account on or before April 29.
- Closed the company on April 30.
- Kept Plaintiff's money.
- Announced on May 8 the bankruptcy they had been secretly planning for for many weeks.
- Gave "stolen money" a new name: "debt."

- Made fraudulent use of bankruptcy and the bankruptcy court by including stolen money in a list of "debt" owed to a creditor, as if stolen money is a legitimate business liability.
- Is trying to use a court of law to get away with stealing money.
- Ignored Plaintiff's more-than-five notices to BIttrex between May 3 and May 16 that if they did not immediately return her money, she would take legal action against Bittrex,
- Closed her support tickets as "solved."
- Breached their own arbitration clause, which says all disputes must be settled by arbitration.
- While stealing money and secretly doing all the work of preparing for bankruptcy, told Plaintiff in support messages, and Bittrex customers and the entire world in webpages and a public letter from the CEO, "not to worry," and that their funds were safe.
- Broke fiduciary duty and laws against fraud in many ways.

Bittrex deliberately did things to keep Plaintiff's money from leaving Bittrex and going to her bank account, even though she complied fully -- and early -- with all of their sudden requirements for withdrawing, and they knew it.

In addition to making it impossible for Plaintiff to access and make a second attempt to withdraw her money on the day of their April-27 ACH withdrawal-deadline, Bittrex intentionally delayed sending any reply to Plaintiff's requests for help until late that day.

This April-27 reply was full of what Bittrex knew were lies, and instructions and deadlines that were impossible.

## Punitive Damages Are Justified and Supported By Law

This document proves that Bittrex's actions were malicious, fraudulent, and intentionally harmful.

### Federal

Plaintiff believes it's true that, under federal common law, punitive damages have been awarded when a defendant's actions were proven to be malicious, fraudulent, oppressive, or intentionally harmful, both to punish the defendant and to discourage other people from doing these things. Bittrex's conduct was malicious, fraudulent, and intentionally harmful at minimum.

### Punitive Damages – County District Courts

Plaintiff believes it's true that County district courts, county superior courts, and state courts in the United States also have the authority to award punitive damages under common law principles.

## Punitive Damages – States

Plaintiff believes it's true that State law allows for awards of punitive damages when the defendant's conduct was willful and intentional, fraudulent, reckless, or grossly negligent – which Bittrex was in this case, as this document proves.

## Punitive Damages – Washington State

Plaintiff believes it's true that punitive damages have been awarded in Washington courts for fraudulent business practices. Plaintiff believes it's true that Washington civil fraud statutes have been used to determine the amount of damages defendant were ordered to pay.

## What Bittrex Owes Plaintiff So Far

See Exhibit 1 – Unfinished Calculations of the Growing Amounts Due on page 51. Does not include damages.

## Comments From Plaintiff

Are the facts reported here examples of hardship in an honest business that justify bankruptcy?

Or of fraud and theft?

Is what Bittrex did with Plaintiff's money one example of fraud throughout the entire company?

Who exactly decided to do and did these things?

Who had high enough security clearance to access and divert money in Bittrex customers' accounts to steal from Plaintiff's account?

What does a breakdown in security like this one reveal about security at similar companies? Bittrex-US had fiduciary licenses all over the United States, including Puerto Rico, and blatantly violated the laws, duties, and principles of all of them.

Who manually interfered with the April-14 withdrawal that Bittrex's automated system confirmed was successful?
And was completed TEN DAYS before Bittrex's April-24 deadline for wire-transfer withdrawals?

Who kept my money out of both my bank account and my Bittrex account on and after

April 14 until making it visible, but not accessible, on April 27? Where did they put it after intentionally diverting it into some other undisclosed account somewhere?

Who tampered with my account after April 14 to do things like remove my Holdings tab?

Who made up the defamatory lie that my bank rejected and reversed my successful withdrawal?

Who made up the defamatory lie that my bank told Bittrex that they (my bank) reversed my successful withdrawal because of an "Invalid account number"?

The fact is my bank never received any message or funds -- electronic or otherwise -- from Bittrex about my April-14 withdrawal. See *Plaintiff's Bank's Research Into Bittrex's Lies* on page 22 above.

