IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>**Ref. Docket Nos. 43, 64, and 109** |

## CERTIFICATION OF COUNSEL

The undersigned counsel to the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On May 12, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Withdrawals of Cryptocurrency Assets by Customers* [D.I. 43] (the "Motion"). A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "Proposed Order"). The deadline to file objections or otherwise respond to the Motion was May 26, 2023 at 4:00 p.m. (ET); provided, however, the Debtors extended the deadline to file objections for the Financial Crimes Enforcement Network ("FinCEN") and the Office of Foreign Assets Control ("OFAC," and together with FinCEN, the "United States") until June 7, 2023 at 4:00 p.m. (ET).

2. On May 24, 2023, the United States Securities and Exchange Commission (the "SEC") filed the *Response and Reservation of Rights of the U.S. Securities and Exchange*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

*Commission to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Withdrawals of Cryptocurrency Assets by Customers* [D.I. 64] (the "SEC Response").

3. On June 7, 2023, the United States filed the *United States of America's Objection to the Debtors' Motion for Authorization to Honor Customer Withdrawals* [D.I. 109] (the "United States Response," and together with the SEC Response, the "Responses").

4. Following discussions with the SEC and the United States, the Debtors agreed to a revised form of order (the "Revised Proposed Order") approving the Motion, a copy of which is attached hereto as **Exhibit A**. For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**. The Revised Proposed Order resolves the Responses.

WHEREFORE, as the Debtors did not receive any objections or responses other than that described herein, and the U.S. Trustee and United States do not object to entry of the Revised Proposed Order, the Debtors respectfully requests that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

|  |  |
|---|---|
| Dated: June 12, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Emails:  rbrady@ycst.com<br>            kenos@ycst.com<br>            jbrooks@ycst.com<br><br>- and -<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Emails:  susheelkirpalani@quinnemanuel.com<br>            pattytomasco@quinnemanuel.com<br>            danielholzman@quinnemanuel.com<br>            alainjaquet@quinnemanuel.com<br>            razmigizakelian@quinnemanuel.com<br>            valerieramos@quinnemanuel.com<br>            joannacaytas@quinnemanuel.com<br><br>**PROPOSED COUNSEL FOR THE DEBTORS** |