IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA MATTERS SCHEDULED FOR HEARING ON JUNE 14, 2023 AT 10:00 A.M. (ET)**

**WITH PERMISSION FROM THE COURT**
**THIS HEARING IS CANCELLED AS NO MATTERS ARE GOING FORWARD**

**RESOLVED MATTER**

1. Application of the Debtors Pursuant to 11 U.S.C. § 327(a) and Fed R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Omni Agent Solutions as Administrative Agent Effective as of the Petition Date [D.I. 61, 5/23/23]

    Response Deadline:    June 6, 2023 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

    A.    First Supplemental Declaration of Paul H. Deutch in Connection with the Retention and Employment of Omni Agent Solutions, Inc. as Administrative Agent, Effective as of the Petition Date [D.I. 110, 6/7/23]

    B.    Certificate of No Objection [D.I. 111, 6/7/23]

    C.    Order [D.I. 114, 6/8/23]

    Status:    An order has been entered.  No hearing is required.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30426446.1

## MATTER UNDER CERTIFICATION

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Withdrawals of Cryptocurrency Assets By Customer [D.I. 43; 5/12/23]

    Response Deadline:    May 26, 2023 at 4:00 p.m. (ET); extended to June 7, 2023 at 4:00 p.m. (ET) for the Department of Justice

    Responses Received:

    A.    Response and Reservation of Rights of U.S. Securities and Exchange Commission [D.I. 64, 5/24/23]

    B.    Objection of the United States of America [D.I. 109, 6/7/23]

    Related Documents:

    C.    [Withdrawn] Certification of Counsel [D.I. 120, 6/12/23]

    D.    Notice of Withdrawal of Certification of Counsel [D.I. 122, 6/12/23]

    E.    Certification of Counsel [D.I. 123, 6/12/23]

    Status:    A certification of counsel has been filed resolving the objections of the U.S. Securities and Exchange Commission and the United States of America. No hearing is required unless the Court has questions or concerns.

*[Signature Block Follows]*

| | |
|---|---|
| Dated: June 12, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |

30426446.1