IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Desolation Holdings LLC, et al.,[1] | ) Case No. 23-10597 (BLS) |
| Debtors. | ) (Jointly Administered) |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Texas Department of Banking, by and through the Office of the Attorney General of Texas, in this action: I am admitted to practice law in the U.S. District Courts for the Western, Eastern, and Southern Districts of Texas, the Eastern and Southern Districts of New York, the District of Maine, the U.S. Court of Appeals for the First Circuit, and the U.S. Court of Appeals for the Eighth Circuit. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Respectfully submitted,

**JOHN SCOTT**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**RACHEL OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Roma N. Desai*
ROMA N. DESAI
Texas State Bar No. 24095553


Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
roma.desai@oag.texas.gov

ATTORNEYS FOR TEXAS DEPARTMENT OF BANKING


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s/ Roma N. Desai*
ROMA N. DESAI
Assistant Attorney General