**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CERTAIN AMENDMENTS TO SCHEDULES
FOR DEBTOR BITTREX INC.**

**PLEASE TAKE NOTICE** that, on June 5, 2023, Desolation Holdings LLC (the "Debtors") filed the *Schedules of Assets and Liabilities for Bittrex, Inc. (Case No. 23-10598)* [Docket No. 87] (the "Schedules").

**PLEASE TAKE FURTHER NOTICE** that, subsequent to filing the Schedules, the United States Bankruptcy Court for the District of Delaware (the "Court") informed the Debtors that a portion of the uploaded Schedules were unable to be viewed.

**PLEASE TAKE FURTHER NOTICE** that, Bittrex, Inc. hereby amends its Schedules to include the (i) Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs; and (ii) Summary of Assets and Liabilities for Non-Individuals; and Schedule A/B Part 1 through 12 (the "Amendments to Bittrex, Inc. Schedules"). The Amendments to Bittrex, Inc. Schedules are attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, except for the Amendments to Bittrex, Inc. Schedules, no changes have been made to the Schedules since they were originally filed. The Amendments to Bittrex, Inc. Schedules are hereby incorporated into, and comprise an integral part of the Schedules.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors reserve their rights to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, classification, or otherwise. The Debtors reserve all rights to further amend or supplement the Schedules. In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30457391.2

| | |
|---|---|
| Dated: June 14, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |