**<u>Exhibit A</u>**

**Proposed Order**

30470697.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION PURSUANT TO SECTIONS 105(A) AND 502(C) OF THE BANKRUPTCY CODE TO SET PROCEDURES FOR ESTIMATING THE SECURITIES AND EXCHANGE COMMISSION'S CLAIM AND RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") to set procedures for estimating the Securities and Exchange Commission's claim, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, entered February 29, 2012; and that this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1

ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted as set forth herein.

2. The SEC shall file its proof of claim, which must include an estimate of the amount of the SEC's claim and supporting calculations, by no later than August 9, 2023.

3. The Debtors shall file their opening brief by no later than September 8, 2023.

4. The SEC shall file its opposing brief by no later than September 29, 2023.

5. The Debtors shall file their reply brief by no later than October 10, 2023.

6. The Court will conduct a hearing to estimate the SEC Claim pursuant to Bankruptcy Code section 502(c) on _____, 2023 at ____ a.m./p.m.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.