I, solely Darijo Piplica *demand* my name be removed off the credited investors list for the Bittrex Chapter 11 Bankruptcy, I am *not* a credited investor, i have no job, no health insurance, I donate to the special forces donations, to my church weekly, and may have potentially been frauded by an individual(s), My address is 322 Northgate Rd. Burlington, VT, I do not promote centralized exchanges, nor have used Bittrex the past 8 years in the US, nor am affiliated with Bittrex, past and present, this is pertaining to Case # 23-10597(BLS). Thank you honor,

Darijo P.

FILED 2023 JUN 21 AM 9:59 CLERK US BANKRUPTCY COURT