# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Delaware

In Re. Bittrex, Inc.                                        §
                                                           §                    Case No.  23-10598
_____                            §
                    Debtor(s)                              §                    Lead Case No.  23-10597
                                                           §
                                                                               ☒ Jointly Administered

# Monthly Operating Report                                                          Chapter 11

Reporting Period Ended: 05/31/2023                          Petition Date: 05/08/2023

Months Pending: 1                                          Industry Classification: | 5 | 4 | 1 | 9 |

Reporting Method:              Accrual Basis ⊙        Cash Basis ○

Debtor's Full-Time Employees (current):                    13

Debtor's Full-Time Employees (as of date of order for relief):    13

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☐        Accounts receivable aging
☐        Postpetition liabilities aging
☐        Statement of capital assets
☐        Schedule of payments to professionals
☒        Schedule of payments to insiders
☐        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

s/Kenneth J. Enos                                          Kenneth J. Enos
_____                            _____
Signature of Responsible Party                             Printed Name of Responsible Party

06/22/2023                                                 Young Conaway Stargatt & Taylor LLP
_____                            1000 North King St, Wilmington, DE 19801
Date                                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name  Bittrex, Inc.                                         Case No.  23-10598

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $12,448,203 | |
| b.  Total receipts (net of transfers between accounts) | $6,184,593 | $6,182,256 |
| c.  Total disbursements (net of transfers between accounts) | $266,348 | $266,348 |
| d.  Cash balance end of month (a+b-c) | $18,366,448 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $266,348 | $266,348 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $0 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory      (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 | |
| d   Total current assets | $353,919,294 | |
| e.  Total assets | $353,919,294 | |
| f.  Postpetition payables (excluding taxes) | $392,518,534 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $392,518,534 | |
| k.  Prepetition secured debt | $0 | |
| l.  Prepetition priority debt | $0 | |
| m.  Prepetition unsecured debt | $9,101,711 | |
| n.  Total liabilities (debt) (j+k+l+m) | $401,620,245 | |
| o.  Ending equity/net worth (e-n) | $-47,700,951 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $347 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $347 | |
| d.  Selling expenses | $307 | |
| e.  General and administrative expenses | $2,468,124 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-2,513,011 | $-2,513,011 |

Debtor's Name  Bittrex, Inc.                                    Case No.  23-10598

| **Part 5:  Professional Fees and Expenses** |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Bittrex, Inc.                                    Case No.  23-10598

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Bittrex, Inc.                                             Case No.  23-10598

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | | |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name  Bittrex, Inc.                                                          Case No.  23-10598

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Bittrex, Inc.                                                    Case No.  23-10598

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Bittrex, Inc.                                          Case No.  23-10598

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $65,858 | $65,858 |
| d.  Postpetition employer payroll taxes paid | $22,308 | $22,308 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ◉  No ○

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?  Yes ◉  No ○

d.  Are you current on postpetition tax return filings?  Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ◉  No ○

h.  Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ◉

i.  Do you have:        Worker's compensation insurance?  Yes ◉  No ○

           If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

        Casualty/property insurance?  Yes ◉  No ○

           If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

        General liability insurance?  Yes ◉  No ○

           If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?  Yes ◉  No ○

k.  Has a disclosure statement been filed with the court?  Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ○

Debtor's Name  Bittrex, Inc.                                                                     Case No.  23-10598

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

s/Evan Hengal                                                              Evan Hengal
_____                    _____
Signature of Responsible Party                                   Printed Name of Responsible Party

Co-Chief Restructuring Officer                               06/22/2023
_____                    _____
Title                                                                          Date

Debtor's Name Bittrex, Inc.                                          Case No. 23-10598



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Bittrex, Inc.                                                    Case No.  23-10598

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Bittrex, Inc.

