**EXHIBIT B**

# EXHIBIT B
# EXPENSES

| Expense Category | Total Expense |
|---|---|
| Lexis Courtlink | $10.42 |
| Document Reproduction (Black & White) at $0.10 per page | $171.90 |
| Document Reproduction (Color) at $0.20 per page | 22.20 |
| RelOne Active Hosting (per GB) | $347.92 |
| Total | $522.44 |