# **EXHIBIT A**

30480741.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600     TAX I.D. NO. 51-0082644     (302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial     Writer's E-Mail
(302) 571-6690     rbrady@ycst.com

Bittrex Incorporated
701 5th Ave
Suite 4200
Seattle, WA 98104

Invoice Date: June 16, 2023
Invoice Number: 50043333
Matter Number: 103027.1001

Re: Debtor Representation
    Billing for the Period ending May 31, 2023

**CURRENT INVOICE**

| | |
|---|---:|
| Professional Services | $ 97,611.50 |
| Disbursements | $ 759.02 |
| Total Due This Invoice | $ 98,370.52 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/23 | JBROO | Emails with Quinn Emanuel team re: top 50 creditors list | B001 | 0.20 | 101.00 |
| 05/08/23 | JBROO | Review and analyze claims agent motion for filing | B001 | 0.10 | 50.50 |
| 05/08/23 | JBROO | Review and analyze plan for filing | B001 | 0.10 | 50.50 |
| 05/08/23 | RBRAD | Review background materials | B001 | 1.00 | 1,300.00 |
| 05/08/23 | RBRAD | Review confirmation of filing of petitions (.2); correspondence with K. Enos and P. Tomasco re: judge assignment and request for first day hearing (.2); correspondence with Judge Shannon's chambers re: scheduling first day hearing (.2) | B001 | 0.60 | 780.00 |
| 05/08/23 | TBOLL | Assist in preparations, anticipate, and finalize for filing various first day pleadings | B001 | 1.50 | 532.50 |
| 05/08/23 | TBOLL | Update and finalize for filing petition packages | B001 | 0.70 | 248.50 |
| 05/08/23 | TBOLL | Assist in preparations, anticipate, and finalize for filing creditor matrix | B001 | 1.30 | 461.50 |
| 05/09/23 | JBROO | Finalize pro hac motions for filing (.5); emails with YCST team re: same (.1) | B001 | 0.60 | 303.00 |
| 05/09/23 | JBROO | Emails with YCST team re: filing of pro hac motions | B001 | 0.10 | 50.50 |
| 05/09/23 | JBROO | Emails with K. Enos re: pro hac motions | B001 | 0.10 | 50.50 |
| 05/09/23 | JBROO | Emails with Omni team re: creditor matrix issues | B001 | 0.20 | 101.00 |
| 05/09/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/09/23 | TBOLL | Finalize for filing multitude of pro hac vice motions | B001 | 0.80 | 284.00 |
| 05/10/23 | JBROO | Draft COC re: stay order and interim cash management order | B001 | 0.90 | 454.50 |
| 05/10/23 | JBROO | Emails with Court chambers re: revised orders | B001 | 0.10 | 50.50 |
| 05/10/23 | JBROO | Emails from K. Enos re: revisions to and uploading of first day orders | B001 | 0.10 | 50.50 |
| 05/10/23 | JBROO | Emails with D. Holzman re: revised orders | B001 | 0.20 | 101.00 |

Bittrex Incorporated  
Invoice Date: June 16, 2023  
Invoice Number: 50043333  
Matter Number: 103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/10/23 | KENOS | Finalize first day orders and confer with T. Bollman and J. Brooks re: same | B001 | 0.30 | 273.00 |
| 05/10/23 | KENOS | Confer with R. Brady re: case strategy | B001 | 0.50 | 455.00 |
| 05/10/23 | RBRAD | Conference with K. Enos re: post-hearing follow-up and case strategy | B001 | 0.50 | 650.00 |
| 05/10/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/10/23 | TBOLL | Upload various orders re: first day hearing | B001 | 0.50 | 177.50 |
| 05/11/23 | KENOS | Review and comment on initial critical dates memo | B001 | 0.40 | 364.00 |
| 05/11/23 | KENOS | Emails with UST and claims agent re: missing address information | B001 | 0.20 | 182.00 |
| 05/11/23 | TBOLL | Prepare initial critical dates calendar | B001 | 1.30 | 461.50 |
| 05/11/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/12/23 | JBROO | Revise and analyze critical dates | B001 | 0.20 | 101.00 |
| 05/12/23 | TBOLL | Update notice (.2) and finalize for filing (.4) customer withdrawal motion | B001 | 0.60 | 213.00 |
| 05/12/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/12/23 | TBOLL | Review and update the initial critical dates calendar and circulate same to the working group for review | B001 | 0.40 | 142.00 |
| 05/12/23 | TBOLL | Prepare draft notice of commencement of cases and scheduling of 341 meeting | B001 | 0.80 | 284.00 |
| 05/15/23 | KENOS | Confer with J. Brooks re: case website | B001 | 0.10 | 91.00 |
| 05/15/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/16/23 | KENOS | Call with R. Brady and P. Deutch re: case website information | B001 | 0.20 | 182.00 |
| 05/16/23 | KENOS | Review and comment on notice of commencement and emails with co-counsel re: same (.2) and review of Bankruptcy Rules and National Instructions (.4) | B001 | 0.60 | 546.00 |
| 05/16/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/16/23 | TBOLL | Review and circulate draft notice of commencement | B001 | 0.20 | 71.00 |

| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| --- | --- | --- | --- | --- | --- |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/17/23 | JBROO | Emails with YCST team re: filings | B001 | 0.10 | 50.50 |
| 05/17/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/17/23 | TBOLL | Finalize for filing notice of commencement and scheduling of 341 meeting | B001 | 0.30 | 106.50 |
| 05/19/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/23/23 | JBROO | Emails with Chambers re: hearing dates | B001 | 0.30 | 151.50 |
| 05/23/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 05/24/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 05/24/23 | JBROO | Emails with Quinn Emanuel team and K. Enos re: revisions to certain orders | B001 | 0.50 | 252.50 |
| 05/25/23 | JBROO | Emails with Quinn Emanuel team re: first day orders | B001 | 0.10 | 50.50 |
| 05/30/23 | BOLIV | Confer with T. Bollman and K. Enos re: obtaining access to matter for transitioning case to new paralegal | B001 | 0.40 | 142.00 |
| 05/30/23 | BOLIV | Download affidavits of service | B001 | 0.10 | 35.50 |
| 05/30/23 | JBROO | Confer with R. Lamb re: COCs for second day hearing and critical dates updates | B001 | 0.70 | 353.50 |
| 05/30/23 | RLAMB | Conference with J. Brooks re: retention certifications of counsel for second day hearing | B001 | 0.60 | 285.00 |
| 05/31/23 | BOLIV | Emails with K. Enos, J. Brooks and R. Lamb re: critical dates; status of motions to be heard at second day hearing to be held 6/7/23 | B001 | 0.30 | 106.50 |
| 05/31/23 | BOLIV | Update critical dates | B001 | 1.50 | 532.50 |
| 05/31/23 | JBROO | Emails with YCST team re: filing of revised orders for 6/7/23 hearing | B001 | 0.10 | 50.50 |
| 05/31/23 | JBROO | Emails with R. Lamb and B. Olivere re: revised critical dates calendar | B001 | 0.10 | 50.50 |
| 05/31/23 | RBRAD | Review SEC's requested reservation of rights language for final first day orders and bar date order | B001 | 0.30 | 390.00 |
| 05/31/23 | RLAMB | Update critical dates calendar | B001 | 0.80 | 380.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/31/23 | RLAMB | Continue drafting certifications of counsel for second day hearing | B001 | 3.00 | 1,425.00 |
| 05/03/23 | RBRAD | Review background and diligence materials re: preparation for First Day Hearing | B002 | 1.50 | 1,950.00 |
| 05/08/23 | KENOS | Assist co-counsel with preparations for first day hearing | B002 | 1.10 | 1,001.00 |
| 05/08/23 | TBOLL | Review and update draft first day notice and agenda | B002 | 0.30 | 106.50 |
| 05/09/23 | JBROO | Emails with Chambers re: scheduling of second day hearing | B002 | 0.10 | 50.50 |
| 05/09/23 | JBROO | Emails with Omni team re: service of first day hearing agenda | B002 | 0.10 | 50.50 |
| 05/09/23 | JBROO | Emails with K. Enos re: UST's comments re: first day motions in preparation for hearing | B002 | 0.10 | 50.50 |
| 05/09/23 | JBROO | Emails with YCST and Quinn Emanuel teams re: hearing registrations | B002 | 0.20 | 101.00 |
| 05/09/23 | KENOS | Assist co-counsel and client with preparations for First Day Hearing | B002 | 3.90 | 3,549.00 |
| 05/09/23 | KENOS | Review and comment on revised first day orders | B002 | 1.90 | 1,729.00 |
| 05/09/23 | KENOS | Work with UST Trustee re: revisions and comments to first day orders | B002 | 1.30 | 1,183.00 |
| 05/09/23 | RBRAD | Teleconference with Bankruptcy Court and R. Schepacarter and follow-up emails with both re: scheduling first day hearing (.4); correspondence with S. Kirpalani and P. Tomasco re: same (.2) | B002 | 0.60 | 780.00 |
| 05/09/23 | RBRAD | Correspondence with S. Kirpalani and P. Tomasco re: preparation for first day hearing | B002 | 0.20 | 260.00 |
| 05/09/23 | RBRAD | Teleconferences with R. Schepacarter (2x) re: comments to first day motions in preparation for hearing (.6); review and consider written comments from UST re: first day orders in preparation for hearing (.7); multiple correspondence with Quinn team, K. Enos, and J. Brooks re: negotiations to resolve UST's comments to first day pleadings and orders (1.9); continue to review revised orders to resolve UST's comments to first day pleadings (.7) | B002 | 3.90 | 5,070.00 |
| 05/09/23 | TBOLL | Prepare draft notice of entry of interim orders and final hearing thereon | B002 | 0.60 | 213.00 |

