## EXHIBIT B

| Bittrex Incorporated | Invoice Date: | June 16, 2023 |
|---|---|---|
| | Invoice Number: | 50043333 |
| | Matter Number: | 103027.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/09/23 | Delivery / Courier | 1.00 | 15.00 |
| 05/10/23 | Computerized Legal Research -WESTLAW | 43.00 | 90.37 |
| 05/18/23 | Deposition/Transcript | 1.00 | 647.35 |
| 05/23/23 | Reproduction Charges | 21.00 | 2.10 |
| 05/31/23 | Computerized Legal Research -WESTLAW | 2.00 | 4.20 |
| | **Total** | | **$759.02** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computerized Legal Research -WESTLAW | 94.57 |
| Delivery / Courier | 15.00 |
| Deposition/Transcript | 647.35 |
| Reproduction Charges | 2.10 |
| **Total** | **$759.02** |