PAGE 1

FILED

To: CLERK'S OFFICE
    USBC DISTRICT OF DELAWARE
    824 MARKET STREET
    WILMINGTON, DE 19801
    REF: BANKRUPCY CASE 23-10598 BLS

2023 JUN 28   AM 10: 38

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

FROM:
    JOHN R. BROWN
    818 LODGE LANE
    RICHMOND, TEXAS 77406
    JUNE 17, 2023

CC: FEDERAL CPFB
    FEDERAL SEC

I AM AN 89 YEAR OLD AIR FORCE VETERAN
WHO BELIEVES BITTREX, INC OR BITTREX GLOBAL
EUROPE MAY HAVE UNLAWFULLY TAKEN
APPROXIMATELY $500.00 FROM MY ACCOUNT
IN APRIL, 2023.
BITTREX BEGAN MAILINGS STATING US
MEMBERS SHOULD BEGIN WITHDRAWING OUR
CRYPTO HOLDINGS, THAT THEY WERE PULLING
OUT OF THE US MARKET AND WERE ONLY
CONTINUING OPERATIONS IN BITTREX GLOBAL
EUROPE.
THEIR MAIL STATED "HI JOHN, AS YOU HAVE
BEEN PREVIOUSLY NOTIFIED, BITTREX U.S.

WILL BE CEASING ITS OPERATIONS (SEE OUR FULL STATEMENT HERE). THE LAST FULL DAY FOR ACCOUNT ACCESS AND TO WITHDRAW CRYPTOCURRENCY IS APRIL 29, 2023 - ALL BITTREX U.S. ACCOUNT ACCESS WILL BE DISABLED AT NOON PDT ON APRIL 30, 2023. YOU CURRENTLY HOLD CRYPTOCURRENCY

AND/OR FIAT ON OUR PLATFORM THAT YOU MUST WITHDRAW ACCORDING TO THE FOLLOWING TIME LINE :

- LAST DAY TO WITHDRAW FIAT VIA ACH - APRIL 27, 2023, 5 PM PDT
- LAST FULL DAY TO WITHDRAW CRYPTO - APRIL 29, 2023

THE LAST FULL DAY TO WITHDRAW YOUR CRYPTCURRENCY IS APRIL 29, 2023. AFTER THAT TIME, WE WILL DISABLE ANY REMAINING ACCOUNTS. ANY REMAINING FUNDS MAY BE REPORTED TO STATES AS ABANDONED PROPERTY OR OTHERWISE UNAVAILABLE FOR EXTENDED PERIOD."

YESTERDAY, E RECIEVED A NEW EMAIL AND HERE IS A PORTION OF THAT:

"AS I MENTIONED ABOVE, ALL CUSTOMER FUNDS ARE SAFE, HERE AND READY FOR YOUR RETRIEVAL."

AFTER RECEIVING THESE EARLY APRIL, 2023 NOTICES, I BEGAN ATTEMPTING TO WITHDRAW MY CRYPTO CURRENCY.

I WAS ABLE TO WITHDRAW TOKENS LESS THAN $10.00 to MY LEDGER APP AND TO MY LEDGER NANO X USB HARDWARE WALLET SUCCESSFULLY. HOWEVER WHILE USING THE SAME LEDGER APP PROCEDURE TO WITHDRAW MY BTC, ETC, AND XRP TOKENS WORTH ABOUT $500.00 BITTREX ACCOUNT HOLDINGS LISTING SHOWED THESE BEING REDUCED TO ALMOST ZERO USD, BUT MY LEDGER APP UNLIKED WITH DOGE AND XLM COINS IN THE ACCOUNT, LEDGER APP SHOWED ZERO USD COINS FOR EACH.

PLEASE UNDERSTAND BITTREX HAS ALWAYS IGNORED MY REQUESTS FOR TELEPHONE HELP AND SINCE THEY ARE ON A BLOCKCHAIN THEIR ONLINE STATEMENTS ABOUT THESE WITHDRAWALS DO NOT SHOW WHO RECEIVED MY MONEY. I SUSPECT EITHER THEIR U.S. OPERATIONS PEOPLE USED SOFTWARE TO SWITCH MY LEDGER APP ADDRESS TO THEIRS OR THEIR EUROPE GLOBAL ADDRESS.

BALANCES LISTED ONLINE BITTREX BEFORE WITHDRAWAL:

PAGE 4

TOKENS VALUE

| | | | |
|---|---|---|---|
| XRP | 500 × 0.56 = | $ | 280.00 |
| BTC | | $ | 181.25 |
| ETC | | $ | 102.75 |
| BCH | | $ | 0.26 |
| | | $ | 564.26 |
| USD FIAT | | $ | 53.11 |

THE $53.11 WOULD COVER ALL TRANSACTION
CHARGES ON SALE OF COINS. NONE HAVE
EVER EXCEEDED $10.00 BEFORE AND
SOME COINS ARE STILL IN THE ACCOUNT.

I AM ON LOW FIXED INCOME AND I NEED
THIS MONEY FOR MY RENT, FOOD, TV, ELECTRIC,
AND GAS ARE VERY EXPENSIVE.

I ASK YOU TO PROVIDE THIS TO THE
OFFICE OF INSPECTOR GENERAL OF THE
BANKRUPTCY COURT OF DELAWARE PLEASE.

John R. Brown

**John R Brown**
818 Lodge Ln
Richmond, TX 77406-2382



NORTH HOUSTON TX
23 JUN 2023 PM 2

CLERK's OFFICE
USBC DISTRICT OF DELAWARE
824 MARKET STREET
WILMINGTON, DE 19801

19801-30249