# EXHIBIT A



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

June 20, 2023

Bittrex, Inc. - 327

**Invoice Number: 11790**
Invoice Period: 05-08-2023 - 05-31-2023

Payment Terms: Upon Receipt

**RE: Schedules & Sofa's**

## Schedules & Sofa's

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-10-2023 | Sejal Kelly | Prepare templates, tracking schedule and draft schedules and SOFAs in preparation for kick-off call | 0.50 | 200.00 | 100.00 |
| 05-10-2023 | Sejal Kelly | Review e-mail received and respond to S. Claypoole @ BRG re preparation for client kickoff call; call with S Claypoole re same | 0.60 | 200.00 | 120.00 |
| 05-11-2023 | Brittney Whitaker | Conference call with S. Kelly, L. Solorzano, K. Nownes @ Omni; QE Team, BRG Team, Bittrex Team re Schedules and SOFAs | 0.60 | 200.00 | 120.00 |
| 05-11-2023 | Luis Solorzano | Conference call with S. Kelly, B. Whitaker, K. Nownes @ Omni; QE Team, BRG Team, Bittrex Team re Schedules and SOFAs | 0.60 | 200.00 | 120.00 |
| 05-11-2023 | Sejal Kelly | Conference call with B. Whitaker, K. Nownes, L. Solorzano @ Omni; QE Team, BRG Team, Bittrex Team re Schedules and SOFAs | 0.60 | 200.00 | 120.00 |
| 05-11-2023 | Katie Nownes | Conference call with S. Kelly, B. Whitaker, L. Solorzano @ Omni; QE Team, BRG Team, Bittrex Team re Schedules and SOFAs | 0.60 | 200.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-11-2023 | Angelique Okita | Review documents from client for Statement of Financial Affairs | 1.00 | 185.00 | 185.00 |
| 05-12-2023 | Brittney Whitaker | Conference call with S. Kelly @ Omni; S.Claypoole, C. Kolls @ BRG re Schedules and SOFAs | 1.10 | 200.00 | 220.00 |
| 05-12-2023 | Sejal Kelly | Conference call with B. Whitaker @ Omni; S.Claypoole, C. Kolls @ BRG re Schedules and SOFAs | 1.10 | 200.00 | 220.00 |
| 05-15-2023 | Sejal Kelly | Review e-mail received and respond to S. Claypoole @ BRG re schedules and SOFA tracker | 0.20 | 200.00 | 40.00 |
| 05-16-2023 | Sejal Kelly | Conference call with S. Claypoole, H. Foard, C. Kolls @ BRG and B. Whitaker @ Omni re data gathering for schedules and SOFAs | 0.50 | 200.00 | 100.00 |
| 05-16-2023 | Brittney Whitaker | Conference call with S. Claypoole, H. Foard, C. Kolls @ BRG and S. Kelly @ Omni re data gathering for schedules and SOFAs | 0.50 | 200.00 | 100.00 |
| 05-16-2023 | Sejal Kelly | Review of financials and prepare Schedule of Assets and Liabilities | 0.70 | 200.00 | 140.00 |
| 05-16-2023 | Sejal Kelly | Review e-mail received and respond to S. Claypoole @ BRG re schedules and SOFA touchpoint | 0.20 | 200.00 | 40.00 |
| 05-18-2023 | Sejal Kelly | Correspond with S. Claypoole @ BRG re status of data collection | 0.20 | 200.00 | 40.00 |
| 05-19-2023 | Sejal Kelly | Coordinate and supervise preparation of SOFA exhibits | 0.40 | 200.00 | 80.00 |
| 05-19-2023 | Javon Couch | Prepare Statement of Financial Affairs | 0.90 | 145.00 | 130.50 |
| 05-19-2023 | Javon Couch | Update documentation tracker for files & email received from C. Belling re AP drafts | 0.10 | 145.00 | 14.50 |
| 05-19-2023 | Javon Couch | Update documentation tracker for files & email received from S. Claypoole re SOFA drafts | 0.10 | 145.00 | 14.50 |
| 05-19-2023 | Tara Saldajeno | Prepare Statement of Financial Affairs | 2.40 | 120.00 | 288.00 |
| 05-23-2023 | Sejal Kelly | Conference call with S. Claypoole, H. Foard, C. Kolls | 1.00 | 200.00 | 200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | @ BRG and B. Whitaker @ Omni re Schedules and SOFAs work steam and open items | | | |
| 05-23-2023 | Brittney Whitaker | Conference call with S. Claypoole, H. Foard, C. Kolls @ BRG and S. Kelly @ Omni re Schedules and SOFAs work steam and open items | 1.00 | 200.00 | 200.00 |
| 05-23-2023 | Sejal Kelly | Call with S. Claypoole @ BRG re data collection for schedules and statements | 0.30 | 200.00 | 60.00 |
| 05-23-2023 | Sejal Kelly | Prepare Schedule of Assets and Liabilities based on trial balance; prepare list of questions re same | 1.90 | 200.00 | 380.00 |
| 05-24-2023 | Sejal Kelly | Review data file received; coordinate and supervise preparation of Sch G | 0.50 | 200.00 | 100.00 |
