# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered) |

### DECLARATION OF STEVEN D. MERRIMAN IN SUPPORT OF DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT

Steven D. Merriman, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an attorney at Perkins Coie LLP, counsel to Bittrex, Inc. ("BUS"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2. On March 31, 2023, I e-mailed a copy of a letter to the Florida Office of Financial Regulation ("Florida OFR") notifying the Florida OFR of Bittrex's plan to surrender its Florida money transmitter license on April 30, 2023. A true and correct copy of that e-mail and the attached letter are attached hereto as **Exhibit A**. I caused a copy of the letter to be mailed to the Florida OFR on March 31, 2023. According to the letter's tracking history, the Florida OFR received a hard copy of the letter on April 3, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of the April 5, 2023 *Consent Order* between BUS and the Banking Commissioner of the State of Texas.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

4. Attached hereto as **Exhibit C** is a true and correct copy of the *Administrative Complaint* ("Complaint") issued by the Florida OFR.

5. Attached hereto as **Exhibit D** is a true and correct copy of the tracking numbers associated with the Complaint. BUS did not receive a copy of the Complaint until April 24, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of the October 2022 *Consent Order Imposing Civil Money Penalty* between BUS and the federal Financial Crimes Enforcement Network.

7. Attached hereto as **Exhibit F** is a true and correct copy of the October 16, 2020 *Consent Order* between BUS and the Connecticut Department of Banking.

8. Attached hereto as **Exhibit G** is a true and correct copy of the April 10, 2019 letter to BUS from the New York State Department of Financial Services.

9. I participated in a meet-and-confer with counsel for the Florida OFR on April 28, 2023. During this meet-and-confer, counsel for the Florida OFR stated that it knew about BUS's intent to wind down and to surrender its Florida money transmitter license ("License") before it issued the Complaint, but that it had issued the Complaint to prevent BUS from voluntarily surrendering the License.

10. BUS surrendered its License on April 30, 2023. As of the date of this Declaration, the Florida OFR's website lists BUS's license as "terminated." A true and correct copy of the Florida OFR's website listing BUS's license as "terminated" is attached hereto as **Exhibit H**.

11. On May 9, 2023, I sent an e-mail to counsel for the Florida OFR. A true and correct copy of that e-mail is attached hereto as **Exhibit I**.

12.     On May 10, 2023, I received a response from the Florida OFR. A true and correct copy of the response is attached hereto as **Exhibit J**.

13.     On May 22, 2023, BUS submitted an Election of Proceeding relating to the Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: June 28, 2023

By:     /s/ Steven D. Merriman
        Steven D. Merriman
