# EXHIBIT A

| | |
|---|---|
| **From:** | Merriman, Steven D. (SEA) |
| **Sent:** | Friday, March 31, 2023 10:01 AM |
| **To:** | jeff.martin@flofr.com |
| **Cc:** | Cutler, Joseph P. (SEA); Handler, Ross (WDC); Wang, Ria (SEA) |
| **Subject:** | Florida - Bittrex - Notice of Forthcoming Surrender of License |
| **Attachments:** | Bittrex Letter to Florida Regarding Forthcoming License Surrender.pdf |

Mr. Martin,

As reflected in the attached letter from the company, Bittrex intends to winddown regulated activity in Florida and ultimately surrender its state license. Following Bittrex's decision to surrender its license, and after several conversations with other state regulators, Bittrex settled on the winddown plan expressed in the attached letter.

We hope that the state can appreciate that the plan's intent is to facilitate the ability of Bittrex customers to withdraw their assets from the platform in an orderly fashion and limit any negative effects on relevant asset markets and on Bittrex's partner financial institutions.

If you have any questions, please do not hesitate to reach out.

Steve

**Steven Merriman | Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3495
F. +1.206.359.4495
E. SMerriman@perkinscoie.com



March 22, 2023

**VIA EMAIL AND OVERNIGHT COURIER**
**CONFIDENTIAL TREATMENT REQUESTED**

Jeff Martin
Florida Office of Financial Regulation
Attn:  Division of Consumer Finance, Bureau of Registration
200 East Gaines Street
Tallahassee, FL 32399-0376
Jeff.Martin@flofr.com

**Re:     Bittrex, Inc. - Notice of Forthcoming License Surrender**

Dear Mr. Martin:

I am the Chief Executive Officer, and co-founder of Bittrex, Inc. ("Bittrex"), and I write to provide notice that Bittrex intends to surrender its state money transmitter licenses, including its license in Florida, on or before April 30, 2023. On that date, Bittrex will amend its Florida REAL filing to surrender its license.

While the consolidated group of entities that Bittrex is a part of remains well capitalized, Bittrex's parent corporation, Aquila Holdings, Inc., has evaluated the current market conditions in the United States and made the difficult decision to refocus its efforts and resources on its international operations and for Bittrex to surrender its state money transmitter licenses.

Bittrex seeks to limit inconvenience to its customers and is committed to an orderly winddown of regulated activity in Florida and in other states. To afford customers sufficient time to react to this announcement, Bittrex intends to adhere to the following timeline:

| Date | Step |
| --- | --- |
| 3/31/2023 | Bittrex will notify customers of its intent to winddown operations in the United States and communicate relevant deadlines, including the date when any fiat transfers must be initiated in order to be processed before accounts are closed |
| 4/1/2023 – 00:00 ET | Bittrex will disable new account creation and disable platform deposit functionality[1] |
| 4/30/2023 – 00:00 ET | Bittrex will disable withdrawals and close all accounts |

Because customers may hold digital assets in their Bittrex account that cannot be easily withdrawn, Bittrex will provide customers a limited period after the initial communication for customers to trade digital assets into the asset most convenient for them to withdraw.

---

[1] As part of disabling platform deposit functionality, Bittrex will disable the ability of customers to create new blockchain deposit addresses. However, as a technical matter, Bittrex is unable to stop unsolicited blockchain transactions that send digital assets to already-existing Bittrex wallet addresses.





On April 30, 2023, Bittrex will close all accounts and thereafter surrender its remaining licenses. For a commercially reasonable time thereafter, Bittrex will remain available to process individual customer claims for withdrawal.

Bittrex plans to send multiple reminders to customers, in addition to the initial notification, and communicate similar information through Bittrex's website.

Because Bittrex has not yet publicly announced its intention to winddown regulated activity in the United States, please keep this information confidential.

Sincerely,

/s/Richie Lai
Richie Lai
CEO
Bittrex, Inc.