# EXHIBIT D

6/28/23, 2:43 PM

USPS.com® - USPS Tracking® Results

FAQs >

# USPS Tracking®

Remove ✕

**Tracking Number:**

**9171082133393522492976**

Copy    **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was picked up at a postal facility at 11:23 am on April 24, 2023 in FORT LAUDERDALE, FL 33317.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

**Delivered**

**Delivered, Individual Picked Up at Postal Facility**

FORT LAUDERDALE, FL 33317
April 24, 2023, 11:23 am

**Redelivery Scheduled for Next Business Day**

FORT LAUDERDALE, FL 33317
April 22, 2023, 2:08 pm

**Out for Delivery**

FORT LAUDERDALE, FL 33324

6/28/23, 2:43 PM

April 22, 2023, 10:41 am

**Arrived at Post Office**
FORT LAUDERDALE, FL 33317
April 22, 2023, 10:30 am

**Departed USPS Regional Destination Facility**
OPA LOCKA FL DISTRIBUTION CENTER
April 21, 2023, 6:48 pm

**Arrived at USPS Regional Destination Facility**
OPA LOCKA FL DISTRIBUTION CENTER
April 20, 2023, 3:40 am

**Pre-Shipment Info Sent to USPS, USPS Awaiting Item**
April 17, 2023

Hide Tracking History

**Text & Email Updates**  〉

**Return Receipt Electronic**  〉

**USPS Tracking Plus®**  〉

**Product Information**  〉

See Less 〈

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9171082133393522492969

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:59 pm on April 24, 2023 in SEATTLE, WA 98104.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98104
April 24, 2023, 12:59 pm

**Redelivery Scheduled for Next Business Day**
SEATTLE, WA 98104
April 22, 2023, 11:11 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER

6/28/23, 2:44 PM

USPS.com® - USPS Tracking® Results

April 22, 2023, 7:15 am

**Arrived at USPS Regional Destination Facility**
SEATTLE WA DISTRIBUTION CENTER
April 21, 2023, 1:05 pm

**In Transit to Next Facility**
April 20, 2023

**Departed USPS Regional Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
April 17, 2023, 10:35 pm

**Arrived at USPS Regional Origin Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
April 17, 2023, 9:22 pm

**Accepted at USPS Origin Facility**
TALLAHASSEE, FL 32399
April 17, 2023, 8:07 pm

**Pre-Shipment Info Sent to USPS, USPS Awaiting Item**
April 17, 2023

**Hide Tracking History**

**Text & Email Updates**      ❯

**Return Receipt Electronic**      ❯

## USPS Tracking Plus®

>

## Product Information

>

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs