# EXHIBIT H

6/28/23, 1:25 PM  License Details



# REAL SYSTEM
## Regulatory Enforcement and Licensing

### Florida Office of Financial Regulation

Logon

*Current Date: 06/28/2023 04:24 PM*

## License Details

Press "Search Results" to return to the Search Results list.
Press "New Search Criteria" to do another search of this type.
Press "New Search" to start a new search.

**License Number: FT230000232**

| | |
|---|---|
| Name: | BITTREX, INC. |
| License Type: | Money Transmitters Part II |
| License Status: | Terminated |
| License Status Effective Date: | 04/30/2023 |
| Expiration Date: | 04/30/2024 |
| Original Date of Licensure: | 10/04/2018 |

## Addresses

**Business Main Address**   Address   701 FIFTH AVENUE
SUITE 4200
SEATTLE , WA
KING
98104
US

**Addresses**

| | | |
|---|---|---|
| Phone Number: | (206) 413-8559 | [View on a map](#) |
| Mailing Address | 701 FIFTH AVENUE<br>SUITE 4200<br>SEATTLE , WA<br>KING<br>98104<br>US | |
| Address | | [View on a map](#) |

Search Results  New Search Criteria  New Search  Print

© 2018. MicroPact Version:2.11.6.75 (flofr 14)