# EXHIBIT J

# EXHIBIT J

| | |
|---|---|
| **From:** | Greenberg, Brandon <Brandon.Greenberg@flofr.gov> |
| **Sent:** | Wednesday, May 10, 2023 1:19 PM |
| **To:** | Merriman, Steven D. (SEA) |
| **Cc:** | Cutler, Joseph P. (SEA); Wang, Ria (SEA); Butler, Melinda; Susheel Kirpalani; Patty Tomasco; Cammarata, Anthony |
| **Subject:** | RE: Bittrex Inc. |

Hello Steve,

My colleagues and I have conferred regarding this matter. The Office reiterates that if your client, Bittrex Inc., wishes to be heard concerning the Office's proposed administrative action, your client is required to file a request for hearing within 21 days of service of the Administrative Complaint, i.e., on or before **May 15, 2023** (based on the April 24, 2023 agreed-upon date of service).

The Office possesses statutory authority to proceed with this administrative action pursuant to section 560.114(6), Florida Statutes, notwithstanding Bittrex Inc.'s notice of its "[intent] to surrender its state money transmitter licenses, including its license in Florida, on or before April 30, 2023."

Notwithstanding the filing of Bittrex Inc.'s bankruptcy petition, filed on May 8, 2023, the Office is exempt from the bankruptcy code's automatic stay provision pursuant to 11 U.S. Code § 362(b)(4), because the OFR is a state regulator pursuing an administrative action that does not involve any monetary penalties.

As of this date, the Office has not received a written request for hearing (i.e., petition or completed Election of Proceeding Form) from Bittrex Inc. in response to the Administrative Complaint. As stated above, if Bittrex wishes to request a hearing, the Office must receive the written request on or before May 15, 2023.

The Office intends to enter a default Final Order revoking Bittrex Inc.'s money transmitter license if a written request for hearing is not received by the May 15, 2023, date.

Please let me know if you have any questions. Thanks.

Brandon

**Brandon Greenberg**
Assistant General Counsel
Florida Office of Financial Regulation
Office of General Counsel
Phone:  (561) 837-5276 | Cell Phone: (239) 628-6375
Brandon.Greenberg@FLOFR.gov
www.FLOFR.gov



*Promoting a safe marketplace for financial success*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or attorney work product and as such is privileged and confidential. If the reader of this e-mail message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail message in error and that any review, dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Greenberg, Brandon
**Sent:** Wednesday, May 10, 2023 10:00 AM
**To:** Merriman, Steven D. (SEA) <SMerriman@perkinscoie.com>
**Cc:** Cutler, Joseph P. (SEA) <JCutler@perkinscoie.com>; Wang, Ria (SEA) <RWang@perkinscoie.com>; Butler, Melinda <Melinda.Butler@flofr.gov>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Patty Tomasco <pattytomasco@quinnemanuel.com>
**Subject:** RE: Bittrex Inc.

Hello Steve,

The Office is in receipt of your May 9 email regarding your client, Bittrex Inc. We will confer on our end and provide a response as soon as possible.

Thank you.

**Brandon Greenberg**
Assistant General Counsel
Florida Office of Financial Regulation
Office of General Counsel
Phone:  (561) 837-5276 | Cell Phone: (239) 628-6375
Brandon.Greenberg@FLOFR.gov
www.FLOFR.gov



*Promoting a safe marketplace for financial success*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or attorney work product and as such is privileged and confidential. If the reader of this e-mail message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail message in error and that any review, dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Merriman, Steven D. (SEA) <SMerriman@perkinscoie.com>
**Sent:** Tuesday, May 9, 2023 1:02 PM
**To:** Greenberg, Brandon <Brandon.Greenberg@flofr.gov>
**Cc:** Cutler, Joseph P. (SEA) <JCutler@perkinscoie.com>; Wang, Ria (SEA) <RWang@perkinscoie.com>; Butler, Melinda <Melinda.Butler@flofr.gov>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Patty Tomasco <pattytomasco@quinnemanuel.com>
**Subject:** [EXT] RE: Bittrex Inc.

**External Email**

Melinda and Brandon,

We write to let you know that Bittrex commenced a Chapter 11 bankruptcy case yesterday. The company stopped offering services in Florida before it commenced this process. Specifically, on April 30, and consistent with its communicated winddown plan, Bittrex closed Florida customer accounts and surrendered its license through a submission in the REAL system. Bittrex had previously, at different points during the winddown period, disabled new account signups, deposit functionality (with the caveat that, as a technical matter, Bittrex is unable to prevent unsolicited blockchain transactions that send digital assets to already-existing Bittrex wallet addresses), and trading functionality.

