IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF DAVID MARIA IN SUPPORT OF DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT

David Maria, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am the General Counsel and Chief Legal Officer for Bittrex, Inc. ("BUS"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2. I participated in a meet-and-confer with counsel for the Florida OFR on June 1, 2023. During this meet-and-confer, counsel for the Florida OFR indicated that primary motive for filing the Complaint was BUS's financial condition. Counsel also stated that the Florida OFR had been participating in a multi-state examination █████████████████, and referred to the findings of that examination.

3. Attached hereto as **Exhibit K** is a true and correct copy of an April 20, 2023 letter to BUS from the Florida OFR, the Maryland Office of the Commissioner of Financial Regulation, the Michigan Department of Insurance and Financial Services, and the Texas Department of Banking.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: June 28, 2023

By:  /s/ David Maria<br>David Maria

# EXHIBIT K
# Filed Under Seal