# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 6/29/2023 |
| Case: 23−10597−BLS | Form ID: van441 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Kenneth J. Enos      bankfilings@ycst.com

                                                                                  TOTAL: 1