I, Darijo Piplica, am not a credited investor, I demand my name be removed from the credited investor list.

Case Number: 23 - 10597 (BLS)

Debtor's Full name: Desolation Holdings LLC

Jointly administered Cases:

| | Case No. | EIN |
|---|---|---|
| Bittrex, Inc | 23-10598(BLS) | 81-3820908 |
| Bittrex Malta Holdings Ltd. | 23-10599(BLS) | 98-1492227 |
| Bittrex Malta Ltd. | 23-10600(BLS) | 98-1561764 |

FILED 2023 JUN 30 AM 11:05 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

I, Darijo Piplica, am not a credited investor, nor have I, used their centralized exchange, I would like my name removed, I am not responsible for others using my name, God Bless,

Darijo

— DO NOT ALLOW MOVEMENT OF ASSETS

— June 15th, 2023 @ 09:45

— I have emailed all the attorney's they swore an oath to tell the truth, I am NOT getting scammed.

— P.S. — Scammers everywhere

I love this country do and would never illegally transmit funds.

I do not promote centralized exchanges.

God Bless Democrats and Republicans.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MarketStreet, Third Floor
Wilmington, DE 19801
Ph: (302) 252-2900
www.deb.uscourts.gov

Case No.: 23-10597 (BLS)

Debtor(s)    Chapter:

Darijo Piplica

## NOTICE OF DEFICIENCY

[✓] The enclosed document, which was received by the Court on 6/20/23 is being returned to you as it does not contain a case name or case number for the U.S. Bankruptcy Court, District of Delaware. If you intend for this document to be filed with the Court, please return it with an identifying case name and case number for the USBC, District of Delaware.

[ ] There was a fee included with your document. However, no fee is due for this filing. The document has been processed, and the funds are being returned to you with this notice.

[ ] The enclosed mailing(s) were returned to the Court because of an incorrect address. Please resend to the appropriate party and notify the Court of the correct address.

[ ] Other:

*I certify that this Notice of Deficiency was mailed on the date indicated below to:*

Date: 6/30/23

Deputy Clerk

Una O'Boyle, Clerk of Court

Please Remove my name as a creditor, thank you, Darijo Poploca



**PRIORITY MAIL EXPRESS®**
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

FROM: (PLEASE PRINT)
Darijo Piplica
322 Northgate Rd
Burlington, VT 05408

TO: (PLEASE PRINT)
United States Bankruptcy Court
824 North Market St, 3rd Floor
Wilmington, DE 19801

ZIP+4: 19801

PO ZIP Code: 05408
Date Accepted: 6/26/23
Time Accepted: 11:45 AM
Scheduled Delivery Date: 6/27/23
Weight: 28.75
Total Postage & Fees: $28.75

EI 537 821 555 US

Delivered