# THE UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF DELAWARE

IN RE: Desolation Holdings LLC, Debtor(s).　　　　　　　　　Case No. 23-10597 BLS

601 Bellevue Way NE　　　　　　　　　　　　　　　　　　　　Chapter 11
Suite 200
Bellevue, WA 98004
XXX-XX-

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　Jonathan Skrmetti
　　　　　　　　　　　　　　　　　　　　　　Attorney General and Reporter

　　　　　　　　　　　　　　　　　　　　　　/s/ Laura L. McCloud
　　　　　　　　　　　　　　　　　　　　　　Laura L. McCloud
　　　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　BPR No. 016206
　　　　　　　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　　　BANKRUPTCY DIVISION
　　　　　　　　　　　　　　　　　　　　　　P O BOX 20207
　　　　　　　　　　　　　　　　　　　　　　Nashville, TN 37202-0207
　　　　　　　　　　　　　　　　　　　　　　Phone: (615) 532-8933　　Fax: 615-741-3334
　　　　　　　　　　　　　　　　　　　　　　Email: AGBankDelaware@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify that on June 30, 2023 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

　　　　　　　　　　　　　　　　　　　　　　/s/ Laura L. McCloud
　　　　　　　　　　　　　　　　　　　　　　Laura L. McCloud
　　　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General

Office of the U.S. Trustee　　　　　　　　　　　　　　　　Robert S. Brady
844 King St., Room 2207　　　　　　　　　　　　　　　　Attorney for the Debtor(s)
Lock Box 35　　　　　　　　　　　　　　　　　　　　　　1000 North King Street
Wilmington, Delaware 19899-0035　　　　　　　　　　　　Wilmington, DE 19801