**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, | Case no. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hrg. Date July 12, 2023 at 1:30 p.m. ET |
| | Docket No. 149 |

**FLORIDA OFFICE OF FINANCIAL REGULATION'S MOTION FOR ENLARGEMENT OF TIME TO OBJECT TO DEBTOR'S MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT (DOC. NO. 149)**

The Office of Financial Regulation ("OFR") moves for enlargement of time to object to Debtor's Motion to Enforce Automatic Stay and Non-discrimination Provisions of the Bankruptcy Code, and for Civil Contempt (Doc. 149) pursuant to U.S Bankruptcy Court Rule 9006(b)(1). As grounds for its motion the OFR states:

1. Pursuant to U.S. Bankruptcy Court Rule 9006(b)(1), with limited exceptions, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of Court, the Court, for cause shown, may at any time in its discretion with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order.

2. The OFR, a Florida administrative agency, is neither a creditor nor claimant in the Debtors' bankruptcy proceedings, nor is the OFR in an "adversarial proceeding" with Debtors pursuant to U.S. Bankruptcy Court Rule 7001, the OFR makes only a limited appearance to respond or object to Debtors' motion filed in this Court.

3. Debtors served their motion on the OFR by email at 10:37 p.m. ET on Wednesday, June 28, 2023, shortly before the extended holiday weekend.

4. The OFR, along with other Florida governmental offices, is closed on Monday, July 3, and Tuesday, July 4, 2023.

5. Currently, the deadline for filing an objection or response to Debtors' motion is Wednesday, July 5, 2023 at 4:00 pm ET.

6. The hearing date for Debtors' motion is scheduled for July 12, 2023 at 1:30 pm ET.

7. Because the OFR does not typically practice before the U.S. Bankruptcy Court, it must by necessity familiarize itself with the local procedural rules of this Court.

8. Further, the Debtors' motion asserts multiple arguments which involve complex legal issues relating to both the U.S. Bankruptcy Code as well as Florida regulatory and administrative law, which require additional time for the OFR to prepare an appropriate objection or response for the Court's review and consideration.

9. The OFR is therefore seeking a one-week enlargement of the July 5 filing deadline for a response or objection, and a two-week continuance of the July 12 hearing date.

10. Because Debtors' motion seeks to prevent the OFR's enforcement action from proceeding, hold the OFR in civil contempt, and award attorney's fees and costs, the OFR would be prejudiced and could be irreparably harmed if this motion for enlargement of the five-day period to serve its objection, and continuance of the hearing date is not granted.

11. The OFR's request is reasonable under the circumstances and will not unduly prejudice Debtors because as of the time of filing this motion, the OFR's administrative complaint has not been referred to the Florida Division of Administrative Hearings for enforcement

proceedings, and the OFR will not do so while this Court is in the process of resolving Debtors' pending motion.

12.  When the OFR requested that Debtors stipulate to enlargement of the time to object and the date of the hearing, Debtors agreed to enlarge the time to respond or object to July 10, 2023. Debtors would not, however, agree to extend the date of the hearing because they have an omnibus hearing set for July 12.

WHEREFORE, having shown good cause, the OFR respectfully requests this Honorable Court to order: 1) a one-week enlargement of the July 5 filing deadline for a response or objection to Debtors' motion; and 2) a two-week continuance of the July 12 hearing date.

*s/ George C. Bedell III*

_____
George C. Bedell III
Chief Counsel
Administrative and Civil Litigation
Office of Financial Regulation
Florida Bar No. 363685
Primary E-Mail address:  George.Bedell@flofr.gov
Secondary E-Mail address:  Jessica.McPike@flofr.gov
200 E. Gaines St.
Tallahassee, FL 32399-0370
(813) 218-5353

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document has been furnished to counsel of record registered on CM/ECF below this 3rd day of July 2023.

*s/ George C. Bedell III*

_____
George C. Bedell III