UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, et al., | Case no. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

FILED
2023 JUL -5 AM 10: 13
CLERK
U.S. BANKRUPTCY COURT
DIST. OF DELAWARE

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 9010-1(e) of the Local Rules for the United States Bankruptcy, District of Delaware, the undersigned respectfully moves for the admission *pro hac vice* of George C. Bedell III of the State of Florida, Office of Financial Regulation, 200 E. Gaines Street, Tallahassee, Florida 32399-0370, (813) 218-5353, George.Bedell@flofr.gov, for purposes of appearance as counsel on behalf of the State of Florida, Office of Financial Regulation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit George C. Bedell III to receive electronic filings in this case, and in support thereof states as follows:

1. George C. Bedell III is not admitted to practice in the United States Bankruptcy for the District of Delaware and is a member in good standing of the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Northern District of Florida, and the United States Court of Appeals for the Eleventh Circuit.

2. In accordance with the local rules of this Court, George C. Bedell III has made payment of this Court's $25.00 admission fee. A certification consistent with Local Form 105A is attached to this motion.

3. George C. Bedell III, pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to George C. Bedell III at email address: George.Bedell@flofr.gov.

WHEREFORE, the undersigned moves this Court to enter an Order to allow George C. Bedell III to appear before this Court, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to: George.Bedell@flofr.gov.

Date: July 3, 2023

Respectfully submitted,

*s/ George C. Bedell III*

George C. Bedell III
Chief Counsel
Administrative and Civil Litigation
Florida Bar No. 363685
Primary E-Mail address: George.Bedell@flofr.gov
Secondary E-Mail address: Jessica.McPike@flofr.gov
Office of Financial Regulation
200 E. Gaines St.
Tallahassee, FL 32399-0370
(813) 218-5353

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

George C. Bedell III pursuant to Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Florida Office of Financial Regulation in this action: I am admitted to practice law in

- all state courts of Florida as a member of The Florida Bar,
- the United States District Court for the Middle District of Florida,
- the United States District Court for the Southern District of Florida,
- the United States District Court for the Northern District of Florida, and

the United States Court of Appeals for the Eleventh Circuit;

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

*s/ George C. Bedell III*

George C. Bedell III
Agency/Organization
Name: Florida Office of Financial Regulation
Address: 200 E. Gaines St.
Tallahassee, FL 32399-0370

Phone:   (813) 218-5353

Email:  George.Bedell@flofr.gov

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.



Commissioner Russell C. Weigel, III



FILED

2023 JUL -5 AM 10: 13

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk's Office
844 N. King Street
Room 4209, Unit 18
Wilmington, DE 19801

    RE: Pro hac vice for George Bedell

Dear Sir or Madam,

Please see my motion for pro hac vice admission and my $25.00 check. Please call me if you have any questions about this letter.

*George Bedell* (signature)

George Bedell
813-218-5353
George.bedell@flofr.gov