**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing *Objection of the U.S. Securities and Exchange Commission to the Debtors' Motion Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code to Estimate Contingent and Unliquidated Claims of the U.S. Securities and Exchange Commission and Grant Related Relief*, to be served upon counsel or parties of record by the Court's CM/ECF system on July 6, 2023.

Dated: New York, New York
       July 6, 2023

By: /s/ Patricia Schrage
Patricia Schrage