**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hrg. Date: August 16, 2023 at 10:00 a.m. (ET)**<br>**Obj. Deadline: July 14, 2023 at 4:00 p.m. (ET)** |
| | **Ref. Docket Nos. 149, 150 & 151** |

**NOTICE OF MOTION**

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE HOLDERS OF THE THIRTY (30) LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS (ON A CONSOLIDATED BASIS); (III) COUNSEL TO THE LENDER UNDER THE DEBTORS' POST-PETITION FINANCING FACILITY; (IV) COUNSEL TO DEBTORS' NON-DEBTOR AFFILIATE BITTREX GLOBAL GMBH; (V) COUNSEL TO DEBTORS' NON-DEBTOR AFFILIATES RBR HOLDINGS, INC., AND AQUILA HOLDINGS INC.; (VI) THE UNITED STATES ATTORNEYS' OFFICE FOR THE DISTRICT OF DELAWARE; (VII) THE INTERNAL REVENUE SERVICE; (VIII) THE ATTORNEYS GENERAL IN THE STATES WHERE THE DEBTORS CONDUCT THEIR BUSINESS OPERATIONS; (IX) THE SECURITIES AND EXCHANGE COMMISSION, THE FINANCIAL CRIMES ENFORCEMENT NETWORK, AND THE OFFICE OF FOREIGN ASSETS CONTROL; (X) THE MARYLAND COMMISSIONER, THE MICHIGAN FINANCIAL SERVICES DEPARTMENT, AND THE TEXAS BANKING DEPARTMENT; (XI) THE FLORIDA OFR; AND (XII) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that the Florida Office of Financial Regulation ("OFR") has filed *Motion Pursuant To Sections 105(A) And 107(B) Of The Bankruptcy Code, Bankruptcy Rule 9018, And Local Rule 9018-1 To File Under Seal Certain Information Contained In (A) Florida Office Of Financial Regulation's Objection To Debtor's Motion To Enforce Automatic Stay And Non-Discrimination Provisions Of The Bankruptcy Code, And For Civil Contempt, And (B) The Declaration Of Brandon Greenberg In Support Of The Objection To Debtors' Motion,* with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**PLEASE TAKE NOTICE** that any objections or responses to the relief requested in the Motion be filed on or before **July 14, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **AUGUST 16, 2023, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Date: July __6__, 2023
Tallahassee, FL

**FLORIDA OFFICE OF FINANCIAL REGULATION**

Russell C. Weigel, III
Commissioner

_/s/ George Bedell_
George C. Bedell III
Chief Counsel
Administrative and Civil Litigation
Office of Financial Regulation
Florida Bar No. 363685
Primary E-Mail address: George.Bedell@flofr.gov
Secondary E-Mail address: Jessica.McPike@flofr.gov
200 E. Gaines St.
Tallahassee, FL 32399-0370
(813) 218-5353

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hrg. Date: August 16, 2023 at 10:00 a.m. (ET)** |
| | **Obj. Deadline: July 14, 2023 at 4:00 p.m. (ET)** |

### MOTION PURSUANT TO SECTIONS 105(A) AND 107(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1 TO FILE UNDER SEAL CERTAIN INFORMATION CONTAINED IN (A) FLORIDA OFFICE OF FINANCIAL REGULATION'S OBJECTION TO DEBTOR'S MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT, AND (B) THE DECLARATION OF BRANDON GREENBERG IN SUPPORT OF THE OBJECTION TO DEBTORS' MOTION

The Florida Office of Financial Regulation ("OFR") submits this motion ("Motion") for entry of an order, pursuant to sections 105(a) and 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code") Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules"), authorizing the OFR to file, under seal, the unredacted versions of the OFR's *Objection to Debtor's Motion to Enforce Automatic Stay and Supporting Declaration and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt* ("Objection to Stay Enforcement Motion") [D.I. 172] and the Declaration of Brandon Greenberg in support of the OFR's Objection (the "Greenberg

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Declaration") [D.I. 173], and together (the Objection to Stay Enforcement and Greenberg Declaration collectively referred to as the "Objection to Stay Enforcement Motion Filings"), redacted versions of which have been previously filed with the Court [D.I. 174 and 175]. In support of its Motion, the OFR respectfully states as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware. Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rule[s]"), the OFR confirms its consent to the Court entering a final order in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 105(a) and 107(b) of the Bankruptcy Code, along with Bankruptcy Rule 9018 and Local Rule 9018-1.

## BACKGROUND

4. The Office of Financial Regulation ("OFR") is the Florida regulator of Bittrex Inc.'s money transmitter activities and is neither a creditor nor a claimant in Debtors' bankruptcy proceedings. Nor is the OFR party to an "adversarial proceeding" under Rule 7001. Rather, the OFR appears in this Court for the limited purpose of responding to Debtors' Motion.

