## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hrg. Date: July 12, 2023 at 1:30 p.m. (ET)** |

### MOTION FOR SHORTENING THE NOTICE PERIOD AND WAIVING LOCAL RULE 9006-1(C)(II) WITH RESPECT TO FLORIDA OFFICE OF FINANCIAL REGULATION'S MOTION FOR ENLARGEMENT OF TIME TO OBJECT TO DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT

The Florida Office of Financial Regulation ("OFR") submits this motion ("Motion") for entry of an order, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure, and Rule 9006-1(c) and (e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules"), for entry of an order shortening the notice period with respect to the hearing date on the OFR's Motion for Enlargement of Time to Object to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt (Doc. 164) ("Motion for Enlargement of Time"). In support of its Motion, the OFR respectfully states as follows:

### JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the District of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Delaware. Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rule[s]"), the OFR confirms its consent to the Court entering a final order in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 105(a) and 107(b) of the Bankruptcy Code, along with Bankruptcy Rule 9006 and Local Rule 9006-1.

## **BACKGROUND**

4.      The Office of Financial Regulation ("OFR") is the Florida regulator of Debtor Bittrex Inc.'s money transmitter activities and is neither a creditor nor a claimant in Debtors' bankruptcy proceedings. Nor is the OFR party to an "adversarial proceeding" under Rule 7001. Rather, the OFR appears in this Court for the limited purpose of responding to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt. (Doc. 149)

5.      The OFR, pursuant to section 560.105, Florida Statutes, is tasked by the Florida Legislature to supervise all money services businesses (e.g., money transmitters) and their affiliated parties [2] (e.g., control persons), by administering and enforcing the provisions of chapter 560, Florida Statutes, and its corresponding rules.

6.      On April 17, 2023, the OFR issued an Administrative Complaint ("Complaint") to Bittrex Inc., alleging violations of chapter 560, Florida Statutes, and seeking to impose a license revocation. Bittrex Inc. received service of the Complaint on April 24.

---

[2] See §§ 560.103(1) and (10), 560.127, and 560.114(1)(a), Fla. Stats. (2023).

7.      On May 8, 2023, Bittrex Inc. filed its petition for bankruptcy.

8.      On June 28, 2023 at approximately 10:35 p.m., counsel to Bittrex Inc. served Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt (Doc. 149) ("Stay Enforcement Motion") on an Assistant General Counsel for the OFR. The Stay Enforcement Motion showed that the objection deadline was July 5, 2023 and the hearing date was scheduled for July 12, 2023.

9.      On July 3, 2023, the OFR filed its Motion for Enlargement of Time (Doc. 164) in which the OFR requested a one-week enlargement of the objection deadline and a two-week adjournment of the hearing on Debtors' Stay Enforcement Motion.

10.     On July 5, 2023, Debtors filed their objection (Doc. 166) to the Motion for Enlargement of Time.

11.     Also on July 5, the OFR filed its Objection to Debtors' Stay Enforcement Motion ("Objection to Stay Enforcement").

12.     The OFR's timely filing of its Objection to the Stay Enforcement Motion has obviated its request to enlarge the objection filing deadline. However, OFR's request for a continuance of the hearing on the Stay Enforcement Motion remains.

13.     The OFR retained Kathleen Miller, Esq. as local counsel on July 6, 2023.  Ms. Miller is set for trial on July 12 and is, therefore, unavailable to attend the hearing.

14.     Further, the OFR has held its enforcement matter in abeyance since service of the Complaint and has not yet referred the matter for administrative hearing. The OFR agrees to continue to refrain from prosecuting the matter pending the Court's ruling on the Stay Enforcement Motion. Therefore, if the Court grants the OFR's request to continue the July 12 hearing, Debtors will not be prejudiced.

3

**BASIS FOR RELIEF**

15.    Local Rule 9006-1(c)(i) provides that unless the Bankruptcy Rules or the Local Rules state otherwise, "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least fourteen (14) days prior to the hearing date."  Local Rule 9006-1(e) further provides in pertinent part that "[n]o motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by order of the Court on written motion . . . specifying the exigencies justifying shortened notice."  Local Rule 9006-1(c)(ii) requires that "the deadline for objection(s) shall be no later than seven (7) days before the hearing date."

16.    Through this Motion, the OFR requests that the Court, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1, permit the OFR to have its Motion for Enlargement of Time to be heard on July 12, 2023.

17.    The OFR, therefore, respectfully requests that the Court grant it hearing time on July 12, 2023.

**NOTICE**

18.    OFR will provide notice of this Motion to the Debtors and the following parties and/or their respective counsel, as applicable: (a) the United States Trustee for the District of Delaware; (b) the holders of the thirty largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel to the lender under the Debtors' post-petition financing facility; (d) counsel to Debtors' non-debtor affiliate Bittrex Global GmbH; (e) counsel to Debtors' non-debtor affiliates RBR Holdings, Inc., and Aquila Holdings Inc.; (f) the United States Attorney's Office for the District of Delaware; (g) the Internal Revenue Service; (h) the attorneys general in the states where the Debtors conduct their business operations; (i) the Securities and Exchange Commission, the Financial Crimes Enforcement Network, and the Office of Foreign Assets

Control; (j) the Maryland Commissioner, the Michigan Financial Services Department, and the Texas Banking Department; and (k) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## **CONCLUSION**

WHEREFORE, the OFR respectfully requests that the Court enter the Order substantially in the form attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Date: July 6, 2023
Tallahassee, FL

**FLORIDA OFFICE OF FINANCIAL REGULATION**

Russell C. Weigel, III
Commissioner

*s/ George C. Bedell III*
George C. Bedell III
Chief Counsel
Administrative and Civil Litigation
Office of Financial Regulation
Florida Bar No. 363685
Primary E-Mail address:  George.Bedell@flofr.gov
Secondary E-Mail address:  Jessica.McPike@flofr.gov
200 E. Gaines St.
Tallahassee, FL 32399-0370
(813) 218-5353

## **Exhibit A**

## **Proposed Order**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**ORDER SHORTENING THE NOTICE PERIOD AND WAIVING LOCAL RULE 9006-1(c)(ii) WITH RESPECT TO FLORIDA OFFICE OF FINANCIAL REGULATION'S MOTION FOR ENLARGEMENT OF TIME TO OBJECT TO DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT**

Upon the motion (the "**Motion to Shorten**")[2] of the Florida Office of Financial Regulation ("**OFR**") for entry of an order (this "**Order**") (i) shortening the notice and objection periods for the OFR's Motion for Enlargement of Time to Object to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt (the "Motion"), (ii) scheduling the hearing to consider the relief requested by the Motion for the week beginning July 24, 2023 or later, and (iii) waiving the requirements of Local Rule 9006-1(c)(ii), all as more fully set forth in the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* for the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and that the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.   The Motion to Shorten is granted to the extent set forth herein.

2.   Local Rule 9006-1(c)(ii) is hereby waived with respect to the Motion.

3.   The hearing to consider the relief requested by the Motion will be held **Wednesday, July 12, 2023 at 1:30 p.m.**

4.   This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.