IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF EVAN HENGEL IN SUPPORT OF SUPPLEMENT TO DEBTORS' MOTION SEEKING ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) CONTINUE TO OPERATE THEIR CASH MANAGEMENT SYSTEM, (B) HONOR CERTAIN PRE-PETITION OBLIGATIONS RELATED THERETO, AND (C) CONTINUE TO PERFORM INTERCOMPANY TRANSACTIONS, (II) GRANTING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS TO POST-PETITION INTERCOMPANY BALANCES, AND (III) GRANTING RELATED RELIEF**

Evan Hengel, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a Managing Director at BRG and the Co-Chief Restructuring Officer at Bittrex, Inc. ("BUS"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto. All terms not defined herein have the meaning ascribed to them in the *Supplement to Debtors' Motion Seeking Entry of Interim and Final Orders (i) Authorizing the Debtors to (a) Continue to Operate their Cash Management System, (b) Honor Certain Pre-Petition Obligations Related Thereto, and (c) Continue to Perform Intercompany Transactions, (ii) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (iii) Granting Related Relief*.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

2.      As of the date of this Declaration, the Debtors have approximately $9,629,426.88 in the FBO Accounts, approximately $15,281,051.74 in the Bittrex Operating and OTC Accounts, and approximately $1,000,000 in the Reserve Account.

3.      Between May 10, 2023 and June 9, 2023, the Debtors presented both Customers Bank and Prime Trust with a Uniform Depository Agreement ("UDA").  As of June 9, 2023, discussions with both Customers Bank and Prime Trust with respect to the UDA were ongoing. Ultimately, neither Customers Bank and Prime Trust agreed to sign a UDA..

4.      Additionally, between May 10, 2023 and June 9, 2023, the Debtors continued to search for new banking partners that were authorized depositories or would sign a UDA.  The Debtors approached Citizens Bank, Webster Bank, Mercury Bank, and Maplemark Bank, and ultimately entered into active discussions with both Citizens Bank and Websters Bank.

5.      The Debtors were able to open an operating account with Citizens Bank.  All funds in the Debtors' Operating and OTC Accounts are being moved to the Citizens Bank Operating Account.  The Debtors have requested that Citizens Bank open a FBO account, and are awaiting a response by Citizens Bank compliance department.  As of the date of this declaration, discussions with Citizens Bank are ongoing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: July 6, 2023

By:     /s/ Evan Hengel
        Evan Hengel