**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 164 |

**DEBTORS' NON-OPPOSITION TO THE FLORIDA OFFICE OF FINANCIAL REGULATION'S MOTION FOR SHORTENING THE NOTICE PERIOD AND WAIVING LOCAL RULE 9006-1(C)(II) WITH RESPECT TO FLORIDA OFFICE OF FINANCIAL REGULATION'S MOTION FOR ENLARGEMENT OF TIME TO OBJECT TO DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND NONDISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this non-opposition to the Florida Office Of Financial Regulation's (the "Florida OFR") *Motion For Shortening The Notice Period And Waiving Local Rule 9006-1(C)(Ii) With Respect To Florida Office Of Financial Regulation's Motion For Enlargement Of Time To Object To Debtors' Motion To Enforce Automatic Stay And Nondiscrimination Provisions Of The Bankruptcy Code, And For Civil Contempt* (the "Motion to Continue") [D.I. 180], in which the Florida OFR requests to continue the July 12, 2023 hearing (the "July 12, 2023 Hearing") on the Debtors' motion to enforce automatic stay and non-discrimination provisions of the Bankruptcy Code, and for civil contempt ("Enforcement Motion") [D.I. 152].

The Debtors objected to the Florida OFR's previous request to the continue the July 12, 2023 Hearing, D.I. 164, 166, because the Florida OFR insisted on continuing to prosecute its

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

11606-00001C/14186339.1

Complaint to revoke an already-surrendered and terminated money transmitter license, which would require the Debtors to devote substantial time and resources to defending that action, when those resources would be put to better use in concluding the Debtors' wind-down and addressing its customers' claims.

However, the Florida OFR now "agrees to continue to refrain from prosecuting the matter pending the Court's ruling on the [] Enforcement Motion."  Motion to Continue ¶ 14.  The next omnibus hearing date is August 16, 2023 at 10:00 a.m. ET.  D.I. 127.  So long as the Florida OFR abides by its agreement to refrain from prosecuting the underlying matter, the Debtors have no objection to continuing the July 12, 2023 Hearing to August 16, 2023 at 10:00 a.m. ET.

11606-00001C/14186339.1

| | |
|---|---|
| Date: July 7, 2023<br>Wilmington, DE | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani (admitted pro hac vice)<br>Patricia B. Tomasco (admitted pro hac vice)<br>Daniel Holzman (admitted pro hac vice)<br>Alain Jaquet (admitted pro hac vice)<br>Razmig Izakelian (admitted pro hac vice)<br>Valerie Ramos (admitted pro hac vice)<br>Joanna D. Caytas (admitted pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |