UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,* [1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Adjourned Hearing Date: August 16, 2023 at 10:00 a.m. (ET)** |

### STIPULATION AND ORDER ADJOURNING THE HEARING ON THE DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), on the one hand, and the Florida Office of Financial Regulation (the "OFR"), on the other hand, through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 28, 2023, the Debtors filed their Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt (the "Motion") (D.I. 149);

WHEREAS, the Motion is scheduled to be heard before the Court on July 12, 2023 at 1:30 p.m. (the "Hearing");

WHEREAS, the OFR has requested an adjournment of the Hearing;

WHEREAS, the Debtors, based on the OFR's agreement to refrain from prosecuting its Complaint pending resolution of the Motion, have consented to an adjournment; and

**NOW, IT IS HEREBY STIPULATED AND AGREED**, by the undersigned herein that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

11606-00001C/14188725.2

1. The Hearing on the Motion shall be adjourned to **August 16, 2023, at 10:00 a.m. (ET)**, as the Court's calendar may allow.

2. This Stipulation may be signed in any number of counterparts and a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

Dated: July 10, 2023
Tallahassee, Florida

*s/ George C. Bedell III*

**FLORIDA OFFICE OF
FINANCIAL REGULATION**
George C. Bedell III
Chief Counsel
Administrative and Civil Litigation
Office of Financial Regulation
Florida Bar No. 363685
E-Mail address: George.Bedell@flofr.gov
200 E. Gaines St.
Tallahassee, FL 32399-0370
(813) 218-5353


Dated: July 10, 2023
Wilmington, Delaware

**COUNSEL FOR THE STATE OF FLORIDA**


*s/ Kenneth J. Enos*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Joshua Brooks (Delaware Bar No. 6765)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com
Email: jbrooks@ycst.com

-and-

11606-00001C/14188725.2

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani (admitted pro hac vice)
Patricia B. Tomasco (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Alain Jaquet (admitted pro hac vice)
Razmig Izakelian (admitted pro hac vice)
Valerie Ramos (admitted pro hac vice)
Joanna D. Caytas (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com

**COUNSEL TO THE DEBTORS**

Dated: July ___, 2023
Wilmington, Delaware

SO ORDERED:

**Dated: July 10th, 2023**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE