**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**PROOF OF PUBLICATION**

Attached hereto as Exhibits A through D are the Proofs of Publication for the *Notice of Deadlines for Filing of Proofs of Claim* from the following:

| Publication | Publication Date | Exhibit |
|---|---|---|
| **CoinDesk's The Protocol Email Newsletter** | **June 14, 2023<br>June 21, 2023<br>June 28, 2023** | **A** |
| **Financial Times** | **June 16, 2023** | **B** |
| **Times of Malta** | **June 16, 2023** | **C** |
| **The Wall Street Journal** | **June 15, 2023** | **D** |

/s/ Darleen Sahagun
Darleen Sahagun
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300
*Claims, Noticing, and Administrative Agent for the Debtor*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: Desolation Holdings LLC, Bittrex, Inc. *et al.*, Debtors. | Chapter 11<br>Case No. 23-10597 (BLS)<br>(Jointly Administered ) |
|---|---|

**AFFIDAVIT OF ADAM B. LEVIN REGARDING PUBLICATION OF BAR DATE NOTICE**

I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account Executive at Miller Advertising Agency, Inc. and (b) I caused to be published a banner advertisement in ***CoinDesk's The Protocol email newsletter*** in the issues dated (1) **Wednesday, June 14, 2023;** (2) **Wednesday, June 21, 2023;** and (3) **Wednesday, June 28, 2023.** The advertisement linked those that clicked on it to the full-length notice. A copy of the advertisement and full newsletters are annexed.

X [signature]
(Signature)

Sr. Acct. Exec.
(Title)

Sworn to before me this: 7th day of July, 2023

[signature]
Notary Public

PETER EGLOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 02, 2026

Legal Notice
NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM
In re: Bittrex, Inc. et al.
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
Chapter 11
Case No. 23-10597 (BLS)
Click here to read the full notice

**running a single validator,"** said staking service provider P2P's head of Research Steven Quinn to CoinDesk. "From a technical perspective, what that means is you can geographically distribute the machines."

6/14/23

**Read the full piece by Sage D. Young**

Legal Notice
NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM
In re: Bittrex, Inc. et al.
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
Chapter 11
Case No. 23-10597 (BLS)
Click here to read the full notice

Bittrex, Inc., et al., have established bar dates for submitting proofs of claim. Persons and entities that agree with their claim as listed in the Schedules [Docket Nos. 87, 91] or otherwise exempted need not submit a proof of claim. Otherwise, all persons and entities that assert a claim against Bittrex, Inc. and its affiliates must submit a proof of claim before the applicable bar dates outlined in the Bar Date Notice [Docket No. 107-3].

# Network News

natively integrated after the setup goes through a security audit later this year. Currently, Starkware's Goerli testnet has storage proofs built on it by a team called Herodotus, so project developers can experiment with the new proofs.

Ben-Sasson contends that storage proofs can, in some cases, eliminate the need to transfer assets across different chains. Instead, users could use storage proofs to simply show on one chain that assets exist on another.

6/21/23

**Read the full piece by Margaux Nijkerk**

*A message from Bittrex, Inc.*

Legal Notice

NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM

In re: Bittrex, Inc. et al.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Chapter 11 Case No. 23-10597 (BLS)

*Click here to read the full notice*

Bittrex, Inc., et al., have established bar dates for submitting proofs of claim. Persons and entities that agree with their claim as listed in the Schedules [Docket Nos. 87, 91] or otherwise exempted need not submit a proof of claim. Otherwise, all persons and entities that assert a claim against Bittrex, Inc. and its affiliates must submit a proof of claim before the applicable bar dates outlined in the Bar Date Notice [Docket No. 107-3].

# Network News

therefore key to understanding what to expect for the next phase of the crypto industry.

**Read the full piece by Sam Kessler**

*A message from Bittrex, Inc.*

Bittrex, Inc., et al., have established bar dates for submitting proofs of claim. Persons and entities that agree with their claim as listed in the Schedules [Docket Nos. 87, 91] or otherwise exempted need not submit a proof of claim. Otherwise, all persons and entities that assert a claim against Bittrex, Inc. and its affiliates must submit a proof of claim before the applicable bar dates outlined in the Bar Date Notice [Docket No. 107-3].

# Network News



# **EXHIBIT B**

**AFFIDAVIT OF PUBLICATION**

**IN THE MATTER OF:** *{ Omni Agent Solutions, Inc. }*

**STATE OF NEW YORK**

**ss:**

**COUNTY OF NEW YORK**

I, Jonathan Florez, being duly sworn, hereby certify that (a) I am the Account Planner, US Advertising of FT Publications, Inc. Publisher of the FINANCIAL TIMES, a daily newspaper published worldwide, and of general circulation in the city and county of New York, and (b) that the Notice of which the annexed is a copy was published in THE FINANCIAL TIMES ON THE:

16th Day of June 2023.

Jonathan Florez, ACCOUNT PLANNER, **ADVERTISING:**

**Signature** [signature]

JESSICA WONG
Notary Public - State of New York
NO. 01WO6203455
Qualified in Kings County
My Commission Expires 4/6/2027

**Date: 06/16/2023**

[signature]

**AI threat** Computer-driven trading firms worry their profits will suffer if algorithms fail to separate fact from fiction ➔ MARKETS

# Companies & Markets

# Odey Asset Management holds talks on break-up

- Firm moves to transfer funds and staff
- Crisis follows misconduct allegations

ANTONIA CUNDY, MADISON MARRIAGE AND LAURA NOONAN — LONDON

Odey Asset Management is being dismantled, with the hedge fund firm saying it is in "advanced discussions" to transfer certain funds and staff to rivals following sexual misconduct allegations against its founder.

The firm, which has close to $4.4bn of assets under management, has struggled to contain a crisis after a Financial Times reported last week allegations of sexual assault or harassment from 13 women against Crispin Odey.

The move to break up the firm could mark the end of one of London's oldest hedge funds. It will come as a further blow to Odey, 64, who established the Mayfair-based firm in 1991 but was ousted last weekend in response to the claims, which he denies.

> 'His fall from grace has come at last. I hope it will jolt others into ensuring their workplaces are safe'

"His fall from grace has come at last," said one of the women who spoke to the FT. "I really hope it will jolt others into ensuring their workplaces are safe ones where women can thrive."

Noted for contrarian bets, Odey is also known as a Brexit supporter. He dismissed as "crap" suggestions that he had donated funds to former prime minister Boris Johnson's leadership campaign so that his hedge fund could profit from a no-deal withdrawal.

The decision to break up the firm caps a tumultuous week for it and its founder, who remained a central figure at his eponymous fund after a 2020 trial on a charge of indecent assault, for which he was acquitted.

The Financial Conduct Authority is weighing broadening an existing investigation into the firm, people familiar with the situation said, while the regulator's handling of the affair has triggered parliamentary scrutiny.

Redemptions at several of Odey Asset Management's funds were restricted this week after banking partners including JPMorgan, Goldman Sachs and Morgan Stanley cut ties.

Tuesday's news that JPMorgan had served notice on its agreement to safeguard assets for the hedge fund's clients as its custodian escalated the crisis, since hedge funds must have a custodian in order to comply with FCA rules.

The outgoing custodian must find a substitute to take over its role, but market sources said that this would probably be challenging against the current backdrop.

Odey Asset Management told clients yesterday that it was "in advanced discussions for rehousing funds and transferring certain fund management activities and individuals to other asset managers", adding: "Any sale or rehousing is considered subject of course to any relevant regulatory approvals and due diligence, with a view to an orderly transition of any assets and investors."

It did not provide further detail on which funds. Its biggest funds include Brook European Focus Fund and LF Brook Absolute Return Fund. Brook is the name under which several Odey funds were rebranded after the 2020 criminal charge against Crispin Odey.

A person familiar with the process said that regulators were being kept informed. The FCA declined to comment.

The firm said that, while it had been in "constructive dialogue" with its service providers, it had entered into talks to break up the firm as "it has, however, become clear that some investment management activities of the partnership are affected by recent events".

*Additional reporting by Emma Dunkley*

## Star turn Hollywood actor Elba to launch London marketing agency with flair for fun

Idris Elba wants to bring in people with diverse perspectives and backgrounds at Silly Face — Pietro S. D'Aprano/Getty Images

DANIEL THOMAS — LONDON

**Actor Idris Elba will join the ranks of the UK's *Mad Men* advertising executives after backing the launch of a marketing and content business based in London.**

Elba will become one of the founders of the company alongside Marc Boyan, who owns the independent media group Miroma.

The new venture comes during a tough period for many advertising agencies following a slowdown in spending among brands, especially in the technology sector.

However, Elba's high profile as an actor will help the venture. He will also add a dash of glamour to the business, portrayed in the acclaimed US television series *Mad Men*.

Elba and Boyan first discussed a venture after considering a bid for Channel 4 when the prospect of privatisation was raised last year.

Elba, who starred in TV programmes such as *Luther* and *The Wire*, has his own brands alongside his career in music and film.

He said consumer-facing companies were increasingly seeking to occupy different areas — "a sports brand getting into music and music brands getting into fashion . . . and that needs guidance".

