## **EXHIBIT A**

**Proposed Order**

30524874.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. No.** _____ |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER GRANTING LEAVE AND PERMISSION TO FILE REPLY IN SUPPORT OF MOTION PURSUANT TO SECTIONS 105(A) AND 502(C) OF THE BANKRUPTCY CODE TO ESTIMATE CONTINGENT AND UNLIQUIDATED CLAIMS OF THE SECURITIES AND EXCHANGE COMMISSION AND GRANT RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for the entry of an order granting the Debtors leave and permission to file the Reply; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

30524874.1

2

1.	The Motion is GRANTED as set forth herein.

2.	Pursuant to Local Rule 9006-1(d), the Debtors are granted leave and permission to file the Reply, and the Reply is deemed timely filed as a matter of record in these chapter 11 cases.

3.	This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.