# EXHIBIT A

**Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Desolation Holdings LLC, *et al.*,[1] | § | Case No. 23-23-10597 (BLS) |
| | § | |
| Debtors | § | (Jointly Administered) |

**DECLARATION AND DISCLOSURE STATEMENT OF
JOSEPH P. CUTLER ON BEHALF OF PERKINS COIE LLP**

I, Joseph P. Cutler, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information, and belief:

1. I am a partner of Perkins Coie LLP located at 1201 Third Avenue, Suite 4900, Seattle, Washington, 98101 (the "Firm").

2. This declaration (the "Declaration") is submitted in accordance with the Order Pursuant to 11 U.S.C. §§ 105(a), 327, and 330 Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business [Docket No. 54] (the "OCP Order"). Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

3. Desolation Holdings LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide federal and state regulatory counsel and immigration services to the Debtors, and the Firm has consented to provide such services. The Debtors and the Firm have also agreed that the scope of services may be expanded by agreement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons who are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants against or employees of the Debtors, or other parties-in-interest in these chapter 11 cases (collectively "Parties in Interest" or separately, a "Party in Interest"). The Firm does not perform services for any such Party in Interest in connection with these chapter 11 cases except as may be noted on Exhibit "A" attached hereto or supplemented in the future.[2] In addition, I do not have any personal knowledge of any relationship the Firm currently has with any such Party in Interest, its attorneys, or accountants that would be adverse to the Debtors or the Debtors' bankruptcy estates with respect to the matters on which the Firm has been retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. I do not have any personal knowledge of any principal of, or professional employed by the Firm, that as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their bankruptcy estates, with respect to the matters on which the Firm is to be retained.

7. The Debtors owe the Firm $ 277,879.66 for services and reimbursable expenses incurred both before and after the commencement of these cases and invoiced through June 20, 2023, the payment of which is subject to the limitations contained in the Bankruptcy Code and the OCP Order.

---

[2] As with the engagement by any company, services provided to the company might provide incidental or ancillary benefit to its creditors, employees or shareholders. The same is true with respect to the services that the Firm provides to the Debtors – especially with respect to immigration services.

8. As of the Petition Date, the agreement with the Firm contemplates reimbursement for expenses incurred on behalf of the Debtors but does not include an agreement for indemnification.

9. The Firm is conducting further inquiries regarding its retention by any Party in Interest and whether any principal of, or professional employed by the Firm, holds or represents any interest adverse to the Debtors or their estates. Upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 7, 2023.

By: *Joe Cutler* (signature)

**Exhibit "A"**

As of July 7, 2023, the Firm has not received a list of the Parties of Interest (as defined above) to be searched. Upon receiving the list from the Debtors, the Firm will undertake the searches described in Paragraphs 4 and 6 of this Declaration and supplement this Declaration accordingly.