

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

July 11, 2023

<u>VIA ECF</u>

Honorable Brendan L. Shannon
United States Bankruptcy Court District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

<u>Re: Desolation Holdings LLC, et al., Case. No. 23-10597(BLS)</u>

To the Honorable Judge Shannon:

     The U.S. Securities and Exchange Commission ("SEC") writes this letter to inform the Court of a case from this District regarding the application of Section 502(b)(9) of the Bankruptcy Code in Chapter 11 cases.  The SEC did not cite to the case in the SEC's initial objection filed on July 6, 2023, because it was difficult to locate and not electronically available.  The SEC Staff was able to retrieve a copy of the case from the clerk's office, but after the SEC's July 6 objection was filed.  The case is *In re Metrocall, Inc., et al.*, Case No. 02-11579 (RB) (Bankr. D. Del. June 6, 2002) (decision denying Debtors' Motion seeking to shorten the government bar date in a Chapter 11 case) (copy attached as Exhibit A.)  In *Metrocall,* the Court held that "[a] bar order that does not allow governmental units at least 180 days to file proofs of claim cannot be reconciled with Section 502(b)(9), and therefore, even if apparently authorized by the Bankruptcy Rules cannot be valid."  *Id.*

                             Respectfully submitted,

                             <u>/s/ Patricia Schrage</u>
                             Patricia Schrage
                             Senior Bankruptcy Counsel
                             New York Regional Office
                             100 Pearl Street, Suite 20-100
                             New York, NY 10004
                             Tel.: 212-336-1100
                             Schragep@sec.gov

cc:    Robert S. Brady
        Kenneth Enos
        Joshua Brooks

Susheel Kirpalani
Patricia B. Tomasco
Daniel Holzman
Alain Jaquet
Razmig Izakelian
Valerie Ramos
Joanna D. Caytas
Richard Schepacarter