## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on May 19, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case [Docket No. 52]**

Dated: July 10, 2023

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                               } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 10th day of _____July_____, 20 22 by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# **EXHIBIT A**

**Exhibit A**

Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| 008beac2c0b4-47b0-9a4c-667977a51981 | Address Redacted | | | | Email Address Redacted | Email |
| 01014189-63a3-43c0-b6fc-651ddccaa27b | Address Redacted | | | | Email Address Redacted | Email |
| 0aad95fd-0bbb-41a0-8212-2f4468de6b5e | Address Redacted | | | | Email Address Redacted | Email |
| 0d372cc9-9c01-40ab-996e-28f003262a26 | Address Redacted | | | | Email Address Redacted | Email |
| 12d9a393-1a79-4f9e-a58d-782d80c140ba | Address Redacted | | | | Email Address Redacted | Email |
| 13e5eb91-0087-4936-9f9b-fb730526f1a | Address Redacted | | | | Email Address Redacted | Email |
| 1800 M Street Owner, LP | c/o Columbia Property Trust, Inc | Attn: Asset Manager | 701 Pennsylvania Ave NW, Ste 560 | Washington, DC 20036 | | First Class Mail |
| 1800 M Street Owner, LP | c/o Columbia Property Trust, Inc | Attn: Asset Manager | 1170 Peachtree St NE, Ste 600 | Atlanta, GA 30309 | | First Class Mail |
| 1800 M Street Owner, LP | c/o Columbia Property Trust, Inc | Attn: Property Manager | 1800 M St NW Ste GR11 | Washington, DC 20036 | | First Class Mail |
| 1800 M Street Owner, LP | c/o Columbia Property Trust, Inc | Attn: Mark Witschorik | 801 Pennsylvania Ave NW, Ste 560 | Washington, DC 20036 | | First Class Mail |
| 1800 M Street Owner, LP | c/o Stroock & Stroock & Lavan LLP | Attn: Jeffrey R Keitelman, Esq | 1875 K St NW, Ste 800 | Washington, DC 20006 | | First Class Mail |
| 1800 M Street Owner, LP | c/o Stroock & Stroock & Lavan LLP | Attn: Jeffrey R Keitelman, Esq | 1875 K St NW, Ste 800 | Washington, DC 20006 | | First Class Mail |
| 1800 M Street REIT, LP | c/o Columbia Property Trust | 1800 M St NW, Ste GR11 | Washington, DC 20036 | | | First Class Mail |
| 1e09e8ec-8b17-422d-b3f3-cb96ee71f6aa | Address Redacted | | | | Email Address Redacted | Email |
| 1fc8d534-be33-4884-bc54-edbab65f5b13 | Address Redacted | | | | Email Address Redacted | Email |
| 1Password (Agile Bits Inc) | Attn: Richard Macalntol | 1144 Level Margaret Trl | St Thomas, ON N5R 6L8 | Canada | Email Address Redacted | Email |
| 1Password (AgileBits Inc) | Attn: Richard Macalntol | 49 Spadina Ave, Ste 303 | Toronto, ON M5V 2J1 | Canada | richard.macalntol@agilebits.com; business@1password.com | Email |
| 210de341-83a8-474c-a17e-61d2c10c8734 | Address Redacted | | | | Email Address Redacted | Email |
| 216 Digital | Attn: Greg McNeil | 2208 E Enterprise Pkwy | Twinsburg, OH 44087 | | gm@216digital.com; team@216digital.com | Email |
| 22a2f4e9-5bae-4ec0-aa79-2c52a069239b | Address Redacted | | | | | First Class Mail |
| 2482d6e1-1e5b-4e7b-b1a1-c332df463fa9 | Address Redacted | | | | Email Address Redacted | Email |
| 27f91091-bbc7-458e-a4f9-3192dc9b5c7 | Address Redacted | | | | Email Address Redacted | Email |
| 2e54b310-c531-49eb-a704-f5933e92516d | Address Redacted | | | | Email Address Redacted | Email |
| 2ede0c2c-3f1c-4c1f-913c-7fe66dd5a9bf | Address Redacted | | | | Email Address Redacted | Email |
| 3264a54a-1218-46b6-ac7d-1d7773995563 | Address Redacted | | | | Email Address Redacted | Email |
| 3f28305a-7f6a-41ff-a707-e1d31ac111f9 | Address Redacted | | | | Email Address Redacted | Email |
| 4ede2651-0b05-4b45-9f04-de15d6c4f521 | Address Redacted | | | | Email Address Redacted | Email |
| 4f7f1b08-a58c-4be6-b0b5-16e34bc52880 | Address Redacted | | | | Email Address Redacted | Email |
