# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SECOND AMENDED[2] AGENDA MATTERS SCHEDULED FOR HEARING ON JULY 12, 2023 AT 1:30 P.M. (ET)

> **This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING**
>
> **Register in advance for this meeting:**
> **https://debuscourts.zoomgov.com/meeting/register/vJItd-GgqzIuG7D0SkLl4E8NMS9sRDXAZvI**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] **Amended items appear in bold.**

30534392.1

**ADJOURNED MATTER**

1. Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 149; (Redacted) D.I. 152, 6/28/23]

    <u>Response Deadline</u>:  July 5, 2023 at 4:00 p.m. (ET)

    <u>Responses Received</u>:

    A. Florida Office of Financial Regulation's Objection to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt; [(Redacted) D.I. 170; (Sealed) D.I. 172, 7/5/23]

    B. Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 174, 7/5/23]

    <u>Related Documents</u>:

    C. Declaration of David Maria in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 150; (Redacted) D.I. 154, 6/28/23]

    D. Declaration of Patricia B. Tomasco in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 151; (Redacted) D.I. 155, 6/28/23]

    E. Declaration of Steven D. Merriman in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 153, 6/28/23]

    F. Florida Office of Financial Regulation's Motion for Enlargement of Time to Object to Debtor's Motion to Enforce the Automatic Stay and Non- Discrimination Provisions of the Bankruptcy code, and For Civil Contempt (Doc. No. 149) [D.I. 164, 7/3/23]

        i. Motion for Shortening the Notice Period and Waiving Local Rule 9006-1(c)(II) with Respect to Florida Office of Financial Regulation's Motion for Enlargement of Time to Object to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions for the Bankruptcy Code and for Civil Contempt [D.I. 180, 7/6/23]

        ii. Debtors' Non-Opposition to the Florida Regulations' Motion for Shortening the Notice Period the Notice Period and Waiving Local Rule 9006-1(c)(II) with Respect to Florida Office of Financial Regulation's Motion for Enlargement of Time to Object to Debtors' Motion to Enforce Automatic

    Stay and Non-Discrimination Provisions for the Bankruptcy Code, and for Civil Contempt [D.I. 183, 7/7/23]

  G. Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Redacted) D.I. 171, 7/5/23]

  H. Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 173; (Redacted) D.I. 175; 7/5/23]

  I. Stipulation and Order Adjourning the Hearing on the Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 186, 7/10/23]

 Status: At the agreement of the parties, this matter is being adjourned to August 16, 2023 at 10:00 (ET). A stipulation memorializing this agreement will be filed in advance of the Hearing.

## MATTERS GOING FORWARD

2. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 8, 5/8/23]

  Response Deadline:    May 31, 2023 at 4:00 p.m.; extended for the Office of the United States Trustee

  Responses Received:

  A. Informal Response from the Securities and Exchange Commission

  B. Informal Response from the United States Trustee

  Related Documents:

  C. Interim Order [D.I. 39; 5/10/23]

  D. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 42; 5/11/23]

  E. Second Interim Order [D.I. 108, 6/7/23]

  F. Third Interim Order [D.I. 160, 6/30/23]

  G. Supplement to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 181, 7/6/23]

  H. Declaration of Evan Hengel in Support of Supplement to Debtor's Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 182, 7/6/23]

  Status: The Debtors are continuing to work with their Cash Management Banks regarding compliance with section 345(b) of the Bankruptcy Code, however they still need additional time to become compliant. Accordingly, this matter is going forward with respect to the Debtors' request for a further extension of their deadline to come into compliance with section 345(b) of the Bankruptcy Code.

3. Motion Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code to Estimate Contingent and Unliquidated Claims of the Securities and Exchange Commission and Grant Related Relief [D.I. 134; 6/16/23]

  Response Deadline: June 30, 2023 at 4:00 p.m. (ET); extended for the Securities and Exchange Commission to July 6, 2023 at 4:00 p.m. (ET)

  Responses Received:

  A. Objection of the U.S. Securities and Exchange Commission [D.I. 176, 7/6/23]

    **i. Letter from the U.S. Securities and Exchange Commission [D.I. 195, 7/11/23]**

  Related Documents:

  B. Reply to Objection of the U.S. Securities and Exchange Commission to Motion Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code to Estimate Contingent and Unliquidated Claims of the Securities and Exchange Commission and Grant Related Relief [D.I. 189, 7/10/23]

    i.    Debtors' Motion for Entry of an Order Granting Leave and Permission to File Reply in Support of Motion Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code to Estimate Contingent and Unliquidated Claims of the Securities and Exchange Commission and Grant Related Relief [D.I. 188, 7/10/23]

    ii.    **Order Granting Debtors' Motion for Entry of an Order Granting Leave and Permission to File Reply in Support of Motion Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code to Estimate Contingent and Unliquidated Claims of the Securities and Exchange Commission and Grant Related Relief [D.I. 193, 7/11/23]**

**Status:**    **By agreement of the parties, this matter has been adjourned to July 19, 2023 at 1:00 p.m. (ET).**

*[Signature Page Follows]*

| | |
|---|---|
| Dated: July 12, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(*admitted *pro hac vice)*<br>Patricia B. Tomasco *(*admitted *pro hac vice)*<br>Daniel Holzman *(*admitted *pro hac vice)*<br>Alain Jaquet *(*admitted *pro hac vice)*<br>Razmig Izakelian *(*admitted *pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(*admitted *pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |