Azim Ghader
Huzur Mh., Azerbaycan Cd. No:4, A Blok D:625
Sarıyer/İstanbul, 34415
+90 5072324011
Azimghader@gmail.com
Jun 30, 2023

United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801
302-252-2915

In re: Desolation Holdings LLC, et al., Case No. 23-10597-BLS (Jointly Administered)


Dear Honorable Judge Brendan L. Shannon,

Firstly, I wish to express my gratitude for the recent hearing following my objection (Docket No. 60) and for forwarding my objection letter to the Debtors. Reading the transcript of your pursuit of justice in this matter, brought me great relief.

The reason I could not attend the hearing of my objection (June 7, 2023 at 11:00 AM (ET)), even though I would have loved to, was because the OmniAgent invitation letter was served to me only one day before (Jun 6, 1:22 AM (GMT+3)) the scheduled hearing ( Jun 7, 6:00 PM (GMT+3)) and went directly to the spam folder of my email! (Attachment No.1) I noticed it a few days after the hearing. That's why I am attempting to communicate my statements in response to the hearing offline and by mail:

- Throughout the years, I tried my utmost to get my assets back. I contacted Bittrex US to withdraw my digital assets during the wind-down (effective April 30, 2023) and before, by any means. However, all my tickets got closed and my inquiries were not answered. (Attachments No. 2, 3 & 4)
- Despite the court's release and order, my efforts to recover my assets and data were met with the same resistance and my tickets were once again closed. (Please refer to Attachment No. 5)

That's why I sent you an objection, as a haven for justice.

- **Following the declaration of Mr. Evan Hengel, the CRO of the Debtors, stating that "Mr. Ghader is, in fact, a customer of Bittrex Global, which is a non-debtor entity"** (Transcript of hearing, Page 36, Lines 2-15), I approached Bittrex Global to reclaim my assets and data. However, I received the same response twice on Friday, June 30 that was a formal denial of my customer status: "**You are not a Bittrex Global customer nor are your assets with Bittrex Global**" and "**According to our records, you are not a customer of Bittrex Global. You may**

be a customer of Bittrex, Inc. which services customers of that company based in the U.S."
(Attachments No.6, 7 & 8)
- I headed back to Bittrex US twice and they closed my support request without any answers.
(Attachments No. 9 and 10)

This situation leaves me in a state of confusion. If I am neither a customer of the Debtors nor Bittrex Global, then where are the hundreds of Bitcoins worth of cryptocurrency I had on the Bittrex Platform? Who will pay me for the damages I incurred during these years?
The situation leaves me feeling akin to a street child, rejected after his vast fortune has been taken away.

As I have previously indicated in my objection, there are many others like me who stand to lose their hard-earned assets due to the actions of Bittrex, and its operators.

**There appears to be a discrepancy in their statements,** and it is essential to ascertain the truth. In light of this, I hereby humbly petition for a hearing to be arranged, to the extent possible by law, and order the Debtors to clarify the status of my account, assets, and data since account opening.

Thank you for your consideration of this request.

Respectfully submitted,
Azim Ghader