**Exhibit 1**

**Cash Management System Schematic**

