## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| *Desolation Holdings LLC*, | Case No. 23-10597-BLS |
| Debtor. | |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND
## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Illuminate Law Group hereby withdraws its appearance on behalf of Lincoln Square Retail, LLC ("Lincoln Square") in the above-captioned case, pursuant to the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and Section 9010-2(b) of the Bankruptcy Code.

**The undersigned** hereby certifies that a) Bellevue Place has no pending controversy before the Court and b) Bellevue Place consents to the withdrawal of counsel.  All further notices are to be delivered to:

Lincoln Square Retail, LLC
575 Bellevue Way
Bellevue, WA 98004

Dated this 13th day of July, 2023 at Bellevue, Washington.

ILLUMINATE LAW GROUP


/s/ Brian M. Muchinsky
Brian M. Muchinsky, WSBA #31860
Withdrawing Attorneys for Lincoln Square
Retail, LLC

NOTICE OF APPEARANCE- 1

**ILLUMINATE LAW GROUP**
10500 NE 8th Street, Suite 930
Bellevue, WA  98004
Tel (425) 289-5555
Fax (888) 371-4133