Azim Ghader
Huzur Mh., Azerbaycan Cd. No:4, A Blok D:625
Sarıyer/İstanbul, 34415
+90 5072324011
Azimghader@gmail.com
Jul 14, 2023

FILED
2023 JUL 17 AM 10: 36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801
302-252-2915

Re: In re: Desolation Holdings LLC, et al., Case No. 23-10597-BLS (Jointly Administered)

Dear Honorable Judge Brendan L. Shannon,

It is my honor to write to you in the pursuit of justice and truth. I have sent an objection letter in response to the statement of Mr. Evan Hengel, the CRO of the Debtors (Transcript of hearing, Page 36, Lines 2-15), in the hearing held on June 7, 2023, at 11:00 a.m. Despite the delivery receipt from the courier, the letter was not received by the court and thus is not on the docket. Pursuing the issue further, your clerk advised us over the phone to resend a copy of the letter to the court.

Enclosed is a copy of the objection letter that was sent to the court on July 4, 2023, via DHL, along with its attachments.

Respectfully submitted,
Azim Ghader



12 July 2023

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 4995591672.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 4995591672 was delivered on 06 July 2023 at 12.21**

| | | | |
|---|---|---|---|
| **Signed** | B COURT | **Receiver Name** | UNITED STATES BANKRUPTCY |
| **Shipment Status** | Delivered | **Receiver Address** | 824 North Market Street<br>COURTROOM 1 WILMINGTON<br>WILMINGTON<br>UNITED STATES OF AMERICA |
| | | **Piece ID(s)** | JD014600011060947802 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Shipper Name** | ..AZIM GHADER |
| **Picked Up** | 04 July 2023 at 15.12 | **Shipper Address** | .SPRING GIZ PLAZA MASLAK MH. NO 5 D 33<br>.K 7 SARIYER ISTANBUL SN VAH<br>ISTANBUL MASLAK SISLI<br>TURKEY |
| **Number of Pieces** | 1 | | |
| **Weight** | 0.22 lbs / 0.10 kg | | |
| **Contents** | Documents, general business | **Shipper Reference** | 00000280076383252<br>4995591672TR20230704062458525 |



0000280076383252

| Genel Müd. | Ayazaga Mah. Kemerburgaz Cad. No:10d |
|---|---|
| Yeni Adresiniz: | İç Kapı No: 3 Sarıyer / İstanbul |
| Şube | : MASLAK |
| Şube Adresi | : MASLAK MAHALLESİ AHİ EVRAN CADDESİ NO:7E NAZMİ AKBACI TİCARET MERKEZİ D BLOK SARIYER İ |

Seri Sıra No: **W638325**
Tarih : **03/07/23**

91108385620 4

## A. SENDER (GÖNDERİCİ BİLGİLERİ)

Customer Reference No (Müşteri referans no):
Account number (Müşteri no): 184624750
Company name (Firma adı):
Contact name (Gönderici adı): AZIM GHADER
VAT no / Identity no (Vergi no / TC Kimlik no): 993****5866
Address (Alım adresi): SPRING GIZ PLAZA MASLAK MH NO 5 D 33 K 7 SARIYER IST
City (Şehir): ISTANBUL
Zip code (Posta kodu):
Phone (Telefon): 5344909475
TURKEY

## B. RECEIVER (ALICI BİLGİLERİ)

No PO box deliveries (Posta kutusuna teslimat yapmaz)
Company name (Firma adı): UNITED STATES BANKRUPTCY
Contact name (Gönderici adı): UNITED STATES BANKRUPTCY
VAT no / Identity no (Vergi no / TC Kimlik no):
Address (Alım adresi): 824 NORTH MARKET STREET 6TH FLOOR COURTROOM 1 WILMINGTON
City (Şehir): WILMINGTON
Zip code (Posta kodu): 19801
Phone (Telefon): 003022522915 Bölge:11
State (Eyalet): DELAWARE
Email:
Country (Ülke): UNITED STATES

## C. SERVICE (HİZMET TÜRÜ)

YK FAST TRADE
YURTDIŞI E-TICARET
YURTDIŞI EKSPRES  [X]

## D. TRANSPORTATION CHARGES (TAŞIMA HİZMET BEDELİ)

| Payment Type: (Ödeme Tipi): | Cash (Nakit) | Normal |
|---|---|---|
| | | Normal |
| Transportation Charges: | 70.37 Euro | Postal Charges: 1.62 Euro |
| Taşıma Bedeli: | 1984.65 TL | Posta Hizmeti: 45.57 TL |

