**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



BRENDAN LINEHAN SHANNON
JUDGE

824 N. MARKET STREET
WILMINGTON, DELAWARE
(302) 252-2915

July 17, 2023

Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

    Re: In re: Desolation Holdings LLC, *et al.*
      Case No. 23-10597 (BLS)

Dear Mr. Enos:

 Enclosed herewith is correspondence (with attachment) received by the Court from Mr. Azim Ghader. I request that you respond to Mr. Ghader with a copy to the Court.

        Very truly yours,

        Brendan Linehan Shannon
        United States Bankruptcy Judge

BLS/jmw
cc: Mr. Azim Ghader (via email)
   Richard Schepacarter, Esquire