IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

NOTICE OF AMENDED[2] AGENDA MATTERS SCHEDULED FOR
HEARING ON JULY 19, 2023 AT *1:30 P.M. (ET)*__**__

***AT THE DIRECTION OF CHAMBERS THE HEARING TIME HAS BEEN CHANGED TO 1:30 P.M. (ET)*

---

This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJItfumopjIoGhDDgbNPvD_KXwbRkKRX6a4

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] *Amended items appear in bold and italics.*

30569895.1

**MATTER GOING FORWARD**

1. Motion Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code to Estimate Contingent and Unliquidated Claims of the Securities and Exchange Commission and Grant Related Relief [D.I. 134; 6/16/23]

    Response Deadline: June 30, 2023 at 4:00 p.m. (ET); extended for the Securities and Exchange Commission to July 6, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A. Objection of the U.S. Securities and Exchange Commission [D.I. 176, 7/6/23]

    B. Letter from the U.S. Securities and Exchange Commission [D.I. 195, 7/11/23]

    Related Documents:

    C. Reply to Objection of the U.S. Securities and Exchange Commission to Motion Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code to Estimate Contingent and Unliquidated Claims of the Securities and Exchange Commission and Grant Related Relief [D.I. 189, 7/10/23]

        i. Order Granting Debtors' Motion for Entry of an Order Granting Leave and Permission to File Reply in Support of Motion Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code to Estimate Contingent and Unliquidated Claims of the Securities and Exchange Commission and Grant Related Relief [D.I. 193, 7/11/23]

    Status: This matter is going forward.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: July 19, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(*admitted *pro hac vice)*<br>Patricia B. Tomasco *(*admitted *pro hac vice)*<br>Daniel Holzman *(*admitted *pro hac vice)*<br>Alain Jaquet *(*admitted *pro hac vice)*<br>Razmig Izakelian *(*admitted *pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(*admitted *pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |

30569895.1