# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.,*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>Ref. D.I. 161 |

**ORDER PURSUANT TO SECTIONS 105(A) AND 107(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1 FOR AUTHORITY TO FILE UNDER SEAL CERTAIN INFORMATION CONTAINED IN THE (A) DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT, (B) THE DECLARATION OF DAVID MARIA IN SUPPORT OF THE MOTION, AND (C) EXHIBIT L TO THE DECLARATION OF PATRICIA B. TOMASCO<br>IN SUPPORT OF THE MOTION**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") pursuant to Sections 105(a) and 107(b) of Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 for authority to file under seal certain information contained in the (a) *Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt* (the "Stay Enforcement Motion"), (b) the Declaration of David Maria in support of the Stay Enforcement Motion, including its Exhibit K (the "Maria Declaration"), and (c) Exhibit L to the Declaration of Patricia B. Tomasco in support of the Stay Enforcement Motion (the "Tomasco Declaration," and together with the Stay Enforcement Motion and the Maria Declaration, the "Stay Enforcement Filings"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, entered February 29, 2012; and that this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

     **IT IS HEREBY ORDERED THAT**

1. The Motion is granted as set forth herein.

2. The Debtors are hereby authorized to file the unredacted versions of the Stay Enforcement Filings under seal pursuant to the sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

3. The unredacted versions of the Stay Enforcement Filings shall remain under seal and not made available to anyone, except that copies shall be provided to the Office of the United States Trustee for the District of Delaware, the Multistate Examiners, and other parties in interest as may be ordered or otherwise required by the Court or agreed to by the Debtors, and all parties receiving

the Stay Enforcement Filings shall maintain their confidentiality, including in connection with any pleadings filed with this Court.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: July 24th, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE