## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al*.,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. D.I. 231** |

## NOTICE OF FILING OF EXHIBIT TO MONTHLY OPERATING REPORT

**PLEASE TAKE NOTICE** on July 28, 2023 above captioned debtors and debtors-in possession (the "Debtors") filed the monthly operating report of Bittrex Malta Ltd. [D.I. 231] (the "Monthly Operating Report").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby supplement the Monthly Operating Report to include the *Monthly Operating Report Table of Contents* for Bittrex Malta Ltd. attached hereto as **Exhibit A**.

[Signature Page Follows]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Dated: July 28, 2023
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Joshua Brooks (Delaware Bar No. 6765)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com
Email: jbrooks@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos (admitted *pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**

## **EXHIBIT A**

**Monthly Operating Report Table of Contents**

**Bittrex Malta Ltd.**                                                    **Case No. 23-10600**
**Debtor**                                                    **Reporting Period: June 2023**

### MONTHLY OPERATING REPORT
### TABLE OF CONTENTS

| Supporting Documentation | Page # |
|---|---|
| MOR Global Notes | 1-3 |
| Balance Sheet | 4 |

**Bittrex Malta Ltd.**                                                                 **Case No. 23-10600**
**Debtor**                                                              **Reporting Period: June 2023**

### MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
| :---: |

This report includes activity from the following Debtors and their related Case Numbers:

**Debtor**

Bittrex Malta Ltd.                                                                                    23-10600

**Notes to the MOR:**

On May 8, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On May 10, 2023, the court entered an order [D.I. 2] authorizing joint administration and procedural consolidation of these chapter 11 cases pursuant to  sections 101(2), 105(a), and 342(c)(1) of the Bankruptcy Code, rules 1015(b), and 2002(n) of the Federal Rules of Bankruptcy Procedure, and Local Rule 1015-1.

The Debtors are filing their Monthly Operating Report ("MOR") solely for the purposes of complying with the monthly operating reporting requirements applicable in the Debtors' chapter 11 cases.  The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP") or International Financial Reporting Standards ("IFRS").  This Monthly Operating Report should not be relied on by any persons for information relating to future financial conditions, events, or performance of any of the Debtors or their affiliates.

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP or IFRS, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all adjustments that would typically be made for financial statements prepared in accordance with U.S. GAAP or IFRS. The preparation of the Financial Statements and MOR required the Debtors to make commercially reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities at month end, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates. This MOR only contains financial information of the Debtors.

The Debtors reserve all rights to amend or supplement this Monthly Operating Report in all respects, as may be necessary or appropriate.  Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**Bittrex Malta Ltd.**                                                        **Case No. 23-10600**
**Debtor**                                                      **Reporting Period: June 2023**

## MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
|:---:|

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | |
|---|---|
| Bittrex Malta Ltd. | 23-10600 |

**Notes to MOR Part 1:**

Cash receipts and disbursements related to intercompany transfers from the debtors to non-debtor related-entities are included within total cash receipts on the U.S. Trustee form. As outlined in section VIII of the Cash Management Motion [D.I. 8], Bittrex US, Inc. is obligated to pay expenses for both it and non-debtor Trexie Management, LLC due to Trexie lacking a bank account as of the Petition Date. Trexie Management, LLC is to reimburse the Debtors until it opens a bank account. While Trexie temporarily opened a bank account in May 2023, its banking partner soon closed the account. Given that amounts expended under this arrangement equate to the Debtors acting as a "pass through" for Trexie Management, these amounts are excluded from the total disbursement calculation.

Desolation Holdings LLC is the counterparty on the Debtors' leases, subleasing agreement, and certain other vendors. However, Desolation Holdings LLC does not have its own bank account to remit payments directly. Therefore, expenses of this Debtor are paid out of the operating account of Bittrex Inc. and then recorded as intercompany transactions between the two entities. While the Debtors are not aware of any post-petition amounts which will be due from debtors Bittrex Malta Ltd. and Bittrex Malta Holdings Ltd., if such expenses are discovered they would likely be paid under a similar arrangement.

**Bittrex Malta Ltd.**                                                                          **Case No. 23-10600**
**Debtor**                                                                                     **Reporting Period: June 2023**

### MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
| --- |

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | |
| --- | --- |
| Bittrex Malta Ltd. | 23-10600 |

**Notes to MOR Part 2 & MOR Part 4:**
The information contained in MOR Part 2 & MOR Part 4 is provided to fulfill the requirements of the Office of the United States Trustee.  All information contained in MOR Part 2 & MOR Part 4 is unaudited and subject to future adjustment.

Assets and liabilities vary with the underlying value of the cryptocurrency held by the Debtors for customer accounts.

