# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: August 22, 2023, at 4:00 p.m. (Eastern)** |

**SUMMARY OF SECOND MONTHLY FEE APPLICATION OF
QUINN EMANUEL URQUHART & SULLIVAN, LLP AS CO-COUNSEL
TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JUNE 1, 2023, THROUGH JUNE 30, 2023**

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professional Services to: | The Debtors |
| Date of Retention: | Order entered June 7, 2023 (Effective as of May 8, 2023 (D.I. 104) |
| Period for which compensation and reimbursement is sought: | June 1, 2023, through June 30, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $1,051,423.38[2] (80% of $1,460,310.25) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,897.19 |
| This is an interim fee application | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Quinn Emanuel discounts the fees in this case by 10%. Each monthly invoice reflects the 10% discount as does this Summary, except for the fees listed in the chart named Compensation by Individual. 100% of Quinn Emanuel's fees total $1,460,310.25. 90% of Quinn Emanuel's fees total $1,314,279.22, and 80% of Quinn Emanuel's fees total $1,051,423.38. These fees are minus the "Credit 50% Non-working Travel" listed on Invoice No. 101-0000155562, Matter 11606-00001C.

**Prior monthly applications**

| Date Filed/ Docket No. | Period Covered | Requested (100%) | | Approved (80%) | | CNO Filed/ Docket No. |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| 6/23/23; 145 | 5/8/23- 5/31/23 | $825,546.00 | $522.44 | $660,437.28 | $522.44 | 7/14/23; 211 |

**Prior quarterly applications**

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | | Order Entered |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| N/A | | | | | | |

**Compensation by Individual**[3]

| Name | Position | Year of Admission/Years of Experience | Total Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|---|
| Michael Liftik | Partner | 2001/22 years | 30.8 | $1,770.00 | $54,516.00 |
| Dabney O'Riordan | Partner | 1999/24 years | 99.2 | $1,770.00 | $175,584.00 |
| Robert Zink | Partner | 2006/17 years | 11.0 | $1,600.00 | $17,600.00 |
| Susheel Kirpalani | Partner | 1995/28 years | 9.0 | $2,130.00 | $19,170.00 |
| Patricia B. Tomasco | Partner | 1988/35 years | 145.9 | $1,600.00 | $233,440.00 |
| Alicia Cobb | Partner | 2009/14 years | .4 | $1,385.00 | $554.00 |
| Stacylyn Doore | Partner | 2010/13 years | 75.7 | $1,385.00 | $104,844.50 |
| Christopher Michel | Partner | 2013/10 years | 82.9 | $1,385.00 | $114,816.50 |
| Kurt Wolfe | Counsel | 2008/15 years | 49.9 | $1,350.00 | $67,365.00 |
| Jennifer Gindin | Counsel | 2016/7 years | 7.3 | $1,350.00 | $9,855.00 |
| Daniel Holzman | Counsel | 1999/24 years | 4.0 | $1,350.00 | $5,400.00 |
| Jessica Reese | Associate | 2019/4 years | 84.4 | $1,095.00 | $92,418.00 |
| Katherine Schroeder | Associate | 2022/1 year | 108.2 | $1,005.00 | $108,741.00 |
| Korey Silas | Associate | 2022/1 year | 48.1 | $830.00 | $39,923.00 |
| Razmig Izakelian | Associate | 2013/10 years | 86.7 | $1,315.00 | $114,010.50 |
| Joanna Caytas | Associate | 2018/5 years | 87.7 | $1,165.00 | $102,170.50 |
| Alain Jaquet | Associate | 2016/7 years | 164.5 | $1,095.00 | $180,127.50 |
| Shavonne Teo | Associate | 2022/1 year | 3.9 | $935.00 | $3,646.50 |
| Matthew Feibert | Associate | 2022/1 year | 2.9 | $935.00 | $2,711.50 |
| Anastacia Cates | Paralegal | 13 years | .2 | $670.00 | $134.00 |
| Barbara Howell | Paralegal | 38 years | 34.7 | $480.00 | $16,656.00 |
| Total | | | 1,137.40 | | $1,463,683.50 |

---

[3] Calculated without the 10% discount and travel billed at 100%.

