**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 22, 2023, at 4:00 p.m. (Eastern)** |

### NOTICE OF APPLICATION

PLEASE TAKE NOTICE THAT Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") has filed its Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2023, through June 30, 2023 (the "Application"). The Application seeks an allowance of monthly fees of $1,051,423.38 (80% of $1,460,310.25) and monthly expenses of $2,897.19.

PLEASE TAKE FURTHER NOTICE THAT objections to the Application, if any, are required to be filed on or before August 22, 2023, at 4:00 p.m. (ET) (the "Objection Deadline") with the Clerk of the Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the objection so as to be received by the following on or before the Objection Deadline: (a) Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel to the Debtors: Susheel Kirpalani (susheelkirpalani@quinnemanuel.com); and Patricia B. Tomasco (patty tomasco@quinnemanuel.com) (qe-bittrex@quinnemanuel.com); (b) Young Conaway, Stargatt & Taylor, LLP, co-counsel to the Debtors: Robert S. Brady (rbady@ycst.com; Kenneth

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Enos (kenos@ycst.com); and Joshua Brooks (jbrooks@ycst.com); (c) Office of the United States Trustee: Richard L. Schepacarter (richard.schepacarter@usdoj.gov); (d) counsel for any statutory committees appointed in these Chapter 11 Cases; and (e) any fee examiner appointed in these Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (D.I. 102), if no objections are filed and served in accordance with the above procedures, then the Debtors will be authorized to pay 80% of requested interim fees and 100% of requested interim expenses without further order of the Court. Only if an objection is properly and timely filed and served in accordance with the above procedures (and cannot be consensually resolved) will a hearing be held on the Application.

Respectfully submitted this 2nd day of August, 2023.

           **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

           By: */s/ Patricia B. Tomasco*
           Susheel Kirpalani *(admitted pro hac vice)*
           Patricia B. Tomasco *(admitted pro hac vice)*
           Daniel Holzman *(admitted pro hac vice)*
           Alain Jaquet *(admitted pro hac vice)*
           Razmig Izakelian *(admitted pro hac vice)*
           Valerie Ramos (*admitted pro hac vice*)
           Joanna D. Caytas *(admitted pro hac vice)*
           51 Madison Avenue, 22nd Floor
           New York, New York 10010
           Telephone: 212-849-7000
           Facsimile: 212-849-7100
           Email: susheelkirpalani@quinnemanuel.com
           Email: pattytomasco@quinnemanuel.com
           Email: danielholzman@quinnemanuel.com
           Email: alainjaquet@quinnemanuel.com
           Email: razmigizakelian@quinnemanuel.com
           Email: valerieramos@quinnemanuel.com
           Email: joannacaytas@quinnemanuel.com

           **CO-COUNSEL FOR THE DEBTORS**