# **EXHIBIT B**

# EXPENSES

| Expense Category | Total Expense |
|---|---|
| Document Reproduction (Black & White) at $0.10 per page | $108.90 |
| Document Reproduction (Color) at $0.20 per page | $115.80 |
| RelOne Active Hosting (per GB) | $147.92 |
| RelOne User Fee | $200.00 |
| Filing Fee | $238.00 |
| Meals while traveling | $133.29 |
| Travel | $8.00 |
| Hotel | $1,284.08 |
| Parking | $45.00 |
| Velo-bind | $2.50 |
| Air Travel | $613.70 |
| Total | $2,897.19 |