**<u>EXHIBIT A</u>**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-5003

Writer's E-Mail
kenos@ycst.com

| | | |
|---|---|---|
| Bittrex Incorporated | Invoice Date: | July 12, 2023 |
| 701 5th Ave | Invoice Number: | 50043980 |
| Suite 4200 | Matter Number: | 103027.1001 |
| Seattle, WA 98104 | | |

Re:  Debtor Representation
Billing Period through June 30, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 104,374.00 |
| Disbursements | $ | 1,040.78 |
| Total Due This Invoice | $ | 105,414.78 |

Bittrex Incorporated
Billing Period through June 30, 2023

| | |
|---|---|
| Invoice Date: | July 12, 2023 |
| Invoice Number: | 50043980 |
| Matter Number: | 103027.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/01/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 06/01/23 | BOLIV | Edit, review and revise with track changes Quinn Emanuel's draft certificate of no objection re: interim compensation procedures motion | B001 | 0.40 | 142.00 |
| 06/02/23 | BOLIV | Circulate US Trustee objection to consolidated creditor matrix | B001 | 0.10 | 35.50 |
| 06/02/23 | JBROO | Emails with YCST and Quinn Emanuel team re: revisions to proposed orders | B001 | 0.40 | 202.00 |
| 06/02/23 | KENOS | Confer with R. Brady re: US Trustee Objection to Customer Information Sealing Motion | B001 | 0.30 | 273.00 |
| 06/02/23 | KENOS | Review and comment on certification of counsel and revised order re: email service motion | B001 | 0.40 | 364.00 |
| 06/02/23 | RLAMB | Review draft second-day hearing agenda | B001 | 0.10 | 47.50 |
| 06/03/23 | KENOS | Review, revise and prepare for filing: certification of counsel and revised order re: Email Service Motion | B001 | 0.40 | 364.00 |
| 06/04/23 | BOLIV | Finalize for filing all certifications of counsel related to final orders re: first day motions and second day pleadings; update agenda for June 7, 2023 | B001 | 2.30 | 816.50 |
| 06/04/23 | KENOS | Call with A. Jaquet re: response to US Trustee objection to customer sealing request | B001 | 0.30 | 273.00 |
| 06/05/23 | KENOS | Draft Late Reply Motion re: Customer Confidentiality Request | B001 | 0.50 | 455.00 |
| 06/06/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: omnibus hearing dates | B001 | 0.20 | 71.00 |
| 06/06/23 | BOLIV | Finalize for filing: motion for leave to file late reply; reply in support of motion to withhold confidential information; supplemental declaration with multiple exhibits in support of confidential motion and notice of withdrawal of certification of counsel re: cash management motion | B001 | 1.50 | 532.50 |

Bittrex Incorporated
Billing Period through June 30, 2023

Invoice Date:                    July 12, 2023
Invoice Number:                  50043980
Matter Number:                   103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/06/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 71.00 |
| 06/06/23 | RLAMB | Update critical dates calendar | B001 | 0.40 | 190.00 |
| 06/07/23 | BOLIV | Circulate SEC objection to customer withdrawals motion | B001 | 0.10 | 35.50 |
| 06/07/23 | BOLIV | Review and evaluate incoming second day orders; circulate to working group | B001 | 0.30 | 106.50 |
| 06/07/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 71.00 |
| 06/07/23 | BOLIV | Coordinate service of all second day orders with Omni Agent | B001 | 0.10 | 35.50 |
| 06/08/23 | BOLIV | Coordinate service of incoming orders | B001 | 0.10 | 35.50 |
| 06/08/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 71.00 |
| 06/08/23 | BOLIV | Circulate June 7, 2023 hearing transcript to working group and US Trustee | B001 | 0.10 | 35.50 |
| 06/08/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re final creditor matrix order | B001 | 0.40 | 142.00 |
| 06/08/23 | BOLIV | Provide Omni Agent with a draft form of fee application | B001 | 0.10 | 35.50 |
| 06/08/23 | JBROO | Emails with Quinn Emanuel and YCST teams re: entry of first day orders | B001 | 0.30 | 151.50 |
| 06/08/23 | RLAMB | Email with co-counsel and clerks of court to confirm hearing dates | B001 | 0.10 | 47.50 |
| 06/12/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: customer withdrawal motion [revised] | B001 | 0.30 | 106.50 |
| 06/12/23 | BOLIV | Draft certification of counsel re: omnibus hearing dates | B001 | 0.40 | 142.00 |
| 06/12/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: customer withdrawal motion | B001 | 0.40 | 142.00 |
| 06/12/23 | BOLIV | Finalize for filing and coordinate service of notice of withdrawal of certification of counsel re: customer withdrawal motion | B001 | 0.20 | 71.00 |
| 06/12/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: omnibus hearing dates | B001 | 0.20 | 71.00 |

