**EXHIBIT B**

30548545.1

Bittrex Incorporated  
Billing Period through June 30, 2023

Invoice Date: July 12, 2023  
Invoice Number: 50043980  
Matter Number: 103027.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/08/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/08/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/09/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/10/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/10/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/10/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/15/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/15/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/15/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/17/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/17/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/19/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/19/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/23/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/23/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/24/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/31/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/31/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/31/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/31/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/31/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/31/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/31/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/31/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/31/23 | Docket Retrieval / Search | 17.00 | 1.70 |

| | | | |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Date: | July 12, 2023 |
| Billing Period through June 30, 2023 | | Invoice Number: | 50043980 |
| | | Matter Number: | 103027.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 05/31/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/23 | American Express - Bankruptcy - Filing Fee KENOS 5.9.23 $75 3 Pro Hac Vice Motions (2) TBOLL | 1.00 | 75.00 |
| 06/01/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 06/02/23 | American Express - Bankruptcy - Filing Fee KENOS 5.923 $75 3 Pro Hac Vice TBOL | 1.00 | 75.00 |
| 06/02/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/02/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/04/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/05/23 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 06/05/23 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 06/05/23 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 06/05/23 | Photocopy Charges Duplication BW | 39.00 | 3.90 |
| 06/05/23 | Photocopy Charges Duplication BW | 37.00 | 3.70 |
| 06/05/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/05/23 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 06/05/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 06/05/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/05/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/05/23 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 06/05/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 06/05/23 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 06/05/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1026051 | 1.00 | 30.00 |
| 06/05/23 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 06/05/23 | Photocopy Charges Duplication BW | 41.00 | 4.10 |
| 06/05/23 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 06/05/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/05/23 | Photocopy Charges Duplication BW | 50.00 | 5.00 |
| 06/05/23 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 06/05/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 06/05/23 | Photocopy Charges Duplication BW | 61.00 | 6.10 |
| 06/05/23 | Photocopy Charges Duplication BW | 53.00 | 5.30 |
| 06/05/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/05/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/05/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 06/05/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/05/23 | Photocopy Charges Duplication BW | 45.00 | 4.50 |
| 06/05/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/05/23 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 06/05/23 | Docket Retrieval / Search | 2.00 | 0.20 |

| | | | |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Date: | July 12, 2023 |
| Billing Period through June 30, 2023 | | Invoice Number: | 50043980 |
| | | Matter Number: | 103027.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/05/23 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 06/05/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/05/23 | Docket Retrieval / Search | 11.00 | 1.10 |
| 06/05/23 | Photocopy Charges Duplication BW | 66.00 | 6.60 |
| 06/05/23 | Photocopy Charges Duplication BW | 57.00 | 5.70 |
| 06/05/23 | Photocopy Charges Duplication BW | 81.00 | 8.10 |
| 06/05/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/06/23 | Photocopy Charges Duplication BW | 453.00 | 45.30 |
| 06/06/23 | Photocopy Charges Duplication BW | 39.00 | 3.90 |
| 06/06/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/06/23 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 06/06/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/06/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/06/23 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 06/06/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 06/06/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/06/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/06/23 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 06/06/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 06/06/23 | Photocopy Charges Duplication BW | 37.00 | 3.70 |
| 06/06/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/06/23 | Photocopy Charges Duplication BW | 45.00 | 4.50 |
| 06/06/23 | Photocopy Charges Duplication BW | 66.00 | 6.60 |
| 06/06/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1026216 | 1.00 | 30.00 |
| 06/06/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/06/23 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 06/06/23 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 06/06/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/06/23 | Photocopy Charges Duplication BW | 61.00 | 6.10 |
| 06/06/23 | Photocopy Charges Duplication BW | 50.00 | 5.00 |
| 06/06/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/06/23 | Photocopy Charges Duplication BW | 122.00 | 12.20 |
| 06/06/23 | Photocopy Charges Duplication BW | 56.00 | 5.60 |
| 06/06/23 | Photocopy Charges Duplication BW | 41.00 | 4.10 |
| 06/06/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/06/23 | Photocopy Charges Duplication BW | 57.00 | 5.70 |
| 06/06/23 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 06/06/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/06/23 | Photocopy Charges Duplication BW | 32.00 | 3.20 |

| | | | |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Date: | July 12, 2023 |
| Billing Period through June 30, 2023 | | Invoice Number: | 50043980 |
| | | Matter Number: | 103027.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 06/06/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/06/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/06/23 | Color Photocopy Charges Duplication Color | 40.00 | 32.00 |
| 06/06/23 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 06/06/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/06/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/06/23 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 06/06/23 | Photocopy Charges Duplication BW | 81.00 | 8.10 |
| 06/06/23 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 06/06/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 06/06/23 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 06/06/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/06/23 | Photocopy Charges Duplication BW | 53.00 | 5.30 |
| 06/06/23 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 06/06/23 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 06/07/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/07/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/07/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/07/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/07/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 06/07/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 06/07/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/07/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 06/07/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/07/23 | Photocopy Charges Duplication BW | 48.00 | 4.80 |
| 06/07/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/07/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/07/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 06/07/23 | Photocopy Charges Duplication BW | 453.00 | 45.30 |
| 06/07/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/07/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 06/07/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 06/07/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/07/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/08/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/08/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/08/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/08/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/08/23 | Docket Retrieval / Search | 13.00 | 1.30 |

| | | | |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Date: | July 12, 2023 |
| Billing Period through June 30, 2023 | | Invoice Number: | 50043980 |
| | | Matter Number: | 103027.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 06/08/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 06/08/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/08/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/08/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/08/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 06/08/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/13/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/13/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/13/23 | Kenneth Enos - Reimbursement for post-hearing lunch with P. Tomasco, E. Hengal, R. Lamb, and A Jacquet (5 people) | 1.00 | 129.00 |
| 06/13/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/13/23 | Docket Retrieval / Search | 15.00 | 1.50 |
| 06/13/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/13/23 | Docket Retrieval / Search | 24.00 | 2.40 |
| 06/13/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/13/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/13/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/21/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/22/23 | JAYALAXMI, LLC d/b/a Manhattan Bagel #49 - Working Meals Payment to Manhattan Bagel for catering services (continental breakfast for 8) related to preparation for Bittrex second day hearing | 1.00 | 103.49 |
| 06/22/23 | JAYALAXMI, LLC d/b/a Manhattan Bagel #49 - Working Meals Payment to Manhattan Bagel for catering services (continental breakfast for 8) prior to attending Bittrex second day hearing | 1.00 | 124.49 |
| 06/22/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/23/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/23/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/23/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/26/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/26/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |

| Bittrex Incorporated | Invoice Date: | July 12, 2023 |
|---|---|---|
| Billing Period through June 30, 2023 | Invoice Number: | 50043980 |
| | Matter Number: | 103027.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/26/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/28/23 | Reliable Wilmington - Deposition/Transcript Hourly Transcript - 1st copy for Bittrex | 1.00 | 97.20 |
| 06/29/23 | Docket Retrieval / Search | 11.00 | 1.10 |
| 06/30/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/30/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/30/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| | **Total** | | **$1,040.78** |

**Cost Summary**

| Description | Amount |
|---|---|
| Delivery / Courier | 60.00 |
| Deposition/Transcript | 97.20 |
| Docket Retrieval / Search | 52.20 |
| Filing Fee | 150.00 |
| Reproduction Charges | 324.40 |
| Working Meals | 356.98 |
| **Total** | **$1,040.78** |