IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF PATRICIA B. TOMASCO IN SUPPORT OF DEBTORS' MOTION SEEKING INTERIM EXTENSION OF DEADLINE TO COME INTO COMPLIANCE WITH BANKRUPTCY CODE SECTION 345(B)

Patricia B. Tomasco, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP, bankruptcy counsel to Bittrex, Inc. ("BUS"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2. On July 18, 2023, I caused a letter to be sent to John Guedry in his capacity as receiver of Prime Trust. A true and correct copy of that letter is attached hereto as **Exhibit A**.

3. On July 27, 2023, I caused a letter to be sent to counsel for John Guedry in his capacity as receiver of Prime Trust. A true and correct copy of that letter is attached hereto as **Exhibit B**.

4. On July 31, 2023, I participated in a conference with Darren Azman of McDermott Will & Emery LLP, counsel to the Prime Trust receiver. Counsel requested two-to-three weeks to investigate and review relevant documents.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: August 2, 2023

By:    /s/ Patricia B. Tomasco<br>
        Patricia B. Tomasco