# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JAMES WASCHAK IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AMENDING CASH MANAGEMENT ORDER TO REQUIRE CUSTOMERS BANK TO HONOR DEBTORS' BANK ACCOUNT REQUESTS AND MOTION SEEKING INTERIM EXTENSION OF DEADLINE TO COME INTO COMPLIANCE WITH BANKRUPTCY CODE SECTION 345(B)**

James Waschak, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am the Chief Operating Officer for Bittrex, Inc. ("BUS"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2. As of the date of this Declaration, BUS has approximately $11,396,329.53 in the Customers Operating Account,[2] $2,217.70 in the Customers OTC Account, $7,943,351.74 in the Customers FBO Account, $833,550.66 in the Prime Trust FBO Account, $1,000,000 in the Prime Trust ACH Reserve Account, and $0.12 in the Goldman Sachs Dormant Account. BUS deposited the funds that were in the United Texas Bank Dormant Account into the Customers Operating Account.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] All terms not defined herein have the meaning given to them in the *Debtors' Motion Seeking Entry of Interim and Final Orders (i) Authorizing the Debtors to (a) Continue to Operate their Cash Management System, (b) Honor Certain Pre-Petition Obligations Related Thereto, and (c) Continue to Perform Intercompany Transactions, (ii) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (iii) Granting Related Relief* [D.I. 8] (the "Cash Management Motion").

3. BUS has opened an operating account at Citizens Bank ("Citizens Operating Account") and is ready to move funds to that account. However, it will take additional time to complete the process of setting up payments on that account for the purpose of paying employees and vendors.

4. BUS intends to move the majority of its funds to the Citizens Operating Account, but leave enough in the Customers Operating Account to pay employees and vendors in the interim. Specifically, BUS intends to leave $250,000 in the Customers Operating Account, move the rest of the operating funds to the Citizens Operating Account, and replenish the Customers Operating Account as necessary. Once the Citizens Operating Account is able to process payments, all funds will be moved to that account.

5. BUS is concerned that if it moves a portion of its funds to the Citizens Operating Account, Customers Bank may stop banking with the Debtors. Customers Bank has declined to open an operating account for Trexie Management, LLC and declined to sign a Uniform Depository Agreement.

6. Moreover, on June 27 2023, Customers Bank sent BUS an email stating that "I am still waiting for the indications on the actions we need to take (if any) post June 30th, until then you can move funds out in accordance with the proceedings of the bankruptcy filing." A true and correct copy of the June 27, 2023 e-mail is attached hereto as **Exhibit A**.

7. Based on these events, BUS believes that there is a risk that if it moves funds out of the Customers Operating Account to the Citizens Operating Account, Customers Bank may stop processing payments and require BUS to withdraw all of its funds. This will cause irreparable harm to the estate if payments to vendors and employees are not set up at Citizens Bank by that time.

8.      BUS has also opened a "FBO" account at Citizens Bank. That account has not yet been linked to the Debtors' platform so that customers can withdraw fiat currencies directly from that account, but BUS anticipates the account will be linked to the platform by August 16, 2023. Once that account is linked, BUS intends to move all but $250,000 of the funds in Customers FBO Account to Citizens Bank, subject to replenishment as necessary to meet customer withdrawals. BUS anticipates that it will take until the end of August 2023 to implement additional safeguards in the Citizens FBO Account, and once those safeguards are in place, all funds in the Customers FBO Account will be moved to the Citizens FBO Account.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: August 3, 2023

By:   /s/ James Waschak
      James Waschak