# EXHIBIT A

**From:** Karaman, Oleg <okaraman@cbpcb.com>
**Sent:** Tuesday, June 27, 2023 2:53 PM
**To:** Luke Tessaro <luke@bittrex.com>
**Cc:** Layfield, Robb <rlayfield@customersbank.com>; Jim Waschak <jim@bittrex.com>; David Maria <dmaria@bittrex.com>
**Subject:** RE: Bittrex<>Customers Bank

**EXTERNAL**

Hi Luke,

I am still waiting for the indication on the actions we need to take (if any) post June 30th, until then you can move funds out in accordance with the proceedings of the bankruptcy filing.

Best Regards,
Oleg.

**From:** Luke Tessaro <luke@bittrex.com>
**Sent:** Tuesday, June 27, 2023 5:49 PM
**To:** Karaman, Oleg <okaraman@cbpcb.com>
**Cc:** Layfield, Robb <rlayfield@customersbank.com>; Jim Waschak <jim@bittrex.com>; David Maria <dmaria@bittrex.com>
**Subject:** RE: Bittrex<>Customers Bank

**PLEASE NOTE: This email is not from a Customers Bank address.**
Do not click on suspicious links. Do not give out personal or bank information to unknown senders.

Hi Oleg,

That is unfortunate and wish we could have had the news sooner, what ultimately does it mean for the accounts that we currently hold?

**From:** Karaman, Oleg <okaraman@cbpcb.com>
**Sent:** Tuesday, June 27, 2023 2:43 PM
**To:** Luke Tessaro <luke@bittrex.com>
**Cc:** Layfield, Robb <rlayfield@customersbank.com>; Jim Waschak <jim@bittrex.com>; David Maria <dmaria@bittrex.com>
**Subject:** RE: Bittrex<>Customers Bank

**EXTERNAL**

Hi Luke,

I am afraid I do not have the good news. According to the existing bank policy we are not permitted to open bankruptcy or DIP accounts. I am sorry, I was looking for a way to get it done, until I discovered the policy.

Best Regards,
Oleg.

**From:** Luke Tessaro <luke@bittrex.com>
**Sent:** Monday, June 26, 2023 5:13 PM
**To:** Karaman, Oleg <okaraman@cbpcb.com>
**Cc:** Layfield, Robb <rlayfield@customersbank.com>; Jim Waschak <jim@bittrex.com>; David Maria <dmaria@bittrex.com>
**Subject:** FW: Bittrex<>Customers Bank
**Importance:** High

**PLEASE NOTE: This email is not from a Customers Bank address.**
Do not click on suspicious links. Do not give out personal or bank information to unknown senders.

Hi Oleg,

As a follow-up to our conversation please find attached UDA.
I spoke with Jim, and it was originally sent May 25th (attached) but may have been lost in the shuffle. Please let us know if you're able to sign and return ASAP.

Also, happy to connect our lawyers if the need arises.
Talk soon,
Luke