**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. No. 103** |
| | <u>**Objection Deadline**</u>**:**<br>**August 22, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF SUPPLEMENT TO LIST OF**
<u>**ORDINARY COURSE PROFESSIONALS**</u>

  **PLEASE TAKE NOTICE** that on May 17, 2023, the above-captioned debtors and debtors in possession (collectively, the "**<u>Debtors</u>**") filed the *Motion of Debtors for Authority to Employ Professionals Used in Ordinary Course of Business* [Docket No. 54].[2]

  **PLEASE TAKE FURTHER NOTICE** that on June 7, 2023, the United States Bankruptcy Court for the District of Delaware (the "**<u>Court</u>**") entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business* [Docket No. 103] (the "**<u>Order</u>**").

  **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, the Debtors hereby supplement the list of Ordinary Course Professionals attached to the Order with the list attached hereto as **<u>Exhibit A</u>** (the "**<u>Supplemental OCP List</u>**").

  **PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 2 of the Order, the declaration of the Ordinary Course Professional listed on the Supplemental OCP List is attached hereto as **<u>Exhibit B</u>** (the "**<u>Supplemental OCP Declaration</u>**").

  **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Supplemental OCP Declaration must be in writing, filed with the Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, and served upon and received by the Debtors' undersigned counsel on or before **4:00 p.m. (ET) on August 22, 2023.**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

30644631.1

| | |
|---|---|
| Dated: August 8, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |