## **EXHIBIT A**

**Supplemental OCP List**

30644631.1

| Ordinary Course Professional | Address | Type of Service |
|---|---|---|
| Ernst & Young U.S. LLP | 300 First Stamford Place, Stamford, CT 06902 | Unclaimed Property Analysis |