**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**BRENDAN LINEHAN SHANNON**
**JUDGE**

**824 N. MARKET STREET**
**WILMINGTON, DELAWARE**
**(302) 252-2915**

August 9, 2023

Kenneth J. Enos, Esquire
Young, Conaway, Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

    Re: In re:  Desolation Holdings LLC, *et al.*
       Case No.  23-10597 (BLS)

Dear Mr. Enos:

  Enclosed herewith is correspondence received by the Court from Adel Abbasi.  I request that you respond to this correspondence with a copy to the Court.

Very truly yours,

Brendan Linehan Shannon
United States Bankruptcy Judge

BLS/jmw
cc:  Adel Abbasi

Case No. 23-10597-BLS

DocuSign Envelope ID: FB357249-AD28-4F04-8CAC-3AC8A19DEA9B

United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801
302-252-2915

Dear Honorable Judge,

I express my sincere gratitude for the sanctuary you provide, allowing us to present our pleas concerning Bittrex. I come to you as one among thousands of Iranians whose accounts on Bittrex were deactivated, following our compliance with the KYC process using Iranian Passports, and after depositing a substantial amount of Bitcoins into the platform. Our assets were frozen, despite us being verified customers.

I respectfully request your assistance, as our digital assets, once worth thousands of dollars, have plummeted to a meager few hundred due to the disabling of our accounts. This action has prevented us from exchanging or withdrawing our crypto, and we strongly believe such action was solely based on their unfair revenue, not compliance with USA laws and regulations.

**There is a degree of confusion regarding the debtor holding my assets and the entity against which I should file a proof of claim, or if I need to initiate legal actions against non-debtors.**

As the time passes and Bar Date is getting closer and closer, I'm getting worried because I have never been served any notice of Bankruptcy, nor has Bittrex assigned me a UUID.

Our assets are within your jurisdiction, and we beseech your assistance.

Sincerely,
Adel Abbasi
adel.abbasi.bitcoin@gmail.com

8/1/2023

ADEL ABBASI
İSTANBUL
KAĞITHANE, ÇAĞLAYAN MAH.ŞAN SK.NO 30 DAIRE 6

DocuSign Envelope ID: FB357249-AD28-4F04-8CAC-3AC8A19DEA9B

adel.abbasi.bitcoin-gmail.com_Closed_deposits_2023-07-31T22_24_15.305Z (1)

| Deposit Id | Currency | Amount | State | Confirmations | Last Updated (UTC) | Txid |
|---|---|---|---|---|---|---|
| 94216104 | ONG | 0.24496464 | INVALIDATED |  | 2019/05/15 06:13:54 | 4402200505870CD4DFDB075D890FA86CD |
| 92882885 | ONG | 1.29935594 | INVALIDATED |  | 2019/04/15 21:44:41 | 3A3C312F97EE1A9ACF0DA592FCE11D76 |
| 91201865 | ONT | 15.82180640 | INVALIDATED |  | 2019/03/13 23:32:09 | 9ECB5428456EC758B9054A58D7DB0A84 |
| 34673623 | BTC | 1.90000000 | CONFIRMED | 3 | 2017/10/06 20:04:31 | f9f259a191d376fc64e4cd748c814272b20776a054679e5a8b3a1b0d002656e5 |
| 34929545 | BTC | 0.10000000 | CONFIRMED | 2 | 2017/10/04 13:59:34 | 754992d17f18ddf3be45a3d9f91e682d664a5f6ec8bb47ce3dbb4121e76cf5aa |