IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA MATTERS SCHEDULED FOR
STATUS CONFERENCE ON AUGUST 11, 2023 AT 10:00 A.M. (ET)**

> **This hearing will be conducted by Zoom only.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING**
>
> **Register in advance for this meeting:**
> https://debuscourts.zoomgov.com/meeting/register/vJIsdeipqjMoE-kb22wijJJi7_BxVomDO18
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**STATUS CONFERENCE MATTER**

1. Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 149; (Redacted) D.I. 152, 6/28/23]

    Response Deadline:                                             July 5, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30649957.1

Responses Received:

A. Florida Office of Financial Regulation's Objection to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt; [(Redacted) D.I. 170; (Sealed) D.I. 172, 7/5/23]

B. Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 174, 7/5/23]

Related Documents:

C. Declaration of David Maria in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 150; (Redacted) D.I. 154, 6/28/23]

D. Declaration of Patricia B. Tomasco in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 151; (Redacted) D.I. 155, 6/28/23]

E. Declaration of Steven D. Merriman in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 153, 6/28/23]

F. Florida Office of Financial Regulation's Motion for Enlargement of Time to Object to Debtor's Motion to Enforce the Automatic Stay and Non- Discrimination Provisions of the Bankruptcy code, and For Civil Contempt (Doc. No. 149) [D.I. 164, 7/3/23]

G. Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Redacted) D.I. 171, 7/5/23]

H. Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 173; (Redacted) D.I. 175; 7/5/23]

I. Stipulation and Order Adjourning the Hearing on the Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 186, 7/10/23]

J.      Notice of Service of First Set of Requests for Production to the State of Florida Office of Financial Regulation [D.I. 225, 7/21/23]

K.      Debtors' Letter Dated August 9, 2023 Regarding Debtors' Requests for Production to the State of Florida Office of Financial Regulation [D.I. 256, 8/9/23]

L.      Florida Office of Financial Regulation Response Letter [D.I. 258, 8/10/23]

M.      Exhibit A to Florida Office of Financial Regulation Response Letter [D.I. 259, 8/10/23]

Status:  This matter is going forward as a status conference.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: August 10, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(*admitted *pro hac vice)*<br>Patricia B. Tomasco *(*admitted *pro hac vice)*<br>Daniel Holzman *(*admitted *pro hac vice)*<br>Alain Jaquet *(*admitted *pro hac vice)*<br>Razmig Izakelian *(*admitted *pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(*admitted *pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |