# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DESOLATION HOLDINGS LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: Aug. 25, 2023 at 4:00 p.m. (ET)** |

## FIRST STAFFING REPORT OF
## BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION
## FOR SERVICES RENDERED DURING THE PERIOD
## FROM MAY 8, 2023 THROUGH MAY 31, 2023

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group LLC ("BRG") |
| Authorized to Provide Professional Services to: | The debtors and debtors in possession ("Debtors") |
| Date of Retention: | June 7, 2023 effective as of May 8, 2023 |
| Period for which Compensation and Reimbursement is Sought: | May 8, 2023 through May 31, 2023 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $408,472.44[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$408,472.44** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] This amount is inclusive of the prorated fee for the Co-CROs during the post-period from May 9, 2023 through May 31, 2023 ($92,741.94).

**Total Compensation**

This is Berkeley Research Group's ("BRG") first monthly staffing report (the "Staffing Report") for the period May 8, 2023 through May 31, 2023 (the "Fee Period") filed pursuant to the terms of the *Order Authorizing the Retention and Employment of Berkeley Research Group, LLC to Provide Co-Chief Restructuring Officers and Additional Personnel for the Debtors, Effective as of the Petition Date* filed on June 7, 2023 [Docket No. 106] (the "Retention Order"). BRG's compensation is an aggregate of $408,472.44 (which includes $92,741.94 in prorated Co-CRO fixed fees and $315,730.50 in fees for the Additional Personnel) for professional services rendered to the Debtors by BRG. Further BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Debtors during the Fee Period in the sum of $0.00.

**Services Rendered and Disbursements Incurred**

Attached as **Exhibit A1** is the schedule of professionals who rendered CRO services to the Debtors during the Fee Period, including the blended rate and **Exhibit A2** is the schedule of professionals who rendered Additional Personnel services to the Debtors during the Fee Period including each person's billing rate and the blended rate. **Exhibit B1** shows the schedule of fees expended during the Fee Period by task code for the Co-CROs and **Exhibit B2** shows the schedule of fees expended during the Fee Period by task code by the Additional Personnel. Attached as **Exhibit C1** are the detailed time descriptions for the Fee Period which describe the time spent by the Co-CROs while **Exhibit C2** contains the detailed time descriptions for the Fee Period which describe the time spent by the Additional Personnel.

BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting

reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future.

The scope of services performed by BRG are set forth in BRG's Retention Application and pursuant to which Mr. Robert Duffy and Mr. Evan Hengel assume the roles of Co-Chief Restructuring Officers ("Co-CRO") to assist the Debtors in identifying and implementing strategic options to maximize liquidity and profitability. In addition, BRG agreed to provide Additional Personnel to assist the Co-CROs and perform professional services for the Debtors. During the Fee Period, Mr. Duffy, Mr. Hengel, and the Additional Personnel have provided interim management and advisory assistance to the Debtors consistent with the Scope of Services, which are set forth below:

a) Serve as Co-CRO (Robert Duffy and Evan Hengel);

b) Assist with customer communications plan in advance of announcements and related restructuring;

c) Assist with operational segregation efforts between entities in U.S. and elsewhere;

d) Create intercompany matrix and help document policies and procedures;

e) Prepare the Company for eventual bankruptcy filing by assisting counsel with first day motions;

f) Help draft DIP term sheet and drive process to secure financing, if needed;

g) Help formulate restructuring plan and treatment of remaining liabilities of the estate;

h) In consultation with management of the Debtors, develop and implement a chosen course of action to preserve asset value and maximize recoveries to shareholders;

i) Oversee the activities of the Debtors in consultation with other advisors and the management team to effectuate the selected course of action;

j) Assist the Debtors and their management in developing cash flow projections and related methodologies and assist with planning for alternatives as requested by the Debtors;

k) Assist the Debtors with preserving and securing future vendor and banking relationships given volatility in the industry;

l) Assist the Debtors in preparing for and operating in a chapter 11 bankruptcy proceeding, including negotiations with stakeholders, and the formulation of a reorganization strategy and plan of reorganization directed to preserve and maximize value;

m) Assist as requested by management in connection with the Debtors' development of their business plan, and such other related forecasts as may be required by creditor constituencies in connection with negotiations;

n) Provide information deemed by the Co-CROs to be reasonable and relevant to stakeholders and consult with key constituents as necessary;

o) To the extent reasonably requested by the Debtors, offer testimony before the Court with respect to the services provided by the Co-CROs and the Additional Personnel, and participate in depositions, including by providing deposition testimony, related thereto; and

p) Provide such other services as mutually agreed upon by the Co-CROs, BRG, and the Debtors.

**Notice and Objection Procedures**

BRG provided notice of this Staffing Report to: (a) the Office of the United States Trustee for the District of Delaware (b) the holders of the fifty largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel to the lender under the Debtors' post-petition financing facility; (d) counsel to Debtors' non-debtor affiliate Bittrex Global GmbH; (e) counsel to the Debtors' non-debtor affiliates RBR Holdings, Inc., and Aquila Holdings Inc.; (f) the United States Attorney's Office for the District of Delaware; (g) the Internal Revenue Service; (h) the attorneys general in the states where the Debtors conduct their business operations; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.

Date: August 11, 2023

Berkeley Research Group, LLC

By /s/ Evan Hengel
Evan Hengel
Managing Director
2029 Century Park East, Suite 1250
Century City, CA 90067
310-499-4956