**EXHIBIT A-1**

**In re: Desolation Holdings LLC, et al.**



**Exhibit A1: Fees By Professional - Co-CROs**

**Berkeley Research Group, LLC**

For the Period 5/8/2023 through 5/31/2023

| Professional | Title | Hours | Fees |
|---|---|---|---|
| E. Hengel | Managing Director | 113.0 | |
| R. Duffy | Managing Director | 12.0 | |
| **Total** | | **125.0** | **$92,741.94** |
| | | | |
| **Blended Rate** | | | **$741.94** |