**EXHIBIT A-2**

**In re: Desolation Holdings LLC, et al.**

**Exhibit A2: Fees By Professional - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 5/8/2023 through 5/31/2023

| Professional | Title | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| K. Hamilton | Managing Director | $1,150.00 | 7.7 | $8,855.00 |
| M. Canale | Managing Director | $1,150.00 | 9.6 | $11,040.00 |
| P. Noring | Managing Director | $925.00 | 0.5 | $462.50 |
| A. Ruda | Director | $650.00 | 12.4 | $8,060.00 |
| C. Reeves | Director | $990.00 | 15.8 | $15,642.00 |
| L. Furr | Associate Director | $550.00 | 21.6 | $11,880.00 |
| H. Foard | Senior Managing Consultant | $755.00 | 88.6 | $66,893.00 |
| M. Slattery | Senior Managing Consultant | $600.00 | 24.1 | $14,460.00 |
| A. Bekker | Managing Consultant | $500.00 | 36.4 | $18,200.00 |
| D. Collins | Senior Associate | $525.00 | 72.3 | $37,957.50 |
| T. Reeves | Senior Associate | $295.00 | 14.9 | $4,395.50 |
| C. Kolls | Associate | $425.00 | 87.4 | $37,145.00 |
| S. Claypoole | Associate | $450.00 | 164.2 | $73,890.00 |
| M. Haverkamp | Case Manager | $350.00 | 15.8 | $5,530.00 |
| H. Henritzy | Case Assistant | $240.00 | 5.5 | $1,320.00 |
| **Total** | | | 576.8 | **$315,730.50** |
| **Blended Rate** | | | | $547.38 |