**EXHIBIT B-1**

**In re: Desolation Holdings LLC, et al.**



## Exhibit B1: Fees By Task Code - Co-CROs

**Berkeley Research Group, LLC**

For the Period 5/8/2023 through 5/31/2023

| Task Code | Hours | Fees |
|---|---|---|
| 04. DIP Financing | 10.7 | |
| 05. Professional Retention/ Fee Application Preparation | 7.1 | |
| 06. Attend Hearings/ Related Activities | 12.9 | |
| 07. Interaction/ Meetings with Debtors/ Counsel | 2.4 | |
| 10. Recovery/ SubCon/ Lien Analysis | 1.9 | |
| 11. Claim Analysis/ Accounting | 16.6 | |
| 12. Statements and Schedules | 26.3 | |
| 13. Intercompany Transactions/ Balances | 3.3 | |
| 14. Executory Contracts/ Leases | 1.3 | |
| 18. Operating and Other Reports | 8.2 | |
| 19. Cash Flow/Cash Management/ Liquidity | 9.5 | |
| 26. Tax Issues | 0.6 | |
| 31. Planning | 5.5 | |
| 32. Document Review | 7.6 | |
| 34. Customer Management/ Retention | 8.9 | |
| 36. Operation Management | 2.2 | |
| **Total** | **125.0** | **$92,741.94** |
| **Blended Rate** | | **$741.94** |