**EXHIBIT B-2**

**In re: Desolation Holdings LLC, et al.**

**Exhibit B2: Fees By Task Code - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 5/8/2023 through 5/31/2023

| Task Code | Hours | Fees |
| --- | --- | --- |
| 04. DIP Financing | 14.1 | $8,930.50 |
| 05. Professional Retention/ Fee Application Preparation | 40.9 | $18,649.00 |
| 06. Attend Hearings/ Related Activities | 21.7 | $11,168.00 |
| 07. Interaction/ Meetings with Debtors/ Counsel | 6.4 | $4,689.50 |
| 09. Employee Issues/KEIP | 3.5 | $1,969.00 |
| 10. Recovery/ SubCon/ Lien Analysis | 5.1 | $2,618.00 |
| 11. Claim Analysis/ Accounting | 33.4 | $16,762.00 |
| 12. Statements and Schedules | 231.4 | $119,186.50 |
| 13. Intercompany Transactions/ Balances | 9.8 | $6,628.00 |
| 14. Executory Contracts/ Leases | 3.6 | $1,620.00 |
| 17. Analysis of Historical Results | 5.4 | $3,130.50 |
| 18. Operating and Other Reports | 17.5 | $8,308.00 |
| 19. Cash Flow/Cash Management/ Liquidity | 28.5 | $20,041.00 |
| 26. Tax Issues | 2.1 | $1,372.00 |
| 31. Planning | 5.3 | $3,937.50 |
| 32. Document Review | 16.9 | $8,135.00 |
| 34. Customer Management/ Retention | 17.8 | $11,886.00 |
| 36. Operation Management | 14.6 | $9,254.00 |
| 37. Vendor Management | 3.5 | $2,160.50 |
| 40. Business Transaction Analysis | 95.3 | $55,285.50 |

| Task Code | Hours | Fees |
|---|---|---|
| **Total** | **576.8** | **$315,730.50** |
| **Blended Rate** | | **$547.38** |