**EXHIBIT C-1**

Case 23-10597-BLS    Doc 264-6    Filed 08/11/23    Page 1 of 9

In re: Desolation Holdings LLC, et al.



## Exhibit C1: Time Detail - Co-CROs

**Berkeley Research Group, LLC**

For the Period 5/8/2023 through 5/31/2023

| Date | Professional | Hours | Description |
|---|---|---|---|
| **04. DIP Financing** | | | |
| 5/9/2023 | E. Hengel | 1.8 | Analyzed DIP budget mechanics. |
| 5/9/2023 | E. Hengel | 0.4 | Corresponded with Bittrex (C. Chenoweth, D. Maria, S. Lasseter, C. Barker) via email regarding DIP financing. |
| 5/9/2023 | E. Hengel | 0.3 | Corresponded with US Trustee regarding DIP Financing. |
| 5/10/2023 | E. Hengel | 1.3 | Reviewed DIP borrowing request. |
| 5/11/2023 | E. Hengel | 1.1 | Analyzed DIP financing procedure. |
| 5/11/2023 | R. Duffy | 0.8 | Reviewed final DIP Budget filed in the Post petition Financing Motion. |
| 5/11/2023 | E. Hengel | 0.3 | Corresponded with Quinn Emanuel (P. Tomasco) via email regarding DIP financing. |
| 5/11/2023 | R. Duffy | 0.2 | Discussed DIP financing mechanics with BRG (E. Hengel). |
| 5/11/2023 | E. Hengel | 0.2 | Held call with BRG (R. Duffy) regarding DIP financing procedure. |
| 5/13/2023 | E. Hengel | 1.0 | Reviewed DIP financing procedure. |
| 5/15/2023 | E. Hengel | 1.4 | Analyzed draft of DIP budget variance report. |
| 5/25/2023 | E. Hengel | 1.3 | Reviewed DIP budget variance reporting package. |
| 5/25/2023 | R. Duffy | 0.6 | Reviewed DIP variance reporting package. |
| **Task Code Total Hours** | | **10.7** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 5/15/2023 | E. Hengel | 1.4 | Reviewed retention application. |
| 5/15/2023 | E. Hengel | 1.2 | Reviewed Parties in Interest list. |
| 5/16/2023 | R. Duffy | 0.4 | Reviewed BRG retention application. |
| 5/16/2023 | R. Duffy | 0.3 | Corresponded with BRG (M. Haverkamp, H. Henritzy) regarding conflict check for retention application. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 5/17/2023 | E. Hengel | 1.2 | Conducted final review of the Retention Application. |
| 5/17/2023 | E. Hengel | 1.1 | Reviewed Conflict Check. |
| 5/17/2023 | E. Hengel | 0.9 | Reviewed revised Parties in Interest list. |
| 5/17/2023 | E. Hengel | 0.3 | Corresponded via email with Quinn Emanuel (P. Tomasco) regarding Interested Parties. |
| 5/18/2023 | R. Duffy | 0.3 | Reviewed filed BRG retention application. |
| **Task Code Total Hours** | | **7.1** | |
| **06. Attend Hearings/ Related Activities** | | | |
| 5/8/2023 | E. Hengel | 0.9 | Corresponded with Quinn Emanuel (P. Tomasco, A. Jaquet, R. Izakelian) on final edits to First Day Motions. |
| 5/9/2023 | E. Hengel | 1.6 | Analyzed First Day Motions in preparation for the First Day Hearing. |
| 5/9/2023 | E. Hengel | 1.4 | Analyzed First Day Declaration in preparation for the First Day Hearing. |
| 5/9/2023 | E. Hengel | 1.2 | Conducted final review of updated First Day Presentation shown in Court. |
| 5/9/2023 | E. Hengel | 1.2 | Reviewed First Day Presentation to be shown in Court. |
| 5/9/2023 | R. Duffy | 0.7 | Discussed First Day Hearing testimony preparation with BRG (E. Hengel). |
| 5/9/2023 | E. Hengel | 0.7 | Met with BRG (R. Duffy) re: preparation and testimony for First Day Hearing. |
| 5/9/2023 | R. Duffy | 0.3 | Reviewed First Day presentation ahead of hearing. |
| 5/10/2023 | E. Hengel | 2.3 | Attended First Day Hearing. |
| 5/10/2023 | E. Hengel | 1.6 | Conducted final review of First Day materials before the hearing. |
| 5/10/2023 | R. Duffy | 1.0 | Attended a portion of the First Day Hearing telephonically. |
