**43150359IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al*.,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA MATTERS SCHEDULED FOR**
**STATUS CONFERENCE ON AUGUST 16, 2023 AT 10:00 A.M. (ET)**

---

**This hearing will be conducted by Zoom only.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

**Register in advance for this meeting:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-mpqj8rGct7pWch1MK_t-qfCnC5bKc

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

**RESOLVED MATTERS**

1.  Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 for Authority to File Under Seal Certain Information Contained in the (A) Debtors' Motion to Enforce Automatic Stay and Non- Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt, (B) the Declaration of David Maria in Support of the Motion, and (C) Exhibit L to the Declaration of Patricia B. Tomasco in Support of the Motion [D.I. 161, 6/30/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30653825.1

        Response Deadline:        July 14, 2023 at 4:00 p.m. (ET)

        Responses Received:        None

        Related Documents:

        A.    Certificate of No Objection [D.I. 223, 7/20/23]

        B.    Order [D.I. 226, 7/24/23]

        Status:    An order has been entered. No hearing is required.

2. Amended Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 to File Under Seal Certain Information Contained in (A) Florida Office of Financial Regulation's Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt, and (B) the Declaration of Brandon Greenberg in Support of the Objection to Debtors' Motion [D.I. 184, 7/7/23]

        Response Deadline:        July 14, 2023 at 4:00 p.m. (ET)

        Responses Received:        None

        Related Documents:

        A.    Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 to File Under Seal Certain Information Contained in (A) Florida Office of Financial Regulation's Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt, and (B) the Declaration of Brandon Greenberg in Support of the Objection to Debtors' Motion [D.I. 179, 7/6/23]

        B.    Order [D.I. 204, 7/12/23]

        Status:    An order has been entered. No hearing is required.

3. Motion Seeking Interim Extension of Deadline to Come Into Compliance with Bankruptcy Code Section 345(b) [D.I. 240, 8/2/23]

        Response Deadline:        August 9, 2023 at 4:00 p.m. (ET)

        Responses Received:        None

Related Documents:

A. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 8, 5/8/23]

B. Supplement to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 181, 7/6/23]

C. Further Interim Order Extending the Debtors' Deadline to Comply with Section 345(b) of the Bankruptcy Code [D.I. 206, 7/12/23]

D. Declaration of Patricia B. Tomasco in Support of Debtors' Motion Seeking Interim Extension of Deadline to Come Into Compliance with Bankruptcy Code Section 345(b) [D.I. 241, 8/2/23]

E. Declaration of James Waschak in Support of Debtors' Motion for Entry of an Order Amending Cash Management Order to Require Customers Bank to Honor Debtors' Bank Account Requests and Motion Seeking Interim Extension of Deadline to Come Into Compliance with Bankruptcy Code Section 345(b) [D.I. 245, 8/3/23]

F. Certificate Of No Objection [D.I. 265, 8/11/23]

G. Order [D.I. 268, 8/14/23]

Status: An order has been entered. No hearing is required.

4. Debtors' Motion for Entry of an Order Amending Cash Management Order to Require Customers Bank to Honor Debtors' Bank Account Requests [D.I. 242, 8/2/23]

Response Deadline: August 9, 2023 at 4:00 p.m. (ET)

Responses Received: None

30653825.1

Related Documents:

A. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 8, 5/8/23]

B. Supplement to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 181, 7/6/23]

C. Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 205, 7/12/23]

D. Order, Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), Shortening the Notice Period of the Debtors' Motion for Entry of an Order Amending Cash Management Order to Require Customers Bank to Honor Debtors' Bank Account Requests [D.I. 244, 8/3/23]

E. Declaration of James Waschak in Support of Debtors' Motion for Entry of an Order Amending Cash Management Order to Require Customers Bank to Honor Debtors' Bank Account Requests and Motion Seeking Interim Extension of Deadline to Come Into Compliance with Bankruptcy Code Section 345(b) [D.I. 245, 8/3/23]

F. Certificate Of No Objection [D.I. 266, 8/11/23]

G. Order [D.I. 269, 8/14/23]

Status: An order has been entered. No hearing is required.

**STATUS CONFERENCE MATTER**

5. Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 149; (Redacted) D.I. 152, 6/28/23]

Response Deadline: July 5, 2023 at 4:00 p.m. (ET)

Responses Received:

A. Florida Office of Financial Regulation's Objection to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt; [(Redacted) D.I. 170; (Sealed) D.I. 172, 7/5/23]

B. Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 174, 7/5/23]

Related Documents:

C. Declaration of David Maria in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 150; (Redacted) D.I. 154, 6/28/23]

D. Declaration of Patricia B. Tomasco in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 151; (Redacted) D.I. 155, 6/28/23]

E. Declaration of Steven D. Merriman in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 153, 6/28/23]

F. Florida Office of Financial Regulation's Motion for Enlargement of Time to Object to Debtor's Motion to Enforce the Automatic Stay and Non- Discrimination Provisions of the Bankruptcy code, and For Civil Contempt (Doc. No. 149) [D.I. 164, 7/3/23]

G. Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Redacted) D.I. 171, 7/5/23]

H. Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 173; (Redacted) D.I. 175; 7/5/23]

I. Stipulation and Order Adjourning the Hearing on the Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 186, 7/10/23]

J. Notice of Service of First Set of Requests for Production to the State of Florida Office of Financial Regulation [D.I. 225, 7/21/23]

K. Debtors' Letter Dated August 9, 2023 Regarding Debtors' Requests for Production to the State of Florida Office of Financial Regulation [D.I. 256, 8/9/23]

L. Florida Office of Financial Regulation Response Letter [D.I. 258, 8/10/23]

M. Exhibit A to Florida Office of Financial Regulation Response Letter [D.I. 259, 8/10/23]

<u>Status</u>:  This matter is going forward as a status conference.

*[Signature Page Follows]*

30653825.1

| | |
|---|---|
| Dated: August 14, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Joshua Brooks (Delaware Bar No. 6765)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: jbrooks@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(*admitted *pro hac vice)*<br>Patricia B. Tomasco *(*admitted *pro hac vice)*<br>Daniel Holzman *(*admitted *pro hac vice)*<br>Alain Jaquet *(*admitted *pro hac vice)*<br>Razmig Izakelian *(*admitted *pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(*admitted *pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |

30653825.1