IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on August 14, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A** and via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Order Granting Motion Seeking Interim Extension of Deadline to Come Into Compliance With Bankruptcy Code Section 345(b) [Docket No. 268]**

- **Order Granting Debtors' Motion for Entry of an Order Amending Cash Management Order to Require Customers Bank to Honor Debtors' Bank Account Requests [Docket No. 269]**

Dated: August 17, 2023

/s/ Darleen Sahagun
Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 17th day of August, 2023 by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 50 Largest | 008beac3-c9e4-4760-9a4c-b67977d15981 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 01014189-63a3-43c0-b6fc-651ddccaa276 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 0aaa95f4-0b64-41a0-8212-2f4468de8d5e | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 0d372cc9-9c01-40ab-996a-28f0032b2a26 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 12dba393-1a79-4ffe-a58d-782d80c140ba | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 13e5eb91-0087-4936-9f9b-fb73052b5f1a | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 1e09e8ec-8b17-422d-b3f3-cb96ee71fbaa | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 1fc8d534-be33-4884-bc54-edbab65f5b13 | | Email Address Redacted | Email |
| 50 Largest | 210de341-83a8-474c-a37e-61d2c10c8734 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 2482db41-3e56-4a7b-b3a1-c332df465fa9 | | Email Address Redacted | Email |
| 50 Largest | 27f81091-66c7-458a-a4f9-31f636c9b5c7 | | Email Address Redacted | Email |
| 50 Largest | 2a54b310-c531-49eb-a704-f5933e925168 | | Email Address Redacted | Email |
| 50 Largest | 2ede9c2c-3f1c-4c1f-913c-7fe64dd5af6f | | Email Address Redacted | Email |
| 50 Largest | 3264a54a-1218-46b6-ac7d-1d7773995563 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 3f28305a-7f4a-41ff-a707-e1d25ac111f9 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 4ede2655-0b05-4b45-9f04-de15d8c4f521 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 4f7f1b08-a58c-4bed-b0b5-16e246c52880 | | Email Address Redacted | Email |
| 50 Largest | 518eeb1b-dfb2-4be7-acee-7d3ccd74e5d5 | | Email Address Redacted | Email |
| 50 Largest | 58611824-5bc6-442d-b239-b548b4a4eec3 | | Email Address Redacted | Email |
| 50 Largest | 5cfb7e9b-08dc-4691-a7a0-91789961f52c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 6341b91e-7b9f-4f56-a6a9-c66069ad945d | | Email Address Redacted | Email |
| 50 Largest | 6a24bb04-4799-4da8-b799-98e9887b5d43 | | Email Address Redacted | Email |
| 50 Largest | 6ce22b6a-eaab-4150-860a-87d822ce49e6 | | Email Address Redacted | Email |
| 50 Largest | 7e8620c2-7ff2-4802-9979-6bc46d6b8fb7 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 83393306-9343-4855-8987-868266cb144e | | Email Address Redacted | Email |
| 50 Largest | 925d0c0b-c584-4005-9e48-025493db1f09 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 93ec913d-a376-4c3a-8844-93daf932b7d6 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | a1472e35-7879-403d-b912-33b369f974bc | Address Redacted | Email Address Redacted | Email |
| 50 Largest | a577b1ff-00ed-4872-a9ce-647cabbd4921 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | ae2ee974-3f89-4cb1-bcb4-64361b44486a | | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Arizona Attorney General Mark Brnovich | Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Arkansas Attorney General | 323 Center St, Ste 200<br>Little Rock, AR 72201 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General of the State of Ohio | 30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General State of Mississippi | 550 High St<br>Jackson, MS 39201 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General's Office | State of Alabama<br>501 Washington Ave<br>Montgomery, AL 36104 | | First-Class Mail |
| 50 Largest | b59cdaee-c5c7-4914-8741-335a0bd25e41 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | c09b87dc-64d8-440d-b71f-b2efcfe2aff6 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | c62b2459-1676-4e4e-9caa-99a0b420a404 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | cd16ebb3-96f5-4864-8a02-fc8d2463734f | Address Redacted | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Commonwealth of Puerto Rico Office of the Attorney General | P.O. Box 902192<br>San Juan, PR 00902 | | First-Class Mail |
| 50 Largest | d375ee9b-ef35-45fe-81ae-7eb0a643781b | Address Redacted | Email Address Redacted | Email |
| 50 Largest | db61b2ac-da20-4304-9c5e-9285060cc799 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dbe0b606-15c8-43f3-8517-14ac18907906 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dcb22222-657a-400a-b98b-495711848302 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dd2f7fdc-2163-42af-a90e-2d76007a16f0 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dd88f140-297b-4811-88c0-f18afd1b8752 | Address Redacted | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Delaware Department of Justice | Carvel State Building<br>820 N French St<br>Wilmington, DE 19801 | | First-Class Mail |
| United States Attorney's Office for the District of Delaware | Delaware Department of Justice | Carvel State Building<br>820 N French St<br>Wilmington, DE 19801 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Department of Attorney General | 525 W Ottawa St<br>Lansing, MI 48906 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Department of Justice | 114 W Edenton St<br>Raleigh, NC 27603 | | First-Class Mail |
| 50 Largest | e78e6f3a-5be9-49b8-be09-0c619928b44f | | Email Address Redacted | Email |
| 50 Largest | f25c6a91-1afa-48fd-abd9-e511999da04c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f536e49d-aa7a-4a54-a9ea-fcba81492b5c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f9999a5f-fa69-46ab-aff4-bca7e8ddeb56 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f9c46d34-51fa-4e10-aa95-93137c2de7e8 | | Email Address Redacted | Email |
| 50 Largest | fadf45ef-bc0f-4353-9850-fd1e77b29697 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | fb923c5c-30ca-4100-9f55-beeac5ba6ea8 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | Financial Crimes Enforcement Network | P.O. Box 39<br>Vienna, VA 22183 | FRC@fincen.gov | Email |
