DocuSign Envelope ID: 9F9CC140-2229-4B6F-B12E-D3CAA2764BE5

August 16, 2023

FILED

2023 AUG 22  PM 1: 37

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Dear Honorable Brendan L. Shannon,**

I hope this letter finds you in good health.

Following a letter I received from the debtors' counsel, I find myself concerned about some discrepancies. On August 1, 2023, I received an email from **Bittrex Global** (Liechtenstein), containing an inventory list that included LoMo Coin. However, the letter from the debtor's counsel doesn't mention anything related to Bittrex Global. This discrepancy has led me to believe that my assets might have been transferred post the bankruptcy filing, which, to my understanding, could potentially amount to bankruptcy fraud. Especially when I understood that some creditors have withdrawn their LoMo Coin but in her letter she said it is unrecoverable.

I am therefore seeking your assistance in this matter. I am fully prepared to travel to the USA to testify before you, if required, to resolve this issue.

I kindly request that you compel the debtors and their counsel to respond to the queries raised in my enclosed letter and take into account the supporting evidence.

I extend my sincere gratitude for your attention to this matter, Honorable.

DocuSigned by:

465ECC87B34B485...

Yours faithfully,
Adel Abbasi
8/16/2023

DocuSign Envelope ID: 9F9CC140-2229-4B6F-B12E-D3CAA2764BE5

August 16, 2023

**Dear Miss. Tomasco,**
It was a pleasure that I received the response of my letter from you:

First, I would like to know the difference between the terms "disabled account" and "blocked account" as Bittrex used to use "Disabled account" for me, why do you use "blocked account" rather than "disabled account"?

2nd, As per my understanding, Bittrex closed my account due to withdrawal of my assets. However, as evidenced by the attached letter, there is still a balance of LMC, Lomo Coin, in my account. **Could you please clarify the reason for closing an account that still contains a balance?** In other words, If I have no assets in possession of the debtors thus I am not a creditor, why was I served with the "Notice of the Bar Date"?

3rd, if my understanding is correct, you mean I did not receive ONG and ONT coins, because I was not eligible to receive them due to Iranian sanctions? So bittrex has received them but did not dispatch them to me., right?

4th, Despite your statement, I did not receive any email or communication from Bittrex or its case management website on May 22, 2023. Please provide proof that this notice was properly served, as no attachments indicating such, were included in the said letter.

5th, Access to my account to retrieve UUID was denied, similar to other Iranian users, preventing us from submitting claims against Bittrex or withdrawal request. If a UUID was assigned, it was not made accessible to me till your letter nor I was informed. So please kindly let me know in which schedule I may find my assets?

6th, **It appears that Bittrex accepted funds from Iranians, verified their accounts using Iranian passports and then disabled these accounts citing sanctions.** Almost a year later, finally they got relief by OFAC Permission (as you stated in your letter) but this permission never got public nor its terms and conditions. may for information of the esteemed Court and fairness and equity, inform me the exact time of that Permission issued by OFAC or publish that?

7th, You declared that I was a customer of Bittrex International since August 2019 due to acceptance of its terms. So this means Bittrex International (Malta) opened a new account for me? and all my information (including my passport and other identity data) plus my assets are transferred to that entity? Which currently holds them?
Looking forward to your prompt response to save life and rights,

DocuSigned by:

465ECC87B34B485...
Adel Abbasi
8/16/2023

**quinn emanuel** trial lawyers | houston

Pennzoil Place, 711 Louisiana Street, Suite 500, Houston, Texas 77002-2721 | TEL (713) 221-7000 FAX (713) 221-7100

WRITER'S DIRECT DIAL NO.
**(713) 221-7227**

WRITER'S EMAIL ADDRESS
**pattytomasco@quinnemanuel.com**

August 14, 2023

**VIA EMAIL AND FEDERAL EXPRESS**
Mr. Adel Abbasi
Şan Sk. No:30 D:6
Çağlayan, Kâğıthane/İstanbul 34403
adel.abbasi.bitcoin@gmail.com

