IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | . | Chapter 11 |
| | . | |
| DESOLATION HOLDINGS, LLC, | . | Case No. 23-10597 (BLS) |
| et al. | . | |
| | . | |
| Debtors. | . | |
| | . | August 16, 2023 |
| . . . . . . . . . . . . . . | . | 10:00 p.m. |

TRANSCRIPT OF HEARING BEFORE
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

| | |
|---|---|
| For the Debtors: | Young Conaway Stargatt & Taylor, LLP<br>BY:  KEN ENOS, ESQ.<br>1000 N. King Street, Suite 810<br>Wilmington, DE  19801<br>Tel: (302) 571-6600<br>Email: kenos@ycst.com |
| | Quinn Emmanuel, LLP<br>BY:  PATRICIA B. TOMASCO, ESQ.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Email:<br>pattytomasco@quinemmanuel.com |
| For State of Florida: | The Bifferato Firm<br>BY:  CONNOR BIFFERATO, ESQ.<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE  19801<br>Tel: (302) 571-6600 |
| Audio Operator: | Dana L. Moore, ECRO |
| Transcription Company: | Reliable<br>1007 N. Orange Street<br>Wilmington, Delaware 19801<br>(302)654-8080<br>Email:  gmatthews@reliable-co.com |

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

1       (Recorded proceedings commence at 10:04 a.m.)

2       THE COURT:  Good morning, all, this is Judge Shannon.

3  I understand from the court reporter that necessary parties

4  have joined.

5       This is a hearing in the matter of Desolation

6  Holdings referred to as Bittrex, Case No. 23-10597.  And this

7  is the time that the Court has set for a collection of hearings

8  on motions, but I believe all of them have been resolved.  And

9  I think what we have today is a status conference that follows

10 on a hearing that we had last week.

11      I'll hear first from counsel for the debtor.  Good

12 morning.

13      MS. TOMASCO:  Good morning, Your Honor.  Pardon to

14 Mr. Enos.  This is Patty Tomasco with Quinn Emmanuel on behalf

15 of the debtors, and Ken Enos with the Young Conaway firm is

16 also attending.

17      THE COURT:  Good morning.  What are we up to?

18      MS. TOMASCO:  If there are no other appearances, Your

19 Honor, we're pleased that today's docket is significantly

20 lighter than expected.

21      First, we want to report that the debtors in the

22 State of Florida financial responsibility have agreed to

23 continue Docket Item 149, the stay enforcement matter to the

24 next omnibus hearing set for September 13th as we try to

25 continue work toward both procedural and substantive agreement

1  with the State of Florida.

2          THE COURT:  Okay.

3          MS. TOMASCO:  And Florida fortunately has agreed that

4  as long as the matter is pending here, they will not prosecute

5  their administrative complaint in Florida, so that leaves us

6  with no emergency or exigent circumstances that need the

7  Court's attention.

8          THE COURT:  Okay.

9          MS. TOMASCO:  If that is acceptable to Your Honor,

10 that's the plan with respect to that docket item.

11         THE COURT:  That sounds fine to me.  And as I noted a

12 moment ago, the Court did, we had a hearing last week where

13 there were discussions about discovery and the mechanics of

14 preparing for this hearing.  It seemed to me that the parties

15 were in violent agreement that an adjournment today would make

16 sense, and I appreciate the parties taking the time.  And I'm

17 happy to obviously hold the matter in abeyance pending guidance

18 from the parties.  And it sounds like the parties have achieved

19 a status quo that's acceptable.

20         Can I hear from counsel for Florida?

21         Good morning, Mr. Bifferato.  Good to see you.

22         MR. BIFFERATO:  Good to see you, Your Honor.  Good

23 morning.

24         I agree with Ms. Tomasco'S characterization.  We are

25 hopefully trying to find a path to a resolution.  And otherwise

1 the State of Florida has agreed to hold prosecution of the

2 underlying administrative complaint in abeyance until either

3 resolution is reached or the Court rules on the pending motion.

