## EXHIBIT A

**Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-23-10597 (BLS) |
| Debtors. | (Jointly Administered ) |
| | Objection Deadline:<br>Hearing Date: |

**DECLARATION AND DISCLOSURE STATEMENT OF GREGORY J. HOLLON, ON BEHALF OF MCNAUL EBEL NAWROT & HELGREN PLLC**

I, Gregory J. Hollon, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information, and belief:

1. I am the Managing Member of McNaul Ebel Nawrot & Helgren, PLLC, located at 600 University Street, Suite 2700, Seattle, Washington 98101 (the "Firm").

2. This declaration (the "Declaration") is submitted in accordance with the Order Pursuant to 11 U.S.C. §§ 105(a), 327, and 330 Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business [Docket No. 103] (the "OCP Order"). Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

3. Desolation Holdings LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm to provide certain legal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

services to the Debtors, including specifically representation in pending litigation and arbitration matters, as well as to represent certain of the Debtors in responding to discovery subpoenas issued to such Debtors in matters in which they are not parties. The Firm has consented to provide such services.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons who are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, its attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, with respect to the matters on which the Firm is to be retained.[2]

7. The Debtors owe the Firm $5,896.70 for prepetition services, the payment of which is subject to the limitations contained in the Bankruptcy Code.

---

[2] This clause shall only be included if the Ordinary Course Professional is an attorney.

8. As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

9. The Firm has conducted further inquiries regarding its retention by any creditors of the Debtors, and has not discovered any further facts bearing on the matters described herein. Should such information be discovered in the future, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 24, 2023

By: _____
Gregory J. Hollon