# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 23, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Filing of Disclosure Declaration of Ordinary Course Professional, Scott Douglass & McConnico LLP [Docket No. 279]**

Dated: August 24, 2023

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 24th day of August, 2023, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman
Notary Public

> CAROLYN K. CASHMAN
> Notary Public - California
> Los Angeles County
> Commission # 2396732
> My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

## **<u>EXHIBIT A</u>**

**Exhibit A**
**Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| U.S. Trustee | Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |