**In re: Desolation Holdings LLC, et al.**



## Exhibit A1: Fees By Professional - Co-CROs

**Berkeley Research Group, LLC**

For the Period 6/1/2023 through 6/30/2023

| Professional | Title | Hours | Fees |
|---|---|---|---|
| E. Hengel | Managing Director | 140.7 | |
| R. Duffy | Managing Director | 6.0 | |
| **Total** | | **146.7** | **$125,000.00** |
| | | | |
| **Blended Rate** | | | **$852.08** |