**In re: Desolation Holdings LLC, et al.**



**Exhibit A2: Fees By Professional - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 6/1/2023 through 6/30/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| K. Hamilton | Managing Director | $1,150.00 | 13.3 | $15,295.00 |
| M. Canale | Managing Director | $1,150.00 | 8.4 | $9,660.00 |
| A. Ruda | Director | $650.00 | 8.0 | $5,200.00 |
| C. Reeves | Director | $990.00 | 38.9 | $38,511.00 |
| L. Furr | Associate Director | $550.00 | 27.9 | $15,345.00 |
| H. Foard | Senior Managing Consultant | $755.00 | 109.2 | $82,446.00 |
| M. Slattery | Senior Managing Consultant | $600.00 | 13.4 | $8,040.00 |
| A. Bekker | Managing Consultant | $500.00 | 16.6 | $8,300.00 |
| D. Collins | Senior Associate | $525.00 | 93.7 | $49,192.50 |
| D. Mordas | Senior Associate | $580.00 | 2.2 | $1,276.00 |
| T. Reeves | Senior Associate | $295.00 | 18.8 | $5,546.00 |
| C. Kolls | Associate | $425.00 | 71.1 | $30,217.50 |
| G. Beaulieu | Associate | $425.00 | 1.9 | $807.50 |
| S. Claypoole | Associate | $450.00 | 215.2 | $96,840.00 |
| M. Haverkamp | Case Manager | $350.00 | 2.4 | $840.00 |
| H. Henritzy | Case Assistant | $240.00 | 0.9 | $216.00 |
| M. Moulon | Case Assistant | $175.00 | 4.5 | $787.50 |
| **Total** | | | 646.4 | **$368,520.00** |
| **Blended Rate** | | | | **$570.11** |