**In re: Desolation Holdings LLC, et al.**

<span style="color:#4FC3D9">**Exhibit B1: Fees By Task Code - Co-CROs**</span>

**Berkeley Research Group, LLC**

<span style="color:#4FC3D9">For the Period 6/1/2023 through 6/30/2023</span>

| Task Code | Hours | Fees |
|---|---|---|
| 04. DIP Financing | 13.2 | |
| 05. Professional Retention/ Fee Application Preparation | 1.0 | |
| 06. Attend Hearings/ Related Activities | 13.3 | |
| 07. Interaction/ Meetings with Debtors/ Counsel | 3.0 | |
| 10. Recovery/ SubCon/ Lien Analysis | 12.8 | |
| 11. Claim Analysis/ Accounting | 16.5 | |
| 12. Statements and Schedules | 20.3 | |
| 14. Executory Contracts/ Leases | 2.1 | |
| 18. Operating and Other Reports | 27.4 | |
| 19. Cash Flow/Cash Management/ Liquidity | 14.6 | |
| 27. Plan of Reorganization/ Disclosure Statement | 7.7 | |
| 31. Planning | 1.6 | |
| 32. Document Review | 1.9 | |
| 36. Operation Management | 11.3 | |
| **Total** | **146.7** | $125,000.00 |
| **Blended Rate** | | **$852.08** |