**In re: Desolation Holdings LLC, et al.**

**Exhibit B2: Fees By Task Code - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 6/1/2023 through 6/30/2023

| Task Code | Hours | Fees |
| --- | --- | --- |
| 04. DIP Financing | 20.9 | $15,000.50 |
| 05. Professional Retention/ Fee Application Preparation | 15.9 | $7,013.50 |
| 06. Attend Hearings/ Related Activities | 15.2 | $7,736.00 |
| 07. Interaction/ Meetings with Debtors/ Counsel | 2.6 | $1,469.50 |
| 10. Recovery/ SubCon/ Lien Analysis | 40.1 | $20,253.50 |
| 11. Claim Analysis/ Accounting | 30.3 | $13,400.00 |
| 12. Statements and Schedules | 153.7 | $78,384.50 |
| 13. Intercompany Transactions/ Balances | 2.7 | $2,649.50 |
| 14. Executory Contracts/ Leases | 6.7 | $3,015.00 |
| 18. Operating and Other Reports | 127.9 | $84,108.00 |
| 19. Cash Flow/Cash Management/ Liquidity | 64.3 | $38,435.50 |
| 22. Preference/ Avoidance Actions | 2.1 | $1,260.00 |
| 24. Liquidation Analysis | 13.2 | $7,125.00 |
| 27. Plan of Reorganization/ Disclosure Statement | 5.1 | $2,537.50 |
| 31. Planning | 3.4 | $1,764.50 |
| 32. Document Review | 1.2 | $906.00 |
| 34. Customer Management/ Retention | 13.1 | $6,457.50 |
| 36. Operation Management | 24.4 | $13,745.00 |
| 37. Vendor Management | 3.6 | $1,803.00 |
| 40. Business Transaction Analysis | 100.0 | $61,456.00 |

| Task Code | Hours | Fees |
|---|---|---|
| **Total** | **646.4** | **$368,520.00** |
| **Blended Rate** | | **$570.11** |