In re: Desolation Holdings LLC, et al.

## Exhibit C1: Time Detail - Co-CROs

**Berkeley Research Group, LLC**

For the Period 6/1/2023 through 6/30/2023

| Date | Professional | Hours | Description |
|---|---|---|---|
| **04. DIP Financing** | | | |
| 6/6/2023 | E. Hengel | 2.0 | Reviewed draft of first DIP variance report. |
| 6/12/2023 | E. Hengel | 1.0 | Reviewed DIP budget assumptions. |
| 6/13/2023 | E. Hengel | 1.0 | Discussed updated DIP budget assumptions with BRG (C. Reeves, H. Foard). |
| 6/14/2023 | E. Hengel | 2.0 | Reviewed updated DIP budget assumptions and provided comments to the BRG team (H. Foard, C. Reeves). |
| 6/14/2023 | R. Duffy | 1.0 | Reviewed extended case timeline in conjunction with the necessary adjustments to the DIP budget. |
| 6/15/2023 | E. Hengel | 1.8 | Analyzed DIP budget including corresponding with BRG (H. Foard) regarding budgeted ordinary course professional payments. |
| 6/26/2023 | E. Hengel | 2.0 | Reviewed June-to-date DIP budget variances including corresponding with BRG (H. Foard). |
| 6/26/2023 | E. Hengel | 1.0 | Reviewed ordinary course professionals included in the DIP budget including corresponding with BRG (H. Foard). |
| 6/28/2023 | E. Hengel | 1.4 | Provided comments to H. Foard (BRG) regarding filed fee applications in comparison to estimates in the DIP budget. |
| **Task Code Total Hours** | | **13.2** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 6/2/2023 | E. Hengel | 1.0 | Prepared comments for BRG (H. Foard) re: Parties in Interest list. |
| **Task Code Total Hours** | | **1.0** | |
| **06. Attend Hearings/ Related Activities** | | | |
| 6/6/2023 | E. Hengel | 2.3 | Reviewed questions drafted by the BRG team and reviewed the cash management motion in order to prepare for second day hearing. |
| 6/6/2023 | E. Hengel | 2.0 | Reviewed supplemental Statements and Schedules and the cash management motion in preparation for the second day hearing. |
| 6/7/2023 | E. Hengel | 2.0 | Attended second day hearing. |

Berkeley Research Group, LLC                                    Invoice for the 6/1/2023 - 6/30/2023 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **06. Attend Hearings/ Related Activities** | | | |
| 6/7/2023 | E. Hengel | 2.0 | Reviewed the motion to redact customer information and other relevant materials in preparation for hearing. |
| 6/8/2023 | R. Duffy | 1.0 | Reviewed second day hearing summary and the objection to the motion to honor customer withdrawals. |
| 6/15/2023 | E. Hengel | 2.0 | Prepared for and attended 341 meeting of creditors. |
| 6/23/2023 | E. Hengel | 2.0 | Prepared materials for and attended the follow up 341 creditors meeting. |
| **Task Code Total Hours** | | **13.3** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 6/13/2023 | E. Hengel | 1.0 | Reviewed materials to update the Company on case timeline. |
| 6/14/2023 | E. Hengel | 2.0 | Analyzed and edited final draft of materials to update Company on case timeline. |
| **Task Code Total Hours** | | **3.0** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 6/3/2023 | E. Hengel | 2.0 | Reviewed cryptocurrency transaction data gathered by the blockchain team. |
| 6/4/2023 | E. Hengel | 1.3 | Reviewed draft of deleted coin analysis. |
| 6/5/2023 | E. Hengel | 2.0 | Prepared comments on the coin analysis performed by BRG blockchain team. |
| 6/8/2023 | E. Hengel | 2.0 | Prepared comments for the BRG blockchain team regarding customer liability versus coin holdings. |
