## Exhibit A

**Plan**