# Exhibit B

# Organizational Chart

