**Exhibit C**

**Liquidation Analysis**

**Project Raptor**
*Plan vs Liquidation Recoveries -  **8/15 Crypto Balances & 8/15 Spot Prices***
*$ in mm*

| | | Desolation Holdings, Inc. & Related Debtors (Consolidated) [1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Midpoint Chapter 11 Recovery | | | Low Chapter 7 Recovery | | | High Chapter 7 Recovery | | |
| | | *Emergence on 10/29/23* | | | *Conversion on 10/29/23* | | | *Conversion on 10/29/23* | | |
| Class | Claim or Interest | Claims | Plan | *Recovery* | Claims | Liquidation | *Recovery* | Claims | Liquidation | *Recovery* |
| | Total Estimated Proceeds, Net [2, 3, 4, 5, 6] | | $ 379.9 | | | $ 287.9 | | | $ 310.2 | |
| Unclassified | Administrative & Priority Claims [7] | 27.1 | 27.1 | *100%* | 27.1 | 27.1 | *100%* | 27.1 | 27.1 | *100%* |
| 1 | Other Priority Claims [8] | 0.2 | 0.2 | *100%* | 0.2 | 0.2 | *100%* | 0.2 | 0.2 | *100%* |
| 2A | Allowed Class 2A (BUS Customers) [9, 10] | 188.2 | 188.2 | *100%* | 213.4 | 206.8 | *97%* | 163.1 | 163.1 | *100%* |
| 2B | Allowed Class 2B (Malta OpCo Customers) [9, 11] | 41.6 | 41.6 | *100%* | 55.4 | 53.7 | *97%* | 37.0 | 37.0 | *100%* |
| 3 | GUC Claims [12] | 75.8 | 75.8 | *100%* | 75.8 | - | *0%* | 75.8 | 75.8 | *100%* |
| 4 | Subordinated Claims [12] | - | - | *0%* | 37.9 | - | *0%* | 37.9 | 7.1 | *19%* |
| | **Total Recoveries** | **$ 332.9** | **$ 332.9** | ***100%*** | **$ 409.8** | **$ 287.9** | ***70%*** | **$ 341.0** | **$ 310.2** | ***91%*** |
| | Surplus / (Shortfall) to Liquidating Trust | | 47.1 | *n.a.* | | (121.9) | *n.a.* | | (30.8) | *n.a.* |

Footnotes to Analysis
(1) This analysis assumes emergence from Chapter 11 on October 29th, 2023 or conversion to a Chapter 7 Liquidation on October 29th, 2023.
(2) Total Estimated Proceeds, Net includes (i) Cash & Cash Equivalents, (ii) Restricted Cash, (iii) Estimated Value of Crypto Assets Held, and (iv) Intercompany Receivables.
(3) Proceeds are shown net of liquidation costs, with estimated incremental wind-down costs of ~$9mm in the Ch. 7 vs. Ch. 11. Both scenarios assume a 12 month Wind-Down.
(4) Est. value of cryptocurrency portfolio under all scenarios is based on coin balances and spot prices as of 8/15/23.
(5) Est. value of cryptocurrency portfolio in a liquidation is discounted 9 - 14% to reflect impact of market depth constraints.
(6) Est. value of cryptocurrency portfolio in a liquidation is also discounted 8 - 10% to reflect reduced company trading capabilities in a shortened timeframe.
(7) Administrative & Priority Claims include estimated unpaid accrued payables, including Chapter 11 professional fees and DIP Loan Obligations.
(8) Other Priority Claims includes reserve for estimated government tax claims based on filed proof of claim forms filed to date.
(9) Allowed BUS and Malta Customer Claims are based on estimated % of customers that convert to 'non-contingent' status (i.e., by providing KYC and address information).
(10) Assumes 70% and 50% of BUS contingent customers convert to allowed claims in the Ch. 7 low and high recovery scenarios, respectively.
(11) Assumes 60% and 30% of Malta contingent customers convert to allowed claims in the Ch. 7 low and high recovery scenarios, respectively.
(12) For purposes of this analysis, undetermined claims are not assumed to receive any distributions.

