## EXHIBIT B

**Disclosure Statement Hearing Notice**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION AND VOTING PROCEDURES, INCLUDING (A) FIXING THE RECORD DATE, (B) APPROVING THE SOLICITATION PACKAGES AND PROCEDURES FOR DISTRIBUTION, (C) APPROVING THE FORM OF THE BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING, AND (D) APPROVING PROCEDURES FOR VOTE TABULATION; (III) SCHEDULING A CONFIRMATION HEARING AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES; (IV) SHORTENING THE NOTICE PERIOD FOR THE HEARING TO CONSIDER CONFIRMATION OF THE PLAN; AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on May 8, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors* [D.I. 10] (the "Initial Plan").

**PLEASE TAKE FURTHER NOTICE THAT** on August 25, 2023, the Debtors filed the *Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors* [D.I. __] (as may be amended, modified, or supplemented from time to time, the "Plan").

**PLEASE TAKE FURTHER NOTICE THAT** on August 25, 2023, the Debtors filed the *Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors* [D.I. __] (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** on August 25, 2023, the *Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing The Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of the Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; (IV) Shortening the Notice Period for the Hearing to Consider Confirmation of the Plan; and (V) Granting Related Relief* [D.I. __] (as nay be amended, modified, or supplemented from time to time, the "Disclosure Statement Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**PLEASE TAKE FURTHER NOTICE THAT**:

1. A hearing (the "Hearing") will be held before the Honorable Judge Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, DE 19801 (the "Bankruptcy Court"), on September 13, 2023, at 10:00 a.m. (prevailing Eastern Time), to consider entry of an order determining, among other things, that the Disclosure Statement contains "adequate information" within the meaning ascribed to such term in section 1125 of title 11 of the United States Code (the "Bankruptcy Code") and approving the Disclosure Statement. The Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Hearing in person may appear before the Bankruptcy Court. For those wishing to participate remotely, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Confirmation Hearing, whether making a "live" or "listen only" appearance before the Bankruptcy Court, need to make an electronic appearance (an "eCourtAppearance") through the Bankruptcy Court's website at https://www.deb.uscourts.gov/sites/default/files/judge/Judge%20Brendan%20L.%20Shannon/Hearing%20Registration.pdf. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m., prevailing Eastern Time, the business day before the Hearing (i.e., on September 12, 2023).

2. An electronic copy of the Disclosure Statement and the Plan may be obtained free of charge by visiting the Debtors' case website: https://cases.omniagentsolutions.com/docket/list?clientId=3662/. Any party in interest wishing to obtain a paper copy of the Disclosure Statement and the Plan should contact Omni Agent Solutions ("Omni"), the Debtors' claims, noticing, and solicitation agent, by email at BittrexInquiries@omniagnt.com, or by calling Omni at (888) 481-3704 (U.S. and Canada Toll Free) or +1 (747) 293-0010 (International).

3. Objections, if any, to approval of the Disclosure Statement must: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Delaware, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the District of Delaware; (c) be filed electronically with the Bankruptcy Court by registered users of the Bankruptcy Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the District of Delaware ; and (d) be served by ____, 2023, at 4:00 p.m. (prevailing Eastern Time)to: Counsel for the Debtors: Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Patricia B. Tomasco (pattytomasco@quinnemanuel.com) and Razmig Izakelian (razmigizakelian@quinnemanuel.com) and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Kenneth Enos (kenos@ycst.com)); and The U.S. Trustee: The Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Richard L. Schepacarter, Esq. (richard.schepacarter@usdoj.gov)).

4. **IF AN OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE DISCLOSURE STATEMENT OR THE ADEQUACY THEREOF AND MAY NOT BE HEARD AT THE HEARING.**

5. The Hearing may be adjourned from time to time without further notice to parties in interest other than by an announcement in the Bankruptcy Court of such adjournment on the date

scheduled for the Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court. The Debtors may modify the Disclosure Statement, if necessary, prior to, during, or as a result of the Hearing without further notice.

Date: September 25, 2023  
Wilmington, DE

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*DRAFT*

Robert S. Brady (Delaware Bar No. 2847)  
Kenneth Enos (Delaware Bar No. 4544)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: 302-571-6600  
Facsimile: 302-571-1253  
Email: rbrady@ycst.com  
Email: kenos@ycst.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*  
Patricia B. Tomasco *(admitted pro hac vice)*  
Daniel Holzman *(admitted pro hac vice)*  
Alain Jaquet *(admitted pro hac vice)*  
Razmig Izakelian *(admitted pro hac vice)*  
Valerie Ramos *(admitted pro hac vice)*  
Joanna D. Caytas *(admitted pro hac vice)*  
51 Madison Avenue, 22nd Floor  
New York, New York 10010  
Telephone: 212-849-7000  
Facsimile: 212-849-7100  
Email: susheelkirpalani@quinnemanuel.com  
Email: pattytomasco@quinnemanuel.com  
Email: danielholzman@quinnemanuel.com  
Email: alainjaquet@quinnemanuel.com  
Email: razmigizakelian@quinnemanuel.com  
Email: valerieramos@quinnemanuel.com  
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**