**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No.** _____ |

**ORDER SHORTENING THE TIME FOR NOTICE OF THE
HEARING TO CONSIDER DEBTORS' PROPOSED DISCLOSURE STATEMENT FOR
THE AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF DESOLATION
HOLDINGS LLC AND ITS AFFILIATED DEBTORS**

Upon consideration of the motion (the "Motion to Shorten")[2] of the Debtors for entry of an order providing that the applicable notice period for the hearing on the Disclosure Statement be shortened pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), and this Court having determined that granting the relief in the Motion to Shorten is in the best interests of the Debtors and their estates; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion to Shorten is granted as set forth herein.

2. The hearing to consider approval of the Disclosure Statement will be held on September 13, 2023, at 10:00 a.m. (ET).

3. Any response or objection to the Disclosure Statement must be filed and served no later than 4:00 p.m. (ET) on September 8, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Ltd. (1764); and Bittrex Malta Holdings Ltd. (2227). The Debtors' mailing and service address is 701 5th Ave, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

30667188.2

2

      4.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.