**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: September 12, 2023 at 4:00 p.m. (ET) |

## NOTICE OF EXCESS FEES FOR PERKINS COIE LLP

**PLEASE TAKE NOTICE** that on May 17, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Motion of Debtors for Authority to Employ Professionals Used in Ordinary Course of Business (the "Motion") (D.I. 54) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on June 7, 2023, the Bankruptcy Court entered an order (the "Order") (D.I. 103) granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that on July 11, 2023, Perkins Coie LLP ("Perkins Coie") filed its Notice of Filing of Disclosure Declaration of Ordinary Course Professional, Perkins Coie LLP (the "Notice") (D.I. 194). No objections to the Notice were received.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, the fees of Perkins Coie, as set forth in paragraph 2 (h) to the Order, cannot exceed $30,000 per month on average over any three-month period on a rolling basis (the "Monthly Fee Cap").

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 2(i) of the Order:

> In the event that on Ordinary Course Professional's fees and expenses exceed the Monthly Fee Cap for any month during these

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

chapter 11 cases, but the Debtors believe the Ordinary Course Professional should not otherwise be required to follow the payment procedure applicable to the formally retained professionals, the Debtors may seek the agreement of the Reviewing Parties to a higher cap for any such agreement of the Reviewing Parties, the agreement would be evidence by the filing of a notice of increased Monthly Fee Cap, and the increased Monthly Fee Cap shall be deemed approved upon the filing of such Cap Increase Notice, without further action by this Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 2(j) the Reviewing Parties shall have fourteen (14) days to object to the Notice with the Bankruptcy Court. If after fourteen days no objection is filed, the Excess Fees (as defined below) shall be deemed approved, and the Ordinary Course Professional may be paid 100% of its fees and 100% of its expenses without the need to file a fee application.

**PLEASE TAKE FURTHER NOTICE** that Perkins Coie exceeded the Monthly Fee Cap for the month ending May 2023 (the "May Excess Fee Period") for which Perkins Coie seeks approximately $33,317.79 in excess of the Monthly Fee Cap (the "Excess Fees"). In accordance with the procedures set forth above, Perkins Coie's invoices for the May Excess Fee Period are attached hereto as Exhibit A. The invoices detail the nature of the services rendered and the fees and expenses incurred by Perkins Coie during the May Excess Fee Period.[2]

**PLEASE TAKE FURTHER NOTICE** that Perkins Coie exceeded the Monthly Fee Cap for the month ending June 2023 (the "June Excess Fee Period") for which Perkins Coie seeks approximately $32,347.30 in excess of the Monthly Fee Cap (the "Excess Fees"). In accordance with the procedures set forth above, Perkins Coie's invoices for the June Excess Fee Period are

---

[2] Perkins Coie's Fees and Expenses incurred during May 2023 totaled $63,317.79.

attached hereto as Exhibit B.  The invoices detail the nature of the services rendered and the fees and expenses incurred by Perkins Coie during the June Excess Fee Period.[3]

**PLEASE TAKE FURTHER NOTICE** that if no objections to this Notice are received prior to September 12, 2023, the Perkins Coie may be paid 100% of its fees and 100% of its expenses for the May Excess Fee Period and June Excess Fee Period without the need to file a formal fee application.

---

[3]  Perkins Coie's Fees and Expenses during June 2023 totaled $62,347.30.

| | |
|---|---|
| Date: August 29, 2023<br>Wilmington, DE | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/  Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani (admitted *pro hac vice*)<br>Patricia B. Tomasco (admitted *pro hac vice*)<br>Daniel Holzman (admitted *pro hac vice*)<br>Alain Jaquet (admitted *pro hac vice*)<br>Razmig Izakelian (admitted *pro hac vice*)<br>Valerie Ramos (admitted *pro hac vice*)<br>Joanna D. Caytas (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |