# EXHIBIT A

# MAY INVOICES

1201 Third Avenue, Suite 4900         Email: clientacct@perkinscoie.com
Seattle, Washington 98101             Accounting: 206.359.3143
Phone: 206.359.8000                   Fax: 206.359.9000

## PERKINSCOIE

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

| | |
|---|---|
| Invoice No. | 6837241 |
| Matter No. | 114019.0001 |
| Bill Date | June 20, 2023 |
| Due Date | Due Upon Receipt |

### INVOICE SUMMARY

**Re:   114019.0001 / General Corporate**

For Professional Services rendered through May 31, 2023

| | |
|---|---:|
| Services | $1,201.50 |
| Less (10.00)% Discount | ($120.15) |
| Total Services | $1,081.35 |
| **Total Invoice Amount** | **$1,081.35** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

### REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6837241

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | **Bank:  US Bank** |
| **Attn: Client Accounting** | **1420 Fifth Avenue** |
| **PO Box 24643** | **Seattle, WA** |
| **Seattle, WA 98124-0643** | ███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6837241
Bittrex
114019.0001 / General Corporate

**PERKINSCOIE**

## Professional Services through 05/31/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|----------------------|------------------------|-------|--------|
| 05/19/2023 | K. Soderquist | Telephone conference regarding various issues; | 0.40 | 534.00 |
| 05/24/2023 | K. Soderquist | Conference regarding immigration work; | 0.50 | 667.50 |
| **Total Services** | | | **0.90** | **$1,201.50** |

**Services**
$1,201.50

**Less (10.00)% Discount**
($120.15)

**Total Services**
$1,081.35

## Summary of Services through 05/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| K. Soderquist | Partner | 0.90 | 1,335.00 | 1,201.50 |
| **Total Services** | | **0.90** | | **$1,201.50** |

**Total Invoice Amount**
$1,081.35

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101              Accounting: 206.359.3143

Phone: 206.359.8000                    Fax: 206.359.9000

PERKINS COIE

| | | |
|---|---|---|
| Bittrex | Invoice No. | 6837242 |
| Attn: Jim Waschak | Matter No. | 114019.0007.ES90 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date | June 20, 2023 |
| CC: finance@bittrex.com | Due Date | Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | | |
| Seattle, WA 98104-3100 | | |

### INVOICE SUMMARY

**Re:   114019.0007.ES90 / OFAC-ESS**

For Professional Services rendered through May 31, 2023

| | |
|---|---|
| Disbursements and Other Services | $806.88 |
| **Total Invoice Amount** | **$806.88** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6837242**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | **Bank:  US Bank** |
| **Attn: Client Accounting** | **1420 Fifth Avenue** |
| **PO Box 24643** | **Seattle, WA** |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6837242
Bittrex
114019.0007.ES90 / OFAC-ESS

PERKINSCOIe

## Disbursements and Other Detailed Services through 05/31/2023

| Description | Amount |
|---|---:|
| ESS - Database Hosting | 806.88 |
| **Total** | **$806.88** |

**Total Disbursements and Other Services**
$806.88

**Total Invoice Amount**
$806.88

1201 Third Avenue, Suite 4900        Email: clientacct@perkinscoie.com

Seattle, Washington 98101        Accounting: 206.359.3143

Phone: 206.359.8000        Fax: 206.359.9000

PERKINSCOIE

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

# Open Invoices as of June 20, 2023

**Re:      114019.0007.ES90 / OFAC-ESS**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818017 | $1,283.88 | $0.00 | $1,283.88 |
| 06/20/23 | 6837242 | $806.88 | $0.00 | $806.88 |
| **Total Outstanding Accounts Receivable:** | | | | **$2,090.76** |

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101              Accounting: 206.359.3143

Phone: 206.359.8000                    Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Bittrex | Invoice No. | 6837245 |
| Attn: Jim Waschak | Matter No. | 114019.0027 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date | June 20, 2023 |
| CC: finance@bittrex.com | Due Date | Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | | |
| Seattle, WA 98104-3100 | | |

