# EXHIBIT B

# JUNE INVOICES

| | | |
|---|---|---|
| 1201 Third Avenue, Suite 4900 | Email: clientacct@perkinscoie.com | **PERKINSCOIE** |
| Seattle, Washington 98101 | Accounting: 206.359.3143 | |
| Phone: 206.359.8000 | Fax: 206.359.9000 | |

| | | |
|---|---|---|
| **Bittrex** | Invoice No. | 6860257 |
| Attn: Jim Waschak | Matter No. | 114019.0007.ES90 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date | July 27, 2023 |
| CC: finance@bittrex.com | Due Date | Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | | |
| Seattle, WA 98104-3100 | | |

## INVOICE SUMMARY

Re:   114019.0007.ES90 / OFAC-ESS

For Professional Services rendered through June 30, 2023

| | |
|---|---:|
| Disbursements and Other Services | $806.88 |
| **Total Invoice Amount** | **$806.88** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**
Payment Due in US Currency
Tax Identification Number.: 91-0591206

Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6860257

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| Perkins Coie LLP | Bank: US Bank |
| Attn: Client Accounting | 1420 Fifth Avenue |
| PO Box 24643 | Seattle, WA |
| Seattle, WA 98124-0643 | [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6860257
Bittrex
114019.0007.ES90 / OFAC-ESS

PERKINSCOIe

## Disbursements and Other Detailed Services through 06/30/2023

| Description | Amount |
|---|---:|
| ESS - Database Hosting | 806.88 |
| **Total** | **$806.88** |

Total Disbursements and Other Services
$806.88

Total Invoice Amount
$806.88

1201 Third Avenue, Suite 4900  Email: clientacct@perkinscoie.com
Seattle, Washington 98101  Accounting: 206.359.3143
Phone: 206.359.8000  Fax: 206.359.9000

PERKINSCOIE

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of July 27, 2023

**Re:**   114019.0007.ES90 / OFAC-ESS

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818017 | $1,283.88 | $0.00 | $1,283.88 |
| 06/20/23 | 6837242 | $806.88 | $0.00 | $806.88 |
| 07/27/23 | 6860257 | $806.88 | $0.00 | $806.88 |
| **Total Outstanding Accounts Receivable:** | | | | **$2,897.64** |

| | | |
|---|---|---|
| 1201 Third Avenue, Suite 4900 | Email: clientacct@perkinscoie.com | **PERKINSCOIe** |
| Seattle, Washington 98101 | Accounting: 206.359.3143 | |
| Phone: 206.359.8000 | Fax: 206.359.9000 | |

| | |
|---|---|
| Bittrex | Invoice No.   6860259 |
| Attn: Jim Waschak | Matter No.   114019.0014 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date    July 27, 2023 |
| CC: finance@bittrex.com | Due Date    Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | |
| Seattle, WA 98104-3100 | |

## INVOICE SUMMARY

Re:    114019.0014 / Regulatory Issues

For Professional Services rendered through June 30, 2023

| | |
|---|---:|
| Services | $617.50 |
| Less (10.00)% Discount | ($61.75) |
| **Total Services** | $555.75 |
| **Total Invoice Amount** | **$555.75** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**
Payment Due in US Currency
Tax Identification Number.: 91-0591206

Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6860259

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| Perkins Coie LLP | Bank:  US Bank |
| Attn: Client Accounting | 1420 Fifth Avenue |
| PO Box 24643 | Seattle, WA |
| Seattle, WA 98124-0643 | [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6860259
Bittrex
114019.0014 / Regulatory Issues

**PERKINSCOIE**

## Professional Services through 06/30/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 06/23/2023 | J. Cutler | Conference with D. Maria regarding insurance coverage for subpoena work; | 0.50 | 617.50 |
| **Total Services** | | | **0.50** | **$617.50** |

Services
$617.50

Less (10.00)% Discount
($61.75)

Total Services
$555.75

## Summary of Services through 06/30/2023

| Attorney / Assistant | Title | BILLED Hours | BILLED Rate | BILLED Amount |
|---|---|---|---|---|
| J. Cutler | Partner | 0.50 | 1,235.00 | 617.50 |
| **Total Services** | | **0.50** | | **$617.50** |

