**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | **Ref. Docket No. 296** |

<u>**CERTIFICATION OF COUNSEL**</u>

The undersigned counsel to the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby certifies as follows:

1.      On August 25, 2023, the Debtors filed their *Motion for an Order Pursuant to Fed. R. Bankr. P. 9006(c) and Del. L.R. 9006-1(e) Shortening the Time for Notice of the Hearing to Consider Debtors' Proposed Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors* [D.I. 296] (the "Motion").[2]

2.      On August 28, 2023, the Office of the United States Trustee informed the Court that he objected to the relief requested in the Motion.

3.      On August 30, 2023, the Court held a status conference (the "Status Conference") to consider the Motion and the objection raised by the U.S. Trustee.  As stated on the record at the Status Conference, the parties agreed upon a modified form of Order granting

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]     Terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

the relief requested in the Motion that was acceptable to the Court.    An Order reflecting the Court's ruling is attached hereto as **Exhibit A**.

WHEREFORE, the Debtors respectfully request that the Court enter the Order without further notice or hearing at the Court's earliest convenience.

Dated: August 30 2023
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Emails:  rbrady@ycst.com
            kenos@ycst.com

- and -

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Emails:  susheelkirpalani@quinnemanuel.com
            pattytomasco@quinnemanuel.com
            danielholzman@quinnemanuel.com
            alainjaquet@quinnemanuel.com
            razmigizakelian@quinnemanuel.com
            valerieramos@quinnemanuel.com
            joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**

30667188.3