**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on August 31, 2023, Florida Office of Financial Regulation, by and through their undersigned counsel, caused a copy of the Objections and Responses to Debtors' First Set of Requests for Production served upon the email of counsel as set forth below:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Kenneth Enos, Esq.
kenos@ycst.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Patricia B. Tomasco, Esq.
pattytomasco@quinnemanuel.com

Dated: August 31, 2023

THE BIFFERATO FIRM PA

*/s/ Ian Connor Bifferato*

Ian Connor Bifferato (#3273)
1007 North Orange St., 4th Floor
Wilmington, Delaware 19801
Telephone: (302) 225-7600
Facsimile: (302) 298-0688
Email: cbifferato@tbf.legal

and

George Bedell
Chief Counsel
Brandon Greenberg
Assistant General Counsel
Office of Financial Regulation
Fla. Bar No. 1007969

101 E. Gaines Street
Tallahassee, FL 32399-0379
(813) 218- 5308
George.bedell@flofr.gov
brandon.greenberg@flofr.gov