## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 149 and 172** |

## <u>NOTICE OF DEPOSITION</u>

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable herein by Bankruptcy Rules 7026, 7030 and 9014, the above-captioned debtors and debtors in possession, by and through their undersigned counsel, will take the deposition upon oral examination of Melinda Butler of the Florida Office of Financial Regulation.  The deposition of Ms. Butler shall be held remotely via Zoom, beginning on **September 8, 2023 at 2:00 p.m. (Eastern Time)**. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means and may also be recorded by sound and visual means.

*[Signature Page Follows]*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Date: September 5, 2023
Wilmington, DE

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/  Kenneth J. Enos*
Robert S. Brady (Delaware Bar No. 2847) Kenneth JEnos (Delaware Bar No. 4544) Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

**QUINN EMANUEL URQUHART &  SULLIVAN, LLP**
Susheel Kirpalani *(admitted pro hac vice)* Patricia B. Tomasco *(admitted pro hac vice)* Daniel Holzma *(admitted pro hac vice)* Alain Jaquet *(admitted pro hac vice)* Razmig Izakelian *(admitted pro hac vice)* Valerie Ramos *(admitted pro hac vice)* Joanna D. Caytas *(admitted pro hac vice)* 51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com  Email: alainjaquet@quinnemanuel.com Email: razmigizakelian@quinnemanuel.com Email: valerieramos@quinnemanuel.com Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**