**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### STIPULATION REGARDING NOTICES OF DEPOSITION

The above-captioned debtors and debtors-in-possession ("Debtors") and the Florida Office of Financial Regulation ("Florida OFR") hereby agree and stipulate as follows:

**WHEREAS**, on June 28, 2023, the Debtors filed the *Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt* ("Motion") [D.I. 152];

**WHEREAS**, on July 5, 2023, the Florida OFR filed the *Florida Office of Financial Regulation's Objection to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt* ("Opposition") [D.I. 174];

**WHEREAS**, the Motion is currently scheduled to be heard on September 13, 2023 at 10:00 a.m. ET, which may be rescheduled from time to time ("Hearing");

**WHEREAS**, on September 5, 2023, the Debtors filed three notices of deposition ("Notices of Deposition") [D.I. 319, 320, 321];

**WHEREAS**, the Debtors and the Florida OFR wish to avoid any disputes and unnecessary motion practice with respect to the Notices of Deposition;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Debtors shall withdraw the Notices of the Deposition;

2. The Florida OFR will not present any witness testimony in connection with its Opposition to the Motion or otherwise at the Hearing, including, without limitation, rebuttal witnesses.

[*Signature Page Follows*]

Date: September 6, 2023
Wilmington, DE

| | |
|---|---|
| **THE BIFFERATO FIRM, P.A.**<br><br>*/s/ Ian Connor Bifferato*<br>Ian Connor Bifferato (#3273)<br>1007 North Orange St., 4th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 225-7600<br>Facsimile: (302) 298-0688<br>Email: cbifferato@tbf.legal<br><br>and<br><br>FLORIDA OFFICE OF FINANCIAL REGULATIONS<br>George Bedell<br>Chief Counsel<br>Fla. Bar. No. 363685<br>Tallahassee, FL 32399<br>Telephone (813) 218-5353<br>Email: George.bedell@flofr.gov<br><br>*Counsel for Florida Office of Financial Regulation* | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani (admitted pro hac vice)<br>Patricia B. Tomasco (admitted pro hac vice)<br>Daniel Holzman (admitted pro hac vice)<br>Alain Jaquet (admitted pro hac vice)<br>Razmig Izakelian (admitted pro hac vice)<br>Valerie Ramos (admitted pro hac vice)<br>Joanna D. Caytas (admitted pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>*Counsel for the Debtors* |