## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | RE: D.I. 307 |

## CERTIFICATE OF NO OBJECTION REGARDING D.I. 307

The undersigned hereby certifies that, as of the date herein, he has received no objection to the Debtors' *Motion to Seeking Interim Extension and Final Waiver of Deadline to Come into Compliance with Bankruptcy Code Section 345(b)* (D.I. 307) (the "Motion") filed on August 30, 2023. The undersigned further certifies that he has reviewed the Court's docket in this case, an no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on September 6, 2023.

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

| | |
|---|---|
| Date: September 7, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>By: */s/ Patricia B. Tomasco*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Susheel Kirpalani *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (*admitted pro hac vice*)<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**CO-COUNSEL FOR THE DEBTORS** |