IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref Docket No. 303** |

**ORDER GRANTING DEBTORS' MOTION TO ASSUME
UNEXPIRED REAL PROPERTY LEASE RELATING TO
<u>BELLEVUE PLACE OFFICE, LLC</u>**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order, pursuant to 11 U.S.C. §§ 105 and 365(a) and Bankruptcy Rule 6006 to assume and assign unexpired real property lease relating to Bellevue Place Office, LLC; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that good and sufficient cause exists for the relief set forth in this Order; and after due deliberation,

**IT IS HEREBY ORDERED THAT**:

1.   The Motion is GRANTED as set forth herein.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. The Debtors are authorized to assume the real property lease attached as Exhibit A to the Motion (the "**Lease**"), as amended pursuant the Assignment, Assumption and Amendment of Lease, attached as Exhibit B to the Motion (the "**Lease Assignment**"), between the Debtor, Desolation Holdings LLC, and Bellevue Place Office, LLC (the "**Landlord**"), and PNC Bank, National Association (the "**Assignee**"), with respect to the real property located at 10500 NE 8th Street, Suite 2000, Bellevue, WA 98004 (the "**Leased Premises**").

3. The Debtors are authorized to assign the Lease, as amended by the Lease Assignment, to Assignee and execute the related Bill of Sale to assign to Assignee the Debtor's rights to the Debtor's property located at the Leased Premises.

4. Without limiting the generality of the foregoing, pursuant to the terms of the Motion, the Debtors are authorized to execute all documents, including, but not limited to, retroactively with respect to the Lease Assignment and the Bill of Sale, and take all actions, that they deem reasonable, necessary and/or desirable to effectuate the authorized relief.

5. Without limiting the generality of the foregoing, upon the assumption and assignment of the Lease as amended by the Lease Assignment, any proof of claim or other claims against the Debtors, whether filed or not filed, by the Landlord and the Assignee are deemed satisfied and withdrawn, excluding postpetition and/or any other charges provided for in the Lease Assignment or obligations arising thereunder.

6. All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

7. This Court retains personal and subject matter jurisdiction over the parties and the subject matter of the Motion to: (a) enforce, implement and interpret the terms and provisions of: (i) the Motion, (ii) this Order; (iii) any agreements arising from or related to the relief authorized

herein; and (b) resolve any disputes, controversies or claims arising from, or relating to: (i) the Motion, (ii) this Order; (iii) any agreements arising from or related to the relief authorized herein.

8. This Order shall be effective and enforceable immediately upon entry.

**Dated: September 11th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**