IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al*.,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

NOTICE OF AMENDED[2] AGENDA MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 13, 2023 AT 10:00 A.M. (ET)

---

**This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing;(iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**

**When: Sep 13, 2023 10:00 AM Eastern Time (US and Canada)**

**Register in advance for this meeting:[3]**
https://debuscourts.zoomgov.com/meeting/register/vJIscO2hqz0iG5oYoKtzQKpeyLJ1wQDu-b0

**After registering, you will receive a confirmation email containing information about joining the meeting.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] **Amended agenda items appear in bold.**

[3] **The Zoom link is now functional.**

30765843.1

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order Extending the Deadline by Which to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 249, 8/7/23]

    Response Deadline:  August 21, 2023 at 4:00 p.m. (ET)

    Responses Received:  None

    Related Documents:

    A.   Certificate of No Objection [D.I. 277, 8/22/23]

    B.   Order [D.I. 285, 8/24/23]

    Status:   An order has been entered. No hearing is required.

2. Debtors' Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 250, 8/7/23]

    Response Deadline:  August 21, 2023 at 4:00 p.m. (ET)

    Responses Received:  None

    Related Documents:

    A.   Certificate of No Objection [D.I. 278, 8/22/23]

    B.   Order [D.I. 286, 8/24/23]

    Status:   An order has been entered. No hearing is required.

3. Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 to Approve Settlement with the Securities and Exchange Commission [D.I. 273, 8/21/23]

    Response Deadline:  September 5, 2023 at 4:00 p.m. (ET)

    Responses Received:  None

    Related Documents:

    A.    Notice of Filing of Amended Exhibit B to Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 to Approve Settlement with the Securities and Exchange Commission [D.I. 275, 8/21/23]

    B.    Certificate of No Objection [D.I. 322, 9/6/23]

    C.    Order [D.I. 325, 9/7/23]

Status:    An order has been entered. No hearing is required.

## MATTERS UNDER CERTIFICATION

4. Debtors' Motion to Assume Unexpired Real Property Lease Relating to Bellevue Place Office, LLC [D.I. 303, 8/30/23]

    Response Deadline:    September 6, 2023 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

        A.    Certificate of No Objection [D.I. 330, 9/7/23]

        **B.**    **Order [D.I. 337, 9/12/23]**

    **Status:**    **An order has been entered. No hearing is required.**

5. Motion Seeking Interim Extension and Final Waiver of Deadline to Come Into Compliance with Bankruptcy Code Section 345(b) [D.I. 307, 8/30/23]

    Response Deadline:    September 6, 2023 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

        A.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 8, 5/8/23]

        B.    Supplement to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management

        System, (B) Honor Certain Pre-Petition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Post-Petition Intercompany Balances, and (III) Granting Related Relief [D.I. 181, 7/6/23]

    C.    Further Interim Order Extending the Debtors' Deadline to Comply with Section 345(b) of the Bankruptcy Code [D.I. 206, 7/12/23]

    D.    Motion Seeking Interim Extension of Deadline to Come Into Compliance with Bankruptcy Code Section 345(b) [D.I. 240, 8/2/23]

    E.    Declaration of Patricia B. Tomasco in Support of Debtors' Motion Seeking Interim Extension of Deadline to Come Into Compliance with Bankruptcy Code Section 345(b) [D.I. 241, 8/2/23]

    F.    Declaration of James Waschak in Support of Debtors' Motion for Entry of an Order Amending Cash Management Order to Require Customers Bank to Honor Debtors' Bank Account Requests and Motion Seeking Interim Extension of Deadline to Come Into Compliance with Bankruptcy Code Section 345(b) [D.I. 245, 8/3/23]

    G.    Order Granting Motion Seeking Interim Extension of Deadline to Come Into Compliance with Bankruptcy Code Section 345(b) [D.I. 268, 8/14/23]

    H.    Certificate of No Objection [D.I. 331, 9/7/23]

    **I.**    **Order [D.I. 338, 9/12/23]**

    **Status:**    **An order has been entered.  No hearing is required.**

## ADJOURNED MATTER

6.    Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 149; (Redacted) D.I. 152, 6/28/23]

    <u>Response Deadline</u>:    July 5, 2023 at 4:00 p.m. (ET)

    <u>Responses Received</u>:

    A.    Florida Office of Financial Regulation's Objection to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt; [(Redacted) D.I. 170; (Sealed) D.I. 172, 7/5/23]

B.     Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 174, 7/5/23]

Related Documents:

C.     Declaration of David Maria in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 150; (Redacted) D.I. 154, 6/28/23]

D.     Declaration of Patricia B. Tomasco in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 151; (Redacted) D.I. 155, 6/28/23]

E.     Declaration of Steven D. Merriman in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 153, 6/28/23]

F.     Florida Office of Financial Regulation's Motion for Enlargement of Time to Object to Debtor's Motion to Enforce the Automatic Stay and Non- Discrimination Provisions of the Bankruptcy code, and For Civil Contempt (Doc. No. 149) [D.I. 164, 7/3/23]

G.     Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Redacted) D.I. 171, 7/5/23]

H.     Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 173; (Redacted) D.I. 175; 7/5/23]

I.     Stipulation and Order Adjourning the Hearing on the Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 186, 7/10/23]

J.     Notice of Service of First Set of Requests for Production to the State of Florida Office of Financial Regulation [D.I. 225, 7/21/23]

K.     Debtors' Letter Dated August 9, 2023 Regarding Debtors' Requests for Production to the State of Florida Office of Financial Regulation [D.I. 256, 8/9/23]

L.     Florida Office of Financial Regulation Response Letter [D.I. 258, 8/10/23]

| | | |
|---|---|---|
| M. | Exhibit A to Florida Office of Financial Regulation Response Letter [D.I. 259, 8/10/23] |
| N. | Notice of Service of Florida Office of Financial Regulation Objections and Responses to Debtors' First Set of Requests for Production [D.I. 311, 8/31/23] |
| O. | Notice of Deposition of Brandon Greenberg [D.I. 319, 9/5/23] |
| P. | Notice of Deposition of Melinda Butler [D.I. 320, 9/5/23] |
| Q. | Notice of Deposition of Florida Office of Financial Regulation [D.I. 321, 9/5/23] |
| R. | Stipulation Regarding Notices of Deposition [D.I. 323, 9/6/23] |
| S. | Notice of Withdrawal of Depositions [D.I. 324, 9/6/23] |

Status:  This matter is adjourned to September 20, 2023 at 1:00 p.m. (ET).

## **STATUS CONFERENCE**

7. The Debtors will provide a case wide status update at the hearing.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: September 12, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |