# **EXHIBIT A**

30721704.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600     (302) 571-1253 FAX
    www.ycst.com

Writer's Direct Dial     Writer's E-Mail
(302) 571-5003     kenos@ycst.com

Bittrex Incorporated
701 5th Ave
Suite 4200
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | August 15, 2023 |
| Invoice Number: | 50044880 |
| Matter Number: | 103027.1001 |

Re: Debtor Representation
    Billing Period through July 31, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 63,760.00 |
| Disbursements | $ | 1,696.28 |
| Total Due This Invoice | $ | 65,456.28 |

| Bittrex Incorporated | Invoice Date: | August 15, 2023 |
| --- | --- | --- |
| Billing Period through July 31, 2023 | Invoice Number: | 50044880 |
|  | Matter Number: | 103027.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 07/05/23 | BOLIV | Calls from paralegal from Florida department of regulatory affairs re: 2002 service list | B001 | 0.20 | 71.00 |
| 07/05/23 | BOLIV | Email Omni Agent service team re: removal from service list | B001 | 0.10 | 35.50 |
| 07/06/23 | BOLIV | Circulate SEC's objection to estimation motion | B001 | 0.10 | 35.50 |
| 07/06/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/07/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/10/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 71.00 |
| 07/10/23 | BOLIV | Update critical dates | B001 | 0.30 | 106.50 |
| 07/10/23 | BOLIV | Finalize for filing and coordinate service of motion for leave to file late reply re: objection of SEC re: estimation motion | B001 | 0.30 | 106.50 |
| 07/10/23 | BOLIV | Finalize for filing and coordinate service of reply in support of estimation motion | B001 | 0.30 | 106.50 |
| 07/11/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |
| 07/11/23 | BOLIV | Circulate letter from SEC to Judge Shannon | B001 | 0.10 | 35.50 |
| 07/11/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/12/23 | BOLIV | Review Bittrex Status Presentation as created by Quinn Emanuel for July 12, 2023 hearing | B001 | 0.20 | 71.00 |
| 07/12/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 71.00 |
| 07/12/23 | BOLIV | Preparation of and upload orders re: interim order re: 345 motion and final order with exhibits re: cash management motion | B001 | 0.40 | 142.00 |
| 07/12/23 | BOLIV | Coordinate service of the interim order granting extension of Bankruptcy Rule 345(b) and final cash management order | B001 | 0.10 | 35.50 |

