## EXHIBIT B

| | | | |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Date: | August 15, 2023 |
| Billing Period through July 31, 2023 | | Invoice Number: | 50044880 |
| | | Matter Number: | 103027.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/06/23 | Parcels, Inc. - Cavanaugh's 1026258 | 1.00 | 109.75 |
| 06/06/23 | Parcels, Inc. - Cavanaugh's 1026258 | 1.00 | 45.00 |
| 06/07/23 | Parcels, Inc. - Terra Cafe and Grill 1026725 | 1.00 | 355.00 |
| 06/07/23 | Parcels, Inc. - Terra Cafe and Grill 1026725 | 1.00 | 45.00 |
| 07/10/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/10/23 | Photocopy Charges Duplication BW | 53.00 | 5.30 |
| 07/10/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 07/10/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 07/10/23 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 07/10/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 07/10/23 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 07/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 07/10/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 07/11/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 07/11/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 07/11/23 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 07/11/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 07/11/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 07/11/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/11/23 | Photocopy Charges Duplication BW | 106.00 | 10.60 |
| 07/11/23 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 07/11/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1031194 | 1.00 | 15.00 |
| 07/11/23 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 07/11/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 07/11/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 07/11/23 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 07/11/23 | Photocopy Charges Duplication BW | 106.00 | 10.60 |
| 07/11/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 07/12/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 07/12/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 07/12/23 | Photocopy Charges Duplication BW | 117.00 | 11.70 |
| 07/12/23 | Color Photocopy Charges Duplication Color | 65.00 | 52.00 |
| 07/12/23 | Parcels, Inc. - Terra Cafe and Grill 1031563 | 1.00 | 45.00 |
| 07/12/23 | Parcels, Inc. - Terra Cafe and Grill 1031563 | 1.00 | 290.00 |
| 07/12/23 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 07/12/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 07/12/23 | Photocopy Charges Duplication BW | 65.00 | 6.50 |

| | | Invoice Date: | August 15, 2023 |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Number: | 50044880 |
| Billing Period through July 31, 2023 | | Matter Number: | 103027.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 07/12/23 | Photocopy Charges Duplication BW | 53.00 | 5.30 |
| 07/12/23 | Color Photocopy Charges Duplication Color | 105.00 | 84.00 |
| 07/12/23 | Photocopy Charges Duplication BW | 29.00 | 2.90 |
| 07/12/23 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 07/12/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 07/12/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 07/12/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/12/23 | Photocopy Charges Duplication BW | 65.00 | 6.50 |
| 07/12/23 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 07/12/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/12/23 | Color Photocopy Charges Duplication Color | 105.00 | 84.00 |
| 07/12/23 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 07/17/23 | Parcels, Inc. - Judge Shannon's Courtroom YCST 1032417 | 1.00 | 15.00 |
| 07/17/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1032420 | 1.00 | 15.00 |
| 07/17/23 | Photocopy Charges Duplication BW | 79.00 | 7.90 |
| 07/18/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 07/18/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 07/18/23 | Photocopy Charges Duplication BW | 64.00 | 6.40 |
| 07/18/23 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 07/18/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 07/19/23 | Parcels, Inc. - Panera Bread 1033078 Lunch for 8 persons re: 7/19/23 hearing | 1.00 | 148.54 |
| 07/19/23 | Parcels, Inc. - Panera Bread 1033078 | 1.00 | 90.00 |
| 07/19/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1033052 | 1.00 | 30.00 |
| 07/19/23 | Parcels, Inc. - YCST Office of the U.S. Trustee 1033051 | 1.00 | 30.00 |
| 07/26/23 | JAYALAXMI, LLC d/b/a Manhattan Bagel #49 - Working Meals Payment to Manhattan Bagel re catering services (breakfast for 8) prior to hearing on Wednesday, July 12, 2023 | 1.00 | 113.99 |
| | **Total** | | **$1,696.28** |

| Bittrex Incorporated | Invoice Date: | August 15, 2023 |
| Billing Period through July 31, 2023 | Invoice Number: | 50044880 |
| | Matter Number: | 103027.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Delivery / Courier | 105.00 |
| Reproduction Charges | 349.00 |
| Working Meals | 1,242.28 |
| **Total** | **$1,696.28** |