N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: October 4, 2023 at 4:00 p.m. (ET)<br>Hearing Date: October 30, 2023 at 11:00 a.m. (ET) |

**NOTICE OF FIRST INTERIM FEE APPLICATION OF THE DEBTORS
PROFESSIONALS FOR THE PERIOD FROM MAY 8, 2023
THROUGH AND INCLUDING JULY 31, 2023**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 102] (the "Interim Compensation Order"), the professionals retained by the above-captioned debtors and debtors-in-possession (the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (each, a "Fee Request," and together, the "Fee Requests") for all interim monthly applications covering the period from May 8, 2023 through and including July 31, 2023. Summaries of the fees and expenses subject to the Fee Requests are provided in the attachments hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, eighty percent (80%) of the amount of compensation requested and one hundred percent (100%) of the reimbursable expenses requested without further order from the Court upon the expiration of a twenty one (20)-day objection period.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THE FEE REQUESTS ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE PARTIES SET FORTH IN THE INTERIM COMPENSATION ORDER ON OR BEFORE OCTOBER 4, 2023 AT 4:00 P.M. (ET).**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Fee Requests will be held before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, on **October 30, 2023 at 11:00 a.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30759286.2

| | |
|---|---|
| Dated: September 14, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: October 4, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: October 30, 2023 at 11:00 a.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF
<u>QUINN EMANUEL URQUHART & SULLIVAN, LLP</u>**

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of May 8, 2023 (order entered June 7, 2023) |
| Period for which compensation and reimbursement is sought: | May 8, 2023 through July 31, 2023 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 5/8/23 – 5/31/23<br>6/23/23<br>D.I. 145 | $825,546.60 | $522.44 | 7/14/23<br>D.I. 211 | $660,437.28 | $522.44 | $165,109.32 |
| 6/1/23 – 6/30/23<br>8/2/23<br>D.I. 238 | $1,314,279.22 | $2,897.19 | 8/23/23<br>D.I. 280 | $1,051,423.38 | $2,897.19 | $262,855.84 |
| 7/1/23-7/31/23<br>D.I. 344 | $623,480.63 | $4,892.92 | | $498,784.50[1] | $4,892.92[1] | $124,696.13[1] |
| **TOTALS** | **$2,763,306.45** | **$8,312.55** | | **$2,210,645.16** | **$8,312.55** | **$552,661.29** |

---

[1] Assuming no objections are filed and a certificate of no objection is filed with respect to the third monthly fee application.

30759286.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 4, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: October 30, 2023 at 11:00 a.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF
<u>YOUNG CONAWAY STARGATT & TAYLOR, LLP</u>**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of May 8, 2023 (order entered June 7, 2023) |
| Period for which compensation and reimbursement is sought: | May 8, 2023 through July 31, 2023 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 5/8/23 – 5/31/23<br>6/23/23<br>D.I. 146 | $97,611.50 | $759.02 | 7/14/23<br>D.I. 212 | $78,089.20 | $759.02 | $19,522.30 |
| 6/1/23 – 6/30/23<br>8/2/23<br>D.I. 239 | $104,374.00 | $1,040.78 | 8/23/23<br>D.I. 281 | $83,499.20 | $1,040.78 | $20,874.80 |
| 7/1/23 – 7/31/23<br>9/14/23<br>D.I. 345 | $63,760.00 | $1,696.28 | Deadline to Object Oct. 4, 2023 | $51,008.00[1] | $1,696.28[1] | $12,752.00[1] |
| **TOTAL** | **$265,745.50** | **$3,496.08** | | **$212,596.40** | **$3,496.08** | **$53,149.10** |

---

[1] Assuming no objections are filed and a certificate of no objection is filed with respect to the third monthly fee application.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 4, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: October 30, 2023 at 11:00 a.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF**
**OMNI AGENT SOLUTIONS, INC.**

| | |
|---|---|
| Name of Applicant: | Omni Agent Solutions, Inc. |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of May 8, 2023 (order entered June 8, 2023) |
| Period for which compensation and reimbursement is sought: | May 8, 2023 through July 31, 2023 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 5/8/23 – 5/31/23<br>6/28/23<br>D.I. 148 | $14,750.80 | $0.00 | 7/20/23<br>D.I. 221 | $11,800.64 | $0.00 | $2,950.16 |
| **TOTAL** | **$14,750.80** | **$0.00** | | **$11,800.64** | **$0.00** | **$2,950.16** |