## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: October 4, 2023 at 4:00 p.m. (ET)** |
| | **Hearing Date: October 30, 2023 at 11:00 a.m. (ET)** |

## SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), co-counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby supplements the *First Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP* (Docket No. 349) (the "First Interim Application") for the period from May 8, 2023 through July 31, 2023 (the "Application Period") by attaching, as Exhibits A through F hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Quinn Emanuel respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a.     During the Application Period, Quinn Emanuel did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

b.          The fees sought by Quinn Emanuel in the First Interim Application are not more than 10% higher than the fees budgeted in the budget provided by Quinn Emanuel to the Debtors for the Application Period.

c.          The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

d.          The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e.          The time period covered by the First Interim Application includes approximately 0.00 hours with a value of $0.00 spent by Quinn Emanuel to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Quinn Emanuel's preparation of each monthly fee application.

f.          The First Interim Application does not include any rate increases.

Respectfully submitted this 15th day of September, 2023.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Patricia B. Tomasco*
Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**CO-COUNSEL FOR THE DEBTORS**

## EXHIBIT A

## CUSTOMARY AND COMPARABLE
## COMPENSATION DISCLOSURES

Quinn Emanuel's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Quinn Emanuel's hourly rates for bankruptcy services are comparable to the rates charged by the Firm for other complex corporate and litigation matters. The rates charged by the Firm for the services performed in the prior calendar year in the practice areas that are comparable to the services performed by the Bankruptcy and Corporate Restructuring section are set forth below. Also included below is 2022 blended hourly rate information for all sections of the Firm.

| Category of Timekeeper (using categories already maintained by the firm) | Blended Hourly Rate | |
| --- | --- | --- |
| | **Billed or Collected** Firm or offices for preceding year excluding bankruptcy | **Billed** This Application (incorporating the 10% discount) |
| Partner | $1,169.10 | $1,461.90 |
| Counsel | $983.47 | $1,215.00 |
| Associate | $803.09 | $1,010.16 |
| Paraprofessional | $292.20 | $432.51 |
| **All Timekeepers Aggregate** | $852.33 | $1,140.73 |

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THE
FIRST INTERIM APPLICATION[1]**

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate in the Application Period |
|---|---|---|---|---|---|---|
| Michael Liftik | Partner | SEC Enforcement | 2001 | $101,067.00 | 57.1 | $1,770.00 |
| Dabney O'Riordan | Partner | SEC Enforcement | 1999 | $207,267.00 | 117.1 | $1,770.00 |
| Sarah Heaton Concannon | Partner | SEC Enforcement | 2011 | $531.00 | .3 | $1,770.00 |
| Robert Zink | Partner | Investigations, Government Enforcement and White Collar Criminal Defense | 2006 | $34,400.00 | 21.5 | $1,600.00 |
| Susheel Kirpalani | Partner | Bankruptcy and Restructuring | 1995 | $145,692.00 | 68.4 | $2,130.00 |
| Patricia B. Tomasco | Partner | Bankruptcy and Restructuring | 1988 | $643,520.00 | 402.2 | $1,600.00 |
| Alicia Cobb | Partner | Commercial Litigation | 2009 | $1,939.00 | 1.4 | $1,385.00 |
| Christopher Michel | Partner | National Appellate | 2013 | $119,248.50 | 86.1 | $1,385.00 |
| Stacylyn Doore | Partner | Commercial Litigation | 2010 | $161,768.00 | 116.8 | $1,385.00 |
| Kurt Wolfe | Counsel | SEC Enforcement | 2008 | $74,385.00 | 55.1 | $1,350.00 |
| Jennifer Gindin | Counsel | Investigations, Government Enforcement and White Collar Criminal Defense | 2014 | $33,615.00 | 24.9 | $1,350.00 |
| Daniel Holzman | Counsel | Bankruptcy and Restructuring | 1999 | $39,150.00 | 29.0 | $1,350.00 |

---

[1]   Travel billed at 100% in Exhibit B.

