**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 349 |

**SUPPLEMENT TO FIRST INTERIM FEE REQUEST OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), co-counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby supplements the *First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP* (the "First Interim Application") for the period from May 8, 2023 through July 31, 2023 (the "Application Period") by attaching, as **Exhibits A** through **D** hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Young Conaway respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

    a.    During the Application Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

    b.    The fees sought by Young Conaway in the First Interim Application are not more than 10% higher than the fees budgeted for Young Conaway for the Application Period.

    c.    The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30768708.2

    d.      The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

    e.      The time period covered by the First Interim Application includes approximately 1.0 hours with a value of $910.00 spent by Young Conaway to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Young Conaway's preparation of each monthly fee application.

    f.      The First Interim Application did not include any rate increases since the effective date of the Court's approval of Young Conaway's retention.

| | |
|---|---|
| Dated: September 15, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(*admitted *pro hac vice)*<br>Patricia B. Tomasco *(*admitted *pro hac vice)*<br>Daniel Holzman *(*admitted *pro hac vice)*<br>Alain Jaquet *(*admitted *pro hac vice)*<br>Razmig Izakelian *(*admitted *pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(*admitted *pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm for other complex corporate and litigation matters. The rates charged by the Firm for the services performed in the prior calendar year in the practice areas that are comparable to the services performed by the Bankruptcy and Corporate Restructuring section – namely, Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation – are set forth below. Also included below is 2022 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed In comparable practice areas for preceding calendar year[2] | Billed Firm-wide for preceding calendar year[3] | Billed This Application |
| Partner | $817 | $743 | $1,019.27 |
| Counsel | $668 | $603 | n/a |
| Associate | $457 | $449 | $493.76 |
| Paralegal | $293 | $206 | $355.00 |
| **Aggregated:** | $605 | $552 | $753.03 |

---

[2] This column reflects the blended 2022 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation.

[3] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

30768708.2

1

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE FIRST INTERIM APPLICATION

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Robert S. Bray | Partner | Bankruptcy | 1990 | $72,410.00 | 55.70 | $1,300.00 |
| Kenneth J. Enos | Partner | Bankruptcy | 2004 | $130,221.00 | 143.10 | $910.00 |
| Joshua Brooks | Associate | Bankruptcy | 2020 | $19,139.50 | 37.90 | $505.00 |
| Rebecca L. Lamb | Associate | Bankruptcy | 2021 | $10,782.50 | 22.70 | $475.00 |
| Troy Bollman | Paralegal | Bankruptcy | - | $6,532.00 | 18.40 | $355.00 |
| Beth A. Olivere | Paralegal | Bankruptcy | - | $25,844.00 | 72.80 | $355.00 |
| Jorge L. Martinez | Paralegal | Bankruptcy | - | $816.50 | 2.30 | $355.00 |
| **Totals** | | | | **$265,745.50** | **352.90** | |

# EXHIBIT C

## SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought ($)** |
| Case Administration (B001) | 51.90 | $24,987.00 |
| Court Hearings (B002) | 95.30 | $73,127.00 |
| Cash Collateral/DIP Financing (B003) | 8.80 | $5,351.50 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 34.60 | $26,515.00 |
| Lease/Executory Contract Issues (B005) | 1.20 | $1,126.50 |
| Use, Sale or Lease of Property (B006) | 47.00 | $42,987.50 |
| Claims Analysis, Objections & Resolutions (B007) | 27.10 | $24,818.50 |
| Meetings (B008) | 3.90 | $4,251.00 |
| Stay Relief Matters (B009) | 15.60 | $12,553.50 |
| Adversary Proceedings (B011) | 0.60 | $780.00 |
| Plan and Disclosure Statement (B012) | 3.40 | $3,529.00 |
| Creditor Inquiries (B013) | 3.50 | $2,136.50 |
| Retention of Professionals/Fee Issues (B017) | 52.30 | $38,795.50 |
| Fee Application Preparation (B018) | 7.70 | $4,787.00 |
| **Totals** | **352.90** | **$265,745.50** |

2

| SUMMARY OF EXPENSE REIMBURSEMENT | |
|---|---:|
| | **Amount ($)** |
| Computerized Legal Research | $94.57 |
| Delivery/Courier | $180.00 |
| Deposition/Transcript | $744.55 |
| Docket Retrieval/Search | $52.20 |
| Filing Fee | $150.00 |
| Reproduction Charges | $675.50 |
| Working Meals | $1,599.26 |
| **TOTAL** | **$3,496.08** |

30768708.2

2

# EXHIBIT D

| SUMMARY OF FIRST INTERIM APPLICATION | |
| --- | --- |
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by First Interim Application | May 8, 2023 – July 31, 2023 |
| Total compensation sought during the Application Period | $265,745.50 |
| Total expenses sought during the Application Period | $3,496.08 |
| Petition Date | May 8, 2023 |
| Retention Date | May 8, 2023 |
| Date of order approving employment | June 7, 2023 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $161,588.40 |
| Total allowed expenses paid to date | $1,799.79 |
| Blended rate in the First Interim Application for all attorneys | $896.50 |
| Blended rate in the First Interim Application for all timekeepers | $753.03 |
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $161,588.40 |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $1,799.79 |
| Number of professionals included in the First Interim Application | 7 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 1 |
| Are any rates higher than those approved or disclosed at retention? | No |

30768708.2

1