## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | _____ <br> (Jointly Administered) |

### DECLARATION OF DAVID MARIA IN SUPPORT OF DEBTORS' REPLY TO FLORIDA OFFICE OF FINANCIAL REGULATION'S OPPOSITION TO MOTION TO ENFORCE AUTOMATIC STAY AND NON-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE, AND FOR CIVIL CONTEMPT

David Maria, pursuant to 28 U.S.C. § 1746, hereby declares as follows:[2]

1.      I am the General Counsel and Chief Legal Officer for Bittrex, Inc. ("BUS"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2.      The documents attached to this declaration are true and accurate copies of the original documents that were made and kept in the regular course of BUS' business, were made at the time or near the time of the information recorded by an individual with knowledge, and it was the regular practice of BUS to record the information set forth in the documents. Although I was not employed by BUS when all of these documents were created or transmitted, I have become familiar with the documents and the circumstances with which they were made.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]    All terms not defined herein have the meaning given to them in the *Debtors' Reply to the Opposition of the Florida Office of Financial Regulation to Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt.*

3.      On April 11, 2019, BUS mailed a copy of the NYDFS License Denial to the Florida Department of Financial Services.  A true and correct copy of the *Firm Delivery Receipt* is attached hereto as **Exhibit M**.

4.      On July 1, 2019, BUS submitted an amended *Application for Licensure as Money Services Business*, a true and correct copy of which is attached hereto as **Exhibit N**.

5.      On July 8, 2019, BUS submitted an amended *Application for Licensure as Money Services Business*, a true and correct copy of which is attached hereto as **Exhibit O**.

6.      On October 20, 2020, BUS e-mailed a copy of the Connecticut Consent Order to the Florida Division of Consumer Finance.  A true and correct copy of the letter is attached hereto as **Exhibit P**.

7.      On October 21, 2020, BUS submitted an amended *Application for Licensure as Money Services Business*, a true and correct copy of which is attached hereto as **Exhibit Q**.

8.      BUS uploaded a copy of the FinCEN Consent Order to the Florida Regulatory Enforcement and Licensing Portal on October 11, 2022.

9.      Attached hereto as **Exhibit R** is a true and correct copy of a letter dated ██████ ████ from the ████████████████████.

10.     On March 17, 2023, BUS sent a letter to several states stating that it intended to surrender its money transmitter licenses and wind down operations.  Attached hereto as **Exhibit S** is a true and correct copy of the March 17, 2023 letter to the Texas Department of Banking.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: September 15, 2023

By:    /s/ David Maria
       David Maria

# EXHIBIT M

# Firm Delivery Receipt



`51030SHL05348795D176`

DEPT FINANCIAL SER

| **Article Number** | **Article Number** |
|---|---|
| 1    RE871834185US | |

1. **Go online** to *USPS.com/redelivery*

2. **Let your carrier know** when and where you'd like them
   to leave the item, then leave this form in your mailbox.
   *(Sorry, not an option for Restricted Delivery or Adult Signature items)*

   Please redeliver on this date:_____ and leave
   at (check one):
   ☐ Front door  ☐ Back door  ☐ Porch  ☐ Garage

   ☐ Other:_____

3. **Go to your local Post Office™**, located at:
   **TALLAHASSEE MAIN POST OFFICE**
   **2800 S ADAMS STREET**
   **TALLAHASSEE, FL 32301**
   **M₋F 830AM-6PM; SAT 9AM-4PM**

4. **Sign up to manage your redeliveries at** *Informeddelivery.com*

5. **Send someone to serve as your representative** to pick it up
   for you at your local Post Office. Sign below and provide the
   name of the person you want to pickup the item.

   Addressee signature:_____

   Name of representative:_____

6. **Call us** at **800-ASK-USPS** (800-275-8777).

*Del 4.18.19*
*@ 7:50*
*aw*

**Delivery Section**

| Signature | X ~~*Sarah Blocker*~~ |
|---|---|
| | Received by: Sarah Blocker |
| Printed Name | DEPT OF FINANCIAL SERVICES TALLAHASSEE, FL 32399-0317 |
| Delivery Address | *Financial Svs.* |

**Record Recipient's**
**Signature on PS Form 3849**

Postmark of Delivery Office




MAIN POST OFFICE
TALLAHASSEE FL
APR 18 20

**USPS**



`5293 0599 2679 1328`

We Re Deliver for You!
PS Form 3849, April 2018 (Reverse)

**UNITED STATES**
**POSTAL SERVICE ®**

# EXHIBIT N

**STATE OF FLORIDA**
**OFFICE OF FINANCIAL REGULATION**

**APPLICATION FOR LICENSURE AS MONEY SERVICES BUSINESS**
**Chapter 560, Florida Statutes**

Check the box that indicates what you would like to do:
☐ **File an Initial Application** (Filing fees required – See instructions)
☑ **File an Amendment** (circle the question(s) amended)
☐ **\*\*Surrender License/Withdraw** (Effective date of surrender/withdrawal: _____)
(MM/DD/YYYY)

1.  **If initial application or amendment, check the type(s) of license(s) requested:**

    Part II License:                          Part III License:
    ☑ Money Transmitter                       ☐ Foreign Currency Exchanger
    ☐ Payment Instrument Issuer               ☐ Check Casher

2.  **Will the applicant/licensee also engage in Deferred Presentment Transactions?    Yes ☐  No ☑**
    **(**If yes, file Form OFR-560-03 and statutory fee.)

3.  **Applicant Information**

    A.  Business Name of Applicant (if sole proprietor provide first name, middle name, & last name):

    BITTREX, INC.
    _____

    B.  D/B/A or Fictitious Name:

    _____

    C.  IRS Employee Identification Number (FEID):

    ██████████
    _____

    D.  Business Main Address (Street address only - do not use a P.O. Box):
    800 FIFTH AVE, SUITE 4100 SEATTLE WA 98104
    _____
    (Number and Street)                (City)              (State)        (Zip Code)

    E.  Address where records stored (Street address only - do not use a P.O. Box):
    DESOLATION HOLDINGS 600 BELLEVUE WAY, SUITE 200 BELLEVUE WA 98004
    _____
    (Number and Street)                (City)              (State)        (Zip Code)

    F.  Mailing Address, if different from Business (P.O. Box acceptable):
    800 FIFTH AVE, SUITE 4100 SEATTLE WA 98104
    _____
    (Number and Street)                (City)              (State)        (Zip Code)

    G.  Business Telephone Numbers:
    ( 206 ) 413 -- 8559                    (_____) _____--_____
    (Business Phone)                       (Business Fax)

4.  **Contact Information:**

    A.  Contact Person Name and Title:
                                                      Chief Compliance & Ethic
    ████████        ████████
    (Last Name)        (First Name)        (Middle)        (Title)

    B.  Contact Person Mailing Address:
    800 FIFTH AVE, SUITE 4100 SEATTLE WA 98104
    _____
    (Number and Street)                (City)              (State)        (Zip Code)

    C.  Contact Person Telephone Number:
    ( 206 ) 413 -- 8559                    (_____) _____--_____
    (Contact Person Phone)                 (Contact Person Fax)

    D.  Contact Person E-mail address: compliance@bittrex.com

Form OFR-560-01, Effective January 2, 2014, Incorporated by Reference in Rule 69V-560.1012, F.A.C.

5.  **Applicant Organization and History of Operations:**

A.  Applicant is a: ☑ Corporation, ☐ Partnership, ☐ Association, ☐ LLC, ☐ Individual,

☐ Other (Explain): _____

B.  If applicant is a corporation, partnership, association, LLC, or other legally formed entity:

(1)  List the date and state the business was incorporated / formed:

07/11/2016                                DE
_____
        (Date)                          (State)

(2)  Provide a copy of a certificate of good standing from the state or country in which applicant was incorporated or formed.

