# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 20, 2023 AT 2:30 P.M. (ET)

*AT THE DIRECTION OF THE COURT, THE HEARING TIME HAS BEEN CHANGED FROM 1:00 P.M. TO 2:30 P.M. (ET) ON SEPTEMBER 20, 2023*

**THIS HEARING WILL BE CONDUCTED BY ZOOM ONLY.**

**When: Sep 20, 2023 *2:30* PM Eastern Time (US and Canada)**

**Register in advance for this meeting:**
**https://debuscourts.zoomgov.com/meeting/register/vJItf-qgpj4vG5RdPMGAS_Bji_3QP8XW_VU**

**After registering, you will receive a confirmation email containing information about joining the meeting.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**MATTER GOING FORWARD**

1. Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 149; (Redacted) D.I. 152, 6/28/23]

    Response Deadline:                                                July 5, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] *Amended items appear in bold and italics.*

30793305.1

Responses Received:

A.  Florida Office of Financial Regulation's Objection to Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt; [(Redacted) D.I. 170; (Sealed) D.I. 172, 7/5/23]

B.  Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 174, 7/5/23]

Related Documents:

C.  Declaration of David Maria in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 150; (Redacted) D.I. 154, 6/28/23]

D.  Declaration of Patricia B. Tomasco in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 151; (Redacted) D.I. 155, 6/28/23]

E.  Declaration of Steven D. Merriman in Support of Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 153, 6/28/23]

F.  Florida Office of Financial Regulation's Motion for Enlargement of Time to Object to Debtor's Motion to Enforce the Automatic Stay and Non- Discrimination Provisions of the Bankruptcy code, and For Civil Contempt (Doc. No. 149) [D.I. 164, 7/3/23]

G.  Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Redacted) D.I. 171, 7/5/23]

H.  Declaration of Brandon Greenberg in Support of Florida Office of Financial Regulations' Objection to Debtor's Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 173; (Redacted) D.I. 175; 7/5/23]

I.  Stipulation and Order Adjourning the Hearing on the Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt [D.I. 186, 7/10/23]

J.  Notice of Service of First Set of Requests for Production to the State of Florida Office of Financial Regulation [D.I. 225, 7/21/23]

K.  Order Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 for Authority to File Under Seal Certain Information Contained in the (A) Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and For Civil Contempt, (B) the Declaration of David Maria in Support of the Motion, and (C) Exhibit L to the Declaration of Patricia B. Tomasaco in Support of the Motion [D.I. 226, 7/24/23]

L.  Debtors' Letter Dated August 9, 2023 Regarding Debtors' Requests for Production to the State of Florida Office of Financial Regulation [D.I. 256, 8/9/23]

M.  Florida Office of Financial Regulation Response Letter [D.I. 258, 8/10/23]

N.  Exhibit A to Florida Office of Financial Regulation Response Letter [D.I. 259, 8/10/23]

O.  Notice of Service of Florida Office of Financial Regulation Objections and Responses to Debtors' First Set of Requests for Production [D.I. 311, 8/31/23]

P.  Notice of Deposition of Brandon Greenberg [D.I. 319, 9/5/23]

Q.  Notice of Deposition of Melinda Butler [D.I. 320, 9/5/23]

R.  Notice of Deposition of Florida Office of Financial Regulation [D.I. 321, 9/5/23]

S.  Stipulation Regarding Notices of Deposition [D.I. 323, 9/6/23]

T.  Notice of Withdrawal of Depositions [D.I. 324, 9/6/23]

U.  Debtors' Reply to Florida Office of Financial Regulations Opposition to Motion to Enforce Automatic Stay and Non-Discrimination Provision of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 352, 9/15/23; (Redacted) D.I. 353, 9/15/23]

V.  Declaration of David Maria in Support of Debtors Reply to Florida Office of Financial Regulations Opposition to Motion to Enforce Automatic Stay and Non-Discrimination Provision of the Bankruptcy Code, and for Civil Contempt [(Sealed) D.I. 354, 9/15/23; (Redacted) D.I. 355, 9/15/23]

Status:  The parties have reached an agreement in principle, subject to documentation. The parties intend to present the Court with an overview of the settlement terms, and answer any questions that the Court may have at the hearing.

30793305.1

| | |
|---|---|
| Dated: September 19, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |