IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re

**Desolation Holdings LLC, et al.,**

                **Debtors.**

Chapter 11
Case No. 23-10597 (BLS)

**Jointly Administered**
Obj. Deadline: September 21, 2023
Hearing Date: September 26, 2023 at 10:00 a.m.

Re: Docket No. 295

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**RESERVATION OF RIGHTS OF THE U.S. SECURITIES AND EXCHANGE COMMISSION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE DISCLOSURE STATEMENT AND RELATED RELIEF**

The U.S. Securities and Exchange Commission ("SEC") files this reservation of rights with respect to the *Debtors' Motion For An Order (I) Approving The Disclosure Statement; (II) Approving Solicitation And Voting Procedures, Including (A) Fixing The Record Date, (B) Approving The Solicitation Packages And Procedures For Distribution, (C) Approving The Form Of The Ballots And Establishing Procedures For Voting, And (D) Approving Procedures For Vote Tabulation; (III) Scheduling a Confirmation Hearing And Establishing Notice And Objection Procedures; (IV) Shortening The Notice Period For The Hearing To Consider Confirmation Of The Plan; And (V) Granting Related Relief.* (the "Disclosure Statement Motion") [Docket No. 295]

BACKGROUND

1. The SEC is the federal agency responsible for regulating the U.S. securities markets, protecting investors, and enforcing the federal securities laws. On April 17, 2023, the SEC filed a complaint against the Debtor Bittrex, Inc. ("Bittrex") and Bittrex Global GmbH ("Bittrex Global") in the United States District Court for the Western District of Washington,

1

alleging that Bittrex and Bittrex Global acted as an exchange, and Bittrex acted as a broker and clearing agency, without registering as an exchange, broker-dealer, or clearing agency, in violation of the Securities Exchange Act of 1934 (the "Exchange Act") Sections 5, 15(a), and 17A(b) [15 U.S.C. §§ 78e, 78o(a), 78q-1(b)], respectively.[1]

2.On August 10, 2023, the SEC filed the SEC's Consent Motion for Entry of Final Judgment Against Defendants (the "SEC's Consent Motion") in the U.S. District Court for the Western District of Washington (the "District Court"). Pursuant to the SEC's Consent Motion, the SEC and the Defendants reached a settlement resolving the Defendants' liability in connection with the District Court Action. Attached to the SEC's Consent Motion were the Consent of the Defendants to the terms of the proposed Final Judgment and the proposed Final Judgment. [District Court Docket No. 53]

3.On August 15, 2023, the District Court granted the SEC's Consent Motion and entered the Final Judgment. [District Court Docket No. 54]

4.On August 21, 2023, the Debtors filed the Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 To Approve Settlement With The Securities And Exchange Commission (the "SEC 9019 Motion"). [Docket No. 273]

5.On September 7, 2023, the Court entered an order granting the SEC 9019 Motion which approved the Settlement between Bittrex and the SEC ("Order Granting SEC 9019 Motion"). The Order Granting SEC 9019 Motion provides the SEC has an allowed general unsecured claim of $24 million in Bittrex's bankruptcy case. [Docket No. 325]

---

[1] *SEC v. Bittrex, Inc.*, Case No. 23 Civ. 580 (W.D. Wash.) (the "District Court Action"). The SEC also charged Bittrex's co-founder and former CEO, William Shihara, as a control person of Bittrex.

6.	On August 25, 2023, the Debtors filed the Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC And Its Affiliated Debtors [Docket No. 293] (the "Plan") and the Disclosure Statement For The Amended Joint Chapter 11 Plan Of Liquidation Of Desolation Holdings LLC And Its Affiliated Debtors [Docket No. 294] (the "Disclosure Statement").

7.	The Disclosure Statement and Plan provide for certain transactions involving crypto assets, including the potential liquidation of crypto assets. *See*, Plan at 10, 41; Disclosure Statement at 19-20.

## RESERVATION OF RIGHTS

The SEC staff has sent certain comments to Debtors' counsel with respect to modifications to the Disclosure Statement and Plan other than to the provisions referenced above in this Reservation of Rights. The SEC reserves the right to supplement this Reservation of Rights, or to assert additional objections at the hearing on the Disclosure Statement Motion, if such modifications are not made.

The SEC does not object to the relief sought by the Debtors' Disclosure Statement Motion. However, the SEC is not opining as to the legality, under the federal securities laws, of the transactions in the Plan, and reserves its rights to challenge transactions involving crypto assets.

[*Remainder of page intentionally left blank.*]

The SEC reserves all rights to object to the Disclosure Statement Motion on any grounds.

Dated: New York, New York
September 20, 2023

Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

By: /s/Patricia Schrage
Patricia Schrage
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
Tel: (212) 336-0163
SchrageP@sec.gov

-and-

Therese A. Scheuer (No. 5699)
100 F Street, NE
Washington, DC 20549
Tel: (202) 551-6029
Fax: (202) 772-9317
Scheuert@sec.gov

Of Counsel: Alistaire Bambach