## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing *Reservation of Rights of the U.S. Securities and Exchange Commission to the Debtors' Motion for Entry of an Order Approving the Disclosure Statement and Related Relief*, to be served upon counsel or parties of record by the Court's CM/ECF system on September 20, 2023.

Dated:  New York, New York
September 20, 2023

By: /s/ Patricia Schrage
Patricia Schrage