IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 26, 2023 AT 10:00 A.M. (ET)**

**This hearing will be conducted in person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances:  (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**

**When: Sep 26, 2023 10:00 A.M. Eastern Time (US and Canada)**

**Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJIsfuyhqzMqG3y9hNUrDpEXiGARIDHvNMI**

**After registering, you will receive a confirmation email containing information about joining the meeting.**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30801858.1

**MATTER GOING FORWARD**

1. Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of the Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; (IV) Shortening the Notice Period for the Hearing to Consider Confirmation of the Plan; and (V) Granting Related Relief [D.I. 295, 8/25/23]

s

   Response Deadline: September 21, 2023 at 4:00 p.m. (ET); extended for the U.S. Trustee to September 22, 2023 12:00 p.m. (ET); and, with permission of the Court, for Endurance until September 25, 2023 at 12:00 p.m. (ET)

   Responses Received:

   A. Informal Comments from the of Office of the United States Trustee

   B. Informal Comments from Endurance Assurance Corporation

   C. Informal Comments from the United States Department of Justice

   D. Reservation of Rights of the U.S. Securities and Exchange Commission to the Debtors' Motion for Entry of an Order Approving the Disclosure Statement and Related Relief [D.I. 364, 9/20/23]

   E. Objection of the United States of America to the Debtors' Disclosure Statement [D.I. 367, 9/21/23]

   Related Documents:

   F. Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Affiliated Debtors [D.I. 293, 8/25/23]

   G. Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors [D.I. 294, 8/25/23]

    H.      Order Shortening the Time for Notice of the Hearing to Consider Debtors' Proposed Disclosure Statement for the Amended Joint Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors [D.I. 302, 8/30/23]

    I.      Notice of Hearing [D.I. 308, 8/31/23]

Status: The Debtors are working with the parties that submitted formal and informal responses and expect to resolve such responses in advance of the hearing. The Debtors anticipate filing: (i) a response in support of the Motion, (ii) blacklined versions of the Plan, Disclosure Statement, and Solicitation Procedures Order; and (iii) a chart of resolved issues on September 25, 2023. This matter is going forward.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: September 22, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |