**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 293, 294, 295** |

### NOTICE OF FILING OF REDLINES OF (I) AMENDED CHAPTER 11 PLAN OF LIQUIDATION, (II) DISCLOSURE STATEMENT FOR THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION, AND (III) DISCLOSURE STATEMENT ORDER

**PLEASE TAKE NOTICE** that, on August 25, 2023, Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Amended Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Affiliated Debtors* [D.I. 293] (together with all exhibits, schedules and attachments thereto, the "Amended Chapter 11 Plan").

**PLEASE FURTHER NOTICE** that, on August 25, 2023, the Debtors filed with the Court the *Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors* [D.I. 294] (together with all exhibits, schedules and attachments thereto, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that, on August 25, 2023, the Debtors filed with the Court *Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

*Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of the Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; (IV) Shortening the Notice Period for the Heating to Consider Confirmation of the Plan; and (V) Granting Related Relief* [D.I. 295], which enclosed, as Exhibit A, the Debtors' proposed order (the "Disclosure Statement Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have further revised the Amended Chapter 11 Plan (the "Revised Amended Chapter 11 Plan"), the Disclosure Statement (the "Revised Disclosure Statement"), and the Disclosure Statement Order (the "Revised Disclosure Statement Order").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline of the Revised Amended Chapter 11 Plan against the Amended Chapter 11 Plan is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline of the Revised Disclosure Statement against the Disclosure Statement is attached hereto as **Exhibit 2**.  For the avoidance of doubt, Exhibits B–C of the Disclosure Statement were not further revised.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a redline of the Revised Disclosure Statement Order against the Disclosure Statement Order is attached hereto as **Exhibit 3**.

**PLEASE TAKE FURTHER NOTICE** that, to the extent the Debtors make further revisions, the Debtors will file further redlined copies of such revised documents on the docket in these chapter 11 cases.

| | |
|---|---|
| Dated: September 22, 2023<br>Wilmington, DE | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/  Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION** |