**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Docket Ref. Nos. 295, 364 and 367** |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER GRANTING
LEAVE AND PERMISSION TO FILE REPLY IN SUPPORT OF DEBTORS' MOTION
FOR AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT; (II)
APPROVING SOLICITATION AND VOTING PROCEDURES, INCLUDING (A)
FIXING THE RECORD DATE, (B) APPROVING THE SOLICITATION PACKAGES
AND PROCEDURES FOR DISTRIBUTION, (C) APPROVING THE FORM OF THE
BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING, AND (D)
APPROVING PROCEDURES FOR VOTE TABULATION; (III) SCHEDULING A
CONFIRMATION HEARING AND ESTABLISHING NOTICE AND OBJECTION
PROCEDURES; (IV) SHORTENING THE NOTICE PERIOD FOR
THE HEARING TO CONSIDER CONFIRMATION OF THE PLAN;
AND (V) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this motion (this "Motion") for entry of an order substantially in the form attached hereto as Exhibit A (the "Proposed Order"), pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting the Debtors leave and permission to file their omnibus reply (the "Reply") in support of the *Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30808699.2

*the Form of the Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; (IV) Shortening the Notice Period for the Hearing to Consider Confirmation of the Plan; and (V) Granting Related Relief* [Docket No. 295] (the "<u>Disclosure Statement Motion</u>")[2] and in response to (a) the reservation of rights thereto filed by the U.S. Securities and Exchange Commission ("<u>SEC</u>") [Docket No. 364] (the "<u>SEC Reservation of Rights</u>") and (b) the objection thereto filed by the United States Department of Justice ("<u>DOJ</u>") [Docket No. 367] (the "<u>DOJ Objection</u>" and, together with the SEC Reservation of Rights, the "<u>Objections</u>"). In support of this Motion, the Debtors respectfully represent as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b), and, under Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory bases for the relief requested herein are section 105 of the Bankruptcy Code, Bankruptcy Rules 2002(a) and 9006(c)(1) and Local Rule 9006-1(c) and (e).

## BACKGROUND

2. On May 8, 2023 (the "<u>Petition Date</u>"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors continue to operate

---

[2] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Disclosure Statement Motion.

30808699.2

2

their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. No official committee has been appointed in these chapter 11 cases. No request has been made for the appointment of a trustee or an examiner.

4. Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the filing of these chapter 11 cases is set forth in the *Declaration of Evan Hengel, Co-Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 11].

### LEAVE TO FILE THE REPLY

5. On August 25, 2023, the Debtors filed the Disclosure Statement and the Disclosure Statement Motion. A hearing to consider the relief requested in the Disclosure Statement Motion is scheduled for September 26, 2023 at 10:00 a.m. (ET) (the "Hearing"). Objections to the Disclosure Statement Motion were to be filed and served on or before September 21, 2023, at 4:00 p.m. (ET) (the "Objection Deadline"). However, the Debtors agreed to extend the Objection Deadline to September 22, 2023 at NOON (ET) for the Office of the United States Trustee (the "U.S. Trustee"), and with permission from the Court, until September 25, 2023 at NOON (ET) for Endurance Assurance Corporation ("Endurance"). On September 20, 2023, the SEC filed the SEC Reservation of Rights. On September 21, 2023, the DOJ filed the DOJ Objection.

6. Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." The agenda for the Hearing was due on Friday, September 22, 2023 and the Debtors' deadline to file the Reply under

the Local Rules was therefore Thursday, September 21, 2023, at 4:00 p.m. (ET) (the "Reply Deadline").

7. By this Motion, the Debtors respectfully request that the Court enter an order granting the Debtors leave and permission to file the Reply in support of the Disclosure Statement Motion and to respond to the various arguments asserted in the Objections. The Debtors delayed filing the Reply, in part, so that they could continue discussions with, among others, the U.S. Trustee and Endurance, thereby focusing their efforts on narrowing the issues that that Court will need to adjudicate. Consequently, the Debtors expect that all issues raised in their discussions with the U.S. Trustee and Endurance will be resolved in advance of the Hearing. Concerning the responses that were filed, the Debtors submit that the Reply will assist the Court in its consideration of the Disclosure Statement Motion and the Objections by further developing the record with respect to the issues raised in the Objections, and that permitting the Debtors to file a late Reply is reasonable and appropriate under the circumstances.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the Debtors leave and permission to file the Reply and such other and further relief as this Court deems just and proper.

| | |
|---|---|
| Dated: September 25, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |