IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1][3] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING MOTION TO ALLOW LATE FILED LIMITED OBJECTION OF AZIM GHADER TO THE DEBTORS' DISCLOSURE STATEMENT**

Upon consideration of the Motion of Azim Ghader ("Mr. Ghader") To File Late Filed Limited Objection to Debtors' Disclosure Statement (the "Motion") for an entry of an order allowing Mr. Ghader's Limited Objection to the Debtors' Disclosure Statement (the "Limited Objection") after the expiration of the applicable objection deadline; and the Court finding that cause exists for the relief requested in the Motion; it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Limited Objection attached to the Motion is deemed timely filed.

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104