# EXHIBIT B

8/28/23, 5:11 PM                Gmail - Formal Request for Access to Personal and Transaction Data under Applicable Data Protection Law - Account [azimghader@gmail.com]

Case 23-10597-BLS    Doc 382-2    Filed 09/26/23    Page 2 of 2

Please provide a detailed response within the timeframe specified by applicable law. I would like to reiterate that, as a data subject, I have the right to access my personal data in a clear and understandable format.

**Please find my identification details below:**
Full Name: Azim Ghader Nosratabad
Date of Birth: 06 MAY 1990
Email: azimghader@gmail.com
Time: From 01/01/2017 until now

Thank you for your attention in this matter.
Azim Ghader
azimghader@gmail.com

---

**Azim Ghader** <azimghader@gmail.com>                                    Mon, May 15, 2023 at 11:14 PM
To: compliance@bittrex.li

Hello,

Kindly provide an update regarding the request that I shared with you.
Best regards,
[Quoted text hidden]

---

**Azim Ghader** <azimghader@gmail.com>                                    Wed, Jun 28, 2023 at 10:05 PM
To: compliance@bittrex.li

I'm giving you a 24-hour notice to supply all the requested data. If you fail to do so, I will be compelled to take legal action and report this to the relevant authorities.

On Thu, Apr 27, 2023 at 9:23 AM Azim Ghader <azimghader@gmail.com> wrote:
[Quoted text hidden]

---

**Compliance** <compliance@bittrexglobal.com>                             Fri, Jun 30, 2023 at 10:53 AM
To: Azim Ghader <azimghader@gmail.com>
Cc: Compliance <compliance@bittrexglobal.com>

Dear Mr. Azim Ghader Nosratabad,

We understand your concerns regarding security, and Bittrex Global is committed to complying with all its legal obligations, including its obligations to ensure that all customer personal data is properly protected.

According to our records, you are not a customer of Bittrex Global. You may be a customer of Bittrex, Inc. which services customers of that company based in the U.S.

We would recommend that you contact them directly. As you're not a customer of Bittrex Global, we are unable to assist you further.

Best regards,

Bittrex Global