# EXHIBIT C

**BITTREX GLOBAL**

**BITTREX GLOBAL GMBH**
Dr. Grass-Strasse 12, Vaduz 9490, Liechtenstein

global.bittrex.com

Dr. Marie-Louise Gachter
Datenschutzstelle Furstentum Liechtenstein
Stadtle 38
Postfach 684
9490 Vaduz
Liechtenstein

DSS EINGEGANGEN
1 0. Aug. 2023

10 August 2023

Dear Dr Gachter,

We are contacting you in response to your letter dated 11 July 2023, regarding a complaint received by *Datenschutzstelle Furstentum Liechtenstein* from Mr. Azim Ghader, regarding an account he asserts he has on the online trading platform of Bittrex Global GmbH (Register Number FL-002.613.705-0), Dr. Grass-Strasse 12, 9490 Vaduz ("**Bittrex Global**").

We have reviewed this case, and determined that Mr. Ghader has never been a client of, nor had an account with Bittrex Global. Mr. Ghader is not, and has never been, a client of BGLI and is therefore mistaken in his complaint to *Datenschutzstelle Furstentum Liechtenstein*.

It appears that Mr. Ghader may be, or have been in the past, a client of an affiliated (but legally entirely separate) entity, Bittrex Malta Ltd. We understand that Bittrex Malta Ltd. is in touch with Mr. Ghader directly, and has resolved his issues.

Please be assured that Bittrex Global is committed to complying with all its legal obligations, including its obligations to ensure that all customer personal data is properly protected, having robust data protection processes and procedures in place.

We remain at your disposal should you need any additional information.

Yours sincerely,

Dr Siegfried Herzog
Bittrex Global GmbH