# EXHIBIT D

NÄGELE Attorneys at Law LLC | Dr. Grass-Strasse 12 | 9490 Vaduz

**Via E-Mail: azimghader@gmail.com**

**Mr. Azim Ghader Nosratabad**

Born 06 May 1990

**NÄGELE Attorneys at Law LLC**

Dr. Grass-Strasse 12
FL-9490 Vaduz
T. +423 237 60 70
F. +423 237 60 71

office@naegele.law
www.naegele.law

Reg. Nr. FL-002.512.024-6
MWST Nr. 59 531

Vaduz, August 25, 2023
Our reference: 1280

Subject: Bittrex Global GmbH, Liechtenstein

Dear Mr. Ghader,

We herewith notify you of the legal representation of Bittrex Global GmbH, FL-0002.613.705-0, Dr. Grass Strasse 12, 9490 Vaduz, by NÄGELE Attorneys at Law LLC. Appropriate legal authorization is assured. We kindly ask you to address any future correspondence in this matter directly to us. [1]

We refer to your previous correspondence, in particular your various emails and letters to (i) our client; (ii) its affiliates; (iii) Mr. Siegfried Herzog; and (iv) the Data Protection Authority in Liechtenstein ("**DSS**"). In the name and behalf of our client, we hereby comment as follows: [2]

As our client has informed you (most recently on June 30, 2023) and the DSS (on August 11, 2023), you **are not and have never** been a customer of, nor held an account with, our client Bittrex Global GmbH, Liechtenstein. There is therefore no contractual relationship [3]

between you and our client. As such, our client is the wrong party to address your requests to and is unable to respond to such requests.

For these reasons, we expressly state that there has been no misconduct by Bittrex Global GmbH and the accusations raised by you are disputed as incorrect, unsubstantiated, and baseless.

We therefore request that you **refrain** from making any further statements damaging to the reputation or credit of our client and from any further approaches or correspondence to Bittrex Global GmbH (including all of its employees and officers) and Siegfried Herzog, **with immediate effect**. Any further approach or communication by you to the persons named above will not be tolerated by our client and, in the event of any such approach or communication, we will have to recommend our client **to take legal action** against you.

Yours sincerely,

Fabienne Seppi
Attorney at Law | Mag. iur.
Partner