# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 381 & 382** |

### NOTICE OF WITHDRAWAL OF (I) MOTION TO ALLOW LATE FILING OF AZIM GHADER'S LIMITED OBJECTION TO DEBTORS' DISCLOSURE STATEMENT PURSUANT TO RULE 2002-1(a)(ii) AND (II) LIMITED OBJECTION OF AZIM GHADER TO THE DEBTORS' DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that on September 26, 2023, Azim Ghader ("Mr. Ghader"), by and through undersigned counsel, filed the (I) *Motion to Allow Late Filing of Azim Ghader's Limited Objection to Debtors' Disclosure Statement Pursuant to Rule 2002-1(a)(ii)* [Docket No. 381] (the "Motion") and (II) *Limited Objection of Azim Ghader to the Debtors' Disclosure Statement* [Docket No. 382] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that Mr. Ghader hereby withdraws the Motion and Objection with prejudice.

| | |
|---|---|
| Dated: September 26, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Elazar A. Kosman*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>           elazar.kosman@wbd-us.com<br><br>*Counsel to Azim Ghader* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104