**ANNEX I**

| Dates and Deadlines in Connection with Confirmation | |
|---|---|
| Record Date | September 1, 2023 (except as to governmental claims) |
| Solicitation Date | Five (5) business days after entry of the Disclosure Statement Order |
| Deadline to File Claims Objections for Plan Voting Purposes | September 29, 2023 at 4:00 p.m. (ET) |
| Deadline to File Bankruptcy Rule 3018 Motions for Plan Voting Purposes | October 13, 2023 at 4:00 pm. (ET), or seven (7) days after service of Claim objections |
| Plan Supplement Deadline | October 17, 2023 at 4:00 p.m. (ET) |
| Voting Deadline | October 24, 2023 at 4:00 p.m. (ET) |
| Confirmation Objection Deadline | October 24, 2023 at 4:00 p.m. (ET) |
| Deadline to Respond to Bankruptcy Rule 3018 Motions for Plan Voting Purposes | October 24, 2023 at 4:00 p.m. (ET), or ten (10) days after service of Bankruptcy Rule 3018 Motion |
| Deadline for Voting Agent to File Voting Report | October 27, 2023 at 4:00 p.m. (ET) |
| Deadline to file (i) Confirmation Memorandum and/or (ii) Reply to Plan Objections | October 27, 2023 at 4:00 p.m. (ET) |
| Confirmation Hearing | October 30, 2023 at 11:00 a.m. (ET) |