# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. No. 389** |

## NOTICE OF FILING OF SOLICITATION VERSION OF DISCLOSURE STATEMENT FOR AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF DESOLATION HOLDINGS LLC AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE THAT** on September 28, 2023, the United States Bankruptcy Court for the District of Delaware entered its *Order (i) Approving the Disclosure Statement; (ii) Approving Solicitation and Voting Procedures, Including (a) Fixing the Record Date, (b) Approving the Solicitation Packages and Procedures for Distribution, (c) Approving the Form of the Ballots and Establishing Procedures for Voting, and (d) Approving Procedures for Vote Tabulation; (iii) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; (iv) Shortening the Notice Period for the Hearing to Consider Confirmation of the Plan; and (v) Granting Related Relief* [D.I. 389], thereby approving the *Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors* (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30816314.2

**PLEASE TAKE FURTHER NOTICE THAT** the solicitation version of the Disclosure Statement is attached hereto as <u>Exhibit A</u>.

| | |
|---|---|
| Dated: September 28, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |

<u>/s/ Kenneth Enos</u>
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos (admitted *pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**

30816314.2