## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Docket Ref. No. 374 |

### NOTICE OF FILING OF REDLINES OF (I) AMENDED CHAPTER 11 PLAN OF LIQUIDATION, AND (II) DISCLOSURE STATEMENT FOR THE AMENDED CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that, on August 25, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors* [Docket No. 293] (as amended, modified, or supplemented from time to time, the "Plan") and the *Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors* [Docket No. 294] (as amended, modified, or supplemented from time to time, the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, on September 22, 2023, the Debtors filed the *Notice of Filing of Redlines of (I) Amended Chapter 11 Plan of Liquidation, (II) Disclosure Statement for the Amended Chapter 11 Plan of Liquidation, and (III) Disclosure Statement Order* [D.I. 374] ("Notice of Redline"). A redline reflecting revisions to the Plan was attached as Exhibit 1 to the Notice of Redline (the "Revised Plan"), and a redline reflecting revisions to the Disclosure Statement was attached as Exhibit 2 to the Notice of Redline (the "Revised Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made certain further modifications to the Plan and the Disclosure Statement. For the convenience of the Court and all parties in interest, a redline reflecting the further changes made to the Revised Plan is attached hereto as **Exhibit 1**, and a redline reflecting the changes made to the Revised Disclosure Statement is attached hereto as **Exhibit 2**.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Changed pages only.

30816313.2

| | |
|---|---|
| Dated: September 28, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |