**In re: Desolation Holdings LLC, et al.**



## Exhibit A1: Fees By Professional - Co-CROs

**Berkeley Research Group, LLC**

For the Period 7/1/2023 through 7/31/2023

| Professional | Title | Hours | Fees |
|---|---|---|---|
| E. Hengel | Managing Director | 88.5 | |
| **Total** | | **88.5** | $125,000.00 |

Berkeley Research Group, LLC                                   Invoice for the 7/1/2023 - 7/31/2023 Period