In re: Desolation Holdings LLC, et al.

# Exhibit A2: Fees By Professional - Additional Personnel

## Berkeley Research Group, LLC

### For the Period 7/1/2023 through 7/31/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Reeves | Director | $990.00 | 5.2 | $5,148.00 |
| H. Foard | Senior Managing Consultant | $755.00 | 47.2 | $35,636.00 |
| D. Collins | Senior Associate | $525.00 | 51.2 | $26,880.00 |
| C. Kolls | Associate | $425.00 | 109.3 | $46,452.50 |
| S. Claypoole | Associate | $450.00 | 121.8 | $54,810.00 |
| M. Haverkamp | Case Manager | $350.00 | 0.8 | $280.00 |
| H. Henritzy | Case Assistant | $240.00 | 11.5 | $2,760.00 |
| M. Moulon | Case Assistant | $175.00 | 1.5 | $262.50 |
| **Total** | | | **348.5** | **$172,229.00** |
| **Blended Rate** | | | | **$494.20** |