**In re: Desolation Holdings LLC, et al.**

**Exhibit B1: Fees By Task Code - Co-CROs**

**Berkeley Research Group, LLC**

For the Period 7/1/2023 through 7/31/2023

| Task Code | Hours | Fees |
|---|---|---|
| 04. DIP Financing | 9.0 | |
| 05. Professional Retention/ Fee Application Preparation | 0.4 | |
| 06. Attend Hearings/ Related Activities | 3.4 | |
| 07. Interaction/ Meetings with Debtors/ Counsel | 3.0 | |
| 10. Recovery/ SubCon/ Lien Analysis | 1.8 | |
| 11. Claim Analysis/ Accounting | 5.5 | |
| 18. Operating and Other Reports | 11.0 | |
| 19. Cash Flow/Cash Management/ Liquidity | 16.7 | |
| 27. Plan of Reorganization/ Disclosure Statement | 18.9 | |
| 31. Planning | 4.5 | |
| 32. Document Review | 2.7 | |
| 36. Operation Management | 10.6 | |
| 37. Vendor Management | 1.0 | |
| **Total** | **88.5** | **$125,000.00** |

Berkeley Research Group, LLC                                                Invoice for the 7/1/2023 - 7/31/2023 Period