**In re: Desolation Holdings LLC, et al.**

**Exhibit B2: Fees By Task Code - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 7/1/2023 through 7/31/2023

| Task Code | Hours | Fees |
|---|---|---|
| 04. DIP Financing | 25.4 | $14,294.00 |
| 05. Professional Retention/ Fee Application Preparation | 17.6 | $5,744.50 |
| 06. Attend Hearings/ Related Activities | 4.2 | $2,035.50 |
| 10. Recovery/ SubCon/ Lien Analysis | 10.0 | $4,385.00 |
| 11. Claim Analysis/ Accounting | 32.3 | $14,172.50 |
| 18. Operating and Other Reports | 111.3 | $54,728.00 |
| 19. Cash Flow/Cash Management/ Liquidity | 38.9 | $22,307.50 |
| 27. Plan of Reorganization/ Disclosure Statement | 85.4 | $43,062.50 |
| 31. Planning | 3.4 | $2,107.50 |
| 32. Document Review | 1.4 | $595.00 |
| 36. Operation Management | 17.9 | $8,482.00 |
| 37. Vendor Management | 0.7 | $315.00 |
| **Total** | **348.5** | **$172,229.00** |
| **Blended Rate** | | **$494.20** |