**In re: Desolation Holdings LLC, et al.**



**Exhibit C1: Time Detail - Co-CROs**

**Berkeley Research Group, LLC**

For the Period 7/1/2023 through 7/31/2023

| Date | Professional | Hours | Description |
|---|---|---|---|
| **04. DIP Financing** | | | |
| 7/19/2023 | E. Hengel | 2.0 | Reviewed and prepared comments for BRG (H. Foard) re: DIP budget reforecast presentation. |
| 7/19/2023 | E. Hengel | 1.0 | Prepared additional comments for BRG (H. Foard) re: DIP budget reforecast presentation. |
| 7/19/2023 | E. Hengel | 1.0 | Prepared comments for BRG (H. Foard) re: key assumptions for revised DIP budget scenario. |
| 7/25/2023 | E. Hengel | 2.0 | Edited DIP forecast presentation ahead of call with Debtor Management on 7/25. |
| 7/25/2023 | E. Hengel | 1.0 | Prepared comments on DIP forecast for BRG (H. Foard). |
| 7/25/2023 | E. Hengel | 1.0 | Reviewed updated DIP forecast provided by BRG (H. Foard). |
| 7/26/2023 | E. Hengel | 1.0 | Edited DIP forecast presentation. |
| **Task Code Total Hours** | | **9.0** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/10/2023 | E. Hengel | 0.4 | Reviewed updated Parties in Interest List. |
| **Task Code Total Hours** | | **0.4** | |
| **06. Attend Hearings/ Related Activities** | | | |
| 7/11/2023 | E. Hengel | 1.9 | Reviewed and prepared comments on status presentation for upcoming Court hearing. |
| 7/12/2023 | E. Hengel | 1.5 | Prepared for and attended 7/12 Court hearing regarding cash management. |
| **Task Code Total Hours** | | **3.4** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 7/17/2023 | E. Hengel | 1.0 | Prepared summary of case updates for Company Management. |
| 7/25/2023 | E. Hengel | 1.0 | Participated in call with Quinn Emanuel (P. Tomasco) and Bittrex (R. Lai, D. Maria) to discuss case progress and timelines. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 7/26/2023 | E. Hengel | 1.0 | Prepared responses to questions from Debtor regarding filing requirements and other case issues. |
| *Task Code Total Hours* | | **3.0** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 7/6/2023 | E. Hengel | 0.8 | Reviewed minimum withdrawal summary report prior to sending to Quinn Emanuel (P. Tomasco). |
| 7/10/2023 | E. Hengel | 1.0 | Reviewed latest withdrawal data to assess customer recoveries to date. |
| *Task Code Total Hours* | | **1.8** | |
| **11. Claim Analysis/ Accounting** | | | |
| 7/9/2023 | E. Hengel | 1.0 | Reviewed draft Reply in Support of Estimation of SEC Claims. |
| 7/10/2023 | E. Hengel | 0.5 | Discussed SEC Claim Estimation Reply with BRG (S. Claypoole). |
| 7/14/2023 | E. Hengel | 2.0 | Reviewed bankruptcy inquiries received from various creditors. |
| 7/18/2023 | E. Hengel | 1.0 | Corresponded with Quinn Emanuel (S. Kirpalani) re: SEC settlement. |
| 7/20/2023 | E. Hengel | 1.0 | Reviewed customer claims and discussed with BRG (S. Claypoole). |
| *Task Code Total Hours* | | **5.5** | |
| **18. Operating and Other Reports** | | | |
| 7/20/2023 | E. Hengel | 1.0 | Reviewed June MOR drafts. |
| 7/21/2023 | E. Hengel | 2.0 | Reviewed and prepared comments for BRG (S. Claypoole, C. Kolls) re: June MOR drafts. |
| 7/24/2023 | E. Hengel | 2.0 | Prepared comments on the June MOR drafts for BRG (H. Foard, C. Kolls). |
| 7/24/2023 | E. Hengel | 1.0 | Reviewed and discussed June MOR with BRG (D. Collins). |
| 7/24/2023 | E. Hengel | 1.0 | Reviewed change in customer crypto holdings for BUS June MOR. |
