**In re: Desolation Holdings LLC, et al.**

**Exhibit C2: Time Detail - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 7/1/2023 through 7/31/2023

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **04. DIP Financing** | | | |
| 7/19/2023 | H. Foard | 2.3 | Developed revised DIP budget scenario. |
| 7/19/2023 | H. Foard | 1.7 | Drafted presentation of DIP budget reforecast for 7/25 Management call. |
| 7/19/2023 | H. Foard | 1.1 | Drafted presentation of new DIP budget scenarios for Management call scheduled for 7/25. |
| 7/20/2023 | H. Foard | 2.1 | Updated DIP budget presentation for 7/25 Management call to reflect comments from BRG (E. Hengel). |
| 7/24/2023 | C. Kolls | 2.4 | Analyzed actual post-petition disbursements in order to update DIP budget. |
| 7/24/2023 | C. Kolls | 2.2 | Analyzed professional fee accruals since filing for updated DIP budget. |
| 7/24/2023 | C. Kolls | 1.8 | Continued to analyze professional fee accruals since filing for updated DIP budget. |
| 7/25/2023 | D. Collins | 2.9 | Revised DIP budget presentation for 7/25 Management call. |
| 7/25/2023 | C. Kolls | 2.2 | Prepared DIP budget presentation based on updated DIP budget ahead of 7/25 call with Management. |
| 7/25/2023 | H. Foard | 2.1 | Revised DIP budget presentation outlining changes in liquidity forecast ahead of 7/25 call with Management. |
| 7/25/2023 | C. Kolls | 1.4 | Continued to prepare DIP budget presentation for Management based on updated DIP budget ahead of call on 7/25. |
| 7/25/2023 | D. Collins | 1.4 | Continued to revise DIP budget presentation for 7/25 Management call. |
| 7/27/2023 | C. Kolls | 1.8 | Reviewed updated DIP budget that was presented to Management on 7/25. |
| ***Task Code Total Hours*** | | ***25.4*** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/5/2023 | M. Moulon | 1.5 | Prepared May staffing report. |
| 7/10/2023 | H. Foard | 2.1 | Updated the Parties in Interest List. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/10/2023 | S. Claypoole | 0.2 | Corresponded via email with BRG (M. Haverkamp) regarding latest Parties in Interest List. |
| 7/10/2023 | M. Haverkamp | 0.2 | Corresponded with BRG (H. Foard, S. Claypoole) re: updates to parties in interest list. |
| 7/10/2023 | H. Foard | 0.1 | Corresponded with BRG (M. Haverkamp) re: updated Parties in Interest List. |
| 7/10/2023 | H. Foard | 0.1 | Corresponded with Quinn Emanuel (P. Tomasco) re: updated Parties in Interest List. |
| 7/13/2023 | H. Henritzy | 1.4 | Prepared first monthly staffing report. |
| 7/13/2023 | S. Claypoole | 1.2 | Prepared June staffing report. |
| 7/13/2023 | M. Haverkamp | 0.1 | Corresponded with BRG (H. Foard) re: first and second monthly staffing report status. |
| 7/13/2023 | H. Foard | 0.1 | Corresponded with BRG (M. Haverkamp) re: outstanding fee applications. |
| 7/17/2023 | M. Haverkamp | 0.1 | Edited June staffing report. |
| 7/19/2023 | M. Haverkamp | 0.1 | Reviewed status and timing of June staffing report. |
| 7/25/2023 | H. Henritzy | 2.9 | Prepared June staffing report. |
| 7/25/2023 | H. Henritzy | 2.7 | Continued to prepare June staffing report. |
| 7/25/2023 | M. Haverkamp | 0.3 | Edited June staffing report. |
| 7/26/2023 | H. Henritzy | 2.9 | Prepared June staffing report. |
| 7/26/2023 | H. Henritzy | 1.6 | Continued to prepare June staffing report. |
| ***Task Code Total Hours*** | | ***17.6*** | |
| **06. Attend Hearings/ Related Activities** | | | |
| 7/11/2023 | S. Claypoole | 1.4 | Reviewed status presentation prepared by Quinn Emanuel ahead of 7/12 Court hearing. |
| 7/11/2023 | S. Claypoole | 0.7 | Prepared comments on status presentation prepared by Quinn Emanuel for 7/12 Court hearing. |
| 7/12/2023 | C. Kolls | 0.9 | Reviewed status update presentation ahead of 7/12 Court hearing. |
| 7/12/2023 | C. Kolls | 0.6 | Attended 7/12 Court hearing telephonically regarding cash management and 345(b) compliance. |

Berkeley Research Group, LLC                    Invoice for the 7/1/2023 - 7/31/2023 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**06. Attend Hearings/ Related Activities**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/12/2023 | H. Foard | 0.6 | Participated in Court hearing re: cash management and 345(b) compliance. |
