**In re: Desolation Holdings LLC, et al.**



## Exhibit D: Expenses By Category

**Berkeley Research Group, LLC**

For the Period 7/1/2023 through 7/31/2023

| Expense Category | Amount |
|---|---|
| 03. Travel - Taxi | $273.70 |
| 10. Meals | $333.15 |
| **Total Expenses for the Period 7/1/2023 through 7/31/2023** | **$606.85** |