In re: Desolation Holdings LLC, et al.

Exhibit E: Expense Detail

**Berkeley Research Group, LLC**

For the Period 7/1/2023 through 7/31/2023

| Date | Professional | Amount | Description |
|---|---|---|---|
| **03. Travel - Taxi** | | | |
| 7/1/2023 | S. Claypoole | $18.75 | Taxi on 5/16 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $12.11 | Taxi on 5/18 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $18.99 | Taxi on 5/23 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $17.93 | Taxi on 5/24 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $24.61 | Taxi on 5/30 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $21.99 | Taxi on 5/31 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $19.44 | Taxi on 6/1 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $19.01 | Taxi on 6/14 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $16.05 | Taxi on 6/2 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.86 | Taxi on 6/21 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $18.81 | Taxi on 6/26 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $21.99 | Taxi on 6/27 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $11.99 | Taxi on 6/4 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $19.45 | Taxi on 6/5 after working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $11.72 | Taxi on 6/8 after working late on Bittrex. |
| *Expense Category Total* | | *$273.70* | |
| **10. Meals** | | | |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 5/10 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $15.74 | Dinner on 5/16 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 5/24 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 5/30 while working late on Bittrex. |

| Date | Professional | Amount | Description |
|---|---|---|---|
| **10. Meals** | | | |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 5/31 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 5/8 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 6/1 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $19.39 | Dinner on 6/12 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $18.02 | Dinner on 6/13 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 6/2 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 6/21 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 6/27 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 6/3 while working over the weekend on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 6/4 while working over the weekend on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 6/5 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 7/5 while working late on Bittrex. |
| 7/1/2023 | S. Claypoole | $20.00 | Dinner on 7/6 while working late on Bittrex. |
| ***Expense Category Total*** | | **$333.15** | |
| **Total Expenses** | | **$606.85** | |