**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 2, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Fee App Service List attached hereto as **Exhibit A**:

- **Third Staffing Report of Berkeley Research Group, LLC for Compensation for Services Rendered During the Period From July 1, 2023 Through July 31, 2023 [Docket No. 418]**

Dated: October 3, 2023

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                                   } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 3rd day of October, 2023, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

## **<u>EXHIBIT A</u>**

**Exhibit A**
Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| U.S. Trustee | Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter 844 King Street, Suite 2207 Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |
| Counsel for the Debtors | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani Attn: Patricia B. Tomasco 51 Madison Ave 22nd floor New York, NY 10010 | susheelkirpalani@quinnemanuel.com; pattytomasco@quinnemanuel.com; qebittrex@quinnemanuel.com | Email |
| Counsel for the Debtors | Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady Attn: Kenneth Enos Attn: Joshua Brooks Rodney Square, 1000 North King Street Wilmington, DE 19801 | rbrady@ycst.com; kenos@ycst.com; jbrooks@ycst.com | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)