**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF STIPULATION REGARDING WITHDRAWAL OF CLAIMS

**PLEASE TAKE NOTICE** that, on August 25, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Affiliated Debtors* [D.I. 293] (as may be amended from time to time, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, on August 25, 2023, Endurance Assurance Corporation and Endurance American Insurance Company (collectively, "Endurance") filed a general unsecured proof of claim in each of the Debtors' chapter 11 cases (collectively, the "Claims").

**PLEASE TAKE FURTHER NOTICE** that, following discussions with Endurance, the Debtors and Endurance agreed to the terms of a stipulation (the "Stipulation") regarding the resolution of the Claims. The parties have agreed that the Claims will be deemed withdrawn upon the effective date of a confirmed Plan that contains certain provisions set forth in the Stipulation.

**PLEASE TAKE FURTHER NOTICE** that the Stipulation is attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30833511.1

| | |
|---|---|
| Date: October 6, 2023 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | |
| | /s/  Kenneth J. Enos |
| | Robert S. Brady (Delaware Bar No. 2847) |
| | Kenneth J. Enos (Delaware Bar No. 4544) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: 302-571-6600 |
| | Facsimile: 302-571-1253 |
| | Email: rbrady@ycst.com |
| | Email: kenos@ycst.com |
| | |
| | -and- |
| | |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | |
| | Susheel Kirpalani *(admitted pro hac vice)* |
| | Patricia B. Tomasco *(admitted pro hac vice)* |
| | Daniel Holzman *(admitted pro hac vice)* |
| | Alain Jaquet *(admitted pro hac vice)* |
| | Razmig Izakelian *(admitted pro hac vice)* |
| | Valerie Ramos (*admitted pro hac vice)* |
| | Joanna D. Caytas *(admitted pro hac vice)* |
| | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | Telephone: 212-849-7000 |
| | Facsimile: 212-849-7100 |
| | Email: susheelkirpalani@quinnemanuel.com |
| | Email: pattytomasco@quinnemanuel.com |
| | Email: danielholzman@quinnemanuel.com |
| | Email: alainjaquet@quinnemanuel.com |
| | Email: razmigizakelian@quinnemanuel.com |
| | Email: valerieramos@quinnemanuel.com |
| | Email: joannacaytas@quinnemanuel.com |
| | |
| | **COUNSEL FOR THE DEBTORS** |

30833511.1