# EXHIBIT A

## Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al*.,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## STIPULATION REGARDING WITHDRAWAL OF CLAIMS

Desolation Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), on the one hand and Endurance Assurance Corporation and Endurance American Insurance Company (collectively, "Endurance" or "Claimant") on the other hand, by and through their respective undersigned counsel, hereby stipulate and agree (this "Stipulation") as follows:

**WHEREAS**, on May 8, 2023 (the "Petition Date"), Desolation Holdings, LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd. and Bittrex Malta Ltd. commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") ;

**WHEREAS**, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession;

**WHEREAS,** on August 25, 2023, the Debtors filed their Plan [Dkt. No. 293] and Disclosure Statement [Dkt. No. 294];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**WHEREAS**, on August 25, 2023, the Claimant filed, with Omni Agent Solutions,[2] a general unsecured proof of claim in each of the four Chapter 11 Cases as follows:

- a. Bittrex Malta Ltd., Case No. 23-10600, Claim No. 43, an unsecured claim in the amount of $13,536,122.00;

- b. Desolation Holdings LLC, Case No. 23-10597, Claim No. 228, an unsecured claim in the amount of $13,536,122.00;

- c. Bittrex, Inc., Case No. 23-10598, Claim No. 639, an unsecured claim in the amount of $13,536,122.00; and

- d. Bittrex Malta Holdings Ltd., Case No. 23-10599, Claim No. 14, and unsecured claim in the amount of $13,536,122.00.

(collectively, the "Claims");

**WHEREAS**, the Claims will be deemed withdrawn upon the Effective Date of a confirmed Plan that contains the following provision (the "Plan Provision"):

*Surety Bond Obligations:*

As discussed in the *Declaration of Evan Hengel, Co-Chief Restructuring Officer of the Debtors, In Support of Chapter 11 Petitions and First Day Motions* (the "First Day Affidavit"), BUS was required to obtain and held money transmitter licenses in the majority of U.S. states where it operated (the "Licenses"). In order to obtain the Licenses, BUS obtained thirty-nine (39) surety bonds (the "Bonds") from Endurance Assurance Corporation and Endurance American Insurance Company (collectively, "Endurance") listing certain governmental and/or regulatory entities and agencies as the obligees (the "Obligees") under the Bonds. Many of the Bonds have cancellation provisions that permit Endurance to cancel the Bonds once certain conditions are met (the "Bond Cancellation Provisions").

The Debtors acknowledge that to effectuate the goal of the Plan, which is to pay the Customer Claims, it is essential that the Bonds stay in place in order to provide, among other things, the Customer Distribution to their Customers.

In light of the foregoing, Endurance permitted the Bonds to stay in place, and did not utilize the Bond Cancellation Provisions.

---

[2] On May 8, 2023, the Debtors filed an Application for Entry of an Order Appointing Omni Agent Solutions as Claims and Noticing Agent, Effective as of the Petition Date (Docket No. 3) and on May 10, 2023, the Court entered an Order Appointing Omni Agent Solutions as Claims and Noticing Agent, Effective as of the Petition Date (D.I. 35).

Upon the Effective Date, all of the Bonds shall be released (the "Bond Releases"). The Bond Releases shall be binding and effective on all of the Obligees under the Bonds, and the Bonds shall then be terminated by Endurance. Furthermore, Endurance shall be included as part of the Released Parties as defined in Article 1(A)(101) under the Plan, such that upon the Effective Date of the Plan, the Bonds may be uniliterally terminated by Endurance.

**WHEREAS**, the Debtors and Endurance wish to resolve the claims on the terms set forth in this Stipulation, thereby avoiding the need to expend time and resources litigating objections to Endurance's proofs of claim and objections to the Disclosure Statement and/or Plan, amended or otherwise, filed by the Debtors.

## STIPULATION

NOW THEREFORE, the Debtors and Endurance hereby stipulate and agree as follows:

1. The foregoing recitals are incorporated herein as an integral part of this Stipulation.

2. As soon as practicable following execution of this Stipulation, the Debtors shall file with the Bankruptcy Court an executed copy of this Stipulation.

3. In connection with this Stipulation, the Debtors shall file an amended Plan containing the Plan Provision.

4. Upon the Effective Date of a confirmed Plan containing the Plan Provision, the Claims shall be deemed withdrawn for all purposes (including, without limitation, for purposes of distributions under the Plan) in the Chapter 11 Cases without any further action by any of the Parties, and the Omni Agent Solutions shall be authorized to modify the official claims register it maintains to reflect the withdrawal of the Claims.

| | |
|---|---|
| Date: October 3, 2023 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | |
| | */s/ Robert S. Brady* |
| | Robert S. Brady (Delaware Bar No. 2847) |
| | Kenneth Enos (Delaware Bar No. 4544) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: 302-571-6600 |
| | Facsimile: 302-571-1253 |
| | Email: rbrady@ycst.com |
| | Email: kenos@ycst.com |
| | |
| | -and- |
| | |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | |
| | Susheel Kirpalani *(admitted pro hac vice)* |
| | Patricia B. Tomasco *(admitted pro hac vice)* |
| | Daniel Holzman *(admitted pro hac vice)* |
| | Alain Jaquet *(admitted pro hac vice)* |
| | Razmig Izakelian *(admitted pro hac vice)* |
| | Valerie Ramos (*admitted pro hac vice*) |
| | Joanna D. Caytas *(admitted pro hac vice)* |
| | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | Telephone: 212-849-7000 |
| | Facsimile: 212-849-7100 |
| | Email: susheelkirpalani@quinnemanuel.com |
| | Email: pattytomasco@quinnemanuel.com |
| | Email: danielholzman@quinnemanuel.com |
| | Email: alainjaquet@quinnemanuel.com |
| | Email: razmigizakelian@quinnemanuel.com |
| | Email: valerieramos@quinnemanuel.com |
| | Email: joannacaytas@quinnemanuel.com |
| | |
| | **COUNSEL FOR THE DEBTORS** |

-and-

*/s/ Jason C. Powell*
Jason C. Powell, Esq. (No. 3768)
THE POWELL FIRM, LLC
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
(302) 650-1572
jpowell@delawarefirm.com

-and-

*/s/ Brian D. Roy*
Lee E. Woodard, Esq.
Brian D. Roy, Esq. (admitted *pro hac vice*)
HARRIS BEACH PLLC
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: (315) 423-7100
Email: bkemail@harrisbeach.com
broy@harrisbeach.com

**COUNSEL FOR ENDURANCE ASSURANCE CORPORATION AND ENDURANCE AMERICAN INSURANCE COMPANY**

30833266.1

11606-00001C/14358878.5