**Bittrex Malta Holdings Ltd.**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 23-10599**
**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Reporting Period: August 2023**

## MONTHLY OPERATING REPORT
## TABLE OF CONTENTS

| Supporting Documentation | Page # |
|---|---|
| MOR Global Notes | 1-3 |
| Balance Sheet | 4 |

| | |
|---|---:|
| **Bittrex Malta Holdings Ltd.** | **Case No. 23-10599** |
| Debtor | **Reporting Period: August 2023** |

## MONTHLY OPERATING REPORT

### Notes to the Monthly Operating Report

This report includes activity from the following Debtors and their related Case Numbers:

| **Debtor** | **Case Number** |
|---|---:|
| **Bittrex Malta Holdings Ltd.** | 23-10599 |

**Notes to the MOR:**

On May 8, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On May 10, 2023, the court entered an order [D.I. 2] authorizing joint administration and procedural consolidation of these chapter 11 cases pursuant to  sections 101(2), 105(a), and 342(c)(1) of the Bankruptcy Code, rules 1015(b), and 2002(n) of the Federal Rules of Bankruptcy Procedure, and Local Rule 1015-1.

The Debtors are filing their Monthly Operating Report ("MOR") solely for the purposes of complying with the monthly operating reporting requirements applicable in the Debtors' chapter 11 cases.  The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP") or International Financial Reporting Standards ("IFRS").  This Monthly Operating Report should not be relied on by any persons for information relating to future financial conditions, events, or performance of any of the Debtors or their affiliates.

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP or IFRS, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all adjustments that would typically be made for financial statements prepared in accordance with U.S. GAAP or IFRS. The preparation of the Financial Statements and MOR required the Debtors to make commercially reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities at month end, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates. This MOR only contains financial information of the Debtors.

The Debtors reserve all rights to amend or supplement this Monthly Operating Report in all respects, as may be necessary or appropriate.  Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**Bittrex Malta Holdings Ltd.**  Case No. 23-10599
**Debtor**  Reporting Period: August 2023

## MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
|---|

This report includes activity from the following Debtors and their related Case Numbers:

| **Debtor** | **Case Number** |
|---|---|
| Bittrex Malta Holdings Ltd. | 23-10599 |

**Notes to MOR Part 1:**
Cash receipts and disbursements related to intercompany transfers from the debtors to non-debtor related-entities are included within total cash receipts on the U.S. Trustee form. As outlined in section VIII of the Cash Management Motion [D.I. 8], Bittrex US, Inc. is obligated to pay expenses for both it and non-debtor Trexie Management, LLC due to Trexie lacking a bank account as of the Petition Date. Trexie Management, LLC is to reimburse the Debtors until it opens a bank account. While Trexie temporarily opened a bank account in May 2023, its banking partner soon closed the account. Given that amounts expended under this arrangement equate to the Debtors acting as a "pass through" for Trexie Management, these amounts are excluded from the total disbursement calculation.

Desolation Holdings LLC is the counterparty on the Debtors' leases, subleasing agreement, and certain other vendors. However, Desolation Holdings LLC does not have its own bank account to remit payments directly. Therefore, expenses of this Debtor are paid out of the operating account of Bittrex Inc. and then recorded as intercompany transactions between the two entities. While the Debtors are not aware of any post-petition amounts which will be due from debtors Bittrex Malta Ltd. and Bittrex Malta Holdings Ltd., if such expenses are discovered they would likely be paid under a similar arrangement.

| | |
|---|---|
| **Bittrex Malta Holdings Ltd.** | **Case No. 23-10599** |
| Debtor | Reporting Period: August 2023 |

## MONTHLY OPERATING REPORT

### Notes to the Monthly Operating Report

This report includes activity from the following Debtors and their related Case Numbers:

| **Debtor** | **Case Number** |
|---|---|
| Bittrex Malta Holdings Ltd. | 23-10599 |

**Notes to MOR Part 2 & MOR Part 4:**
The information contained in MOR Part 2 & MOR Part 4 is provided to fulfill the requirements of the Office of the United States Trustee. All information contained in MOR Part 2 & MOR Part 4 is unaudited and subject to future adjustment.

Assets and liabilities vary with the underlying value of the cryptocurrency held by the Debtors for customer accounts.

As of the Petition Date, Debtors Bittrex Inc. and Bittrex Malta Ltd. held cryptocurrency valued at $337,964,452 and $109,847,545 against customer cryptocurrency liabilities scheduled at $325,909,645 and $109,664,022 respectively using May 8, 2023, values.

As of August 31, 2023, Debtors Bittrex Inc. and Bittrex Malta Ltd. held cryptocurrency valued at $233,115,082 and $57,509,879 against customer cryptocurrency liabilities at $236,259,142 and $53,157,132, net of customer withdrawals of $79,931,899 and $41,704,795 based on August 31, 2023, cryptocurrency values.

As of the Petition Date, the Debtors held $11,903,808 of fiat currency associated with customer accounts. Pursuant to D.I. 128, the Court authorized customer withdrawals of fiat currency. As of August 31, 2023, Bittrex Inc. customers had withdrawn $5,015,580 of fiat currency, and Bittrex Malta Ltd. customers had withdrawn $63,908 of fiat currency.

As of August 31, 2023 the Debtors are not aware of any post petition payables past due. The Debtors make payments for accounts payable 1 - 2 times per week. Timing of when wires are initiated by the Debtors could lead to accounts payable becoming past due. The Debtors believe that there may be certain prepetition priority tax claims due of an unknown amount. The Debtors have elected to list the amount of prepetition as $0 in Part 2

**Bittrex Malta Holdings Ltd.**  Case No. 23-10599
**Debtor**  Reporting Period: August 2023

## MONTHLY OPERATING REPORT

**Notes to the Monthly Operating Report**

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | Case Number |
|---|---|
| Bittrex Malta Holdings Ltd. | 23-10599 |

**Notes to MOR Part 5:**
The Debtors have received approval to pay bankruptcy or non-bankruptcy professionals in the month of August 2023. As such, applicable invoices from bankruptcy professionals were paid when due.

**Notes to MOR Part 8:**
For purposes of this MOR, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) Debtor and non-Debtor affiliates of the foregoing. Moreover, the Debtors do not take a position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, with respect to any theories of liability, or for any other purpose.

**Bittrex Malta Holdings Ltd.**   Case No. 23-10599
Debtor   Reporting Period: August 2023

## PART 2
## BALANCE SHEET (UNAUDITED)

| Debtor name:<br>Case number: | Bittrex Malta Holdings Ltd.<br>23-10599 |
|---|---:|
| Line item | Current Period |
| **ASSETS** | |
| **TOTAL ASSETS** | - |
| **LIABILITIES AND EQUITY** | |
| Pre-Petition Accounts Payable | 3,666 |
| **TOTAL CURRENT LIABILITIES** | **3,666** |
| **TOTAL LIABILITIES** | **3,666** |
| Current Period Net Income | |
| Plug | |
| Retained Earnings | |
| Total Equity | (3,666) |
| **TOTAL LIABILITIES & EQUITY** | **-** |