**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 349** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING FIRST INTERIM FEE APPLICATION OF THE DEBTORS PROFESSIONALS FOR THE PERIOD FROM MAY 8, 2023 THROUGH AND INCLUDING JULY 31, 2023**

The undersigned hereby certifies as follows:

On September 14, 2023, certain professionals (the "Professionals") retained in these chapter 11 cases by the above captioned debtors and debtors in possession (the "Debtors"), filed their *Notice of First Interim Fee Application of the Debtors Professionals for the Period from May 8, 2023 Through and Including July 31, 2023* [Docket No. 349] (the "Interim Fee Application") seeking allowance of compensation and reimbursement of expenses, on an interim basis, for the period from May 8, 2023 through and including July 31, 2023.

Objections, if any, to the Interim Fee Application were required to be filed and served on or before October 4, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").  The undersigned hereby certifies, as of the date hereof, that no answer, objection, or responsive pleading to the Interim Fee Application has been received, and that he has reviewed the docket in these chapter 11 cases and no answer, objection, or other responsive pleading to the Interim Fee Application appears thereon.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30842259.1

Attached hereto as **<u>Exhibit 1</u>** is a proposed form of order (the "Proposed Order") approving, on an interim basis, the Interim Fee Application.  The Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.


*[Signature Page Follows]*

30842259.1

Dated: October 9, 2023
Wilmington, Delaware

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

Susheel Kirpalani *(*admitted *pro hac vice)*
Patricia B. Tomasco *(*admitted *pro hac vice)*
Daniel Holzman *(*admitted *pro hac vice)*
Alain Jaquet *(*admitted *pro hac vice)*
Razmig Izakelian *(*admitted *pro hac vice)*
Valerie Ramos (admitted *pro hac vice)*
Joanna D. Caytas *(*admitted *pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**