# **EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 349** |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF THE DEBTORS PROFESSIONALS FOR THE PERIOD FROM
MAY 8, 2023 THROUGH AND INCLUDING JULY 31, 2023**

Upon consideration of the interim fee applications (collectively, the "Interim Fee Application") of certain professionals (the "Professionals") retained in these chapter 11 cases by the above-captioned debtors and debtors in possession (the "Debtors"), for allowance of compensation and reimbursement of expenses, on an interim basis, for the period from May 8, 2023 through July 31, 2023; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notice of the Interim Fee Application was appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30843522.1

ORDERED, that the Interim Fee Application is hereby APPROVED, on an interim basis, in the amounts set forth on **Exhibit A** attached hereto; and it is further

ORDERED, that the Professionals are granted interim allowance of compensation in the amounts set forth on **Exhibit A** attached hereto; and it is further

ORDERED, that the Professionals are granted, on an interim basis, reimbursement of expenses in the amounts set forth on **Exhibit A** attached hereto; and it is further

ORDERED, that the Debtors are authorized and directed, as provided herein, to remit, or cause to be remitted, payment in the amounts set forth on **Exhibit A** attached hereto, less any and all amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

## **EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Lead Counsel to the Debtors<br>5/8/23 – 7/31/23 | $2,763,306.45 | $8,312.55 |
| Young Conaway Stargatt & Taylor, LLP<br>Co-Counsel to the Debtors<br>5/8/23 – 7/31/23 | $265,745.50 | $3,496.08 |
| Omni Agent Solutions, Inc.<br>Administrative Advisor to the Debtors<br>5/8/23 – 7/31/23 | $14,750.80 | $0.00 |