## **EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Lead Counsel to the Debtors<br>5/8/23 – 7/31/23 | $2,763,306.45 | $8,312.55 |
| Young Conaway Stargatt & Taylor, LLP<br>Co-Counsel to the Debtors<br>5/8/23 – 7/31/23 | $265,745.50 | $3,496.08 |
| Omni Agent Solutions, Inc.<br>Administrative Advisor to the Debtors<br>5/8/23 – 7/31/23 | $14,750.80 | $0.00 |