# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| DESOLATION HOLDINGS LLC, *et al.*,[1] | ) Case No. 23-10597 (BLS) |
| Debtors | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Workforce Commission ("TWC"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Kimberly A. Walsh
Assistant Attorney General
bk-kwalsh@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

The TWC respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Kimberly A. Walsh*
**KIMBERLY A. WALSH**
Assistant Attorney General
Texas State Bar No. 24039230
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4562
Facsimile: (512) 936-1409
bk-kwalsh@oag.texas.gov

**ATTORNEYS FOR THE TEXAS WORKFORCE COMMISSION**

## **CERTIFICATE OF SERVICE**

I certify that on October 13, 2023, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Desolation Holdings LLC
601 Bellevue Way NE
Suite 200
Bellevue, WA 98004

By Electronic Means as listed on the Court's ECF Noticing System:

- **George Chester Bedell** george.bedell@flofr.gov
- **Ian Connor Bifferato** cbifferato@tbf.legal, mstewart@tbf.legal;mferraro@tbf.legal
- **Robert S. Brady** bankfilings@ycst.com
- **Joshua Brooks** brooks@lrclaw.com, bankfilings@ycst.com;ramirez@lrclaw.com;huynh@lrclaw.com
- **Timothy P. Cairns** tcairns@pszjlaw.com
- **Roma N Desai** roma.desai@oag.texas.gov
- **Donald J. Detweiler** donald.detweiler@wbd-us.com, liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com
- **Kenneth J. Enos** bankfilings@ycst.com
- **Sean T. Flynn** sean.flynn@oag.texas.gov
- **Laura Davis Jones** ljones@pszjlaw.com, efile1@pszjlaw.com
- **Elazar A. Kosman** elazar.kosman@wbd-us.com, cindy.giobbe@wbd-us.com;liz.thomas@wbd-us.com
- **Leah Victoria Lerman** Leah.V.Lerman@usdoj.gov
- **Maxim B. Litvak** mlitvak@pszjlaw.com
- **Laura L. McCloud** agbankdelaware@ag.tn.gov
- **Jason Custer Powell** jpowell@delawarefirm.com, dtroiano@delawarefirm.com
- **John Reding** john.reding@ilag.gov
- **Reliable Companies** gmatthews@reliable-co.com
- **Richard L. Schepacarter** richard.schepacarter@usdoj.gov
- **Therese Anne Scheuer** scheuert@sec.gov
- **Patricia H. Schrage** schragep@sec.gov
- **Patricia B. Tomasco** pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV

*/s/ Sherri K. Simpson*
**SHERRI K. SIMPSON**