**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** as contemplated by the *Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Affiliated Debtors* [D.I. 293] (as modified, amended, or supplemented from time to time, the "Plan")[2], the Debtors hereby file the following documents that are part of the supplement to the Plan (the "Plan Supplement"):

| Exhibit | Document |
|---|---|
| A | Assumption Schedule |
| B | Insurance Policies |
| C | Identity of Plan Administrator |
| D | Schedule of Retained Causes of Action |

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, or related documents, you should contact Omni Agent Solutions, the Claims, Noticing, and Solicitation Agent retained by the Debtors in these chapter 11 cases by (a) calling the Debtors' hotline at (888) 481-3704 (U.S./Canada) or +1 (747) 293-0010 (International); (b) e-mailing the Claims, Noticing, and Solicitation Agent at BittrexInquiries@omniagnt.com with a reference to "In re: Bittrex - Solicitation Inquiry" in the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]    Capitalized terms not otherwise defined herein shall have the meaning given to them in the Plan.

subject line; or (c) writing to the Claims, Noticing, and Solicitation Agent at Bittrex, Inc. Ballot

Processing Center c/o Omni Agent Solutions 5955 De Soto Ave., Suite 100 Woodland Hills, CA

91367.  You may also obtain copies of any pleadings filed with the Court for free by visiting the

Debtors' restructuring website, https://omniagentsolutions.com/Bittrex-Plan, or for a fee via

PACER.

Date: October 17, 2023
Wilmington, DE

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

*/s/  Kenneth Enos*
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice))*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice))*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**