**Exhibit A**

**Assumption Schedule**

| # | Debtor | Vendor Name | Vendor Description | Assume/Assign |
|---|---|---|---|---|
| 1.) | Bittrex Inc. | Trexie Management, LLC | Transitional services agreement | Assume |
| 2.) | Bittrex Inc. | Lighthouse Document Technologies, Inc | eDiscovery, review, and information governance | Assume |
| 3.) | Bittrex Inc. | Prime Trust, LLC | ACH banking | Assume |
| 4.) | Bittrex Inc. | Accurate Background, LLC | Background check services | Assign to Trexie Management, LLC |
| 5.) | Desolation Holdings LLC | Commonwealth Vault & Storage Inc | Offsite secure storage | Assign to Trexie Management, LLC |
| 6.) | Bittrex Inc. | Digicert, Inc | Certification for fix | Assign to Trexie Management, LLC |
| 7.) | Bittrex Inc. | Docusign, Inc | Secure electronic agreement management | Assign to Trexie Management, LLC |
| 8.) | Desolation Holdings LLC | Iron Mountain Information Management, LLC | Offsite secure storage | Assign to Trexie Management, LLC |
| 9.) | Bittrex Inc. | iSolved, Inc | Employee benefit services | Assign to Trexie Management, LLC |
| 10.) | Bittrex Inc. | Twilio Inc | Communication platform for transactional / marketing email | Assign to Trexie Management, LLC |
| 11.) | Bittrex Inc. | Wizeline, Inc | Supplemental development resources | Assign to Trexie Management, LLC |
| 12.) | Bittrex Inc. | SardineAi Corp | KYC and AML compliance services | Assign to Trexie Management, LLC |
| 13.) | Bittrex Inc. | LexisNexis Risk Solutions FL Inc | World compliance AML tool | Assign to Trexie Management, LLC |