## Exhibit B

## Insurance Policies

| Debtor | Insurance Carrier | Policy Type | Policy Number | Expiration Date |
|---|---|---|---|---|
| Bittrex, Inc | Federal Insurance Company | Commercial General Liability | 3605-47-53 WUC | 4/4/2024 |
| Bittrex, Inc | Federal Insurance Company | Umbrella Liability | 7818-83-19 | 4/4/2024 |
| Bittrex, Inc | Great Northern Insurance Company | Automobile Liability | 7360-26-05 | 4/4/2024 |
| Bittrex, Inc | Hartford Casualty Insurance Co | Workers Compensation and Employers' Liability | 52WECAP4N7X | 12/10/2023 |
| Bittrex, Inc | Travelers Casualty and Surety Company of America | ERISA Fidelity Bond | 106951266 | 7/1/2024 |