## Exhibit C

## Identity of Plan Administrator

# David M. Maria

## Education

**Georgetown University Law Center**, Washington, D.C.  **J.D.**, *magna cum laude*, **May 2001**
GPA: 3.71/4.00
Honors: Order of the Coif; Dean's List 1998-99, 1999-2000, 2000-01; Highest Grade in Federal White Collar Crime – Spring 2001, Securities Regulation – Fall 2000
Activities: *The Georgetown Law Review*, 1999-2001, Book Reviews and Special Projects Editor

**Georgetown University**, Washington, D.C.  **M.S., Physiology, August 1996**

**University of Virginia**, Charlottesville, Virginia  **B.A. Spanish, May 1995**

## Professional Experience

**Bittrex, Inc.**, Washington, D.C.  **GC** (Jan 2023-present), ***Head of Lit. and Reg. Aff.*** (May 2021-Jan 2023)
- Head of Legal Department at major U.S.-based cryptocurrency trading platform, handling all legal matters for the company.

**Squire Patton Boggs, LLP**, Washington, D.C.  ***Principal*** (May 2018-May 2021)
- Represented two foreign banks in separate DOJ/OFAC/FinCEN/NYDFS investigations into AML, BSA, and sanctions violations.
- Represented a major energy company in a DOJ/SEC investigation relating to financial disclosures.
- Conducted anti-corruption/compliance due diligence for major international telecom company in connection with a multi-national acquisition/combination.
- Represented an individual defendant in an investment fraud and money laundering case brought by the U.S. Attorney's Office, D.N.J., and Dept. of Justice's MLARS.

**U.S. Department of Justice, District of Minnesota**  ***Assistant U.S. Attorney*** (Jan. 2016-May 2018)
- Prosecutor in the Criminal Division's White Collar and Public Corruption Unit.
- Focused on investigating and prosecuting health care fraud, investment fraud, money laundering, and tax fraud cases.

**Shook, Hardy & Bacon LLP**, Washington, D.C.  ***Partner*** (April 2014-Dec. 2015)
- Co-chairperson of Government Investigations and White Collar Defense group.
- Represented various individuals and entities in connection with government investigations or responding to government subpoenas.
- Counseled multiple companies regarding governmental compliance obligations.

**U.S. Department of Justice, Criminal Division, Fraud Section**  ***Trial Attorney*** (Nov. 2010-April 2014)
- Prosecutor in the Health Care Fraud Unit and Foreign Corrupt Practices Units
- Successfully prosecuted over thirty criminal defendants in multiple health care fraud cases.
- Tried five cases to jury verdict in federal district court, serving as first chair in three trials.
- Primary prosecutor on several large-scale corporate health care fraud investigations.
- Primary prosecutor on a Foreign Corrupt Practices Act investigation into a major pharma company.

**Latham & Watkins LLP**, Washington, D.C.  ***Associate*** (Dec. 2006-Nov. 2010)
- Senior associate in the White Collar and Internal Investigations and Securities Enforcement groups.

**Arnold & Porter LLP**, Washington, D.C.  ***Associate*** (Sept. 2001-Dec. 2006)
- Associate litigation attorney, focused primarily on matters relating to white collar crime and securities enforcement.