**Exhibit D**

**Schedule of Retained Causes of Action**

**Exhibit D**

**Schedule of Retained Causes of Action**

Article IV.K of the *Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Affiliated Debtors* [D.I. 293] (as modified, amended, or supplemented from time to time, the "Plan")[1] provides that: "In accordance with section 1123(b) of the Bankruptcy Code, the Debtors shall assign to the Wind Down Entity and the Wind Down Entity shall retain and may enforce all rights to commence and pursue any and all Causes of Action belonging to the Debtors, whether arising before or after the Petition Date, including, without limitation, any actions specifically enumerated in the Schedule of Retained Causes of Action, and the Plan Administrator's rights to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date, other than the Causes of Action released by the Debtors pursuant to the releases and exculpations set forth in Article VIII of the Plan, which shall be deemed released and waived by the Debtors and the Wind Down Entity as of the Effective Date."

Article IV.K of the Plan further provides that: "No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, the Disclosure Statement, or the Schedule of Retained Causes of Action to any Cause of Action against it as any indication that the Debtors or the Plan Administrator will not pursue any and all available Causes of Action of the Debtors against it. The Debtors, the Wind Down Entity, and the Plan Administrator expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise provided in the Plan, including Article VIII of the Plan. Unless any Cause of Action of the Debtors against an Entity is expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or pursuant to a Final Order, the Debtors and the Plan Administrator expressly reserve all such Causes of Action for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of Confirmation or Consummation."

Without limiting the generality of Article IV.K of the Plan, the Debtors identify the following types of Causes of Action that are expressly preserved by the Debtors, the Wind Down Entity, and the Plan Administrator after the Effective Date, solely to the extent such Causes of Action are not otherwise specifically released, settled, compromised, transferred, or assigned under the Plan or any other order of the Court.

The Debtors expressly reserve the right to alter, modify, amend, remove, augment, or supplement this Schedule of Retained Causes of Action at any time with additional Retained Causes of Action. Failure to include any Retained Cause of Action herein at any time shall not be a bar and shall not have any impact on the Debtors', Wind Down Entity's, and Plan Administrator's rights to bring any Retained Cause of Action not otherwise released pursuant to the Plan.

---

[1] Capitalized terms used herein but not defined shall have the meanings given to such terms in the Plan.

## I. Claims Against Third-Parties

The Debtors, the Wind Down Entity, and the Plan Administrator expressly reserve all Causes of Action against all Persons or Entities that are not Released Parties, including Causes of Action that are (a) based upon any contract or quasi-contract theory of liability or recovery; (b) based upon any tort theory of liability or recovery, including, without limitation, tortious interference with existing contracts, tortious interference with contractual or business relations, conversion, theft, embezzlement, conspiracy, unfair competition, misappropriation of trade secrets, self-dealing, fraud, negligence, gross negligence, willful misconduct, breach of warranty, misappropriation, or misrepresentation; (c) based upon any other legal or equitable theory of liability or recovery arising under federal, state, or other statutory or common law or otherwise, including, without limitation, breach of fiduciary duty, breach of the duty of care, breach of the duty of good faith and fair dealing, breach of the duty of loyalty, breach of the duty of candor, breach of the duty of oversight, or breach of any other duty, or aiding and abetting any such breaches of duty; (d) arising under sections 362, 510, 525, 542, 543, 544 through 550, or 553 of the Bankruptcy Code; (e) for avoidance, fraudulent transfer, and similar Causes of Action pursuant to the Bankruptcy Code, state or other federal statutes, or common law, except as otherwise stated in the Plan; and (f) for recharacterization, subordination, or disallowance of any Claim, or for setoff, counterclaim, recoupment.

