**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 55 and 104** |

**SECOND SUPPLEMENTAL DECLARATION OF PATRICIA TOMASCO
IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
QUINN EMANUEL URQUHART & SULLIVAN, LLP AS CO-COUNSEL
FOR THE DEBTORS AND THE DEBTORS IN POSSESSION**

The undersigned attorney for Desolation Holdings, LLC, Bittrex, Inc., Bittrex Malta Holdings, Ltd., and Bittrex Malta Ltd. (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") hereby submits this second supplemental declaration (the "Second Supplemental Declaration") in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and Debtors in Possession* (the "Application") [D.I. 55].

1. My name is Patricia Tomasco. I am over the age of 18 years. I am competent to make this Second Supplemental Declaration and I have personal knowledge of the facts stated herein. Each and every statement contained herein is true and correct.

2. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). Quinn Emanuel maintains offices in 14 U.S. cities and 18 international cities, including offices at 51 Madison Avenue, 22nd Floor, New York, New York 10010. Quinn

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Emanuel's main telephone number is 212.849.7000 and the main facsimile number is 212.849.7100.

3. The Second Supplemental Declaration has been prepared in accordance to paragraph 22 of the *Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession* (the "Declaration") [D.I. 55-3], which provides that Quinn Emanuel will supplement the disclosures to the extent required as a result of additional parties in interest information becoming available during these chapter 11 cases.

4. This Second Supplemental Declaration is submitted in further support of the Application and to disclose Quinn Emanuel's joint representation of Omni Agent Solutions and the Debtors in a specific matter.

5. On May 8, 2023, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

6. Concurrent to the filing of the voluntary petitions, the Debtors filed the *Application for Entry of an Order Appointing Omni Agent Solutions as Claims and Noticing Agent, Effective as of the Petition Date* (the "Omni Retention Application") [D.I. 3].

7. On May 10, 2023, the Court entered an order approving the retention of Omni Agent Solutions, Inc. ("Omni"). *See Order Appointing Omni Agent Solutions as Claims and Noticing Agent, Effective as of the Petition Date* [D.I. 35].

8. On May 17, 2023, Quinn Emanuel filed its Application to retain Quinn Emanuel [D.I. 55].

9. On June 4, 2023, Quinn Emanuel filed its *Supplemental Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession* (the "Supplemental Declaration") [D.I. 61].

10. On June 7, 2023, the Court entered an order authorizing the Application. *See Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession*, [D.I. 104].

11. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████
　　█　　████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████
　　█　　████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████



I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2023
       Houston, Texas

*Patricia B. Tomasco*
Patricia B. Tomasco
Partner, Quinn Emanuel Urquhart &
Sullivan, LLP

# EXHIBIT A

**Filed Under Seal**

# EXHIBIT B

**Filed Under Seal**