I, Elazar A, Kosman, do hereby certify that on October 20, 2023, I caused a copy of the **Notice of Deposition Upon Oral Examination of Representative of Evan Hengel** to be served on the parties listed on the attached service list via Electronic Mail.

*/s/ Elazar A. Kosman*
Elazar A. Kosman (DE Bar No. 7077)

**SERVICE PARTIES**

*Counsel for the Debtors*
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Robert S. Brady
Kenneth Enos
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: rbrady@ycst.com
Email: kenos@ycst.com

*Counsel for the Debtors*
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Susheel Kirpalani
Patricia B. Tomasco
Daniel Holzman
Alain Jaquet
Razmig Izakelian
Joanna D. Caytas
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

*Office of the United States Trustee*
*for the District of Delaware*
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware
Email: richard.schepacarter.usdoj.gov