# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEPOSITION UPON ORAL EXAMINATION OF REPRESENTATIVE OF DESOLATION HOLDINGS, LLC, *ET AL.*

**PLEASE TAKE NOTICE THAT** pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, made applicable herein by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Azim Ghader ("Mr. Ghader"), by and through his undersigned counsel, will take the deposition upon oral examination of persons most knowledgeable of United States' Office of Foreign Asset Control regulations and their application on and the blocking of Mr. Ghader's account and Iranian citizens' accounts in connection with *Debtors' Objection to Claims 597-238, 597-296, 598-1021, 598-10408, 599-38, 599-10018, 600-87, 600-96, and 600-10052* Filed By Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 411].

The deposition will take place on **October 25, 2023 at 2:00 p.m.** (**prevailing Eastern Time)** and will continue until completed, day to day if needed. The deposition will be conducted virtually over Zoom before a certified court reporter and will be stenographically recorded and videotaped. Deposition exhibits may be presented and exchanged electronically.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Dated: October 20, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Elazar Kosman*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
       elazar.kosman@wbd-us.com

*Counsel to Azim Ghader*