## **CERTIFICATE OF SERVICE**

    I, Elazar A, Kosman, do hereby certify that on October 20, 2023, I caused a copy of the **Notice of Deposition Upon Oral Examination of Representative of Desolation Holdings, LLC** *et al.* to be served on the parties listed on the attached service list via Electronic Mail.

    */s/ Elazar A. Kosman*
    Elazar A. Kosman (DE Bar No. 7077)

**SERVICE PARTIES**

| *Counsel for the Debtors* | *Counsel for the Debtors* |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Robert S. Brady<br>Kenneth Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Susheel Kirpalani<br>Patricia B. Tomasco<br>Daniel Holzman<br>Alain Jaquet<br>Razmig Izakelian<br>Joanna D. Caytas<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com |

*Office of the United States Trustee for the District of Delaware*
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware
Email: richard.schepacarter.usdoj.gov