IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF STIPULATION

**PLEASE TAKE NOTICE** that, on June 7, 2023, the United States Bankruptcy Court for the District of Delaware entered an *Order Approving Procedures for Providing Notice of Bar Date* [D.I. 107] in the above-captioned debtors and debtors in possession (collectively, the "Debtors") chapter 11 cases (the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that, Azim Ghader (the "Claimant") filed certain proofs of claim in each of the Chapter 11 Cases (collectively, the "Claims").

**PLEASE TAKE FURTHER NOTICE** that, following discussions with Claimant, the Debtors and the Claimant agreed to the terms of a stipulation (the "Stipulation") regarding the withdrawal of certain of the Claims, on the terms and conditions set forth in the Stipulation.

**PLEASE TAKE FURTHER NOTICE** that the Stipulation is attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30889818.1

| | |
|---|---|
| Date: October 20, 2023 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | /s/ Kenneth J. Enos |
| | Robert S. Brady (Delaware Bar No. 2847) |
| | Kenneth J. Enos (Delaware Bar No. 4544) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: 302-571-6600 |
| | Facsimile: 302-571-1253 |
| | Email: rbrady@ycst.com |
| | Email: kenos@ycst.com |
| | |
| | -and- |
| | |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | |
| | Susheel Kirpalani *(admitted pro hac vice)* |
| | Patricia B. Tomasco *(admitted pro hac vice)* |
| | Daniel Holzman *(admitted pro hac vice)* |
| | Alain Jaquet *(admitted pro hac vice)* |
| | Razmig Izakelian *(admitted pro hac vice)* |
| | Valerie Ramos (*admitted pro hac vice)* |
| | Joanna D. Caytas *(admitted pro hac vice)* |
| | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | Telephone: 212-849-7000 |
| | Facsimile: 212-849-7100 |
| | Email: susheelkirpalani@quinnemanuel.com |
| | Email: pattytomasco@quinnemanuel.com |
| | Email: danielholzman@quinnemanuel.com |
| | Email: alainjaquet@quinnemanuel.com |
| | Email: razmigizakelian@quinnemanuel.com |
| | Email: valerieramos@quinnemanuel.com |
| | Email: joannacaytas@quinnemanuel.com |
| | |
| | **COUNSEL FOR THE DEBTORS** |

30889818.1

# **EXHIBIT A**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### STIPULATION REGARDING WITHDRAWAL OF CLAIMS

Desolation Holdings LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), on the one hand and Azim Ghader (the "Claimant," and together with the Debtors, the "Parties") on the other hand, by and through their respective undersigned counsel, hereby stipulate and agree (this "Stipulation") as follows:

**WHEREAS**, on May 8, 2023 (the "Petition Date"), Desolation Holdings, LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") before the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**WHEREAS**, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession;

**WHEREAS,** on June 7, 2023, the Court entered an *Order Approving Procedures for Providing Notice of Bar Date* (D.I. 107);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**WHEREAS**, the Claimant filed proofs of claim in each of the four Chapter 11 Cases as follows:

a. Bittrex Malta Ltd., Case No. 23-10600, Claim No. 87, an unsecured claim in the amount of $20,835,750 (the "Claim 600-87");

b. Bittrex Malta Ltd., Case No. 23-10600, Claim No. 96, a secured claim in the amount of $1,000,000 (the "Claim 600-96");

c. Bittrex Malta Ltd., Case No. 23-10600, Claim No. 10052, a secured claim in the amount of $1,000,000 (the "Claim 600-10052");

d. Bittrex, Inc., Case No. 23-10598, Claim No. 998, an unsecured claim in the amount of $20,835,750 (the "Claim 598-998");

e. Bittrex, Inc., Case No. 23-10598, Claim No. 1021, a secured claim in the amount of $1,000,000 (the "Claim 598-1021");

f. Bittrex, Inc., Case No. 23-10598, Claim No. 10408, a secured claim in the amount of $1,000,000 (the "Claim 598-10408");

g. Bittrex Malta Holdings Ltd., Case No. 23-10599, Claim No. 35, an unsecured claim in the amount of $20,835,750 (the "Claim 599-35");

h. Bittrex Malta Holdings Ltd., Case No. 23-10599, Claim No. 38, a secured claim in the amount of $1,000,000 (the "Claim 599-38");

i. Bittrex Malta Holdings Ltd., Case No. 23-10599, Claim No. 10018, a secured claim in the amount of $1,000,000 (the "Claim 599-10018");

j. Desolation Holdings LLC, Case No. 23-10597, Claim No. 296, an unsecured claim in the amount of $20,835,750 (the "Claim 597-296"); and

k. Desolation Holdings LLC, Case No. 23-10597, Claim No. 238 (the "Claim 597-238"), as detailed in Debtors' Objection (defined below).

