**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: November 9, 2023 at 4:00 p.m. (ET) |

**SUMMARY OF SECOND MONTHLY APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 1, 2023 THROUGH SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Omni Agent Solutions, Inc. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | May 8, 2023 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through September 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $33,828.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is an: _X_ monthly ___ final application

This monthly application includes 0.00 hours with a value of $0.00 incurred in connection with the preparation of fee applications.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30480741.1

**Prior applications**:

|  |  | Requested | | Authorized to Pay | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 6/28/23 Dkt. 148 | 5/8/23 – 5/30/23 | $14,750.80 | $0.00 | $11,800.64 | $0.00 |
|  | Total | $14,750.80 | $0.00 | $11,800.64 | $0.00 |

## COMPENSATION BY INDIVIDUAL

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Brittney Whitaker | 7.6 | $200.00 | $1,520.00 |
| Brittney Whitaker | 29.8 | $240.00 | $7,152.00 |
| David Green | 1.5 | $155.00 | $232.50 |
| David Neece | 1.4 | $155.00 | $217.00 |
| Javon Couch | 1.6 | $145.00 | $232.00 |
| Katie Nownes | 1.5 | $240.00 | $360.00 |
| Kim Steverson | 3.9 | $240.00 | $936.00 |
| Luis Solorzano | 3.0 | $200.00 | $600.00 |
| Luis Solorzano | 2.2 | $240.00 | $528.00 |
| Lyanne Ramirez | 0.7 | $135.00 | $94.50 |
| Michelle Ignacio | 39.9 | $175.00 | $6,982.50 |
| Noah Hurst | 3.3 | $145.00 | $478.50 |
| Paul Story | 13.0 | $155.00 | $2,015.00 |
| Sejal Kelly | 51.9 | $200.00 | $10,380.00 |
| Tara Saldajeno | 4.5 | $120.00 | $540.00 |
| Yelena Bederman | 7.8 | $200.00 | $1,560.00 |
| **SUBTOTAL** | **173.6** | ---- | **$33,828.00** |
| **DISCOUNT** | ---- | ---- | **($6,765.60)** |
| **ADJ. TOTAL** | **173.6** | ---- | **$27,062.40** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Total |
|---|---|---|
| Preparation of Schedules & SoFAs | 73.2 | $14,398.00 |
| Balloting/Solicitation | 100.4 | $19,430.00 |
| **SUBTOTAL** | 173.6 | $33,828.00 |
| **DISCOUNT** | ---- | -$6,765.60 |
| **TOTAL** | 173.6 | $27,062.40 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: November 9, 2023 at 4:00 p.m. (ET) |

**SECOND MONTHLY APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM JUNE 1, 2023 THROUGH SEPTEMBER 30, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Granting the Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Omni Agent Solutions as Administrative Agent Effective as of the Petition Date* [D.I. 114] (the "Retention Order"), and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 102], Omni Agent Solutions, Inc. (hereinafter "Omni") hereby moves this Court for reasonable compensation for professional services rendered as administrative agent to the above-captioned debtors and debtors in possession (together, the "Debtors") in the amount of $27,062.40, together with reimbursement for actual and necessary expenses incurred in the amount of $0.00, for the period from June 1, 2023 through and including September 30, 2023 (the "Fee Period"). In support of its Application, Omni respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30480741.1

1. Pursuant to the Retention Order, Omni was employed to serve the Debtors as administrative agent in connection with these chapter 11 cases, effective as of May 8, 2023. The Retention Order authorized Omni to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by Omni were performed for or on behalf of the Debtors.

### SUMMARY OF SERVICES RENDERED

3. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period showing the amount of $27,062.40 due for fees.

4. The services rendered by Omni during the Fee Period are grouped into the categories set forth in **Exhibit A**. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

### DISBURSEMENTS

5. Omni did not incur any costs during the Fee Period.

### VALUATION OF SERVICES

7. Omni's professionals spent a total of 173.6 hours in connection with this matter during the Fee Period.

8. The amount of time spent by each of these professionals is fully set forth in the detail attached hereto as **Exhibit A**. These are Omni's hourly rates of compensation generally applied for work of this character. The reasonable value of the services rendered by Omni for the Fee Period as administrative agent for the Debtors in this case is $27,062.40.

9. Omni believes that the time entries included in **Exhibit A** attached hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested herein are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11.

11. This Application covers the interim fee period from June 1, 2023 through and including September 30, 2023. Omni has and will continue to perform additional necessary services subsequent to September 30, 2023, for which Omni will file subsequent fee applications.

## CONCLUSION

WHEREFORE, Omni requests that allowance be made to it in the sum of $27,062.40 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $0.00 for reimbursement of actual necessary costs and expenses Omni incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: October 20, 2023<br>New York, NY | **OMNI AGENT SOLUTIONS, INC.**<br><br>*/s/ Paul H. Deutch*<br>Paul Deutch<br>Executive Vice President<br>1120 Avenue of the Americas, 4th Fl.<br>New York, NY 10036<br>Telephone: 212-302-3580<br>Email: pdeutch@omniagnt.com<br><br>**ADMINISTRATIVE AGENT FOR THE DEBTORS** |

30480741.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF PAUL H. DEUTCH**

**1.** I am the Executive Vice President of Omni Agent Solutions, Inc. ("Omni"), which serves as administrative agent to the Debtors.[2]

**2.** I am familiar with the services rendered by Omni Agent Solutions as Administrative Agent to the Debtors as set forth in the Application.

**3.** I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-2 and submit that the Fee Application complies with such Rule.

*/s/ Paul H. Deutch*
Paul H. Deutch

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Unless defined herein, all capitalized terms retain the meanings ascribed to them in the First Monthly Application of Omni Agent Solutions, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Administrative Agent to the Debtors And Debtors In Possession For The Period From June 1, 2023 Through September 30, 2023.

30480741.1

4