# EXHIBIT A

30480741.1



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

July 17, 2023

Bittrex, Inc. - 327

**Invoice Number: 11887**
Invoice Period: 06-01-2023 - 06-30-2023

Payment Terms: Upon Receipt

**RE: Schedules & Sofa's**

## Schedules & Sofa's

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-01-2023 | Sejal Kelly | Conference call with S. Claypoole, H. Foard, C. Kolls @ BRG and B. Whitaker @ Omni; QE Team and Bittrex Team re Schedules and SOFAs page turn | 2.50 | 200.00 | 500.00 |
| 06-01-2023 | Brittney Whitaker | Conference call with S. Claypoole, H. Foard, C. Kolls @ BRG and S. Kelly @ Omni; QE Team and Bittrex Team re Schedules and SOFAs page turn | 2.50 | 200.00 | 500.00 |
| 06-01-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 0.80 | 200.00 | 160.00 |
| 06-01-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 0.40 | 200.00 | 80.00 |
| 06-01-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.50 | 200.00 | 100.00 |
| 06-01-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: schedule E | 0.10 | 200.00 | 20.00 |
| 06-01-2023 | Javon Couch | Update documentation tracker for files and emails received from S. Claypoole re updated SOAL/SOFA | 0.20 | 145.00 | 29.00 |

