**CERTIFICATE OF SERVICE**

I, Donald J. Detweiler, do hereby certify that on October 22, 2023, I caused a copy of the **Response of Azim Ghader to Debtors' (A) Objection to Claims 597-239, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-0052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1** to be served on the parties listed on the attached service list via Electronic Mail.

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)

**SERVICE PARTIES**

*Counsel for the Debtors*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady
Kenneth Enos
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: rbrady@ycst.com
Email: kenos@ycst.com

*Counsel for the Debtors*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Susheel Kirpalani
Patricia B. Tomasco
Daniel Holzman
Alain Jaquet
Razmig Izakelian
Joanna D. Caytas
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

*Office of the United States Trustee for the District of Delaware*
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware
Email: richard.schepacarter.usdoj.gov