IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DESOLATION HOLDINGS, *et al.*,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-10597<br><br>(Jointly Administered) |

**RESERVATION OF RIGHTS OF ENDURANCE ASSURANCE CORPORATION AND ENDURANCE AMERICAN INSURANCE COMPANY TO THE DEBTORS' MOTION APPROVING THE DISCLOSURE STATEMENT**

Endurance Assurance Corporation and Endurance American Insurance Company (collectively, "Endurance"), by and through their undersigned counsel, Harris Beach PLLC and The Powell Firm, LLC, submit this reservation of rights ("Reservation") to confirmation of the *Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Affiliated Debtors* [Dkt. No. 293] (as modified, amended, or supplemented from time to time, the "Plan[2]") and in support thereof respectfully states as follows:

**BACKGROUND**

1. On May 8, 2023 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors are authorized to continue to operate their business and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. An official committee of unsecured creditors has not been appointed in these Chapter 11 Cases.

3. The Debtors, together with their non-debtor affiliates (collectively, "Bittrex"), operate cryptocurrency exchanges for both retail and institutional customers in several jurisdictions. BUS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms not defined herein are defined in the Plan.
**Error! Unknown document property name.**

operates a cryptocurrency exchange for U.S. customers, whereas two foreign non-debtor affiliates operate Bittrex's cryptocurrency exchange for non-U.S. customers.

4. As discussed in the *Declaration of Evan Hengel, Co-Chief Restructuring Officer of the Debtors, In Support of Chapter 11 Petitions and First Day Motions* (the "First Day Affidavit"), BUS was required to obtain and held money transmitter licenses in the majority of U.S. states where it operated (the "Licenses"). In order to obtain the Licenses, BUS obtained thirty-nine (39) surety bonds (the "Bonds") from Endurance Assurance Corporation and Endurance American Insurance Company (collectively, "Endurance") listing certain governmental and/or regulatory entities and agencies as the obligees (the "Obligees") under the Bonds with a total penal sum of $13,536.122.00. Many of the Bonds have cancellation provisions that permit Endurance to cancel the Bonds once certain conditions are met (the "Bond Cancellation Provisions").

5. The surety relationship involves three (3) parties: (a) the principal, who is the primary obligor – Bittrex; (b) the obligee – the party to whom the principal and surety owe the duty – the governmental and/or regulatory entities and agencies; and (c) the surety – who is the secondary obligator – Endurance.

6. Notably, the principal retains the primary duty to perform its obligations under the bonds. The principal cannot simply hand over its obligations for the surety to perform.

7. Additionally, as partial consideration for the execution of the Bonds, Endurance and Debtor Bittrex, Inc. are parties to a Commercial General Agreement of Indemnity (the "Indemnity Agreement"), under which Bittrex, Inc., and all of Bittrex, Inc.'s "present and future subsidiaries, affiliates, successors, executors, trustees, personal representatives and assigns, and any co-principals, partners or joint ventures of any Indemnitor or other form of common enterprise of any Indemnitor (collectively, the "Indemnitors"), agreed to, *inter alia*, indemnify and hold Endurance harmless from

every claim that Endurance may pay as a result of issuing the Bonds. Certain other individuals are also Indemnitors based on the Indemnity Agreement.

8. Based on the above, Endurance timely submitted a proof of claim in each of the Debtors' Chapter 11 Cases in the amount of $13,536,122.00 representing the penal sum of the Bonds (the "Proofs of Claim") [Claim Nos. 14, 43, 228 and 639 in the respective Chapter 11 Cases]. Endurance expressly reserved its right to file an amended proof of claim while it reviewed its books and records to determine if it paid any claims under the Bonds, incurred any loss adjustment expenses, and if there were any unpaid premiums.

