## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2023, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing.  In addition, the following parties have been served via email:

Kenneth J. Enos, Esquire
Young Conaway Startgatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
kenos@ycst.com

Susheel Susheel Kirpalani, Esquire
Patricia B. Tomasco, Esquire
Daniel Holzman, Esquire
Alain Jaquet, Esquire
Razmig Izakelian, Esquire
Valerie Ramos, Esquire
Joanna D. Caytas, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor New York, New York 10010
susheelkirpalani@quinnemanuel.com
pattytomasco@quinnemanuel.com
danielholzman@quinnemanuel.com
alainjaquet@quinnemanuel.com
razmigizakelian@quinnemanuel.com
valerieramos@quinnemanuel.com
joannacaytas@quinnemanuel.com


*/s/ Jason C. Powell*
Jason C. Powell, Esq. (No. 3768)

**Error! Unknown document property name.**