IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Desolation Holdings, LLC, *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 293, 392** |

**RESERVATION OF RIGHTS OF THE UNITED STATES OF AMERICA REGARDING THE DEBTORS' CHAPTER 11 PLAN**

The United States of America (the "United States") files this Reservation of Rights with respect to the Debtors' Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings, LLC and its Affiliated Debtors (Dk No. 293) and in support thereof, states the following:

**Factual Background**

1.　On May 8, 2023 (the "Petition Date"), Desolation Holdings, LLC, Bittrex, Inc., Bittrex Malta Holdings, Ltd and Bittrex Malta Ltd (collectively, the "Debtors") filed voluntary petitions for bankruptcy under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.　On August 25, 2023, the Debtors filed their Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings, LLC and its Affiliated Debtors (Dk No. 294) and their Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings, LLC and its Affiliated Debtors (the "Plan") (Dk No. 293).

**Reservation of Rights**

The United States requested that the Debtors include language in the final confirmation order to resolve its objections to the Plan. After negotiation, the United States

1

and the Debtors agreed to language to be included in the confirmation order. Currently, the United States has not seen the final confirmation order, and as such, files this reservation of rights in an abundance of caution. The United States reserves all rights to object to the Plan if it becomes necessary.

## Conclusion

For the foregoing reasons, the Court should not confirm the Plan unless the final confirmation order contains the agreed-upon language negotiated by the United States and the Debtors.

Dated: October 24, 2023.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ *Leah V. Lerman*
KIRK MANHARDT
RODNEY MORRIS
LEAH V. LERMAN (Fed. Bar No. 28669)
CORTNEY ROBINSON
Civil Division
U. S. Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 307-0452 (telephone)
(202) 514-9163 (facsimile)
Email: Leah.V.Lerman@usdoj.gov

*ATTORNEYS FOR THE UNITED STATES OF AMERICA*

3

**Certificate of Service**

  The undersigned certifies that she served a true and correct copy of the foregoing Reservation of Rights on the parties receiving ECF notice in this case by ECF notification on October 24, 2023.

                *s/ Leah V. Lerman*
                Leah V. Lerman
                Trial Attorney