## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE OF AZIM GHADER'S RESPONSES AND OBJECTIONS TO THE FIRST REQUEST FOR PRODUCTION OF DOCUMENTS BY THE DEBTORS

**PLEASE TAKE NOTICE** that on October 23, 2023, Azim Ghader, by and through undersigned counsel, caused a copy of *Azim Ghader's Responses and Objections to the First Request for Production of Documents by the Debtors* to be served upon the following via email.

*Counsel for the Debtors*
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Kenneth Enos
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: kenos@ycst.com

*Counsel for the Debtors*
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Patricia B. Tomasco
Alain Jaquet
Razmig Izakelian
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email: pattytomasco@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com

*Office of the United States Trustee
for the District of Delaware*
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware
Email: richard.schepacarter.usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104

| | |
|---|---|
| Dated: October 24, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Elazar A. Kosman*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>        elazar.kosman@wbd-us.com<br><br>*Counsel to Azim Ghader* |