## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Debtors' Objection to Claims 598-1221, 598-1314, 598-1578, 599-53, 599-62, 600- 155, and 600-194 filed by Katsumi Matsubayashi Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 393]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claims 598-1221, 598-1314, 598-1578, 599-53, 599-62, 600- 155, and 600-194 filed by Katsumi Matsubayashi Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 394]**

- **Debtors' Objection to Claim 597-19 filed by Cliff Andrusko Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 395]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 597-19 filed by Cliff Andrusko Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 396]**

- **Debtors' Objection to Claim 599-76 filed by Dex Wasylishyn Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 397]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 599-76 filed by Dex Wasylishyn Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 398]**

- **Debtors' Objection to Claims filed by Z M Golam Dastagir Pursuant to Sections 502, 503, and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 399]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claims filed by Z M Golam Dastagir Pursuant to Sections 502, 503, and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 400]**

- **Debtors' Objection to Claim 598-1936 filed by Jennifer Lee Burns Pursuant to Sections 502 and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 401]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 598-1936 filed by Jennifer Lee Burns Pursuant to Sections 502 and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 402]**

- **Debtors' Objection to Claims filed by Rishi Sachdev Pursuant to Sections 502, 503, and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 405]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claims filed by Rishi Sachdev Pursuant to Sections 502, 503, and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 406]**

- **Debtors' Objection to Claim 598-1760 filed by Tinashe Simba Mudzinganyama Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 407]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 598-1760 filed by Tinashe Simba Mudzinganyama Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 408]**

- **Debtors' Objection to Claim 598-151 filed by Timothy Malloy Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 409]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 598-151 filed by Timothy Malloy Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 410]**

- **Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10498, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 filed by Azim Ghader Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 411]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10498, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 filed by Azim Ghader Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 412]**

- **Debtors' Objection to Claim 598-1946 filed by Diana Yan Chen Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 413]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 598-1946 filed by Diana Yan Chen Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 414]**

- **Debtors' Objection to Claim 597-13 filed by Mckenzie Polite Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 415]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 597-13 filed by Mckenzie Polite Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 416]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtors' Objection to Claims 598-1221, 598-1314, 598-1578, 599-53, 599-62, 600- 155, and 600-194 filed by Katsumi Matsubayashi Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 393]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claims 598-1221, 598-1314, 598-1578, 599-53, 599-62, 600- 155, and 600-194 filed by Katsumi Matsubayashi Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 394]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Debtors' Objection to Claim 597-19 filed by Cliff Andrusko Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 395]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 597-19 filed by Cliff Andrusko Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 396]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit D**:

- **Debtors' Objection to Claim 599-76 filed by Dex Wasylishyn Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 397]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 599-76 filed by Dex Wasylishyn Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 398]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit E**:

- **Debtors' Objection to Claims filed by Z M Golam Dastagir Pursuant to Sections 502, 503, and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 399]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claims filed by Z M Golam Dastagir Pursuant to Sections 502, 503, and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 400]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit F**:

- **Debtors' Objection to Claim 598-1936 filed by Jennifer Lee Burns Pursuant to Sections 502 and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 401]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 598-1936 filed by Jennifer Lee Burns Pursuant to Sections 502 and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 402]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit G**:

- **Debtors' Objection to Claims filed by Rishi Sachdev Pursuant to Sections 502, 503, and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 405]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claims filed by Rishi Sachdev Pursuant to Sections 502, 503, and 507 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 406]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit H**:

- **Debtors' Objection to Claim 598-1760 filed by Tinashe Simba Mudzinganyama Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 407]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 598-1760 filed by Tinashe Simba Mudzinganyama Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 408]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit I**:

- **Debtors' Objection to Claim 598-151 filed by Timothy Malloy Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 409]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 598-151 filed by Timothy Malloy Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 410]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit J**:

- **Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10498, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 filed by Azim Ghader Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 411]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10498, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 filed by Azim Ghader Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 412]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit K**:

- **Debtors' Objection to Claim 598-1946 filed by Diana Yan Chen Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 413]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 598-1946 filed by Diana Yan Chen Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 414]**

On September 29, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit L**:

- **Debtors' Objection to Claim 597-13 filed by Mckenzie Polite Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 415]**

- **Declaration of Evan Hengel in Support of Debtors' Objection to Claim 597-13 filed by Mckenzie Polite Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 416]**

