**In re: Desolation Holdings LLC, et al.**



**Exhibit A1: Fees By Professional - Co-CROs**

**Berkeley Research Group, LLC**

For the Period 8/1/2023 through 8/31/2023

| Professional | Title | Hours | Fees |
|---|---|---|---|
| E. Hengel | Managing Director | 83.0 | |
| **Total** | | **83.0** | **$125,000.00** |

**In re: Desolation Holdings LLC, et al.**

**Exhibit A2: Fees By Professional - Additional Personnel**

# Berkeley Research Group, LLC

For the Period 8/1/2023 through 8/31/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Reeves | Director | $990.00 | 2.9 | $2,871.00 |
| H. Foard | Senior Managing Consultant | $755.00 | 3.5 | $2,642.50 |
| D. Collins | Senior Associate | $525.00 | 1.5 | $787.50 |
| C. Kolls | Associate | $425.00 | 25.9 | $11,007.50 |
| P. Chan | Associate | $425.00 | 12.7 | $5,397.50 |
| S. Claypoole | Associate | $450.00 | 202.3 | $91,035.00 |
| S. Pensavalli | Associate | $395.00 | 36.6 | $14,457.00 |
| M. Haverkamp | Case Manager | $350.00 | 10.3 | $3,605.00 |
| H. Henritzy | Case Assistant | $240.00 | 19.4 | $4,656.00 |
| M. Moulon | Case Assistant | $175.00 | 3.2 | $560.00 |
| **Total** | | | **318.3** | **$137,019.00** |
| **Blended Rate** | | | | **$430.47** |