**In re: Desolation Holdings LLC, et al.**

**Exhibit B1: Fees By Task Code - Co-CROs**



**Berkeley Research Group, LLC**

For the Period 8/1/2023 through 8/31/2023

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/ Disposition | 1.0 | |
| 04. DIP Financing | 6.0 | |
| 05. Professional Retention/ Fee Application Preparation | 5.0 | |
| 07. Interaction/ Meetings with Debtors/ Counsel | 3.0 | |
| 10. Recovery/ SubCon/ Lien Analysis | 8.0 | |
| 11. Claim Analysis/ Accounting | 7.0 | |
| 13. Intercompany Transactions/ Balances | 3.0 | |
| 18. Operating and Other Reports | 3.0 | |
| 19. Cash Flow/Cash Management/ Liquidity | 22.0 | |
| 27. Plan of Reorganization/ Disclosure Statement | 13.0 | |
| 31. Planning | 2.0 | |
| 36. Operation Management | 10.0 | |
| **Total** | **83.0** | **$125,000.00** |

**In re: Desolation Holdings LLC, et al.**

**Exhibit B2: Fees By Task Code - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 8/1/2023 through 8/31/2023

| Task Code | Hours | Fees |
|---|---|---|
| 04. DIP Financing | 20.0 | $9,000.00 |
| 05. Professional Retention/ Fee Application Preparation | 38.1 | $11,161.00 |
| 10. Recovery/ SubCon/ Lien Analysis | 5.7 | $2,565.00 |
| 11. Claim Analysis/ Accounting | 26.6 | $11,878.50 |
| 13. Intercompany Transactions/ Balances | 2.9 | $1,305.00 |
| 14. Executory Contracts/ Leases | 3.3 | $1,446.50 |
| 18. Operating and Other Reports | 33.6 | $16,335.50 |
| 19. Cash Flow/Cash Management/ Liquidity | 62.7 | $28,472.50 |
| 27. Plan of Reorganization/ Disclosure Statement | 70.2 | $31,016.50 |
| 31. Planning | 0.3 | $135.00 |
| 32. Document Review | 2.4 | $948.00 |
| 35. Employee Management/ Retention | 0.5 | $225.00 |
| 36. Operation Management | 50.9 | $22,035.50 |
| 37. Vendor Management | 1.1 | $495.00 |
| **Total** | **318.3** | **$137,019.00** |
| **Blended Rate** | | **$430.47** |