A person or some people at BITTREX with high-level security clearance and technical knowledge prevented my money from going into my bank account. And also kept it out of my Bittrex account after I made the withdrawal. Not at my bank. Who did that? The documents above show that Bittrex's blatant fraud and theft was no secret within the company and among people who dreamed up, knew about, sent me those bizarre customer-support messages.

Who caused the delay after April 14 that resulted in Bittrex taking my money from me with the untruthful excuse that I missed their April-24 deadline? I didn't miss it.

Was it the same person or people who made up the the late-afternoon April-27 reply that included the lie that the funds Bittrex prevented from ever going to my bank were "returned" to Bittrex by my bank? And the lie that my bank (who never sent any message to Bittrex about any topic) told Bittrex that the "reason" for the reversal (that never happened) was "Invalid account number"?

Was it the same person or people who made up the late-afternoon April-27 reply that included the notification (three days after the wire-transfer deadline that I preceded by ten days) that I was supposed to set up and use ACH to withdraw my funds before the funds would be re-credited to my "temporarily disabled" account?

## Exhibit 1 – Unfinished Calculations of the Growing Amounts Due

This estimate does not include punitive damages and other amounts that Bittrex does owe, or is likely to or may be found to owe.

## Proof Of Claim Attachment 1

**Creditor**
Andrea Sharp

**Debtors**

BITTREX, INC. 23-10598
DESOLATION HOLDINGS LLC 23-10597
BITTREX MALTA HOLDINGS LTD. 23-10599
BITTREX MALTA LTD.23-10600

### Estimates as of May 26, 2023

**Date Debt Commenced**
April 18, 2023

| Principal Amount Due | Postage so far | Professional Documentation Services so far | Fees TBD | Damages TBD | Other TBD |
|---|---|---|---|---|---|
| 2858.41 | 54.15 | 51 hours @ $48 per hour | $61.00 | | |

**Interest of 10% Commenced April 18, 2023**
**Due as of May 26, 2023**
**Does Not Include Damages and Costs**

| Original Amount Due | Date Debt Commenced | Interest Rate | | Daily Interest | Interest as of May 26, 2023 |
|---|---|---|---|---|---|
| 2828.96 | 4/18/2023 | 10% | | $0.78 | 29.45 |



**Documentation Services**

Review facts of disputes.
Research related matters.
Find procedures, forms
  small claims, contract with defendant, arbitration,
  breach of contract, bankruptcy.
Prepare corresponding documentation.

Proofread, edit.
Draft content.
Prepare graphics.
Research, insert references.
Format styles, TOC, cross-references, etc.

Start date: May 01, 2023
Hours to be billed as of May 26, 2023: 52

## Exhibit 2 – Plaintiff's "Notice of Intent to Arbitrate"

This Exhibit 2 is in reference to above sections: "Arbitration - Plaintiff Followed Bittrex Terms of Service, Bittrex Did Not" on page 33 and "Breach of Contract - Arbitration Agreement" on page 33.

May 24, 2023

VIA BITTREX'S ZENDESK CUSTOMER-SUPPORT SYSTEM  (per Bittrex's  instructions)
https://support.bittrex.com

Bittrex, Inc., et al.
701 Fifth Avenue, Suite 4200
Seattle, WA 98104

> BITTREX CONFIRMED THEY RECEIVED
> THIS ARBITRATION NOTICE
> Date: Wed, 24 May 2023 19:53:43 +0000
> AND THEY REPLIED TO IT
> Date: Thu, 25 May 2023 17:51:10 +0000

**Re: Notice of Intent To Arbitrate**

You're hereby notified of my intent to arbitrate my dispute with you, the United States division of Bittrex, Inc., a financial services company with fiduciary licenses throughout the United States ("Bittrex"), and persons and other entities who were also responsible for the causes of the dispute to be arbitrated.

This arbitration is pursuant to Bittrex, Inc.'s Terms of Service ("TOS") Version 5, which was published as of May 22, 2023, at this website location:

https://bittrex.zendesk.com/hc/en-us/articles/360000560871-Bittrex-Inc-Terms-of-Service-Version-5

### Bittrex's Terms of Service - Disputes Must Be Arbitrated

Bittrex's current [10]  Terms of Service (TOS) say disputes must be resolved by arbitration.