Case No. 23-10598



PageThree



PageFour

**Bittrex Inc.**                                                          **Case No. 23-10598**
**Debtor**                                              **Reporting Period: May 2023**

### MONTHLY OPERATING REPORT
### TABLE OF CONTENTS

| Supporting Documentation | Page # |
|---|:---:|
| MOR Global Notes | 1-3 |
| Cash Receipts & Disbursements | 4 |
| Balance Sheet | 5 |
| Statement of Operations | 6 |
| Payments to Insiders | 7 |
| Bank Accounts | 8 |

**Bittrex Inc.**                                                                            Case No. 23-10598
**Debtor**                                                                Reporting Period: May 2023

### MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
|:---:|

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | Case Number |
|---|---|
| Bittrex Inc. | 23-10598 |

**Notes to the MOR:**

On May 8, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 10, 2023, the court entered an order [Docket No. 2] authorizing joint administration and procedural consolidation of these chapter 11 cases pursuant to sections 101(2), 105(a), and 342(c)(1) of the Bankruptcy Code, rules 1015(b), and 2002(n) of the Federal Rules of Bankruptcy Procedure, and Local Rule 1015-1.

The Debtors are filing their Monthly Operating Report solely for the purposes of complying with the monthly operating reporting requirements applicable in the Debtors' chapter 11 cases. The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP") or International Financial Reporting Standards ("IFRS"). This Monthly Operating Report should not be relied on by any persons for information relating to future financial conditions, events, or performance of any of the Debtors or their affiliates.

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP or IFRS, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all adjustments that would typically be made for financial statements prepared in accordance with U.S. GAAP or IFRS. The preparation of the Financial Statements and MOR required the Debtors to make commercially reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities at month end, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates. This MOR only contains financial information of the Debtors.

The Debtors reserve all rights to amend or supplement this Monthly Operating Report in all respects, as may be necessary or appropriate. Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**Bittrex Inc.**                                                   **Case No. 23-10598**
**Debtor**                                                 **Reporting Period: May 2023**

### MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
|:---:|

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | Case Number |
|---|---|
| Bittrex Inc. | 23-10597 |

**Notes to MOR Part 1:**

Cash receipts and disbursements related to intercompany transfers from the debtors to non-debtor related-entities are included within total cash receipts on the U.S. Trustee form. As outlined in section VIII of the Cash Managemen Motion [Docket No. 8], Bittrex US, Inc. is obligated to pay expenses for both it and non-debtor Trexie Management, LLC due to Trexie lacking a bank account as of the petition date. Trexie Management, LLC is to reimburse the debtors until it opens a bank account, which it did during the month of May 2023. Trexie has yet to reimburse the Debtors for expenses paid during May 2023. Given that amounts expended under this arrangement equate to the Debtors acting as a "pass through" for Trexie Management, these amounts are excluded from the total disbursement calculation.

Desolation Holdings LLC is the counterparty on the Debtors' leases, subleasing agreement, and certain other vendors. However, Desolation Holdings LLC does not have its own bank account to remit payments directly. Therefore, expenses of this Debtor are paid out of the operating account of Bittrex Inc. and then recorded as intercompany transactions between the two entities. While the Debtors are not aware of any post-petition amounts which will be due from debtors Bittrex Malta Ltd. and Bittrex Malta Holdings Ltd., if such expenses are discovered they would likely be paid under a similar arrangement.

**Notes to MOR Part 2 & MOR Part 4:**

The information contained in MOR Part 2 & MOR Part 4 is provided to fulfill the requirements of the Office of the United States Trustee.  All information contained in MOR Part 2 & MOR Part 4 is unaudited and subject to future adjustment.

Carrying values of cryptocurrency assets were calculated using prices as of May 31, 2023.

As of May 31, 2023 the Debtors are not aware of any post petition payables past due. The Debtors make payments for accounts payable 1 - 2 times per week. Timing of when wires are initiated by the Debtors could lead to accounts payable becoming past due. The Debtors believe that there may be certain prepetition priority tax claims due of an unknown amount. The Debtors have elected to list the amount of prepetition as $0 in Part 2 until such amounts are known.