| | | Bittrex Incorporated | Invoice Date: | | June 16, 2023 |
|---|---|---|---|---|---|
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/09/23 | TBOLL | Assist in preparation of materials for first day hearing | B002 | 1.00 | 355.00 |
| 05/09/23 | TBOLL | Review and update (.3) and finalize for filing (.3) agenda of matters scheduled for first day hearing | B002 | 0.60 | 213.00 |
| 05/09/23 | TBOLL | Prepare and submit to the Court a first day hearing binder | B002 | 0.70 | 248.50 |
| 05/10/23 | JBROO | Attend first day hearing | B002 | 2.40 | 1,212.00 |
| 05/10/23 | JBROO | Emails with UST, Quinn Emanuel team, and K. Enos re: UST comments | B002 | 0.20 | 101.00 |
| 05/10/23 | KENOS | Assist co-counsel with preparations for first day hearing | B002 | 2.60 | 2,366.00 |
| 05/10/23 | KENOS | Attend and assist with First Day Hearing | B002 | 2.40 | 2,184.00 |
| 05/10/23 | RBRAD | Attend first day hearing | B002 | 2.40 | 3,120.00 |
| 05/10/23 | RBRAD | Prepare for first day hearing (review revised orders and correspondence with R. Schepacarter; review correspondence with counsel to the US; correspondence with Court re: revised orders; correspondence with S. Kirpalani and P. Tomasco; review and circulate background presentation materials) | B002 | 1.80 | 2,340.00 |
| 05/10/23 | TBOLL | Assist in preparations re: first day hearing | B002 | 0.50 | 177.50 |
| 05/11/23 | KENOS | Review and finalize notice of second day hearing and entry of interim orders | B002 | 0.20 | 182.00 |
| 05/11/23 | TBOLL | Review and update (.2) draft omnibus notice of entry of interim orders and final hearing thereon, and finalize for filing same (.3) | B002 | 0.50 | 177.50 |
| 05/16/23 | JBROO | Revise and analyze notice of commencement | B002 | 0.10 | 50.50 |
| 05/30/23 | KENOS | Emails with UST and co-counsel re: extension of objection deadlines and status re: motions pending for 6/7/23 hearing | B002 | 0.30 | 273.00 |
| 05/31/23 | BOLIV | Draft agenda for 6/7/23 hearing | B002 | 1.60 | 568.00 |
| 05/31/23 | BOLIV | Email chambers re: Zoom link for 6/7/23 hearing | B002 | 0.10 | 35.50 |
| 05/31/23 | JBROO | Review and revise interim orders in advance of second day hearing | B002 | 1.20 | 606.00 |

| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/31/23 | JBROO | Emails with K. Enos and UST re: revised proposed orders | B002 | 0.10 | 50.50 |
| 05/31/23 | JBROO | Emails with YCST team re: COCs and CNOs for revised orders | B002 | 0.40 | 202.00 |
| 05/31/23 | KENOS | Confer with B. Olivere re: second day hearing preparations | B002 | 0.20 | 182.00 |
| 05/09/23 | RBRAD | Review UST's questions and comments re: DIP financing (.3); correspondence with S. Kirpalani and Holtzman re: same (.4); review certain responses re: same (.2); review additional comments/questions from UST (.2) | B003 | 1.10 | 1,430.00 |
| 05/24/23 | KENOS | Review and comment on proposed final DIP order (.4) and emails with co-counsel and UST re: same (.2) | B003 | 0.60 | 546.00 |
| 05/09/23 | JBROO | Emails with UST re: top 50 creditors inquiry | B004 | 0.10 | 50.50 |
| 05/09/23 | JBROO | Revise top 50 creditors list for UST inquiry | B004 | 0.10 | 50.50 |
| 05/15/23 | KENOS | Emails with co-counsel and UST re: 341 meeting | B004 | 0.20 | 182.00 |
| 05/15/23 | RBRAD | Correspondence with UST re: initial debtor interview and section 341 meetings | B004 | 0.20 | 260.00 |
| 05/16/23 | JBROO | Emails with Quinn Emanuel team re: collection of initial debtor interview materials | B004 | 0.60 | 303.00 |
| 05/16/23 | KENOS | Emails with client and M. Panacio re: initial debtor interview meeting | B004 | 0.20 | 182.00 |
| 05/17/23 | JBROO | Attend initial debtor interview meeting | B004 | 0.50 | 252.50 |
| 05/17/23 | JBROO | Confer with R. Brady re: initial debtor interview meeting | B004 | 0.10 | 50.50 |
| 05/17/23 | JBROO | Review and analyze top 50 creditors list | B004 | 0.10 | 50.50 |
| 05/17/23 | JBROO | Emails with A. Jacquet re: initial debtor interview materials | B004 | 0.10 | 50.50 |
| 05/17/23 | RBRAD | Review initial debtor interview materials (.5) and attend telephonic initial debtor interview (.5) | B004 | 1.00 | 1,300.00 |
| 05/18/23 | RBRAD | Correspondence with R. Schepacarter re: status of committee formation (.2) and correspondence with S. Kirpalani re: same (.2) | B004 | 0.40 | 520.00 |
| 05/18/23 | RBRAD | Correspondence with P. Tomasco and K. Enos re: initial debtor interview documents for UST | B004 | 0.20 | 260.00 |

| | | | Invoice Date: | | June 16, 2023 |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/24/23 | RBRAD | Review UST's request for status report on cash management system and correspondence with E. Hengel re: same | B004 | 0.20 | 260.00 |
| 05/29/23 | RBRAD | Correspondence with R. Schepacarter, E. Hengel, and T. Foard re: section 345 compliance update | B004 | 0.30 | 390.00 |
| 05/09/23 | JBROO | Revise and analyze customer withdrawals motion | B006 | 0.40 | 202.00 |
| 05/09/23 | JBROO | Emails with K. Enos and Quinn Emanuel team re: motion to permit customer withdrawals | B006 | 0.30 | 151.50 |
| 05/09/23 | RBRAD | Review and comment on draft motion to permit customer withdrawals | B006 | 0.50 | 650.00 |
| 05/10/23 | KENOS | Emails with co-counsel re: customer withdrawals motion | B006 | 0.30 | 273.00 |
| 05/10/23 | RBRAD | Review revised draft motion to authorize customer withdrawals (.5); correspondence with S. Kirpalani, P. Tomasco, and K. Enos re: strategy re: same (.5) | B006 | 1.00 | 1,300.00 |
| 05/10/23 | RLAMB | Research precedent for cash management issues | B006 | 2.40 | 1,140.00 |
| 05/11/23 | KENOS | Emails with P. Tomasco re: customer withdrawals motion | B006 | 0.20 | 182.00 |
| 05/11/23 | RBRAD | Correspondence with S. Kirpalani, P. Tomasco, and K. Enos re: motion to permit customer withdrawals | B006 | 0.40 | 520.00 |
| 05/12/23 | KENOS | Emails with P. Tomasco re: customer withdrawals motion | B006 | 0.20 | 182.00 |
| 05/12/23 | KENOS | Review and finalize motion to permit cryptocurrency withdrawals | B006 | 0.40 | 364.00 |
| 05/22/23 | KENOS | Review and consider SEC's response to customer withdrawal motion | B006 | 0.20 | 182.00 |
| 05/22/23 | RBRAD | Review and consider inquiry from UST re: customer withdrawal motion (.3); correspondence with S. Kirpalani and K. Enos re: same (.3) | B006 | 0.60 | 780.00 |
| 05/23/23 | KENOS | Emails with co-counsel and UST re: customer withdrawals motion | B006 | 0.20 | 182.00 |
| 05/24/23 | KENOS | Emails with co-counsel re: UST cash management questions | B006 | 0.20 | 182.00 |
| 05/25/23 | RBRAD | Review SEC's response and reservation of rights re: customer withdrawal motion | B006 | 0.20 | 260.00 |
| 05/31/23 | KENOS | Emails with co-counsel, client and R. Schepacarter re: cash management issues | B006 | 0.30 | 273.00 |

| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| --- | --- | --- | --- | --- | --- |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/31/23 | KENOS | Review precedent (R. Lamb research) re: crypto company chapter 11 cash management issues | B006 | 0.50 | 455.00 |
| 05/31/23 | RLAMB | Research applicability of Section 345 to cryptocurrency bankruptcy case law | B006 | 1.10 | 522.50 |
| 05/15/23 | JBROO | Confer with K. Enos re: proof of claim issues | B007 | 0.10 | 50.50 |
| 05/16/23 | RBRAD | Conference with K. Enos re: bar date and proof of claim form (.2); teleconference with P. Duetch and K. Enos re: same (.2) | B007 | 0.40 | 520.00 |
| 05/17/23 | JBROO | Draft response emails re: bar date issues | B007 | 0.70 | 353.50 |
| 05/18/23 | JBROO | Emails with R. Brady and K. Enos re: bar date issues | B007 | 0.20 | 101.00 |
| 05/18/23 | KENOS | Assist co-counsel with preparation of bar date motion | B007 | 0.30 | 273.00 |
| 05/23/23 | JBROO | Revise and analyze bar date motion | B007 | 2.30 | 1,161.50 |
| 05/23/23 | JBROO | Emails with Quinn Emanuel team re: bar date calculation | B007 | 0.20 | 101.00 |
| 05/23/23 | KENOS | Review and revise bar date motion | B007 | 1.20 | 1,092.00 |
| 05/24/23 | BOLIV | Finalize for filing and coordinate service of motion to establish bar dates | B007 | 0.80 | 284.00 |
| 05/24/23 | BOLIV | Assist in anticipation and preparation of filing of bar date motion | B007 | 1.30 | 461.50 |
| 05/24/23 | KENOS | Revise and finalize bar date motion | B007 | 0.70 | 637.00 |
| 05/24/23 | KENOS | Review and comment on proposed proof of claim forms | B007 | 0.20 | 182.00 |
| 05/24/23 | KENOS | Review and comment on further revised bar date motion | B007 | 1.30 | 1,183.00 |
| 05/24/23 | RBRAD | Review bar date motion | B007 | 0.20 | 260.00 |
| 05/30/23 | KENOS | Work with co-counsel and UST re: resolution of Trustee comments to bar date order | B007 | 0.30 | 273.00 |
| 05/31/23 | KENOS | Review and comment on revised bar date order and exhibits (multiple versions) and emails with J. Caytas re: same (2x) | B007 | 0.90 | 819.00 |
| 05/31/23 | KENOS | Review DOJ correspondence re: customer account issues and review customer withdrawal motion and first Day declaration in connection with same | B007 | 0.60 | 546.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/31/23 | RBRAD | Review further revised bar date order | B007 | 0.20 | 260.00 |
| 05/08/23 | TBOLL | Finalize plan for filing | B012 | 0.20 | 71.00 |
| 05/11/23 | JBROO | Draft YCST retention application | B017 | 0.50 | 252.50 |
| 05/12/23 | JBROO | Emails with K. Enos re: retention application for YCST | B017 | 0.30 | 151.50 |
| 05/12/23 | JBROO | Draft YCST retention application | B017 | 2.40 | 1,212.00 |
| 05/12/23 | JBROO | Review and analyze issues re: retention application | B017 | 0.60 | 303.00 |
| 05/12/23 | JBROO | Emails with Quinn Emanuel and BRG teams re: retention issues | B017 | 0.30 | 151.50 |
| 05/15/23 | JBROO | Emails with K. Enos and Quinn Emanuel team re: retention application issues | B017 | 0.20 | 101.00 |
| 05/15/23 | JBROO | Review and analyze issues re: YCST retention | B017 | 2.00 | 1,010.00 |
| 05/15/23 | KENOS | Review and comment on YCST retention application | B017 | 0.70 | 637.00 |
| 05/15/23 | RBRAD | Correspondence with P. Tomasco and K. Enos re: retention applications | B017 | 0.20 | 260.00 |
| 05/16/23 | JBROO | Review and analyze Quinn Emanuel retention application | B017 | 0.80 | 404.00 |
| 05/16/23 | JBROO | Emails with K. Enos and T. Bollman re: filing retention applications | B017 | 0.10 | 50.50 |
| 05/16/23 | JBROO | Review and analyze issues re: YCST retention | B017 | 0.70 | 353.50 |
| 05/16/23 | JBROO | Provide comments to Quinn Emanuel retention application | B017 | 0.50 | 252.50 |
| 05/16/23 | JBROO | Revise and analyze YCST retention application | B017 | 0.70 | 353.50 |
| 05/16/23 | KENOS | Review and comment on Quinn retention application | B017 | 0.60 | 546.00 |
| 05/16/23 | KENOS | Further review and revise YCST retention application | B017 | 0.30 | 273.00 |
| 05/16/23 | KENOS | Review connections report re: YCST retention application | B017 | 0.60 | 546.00 |
| 05/16/23 | TBOLL | Prepare draft notices for retention applications of YCST (.3), and Quinn Emanuel (.1) | B017 | 0.40 | 142.00 |
| 05/17/23 | JBROO | Review and analyze issues re: YCST retention | B017 | 1.60 | 808.00 |
| 05/17/23 | JBROO | Emails with bankruptcy professionals re: interested parties list | B017 | 0.20 | 101.00 |

| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/17/23 | JBROO | Review and analyze ordinary course professionals motion | B017 | 0.60 | 303.00 |
| 05/17/23 | JBROO | Revise and analyze BRG retention application | B017 | 0.50 | 252.50 |
| 05/17/23 | JBROO | Emails with YCST team re: filing ordinary course professionals motion | B017 | 0.10 | 50.50 |
| 05/17/23 | JBROO | Revise and analyze motion for interim fee compensation procedures | B017 | 0.20 | 101.00 |
| 05/17/23 | JBROO | Revise and analyze Quinn Emanuel retention application | B017 | 0.20 | 101.00 |
| 05/17/23 | JBROO | Emails with YCST, Quinn Emanuel and BRG teams re: filing of retention applications | B017 | 0.30 | 151.50 |
| 05/17/23 | JBROO | Emails with Quinn Emanuel team re: ordinary course professionals issues | B017 | 0.30 | 151.50 |
| 05/17/23 | KENOS | Email with BRG re: additional parties in interest (retention issues) | B017 | 0.20 | 182.00 |
| 05/17/23 | KENOS | Review and revise BRG retention application | B017 | 0.90 | 819.00 |
| 05/17/23 | KENOS | Review and revise further revised Quinn Emmanuel retention | B017 | 0.80 | 728.00 |
| 05/17/23 | KENOS | Telephone with R. Brady re: professional retention applications and ordinary course professionals motion | B017 | 0.30 | 273.00 |
| 05/17/23 | KENOS | Further review and revise YCST retention application | B017 | 0.70 | 637.00 |
| 05/17/23 | KENOS | Work with T. Bollman, J. Brooks and co-counsel re: finalizing and filing professional retention applications | B017 | 1.20 | 1,092.00 |
| 05/17/23 | KENOS | Review and revise interim compensation motion | B017 | 0.80 | 728.00 |
| 05/17/23 | KENOS | Review and revise ordinary course professionals motion (multiple versions) | B017 | 1.10 | 1,001.00 |
| 05/17/23 | RBRAD | Conference with K. Enos re: professional retention applications and ordinary course professionals motion | B017 | 0.30 | 390.00 |
| 05/17/23 | RBRAD | Review and revise YCST retention application (.9); correspondence with P. Tomasco re: same (.2) | B017 | 1.10 | 1,430.00 |
| 05/17/23 | RBRAD | Review ordinary course professionals motion (.2) and related correspondence re: same (.1) | B017 | 0.30 | 390.00 |
| 05/17/23 | RBRAD | Review Quinn Emanuel retention application and correspondence with K. Enos (.4) and BRG retention applications and correspondence with K Enos (.4). | B017 | 0.80 | 1,040.00 |

| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| --- | --- | --- | --- | --- | --- |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/17/23 | TBOLL | Assist in preparations, anticipate, and finalize for filing BRG retention application | B017 | 2.20 | 781.00 |
| 05/17/23 | TBOLL | Prepare notice and finalize for filing motion for interim compensation procedures | B017 | 0.30 | 106.50 |
| 05/17/23 | TBOLL | Finalize for filing Quinn Emanuel retention application | B017 | 0.30 | 106.50 |
| 05/17/23 | TBOLL | Finalize for filing motion to employ ordinary course professionals | B017 | 0.30 | 106.50 |
| 05/17/23 | TBOLL | Finalize for filing YCST retention application | B017 | 0.30 | 106.50 |
| 05/18/23 | KENOS | Emails with B. Howell and P. Deutsch re: Omni Retention Application | B017 | 0.20 | 182.00 |
| 05/18/23 | RBRAD | Correspondence with P. Deutch and K. Enos re: Omni section 327 application | B017 | 0.20 | 260.00 |
| 05/19/23 | JBROO | Revise and analyze proposed orders for retention applications | B017 | 0.10 | 50.50 |
| 05/19/23 | JBROO | Review and analyze issues re: YCST retention | B017 | 0.10 | 50.50 |
| 05/22/23 | KENOS | Review and comment on Omni section 327 application (.5) and emails with co-counsel and Omni re: same (.2) | B017 | 0.70 | 637.00 |
| 05/22/23 | KENOS | Emails with co-counsel re: ordinary course professionals issues | B017 | 0.20 | 182.00 |
| 05/22/23 | KENOS | Emails with co-counsel re: interim compensation motion issues | B017 | 0.20 | 182.00 |
| 05/23/23 | JBROO | Emails re: UST's comments to ordinary course professionals motion | B017 | 0.10 | 50.50 |
| 05/23/23 | JBROO | Emails with K. Enos and Quinn Emanuel team re: retention of Omni under section 327 | B017 | 0.40 | 202.00 |
| 05/23/23 | KENOS | Consider UST's comments to ordinary course professionals order (.2) and emails with co-counsel re: same (.2) | B017 | 0.40 | 364.00 |
| 05/23/23 | KENOS | Review proposed filing version of Omni retention application (.4) and emails with co-counsel and Omni (.2) re: same | B017 | 0.60 | 546.00 |
| 05/23/23 | TBOLL | Update and finalize for filing Omni retention application | B017 | 0.40 | 142.00 |
| 05/24/23 | KENOS | Review UST's Comments to BRG Retention (.2), perform related research (.2), and emails with co-counsel re: same (.2) | B017 | 0.60 | 546.00 |
| 05/24/23 | RBRAD | Review UST's comments to BRG retention application | B017 | 0.20 | 260.00 |

| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| --- | --- | --- | --- | --- | --- |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 05/25/23 | KENOS | Review and consider BRG comments to UST retention order revisions (.2) and emails with BRG re: same (.2) | B017 | 0.40 | 364.00 |
| 05/25/23 | KENOS | Work with BRG and R. Schepacarter re: UST comments on BRG Retention order | B017 | 0.30 | 273.00 |
| 05/25/23 | KENOS | Review co-counsel comments to UST's proposed ordinary course professionals order revisions and emails with co-counsel re: same | B017 | 0.30 | 273.00 |
| 05/26/23 | JBROO | Review and analyze UST's comments to retention applications | B017 | 0.10 | 50.50 |
| 05/26/23 | KENOS | Emails with co-counsel re: UST's comments to Quinn Retention order | B017 | 0.20 | 182.00 |
| 05/26/23 | KENOS | Emails with R. Schepacarter re: revisions to BRG retention order | B017 | 0.20 | 182.00 |
| 05/26/23 | KENOS | Work with UST's and co-counsel re: revisions to ordinary course professionals order | B017 | 0.40 | 364.00 |
| 05/26/23 | RBRAD | Review UST comments and questions to ordinary course professionals motion and order (.2) and correspondence with K. Enos and P. Tomasco re: same (.1) | B017 | 0.30 | 390.00 |
| 05/26/23 | RBRAD | Review status of negotiations with UST on BRG retention order | B017 | 0.20 | 260.00 |
| 05/30/23 | JBROO | Revise and analyze proposed YCST retention order | B017 | 0.20 | 101.00 |
| 05/30/23 | KENOS | Work with UST and co-counsel re: resolution of UST's comments to YCST, Quinn Emmanuel, and BRG retention applications, ordinary course professionals motion and interim compensation motion (includes review of revised orders and exhibits) (1.8); and emails with UST (.6) and co-counsel re: same (.5) | B017 | 2.90 | 2,639.00 |
| 05/30/23 | RBRAD | Review correspondence with R. Schepacarter, K. Enos, and J. Brooks re: YCST retention application (.3); review revised form of order re: same (.1) | B017 | 0.40 | 520.00 |
| 05/30/23 | RBRAD | Review Quinn Emanuel's response to UST's inquiries re: retention application (.2); teleconference with K. Enos re: same (.1); review follow-up correspondence between R. Schepacarter, P. Tomasco, and K. Enos re: same (.4) | B017 | 0.50 | 650.00 |
| 05/30/23 | RLAMB | Draft revised retention order under certification of counsel | B017 | 0.20 | 95.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | June 16, 2023 |
| | | | Invoice Number: | | 50043333 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/30/23 | RLAMB | Correspond with co-counsel re: draft retention applications for U.S. trustee | B017 | 0.10 | 47.50 |
| 05/31/23 | KENOS | Review and comment on supplemental Hengel declaration and emails with BRG re: same | B017 | 0.40 | 364.00 |
| 05/31/23 | KENOS | Review and comment on revised BRG order | B017 | 0.20 | 182.00 |
| 05/31/23 | KENOS | Review and comment on proposed final Quinn (.2) and YCST retention orders (.2) | B017 | 0.40 | 364.00 |
| 05/31/23 | KENOS | Review and comment on final proposed ordinary course professionals order and exhibits | B017 | 0.30 | 273.00 |
| 05/31/23 | RBRAD | Review revised order re: BRG retention | B017 | 0.20 | 260.00 |
| | | | **Total** | **128.60** | **$97,611.50** |