| 05-24-2023 | Sejal Kelly | Review e-mails received and respond to S. Claypoole @ BRG re SUBJECT | 1.00 | 200.00 | 200.00 |
| 05-24-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 2.10 | 200.00 | 420.00 |
| 05-24-2023 | Sejal Kelly | Prepare Schedule of Assets and Liabilities | 3.10 | 200.00 | 620.00 |
| 05-24-2023 | Sejal Kelly | Call with B. Whitaker @ Omni re Schedules and SOFAs preparations and workflow | 0.30 | 200.00 | 60.00 |
| 05-24-2023 | Javon Couch | Update documentation tracker for files and emails received from S. Claypoole re global notes & SOFA draft | 0.10 | 145.00 | 14.50 |
| 05-24-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 0.80 | 200.00 | 160.00 |
| 05-24-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: schedules | 0.10 | 200.00 | 20.00 |
| 05-24-2023 | Brittney Whitaker | Call with S. Kelly @ Omni re Schedules and SOFAs preparations and workflow | 0.30 | 200.00 | 60.00 |
| 05-24-2023 | Sejal Kelly | Call with B. Whitaker @ Omni re Schedules and SOFAs preparations and workflow | 0.30 | 200.00 | 60.00 |
| 05-25-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 1.90 | 200.00 | 380.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-25-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: schedule F | 0.10 | 200.00 | 20.00 |
| 05-25-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 2.00 | 200.00 | 400.00 |
| 05-25-2023 | Javon Couch | Update documentation tracker for files and email received from S. Claypoole re updated SOAL info | 0.10 | 145.00 | 14.50 |
| 05-25-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 1.30 | 200.00 | 260.00 |
| 05-25-2023 | Luis Solorzano | Perform quality control review on Schedule G load file | 0.80 | 200.00 | 160.00 |
| 05-25-2023 | Brittney Whitaker | Conference call with S. Claypoole, H. Foard, C. Kolls @ BRG and S. Kelly, L. Solorzano @ Omni re Schedules and SOFAs work steam and open items | 0.50 | 200.00 | 100.00 |
| 05-25-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 0.60 | 200.00 | 120.00 |
| 05-25-2023 | Yelena Bederman | Coordinate preparation of schedules and SOFAs | 1.00 | 200.00 | 200.00 |
| 05-25-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: SOFA 4 | 0.10 | 200.00 | 20.00 |
| 05-25-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.50 | 200.00 | 100.00 |
| 05-25-2023 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 3.10 | 145.00 | 449.50 |
| 05-25-2023 | Luis Solorzano | Perform quality control review on Schedules and SOFAs drafts | 1.20 | 200.00 | 240.00 |
| 05-25-2023 | Sejal Kelly | Conference call with S. Claypoole, H. Foard, C. Kolls @ BRG and B. Whitaker, L. Solorzano @ Omni re Schedules and SOFAs work steam and open items | 0.50 | 200.00 | 100.00 |
| 05-25-2023 | Luis Solorzano | Conference call with S. Claypoole, H. Foard, C. Kolls @ BRG and S. Kelly, B. Whitaker @ Omni re Schedules and SOFAs work steam and open items | 0.50 | 200.00 | 100.00 |
| 05-25-2023 | Sejal Kelly | Prepare Schedule of Assets and Liabilities | 3.70 | 200.00 | 740.00 |
| 05-25-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 2.50 | 200.00 | 500.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-25-2023 | Sejal Kelly | Prepare Statement of Financial Affairs | 1.60 | 200.00 | 320.00 |
| 05-25-2023 | Sejal Kelly | Review emails/attachments received from client re: schedules and SOFA preparation | 1.70 | 200.00 | 340.00 |
| 05-25-2023 | Sejal Kelly | Review, coordinate and supervise updates to customer lists and withdrawals | 0.70 | 200.00 | 140.00 |
| 05-26-2023 | Sejal Kelly | Review emails/attachments received from client re: changes/updates to schedules and SOFAs | 1.60 | 200.00 | 320.00 |
| 05-26-2023 | Sejal Kelly | Coordinate and supervise pulling of Excel files for client request | 0.60 | 200.00 | 120.00 |
| 05-26-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 0.20 | 200.00 | 40.00 |
| 05-26-2023 | Yelena Bederman | Prepare excel files with schedules and SOFAs information; email to S. Kelly | 0.30 | 200.00 | 60.00 |
| 05-26-2023 | Brittney Whitaker | Conference call with S. Kelly @ Omni; BRG Team; and QE Team re Schedules and SOFAs page turn | 1.70 | 200.00 | 340.00 |