The company is considering its response to the Administrative Complaint, and whether your continued prosecution of it violates the Bankruptcy Code. In the interim, we respectfully ask that you dismiss Michael Carter from the proceeding. He left Bittrex prior to delivery of the Administrative Complaint and was not with the company during any of the periods to which the FinCEN, Connecticut, or New York matters related. Mr. Carter joined Bittrex in the spring of 2020, but the latest period of Bittrex's operations to which any of these matters relate is 2019. To be clear, we do not represent Mr. Carter (or any party other than Bittrex, Inc.) at this time, and are making this request in the interest of efficiency. Bittrex reserves all rights, including those protected by virtue of its bankruptcy filing.

I'm adding Susheel Kirpalani and Patty Tomasco, the company's counsel for the Chapter 11 case, to this thread.

Steve

**Steven Merriman | Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3495
F. +1.206.359.4495
E. SMerriman@perkinscoie.com

**From:** Greenberg, Brandon <Brandon.Greenberg@flofr.gov>
**Sent:** Saturday, April 29, 2023 1:43 PM
**To:** Merriman, Steven D. (SEA) <SMerriman@perkinscoie.com>
**Cc:** Cutler, Joseph P. (SEA) <JCutler@perkinscoie.com>; Wang, Ria (SEA) <RWang@perkinscoie.com>; Butler, Melinda <Melinda.Butler@flofr.gov>
**Subject:** Re: Bittrex Inc.

Hello Steve,

Thanks for following up to clarify your representation of Bittrex Inc. only in this matter, i.e., not of the individual co-Respondents.

Additionally, we can confirm for you that, per USPS online tracking, copies of the Office's Administrative Complaint were served by USPS on April 24, 2023 to both Bittrex Inc. in Seattle, Washington, and to its registered agent in Fort Lauderdale, Florida, and that the 21-day period for Respondents to submit an Election of Proceeding (EOP) Form will therefore expire on May 15, 2023.

Thanks for the call on Friday and, consistent with our discussion, we look forward to continuing the conversation once the completed EOP Form is received.

Brandon Greenberg
Assistant General Counsel
Florida Office of Financial Regulation

Get [Outlook for iOS](https://aka.ms/o0ukef)

---

**From:** Merriman, Steven D. (SEA) <SMerriman@perkinscoie.com>
**Sent:** Friday, April 28, 2023 4:11 PM
**To:** Greenberg, Brandon <Brandon.Greenberg@flofr.gov>
**Cc:** Cutler, Joseph P. (SEA) <JCutler@perkinscoie.com>; Wang, Ria (SEA) <RWang@perkinscoie.com>; Butler, Melinda <Melinda.Butler@flofr.gov>
**Subject:** RE: [EXT] Bittrex

**External Email**

---

Thank you both for your time today.

We communicate to you on behalf of Bittrex, Inc. (While we identified ourselves only as Bittrex's counsel in our initial outreach and on the phone, we want to make clear that Perkins Coie only represents Bittrex, Inc. and not any of the individuals named in the Administrative Complaint at this time.)

We also write to confirm that the parties agree regarding the date on which the 21-day clock started, as there is a significant gap between the date on the certificate of service and the date the administrative complaint was received:

- The certificate of service states that a copy of the administrative complaint "has been sent by U.S. certified mail . . . on this 14th day of April, 2023;"

- The tracking history for the mailing (attached) indicates that the USPS received the OFR's mailing on April 20; and

- The tracking history says it was delivered on April 24.

Assuming service was proper, our understanding is that the 21-day clock started on April 24 and thus the election of proceeding form would be due May 15. Just to make sure we are all operating on the same calendar, please confirm by responsive email your agreement with this timeframe.

We look forward to working with your office.

Sincerely,
Steve

**Steven Merriman | Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099

D. +1.206.359.3495
F. +1.206.359.4495
E. SMerriman@perkinscoie.com

**From:** Merriman, Steven D. (SEA)
**Sent:** Friday, April 28, 2023 7:30 AM
**To:** Greenberg, Brandon <Brandon.Greenberg@flofr.gov>
**Cc:** Cutler, Joseph P. (SEA) <JCutler@perkinscoie.com>; Wang, Ria (SEA) <RWang@perkinscoie.com>; Butler, Melinda <Melinda.Butler@flofr.gov>
**Subject:** RE: [EXT] Bittrex

Thanks, Brandon. Much appreciated. I will send an invite for 10 am PT/1 pm ET.