5. The OFR, pursuant to section 560.105, Florida Statutes, is tasked by the Florida Legislature to supervise all money services businesses (e.g., money transmitters) and their

affiliated parties [2] (e.g., control persons), by administering and enforcing the provisions of chapter 560, Florida Statutes, and its corresponding rules.

6. Between October 2022 and March 2023, the OFR, along with state regulators from Maryland, Michigan, and Texas, participated in a Multistate Examination of Debtor Bittrex Inc. ("Bittrex Inc."). The OFR's examiner found that Bittrex Inc., a Florida money transmitter licensee, violated several provisions of Florida law. These findings, which constituted confidential OFR information, were included in the Multistate Report of Examination ("ROE"), along with findings from the other state regulators.

7. On April 17, 2023, the OFR issued an Administrative Complaint ("Complaint") to Bittrex Inc., alleging violations of chapter 560, Florida Statutes, and seeking to impose a license revocation. Bittrex Inc. received service of the Complaint on April 24.

8. The Multistate ROE that participating state regulators sent to Bittrex Inc. on or around April 20, 2023 contained confidential OFR examination findings regarding Bittrex Inc.'s conduct as a Florida money transmitter licensee.

9. Page 1 of the Multistate ROE expressly stated as follows:

> You are advised that the contents of the ROE are the property of the participating state regulatory authorities and are furnished to the license holder for confidential use. <u>Under no circumstances shall the license holder or any of its officers, or employees disclose or make public in any manner the ROE or any portion thereof, including the rating</u>. If any subpoena or legal process calling for the production of this ROE is received, the participating states, and the participating states must be notified immediately. [Emphasis added.]

See Page 1 of Maria Decl., **Exhibit K**.

10. On May 8, 2023, Bittrex Inc. filed its petition for bankruptcy.

---

[2] See §§ 560.103(1) and (10), 560.127, and 560.114(1)(a), Fla. Stats. (2023).

3

11. On June 28, 2023 at approximately 10:35 p.m., counsel to Bittrex Inc. served Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt (Doc. 149) ("Stay Enforcement Motion") on an Assistant General Counsel for the OFR. The Stay Enforcement Motion showed that the objection deadline was July 5, 2023 and the hearing date was scheduled for July 12, 2023.

12. Confidential information relevant to the issues presented by the Stay Enforcement Motion must be disclosed to the Court. An OFR examination- or investigation-related information is:

> [C]onfidential and exempt from s. 119.07(1) and s. 24(a), Art. I of the State Constitution until the investigation or examination ceases to be active. For purposes of this section, an investigation or examination is considered 'active' so long as the office or any other administrative, regulatory, or law enforcement agency of any jurisdiction is proceeding with reasonable dispatch and has a reasonable good faith belief that action may be initiated by the office or other administrative, regulatory, or law enforcement agency."

§ 560.129, Fla. Stat. (2022).[3]

13. Although Debtors have filed redacted versions of their Motion to Enforce Automatic Stay and two of three supporting Declarations (collectively "Stay Enforcement Filings"), these redactions are extremely limited and focus only on confidential OFR examination information which relates specifically to Bittrex Inc.'s financial condition. However, Debtors made no attempt in these filings to protect any other confidential OFR examination information outside of this narrow topic. (Debtors have likewise not attempted to protect confidential examination information belonging to the other state regulators who participated in the Multistate Examination for that matter.)

---

[3] Any person who willfully discloses information made confidential by this section commits a felony of the third degree, punishable as provided in s. 775.082 or s. 775.083. § 560.129(7), Fla. Stat. (2022).

14. Specifically, Exhibit K to the Declaration of David Maria published a complete and unredacted Multistate Report of Examination ("ROE"), disclosing the OFR's confidential examination information, along with that belonging to state regulators of Maryland, Michigan, and Texas.

15. By publishing the ROE in its complete and unredacted form in the Maria Declaration, Debtors have violated the ROE's clear confidentiality disclosure prohibition.

16. Debtors' disclosure of the ROE also appears to violate Florida's confidentiality disclosure prohibition pursuant to section 560.129(7), Florida Statutes.

17. To the extent that confidentiality had already been compromised by Debtors' filing once the ROE was filed in unredacted form and published to the Court file, it had now become part of the public domain.

18. As a result of Debtors' filing of unredacted confidential OFR examination information, the OFR's Objection to Stay Enforcement Filings have not redacted such information. The OFR determined, having reviewed the nature of Debtors' disclosure, that to do so would be to "close the barn door after the horse has bolted" as the information had already been made available to the public by the Debtors' filing.[4]

19. Accordingly, the OFR's Objection to Stay Enforcement Filings redact only that confidential material which Debtors have redacted in their Automatic Stay Motion Filings, as it is the only remaining OFR examination material referenced that has not been disclosed by Debtors' filing of the ROE in the Maria Declaration.