The new business will be called Silly Face, a name coined by Elba to reflect the need to bring back a sense of fun for companies.

Elba wants to bring in people with diverse perspectives and cultural backgrounds to offer companies different ideas for their marketing.

He also said that there needed to be "honest conversation . . . consumers are so smart now, they can smell the bullshit, they want to be sort of treated with integrity, they want to be represented. It's hard for brands to navigate."

Boyan said there was a "lot of pressure" on companies given the scrutiny of their positions in areas such as politics, climate and diversity.

"When I walk into companies, people are slightly fearful. They do not know what change looks like going forward. We are building a safe place to get together."

Boyan's Miroma will also provide support for the new agency, which is recruiting a team of creatives and executives.

Boyan said the agency could also look to acquire other businesses, and would seek to produce its own content such as short-form documentaries.

Miroma has a number of marketing agencies within its portfolio, including in areas such as production, digital and influencer marketing. In February the media group acquired a majority stake in Buzz 16, the content company launched in 2016 by footballer Gary Neville.

# Twitter sued for breaching copyright on 1,700 songs

HANNAH MURPHY — LONDON

**A group of major music publishers are suing Twitter claiming the social media platform is violating the copyright of songwriters, marking the latest in a number of legal actions against the company since Elon Musk took over.**

On behalf of 17 music publishers including Sony Music Group and Universal Music Publishing Group, the National Music Publishers' Association filed a suit in the federal district court of Nashville alleging that Twitter "consistently and knowingly" facilitated and profited from copyright infringement by allowing users to post music without permission.

The suit asks for statutory damages of up to $150,000 on about 1,700 songs it claims were infringed, which would total about $250mn.

This is the latest in a number of legal challenges faced by Twitter under Musk. It comes weeks after the Tesla boss announced that he has appointed former NBCUniversal advertising head Linda Yaccarino as its new chief executive — tasked with stabilising the company after his tumultuous takeover.

Rival social media platforms including Facebook, Instagram, TikTok and YouTube all have agreements with music publishers designed to compensate songwriters for the use of their works on the platform. But Twitter, which was bought by billionaire entrepreneur Musk for $44bn in October, has failed to secure any licensing deals with music rights holders.

"Twitter knows perfectly well that neither it nor users of the Twitter platform have secured licences for the rampant use of music being made on its platform," the complaint said. It also alleged that the company had either delayed or failed to take down infringing material — despite receiving thousands of formal notices by the association to do so — and failed to stop repeat infringers.

The failures began before Musk's takeover, the complaint said, but had worsened since he took over. "Twitter's internal affairs regarding matters pertinent to this case are in disarray," it said.

Since the buyout, Musk has slashed Twitter's workforce from 7,500 to about 1,500 employees as part of a cost-cutting exercise. It has also refused to immediately pay many of its vendors, landlords and partners in the hope of keeping down costs, prompting legal challenges.

Twitter did not respond to a request for comment.

# Google and Meta braced for bad news over Canada's media plans

INSIDE BUSINESS
TECHNOLOGY
Richard Waters

Short of an unlikely political U-turn or corporate climbdown in the next few days, there will soon be headlines about how Big Tech is clashing with a sovereign nation over demands that it pay up to support a local news industry.

Canada's parliament is moving swiftly towards finalising a law that would force the big internet platforms to pay news publishers for linking to their content, with a conclusion expected by the end of next week. That would make it the first country to follow the lead set by Australia's News Media Bargaining Code three years ago.

In Australia, last-minute changes to the law averted a threat from Google and Meta to prevent their services there showing links to stories from local news publishers. This time, the chances of a compromise look slimmer.

If the aim in Australia was to create a stronger financial foundation for a struggling news industry, the outcome was messy. It led Google and Meta to strike private deals with media companies. The terms of those deals have never been made public, making it difficult to assess how the money was used or what the overall impact on the Australian news industry has been.

Canada's approach to the issue looks like the nation will avoid those shortcomings, but the outcome could end up being worse for both internet users and news publishers, with Meta and Google preparing the ground for excising news links from their services in the country.

As in Australia, public debate over the issue has been distorted by rhetoric that depicts the tech companies as rapacious bullies. There may be a case for a country to seek ways to support a struggling news industry, and for taxing a group of highly profitable tech companies to provide the cash. But that does not mean that tech has somehow plundered the local news business.

Canada has justified its planned law on the grounds that it will lead to "fair" revenue sharing between the tech and media companies, suggesting that the current arrangement is in some way unfair. The big tech platforms have certainly benefited from including links to news in their services. But this hasn't come at the expense of the publishers, which profit from the traffic generated.

> Public debate over the issue has been distorted by rhetoric that depicts the tech companies as rapacious bullies

It isn't that Google and Facebook enjoyed a free ride on the backs of the news industry's valuable content, so much as that they were part of a brutally disruptive wave of technology that undermined the sector's economic worth. Whatever the economic reality, however, political pragmatism came out on top in Australia.

Canada's new law, by contrast, would force arbitration on companies, rather than allowing for commercial negotiation. The tech companies complain that it would also expose them to an open-ended liability for "disadvantaging" any news business, something that would make it hard to prioritise the most reliable news over lower-quality content. The law would apply more widely than in Australia, to any organisation with at least two journalists, and even to companies that are not online.

It may be that the tech companies will eventually decide to stomach these and other provisions, but the signs are not good. Facebook and Instagram last week tested blocking news links for some users in Canada, following a similar Google test earlier in the year. The tests felt like brinkmanship, leading prime minister Justin Trudeau last week to accuse the companies of "bullying tactics".

As Canada heads for a showdown, the long history of the news industry's clashes with Big Tech show that there are other, less confrontational solutions.

Spain's attempt to force Google to pay publishers led to the closure of Google News there in 2014. But the service was reinstated last year after Europe's Copyright Directive brought changes in the law that created a way for publishers to be paid for short "snippets" of news.

The directive has led to deals with publishers across Europe. Google has also experimented with new formats, sharing revenue with publishers: Its News Showcase, which gives publishers more control over how their content is displayed, has now spread to 22 countries, including Canada.

It has also proposed establishing a fund in Canada that the tech companies could pay into to back initiatives designed to help local publishers — a far cleaner way to use tech profits to subsidise digital transformation in the news industry. But with political opposition to the tech companies hardening, it looks like the time for compromise is over.

*richard.waters@ft.com*

## Legal Notices

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| In re: Desolation Holdings LLC, Bittrex, Inc. *et al.*,[1] Debtors. | Chapter 11 Case No. 23-10597 (BLS) (Jointly Administered) |
|---|---|

**GENERAL BAR DATE IS AUGUST 31, 2023, AT MIDNIGHT (PREVAILING EASTERN TIME)**

**NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE THAT** on June 7, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Bar Date Order") establishing **August 31, 2023, at midnight (Prevailing Eastern Time)** (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts, including any Customers (meaning any person or entity that has a cryptocurrency account with one or more of the Debtors) to submit a proof of claim against any of the Debtors. A copy of the Bar Date Order, and any exhibits thereto are available (i) at the Debtors' expense upon request to Omni Agent Solutions, Inc. (the noticing and claims agent retained in these chapter 11 cases) (the "Omni"), by calling (888) 481-3704 for callers in the United States or by calling (747) 293-0010 for callers outside the United States, (ii) for no charge by visiting the Debtors' restructuring website at https://omniagentsolutions.com/Bittrex, or (iii) for a fee via PACER by visiting http://www.deb.uscourts.gov/.

The Bar Date Order and the below procedures for filing proofs of claim apply to all claims against the Debtors that arose prior to May 8, 2023 (the "Petition Date"). Among other exceptions listed below, Governmental Units have until November 4, 2023 at midnight (Prevailing Eastern Time) to file proofs of claim against the Debtors.

**1. WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Petition Date, **and it is not one of the types of claims described in Section 4 below**. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

You MUST file a proof of claim to be able to withdraw cryptocurrency or fiat currency from the Debtors' online platform if you are a Customer, **unless your claim is one of the types of claims described in Section 4 below**. The Order establishes the following bar dates for filing proofs of claim in these Chapter 11 Cases (collectively, the "Bar Dates"):

**General Bar Date**. (Applicable to 503(b)(9) claims). All claimants holding or wishing to assert a claim must submit a proof of claim with respect to such claim so as to be **actually received** by Omni by **August 31, 2023, at midnight (Prevailing Eastern Time)**, including parties asserting claims pursuant to section 503(b)(9) of the Bankruptcy Code.

**Governmental Bar Date**. All governmental units (as defined in section 101(27) of the Bankruptcy Code) holding claims against any of the Debtors that arose or are deemed to have arisen prior to the Petition Date must file proofs of claim on or before **November 4, 2023, at midnight (Prevailing Eastern Time)**.

**Amended Schedules Bar Date**. Any claimant adversely affected by an amendment of or supplement to the Debtors' schedules of assets and liabilities (collectively, the "Schedules") must file a proof of claim on or before **the later of (i) the applicable Bar Date and (ii) thirty (30) days from the date that notice of the applicable amendment or supplement to the schedules is served on such claimant**.