| 51beeb1b-d9b2-4be7-acee-7d3cccd74e5d5 | Address Redacted | | | | Email Address Redacted | Email |
| 58611b24-5bc6-442d-b239-b548b4a4eec3 | Address Redacted | | | | Email Address Redacted | Email |
| 5cfb7e9b-08dc-4691-a7a0-917899b1f52c | Address Redacted | | | | Email Address Redacted | Email |
| 6341b91e-7b9f-4f5d-a6a9-c6b069ad945d | Address Redacted | | | | Email Address Redacted | Email |
| 6a24bb04-4799-4da8-b799-98e9887b5d43 | Address Redacted | | | | Email Address Redacted | Email |
| 6ce226da-eaab-4150-860a-87d822ce49e6 | Address Redacted | | | | Email Address Redacted | Email |
| 7e862dc2-7ff2-4802-9979-66c46d9dfb7 | Address Redacted | | | | Email Address Redacted | Email |
| 8339330b-9343-4855-89b7-86826bcb144e | Address Redacted | | | | Email Address Redacted | Email |
| 925d0c0b-c584-4005-9e48-0254590dc9bb | Address Redacted | | | | Email Address Redacted | Email |
| 93ec913d-a576-4c2e-88d4-936af932b7db | Address Redacted | | | | Email Address Redacted | Email |
| a1472e35-7878-403d-b9a1-2f53d2de933c | Address Redacted | | | | Email Address Redacted | Email |
| a577b1ff-006d-4872-a9ce-647cabbd4b21 | Address Redacted | | | | Email Address Redacted | Email |
| Accurate Now | Attn: Client Services | 7515 Irvine Center Dr | Irvine, CA 92618 | | clientservice@accuratenow.com | Email |
| Acuant (fka IdentityMind) | Attn: Chad Mayer | 6080 Center Dr, Ste 850 | Los Angeles, CA 90045 | | Chad.Mayer@gbgplc.com | Email |
| ACK International | Attn: Henri Arslanian | 160 Robinson Rd, Ste 14-04 | Singapore 068914 | | henri.arslanian@acxinternational.com; tom.souders@acxinternational.com | Email |
| Ada Support | Attn: Ruta Ahirkar | 96 Spadina Ave, Ste 801 | Toronto, ON M5V 2J6 | Canada | ruta@ada.support | Email |
| Adobe Teams | 345 Park Ave | San Jose, CA 95110-2704 | | | | First Class Mail |
| ae2ee974-3f89-4cb1-bcb4-643d1b4448da | Address Redacted | | | | | First Class Mail |
| Ag Grid | Attn: Simon Kenny | 6 Borough High St | London, SE1 9QQ | United Kingdom | simon.kenny@ag-grid.com | Email |
| Agari Data, Inc | Attn: Kevin Niesman | 950 Tower Ln, Ste 2000 | Foster City, CA 94404 | | Kevin.Niesman@helpsystems.com | Email |
| Alchemer (fka Survey Gizmo) | Attn: Katie Arnesen | 168 Centennial Pkwy | Louisville, CO 80027 | | katie.arnesen@alchemer.com | Email |
| American Public Media | Attn: Timothy Kresse | 480 Cedar St | St Paul, MN 55101 | | tkresse@americanpublicmedia.org | Email |
| Arizona Attorney General Mark Brnovich | Office of the Attorney General | 2005 N Central Ave | Phoenix, AZ 85004 | | | First Class Mail |
| Arkansas Attorney General | 323 Center St, Ste 200 | Little Rock, AR 72201 | | | | First Class Mail |
| Astute Internet | Attn: Leslie Rumak | 1686 H St | Blaine, WA 89230 | | leslie@astuteinternet.com; han@astuteinternet.com | Email |
| Attorney General of the State of Ohio | 30 E Broad St, 14th Fl | Columbus, OH 43215 | | | | First Class Mail |
| Attorney General State of Mississippi | 550 High St | Jackson, MS 39201 | | | | First Class Mail |
| Attorney General's Office | State of Alabama | 501 Washington Ave | Montgomery, AL 36104 | | | First Class Mail |
| b59c6aee-c5c7-4914-8741-33fad0e25e41 | Address Redacted | | | | | First Class Mail |
| Beacon Hill Staffing | Attn: Anna-Maria Licata Coombs, Legal | 201 California St, 15th Fl | San Francisco, CA 94111 | | acoombs@beaconhillstaffing.com | Email |
| Bellevue Place | 575 Bellevue Sq | Bellevue, WA 98004 | | | | First Class Mail |
| Bellevue Place Office, LLC | P.O. Box 4186 | Bellevue, WA 98009 | | | | First Class Mail |
| Blockdaemon | Attn: Alexander Rabke | 6060 Center Dr, 10th Fl | Los Angeles, CA 90045 | | arabke@blockdaemon.com; legal@blockdaemon.com | Email |
| Bridge Software (LexiJust Inc) | Attn: Daniel Cox | 548 Market St, Ste 36741 | San Francisco, CA 94104 | | daniel@bridge.legal | Email |