## E. SHIPMENT DETAILS (GÖNDERİ DETAYLARI)

*** Dangerous goods and cash are prohibited ***
(Tehlikeli maddeler ve nakit taşınamaz)

Parcel Service (Paket / Koli)    Document Service (Evrak) [X]

Description of contents (Gönderinin içeriği):
DOCUMENT

Varış Gümrükleme Tipi:
Çıkış Gümrükleme Tipi:
Value for customs (Gönderinin gümrük değeri): 10 EUR
Number of piece (Parça değeri): 1 1
Weight (Terazi ağırlığı): 0 1
Dimensions (Width x Length x Height) - Ölçüleri (En x Boy x Yükseklik)
25 cm    20 cm    1 cm/5000 = 0.10

## F. SENDER'S STATEMENT (GÖNDERİCİNİN TAAHHÜDÜ)

"I accept the general conditions indicated at the back, and certify that the parcel does not contain prohibited articles or dangerous and/or restricted goods."
"Arkada belirtilen genel şartları ve gönderinin taşınması yasak/tehlikeli bir madde içermediğini kabul ve taahhüd ederim."

Date (Tarih): 03/07/2023    Time (Saat): 17:57:45

Sender's name: AZIM GHADER
Sender's signature (Göndericinin imzası):

Sender (Gönderici)

- **be a customer of Bittrex, Inc. which services customers of that company based in the U.S."** (Attachments No.6, 7 & 8)
- I headed back to Bittrex US twice and they closed my support request without any answers. (Attachments No. 9 and 10)

This situation leaves me in a state of confusion. If I am neither a customer of the Debtors nor Bittrex Global, then where are the hundreds of Bitcoins worth of cryptocurrency I had on the Bittrex Platform? Who will pay me for the damages I incurred during these years?
The situation leaves me feeling akin to a street child, rejected after his vast fortune has been taken away.

As I have previously indicated in my objection, there are many others like me who stand to lose their hard-earned assets due to the actions of Bittrex, and its operators.

**There appears to be a discrepancy in their statements,** and it is essential to ascertain the truth.
In light of this, I hereby humbly petition for a hearing to be arranged, to the extent possible by law, and order the Debtors to clarify the status of my account, assets, and data since account opening.

Thank you for your consideration of this request.

Respectfully submitted,
Azim Ghader

Azim Ghader
Huzur Mh., Azerbaycan Cd. No:4, A Blok D:625
Sarıyer/İstanbul, 34415
+90 5072324011
Azimghader@gmail.com
Jun 30, 2023

United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801
302-252-2915

In re: Desolation Holdings LLC, et al., Case No. 23-10597-BLS (Jointly Administered)

Dear Honorable Judge Brendan L. Shannon,

Firstly, I wish to express my gratitude for the recent hearing following my objection (Docket No. 60) and for forwarding my objection letter to the Debtors. Reading the transcript of your pursuit of justice in this matter, brought me great relief.

The reason I could not attend the hearing of my objection (June 7, 2023 at 11:00 AM (ET)), even though I would have loved to, was because the OmniAgent invitation letter was served to me only one day before (Jun 6, 1:22 AM (GMT+3)) the scheduled hearing ( Jun 7, 6:00 PM (GMT+3)) and went directly to the spam folder of my email! (Attachment No.1) I noticed it a few days after the hearing. That's why I am attempting to communicate my statements in response to the hearing offline and by mail:

- Throughout the years, I tried my utmost to get my assets back. I contacted Bittrex US to withdraw my digital assets during the wind-down (effective April 30, 2023) and before, by any means. However, all my tickets got closed and my inquiries were not answered. (Attachments No. 2, 3 & 4)
- Despite the court's release and order, my efforts to recover my assets and data were met with the same resistance and my tickets were once again closed. (Please refer to Attachment No. 5)

That's why I sent you an objection, as a haven for justice.

- **Following the declaration of Mr. Evan Hengel, the CRO of the Debtors, stating that "Mr. Ghader is, in fact, a customer of Bittrex Global, which is a non-debtor entity"** (Transcript of hearing, Page 36, Lines 2-15), I approached Bittrex Global to reclaim my assets and data. However, I received the same response twice on Friday, June 30 that was a formal denial of my customer status: "**You are not a Bittrex Global customer nor are your assets with Bittrex Global**" and "**According to our records, you are not a customer of Bittrex Global. You may**









Bittrex Support > My activities

Request #3188618

# Urgent Request for Response - [#3176345 #3173527 #3162078 #3145676 #3170855 #3141053 #1895699]



**Azimghader**
2 months ago
2023-05-15 23:31

ATTENTION BITTREX US TEAM, NO BITTREX GLOBAL

I DEMAND A RESPONSE FOR THE FOLLOWING TICKETS. IT IS UNACCEPTABLE TO CLOSE THE TICKET WITHOUT ANY RESPONSE. YOU NEED TO REVIEW AND SHARE YOUR RESPONSE ASAP.