As of the Petition Date, Debtors Bittrex Inc. and Bittrex Malta Ltd. held cryptocurrency valued at $337,964,452 and $109,847,545 against customer liabilities scheduled at $328,169,118 and $108,824,223 respectively using May 8, 2023, values.

As of June 30, 2023, Debtors Bittrex Inc. and Bittrex Malta Ltd. held cryptocurrency valued at $333,631,845 and $108,942,550 against customer cryptocurrency liabilities at $329,073,268 and $108,825,511, net of customer withdrawals of $16,676,116 and $4,537,729 based on June 30, 2023, cryptocurrency values.

As of the Petition Date, the Debtors held $11,903,808 of fiat currency associated with customer accounts. Pursuant to D.I. 128, the Court authorized customer withdrawals of fiat currency.  As of June 30, 2023, customers had withdrawn $905,439 of fiat currency.

As of June 30, 2023 the Debtors are not aware of any post petition payables past due. The Debtors make payments for accounts payable 1 - 2 times per week. Timing of when wires are initiated by the Debtors could lead to accounts payable becoming past due. The Debtors believe that there may be certain prepetition priority tax claims due of an unknown amount. The Debtors have elected to list the amount of prepetition as $0 in Part 2 Bittrex Inc. had an active balance on its American Express card as of the filing date. Due to its desire to have access to the card, non-Debtor affiliate Trexie Management LLC assumed liability for the card and paid down the active balance of $8,795, which was comprised of both pre- and post-petition amounts. The Debtors also received a rebate from American Express during the reporting period in the amount of $2,013.

**Bittrex Malta Ltd.**                                                    Case No. 23-10600
**Debtor**                                          Reporting Period: June 2023

### MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
|---|

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | |
|---|---|
| Bittrex Malta Ltd. | 23-10600 |

**Notes to MOR Part 5:**
The Debtors have received approval to pay bankruptcy or non-bankruptcy professionals in the month of June 2023. As such, applicable invoices from bankruptcy professionals were paid when due.

**Notes to MOR Part 7:**
Prior to the Petition Date, two checks were written for prepetition services, with the intention that these transactions would settle before the filing date. One was to the Texas Department of banking, in the amount of $6,133.60 and was reimbursement for travel expenses for Texas regulators traveling to Washington, DC. The second was to Puget Sound Beverage Service, in the amount of $269.23, for food and drink services for one of the Debtors' offices. The Debtors mistakenly failed to cancel these checks after filing, resulting in these counterparties successfully cashing them after the Petition Date. Given that the Debtors currently have on file a Plan of Liquidation which provides for payment of all creditors in full, they are choosing not to pursue the return of these funds at this time.

Pursuant to the Interim Order (A) Authorizing the Debtors to Incur Post Petition Debt, the Debtors obtained final approval for a 700 BTC debtor-in-possession credit facility funded by their non-Debtor parent, Aquila Holdings Inc. While 250 BTC was transferred and liquidated in May 2023, the remaining 450 BTC was transferred to the Debtors and immediately converted to USD, resulting $18,534,375.00 of total funding to the estate for both portions.

**Notes to MOR Part 8:**
For purposes of this MOR, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) Debtor and non-Debtor affiliates of the foregoing. Moreover, the Debtors do not take a position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, with respect to any theories of liability, or for any other purpose.

**Bittrex Malta Ltd.**                                                    **Case No. 23-10600**
**Debtor**                                                    **Reporting Period: June 2023**

**PART 2**
**BALANCE SHEET (UNAUDITED)**

| Debtor name:<br>Case number: | Bittrex Malta Ltd.<br>23-10600 |
|---|---|
| **Line item** | **Current Period** |
| **ASSETS** | |
| Crypto Assets Held [1] | 108,942,550 |
| Intercompany, Net | 276,914 |
| **TOTAL CURRENT ASSETS** | **109,219,464** |
| **TOTAL ASSETS** | **109,219,464** |
| **LIABILITIES AND EQUITY** | |
| Pre-Petition Accounts Payable | 3,304 |
| Customer Liabilities [2] | 109,102,426 |
| **TOTAL CURRENT LIABILITIES** | **109,105,729** |
| **TOTAL LIABILITIES** | **109,105,729** |
| Total Equity | 113,735 |
| **TOTAL LIABILITIES & EQUITY** | **109,219,464** |

*(1) Estimated using prices as of June 30, 2023. Crypto Assets Held as of the Petition Date were scheduled to be $109,847,545.*

*(2) Estimated using prices as of June 30, 2023. Customer Liabilities as of the Petition Date were scheduled to be $109,942,224 and includes fiat and crypto claims.*