## Compensation by Project Category[4]

| Project Category | Total Hours | Total Fees | Fees with 10% Discount |
|---|---|---|---|
| 01-Asset Analysis and Recovery | | | |
| 02-Asset Disposition | | | |
| 03-Assumption and Rejection of Leases and Contracts | 17.4 | $19,962.00 | $17,965.80 |
| 04-Avoidance Action Analysis | | | |
| 05-Business Operations | 29.8 | $41,052.50 | $36,947.25 |
| 06-Case Administration | 230.9 | $293,996.00 | $264,596.40 |
| 07-Claims Administration and Objections | 65.6 | $92,712.00 | $83,440.80 |
| 08-Corporate Governance and Board Matters | 31.3 | $54,976.00 | $49,478.40 |
| 09-Employee Benefits and Pensions | .7 | $766.50 | $689.85 |
| 10-Employment and Fee Applications | 43.9 | $38,809.00 | $34,928.10 |
| 11-Adversary Proceedings | | | |
| 12-Non-working Travel | 5.7 | $6,746.50 | $6,071.85 |
| 13-Plan and Disclosure Statement | 42.4 | $48,766.50 | $43,889.85 |
| 14-Real Estate | | | |
| 15-Relief from Stay and Adequate Protection | 95.5 | $128,327.00 | $115,494.30 |
| 16-Tax | 2.1 | $2,390.50 | $2,151.45 |
| 17-Valuation | | | |
| 18-Litigation and Regulatory Matters | 572.1 | $735,179.00 | $661,661.10 |
| 19-Financing and Cash Collateral | | | |
| Total | | $1,463,683.50 | $1,317,315.15 |

## Expenses Summary

| Expense Category | Total Expense |
|---|---|
| Document Reproduction (Black & White) at $0.10 per page | $108.90 |
| Document Reproduction (Color) at $0.20 per page | $115.80 |
| RelOne Active Hosting (per GB) | $147.92 |
| RelOne User Fee | $200.00 |
| Filing Fee | $238.00 |
| Meals while traveling | $133.29 |
| Travel | $8.00 |
| Hotel | $1,284.08 |
| Parking | $45.00 |
| Velo-bind | $2.50 |
| Air Travel | $613.70 |
| Total | $2,897.19 |

---

[4] Travel billed at 100%.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 22, 2023, at 4:00 p.m. (Eastern)** |

**SECOND MONTHLY FEE STATEMENT OF**
**QUINN EMANUEL URQUHART & SULLIVAN, LLP AS CO-COUNSEL**
**TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD FROM JUNE 1, 2023, THROUGH JUNE 30, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and rule 2016 of the Federal Rules of Bankruptcy Procedure, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") hereby files its Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP, as Co-Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2023, through June 30, 2023 (the "Application"), and moves the Court for reasonable compensation for professional legal services rendered as co-counsel to Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd ., and Bittrex Malta Ltd. (collectively, the "Debtors" or "Bittrex") in these chapter 11 cases (the "Chapter 11 Cases") in the amount of $1,051.423.38 (80% of $1,460,310.25), together with reimbursement for actual and necessary expenses incurred in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

amount of $2,897.19,[2] for the period June 1, 2023, through June 30, 2023 (the "Fee Period"). In support of the Application, Quinn Emanuel respectfully represents as follows:

1. On May 8, 2023, each of the Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code.

2. On May 17, 2023, the Debtors filed their Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession (the "Retention Application") (D.I. 55).

3. Also on May 17, 2023, the Debtors filed their Motion Seeking Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Compensation Motion") (D.I. 53).

4. On June 7, 2023, the Court entered an order granting the Retention Application (the "Retention Order") (D.I. 104).

5. On June 7, 2023, the Court entered the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Compensation Order") (D.I. 102).