Bittrex Incorporated
Billing Period through June 30, 2023

Invoice Date:      July 12, 2023
Invoice Number:      50043980
Matter Number:      103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/12/23 | BOLIV | Draft notice of withdrawal of certification of counsel re: customer withdrawal motion | B001 | 0.20 | 71.00 |
| 06/12/23 | RLAMB | Email with bankruptcy court clerks regarding additional hearing | B001 | 0.20 | 95.00 |
| 06/12/23 | RLAMB | Update critical dates calendar | B001 | 0.10 | 47.50 |
| 06/13/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 06/13/23 | BOLIV | Coordinate service of orders re: omnibus hearing dates and customer withdrawals of cryptocurrency | B001 | 0.10 | 35.50 |
| 06/14/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 06/15/23 | BOLIV | Download affidavits of service as filed by Omni | B001 | 0.10 | 35.50 |
| 06/15/23 | BOLIV | Coordinate development of internal mailbox to manage incoming creditor calls and draft phone script for same | B001 | 0.60 | 213.00 |
| 06/15/23 | BOLIV | Contact Omni Agent to have D. Piplica removed from the service and creditor list per email | B001 | 0.10 | 35.50 |
| 06/15/23 | BOLIV | Update critical dates | B001 | 0.20 | 71.00 |
| 06/15/23 | BOLIV | Call with P. Kee re: establishing call box for incoming creditor inquiries | B001 | 0.20 | 71.00 |
| 06/16/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 06/16/23 | BOLIV | Update critical dates | B001 | 2.40 | 852.00 |
| 06/20/23 | BOLIV | Circulate information for rescheduled 341 Meeting of Creditors | B001 | 0.10 | 35.50 |
| 06/20/23 | BOLIV | Creditor call from M. Beck | B001 | 0.10 | 35.50 |
| 06/20/23 | RLAMB | Review and revise critical dates calendar | B001 | 0.30 | 142.50 |
| 06/22/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 06/23/23 | BOLIV | Research, locate and forward fully compiled draft first fee application of YCST for co-counsel | B001 | 0.10 | 35.50 |

Bittrex Incorporated
Billing Period through June 30, 2023

| | | | Invoice Date: | | July 12, 2023 |
| | | | Invoice Number: | | 50043980 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/23/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 06/23/23 | RLAMB | Review and update critical dates calendar | B001 | 0.10 | 47.50 |
| 06/26/23 | BOLIV | Update critical dates | B001 | 0.70 | 248.50 |
| 06/26/23 | KENOS | Review and comment on 6/26 critical dates | B001 | 0.20 | 182.00 |
| 06/26/23 | RLAMB | Review and revise critical dates calendar | B001 | 0.60 | 285.00 |
| 06/30/23 | BOLIV | Email with K. Enos re: deadline for seal motion to be filed | B001 | 0.10 | 35.50 |
| 06/01/23 | BOLIV | Update and edit June 7, 2023 hearing agenda | B002 | 0.20 | 71.00 |
| 06/01/23 | BOLIV | Draft agenda for June 14, 2023 special hearing | B002 | 0.40 | 142.00 |
| 06/01/23 | JBROO | Emails with YCST team and Quinn Emanuel team re: revisions to proposed orders | B002 | 0.80 | 404.00 |
| 06/02/23 | BOLIV | Additional edits, review and revisions bases upon comments received to June 7, 2023 agenda | B002 | 0.60 | 213.00 |
| 06/02/23 | BOLIV | Revise draft agenda for 6/7/23 and circulate to working group | B002 | 0.10 | 35.50 |
| 06/02/23 | JBROO | Review and analyze draft agenda for June 7 hearing | B002 | 0.40 | 202.00 |
| 06/02/23 | JBROO | Review and analyze certifications for revised proposed orders | B002 | 0.70 | 353.50 |
| 06/02/23 | JBROO | Emails with YCST team and U.S. Trustee re: revisions to proposed orders | B002 | 0.10 | 50.50 |
| 06/02/23 | KENOS | Attention to preparations for 6/7 hearing | B002 | 0.90 | 819.00 |
| 06/02/23 | KENOS | Review and comment on 6/7 Hearing Agenda | B002 | 1.10 | 1,001.00 |
| 06/03/23 | JBROO | Emails with A. Jaquet re: certification for proposed order | B002 | 0.10 | 50.50 |
| 06/03/23 | KENOS | Emails with co-counsel re: preparations for second day hearing | B002 | 0.30 | 273.00 |
| 06/03/23 | RBRAD | Review draft agenda for 6/7/23 hearing | B002 | 0.20 | 260.00 |
| 06/04/23 | JBROO | Emails with YCST team re: filing of COCs and CNOs for June 7 hearing | B002 | 0.50 | 252.50 |
| 06/04/23 | KENOS | Review and revise 6/7 Hearing Agenda | B002 | 0.40 | 364.00 |

Bittrex Incorporated
Billing Period through June 30, 2023

Invoice Date:                  July 12, 2023
Invoice Number:              50043980
Matter Number:              103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/04/23 | KENOS | Work with B. Olivere and co-counsel re: finalizing and filing orders for second day hearing | B002 | 2.10 | 1,911.00 |
| 06/05/23 | BOLIV | Finalize for filing and coordinate service of agenda for June 7, 2023 hearing | B002 | 0.30 | 106.50 |
| 06/05/23 | BOLIV | Assemble certification binder and matters going forward binder for June 7, 2023 hearing | B002 | 1.50 | 532.50 |
| 06/05/23 | KENOS | Further review and revise 6/7 Hearing Agenda (.2) and emails with co-counsel re: same (.2) | B002 | 0.40 | 364.00 |
| 06/05/23 | RBRAD | Review revised draft hearing agenda (.2) and correspondence with K. Enos re: same (.1) | B002 | 0.30 | 390.00 |
| 06/06/23 | BOLIV | Assist in preparation of hearing binder for P. Tomasco of Quinn Emanuel as sent by her paralegal | B002 | 0.50 | 177.50 |
| 06/06/23 | JBROO | Confer with R. Lamb re: prep for June 7 hearing | B002 | 0.20 | 101.00 |
| 06/06/23 | JMART | Prepare hearing binders | B002 | 1.50 | 532.50 |
| 06/06/23 | KENOS | Work with co-counsel and client re: 6/7 Hearing Preparations | B002 | 2.20 | 2,002.00 |
| 06/06/23 | RLAMB | Confer with J. Brooks regarding plan to prepare for second-day hearing | B002 | 0.20 | 95.00 |
| 06/06/23 | RLAMB | Telephone conference with K. Enos, J. Brooks, E. Hengel, P. Tomasco, A. Jaquet, and D. Maria regarding expectations for second-day hearing | B002 | 1.10 | 522.50 |
| 06/06/23 | RLAMB | Prepare and organize all notices and motions for second-day hearing | B002 | 0.90 | 427.50 |
| 06/07/23 | BOLIV | Assist in preparation of hearing materials for June 7, 2023 second day hearing | B002 | 0.80 | 284.00 |
| 06/07/23 | JBROO | Assist with hearing prep for June 7 hearing | B002 | 2.30 | 1,161.50 |
| 06/07/23 | KENOS | Attend and assist with hearing re: customer confidentiality issues | B002 | 3.00 | 2,730.00 |
| 06/07/23 | KENOS | Assist co-counsel with preparations for 6/7 hearing | B002 | 2.00 | 1,820.00 |
| 06/07/23 | RBRAD | Review correspondence with R. Schepacarter, K. Enos, and P. Tomasco re: hearing on motion to allow sealing of customer names (.3); conference with K. Enos re: Court's ruling (.2) | B002 | 0.50 | 650.00 |
| 06/07/23 | RLAMB | Attend second-day hearing | B002 | 3.00 | 1,425.00 |

Bittrex Incorporated
Billing Period through June 30, 2023

Invoice Date:                July 12, 2023
Invoice Number:              50043980
Matter Number:               103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/07/23 | RLAMB | Assist P. Tomasco, K. Enos, A. Jaquet, and E. Hengel regarding with preparations for second-day hearing | B002 | 1.30 | 617.50 |
| 06/08/23 | JBROO | Emails with Chambers re: scheduling of hearings | B002 | 0.10 | 50.50 |
| 06/12/23 | BOLIV | Update, review and revise draft agenda for June 14, 2023 | B002 | 0.40 | 142.00 |
| 06/12/23 | BOLIV | Finalize for filing and coordinate service of agenda for June 14, 2023 | B002 | 0.30 | 106.50 |
| 06/12/23 | BOLIV | Further revise draft agenda for June 14, 2023 | B002 | 0.20 | 71.00 |
| 06/12/23 | BOLIV | Email chambers agenda for June 14, 2023 | B002 | 0.10 | 35.50 |
| 06/12/23 | JBROO | Emails with Chambers for hearing dates | B002 | 0.10 | 50.50 |
| 06/12/23 | KENOS | Review and revise 6/14 hearing agenda and emails with co-counsel re: same | B002 | 0.30 | 273.00 |
| 06/20/23 | KENOS | Emails with co-counsel re: preparation of motions for July Omnibus Date | B002 | 0.20 | 182.00 |
| 06/30/23 | KENOS | Emails with co-counsel re: 7/12 hearing preparations | B002 | 0.20 | 182.00 |
| 06/02/23 | BOLIV | Assist in preparation of and Finalize for filing and coordinate service of certification of counsel re: cash second interim cash management order | B003 | 1.50 | 532.50 |
| 06/03/23 | KENOS | Review, revise and prepare for filing: certification of counsel and revised order re: DIP Motion | B003 | 0.60 | 546.00 |
| 06/04/23 | KENOS | Review, revise and prepare for filing: certification of counsel, supplemental declaration and revised order re: Quinn Retention | B003 | 0.60 | 546.00 |
| 06/04/23 | RBRAD | Review certificate of counsel re: final DIP order | B003 | 0.20 | 260.00 |
| 06/30/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: third interim cash management order | B003 | 0.40 | 142.00 |
| 06/30/23 | BOLIV | Email chambers requesting entry of third interim cash management order prior to holiday weekend | B003 | 0.10 | 35.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | July 12, 2023 |
| Billing Period through June 30, 2023 | | | Invoice Number: | | 50043980 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/01/23 | RBRAD | Review correspondence from UST re: Debtors' request to extend section 345 compliance deadline (.2); review additional materials responsive to UST's request (.2); review UST's response consenting to extension of section 345 compliance deadline (.1) and correspondence with K. Enos re: same (.1) | B004 | 0.60 | 780.00 |
| 06/02/23 | RBRAD | Confer with K. Enos re: UST's objection to customer information sealing motion | B004 | 0.30 | 390.00 |
| 06/03/23 | RBRAD | Review UST's objection to customer name sealing motion | B004 | 0.90 | 1,170.00 |
| 06/05/23 | BOLIV | Finalize for filing and coordinate service of schedules and statements | B004 | 1.00 | 355.00 |
| 06/05/23 | BOLIV | Finalize hearing binders for June 7, 2023 and coordinate delivery to chambers | B004 | 0.30 | 106.50 |
| 06/05/23 | BOLIV | Assist in anticipation and preparation of filing of schedules and statements | B004 | 3.50 | 1,242.50 |
| 06/05/23 | JBROO | Review and analyze global notes for schedules and statements | B004 | 0.50 | 252.50 |
| 06/05/23 | KENOS | Work with co-counsel and BRG re: finalizing Schedules and SOFAs | B004 | 2.90 | 2,639.00 |
| 06/05/23 | KENOS | Review and comment on Draft Global Notes, SOFAs, and Schedules | B004 | 3.30 | 3,003.00 |
| 06/05/23 | RBRAD | Review draft global notes to schedules and statements | B004 | 0.20 | 260.00 |
| 06/05/23 | RBRAD | Correspondence with K. Enos re: schedules and statements | B004 | 0.20 | 260.00 |
| 06/05/23 | RBRAD | Review draft reply in support of motion to file customer names under seal | B004 | 0.50 | 650.00 |
| 06/06/23 | BOLIV | Draft notice of withdrawal of schedules filed for Bittrex Inc. | B004 | 0.30 | 106.50 |
| 06/06/23 | BOLIV | Finalize for filing schedules and statements in jointly administered cases | B004 | 0.60 | 213.00 |
| 06/13/23 | BOLIV | Draft notice of amended schedules for Bittrex, Inc. | B004 | 1.50 | 532.50 |
| 06/13/23 | JBROO | Emails with H. Foard re: remaining items for initial debtor interview | B004 | 0.10 | 50.50 |
| 06/13/23 | KENOS | Review and comment on schedules amendment and emails with co-counsel and client re: same | B004 | 0.60 | 546.00 |
| 06/13/23 | RBRAD | Review additional initial debtor interview reporting materials requested by UST | B004 | 0.20 | 260.00 |

Bittrex Incorporated

Billing Period through June 30, 2023

| | | | | | |
|---|---|---|---|---|---|
| Invoice Date: | | | | | July 12, 2023 |
| Invoice Number: | | | | | 50043980 |
| Matter Number: | | | | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/14/23 | BOLIV | Finalize for filing and coordinate service of amended schedule for debtor Bittrex Inc. [23-10598] | B004 | 0.40 | 142.00 |
| 06/15/23 | JBROO | Review emails from U.S. Trustee's office re: Section 341 Meeting | B004 | 0.10 | 50.50 |
| 06/15/23 | JBROO | Attend Section 341 Meeting (dropped early) | B004 | 0.20 | 101.00 |
| 06/19/23 | KENOS | Emails with C. Kunz and S. Claypoole re: schedules inquiry | B004 | 0.20 | 182.00 |
| 06/21/23 | KENOS | Assist with preparation of May MOR and correspondence with BRG re: same | B004 | 1.10 | 1,001.00 |
| 06/22/23 | BOLIV | Finalize for filing and coordinate service of May 2023 monthly operating reports for all jointly administered cases | B004 | 1.40 | 497.00 |
| 06/22/23 | KENOS | Review and finalize May MORs (.6) and emails with BRG and co-counsel re: same (.2) | B004 | 0.80 | 728.00 |
| 06/22/23 | KENOS | Review and comment on May MORs (multiple versions) | B004 | 1.70 | 1,547.00 |
| 06/22/23 | RBRAD | Review draft MORs and revisions | B004 | 0.60 | 780.00 |
| 06/23/23 | BOLIV | Finalize for filing and coordinate service of supplemental schedules and SOFA for Bittrex Inc. debtor | B004 | 0.90 | 319.50 |
| 06/23/23 | KENOS | Review and comment on Supplemental Schedules and SOFAs (.9), work with B. Olivere re: filing same (.3) and emails with co-counsel regarding filings (.2) | B004 | 1.40 | 1,274.00 |
| 06/23/23 | RBRAD | Review amended schedules and statements | B004 | 0.40 | 520.00 |
| 06/14/23 | KENOS | Assist co-counsel with preparation of assignment motion and emails with co-counsel re: same | B005 | 0.40 | 364.00 |
| 06/14/23 | RLAMB | Correspond with co-counsel regarding company contracts | B005 | 0.10 | 47.50 |
| 06/15/23 | KENOS | Confer with R. Brady re: contract assignment issues (.2) and emails with co-counsel re: same (.3) | B005 | 0.50 | 455.00 |
| 06/15/23 | RBRAD | Conference with K. Enos re: assumption and assignment of executory contracts | B005 | 0.20 | 260.00 |
| 06/01/23 | KENOS | Emails with BRG, co-counsel and US Trustee re: cash management issues | B006 | 0.30 | 273.00 |
| 06/01/23 | KENOS | Call with co-counsel and DOJ counsel re: customer withdrawals motion | B006 | 0.70 | 637.00 |

Bittrex Incorporated
Billing Period through June 30, 2023

Invoice Date:                July 12, 2023
Invoice Number:           50043980
Matter Number:            103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/01/23 | RBRAD | Review correspondence from DOJ re: motion to allow customer withdrawals (.2) and conference with K. Enos re: same (.2) | B006 | 0.40 | 520.00 |
| 06/01/23 | RBRAD | Review revised final order approving employee wages motion | B006 | 0.20 | 260.00 |
| 06/02/23 | KENOS | Revise certification and order re: cash management motion and work with B. Olivere and co-counsel re: filing same | B006 | 0.50 | 455.00 |
| 06/02/23 | KENOS | Review and consider UST Objection to customer information seal request | B006 | 1.40 | 1,274.00 |
| 06/02/23 | KENOS | Review and comment on draft second interim cash management order | B006 | 0.60 | 546.00 |
| 06/02/23 | RBRAD | Review draft second interim cash management order (.2) and correspondence with the UST re: same (.2) | B006 | 0.40 | 520.00 |
| 06/03/23 | KENOS | Review, revise and prepare for filing: certification of counsel and revised order re: Employee Wage Motion | B006 | 0.40 | 364.00 |
| 06/05/23 | KENOS | Review and comment on draft reply (1.4) and declaration (.7) in support of customer confidentiality motion | B006 | 2.10 | 1,911.00 |
| 06/06/23 | KENOS | Review and comment on revised Reply and Declaration in support of customer confidentiality motion | B006 | 1.10 | 1,001.00 |
| 06/06/23 | KENOS | Review and consider DOJ proposed language for Customer Withdrawal Order | B006 | 0.20 | 182.00 |
| 06/06/23 | KENOS | Draft and finalize certification and order re: amended interim cash management relief and notice of withdrawal in connection with same | B006 | 0.40 | 364.00 |
| 06/06/23 | KENOS | Review, revise and finalize Reply and Declaration in support of customer confidentiality motion | B006 | 1.20 | 1,092.00 |
| 06/06/23 | RBRAD | Review revised reply in support of motion to seal customer names (.3); review comments from E. Hengel re: same (.2) | B006 | 0.50 | 650.00 |
| 06/07/23 | KENOS | Review and comment on certification of counsel re: customer matrix motion | B006 | 0.30 | 273.00 |
| 06/07/23 | KENOS | Review and consider DOJ Objection to Customer Withdrawal Motion | B006 | 0.30 | 273.00 |
| 06/07/23 | RBRAD | Review and consider US's objection to customer withdrawal motion | B006 | 0.40 | 520.00 |
| 06/07/23 | RLAMB | Draft certification of counsel re: creditor matrix motion | B006 | 1.90 | 902.50 |

Bittrex Incorporated
Billing Period through June 30, 2023

| | | Invoice Date: | July 12, 2023 |
|---|---|---|---|
| | | Invoice Number: | 50043980 |
| | | Matter Number: | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 06/08/23 | KENOS | Review and comment on DOJ proposed revisions to customer withdrawal order | B006 | 0.30 | 273.00 |
| 06/08/23 | KENOS | Revise and finalize certification and order re: creditor matrix motion (.4) and emails with co-counsel re: same (.2) | B006 | 0.60 | 546.00 |
| 06/09/23 | RBRAD | Review revised form of order (2x) re: motion to allow customer withdrawals (.4); review correspondence with P. Tomasco and L. Lerman re: same (.4) | B006 | 0.80 | 1,040.00 |
| 06/09/23 | RLAMB | Draft certification of counsel re: Customer Withdrawals Motion | B006 | 0.80 | 380.00 |
| 06/11/23 | KENOS | Review and revise certification and proposed revised order (.4) re: customer withdrawal motion and emails with co-counsel re: same (.2) | B006 | 0.60 | 546.00 |
| 06/12/23 | KENOS | Review and comment on estimation motion | B006 | 1.50 | 1,365.00 |
| 06/12/23 | KENOS | Revise and finalize certification and order re: additional SEC comment and finalize and file same (.4); emails with co-counsel re: revised order (.2) | B006 | 0.60 | 546.00 |
| 06/12/23 | RBRAD | Review COC re: motion to allow customer withdrawals (.2) and correspondence with S. Kirpalani and K. Enos re: status of hearing re: same (.4) | B006 | 0.60 | 780.00 |
| 06/14/23 | KENOS | Emails with H. Foard re: professional fee estimates | B006 | 0.20 | 182.00 |
| 06/15/23 | KENOS | Emails with co-counsel re: automatic stay enforcement motion | B006 | 0.20 | 182.00 |
| 06/16/23 | RBRAD | Review correspondence from L. Lerman re: terms of service for customer contracts | B006 | 0.20 | 260.00 |
| 06/19/23 | KENOS | Emails with US Trustee and co-counsel re: Section 345 Compliance | B006 | 0.20 | 182.00 |
| 06/21/23 | KENOS | Review customer correspondence re: account funds request | B006 | 0.20 | 182.00 |
| 06/22/23 | RBRAD | Review additional correspondence from creditor seeking withdrawal of funds | B006 | 0.40 | 520.00 |
| 06/22/23 | RBRAD | Review customer inquiry re: compliance with customer withdrawal order | B006 | 0.20 | 260.00 |
| 06/23/23 | RBRAD | Review additional correspondence between Quinn Emanuel and DOJ re: customer terms of service | B006 | 0.30 | 390.00 |
| 06/26/23 | KENOS | Attention to Cash Management issues (includes review of 2nd Interim Order and emails with co-counsel and US Trustee) | B006 | 0.60 | 546.00 |

Bittrex Incorporated
Billing Period through June 30, 2023

| | | Invoice Date: | July 12, 2023 |
| :--- | :--- | ---: | ---: |
| | | Invoice Number: | 50043980 |
| | | Matter Number: | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
| :--- | :--- | :--- | :--- | ---: | ---: |
| 06/27/23 | KENOS | Call with co-counsel re: cash management issues (.4) and preparation and follow-up regarding same (.4) | B006 | 0.80 | 728.00 |
| 06/28/23 | KENOS | Emails (numerous) with co-counsel and US Trustee re: further extension of cash management deadlines | B006 | 0.30 | 273.00 |
| 06/28/23 | KENOS | Assist co-counsel with preparation of seal motion re: motion to enforce automatic stay | B006 | 0.60 | 546.00 |
| 06/29/23 | KENOS | Call with S. Claypoole re: preparation of BRG Fee Application | B006 | 0.20 | 182.00 |
| 06/29/23 | KENOS | Draft certification of counsel (included explanation of 345(b) compliance attempts at request of US Trustee) re: further cash management relief | B006 | 1.10 | 1,001.00 |
| 06/30/23 | KENOS | Review and revise Certification and Proposed Order re: Third Cash Management Extension (.7) and emails with co-counsel and US Trustee re: same (.2) | B006 | 0.90 | 819.00 |
| 06/01/23 | RLAMB | Continue drafting and compiling second day certifications of counsel | B007 | 0.20 | 95.00 |
| 06/02/23 | KENOS | Review further revised Bar Date Order and exhibits (.2) and emails with co-counsel re: same (.2) | B007 | 0.40 | 364.00 |
| 06/02/23 | RBRAD | Review correspondence with K. Enos and J. Caytas re: revised customer proof of claim form | B007 | 0.20 | 260.00 |
| 06/03/23 | KENOS | Review, revise and prepare for filing: certification of counsel and revised order re: Bar Date Motion | B007 | 0.80 | 728.00 |
| 06/04/23 | RBRAD | Review revised certificate of counsel re: bar date order | B007 | 0.10 | 130.00 |
| 06/05/23 | JBROO | Emails with K. Enos and E. Hengel re: potential claim issues | B007 | 0.10 | 50.50 |
| 06/10/23 | RBRAD | Review draft estimation motion | B007 | 0.80 | 1,040.00 |
| 06/12/23 | RLAMB | Incorporate Trustee comments to certification of counsel | B007 | 0.10 | 47.50 |
| 06/13/23 | RBRAD | Review revisions to draft estimation motion (.6) and correspondence with K. Enos re: same (.2) | B007 | 0.80 | 1,040.00 |
| 06/16/23 | BOLIV | Finalize for filing and coordinate service of motion to establish procedures to estimate claims of the establish and exchange commission | B007 | 0.50 | 177.50 |

Bittrex Incorporated
Billing Period through June 30, 2023

Invoice Date:          July 12, 2023
Invoice Number:     50043980
Matter Number:    103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/16/23 | JBROO | Review and analyze motion to set procedures to estimate SEC claim | B007 | 0.50 | 252.50 |
| 06/16/23 | JBROO | Draft notice for motion to set procedures to estimate SEC claim | B007 | 0.10 | 50.50 |
| 06/16/23 | KENOS | Review and finalize motion to estimate SEC Claim | B007 | 0.60 | 546.00 |
| 06/16/23 | RBRAD | Review final draft motion to set procedures to estimate the SEC claim | B007 | 0.50 | 650.00 |
| 06/22/23 | KENOS | Review customer inquiry and proof of claim and emails with co-counsel re: same | B007 | 0.20 | 182.00 |
| 06/23/23 | KENOS | Emails with C. Kunz and S. Claypoole re: claimant inquiry | B007 | 0.20 | 182.00 |
| 06/07/23 | KENOS | Meet with co-counsel re: case strategy and hearing recap | B008 | 1.10 | 1,001.00 |
| 06/12/23 | KENOS | Emails with co-counsel and US Trustee re: preparations for 341 Meeting | B008 | 0.20 | 182.00 |
| 06/12/23 | RBRAD | Correspondence with R. Schepacarter and K. Enos re: section 341 meeting | B008 | 0.20 | 260.00 |
| 06/13/23 | KENOS | Emails with H. Foard and M. Panacio re: additional IDI documents | B008 | 0.20 | 182.00 |
| 06/13/23 | KENOS | Emails with R. Schepacarter and E. Hengal re: 341 Meeting preparations | B008 | 0.20 | 182.00 |
| 06/15/23 | RBRAD | Prepare for (.5) and attend section 341 meeting of creditors (1.1) | B008 | 1.60 | 2,080.00 |
| 06/18/23 | KENOS | Emails with client and R. Schepacarter re: continued 341 meeting | B008 | 0.20 | 182.00 |
| 06/19/23 | KENOS | Emails with R. Schepacarter re: continued 341 Meeting | B008 | 0.20 | 182.00 |
| 06/28/23 | BOLIV | Finalize for filing and coordinate service of sealed and redacted versions of motion to enforce automatic stay and for civil contempt | B009 | 0.40 | 142.00 |
| 06/28/23 | BOLIV | Finalize for filing and coordinate service of redacted and sealed version of Maria Declaration, Tomasco Declaration and Merriman Declaration re: motion to enforce the automatic stay and for civil contempt | B009 | 0.90 | 319.50 |
| 06/28/23 | BOLIV | Prepare and organize for filing multiple sealed and redacted documents re: relief from automatic stay and civil contempt | B009 | 0.90 | 319.50 |
| 06/28/23 | KENOS | Work with co-counsel re: finalizing stay enforcement motion and related exhibits | B009 | 1.80 | 1,638.00 |
| 06/28/23 | KENOS | Review and comment on Stay Enforcement Motion and related exhibits (multiple versions) | B009 | 2.10 | 1,911.00 |

Bittrex Incorporated
Billing Period through June 30, 2023

| | Invoice Date: | July 12, 2023 |
|---|---|---|
| | Invoice Number: | 50043980 |
| | Matter Number: | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/28/23 | KENOS | Call with co-counsel re: Stay Enforcement Motion and follow-up related to same | B009 | 0.50 | 455.00 |
| 06/29/23 | KENOS | Review and comment on seal motion re: Florida Stay Enforcement request (multiple versions) (.9) and e-mails with co-counsel re: same (.2) | B009 | 0.90 | 819.00 |
| 06/30/23 | BOLIV | Finalize for filing and coordinate service of motion to file under seal documents related to motion to enforce the automatic stay and related declarations; coordinate service to Maryland, Michigan and Texas government entities of same and sealed documents | B009 | 0.80 | 284.00 |
| 06/30/23 | BOLIV | Draft notice to motion to seal re: stay & civil contempt motion | B009 | 0.50 | 177.50 |
| 06/30/23 | KENOS | Review and revise Seal Motion regarding Stay Enforcement Request (.5) and emails with co-counsel re: same (.2) | B009 | 0.70 | 637.00 |
| 06/14/23 | BOLIV | Call from cryptocurrency currency creditor | B013 | 0.10 | 35.50 |
| 06/14/23 | BOLIV | Receive call from R. Austin, creditor | B013 | 0.10 | 35.50 |
| 06/14/23 | BOLIV | Phone call with B. Howard, creditor | B013 | 0.10 | 35.50 |
| 06/15/23 | RLAMB | Review incoming creditor inquiries | B013 | 0.10 | 47.50 |
| 06/20/23 | RLAMB | Review received creditor inquiries | B013 | 0.10 | 47.50 |
| 06/23/23 | RLAMB | Confer with J. Brooks regarding incoming creditor inquiries | B013 | 0.20 | 95.00 |
| 06/26/23 | RLAMB | Continue reviewing and responding to creditor inquiries | B013 | 0.60 | 285.00 |
| 06/27/23 | RLAMB | Continue reviewing and responding to creditor inquiries | B013 | 0.10 | 47.50 |
| 06/29/23 | RLAMB | Continue reviewing and responding to creditor inquiries | B013 | 0.80 | 380.00 |
| 06/01/23 | KENOS | Review and comment on certification and revised form of order re: Interim Comp Motion and emails with co-counsel re: same | B017 | 0.30 | 273.00 |
| 06/03/23 | KENOS | Review and comment on Supplemental Declaration in Support of Quinn Retention (.6) and emails with co-counsel re: same (.2) | B017 | 0.80 | 728.00 |

Bittrex Incorporated
Billing Period through June 30, 2023

Invoice Date:          July 12, 2023
Invoice Number:          50043980
Matter Number:          103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/03/23 | KENOS | Review, revise and prepare for filing: certifications of counsel and revised orders re: BRG (.6); Young Conaway (.4); OCP (.7); and Interim Compensation (.3) | B017 | 2.00 | 1,820.00 |
| 06/04/23 | KENOS | Emails with co-counsel and US Trustee re: supplemental declaration in support Quinn Retention | B017 | 0.30 | 273.00 |
| 06/04/23 | KENOS | Emails with BRG and US Trustee re: US Trustee comments to revised proposed order re: BRG Retention | B017 | 0.20 | 182.00 |
| 06/04/23 | KENOS | Review and comment on Certification re: Quinn Retention and emails with co-counsel re: same | B017 | 0.40 | 364.00 |
| 06/04/23 | RBRAD | Review proposed supplemental declaration in connection with Quinn Emanuel retention application (.2) and correspondence with K. Enos and J. Caytas re: same (.2); review revised form of retention order (.1) | B017 | 0.50 | 650.00 |
| 06/04/23 | RBRAD | Review UST's request for revision to BRG supplemental declaration in connection with retention and confirmation of change from BRG | B017 | 0.20 | 260.00 |
| 06/04/23 | RBRAD | Review UST's request for additional disclosure and supplemental declaration re: Omni retention | B017 | 0.20 | 260.00 |
| 06/05/23 | KENOS | Review and comment on supplemental Omni declaration (.2) and emails with US Trustee and P. Deutch re: same (.2) | B017 | 0.40 | 364.00 |
| 06/05/23 | RLAMB | Draft supplemental declaration re: BRG Retention | B017 | 1.00 | 475.00 |
| 06/07/23 | BOLIV | Finalize for filing and coordinate service of first supplemental declaration of P. Deutch re: Omni Agent retention | B017 | 0.30 | 106.50 |
| 06/07/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: Omni Agent retention application | B017 | 0.20 | 71.00 |
| 06/07/23 | BOLIV | Draft certificate of no objection re: Omni Agent retention application | B017 | 0.30 | 106.50 |
| 06/07/23 | KENOS | Finalize and file certification, order, and supplemental declaration re: Omni Retention | B017 | 0.30 | 273.00 |
| 06/13/23 | RLAMB | Email with co-counsel regarding fee applications | B017 | 0.10 | 47.50 |
| 06/19/23 | KENOS | Review and comment on First Interim Fee Application | B017 | 0.60 | 546.00 |

Bittrex Incorporated
Billing Period through June 30, 2023

Invoice Date:     July 12, 2023
Invoice Number:     50043980
Matter Number:     103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/23/23 | BOLIV | Draft notice for Quinn Emanuel first fee application | B017 | 0.40 | 142.00 |
| 06/23/23 | BOLIV | Finalize for filing and coordinate service of first monthly fee application of Quinn Emanuel | B017 | 0.40 | 142.00 |
| 06/27/23 | BOLIV | Research, locate and forward to Omni Agent a template for fee applications | B017 | 0.10 | 35.50 |
| 06/28/23 | BOLIV | Finalize for filing and coordinate service of first fee application of Omni Agent for May 2023 | B017 | 0.40 | 142.00 |
| 06/14/23 | BOLIV | Review and respond to email re: time line for filing fee applications and invoice period for first monthly | B018 | 0.10 | 35.50 |
| 06/21/23 | BOLIV | Draft first monthly fee application of YCST for May 2023 | B018 | 1.70 | 603.50 |
| 06/22/23 | BOLIV | Edit, review and revise draft first fee application of YCST in anticipation of filing | B018 | 0.40 | 142.00 |
| 06/22/23 | BOLIV | Review draft of Quinn Emanuel's first fee application for suggested edits | B018 | 0.50 | 177.50 |
| 06/22/23 | KENOS | Review and comment on YCST May Fee Application | B018 | 0.40 | 364.00 |
| 06/22/23 | KENOS | Review and comment on Quinn Emmanuel May Fee Application | B018 | 0.40 | 364.00 |
| 06/23/23 | BOLIV | Finalize for filing and coordinate service of first monthly fee application of YCST | B018 | 0.40 | 142.00 |
| 06/23/23 | KENOS | Review and finalize Young Conaway and Quinn Emmanuel May Fee Applications (.6) and emails with Quinn Emmanuel and BRG re: same (.3) | B018 | 0.90 | 819.00 |
| 06/27/23 | KENOS | Assist Omni with preparation of fee application | B018 | 0.20 | 182.00 |
| 06/28/23 | KENOS | Review and finalize Omni Fee Application and emails with P. Deutch re: same | B018 | 0.30 | 273.00 |
| | | | **Total** | **144.10** | **$104,374.00** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| BOLIV | Beth A. Olivere | Paralegal | 40.20 | 355.00 | 14,271.00 |
| JMART | Jorge L. Martinez | Paralegal | 1.50 | 355.00 | 532.50 |
| JBROO | Joshua Brooks | Associate | 7.60 | 505.00 | 3,838.00 |
| KENOS | Kenneth J. Enos | Partner | 65.50 | 910.00 | 59,605.00 |
| RLAMB | Rebecca L. Lamb | Associate | 14.50 | 475.00 | 6,887.50 |

Bittrex Incorporated
Billing Period through June 30, 2023

Invoice Date:                    July 12, 2023
Invoice Number:              50043980
Matter Number:              103027.1001

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| RBRAD | Robert S. Brady | Partner | 14.80 | 1,300.00 | 19,240.00 |
| **Total** | | | **144.10** | | **$104,374.00** |

| Bittrex Incorporated | Invoice Date: | July 12, 2023 |
| Billing Period through June 30, 2023 | Invoice Number: | 50043980 |
| | Matter Number: | 103027.1001 |

**Task Summary**

### Task Code:B001 — Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 2.10 | 910.00 | 1,911.00 |
| Joshua Brooks | Associate | 0.70 | 505.00 | 353.50 |
| Rebecca L. Lamb | Associate | 1.90 | 475.00 | 902.50 |
| Beth A. Olivere | Paralegal | 13.40 | 355.00 | 4,757.00 |
| **Total** | | **18.10** | | **7,924.00** |

### Task Code:B002 — Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 13.10 | 910.00 | 11,921.00 |
| Robert S. Brady | Partner | 1.00 | 1,300.00 | 1,300.00 |
| Joshua Brooks | Associate | 5.30 | 505.00 | 2,676.50 |
| Rebecca L. Lamb | Associate | 6.50 | 475.00 | 3,087.50 |
| Beth A. Olivere | Paralegal | 5.40 | 355.00 | 1,917.00 |
| Jorge L. Martinez | Paralegal | 1.50 | 355.00 | 532.50 |
| **Total** | | **32.80** | | **21,434.50** |

### Task Code:B003 — Cash Collateral/DIP Financing

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 1.20 | 910.00 | 1,092.00 |
| Robert S. Brady | Partner | 0.20 | 1,300.00 | 260.00 |
| Beth A. Olivere | Paralegal | 2.00 | 355.00 | 710.00 |
| **Total** | | **3.40** | | **2,062.00** |

### Task Code:B004 — Schedules & Statements, U.S. Trustee Reports

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 12.00 | 910.00 | 10,920.00 |
| Robert S. Brady | Partner | 3.90 | 1,300.00 | 5,070.00 |
| Joshua Brooks | Associate | 0.90 | 505.00 | 454.50 |
| Beth A. Olivere | Paralegal | 9.90 | 355.00 | 3,514.50 |
| **Total** | | **26.70** | | **19,959.00** |

### Task Code:B005 — Lease/Executory Contract Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.90 | 910.00 | 819.00 |
| Robert S. Brady | Partner | 0.20 | 1,300.00 | 260.00 |
| Rebecca L. Lamb | Associate | 0.10 | 475.00 | 47.50 |
| **Total** | | **1.20** | | **1,126.50** |

| | | | |
|---|---|---|---|
| Bittrex Incorporated | Invoice Date: | | July 12, 2023 |
| Billing Period through June 30, 2023 | Invoice Number: | | 50043980 |
| | Matter Number: | | 103027.1001 |

**Task Code:B006**             **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 18.40 | 910.00 | 16,744.00 |
| Robert S. Brady | Partner | 4.40 | 1,300.00 | 5,720.00 |
| Rebecca L. Lamb | Associate | 2.70 | 475.00 | 1,282.50 |
| **Total** | | **25.50** | | **23,746.50** |

**Task Code:B007**             **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 2.20 | 910.00 | 2,002.00 |
| Robert S. Brady | Partner | 2.40 | 1,300.00 | 3,120.00 |
| Joshua Brooks | Associate | 0.70 | 505.00 | 353.50 |
| Rebecca L. Lamb | Associate | 0.30 | 475.00 | 142.50 |
| Beth A. Olivere | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **6.10** | | **5,795.50** |

**Task Code:B008**             **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 2.10 | 910.00 | 1,911.00 |
| Robert S. Brady | Partner | 1.80 | 1,300.00 | 2,340.00 |
| **Total** | | **3.90** | | **4,251.00** |

**Task Code:B009**             **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 6.00 | 910.00 | 5,460.00 |
| Beth A. Olivere | Paralegal | 3.50 | 355.00 | 1,242.50 |
| **Total** | | **9.50** | | **6,702.50** |

**Task Code:B013**             **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Rebecca L. Lamb | Associate | 1.90 | 475.00 | 902.50 |
| Beth A. Olivere | Paralegal | 0.30 | 355.00 | 106.50 |
| **Total** | | **2.20** | | **1,009.00** |

**Task Code:B017**             **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 5.30 | 910.00 | 4,823.00 |
| Robert S. Brady | Partner | 0.90 | 1,300.00 | 1,170.00 |
| Rebecca L. Lamb | Associate | 1.10 | 475.00 | 522.50 |
| Beth A. Olivere | Paralegal | 2.10 | 355.00 | 745.50 |
| **Total** | | **9.40** | | **7,261.00** |

| Bittrex Incorporated | Invoice Date: | July 12, 2023 |
| Billing Period through June 30, 2023 | Invoice Number: | 50043980 |
| | Matter Number: | 103027.1001 |

**Task Code:B018**                    **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Kenneth J. Enos | Partner | 2.20 | 910.00 | 2,002.00 |
| Beth A. Olivere | Paralegal | 3.10 | 355.00 | 1,100.50 |
| **Total** | | **5.30** | | **3,102.50** |