| **Task Code Total Hours** | | **12.9** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 5/11/2023 | E. Hengel | 1.6 | Reviewed post-filing update presentation for Company leadership. |
| 5/12/2023 | R. Duffy | 0.4 | Reviewed Chapter 11 update presentation materials for 5/12 Board meeting. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 5/19/2023 | E. Hengel | 0.4 | Corresponded with Quinn Emanuel (P. Tomasco, A. Jaquet, R. Izakelian, J. Caytas) via email regarding the motion to omit confidential information. |
| **Task Code Total Hours** | | **2.4** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 5/18/2023 | E. Hengel | 1.6 | Reviewed draft of coin holdings schedule. |
| 5/25/2023 | E. Hengel | 0.3 | Corresponded with Quinn Emanuel (P. Tomasco) via email regarding state unclaimed property. |
| **Task Code Total Hours** | | **1.9** | |
| **11. Claim Analysis/ Accounting** | | | |
| 5/8/2023 | E. Hengel | 1.4 | Analyzed list of top creditors. |
| 5/11/2023 | E. Hengel | 1.2 | Reviewed list of top creditors. |
| 5/12/2023 | E. Hengel | 1.3 | Reviewed KYC procedure. |
| 5/15/2023 | E. Hengel | 1.7 | Analyzed customer claims process. |
| 5/16/2023 | E. Hengel | 1.5 | Attended a portion of call with Quinn Emanuel (P. Tomasco, J. Caytas, A. Jaquet), Debtor (C. Barker, K. Hamilton, P. Arthur), and Omni (P. Deutch, S. Kelly, B. Whitaker) to discuss KYC information for customer claims process. |
| 5/16/2023 | E. Hengel | 1.3 | Analyzed KYC requirements and claims process. |
| 5/18/2023 | E. Hengel | 1.1 | Reviewed draft of Proof of Claims form. |
| 5/18/2023 | E. Hengel | 0.9 | Reviewed updated claims process chart. |
| 5/18/2023 | R. Duffy | 0.7 | Reviewed customer claim schematic. |
| 5/19/2023 | E. Hengel | 1.2 | Analyzed customer claims classification. |
| 5/19/2023 | E. Hengel | 1.2 | Reviewed list of coins to be included in the Proof of Claims form. |
| 5/19/2023 | E. Hengel | 0.5 | Attended a portion of call with Quinn Emanuel (P. Tomasco) and Bittrex (J. Leva, P. Arthur, S. James) regarding the customer claim process. |
| 5/19/2023 | R. Duffy | 0.4 | Reviewed summary of customer claims process based on call with Counsel re: same. |
| 5/24/2023 | E. Hengel | 1.3 | Conducted final review of the Proof of Claim form. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 5/24/2023 | E. Hengel | 0.9 | Reviewed draft Bar Date Motion. |
| *Task Code Total Hours* | | **16.6** | |
| **12. Statements and Schedules** | | | |
| 5/11/2023 | E. Hengel | 1.2 | Reviewed SOFA/SOAL framework. |
| 5/11/2023 | E. Hengel | 0.5 | Attended a portion of SOFA/SOALs kick-off call with Quinn Emanuel (P. Tomasco, A. Jaquet), Omni (S. Kelly, B. Whitaker) and Bittrex (C. Barker, E. Havens, S. Lasseter). |
| 5/16/2023 | E. Hengel | 1.1 | Reviewed SOFA progress and outstanding items. |
| 5/18/2023 | E. Hengel | 1.2 | Analyzed progress made on SOFA to assess outstanding items. |
| 5/18/2023 | E. Hengel | 0.5 | Discussed 90-day transaction history data needed for SOFA 3 with BRG (S. Claypoole). |
| 5/19/2023 | E. Hengel | 1.4 | Reviewed necessary coin data for Statements and Schedules. |
| 5/22/2023 | E. Hengel | 0.7 | Reviewed SOFA 3 requirements. |
| 5/22/2023 | E. Hengel | 0.5 | Attended call with Bittrex (S. James) regarding 90-day customer transaction data for SOFA 3. |
| 5/22/2023 | E. Hengel | 0.5 | Attended call with Quinn Emanuel (P. Tomasco, A. Jaquet) to discuss SOFA 3. |
| 5/23/2023 | E. Hengel | 1.4 | Reviewed payments made to insiders for SOFA 4. |
| 5/23/2023 | E. Hengel | 1.2 | Reviewed draft of Global Notes for the Statements and Schedules. |
| 5/24/2023 | E. Hengel | 1.4 | Reviewed Quinn Emanuel draft of Global Notes for SOFA/SOALs. |
| 5/24/2023 | E. Hengel | 1.2 | Reviewed status of SOFA and SOAL completion. |
| 5/25/2023 | E. Hengel | 1.4 | Reviewed SOFA/SOAL progress in advance of approaching filing date. |
| 5/25/2023 | E. Hengel | 1.1 | Reviewed SOFA 4 support schedule. |
| 5/26/2023 | E. Hengel | 1.3 | Reviewed crypto assets held by the Company. |
| 5/26/2023 | E. Hengel | 1.2 | Reviewed Customer Claim exhibit for Bittrex US. |
| 5/26/2023 | E. Hengel | 0.9 | Reviewed Customer Claim exhibit for Bittrex Malta. |
| 5/26/2023 | E. Hengel | 0.9 | Reviewed SOFA 4 after inputting feedback from Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **12. Statements and Schedules** | | | |
| 5/26/2023 | R. Duffy | 0.4 | Reviewed Statements and Schedules drafts. |
| 5/30/2023 | E. Hengel | 1.2 | Reviewed follow-up questions for Company regarding 90-day transactions. |
| 5/30/2023 | E. Hengel | 0.4 | Reviewed updated Schedule F for Bittrex Malta. |
| 5/30/2023 | E. Hengel | 0.4 | Reviewed updated Schedule F for Bittrex US. |
| 5/31/2023 | E. Hengel | 1.4 | Conducted review of the Statements and Schedules prior to sharing with Company. |
| 5/31/2023 | E. Hengel | 1.3 | Prepared comments for BRG (S. Claypoole) regarding SOFA/SOALs. |
| 5/31/2023 | E. Hengel | 0.7 | Drafted questions for internal team regarding SOFA/SOAL drafts. |
| 5/31/2023 | E. Hengel | 0.5 | Reviewed SOFA/SOAL drafts on internal call with BRG (S. Claypoole, C. Reeves, D. Collins). |
| 5/31/2023 | E. Hengel | 0.4 | Corresponded with Quinn Emanuel (P. Tomasco) via email regarding the Statements and Schedules. |
| **Task Code Total Hours** | | **26.3** | |
| **13. Intercompany Transactions/ Balances** | | | |
| 5/10/2023 | E. Hengel | 1.4 | Reviewed intercompany reimbursement procedures. |
| 5/16/2023 | E. Hengel | 1.3 | Analyzed intercompany payment process. |
| 5/19/2023 | R. Duffy | 0.6 | Analyzed historical intercompany transactions. |
| **Task Code Total Hours** | | **3.3** | |
| **14. Executory Contracts/ Leases** | | | |
| 5/22/2023 | E. Hengel | 1.3 | Reviewed executory contracts. |
| **Task Code Total Hours** | | **1.3** | |
| **18. Operating and Other Reports** | | | |
| 5/10/2023 | E. Hengel | 0.8 | Reviewed Initial Debtor Interview request. |
| 5/11/2023 | E. Hengel | 1.6 | Reviewed documents collected for the Initial Debtor Interview. |
| 5/12/2023 | E. Hengel | 1.3 | Reviewed data collected for the Initial Debtor Interview. |
| 5/17/2023 | E. Hengel | 0.5 | Attended Initial Debtor Interview. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 5/19/2023 | E. Hengel | 0.3 | Corresponded via email with BRG (S. Claypoole) regarding data to be shared following Initial Debtor Interview. |
| 5/24/2023 | E. Hengel | 1.2 | Analyzed bank account status to provide the US Trustee with an update. |
| 5/29/2023 | E. Hengel | 0.4 | Reviewed draft response to US Trustee regarding bank accounts. |
| 5/30/2023 | E. Hengel | 1.7 | Reviewed Monthly Operating Report template. |
| 5/30/2023 | E. Hengel | 0.4 | Conducted final review of response to US Trustee regarding bank accounts. |
| **Task Code Total Hours** | | **8.2** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 5/8/2023 | R. Duffy | 0.4 | Reviewed Cash Management Motion. |
| 5/12/2023 | E. Hengel | 1.3 | Reviewed cash management procedures. |
| 5/12/2023 | R. Duffy | 0.6 | Reviewed proposed cash management operating procedures prepared by BRG (H. Foard). |
| 5/16/2023 | E. Hengel | 1.2 | Reviewed process of opening new bank accounts for the Debtors. |
| 5/16/2023 | R. Duffy | 0.3 | Reviewed revised cash management operating procedures. |
| 5/19/2023 | E. Hengel | 0.4 | Reviewed post-petition disbursements. |
| 5/22/2023 | E. Hengel | 1.2 | Reviewed status of Debtors' bank accounts. |
| 5/25/2023 | E. Hengel | 0.4 | Corresponded with Quinn Emanuel (P. Tomasco) via email regarding bank accounts. |
| 5/26/2023 | E. Hengel | 0.9 | Analyzed bank account status. |
| 5/26/2023 | R. Duffy | 0.6 | Reviewed documentation regarding seized bank assets. |
| 5/30/2023 | R. Duffy | 0.7 | Reviewed bank account and cash management issues. |
| 5/30/2023 | R. Duffy | 0.3 | Reviewed bank account update memo sent by BRG (H. Foard). |
| 5/31/2023 | E. Hengel | 1.2 | Analyzed the status of potential new bank accounts. |
| **Task Code Total Hours** | | **9.5** | |
| **26. Tax Issues** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **26. Tax Issues** | | | |
| 5/18/2023 | E. Hengel | 0.6 | Reviewed Debtors prior tax returns. |
| **Task Code Total Hours** | | **0.6** | |
| **31. Planning** | | | |
| 5/10/2023 | E. Hengel | 0.5 | Participated in call with BRG (H. Foard, C. Reeves) to discuss First Day Hearing. |
| 5/15/2023 | E. Hengel | 0.7 | Prepared plan for workstreams and staffing. |
| 5/22/2023 | E. Hengel | 0.6 | Updated plan for workstreams and staffing requirements. |
| 5/23/2023 | R. Duffy | 1.0 | Updated staffing workplan for key workstreams. |
| 5/23/2023 | E. Hengel | 0.4 | Participated in a portion of meeting with BRG (M. Canale, D. Collins) to review case workstreams. |
| 5/25/2023 | R. Duffy | 0.4 | Reviewed staffing for upcoming workstreams. |
| 5/30/2023 | E. Hengel | 1.4 | Updated Plan for workstreams and staffing requirements. |
| 5/30/2023 | E. Hengel | 0.5 | Attended portion of internal call with BRG (S. Claypoole, H. Foard, D. Collins, M. Canale) to discuss key workstreams. |
| **Task Code Total Hours** | | **5.5** | |
| **32. Document Review** | | | |
| 5/8/2023 | E. Hengel | 2.3 | Reviewed First Day Declaration. |
| 5/8/2023 | E. Hengel | 2.2 | Reviewed First Day Motions. |
| 5/8/2023 | E. Hengel | 1.3 | Prepared comments on the First Day Declaration and motions. |
| 5/8/2023 | R. Duffy | 0.6 | Reviewed First Day Declaration. |
| 5/23/2023 | E. Hengel | 1.2 | Reviewed evidence to support the motion to omit confidential information. |
| **Task Code Total Hours** | | **7.6** | |
| **34. Customer Management/ Retention** | | | |
| 5/10/2023 | E. Hengel | 0.9 | Reviewed draft of customer FAQ. |
| 5/12/2023 | E. Hengel | 1.1 | Reviewed customer FAQ document prepared by Omni. |
| 5/16/2023 | E. Hengel | 0.6 | Reviewed updated draft of the customer FAQ document. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **34. Customer Management/ Retention** | | | |
| 5/17/2023 | E. Hengel | 1.2 | Reviewed initial plans for customer withdrawal process. |
| 5/17/2023 | E. Hengel | 1.1 | Reviewed potential communications to customers regarding withdrawal process. |
| 5/20/2023 | E. Hengel | 1.0 | Reviewed plan to return customer assets. |
| 5/23/2023 | E. Hengel | 1.4 | Reviewed draft of the customer FAQ provided by Omni. |
| 5/29/2023 | E. Hengel | 1.6 | Analyzed customer withdrawal plan. |
| **Task Code Total Hours** | | **8.9** | |
| **36. Operation Management** | | | |
| 5/22/2023 | E. Hengel | 1.1 | Analyzed request to pay vendor invoices. |
| 5/23/2023 | E. Hengel | 0.6 | Reviewed Company credit card disbursements. |
| 5/25/2023 | E. Hengel | 0.5 | Attended call with Quinn Emanuel (P. Tomasco) and Bittrex (P. Arthur, E. Havens) regarding vendor payment procedures. |
| **Task Code Total Hours** | | **2.2** | |
| **Total Hours** | | **125.0** | |