| *NOA - Counsel for Endurance American Insurance Company | Harris Beach PLLC | Attn: Lee E Woodard<br>Attn: Brian D Roy<br>333 W. Washington St, Ste 200<br>Syracuse, New York 13202 | bkemail@harrisbeach.com<br>broy@harrisbeach.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Illinois Attorney General | 100 W Randolph St<br>Chicago, IL 60601 | | First-Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Kansas Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612 | | First-Class Mail |
| Counsel to Debtors' non-debtor affiliate Bittrex Global GmbH | King & Spadling | Attn: M. Handler; R. Sacks | MHandler@KSLAW.com;<br>RSacks@KSLAW.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Louisiana Department of Justice | 1885 N 3rd St<br>Baton Rouge, LA 70802 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Louisiana Department of Justice | P.O. Box 94005<br>Baton Rouge, LA 70804 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Maryland Attorney General | 200 St Paul Pl<br>Baltimore, MD 21202 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Nebraska Attorney General | 2115 State Capitol<br>Lincoln, NE 68509 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | New Hampshire Department of Justice | 33 Capitol St<br>Concord, NH 03301 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | New Mexico Attorney General | 408 Galisteo St<br>Villagra Building<br>Santa Fe, NM 87501 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of Attorney General | 600 E Boulevard Ave, Dept 125<br>Bismarck, ND 58505 | | First-Class Mail |
| 50 Largest | Office of Foreign Asset Control | 1500 Pennsylvania Ave NW<br>Washington, DC 20220 | Ofac_feedback@treasury.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Office of Minnesota Attorney General | Keith Ellison<br>445 Minnesota St, Ste 1400<br>St Paul, MN 55101 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 40 Capitol Sq, SW<br>Atlanta, GA 30334 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 100 N Carson St<br>Carson City, NV 89701 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | State of New Jersey<br>Richard J Hughes Justice Complex<br>25 Market St<br>Trenton, NJ 08611 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 300 W 15th St<br>Austin, TX 78701 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 202 N 9th St<br>Richmond, VA 23219 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General for the District of Columbia | 400 6th St, NW<br>Washington, DC 20001 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General of Iowa | Hoover State Office Building<br>1305 E Walnut St<br>Des Moines, IA 50319 | | First-Class Mail |
| *NOA - Counsel for Texas Department of Banking | Office of the Attorney General of Texas | Attn: Roma N Desai<br>Attn: Sean T Flynn<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | roma.desai@oag.texas.gov<br>sean.flynn@oag.texas.gov | Email |
| *NOA - Counsel for the Office of the Illinois State Treasurer | Office of the Illinois Attorney General | Attn: John P Reding<br>100 W Randolph St, Ste 13-225<br>Chicago, IL 60601 | John.reding@ilag.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Maine Attorney General | 6 State House Station<br>Augusta, ME 04333 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Oklahoma Attorney General | 313 NE 21st St<br>Oklahoma City, OK 73105 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the WV Attorney General | State Capitol Complex, Bldg 1, Rm E-26<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Oregon Department of Justice | 1162 Court St NE<br>Salem, OR 97301-4096 | | First-Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Counsel to Debtor's non-debtor affiliates RBR Holdings, Inc., and Aquila Holdings Inc. | Pachulski Stang Ziehl Jones | 919 North Market St, 17th FL<br>Wilmington, DE 19801 | ljones@pszjlaw.com;<br>mlitvak@pszjlaw.com;<br>dbertenthal@pszjlaw.com;<br>tcairns@pszjlaw.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | RI Office of the Attorney General | 150 S Main St<br>Providence, RI 02903 | | First-Class Mail |
| 50 Largest | Securities & Exchange Commission | 100 Pearl St, Ste 20-100<br>New York, NY 10004 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Carolina Attorney General's Office | The Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia, SC 29211 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Carolina Attorney General's Office | Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Dakota Attorney General | 1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | State of Alaska Department of Law | 1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | State of Idaho | Office of the Attorney General<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720 | | First-Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Tennessee Attorney General's Office | Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202 | | First-Class Mail |
| *NOA – Counsel for Florida Office of Financial Regulation | The Bifferato Firm, PA | Attn: Ian Connor Bifferato<br>1007 N Orange St, 4th Fl<br>Wilmington, DE 19801 | cbifferato@tbf.legal | Email |
| *NOA - Counsel for Endurance American Insurance Company | The Powell Firm, LLC | Attn: Jason C Powell<br>1813 N Franklin St<br>PO Box 289<br>Wilmington, DE 19899 | jpowell@delawarefirm.com | Email |
| *NOA - Counsel for TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office Bankruptcy Division<br>Attn: Laura L McCloud<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |
| United States Trustee for the District of Delaware | United States Trustee for the District of Delaware | 844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Washington State | Office of the Attorney General<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504 | | First-Class Mail |
| Governmental Authority | Florida Office of Financial Regulation | Attn: Brandon Greenberg, Assistant General Counsel | Brandon.Greenberg@FLOFR.gov | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)

# **EXHIBIT B**

**Exhibit B**
Service List

| Name | Attention | Email | Method of Service |
|---|---|---|---|
| Customers Bank | Attn: Oleg Karaman<br>Attn: Janet Hartman | okaraman@cbpcb.com;<br>digitalbusiness@customersbank.com | Email |