Re:   In re Bittrex Inc., et al., Case No. 23-10597, in the United States Bankruptcy Court for
      the District of Delaware

Dear Mr. Abbasi:

We refer to (a) your letter dated August 1, 2023 (the "August 1 Letter") filed in the case *In re Desolation Holdings LLC, et al.* (Case No. 23-10597) pending in the United States Bankruptcy Court for the District of Delaware (the "Court") (the "Chapter 11 Case"); and (b) the Court's letter dated August 9, 2023 requesting that the Debtors in the Chapter 11 Case respond to you.[1]

According to the Debtors' records and as further described below, we note that **you are a former customer of Bittrex who withdrew all the cryptocurrency in your Bittrex account over three years ago** (in February 2020). **Your Bittrex account was closed after you completed the withdrawal of your assets.**

**As reflected in the Notice of Bar Date successfully served on you via email on June 12, 2023,[2] you are entitled to file a proof of claim by August 31, 2023 at midnight (prevailing Eastern Time)** if you deem to have a claim against one or more of the Chapter 11 Case's debtors.

---

[1]   The Letters and the Court's letter appear at D.Is. 254 and 255, respectively.

[2]   Based on the records of Omni Agent Solutions, the Claims and Noticing Agent, you also received the Notice of Commencement of the Chapter 11 Case on May 22, 2023. Your statement that you "have never been served any notice of Bankruptcy" is therefore wrong. *See* August 1 Letter. The Notice of Commencement, the Notice of Bar Date, the proof of claim form, and other documents relating to the Chapter 11 Case are publicly available at www.omniagentsolutions/Bittrex.

**quinn emanuel urquhart & sullivan, llp**
ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

**Your UUID is 41f6167c-9946-476b-808b-ad3891db6a04**. It is therefore incorrect that "Bittrex [never] assigned [you] a UUID." *See* August 1 Letter. If you have not been able to see your UUID, that is because your Bittrex's account has been closed since February 2020.

**Bittrex rejects any allegations of liability**, including any alleged liability resulting from the block of your Bittrex account due to the sanctions of the U.S. Office of Foreign Assets Control ("OFAC") targeting Iran (the "Iranian Sanctions"). By way of background:

- You became a Bittrex customer in or around October 2017. At that time, your account was associated with Debtor Bittrex, Inc. The same month, Bittrex blocked your account in October 2017 because of the Iranian Sanctions.

- In August 2019, you agreed to the Terms of Service for Bittrex International ("Terms of Service), relating to "[a]ny services made available by Bittrex, Inc. or Bittrex Malta Ltd. … under the name 'Bittrex International.'" Because you agreed to the Terms of Services, your Bittrex account was associated with Debtor Bittrex Malta Ltd.

- In or around April 2019—when you held 24,937.50000000 Lomocoins ("LMC[s]") in your Bittrex account—Bittrex (a) announced to customers holding LMCs that it decided to remove from its exchanges this type of cryptocurrency because it did not have any market; and (b) urged the affected customers to withdraw the LMCs by June 21, 2019 to avoid that the LMCs became unrecoverable. The Debtors' records show that you did not take any steps with Bittrex regarding Bittrex's announcement on the LMCs. In any case, Bittrex could not have met a withdrawal request from you because of the Iranian Sanctions.[3]

---

[3]    Also, we note that the Terms of Service of Bittrex International, under section 2.2. "Restricted Locations," provide: "You may not use the Services if you are located in, or a citizen or resident of the United States. You may not use the Services if you are located in, or a citizen or resident of any state, country, territory or other jurisdiction that is embargoed by the United States, or if you are on any trade or economic sanctions lists, such as the United Nations Security Council Sanctions List, or if you are restricted or prohibited from engaging in any type of trading by the European Union, Hong Kong Monetary Authority, Hong Kong Customs and Excise Department, Office of Foreign Asset Control or any other administrative law enforcement agencies. You may not use the Services if you are located in, or a citizen or resident of any state, country, territory or other jurisdiction where your use of the Services would be illegal or otherwise violate any applicable law. You represent and warrant that you are not a citizen or resident of any such jurisdiction and that you will not use any Services while located in any such jurisdiction, and that you are not on any trade or economic sanctions list. You also may not use the Services if you are located in, or a citizen or resident of, any other jurisdiction where Bittrex has determined, at its discretion, to prohibit use of the Services. **Bittrex may implement controls to restrict access to the Services from any jurisdiction prohibited pursuant to this Section 2.2**. You will comply with this Section 2.2, even if Bittrex's methods to prevent use of the Services are not effective or can be bypassed." (Emphasis added.)

Further, section 4 of the Terms of Service state: "Bittrex may suspend or cease to support the transfer, storage or trading of any Token at any time at Bittrex's discretion. Other exchanges and service providers may do the same. … **You may be unable to withdraw Tokens prior to Bittrex ceasing to support transfer of any such Tokens, resulting in the loss of any such Tokens remaining in your Bittrex Account.**" (Emphasis added.) Any Token may decrease in value or lose all of its value due to various factors including discovery of wrongful conduct, market manipulation, changes to Token Properties or perceived value of Token Properties, Attacks, suspension or cessation of support for a Token by Bittrex or other exchanges or service providers, and other factors outside the control of

- In or around late 2019, Bittrex obtained permission from OFAC to unblock assets affected by the Iranian Sanctions for a short window until the end of March 2020 (the "OFAC Permission"). Starting from November 2019, Bittrex informed all relevant customers (including you) of the ability to withdraw the cryptocurrency associated with previously blocked accounts.

- Because of the OFAC Permission, in February 2020, you were able to withdraw all the assets—in the form of Bitcoin ("BTC") and Neo ("NEO") cryptocurrencies—in your account.[4] Following this OFAC-related withdrawal, your Bittrex account was closed, as customary in relation to Bittrex's implementation of the OFAC Permission.

- Since February 2020, you only contacted Bittrex once: on July 31, 2023, to ask for your account history, which Bittrex provided to you.

As stated above, the block of your account occurred because of Bittrex's obligations in complying with the U.S. regulatory framework. As soon as Bittrex was entitled to unblock the account (i.e., following the OFAC Permission), Bittrex did so and you could withdraw all the assets in the account. Should you claim additional damages related to this course of events, please complete a proof of claim provided to you in the Notice of Bar Date.

Regarding the alleged "thousands of Iranians whose accounts at Bittrex were deactivated" (*see* August 1 Letter), we note that, like your case, the block of accounts belonging to Iranian customers stemmed from Bittrex's implementation of the Iranian Sanctions. The Debtors deny any liability arising out from that. If these customers still have a balance in their Bittrex accounts, they can withdraw their assets pursuant to the Court's order authorizing customer withdrawals (D.I. 128).[5] For those customers who are unable to withdraw the balance in their Bittrex accounts or who feel that they have other claims against any

---

Bittrex. Any Token may decrease in value or lose all of its value due to legislative or regulatory activity, or other government action. … The risks described in this Section 4 may result in loss of Tokens, decrease in or loss of all value for Tokens, inability to access or transfer Tokens, inability to trade Tokens, inability to receive financial benefits available to other Token holders, and other financial losses to you. You hereby assume, and agree that Bittrex will have no responsibility or liability for, any such risks. **You hereby irrevocably waive, release and discharge any and all claims, whether known or unknown to you, against Bittrex, Inc., Bittrex Malta, each of their respective Affiliates and their respective shareholders, members, directors, officers, employees, agents and representatives related to any of the risks set forth herein**." (Emphasis as in the original text.)

Moreover, under sections 10.2 and 10.3, the Terms of Service provide: "**Bittrex may, at its discretion and without liability to you, with or without prior notice and at any time, temporarily suspend or permanently terminate your access to all or a portion of any Services**" (emphasis added), and "**Bittrex will not be liable for any losses suffered by you resulting from any modification of any Services or from any suspension or termination of your access to all or a portion of any Services (whether pursuant to this Section 10 or for any other reason)**. If and when Services resume, you acknowledge that Token valuations and exchange rates may differ significantly from the valuations and rates prior to such event." (Emphasis added.)

[4]    Your August 1 Letter, at p. 2, includes a reference to Ontology ("ONT") and OntologyGas ("ONG"), which were cryptocurrencies freely distributed to the eligible customers. You were not an eligible customer, including because of the Iranian Sanctions.

[5]    *See* Bittrex's Frequently Asked Questions, also available at www.omniagentsolutions/Bittrex.

of the Debtors, we encouraged them to file a proof of claim (by August 31, 2023 at midnight (prevailing Eastern Time)).

Very truly yours,

Patricia Tomasco


Cc: - The Honorable Brendan Linehan Shannon, United States Bankruptcy Judge (via hand delivery and email)

    - Richard L. Schepacarter, Esq., United States Trustee (via email)



BITTREX SUPPORT

BACK TO GLOBAL.BITTREX.COM

SUBMIT A REQUEST

Bittrex Global › My activities

Request #3228147

# Deposit, withdrawal, and transaction history

Adel Abbasi Bitcoin
16 days ago

Hello Team,

As a verified user of Bittrex, I would like to request my deposit, withdrawal, and transaction history, including all trades and orders. It appears that I have coins on Bittrex that I wish to withdraw.

Best Regards,

Tommi
15 days ago

Adel Abbasi Bitcoin submitted this request

**Status**

Solved

**Assigned to**

Tommi

📎 adel.abbasi.bitcoin-gmail.com._closed_orders_2023-07-31T22_24_21.318Z.csv (460 Bytes)

📎 adel.abbasi.bitcoin-gmail.com._Closed_deposits_2023-07-31T22_24_15.305Z.csv (676 Bytes)

📎 adel.abbasi.bitcoin-gmail.com._Closed_withdrawals_2023-07-31T22_24_17.902Z.csv (464 Bytes)

📎 adel.abbasi.bitcoin-gmail.com._trading_account_holdings_2023-07-31T22_24_12.327Z.csv (60 KB)



trades and orders. It appears that I have coins on Bittrex that I wish to withdraw.

Best Regards.

Tommi
15 days ago
2023-08-01 01:26

Hi adel.abbasi.bitcoin@gmail.com,

Thank you for reaching out. This account currently does not hold a withdrawable balance. Your account holdings and transaction history are attached. Please reach out if you have any questions.
Best Regards,

Tommi @ Bittrex Global
Follow us on Twitter @ https://twitter.com/BittrexGlobal

📎 adel.abbasi.bitcoin-gmail.com_closed_orders_2023-07-31T22_24_21.318Z.csv
(460 Bytes)

📎 adel.abbasi.bitcoin-gmail.com_Closed_deposits_2023-07-31T22_24_15.305Z.csv
(676 Bytes)

📎 adel.abbasi.bitcoin-gmail.com_Closed_withdrawals_2023-07-31T22_24_17.903Z.csv
(464 Bytes)

📎 adel.abbasi.bitcoin-gmail.com_trading_account_holdings_2023-07-31T22_24_12.327Z.csv
(60 KB)

Adel Abbasi Bitcoin
15 days ago

Dear Bittrex Team,

Could you please guide me on how to withdraw my LMC coins from your exchange?



| Symbol | Address | Balance | Available | BTC Value |
|--------|---------|---------|-----------|-----------|
| LMC | | 24,937.5000 | 24,937.5000 | 0.00000000 |
| BTC | 1Pfd4A5kBiSfDdhoH4XGWy8NroZ1DBmLGs | 0.00000000 | 0.00000000 | 0.00000000 |
| LTC | | 0.00000000 | 0.00000000 | 0.00000000 |
| _EAC | | 0.00000000 | 0.00000000 | 0.00000000 |
| DOGE | | 0.00000000 | 0.00000000 | 0.00000000 |
| VTC | | 0.00000000 | 0.00000000 | 0.00000000 |
| PPC | | 0.00000000 | 0.00000000 | 0.00000000 |





01.0122.07.23SN.AAB2238750

Kargo takibi veya size en ya
444 99 99 çağrı mer
www.yurticikargo.com
Kargonuzun adresinden alınm

## Önemlidir!

en gönderilerin taşınması yasaktır. Bu tür gönderilerin içeriği
tin taşıyıcıya teslimi halinde sorumluluk göndericiye aittir.
saklanmış her türlü gönderi.

etleri Kanunu ve sair mevzuat kapsamında Posta Tekeline
(mektup v.b).

r türlü patlayıcılar, gazlar, yanıcı sıvılar, yanıcı katılar,
ddeler, radyoaktif maddeler, aşındırıcılar...vb.)

r, sivri ambalajlı yırtılacak maddeler

metli evrak ile altın, gümüş gibi değerli taşlar ve ziynet eşyaları
a adresinde yer alan listedeki diğer gönderiler.

## Genel Uyarı

1- Kargonuzun yerine zamanında ulaşabilmesi için,
telefonlarını eksiksiz yazınız.
2- Ticari kargolar için mutlaka sevk İrsaliyesi veriniz.
3- Kargolar, gerek görülmesi halinde Emniyet Güçle
güvenlik ve kontrolden geçirilebilir
4- Kargonuzu teslim alırken kontrol ediniz. Kargon
varsa kargoyu teslim eden çalışanların uyarın
başvurular kabul edilmeyecektir.
5- Karayolu Taşıma Yönetmenliği gereği teslimatlar
kaydedilmesi zorunludur.

KARGO TESLİM SIRASINDA, SİZDEN KİMLİK BİL
İSTEYEN ÇALIŞANLARIMIZA, KARGONUZUN GÜ



yurtiçi    16/08/2023
17:00:41
Tel: 212 3462062    9110YK04
MASLAK    911083893307

**ULUSLARARASI ULU**

**Konşimento**
NO : 0000280076489210

GÖNDEREN  AWB

ADEL ABBASI
CAGLAYAN MH. SAN SK. NO 3
O D 6 KAGITHANE ISTANBUL

TLF : 506 3703736

1/1 Mi

0.1 – KG 0.1 – DS 0.1 – KG/DS

Yurtdışı Gönderi    DHL

W648921  YURTDIŞI EKSPRES

çıktığında alıcınızı ha
detay bilgilerini sms gi

...erinizi hangi iş günün
st gününü alıcının sms
Yurtiçi Gün Tercihli ...

...rgo gönderinizle ilgili
mak, her türlü rapor işlem

**GEOPOST HAVALIMA**




INTERNATIONAL FEDERATION OF
FREIGHT FORWARDERS ASSOCIATIONS
IATA

ktup,
herat



Maximum recommended weight 2 kg/4.4 lbs

made from recycled materials

**EXPRESS WORLDWIDE** **DOX** *DHL*

2023-08-17 MYDHL• 1.0 / '30-0821'

GOGREEN

Origin:
**IST**

From : ADEL ABBASI
ADEL ABBASI
ESKI BUYUKDERE CAD.
KARGO PLAZA NO.17-19
MASLAK ISTANBUL
34398 ISTANBUL MASLAK SISLI ISTANBUL AREA
Turkey

Contact:
UNITED STATES BANKRUPTCY

To : UNITED STATES BANKRUPTCY
UNITED STATES BANKRUPTCY
824 NORTH MARKET STREET 6TH FLOOR
COURTROOM 1 WILMINGTON
+003022522915

**19801 WILMINGTON Delaware**
**United States of America**

## US-PHL-NJS DENJ
Day  Time

**ADI**
Ref: 0000280076489210

Pce/Shpt Weight
**0.5 kg**

Piece
**1/1**

Contents: Identity
docume nt

WAYBILL 45 2501 9155

(2L)US19801+42000000

(J) JD01 4600 0111 2176 1423