4     THE COURT:  Okay.  Well that sounds fine.  Then I

5 think this is just then carried as a -- is it, Ms. Tomasco, is

6 it carried as a status conference to the 13th or the, yes,

7 September 13, or is it carried as the matter would be on the

8 agenda unless I'm advised otherwise?

9     MS. TOMASCO:  Your Honor, we have not discussed

10 exactly what's going to happen at the next omnibus hearings.  I

11 don't want to put words in Mr. Bifferato's mouth.  I think that

12 in my mind it would be continued as a substantive hearing.

13     THE COURT:  Okay.

14     MS. TOMASCO:  But I'll let Mr. Bifferato weigh in on

15 that as well.

16     MR. BIFFERATO:  Your Honor, I agree with Ms. Tomasco.

17 We haven't discussed it.  And I appreciate her defaulting to a

18 substantive hearing unless advised otherwise.  Hopefully,

19 again, there's some resolution that we can report between now

20 and then, but otherwise, I agree with Ms. Tomasco's

21 characterization.

22     THE COURT:  That's completely fine.  The only reason

23 that I asked was just that as you'll remember, Mr. Bifferato,

24 on our call last week, the discussion was really about whether

25 or what discovery would be necessary or appropriate in

1 connection with that hearing.  So I will simply rely upon the

2 parties to continue their dialogue.  If you need me, you know

3 how to reach me.  But otherwise I'll just look for the parties

4 either on the merits in September or for further report.  But

5 either way that works for me.  Okay?

6          MS. TOMASCO:  Thank you, Your Honor.  And second, and

7 second, although this is not on the docket, it has been in the

8 news.  I have discussed this with the FCC that I was going to

9 make this report to the Court this morning.

10          Yesterday, the federal District Court in Seattle,

11 Washington entered an order which is essentially accompanied by

12 a consent order between --

13          THE COURT:  Hang on just a second.  This is Judge

14 Shannon.  I'm going to ask that any party that is participating

15 via Zoom please place your phone on mute.

16          All right.  I think that's an improvement.

17          Ms. Tomasco, I apologize for the interruption.  Would

18 you start over again, please?

19          MS. TOMASCO:  Thank you, Your Honor.  This has been

20 in the news.  Yesterday, the federal District Court in Seattle,

21 Washington entered an order approving a consent order between

22 Bittrex Inc. and the SEC providing for a settlement of the SEC

23 action that was the subject of our motion to estimate SEC's

24 claim at Docket Item 134.  That had been previously set for a

25 hearing on July 19th and continued without date.

1        For the record, the pending federal District Court

2   matter is 23-580 in the Western District of Washington State.

3        The operative paragraph of the judgment, and I'm

4   reading because I don't want anybody to say that I

5   mischarachterized this.

6        THE COURT:  No, that's fine.

7        Ms. TOMASCO:  The operative paragraph of the judgment

8   is as follows.  The defendant shall, and that would include

9   Bittrex, Inc., shall satisfy the obligation by paying the

10  Securities and Exchange Commission $24 million within 60 days

11  after the effective date of the chapter 11 plan liquidation.

12  The plan in the bankruptcy case Bittrex Inc. referring to this

13  case here.

14       We drafted a 9019 motion for the Court's approval

15  with the settlement in that, that rests with the SEC counsel

16  today for their comments.  But we hope and plan to file that as

17  soon as today as soon as we get their comments back.

18       I see that Ms. Scheuer and Ms. Schrage are present if

19  they want to comment on my characterization of the settlement.

20  But as I said, we will be progressing with a 9019 motion

21  followed quickly by a solicitation procedures motion to

22  accompany a revised plan and disclosure statement that

23  incorporates this very important settlement that is going to be

24  the centerpiece of how we get out of chapter 11.

25       THE COURT:  Ms. Tomasco, I very much appreciate the

1 report.  That's certainly welcome news.  Before I hear from the

2 SEC, if they wish to be heard, I have a question about

3 mechanics.  All of what you've described sounds fine.   But is

4 there, do we have a chicken and egg issue between courts?  Is

5 there a, does a consent order or something have to be entered

6 by the Court in did you say Seattle?

7          MS. TOMASCO:  Correct.

8          THE COURT:  Does that have to happen before I

9 consider the 9019?  I'm indifferent.  But sometimes these

10 things are staged, and I've had certainly plenty of experience

11 with resolutions that require approval from two different

12 courts.  I'm at your pleasure, I just want to get a sense of

13 what the mechanics would be.

14          MS. TOMASCO:  Well, the happy news is that the court

15 in Seattle has already approved an order.

16          THE COURT:  Okay.  All right.  I misheard then.  I

17 apologize.

18          MS. TOMASCO:  I'm sorry.

19          THE COURT:   Okay.  So we're good to go and we'll

20 look for your settlement motion.

21          MS. TOMASCO:  Correct, Your Honor.  And not in any

22 priority of course, but we frankly didn't expect for the court

23 to move that quickly in Seattle.  The fact that it was entered

24 yesterday, it was only approved by the parties and filed on

25 that docket, you know, a few days ago.  So it was a very quick

1  turnaround from that court.  So it's happy news.  But we didn't

2  have a chance to get the 9019 approved by the SEC and filed,

3  it's just the way it happened.

4          THE COURT:  Sure.  Can I hear from counsel for the

5  Securities Exchange Commission?  Good morning.

6          Ms. Scheuer, I think you're on mute.

7          MS. SCHEUER:  I apologize.  Your Honor.

8          THE COURT:  No worries.

9          MS. SCHEUER:  Good morning.  Therese Scheuer for the

10  Securities and Exchange Commission.

11          Your Honor, my colleague, Patricia Schrage is on the

12  line and will be addressing the Court this morning.

13          THE COURT:  Very good.  Good morning, Ms. Schrage,

14  good to see you.

15          MS. SCHRAGE:  Good morning, Your Honor.  And thank

16  you.  Yes, it is good to, thank you for taking the time for us

17  this morning.

18          Your Honor, do you have any questions?  I do want to

19  confirm what Ms. Tomasco had said.  And I also did just really

20  want you to know briefly that the consent and the payment are

21  contingent on bankruptcy court approval.  But as Ms. Tomasco

22  said, it was entered by the District Court.  So as you will

23  shortly see the 9019 motion, and as she said it will also be

24  included in the plan.

25          THE COURT:  That all sounds great to me.  I will look

1 for the 9019 motion to be filed.  My chambers will be happy to

2 assist with scheduling.  If it needs separate scheduling from

3 the date that you've already got on my calendar, I'd be happy

4 to oblige.  But otherwise, it sounds like, you know the

5 settlement is pretty simple and straightforward.  And, again,

6 the mechanics of embodying it into a settlement motion and then

7 blessing it through the plan works just fine for me.  So I

8 don't have any questions or issues at this time.  And I very,

9 very much appreciate a pretty welcome report.

10          Ms. Tomasco, do we have anything else this morning?

11          MS. TOMASCO:  That's the end of my script, Your

12 Honor.  So everything else will be free form.

13          THE COURT:  Very good.  I would ask if anyone else

14 wishes to be heard or anything else that we need to cover

15 before we adjourn.

16          Hearing no response, again, I very much appreciate

17 getting reports on both of the matters that have been

18 presented.  I'll look for the settlement motion and I will

19 presumably look for a revised solicitation procedures motion to

20 get the plan process moving forward.  This is all certainly

21 good and welcome news.  And with that, we are adjourned.  Thank

22 you very much, counsel.  Be well.

23          (Proceedings adjourned 10:14 a.m.)

24

25

1                         CERTIFICATION

2            I certify that the foregoing is a correct transcript

3  from the electronic sound recording of the proceedings in the

4  above-entitled matter to the best of our knowledge and ability.

5

6  /s/ Theresa Pullan                  August 20, 2023

7  Theresa Pullan, CET-780

8  Certified Court Transcriptionist

9  For Reliable