| 6/11/2023 | E. Hengel | 1.5 | Reviewed coin analysis and corresponded with BRG (M. Canale) regarding potential additional analysis. |
| 6/12/2023 | E. Hengel | 1.0 | Reviewed coin analysis updated for 6/12 assets and liabilities information. |
| 6/29/2023 | E. Hengel | 2.0 | Reviewed documents relating to minimum distribution of assets to customers. |
| 6/29/2023 | E. Hengel | 1.0 | Reviewed de minimis coin holdings and provided comments to S. Claypoole (BRG) regarding de minimis coin procedures. |
| **Task Code Total Hours** | | **12.8** | |
| **11. Claim Analysis/ Accounting** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 6/3/2023 | E. Hengel | 1.6 | Analyzed customer claim procedure. |
| 6/9/2023 | E. Hengel | 1.0 | Reviewed claims customer and vendor claims procedures. |
| 6/13/2023 | E. Hengel | 1.3 | Provided comments to S. Claypoole (BRG) regarding progress of e-claims filed on Omni website. |
| 6/22/2023 | E. Hengel | 1.0 | Provided comments to C. Kolls regarding vendor claims filed on Omni website and their consistency with the Company's financial records. |
| 6/22/2023 | E. Hengel | 1.0 | Provided comments to S. Claypoole regarding the progress of customer claims. |
| 6/23/2023 | E. Hengel | 2.1 | Analyzed procedure by which customers can file claims and how they will be addressed by the Company. |
| 6/23/2023 | E. Hengel | 2.0 | Reviewed materials relating to the SEC claims against Bittrex US and Bittrex Global. |
| 6/25/2023 | E. Hengel | 1.0 | Corresponded with Quinn Emanuel (P. Tomasco) regarding certain claims filed on the Omni website. |
| 6/27/2023 | E. Hengel | 2.1 | Reviewed claims formatting on the Omni website and corresponded with Quinn Emanuel (P. Tomasco) regarding changes to the Omni website presentation of customer claims. |
| 6/27/2023 | E. Hengel | 2.0 | Analyzed state authorities claims filed on Omni website and corresponded with Quinn Emanuel (P. Tomasco) regarding how state claims will be addressed. |
| 6/29/2023 | E. Hengel | 1.4 | Provided comments to S. Claypoole (BRG) regarding a summary of non-customer claims to be delivered to the Company finance team. |
| **Task Code Total Hours** | | **16.5** | |
| **12. Statements and Schedules** | | | |
| 6/1/2023 | E. Hengel | 2.0 | Attended partial meeting with Bittrex (C. Barker, S. Lasseter), Quinn Emanuel (P. Tomasco, R. Izakelian) and Omni (S. Kelly) to discuss the Statements and Schedules. |
| 6/1/2023 | E. Hengel | 2.0 | Reviewed states with possible claims potentially needing to be recorded in the Statements and Schedules. |
| 6/1/2023 | E. Hengel | 1.6 | Reviewed drafts of Statements and Schedules. |
| 6/2/2023 | E. Hengel | 2.0 | Provided BRG (S. Claypoole) with comments on Global Notes for the Statements and Schedules. |
| 6/2/2023 | E. Hengel | 1.0 | Prepared comments on the updated Statements and Schedules. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **12. Statements and Schedules** | | | |
| 6/4/2023 | E. Hengel | 2.0 | Analyzed Statements and Schedules including providing comments to BRG (C. Kolls, S. Claypoole). |
| 6/5/2023 | E. Hengel | 2.0 | Prepared for and attended meeting with Bittrex (D. Maria, C. Barker, S. James, S. Lasseter, C. Belling, C. Koukos), Quinn Emanuel (P. Tomasco, A. Jaquet, J. Caytas) and Omni (S. Kelly) regarding the Statements and Schedules. |
| 6/5/2023 | E. Hengel | 2.0 | Reviewed drafts of the Statements and Schedules. |
| 6/6/2023 | R. Duffy | 1.0 | Reviewed work in progress drafts of Statements and Schedules. |
| 6/9/2023 | E. Hengel | 1.7 | Reviewed additional customers not originally included in the Statements and Schedules. |
| 6/12/2023 | E. Hengel | 2.0 | Reviewed additional customer data added to supplemental Statements and Schedules including corresponding with Quinn Emanuel (P. Tomasco) regarding timing. |
| 6/14/2023 | E. Hengel | 1.0 | Reviewed supplemental Global Notes to accompany supplemental Statements and Schedules. |
| **Task Code Total Hours** | | **20.3** | |
| **14. Executory Contracts/ Leases** | | | |
| 6/19/2023 | E. Hengel | 2.1 | Participated in call with BRG (S. Claypoole) re: executory contracts. |
| **Task Code Total Hours** | | **2.1** | |
| **18. Operating and Other Reports** | | | |
| 6/6/2023 | E. Hengel | 2.0 | Reviewed May MOR templates and cryptocurrency data to provide comments to BRG (H. Foard). |
| 6/7/2023 | E. Hengel | 1.0 | Prepared comments for BRG (H. Foard, D. Collins) on May MOR drafts. |
| 6/12/2023 | R. Duffy | 1.0 | Reviewed intercompany transaction report for US Trustee and post-petition reimbursement procedure. |
| 6/12/2023 | E. Hengel | 1.0 | Reviewed MOR framework and filing timeframe. |
| 6/13/2023 | E. Hengel | 1.0 | Prepared comments for BRG (H. Foard, D. Collins) on MOR framework. |
| 6/16/2023 | E. Hengel | 2.0 | Analyzed trial balance data for May monthly operating report. |
| 6/16/2023 | E. Hengel | 1.8 | Reviewed cryptocurrency data for May monthly operating report. |
| 6/18/2023 | E. Hengel | 0.8 | Corresponded with P. Tomasco (Quinn Emanuel) regarding timing of May monthly operating report. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 6/19/2023 | E. Hengel | 1.4 | Reviewed draft of May monthly operating report. |
| 6/19/2023 | E. Hengel | 1.0 | Analyzed cryptocurrency holdings listed on the balance sheet for the May MOR. |
| 6/19/2023 | E. Hengel | 0.5 | Attended call with BRG (C. Reeves, D. Collins) to review May Monthly Operating Report. |
| 6/19/2023 | E. Hengel | 0.5 | Attended call with BRG (C. Reeves, D. Collins) to review status of MOR. |
| 6/20/2023 | E. Hengel | 2.0 | Reviewed Global Notes for May monthly operating report. |
| 6/20/2023 | E. Hengel | 1.6 | Analyzed balance sheet adjustments for May monthly operating report. |
| 6/20/2023 | E. Hengel | 1.3 | Attended call with BRG (C. Reeves, H. Foard, D. Collins) to reconcile the general ledger to the Schedules with supporting schedules and roll forward. |
| 6/20/2023 | E. Hengel | 1.0 | Prepared for and attended call with Quinn Emanuel (P. Tomasco, J. Caytas, A. Jaquet, R. Izakelian) to review May monthly operating report. |
| 6/21/2023 | E. Hengel | 2.0 | Conducted review of May monthly operating report updated for revised balance sheet and P&L. |
| 6/21/2023 | E. Hengel | 1.0 | Prepared for and attended call with Bittrex (C. Chenowith, S. Lasseter) to review pre- and post-petition expenses on Bittrex P&L. |
| 6/22/2023 | E. Hengel | 2.0 | Provided final comments to BRG (H. Foard, C. Reeves, D. Collins) on May monthly operating report. |
| 6/22/2023 | E. Hengel | 1.5 | Provided final comments on the Global Notes attached to the May monthly operating report. |
| 6/23/2023 | R. Duffy | 1.0 | Reviewed summary of the 341 creditors meeting and analyzed the May monthly operating report. |
| **Task Code Total Hours** | | **27.4** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 6/1/2023 | E. Hengel | 1.0 | Met with BRG (B. Duffy) to discuss 345(b) compliance and review bank account status. |
| 6/1/2023 | R. Duffy | 1.0 | Met with BRG (E. Hengel) to discuss 345(b) compliance and review bank account status. |
| 6/5/2023 | E. Hengel | 1.4 | Analyzed actual cash flow data received from the Company compared to DIP budget. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 6/8/2023 | E. Hengel | 1.5 | Reviewed bank account status including corresponding with BRG (H. Foard) and Quinn Emanuel (P. Tomasco). |
| 6/16/2023 | E. Hengel | 1.0 | Corresponded with BRG (H. Foard, C. Reeves) regarding May closing balances. |
| 6/19/2023 | E. Hengel | 2.0 | Analyzed bank account status and reviewed alternative banking possibilities. |
| 6/21/2023 | E. Hengel | 1.7 | Analyzed bank account status and discussed possible alternatives with Quinn Emanuel (P. Tomasco) via email. |
| 6/26/2023 | E. Hengel | 1.0 | Analyzed bank account status including corresponding with BRG (H. Foard). |
| 6/27/2023 | E. Hengel | 1.0 | Reviewed status of bank accounts including corresponding with BRG (H. Foard). |
| 6/28/2023 | E. Hengel | 2.0 | Reviewed and edited Prime Trust bank memo. |
| 6/28/2023 | E. Hengel | 1.0 | Prepared comments for BRG (S. Claypoole) on Prime Trust bank memo. |
| **Task Code Total Hours** | | **14.6** | |
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 6/13/2023 | E. Hengel | 2.0 | Reviewed Disclosure Statement preparations including examples from relevant cases. |
| 6/21/2023 | E. Hengel | 1.0 | Reviewed progress on Disclosure Statement comparison and provided comments to D. Collins (BRG). |
| 6/30/2023 | E. Hengel | 2.0 | Reviewed initial draft of chapter 7 liquidation analysis. |
| 6/30/2023 | E. Hengel | 1.7 | Reviewed claim amounts for inclusion in liquidation analysis. |
| 6/30/2023 | E. Hengel | 1.0 | Reviewed draft of the Disclosure Statement and supporting documents. |
| **Task Code Total Hours** | | **7.7** | |
| **31. Planning** | | | |
| 6/7/2023 | E. Hengel | 0.5 | Participated in call with BRG (S. Claypoole, D. Collins) re: current workstreams. |
| 6/12/2023 | E. Hengel | 1.1 | Reviewed active workstreams and attended meeting with BRG (S. Claypoole, D. Collins) to discuss progress. |
| **Task Code Total Hours** | | **1.6** | |

Berkeley Research Group, LLC                                  Invoice for the 6/1/2023 - 6/30/2023 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **32. Document Review** | | | |
| 6/26/2023 | E. Hengel | 1.9 | Reviewed draft of the motion to enforce automatic stay. |
| *Task Code Total Hours* | | **1.9** | |
| **36. Operation Management** | | | |
| 6/2/2023 | E. Hengel | 2.0 | Analyzed structure of certain loan. |
| 6/2/2023 | E. Hengel | 1.5 | Analyzed intercompany reimbursements and vendor payments. |
| 6/7/2023 | E. Hengel | 2.0 | Analyzed post-petition invoices and intercompany reimbursement transactions. |
| 6/9/2023 | E. Hengel | 1.0 | Analyzed weekly disbursements and approved payment. |
| 6/12/2023 | E. Hengel | 1.0 | Reviewed Bittrex platform issue allowing select individuals to continue using the platform. |
| 6/13/2023 | E. Hengel | 1.0 | Reviewed weekly expenses and intercompany reimbursements. |
| 6/14/2023 | E. Hengel | 1.8 | Prepared comments for BRG (H. Foard) on intercompany transactions and weekly reimbursement process. |
| 6/27/2023 | E. Hengel | 1.0 | Analyzed weekly disbursements and intercompany payments. |
| *Task Code Total Hours* | | **11.3** | |
| **Total Hours** | | **146.7** | |