**Project Raptor**

*Plan vs Liquidation Recoveries -  **7/31 Crypto Balances & 5/8 Spot Prices***

*$ in mm*

| | | Desolation Holdings, Inc. & Related Debtors (Consolidated) [1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Midpoint Chapter 11 Recovery** | | | **Low Chapter 7 Recovery** | | | **High Chapter 7 Recovery** | | |
| | | *Emergence on 10/29/23* | | | *Conversion on 10/29/23* | | | *Conversion on 10/29/23* | | |
| Class | Claim or Interest | Claims | Plan | *Recovery* | Claims | Liquidation | *Recovery* | Claims | Liquidation | *Recovery* |
| | **Total Estimated Proceeds, Net** [2, 3, 4, 5, 6] | | $ 404.4 | | | $ 307.7 | | | $ 334.9 | |
| Unclassified | Administrative & Priority Claims [7] | 27.1 | 27.1 | *100%* | 27.1 | 27.1 | *100%* | 27.1 | 27.1 | *100%* |
| 1 | Other Priority Claims [8] | 0.2 | 0.2 | *100%* | 0.2 | 0.2 | *100%* | 0.2 | 0.2 | *100%* |
| 2A | Allowed Class 2A (BUS Customers) [9, 10] | 199.9 | 199.9 | *100%* | 226.6 | 222.2 | *98%* | 173.2 | 173.2 | *100%* |
| 2B | Allowed Class 2B (Malta OpCo Customers) [9, 11] | 44.5 | 44.5 | *100%* | 59.3 | 58.2 | *98%* | 39.6 | 39.6 | *100%* |
| 3 | GUC Claims [12] | 75.8 | 75.8 | *100%* | 75.8 | - | *0%* | 75.8 | 75.8 | *100%* |
| 4 | Subordinated Claims [12] | - | - | *0%* | 37.9 | - | *0%* | 37.9 | 19.1 | *50%* |
| | **Total Recoveries** | **$ 347.5** | **$ 347.5** | ***100%*** | **$ 426.9** | **$ 307.7** | ***72%*** | **$ 353.7** | **$ 334.9** | ***95%*** |
| | Surplus / (Shortfall) to Liquidating Trust | | 56.9 | *n.a.* | | (119.2) | *n.a.* | | (18.8) | *n.a.* |

Footnotes to Analysis

(1) This analysis assumes emergence from Chapter 11 on October 29th, 2023 or conversion to a Chapter 7 Liquidation on October 29th, 2023.
(2) Total Estimated Proceeds, Net includes (i) Cash & Cash Equivalents, (ii) Restricted Cash, (iii) Estimated Value of Crypto Assets Held, and (iv) Intercompany Receivables.
(3) Proceeds are shown net of liquidation costs, with estimated incremental wind-down costs of ~$7.5mm-$9.5mm in the Ch. 7 vs. Ch. 11. Both scenarios assume a 12 month Wind-Down.
(4) Est. value of cryptocurrency portfolio under all scenarios is based on coin balances as of 7/31/23 and spot prices as of 5/8/23.
(5) Est. value of cryptocurrency portfolio in a liquidation is discounted 13 - 19% to reflect impact of market depth constraints.
(6) Est. value of cryptocurrency portfolio in a liquidation is also discounted 8 - 10% to reflect reduced company trading capabilities in a shortened timeframe.
(7) Administrative & Priority Claims include estimated unpaid accrued payables, including Chapter 11 professional fees and DIP Loan Obligations.
(8) Other Priority Claims includes reserve for estimated government tax claims based on filed proof of claim forms filed to date.
(9) Allowed BUS and Malta Customer Claims are based on estimated % of customers that convert to 'non-contingent' status (i.e., by providing KYC and address information).
(10) Assumes 70% and 50% of BUS contingent customers convert to allowed claims in the Ch. 7 low and high recovery scenarios, respectively.
(11) Assumes 60% and 30% of Malta contingent customers convert to allowed claims in the Ch. 7 low and high recovery scenarios, respectively.
(12) For purposes of this analysis, undetermined claims are not assumed to receive any distributions.

**Project Raptor**
*Plan vs Liquidation Recoveries - **Variance***
*$ in mm*

| | | Desolation Holdings, Inc. & Related Debtors (Consolidated) [1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Midpoint Chapter 11 Recovery** | | | **Low Chapter 7 Recovery** | | | **High Chapter 7 Recovery** | | |
| | | *Emergence on 10/29/23* | | | *Conversion on 10/29/23* | | | *Conversion on 10/29/23* | | |
| Class | Claim or Interest | Claims | Plan | *Recovery* | Claims | Liquidation | *Recovery* | Claims | Liquidation | *Recovery* |
| | Total Estimated Proceeds, Net [2,3,4,5,6] | | $ (24.4) | | | $ (19.8) | | | $ (24.7) | |
| Unclassified | Administrative & Priority Claims [7] | - | - | *0%* | - | - | *0%* | - | - | *0%* |
| 1 | Other Priority Claims [8] | - | - | *0%* | - | - | *0%* | - | - | *0%* |
| 2A | Allowed Class 2A (BUS Customers) [9,10] | (11.7) | (11.7) | *0%* | (13.2) | (15.4) | *-1%* | (10.1) | (10.1) | *0%* |
| 2B | Allowed Class 2B (Malta OpCo Customers) [9,11] | (2.9) | (2.9) | *0%* | (3.9) | (4.5) | *-1%* | (2.6) | (2.6) | *0%* |
| 3 | GUC Claims [12] | - | - | *0%* | - | - | *0%* | - | - | *0%* |
| 4 | Subordinated Claims [12] | - | - | *0%* | - | - | *0%* | - | (12.0) | *-32%* |
| | **Total Recoveries** | $ (14.6) | $ (14.6) | *100%* | $ (17.1) | $ (19.8) | *116%* | $ (12.7) | $ (24.7) | *194%* |
| | Surplus / (Shortfall) to Liquidating Trust | | (9.8) | *n.a.* | | (2.7) | *n.a.* | | (12.0) | *n.a.* |

Footnotes to Analysis

(1) This analysis assumes emergence from Chapter 11 on October 29th, 2023 or conversion to a Chapter 7 Liquidation on October 29th, 2023.
(2) Total Estimated Proceeds, Net includes (i) Cash & Cash Equivalents, (ii) Restricted Cash, (iii) Estimated Value of Crypto Assets Held, and (iv) Intercompany Receivables.
(3) Proceeds are shown net of liquidation costs, with estimated incremental wind-down costs of ~$7.5mm-$9.5mm in the Ch. 7 vs. Ch. 11. Both scenarios assume a 12 month Wind-Down.
(4) Est. value of cryptocurrency portfolio under all scenarios is based on coin balances as of 7/31/23 and spot prices as of 5/8/23.
(5) Est. value of cryptocurrency portfolio in a liquidation is discounted 13 - 19% to reflect impact of market depth constraints.
(6) Est. value of cryptocurrency portfolio in a liquidation is also discounted 8 - 10% to reflect reduced company trading capabilities in a shortened timeframe.
(7) Administrative & Priority Claims include estimated unpaid accrued payables, including Chapter 11 professional fees and DIP Loan Obligations.
(8) Other Priority Claims includes reserve for estimated government tax claims based on filed proof of claim forms filed to date.
(9) Allowed BUS and Malta Customer Claims are based on estimated % of customers that convert to 'non-contingent' status (i.e., by providing KYC and address information).
(10) Assumes 70% and 50% of BUS contingent customers convert to allowed claims in the Ch. 7 low and high recovery scenarios, respectively.
(11) Assumes 60% and 30% of Malta contingent customers convert to allowed claims in the Ch. 7 low and high recovery scenarios, respectively.
(12) For purposes of this analysis, undetermined claims are not assumed to receive any distributions.