## INVOICE SUMMARY

**Re:   114019.0027 / Unclaimed Property**

For Professional Services rendered through May 31, 2023

| | |
|---|---|
| Services | $773.50 |
| Less (10.00)% Discount | ($77.35) |
| Total Services | $696.15 |
| **Total Invoice Amount** | **$696.15** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6837245**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | **Bank:  US Bank** |
| **Attn: Client Accounting** | **1420 Fifth Avenue** |
| **PO Box 24643** | **Seattle, WA** |
| **Seattle, WA 98124-0643** | ████████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6837245
Bittrex
114019.0027 / Unclaimed Property

PERKINSCOIe

## Professional Services through 05/31/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|------------------------|-------|--------|
| 05/09/2023 | S. Merriman | Attend to response to Kelmar communications regarding unclaimed property audit; | 0.70 | 773.50 |
| **Total Services** | | | **0.70** | **$773.50** |

**Services**
$773.50

**Less (10.00)% Discount**
($77.35)

**Total Services**
$696.15

## Summary of Services through 05/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| S. Merriman | Associate | 0.70 | 1,105.00 | 773.50 |
| **Total Services** | | **0.70** | | **$773.50** |

**Total Invoice Amount**
$696.15

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101               Accounting: 206.359.3143

Phone: 206.359.8000                     Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Bittrex | Invoice No. | 6837247 |
| Attn: Jim Waschak | Matter No. | 114019.4000 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date | June 20, 2023 |
| CC: finance@bittrex.com | Due Date | Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | | |
| Seattle, WA 98104-3100 | | |

## INVOICE SUMMARY

**Re:   114019.4000 / General Trademark Matters**

For Professional Services rendered through May 31, 2023

| | |
|---|---|
| Disbursements and Other Services | $293.00 |
| **Total Invoice Amount** | **$293.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6837247**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | **Bank:  US Bank** |
| **Attn: Client Accounting** | **1420 Fifth Avenue** |
| **PO Box 24643** | **Seattle, WA** |
| **Seattle, WA 98124-0643** | ████████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6837247
Bittrex
114019.4000 / General Trademark Matters

**perkins**coie

## Disbursements and Other Detailed Services through 05/31/2023

| Description | Amount |
|---|---:|
| Spoor & Fisher - SOUTH AFRICA (USD) - Invoice No. 3623029 - 04/2023 - Filing Applications | 293.00 |
| **Total** | **$293.00** |

**Total Disbursements and Other Services**
$293.00

**Total Invoice Amount**
$293.00

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com
Seattle, Washington 98101              Accounting: 206.359.3143
Phone: 206.359.8000                    Fax: 206.359.9000

**PERKINS COIE**

| | |
|---|---|
| Bittrex | Invoice No. |
| Attn: Jim Waschak | Matter No. |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date |
| CC: finance@bittrex.com | Due Date |
| 800 5th Avenue, Suite 4100 | |
| Seattle, WA 98104-3100 | |

Invoice No.          6837248
Matter No.        114019.5000
Bill Date         June 20, 2023
Due Date    Due Upon Receipt

## INVOICE SUMMARY

**Re:    114019.5000 / Domain Names**

For Professional Services rendered through May 31, 2023

| | |
|---|---|
| Disbursements and Other Services | $5,931.01 |
| **Total Invoice Amount** | **$5,931.01** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6837248**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | **Bank:  US Bank** |
| **Attn: Client Accounting** | **1420 Fifth Avenue** |
| **PO Box 24643** | **Seattle, WA** |
| **Seattle, WA 98124-0643** | ███████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6837248
Bittrex
114019.5000 / Domain Names

**PERKINS**COIE

## Disbursements and Other Detailed Services through 05/31/2023

| Description | Amount |
|---|---:|
| MarkMonitor, Inc. (ACH) - Invoice No. 504216 - 04/2023 - Domain Name Purchases and Renewals | 5,879.25 |
| US Bank - Other - T. Billable, DNH*GODADDY.COM 480-505-8855 AZ, 04/19/2023 | 22.24 |
| US Bank - Other - T. Billable, NAME-CHEAP.COM* XBCBH8 WWW.NAMECHEAP AZ, 03/28/2023 | 14.76 |
| US Bank - Other - T. Billable, NAME-CHEAP.COM* VO8S1X WWW.NAMECHEAP AZ, 04/01/2023 | 14.76 |
| **Total** | **$5,931.01** |

**Total Disbursements and Other Services**
$5,931.01

**Total Invoice Amount**
$5,931.01

1201 Third Avenue, Suite 4900     Email: clientacct@perkinscoie.com

Seattle, Washington 98101     Accounting: 206.359.3143

Phone: 206.359.8000     Fax: 206.359.9000

**PERKINSCOIe**

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of June 20, 2023

**Re:     114019.5000 / Domain Names**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818024 | $1,034.80 | $0.00 | $1,034.80 |
| 06/20/23 | 6837248 | $5,931.01 | $0.00 | $5,931.01 |
| **Total Outstanding Accounts Receivable:** | | | | **$6,965.81** |

1201 Third Avenue, Suite 4900      Email: clientacct@perkinscoie.com

Seattle, Washington 98101      Accounting: 206.359.3143      **PERKINS COIE**

Phone: 206.359.8000      Fax: 206.359.9000

| | | |
|---|---|---|
| Bittrex | Invoice No. | 6851462 |
| Attn: Jim Waschak | Matter No. | 114019.0014 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date | July 13, 2023 |
| CC: finance@bittrex.com | Due Date | Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | | |
| Seattle, WA 98104-3100 | | |

### INVOICE SUMMARY

**Re:   114019.0014 / Regulatory Issues**

For Professional Services rendered through May 31, 2023

| | |
|---|---|
| Services | $9,008.00 |
| Less (10.00)% Discount | ($900.80) |
| Total Services | $8,107.20 |
| **Total Invoice Amount** | **$8,107.20** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6851462**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | **Bank:  US Bank** |
| **Attn: Client Accounting** | **1420 Fifth Avenue** |
| **PO Box 24643** | **Seattle, WA** |
| **Seattle, WA 98124-0643** | ███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6851462
Bittrex
114019.0014 / Regulatory Issues

PERKINSCOIe

## Professional Services through 05/31/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|------------------------|-------|--------|
| 05/09/2023 | J. Cutler | Review and exchange correspondence regarding response to Florida and Connecticut regulators, and Kelmar inquiries; | 0.50 | 617.50 |
| 05/09/2023 | S. Merriman | Research and send correspondence to client regarding outstanding regulatory data request ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ (2.9); conference regarding same (.3); | 3.20 | 3,536.00 |
| 05/09/2023 | R. Handler | Attend to open matters per winddown and license surrender; | 0.50 | 472.50 |
| 05/09/2023 | R. Handler | Telephone conference regarding submission of requested information state regulators; | 0.20 | 189.00 |
| 05/09/2023 | R. Handler | Email correspondence to client regarding submission of requested account information to regulators; | 0.40 | 378.00 |
| 05/09/2023 | R. Handler | Attend to status of responses to state regulators regarding request for customer account information; | 0.70 | 661.50 |
| 05/10/2023 | S. Merriman | Communications regarding responses to regulators state regulators; | 0.60 | 663.00 |
| 05/10/2023 | R. Handler | Correspondence regarding submission of customer account information to regulators; | 0.40 | 378.00 |
| 05/11/2023 | S. Merriman | Correspondence regarding updates to NMLS disclosures in light of bankruptcy filings; | 0.50 | 552.50 |
| 05/11/2023 | R. Handler | Correspondence regarding notice from New Jersey regulator regarding submission of 2023 annual report and license surrender documents; | 0.20 | 189.00 |
| 05/11/2023 | R. Handler | Correspondence with client regarding follow-up request from New Jersey regulator regarding submission of license surrender materials; | 0.30 | 283.50 |
| 05/11/2023 | R. Handler | Telephone conference regarding provision of requested information to New Jersey Department of Banking and Insurance; | 0.10 | 94.50 |
| 05/17/2023 | R. Handler | Attention to regulator correspondence regarding client winddown and license surrender; | 0.40 | 378.00 |
| 05/18/2023 | S. Merriman | Correspondence with client regarding responses to correspondence from state regulators (.1); correspondence regarding client inquiry regarding winddown communications (.2); | 0.30 | 331.50 |
| 05/30/2023 | R. Handler | Attention to MTRA information request; | 0.30 | 283.50 |

**PERKINS**COIE

| | | |
|---|---|---|
| **Total Services** | **8.60** | **$9,008.00** |

**Services**
$9,008.00

**Less (10.00)% Discount**
($900.80)

**Total Services**
$8,107.20

## Summary of Services through 05/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| J. Cutler | Partner | 0.50 | 1,235.00 | 617.50 |
| R. Handler | Associate | 3.50 | 945.00 | 3,307.50 |
| S. Merriman | Associate | 4.60 | 1,105.00 | 5,083.00 |
| **Total Services** | | **8.60** | | **$9,008.00** |

**Total Invoice Amount**
$8,107.20

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

**PERKINSCOIe**

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

# Open Invoices as of July 13, 2023

**Re:     114019.0014 / Regulatory Issues**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818019 | $27,624.15 | $0.00 | $27,624.15 |
| 07/13/23 | 6851462 | $8,107.20 | $0.00 | $8,107.20 |
| **Total Outstanding Accounts Receivable:** | | | | **$35,731.35** |

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101              Accounting: 206.359.3143

Phone: 206.359.8000                    Fax: 206.359.9000

**PERKINS COIE**

| | |
|---|---|
| Bittrex | Invoice No.      6851464 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Matter No.      114019.0028 |
| CC: finance@bittrex.com | Bill Date      July 13, 2023 |
| 800 5th Avenue, Suite 4100 | Due Date      Due Upon Receipt |
| Seattle, WA 98104-3100 | |

## INVOICE SUMMARY

**Re:   114019.0028 / Florida Administrative Complaint**

For Professional Services rendered through May 31, 2023

| | |
|---|---|
| Services | $51,558.00 |
| Less (10.00)% Discount | ($5,155.80) |
| Total Services | $46,402.20 |
| | |
| **Total Invoice Amount** | **$46,402.20** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6851464**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | **Bank:  US Bank** |
| **Attn: Client Accounting** | **1420 Fifth Avenue** |
| **PO Box 24643** | **Seattle, WA** |
| **Seattle, WA 98124-0643** | ████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6851464
Bittrex
114019.0028 / Florida Administrative Complaint

**PERKINSCOIE**

## Professional Services through 05/31/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|------------------------|-------|--------|
| 05/08/2023 | J. Cutler | Conference regarding response to Florida Administrative Complaint (.2); conference regarding responses to other states (.3); exchange correspondence regarding same (.3); | 0.80 | 988.00 |
| 05/08/2023 | S. Merriman | Attend to Florida administrative complaint (2.4); communications regarding outreach to Florida OFR regarding bankruptcy filing and request to dismiss M. Carter (2.3); | 4.70 | 5,193.50 |
| 05/09/2023 | S. Merriman | Correspondence with Florida regarding surrender of license and bankruptcy filing (.3); research regarding procedural requirements in connection with response to adminstrative complaint (1.6); | 1.90 | 2,099.50 |
| 05/10/2023 | J. Cutler | Send email to client regarding responses to state regulators appertaining to data requests (.3); review and revise addendum to Election of Proceedings document (.3); conference regarding Florida complaint response (.8); conference with C. Barker regarding same (.6); | 2.00 | 2,470.00 |
| 05/10/2023 | S. Merriman | Prepare response to administrative complaint (7.4); correspondence with client regarding same (.4); | 7.80 | 8,619.00 |
| 05/11/2023 | J. Cutler | Conference regarding response to FLOFR administrative complaint and responsive strategy (.7); conference with FLOFR representative regarding individual respondents (.5); review and revise draft Election of Proceeding and addendum (.2); review and revise limited authorization and letters to FLOFR (.5); respond to email regarding strategy for engagement of FLOFR (.2); | 2.10 | 2,593.50 |
| 05/11/2023 | S. Merriman | Attend to response to Florida administrative complaint (8.4); conference with B. Greenberg regarding individual respondents (.3); conference regarding same (.1); | 8.80 | 9,724.00 |
| 05/12/2023 | J. Cutler | Conference regarding Election of Proceeding (.8); review and respond to regulator regarding extension of time to submit same (.2); conference with client regarding strategy for settlement negotiations (.5); | 1.50 | 1,852.50 |
| 05/12/2023 | S. Merriman | Conference with client regarding submission of election of proceeding (.4); correspondence with Florida regarding extension (.3); prepare revised election of proceeding (.4); respond to correspondence from Florida regarding revisions to election of proceeding form (1.0); | 2.10 | 2,320.50 |

Invoice No. 6851464
Bittrex
114019.0028 / Florida Administrative Complaint

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|----------------------|------------------------|-------|--------|
| 05/15/2023 | S. Merriman | Correspondence with client regarding limited purpose authorizations; | 0.20 | 221.00 |
| 05/16/2023 | J. Cutler | Attend to communications with Florida regarding Administrative Complaint; | 0.40 | 494.00 |
| 05/17/2023 | S. Merriman | Prepare Election of Proceeding and accompanying materials for internal review; | 3.40 | 3,757.00 |
| 05/18/2023 | J. Cutler | Review and amend draft Bittrex Addendum to Election of Proceedings (.3); review administrative complaint (.2); | 0.50 | 617.50 |
| 05/18/2023 | S. Merriman | Prepare Election of Proceedings and accompanying materials for client review (.8); correspondence with client regarding same (.5); | 1.30 | 1,436.50 |
| 05/21/2023 | S. Merriman | Correspondence with client regarding Election of Proceeding filing deadline; | 0.20 | 221.00 |
| 05/22/2023 | J. Cutler | Conference with client and co-counsel regarding Florida submission (.4); conference regarding same (.5); exchange correspondence with client regarding same (.1); | 1.00 | 1,235.00 |
| 05/22/2023 | S. Merriman | Attend to preparation and service of Election of Proceeding and associated materials (2.4); conference regarding same (.2); correspondence with Florida Office of Financial Regulation regarding request for settlement conference (.2); | 2.80 | 3,094.00 |
| 05/23/2023 | J. Cutler | Exchange emails regarding response to Florida complaint; | 0.10 | 123.50 |
| 05/23/2023 | S. Merriman | Correspondence regarding settlement conference with Florida Office of Financial Regulation; | 0.20 | 221.00 |
| 05/24/2023 | S. Merriman | Correspondence regarding settlement conference with Florida Office of Financial Regulation; | 0.20 | 221.00 |
| 05/25/2023 | J. Cutler | Exchange correspondence regarding Florida response and preparation for meeting with same; | 0.10 | 123.50 |
| 05/25/2023 | S. Merriman | Correspondence with Florida Office of Financial Regulation regarding settlement conference (.1); correspondence with client regarding same and ███████████ (.4); | 0.50 | 552.50 |
| 05/26/2023 | S. Merriman | Correspondence with Florida Office of Financial Regulation regarding settlement conference; | 0.10 | 110.50 |
| 05/27/2023 | S. Merriman | Prepare for settlement conference with Florida Office of Financial Regulation; | 0.80 | 884.00 |

Invoice No. 6851464
Bittrex
114019.0028 / Florida Administrative Complaint

**PERKINSCOIE**

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| 05/30/2023 | J. Cutler | Conference with D. Maria and C. Barker regarding plan for meeting with regulator regarding resolution of Administrative Complaint; | 0.50 | 617.50 |
| 05/30/2023 | S. Merriman | Research and correspondence regarding MTRA request from Florida (.5); conference with client in preparation for conference with Florida (.5); prepare for same (.3); correspondence with Florida regarding participation of individual respondents (.2); | 1.50 | 1,657.50 |
| 05/31/2023 | S. Merriman | Correspondence with client in connection with upcoming conference with Florida; | 0.10 | 110.50 |
| **Total Services** | | | **45.60** | **$51,558.00** |

Services
$51,558.00

**Less (10.00)% Discount**
($5,155.80)

**Total Services**
$46,402.20

## Summary of Services through 05/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| J. Cutler | Partner | 9.00 | 1,235.00 | 11,115.00 |
| S. Merriman | Associate | 36.60 | 1,105.00 | 40,443.00 |
| **Total Services** | | **45.60** | | **$51,558.00** |

**Total Invoice Amount**
$46,402.20

1201 Third Avenue, Suite 4900      Email: clientacct@perkinscoie.com

Seattle, Washington 98101      Accounting: 206.359.3143

Phone: 206.359.8000      Fax: 206.359.9000

**PERKINS**COIE

Bittrex
Attn:
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

# Open Invoices as of July 13, 2023

**Re:**    **114019.0028 / Florida Administrative Complaint**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818021 | $5,515.20 | $0.00 | $5,515.20 |
| 07/13/23 | 6851464 | $46,402.20 | $0.00 | $46,402.20 |
| **Total Outstanding Accounts Receivable:** | | | | **$51,917.40** |