Total Invoice Amount
$555.75

Page 2

1201 Third Avenue, Suite 4900  Email: clientacct@perkinscoie.com
Seattle, Washington 98101  Accounting: 206.359.3143
Phone: 206.359.8000  Fax: 206.359.9000

PERKINSCOIe

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of July 27, 2023

Re: 114019.0014 / Regulatory Issues

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818019 | $27,624.15 | $0.00 | $27,624.15 |
| 07/13/23 | 6851462 | $8,107.20 | $0.00 | $8,107.20 |
| 07/13/23 | 6851501 | $12,969.90 | $0.00 | $12,969.90 |
| 07/27/23 | 6860259 | $555.75 | $0.00 | $555.75 |
| **Total Outstanding Accounts Receivable:** | | | | **$49,257.00** |

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
Phone: 206.359.8000  

Email: clientacct@perkinscoie.com  
Accounting: 206.359.3143  
Fax: 206.359.9000  

**PERKINSCOIe**

Bittrex  
Attn: Jim Waschak  
EMAIL INVOICES ONLY TO: jim@bittrex.com  
CC: finance@bittrex.com  
800 5th Avenue, Suite 4100  
Seattle, WA 98104-3100  

| | |
|---|---|
| Invoice No. | 6860260 |
| Matter No. | 114019.0020 |
| Bill Date | July 27, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

Re:    114019.0020 / STML Maintenance

For Professional Services rendered through June 30, 2023

| | |
|---|---|
| Services | $756.00 |
| Less (10.00)% Discount | ($75.60) |
| Total Services | $680.40 |
| **Total Invoice Amount** | **$680.40** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**  
Payment Due in US Currency  
Tax Identification Number.: 91-0591206  

Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6860260  

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| Perkins Coie LLP | Bank: US Bank |
| Attn: Client Accounting | 1420 Fifth Avenue |
| PO Box 24643 | Seattle, WA |
| Seattle, WA 98124-0643 | [REDACTED] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6860260
Bittrex
114019.0020 / STML Maintenance

**PERKINSCOIe**

## Professional Services through 06/30/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 06/06/2023 | R. Handler | Review correspondence regarding license surrender from New Jersey Department of Banking and Insurance; | 0.20 | 189.00 |
| 06/06/2023 | R. Handler | Correspondence with client per surrender of New Jersey money transmitter license; | 0.20 | 189.00 |
| 06/06/2023 | R. Handler | Correspondence with New Jersey Department of Banking and Insurance regarding surrender of Bittrex money transmitter license; | 0.10 | 94.50 |
| 06/09/2023 | R. Handler | Correspondence regarding license surrender tracking; | 0.30 | 283.50 |
| **Total Services** | | | **0.80** | **$756.00** |

Services
$756.00

Less (10.00)% Discount
($75.60)

Total Services
$680.40

## Summary of Services through 06/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| R. Handler | Associate | 0.80 | 945.00 | 756.00 |
| **Total Services** | | **0.80** | | **$756.00** |

Total Invoice Amount
$680.40

1201 Third Avenue, Suite 4900  Email: clientacct@perkinscoie.com
Seattle, Washington 98101  Accounting: 206.359.3143
Phone: 206.359.8000  Fax: 206.359.9000

PERKINSCOIE

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of July 27, 2023

Re:     114019.0020 / STML Maintenance

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818020 | $138,566.04 | $0.00 | $138,566.04 |
| 07/27/23 | 6860260 | $680.40 | $0.00 | $680.40 |
| **Total Outstanding Accounts Receivable:** | | | | **$139,246.44** |

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
Phone: 206.359.8000  

Email: clientacct@perkinscoie.com  
Accounting: 206.359.3143  
Fax: 206.359.9000  

**PERKINSCOIe**

| | |
|---|---|
| Bittrex | Invoice No.  6860261 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Matter No.  114019.0028 |
| CC: finance@bittrex.com | Bill Date  July 27, 2023 |
| 800 5th Avenue, Suite 4100 | Due Date  Due Upon Receipt |
| Seattle, WA 98104-3100 | |

## INVOICE SUMMARY

Re:  114019.0028 / Florida Administrative Complaint

For Professional Services rendered through June 30, 2023

| | |
|---|---|
| Services | $66,148.75 |
| Less (10.00)% Discount | ($6,614.88) |
| Total Services | $59,533.87 |
| **Total Invoice Amount** | **$59,533.87** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**  
Payment Due in US Currency  
Tax Identification Number.: 91-0591206

Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6860261

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| Perkins Coie LLP | Bank:  US Bank |
| Attn: Client Accounting | 1420 Fifth Avenue |
| PO Box 24643 | Seattle, WA |
| Seattle, WA 98124-0643 | ███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 06/30/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 06/01/2023 | J. Cutler | Conference to plan for call with Florida regulator (.6); conference with same (1.0); debrief regarding same (.5); | 2.10 | 2,593.50 |
| 06/01/2023 | S. Merriman | Prepare for conference with Florida regarding administrative complaint (.2); conference with Florida regarding administrative complaint (.8); conference regarding same (.3); correspondence with client regarding same (.1); review ▓▓▓ (.2); | 1.60 | 1,768.00 |
| 06/02/2023 | J. Cutler | Conference with D. Maria and C. Barker regarding meeting with Florida regulator and next steps; | 1.00 | 1,235.00 |
| 06/02/2023 | S. Merriman | Conference with client regarding conference with Florida OFR (.7); prepare for same (.2); prepare correspondence regarding ▓▓▓ .6); conference regarding follow-up correspondence with Florida OFR (.4); | 1.90 | 2,099.50 |
| 06/03/2023 | S. Merriman | Correspondence to P. Tomasco ▓▓▓ (.2); correspondence ▓▓▓ (.2); | 0.40 | 442.00 |
| 06/05/2023 | J. Cutler | Conference with D. Maria regarding response to Florida regulator and potential bankruptcy filing ▓▓▓ (.7); conference regarding same (.2); | 0.90 | 1,111.50 |
| 06/05/2023 | S. Merriman | Conference regarding Florida administrative complaint (.8); research regarding litigation stay (.6); prepare factual summary for potential bankruptcy action (1.3); attend to communications regarding ▓▓▓ (1.0); research regarding ▓▓▓ (1.6); | 5.30 | 5,856.50 |
| 06/05/2023 | G. Gargiulo | Conduct litigation search; | 0.80 | 164.00 |
| 06/06/2023 | S. Merriman | Correspondence regarding ▓▓▓ (.5); attend to preparation of bankruptcy court motion (1.7); | 2.20 | 2,431.00 |
| 06/06/2023 | G. Gargiulo | Conduct litigation search; | 0.20 | 41.00 |
| 06/07/2023 | J. Cutler | Conference regarding settlement strategy; | 0.40 | 494.00 |
| 06/07/2023 | S. Merriman | Attend to preparation of materials related to potential bankruptcy motion (1.2); conference regarding same (.1); | 1.30 | 1,436.50 |

Invoice No. 6860261
Bittrex
114019.0028 / Florida Administrative Complaint

PERKINSCOIE

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 06/08/2023 | S. Merriman | Correspondence regarding ▮▮▮▮▮ (.5); attend to research and preparation of materials for potential bankruptcy motion (7.5); | 8.00 | 8,840.00 |
| 06/08/2023 | R. Handler | Correspondence regarding Florida OFR administrative decisions; | 0.20 | 189.00 |
| 06/08/2023 | R. Handler | Scope ▮▮▮▮▮ research; | 0.30 | 283.50 |
| 06/09/2023 | J. Cutler | Conference regarding letter to Florida enforcement regulator; | 0.30 | 370.50 |
| 06/09/2023 | S. Merriman | Prepare materials for bankruptcy court motion (1.6); conference regarding ▮▮▮▮▮ .1); correspondence with Florida OFR regarding dismissal of M. Carter (.1); | 1.80 | 1,989.00 |
| 06/09/2023 | A. Lucas | Telephone conference regarding enforcement negotiation ▮▮▮▮▮; | 0.25 | 276.25 |
| 06/10/2023 | S. Merriman | Prepare argument ▮▮▮▮▮; | 1.00 | 1,105.00 |
| 06/11/2023 | S. Merriman | Prepare argument ▮▮▮▮▮ (2.6); review draft letter to Florida OFR (.5); | 3.10 | 3,425.50 |
| 06/12/2023 | J. Cutler | Conference with client regarding strategy for resolution of Administrative Complaint; | 0.50 | 617.50 |
| 06/12/2023 | S. Merriman | Conference regarding potential filing in Bankruptcy Court (.5); correspondence with Florida OFR regarding status of response (.2); review and comment on draft letter to Florida OFR regarding application of bankruptcy stay (1.6); conference regarding prio ▮▮▮▮▮ (.3); prepare for same (.1); | 2.70 | 2,983.50 |
| 06/12/2023 | R. Handler | Prepare for meeting regarding Florida Office of Administrative Hearings Decisions; | 0.50 | 472.50 |
| 06/12/2023 | R. Handler | Research Office of Financial Regulation complaints ▮▮▮▮▮ | 1.80 | 1,701.00 |
| 06/12/2023 | R. Handler | Research Florida Division of Administrative Hearings orders ▮▮▮▮▮ | 2.10 | 1,984.50 |
| 06/12/2023 | R. Handler | Telephone conference to discuss research findings regardin ▮▮▮▮▮; | 0.40 | 378.00 |
| 06/13/2023 | S. Merriman | Review and comment on draft letter to Florida OFR regarding application of bankruptcy stay; | 0.60 | 663.00 |

Page 3

Invoice No. 6860261  
Bittrex  
114019.0028 / Florida Administrative Complaint

**PERKINSCOIE**

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 06/15/2023 | S. Merriman | Review filing in BlockFi matter regarding ▮▮▮; | 0.10 | 110.50 |
| 06/27/2023 | J. Cutler | Conference with Florida regulator (.9); debrief regarding same (.7); | 1.60 | 1,976.00 |
| 06/27/2023 | S. Merriman | Conference with Florida Office of Financial Regulation (1.0); conferences regarding same (.7); attend to preparation of motion to enforcement bankruptcy stay (4.3); | 6.00 | 6,630.00 |
| 06/27/2023 | R. Handler | Researc▮▮▮; | 0.50 | 472.50 |
| 06/27/2023 | R. Handler | Researc▮▮▮; | 0.40 | 378.00 |
| 06/27/2023 | R. Handler | Researc▮▮▮; | 0.40 | 378.00 |
| 06/27/2023 | R. Handler | Researc▮▮▮; | 0.40 | 378.00 |
| 06/27/2023 | R. Handler | Telephone conference regarding ▮▮▮ | 0.20 | 189.00 |
| 06/27/2023 | R. Handler | Draft research summar▮▮▮ | 0.50 | 472.50 |
| 06/28/2023 | J. Cutler | Review researc▮▮▮ (.3); conference regarding strategy regarding same (.5); conference with co-counsel regarding same (.6); review filing materials (1.2); | 2.60 | 3,211.00 |
| 06/28/2023 | S. Merriman | Attend to preparation of motion to enforce bankruptcy stay (4.1); conference regarding same (.5); | 4.60 | 5,083.00 |
| 06/28/2023 | R. Handler | Review ▮▮▮; | 0.30 | 283.50 |
| 06/28/2023 | R. Handler | Correspondence regarding review o▮▮▮; | 0.30 | 283.50 |
| 06/29/2023 | J. Cutler | Exchange correspondence regardin▮▮▮ | 0.20 | 247.00 |
| 06/29/2023 | S. Merriman | Attend to preparation of motion to seal; | 1.00 | 1,105.00 |
| **Total Services** | | | **60.75** | **$66,148.75** |

Invoice No. 6860261
Bittrex
114019.0028 / Florida Administrative Complaint

PERKINSCOIe

**Services**
$66,148.75

**Less (10.00)% Discount**
($6,614.88)

**Total Services**
$59,533.87

## Summary of Services through 06/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---:|---:|---:|
| J. Cutler | Partner | 9.60 | 1,235.00 | 11,856.00 |
| A. Lucas | Sr Counsel | 0.25 | 1,105.00 | 276.25 |
| R. Handler | Associate | 8.30 | 945.00 | 7,843.50 |
| S. Merriman | Associate | 41.60 | 1,105.00 | 45,968.00 |
| G. Gargiulo | Indirect Staff | 1.00 | 205.00 | 205.00 |
| **Total Services** | | **60.75** | | **$66,148.75** |

**Total Invoice Amount**
$59,533.87

1201 Third Avenue, Suite 4900  Email: clientacct@perkinscoie.com
Seattle, Washington 98101  Accounting: 206.359.3143
Phone: 206.359.8000  Fax: 206.359.9000

PERKINSCOIe

Bittrex
Attn:
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of July 27, 2023

Re: 114019.0028 / Florida Administrative Complaint

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818021 | $5,515.20 | $0.00 | $5,515.20 |
| 07/13/23 | 6851464 | $46,402.20 | $0.00 | $46,402.20 |
| 07/13/23 | 6851502 | $9,746.10 | $0.00 | $9,746.10 |
| 07/27/23 | 6860261 | $59,533.87 | $0.00 | $59,533.87 |
| **Total Outstanding Accounts Receivable:** | | | | **$121,197.37** |

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
Phone: 206.359.8000  

Email: clientacct@perkinscoie.com  
Accounting: 206.359.3143  
Fax: 206.359.9000  

**PERKINSCOIE**

Bittrex  
Attn: Jim Waschak  
EMAIL INVOICES ONLY TO: jim@bittrex.com  
CC: finance@bittrex.com  
800 5th Avenue, Suite 4100  
Seattle, WA 98104-3100  

| | |
|---|---|
| Invoice No. | 6860262 |
| Matter No. | 114019.4000 |
| Bill Date | July 27, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

Re:  114019.4000 / General Trademark Matters

For Professional Services rendered through June 30, 2023

| | |
|---|---:|
| Services | $856.00 |
| Less (10.00)% Discount | ($85.60) |
| Total Services | $770.40 |
| | |
| **Total Invoice Amount** | **$770.40** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**  
Payment Due in US Currency  
Tax Identification Number.: 91-0591206  

Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6860262

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| Perkins Coie LLP | Bank: US Bank |
| Attn: Client Accounting | 1420 Fifth Avenue |
| PO Box 24643 | Seattle, WA |
| Seattle, WA 98124-0643 | ███████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6860262
Bittrex
114019.4000 / General Trademark Matters

PERKINSCOIe

## Professional Services through 06/30/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 06/02/2023 | P. Haggerty | Correspondence with C. Barker regarding IP schedules (0.1); correspondence regarding same (0.2); | 0.30 | 336.00 |
| 06/02/2023 | C. MacGregor | Review and attend to correspondence from C. Barker requesting review of IP schedules, and Trademark Portfolio Reports for Bittrex, Inc. (0.1); verify status of trademarks and prepare spreadsheet listing domain name particulars (0.7); prepare Trademark Portfolio Reports sorted by Country and by Mark (0.3); draft email to C. Barker enclosing requested documents (0.2); | 1.30 | 520.00 |
| **Total Services** | | | **1.60** | **$856.00** |

Services
$856.00

Less (10.00)% Discount
($85.60)

Total Services
$770.40

## Summary of Services through 06/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Haggerty | Partner | 0.30 | 1,120.00 | 336.00 |
| C. MacGregor | Paralegal | 1.30 | 400.00 | 520.00 |
| **Total Services** | | **1.60** | | **$856.00** |

Total Invoice Amount
$770.40

1201 Third Avenue, Suite 4900  Email: clientacct@perkinscoie.com
Seattle, Washington 98101  Accounting: 206.359.3143
Phone: 206.359.8000  Fax: 206.359.9000

**PerkinsCoie**

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of July 27, 2023

Re:     114019.4000 / General Trademark Matters

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 06/20/23 | 6837247 | $293.00 | $0.00 | $293.00 |
| 07/27/23 | 6860262 | $770.40 | $0.00 | $770.40 |
| **Total Outstanding Accounts Receivable:** | | | | **$1,063.40** |