| Bittrex Incorporated | | | Invoice Date: | | August 15, 2023 |
| --- | --- | --- | --- | --- | --- |
| Billing Period through July 31, 2023 | | | Invoice Number: | | 50044880 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 07/12/23 | BOLIV | Prepare hearing binder as requested for Quinn Emanuel team | B001 | 0.80 | 284.00 |
| 07/13/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |
| 07/13/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/14/23 | BOLIV | Update critical dates | B001 | 0.30 | 106.50 |
| 07/14/23 | BOLIV | Review and file email correspondence | B001 | 0.10 | 35.50 |
| 07/14/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 07/17/23 | BOLIV | Circulate transcript from July 12, 2023 hearing to working group | B001 | 0.10 | 35.50 |
| 07/17/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |
| 07/17/23 | BOLIV | Coordinate letter to be picked up from Judge Shannon's chambers to counsel for response to creditor | B001 | 0.10 | 35.50 |
| 07/18/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/19/23 | BOLIV | Prepare delivery of response letter to A. Ghader for Judge Shannon and the U.S. Trustee | B001 | 0.30 | 106.50 |
| 07/20/23 | BOLIV | Finalize for filing and coordinate service of | B001 | 0.10 | 35.50 |
| 07/20/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |
| 07/20/23 | BOLIV | Update critical dates | B001 | 0.50 | 177.50 |
| 07/20/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/21/23 | BOLIV | Finalize critical dates and circulate to working group | B001 | 0.40 | 142.00 |
| 07/21/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |
| 07/21/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/21/23 | BOLIV | Finalize critical dates and send for review | B001 | 0.20 | 71.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | August 15, 2023 |
| Billing Period through July 31, 2023 | | | Invoice Number: | | 50044880 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/21/23 | JBROO | Review and analyze critical dates calendar | B001 | 0.70 | 353.50 |
| 07/21/23 | KENOS | Review and comment on critical dates calendar | B001 | 0.30 | 273.00 |
| 07/24/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/24/23 | BOLIV | Coordinate service of order granting authority to file under seal the stay motion and related declarations | B001 | 0.10 | 35.50 |
| 07/24/23 | BOLIV | Circulate transcript from July 19, 2023 hearing | B001 | 0.10 | 35.50 |
| 07/28/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/31/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 07/02/23 | KENOS | Emails with co-counsel and Florida OFR re: stay enforcement motion scheduling | B002 | 0.30 | 273.00 |
| 07/03/23 | KENOS | Attention to Florida Motion to Enlarge Time to Respond to Stay Enforcement Motion (includes review of Motion (.3), emails with co-counsel and chambers re: addressing same (.2), and review and comment on objection to motion (.4)) | B002 | 0.90 | 819.00 |
| 07/05/23 | BOLIV | Draft agenda for July 12, 2023 hearing | B002 | 0.70 | 248.50 |
| 07/06/23 | BOLIV | Update draft agenda for July 12, 2023 hearing | B002 | 0.50 | 177.50 |
| 07/06/23 | BOLIV | Request Zoom link from chambers for 7/12/23 agenda | B002 | 0.10 | 35.50 |
| 07/07/23 | BOLIV | Update draft agenda for July 12, 2023 hearing | B002 | 0.40 | 142.00 |
| 07/07/23 | RBRAD | Correspondence with Bankruptcy Court re: confirmation of agreement to continue hearing on motion to enforce stay re: FOFR's administrative action | B002 | 0.20 | 260.00 |
| 07/09/23 | BOLIV | Update, edit and revise draft agenda for July 12, 2023 | B002 | 0.50 | 177.50 |
| 07/09/23 | KENOS | Review stipulation re: adjournment of FOFR Stay Motion and emails with co-counsel and counsel to FOFR re: same | B002 | 0.40 | 364.00 |
| 07/10/23 | BOLIV | Finalize hearing binder and coordinate delivery to chambers | B002 | 0.30 | 106.50 |

| Bittrex Incorporated | | | Invoice Date: | | August 15, 2023 |
| --- | --- | --- | --- | --- | --- |
| Billing Period through July 31, 2023 | | | Invoice Number: | | 50044880 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 07/10/23 | BOLIV | Finalize for filing and coordinate service of agenda for July 12, 2023 | B002 | 0.30 | 106.50 |
| 07/10/23 | BOLIV | Edit, review and revise agenda for July 12, 2023; prepare hearing binder re: same | B002 | 1.30 | 461.50 |
| 07/10/23 | BOLIV | Draft amended agenda for July 12, 2023 hearing | B002 | 0.40 | 142.00 |
| 07/10/23 | BOLIV | Finalize for filing and coordinate service of amended agenda for 7/12/23 | B002 | 0.30 | 106.50 |
| 07/10/23 | KENOS | Review and finalize stipulation re: Adjournment of Stay Enforcement Motion (.3) and emails with FOFR counsel and chambers re: same (.2) | B002 | 0.50 | 455.00 |
| 07/10/23 | KENOS | Review and comment on hearing agenda and amended hearing agenda (.3) and confer with B. Olivere re: same (.2) | B002 | 0.50 | 455.00 |
| 07/10/23 | RBRAD | Review hearing agenda | B002 | 0.10 | 130.00 |
| 07/11/23 | BOLIV | Finalize hearing binders for 7/12/23 hearing | B002 | 0.20 | 71.00 |
| 07/11/23 | BOLIV | Prepare amended agenda pleadings and coordinate delivery to chambers | B002 | 0.40 | 142.00 |
| 07/11/23 | JMART | Assemble hearing binders for hearing on July 12, 2023 | B002 | 0.80 | 284.00 |
| 07/11/23 | KENOS | Calls (3x) with co-counsel re: preparations for 7/12 hearing | B002 | 0.50 | 455.00 |
| 07/11/23 | KENOS | Assist co-counsel with preparations for 7/12 Hearing | B002 | 2.90 | 2,639.00 |
| 07/12/23 | BOLIV | Assist in preparation of hearing materials for July 12, 2023 hearing | B002 | 0.70 | 248.50 |
| 07/12/23 | BOLIV | Finalize for filing and coordinate service of second amended agenda for July 12, 2023 | B002 | 0.30 | 106.50 |
| 07/12/23 | BOLIV | Draft second amended agenda for July 12, 2023 | B002 | 0.30 | 106.50 |
| 07/12/23 | KENOS | Assist co-counsel with preparations for omnibus hearing | B002 | 2.10 | 1,911.00 |
| 07/12/23 | KENOS | Review further revised status update deck | B002 | 0.30 | 273.00 |
| 07/12/23 | KENOS | Attend and assist with omnibus hearing | B002 | 0.70 | 637.00 |
| 07/12/23 | RBRAD | Correspondence with Court and K. Enos re: confirmation of continuance of hearing on motion to estimate SEC claim | B002 | 0.20 | 260.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | August 15, 2023 |
| Billing Period through July 31, 2023 | | | Invoice Number: | | 50044880 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/12/23 | RBRAD | Conference with P. Tomasco and K. Enos re: preparation for hearing and status report to Court | B002 | 0.30 | 390.00 |
| 07/14/23 | BOLIV | Request Zoom link from chambers for 7/17/23 hearing | B002 | 0.10 | 35.50 |
| 07/14/23 | BOLIV | Draft agenda for July 19, 2023 | B002 | 0.40 | 142.00 |
| 07/14/23 | KENOS | Review and comment on 7/19 hearing agenda and emails with co-counsel re: same | B002 | 0.40 | 364.00 |
| 07/17/23 | BOLIV | Assemble July 19, 2023 hearing binder and coordinate priority delivery to chambers | B002 | 0.50 | 177.50 |
| 07/17/23 | BOLIV | Finalize for filing and coordinate service of agenda for July 19, 2023 hearing | B002 | 0.30 | 106.50 |
| 07/17/23 | KENOS | Call with Chambers re: claimant inquiry | B002 | 0.20 | 182.00 |
| 07/17/23 | KENOS | Finalize 7/19 hearing agenda | B002 | 0.20 | 182.00 |
| 07/17/23 | KENOS | Emails with co-counsel re: 7/19 hearing | B002 | 0.20 | 182.00 |
| 07/18/23 | BOLIV | Prepare hearing binders for 7/18/23 hearing | B002 | 0.40 | 142.00 |
| 07/18/23 | KENOS | Assist co-counsel with preparations for 7/19 hearing | B002 | 2.10 | 1,911.00 |
| 07/18/23 | RBRAD | Conference with K. Enos re: hearing on SEC's claim estimation motion | B002 | 0.20 | 260.00 |
| 07/18/23 | RBRAD | Prepare for hearing on motion to estimate SEC claims (review motion, objection and reply and related correspondence) | B002 | 0.90 | 1,170.00 |
| 07/19/23 | BOLIV | Draft amended agenda for July 19, 2023 | B002 | 0.20 | 71.00 |
| 07/19/23 | BOLIV | Finalize for filing and coordinate service of amended agenda for July 19, 2023 hearing | B002 | 0.30 | 106.50 |
| 07/19/23 | KENOS | Assist co-counsel with preparations for 7/19 hearing | B002 | 1.90 | 1,729.00 |
| 07/19/23 | RBRAD | Meet with S. Kirpalani, P. Tomasco, and K. Enos re: preparation for status conference with Court re: potential settlement of SEC claim estimation motion | B002 | 0.70 | 910.00 |
| 07/19/23 | RBRAD | Attend hearing re: status conference on potential settlement of SEC claim estimation motion (.3); follow-up discussion with P. Tomasco re: same (.2) | B002 | 0.50 | 650.00 |

| | | Bittrex Incorporated | | Invoice Date: | August 15, 2023 |
| | | Billing Period through July 31, 2023 | | Invoice Number: | 50044880 |
| | | | | Matter Number: | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/19/23 | RBRAD | Review correspondence with S. Kirpalani, P. Tomasco, K. Enos, and P. Shrage re: status of advising court of SEC claim settlement (.3); correspondence with Bankruptcy Court re: same (.2) | B002 | 0.50 | 650.00 |
| 07/06/23 | BOLIV | Assist in anticipation and preparation of filing of supplement to cash management motion and declaration in support of same | B003 | 3.20 | 1,136.00 |
| 07/06/23 | BOLIV | Finalize for filing and coordinate service of supplement to cash management motion and declaration of E. Hengel in support of cash management motion | B003 | 0.50 | 177.50 |
| 07/24/23 | KENOS | Review draft June MORs | B004 | 0.40 | 364.00 |
| 07/28/23 | BOLIV | Final preparation of and finalize for filing and coordinate service of monthly operating reports for June 2023 | B004 | 0.70 | 248.50 |
| 07/28/23 | BOLIV | Finalize for filing and coordinate service of exhibits to June monthly operating reports for all debtors | B004 | 0.70 | 248.50 |
| 07/28/23 | BOLIV | Draft notice of exhibit related to monthly operating reports | B004 | 0.40 | 142.00 |
| 07/28/23 | KENOS | Review, finalize and file June MORs | B004 | 1.10 | 1,001.00 |
| 07/28/23 | RBRAD | Review draft monthly operating reports | B004 | 0.30 | 390.00 |
| 07/03/23 | KENOS | Emails with R. Schepacarter re: motion to enforce automatic stay | B006 | 0.20 | 182.00 |
| 07/05/23 | KENOS | Finalize and file objection to Florida OFR Motion for Extension of Time | B006 | 0.30 | 273.00 |
| 07/05/23 | KENOS | Review and consider Florida OFR Objection to Stay Enforcement Motion | B006 | 0.60 | 546.00 |
| 07/06/23 | KENOS | Review Seal Motion and Adjournment Motion re: Florida OFR Response to Stay Enforcement Motion | B006 | 0.40 | 364.00 |
| 07/06/23 | KENOS | Work with co-counsel and client re: revising and finalizing Cash Management Motion Supplement and Related Declaration | B006 | 2.10 | 1,911.00 |
| 07/06/23 | KENOS | Review and comment on supplement to 345 Motion and related declaration (multiple versions) and numerous emails with co-counsel re: same | B006 | 1.90 | 1,729.00 |

| | | |
|---|---|---|
| Bittrex Incorporated | Invoice Date: | August 15, 2023 |
| Billing Period through July 31, 2023 | Invoice Number: | 50044880 |
| | Matter Number: | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/23 | RBRAD | Review update on efforts to come into compliance with Section 345 (.2); review draft supplement to cash management motion and accompanying declaration (.3); correspondence with K. Enos re: same (.2) | B006 | 0.70 | 910.00 |
| 07/07/23 | KENOS | Review and comment on response to FOFR Motion to Adjourn Hearing re: Stay Enforcement Motion (.2), correspondence with co-counsel and chambers re: same (.3) and finalize and file same (.2) | B006 | 0.70 | 637.00 |
| 07/07/23 | KENOS | Emails with client and U.S. Trustee re: further interim 345 Request | B006 | 0.30 | 273.00 |
| 07/07/23 | KENOS | Draft Motion to File Late Reply re: Stay Enforcement Motion | B006 | 0.50 | 455.00 |
| 07/10/23 | KENOS | Emails with client and U.S. Trustee re: cash management issues | B006 | 0.30 | 273.00 |
| 07/11/23 | KENOS | Emails with co-counsel and client re: cash management issues | B006 | 0.20 | 182.00 |
| 07/12/23 | KENOS | Draft final cash management order (.7), further interim 345 waiver order (.5), discuss same with co-counsel (.2) and emails with U.S. Trustee discussing same (.2) | B006 | 1.60 | 1,456.00 |
| 07/12/23 | RBRAD | Review final order approving cash management system (.3) and further interim order re: section 345 compliance (.1) | B006 | 0.40 | 520.00 |
| 07/19/23 | KENOS | Emails with co-counsel re: FOFR discovery requests | B006 | 0.20 | 182.00 |
| 07/20/23 | KENOS | Review FOFR Requests for Production (.4) and emails with co-counsel re: same (.2) | B006 | 0.60 | 546.00 |
| 07/20/23 | KENOS | Emails with co-counsel re: FOFR Motion seal request | B006 | 0.20 | 182.00 |
| 07/21/23 | KENOS | Review and finalize notice of requests for production re: FOFR stay enforcement motion | B006 | 0.20 | 182.00 |
| 07/27/23 | KENOS | Emails with co-counsel re: 345 compliance and limited research re: same | B006 | 0.40 | 364.00 |
| 07/31/23 | KENOS | Emails with co-counsel and counsel to FOFR re: FOFR Stay Enforcement Motion issues | B006 | 0.30 | 273.00 |
| 07/06/23 | KENOS | Review and consider SEC Objection to Estimation Motion | B007 | 0.40 | 364.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | August 15, 2023 |
| Billing Period through July 31, 2023 | | | Invoice Number: | | 50044880 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/23 | RBRAD | Review SEC's objection to estimation motion | B007 | 0.50 | 650.00 |
| 07/07/23 | KENOS | Draft motion to file late reply re: SEC Estimation Motion | B007 | 0.60 | 546.00 |
| 07/07/23 | KENOS | Emails with co-counsel and chambers re: Motion to Estimate SEC Claim | B007 | 0.30 | 273.00 |
| 07/07/23 | RBRAD | Correspondence with S. Kirpalani and K. Enos re: strategy re: motion to estimate SEC claim (.6) and review correspondence with Chambers re: potential continuance re: same (.3) | B007 | 0.90 | 1,170.00 |
| 07/10/23 | KENOS | Review and comment on Reply in Support of Estimation Motion (multiple versions) | B007 | 1.10 | 1,001.00 |
| 07/10/23 | KENOS | Confer with R. Brady re: SEC Estimation Motion | B007 | 0.30 | 273.00 |
| 07/10/23 | KENOS | Review and finalize reply re: estimation motion and related motion for leave | B007 | 0.60 | 546.00 |
| 07/10/23 | RBRAD | Review and comment on draft reply in support of motion to estimate SEC claims (3x) (1.1); correspondence with S. Kirpalani and P. Tomasco re: same (.5); conference with K. Enos re: same (.3) | B007 | 1.90 | 2,470.00 |
| 07/11/23 | KENOS | Review and consider SEC Letter to Chambers re: estimation motion | B007 | 0.20 | 182.00 |
| 07/11/23 | RBRAD | Review letter from SEC to Court re: supplemental case law in support of SEC's objection to estimation motion | B007 | 0.30 | 390.00 |
| 07/11/23 | RBRAD | Correspondence with S. Kirpalani re: update on negotiations with SEC to resolve estimation motion and potential to continue hearing (.3); review correspondence from P. Schrage, S. Kirpalani, P. Tomasco, and K. Enos re: continuing hearing on SEC's claim estimation motion (.4); review correspondence with the Court re: same (.3); teleconference with K. Enos re: same (.2) | B007 | 1.20 | 1,560.00 |
| 07/18/23 | RBRAD | Correspondence with S. Kirpalani, P. Tomasco, and K. Enos re: settlement in principle with SEC on claims | B007 | 0.60 | 780.00 |
| 07/19/23 | RBRAD | Review terms of SEC claim settlement | B007 | 0.20 | 260.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | August 15, 2023 |
| Billing Period through July 31, 2023 | | | Invoice Number: | | 50044880 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/03/23 | RBRAD | Review motion to enforce the automatic stay re: Florida administrative proceeding (.4); review counsel request for extension of response deadline and hearing 2x (.3); review correspondence from P. Tomasco re: same (.2); review correspondence from K. Enos re: need for Court approval to further extend response deadline (.2) | B009 | 1.10 | 1,430.00 |
| 07/05/23 | BOLIV | Provide chambers with a copy of debtors objection to state of Florida motion to extend | B009 | 0.10 | 35.50 |
| 07/05/23 | BOLIV | Finalize for filing and coordinate service of debtors objection to motion to extend filed by State of Florida re stay motion | B009 | 0.40 | 142.00 |
| 07/06/23 | RBRAD | Review Debtors' objection to FOFR's motion to continue hearing on motion to enforce the automatic stay and FOFR's reply (.4); correspondence with K. Enos re: same (.2) | B009 | 0.60 | 780.00 |
| 07/07/23 | BOLIV | Finalize for filing and coordinate service of debtors' response to Florida Office of Financial Regulation's motion to shorten re: motion to extend deadline re: stay motion | B009 | 0.40 | 142.00 |
| 07/07/23 | RBRAD | Correspondence with S, Kirpalani, P. Tomasco, and K. Enos re: hearing on motion to enforce the stay re: FOFR's administrative proceeding (.4); review draft response to FOFR's motion for continuance (.1) and correspondence with K,. Enos re: same (.2) | B009 | 0.70 | 910.00 |
| 07/07/23 | RBRAD | Review FOFR's motion to file under seal response to Debtors' motion to enforce the automatic stay re: FOFR administrative action | B009 | 0.30 | 390.00 |
| 07/09/23 | RBRAD | Review FOFR's proposed stipulation adjourning hearing on motion to enforce automatic stay and comments from P. Tomasco re: same (.2); correspondence with K. Enos and P. Tomasco re: resolving stipulation prior to agenda deadline for hearing (.2) | B009 | 0.40 | 520.00 |
| 07/10/23 | BOLIV | At the request of chambers, upload stipulation adjourning motion to enforce automatic stay with Florida Office of Regulations | B009 | 0.10 | 35.50 |
| 07/10/23 | BOLIV | Circulate stipulation and order adjourning the stay motion until August | B009 | 0.10 | 35.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | August 15, 2023 |
| Billing Period through July 31, 2023 | | | Invoice Number: | | 50044880 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/20/23 | BOLIV | Draft certificate of no objection re: the motion to enforce automatic stay and related declarations | B009 | 0.30 | 106.50 |
| 07/20/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: seal motion re: stay motion | B009 | 0.20 | 71.00 |
| 07/20/23 | RBRAD | Review draft requests for production to Florida OFR re: motion to enforce automatic stay (.5) and conference with K. Enos re: same (.1) | B009 | 0.60 | 780.00 |
| 07/21/23 | BOLIV | Draft notice of service re first set of request for production to the State of Florida | B009 | 0.40 | 142.00 |
| 07/21/23 | BOLIV | Finalize for filing and coordinate service of notice of service for first request for production to the State of Florida | B009 | 0.20 | 71.00 |
| 07/31/23 | RBRAD | Correspondence with P. Tomasco and K. Enos re: motion to enforce stay against FOFR | B009 | 0.20 | 260.00 |
| 07/14/23 | RBRAD | Review issues re: potential turnover of estate property (.3); correspondence with P. Tomasco and K. Enos re: same (.3) | B011 | 0.60 | 780.00 |
| 07/07/23 | KENOS | Review initial draft Disclosure Statement | B012 | 1.80 | 1,638.00 |
| 07/20/23 | RBRAD | Review draft disclosure statement | B012 | 1.40 | 1,820.00 |
| 07/13/23 | BOLIV | Call from R. Miller re: bar date notice | B013 | 0.10 | 35.50 |
| 07/18/23 | KENOS | Review and comment on response to Ghader Letter (multiple versions) (.8) and numerous emails with co-counsel regarding same (.4) | B013 | 1.20 | 1,092.00 |
| 07/11/23 | BOLIV | Finalize for filing and coordinate service of notice of declaration of ordinary course professional Perkins Coie LLP | B017 | 0.40 | 142.00 |
| 07/11/23 | BOLIV | Draft notice of ordinary course professional retention for Perkins Coie LLP | B017 | 0.50 | 177.50 |
| 07/11/23 | KENOS | Review and finalize Perkins Coie OCP Declaration (includes emails with Perkins Coie and co-counsel in connection with same) | B017 | 0.40 | 364.00 |
| 07/13/23 | BOLIV | Draft certificate of no objection re: Quinn Emanuel's first fee application | B017 | 0.30 | 106.50 |
| 07/14/23 | TBOLL | Finalize for filing certificate of no objection re: Quinn Emanuel's first monthly fee application | B017 | 0.20 | 71.00 |

| | | Bittrex Incorporated | | Invoice Date: | August 15, 2023 |
|---|---|---|---|---|---|
| | | Billing Period through July 31, 2023 | | Invoice Number: | 50044880 |
| | | | | Matter Number: | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 07/14/23 | TBOLL | Finalize for filing certificate of no objection re: YCST's first monthly fee application | B017 | 0.20 | 71.00 |
| 07/20/23 | BOLIV | Draft certificate of no objection re: Omni Agent's first fee application | B017 | 0.30 | 106.50 |
| 07/20/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: Omni Agent first fee application | B017 | 0.20 | 71.00 |
| 07/13/23 | KENOS | Initial preparations of June Fee Application | B018 | 0.60 | 546.00 |
| 07/13/23 | KENOS | Review and comment on CNOs re: May Fee Applications (.2) and emails with co-counsel re: same (.2) | B018 | 0.40 | 364.00 |
| 07/17/23 | BOLIV | Email C. West re revising invoice for June 2023 | B018 | 0.10 | 35.50 |
| 07/17/23 | BOLIV | Draft second fee application of YCST for June 2023 | B018 | 0.80 | 284.00 |
| 07/18/23 | KENOS | Review and comment on second monthly fee application | B018 | 0.30 | 273.00 |
| 07/18/23 | KENOS | Emails with client re: fee applications | B018 | 0.20 | 182.00 |
| | | | **Total** | **80.20** | **$63,760.00** |

Bittrex Incorporated  
Billing Period through July 31, 2023

Invoice Date: August 15, 2023  
Invoice Number: 50044880  
Matter Number: 103027.1001

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| BOLIV | Beth A. Olivere | Paralegal | 26.40 | 355.00 | 9,372.00 |
| JMART | Jorge L. Martinez | Paralegal | 0.80 | 355.00 | 284.00 |
| JBROO | Joshua Brooks | Associate | 0.70 | 505.00 | 353.50 |
| KENOS | Kenneth J. Enos | Partner | 35.30 | 910.00 | 32,123.00 |
| RBRAD | Robert S. Brady | Partner | 16.50 | 1,300.00 | 21,450.00 |
| TBOLL | Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | | **80.20** | | **$63,760.00** |

| Bittrex Incorporated | Invoice Date: | August 15, 2023 |
|---|---|---|
| Billing Period through July 31, 2023 | Invoice Number: | 50044880 |
| | Matter Number: | 103027.1001 |

**Task Summary**

**Task Code: B001**    **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.30 | 910.00 | 273.00 |
| Joshua Brooks | Associate | 0.70 | 505.00 | 353.50 |
| Beth A. Olivere | Paralegal | 7.10 | 355.00 | 2,520.50 |
| Troy Bollman | Paralegal | 0.10 | 355.00 | 35.50 |
| **Total** | | **8.20** | | **3,182.50** |

**Task Code: B002**    **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 14.10 | 910.00 | 12,831.00 |
| Robert S. Brady | Partner | 3.60 | 1,300.00 | 4,680.00 |
| Beth A. Olivere | Paralegal | 8.90 | 355.00 | 3,159.50 |
| Jorge L. Martinez | Paralegal | 0.80 | 355.00 | 284.00 |
| **Total** | | **27.40** | | **20,954.50** |

**Task Code: B003**    **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Beth A. Olivere | Paralegal | 3.70 | 355.00 | 1,313.50 |
| **Total** | | **3.70** | | **1,313.50** |

**Task Code: B004**    **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 1.50 | 910.00 | 1,365.00 |
| Robert S. Brady | Partner | 0.30 | 1,300.00 | 390.00 |
| Beth A. Olivere | Paralegal | 1.80 | 355.00 | 639.00 |
| **Total** | | **3.60** | | **2,394.00** |

**Task Code: B006**    **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 11.00 | 910.00 | 10,010.00 |
| Robert S. Brady | Partner | 1.10 | 1,300.00 | 1,430.00 |
| **Total** | | **12.10** | | **11,440.00** |

**Task Code: B007**    **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 3.50 | 910.00 | 3,185.00 |
| Robert S. Brady | Partner | 5.60 | 1,300.00 | 7,280.00 |
| **Total** | | **9.10** | | **10,465.00** |

| Bittrex Incorporated | | Invoice Date: | August 15, 2023 |
| Billing Period through July 31, 2023 | | Invoice Number: | 50044880 |
| | | Matter Number: | 103027.1001 |

**Task Code:B009**   **Stay Relief Matters**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Robert S. Brady | Partner | 3.90 | 1,300.00 | 5,070.00 |
| Beth A. Olivere | Paralegal | 2.20 | 355.00 | 781.00 |
| **Total** | | **6.10** | | **5,851.00** |

**Task Code:B011**   **Other Adversary Proceedings**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.60 | 1,300.00 | 780.00 |
| **Total** | | **0.60** | | **780.00** |

**Task Code:B012**   **Plan and Disclosure Statement**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 1.80 | 910.00 | 1,638.00 |
| Robert S. Brady | Partner | 1.40 | 1,300.00 | 1,820.00 |
| **Total** | | **3.20** | | **3,458.00** |

**Task Code:B013**   **Creditor Inquiries**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 1.20 | 910.00 | 1,092.00 |
| Beth A. Olivere | Paralegal | 0.10 | 355.00 | 35.50 |
| **Total** | | **1.30** | | **1,127.50** |

**Task Code:B017**   **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.40 | 910.00 | 364.00 |
| Beth A. Olivere | Paralegal | 1.70 | 355.00 | 603.50 |
| Troy Bollman | Paralegal | 0.40 | 355.00 | 142.00 |
| **Total** | | **2.50** | | **1,109.50** |

**Task Code:B018**   **Fee Application Preparation**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 1.50 | 910.00 | 1,365.00 |
| Beth A. Olivere | Paralegal | 0.90 | 355.00 | 319.50 |
| **Total** | | **2.40** | | **1,684.50** |