30779542.1

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate in the Application Period |
|---|---|---|---|---|---|---|
| Ted Ovrom | Associate | Commercial Litigation | 2018 | $17,358.50 | 14.9 | $1,165.00 |
| Jessica Reese | Associate | Commercial Litigation | 2019 | $130,962.00 | 119.6 | $1,095.00 |
| Katherine Schroeder | Associate | Commercial Litigation | 2022 | $160,900.50 | 160.1 | $1,005.00 |
| Shavonne Teo | Associate | Commercial Litigation | 2022 | $3,646.50 | 3.9 | $935.00 |
| Matthew Feibert | Associate | White Collar Criminal Defense and Internal Investigations | 2022 | $2,711.50 | 2.9 | $935.00 |
| Korey Silas | Associate | Commercial Litigation | 2022 | $66,317.00 | 79.9 | $830.00 |
| Lindsay M. Weber | Associate | Bankruptcy and Restructuring | 2008 | $3,550.50 | 2.7 | $1,315.00 |
| Razmig Izakelian | Associate | Bankruptcy and Restructuring | 2013 | $365,833.00 | 278.2 | $1,315.00 |
| Joanna Caytas | Associate | Bankruptcy and Restructuring | 2018 | $303,133.00 | 260.2 | $1,165.00 |
| Alain Jaquet | Associate | Bankruptcy and Restructuring | 2016 | $391,462.50 | 357.5 | $1,095.00 |
| Jeffrey G. Shandel | Associate | Commercial Litigation | 1992 | $13,802.00 | 20.6 | $670.00 |
| Anastacia Cates | Paralegal | Commercial Litigation | | $335.00 | .5 | $670.00 |
| Barbara Howell | Paralegal | Bankruptcy and Restructuring | | $79,728.00 | 166.1 | $480.00 |
| **Total** | | | | **$3,102,322.50** | **2,447.0** | |

30779542.1

**EXHIBIT C**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENTS**

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | | |
|---|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought** | **Fees with 10% Discount** |
| 01-Asset Analysis and Recovery | | | |
| 02-Asset Disposition | | | |
| 03-Assumption and Rejection of Leases and Contracts | 22.5 | $27,929.00 | $25,136.10 |
| 04-Avoidance Action Analysis | | | |
| 05-Business Operations | 62.2 | $85,401.00 | $76,860.90 |
| 06-Case Administration | 598.3 | $746,646.50 | $671,981.85 |
| 07-Claims Administration and Objections | 276.3 | $383,221.50 | $344,899.35 |
| 08-Corporate Governance and Board Matters | 42.9 | $74,138.00 | $66,724.20 |
| 09-Employee Benefits and Pensions | 9.0 | $10,471.00 | $9,423.90 |
| 10-Employment and Fee Applications | 188.9 | $165,866.50 | $149,279.85 |
| 11-Adversary Proceedings | 8.4 | $14,553.00 | $13,097.70 |
| 12-Non-working Travel | 41.7 | $31,982.00[2] | $28,783.80[3] |
| 13-Plan and Disclosure Statement | 129.4 | $154,833.50 | $139,350.15 |
| 14-Real Estate | | | |
| 15-Relief from Stay and Adequate | 137.5 | $185,901.50 | $167,311.35 |
| 16-Tax | 3.1 | $3,485.00 | $3,136.95 |
| 17-Valuation | | | |
| 18-Litigation and Regulatory Matters | 894.9 | $1,141,243.00 | $1,027,118.70 |
| 19-Financing and Cash Collateral | 31.9 | $44,668.50 | $40,201.65 |
| Total | 2,447.0 | $3,070,340.00 | $2,763,306.45 |

---

[2]   Travel billed at 50% in Fee Sought column.

[3]   Travel bill at 50% in Fees with 10% Discount column.

30779542.1

**<u>EXHIBIT D</u>**

**EXPENSES**

| EXPENSE | AMOUNT |
|---|---|
| Courtlink | $10.42 |
| Document Reproduction (Black & White at $0.10 per page) | $362.00 |
| Document Reproduction (Color at $0.20 per page) | $205.60 |
| RelOne Active Hosting (per GB) | $695.84 |
| RelOne User Fee | $347.92 |
| Filing Fee | $238.00 |
| Meals While Traveling | $293.41 |
| Travel | $1,510.56 |
| Hotel | $2,797.34 |
| Parking | $45.00 |
| VeloBind | $6.25 |
| Air Travel | $1,685.81 |
| Out of Town Travel | $114.10 |
| Other | $.30 |
| Total | $8,312.55 |

**EXHIBIT E**

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client | Desolation Holdings LLC, *et al.* |
| Time period covered by First Interim Application | May 8, 2023, through July 31, 2023 |
| Total compensation sought during the Application Period | $2,763,306.45 |
| Total expenses sought during the Application Period | $8,312.55 |
| Petition Date | May 8, 2023 |
| Retention Date | *Nunc pro tunc* to May 8, 2023 |
| Date of order approving employment | June 7, 2023 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $1,711,860.66 |
| Total allowed expenses paid to date | $3,419.63 |
| Blended rate in the First Interim Application for all attorneys | $1,192.79[4] |
| Blended rate in the First Interim Application for all timekeepers | $1,141.03[5] |
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $2,210,645.16 |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $8,312.55 |
| Number of professionals included in the First Interim Application | 25 (23 attorneys, 2 paralegals) |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 7 (6 attorneys, 1 paralegal) |
| Are any rates higher than those approved or disclosed at retention? | No |

---

[4]   Calculated with 10% discount, but travel billed at 100%.

[5]   Calculated with 10% discount, but travel billed at 100%.