(3)  Provide a chart or description of the organizational structure of the applicant, including the identity of any parent or subsidiary of the applicant.

C   Is the applicant, parent or subsidiary of the applicant publicly traded on any stock exchange? Yes ☐ No ☑

(1)  If yes, provide the name of the exchange or similar regulator and stock symbol(s):

_____

(2)  If the applicant is publicly traded, provide copies of all filings made by the applicant with the United States Securities and Exchange Commission, or with a similar regulator in a country other than the United States, within the year preceding the date of filing this application.

D.  (1)  Is the applicant engaged in the same or similar business in any other state?  Yes ☐ No ☑
(If yes, attach a list of the state(s) of licensure, date(s) issued and license number(s).)

(2)  Is the applicant registered with the Financial Crimes Enforcement Network (FinCEN) as a Money Service Business ("MSB")?
Yes ☑ No ☐  (If not, then read page 3 of the instructions for information regarding registration requirements)

(3)  Provide a copy of the applicant's written anti-money laundering program as required under 31 C.F.R. ss. 103.125.

E.  Does the applicant perform any other services?  Yes ☑ No ☐  (If yes, list other services performed.)
Crypto-to-crypto trading services _____

F.  Does the applicant propose to engage in licensed activities at any location other than the main office or through an authorized vendor?  Yes ☐ No ☑
(If yes, read page 2 in the instructions for requirements regarding notification of locations and authorized vendors and attach a copy of your vendor contract.)

Amended    G.  List every chief executive officer, chief financial officer, chief operations officer, chief legal officer, chief compliance officer, BSA/AML compliance officer, director, member, sole proprietor, controlling shareholder (See page 2 of instructions for definition of "controlling shareholder"), and responsible person for the applicant in the table below.  Attach additional sheets if necessary.  For every person listed, attach a completed Biographical Summary Form OFR-560-01 and submit fingerprints to a live scan vendor approved by the Florida Department of Law Enforcement. (Refer to page 2 in the instructions for additional guidance)

In addition to identifying all owners of 25% or more, every applicant or licensee must designate at least one natural person that fills each of the following titles or positions (one person can be assigned multiple titles or positions):

- President, Chief Executive Officer, Managing Member, or similar position
- Compliance Officer
- Responsible Person

| Name | Title or Position (CEO, President, Director, Compliance Officer, Responsible Person, etc.) | % of ownership | Date Title or Position Acquired |
|---|---|---|---|
| Aquila Holdings, Inc. | Parent Co. | 100 | 04/19/2018 |
| ■■■■■■ | President, CEO, Indirect Owner, Respon | 0 | 07/11/2016 |
| ■■■■ | Vice President, CTO, Indirect Owner | 0 | 07/11/2016 |

H.   Does the applicant provide a website for information or services?   Yes ☑   No ☐   bittrex.com
                                                                         Website URL

I.   If applicant is a corporation, partnership, association, LLC, or other legally formed entity, provide the applicant's registered agent in this State on whom service of process may be made.
Name:
C T Corporation System

Mailing Address:
1200 South Pine Island Road Plantation FL 33324

               (Address)                             (City)                      (State)             (Zip Code)
Telephone Number:
( 314    )   236  -- 3929

## 6.   Disclosure Questions

### A.   Criminal Disclosure

**1)**     Has the applicant or licensee ever been convicted of, or pleaded guilty or nolo contendere regardless of adjudication, to, any crime under the laws of any state or of the United States?

☐Yes ☑No.     (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

**2)**     Has the applicant or licensee been notified by a law enforcement or prosecutorial agency that the applicant or licensee or its authorized vendor is currently under criminal investigation including, but not limited to, subpoenas to produce records or testimony and warrants issued by a court of competent jurisdiction which authorizes the search and seizure of any records relating to a business activity regulated under Chapter 560, F.S.?

☐Yes ☑No.     (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

3)     Is the applicant, licensee, authorized vendor of the licensee, or an affiliated party of the applicant or licensee the subject of a felony indictment related to Money Services Business or Deferred Presentment Provider activities?

☐Yes ☑No.     (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

### B.   Regulatory Action Disclosure

**1)**     Has the applicant or licensee ever had an application for registration, or a registration or its equivalent, to practice any profession or occupation denied, suspended, revoked, or otherwise acted against by a registering authority in any jurisdiction or been the subject of final agency action or its equivalent, issued by an appropriate regulatory body of engaging in unlicensed unregistered activity as a money services business or deferred presentment provider within any jurisdiction?

☑Yes ☐No.     (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

**2)**     Is the applicant or licensee the subject of a pending criminal prosecution or governmental enforcement action in any jurisdiction?

☐Yes ☑No.     (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

**C. Civil Litigation Disclosure**

**1)**    Has the applicant or licensee been named as a DEFENDANT in any civil litigation where a judgment was awarded against the applicant or licensee and the judgment remains unpaid?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.

**D. Financial Disclosure**

**1)**    Has the applicant or licensee ever filed bankruptcy or entered into a compromise with creditors?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.

**2)**    Has the applicant or licensee ever had a surety bond cancelled by a surety company?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.

**7.   Financial Information**

A.   Provide a list of accounts, to include the following, through which registered activities are or will be conducted:

Amended

| Name of Institution | Address | Name on Account | Type of Account | Account No.(s) |
|---|---|---|---|---|
| Silvergate Bank | 4250 Executive Square | Bittrex, Inc. | Custodial | ████ |
| Silvergate Bank | 4250 Executive Square | Bittrex, Inc. | Operating | ████ |
| Signature Bank | 565 Fifth Ave, New York | Bittrex, Inc. | Custodial | ████ |
| Prime Trust | 330 S Rampart Blvd, Ste | Bittrex, Inc. | Custodial | ██████ |
| | | | | |
| | | | | |

## Questions 8-16 must be completed by Part II applicants/licensees only

8.    If applying to be a payment instrument issuer, provide a sample payment instrument.

9.    Provide applicant's/licensee's Fiscal Year End?   12 ____ / 31 _____
       (Month/Day)

10.   Provide copies of the applicant's audited financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles for the most recent fiscal year end.

       Net worth Requirement – All licensees under Part II are required to maintain a minimum net worth of $100,000 for the main office address.  For each additional location and/or authorized vendor the net worth requirement increases by $10,000 to a maximum of $2,000,000.

11.   (a) Is your money transmission business limited solely to the physical transportation of currency (or other valuables) via armored cars?  Yes _____  No ___✓____  If no, please complete questions 12 – 15 below to calculate your security device requirement.

       (b) If yes to 11(a), do you maintain a cargo insurance policy in an amount equal to or greater than your maximum transported liability on any one shipment, or $2,000,000, whichever is greater? Yes _____  No _____  If no, please complete questions 12 – 15 below to calculate your security device requirement.

       (c) If yes to 11(b), your security device requirement is $50,000.  If no, please complete questions 12 – 15 below to calculate your security device requirement.

12. **Provide a projection of the total U. S. dollar volume of money transmissions into or from Florida and/or payment instruments sold in Florida for the applicant's first year of operation:**

|  | Fund Transmissions | Payment Instrument Transactions |
|---|---|---|
| **1st Quarter** | $ 15,000.00 | $ |
| **2nd Quarter** | $ 15,000.00 | $ |
| **3rd Quarter** | $ 15,000.00 | $ |
| **4th Quarter** | $ 15,000.00 | $ |
| **Total First Year Projections** | $ 60,000.00 | $ 0.00 |

13. **Total first year projections in U.S. dollars (from Question 12):** $ 60,000.00 _____

14. **Calculate 2% of total projections (multiply answer in question 13 by .02) $** 1,200.00 _____

15. **Based on your answer to question 14, use the table below to determine the required amount of your security device and enter the amount on this line $** 50,000.00 _____.

    **NOTE: The required amount of the collateral device shall be calculated at $50,000 increments. If the calculation equates to an amount between each increment then the device amount shall be rounded to the next $50,000. Please see the chart below as an example of how to calculate the required amount in $50,000 increments.**

| Amount in Line 14 | Required Amount of Security Device |
|---|---|
| $0 - $50,000 | $50,000 |
| $50,001 - $100,000 | $100,000 |
| $100,001 – $150,000 | $150,000 |
| $150,001 - $200,000 | $200,000 |
| $550,001 - $600,000 | $600,000 |
| $1,950,001 - $2,000,000 | $2,000,000 |

16. **A bond or alternative security device between $50,000 and $2,000,000 is required. Complete questions 12 through 15 of this application to determine the required security device amount. Indicate below the type of security device you are submitting with your application.** Attach evidence from a federally-insured financial institution to confirm that the security is on deposit or in safekeeping and is pledged to the Office of Financial Regulation.

    Type of security device provided with application:

    ☐ **Certificate of Deposit (Attach originally executed pledge agreement, Form OFR-560-05, along with a copy of the item pledged)**
    ☑ **Bond (Attach originally executed bond form, Form OFR-560-06)**
    ☐ **Letter of Credit (Provide originally executed Letter of Credit)**
    ☐ **Other (Please list)** _____

**17.  Signature**

I the undersigned authorized person hereby swear or affirm, under penalties of perjury, that I have full authority to sign and verify this application, that I have read this application and disclosure reporting page and have knowledge of the facts stated herein, and that this application, and all information submitted in connection herewith, is complete and accurate and contains no misstatements, misrepresentations, or omissions of material facts, to the best of my knowledge and belief. I further acknowledge that any misstatement may cause the office to deny the application or initiate proceedings against the license.  I also represent that to the extent any information previously submitted is not amended such information is currently accurate and complete.

The authorized person or authorized person's agent has typed his or her name under this section to attest to the completeness and accuracy of this form.  The authorized person recognizes that this typed name constitutes, in every way, use or aspect, his or her legally binding signature.

| ██████████ | Compliance Alyst |
|---|---|
| Signature | Title |
| ██████████ | 07/01/2019 |
| Print Name | Date |

---

**SSN Section**
(If Applicant is a Sole Proprietor)

**Applicant's Social Security Number**  _ _ _ - _ _ - _ _ _ _

---

Officers

| Name | Title/Position | % of Ownership | Date Acquired |
|---|---|---|---|
| Aquila Holdings, Inc. | Parent Co. | 100 | 04/19/2018 |
| ███████████████ | President, CEO, Indirect Owner, Responsible Person | 0 | 07/11/2016 |
| ███████████ | Vice President, CTO, Indirect Owner | 0 | 07/11/2016 |
| ███████ | Treasurer, CIO, Indirect Owner | 0 | 07/11/2016 |
| █████████████ | Chief Compliance & Ethics Officer | 0 | 11/01/2017 |
| ████████████ | Secretary, COO | 0 | 01/01/2018 |

| Disclosure Reporting Pages (OFR-560-01) |
|---|

This Disclosure Reporting Form is an ☐ **INITIAL OR** ☑ **AMENDED** response to report details for affirmative responses to **Questions 6A, 6B, 6C & 6D** on Form OFR-560-01;

**Check question(s) you are responding to:**
☐6A(1) ☐6A(2) ☐6A(3) ☑6B(1) ☐6B(2) ☐6C(1) ☐6D(1) ☐6D(2)
Use only one DRP to report details to the same event. Unrelated actions must be reported on separate DRPs.

Amended

1. Action initiated against:
   ☑ Applicant/Licensee
   ☐ Authorized Vendor
   ☐ Affiliated Party
   Name of Authorized Vendor/Affiliated Party: _____

2. Action initiated by: (Name of Regulator, Law Enforcement or Prosecutorial Agency, Creditor/Lien Holder, Private Plaintiff, Applicant/Licensee, etc.)

   New York Department of Financial Services

3. Filing Date of Action (MM/DD/YYYY): 04/10/2019 _____ ☑ Exact ☐ Explanation
   If not exact, provide explanation:

4. Formal Action was brought in (include name of Federal, Military, State or Foreign Court, Location of Court – City or County and State or Country, Docket/Case Number):
   State of New York

5. Employing Business when activity occurred:
   Bittrex, Inc. _____

8. Describe the allegations related to this action. (Attach a separate sheet if necessary.):
   On April 10, 2019, the New York Department of Financial Services denied Bittrex's application for a New York BitLicense and money transmitter license. New York issued the denials after the parties were unable to reach agreement as to the terms of a supervisory agreement. For convenience, we are attaching the DFS's letter to Bittrex and Bittrex's response.

9. Current status of action? ☐ **Pending** ☐ **On Appeal** ☑ **Final**

10. If on appeal, action appealed to (provide name of court): Date Appeal Filed (MM/DD/YYYY):

11. If Pending, date notice/process was served (MM/DD/YYYY): _____
    ☐ **Exact** ☐ **Explanation** If not exact, provide explanation:

| If Final or On Appeal, complete items below. For Pending Actions, complete item 14 only. |
|---|

12. Provide a detailed explanation of how the matter was resolved (Attach a separate sheet if necessary):
    Please see our response to No. 6, as well as the attached supplemental material.

13. Resolution Date (MM/DD/YYYY): 04/10/2019 _____ ☑ **Exact** ☐ **Explanation**
    If not exact, provide explanation:

14. Comments. Use this section to provide a summary of the circumstances leading to the action, as well as the status or disposition and/or finding(s).
    Please see our response to No. 6, as well as the attached supplemental material.

15. In addition to the information requested in this DRP, provide documentation pertaining to each matter. Such documentation includes but is not limited to, certified copies of criminal convictions or administrative orders entered against the applicant.

# EXHIBIT O

**STATE OF FLORIDA**
**OFFICE OF FINANCIAL REGULATION**

**APPLICATION FOR LICENSURE AS MONEY SERVICES BUSINESS**
**Chapter 560, Florida Statutes**

Check the box that indicates what you would like to do:
☐ **File an Initial Application** (Filing fees required – See instructions)
☑ **File an Amendment** (circle the question(s) amended)
☐ **\*\*Surrender License/Withdraw** (Effective date of surrender/withdrawal: _____)
                                                                        (MM/DD/YYYY)

1. **If initial application or amendment, check the type(s) of license(s) requested:**

   <u>Part II License:</u>                           <u>Part III License:</u>
   ☑ Money Transmitter            ☐ Foreign Currency Exchanger
   ☐ Payment Instrument Issuer     ☐ Check Casher

2. **Will the applicant/licensee also engage in Deferred Presentment Transactions?    Yes ☐   No ☑**
   **(**If yes, file Form OFR-560-03 and statutory fee.)

3. **Applicant Information**

   A.   Business Name of Applicant (if sole proprietor provide first name, middle name, & last name):

   BITTREX, INC.

   B.   D/B/A or Fictitious Name:

   C.   IRS Employee Identification Number (FEID):

   ███████

   D.   Business Main Address (Street address only - do not use a P.O. Box):
   800 FIFTH AVE, SUITE 4100 SEATTLE WA 98104

         (Number and Street)                    (City)             (State)        (Zip Code)

   E.   Address where records stored (Street address only - do not use a P.O. Box):
   DESOLATION HOLDINGS 600 BELLEVUE WAY, SUITE 200 BELLEVUE WA 98004

         (Number and Street)                    (City)             (State)        (Zip Code)

   F.   Mailing Address, if different from Business (P.O. Box acceptable):
   800 FIFTH AVE, SUITE 4100 SEATTLE WA 98104

         (Number and Street)                    (City)             (State)        (Zip Code)

   G.   Business Telephone Numbers:
   ( 206 ) 413 -- 8559 _____      ( _____ ) _____ -- _____
   (Business Phone)                         (Business Fax)

4. **Contact Information:**

   A.   Contact Person Name and Title:
                                                                             Chief Compliance & Ethic
   ███████         ███████
   (Last Name)            (First Name)             (Middle)           (Title)

   B.   Contact Person Mailing Address:
   800 FIFTH AVE, SUITE 4100 SEATTLE WA 98104
         (Number and Street)                    (City)             (State)        (Zip Code)

   C.   Contact Person Telephone Number:
   ( 206 ) 413 -- 8559 _____      ( _____ ) _____ -- _____
   (Contact Person Phone)                   (Contact Person Fax)

   D.   Contact Person E-mail address: compliance@bittrex.com

5. **Applicant Organization and History of Operations:**

A. Applicant is a: ☑ Corporation, ☐ Partnership, ☐ Association, ☐ LLC, ☐ Individual,

☐ Other (Explain): _____

B. If applicant is a corporation, partnership, association, LLC, or other legally formed entity:

(1) List the date and state the business was incorporated / formed:

07/11/2016                          DE
_____
(Date)                          (State)

(2) Provide a copy of a certificate of good standing from the state or country in which applicant was incorporated or formed.

(3) Provide a chart or description of the organizational structure of the applicant, including the identity of any parent or subsidiary of the applicant.

C. Is the applicant, parent or subsidiary of the applicant publicly traded on any stock exchange? Yes ☐ No ☑

(1) If yes, provide the name of the exchange or similar regulator and stock symbol(s):

_____

(2) If the applicant is publicly traded, provide copies of all filings made by the applicant with the United States Securities and Exchange Commission, or with a similar regulator in a country other than the United States, within the year preceding the date of filing this application.

D. (1) Is the applicant engaged in the same or similar business in any other state?  Yes ☐ No ☑
(If yes, attach a list of the state(s) of licensure, date(s) issued and license number(s).)

(2) Is the applicant registered with the Financial Crimes Enforcement Network (FinCEN) as a Money Service Business ("MSB")?
Yes ☑ No ☐ (If not, then read page 3 of the instructions for information regarding registration requirements)

(3) Provide a copy of the applicant's written anti-money laundering program as required under 31 C.F.R. ss. 103.125.

E. Does the applicant perform any other services?  Yes ☑ No ☐ (If yes, list other services performed.)
Crypto-to-crypto trading services _____

F. Does the applicant propose to engage in licensed activities at any location other than the main office or through an authorized vendor? Yes ☐ No ☑
(If yes, read page 2 in the instructions for requirements regarding notification of locations and authorized vendors and attach a copy of your vendor contract.)

Amended

G. List every chief executive officer, chief financial officer, chief operations officer, chief legal officer, chief compliance officer, BSA/AML compliance officer, director, member, sole proprietor, controlling shareholder (See page 2 of instructions for definition of "controlling shareholder"), and responsible person for the applicant in the table below. Attach additional sheets if necessary. For every person listed, attach a completed Biographical Summary Form OFR-560-01 and submit fingerprints to a live scan vendor approved by the Florida Department of Law Enforcement. (Refer to page 2 in the instructions for additional guidance)

In addition to identifying all owners of 25% or more, every applicant or licensee must designate at least one natural person that fills each of the following titles or positions (one person can be assigned multiple titles or positions):

- President, Chief Executive Officer, Managing Member, or similar position
- Compliance Officer
- Responsible Person

| Name | Title or Position (CEO, President, Director, Compliance Officer, Responsible Person, etc.) | % of ownership | Date Title or Position Acquired |
|---|---|---|---|
| Aquila Holdings, Inc. | Parent Co. | 100 | 04/19/2018 |
| ███████████ | President, CEO, Indirect Owner, Respon | 0 | 07/11/2016 |
| ██████████ | Vice President, CTO, Indirect Owner | 0 | 07/11/2016 |

H.    Does the applicant provide a website for information or services?    Yes ☑    No ☐    bittrex.com

Website URL

I.    If applicant is a corporation, partnership, association, LLC, or other legally formed entity, provide the applicant's registered agent in this State on whom service of process may be made.
Name:
C T Corporation System

Mailing Address:
1200 South Pine Island Road Plantation FL 33324

(Address)                    (City)                    (State)                    (Zip Code)

Telephone Number:
( 314      )  236  -- 3929

## 6.    Disclosure Questions

### A.    Criminal Disclosure

**1)**    Has the applicant or licensee ever been convicted of, or pleaded guilty or nolo contendere regardless of adjudication, to, any crime under the laws of any state or of the United States?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

**2)**    Has the applicant or licensee been notified by a law enforcement or prosecutorial agency that the applicant or licensee or its authorized vendor is currently under criminal investigation including, but not limited to, subpoenas to produce records or testimony and warrants issued by a court of competent jurisdiction which authorizes the search and seizure of any records relating to a business activity regulated under Chapter 560, F.S.?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

3)    Is the applicant, licensee, authorized vendor of the licensee, or an affiliated party of the applicant or licensee the subject of a felony indictment related to Money Services Business or Deferred Presentment Provider activities?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

### B.    Regulatory Action Disclosure

**1)**    Has the applicant or licensee ever had an application for registration, or a registration or its equivalent, to practice any profession or occupation denied, suspended, revoked, or otherwise acted against by a registering authority in any jurisdiction or been the subject of final agency action or its equivalent, issued by an appropriate regulatory body of engaging in unlicensed unregistered activity as a money services business or deferred presentment provider within any jurisdiction?

☑Yes ☐No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

**2)**    Is the applicant or licensee the subject of a pending criminal prosecution or governmental enforcement action in any jurisdiction?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

**C. Civil Litigation Disclosure**

**1)** Has the applicant or licensee been named as a DEFENDANT in any civil litigation where a judgment was awarded against the applicant or licensee and the judgment remains unpaid?

☐ Yes ☑ No. (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.

**D. Financial Disclosure**

**1)** Has the applicant or licensee ever filed bankruptcy or entered into a compromise with creditors?

☐ Yes ☑ No. (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.

**2)** Has the applicant or licensee ever had a surety bond cancelled by a surety company?

☐ Yes ☑ No. (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.

**7. Financial Information**

A. Provide a list of accounts, to include the following, through which registered activities are or will be conducted:

Amended

| Name of Institution | Address | Name on Account | Type of Account | Account No.(s) |
|---|---|---|---|---|
| Silvergate Bank | 4250 Executive Square | Bittrex, Inc. | Custodial | ███████ |
| Silvergate Bank | 4250 Executive Square | Bittrex, Inc. | Operating | ███████ |
| Signature Bank | 565 Fifth Ave, New York | Bittrex, Inc. | Custodial | ███████ |
| Prime Trust | 330 S Rampart Blvd, Ste | Bittrex, Inc. | Custodial | ██████████ |
| | | | | |
| | | | | |

## Questions 8-16 must be completed by Part II applicants/licensees only

8. If applying to be a payment instrument issuer, provide a sample payment instrument.

9. Provide applicant's/licensee's Fiscal Year End?    12    /    31
   (Month/Day)

10. Provide copies of the applicant's audited financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles for the most recent fiscal year end.

   **Net worth Requirement – All licensees under Part II are required to maintain a minimum net worth of $100,000 for the main office address. For each additional location and/or authorized vendor the net worth requirement increases by $10,000 to a maximum of $2,000,000.**

11. **(a) Is your money transmission business limited solely to the physical transportation of currency (or other valuables) via armored cars? Yes _____ No ___✓_____ If no, please complete questions 12 – 15 below to calculate your security device requirement.**

   **(b) If yes to 11(a), do you maintain a cargo insurance policy in an amount equal to or greater than your maximum transported liability on any one shipment, or $2,000,000, whichever is greater? Yes _____ No _____ If no, please complete questions 12 – 15 below to calculate your security device requirement.**

   **(c) If yes to 11(b), your security device requirement is $50,000. If no, please complete questions 12 – 15 below to calculate your security device requirement.**

12. **Provide a projection of the total U. S. dollar volume of money transmissions into or from Florida and/or payment instruments sold in Florida for the applicant's first year of operation:**

|  | Fund Transmissions | Payment Instrument Transactions |
|---|---|---|
| **1st Quarter** | $ 15,000.00 | $ |
| **2nd Quarter** | $ 15,000.00 | $ |
| **3rd Quarter** | $ 15,000.00 | $ |
| **4th Quarter** | $ 15,000.00 | $ |
| **Total First Year Projections** | $ 60,000.00 | $ 0.00 |

13. **Total first year projections in U.S. dollars (from Question 12):** $ 60,000.00

14. **Calculate 2% of total projections (multiply answer in question 13 by .02)** $ 1,200.00

15. **Based on your answer to question 14, use the table below to determine the required amount of your security device and enter the amount on this line** $ 50,000.00 .

 **NOTE:  The required amount of the collateral device shall be calculated at $50,000 increments.  If the calculation equates to an amount between each increment then the device amount shall be rounded to the next $50,000.  Please see the chart below as an example of how to calculate the required amount in $50,000 increments.**

| Amount in Line 14 | Required Amount of Security Device |
|---|---|
| $0 - $50,000 | $50,000 |
| $50,001 - $100,000 | $100,000 |
| $100,001 – $150,000 | $150,000 |
| $150,001 - $200,000 | $200,000 |
| $550,001 - $600,000 | $600,000 |
| $1,950,001 - $2,000,000 | $2,000,000 |

16. **A bond or alternative security device between $50,000 and $2,000,000 is required. Complete questions 12 through 15 of this application to determine the required security device amount.  Indicate below the type of security device you are submitting with your application.** Attach evidence from a federally-insured financial institution to confirm that the security is on deposit or in safekeeping and is pledged to the Office of Financial Regulation.

 Type of security device provided with application:

 ☐ **Certificate of Deposit (Attach originally executed pledge agreement, Form OFR-560-05, along with a copy of the item pledged)**
 ☑ **Bond (Attach originally executed bond form, Form OFR-560-06)**
 ☐ **Letter of Credit (Provide originally executed Letter of Credit)**
 ☐ **Other (Please list)** _____

**17. Signature**

I the undersigned authorized person hereby swear or affirm, under penalties of perjury, that I have full authority to sign and verify this application, that I have read this application and disclosure reporting page and have knowledge of the facts stated herein, and that this application, and all information submitted in connection herewith, is complete and accurate and contains no misstatements, misrepresentations, or omissions of material facts, to the best of my knowledge and belief. I further acknowledge that any misstatement may cause the office to deny the application or initiate proceedings against the license.  I also represent that to the extent any information previously submitted is not amended such information is currently accurate and complete.

The authorized person or authorized person's agent has typed his or her name under this section to attest to the completeness and accuracy of this form.  The authorized person recognizes that this typed name constitutes, in every way, use or aspect, his or her legally binding signature.

| ███████████ | Compliance Anyst |
|---|---|
| Signature | Title |

| ███████████ | 07/08/2019 |
|---|---|
| Print Name | Date |

```
                        SSN Section
                 (If Applicant is a Sole Proprietor)

Applicant's Social Security Number  _ _ _ - _ _ - _ _ _ _
```

Form OFR-560-01, Effective January 2, 2014, Incorporated by Reference in Rule 69V-560.1012, F.A.C.

Officers

| Name | Title/Position | % of Ownership | Date Acquired |
| --- | --- | --- | --- |
| Aquila Holdings, Inc. | Parent Co. | 100 | 04/19/2018 |
| ████████████ | President, CEO, Indirect Owner, Responsible Person | 0 | 07/11/2016 |
| █████████ | Vice President, CTO, Indirect Owner | 0 | 07/11/2016 |
| █████ | Treasurer, CIO, Indirect Owner | 0 | 07/11/2016 |
| █████████ | Chief Compliance & Ethics Officer | 0 | 11/01/2017 |
| ████████ | Secretary, COO | 0 | 01/01/2018 |

| Disclosure Reporting Pages (OFR-560-01) |
|---|

This Disclosure Reporting Form is an ☐ **INITIAL OR** ☑ **AMENDED** response to report details for affirmative responses to **Questions 6A, 6B, 6C & 6D** on Form OFR-560-01;

**Check question(s) you are responding to:**
☐ 6A(1) ☐ 6A(2) ☐ 6A(3) ☑ 6B(1) ☐ 6B(2) ☐ 6C(1) ☐ 6D(1) ☐ 6D(2)
Use only one DRP to report details to the same event.  Unrelated actions must be reported on separate DRPs.

Amended

1.  Action initiated against:
    ☑ Applicant/Licensee
    ☐ Authorized Vendor
    ☐ Affiliated Party
    Name of Authorized Vendor/Affiliated Party: _____

2.  Action initiated by: (Name of Regulator, Law Enforcement or Prosecutorial Agency, Creditor/Lien Holder, Private Plaintiff, Applicant/Licensee, etc.)

New York Department of Financial Services

3.  Filing Date of Action (MM/DD/YYYY):  04/10/2019 _____        ☑ Exact ☐ Explanation
    If not exact, provide explanation:

4.  Formal Action was brought in (include name of Federal, Military, State or Foreign Court, Location of Court – City or County and State or Country, Docket/Case Number):
State of New York

5.  Employing Business when activity occurred:
    Bittrex, Inc. _____

8.  Describe the allegations related to this action.  (Attach a separate sheet if necessary.):
On April 10, 2019, the New York Department of Financial Services denied Bittrex's application for a New York BitLicense and money transmitter license. New York issued the denials after the parties were unable to reach agreement as to the terms of a supervisory agreement. For convenience, we are attaching the DFS's letter to Bittrex and Bittrex's response.

9.  Current status of action? ☐ **Pending** ☐ **On Appeal** ☑ **Final**

10.  If on appeal, action appealed to (provide name of court):  Date Appeal Filed (MM/DD/YYYY):

11.  If Pending, date notice/process was served (MM/DD/YYYY): _____
     ☐ **Exact** ☐ **Explanation**  If not exact, provide explanation:

| If Final or On Appeal, complete items below.  For Pending Actions, complete item 14 only. |
|---|

12.  Provide a detailed explanation of how the matter was resolved (Attach a separate sheet if necessary):
Please see our response to No. 6, as well as the attached supplemental material.

13.  Resolution Date (MM/DD/YYYY):  04/10/2019 _____        ☑ **Exact** ☐ **Explanation**
     If not exact, provide explanation:

14.  Comments.  Use this section to provide a summary of the circumstances leading to the action, as well as the status or disposition and/or finding(s).
Please see our response to No. 6, as well as the attached supplemental material.

15.  In addition to the information requested in this DRP, provide documentation pertaining to each matter.  Such documentation includes but is not limited to, certified copies of criminal convictions or administrative orders entered against the applicant.

# EXHIBIT P



10/20/2020

**VIA ELECTRONIC MAIL DELIVERY**

State of Florida Division of Consumer Finance
200 E. Gaines Street
Tallahassee, FL 32399

RE: Bittrex, Inc. – Notification of Consent Order

Dear Sir or Madam:

This letter serves as notice that Bittrex entered into a consent order with the Department of Banking in Connecticut to resolve allegations that Bittrex conducted money transmission in the state without a license. The consent order provides that so long as its conditions are followed it will not affect Bittrex's ability to obtain a Connecticut money transmitter license. In addition to this written notice, Bittrex has also amended its FT2.

Please contact me with any questions, or if further information is needed.

Sincerely,

Michael Carter
Chief Compliance Officer

*Enclosure:*        Bittrex, Inc. Executed Consent Order - CT

# EXHIBIT Q

**STATE OF FLORIDA**
**OFFICE OF FINANCIAL REGULATION**

**APPLICATION FOR LICENSURE AS MONEY SERVICES BUSINESS**
**Chapter 560, Florida Statutes**

Check the box that indicates what you would like to do:
☐ **File an Initial Application** (Filing fees required – See instructions)
☑ **File an Amendment** (circle the question(s) amended)
☐ **\*\*Surrender License/Withdraw** (Effective date of surrender/withdrawal: _____)
(MM/DD/YYYY)

1.   **If initial application or amendment, check the type(s) of license(s) requested:**

Part II License:
☑ Money Transmitter
☐ Payment Instrument Issuer

Part III License:
☐ Foreign Currency Exchanger
☐ Check Casher

2.   **Will the applicant/licensee also engage in Deferred Presentment Transactions?   Yes ☐   No ☑**
**(**If yes, file Form OFR-560-03 and statutory fee.)

3.   **Applicant Information**

   A.   Business Name of Applicant (if sole proprietor provide first name, middle name, & last name):
   BITTREX, INC.

   B.   D/B/A or Fictitious Name:

   C.   IRS Employee Identification Number (FEID):
   ███████

   D.   Business Main Address (Street address only - do not use a P.O. Box):
   800 FIFTH AVE, SUITE 4100 SEATTLE WA 98104

   | (Number and Street) | (City) | (State) | (Zip Code) |

   E.   Address where records stored (Street address only - do not use a P.O. Box):
   DESOLATION HOLDINGS 10500 NE 8TH ST, SUITE 2000 BELLEVUE WA 98004

   | (Number and Street) | (City) | (State) | (Zip Code) |

   F.   Mailing Address, if different from Business (P.O. Box acceptable):
   800 FIFTH AVE, SUITE 4100 SEATTLE WA 98104

   | (Number and Street) | (City) | (State) | (Zip Code) |

   G.   Business Telephone Numbers:
   ( 206 ) 413 -- 8559                    (_____) _____--_____
   (Business Phone)                         (Business Fax)

4.   **Contact Information:**
   A.   Contact Person Name and Title:
   ███████        ███████                              CCO
   (Last Name)        (First Name)              (Middle)              (Title)
   B.   Contact Person Mailing Address:
   800 FIFTH AVE, SUITE 4100 SEATTLE WA 98104
   (Number and Street)        (City)        (State)        (Zip Code)
   C.   Contact Person Telephone Number:
   ( 206 ) 413 -- 8559                    (_____) _____--_____
   (Contact Person Phone)                         (Contact Person Fax)
   D.   Contact Person E-mail address: compliance@bittrex.com

**5.    Applicant Organization and History of Operations:**

A.    Applicant is a: ☑ Corporation,  ☐ Partnership,  ☐ Association,  ☐ LLC,  ☐ Individual,

☐ Other (Explain): _____

B.    If applicant is a corporation, partnership, association, LLC, or other legally formed entity:

(1)    List the date and state the business was incorporated / formed:

07/11/2016                              DE
_____
        (Date)                                      (State)

(2)    Provide a copy of a certificate of good standing from the state or country in which applicant was incorporated or formed.

(3)    Provide a chart or description of the organizational structure of the applicant, including the identity of any parent or subsidiary of the applicant.

C    Is the applicant, parent or subsidiary of the applicant publicly traded on any stock exchange? Yes ☐ No ☑

(1)    If yes, provide the name of the exchange or similar regulator and stock symbol(s):

_____

(2)    If the applicant is publicly traded, provide copies of all filings made by the applicant with the United States Securities and Exchange Commission, or with a similar regulator in a country other than the United States, within the year preceding the date of filing this application.

D.    (1)    Is the applicant engaged in the same or similar business in any other state?   Yes ☑ No ☐
(If yes, attach a list of the state(s) of licensure, date(s) issued and license number(s).)

(2)    Is the applicant registered with the Financial Crimes Enforcement Network (FinCEN) as a Money Service Business ("MSB")?
Yes ☑ No ☐   (If not, then read page 3 of the instructions for information regarding registration requirements)

(3)    Provide a copy of the applicant's written anti-money laundering program as required under 31 C.F.R. ss. 103.125.

E.    Does the applicant perform any other services?   Yes ☑ No ☐   (If yes, list other services performed.)

Crypto-to-crypto trading services _____

F.    Does the applicant propose to engage in licensed activities at any location other than the main office or through an authorized vendor?  Yes ☐ No ☑
(If yes, read page 2 in the instructions for requirements regarding notification of locations and authorized vendors and attach a copy of your vendor contract.)

G.    List every chief executive officer, chief financial officer, chief operations officer, chief legal officer, chief compliance officer, BSA/AML compliance officer, director, member, sole proprietor, controlling shareholder (See page 2 of instructions for definition of "controlling shareholder"), and responsible person for the applicant in the table below.  Attach additional sheets if necessary.  For every person listed, attach a completed Biographical Summary Form OFR-560-01 and submit fingerprints to a live scan vendor approved by the Florida Department of Law Enforcement. (Refer to page 2 in the instructions for additional guidance)

In addition to identifying all owners of 25% or more, every applicant or licensee must designate at least one natural person that fills each of the following titles or positions (one person can be assigned multiple titles or positions):

- President, Chief Executive Officer, Managing Member, or similar position
- Compliance Officer
- Responsible Person

Form OFR-560-01, Effective January 2, 2014, Incorporated by Reference in Rule 69V-560.1012, F.A.C.

| Name | Title or Position (CEO, President, Director, Compliance Officer, Responsible Person, etc.) | % of ownership | Date Title or Position Acquired |
|---|---|---|---|
| Aquila Holdings, Inc. | Parent Co. | 100 | 04/19/2018 |
| ███████████ | President, CEO, Indirect Owner, Respon | 0 | 07/11/2016 |
| ███████████ | Vice President, Indirect Owner | 0 | 07/11/2016 |

H.    Does the applicant provide a website for information or services?  Yes ☑  No ☐  bittrex.com

Website URL

I.    If applicant is a corporation, partnership, association, LLC, or other legally formed entity, provide the applicant's registered agent in this State on whom service of process may be made.
Name:
C T Corporation System

Mailing Address:
1200 South Pine Island Road Plantation FL 33324

| (Address) | (City) | (State) | (Zip Code) |

Telephone Number:
( 314    )  236   -- 3929

## 6.    Disclosure Questions

### A.    Criminal Disclosure

**1)**    Has the applicant or licensee ever been convicted of, or pleaded guilty or nolo contendere regardless of adjudication, to, any crime under the laws of any state or of the United States?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

**2)**    Has the applicant or licensee been notified by a law enforcement or prosecutorial agency that the applicant or licensee or its authorized vendor is currently under criminal investigation including, but not limited to, subpoenas to produce records or testimony and warrants issued by a court of competent jurisdiction which authorizes the search and seizure of any records relating to a business activity regulated under Chapter 560, F.S.?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

3)    Is the applicant, licensee, authorized vendor of the licensee, or an affiliated party of the applicant or licensee the subject of a felony indictment related to Money Services Business or Deferred Presentment Provider activities?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

### B.    Regulatory Action Disclosure

**1)**    Has the applicant or licensee ever had an application for registration, or a registration or its equivalent, to practice any profession or occupation denied, suspended, revoked, or otherwise acted against by a registering authority in any jurisdiction or been the subject of final agency action or its equivalent, issued by an appropriate regulatory body of engaging in unlicensed unregistered activity as a money services business or deferred presentment provider within any jurisdiction?

☑Yes ☐No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

**2)**    Is the applicant or licensee the subject of a pending criminal prosecution or governmental enforcement action in any jurisdiction?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.)

**C.  Civil Litigation Disclosure**

**1)**    Has the applicant or licensee been named as a DEFENDANT in any civil litigation where a judgment was awarded against the applicant or licensee and the judgment remains unpaid?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.

**D.  Financial Disclosure**

**1)**    Has the applicant or licensee ever filed bankruptcy or entered into a compromise with creditors?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.

**2)**    Has the applicant or licensee ever had a surety bond cancelled by a surety company?

☐Yes ☑No.    (If yes, attach a completed Disclosure Reporting Page (DRP) for each unrelated event.

**7.  Financial Information**

A.  Provide a list of accounts, to include the following, through which registered activities are or will be conducted:

| Name of Institution | Address | Name on Account | Type of Account | Account No.(s) |
|---|---|---|---|---|
| Silvergate Bank | 4250 Executive Square | Bittrex, Inc. | Custodial | █████████ |
| Silvergate Bank | 4250 Executive Square | Bittrex, Inc. | Operating | █████████ |
| Prime Trust | 330 S Rampart Blvd, Ste | Bittrex, Inc. | Custodial | █████████ |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Questions 8-16 must be completed by Part II applicants/licensees only

**8.**    If applying to be a payment instrument issuer, provide a sample payment instrument.

**9.**    Provide applicant's/licensee's Fiscal Year End?   12  /  31
                                                                          (Month/Day)

**10.**  Provide copies of the applicant's audited financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles for the most recent fiscal year end.

Net worth Requirement – All licensees under Part II are required to maintain a minimum net worth of $100,000 for the main office address.  For each additional location and/or authorized vendor the net worth requirement increases by $10,000 to a maximum of $2,000,000.

**11.**  (a) Is your money transmission business limited solely to the physical transportation of currency (or other valuables) via armored cars?  Yes _____   No ____✓____  If no, please complete questions 12 – 15 below to calculate your security device requirement.

(b) If yes to 11(a), do you maintain a cargo insurance policy in an amount equal to or greater than your maximum transported liability on any one shipment, or $2,000,000, whichever is greater? Yes _____  No _____  If no, please complete questions 12 – 15 below to calculate your security device requirement.

(c) If yes to 11(b), your security device requirement is $50,000.  If no, please complete questions 12 – 15 below to calculate your security device requirement.

12. **Provide a projection of the total U. S. dollar volume of money transmissions into or from Florida and/or payment instruments sold in Florida for the applicant's first year of operation:**

|  | Fund Transmissions | Payment Instrument Transactions |
|---|---|---|
| **1st Quarter** | $ 15,000.00 | $ |
| **2nd Quarter** | $ 15,000.00 | $ |
| **3rd Quarter** | $ 15,000.00 | $ |
| **4th Quarter** | $ 15,000.00 | $ |
| **Total First Year Projections** | $ 60,000.00 | $ 0.00 |

13. **Total first year projections in U.S. dollars (from Question 12):** $ 60,000.00

14. **Calculate 2% of total projections (multiply answer in question 13 by .02)** $ 1,200.00

15. **Based on your answer to question 14, use the table below to determine the required amount of your security device and enter the amount on this line** $ 50,000.00 .

    **NOTE: The required amount of the collateral device shall be calculated at $50,000 increments. If the calculation equates to an amount between each increment then the device amount shall be rounded to the next $50,000. Please see the chart below as an example of how to calculate the required amount in $50,000 increments.**

    | Amount in Line 14 | Required Amount of Security Device |
    |---|---|
    | $0 - $50,000 | $50,000 |
    | $50,001 - $100,000 | $100,000 |
    | $100,001 – $150,000 | $150,000 |
    | $150,001 - $200,000 | $200,000 |
    | $550,001 - $600,000 | $600,000 |
    | $1,950,001 - $2,000,000 | $2,000,000 |

16. **A bond or alternative security device between $50,000 and $2,000,000 is required. Complete questions 12 through 15 of this application to determine the required security device amount. Indicate below the type of security device you are submitting with your application.** Attach evidence from a federally-insured financial institution to confirm that the security is on deposit or in safekeeping and is pledged to the Office of Financial Regulation.

    Type of security device provided with application:

    ☐ **Certificate of Deposit (Attach originally executed pledge agreement, Form OFR-560-05, along with a copy of the item pledged)**
    ☑ **Bond (Attach originally executed bond form, Form OFR-560-06)**
    ☐ **Letter of Credit (Provide originally executed Letter of Credit)**
    ☐ **Other (Please list)** _____

**17.  Signature**

I the undersigned authorized person hereby swear or affirm, under penalties of perjury, that I have full authority to sign and verify this application, that I have read this application and disclosure reporting page and have knowledge of the facts stated herein, and that this application, and all information submitted in connection herewith, is complete and accurate and contains no misstatements, misrepresentations, or omissions of material facts, to the best of my knowledge and belief. I further acknowledge that any misstatement may cause the office to deny the application or initiate proceedings against the license.  I also represent that to the extent any information previously submitted is not amended such information is currently accurate and complete.

The authorized person or authorized person's agent has typed his or her name under this section to attest to the completeness and accuracy of this form.  The authorized person recognizes that this typed name constitutes, in every way, use or aspect, his or her legally binding signature.

| | |
|---|---|
| ██████████ | Compliance Lead |
| Signature | Title |
| ██████████ | 10/21/2020 |
| Print Name | Date |

```
+---------------------------------------------------------------+
|                         SSN Section                           |
|                  (If Applicant is a Sole Proprietor)          |
|                                                               |
|  Applicant's Social Security Number  _ _ _ - _ _ - _ _ _ _    |
+---------------------------------------------------------------+
```

Officers

| Name | Title/Position | % of Ownership | Date Acquired |
|---|---|---|---|
| Aquila Holdings, Inc. | Parent Co. | 100 | 04/19/2018 |
| ████████████████ | President, CEO, Indirect Owner, Responsible Person | 0 | 07/11/2016 |
| ████████████ | Vice President, Indirect Owner | 0 | 07/11/2016 |
| █████████ | Treasurer, CIO, Indirect Owner | 0 | 07/11/2016 |
| █████████████ | Secretary, COO | 0 | 01/01/2018 |
| ████████████████ | Chief Compliance Officer | 0 | 08/10/2020 |
| ████████████████ | Chief Technology Officer | 0 | 08/10/2020 |

| Disclosure Reporting Pages (OFR-560-01) |
|---|

This Disclosure Reporting Form is an ☐ **INITIAL OR** ☑ **AMENDED** response to report details for affirmative responses to **Questions 6A, 6B, 6C & 6D** on Form OFR-560-01;

**Check question(s) you are responding to:**
☐6A(1) ☐6A(2) ☐6A(3) ☑6B(1) ☐6B(2) ☐6C(1) ☐6D(1) ☐6D(2)
Use only one DRP to report details to the same event. Unrelated actions must be reported on separate DRPs.

Amended

1. Action initiated against:
   ☑ Applicant/Licensee
   ☐ Authorized Vendor
   ☐ Affiliated Party
   Name of Authorized Vendor/Affiliated Party: _____

2. Action initiated by: (Name of Regulator, Law Enforcement or Prosecutorial Agency, Creditor/Lien Holder, Private Plaintiff, Applicant/Licensee, etc.)

   New York Department of Financial Services

3. Filing Date of Action (MM/DD/YYYY): 04/10/2019 _____  ☑ Exact ☐ Explanation
   If not exact, provide explanation:

4. Formal Action was brought in (include name of Federal, Military, State or Foreign Court, Location of Court – City or County and State or Country, Docket/Case Number):
   State of New York

5. Employing Business when activity occurred:
   Bittrex, Inc. _____

8. Describe the allegations related to this action. (Attach a separate sheet if necessary.):
   On April 10, 2019, the New York Department of Financial Services denied Bittrex's application for a New York BitLicense and money transmitter license. New York issued the denials after the parties were unable to reach agreement as to the terms of a supervisory agreement. For convenience, we are attaching the DFS's letter to Bittrex and Bittrex's response.

9. Current status of action? ☐ **Pending** ☐ **On Appeal** ☑ **Final**

10. If on appeal, action appealed to (provide name of court): Date Appeal Filed (MM/DD/YYYY):

11. If Pending, date notice/process was served (MM/DD/YYYY): _____
    ☐ **Exact** ☐ **Explanation** If not exact, provide explanation:

| If Final or On Appeal, complete items below. For Pending Actions, complete item 14 only. |
|---|

12. Provide a detailed explanation of how the matter was resolved (Attach a separate sheet if necessary):
    Please see our response to No. 6, as well as the attached supplemental material.

13. Resolution Date (MM/DD/YYYY): 04/10/2019 _____  ☑ **Exact** ☐ **Explanation**
    If not exact, provide explanation:

14. Comments. Use this section to provide a summary of the circumstances leading to the action, as well as the status or disposition and/or finding(s).
    Please see our response to No. 6, as well as the attached supplemental material.

15. In addition to the information requested in this DRP, provide documentation pertaining to each matter. Such documentation includes but is not limited to, certified copies of criminal convictions or administrative orders entered against the applicant.

| Disclosure Reporting Pages (OFR-560-01) |
|---|

This Disclosure Reporting Form is an ☐ **INITIAL OR** ☑ **AMENDED** response to report details for affirmative responses to **Questions 6A, 6B, 6C & 6D** on Form OFR-560-01;

**Check question(s) you are responding to:**
☐ 6A(1)  ☐ 6A(2)  ☐ 6A(3)  ☑ 6B(1)  ☐ 6B(2)  ☐ 6C(1)  ☐ 6D(1)  ☐ 6D(2)

Use only one DRP to report details to the same event.  Unrelated actions must be reported on separate DRPs.

Amended

1.  Action initiated against:
☑ Applicant/Licensee
☐ Authorized Vendor
☐ Affiliated Party
Name of Authorized Vendor/Affiliated Party: _____

Amended

2.  Action initiated by: (Name of Regulator, Law Enforcement or Prosecutorial Agency, Creditor/Lien Holder, Private Plaintiff, Applicant/Licensee, etc.)

Connecticut Department of Banking

Amended

3.  Filing Date of Action (MM/DD/YYYY):  10/16/2020          ☐ Exact  ☑ Explanation
If not exact, provide explanation:
The matter was resolved informally, avoiding the need for the commencement of a adjudicatory proceeding. Because there is no true "filing date." Bittrex has entered the execution date on the consent order.

Amended

4.  Formal Action was brought in (include name of Federal, Military, State or Foreign Court, Location of Court – City or County and State or Country, Docket/Case Number):
State of Connecticut

Amended

5.  Employing Business when activity occurred:
Bittrex, Inc. _____

Amended

8.  Describe the allegations related to this action.  (Attach a separate sheet if necessary.):
Bittrex entered into a consent order with the Department of Banking in Connecticut to resolve allegations that Bittrex conducted money transmission in the state without a license. The consent order provides that so long as its conditions are followed it will not affect Bittrex's ability to obtain a Connecticut money transmitter license.

Amended

9.  Current status of action? ☐ **Pending** ☐ **On Appeal** ☑ **Final**

10.  If on appeal, action appealed to (provide name of court):  Date Appeal Filed (MM/DD/YYYY):

11.  If Pending, date notice/process was served (MM/DD/YYYY): _____
☐ **Exact** ☐ **Explanation** If not exact, provide explanation:

| If Final or On Appeal, complete items below.  For Pending Actions, complete item 14 only. |
|---|

Amended

12.  Provide a detailed explanation of how the matter was resolved (Attach a separate sheet if necessary):
Please see our response to No. 6, as well as the attached consent order.

Amended

13.  Resolution Date (MM/DD/YYYY):  10/16/2020          ☑ **Exact** ☐ **Explanation**
If not exact, provide explanation:

Amended

14.  Comments.  Use this section to provide a summary of the circumstances leading to the action, as well as the status or disposition and/or finding(s).
Please see our response to No. 6, as well as the attached consent order.

15.  In addition to the information requested in this DRP, provide documentation pertaining to each matter.  Such documentation includes but is not limited to, certified copies of criminal convictions or administrative orders entered against the applicant.

# EXHIBIT R

# Filed Under Seal

# EXHIBIT S



March 17, 2023

**VIA EMAIL AND OVERNIGHT COURIER**
**CONFIDENTIAL TREATMENT REQUESTED**

Jay Kim
Texas Department of Banking
Attn:  Non-Depository Supervision
2601 N. Lamar Blvd.
Austin, TX 78705
jay.kim@dob.texas.gov

**Re:      Bittrex, Inc. - Notice of Forthcoming License Surrender**

Dear Mr. Kim:

I am the Chief Executive Officer, and co-founder of Bittrex, Inc. ("Bittrex"), and I write to provide notice that Bittrex intends to surrender its state money transmitter licenses, including its license in Texas, on April 30, 2023. On that date, Bittrex will amend its MU1 to surrender its license.

While the consolidated group of entities that Bittrex is a part of remains well capitalized, Bittrex's parent corporation, Aquila Holdings, Inc., has evaluated the current market conditions in the United States and made the difficult decision to refocus its efforts and resources on its international operations and for Bittrex to surrender its state money transmitter licenses.

Bittrex seeks to limit inconvenience to its customers and is committed to an orderly winddown of regulated activity in Texas and in other states. To afford customers sufficient time to react to this announcement, Bittrex intends to adhere to the following timeline:

| Date | Step |
|---|---|
| 3/31/2023 | Bittrex will notify customers of its intent to winddown operations in the United States and communicate relevant deadlines, including the date when any fiat transfers must be initiated in order to be processed before accounts are closed |
| 4/1/2023 – 00:00 ET | Bittrex will disable new account creation and disable platform deposit functionality[1] |
| 4/30/2023 – 00:00 ET | Bittrex will disable withdrawals and close all accounts |

Because customers may hold digital assets in their Bittrex account that cannot be easily withdrawn, Bittrex will provide customers a limited period after the initial communication for customers to trade digital assets into the asset most convenient for them to withdraw.

---

[1] As part of disabling platform deposit functionality, Bittrex will disable the ability of customers to create new blockchain deposit addresses. However, as a technical matter, Bittrex is unable to stop unsolicited blockchain transactions that send digital assets to already-existing Bittrex wallet addresses.





On April 30, 2023, Bittrex will close all accounts and thereafter surrender its licenses. For a commercially reasonable time thereafter, Bittrex will remain available to process individual customer claims for withdrawal.

Bittrex plans to send multiple reminders to customers, in addition to the initial notification, and communicate similar information through Bittrex's website.



Because Bittrex has not yet publicly announced its intention to winddown regulated activity in the United States, please keep this information confidential.

Sincerely,

/s/Richie Lai
Richie Lai
CEO
Bittrex, Inc.