| 7/24/2023 | E. Hengel | 1.0 | Reviewed Malta Holdings and Malta Ltd. June MOR drafts. |
| 7/26/2023 | E. Hengel | 1.0 | Edited June MOR based on input from Quinn Emanuel (P. Tomasco). |
| 7/27/2023 | E. Hengel | 1.0 | Finalized June MOR before filing. |
| 7/28/2023 | E. Hengel | 1.0 | Reviewed and edited June MOR. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| *Task Code Total Hours* | | 11.0 | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 7/7/2023 | E. Hengel | 1.0 | Prepared comments for BRG (H. Foard) re: June variance report. |
| 7/7/2023 | E. Hengel | 0.3 | Corresponded via email with BRG (H. Foard) regarding June monthly variance reporting. |
| 7/11/2023 | E. Hengel | 1.0 | Reviewed bank account case updates. |
| 7/12/2023 | E. Hengel | 1.0 | Corresponded with Quinn Emanuel (P. Tomasco) regarding cash management hearing. |
| 7/12/2023 | E. Hengel | 1.0 | Reviewed bank account correspondence ahead of cash management hearing. |
| 7/13/2023 | E. Hengel | 1.0 | Summarized open items relating to status of bank accounts. |
| 7/14/2023 | E. Hengel | 1.4 | Reviewed and analyzed operating spend over the course of the case. |
| 7/14/2023 | E. Hengel | 1.0 | Corresponded with Quinn Emanuel (P. Tomasco, R. Izakelian) regarding Prime Trust funds. |
| 7/18/2023 | E. Hengel | 1.0 | Corresponded with Bittrex (S. Lasseter) re: closing of June books. |
| 7/20/2023 | E. Hengel | 1.0 | Reviewed case payments paid in relation to budgeting. |
| 7/25/2023 | E. Hengel | 1.0 | Corresponded with Quinn Emanuel (R. Izakelian) regarding professional fee expense estimates. |
| 7/26/2023 | E. Hengel | 1.0 | Corresponded with Bittrex (J. Waschak) and Quinn Emanuel (P. Tomasco) regarding banking issues. |
| 7/27/2023 | E. Hengel | 1.0 | Corresponded with BRG (H. Foard) regarding banking issues and related documentation. |
| 7/27/2023 | E. Hengel | 1.0 | Participated in call with Quinn Emanuel (P. Tomasco) and Bittrex (R. Lai, J. Waschak, and S. Lasseter) to discuss banking issues. |
| 7/31/2023 | E. Hengel | 1.0 | Prepared cash flow presentation materials in advance of meeting with Debtor Management. |
| 7/31/2023 | E. Hengel | 1.0 | Reviewed and prepared comments on revised cash management order. |
| 7/31/2023 | E. Hengel | 1.0 | Reviewed progress on banking transition and other cash items. |
| *Task Code Total Hours* | | 16.7 | |
| **27. Plan of Reorganization/ Disclosure Statement** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 7/3/2023 | E. Hengel | 1.4 | Edited initial draft liquidation model for Disclosure Statement. |
| 7/3/2023 | E. Hengel | 1.0 | Outlined key assumptions and model mechanics for liquidation analysis for Disclosure Statement. |
| 7/3/2023 | E. Hengel | 1.0 | Prepared comments for BRG (D. Collins) re: initial draft of liquidation model for Disclosure Statement. |
| 7/3/2023 | E. Hengel | 1.0 | Reviewed preliminary draft of liquidation model for Disclosure Statement. |
| 7/4/2023 | E. Hengel | 0.8 | Prepared responses to questions from BRG (D. Collins) regarding liquidation model assumptions for Disclosure Statement. |
| 7/5/2023 | E. Hengel | 1.0 | Reviewed draft Disclosure Statement sent by Quinn Emanuel (A. Jaquet). |
| 7/5/2023 | E. Hengel | 1.0 | Reviewed updated liquidation model for Disclosure Statement prepared by BRG (D. Collins, S. Claypoole). |
| 7/6/2023 | E. Hengel | 1.0 | Reviewed liquidation analysis model and underlying assumptions for Disclosure Statement ahead of call with Quinn Emanuel re: same. |
| 7/6/2023 | E. Hengel | 1.0 | Reviewed liquidation analysis summary output in preparation for call with Quinn Emanuel. |
| 7/6/2023 | E. Hengel | 0.7 | Participated in call with Quinn Emanuel (P. Tomasco, R. Izakelian) to discuss the liquidation analysis and Disclosure Statement. |
| 7/6/2023 | E. Hengel | 0.5 | Participated in call with BRG (C. Reeves, D. Collins) to discuss the liquidation analysis for the Disclosure Statement. |
| 7/10/2023 | E. Hengel | 1.0 | Reviewed information populated by BRG (C. Kolls) for Disclosure Statement. |
| 7/11/2023 | E. Hengel | 2.0 | Reviewed draft Disclosure Statement. |
| 7/12/2023 | E. Hengel | 2.0 | Continued to review Disclosure Statement draft. |
| 7/13/2023 | E. Hengel | 2.0 | Compared latest liquidation analysis exhibit against draft Disclosure Statement for consistency. |
| 7/13/2023 | E. Hengel | 1.5 | Prepared list of edits on Disclosure Statement. |
| **Task Code Total Hours** | | **18.9** | |
| **31. Planning** | | | |
| 7/5/2023 | E. Hengel | 1.0 | Reviewed BRG staffing plan for the month of July. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **31. Planning** | | | |
| 7/5/2023 | E. Hengel | 0.5 | Participated in call with BRG (C. Reeves, D. Collins) to discuss planning and key workstreams. |
| 7/12/2023 | E. Hengel | 1.0 | Updated staffing plan for key workstreams. |
| 7/21/2023 | E. Hengel | 1.0 | Prepared for and participated in call with BRG (C. Reeves, S. Claypoole) to discuss status of case and outstanding tasks. |
| 7/27/2023 | E. Hengel | 1.0 | Created staffing plan for BRG's role on engagement. |
| *Task Code Total Hours* | | 4.5 | |
| **32. Document Review** | | | |
| 7/7/2023 | E. Hengel | 1.0 | Reviewed Court documents related to Florida Office of Financial Regulation. |
| 7/8/2023 | E. Hengel | 1.7 | Reviewed additional Court documents related to Florida Office of Financial Regulation and corresponded with Quinn Emanuel (P. Tomasco) regarding 7/12 omnibus Court hearing. |
| *Task Code Total Hours* | | 2.7 | |
| **36. Operation Management** | | | |
| 7/5/2023 | E. Hengel | 0.6 | Corresponded with BRG (H. Foard) regarding week of 7/3 invoices requested for payment. |
| 7/7/2023 | E. Hengel | 1.0 | Reviewed approved invoices for payment for 7/3 - 7/7. |
| 7/11/2023 | E. Hengel | 1.0 | Reviewed A/P for payment and corresponded with BRG (S. Claypoole) re: same. |
| 7/12/2023 | E. Hengel | 1.0 | Reviewed payment proposals in advance of approval. |
| 7/17/2023 | E. Hengel | 1.0 | Reviewed and approved requested wire payments. |
| 7/17/2023 | E. Hengel | 1.0 | Reviewed and prepared comments for BRG (S. Claypoole) re: OCP fee summary. |
| 7/18/2023 | E. Hengel | 1.0 | Reviewed A/P amounts and corresponded with BRG (S. Claypoole) re: same. |
| 7/19/2023 | E. Hengel | 1.0 | Reviewed A/P requests for week of 7/17 and discussed with BRG (S. Claypoole). |
| 7/25/2023 | E. Hengel | 1.0 | Reviewed payment proposals in advance of approval. |
| 7/26/2023 | E. Hengel | 1.0 | Reviewed payment proposals in advance of approval. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **36. Operation Management** | | | |
| 7/27/2023 | E. Hengel | 1.0 | Reviewed payment proposals in advance of approval. |
| *Task Code Total Hours* | | 10.6 | |
| **37. Vendor Management** | | | |
| 7/13/2023 | E. Hengel | 1.0 | Reviewed information regarding a critical vendor issue. |
| *Task Code Total Hours* | | 1.0 | |
| **Total Hours** | | **88.5** | |