| *Task Code Total Hours* | | *4.2* | |

**10. Recovery/ SubCon/ Lien Analysis**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/6/2023 | S. Claypoole | 1.3 | Updated minimum withdrawal summary report ahead of circulation to Quinn Emanuel (P. Tomasco). |
| 7/7/2023 | S. Claypoole | 2.8 | Analyzed potential recoveries to creditors under various withdrawal level scenarios. |
| 7/11/2023 | S. Claypoole | 1.3 | Analyzed latest withdrawal data as of 7/11 to assess customer recoveries. |
| 7/27/2023 | C. Kolls | 2.4 | Compiled crypto balance and price analysis into report for Counsel. |
| 7/27/2023 | C. Kolls | 2.2 | Continued to compile crypto balance and price analysis into report for Counsel. |
| *Task Code Total Hours* | | *10.0* | |

**11. Claim Analysis/ Accounting**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 7/2/2023 | C. Kolls | 1.8 | Reviewed invoices relating to claims filed by non-customers. |
| 7/7/2023 | S. Claypoole | 0.9 | Reviewed objection filed by the SEC on 7/6 to assess potential case impacts. |
| 7/10/2023 | S. Claypoole | 1.7 | Reviewed draft Reply in Support of Estimation of SEC Claims sent by Quinn Emanuel. |
| 7/10/2023 | S. Claypoole | 0.5 | Discussed SEC Claim Estimation Reply with BRG (E. Hengel). |
| 7/10/2023 | S. Claypoole | 0.3 | Corresponded via email with Omni (B. Whitaker) regarding customer claims register. |
| 7/11/2023 | S. Claypoole | 2.2 | Analyzed Company books and records in relation to customer claims. |
| 7/11/2023 | S. Claypoole | 0.9 | Analyzed Company institutional customer data for claims purposes. |
| 7/11/2023 | C. Kolls | 0.5 | Attended meeting to discuss claims review procedures with Omni (B. Whitaker, S. Kelly, J. Lizakowski). |
| 7/11/2023 | S. Claypoole | 0.5 | Discussed claims review procedures Omni (B. Whitaker, S. Kelly, J. Lizakowski). |
| 7/12/2023 | C. Kolls | 0.7 | Reviewed e-claims filed on Omni website. |
| 7/12/2023 | S. Claypoole | 0.5 | Discussed claims register with Omni (B. Whitaker). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/ Accounting** | | | |
| 7/13/2023 | C. Kolls | 1.1 | Reviewed claims filed by customers on the Omni website. |
| 7/14/2023 | C. Kolls | 1.1 | Reviewed claims filed by vendors. |
| 7/14/2023 | S. Claypoole | 0.7 | Reviewed Company books and records in relation to potential customer inquiry. |
| 7/14/2023 | C. Kolls | 0.6 | Analyzed customer claims filed on the website. |
| 7/17/2023 | C. Kolls | 2.3 | Reviewed complete list of customer claims provided by Omni. |
| 7/17/2023 | C. Kolls | 2.2 | Reviewed complete list of vendor and state claims provided by Omni. |
| 7/17/2023 | S. Claypoole | 0.6 | Drafted memo to Bittrex (C. Koukos) regarding vendor proof of claim process. |
| 7/18/2023 | S. Claypoole | 0.8 | Responded to questions from Quinn Emanuel (A. Jaquet) regarding a customer claimant. |
| 7/18/2023 | S. Claypoole | 0.4 | Reviewed correspondence from Counsel regarding SEC settlement. |
| 7/19/2023 | S. Claypoole | 1.2 | Prepared sub-schedule of customers scheduled as having non-contingent claims in response to request from Counsel. |
| 7/20/2023 | S. Claypoole | 2.8 | Reviewed customer claims register provided by Omni (B. Whitaker). |
| 7/20/2023 | S. Claypoole | 2.6 | Continued to review customer claims register provided by Omni (B. Whitaker). |
| 7/20/2023 | S. Claypoole | 0.5 | Discussed customer claims with BRG (E. Hengel). |
| 7/20/2023 | S. Claypoole | 0.3 | Corresponded via email with Omni (B. Whitaker) regarding latest customer claims register. |
| 7/31/2023 | C. Kolls | 2.3 | Analyzed filed non-customer claims in comparison to scheduled claims. |
| 7/31/2023 | C. Kolls | 1.9 | Continued to analyze filed non-customer claims against scheduled claims. |
| 7/31/2023 | S. Claypoole | 0.4 | Corresponded via email with Bittrex (D. Maria, C. Koukos) regarding invoice support for filed vendor claim. |
| **Task Code Total Hours** | | **32.3** | |
| **18. Operating and Other Reports** | | | |
| 7/11/2023 | C. Kolls | 0.9 | Reviewed data necessary to complete June MOR. |
| 7/12/2023 | H. Foard | 2.5 | Created initial draft of the Bittrex June Monthly Operating Report. |

Berkeley Research Group, LLC

Invoice for the 7/1/2023 - 7/31/2023 Period

| Date | Professional | Hours | Description |
|------|------|------|------|
| **18. Operating and Other Reports** | | | |
| 7/13/2023 | H. Foard | 2.4 | Prepared cash flow exhibit for June MOR. |
| 7/13/2023 | C. Kolls | 1.6 | Analyzed payments made to insiders for June Monthly Operating Report. |
| 7/13/2023 | C. Kolls | 1.6 | Compiled supporting materials for June Monthly Operating Report. |
| 7/13/2023 | S. Claypoole | 1.4 | Edited supporting Excel templates for June MOR. |
| 7/13/2023 | S. Claypoole | 1.3 | Developed supporting crypto schedule for June MOR. |
| 7/13/2023 | H. Foard | 0.7 | Drafted bank balance exhibit for June Monthly Operating Report. |
| 7/13/2023 | S. Claypoole | 0.4 | Reviewed June payments to insiders detail sent by Bittrex (D. Madigan) for MOR. |
| 7/13/2023 | H. Foard | 0.3 | Drafted response to Bittrex (D. Madigan) re: June monthly employee information for MOR. |
| 7/14/2023 | S. Claypoole | 2.3 | Populated supporting schedules for June MOR. |
| 7/14/2023 | H. Foard | 2.3 | Prepared cash flow exhibit for June Monthly Operating Report. |
| 7/14/2023 | C. Kolls | 1.4 | Reviewed updated payments made to insiders in June for MOR. |
| 7/17/2023 | S. Claypoole | 2.4 | Analyzed June financial statements for MOR. |
| 7/17/2023 | S. Claypoole | 2.2 | Continued to analyze June financial statements for MOR. |
| 7/17/2023 | C. Kolls | 1.7 | Reviewed June MOR progress. |
| 7/18/2023 | C. Kolls | 2.3 | Reviewed updated amount of assets held by customers for June MOR. |
| 7/18/2023 | H. Foard | 2.2 | Drafted pro forma balance sheet for Bittrex Inc. June MOR. |
| 7/18/2023 | C. Kolls | 2.1 | Analyzed cash transactions for June MOR. |
| 7/18/2023 | S. Claypoole | 1.4 | Compiled updated June financial statements for June MOR. |
| 7/18/2023 | S. Claypoole | 1.3 | Prepared list of outstanding questions for the Company relating to June MOR. |
| 7/18/2023 | S. Claypoole | 0.9 | Reviewed lease accounting workbook sent by Bittrex (C. Belling) in relation to Desolation June MOR. |
| 7/18/2023 | H. Foard | 0.8 | Drafted June MOR schedules for Desolation Holdings. |
| 7/19/2023 | S. Claypoole | 2.7 | Updated BUS July MOR balance sheet supporting schedule. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 7/19/2023 | S. Claypoole | 2.6 | Updated BUS July MOR balance sheet for 6/30 crypto balances and prices. |
| 7/19/2023 | C. Kolls | 2.2 | Analyzed monthly financial statements for June MOR. |
| 7/19/2023 | C. Kolls | 1.8 | Reviewed payments to insiders data for June MOR. |
| 7/19/2023 | C. Kolls | 1.6 | Continued to review monthly financial statements for June MOR. |
| 7/19/2023 | S. Claypoole | 1.2 | Updated Malta Ltd. July MOR Balance Sheet for 6/30 crypto balances and prices. |
| 7/19/2023 | S. Claypoole | 0.4 | Discussed June MOR with BRG (H. Foard). |
| 7/19/2023 | H. Foard | 0.4 | Participated in call with BRG (S. Claypoole) re: June MORs. |
| 7/20/2023 | C. Kolls | 2.2 | Reviewed payments recorded on general ledger for June MOR. |
| 7/20/2023 | C. Kolls | 2.1 | Analyzed payments to professionals for June MOR. |
| 7/20/2023 | C. Kolls | 1.7 | Analyzed monthly financial statements for June MOR. |
| 7/20/2023 | S. Claypoole | 1.6 | Revised BUS June MOR supporting schedules. |
| 7/21/2023 | C. Kolls | 2.3 | Compiled monthly financial statements into MOR format for June MOR. |
| 7/21/2023 | C. Kolls | 2.3 | Updated MOR PDFs for all Debtors for June MOR. |
| 7/21/2023 | C. Kolls | 1.9 | Reviewed final June MORs ahead of distribution to Company. |
| 7/21/2023 | C. Kolls | 1.7 | Compiled all payments to insider data into MOR format for June MOR. |
| 7/21/2023 | S. Claypoole | 1.7 | Updated June MOR drafts in preparation for filing. |
| 7/21/2023 | S. Claypoole | 1.6 | Reviewed Malta Holdings and Malta Ltd. June MOR PDFs sent by BRG (C. Kolls). |
| 7/21/2023 | S. Claypoole | 1.3 | Prepared responses to questions posed by BRG (C. Reeves) re: June MOR drafts. |
| 7/21/2023 | S. Claypoole | 1.2 | Reviewed Desolation June MOR PDFs sent by BRG (C. Kolls). |
| 7/21/2023 | S. Claypoole | 0.9 | Summarized questions and outstanding items for June MOR drafts. |
| 7/21/2023 | S. Claypoole | 0.8 | Prepared comments for BRG (C. Kolls) on BUS June MOR PDFs. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 7/21/2023 | C. Reeves | 0.7 | Prepared follow-up questions for BRG (S. Claypoole, C. Kolls) upon review of June MOR drafts. |
| 7/24/2023 | H. Foard | 1.9 | Revised draft versions of the MOR based on feedback from Quinn Emanuel (P. Tomasco). |
| 7/24/2023 | D. Collins | 0.5 | Participated in call with BRG (E. Hengel) to discuss June MOR. |
| 7/24/2023 | H. Foard | 0.3 | Corresponded with Quinn Emanuel (P. Tomasco) re: MOR comments. |
| 7/25/2023 | C. Kolls | 2.3 | Analyzed change in crypto balances during the month of June for June MOR. |
| 7/25/2023 | D. Collins | 2.3 | Created supporting withdrawals report for June Monthly Operating Report. |
| 7/25/2023 | C. Kolls | 1.9 | Continued to analyze change in crypto balances during the month of June for June MOR. |
| 7/25/2023 | C. Kolls | 1.6 | Reviewed Company balance sheet for June MOR. |
| 7/26/2023 | D. Collins | 2.9 | Continued to calculate customer withdrawals statistics for supporting June Monthly Operating Report materials. |
| 7/26/2023 | C. Kolls | 2.4 | Analyzed change in cryptocurrency prices between the petition date and the end of June to be included in June MOR. |
| 7/26/2023 | D. Collins | 2.4 | Created supporting withdrawals report for June Monthly Operating Report. |
| 7/26/2023 | C. Kolls | 2.3 | Analyzed change in crypto balances from the petition date to the end of June to be included in the June MOR. |
| 7/26/2023 | D. Collins | 1.9 | Calculated customer withdrawals statistics for supporting June Monthly Operating Report materials. |
| 7/26/2023 | C. Kolls | 1.9 | Compared difference in crypto balances and crypto prices between the petition date and the end of June for the June MOR. |
| 7/27/2023 | D. Collins | 2.6 | Continued to develop withdrawals report for June Monthly Operating Report. |
| 7/27/2023 | D. Collins | 2.3 | Developed supporting withdrawals report for Monthly Operating Report. |
| 7/27/2023 | D. Collins | 1.8 | Calculated customer withdrawals statistics for June Monthly Operating Report Global Notes. |
| 7/27/2023 | C. Kolls | 1.3 | Reviewed draft of June MOR. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 7/28/2023 | C. Kolls | 2.2 | Analyzed final drafts of June MOR. |
| 7/28/2023 | C. Kolls | 1.6 | Analyzed US Trustee fee statement. |
| 7/28/2023 | C. Kolls | 1.4 | Reviewed US Trustee fee statement with updated disbursements per the June MOR. |
| 7/28/2023 | H. Foard | 0.1 | Corresponded with BRG (E. Hengel) re: MOR exhibit filing. |
| 7/28/2023 | H. Foard | 0.1 | Corresponded with YCST (J. Brooks) re: MOR exhibit filing. |
| ***Task Code Total Hours*** | | ***111.3*** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 7/6/2023 | C. Kolls | 2.3 | Prepared DIP variance report for month of June. |
| 7/6/2023 | C. Kolls | 2.1 | Continued to prepare DIP variance report for month of June. |
| 7/6/2023 | C. Kolls | 0.8 | Analyzed bank activity for week ended 7/2 for cash reporting purposes. |
| 7/6/2023 | C. Kolls | 0.7 | Summarized bank activity for week ended 7/2 for cash reporting purposes. |
| 7/6/2023 | S. Claypoole | 0.3 | Reviewed email correspondences with Bittrex (L. Tessaro) to assess status of banking relationships. |
| 7/7/2023 | H. Foard | 2.6 | Prepared draft of June '23 DIP budget variance analysis. |
| 7/7/2023 | C. Kolls | 2.3 | Revised DIP budget variance report for June. |
| 7/7/2023 | H. Foard | 1.3 | Participated in call with Bittrex (S. Lasseter) re: payroll forecast. |
| 7/7/2023 | H. Foard | 1.3 | Reconciled ending cash balance for June variance analysis. |
| 7/7/2023 | S. Claypoole | 1.1 | Reviewed draft June DIP budget variance report. |
| 7/7/2023 | H. Foard | 0.9 | Drafted commentary for June '23 DIP budget variance analysis. |
| 7/7/2023 | D. Collins | 0.5 | Reviewed bank account information for June variance report. |
| 7/7/2023 | S. Claypoole | 0.4 | Reviewed Hengel Declaration in relation to cash management (Docket 181). |
| 7/7/2023 | H. Foard | 0.2 | Corresponded via email with BRG (E. Hengel) re: monthly variance reporting. |
| 7/7/2023 | H. Foard | 0.2 | Participated in call with Bittrex (S. Lasseter) re: budget payroll forecast. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 7/11/2023 | S. Claypoole | 0.7 | Reviewed email correspondence from Bittrex (L. Tessaro) regarding status of bank account set up. |
| 7/11/2023 | C. Kolls | 0.4 | Reviewed weekly disbursements for week ended 7/9/23 for cash reporting purposes. |
| 7/11/2023 | H. Foard | 0.1 | Corresponded with Bittrex (L. Tessaro) re: bank account issues. |
| 7/11/2023 | H. Foard | 0.1 | Participated in call with Quinn Emanuel (R. Izakelian) re: Prime Trust funds. |
| 7/14/2023 | S. Claypoole | 1.1 | Summarized recent events relating to Prime Trust funds. |
| 7/14/2023 | H. Foard | 0.2 | Corresponded with Quinn Emanuel (R. Izakelian) re: Prime Trust receivership. |
| 7/14/2023 | H. Foard | 0.2 | Participated in call with Bittrex (S. Lasseter) re: Prime Trust deposits. |
| 7/14/2023 | H. Foard | 0.2 | Participated in follow-up call with Quinn Emanuel (R. Izakelian) re: Prime Trust funds. |
| 7/14/2023 | H. Foard | 0.1 | Drafted memo to Bittrex (L. Tessaro, S. Lasseter) re: Prime Trust funds. |
| 7/14/2023 | H. Foard | 0.1 | Participated in call with Quinn Emanuel (R. Izakelian) re: Prime Trust cash. |
| 7/19/2023 | H. Foard | 1.4 | Adjusted professional fee estimates of budget reforecast scenarios. |
| 7/20/2023 | S. Claypoole | 0.3 | Discussed budgeting matters with BRG (H. Foard). |
| 7/20/2023 | H. Foard | 0.3 | Participated in call with BRG (S. Claypoole) re: budgeting matters. |
| 7/24/2023 | C. Kolls | 2.1 | Reviewed updated professional fee accrual for consistency with estimates provided by Counsel and Claims Agent. |
| 7/24/2023 | H. Foard | 2.1 | Revised the latest iteration of the cash flow model. |
| 7/24/2023 | H. Foard | 1.3 | Updated DIP budget reforecast presentation exhibits for 7/25 Management call. |
| 7/24/2023 | H. Foard | 0.5 | Participated in call with Bittrex (S. Lasseter) re: budget walkthrough. |
| 7/25/2023 | H. Foard | 2.3 | Revised weekly budget for 7/25 presentation to DIP lenders. |
| 7/26/2023 | H. Foard | 0.1 | Drafted memo to BRG (E. Hengel) re: bank account updates. |
| 7/26/2023 | H. Foard | 0.1 | Participated in call with Bittrex (L. Tessaro) re: bank accounts update. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 7/27/2023 | H. Foard | 0.3 | Analyzed the Debtors' prepetition agreement with one of their banking partners. |
| 7/27/2023 | H. Foard | 0.2 | Analyzed proposed invoice for payment. |
| 7/28/2023 | H. Foard | 0.4 | Reviewed invoice payment procedures. |
| 7/31/2023 | S. Claypoole | 2.2 | Reviewed draft Motion to Amend Cash Management Order sent by Quinn Emanuel (R. Izakelian). |
| 7/31/2023 | S. Claypoole | 1.8 | Reconciled cash activity for week ending 7/30 using report sent by Bittrex (C. Belling). |
| 7/31/2023 | S. Claypoole | 1.4 | Analyzed July bank account activity for cash flow model. |
| 7/31/2023 | S. Claypoole | 0.7 | Discussed issues with bank account set up with Bittrex (S. Lasseter). |
| 7/31/2023 | S. Claypoole | 0.5 | Discussed bank account updates with Bittrex (L. Tessaro). |
| 7/31/2023 | S. Claypoole | 0.4 | Corresponded with BRG (E. Hengel) via email regarding cash management order. |
| 7/31/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (R. Izakelian) regarding Motion to Amend Cash Management Order. |
| **Task Code Total Hours** | | **38.9** | |
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 7/3/2023 | D. Collins | 2.3 | Prepared waterfall analysis for liquidation model for Disclosure Statement. |
| 7/3/2023 | D. Collins | 1.9 | Revised waterfall analysis for liquidation model for Disclosure Statement. |
| 7/3/2023 | D. Collins | 1.8 | Created preliminary exhibit for liquidation model for Disclosure Statement. |
| 7/3/2023 | D. Collins | 1.1 | Reviewed past work product to produce liquidation model exhibit for Disclosure Statement. |
| 7/3/2023 | D. Collins | 0.7 | Reviewed inputs to liquidation model for Disclosure Statement to assess modeling assumptions. |
| 7/3/2023 | D. Collins | 0.4 | Revised exhibit for liquidation model for Disclosure Statement. |
| 7/5/2023 | D. Collins | 2.8 | Created new waterfall analysis mechanics for Disclosure Statement. |
| 7/5/2023 | D. Collins | 2.7 | Revised waterfall analysis for liquidation model for Disclosure Statement. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 7/5/2023 | S. Claypoole | 2.4 | Analyzed crypto holdings data as of 7/5 for Disclosure Statement liquidation analysis. |
| 7/5/2023 | D. Collins | 2.2 | Revised chapter 7 case in waterfall analysis for Disclosure Statement. |
| 7/5/2023 | S. Claypoole | 1.8 | Reviewed draft liquidation model for Disclosure Statement circulated by BRG (D. Collins). |
| 7/5/2023 | S. Claypoole | 1.6 | Created summary exhibit of liquidation analysis for Disclosure Statement. |
| 7/5/2023 | D. Collins | 1.4 | Revised waterfall analysis for Disclosure Statement to reflect feedback from BRG (E. Hengel). |
| 7/5/2023 | S. Claypoole | 1.3 | Reviewed draft Disclosure Statement sent by Quinn Emanuel (A. Jaquet). |
| 7/5/2023 | S. Claypoole | 1.3 | Updated claims section of draft liquidation model for Disclosure Statement. |
| 7/5/2023 | S. Claypoole | 1.2 | Reviewed draft Plan redline sent by Quinn Emanuel (A. Jaquet). |
| 7/5/2023 | C. Reeves | 1.1 | Analyzed data from liquidation analysis assumptions for Disclosure Statement in preparation for internal review. |
| 7/5/2023 | D. Collins | 0.9 | Edited stated assumptions for liquidation model. |
| 7/5/2023 | S. Claypoole | 0.9 | Performed quality control review on draft liquidation analysis model for Disclosure Statement. |
| 7/5/2023 | D. Collins | 0.8 | Reviewed new inputs to liquidation model for Disclosure Statement. |
| 7/5/2023 | S. Claypoole | 0.8 | Reviewed wind down budget section of liquidation analysis for Disclosure Statement. |
| 7/5/2023 | D. Collins | 0.6 | Continued to revise waterfall analysis for liquidation model for Disclosure Statement. |
| 7/5/2023 | S. Claypoole | 0.6 | Discussed 7/5 crypto data for Disclosure Statement with Bittrex (H. Lawani). |
| 7/5/2023 | S. Claypoole | 0.6 | Prepared comments for BRG (D. Collins) on draft liquidation model for Disclosure Statement. |
| 7/5/2023 | D. Collins | 0.6 | Prepared draft liquidation model for Disclosure Statement for distribution to BRG. |
| 7/5/2023 | S. Claypoole | 0.5 | Corresponded with Bittrex (H. Lawani) regarding follow up questions on 7/5 crypto data for Disclosure Statement. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 7/5/2023 | D. Collins | 0.5 | Participated in call with BRG (C. Reeves) to discuss Disclosure Statement draft. |
| 7/5/2023 | C. Reeves | 0.5 | Participated in call with BRG (D. Collins) regarding Disclosure Statement draft. |
| 7/5/2023 | D. Collins | 0.4 | Continued to prepare draft liquidation model for Disclosure Statement for distribution to BRG. |
| 7/6/2023 | S. Claypoole | 2.7 | Revised mechanics of liquidation waterfall model for Disclosure Statement. |
| 7/6/2023 | D. Collins | 2.2 | Prepared liquidation model assumptions as of 7/6 for the Disclosure Statement. |
| 7/6/2023 | S. Claypoole | 2.2 | Updated liquidation model for Disclosure Statement to reflect comments from BRG (E. Hengel). |
| 7/6/2023 | C. Reeves | 0.9 | Analyzed data from latest liquidation analysis in preparation for internal review. |
| 7/6/2023 | D. Collins | 0.9 | Continued to prepare liquidation model assumptions as of 7/6 for the Disclosure Statement. |
| 7/6/2023 | S. Claypoole | 0.9 | Prepared summary package of liquidation analysis ahead of call with Counsel re: same. |
| 7/6/2023 | D. Collins | 0.9 | Revised summary exhibit for liquidation model for Disclosure Statement. |
| 7/6/2023 | D. Collins | 0.9 | Revised waterfall analysis for liquidation model for Disclosure Statement. |
| 7/6/2023 | S. Claypoole | 0.9 | Updated assumptions tab of liquidation model for Disclosure Statement to reflect recent changes. |
| 7/6/2023 | D. Collins | 0.8 | Compared precedent crypto case liquidation analyses to Bittrex for the Disclosure Statement. |
| 7/6/2023 | H. Foard | 0.7 | Analyzed treatment of intercompany claims in currently filed Plan of Liquidation. |
| 7/6/2023 | S. Claypoole | 0.7 | Discussed liquidation analysis and Disclosure Statement with Quinn Emanuel (P. Tomasco, R. Izakelian). |
| 7/6/2023 | D. Collins | 0.7 | Participated in call with Quinn Emanuel (P. Tomasco, R. Izakelian) to discuss liquidation analysis and Disclosure Statement. |
| 7/6/2023 | S. Claypoole | 0.7 | Reviewed latest draft of Disclosure Statement sent by Quinn Emanuel (A. Jaquet). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 7/6/2023 | H. Foard | 0.7 | Reviewed liquidation analysis draft ahead of call with Quinn Emanuel re: same. |
| 7/6/2023 | D. Collins | 0.7 | Updated assumptions for liquidation model for Disclosure Statement ahead of call with Quinn Emanuel re: same. |
| 7/6/2023 | S. Claypoole | 0.6 | Performed additional quality control review of draft liquidation analysis package ahead of circulation to Quinn Emanuel and the Company. |
| 7/6/2023 | S. Claypoole | 0.6 | Updated claims section of liquidation analysis model to reflect feedback from Quinn Emanuel (P. Tomasco). |
| 7/6/2023 | S. Claypoole | 0.5 | Discussed latest draft Disclosure Statement with BRG (C. Reeves, D. Collins). |
| 7/6/2023 | D. Collins | 0.5 | Participated in call with BRG (C. Reeves, S. Claypoole) to discuss latest draft Disclosure Statemen. |
| 7/6/2023 | D. Collins | 0.5 | Participated in call with BRG (E. Hengel, C. Reeves) to discuss liquidation analysis for Disclosure Statement. |
| 7/6/2023 | C. Reeves | 0.5 | Participated in call with BRG (E. Hengel, D. Collins) to review latest draft Disclosure Statement. |
| 7/6/2023 | C. Reeves | 0.5 | Participated in call with BRG (S. Claypoole, D. Collins) regarding latest draft Disclosure Statement. |
| 7/6/2023 | S. Claypoole | 0.5 | Updated liquidation analysis model for Disclosure Statement to reflect feedback provided by BRG (E. Hengel, C. Reeves) re: same. |
| 7/7/2023 | C. Kolls | 2.2 | Reviewed draft liquidation analysis model for Disclosure Statement. |
| 7/7/2023 | S. Claypoole | 0.6 | Compiled information requested from Quinn Emanuel for Disclosure Statement. |
| 7/10/2023 | C. Kolls | 2.4 | Reviewed missing information for Disclosure Statement. |
| 7/10/2023 | S. Claypoole | 2.4 | Updated crypto assumptions and mechanics in liquidation model for Disclosure Statement. |
| 7/10/2023 | C. Kolls | 2.1 | Populated missing information in the Disclosure Statement. |
| 7/10/2023 | C. Kolls | 1.6 | Reviewed draft Disclosure Statement. |
| 7/10/2023 | S. Claypoole | 1.4 | Updated wind down budget section of liquidation model for Disclosure Statement. |
| 7/10/2023 | S. Claypoole | 1.3 | Edited liquidation model for Disclosure Statement ahead of circulation to Bittrex. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 7/11/2023 | C. Kolls | 2.3 | Edited Disclosure Statement draft sent by Quinn Emanuel. |
| 7/11/2023 | C. Kolls | 1.8 | Reviewed updated Disclosure Statement. |
| 7/11/2023 | H. Foard | 1.6 | Prepared comments for BRG (C. Kolls) re: Disclosure Statement tracker. |
| 7/11/2023 | C. Kolls | 0.9 | Analyzed directors' and officers' information across Debtor and non-debtor entities for inclusion in Disclosure Statement. |
| 7/12/2023 | S. Claypoole | 1.8 | Revised crypto section of liquidation model for Disclosure Statement to reflect input from Bittrex (C. Chenoweth). |
| 7/12/2023 | S. Claypoole | 1.4 | Reviewed crypto trading metrics for Disclosure Statement liquidation analysis. |
| 7/12/2023 | C. Kolls | 1.2 | Reviewed Disclosure Statement draft. |
| 7/12/2023 | S. Claypoole | 1.2 | Reviewed updated crypto liquidation model sent by Bittrex (C. Chenoweth) for the Disclosure Statement. |
| 7/12/2023 | S. Claypoole | 1.0 | Discussed crypto liquidation model for Disclosure Statement with Bittrex (C. Chenoweth). |
| 7/12/2023 | S. Claypoole | 0.8 | Reviewed Disclosure Statement tracker sent by BRG (C. Kolls). |
| **Task Code Total Hours** | | **85.4** | |
| **31. Planning** | | | |
| 7/5/2023 | D. Collins | 0.5 | Participated in call with BRG (E. Hengel, C. Reeves) to discuss planning and key workstreams. |
| 7/5/2023 | C. Reeves | 0.5 | Participated in call with BRG (E. Hengel, D. Collins) regarding planning and key workstreams. |
| 7/21/2023 | S. Claypoole | 1.4 | Prepared work plan for tasks and workstreams for 7/24 - 7/28. |
| 7/21/2023 | S. Claypoole | 0.5 | Discussed status of case and outstanding tasks with BRG (E. Hengel, C. Reeves). |
| 7/21/2023 | C. Reeves | 0.5 | Participated in call with BRG (E. Hengel, S. Claypoole) regarding status of case and outstanding tasks. |
| **Task Code Total Hours** | | **3.4** | |
| **32. Document Review** | | | |
| 7/11/2023 | C. Kolls | 1.4 | Reviewed docket to summarize recent case updates in advance of omnibus hearing. |
| **Task Code Total Hours** | | **1.4** | |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **36. Operation Management** | | | |
| 7/5/2023 | H. Foard | 0.7 | Analyzed proposed invoices for payment for the week of 7/3. |
| 7/5/2023 | S. Claypoole | 0.7 | Analyzed requested invoices for payment for week of 7/3 sent by Bittrex (C. Koukos). |
| 7/5/2023 | H. Foard | 0.2 | Corresponded with Bittrex (C. Koukos) re: comments on invoice payment schedule for week of 7/3. |
| 7/5/2023 | H. Foard | 0.2 | Corresponded with BRG (E. Hengel) re: approval for invoice payments for week of 7/3. |
| 7/6/2023 | S. Claypoole | 0.5 | Discussed week of 7/3 invoices requested for payment with Bittrex (C. Koukos). |
| 7/7/2023 | S. Claypoole | 0.7 | Reviewed Trexie invoices for reimbursement sent by Bittrex (C. Koukos) on 7/7. |
| 7/7/2023 | H. Foard | 0.1 | Corresponded via email with BRG (E. Hengel) re: invoices approved for payment. |
| 7/10/2023 | S. Claypoole | 1.1 | Reviewed invoices requested for payment for week of 7/10. |
| 7/10/2023 | S. Claypoole | 0.5 | Discussed A/P for payment with Bittrex (C. Koukos). |
| 7/10/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (R. Izakelian, A. Jaquet) regarding handling payment for a particular invoice. |
| 7/11/2023 | S. Claypoole | 1.2 | Created summary of week of 7/10 wires requested for payment. |
| 7/11/2023 | H. Foard | 0.2 | Corresponded with BRG (S. Claypoole) re: invoice payment approvals. |
| 7/12/2023 | S. Claypoole | 2.3 | Analyzed vendor invoices to determine eligible A/P for payment. |
| 7/12/2023 | S. Claypoole | 0.4 | Reviewed invoice sent by Bittrex (C. Koukos) for Trexie reimbursement. |
| 7/13/2023 | S. Claypoole | 0.9 | Reviewed invoices sent by Bittrex (C. Koukos) for payment. |
| 7/17/2023 | S. Claypoole | 1.4 | Prepared schedule for Quinn Emanuel relating to OCP invoices. |
| 7/17/2023 | S. Claypoole | 1.2 | Reviewed wires requested for payment for week of 7/17 sent by Bittrex (C. Koukos). |
| 7/17/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (P. Tomasco) regarding payment of OCP A/P. |
| 7/18/2023 | S. Claypoole | 0.8 | Created summary of approved payments to be paid for week of 7/17. |
| 7/18/2023 | S. Claypoole | 0.4 | Corresponded with BRG (E. Hengel) regarding A/P for payment. |

Berkeley Research Group, LLC                     Invoice for the 7/1/2023 - 7/31/2023 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **36. Operation Management** | | | |
| 7/19/2023 | S. Claypoole | 0.4 | Corresponded with BRG (E. Hengel) regarding A/P from week of 7/17. |
| 7/20/2023 | S. Claypoole | 1.2 | Prepared list of questions for BRG (C. Reeves) regarding invoices for payment. |
| 7/20/2023 | S. Claypoole | 0.5 | Discussed outstanding A/P with Bittrex (C. Koukos). |
| 7/31/2023 | S. Claypoole | 1.1 | Analyzed requested invoices for payment for week of 7/31 sent by Bittrex (C. Koukos). |
| 7/31/2023 | S. Claypoole | 0.6 | Reviewed legal invoice sent by Bittrex (C. Koukos) to determine payment. |
| *Task Code Total Hours* | | *17.9* | |
| **37. Vendor Management** | | | |
| 7/11/2023 | S. Claypoole | 0.3 | Corresponded via email with BRG (E. Hengel) regarding critical vendor relationship. |
| 7/13/2023 | S. Claypoole | 0.4 | Corresponded via email with a certain vendor regarding vendor issues. |
| *Task Code Total Hours* | | *0.7* | |
| **Total Hours** | | **348.5** | |