## II. Claims Related to Insurance Policies

Unless otherwise released pursuant to the Plan, the Debtors, the Wind Down Entity, and the Plan Administrator expressly reserve all Causes of Action based in whole or in part upon any and all insurance contracts and insurance policies to which any Debtor, the Wind Down Entity, or the Plan Administrator is a party or pursuant to which any Debtor, the Wind Down Entity, or the Plan Administrator has any rights whatsoever, regardless of whether such contract or policy is specifically identified in the Plan, this Plan Supplement, or any amendments thereto, including, without limitation, Causes of Action against insurance carriers, reinsurance carriers, insurance brokers, underwriters, occurrence carriers, or surety bond issuers relating to coverage, indemnity, contribution, reimbursement, or any other matters.

## III. Claims Related to Tax Refunds

Unless otherwise released pursuant to the Plan, the Debtors, the Wind Down Entity, and the Plan Administrator expressly reserve all Causes of Action against federal, state, local, or international taxing authorities based in whole or in part upon any and all tax obligations, tax credits, refunds, offsets, or other claims to which any Debtor, the Wind Down Entity, or the Plan Administrator is a party or pursuant to which any Debtor, the Wind Down Entity, or the Plan Administrator has any rights whatsoever, including, without limitation, against or related to all federal, state, local, or international taxing authorities that owe or that may in the future owe money related to tax obligations, tax credits, refunds, offsets, or other claims to the Debtors, the Wind Down Entity, or the Plan Administrator, regardless of whether such entity is specifically identified herein.

IV. **Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation, Including Adversary Proceedings**

The Debtors, the Wind Down Entity, and the Plan Administrator expressly reserve all Causes of Action against or related to all Entities that are party to or that may in the future become party to litigation, arbitration, contested matter, or any adversary proceeding in these chapter 11 cases or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal or judicial or nonjudicial, regardless of whether such Entity is specifically identified in the Plan, this Plan Supplement, or any amendments thereto.

V. **Claims Related to Accounts Receivable and Accounts Payable**

Unless otherwise released pursuant to the Plan, the Debtors, the Wind Down Entity, and the Plan Administrator expressly reserve all Causes of Action against or related to all vendors, suppliers of goods and services, or similar Entities that owe or that may in the future owe money to the Debtors, the Wind Down Entity, or the Plan Administrator, regardless of whether such Entity is expressly identified in the Plan, this Plan Supplement, or any amendments thereto. Furthermore, the Debtors expressly reserve all Causes of Action against or related to all Entities who assert or may assert that the Debtors or Wind Down Entity, as applicable, owe money to them.

VI. **Claims Related to Contracts and Leases**

Unless otherwise released pursuant to the Plan, the Debtors, the Wind Down Entity, and the Plan Administrator expressly reserve all Causes of Action based in whole or in part upon any and all contracts and leases to which any Debtor, the Wind Down Entity, or the Plan Administrator is a party or pursuant to which any Debtor, the Wind Down Entity, or the Plan Administrator has any rights whatsoever, regardless of whether such Entity is expressly identified in the Plan, this Plan Supplement, or any amendments thereto, including without limitation all contracts and leases that are rejected by the Debtors, assumed pursuant to the Plan, or were previously assumed by the Debtors.  The claims and Causes of Actions reserved include, without limitation, claims and Causes of Action against vendors, suppliers of goods or services, customers, landlords, utilities, promoters, banks, or any other parties, unless such claims or Causes of Action were previously released through the Plan or separate written agreement executed by the Debtors for, among other things: (a) overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities, recoupment, or setoff; (b) breach of contract, wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (c) failure to fully perform or to condition performance on additional requirements under contracts with any one or more of the Debtors before the assumption or rejection, if applicable, of such contracts; (d) payments, deposits, holdbacks, reserves, or other amounts owed by any creditor, utility, supplier, vendor, insurer, surety, factor, lender, bondholder, lessor, or other party; (e) any liens, including mechanic's, artisan's, materialmen's, possessory, or statutory liens held by any one or more of the Debtors; (f) environmental or contaminant exposure matters against landlords, lessors, environmental consultants, environmental agencies, or suppliers of environmental services or goods; (g) counterclaims and defenses related to any contractual obligations; (h) any turnover actions arising under section 542 or 543 of the Bankruptcy Code; (i) and unfair competition, interference with contract or potential business advantage, breach of contract, infringement of intellectual property, or any business tort claims.