**(**collectively, the "Claims");

**WHEREAS**, on September 29, 2023, the Debtors filed *Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (the "Objection") (D.I. 411), by which the Debtors requested

that the Bankruptcy Court enter an order (i) allowing Claim 600-96 in the amount of the following assets associated with Mr. Ghader's account as of the Petition Date (728,217.96089 HempCoin (THC), 13,782,397.10790 ReddCoin (RDD), 1,970.62728 Particl (PART), and 6,485.57100 TenX Pay Token (PAY)); (ii) allowing Claim 600-96 in the amount of $3,206.71 for voting purposes; and (iii) disallowing the remainder of the Claims.

**WHEREAS,** a hearing on the Objection is scheduled to be heard on October 30, 2023;

**WHEREAS**, in their Objection the Debtors assert, among other things, that certain of the Claims filed by Claimant are duplicative of other Claims filed by the Claimant, and certain of the Claims have been filed against the wrong Debtor entity and in the wrong bankruptcy case;

**WHEREAS**, to narrow the Parties' dispute relating to the Claims and the Objection (the "Dispute") the Parties hereby Stipulate and Agree as follows:

## STIPULATION

1. The foregoing recitals are incorporated herein as an integral part of this Stipulation.

2. As soon as practicable following the execution of this Stipulation, the Debtors shall file an executed copy of this Stipulation with the Bankruptcy Court.

3. As soon as practicable following the execution of this Stipulation, Mr. Ghader shall withdraw (i) Claim 597-238; (ii) Claim 597-296; (iii) Claim 598-10408; (iv) Claim 599-35; (v) Claim 599-38; (vi) Claim 599-10018; and (vii) Claim 600-10052 (the "Withdrawn Claims").

4. The Withdrawn Claims shall be deemed withdrawn for all purposes (including, without limitation, for purposes of distributions under the Plan) in the Chapter 11 Cases without any further action by any of the Parties, and Omni Agent Solutions (i.e., the Debtors' claim agent) shall be authorized to modify the official claims register it maintains to reflect the withdrawal of the Withdrawn Claims.

5. Upon withdrawal of the Withdrawn Claims, the only Claims subject to the Dispute between the Parties are Claim 598-998, Claim 598-1021, Claim 600-87, and Claim 600-96 (the "Surviving Claims").

6. The Parties further agree and stipulate that to the extent one or more of the Surviving Claims shall be allowed against one or more of the Debtors' estates, the Claimant shall be entitled to only a single recovery against such estate or estates (the "Recovery"), and the Claimant is not entitled to any double or multiple recoveries on his allowed Surviving Claims, if any, against any other estate or estates. For the avoidance of doubt, in all circumstances, the Claimant's total Recovery, if any, cannot exceed US $21,835,750 (which, for the sake of clarity, is an amount to which the Debtors have objected in their Objection).

7. The Parties further stipulate and agree that the Surviving Claims are unsecured claims and are not subject to any security interest or any priority rights under sections 506(a) and 507(a) of the Bankruptcy Code, respectively.

8. Nothing in this Stipulation shall prejudice all rights, claims, defenses, causes of action either of the Parties may have or hold against each other relating to the Surviving Claims.

Date: October 20, 2023

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth Enos*
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**

-and-

**WOMBLE BOND DICKINSON (US) LLP**

*/s/  Donald J. Detweiler*

Donald J. Detweiler (Delaware Bar No. 3087)
Elazar A. Kosman (Delaware Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: 302-252-4320
Facsimile: 302-252-4330
Email: don.detweiler@wbd-us.com
Email: elazar.kosman@wbs-us.com

**COUNSEL FOR AZIM GHADER**