| Date | Professional | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
|  |  | revisions/edits |  |  |  |
| 06-01-2023 | Brittney Whitaker | Prepare Statement of Financial Affairs | 0.20 | 200.00 | 40.00 |
| 06-01-2023 | Sejal Kelly | Prepare Schedule of Assets and Liabilities | 8.00 | 200.00 | 1,600.00 |
| 06-02-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 8.00 | 200.00 | 1,600.00 |
| 06-02-2023 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 1.90 | 145.00 | 275.50 |
| 06-02-2023 | Luis Solorzano | Perform quality control review on exhibits | 1.80 | 200.00 | 360.00 |
| 06-02-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: updates to SOFAs | 0.10 | 200.00 | 20.00 |
| 06-02-2023 | Yelena Bederman | Coordinate preparation of schedules & SOFAs | 0.50 | 200.00 | 100.00 |
| 06-02-2023 | Javon Couch | Update documentation tracker for files and email received from S. Claypoole re updated SOFA revisions/edits | 0.10 | 145.00 | 14.50 |
| 06-02-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 1.00 | 200.00 | 200.00 |
| 06-03-2023 | Sejal Kelly | Prepare Schedule of Assets and Liabilities | 6.50 | 200.00 | 1,300.00 |
| 06-03-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: updates to schedules | 0.10 | 200.00 | 20.00 |
| 06-03-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.80 | 200.00 | 160.00 |
| 06-03-2023 | Yelena Bederman | Prepare drafts for schedules & SOFAs | 0.50 | 200.00 | 100.00 |
| 06-04-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 5.20 | 200.00 | 1,040.00 |
| 06-05-2023 | Sejal Kelly | Conference call with Client, QE and BRG to review global notes and final page turn of Schedules and SOFAs for filing today | 1.50 | 200.00 | 300.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-05-2023 | Luis Solorzano | Perform quality control review on exhibits | 1.20 | 200.00 | 240.00 |
| 06-05-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to schedule F | 0.10 | 200.00 | 20.00 |
| 06-05-2023 | Yelena Bederman | Coordinate preparation of schedules & SOFAs | 0.20 | 200.00 | 40.00 |
| 06-05-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 0.30 | 200.00 | 60.00 |
| 06-05-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 2.10 | 200.00 | 420.00 |
| 06-05-2023 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to schedule G | 0.10 | 200.00 | 20.00 |
| 06-05-2023 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.60 | 200.00 | 120.00 |
| 06-05-2023 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 1.40 | 145.00 | 203.00 |
| 06-05-2023 | Yelena Bederman | Prepare Statement of Financial Affairs | 0.10 | 200.00 | 20.00 |
| 06-05-2023 | Yelena Bederman | Prepare drafts for schedules & SOFAs; email to S. Kelly | 0.50 | 200.00 | 100.00 |
| 06-05-2023 | Javon Couch | Update documentation tracker for files and emails received from S. Claypoole re updated SOFA revisions/edits & global notes | 0.30 | 145.00 | 43.50 |
| 06-05-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re revisions to Schedules | 0.20 | 200.00 | 40.00 |
| 06-05-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 8.00 | 200.00 | 1,600.00 |
| 06-06-2023 | Javon Couch | Update documentation tracker for files and emails received from S. Claypoole re updated SOAL revisions/edits & final global notes | 0.20 | 145.00 | 29.00 |
| 06-09-2023 | Sejal Kelly | Prepare Amended Schedule of Assets and Liabilities | 4.00 | 200.00 | 800.00 |
| 06-12-2023 | Sejal Kelly | Prepare Amended Schedule of Assets and Liabilities | 1.60 | 200.00 | 320.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-12-2023 | Brittney Whitaker | Conference call with S. Kelly @ Omni; S. Claypoole re amendment of Schedules | 0.40 | 200.00 | 80.00 |
| 06-12-2023 | Brittney Whitaker | Prepare Schedule of Assets and Liabilities | 0.20 | 200.00 | 40.00 |
| 06-12-2023 | Sejal Kelly | Conference call with B. Whitaker @ Omni; S. Claypoole re amendment of Schedules | 0.40 | 200.00 | 80.00 |
| 06-13-2023 | Yelena Bederman | Prepare drafts for amended schedules | 0.50 | 200.00 | 100.00 |
| 06-13-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 0.30 | 200.00 | 60.00 |
| 06-13-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 2.00 | 200.00 | 400.00 |
| 06-14-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 2.00 | 200.00 | 400.00 |
| 06-21-2023 | Sejal Kelly | Perform quality assurance review of Schedules and SOFAs | 1.70 | 200.00 | 340.00 |
| 06-21-2023 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: amendments to schedules | 0.20 | 200.00 | 40.00 |
| 06-21-2023 | Javon Couch | Update documentation tracker for emails received from S. Claypoole re SOAL revisions | 0.20 | 145.00 | 29.00 |
| 06-21-2023 | Yelena Bederman | Prepare amended Schedule of Assets and Liabilities | 0.10 | 200.00 | 20.00 |
| 06-21-2023 | Yelena Bederman | Prepare drafts for amended schedules; email to S. Kelly | 0.30 | 200.00 | 60.00 |
| 06-21-2023 | Brittney Whitaker | Perform quality assurance review of Schedules and SOFAs | 0.20 | 200.00 | 40.00 |
| 06-23-2023 | Javon Couch | Update documentation tracker for files & email received from P. Tomasco re updated global notes | 0.10 | 145.00 | 14.50 |
| 06-23-2023 | Sejal Kelly | Review e-mail received and respond to S. Claypoole @ BRG re final packages for amended schedules and statements | 0.50 | 200.00 | 100.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | Total | | | 14,398.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|---|---:|---:|---:|
| Brittney Whitaker | 7.60 | 200.00 | 1,520.00 |
| Javon Couch | 1.10 | 145.00 | 159.50 |
| Luis Solorzano | 3.00 | 200.00 | 600.00 |
| Noah Hurst | 3.30 | 145.00 | 478.50 |
| Sejal Kelly | 51.90 | 200.00 | 10,380.00 |
| Yelena Bederman | 6.30 | 200.00 | 1,260.00 |
| **Total** | | | 14,398.00 |

|  |  |
|---:|---:|
| **Subtotal for this Invoice** | 14,398.00 |
| **Discount** | (2,879.60) |
| **Total for this Invoice** | 11,518.40 |
| **Previous Balance** | 14,750.80 |
| **Total Amount to Pay** | 26,269.20 |



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

October 18, 2023

Bittrex, Inc. - 327

**Invoice Number: 12165**
Invoice Period: 09-01-2023 - 09-30-2023

Payment Terms: Upon Receipt

**RE: Solicitation**

## Solicitation

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-08-2023 | Michelle Ignacio | Develop code/application for solicitation service | 2.00 | 175.00 | 350.00 |
| 09-11-2023 | Michelle Ignacio | Develop code/application for Bittrex solicitation service | 1.00 | 175.00 | 175.00 |
| 09-19-2023 | Kim Steverson | Review e-mail received and respond to A, Jaquet re UST language for Plan Supplement | 0.20 | 240.00 | 48.00 |
| 09-19-2023 | Kim Steverson | Coordinate with Case Management Team re creation of links for Plan Supplement | 0.30 | 240.00 | 72.00 |
| 09-21-2023 | Kim Steverson | Review e-mail received and respond to A. Jaquet @ QE re solicitation service | 0.20 | 240.00 | 48.00 |
| 09-21-2023 | Kim Steverson | Call with A. Jaquet @ QE re solicitation service | 0.20 | 240.00 | 48.00 |
| 09-22-2023 | Kim Steverson | Review revised Disclosure Statement Order | 0.30 | 240.00 | 72.00 |
| 09-22-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jacquet @ QE re solicitation procedures motion | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-22-2023 | Brittney Whitaker | Review and comment on draft solicitation procedures | 1.40 | 240.00 | 336.00 |
| 09-22-2023 | David Neece | Conference call with K. Nownes, B. Whitaker, D. Green, Y. Bederman, M. Ignacio re solicitation preparations and requirements | 1.10 | 155.00 | 170.50 |
| 09-22-2023 | David Green | Conference call with K. Nownes, B. Whitaker, D. Neece, Y. Bederman, M. Ignacio re solicitation preparations and requirements | 1.10 | 155.00 | 170.50 |
| 09-22-2023 | Katie Nownes | Conference call with B. Whitaker, D. Green, D. Neece, Y. Bederman, M. Ignacio re solicitation preparations and requirements | 1.10 | 240.00 | 264.00 |
| 09-22-2023 | Brittney Whitaker | Conference call with K. Nownes, D. Green, D. Neece, Y. Bederman, M. Ignacio re solicitation preparations and requirements | 1.10 | 240.00 | 264.00 |
| 09-22-2023 | Michelle Ignacio | Develop code/application for customized plan class report | 6.60 | 175.00 | 1,155.00 |
| 09-22-2023 | Javon Couch | Update plan class report | 0.30 | 145.00 | 43.50 |
| 09-22-2023 | Yelena Bederman | Conference call with K. Nownes, B. Whitaker, D. Green, D. Neece, M. Ignacio re solicitation preparations and requirements | 1.10 | 200.00 | 220.00 |
| 09-22-2023 | Michelle Ignacio | Conference call with K. Nownes, B. Whitaker, D. Green, D. Neece, Y. Bederman re solicitation preparations and requirements | 1.10 | 175.00 | 192.50 |
| 09-25-2023 | Michelle Ignacio | Prepare/create plan class report | 0.50 | 175.00 | 87.50 |
| 09-25-2023 | Michelle Ignacio | Update database comparison report of Web Application Claims vs Claims register claims | 0.50 | 175.00 | 87.50 |
| 09-25-2023 | Michelle Ignacio | Develop code/application for Solicitation and Plan Class reports | 5.80 | 175.00 | 1,015.00 |
| 09-25-2023 | Brittney Whitaker | Review and verify claims re plan class assignments | 1.10 | 240.00 | 264.00 |
| 09-25-2023 | Brittney Whitaker | Review and analyze solicitation materials and solicitation procedures | 2.60 | 240.00 | 624.00 |
| 09-25-2023 | Brittney Whitaker | Coordinate with Case Management and IT re updates and revisions to the plan class report | 2.10 | 240.00 | 504.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-26-2023 | Brittney Whitaker | Coordinate with Case Management and IT re updates and revisions to the plan class report | 1.20 | 240.00 | 288.00 |
| 09-26-2023 | Brittney Whitaker | Conference call with K. Nownes, D. Green, D. Neece, Y. Bederman, M. Ignacio re solicitation preparations and revisions to plan class report discussion | 0.40 | 240.00 | 96.00 |
| 09-26-2023 | Javon Couch | Review plan class report and load to ShareVault | 0.20 | 145.00 | 29.00 |
| 09-26-2023 | Michelle Ignacio | Prepare/create plan class report | 2.00 | 175.00 | 350.00 |
| 09-26-2023 | Michelle Ignacio | Prepare PDF Ballot Forms for eBalloting Application | 1.00 | 175.00 | 175.00 |
| 09-26-2023 | Michelle Ignacio | Prepare PDF Ballot Forms for solicitation service printing | 1.00 | 175.00 | 175.00 |
| 09-26-2023 | Michelle Ignacio | Develop code/application for custom solicitation service preparation of customer email parties & customer mailing | 1.00 | 175.00 | 175.00 |
| 09-26-2023 | Luis Solorzano | Review solicitation documents in preparation for service and tabulation | 1.60 | 240.00 | 384.00 |
| 09-26-2023 | David Neece | Conference call with IT, Katie N and Brittney W. | 0.30 | 155.00 | 46.50 |
| 09-26-2023 | Yelena Bederman | Conference call with K. Nownes, B. Whitaker and IT team re solicitation preparations and requirements | 0.40 | 200.00 | 80.00 |
| 09-26-2023 | David Green | Conference call with K. Nownes, B. Whitaker, D. Neece, Y. Bederman, M. Ignacio, M. Bishay re solicitation preparations and requirements | 0.40 | 155.00 | 62.00 |
| 09-26-2023 | Brittney Whitaker | Review e-mail received and respond to BRG and QE re Plan Class Report, open items and points to discuss | 0.40 | 240.00 | 96.00 |
| 09-26-2023 | Brittney Whitaker | Review and verify claims re plan class assignments | 3.20 | 240.00 | 768.00 |
| 09-26-2023 | Katie Nownes | Conference call with D. Green, B. Whitaker, D. Neece, Y. Bederman, M. Ignacio, M. Bishay re solicitation preparations and requirements | 0.40 | 240.00 | 96.00 |
| 09-27-2023 | Luis Solorzano | Perform quality assurance on sample ballots for circulation to interested parties | 0.60 | 240.00 | 144.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-27-2023 | Michelle Ignacio | Prepare/create plan class report | 2.00 | 175.00 | 350.00 |
| 09-27-2023 | Michelle Ignacio | Develop code/application for custom solicitation service preparation of customer email parties & customer mailing | 4.20 | 175.00 | 735.00 |
| 09-27-2023 | Brittney Whitaker | Coordinate with Case Management and IT re updates and revisions to the plan class report | 4.30 | 240.00 | 1,032.00 |
| 09-27-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re Plan class report comments | 0.20 | 240.00 | 48.00 |
| 09-27-2023 | Brittney Whitaker | Review e-mail received and respond to R. Izakelian @ QE re final documents | 0.20 | 240.00 | 48.00 |
| 09-27-2023 | Brittney Whitaker | Review e-mail received and respond to QE Team re Sample Ballots | 0.20 | 240.00 | 48.00 |
| 09-27-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re Schedule F parties | 0.20 | 240.00 | 48.00 |
| 09-27-2023 | Brittney Whitaker | Review e-mail received and respond to P. Tomasco @ QE re plan class report revisions | 0.20 | 240.00 | 48.00 |
| 09-28-2023 | Kim Steverson | Meetings with B. Whitaker re solicitation service | 0.60 | 240.00 | 144.00 |
| 09-28-2023 | Brittney Whitaker | Meetings with K. Steverson re solicitation service | 0.60 | 240.00 | 144.00 |
| 09-28-2023 | Paul Story | Develop code/application for e-balloting | 5.00 | 155.00 | 775.00 |
| 09-28-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re sample ballots | 0.20 | 240.00 | 48.00 |
| 09-28-2023 | Brittney Whitaker | Coordinate with IT and QC re preparation and review of sample ballots | 1.10 | 240.00 | 264.00 |
| 09-28-2023 | Michelle Ignacio | Prepare/create plan class report | 2.00 | 175.00 | 350.00 |
| 09-28-2023 | Kim Steverson | Review and analyze solicitation materials | 0.80 | 240.00 | 192.00 |
| 09-28-2023 | Michelle Ignacio | Develop code/application for custom solicitation service preparation of customer email parties & customer mailing | 3.20 | 175.00 | 560.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-28-2023 | Brittney Whitaker | Review and analyze solicitation materials and solicitation procedures | 1.40 | 240.00 | 336.00 |
| 09-29-2023 | Brittney Whitaker | Coordinate with Case Management and IT re preparation and review of sample ballots | 0.50 | 240.00 | 120.00 |
| 09-29-2023 | Brittney Whitaker | Coordinate with Case Management and IT re templates for solicitation mailing, testing for unique id codes via email | 3.80 | 240.00 | 912.00 |
| 09-29-2023 | Tara Saldajeno | Review and analyze solicitation materials and solicitation procedures | 2.90 | 120.00 | 348.00 |
| 09-29-2023 | Tara Saldajeno | Prepare and setup solicitation online balloting portal | 0.70 | 120.00 | 84.00 |
| 09-29-2023 | Tara Saldajeno | Perform quality assurance on plan and election documents in preparation of upcoming distribution election | 0.90 | 120.00 | 108.00 |
| 09-29-2023 | Michelle Ignacio | Prepare/create plan class report | 1.50 | 175.00 | 262.50 |
| 09-29-2023 | Michelle Ignacio | Prepare sample ballots for circulation to interested parties | 0.50 | 175.00 | 87.50 |
| 09-29-2023 | Michelle Ignacio | Incorporate code for requested changes to plan class parties, groups | 1.00 | 175.00 | 175.00 |
| 09-29-2023 | Michelle Ignacio | Develop code for Solicitation and Plan Class reports | 3.00 | 175.00 | 525.00 |
| 09-29-2023 | Lyanne Ramirez | Administration; Preparing and revising Bittrex Solicitation email for Ballot 2A | 0.70 | 135.00 | 94.50 |
| 09-29-2023 | Brittney Whitaker | Call with B. Howell @ QE re plan class report | 0.20 | 240.00 | 48.00 |
| 09-29-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re plan class report | 0.20 | 240.00 | 48.00 |
| 09-29-2023 | Brittney Whitaker | Review multiple e-mails received and respond to A. Jaquet @ QE re revisions and questions to plan class report and classifications | 0.60 | 240.00 | 144.00 |
| 09-29-2023 | Brittney Whitaker | Coordinate with Data Management and IT Teams regarding revisions to Plan Class report, solicitation counts after bounce back report | 1.10 | 240.00 | 264.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-29-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re Class 2A | 0.20 | 240.00 | 48.00 |
| 09-29-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re clarifying questions on Class 2B | 0.20 | 240.00 | 48.00 |
| 09-29-2023 | Brittney Whitaker | Review e-mail received and respond to P. Tomasco @ QE re revisions on Class 2B | 0.20 | 240.00 | 48.00 |
| 09-29-2023 | Brittney Whitaker | Review e-mail received and respond to B. Howell @ QE re final documents and plan class report | 0.20 | 240.00 | 48.00 |
| 09-29-2023 | Paul Story | Develop code/application for eballoting | 8.00 | 155.00 | 1,240.00 |
| 09-29-2023 | Brittney Whitaker | Call with B. Howell @ QE and K. Steverson @ Omni re Plan Class Report | 0.30 | 240.00 | 72.00 |
| 09-29-2023 | Kim Steverson | Prepare for and attend call with B. Howell @ QE and B. Whitaker @ Omni re Plan Class Report | 0.40 | 240.00 | 96.00 |
| 09-29-2023 | Kim Steverson | Meetings with B. Whitaker re solicitation service | 0.50 | 240.00 | 120.00 |
| 09-29-2023 | Kim Steverson | Review Plan Class Report in connection with questions raised regarding solicitation | 0.40 | 240.00 | 96.00 |
| | | Total | | | 19,430.00 |

**Time Summary**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brittney Whitaker | 29.80 | 240.00 | 7,152.00 |
| David Green | 1.50 | 155.00 | 232.50 |
| David Neece | 1.40 | 155.00 | 217.00 |
| Javon Couch | 0.50 | 145.00 | 72.50 |
| Katie Nownes | 1.50 | 240.00 | 360.00 |
| Kim Steverson | 3.90 | 240.00 | 936.00 |
| Luis Solorzano | 2.20 | 240.00 | 528.00 |
| Lyanne Ramirez | 0.70 | 135.00 | 94.50 |
| Michelle Ignacio | 39.90 | 175.00 | 6,982.50 |
| Paul Story | 13.00 | 155.00 | 2,015.00 |
| Tara Saldajeno | 4.50 | 120.00 | 540.00 |
| Yelena Bederman | 1.50 | 200.00 | 300.00 |
| Total | | | 19,430.00 |