9. The Debtors filed these Chapter 11 Cases as a final wind-down efforts to complete the orderly liquidation for their U.S. and Malta operations, which contemplates distributing to the Debtors' customers all of the cryptocurrency associated with their accounts. The purpose or goal of the Plan is to "(a) maximize value for the Debtors' creditors (including its customers) and other stakeholders; (b) leave intact Bittrex's non-U.S. business operations for the benefit of their several hundred thousand customers; and (c) to the extent necessary, fairly separate the non-U.S. operations." See Disclosure Statement, p. 11.

10. The Plan contemplates, *inter alia*, that Holders of Allowed BUS Customer and Malta OpCo Customers Claims will receive a Distribution of like kind Cryptocurrencies and fiat currencies by being provided access to the Debtors' platform for withdrawal of 100% of the amount of Cryptocurrencies and fiat currencies associated with such Customer's account as of the Petition Date.

11. On October 6, 2023, a *Notice of Stipulation Regarding Withdrawal of Claims* [Dkt. No. 423] advising that the Debtors and Endurance have agreed to the terms of a *Stipulation Regarding Withdrawal of Claims* (the "Stipulation") [Dkt. No. 423-1], in which Endurance's Proofs of Claim will

**Error! Unknown document property name.**

be deemed withdrawn upon the Effective Date of a confirmed Plan that contains the Plan Provision (as amended from time to time)[3].

12. On September 22, 2023, the Debtors filed the *Notice of Filing of Redlines of (I) Amended Chapter 11 Plan of Liquidation, (II) Disclosure Statement for the Amended Chapter 11 Plan of Liquidation, and (III) Disclosure Statement Order* [Dkt. No. 374], which contained the Plan Provision in the Plan.

13. On September 28, 2023, the Debtors filed the *Notice of Redlines of (I) Amended Chapter 11 Plan of Liquidation, and (II) Disclosure Statement for the Amended Chapter 11 Plan of Liquidation* [Dkt. No. 392], in which, *inter alia*, the Plan Provision was amended to exclude reference to Endurance as an Exculpated Party. Endurance consented to and agreed with the aforementioned revisions.

## RESERVATION OF RIGHTS

20. Upon the filing of this Reservation, Endurance is unaware of any objections to the Plan Provision contained in the Plan. Accordingly, Endurance is filing this Reservation to preserve its rights to address any objection to the Plan Provision in writing prior to the Confirmation Hearing and/or at the Confirmation Hearing.

21. Nothing herein shall be considered a waiver of any rights or claims that Endurance might have against the Debtors and the Indemnitors. Endurance reserves the right to amend and supplement this Objection and/or join in any other statements and/or objections related to the relief requested by the Debtors. The submission of this Objection by Endurance is not intended as, and shall not be construed as:

    a. Endurance's admission of any liability or waiver of any defenses or limitations of any rights of Endurance with respect to any claims against one or more of the Bonds or under the Indemnity Agreement;

---

[3] As defined in the Stipulation.

**Error! Unknown document property name.**

    b.    Endurance's waiver or release of any rights to exoneration it may have against any one with respect to its obligations pursuant to the Bonds;

    c.    Endurance's waiver or release of its right to be subrogated to the rights of one or more parties paid pursuant to the Bonds and Releases and Assignments;

    d.    An election of remedies; or

    e.    Consent to the determination of Debtors' liability to Endurance by a particular Court, including, without limitations, the Bankruptcy Court.

## CONCLUSION

Based on the foregoing, Endurance respectfully requests the Court confirm a version of the Plan containing the Plan Provision.

Dated: October 24, 2023

Respectfully submitted,

*/s/ Jason C. Powell*
Jason C. Powell, Esq. (No. 3768)
THE POWELL FIRM, LLC
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
(302) 650-1572
jpowell@delawarefirm.com

-and-

*/s/ Brian D. Roy*
Lee E. Woodard, Esq.
Brian D. Roy, Esq. (admitted *pro hac vice*)
HARRIS BEACH PLLC
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: (315) 423-7100
Email: bkemail@harrisbeach.com
         broy@harrisbeach.com

**Error! Unknown document property name.**