Dated: October 3, 2023

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 3rd day of October, 2023, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 50 Largest | 008beac3-c9e4-4760-9a4c-b67977d15981 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 01014189-63a3-43c0-b6fc-651ddccaa276 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 0aaa95f4-0b64-41a0-8212-2f4468de8d5e | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 0d372cc9-9c01-40ab-996a-28f0032b2a26 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 12dba393-1a79-4ffe-a58d-782d80c140ba | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 13e5eb91-0087-4936-9f9b-fb7305d5f1a | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 1e09e8ec-8b17-422d-b3f3-cb96ee71fbaa | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 1fc8d534-be33-4884-bc54-edbab65f5b13 | | Email Address Redacted | Email |
| 50 Largest | 210de341-83a8-474c-a37e-61d2c10c8734 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 2482db41-3e56-4a7b-b3a1-c332df465fa9 | | Email Address Redacted | Email |
| 50 Largest | 27f81091-66c7-458a-a4f9-31f636c9b5c7 | | Email Address Redacted | Email |
| 50 Largest | 2a54b310-c531-49eb-a704-f5933e925168 | | Email Address Redacted | Email |
| 50 Largest | 2ede9c2c-3f1c-4c1f-913c-7fe64dd5af6f | | Email Address Redacted | Email |
| 50 Largest | 3264a54a-1218-46b6-ac7d-1d7773995563 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 3f28305a-7f4a-41ff-a707-e1d25ac111f9 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 4ede2655-0b05-4b45-9f04-de15d8c4f521 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 4f7f1b08-a58c-4bed-b0b5-16e246c52880 | | Email Address Redacted | Email |
| 50 Largest | 518eeb1b-dfb2-4be7-acee-7d3ccd74e5d5 | | Email Address Redacted | Email |
| 50 Largest | 58611824-5bc6-442d-b239-b548b4a4eec3 | | Email Address Redacted | Email |
| 50 Largest | 5cfb7e9b-08dc-4691-a7a0-9178996 1f52c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 6341b91e-7b9f-4f56-a6a9-c66069ad945d | | Email Address Redacted | Email |
| 50 Largest | 6a24bb04-4799-4da8-b799-98e9887b5d43 | | Email Address Redacted | Email |
| 50 Largest | 6ce22b6a-eaab-4150-860a-87d822ce49e6 | | Email Address Redacted | Email |
| 50 Largest | 7e8620c2-7ff2-4802-9979-6bc46d6b8fb7 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 83393306-9343-4855-8987-868266cb144e | | Email Address Redacted | Email |
| 50 Largest | 925d0c0b-c584-4005-9e48-025493db1f09 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 93ec913d-a376-4c3a-8844-93daf932b7d6 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | a1472e35-7879-403d-b912-33b369f974bc | Address Redacted | Email Address Redacted | Email |
| 50 Largest | a577b1ff-00ed-4872-a9ce-647cabbd4921 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | ae2ee974-3f89-4cb1-bcb4-64361b44486a | | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Arizona Attorney General Mark Brnovich | Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Arkansas Attorney General | 323 Center St, Ste 200<br>Little Rock, AR 72201 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General of the State of Ohio | 30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General State of Mississippi | 550 High St<br>Jackson, MS 39201 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General's Office | State of Alabama<br>501 Washington Ave<br>Montgomery, AL 36104 | | First Class Mail |
| 50 Largest | b59cdaee-c5c7-4914-8741-335a0bd25e41 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | c09b87dc-64d8-440d-b71f-b2efcfe2aff6 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | c62b2459-1676-4e4e-9caa-99a0b420a404 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | cd16ebb3-96f5-4864-8a02-fc8d2463734f | Address Redacted | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Commonwealth of Puerto Rico Office of the Attorney General | P.O. Box 902192<br>San Juan, PR 00902 | | First Class Mail |
| 50 Largest | d375ee9b-ef35-45fe-81ae-7eb0a643781b | Address Redacted | Email Address Redacted | Email |
| 50 Largest | db61b2ac-da20-4304-9c5e-9285060cc799 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dbe0b606-15c8-43f3-8517-14ac18907906 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dcb22222-657a-400a-b98b-495711848302 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dd2f7fdc-2163-42af-a90e-2d76007a16f0 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dd88f140-297b-4811-88c0-f18afd1b8752 | Address Redacted | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Delaware Department of Justice | Carvel State Building<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Department of Attorney General | 525 W Ottawa St<br>Lansing, MI 48906 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Department of Justice | 114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| 50 Largest | e78e6f3a-5be9-49b8-be09-0c619928b44f | | Email Address Redacted | Email |
| 50 Largest | f25c6a91-1afa-48fd-abd9-e511999da04c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f536e49d-aa7a-4a54-a9ea-fcba81492b5c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f9999a5f-fa69-46ab-aff4-bca7e8ddeb56 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f9c46d34-51fa-4e10-aa95-93137c2de7e8 | | Email Address Redacted | Email |
| 50 Largest | fadf45ef-bc0f-4353-9850-fd1e77b29697 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | fb923c5c-30ca-4100-9f55-beeac5ba6ea8 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | Financial Crimes Enforcement Network | P.O. Box 39<br>Vienna, VA 22183 | FRC@fincen.gov | Email |
| Governmental Authority | Florida Office of Financial Regulation | Attn: Brandon Greenberg, Assistant General Counsel | Brandon.Greenberg@FLOFR.gov | Email |
| *NOA - Counsel for Endurance American Insurance Company | Harris Beach PLLC | Attn: Lee E Woodard<br>Attn: Brian D Roy<br>333 W. Washington St, Ste 200<br>Syracuse, New York 13202 | bkemail@harrisbeach.com<br>broy@harrisbeach.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Illinois Attorney General | 100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Kansas Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612 | | First Class Mail |
| Counsel to Debtors' non-debtor affiliate Bittrex Global GmbH | King & Spadling | Attn: M. Handler; R. Sacks | MHandler@KSLAW.com;<br>RSacks@KSLAW.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Louisiana Department of Justice | 1885 N 3rd St<br>Baton Rouge, LA 70802 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Louisiana Department of Justice | P.O. Box 94005<br>Baton Rouge, LA 70804 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Maryland Attorney General | 200 St Paul Pl<br>Baltimore, MD 21202 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Nebraska Attorney General | 2115 State Capitol<br>Lincoln, NE 68509 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | New Hampshire Department of Justice | 33 Capitol St<br>Concord, NH 03301 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | New Mexico Attorney General | 408 Galisteo St<br>Villagra Building<br>Santa Fe, NM 87501 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of Attorney General | 600 E Boulevard Ave, Dept 125<br>Bismarck, ND 58505 | | First Class Mail |
| 50 Largest | Office of Foreign Asset Control | 1500 Pennsylvania Ave NW<br>Washington, DC 20220 | Ofac_feedback@treasury.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Office of Minnesota Attorney General | Keith Ellison<br>445 Minnesota St, Ste 1400<br>St Paul, MN 55101 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 40 Capitol Sq, SW<br>Atlanta, GA 30334 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 100 N Carson St<br>Carson City, NV 89701 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | State of New Jersey<br>Richard J Hughes Justice Complex<br>25 Market St<br>Trenton, NJ 08611 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 300 W 15th St<br>Austin, TX 78701 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 202 N 9th St<br>Richmond, VA 23219 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General for the District of Columbia | 400 6th St, NW<br>Washington, DC 20001 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General of Iowa | Hoover State Office Building<br>1305 E Walnut St<br>Des Moines, IA 50319 | | First Class Mail |
| *NOA - Counsel for Texas Department of Banking | Office of the Attorney General of Texas | Attn: Roma N Desai<br>Attn: Sean T Flynn<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | roma.desai@oag.texas.gov<br>sean.flynn@oag.texas.gov | Email |
| *NOA - Counsel for the Office of the Illinois State Treasurer | Office of the Illinois Attorney General | Attn: John P Reding<br>100 W Randolph St, Ste 13-225<br>Chicago, IL 60601 | John.reding@ilag.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Maine Attorney General | 6 State House Station<br>Augusta, ME 04333 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Oklahoma Attorney General | 313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the WV Attorney General | State Capitol Complex, Bldg 1, Rm E-26<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Oregon Department of Justice | 1162 Court St NE<br>Salem, OR 97301-4096 | | First Class Mail |

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Counsel to Debtor's non-debtor affiliates RBR Holdings, Inc., and Aquila Holdings Inc. | Pachulski Stang Ziehl Jones | 919 North Market St, 17th Fl<br>Wilmington, DE 19801 | ljones@pszjlaw.com;<br>mlitvak@pszjlaw.com;<br>dbertenthal@pszjlaw.com;<br>tcairns@pszjlaw.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | RI Office of the Attorney General | 150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| 50 Largest | Securities & Exchange Commission | 100 Pearl St, Ste 20-100<br>New York, NY 10004 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Carolina Attorney General's Office | The Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia, SC 29211 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Carolina Attorney General's Office | Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Dakota Attorney General | 1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | State of Alaska Department of Law | 1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | State of Idaho | Office of the Attorney General<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Tennessee Attorney General's Office | Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202 | | First Class Mail |
| *NOA – Counsel for Florida Office of Financial Regulation | The Bifferato Firm, PA | Attn: Ian Connor Bifferato<br>1007 N Orange St, 4th Fl<br>Wilmington, DE 19801 | cbifferato@tbf.legal | Email |
| *NOA - Counsel for Endurance American Insurance Company | The Powell Firm, LLC | Attn: Jason C Powell<br>1813 N Franklin St<br>PO Box 289<br>Wilmington, DE 19899 | jpowell@delawarefirm.com | Email |
| *NOA - Counsel for TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office Bankruptcy Division<br>Attn: Laura L McCloud<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |
| United States Trustee for the District of Delaware | United States Trustee for the District of Delaware | 844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Washington State | Office of the Attorney General<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504 | | First Class Mail |
| *NOA - Counsel for Azim Ghader | Womble Bond Dickinson (US) LLP | Attn: Donald J Detweiler<br>Attn: Elazar A Kosman<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | don.detweiler@wbd-us.com<br>elazar.kosman@wbd-us.com | Email |

**<u>EXHIBIT B</u>**

**Exhibit B**
Service List

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Katsumi Matsubayashi | Address Redacted | Email Address Redacted | Email |
| Katsumi Matsubayashi | Address Redacted | Email Address Redacted | Email |
| Katsumi Matsubayashi | Address Redacted | Email Address Redacted | Email |
| Katsumi Matsubayashi | Address Redacted | Email Address Redacted | Email |
| Katsumi Matsubayashi | Address Redacted | Email Address Redacted | Email |
| Katsumi Matsubayashi | Address Redacted | Email Address Redacted | Email |
| Katsumi Matsubayashi | Address Redacted | Email Address Redacted | Email |

**<u>EXHIBIT C</u>**

**Exhibit C**
**Service List**

| Name | Address | Method of Service |
|------|---------|-------------------|
| Cliff Andrusko | Address Redacted | First Class Mail |

**EXHIBIT D**

**Exhibit D**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Dex Wasylishyn | Address Redacted | Email Address Redacted | Email |

**<u>EXHIBIT E</u>**

**Exhibit E**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Z M Golam Dastagir | Address Redacted | Email Address Redacted | Email |
| Z M Golam Dastagir | Address Redacted | Email Address Redacted | Email |

**<u>EXHIBIT F</u>**

**Exhibit F**
**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Jennifer Lee Burns | Address Redacted | Email Address Redacted | Email |

**EXHIBIT G**

**Exhibit G**

**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Rishi P Sachdev | Address Redacted | Email Address Redacted | Email |

**<u>EXHIBIT H</u>**

**Exhibit H**

Service List

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Tinashe Simba Mudzinganyama | Address Redacted | Emai Address Redacted | Email |

**<u>EXHIBIT I</u>**

**Exhibit I**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Timothy Malloy | Address Redacted | Email Address Redacted | Email |

## **EXHIBIT J**

**Exhibit J**
**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Azim Ghader | Address Redacted | Email Address Redacted | Email |
| Azim Ghader | Address Redacted | Email Address Redacted | Email |

**<u>EXHIBIT K</u>**

**Exhibit K**
**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Diana Yan Chen | Address Redacted | Email Address Redacted | Email |
| Diana Yan Chen | Address Redacted | Email Address Redacted | Email |

**<u>EXHIBIT L</u>**

**Exhibit L**

**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Mckenzie Polite | Address Redacted | Email Address Redacted | Email |