The TOS say:

> 19.2 **Arbitration of Disputes.** *With only limited exceptions as described in Section 19.3, all Disputes between you and Bittrex must be resolved by binding arbitration and not in a court of general jurisdiction.*
>
> (b) **Notice of Dispute.** *For any Dispute that you have against Bittrex, you agree to first contact Bittrex and attempt to resolve the claim informally by sending a written*

---

[10] Bittrex's current TOS contract (Version 5) was changed (from Version 4) by Bittrex 18 days before May 22, 2023, according to the website location where I found on May 22 that Bitrex publishes their TOS. Bittrex never notified me of these changes to their TOS, nor of the other changes that Bittrex made to their TOS over the years. The TOS that I agreed to was the version that was current when I signed up for Bittrex's services around 2014.

*notice of your claim ("Notice") to Bittrex by filing a support ticket at https://support.bittrex.com. The Notice must (i) include your name, residence address, email address, and telephone number; (ii) describe the nature and basis of the Dispute; and (iii) set forth the specific relief sought. Any notice by Bittrex to you will be similar in form to that described above. If you and Bittrex cannot reach an agreement to resolve the Dispute within thirty (30) days after receiving such Notice, either party may submit the Dispute to binding arbitration as provided herein.*

## I Sent You Dispute Notices and Demands Numerous Times

My dispute notices and demands for the return of my money:

- · were sent to you via a support ticket at https://support.bittrex.com,
- · included my name, residence address, email address, and telephone number;
- · described the nature and basis of the dispute;
- · specified the specific amount of my money that you took from me without cause or authority, and
- · demanded that you return it to me immediately.

In addition to the numerous messages inside support-requests that I sent you via your Zendesk customer support system and that notified you of my dispute with you for taking my money, and the clear demands I made in many of those support-request messages that you return my money, I also sent you a formal letter by means of that system on May 3 and May 9 which demands you return my money. Two or more times, you closed the never-solved ticket and tagged it as "Solved." At all times, you've refused to address the problem or responsibly communicate with me about it. After May 8, you started changing the subject of solving this problem to the topic of your bankruptcy, and referred me to one of your bankruptcy helpers (Omni), even though your bankruptcy doesn't apply to this dispute because the debt you created is not dischargeable in bankruptcy, so your messages to me about your bankruptcy rather than the problem that needs to be solved are not appropriate, and are costly to me.

*I demand that Bittrex immediately return my $2803.96 to me, and also refund the $25 fee it charged me for processing a successful withdrawal that it interfered with, reversed, and caused to fail. Total due: $2828.96.*

*To make this payment, you can:*
3) *Allow the April-14 successful withdrawal to my bank account to go through, or*
4) *Mail to the following address a cheque or other non-cash payment, payable to Andrea Sharp:*

*Andrea Sharp*
*268 Bush Street #2520*
*San Francisco, California, 94104*
*and promptly notify me of the tracking number of the package that contains the cheque.*

> **This is an excerpt from the above-referenced formal letter I sent you.**

*If you don't make the full payment immediately, I will take legal action against you.*

I also sent copies of the dispute notice and demand letter (excerpt shown above) to you by means of USPS Overnight and Priority on May 3, to two addresses publicly listed as Bittrex's corporate addresses. Delivery of both of them was unsuccessful.  See Attachment 1.

USPS Overnight
https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=EI502303864US%2C
USPS Priority
https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70223330000061773837%2C

## Causes of the Dispute

The most prominent cause of this dispute is Bittrex's unlawful taking of $2,828.96 of my money. Other serious causes will be presented in arbitration.

## Amounts at issue as of May 23, 2023

- · The $2828.96 Bittrex unlawfully took from my Bittrex account,
- · plus 10% interest, which as of May 23, 2023 is $26.86,
- · plus my costs for recovering the money you owe me – receipts not yet tallied – which currently include costs
    - ○ of $54.15 for USPS postage as of May 23,
    - ○ of professional help with documentation that presents proofs of the causes of this dispute (not yet billed),
    - ○ of professional help with court-pleading documents that are now ready for filing if necessary (not yet billed),
    - ○ directly for and related to arbitration,
- · plus other costs you caused, including fees I had to pay for late payments because you took my money instead of putting it in my bank account, so I couldn't pay bills on time,
- · plus all other amounts that justice and the law may permit or require, including punitive damages for matters proven in documentation that's ready to present in arbitration.

## Choice of Arbitrator

Per the current version of your Terms of Service (the fifth one), the firm that will handle the arbitration is Judicial Dispute Resolution, LLC, (JDR) so this matter will be handled by one of their arbitrators. I'm CCing JDR on this letter.

When you receive this document, contact them at:
206.223.1669
Joshua Green Building
1425 Fourth Avenue, Suite 300
Seattle, WA 98101
https://jdrllc.com

Eliminating Delay

This matter needs to be resolved immediately.

Should you cause unnecessary delay or other interference at any time with any step in the process of this arbitration, that will be documented and added to the list of the causes of the dispute.

Maybe, by means of bankruptcy, you hope to try to avoid return my money to me? But the debt you owe me is not dischargeable by bankruptcy.

The process of arbitration has now commenced.

Signed in honor and good conscience by,

Andrea Sharp, Plaintiff
May 23, 2023

cc: Judicial Dispute Resolution, LLC, care of […]@jdrllc.com Marygrace Aguiling Sacramento
Attachment 1: Notices of Dispute and Demands for Payment Sent to Bittrex
Attachment 2: Verification of Delivery of This Notice To Bittrex

**[EXHIBIT 2 CONTINUED; HAS 2 ATTACHMENTS]**

**ATTACHMENT 1 – TO NOTICE OF INTENT TO DISPUTE**

**NUMEROUS NOTICES OF DISPUTE**
**AND DEMANDS FOR PAYMENT**
**THAT PLAINTIFF SENT TO BITTREX**

**SEE THE SECTION ABOVE THAT STARTS**

**ON PAGE 26:**

***"Demand Letters Sent"***

**A COPY OF THAT ENTIRE SECTION WAS INSERTED HERE IN THE "NOTICE OF INTENT TO ARBITRATE."**

FOR THIS PROOF OF CLAIM DOCUMENT, IT WAS REMOVED TO REDUCE FILE SIZE, AND TO ELIMINATE REPETITION.

**ATTACHMENT 2**
**VERIFICATION OF**
**DELIVERY OF THIS NOTICE TO**
**BITTREX**

On the next page is a copy of what was, prior to May 23, the most recent message I received from Bittrex:
Fri, 19 May 2023 06:05:57 +0000

On May 23, I attempted to deliver this Notice of Intent To Arbitrate to Bittrex by replying to that message because it asked me to reply to it, so I knew the Reply-To email address was correct. In addition, a second Bittrex email address that I had successfully used in the past was included in this message from Bittrex, so I replied to that address as well.

But Bittrex's system immediately rejected it with an automated reply that said Bittrex had **closed the ticket** of the message that asked me to reply to it, and said to open yet another ticket at https://support.bittrex.com. So I have updated the date of this Notice of Intent to Arbitrate to May 24, and the VIA recipients shown under the date, and this Attachment 2. I will open yet another new ticket on https://support.bittrex.com and by that means, I will send this notice to them again.

The topic of the message they sent me on Fri, 19 May 2023 06:05:57 +0000 is: "We'd love to hear what you think of our customer service…" They're referring to their Date: Thu, 18 May 2023 05:18:44 +0000 reply to my request that they please send me a physical mailing address that's valid. The reply did not tell me a valid address. I asked for a valid address because the addresses I used to mail them notices of dispute and demand for payment didn't work, and I want a valid address for correspondence about the problem that will be arbitrated, and also in case I ever find that for some reason it makes sense to file a proof of claim as a creditor for Bittrex's bankruptcy, perhaps as a backup or something – even though Bittrex's debt to me is not dischargeable in bankruptcy.

I'm going to again send this Notice of Intent to Arbitrate to Bittrex, this time via https://support.bittrex.com by attaching it to the new support ticket that I will create. I will do this on May 24, around 12:45 pm PDT.

In the message of the ticket to which I'll attach this Notice Of Intent To Arbitrate, I will say:

```
May 24, 2023, [time].
To Bittrex Support,

Attached hereto is my Notice of Intent To Arbitrate.

Name of file:
NoticeOfArbitrationIntent_AndreaSharpPlaintiff_BittrexDefendant_MAY24revision

Please see to it that the proper authority at Bittrex receives it.

Please confirm when this is done by replying to this message.

Thank you,
Andrea Sharp

cc: Judicial Dispute Resolution, LLC, care of Marygrace A. Sacramento
```

I will keep a copy.

Bittrex's receipt of this notice will complete the step of me notifying Bittrex of my intent to arbitrate.

Subject: Your recent experience with Bittrex Support
Date: Fri, 19 May 2023 06:05:57 +0000
From: Bittrex Support <support@bittrex.zendesk.com>
Reply-To: Bittrex Support <support+id3189248@bittrex.zendesk.com>
To: Annie (Andrea) Sharp <muchogusto@andreasharp.com>

##- Please type your reply above this line -##

We'd love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

How would you rate the support you received?

You can copy the following URL into your browser to rate:

https://bittrex.zendesk.com/requests/3189248/satisfaction/new/jTcclthaqNOnO8G2ZNDdAGKtW?locale=1

Here's a reminder of what your ticket was about:

<br>-------------------------------------------------

Anna Marc, May 17, 2023, 22:18 PDT

Hi muchogusto@andreasharp.com,

Please note that you will be notified about the details later, as currently, the only information available is the one outlined below.

Having previously announced that Bittrex U.S. would be ceasing all operations effective April 30th, we have now made the difficult decision to file Chapter 11 bankruptcy.

This announcement does not impact Bittrex Global, which will continue operations as normal for its customers outside the U.S.

For customers who did not withdraw their funds from the platform prior to the end of April, your funds remain safe and secure, and our main priority is to ensure that our customers are made whole. While the bankruptcy court will ultimately decide the method by which those funds can be claimed by and distributed to our customers, we intend to ask the court to activate those accounts as soon as possible so that customers meeting the necessary regulatory requirements will be able to withdraw them.

Please visit our website or the Bittrex app during this process, as we will provide additional information as we receive it. Affected customers will also receive information directly from the bankruptcy court.

We have also retained Omni Agent Solutions to provide email and website updates to customers. You can find additional information, free of charge, at https://omniagentsolutions.com/Bittrex.

Best Regards,

Anna Marc @ Bittrex
Follow us on Twitter @ https://twitter.com/BittrexExchange

-------------------------------------------------
Annie (Andrea) Sharp, May 17, 2023, 21:10 PDT

I'm a creditor in Bittrex's bankruptcy.

What is Bittrex's street physical mailing address for Bittrex bankruptcy creditors?

Today is May 17. It's 9:10 pm PDT.

## Exhibit 3 –Messages to Plaintiff from Bittrex as Text

In text format, here's Bittrex's April 27 message, which is full of lies that Bittrex knew were lies.
See *Examples of Bittrex's (Proven) Lies* on page 15.

> Apr 27, 2023, 10:59 PDT
>
> Bittrex has been informed by our bank that your
> withdrawal wire was returned for the following reason:
>
> Reason: Invalid account number
>
> Please reach out to your bank regarding this issue. Your
> withdrawal capabilities for this bank account have been
> temporarily disabled until this issue is resolved.
>
> The finance department has been informed to credit your
> wire back to your Bittrex account. Your funds will be
> re-credited by the end of the business day.
>
> As the deadlinie to withdraw via wire transfer has now
> passed, your only option is to withdraw via ACH.
> **Please keep in mind the deadline to withdraw your USD
> via ACH is today, April 27th, 4 PM PDT.**
>
> To enable ACH transfers for your account, you will first
> need to link your bank account via Plaid. Once the link
> is established, you can then withdraw Fiat via ACH.
> Please refer to the below articles for more details and
> detailed instructions:
>
> - Add/Remove your bank account from Bittrex for ACH
> transactions
>
> - How to guide for USD withdrawals (Follow instructions
> under the 'How to withdraw fiat (USD) via bank (ACH)
> transfer' section)
>
> _**NOTE- Withdrawals of cryptocurrency (Bitcoin, Ether,
> etc.) to your bank account via ACH or wire transfer are
> not supported. **_
>
> Please let us know if you have additional questions.
>
> Best Regards,
> Skylar @ Bittrex

## May 9 - Asset-Security Agreement that Bittrex Sent Directly to Plaintiff

5/9/2023, 4:47 PM

> Having previously announced that Bittrex U.S. would be
> ceasing all operations effective April 30th, we have now made
> the difficult decision to file Chapter 11 bankruptcy.

This announcement does not impact Bittrex Global, which will continue operations as normal for its customers outside the U.S.

For customers who did not withdraw their funds from the platform prior to the end of April, **your funds remain safe and secure, and our main priority is to ensure that our customers are made whole**. [Emphasis added.] While the bankruptcy court will ultimately decide the method by which those funds can be claimed by and distributed to our customers, we intend to ask the court to activate those accounts as soon as possible so that customers meeting the necessary regulatory requirements will be able to withdraw them.

Please visit our website or the Bittrex app during this process, as we will provide additional information as we receive it. Affected customers will also receive information directly from the bankruptcy court.

We have also retained Omni Agent Solutions to provide email and website updates to customers. You can find additional information, free of charge, at https://omniagentsolutions.com/Bittrex.

Best Regards,
Skylar @ Bittrex

*ALSO SEE LETTER, MAY 17, ON PAGE 32*

## May 18 – Bittrex's Public Security Agreement

May 18
5/18/2023, 10:18 PM

Please note that you will be notified about the details later, as currently, the only information available is the one outlined below.

Having previously announced that Bittrex U.S. would be ceasing all operations effective April 30th, we have now made the difficult decision to file Chapter 11 bankruptcy.

This announcement does not impact Bittrex Global, which will continue operations as normal for its customers outside the U.S.

For customers who did not withdraw their funds from the platform prior to the end of April, **your funds remain safe and secure, and our main priority is to ensure that our customers are made whole**. [Empasis added.] While the bankruptcy court will ultimately decide the method by which those funds can be claimed by and distributed to our customers, we intend to

ask the court to activate those accounts as soon as
possible so that customers meeting the necessary regulatory
requirements will be able to withdraw them.

Please visit our website or the Bittrex app during this
process, as we will provide additional information as we
receive it. Affected customers will also receive
information directly from the bankruptcy court.

We have also retained Omni Agent Solutions to provide email
and website updates to customers. You can find additional
information, free of charge, at
https://omniagentsolutions.com/Bittrex.

Best Regards,
Anna Marc @ Bittrex

## May 25 – Bittrex's Refusal To Comply With Their Arbitration Agreement

Emma, May 25, 2023, 10:51 PDT

Thank you for your patience. Please refer to section II
Customers in the following FAQ sheet:
https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/c5f
e1a9d-9514-43d2-9c7e-2b25432d2d0e_Bittrex-FAQs.pdf.

We expect users will be able to self-withdraw similar to the
April winddown period without incurring additional expenses
shortly after the judge rules on our motion.

We apologize for the inconvenience.

Best Regards,
Emma @ Bittrex

## Exhibit 4 – Plaintiff's Financing Statement to Perfect the Security

The financing statement and proofs of collateral that Plaintiff filed on May 28, 2023, thereby perfecting her security interest and status as a secured creditor in the bankruptcy, follow on the next page.

███████████
███████████
███████████
███████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| Andrea Sharp 5102056779 |

**Date of Filing : 05/28/2023**
**Time of Filing : 09:44:00 PM**
**File Number : 2023-148-1614-2**
**Lapse Date : 05/28/2028**

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |
| anniezmailbox@gmail.com |

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

NA
268 Bush Street #2520
San Francisco CA USA 94104

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| Bittrex, Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 701 Fifth Avenue #4200 | Seattle | WA | 98104 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| Desolation Holdings, LLC | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 477 Lake Desolation Road PO Box 136 | Middle Grove | NY | 12850 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Sharp | Andrea | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 268 Bush Street #2520 | San Francisco | CA | 94104 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

In 2014 or 2015, Andrea Sharp (Plaintiff, Creditor) became a customer of
crypto-exchange Bittrex, Inc. (Defendant, Debtor), a financial services company
with fiduciary licenses throughout the United States (Bittrex).
Plaintiff/Creditor withdrew her US Dollars on April 14, 2023, but the
Defendant/Debtor fraudulently, unlawfully stopped the withdrawal, and took and
kept her money without authority or justification. The stated collateral is
the principal amount taken, plus interest, plus costs for the process of

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
| --- | --- | --- | --- | --- |
| ☑ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

2023-148-1614-2

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | Date of Filing : 05/28/2023 |
|---|---|

| 18a. ORGANIZATION'S NAME |
|---|
| Bittrex, Inc. |

**Date of Filing : 05/28/2023**
**Time of Filing : 09:44:00 PM**
**File Number    : 2023-148-1614-2**
**Lapse Date    : 05/28/2028**

OR

| 18b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Bittrex Malta Holdings, LTD | | | |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 701 Fifth Avenue Suite 4200 | Seattle | WA | 98104 | USA |

---

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME |
|---|
| Bittrex Malta, LTD |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 701 Fifth Avenue Suite 4200 | Seattle | WA | 98104 | USA |

---

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME |
|---|
| |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Shihara | William | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 701 Fifth Avenue #4200 | Seattle | WA | 98104 | USA |

---

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME |
|---|
| |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME |
|---|
| |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

**24. MISCELLANEOUS:**

---

International Association of Commercial Administrators (IACA)
2023-148-1614-2

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | |
|---|---|

| | 18a. ORGANIZATION'S NAME |
|---|---|
| | Bittrex, Inc. |
| OR | 18b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

Date of Filing : 05/28/2023
Time of Filing : 09:44:00 PM
File Number    : 2023-148-1614-2
Lapse Date    : 05/28/2028

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | Lai | Richie | | |
| | 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 701 Fifth Avenue #4200 | Seattle | WA | 98104 | USA |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 20a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | Waschak | James | | |
| | 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 701 Fifth Avenue #4200 | Seattle | WA | 98104 | USA |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | Kawach | Rami | | |
| | 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 701 Fifth Avenue #4200 | Seattle | WA | 98104 | USA |

22. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| | 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| | 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

Continuation of section 4 collateral

4. This FINANCING STATEMENT covers the following collateral:

recovering it, plus damages to be awarded in court, plus all other lawful
amounts that justice and law require and permit.
See page 37 of the attached FinancingStatement_Collateral_AndreaSharp_Bittrex.pdf.

# FINANCING STATEMENT ADDENDUM

# PROOFS OF COLLATERAL

# ATTACHMENT TO
# FINANCING STATEMENT FORM

Unfinished calculations of growing amounts due: Page 37.

## MAY 27, 2023

| | |
|---|---|
| **"CREDITOR"** | Andrea Sharp |
| | 268 Bush Street #2520 |
| | San Francisco, CA 94104 |
| | anniezmailbox@gmail.com |
| | |
| **DEBTORS** | Bittrex, Inc., Case # 23-10598 |
| | Desolation Holdings, LLC, Case # 23-10597 |
| | Bittrex Malta Holdings, LTD, Case # 23-10599 |
| | Bittrex Malta, LTD, Case # 23-10600 |

## Contents

Preface - Purpose of this Document ........................................................................................... 3
Overview ......................................................................................................................................... 5
   In a Nutshell ............................................................................................................................... 5
   A Bit Longer ................................................................................................................................ 5
   Debt Incurred By Fraud Is Not Dischargeable in Bankruptcy ................................................. 6
   What The Information In This Document Shows ...................................................................... 6
Proofs Of Bittrex's Fraud and Theft of Plaintiff's Money ......................................................... 9
   April-14 Withdrawal - Ten Days Before The Deadline ............................................................ 9
   April-14 Withdrawal-Success Confirmed by Bittrex Three Times .......................................... 9
     First of Three Success-Confirmations (Did Bittrex make up a fake TxID?) ............................ 9

Pages of the Proof of Claim that are attached to the financing statement were omitted from this adversary-proceeding package because it is almost exactly the same as the Proof of Claim document provided above.