Bittrex Inc. had an active balance on its American Express card as of the filing date. Due to its desire to have access to the card, non-Debtor affiliate Trexie Management LLC assumed liability for the card and paid down the active balance of $8,795, which was comprised of both pre- and post-petition amounts. The Debtors also received a rebate from American Express during the reporting period in the amount of $2,013. Both of thse transactions are shown under the "Other Expenses" line item as a negative expense.

**Bittrex Inc.**                                                                                **Case No. 23-10598**
**Debtor**                                                                       **Reporting Period: May 2023**

### MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
|:---:|

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | Case Number |
|---|---|
| Bittrex Inc. | 23-10598 |

**Notes to MOR Part 5:**

The Debtors did not make payments to bankruptcy or non-bankruptcy professionals from the Petition Date to May 31 2023.

**Notes to MOR Part 7:**

Prior to the Petition Date, two checks were written for prepetition services, with the intention that these transactions would settle before the filing date. One was to the Texas Department of banking, in the amount of $6,133.60 and was reimbursement for travel expenses for Texas regulators traveling to Washington, DC. The second was to Puget Sound Beverage Service, in the amount of $269.23, for food and drink services for one of the Debtors' offices. The Debtors mistakenly failed to cancel these checks after filing, resulting in these counterparties successfully cashing them after the Petition Date. Given that the Debtors currently have on file a Plan of Liquidation which provides for payment of all creditors in full, they are choosing not to pursue the return of these funds at this time.

Pursuant to the Interim Order (A) Authorizing the Debtors to Incur Post Petition Debt, the Debtors obtained approval for 250 BTC of a 700 BTC debtor-in-possession credit facility funded by their non-Debtor parent, Aquila Holdings Inc. Upon approval, 250 BTC was transferred to the Debtors and immediately converted to USD, resulting in $6,659,625.00 of funding to the estate.

**Notes to MOR Part 8:**

For purposes of this MOR, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) Debtor and non-Debtor affiliates of the foregoing. Moreover, the Debtors do not take a position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, with respect to any theories of liability, or for any other purpose.

**Bittrex Inc.** <span style="float:right">**Case No. 23-10598**</span>
**Debtors** <span style="float:right">**Reporting Period: May 2023**</span>

### PART 1
### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Debtor name:<br>Case number: | Bittrex Inc.<br>23-10598 |
|---|---|
| **Line item** | **Current Period** |
| Operating Cash, Beginning of Month | 544,360 |
| Restricted Cash - Customer, Beginning of Month | 11,903,808 |
| Other Cash, Beginning of Month | 35 |
| **TOTAL CASH BEGINNING OF MONTH** | 12,448,203 |
| **RECEIPTS** | |
| Debtor-In-Possession Financing | 6,659,625 |
| Net Intercompany Activity | (590,461) |
| Miscellaneous Receipts [1] | 115,429 |
| **TOTAL RECEIPTS** | **6,184,593** |
| **DISBURSEMENTS** | |
| Payroll, Taxes & Benefits | 73,368 |
| Rent / Leases / Occupancy | 186,578 |
| Other Operating Expenses | 6,403 |
| **TOTAL DISBURSEMENTS** | **266,348** |
| **TRANSFERS** | |
| **NET CASH FLOW** | |
| (RECEIPTS LESS DISBURSEMENTS) | 5,918,245 |
| Operating Cash, End of Month | 6,462,605 |
| Restricted Cash - Customer, End of Month | 11,903,808 |
| Other Cash, End of Month | 35 |
| **CASH END OF MONTH** | **18,366,448** |

*(1) Misc. receipts include sublease income and insurance refund payments*

**Bittrex Inc.**                                                          **Case No. 23-10598**
**Debtor**                                                   **Reporting Period: May 2023**

**PART 2**
**BALANCE SHEET (UNAUDITED)**

| Debtor name: | Bittrex Inc. |
|---|---|
| Case number: | 23-10598 |
| **Line item** | **Current Period** |
| Cash and cash equivalents | 6,462,640 |
| Restricted Cash - Customer | 11,903,808 |
| Seized Cash | 516,411 |
| Crypto Assets Held | 334,363,238 |
| Intercompany Receivables | 673,196 |
| **TOTAL CURRENT ASSETS** | **353,919,294** |
| **TOTAL ASSETS** | **353,919,294** |
| **LIABILITIES AND EQUITY** | |
| Pre-Petition Accounts Payable | 5,030,947 |
| Post-Petition Accounts Payable | 84,034 |
| DIP Financing | 6,659,625 |
| Settlement Obligations | 27,780,829 |
| Customer Liabilities | 339,706,758 |
| Accrued Payroll | 128,717 |
| Accrued Professional Fees | 2,229,336 |
| **TOTAL CURRENT LIABILITIES** | **381,620,246** |
| Intercompany Payable - Long Term Debt | 20,000,000 |
| **TOTAL LIABILITIES** | **401,620,246** |
| Total Equity | (47,700,952) |
| **TOTAL LIABILITIES & EQUITY** | **353,919,294** |

**Bittrex Inc.**                                                                                    **Case No. 23-10598**
**Debtor**                                                                       **Reporting Period: May 2023**

### PART 4
### STATEMENT OF OPERATIONS (UNAUDITED)

| Debtor name:<br>Case number: | Bittrex Inc.<br>23-10598 |
|---|---|
| **Line item** | **Current Period** |
| Non-Commission Revenue | 347 |
| **TOTAL REVENUES** | **347** |
| **EXPENSES** | |
| Cost of Sales | 307 |
| Payroll & Related | 169,839 |
| Software Vendors | 40,555 |
| Contract Labor | 37,293 |
| Human Resources | 1,084 |
| Office Expenses | 851 |
| Legal and Professional Fees | 2,229,336 |
| Other Expenses | (10,833) |
| **TOTAL EXPENSES** | **2,468,431** |
| **INCOME (LOSS) BEFORE OTHER INCOME (LOSS)** | **(2,468,084)** |
| **OTHER INCOME (LOSS)** | |
| Unrealized Gain / Loss | (44,926) |
| **TOTAL OTHER INCOME (LOSS)** | **(44,926)** |
| **NET INCOME (LOSS)** | **(2,513,011)** |

**Bittrex Inc.**                                                    **Case No. 23-10598**
**Debtor**                                            **Reporting Period: May 2023**

### SCHEDULE OF PAYMENTS MADE TO INSIDERS

| Insider Name | Current Title | Cumulative Payments |
|---|---|---|
| James Waschak | Chief Operating Officer | 17,234.54 |
| David Maria | General Counsel | 6,717.26 |
| Richie Lai | Chief Executive Officer | 2,233.09 |
| **Total** | | **26,184.89** |

**Bittrex Inc.**
**Debtor**

**Case No. 23-10598**
**Reporting Period: May 2023**

## BANK ACCOUNTS

| Debtor name: | Bank name | Account type | Account number (last four digits) | Period-end bank balance | Currency |
|---|---|---|---|---|---|
| Bittrex, Inc. | Customers Bank | Operating Account | 3217 | 6,462,604.72 | USD |
| Bittrex, Inc. | Customers Bank | OTC Account | 0675 | 35.00 | USD |
| Bittrex, Inc. | Customers Bank | FBO Account | 2017 | 10,070,257.82 | USD |
| Bittrex, Inc. | Prime Trust | FBO Account | 4450 | 833,550.66 | USD |
| Bittrex, Inc. | Prime Trust | Reserve Account | 1241 | 1,000,000.00 | USD |
| Bittrex, Inc. | Prime Trust | Dormant Account | 2601 | 0.12 | USD |
| **TOTAL BANK BALANCE (USD)** | | | | **18,366,448.32** | USD |