| Bittrex Incorporated | | | Invoice Date: | June 16, 2023 |
| --- | --- | --- | --- | --- |
| | | | Invoice Number: | 50043333 |
| | | | Matter Number: | 103027.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | ---: | ---: | ---: |
| BOLIV | Beth A. Olivere | Paralegal | 6.20 | 355.00 | 2,201.00 |
| JBROO | Joshua Brooks | Associate | 29.60 | 505.00 | 14,948.00 |
| KENOS | Kenneth J. Enos | Partner | 42.30 | 910.00 | 38,493.00 |
| RLAMB | Rebecca L. Lamb | Associate | 8.20 | 475.00 | 3,895.00 |
| RBRAD | Robert S. Brady | Partner | 24.40 | 1,300.00 | 31,720.00 |
| TBOLL | Troy Bollman | Paralegal | 17.90 | 355.00 | 6,354.50 |
| **Total** | | | **128.60** | | **$97,611.50** |

| Bittrex Incorporated | | Invoice Date: | June 16, 2023 |
| | | Invoice Number: | 50043333 |
| | | Matter Number: | 103027.1001 |

**Task Summary**

**Task Code:B001**        **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 2.30 | 910.00 | 2,093.00 |
| Robert S. Brady | Partner | 2.40 | 1,300.00 | 3,120.00 |
| Joshua Brooks | Associate | 4.80 | 505.00 | 2,424.00 |
| Rebecca L. Lamb | Associate | 4.40 | 475.00 | 2,090.00 |
| Beth A. Olivere | Paralegal | 2.40 | 355.00 | 852.00 |
| Troy Bollman | Paralegal | 9.30 | 355.00 | 3,301.50 |
| **Total** | | **25.60** | | **13,880.50** |

**Task Code:B002**        **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 13.90 | 910.00 | 12,649.00 |
| Robert S. Brady | Partner | 10.40 | 1,300.00 | 13,520.00 |
| Joshua Brooks | Associate | 4.90 | 505.00 | 2,474.50 |
| Beth A. Olivere | Paralegal | 1.70 | 355.00 | 603.50 |
| Troy Bollman | Paralegal | 4.20 | 355.00 | 1,491.00 |
| **Total** | | **35.10** | | **30,738.00** |

**Task Code:B003**        **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.60 | 910.00 | 546.00 |
| Robert S. Brady | Partner | 1.10 | 1,300.00 | 1,430.00 |
| **Total** | | **1.70** | | **1,976.00** |

**Task Code:B004**        **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.40 | 910.00 | 364.00 |
| Robert S. Brady | Partner | 2.30 | 1,300.00 | 2,990.00 |
| Joshua Brooks | Associate | 1.60 | 505.00 | 808.00 |
| **Total** | | **4.30** | | **4,162.00** |

**Task Code:B006**        **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 2.50 | 910.00 | 2,275.00 |
| Robert S. Brady | Partner | 2.70 | 1,300.00 | 3,510.00 |
| Joshua Brooks | Associate | 0.70 | 505.00 | 353.50 |
| Rebecca L. Lamb | Associate | 3.50 | 475.00 | 1,662.50 |
| **Total** | | **9.40** | | **7,801.00** |

**Task Code:B007**        **Claims Analysis, Objections and Resolutions**

| Bittrex Incorporated | | Invoice Date: | June 16, 2023 |
| | | Invoice Number: | 50043333 |
| | | Matter Number: | 103027.1001 |

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Kenneth J. Enos | Partner | 5.50 | 910.00 | 5,005.00 |
| Robert S. Brady | Partner | 0.80 | 1,300.00 | 1,040.00 |
| Joshua Brooks | Associate | 3.50 | 505.00 | 1,767.50 |
| Beth A. Olivere | Paralegal | 2.10 | 355.00 | 745.50 |
| **Total** | | **11.90** | | **8,558.00** |

**Task Code:B012**    **Plan and Disclosure Statement**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Troy Bollman | Paralegal | 0.20 | 355.00 | 71.00 |
| **Total** | | **0.20** | | **71.00** |

**Task Code:B017**    **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Kenneth J. Enos | Partner | 17.10 | 910.00 | 15,561.00 |
| Robert S. Brady | Partner | 4.70 | 1,300.00 | 6,110.00 |
| Joshua Brooks | Associate | 14.10 | 505.00 | 7,120.50 |
| Rebecca L. Lamb | Associate | 0.30 | 475.00 | 142.50 |
| Troy Bollman | Paralegal | 4.20 | 355.00 | 1,491.00 |
| **Total** | | **40.40** | | **30,425.00** |