| 05-26-2023 | Sejal Kelly | Conference call with QE Team, BRG Team and B. Whitaker @ Omni re Schedules and SOFAs page turn | 1.70 | 200.00 | 340.00 |
| 05-26-2023 | Sejal Kelly | Preparation for conference call with BRG and QE teams for page turn | 0.70 | 200.00 | 140.00 |
| 05-30-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 0.60 | 200.00 | 120.00 |
| 05-30-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 9.80 | 200.00 | 1,960.00 |
| 05-30-2023 | Brittney Whitaker | Conference call with S. Claypoole, C. Kolls @ BRG and S. Kelly @ Omni re Schedules and SOFAs work steam and open items | 1.10 | 200.00 | 220.00 |
| 05-30-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re SOFA 26 | 0.20 | 200.00 | 40.00 |
| 05-30-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 0.30 | 200.00 | 60.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-30-2023 | Javon Couch | Update documentation tracker for file and email received from S. Claypoole re customer crypto by coin | 0.10 | 145.00 | 14.50 |
| 05-30-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: SOFA exhibits | 0.10 | 200.00 | 20.00 |
| 05-30-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.30 | 200.00 | 60.00 |
| 05-30-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: schedule AB exhibits | 0.10 | 200.00 | 20.00 |
| 05-30-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.60 | 200.00 | 120.00 |
| 05-30-2023 | Luis Solorzano | Perform quality control review on exhibits | 1.80 | 200.00 | 360.00 |
| 05-30-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: schedule EF exhibits | 0.10 | 200.00 | 20.00 |
| 05-30-2023 | Yelena Bederman | Coordinate preparation of schedules & SOFAs | 0.20 | 200.00 | 40.00 |
| 05-30-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: schedule H | 0.10 | 200.00 | 20.00 |
| 05-30-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 0.40 | 200.00 | 80.00 |
| 05-30-2023 | Noah Hurst | Prepare Statement of Financial Affairs | 3.40 | 145.00 | 493.00 |
| 05-30-2023 | Sejal Kelly | Review e-mail received and respond to D. Collins@ BRG re updates to contract list | 0.20 | 200.00 | 40.00 |
| 05-30-2023 | Sejal Kelly | Review e-mails and files received and respond to BRG re updates to schedules and SOFAs | 1.50 | 200.00 | 300.00 |
| 05-31-2023 | Sejal Kelly | Review emails/attachments received from client re: updates and changes to schedules and SOFAs | 2.10 | 200.00 | 420.00 |
| 05-31-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.50 | 200.00 | 100.00 |
| 05-31-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 0.40 | 200.00 | 80.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-31-2023 | Brittney Whitaker | Call with S. Kelly @ Omni re schedules and sofas preparations | 0.20 | 200.00 | 40.00 |
| 05-31-2023 | Sejal Kelly | Call with B. Whitaker @ Omni re schedules and sofas preparations | 0.20 | 200.00 | 40.00 |
| 05-31-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 1.40 | 200.00 | 280.00 |
| 05-31-2023 | Sejal Kelly | Prepare Schedule of Assets and Liabilities | 6.70 | 200.00 | 1,340.00 |
| 05-31-2023 | Sejal Kelly | Prepare Statement of Financial Affairs | 1.80 | 200.00 | 360.00 |
| 05-31-2023 | Sejal Kelly | Calls with S. Claypoole @ BRG re updates to schedules and SOFAs | 1.70 | 200.00 | 340.00 |
| 05-31-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 2.60 | 200.00 | 520.00 |
| | | **Total** | | | 18,438.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Angelique Okita | 1.00 | 185.00 | 185.00 |
| Brittney Whitaker | 17.20 | 200.00 | 3,440.00 |
| Javon Couch | 1.40 | 145.00 | 203.00 |
| Katie Nownes | 0.60 | 200.00 | 120.00 |
| Luis Solorzano | 4.90 | 200.00 | 980.00 |
| Noah Hurst | 6.50 | 145.00 | 942.50 |
| Sejal Kelly | 55.30 | 200.00 | 11,060.00 |
| Tara Saldajeno | 2.40 | 120.00 | 288.00 |
| Yelena Bederman | 6.10 | 200.00 | 1,220.00 |
| **Total** | | | 18,438.50 |

|  |  |
|---|---|
| Subtotal for this Invoice | 18,438.50 |
| Discount | (3,687.70) |
| Total for this Invoice | 14,750.80 |
| Previous Balance | 0.00 |
| **Total Amount to Pay** | **14,750.80** |