**Steven Merriman | Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3495
F. +1.206.359.4495
E. SMerriman@perkinscoie.com

**From:** Greenberg, Brandon <Brandon.Greenberg@flofr.gov>
**Sent:** Thursday, April 27, 2023 6:15 PM
**To:** Merriman, Steven D. (SEA) <SMerriman@perkinscoie.com>
**Cc:** Cutler, Joseph P. (SEA) <JCutler@perkinscoie.com>; Wang, Ria (SEA) <RWang@perkinscoie.com>; Butler, Melinda <Melinda.Butler@flofr.gov>
**Subject:** Re: [EXT] Bittrex

Hello Mr. Merriman,

Thanks for your response. I understand from your email that you are requesting a meeting tomorrow regarding your client's recent notification to the Office of a planned FT2 license surrender "before April 30." However, pursuant to section 560.114(6), Florida Statutes, a license surrender occurring during the pendency of an administrative proceeding does not prevent the matter from continuing as if the license is still in effect. Therefore, it appears that we can schedule a meeting for early next week, as I have proposed.

That being said, if you still want to meet before the weekend to discuss, Ms. Butler and I can make ourselves available for a teleconference tomorrow at 1 pm.

Thank you.

Brandon Greenberg

Get Outlook for iOS

**From:** Merriman, Steven D. (SEA) <SMerriman@perkinscoie.com>
**Sent:** Thursday, April 27, 2023 6:12 PM
**To:** Greenberg, Brandon <Brandon.Greenberg@flofr.gov>; Butler, Melinda <Melinda.Butler@flofr.gov>
**Cc:** Cutler, Joseph P. (SEA) <JCutler@perkinscoie.com>; Wang, Ria (SEA) <RWang@perkinscoie.com>
**Subject:** RE: [EXT] Bittrex

**External Email**

I'll be sure to copy Melinda. Her email wasn't included in the prior communication, but I think I found the right one online.

5

Is there any chance that one of you can talk with us tomorrow? About a month ago, we sent a letter to the OFR communicating that Bittrex planned to surrender its Florida license on April 30. The email we sent on March 31 is attached, and a hard copy of the letter was [delivered](#) on April 3. So, because of the planned surrender date, we'd like to talk with the OFR this week if possible.

Steve

**Steven Merriman** | **Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3495
F. +1.206.359.4495
E. [SMerriman@perkinscoie.com](mailto:SMerriman@perkinscoie.com)

---

**From:** Greenberg, Brandon <[Brandon.Greenberg@flofr.gov](mailto:Brandon.Greenberg@flofr.gov)>
**Sent:** Thursday, April 27, 2023 1:59 PM
**To:** Merriman, Steven D. (SEA) <[SMerriman@perkinscoie.com](mailto:SMerriman@perkinscoie.com)>
**Cc:** Cutler, Joseph P. (SEA) <[JCutler@perkinscoie.com](mailto:JCutler@perkinscoie.com)>; Wang, Ria (SEA) <[RWang@perkinscoie.com](mailto:RWang@perkinscoie.com)>
**Subject:** Re: [EXT] Bittrex

Hello Mr. Merriman,

Thanks for reaching out to discuss Bittrex Inc. I am out of the office until Monday, but we can set a meeting for early next week if you have some availability. Please feel free to propose some times so we can coordinate, and I can provide teleconference invites for anyone you would like to participate.

Additionally, please copy our Chief Counsel, Melinda Butler, on all communications pertaining to this legal matter. I have copied Ms. Butler on this so you have her email.

Much appreciated, and we will talk soon.

Brandon Greenberg
Assistant General Counsel
Florida Office of Financial Regulation



Get [Outlook for iOS](#)

---

**From:** Merriman, Steven D. (SEA) <[SMerriman@perkinscoie.com](mailto:SMerriman@perkinscoie.com)>
**Sent:** Thursday, April 27, 2023 12:57:09 PM
**To:** Greenberg, Brandon <[Brandon.Greenberg@flofr.gov](mailto:Brandon.Greenberg@flofr.gov)>
**Cc:** Cutler, Joseph P. (SEA) <[JCutler@perkinscoie.com](mailto:JCutler@perkinscoie.com)>; Wang, Ria (SEA) <[RWang@perkinscoie.com](mailto:RWang@perkinscoie.com)>
**Subject:** [EXT] Bittrex

**External Email**

---

Mr. Greenberg,

We are counsel to Bittrex, Inc., and I'm contacting you regarding the administrative complaint that the company's registered agent received on April 24.

Can we schedule time with you to discuss? Here are times that we are available:

- Thursday (Today): 3-4 pm ET, 4:30-6 pm ET
- Friday: 1-3 pm ET

Please pick a time that works for you, and we will send a meeting link.

Steve

**Steven Merriman | Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3495
F. +1.206.359.4495
E. SMerriman@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**External Email:** Please do not click on links or attachments unless you know the content is safe.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.