---

[4] Incidentally, the confidential OFR examination information first disclosed by Debtors' filing has now been reported on by online journalists covering finance and cryptocurrency industry news. See, e.g., "Bittrex Faced Enforcement Action From Florida Regulator Ahead of Bankruptcy." Sandali Handagama, YahooFinance, July 6, 2023. https://finance.yahoo.com/news/bittrex-faced-enforcement-action-florida-085350356.html.

**BASIS FOR RELIEF**

20. Through this Motion, the OFR requests that the Court, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, permit the OFR to file under seal unredacted copies of the Objection to the Stay Enforcement Motion Filings.

21. 11 U.S.C. § 107(b), authorizes the Court to issue orders to protect an entity from the disclosure of certain confidential information. Section 105(a) of the Bankruptcy Code codifies the Bankruptcy Court's inherent equitable powers, empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §105(a).

22. Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 authorize this Court to limit public access to information for the purpose of protecting governmental matters that are made confidential by statute or regulation. In this pending chapter 11 case, the OFR must protect the confidentiality of its investigation and the Multistate Examiners' examination proceeding pursuant to relevant state laws, to the extent that Debtors' Stay Enforcement Motion Filings have not already disclosed any such confidential OFR information to the public.

23. The OFR, therefore, respectfully requests that the Court grant it authority to redact and file under seal the Objection to Stay Enforcement Motion Filings.

**NOTICE**

24. OFR will provide notice of this Motion to the Debtors and the following parties and/or their respective counsel, as applicable: (a) the United States Trustee for the District of Delaware; (b) the holders of the thirty largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel to the lender under the Debtors' post-petition financing facility;

(d) counsel to Debtors' non-debtor affiliate Bittrex Global GmbH; (e) counsel to Debtors' non-debtor affiliates RBR Holdings, Inc., and Aquila Holdings Inc.; (f) the United States Attorney's Office for the District of Delaware; (g) the Internal Revenue Service; (h) the attorneys general in the states where the Debtors conduct their business operations; (i) the Securities and Exchange Commission, the Financial Crimes Enforcement Network, and the Office of Foreign Assets Control; (j) the Maryland Commissioner, the Michigan Financial Services Department, and the Texas Banking Department; and (k) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## CONCLUSION

WHEREFORE, the OFR respectfully requests that the Court enter the Order substantially in the form attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Date: July 6, 2023
Tallahassee, FL

**FLORIDA OFFICE OF FINANCIAL REGULATION**

Russell C. Weigel, III
Commissioner

***s/ George C. Bedell III***
George C. Bedell III
Chief Counsel
Administrative and Civil Litigation
Office of Financial Regulation
Florida Bar No. 363685
Primary E-Mail address: George.Bedell@flofr.gov
Secondary E-Mail address: Jessica.McPike@flofr.gov
200 E. Gaines St.
Tallahassee, FL 32399-0370
(813) 218-5353

# <u>Exhibit A</u>

# Proposed Order

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**ORDER PURSUANT TO SECTIONS 105(A) AND 107(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1 FOR AUTHORITY TO FILE UNDER SEAL CERTAIN INFORMATION CONTAINED IN THE (A) FLORIDA OFFICE OF FINANCIAL REGULATION'S OBJECTION TO DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT AND (B) THE DECLARATION OF BRANDON GREENBERG IN SUPPORT OF THE MOTION**

The Court having considered the motion (the "Motion")[2] of the Florida Office of Financial Regulation (the "OFR") for entry of an order (this "Order") pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 for authority to file under seal certain information contained in the (a) *the OFR's Objection to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt* (the "Objection to Stay Enforcement Motion") and (b) the Declaration of Brandon Greenberg in support of the Objection to Stay Enforcement Motion (the "Greenberg Declaration"), (collectively referred to as the "Objection to Stay Enforcement filings"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, entered February 29, 2012; and that this Court having the power to enter a final order consistent with Article III of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted as set forth herein.

2. The OFR is hereby authorized to file the unredacted versions of the Objection to Stay Enforcement Filings under seal pursuant to the sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

3. The unredacted versions of the Objection to Stay Enforcement Filings shall remain under seal and not made available to anyone, except that copies shall be provided to the Office of the United States Trustee for the District of Delaware, the Multistate Examiners, and other parties in interest as may be ordered or otherwise required by the Court or agreed to by the Debtors, and all parties receiving the Objection to Stay Enforcement Filings shall maintain their confidentiality, including in connection with any pleadings filed with this Court.

3

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.