**2. WHEN AND WHERE TO FILE.** Except as provided for herein, all proofs of claim must be filed so as to be received on or before the applicable Bar Date **BY FIRST CLASS MAIL, OVERNIGHT COURIER OR HAND DELIVERY:** Bittrex, Inc. Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or **ELECTRONICALLY:** on the website located at https://omniagentsolutions.com/BittrexCustomerClaim for Customer Claims or https://omniagentsolutions.com/Bittrex-Claims for Non-Customer Claims, as applicable (the "Electronic Filing System"). Proofs of claim will be deemed filed only when received at the address listed above or via the Electronic Filing System on or before the applicable Bar Dates. **Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission** (other than proofs of claim filed electronically through the Electronic Filing System).

**3. WHAT TO FILE**

**Customer Claims:** Customer Claims should be filed on a modified Customer Proof of Claim Form provided by the Debtors or obtained at the Electronic Filing System, located at https://omniagentsolutions.com/BittrexCustomerClaim. All Customer Proof of Claim Forms must be signed by the Customer claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in the specific type of coin, cryptocurrency, or digital asset associated with the Customer account as of the Petition Date (without conversion) or in the lawful currency of the United States only if the amount was so denominated in the Customer account as of the Petition Date. The claimant also should set forth with specificity Customer identifying information, including Account ID, Username (Email) and SSN or EIN, as well as full name, address, date of birth, and driver's license or passport number of an individual associated with the Customer account. **Customer Proof of Claims should be uploaded via the encrypted link provided on the Electronic Filing System.**

**Non-Customer Claims:** Non-Customer Claims should be filed on the General Proof of Claim Form provided by the Debtors or obtained at (i) the website established by the Omni, located at https://omniagentsolutions.com/Bittrex-Claims or (ii) the Bankruptcy Court's website located at http://www.deb.uscourts.gov/claims-information. All General Proof of Claim Forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). The claimant should also set forth with specificity the legal and factual basis for the alleged claim and attach to the completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

**All Claims:** If the claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "Schedules"), the proof of claim form also sets forth the amount of the claim as listed on the Schedules, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor. Any holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's bankruptcy case. A list of the Debtors and their respective case numbers is set forth above. Any holder of a claim must sign the claim or, if the claimant is not an individual, an authorized agent must sign the claim.

**4. WHO NEED NOT FILE A PROOF OF CLAIM.** The Order further provides that certain claimants, whose claims would otherwise be subject to the Bar Dates, need not file proofs of claims. To review a copy of the Order, please visit https://omniagentsolutions.com/Bittrex. Further information is also available at https://omniagentsolutions.com/BittrexFAQ. In particular, you **do not need** to file a proof of claim on or prior to the applicable Bar Dates if you are a Customer, including any Customer whose claim is listed on the Schedules as "disputed," "contingent," or "unliquidated," who accepted the terms of service of its account with the Debtors, complied with the KYC requirements, and actually withdrew cryptocurrency and fiat currency from the Bittrex platform prior to the applicable Bar Date.

**5. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**6. THE DEBTORS' SCHEDULES AND ADDITIONAL INFORMATION.** You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules. Copies of the Debtors' Schedules, the Order and other documents regarding the Debtors' chapter 11 cases are available for a fee from the Court's website at http://www.deb.uscourts.gov/ and are available free of charge at https://omniagentsolutions.com/Bittrex, or by written request to Omni at the address listed in Section 3 of this Notice. If you have any additional questions, you may contact Omni via email at BittrexInquiries@omniagnt.com or call (888) 481-3704 (US Toll Free) or +1 (747) 293-0010 (International). **A HOLDER OF A POTENTIAL CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

Dated: June 9, 2023, Wilmington, Delaware

**BY ORDER OF THE COURT**

[1] The below lists the names and case numbers of each Debtor (collectively, the "Debtors"):

**Name of Debtor, Case Number, Tax Identification Number:** Desolation Holdings LLC, 23-10597, XX–XXX0439; Bittrex, Inc., 23-10598, XX–XXX0908; Bittrex Malta Holdings Ltd., 23-10599, XX–XXX2227; Bittrex Malta Ltd., 23-10600, XX–XXX1764.

# **EXHIBIT C**

**CERTIFICATE OF PUBLICATION**

I, Malcolm Mifsud, hereby certify that (a) I am Assistant Head Sales Executive at Times of Malta, and (b) that the legal notice advertisement "NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM" for Bittrex, Inc. published in the *Times of Malta* on **Friday, June 16th, 2023**.

Executed on TUE 20.6.2023 at MRIEHEL, MALTA
(date) (Location)

X ______________________
(Signature)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: Desolation Holdings LLC, Bittrex, Inc. *et al.*,[1] Debtors. | Chapter 11<br>Case No. 23-10597 (BLS)<br>(Jointly Administered) |

**GENERAL BAR DATE IS AUGUST 31, 2023, AT MIDNIGHT (PREVAILING EASTERN TIME)**

**NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE THAT** on June 7, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Bar Date Order") establishing **August 31, 2023, at midnight (Prevailing Eastern Time)** (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts, including any Customers (meaning any person or entity that has a cryptocurrency account with one or more of the Debtors) to submit a proof of claim against any of the Debtors. A copy of the Bar Date Order, and any exhibits thereto are available (i) at the Debtors' expense upon request to Omni Agent Solutions, Inc. (the noticing and claims agent retained in these chapter 11 cases) (the "Omni"), by calling (888) 481-3704 for callers in the United States or by calling (747) 293-0010 for callers outside the United States, (ii) for no charge by visiting the Debtors' restructuring website at https://omniagentsolutions.com/Bittrex, or (iii) for a fee via PACER by visiting http://www.deb.uscourts.gov/.

The Bar Date Order and the below procedures for filing proofs of claim apply to all claims against the Debtors that arose prior to May 8, 2023 (the "Petition Date"). Among other exceptions listed below, Governmental Units have until November 4, 2023 at midnight (Prevailing Eastern Time) to file proofs of claim against the Debtors.

**1. WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Petition Date, **and it is not one of the types of claims described in Section 4 below**. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

You MUST file a proof of claim to be able to withdraw cryptocurrency or fiat currency from the Debtors' online platform if you are a Customer, **unless your claim is one of the types of claims described in Section 4 below**. The Order establishes the following bar dates for filing proofs of claim in these Chapter 11 Cases (collectively, the "Bar Dates"):

__General Bar Date__. (Applicable to 503(b)(9) claims). All claimants holding or wishing to assert a claim must submit a proof of claim with respect to such claim so as to be **actually received** by Omni by **August 31, 2023, at midnight (Prevailing Eastern Time)**, including parties asserting claims pursuant to section 503(b)(9) of the Bankruptcy Code.

__Governmental Bar Date__. All governmental units (as defined in section 101(27) of the Bankruptcy Code) holding claims against any of the Debtors that arose or are deemed to have arisen prior to the Petition Date must file proofs of claim on or before **November 4, 2023, at midnight (Prevailing Eastern Time)**.

__Amended Schedules Bar Date__. Any claimant adversely affected by an amendment of or supplement to the Debtors' schedules of assets and liabilities (collectively, the "Schedules") must file a proof of claim on or before **the later of (i) the applicable Bar Date and (ii) thirty (30) days from the date that notice of the applicable amendment or supplement to the schedules is served on such claimant**.

**2. WHEN AND WHERE TO FILE.** Except as provided for herein, all proofs of claim must be filed so as to be received on or before the applicable Bar Date **BY FIRST CLASS MAIL, OVERNIGHT COURIER OR HAND DELIVERY:** Bittrex, Inc. Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or **ELECTRONICALLY:** on the website located at https://omniagentsolutions.com/BittrexCustomerClaim for Customer Claims or https://omniagentsolutions.com/Bittrex-Claims for Non-Customer Claims, as applicable (the "Electronic Filing System"). Proofs of claim will be deemed filed only when received at the address listed above or via the Electronic Filing System on or before the applicable Bar Dates. **Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission** (other than proofs of claim filed electronically through the Electronic Filing System).

**3. WHAT TO FILE**

**__Customer Claims:__** Customer Claims should be filed on a modified Customer Proof of Claim Form provided by the Debtors or obtained at the Electronic Filing System, located at https://omniagentsolutions.com/BittrexCustomerClaim. All Customer Proof of Claim Forms must be signed by the Customer claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in the specific type of coin, cryptocurrency, or digital asset associated with the Customer account as of the Petition Date (without conversion) or in the lawful currency of the United States only if the amount was so denominated in the Customer account as of the Petition Date. The claimant also should set forth with specificity Customer identifying information, including Account ID, Username (Email) and SSN or EIN, as well as full name, address, date of birth, and driver's license or passport number of an individual associated with the Customer account. **Customer Proof of Claims should be uploaded via the encrypted link provided on the Electronic Filing System.**

**__Non-Customer Claims:__** Non-Customer Claims should be filed on the General Proof of Claim Form provided by the Debtors or obtained at (i) the website established by the Omni, located at https://omniagentsolutions.com/Bittrex-Claims or (ii) the Bankruptcy Court's website located at http://www.deb.uscourts.gov/claims-information. All General Proof of Claim Forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). The claimant should also set forth with specificity the legal and factual basis for the alleged claim and attach to the completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

**__All Claims:__** If the claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "Schedules"), the proof of claim form also sets forth the amount of the claim as listed on the Schedules, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor. Any holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's bankruptcy case. A list of the Debtors and their respective case numbers is set forth above. Any holder of a claim must sign the claim or, if the claimant is not an individual, an authorized agent must sign the claim.

**4. WHO NEED NOT FILE A PROOF OF CLAIM.** The Order further provides that certain claimants, whose claims would otherwise be subject to the Bar Dates, need not file proofs of claims. To review a copy of the Order, please visit https://omniagentsolutions.com/Bittrex. Further information is also available at https://omniagentsolutions.com/BittrexFAQ. In particular, you **do not need** to file a proof of claim on or prior to the applicable Bar Dates if you are a Customer, including any Customer whose claim is listed on the Schedules as "disputed," "contingent," or "unliquidated," who accepted the terms of service of its account with the Debtors, complied with the KYC requirements, and actually withdrew cryptocurrency and fiat currency from the Bittrex platform prior to the applicable Bar Date.

**5. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**6. THE DEBTORS' SCHEDULES AND ADDITIONAL INFORMATION.** You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules. Copies of the Debtors' Schedules, the Order and other documents regarding the Debtors' chapter 11 cases are available for a fee from the Court's website at http://www.deb.uscourts.gov/ and are available free of charge at https://omniagentsolutions.com/Bittrex, or by written request to Omni at the address listed in Section 3 of this Notice. If you have any additional questions, you may contact Omni via email at BittrexInquiries@omniagnt.com or call (888) 481-3704 (US Toll Free) or +1 (747) 293-0010 (International). **A HOLDER OF A POTENTIAL CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

Dated: June 9, 2023, Wilmington, Delaware

**BY ORDER OF THE COURT**

[1] The below lists the names and case numbers of each Debtor (collectively, the "Debtors"):

**Name of Debtor, Case Number, Tax Identification Number:** Desolation Holdings LLC, 23-10597, XX–XXX0439; Bittrex, Inc., 23-10598, XX–XXX0908; Bittrex Malta Holdings Ltd., 23-10599, XX–XXX2227; Bittrex Malta Ltd., 23-10600, XX–XXX1764.

BUSINESS AND FINANCE

# Moving up the value chain

LAWRENCE
ZAMMIT

I have often commented that the country's broad economic strategy should be to move up the value chain. Essentially, we need to produce more value added per employee. It is useless, in effect, growing the economy by growing the gross domestic product, while the value added per employee remains stagnant or at best stable. If such a thing were to happen, we cannot really speak of economic development.

I have also commented that we should not equate growth in the domestic product with economic well-being. This is one of the reasons why we need to accompany growth in GDP with this notion of moving up the value chain.

Moreover, as we analyse gross value added by economic segment, we also start to appreciate what has driven economic growth in the last years. And if we take a longer-term view, we immediately recognise where we need to place our efforts in the future.

I have looked at gross value added by economic sector in 2005 and 2022. I have looked at the data in real terms to eliminate the impact of inflation. What emerges may be seen by many as no surprise and as a confirmation of their perceptions. Up to a certain point, I picked these two years by chance. However, they also represent the latest statistics available (2022) and the first full year of EU membership (we joined on May 1, 2004).

The level of diversification and the level of openness of the Maltese economy have always been two fundamental elements in our country. Regions or countries our size do not have the mix of services and manufacturing activities we have. Their range of economic activities tends to be narrower than ours. These two elements have contributed to the resilience of our economy at the time of international economic crises. As such, we need to continue building on them.

Overall, between 2005 and 2023, gross value added increased by 130 per cent, averaging out at 7.6 per cent annually (uncompounded). There were four sectors that exceeded this level of growth, namely information and communication technology; financial and insurance activities; professional, scientific, technical, administrative and support service activities; and arts, entertainment and recreational activities, repair of household goods and other services. This last sector includes the internet gaming companies.

Manufacturing has had much slower, albeit steady, growth. Agriculture and fisheries have had a rollercoaster ride with an element of volatility.

Tourism and retail have had strong growth but not as much as the four sectors I mentioned earlier. The table above gives a sense of what have been the high growth drivers in our economy. The percentages represent the growth in each sector between 2005 and 2022.

| Sector | Growth |
|---|---|
| Gross value added | +130% |
| Information and communication technology | +553% |
| Financial and insurance activities | +190% |
| Professional, scientific, technical, administrative and support service activities | +353% |
| Arts, entertainment and recreation activities, repair of household goods and other services | +254% |
| Wholesale and retail; accommodation and food services activities; transportation and storage | +97% |

Since I am a strong believer in the presence and sustainability of manufacturing in our economy, I would also like to give the figure for this sector, which is a growth of 43 per cent over the 17 years.

This data may have confirmed perceptions or may have corrected some. Whatever is the case, we need to delve deeper into each sector and seek to identify those areas which we believe could drive our economy to move up the value chain in the future.

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: Desolation Holdings LLC, Bittrex, Inc. *et al.*,[1] Debtors. | Chapter 11<br>Case No. 23-10597 (BLS)<br>(Jointly Administered) |

**GENERAL BAR DATE IS AUGUST 31, 2023, AT MIDNIGHT (PREVAILING EASTERN TIME)**

**NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE THAT** on June 7, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Bar Date Order") establishing **August 31, 2023, at midnight (Prevailing Eastern Time)** (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts, including any Customers (meaning any person or entity that has a cryptocurrency account with one or more of the Debtors) to submit a proof of claim against any of the Debtors. A copy of the Bar Date Order, and any exhibits thereto are available (i) at the Debtors' expense upon request to Omni Agent Solutions, Inc. (the noticing and claims agent retained in these chapter 11 cases) (the "Omni"), by calling (888) 481-3704 for callers in the United States or by calling (747) 293-0010 for callers outside the United States, (ii) for no charge by visiting the Debtors' restructuring website at https://omniagentsolutions.com/Bittrex, or (iii) for a fee via PACER by visiting http://www.deb.uscourts.gov/.

The Bar Date Order and the below procedures for filing proofs of claim apply to all claims against the Debtors that arose prior to May 8, 2023 (the "Petition Date"). Among other exceptions listed below, Governmental Units have until November 4, 2023 at midnight (Prevailing Eastern Time) to file proofs of claim against the Debtors.

**1. WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Petition Date, **and it is not one of the types of claims described in Section 4 below**. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

You MUST file a proof of claim to be able to withdraw cryptocurrency or fiat currency from the Debtors' online platform if you are a Customer, **unless your claim is one of the types of claims described in Section 4 below**. The Order establishes the following bar dates for filing proofs of claim in these Chapter 11 Cases (collectively, the "Bar Dates"):

**General Bar Date**. (Applicable to 503(b)(9) claims). All claimants holding or wishing to assert a claim must submit a proof of claim with respect to such claim so as to be **actually received** by Omni by **August 31, 2023, at midnight (Prevailing Eastern Time)**, including parties asserting claims pursuant to section 503(b)(9) of the Bankruptcy Code.

**Governmental Bar Date**. All governmental units (as defined in section 101(27) of the Bankruptcy Code) holding claims against any of the Debtors that arose or are deemed to have arisen prior to the Petition Date must file proofs of claim on or before **November 4, 2023, at midnight (Prevailing Eastern Time)**.

**Amended Schedules Bar Date**. Any claimant adversely affected by an amendment of or supplement to the Debtors' schedules of assets and liabilities (collectively, the "Schedules") must file a proof of claim on or before **the later of (i) the applicable Bar Date and (ii) thirty (30) days from the date that notice of the applicable amendment or supplement to the schedules is served on such claimant**.

**2. WHEN AND WHERE TO FILE.** Except as provided for herein, all proofs of claim must be filed so as to be received on or before the applicable Bar Date **BY FIRST CLASS MAIL, OVERNIGHT COURIER OR HAND DELIVERY:** Bittrex, Inc. Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or **ELECTRONICALLY:** on the website located at https://omniagentsolutions.com/BittrexCustomerClaim for Customer Claims or https://omniagentsolutions.com/Bittrex-Claims for Non-Customer Claims, as applicable (the "Electronic Filing System"). Proofs of claim will be deemed filed only when received at the address listed above or via the Electronic Filing System on or before the applicable Bar Dates. **Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission** (other than proofs of claim filed electronically through the Electronic Filing System).

**3. WHAT TO FILE**

**Customer Claims:** Customer Claims should be filed on a modified Customer Proof of Claim Form provided by the Debtors or obtained at the Electronic Filing System, located at https://omniagentsolutions.com/BittrexCustomerClaim. All Customer Proof of Claim Forms must be signed by the Customer claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in the specific type of coin, cryptocurrency, or digital asset associated with the Customer account as of the Petition Date (without conversion) or in the lawful currency of the United States only if the amount was so denominated in the Customer account as of the Petition Date. The claimant also should set forth with specificity Customer identifying information, including Account ID, Username (Email) and SSN or EIN, as well as full name, address, date of birth, and driver's license or passport number of an individual associated with the Customer account. **Customer Proof of Claims should be uploaded via the encrypted link provided on the Electronic Filing System.**

**Non-Customer Claims:** Non-Customer Claims should be filed on the General Proof of Claim Form provided by the Debtors or obtained at (i) the website established by the Omni, located at https://omniagentsolutions.com/Bittrex-Claims or (ii) the Bankruptcy Court's website located at http://www.deb.uscourts.gov/claims-information. All General Proof of Claim Forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). The claimant should also set forth with specificity the legal and factual basis for the alleged claim and attach to the completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

**All Claims:** If the claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "Schedules"), the proof of claim form also sets forth the amount of the claim as listed on the Schedules, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor. Any holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's bankruptcy case. A list of the Debtors and their respective case numbers is set forth above. Any holder of a claim must sign the claim or, if the claimant is not an individual, an authorized agent must sign the claim.

**4. WHO NEED NOT FILE A PROOF OF CLAIM.** The Order further provides that certain claimants, whose claims would otherwise be subject to the Bar Dates, need not file proofs of claims. To review a copy of the Order, please visit https://omniagentsolutions.com/Bittrex. Further information is also available at https://omniagentsolutions.com/BittrexFAQ. In particular, you **do not need** to file a proof of claim on or prior to the applicable Bar Dates if you are a Customer, including any Customer whose claim is listed on the Schedules as "disputed," "contingent," or "unliquidated," who accepted the terms of service of its account with the Debtors, complied with the KYC requirements, and actually withdrew cryptocurrency and fiat currency from the Bittrex platform prior to the applicable Bar Date.

**5. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**6. THE DEBTORS' SCHEDULES AND ADDITIONAL INFORMATION.** You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules. Copies of the Debtors' Schedules, the Order and other documents regarding the Debtors' chapter 11 cases are available for a fee from the Court's website at http://www.deb.uscourts.gov/ and are available free of charge at https://omniagentsolutions.com/Bittrex, or by written request to Omni at the address listed in Section 3 of this Notice. If you have any additional questions, you may contact Omni via email at BittrexInquiries@omniagnt.com or call (888) 481-3704 (US Toll Free) or +1 (747) 293-0010 (International). **A HOLDER OF A POTENTIAL CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

Dated: June 9, 2023, Wilmington, Delaware

**BY ORDER OF THE COURT**

[1] The below lists the names and case numbers of each Debtor (collectively, the "Debtors"):

**Name of Debtor, Case Number, Tax Identification Number:** Desolation Holdings LLC, 23-10597, XX–XXX0439; Bittrex, Inc., 23-10598, XX–XXX0908; Bittrex Malta Holdings Ltd., 23-10599, XX–XXX2227; Bittrex Malta Ltd., 23-10600, XX–XXX1764.

**EXHIBIT D**

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 06/15/2023

ADVERTISER: Bittrex, Inc.

and that the foregoing statements are true and correct to the best of my knowledge.

Wayne Sidor

Sworn to
before me this
15th day of
June 2023

Notary Public



# NEW HIGHS AND LOWS

WSJ.com/newhighs

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**-Daily percentage change from the previous trading session.

**Wednesday, June 14, 2023**

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| **Highs** | | | |
| Abercrombie&Fitch | ANF | 35.70 | 1.7 |
| Accuray | ARAY | 4.03 | 0.8 |
| AdvEnergyInds | AEIS | 109.22 | -1.3 |
| AfricanGoldA | AGAC | 10.51 | 0.1 |
| AlamoGroup | ALG | 186.76 | -1.1 |
| AllstatePfdJ | ALLpJ | 26.77 | -0.2 |
| AmerSupercond | AMSC | 7.58 | -6.2 |
| Ametek | AME | 154.48 | 0.1 |
| Amrep | AXR | 16.86 | 1.9 |
| ApellisPharm | APLS | 94.75 | -1.3 |
| APi Group | APG | 25.75 | -0.3 |
| ApolloGlbMgmt | APO | 76.52 | 0.2 |
| AppliedOptoelec | AAOI | 4.11 | 3.3 |
| APxAcqnI A | APXI | 10.75 | ... |
| AquaronAcqn | AQU | 11.43 | ... |
| ArcherAviationWt | ACHR.WS | 1.02 | 6.0 |
| ArrowElec | ARW | 139.55 | 0.3 |
| Avnet | AVT | 48.96 | 0.4 |
| AxaltaCoating | AXTA | 32.88 | 0.9 |
| AxsomeTherap | AXSM | 83.99 | 8.1 |
| BWX Tech | BWXT | 67.86 | -0.2 |
| BancoBBVA | BBAR | 5.60 | 1.9 |
| Bladex | BLX | 21.19 | 0.8 |
| BeaconRoof | BECN | 77.63 | 1.5 |
| BelFuse B | BELFB | 59.61 | -0.5 |
| BentleySystems | BSY | 53.87 | 1.1 |
| BerkHathwy A | BRK.A | 521898 | -0.7 |
| BerkHathwy B | BRK.B | 340.38 | -0.1 |
| Biohaven | BHVN | 25.84 | 0.5 |
| BioPlusAcqnA | BIOS | 11.24 | -0.5 |
| BiteAcqn | BITE | 10.84 | 2.0 |
| BowmanConsult | BWMN | 31.36 | 1.4 |
| BrightHorizons | BFAM | 95.12 | -0.4 |
| Brink's | BCO | 73.33 | -0.8 |
| CACI Intl | CACI | 324.86 | -1.0 |
| CBIZ | CBZ | 54.42 | -1.0 |
| Cantaloupe | CTLP | 7.54 | 0.1 |
| Carnival | CCL | 15.78 | 1.7 |
| Carnival | CUK | 14.14 | 1.6 |
| CellebriteDI | CLBT | 6.56 | -3.3 |
| Cemex | CX | 7.29 | 1.7 |
| Cerence | CRNC | 32.93 | -1.3 |
| Chase | CCF | 131.82 | 0.2 |
| Cintas | CTAS | 487.40 | 0.6 |
| Cohu | COHU | 40.43 | 3.6 |
| ColiseumAcqn | MITA | 11.26 | 0.4 |
| Comstock | LODE | 0.88 | 5.4 |
| Conmed | CNMD | 138.47 | 2.0 |
| ConstellationI | CSTA.U | 10.59 | 0.1 |
| Cool | CLCO | 13.73 | 0.1 |
| Copa | CPA | 114.48 | 2.1 |
| Core&Main | CNM | 29.24 | -0.4 |
| CornerGrowthA | COOL | 10.72 | ... |
| CornerGrowthAcqn | COOLU | 10.50 | -3.7 |
| Cricut | CRCT | 16.23 | -0.8 |
| Cvent | CVT | 8.54 | 0.2 |
| Darden | DRI | 168.72 | 1.0 |
| DeckersOutdoor | DECK | 512.00 | 3.3 |
| DeltaAir | DAL | 42.23 | 1.5 |
| DexCom | DXCM | 129.20 | 0.9 |
| DiversifiedHlthcr | DHC | 3.30 | -1.6 |
| DoubleVerify | DV | 37.17 | 0.8 |
| Dropbox | DBX | 25.16 | 0.9 |
| ESAB | ESAB | 66.45 | 0.4 |
| ESH Acqn | ESHAU | 10.11 | 0.9 |
| Eaton | ETN | 194.88 | -0.4 |
| Ecolab | ECL | 183.28 | -0.9 |
| EmbraceChange | EMCGU | 10.68 | 0.2 |
| Embraer | ERJ | 16.87 | 2.3 |
| EnerSys | ENS | 106.65 | -0.2 |
| Eneti | NETI | 11.72 | 6.6 |
| Equinix | EQIX | 778.18 | 2.5 |
| EVeMobilityA | EVE | 11.40 | -0.1 |
| EverestConsol | MNTN.U | 10.74 | 0.4 |
| EverestConsolA | MNTN | 10.65 | ... |
| EvolvTechWt | EVLVW | 1.55 | -0.7 |
| FTACEmeraldAcqn | EMLDU | 10.80 | 0.9 |
| FairIsaac | FICO | 807.08 | -0.8 |
| Fastly | FSLY | 18.28 | 0.8 |
| FederalSignal | FSS | 62.32 | -0.4 |
| Ferrari | RACE | 305.22 | 0.9 |
| FleetCorTech | FLT | 243.34 | -0.2 |
| FomentoEconMex | FMX | 110.92 | 1.4 |
| Fortive | FTV | 70.36 | -0.3 |
| FortuneRiseA | FRLA | 11.80 | 0.4 |
| FusionAcqnII | FSNB.U | 10.98 | 6.5 |
| GXO Logistics | GXO | 62.60 | 0.4 |
| GalataAcqn | GLTA.U | 11.11 | -0.6 |
| Global-EOnline | GLBE | 39.00 | 1.8 |
| GoldenStarAcqn | GODNU | 10.30 | 0.3 |
| GracellBiotech | GRCL | 6.99 | -5.6 |
| Graco | GGG | 85.29 | -1.2 |
| Grainger | GWW | 740.31 | -1.3 |
| GpoFinGalicia | GGAL | 15.64 | 2.3 |
| HCA Healthcare | HCA | 296.89 | 1.6 |
| HammerheadEnergyWt | HHRSW | 1.40 | 15.3 |
| HeartlandMediaUn | HMA.U | 10.58 | ... |
| HondaMotor | HMC | 32.62 | 2.1 |
| Hubbell | HUBB | 316.57 | ... |
| ICF Intl | ICFI | 128.70 | -0.3 |
| IPG Photonics | IPGP | 136.72 | 13.5 |
| IngersollRand | IR | 64.45 | ... |
| Innodata | INOD | 12.80 | 18.0 |
| IntegralAd | IAS | 19.66 | -1.0 |
| InterDigital | IDCC | 90.94 | 0.5 |
| Interpublic | IPG | 40.95 | -0.2 |
| IntuitiveSurgical | ISRG | 327.42 | 2.4 |
| IonQWt | IONQ.WS | 3.90 | -7.8 |
| iRadimed | IRMD | 50.44 | -0.6 |
| Itron | ITRI | 73.67 | -2.4 |
| JamesHardie | JHX | 27.01 | 1.8 |
| JobyAviation | JOBY | 8.02 | 0.6 |
| JobyAviationWt | JOBY.WS | 1.81 | -0.6 |
| JohnBeanTech | JBT | 122.23 | -3.1 |
| KBR | KBR | 65.22 | 0.1 |
| KnifeRiver | KNF | 47.99 | 3.3 |
| KnightSwanAcqn | KNSW.U | 10.60 | 1.0 |
| KrystalBiotech | KRYS | 131.80 | -0.7 |
| Kulicke&Soffa | KLIC | 59.41 | 0.8 |
| LCattertonA | LCAA | 10.44 | ... |
| LambWeston | LW | 115.52 | ... |
| LeMaitreVascular | LMAT | 68.41 | 1.6 |
| Lennar A | LEN | 117.34 | -1.1 |
| LibertyFormOne C | FWONK | 78.71 | 0.6 |
| LibertyFormOne A | FWONA | 70.50 | 1.1 |
| LibertyBraves A | BATRA | 41.65 | -1.6 |
| LibertyBraves C | BATRK | 40.39 | -1.8 |
| Lifevantage | LFVN | 5.74 | 3.8 |
| Linde | LIN | 376.45 | 0.3 |
| MSA Safety | MSA | 159.57 | 1.3 |
| MamaMancini's | MMMB | 2.83 | -9.1 |
| MasoniteIntl | DOOR | 104.17 | -3.4 |
| Maximus | MMS | 86.39 | -0.9 |
| Microsoft | MSFT | 339.04 | 0.9 |
| Moody's | MCO | 343.12 | 0.6 |
| MuellerWater | MWA | 15.62 | 0.1 |
| NXP Semi | NXPI | 199.55 | -0.4 |
| NavitasSemi | NVTS | 10.12 | 0.1 |
| Nelnet | NNI | 101.60 | 0.4 |
| Netflix | NFLX | 447.33 | 1.2 |
| Nextracker | NXT | 43.97 | -2.4 |
| NorwegCruise | NCLH | 19.68 | -0.9 |
| NubiaBrandA | NUBI | 11.61 | -0.8 |
| NuvectisPharma | NVCT | 18.65 | -1.0 |
| NVIDIA | NVDA | 430.00 | 4.8 |
| OtisWorldwide | OTIS | 88.05 | 0.4 |
| OwensCorning | OC | 122.99 | -0.6 |
| PTC | PTC | 141.99 | 0.3 |
| Paccar | PCAR | 80.15 | -1.8 |
| PaloAltoNtwks | PANW | 239.63 | 2.1 |
| ParkerHannifin | PH | 371.20 | -0.2 |
| PatrickIndustries | PATK | 81.49 | -2.4 |
| PenskeAuto | PAG | 157.46 | -1.2 |
| Pentair | PNR | 61.18 | -0.2 |
| Penumbra | PEN | 342.68 | 1.8 |
| PinnacleWest | PNW | 82.55 | 0.6 |
| PioneerPwrSols | PPSI | 7.79 | 13.6 |
| PotlatchDelt | PCH | 51.17 | 1.5 |
| ProgressSoftware | PRGS | 61.79 | 0.1 |
| PrometheusBio | RXDX | 199.74 | 0.4 |
| PulteGroup | PHM | 74.53 | -0.9 |
| PureStorage | PSTG | 37.50 | 2.1 |
| QuadroAcqnOneA | QDRO | 10.44 | 0.1 |
| QuantaServices | PWR | 186.50 | ... |
| Rockwell | ROK | 317.67 | -0.7 |
| RushEnt B | RUSHB | 68.20 | -1.5 |
| SI-BONE | SIBN | 29.51 | 0.7 |
| SMART Global | SGH | 27.17 | 4.4 |
| SPS Commerce | SPSC | 180.50 | 0.8 |
| Saia | SAIA | 319.21 | 0.9 |
| SapiensInt | SPNS | 27.34 | 0.2 |
| Schrodinger | SDGR | 42.24 | -2.1 |
| ServiceNow | NOW | 567.98 | 2.3 |
| ShakeShack | SHAK | 73.28 | 3.7 |
| Shopify | SHOP | 66.56 | 3.2 |
| SkyWest | SKYW | 37.92 | -1.1 |
| Snap-On | SNA | 274.77 | -0.7 |
| SoFiTech | SOFI | 10.23 | 2.1 |
| Sprinklr | CXM | 14.96 | 2.1 |
| Stantec | STN | 63.02 | 1.0 |
| StarGroup | SGU | 15.22 | 1.0 |
| Stevanato | STVN | 31.10 | 1.7 |
| SurgeryPartners | SGRY | 44.59 | 5.0 |
| Symbotic | SYM | 48.62 | 2.6 |
| TIM | TIMB | 15.72 | 3.5 |
| TMTAcqnUn | TMTCU | 10.65 | 1.0 |
| TatTechnologies | TATT | 7.35 | 3.4 |
| 10xGenomics | TXG | 59.31 | -0.5 |
| TenetHealthcare | THC | 85.40 | 2.5 |
| Tennant | TNC | 81.77 | -1.0 |
| Teradata | TDC | 51.75 | 1.1 |
| Teradyne | TER | 112.17 | -0.9 |
| Textainer | TGH | 40.50 | 0.5 |
| TigoEnergyWt | TYGOW | 0.99 | 18.2 |
| TsakosEnergyPfdF | TNPpF | 25.04 | 0.1 |
| 26CapAcqn | ADERU | 10.90 | 1.7 |
| UFP Tech | UFPT | 183.56 | 3.2 |
| UltraparPart | UGP | 3.70 | 2.2 |
| UrbanOne D | UONEK | 6.34 | 4.3 |
| Vertiv | VRT | 22.80 | 0.4 |
| Vipshop | VIPS | 18.20 | 5.3 |
| VitaCoco | COCO | 29.35 | 2.2 |
| Vontier | VNT | 31.96 | -1.1 |
| Walmart | WMT | 157.33 | 1.0 |
| Watsco | WSO | 365.90 | -0.5 |
| WeaveComms | WEAV | 8.97 | -3.1 |
| WestrockCoffeeWt | WESTW | 3.12 | 3.0 |
| Winmark | WINA | 373.02 | -0.4 |
| WisdomTree | WT | 7.49 | -0.9 |
| XPO | XPO | 51.37 | 4.3 |
| XBiotech | XBIT | 6.69 | 4.4 |
| **Lows** | | | |
| AerwinsTech | AWIN | 0.45 | -9.8 |
| AdaptHealth | AHCO | 9.90 | -1.7 |
| AdialPharmWt | ADILW | 0.00 | -57.8 |
| AdicetBio | ACET | 4.49 | -6.0 |
| AgileTherap | AGRX | 3.26 | -3.1 |
| Akumin | AKU | 0.30 | -7.6 |
| AresAcqnII A | AACT | 10.10 | -0.1 |
| AtlanticaSust | AY | 23.67 | -1.3 |
| AuburnNatlBncp | AUBN | 20.38 | -2.9 |
| Beneficient | BENF | 5.10 | -3.2 |
| Biocept | BIOC | 1.63 | 0.3 |
| BiodexaPharm | BDRX | 0.07 | -6.8 |
| BitBrother | BTB | 0.74 | -1.8 |
| BlueStarFoods | BSFC | 0.07 | -2.5 |
| BluejayDiag | BJDX | 0.19 | -3.0 |
| BoneBiologics | BBLG | 3.82 | -14.2 |
| CamberEnergy | CEI | 0.99 | ... |
| CanopyGrowth | CGC | 0.65 | -5.3 |
| Castellum | CTM | 0.56 | -7.2 |
| Cineverse | CNVS | 2.20 | -31.2 |
| ComtechTel | CMTL | 8.39 | -8.1 |
| Corts PECO KTH | KTH | 27.90 | 0.5 |
| CueHealth | HLTH | 0.45 | -13.6 |
| DirectDigitalWt | DRCTW | 0.05 | -13.5 |
| DouglasElliman | DOUG | 2.52 | 0.4 |
| EaglePharm | EGRX | 17.68 | -5.0 |
| EcoWavePower | WAVE | 2.41 | -11.2 |
| Edgio | EGIO | 0.46 | -6.9 |
| ElectrameccanicaWt | SOLOW | 0.01 | 130.0 |
| ElevanceHealth | ELV | 428.87 | -6.9 |
| EmbarkTechWt | EMBKW | 0.01 | -8.7 |
| Emcore | EMKR | 0.66 | -4.8 |
| Energous | WATT | 0.29 | -4.2 |
| FG | FGH | 1.65 | 1.2 |
| FLJ | FLJ | 0.28 | -18.2 |
| FirstMajestic | AG | 5.50 | -1.1 |
| FranklinCovey | FC | 34.36 | -0.5 |
| GlobalStarWt | GLSTW | 0.02 | -22.5 |
| GreatElmCap | GECC | 7.55 | -0.3 |
| Greenlane | GNLN | 1.95 | -6.2 |
| HEXO | HEXO | 0.75 | -10.4 |
| HTG Molecular | HTGM | 0.46 | -20.0 |
| HoraceMannEdu | HMN | 29.85 | -2.9 |
| HubCyberSecurity | HUBC | 0.52 | -6.8 |
| HycroftMiningWt | HYMCW | 0.02 | -4.5 |
| HyzonMotorsWt | HYZNW | 0.01 | -43.3 |
| InvoBioScience | INVO | 0.15 | -10.5 |
| IO Biotech | IOBT | 1.56 | -26.5 |
| iClickInteract | ICLK | 2.05 | -7.5 |
| iMediaBrands | IMBI | 0.14 | -8.8 |
| IntegraResources | ITRG | 0.92 | -1.3 |
| Intevac | IVAC | 3.65 | -14.2 |
| JupiterWellness | JUPW | 0.31 | -0.5 |
| KaryopharmTherap | KPTI | 2.05 | -2.3 |
| Kineta | KA | 2.80 | -7.8 |
| LIVCapAcqnII Wt | LIVBW | 0.03 | -23.0 |

**Continued on Page B10**

**ADVERTISEMENT**

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## CLASS ACTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re NUTANIX, INC. SECURITIES LITIGATION

Case No. 3:19-cv-01651-WHO
Case No. 3:21-cv-04080-WHO

CLASS ACTION

SUMMARY NOTICE

JOHN P. NORTON, ON BEHALF OF THE NORTON FAMILY LIVING TRUST UAD 11/15/2002, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

NUTANIX, INC., DHEERAJ PANDEY, and DUSTON M. WILLIAMS,

Defendants.

***IF YOU (i) PURCHASED OR ACQUIRED SECURITIES IN NUTANIX, INC. ("NUTANIX") BETWEEN NOVEMBER 30, 2017 AND MAY 30, 2019, INCLUSIVE (THE "CLASS PERIOD"), AND/OR (ii) TRANSACTED IN PUBLICLY TRADED CALL OPTIONS AND/OR PUT OPTIONS OF NUTANIX DURING THE CLASS PERIOD, YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT. CERTAIN PERSONS ARE EXCLUDED FROM THE DEFINITION OF THE CLASS AS SET FORTH IN THE STIPULATION OF SETTLEMENT.***

PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY CLASS ACTION LAWSUITS PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California, that in the above-captioned litigations (the "Actions"), a Settlement has been proposed for $71,000,000.00. A hearing will be held on October 4, 2023, at 2:00 p.m., before the Honorable William H. Orrick, at the United States District Court, Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, for the purpose of determining whether: (i) the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (ii) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (iii) the application of Lead Counsel for the payment of attorneys' fees and expenses from the Settlement Fund, including interest earned thereon, should be granted.

**IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE ACTIONS, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND.** You may obtain a copy of the Stipulation of Settlement, the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), and the Proof of Claim and Release Form (the "Proof of Claim") at www.NutanixSecuritiesSettlement.com or by contacting the Claims Administrator: *Nutanix Securities Settlement*, c/o Gilardi & Co. LLC, P.O. Box 301133, Los Angeles, CA 90030-1133; 1-888-850-8229.

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail postmarked no later than September 6, 2023, or submit it online by that date. If you are a Class Member and do not submit a valid Proof of Claim, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will still be bound by any judgment entered by the Court in the Actions (including the releases provided for therein).

To exclude yourself from the Class, you must submit a request for exclusion such that it is **postmarked by September 13, 2023**, in the manner and form explained in the Notice. If you are a Class Member and have not excluded yourself from the Class, you will be bound by any judgment entered by the Court in the Actions (including the releases provided for therein) whether or not you submit a Proof of Claim. If you submit a valid request for exclusion, you will have no right to recover money pursuant to the Settlement.

Any objection to the proposed Settlement, the Plan of Allocation, or the fee and expense application must be filed with the Court no later than September 13, 2023.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.** If you have any questions about the Settlement, or your eligibility to participate in the Settlement, you may contact Lead Counsel at the following address or by calling 1-800-449-4900:

ROBBINS GELLER RUDMAN
& DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101
settlementinfo@rgrdlaw.com

DATED: May 19, 2023

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ANNOUNCEMENTS

**YOUR BOOK**
We Write Your Biography for Your Family. Or We Write & Publish a Book of Your Success In Business & Lessons Learned. Earn Royalties on Book Sales.
**BizSuccessBooks.com**
**LegaciesandMemories.com**
**(904) 293-9893** * Since 1999

## PUBLIC NOTICES

**Paladin Reinsurance Corporation**

This company advises all creditors that it is entering into a Commutation Plan under Section 1321(b) of the New York Insurance Law and Department Regulation 141 (11 NYCRR Section 128).
Any person who has and can provide details of a claim against this Estate should email by 14 July 2023 details of their claims to commutation@paladinreinsurance.com.

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

FOR SALE
SOLD

© 2023 Dow Jones & Company, Inc.
All Rights Reserved.

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: Desolation Holdings LLC, Bittrex, Inc. *et al.*,[1] Debtors.

Chapter 11
Case No. 23-10597 (BLS)
(Jointly Administered)

**GENERAL BAR DATE IS AUGUST 31, 2023, AT MIDNIGHT (PREVAILING EASTERN TIME)**
**NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE THAT** on June 7, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Bar Date Order") establishing **August 31, 2023, at midnight (Prevailing Eastern Time)** (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts, including any Customers (meaning any person or entity that has a cryptocurrency account with one or more of the Debtors) to submit a proof of claim against any of the Debtors. A copy of the Bar Date Order, and any exhibits thereto are available (i) at the Debtors' expense upon request to Omni Agent Solutions, Inc. (the noticing and claims agent retained in these chapter 11 cases) (the "Omni"), by calling (888) 481-3704 for callers in the United States or by calling (747) 293-0010 for callers outside the United States, (ii) for no charge by visiting the Debtors' restructuring website at https://omniagentsolutions.com/Bittrex, or (iii) for a fee via PACER by visiting http://www.deb.uscourts.gov/.

The Bar Date Order and the below procedures for filing proofs of claim apply to all claims against the Debtors that arose prior to May 8, 2023 (the "Petition Date"). Among other exceptions listed below, Governmental Units have until November 4, 2023 at midnight (Prevailing Eastern Time) to file proofs of claim against the Debtors.

**1. WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Petition Date, **and it is not one of the types of claims described in Section 4 below**. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

You MUST file a proof of claim to be able to withdraw cryptocurrency or fiat currency from the Debtors' online platform if you are a Customer, **unless your claim is one of the types of claims described in Section 4 below**. The Order establishes the following bar dates for filing proofs of claim in these Chapter 11 Cases (collectively, the "Bar Dates"):

__General Bar Date__. (Applicable to 503(b)(9) claims). All claimants holding or wishing to assert a claim must submit a proof of claim with respect to such claim so as to be **actually received** by Omni by **August 31, 2023, at midnight (Prevailing Eastern Time)**, including parties asserting claims pursuant to section 503(b)(9) of the Bankruptcy Code.

__Governmental Bar Date__. All governmental units (as defined in section 101(27) of the Bankruptcy Code) holding claims against any of the Debtors that arose or are deemed to have arisen prior to the Petition Date must file proofs of claim on or before **November 4, 2023, at midnight (Prevailing Eastern Time)**.

__Amended Schedules Bar Date__. Any claimant adversely affected by an amendment of or supplement to the Debtors' schedules of assets and liabilities (collectively, the "Schedules") must file a proof of claim on or before **the later of (i) the applicable Bar Date and (ii) thirty (30) days from the date that notice of the applicable amendment or supplement to the schedules is served on such claimant**.

**2. WHEN AND WHERE TO FILE.** Except as provided for herein, all proofs of claim must be filed so as to be received on or before the applicable Bar Date **BY FIRST CLASS MAIL, OVERNIGHT COURIER OR HAND DELIVERY:** Bittrex, Inc. Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or **ELECTRONICALLY:** on the website located at https://omniagentsolutions.com/BittrexCustomerClaim for Customer Claims or https://omniagentsolutions.com/Bittrex-Claims for Non-Customer Claims, as applicable (the "Electronic Filing System"). Proofs of claim will be deemed filed only when received at the address listed above or via the Electronic Filing System on or before the applicable Bar Dates. **Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission** (other than proofs of claim filed electronically through the Electronic Filing System).

**3. WHAT TO FILE**

__Customer Claims:__ Customer Claims should be filed on a modified Customer Proof of Claim Form provided by the Debtors or obtained at the Electronic Filing System, located at https://omniagentsolutions.com/BittrexCustomerClaim. All Customer Proof of Claim Forms must be signed by the Customer claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in the specific type of coin, cryptocurrency, or digital asset associated with the Customer account as of the Petition Date (without conversion) or in the lawful currency of the United States only if the amount was so denominated in the Customer account as of the Petition Date. The claimant also should set forth with specificity Customer identifying information, including Account ID, Username (Email) and SSN or EIN, as well as full name, address, date of birth, and driver's license or passport number of an individual associated with the Customer account. **Customer Proof of Claims should be uploaded via the encrypted link provided on the Electronic Filing System.**

__Non-Customer Claims:__ Non-Customer Claims should be filed on the General Proof of Claim Form provided by the Debtors or obtained at (i) the website established by the Omni, located at https://omniagentsolutions.com/Bittrex-Claims or (ii) the Bankruptcy Court's website located at http://www.deb.uscourts.gov/claims-information. All General Proof of Claim Forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). The claimant should also set forth with specificity the legal and factual basis for the alleged claim and attach to the completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

__All Claims:__ If the claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "Schedules"), the proof of claim form also sets forth the amount of the claim as listed on the Schedules, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor. Any holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's bankruptcy case. A list of the Debtors and their respective case numbers is set forth above. Any holder of a claim must sign the claim or, if the claimant is not an individual, an authorized agent must sign the claim.

**4. WHO NEED NOT FILE A PROOF OF CLAIM.** The Order further provides that certain claimants, whose claims would otherwise be subject to the Bar Dates, need not file proofs of claims. To review a copy of the Order, please visit https://omniagentsolutions.com/Bittrex. Further information is also available at https://omniagentsolutions.com/BittrexFAQ. In particular, you **do not need** to file a proof of claim on or prior to the applicable Bar Dates if you are a Customer, including any Customer whose claim is listed on the Schedules as "disputed," "contingent," or "unliquidated," who accepted the terms of service of its account with the Debtors, complied with the KYC requirements, and actually withdrew cryptocurrency and fiat currency from the Bittrex platform prior to the applicable Bar Date.

**5. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE.** ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**6. THE DEBTORS' SCHEDULES AND ADDITIONAL INFORMATION.** You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules. Copies of the Debtors' Schedules, the Order and other documents regarding the Debtors' chapter 11 cases are available for a fee from the Court's website at http://www.deb.uscourts.gov/ and are available free of charge at https://omniagentsolutions.com/Bittrex, or by written request to Omni at the address listed in Section 3 of this Notice. If you have any additional questions, you may contact Omni via email at BittrexInquiries@omniagnt.com or call (888) 481-3704 (US Toll Free) or +1 (747) 293-0010 (International). **A HOLDER OF A POTENTIAL CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

Dated: June 9, 2023, Wilmington, Delaware

**BY ORDER OF THE COURT**

[1] The below lists the names and case numbers of each Debtor (collectively, the "Debtors"):
**Name of Debtor, Case Number, Tax Identification Number:** Desolation Holdings LLC, 23-10597, XX–XXX0439; Bittrex, Inc., 23-10598, XX–XXX0908; Bittrex Malta Holdings Ltd., 23-10599, XX–XXX2227; Bittrex Malta Ltd., 23-10600, XX–XXX1764.

## CLASS ACTION

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

STEVEN FOX, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

FIFTH THIRD BANCORP, GREG D. CARMICHAEL, TAYFUN TUZUN, MARK D. HAZEL, NICHOLAS K. AKINS, B. EVAN BAYH III, JORGE L. BENITEZ, KATHERINE B. BLACKBURN, EMERSON L. BRUMBACK, JERRY W. BURRIS, GARY R. HEMINGER, JEWELL D. HOOVER, EILEEN A. MALLESCH, MICHAEL B. MCCALLISTER, and MARSHA C. WILLIAMS,

Defendants.

Case No. 2020CH05219

Judge: Hon. Celia G. Gamrath

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT, AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

**To: All who acquired Fifth Third Bancorp ("Fifth Third") publicly traded common stock pursuant and/or traceable to the Registration Statement issued in connection with Fifth Third's March 22, 2019 acquisition of MB Financial Inc.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the Circuit Court of Cook County, Illinois, that plaintiff Steven Fox ("Plaintiff"), on behalf of himself and the proposed Settlement Class, and Fifth Third and the other Defendants in the Action, have reached a proposed settlement of the above-captioned class action (the "Action") in the amount of $5,500,000 that, if approved, will resolve the Action in its entirety (the "Settlement"). (All terms not defined herein have the definitions assigned to them in the Stipulation and Agreement of Settlement, dated May 9, 2023 ("Stipulation").)

A hearing will be held before the Honorable Celia G. Gamrath, remotely via Zoom, at the Court's discretion, at 9:15 a.m. CDT on September 14, 2023 (the "Settlement Hearing") using Zoom Meeting ID: 928 4730 2982 and Passcode: 411367 to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice, as provided in the Stipulation; (iii) approve the proposed Plan of Allocation for distribution of the Net Settlement Fund; and (iv) approve Lead Counsel's Fee and Expense Application. The Court may change the date or location of the Settlement Hearing without providing another notice. Please check the Settlement website for information about the hearing: www.FifthThirdBancorpSecuritiesSettlement.com. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a Notice and Proof of Claim and Release form ("Claim Form"), you may obtain copies of these documents by visiting the website dedicated to the Settlement, www.FifthThirdBancorpSecuritiesSettlement.com, or by contacting the Claims Administrator at:

*Fifth Third Bancorp Securities Litigation*
c/o KCC Class Action Services
P.O. Box 301170
Los Angeles, CA 90030-1170

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

Alfred L. Fatale III, Esq.
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
www.labaton.com
settlementquestions@labaton.com
(888) 219-6877

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form ***postmarked or submitted online no later than September 9, 2023***. If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court in the Action, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is ***received no later than August 24, 2023***. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, the proposed Plan of Allocation, and/or Lead Counsel's Fee and Expense Application must be filed with the Court and mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are ***filed and received no later than August 24, 2023***.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: June 15, 2023

BY ORDER OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE THE HONEST COMPANY, INC. SECURITIES LITIGATION

Case No. 21-cv-07405-MCS-PLA

CLASS ACTION

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

**To:** All persons and entities that purchased or otherwise acquired The Honest Company, Inc. ("Honest" or the "Company") publicly traded common stock pursuant and traceable to the Offering Documents[1] for Honest's Initial Public Offering ("IPO") prior to August 19, 2021, as well as all persons and entities that acquired ownership of a trading account, retirement account, or any other similar investment account or portfolio containing Honest's publicly traded common stock that was purchased or otherwise acquired pursuant and traceable to the Offering Documents for Honest's IPO prior to August 19, 2021, and were damaged thereby (collectively, the "Class" and individually, "Class Members").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Central District of California, that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class defined above. **Please note**: at this time, there is no judgment, settlement or monetary recovery. A trial date in the Action has not been set.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. A Postcard Notice is currently being mailed to known potential Class Members. If you have not yet received the Postcard Notice, you may obtain a copy of it or a long-form Notice of Pendency of Class Action by downloading them at www.thehonestcompanysecuritieslitigation.com or by contacting the Administrator at:

*In re The Honest Company, Inc. Sec. Litig.*
c/o Epiq
P.O. Box 5619
Portland, OR 97228-5619
(888) 670-8722

Inquiries, other than requests for the Notices, may be made to the following representative of Class Counsel:

Alfred L. Fatale III, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(888) 219-6877

If you are a Class Member, you have the right to decide whether to remain in the Class or to request exclusion. ***If you want to remain in the Class, you do not need to do anything at this time other than retain documentation reflecting your transactions and holdings in Honest common stock.*** If you are a Class Member and do not request exclusion, you will stay in the Class and be bound by the proceedings in the Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable. You may also be eligible for a future recovery in the Action, if there is one.

If you __**do not**__ wish to remain in the Class, you __**must**__ take steps to exclude yourself. If you timely and validly ask to be excluded from the Class, you will not be bound by anything that happens in the Action. However, you will not be eligible to receive any money that might be recovered in the future. To exclude yourself from the Class, you must submit a written request for exclusion postmarked **no later than August 7, 2023**, in accordance with the instructions set forth in the Notice available at www.thehonestcompanysecuritieslitigation.com. Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion whether to allow a second opportunity to request exclusion from the Class in the event there is a settlement or judgment in the Action.

**Further information about the case may be obtained by contacting the Administrator as provided above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**

BY ORDER OF THE COURT:
United States District Court for the Central District of California

[1] The "Offering Documents" are Honest's April 9, 2021 registration statement on Form S-1, which following amendment, was declared effective by the U.S. Securities and Exchange Commission on May 4, 2021 (the "Registration Statement"), and a May 6, 2021 final prospectus on Form 424(b)(4), which forms part of the Registration Statement.