| BrowserStack | 644 De Haro St, Ste 212 | San Francisco, CA 94107 | | | | First Class Mail |
| Built In | Attn: Alexa Johnson | 203 N LaSalle St, Ste 2200 | Chicago, IL 60601 | | alexa.johnson@builtin.com; finance@builtin.com | Email |
| Butchershop Creative | Attn: Alejandro Calderón Rosales | P.O. Box 2854 | San Francisco, CA 94126 | | alex@butchershop.cc; ap@butchershop.co | Email |
| c09b676c-64d8-440d-b71f-b2e92e6c2ef9 | Address Redacted | | | | Email Address Redacted | Email |
| c62b2e59-167b-4e4e-9caa-96e0b420a404 | Address Redacted | | | | Email Address Redacted | Email |
| Canva | 110 Kippax St | Surry Hills, NSW 2010 | Australia | | | First Class Mail |
| Carta (eShares) | Attn: Joshua Garcia | 333 Bush St, 23rd Fl, Ste 2300 | San Francisco, CA 94104 | | joshua.garcia@carta.com | Email |
| cd1d6bb3-96f5-4864-8a02-fcbd24637zdf | Address Redacted | | | | Email Address Redacted | Email |
| Chainalysis | Attn: Liana Rizzi | 114 5th Ave | New York, NY 10003 | | liana.rizzi@chainalysis.com | Email |
| Cisco/Sierra Micro | Attn: Tyler Lawrence | 506 30th St, Ste 4 | Anacortes, WA 98221 | | tyler@sierramicroproducts.com | Email |
| Cloudflare | Attn: Connor Watson | 101 Townsend St | San Francisco, CA 94107 | | cwatson@cloudflare.com; ar@cloudflare.com | Email |
| Coder Pad | Attn: Stephanie Skuratowicz | 44 Montgomery St, 3rd Fl | San Francisco, CA 94104 | | stephanie@coderpad.io; support@coderpad.io | Email |
| Coinbase Crypto Services, LLC | Attn: Mara Schmiedt, Bison Trails Legal | 16 Vestry St, 4th Fl | New York, NY 10013 | | mara@bisontrails.co; legal@bisontrails.co; cloud-billing@coinbase.com | Email |
| CoinTracker IO | c/o Nine Finance, Inc | Attn: Katelyn Mason | 2093 Philadelphia Pike, Ste 2046 | Claymont, DE 19703 | | Email |
| Comcast | c/o CenturyLink | Attn: Jason Stahl | 1025 Eldorado Blvd | Broomfield, CO 80021 | katelyn@cointracker.io | Email |
| Commonwealth of Puerto Rico Office of the Attorney General | P.O. Box 902192 | San Juan, PR 00902 | | | Jason0_Stahl@comcast.com | First Class Mail |
| Commonwealth Vault & Safe | Attn: Bryant Stone | 43170 Southern Walk Plz, Ste 118 | Ashburn, VA 20148 | | bryant@commonwealthsafebox.com | Email |
| Cozaic (fka CharliQ) | c/o CharliQ, Inc | Attn: Eric Borden | 609 E Market St, Ste 111 | Charlottesville, VA 22902 | eric.borden@spyglbal.com | Email |
| Creative Circle | Attn: Brianna Bahili | P.O. Box 74008799 | Chicago, IL 60674-8799 | | bbadili@creativecircle.com | Email |
| Culture Amp | Attn: Mallory Alamillo | 548 Market St, Ste 94869 | San Francisco, CA 94104 | | mallory.h-alamillo@cultureamp.com | Email |
| Customers Bank | Attn: Oleg Karaman, Janet Hartman | 40 General Warren Blvd, Ste 200 | Malvern, PA 19355 | | okaraman@cbzck.com; digitalbusiness@customersbank.com | Email |
| d375e49b-ef35-45fe-81ae-7eb0a6637816 | Address Redacted | | | | Email Address Redacted | Email |
| DataDog | Attn: Nick Hunter, Legal Dept | 2/29 Stewart St | Richmond, VIC 3121 | Australia | nick.hunter@datadoghq.com; legal@cultureamp.com | Email |
| db61b2ae-da20-4304-9c5e-9285060cc799 | Address Redacted | | | | Email Address Redacted | Email |
| dbe0b606-15c8-43f3-8517-14ac18907906 | Address Redacted | | | | Email Address Redacted | Email |
| dcb22222-657a-400a-b98b-49571184b302 | Address Redacted | | | | Email Address Redacted | Email |
| dd2f7fdc-21b3-42af-a90e-2d75607a16f0 | Address Redacted | | | | Email Address Redacted | Email |
| dd88f140-297b-4811-88a2-72b491b16f52 | Address Redacted | | | | Email Address Redacted | Email |
| Delaware Department of Justice | Carvel State Bldg | 820 N French St | Wilmington, DE 19801 | | | First Class Mail |
| Department of Attorney General | 525 W Ottawa St | Lansing, MI 48906 | | | | First Class Mail |
| Department of Justice | 114 W Exterior St | Raleigh, NC 27603 | | | | First Class Mail |
| digicert | Attn: DigiCert Support | 2801 N Thanksgiving Way, Ste 500 | Lehi, UT 84043 | | enterprise_pkisupport_m@digicert.com; legal@digicert.com | Email |
| District of Delaware | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801 | | Richard.Schepacarter@usdoj.gov | Email |
| DocuSign | Attn: Austin Foster | 221 Main St, Ste 1000 | San Francisco, CA 94105 | | Austin.Foster@docusign.com | Email |
| e78e673e-56a9-49b8-ba09-0cb13953bbe4f | Address Redacted | | | | Email Address Redacted | Email |
| Endeavour Retirement | Attn: Bonnie Treichel | 885 McVey Ave | Lake Oswego, OR 97034 | | bonnie.treichel@endeavor-retirement.com | Email |
| EverLaw | Attn: Toby Yao | P.O. Box 786166 | Philadelphia, PA 19178-6166 | | toby.yao@everlaw.com; ar@everlaw.com | Email |
| EverLaw | Attn: Toby Yao | 2101 Webster St, Ste 1500 | Oakland, CA 94612 | | toby.yao@everlaw.com; ar@everlaw.com | Email |
| Exiger | 1675 Broadway, 15th Fl | New York, NY 10019 | | | | First Class Mail |
| f25c6a91-1afa-489d-a6a9-e511999b604c | Address Redacted | | | | Email Address Redacted | Email |
| f536e4fd-ac5a-4a55-a9ca-fc14614925fc | Address Redacted | | | | Email Address Redacted | Email |
| f9999a5f-fa69-46ab-aff4-bca7e6b0eb04 | Address Redacted | | | | Email Address Redacted | Email |
| f9c6bd3d-51fa-4e1d-ad51-501371d2e7e8 | Address Redacted | | | | Email Address Redacted | Email |
| fad45edf-bc0f-4355-8850-fd1e77b286f7 | Address Redacted | | | | Email Address Redacted | Email |
| fb923c5c-30ca-4100-9f55-bbeec56d4ee8 | Address Redacted | | | | Email Address Redacted | Email |
| FCR | c/o First Call Resolution, LLC | Attn: Matthew Achak | 406 NE Winchester St | Roseburg, OR 97470 | matthew@gofcr.com | Email |
| FCR | c/o First Call Resolution, LLC | Attn: Matthew Achak | 2911 Tennyson Ave | Eugene, OR 97408 | matthew@gofcr.com | Email |
| Figma | Attn: Nick Neilsen | 116 New Montgomery St, Ste 700 | San Francisco, CA 94105 | | nick.neilsen@figma.com; support@figma.com | Email |
| Financial Crimes Enforcement Network | P.O. Box 39 | Vienna, VA 22183 | | | | FRC@fincen.gov | Email |
| Firebase | c/o Google LLC | 1600 Amphitheatre Pkwy | Mtn View, CA 94043 | | firebase@google.com | Email |
| Fireblocks | Attn: Jessie Blocker | 34 Loretta Ct | Englewood Cliffs, NJ 07632 | | jessie@fireblocks.com | Email |
| FloCast | Attn: Emily Rose Rodgers | 14721 Califa St | Sherman Oaks, CA 91411 | | emily.rose@flocast.com | Email |
| Fosch (Concur Travel) | Attn: Steffen Matusik, Sr Account Manager | 1 Greenway Plz, Ste 800 | Houston, TX 77046 | | steffen.matusik@frosch.com | Email |
| FullStory | Attn: Nicole Wolberg | 1745 Peachtree St NE, Ste G | Atlanta, GA 30309 | | nwolberg@fullstory.com | Email |
| Goldman Sachs | Asset Management | Attn: Kelley Loomis, Daniel Parsell | 71 S Wacker Dr, Ste 1200 | Chicago, IL 60606-4673 | Kelley.Loomis@gs.com; Daniel.Parsell@gs.com | Email |
| Greenhouse | Attn: Kevin Johnson | 18 W 18th St, 9th Fl | New York, NY 10011 | | kevin.johnson@greenhouse.io; ar@greenhouse.io | Email |
| Hackerio | Attn: Yulia Kuznetsova | Kai tn 1-5M | Tallinn City, Harju County 10111 | Estonia | yulia.kuznetsova@hackerearth.com; e.brown@vocati8.hackerio | Email |
| Harris Beach PLLC | Attn: Lee E Woodard/Brian D Roy | 333 W Washington St, Ste 200 | Syracuse, New York 13202 | | bevenlakers@harrisbeach.com | Email |
| Hubspot | Attn: Kristin Guilmette | 25 1st St | Cambridge, MA 02141 | | kguilmette@hubspot.com | Email |
| Heart Media | Attn: Cameron Stewart | 14001 Dallas Pkwy, Ste 300 | Dallas, TX 75240 | | Cameron.Stewart@heartmedia.com | Email |
| Illumio Labs | 100 W Randolph St | Chicago, IL 60601 | | | | First Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St | Mail Stop 5-Q30.133 | Philadelphia, PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | First Class Mail |

**Exhibit A**
Service List

| Name | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Invicti | Attn: Will Schreiber | 220 Industrial Blvd, Ste 102 | Austin, TX 78745 | | will.schreiber@invicti.com; accounts@invicti.com | Email |
| Invicti | Attn: Will Schreiber | 1000 N Lamar Blvd, Ste 300 | Austin, TX 78703 | | will.schreiber@invicti.com; accounts@invicti.com | Email |
| Invision | Attn: Lydia Tell | 41 Madison Ave, Ste 2528 | New York, NY 10010 | | lydiatell@invisionapp.com; support@invisionapp.com | Email |
| Iron Mountain | Attn: NAS Ask Customer Service Team | 2 Sun Ct | Norcross, GA 30092 | | askcustomerservice@ironmountain.com | Email |
| iSolve (fka Infinisource Benefit Services) | Attn: Todd Miller | 15 E Washington St | P.O. Box 889 | Coldwater, MI 49036-0889 | TMiller@fgpg.com; solutions@infinitsource.com | Email |
| iterable | Attn: Chris Dooley | 71 Stevenson St, Ste 300 | San Francisco, CA 94105 | | chris.dooley@iterable.com; billing@iterable.com | Email |
| Jumio | Attn: Lauren Cooper | 395 Page Mill Rd, Ste 150 | Palo Alto, CA 94306-2067 | | lauren.cooper@jumio.com | Email |
| Kansas Attorney General Derek Schmidt | Attn: Derek Schmidt | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612 | | | First Class Mail |
| Kastle Systems LLC | Attn: Evan Schwartz | 6402 Arlington Blvd | Falls Church, VA 22042 | | evan.schwartz@kastle.com; anatale@kastle.com | Email |
| King & Spalding | | | | | MHandler@KSLAW.com | Email |
| King & Spalding | | | | | RSacks@KSLAW.com | Email |
| KPMG | | 1918 8th Ave, Ste 2900 | Seattle, WA 98101 | | jewoon@kpmg.com | Email |
| KPMG | Attn: General Counsel | 345 Park Ave | New York, NY 10154 | | jewoon@kpmg.com | Email |
| LexisNexis | Attn: Isis Ash | 1000 Alderman Dr | Alpharetta, GA 30005 | | Isis.Ash@LexisNexisRisk.com; jennifer.leblanc@lexisnexisrisk.com | Email |
| Lighthouse | | 51 University St, Ste 400 | Seattle, WA 98101 | | | First Class Mail |
| Lincoln Square | | 575 Bellevue Sq | Bellevue, WA 98004 | | | First Class Mail |
| Lincoln Square Retail, LLC | | 575 Bellevue Sq | Bellevue, WA 98004 | | | First Class Mail |
| Linked In | Attn: Sean Valenzuela | 1000 W Maude Ave | Sunnyvale, CA 94085 | | svalenzuela@linkedin.com | Email |
| Louisiana Department of Justice | | 1885 N Third St | Baton Rouge, LA 70802 | | | First Class Mail |
| Louisiana Department of Justice | | P.O. Box 94005 | Baton Rouge, LA 70804 | | | First Class Mail |
| MacMiller | Attn: Marcia Cerna | 7717 Detroit Ave SW | Seattle, WA 98106 | | Marcia.Cerna@macmiller.com | Email |
| Mark Monitor | 50 California St, Ste 200 | San Francisco, CA 94111 | | | | First Class Mail |
| Maryland Attorney General | | 200 St Paul Place | Baltimore, MD 21202 | | | First Class Mail |
| Mend (aka WhiteSource Software) | Attn: Kaidis Newton | 93 Summer St, Ste 3 | Boston, MA 02110 | | kaidis.newton@mend.io | Email |
| Mexani | Attn: Michael Lee | 500 7th Ave, 8th Fl | New York, NY 10018 | | mike@mexani.io | Email |
| Microsoft (Azure) | Attn: Andy Weldon | Legal & Corp Affairs, Volume Licensing Grp | 1 Microsoft Way | Redmond, WA 98052 | Andy.Weldon@microsoft.com | Email |
| Microsoft Enterprise Services | Attn: Andy Weldon, General Counsel | 1 Microsoft Way | Redmond, WA 98052 | | Andy.Weldon@microsoft.com; v-ertr@microsoft.com, trentt@microsoft.com | Email |
| Miqpanel | Attn: Ben Goldman | 1 Front St, 28th Fl | San Francisco, CA 94111 | | ben.goldman@miqpanel.com | Email |
| Mondaycom | | 1550 Market St | Denver, CO 80202 | | support@Monday.com | Email |
| MPS Security | Attn: Matthew Crider | 25620 Las Brisas Rd, 1st Fl | Murrieta, CA 92562 | | slp@security-mps.com | Email |
| MUI Pro | | 128 Rue La Boétie | Paris, 75008 | France | | First Class Mail |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |
| Name Redacted | Address Redacted | | | | Email Address Redacted | Email |

**Exhibit A**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| Name Redacted | Address Redacted | Email Address Redacted | Email |
| _(rows of "Name Redacted | Address Redacted | Email Address Redacted | Email" continue)_ | | | |
| Navex | Attn: Kathy Yee; 5500 Meadows Rd, Ste 500; Lake Oswego, OR 97035 | kathy.yee@navex.com; | Email |
| NCC Group | Attn: Jonathan Warsaw; 123 Mission St, Ste 900; San Francisco, CA 94105 | jonathan.Warshaw@nccgroup.trust; coleg@nccgroup.trust | Email |
| NCC Group | Attn: Jonathan Warsaw; 720 3rd Ave; Seattle, WA 98104 | jonathan.Warshaw@nccgroup.trust; jwarshaw@nccgroup.com | Email |
| Nebraska Attorney General | 2115 State Capitol; Lincoln, NE 68509 | | First Class Mail |
| New Hampshire Department of Justice | 33 Capitol St; Concord, NH 03301 | | First Class Mail |
| New Mexico Attorney General | 408 Galisteo St; Villagra Bldg; Santa Fe, NM 87501 | | First Class Mail |
| Northfront Printing | Attn: Jason Morelli; 150 2nd Ave; Waltham, MA 02451 | jmo@northpointprinting.com | Email |
| Notabene | Attn: Lauren Nichols; 150 N 5th St, Apt 3H; Brooklyn, NY 11211 | lauren@notabene.id; finance@notabene.id; janiece.jenkins@fenwick.com | Email |
| Office of Attorney General | 600 E Boulevard Ave, Dept 125; Bismarck, ND 58505 | | First Class Mail |
| Office of Foreign Asset Control | 1500 Pennsylvania Ave NW; Washington, DC 20220 | Ofac_feedback@treasury.gov | Email |
| Office of Minnesota Attorney General | Attn: Keith Ellison; 445 Minnesota St, Ste 1400; St Paul, MN 55101 | | First Class Mail |
| Office of the Attorney General | 100 N Carson St; Carson City, NV 89701 | | First Class Mail |
| Office of the Attorney General | 202 N 9th St; Richmond, VA 23219 | | First Class Mail |
| Office of the Attorney General | 300 W 15th St; Austin, TX 78701 | | First Class Mail |
| Office of the Attorney General | 40 Capitol Square, SW; Atlanta, GA 30334 | | First Class Mail |
| Office of the Attorney General | P.O. Box 12548; Austin, TX 78711-2548 | | First Class Mail |
| Office of the Attorney General | State of Florida; PL-01 The Capitol; Tallahassee, FL 32399 | | First Class Mail |
| Office of the Attorney General | State of New Jersey; Richard J Hughes Justice Complex; 25 Market St; Trenton, NJ 08611 | | First Class Mail |
| Office of the Attorney General for the District of Columbia | 400 6th St, NW; Washington, DC 20001 | | First Class Mail |
| Office of the Attorney General of Iowa | Hoover State Office Bldg; 1305 E Walnut St; Des Moines, IA 50319 | | First Class Mail |
| Office of the Maine Attorney General | 6 State House Station; Augusta, ME 04333 | | First Class Mail |
| Office of the Oklahoma Attorney General | 313 NE 21st St; Oklahoma City, OK 73105 | | First Class Mail |
| Office of the WV Attorney General | State Capitol Complex, Bldg 1, Rm E-26; Charleston, WV 25305 | | First Class Mail |
| OinxS | Attn: Wayne Minkie; Alpha House; 100 Borough High St; London, SE1 1LB; United Kingdom | wayne.minkie@onixs.biz; support@onixs.biz | Email |
| Oracle NetSuite | Attn: Landon Akhtar; 500 Oracle Pkwy; Redwood Shores, CA 94065 | landon.akhtar@oracle.com | Email |
| Oregon Department of Justice | 1162 Court St NE; Salem, OR 97301-4096 | | First Class Mail |
| Pachulski Stang Ziehl & Jones | | dbertenthal@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | | ljones@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | | mlitvak@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | | tcairns@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones; Attn: Timothy P Cairns; 919 N Market St, 17th Fl; P.O. Box 8705; Wilmington, DE 19899-8705 | | First Class Mail |
| PagerDuty | 600 Townsend St, Ste 125; San Francisco, CA 94103 | | First Class Mail |
| Pequity | Attn: Kirstin Pierce, Legal; 9450 SW Gemini Dr; PMB 67042; Beaverton, OR 97008-7105 | kirstin@getpequity.com; sherri@getpequity.com; zack@getpequity.com | Email |
| Phishcabs | c/o HelpSystems; Attn: Josh Fudala; 11095 Viking Dr, Ste 100; Eden Prairie, MN 55344 | jfudala@phishlabs.com; accounting@phishlabs.com; accountsreceivable@helpsystems.com | Email |
| Plaid | Attn: Austin Cornell; 1098 Harrison St; San Francisco, CA 94103 | acornell@plaid.com | Email |
| PNC Bank, NA | c/o PNC Realty Services; The Tower at PNC Plz; 300 5th Ave, 22nd Fl; Mail Stop: PT-PTWR-22-x; Pittsburg, PA 15222-2401 | nicole.nasca@pnc.com | Email |
| PNC Bank, NA | Legal Division; Attn: Michael G Balent, Esq; 1600 Market St, 8th Fl; Philadelphia, PA 19103 | michael.balent@pnc.com | Email |
| Portswigger Burp | Victoria Ct; Beeton Rd; Knutsford, WA16 0PF; United Kingdom | office@portswigger.net | Email |
| Prime Trust | Attn: Victor Garcia, Leslie Constantinides; 330 S Rampart Blvd, Ste 260; Las Vegas, NV 89145 | vgarcia@primetrust.com; leslie@primetrust.com | Email |
| Prime Trust | Attn: Amit Sharma; 330 S Rampart Blvd, Ste 260; Summerlin, NV 89145 | asharma@primetrust.com; sean@primetrust.com | Email |
| Protonio | 156 2nd St; San Francisco, CA 94105 | | First Class Mail |
| Qualys | Attn: James Williams; 919 E Hillsdale Blvd, 4th Fl; Foster City, CA 94404 | jwilliams@qualys.com; ar@qualys.com | Email |
| Regus | Attn: Leasing; 701 5th Ave, Ste 4200; Seattle, WA 98104 | seattle.seafirstplaza@regus.com | Email |
| RI Office of the Attorney General | 150 S Main St; Providence, RI 02903 | | First Class Mail |
| RingCentral | 20 Davis Dr; Belmont, CA 94002 | | First Class Mail |
| Roadmunk | Attn: Venkata Kogenti; 119 Spadina Ave, Ste 202; Toronto, ON M5V 2L1; Canada | support@roadmunk.zendesk.com; billing@roadmunk.com | Email |

**Exhibit A**
Service List

| Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Sardine | Attn: Lauren Johnson | 382 NE 191st St, Ste 58243 | Miami, FL 33179-3899 | | | lauren@sardine.ai; ib@sardine.ai; privacy@sardine.ai; billing@sardine.at | Email |
| Securities & Exchange Commission | 100 Pearl St, Ste 20-100 | New York, NY 10004 | | | | | First Class Mail |
| Sendgrid | | | | | | jroblebo@twilio.com; premiersupport@sendgrid.com; jessica.willemain@sendgrid.com; support@sendgrid.com | Email |
| SendSafely | Attn: Alayna Kolb | 40 E Main St, Ste 887 | Newark, DE 19711 | | | akolb@sendsafely.com | Email |
| ShareGate | c/o Groupe Sharegate Inc | Attn: Chloe Lelievre Blais | 1751 Richardson St, Ste 1050 | Montreal, QC H3K 1G6 | Canada | chloe.lelievre@sharegate.com; sales@sharegate.com | Email |
| Single Green LLC | Attn: Samantha Cook | 2121 Biscayne Blvd, Ste 1184 | Miami, FL 33137 | | | samantha@singlegran.com; billing@singlegrain.com | Email |
| Single Grain LLC | Aon Bldg | 707 Wilshire Blvd, Ste 3600 | Los Angeles, CA 90017 | | | | First Class Mail |
| Slack | Attn: Ben Gibson | 500 Howard St | San Francisco, CA 94105 | | | bgibson@slack-corp.com | Email |
| Snowflake Inc | Attn: Danny Purcell | 450 Concar Dr | San Mateo, CA 94402 | | | danny.purcell@snowflake.com; support@snowflake.com | Email |
| Solidus | Attn: Jon Webster | 26 Broadway | New York, NY 10004 | | | jon.webster@soliduslabs.com; hello@soliduslabs.com | Email |
| South Carolina Attorney General's Office | Attn: Rembert Dennis | 1000 Assembly St, Rm 519 | Columbia, SC 29201 | | | | First Class Mail |
| South Carolina Attorney General's Office | The Honorable Alan Wilson | P.O. Box 11549 | Columbia, SC 29211 | | | | First Class Mail |
| South Dakota Attorney General | 1302 E Hwy 14, Ste 1 | Pierre, SD 57501-8501 | | | | | First Class Mail |
| Sovos | Attn: Rick Daugherty | 200 Ballardvale St, Bldg 1, 4th Fl | Wilmington, MA 01887 | | | rick.daugherty@sovos.com | Email |
| Sprout Social | | | | | | sam.ciemko@sproutsocial.com; successteam@sproutsocial.com | Email |
| Spycloud | Attn: Nate Foss | 2130 S Congress Ave | Austin, TX 78704 | | | nate.foss@spycloud.com | Email |
| State of Alaska Department of Law | 1031 W 4th Ave, Ste 200 | Anchorage, AK 99501-1994 | | | | | First Class Mail |
| State of Idaho | Office of the Attorney General | 700 W Jefferson St, Ste 210 | P.O. Box 83720 | Boise, ID 83720 | | | First Class Mail |
| State Tax Solutions | Attn: Scott Guenther | 324 S Hyde Park Ave, Ste 230 | Tampa, FL 33606 | | | ScottGuenther@StateTaxSolutions.com; scottguenther@statetaxsolutions.com | Email |
| TecEx | c/o Valit USA Inc | Attn: Francisco Magnin | 1206 Laskin Rd, Ste 201 | Virginia Beach, VA 23451 | | franciscom@tecex.com; oliver@tecex.com | Email |
| Tennessee Attorney General's Office | Bankruptcy Division | P.O. Box 20207 | Nashville, TN 37202 | | | | First Class Mail |
| TextExpander | 548 Market St , Ste 37453 | San Francisco, CA 94104-5401 | | | | | First Class Mail |
| The Powell Firm, LLC | Attn: Jason C Powell | 1813 N Franklin St | PO Box 289 | Wilmington, DE 19899 | | jpowell@delawarefirm.com | Email |
| Thomson Reuters (Westlaw) | Attn: Natasha Paster | 3 Times Sq | New York, NY 10036 | | | Natasha.Paster@thomsonreuters.com | Email |
| ThoughtSpot | Attn: Ismael Hernandez | 444 Castro St, Ste 1000 | Mountain View, CA 94041 | | | ismael.hernandez@thoughtspot.com; legal@thoughtspot.com | Email |
| Tom Skalski aka Tscath, LLC | Attn: Thomas Skalski | 2053 127th Ave SE | Bellevue, WA 98005 | | | thomas_skalski@outlook.com | Email |
| TradingView | Attn: Neill Brett | 470 Olde Washington Rd, Ste 200 | Westerville, OH 43082 | | | nbrett@tradingview.com; founders@tradingview.com | Email |
| UKG (fka Ultipro) | Attn: Katlynn Michael | 2000 Ultimate Way | Weston, FL 33326 | | | katlynn.michael@ukg.com; accountsreceivable.ultimate@ukg.com | Email |
| United Texas Bank | | | | | | dprice@utb.com; dconway@utb.com | Email |
| UserZoom Go | Attn: Andrew R Trahan | 1484 Pollard Rd, Ste 271 | Los Gatos, CA 95032 | | | atrahan@userzoom.com; legal@userzoom.com | Email |
| UXPressia | 3 E 3rd Ave, Ste 200 | San Mateo, CA 94401 | | | | | First Class Mail |
| Wachsman, LLC | Attn: Sean Lansing | 99 Wall St, Ste 2750 | New York, NY 10005 | | | sean.lansing@wachsman.com; receivables@wachsman.com | Email |
| Waggener Edstrom Worldwide, Inc | | | | | | dnewton@we-worldwide.com; machworth@we-worldwide.com | Email |
| Washington State | Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia, WA 98504 | | | First Class Mail |
| Weston Colo | c/o 2001 Sixth LLC | Attn: Michael Boyle | 2001 6th Ave, Ste 300 | Seattle, WA 98121 | | MBoyle@digitalrealty.com; tfsrgey@westinbldg.com | Email |
| Winterbauer & Diamond | 1200 5th Ave, Ste 1700 | Seattle, WA 98101 | | | | | First Class Mail |
| Wireline | Attn: Marcie Howard | 201 Mission St, Ste 1200 | San Francisco, CA 94105 | | | marcie@winterbauerdiamond.com; billing@wireline.com | Email |
| Wireline | Attn: Bill Lome, General Counsel | 564 Market St, Ste 314 | San Francisco, CA 94104 | | | bill.lome@wireline.com; legal@wireline.com | Email |
| Wordpress VIP (Automattic) | Attn: Katie Stille | 60 29th St, Ste 343 | San Francisco, CA 94110 | | | katie.stille@wpvip.com; aaron.hohle@a8c.com | Email |
| Yoast | Don Emanuelstraat 3 | Wijchen, 6602 GX | The Netherlands | | | support@yoast.com | Email |
| Zendesk | Attn: Savannah Wheeler | 989 Market St | San Francisco, CA 94103 | | | swheeler@zendesk.com; ar@zendesk.com | Email |
| Zoom | 55 Almaden Blvd | San Jose, CA 95113 | | | | | First Class Mail |

**Desolation Holdings LLC,** *et al.,* **- Service List to e-mail Recipients**                                                    **Served 5/19/2023**

1,567,316 CUSTOMERS WERE SERVED. THE NAMES AND E-MAIL ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.