I HOPE YOU ARE AWARE OF YOUR RESPONSIBILITIES TO PROVIDE A CLEAR RESPONSE IN A TIMELY MANNER. FAILURE TO DO SO WILL RESULT IN CONSEQUENCES.

#3176345 (https://bittrex.zendesk.com/hc/requests/3176345)
#3173527 (https://bittrex.zendesk.com/hc/requests/3173527)
#3162078 (https://bittrex.zendesk.com/hc/requests/3162078)
#3145676 (https://bittrex.zendesk.com/hc/requests/3145676)
#3170855 (https://bittrex.zendesk.com/hc/requests/3170855)
#3141053 (https://bittrex.zendesk.com/hc/requests/3141053)
#1895699 (https://bittrex.zendesk.com/hc/requests/1895699)

Azimghader submitted this request

**Status** Solved

**Assigned to** Bittrex Support Team

SUBMIT A REQUEST





Compliance <compliance@bittrexglobal.com>
to Compliance, me

Fri, Jun 30, 10:53 AM (3 days ago)

Dear Mr. Azim Ghader Nosratabad,

We understand your concerns regarding security, and Bittrex Global is committed to complying with all its legal obligations, including its obligations to ensure that all customer personal data is properly protected.

According to our records, you are not a customer of Bittrex Global. You may be a customer of Bittrex, Inc. which services customers of that company based in the U.S.

We would recommend that you contact them directly. As you're not a customer of Bittrex Global, we are unable to assist you further.

Best regards,

Bittrex Global

**Compliance**
Bittrex Global GmbH
Vaduz (Liechtenstein)

compliance@bittrexglobal.com
global.bittrex.com
@bittrexglobal
medium.com/bittrexglobal
t.me/bittrexglobalenglish

EXTERNAL

From: Azim Ghader <azimghader@gmail.com>
Sent: Thursday, April 27, 2023 8:24 AM
To: Compliance <compliance@bittrexglobal.com>
Subject: Formal Request for Access to Personal and Transaction Data under Applicable Data Protection Law - Account [azimghader@gmail.com]

Dear Bittrex Global Data Protection Officer, and
Dear Bittrex International Data Protection Officer, and
Dear Siegfried Herzog, and
Dear Bittrex Global GmbH Team, and
Dear Bittrex Global (Bermuda) Ltd Team,



Bittrex Support > My activities

Request #3208097

# Request for Guidance on Asset Withdrawal from Bittrex US

**Azimghader**
2 days ago
2023-06-30 20:16

Dear Bittrex US,

I am looking to withdraw my assets. Could you please help me on how I can carry out this action?

This request is specifically for Bittrex US, so I would appreciate a response from this entity, not the global one.

Best Regards,
Azim Ghader

Azimghader submitted this request

Status: Solved

Assigned to: Bittrex Support Team

SUBMIT A REQUEST

This request is closed for comments. You can create a follow-up.



Bittrex Support > My activities

Request #3207361

# Request for Guidance on Asset Withdrawal from Bittrex US

**Azimghader**
3 days ago
2023-06-29 14:43

Dear Bittrex US,

I am looking to withdraw my assets. Could you please help me on how I can carry out this action?

This request is specifically for Bittrex US, so I would appreciate a response from this entity, not the global one.

Best Regards,
Azim Ghader

This request is closed for comments. You can create a follow-up.

**Azimghader submitted this request**

Status: Solved

Assigned to: Bittrex Support Team

SUBMIT A REQUEST

(10)



UPS Waybill / Konşimento (Non-Negotiable)

Tracking Number: H 978 296 887 3

**Shipper:**
A2fm Ghader
0554-490-9495
UNITED STATES BANK
824 N MARKET ST
WILMINGTON DE 19801

**Receiver:**
United States bankruptcy
+302-252-2915
824 North market street 6th floor courtroom 1
19801
wilmington, DE
USA

Country: Türkiye

Service Level: Express — 1 package
Express Freight — 1P
Expedited — 2

Routing label:
H978296887 3
JUL 17 05:28:57 2023
FKWW2J 1972 46
55 LEFT  HIP 83.5.0  21411R
P: ORANGE   S: LEFT
**523-1760**
2330
I: RGT
WILMINGTON DE 19801