6. The Interim Compensation Order allows for professionals retained by the Debtors to file a monthly fee statement and serve the parties listed below (the "Notice Parties").

    a. Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel to the Debtors: Susheel Kirpalani (susheelkirpalani@quinnemanuel.com); and Patricia B. Tomasco (patty tomasco@quinnemanuel.com) (qe-bittrex@quinnemanuel.com);

---

[2] Quinn Emanuel discounts the fees in this case by 10%. Each monthly invoice reflects the 10% discount as does this Summary, except for the fees listed in the chart named Compensation by Individual. 100% of Quinn Emanuel's fees total $1,460,310.25. 90% of Quinn Emanuel's fees total $1,314,279.22, and 80% of Quinn Emanuel's fees total $1,051,423.38. These fees are minus the "Credit 50% Non-working Travel" listed on Invoice No. 101-0000155562, Matter 11606-00001C.

b. Young Conaway, Stargatt & Taylor, LLP, co-counsel to the Debtors: Robert S. Brady (rbady@ycst.com; Kenneth Enos (kenos@ycst.com); and Joshua Brooks (jbrooks@ycst.com);

c. Office of the United States Trustee: Richard L. Schepacarter (richard.schepacarter@usdoj.gov);

d. Counsel for any statutory committees appointed in these Chapter 11 Cases; and

e. Any fee examiner appointed in these Chapter 11 Cases.

## SUMMARY OF SERVICES RENDERED

7. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the total amount of fees is $1,051,423.38 (80% of $1,460,310.25).

## DISBURSEMENTS

8. Attached hereto as Exhibit B is a detailed statement of expenses paid during the Fee Period, showing the total amount of $2,897.19 for reimbursement of expenses. Pursuant to Local Rule 2016-2, Quinn Emanuel represents that: (i) its rate for copying charges is $0.10 per page for black and white copies and $0.20 per page for color copies; (ii) its rate for outgoing facsimile transmission charges do not exceed $0.25 per page, with no charge for incoming facsimiles; and (iii) when billed for computer-assisted legal research, the Debtors are billed no more than actual costs.

## VALUATION OF SERVICES

9. Attorneys and paraprofessionals of Quinn Emanuel have expended a total of 1,137.40 hours in connection with this matter during the Fee Period.

10. The amount of time spent by each of these persons providing services to the Debtors is fully set forth in the detail attached hereto as Exhibit A. The hourly rates set forth therein are

Quinn Emanuel's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Quinn Emanuel for the Fee Period is $1,460,310.25.

11.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (i) the complexity of these Chapter 11 Cases, (ii) the time expended, (iii) the nature and extent of the services rendered, (iv) the value of such services, and (v) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code. In addition, Quinn Emanuel has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with the requirements set forth therein.

## CONCLUSION

WHEREFORE, Quinn Emanuel requests that allowance be made to it in the sum of $1,051,423.38 (80% of the total fees, minus the 10% discount) as compensation for necessary professional services rendered to the Debtors for the Fee Period and the sum of $2,897.19 for reimbursement of actual necessary costs and expenses incurred during the Fee Period, and further relief as the Court may deem just and proper.

Respectfully submitted this 2nd day of August, 2023.

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        By: */s/ Patricia B. Tomasco*
        Susheel Kirpalani *(admitted pro hac vice)*
        Patricia B. Tomasco *(admitted pro hac vice)*
        Daniel Holzman *(admitted pro hac vice)*
        Alain Jaquet *(admitted pro hac vice)*
        Razmig Izakelian *(admitted pro hac vice)*
        Valerie Ramos (*admitted pro hac vice*)
        Joanna D. Caytas *(admitted pro hac vice)*
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Telephone: 212-849-7000
        Facsimile: 212-849-7100
        Email: susheelkirpalani@quinnemanuel.com
        Email: pattytomasco@quinnemanuel.com
        Email: danielholzman@quinnemanuel.com
        Email: alainjaquet@quinnemanuel.com
        Email: razmigizakelian@quinnemanuel.com
        Email: valerieramos@quinnemanuel.com
        Email: joannacaytas@quinnemanuel.com

        **CO-COUNSEL FOR THE DEBTORS**

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 2016-2**

I, Patricia B. Tomasco, hereby certify as follows:

1. I am a partner in the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and have been admitted to practice *pro hac vice* in this bankruptcy case.

2. I have personally performed many of the legal services rendered by Quinn Emanuel, as co-counsel to the Debtors and am generally familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals at Quinn Emanuel.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated: August 2, 2023.

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco