**In re: Desolation Holdings LLC, et al.**



## Exhibit C1: Time Detail - Co-CROs

### Berkeley Research Group, LLC

For the Period 8/1/2023 through 8/31/2023

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 8/28/2023 | E. Hengel | 1.0 | Corresponded with Bittrex (E. Havens) related to sale of remaining assets. |
| **Task Code Total Hours** | | **1.0** | |
| **04. DIP Financing** | | | |
| 8/1/2023 | E. Hengel | 1.0 | Edited DIP comparison materials in advance of meeting with Debtor Management. |
| 8/10/2023 | E. Hengel | 2.0 | Reviewed updated DIP budget and provided feedback to BRG (S. Claypoole). |
| 8/11/2023 | E. Hengel | 1.0 | Created alternate presentation of case expenses for benefit of DIP lenders. |
| 8/11/2023 | E. Hengel | 1.0 | Requested edits to DIP budget from BRG (S. Claypoole). |
| 8/14/2023 | E. Hengel | 1.0 | Edited DIP budget and distributed to DIP lender counsel. |
| **Task Code Total Hours** | | **6.0** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 8/7/2023 | E. Hengel | 1.0 | Provided comments to BRG (H. Henritzy) on May staffing report. |
| 8/8/2023 | E. Hengel | 1.5 | Reviewed May staffing report and posed questions to BRG (M. Haverkamp). |
| 8/8/2023 | E. Hengel | 0.5 | Prepared comments for BRG (H. Henritzy) on May staffing report. |
| 8/9/2023 | E. Hengel | 1.0 | Reviewed final draft of May staffing report. |
| 8/24/2023 | E. Hengel | 1.0 | Reviewed June staffing report in advance of filing. |
| **Task Code Total Hours** | | **5.0** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 8/1/2023 | E. Hengel | 1.0 | Participated in call with Quinn Emanuel (P. Tomasco) and Bittrex (R. Lai, J. Waschak, S. Lasseter) to discuss case update. |

Berkeley Research Group, LLC                                              Invoice for the 8/1/2023 - 8/31/2023 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 8/22/2023 | E. Hengel | 1.0 | Participated in weekly call with Quinn Emanuel (P. Tomasco) and the Bittrex (R. Lai) regarding case progress and timeline. |
| 8/29/2023 | E. Hengel | 1.0 | Prepared for and participated in weekly call with Quinn Emanuel (P. Tomasco) and the Bittrex (R. Lai, J. Waschak, S. Lasseter) case updates and key workstreams ahead of confirmation. |
| *Task Code Total Hours* | | **3.0** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 8/2/2023 | E. Hengel | 1.0 | Reviewed comparable case distribution mechanics to determine applicability to Bittrex. |
| 8/3/2023 | E. Hengel | 2.0 | Corresponded with Quinn Emanuel (P. Tomasco) and Debtors regarding creditor outreach. |
| 8/4/2023 | E. Hengel | 1.0 | Reviewed inquiries from creditors. |
| 8/10/2023 | E. Hengel | 1.0 | Reviewed claim information based on creditor inquiries. |
| 8/23/2023 | E. Hengel | 1.0 | Reviewed inbound inquiries from creditors and corresponded with Bittrex (P. Arthur) to respond. |
| 8/25/2023 | E. Hengel | 1.0 | Reviewed inbound inquiries from creditors and corresponded with Bittrex (P. Arthur) to respond. |
| 8/30/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries. |
| *Task Code Total Hours* | | **8.0** | |
| **11. Claim Analysis/ Accounting** | | | |
| 8/11/2023 | E. Hengel | 1.0 | Reviewed filings from regulatory agencies re: administrative complaints. |
| 8/18/2023 | E. Hengel | 2.0 | Reviewed filings related to regulatory claims and related settlements. |
| 8/22/2023 | E. Hengel | 2.0 | Reviewed claim detail provided by Quinn Emanuel (P. Tomasco) and indemnification issues. |
| 8/23/2023 | E. Hengel | 1.0 | Reviewed and responded to indemnification issues. |
| 8/30/2023 | E. Hengel | 1.0 | Reviewed claims summary prepared by BRG (S. Claypoole). |
| *Task Code Total Hours* | | **7.0** | |
| **13. Intercompany Transactions/ Balances** | | | |
| 8/21/2023 | E. Hengel | 1.0 | Reviewed reimbursement detail related to intercompany transfers. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **13. Intercompany Transactions/ Balances** | | | |
| 8/28/2023 | E. Hengel | 1.0 | Reviewed intercompany agreement for reimbursement procedures. |
| 8/29/2023 | E. Hengel | 1.0 | Reviewed intercompany agreements for reimbursement purposes. |
| **Task Code Total Hours** | | **3.0** | |
| **18. Operating and Other Reports** | | | |
| 8/23/2023 | E. Hengel | 2.0 | Reviewed July MOR draft and provided comments to BRG (S. Claypoole). |
| 8/24/2023 | E. Hengel | 1.0 | Reviewed updated July MOR draft and provided additional comments to BRG (S. Claypoole). |
| **Task Code Total Hours** | | **3.0** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 8/1/2023 | E. Hengel | 1.0 | Prepared cash and liquidity update summary in advance of 8/1 meeting with Debtor Management. |
| 8/1/2023 | E. Hengel | 1.0 | Reviewed and approved proposed cash disbursements for week of 8/1. |
| 8/1/2023 | E. Hengel | 1.0 | Reviewed and edited updated cash forecast through end of October. |
| 8/1/2023 | E. Hengel | 1.0 | Reviewed input from Quinn Emanuel (P. Tomasco) regarding banking issues. |
| 8/2/2023 | E. Hengel | 2.0 | Reviewed and suggested changes to revised cash management order to YCST (K. Enos). |
| 8/2/2023 | E. Hengel | 1.0 | Participated in call with Quinn Emanuel (P. Tomasco) and Bittrex (R. Lai, J. Waschak, S. Lasseter) to discuss banking issues. |
| 8/2/2023 | E. Hengel | 1.0 | Reviewed bank account motion drafts. |
| 8/2/2023 | E. Hengel | 1.0 | Reviewed banking progress and discussed with BRG (S. Claypoole). |
| 8/2/2023 | E. Hengel | 1.0 | Reviewed banking transition timeline provided by BRG (S. Claypoole). |
| 8/3/2023 | E. Hengel | 2.0 | Reviewed and provided comments to BRG (S. Claypoole) regarding cash forecast through end of October. |
| 8/3/2023 | E. Hengel | 2.0 | Reviewed July cash variance report and provided comments to BRG (S. Claypoole). |
| 8/3/2023 | E. Hengel | 1.0 | Reviewed proposed edits to cash management motion. |
| 8/4/2023 | E. Hengel | 1.0 | Reviewed Court filings related to cash management and professional fees. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 8/4/2023 | E. Hengel | 1.0 | Reviewed July cash variance report and provided comments to BRG (S. Claypoole). |
| 8/10/2023 | E. Hengel | 1.0 | Reviewed cash variance activity for July and provided feedback to BRG (S. Claypoole). |
| 8/10/2023 | E. Hengel | 1.0 | Reviewed progress on banking issues. |
| 8/22/2023 | E. Hengel | 1.0 | Reviewed progress on bank account openings and provided update to Quinn Emanuel (P. Tomasco). |
| 8/30/2023 | E. Hengel | 1.0 | Reviewed and commented on August DIP variance report. |
| 8/30/2023 | E. Hengel | 1.0 | Reviewed bank account motions. |
| **Task Code Total Hours** | | **22.0** | |
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 8/4/2023 | E. Hengel | 1.0 | Reviewed progress on Disclosure Statement and provided feedback to BRG (S. Claypoole). |
| 8/9/2023 | E. Hengel | 1.0 | Reviewed Disclosure Statement drafts and provided feedback to BRG (S. Claypoole). |
| 8/14/2023 | E. Hengel | 1.0 | Corresponded with Quinn Emanuel (P. Tomasco) regarding Disclosure Statement items. |
| 8/15/2023 | E. Hengel | 2.0 | Reviewed liquidation analysis detail and provided comments. |
| 8/16/2023 | E. Hengel | 1.0 | Reviewed liquidation analysis detail and provided comments to BRG (S. Claypoole). |
| 8/17/2023 | E. Hengel | 1.0 | Reviewed notices received from regulatory agencies regarding the Plan. |
| 8/24/2023 | E. Hengel | 2.0 | Reviewed Disclosure Statement draft sent by Quinn Emanuel (P. Tomasco) on 8/24. |
| 8/25/2023 | E. Hengel | 2.0 | Reviewed updated Disclosure Statement detail in advance of filing and provided comments to Counsel. |
| 8/25/2023 | E. Hengel | 1.0 | Reviewed Plan treatment of smaller claim amounts and impact on case expenses. |
| 8/31/2023 | E. Hengel | 1.0 | Reviewed summary of key milestones in Plan/Disclosure Statement. |
| **Task Code Total Hours** | | **13.0** | |
| **31. Planning** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **31. Planning** | | | |
| 8/15/2023 | E. Hengel | 1.0 | Reviewed and updated staffing work plan. |
| 8/17/2023 | E. Hengel | 1.0 | Updated staffing work plan based on recent case developments. |
| **Task Code Total Hours** | | **2.0** | |
| **36. Operation Management** | | | |
| 8/1/2023 | E. Hengel | 1.0 | Reviewed OCP payment summary provided by BRG (S. Claypoole). |
| 8/7/2023 | E. Hengel | 1.0 | Reviewed A/P for payment approval for week of 8/7. |
| 8/8/2023 | E. Hengel | 1.0 | Reviewed invoices for payment. |
| 8/15/2023 | E. Hengel | 1.0 | Reviewed proposed payments and other cash items. |
| 8/21/2023 | E. Hengel | 1.0 | Reviewed invoice detail provided by Bittrex (C. Koukos). |
| 8/22/2023 | E. Hengel | 1.0 | Reviewed payment approvals corresponded with BRG (S. Claypoole) on the same. |
| 8/24/2023 | E. Hengel | 1.0 | Reviewed payment approvals and provided feedback to BRG (S. Claypoole). |
| 8/29/2023 | E. Hengel | 2.0 | Reviewed asset management plans going forward at Company's request. |
| 8/29/2023 | E. Hengel | 1.0 | Reviewed A/P for payment and participated in weekly cash call with Bittrex (S. Lasseter, C. Koukos). |
| **Task Code Total Hours** | | **10.0** | |
| **Total Hours** | | **83.0** | |

In re: Desolation Holdings LLC, et al.

## Exhibit C2: Time Detail - Additional Personnel

**Berkeley Research Group, LLC**

For the Period 8/1/2023 through 8/31/2023

| Date | Professional | Hours | Description |
|---|---|---|---|
| **04. DIP Financing** | | | |
| 8/9/2023 | S. Claypoole | 2.9 | Prepared DIP budget reforecast. |
| 8/9/2023 | S. Claypoole | 2.8 | Continued to prepare DIP budget reforecast. |
| 8/10/2023 | S. Claypoole | 2.7 | Updated DIP budget reforecast to reflect feedback from BRG (E. Hengel). |
| 8/10/2023 | S. Claypoole | 2.6 | Continued to update DIP budget reforecast to reflect feedback from BRG (E. Hengel). |
| 8/11/2023 | S. Claypoole | 2.9 | Prepared DIP budget reforecast presentation for Management. |
| 8/11/2023 | S. Claypoole | 2.8 | Revised DIP budget reforecast based on additional feedback from BRG (E. Hengel). |
| 8/11/2023 | S. Claypoole | 1.1 | Revised DIP budget reforecast presentation for Management. |
| 8/14/2023 | S. Claypoole | 1.6 | Edited DIP budget reforecast for lenders. |
| 8/31/2023 | S. Claypoole | 0.6 | Reviewed terms of DIP Financing Agreement for payment timing. |
| **Task Code Total Hours** | | **20.0** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 8/2/2023 | M. Haverkamp | 2.4 | Edited May staffing report. |
| 8/3/2023 | M. Haverkamp | 1.9 | Edited May staffing report. |
| 8/4/2023 | M. Moulon | 2.9 | Prepared May staffing report. |
| 8/4/2023 | H. Henritzy | 2.9 | Prepared May staffing report. |
| 8/4/2023 | H. Henritzy | 2.1 | Continued to prepare May staffing report. |
| 8/4/2023 | M. Moulon | 0.3 | Edited May staffing report. |
| 8/7/2023 | H. Henritzy | 2.1 | Prepared May staffing report. |
| 8/7/2023 | M. Haverkamp | 0.5 | Reviewed updated May staffing report. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 8/7/2023 | M. Haverkamp | 0.4 | Edited June staffing report. |
| 8/8/2023 | H. Henritzy | 1.8 | Edited Bittrex May staffing report based on comments from BRG (E. Hengel). |
| 8/8/2023 | H. Henritzy | 0.8 | Edited May staffing report based on internal comments. |
| 8/8/2023 | S. Claypoole | 0.8 | Reviewed May monthly staffing report draft. |
| 8/8/2023 | M. Haverkamp | 0.4 | Reviewed updated May staffing report. |
| 8/9/2023 | H. Henritzy | 0.9 | Edited May staffing report based on comments from BRG (E. Hengel). |
| 8/15/2023 | M. Haverkamp | 2.1 | Edited June staffing report. |
| 8/16/2023 | M. Haverkamp | 1.8 | Edited June staffing report. |
| 8/16/2023 | S. Claypoole | 0.2 | Corresponded via email with BRG (M. Haverkamp) regarding BRG June staffing report. |
| 8/18/2023 | M. Haverkamp | 0.5 | Edited June staffing report. |
| 8/22/2023 | S. Claypoole | 1.3 | Prepared BRG June Staffing Report. |
| 8/23/2023 | H. Henritzy | 1.2 | Prepared June staffing report. |
| 8/24/2023 | H. Henritzy | 0.9 | Edited June staffing report based on comments from BRG (S. Claypoole, E. Hengel). |
| 8/24/2023 | S. Claypoole | 0.9 | Reviewed draft of BRG June Staffing Report sent by BRG (M. Haverkamp) on 8/24. |
| 8/24/2023 | H. Henritzy | 0.6 | Prepared July staffing report. |
| 8/24/2023 | S. Claypoole | 0.3 | Prepared comments for BRG (H. Henritzy) on BRG June Staffing Report. |
| 8/24/2023 | M. Haverkamp | 0.3 | Reviewed updated June staffing report. |
| 8/24/2023 | S. Claypoole | 0.2 | Corresponded via email with BRG (M. Haverkamp) regarding BRG June Staffing Report. |
| 8/25/2023 | H. Henritzy | 0.2 | Edited June staffing report for filing. |
| 8/28/2023 | S. Claypoole | 1.5 | Prepared July fee application. |
| 8/30/2023 | H. Henritzy | 2.9 | Prepared July staffing report. |
| 8/30/2023 | H. Henritzy | 1.8 | Continued to prepare July staffing report. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 8/31/2023 | H. Henritzy | 1.2 | Prepared July staffing report. |
| **Task Code Total Hours** | | **38.1** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 8/3/2023 | S. Claypoole | 0.7 | Reviewed Company books and records in response to creditor inquiry. |
| 8/8/2023 | S. Claypoole | 2.8 | Analyzed latest coin holdings to assess withdrawal levels to date. |
| 8/17/2023 | S. Claypoole | 1.4 | Reviewed Company books and records in response to miscellaneous creditor inquiries. |
| 8/23/2023 | S. Claypoole | 0.4 | Analyzed Company books and records to match customer details to a creditor inquiry. |
| 8/24/2023 | S. Claypoole | 0.4 | Reviewed Company books and records for customer coin holdings in response to inquiry from said customer. |
| **Task Code Total Hours** | | **5.7** | |
| **11. Claim Analysis/ Accounting** | | | |
| 8/1/2023 | C. Kolls | 2.3 | Reviewed total customer claims to compare to scheduled claim amounts. |
| 8/1/2023 | C. Kolls | 1.4 | Analyzed invoices relating to claims filed by non-customers. |
| 8/2/2023 | C. Kolls | 1.8 | Reviewed invoices relating to claims filed by non-customers. |
| 8/3/2023 | C. Kolls | 2.4 | Compiled non-customer claims to present to Company. |
| 8/3/2023 | C. Kolls | 2.1 | Continued to compile non-customer claims to present to Company. |
| 8/3/2023 | S. Claypoole | 0.9 | Reviewed prepetition vendor invoice to be added to claims pool. |
| 8/4/2023 | C. Kolls | 2.3 | Compiled customer claims for presentation to Company finance team. |
| 8/4/2023 | S. Claypoole | 2.1 | Reviewed books and records in relation to customer claim inquiries. |
| 8/4/2023 | S. Claypoole | 0.4 | Corresponded via email with Quinn Emanuel (R. Izakelian) regarding claims. |
| 8/10/2023 | S. Claypoole | 0.5 | Discussed prepetition vendor invoice for claims pool with Bittrex (C. Koukos). |
| 8/11/2023 | S. Claypoole | 0.7 | Analyzed government tax claims. |
| 8/14/2023 | C. Reeves | 0.4 | Analyzed Bittrex Malta provisional tax claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 8/18/2023 | S. Claypoole | 1.6 | Analyzed various claims filed against BUS. |
| 8/22/2023 | S. Claypoole | 2.3 | Created summary of relevant information in relation to top 5 customer claims in response to request from Quinn Emanuel (P. Tomasco). |
| 8/22/2023 | S. Claypoole | 0.7 | Updated top 5 customer claim summary to reflect information provided by Bittrex (H. Lawani). |
| 8/22/2023 | S. Claypoole | 0.3 | Discussed top 5 customer claims data with Bittrex (S. James, H. Lawani). |
| 8/24/2023 | S. Claypoole | 0.2 | Corresponded via email with Bittrex (P. Arthur, K. Hamilton) regarding customer claim inquiry. |
| 8/24/2023 | S. Claypoole | 0.1 | Corresponded with Omni (B. Whitaker) re: claims. |
| 8/28/2023 | S. Claypoole | 2.6 | Summarized claims filed as of 8/28 ahead of weekly Management call on 8/29. |
| 8/30/2023 | S. Claypoole | 0.9 | Prepared list of topics and questions ahead of claims call with Quinn Emanuel tentatively scheduled for 8/31. |
| 8/30/2023 | S. Claypoole | 0.3 | Corresponded via email with BRG (E. Hengel) regarding the claims bar date. |
| 8/31/2023 | S. Claypoole | 0.3 | Corresponded via email with Omni (B. Whitaker) re: claims. |
| **Task Code Total Hours** | | **26.6** | |
| **13. Intercompany Transactions/ Balances** | | | |
| 8/1/2023 | S. Claypoole | 1.3 | Analyzed intercompany related disbursements to calculate reimbursements owed. |
| 8/14/2023 | S. Claypoole | 0.9 | Reviewed intercompany related disbursements. |
| 8/28/2023 | S. Claypoole | 0.7 | Reviewed intercompany agreement to assess ability to sell assets. |
| **Task Code Total Hours** | | **2.9** | |
| **14. Executory Contracts/ Leases** | | | |
| 8/3/2023 | S. Claypoole | 1.2 | Reviewed sublease contract for payment terms. |
| 8/29/2023 | S. Claypoole | 1.2 | Prepared estimate of potential lease rejection damages. |
| 8/29/2023 | S. Pensavalli | 0.7 | Analyzed common area maintenance policies in relation to contract rejection damages. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **14. Executory Contracts/ Leases** | | | |
| 8/29/2023 | S. Claypoole | 0.2 | Corresponded via email with Quinn Emanuel (R. Izakelian) regarding lease rejection damages. |
| *Task Code Total Hours* | | **3.3** | |
| **18. Operating and Other Reports** | | | |
| 8/16/2023 | C. Kolls | 2.3 | Compiled templates for July MORs for all Debtor entities. |
| 8/17/2023 | S. Claypoole | 1.6 | Prepared templates for July MOR. |
| 8/18/2023 | S. Claypoole | 1.5 | Analyzed Company financial data for July MOR. |
| 8/21/2023 | S. Claypoole | 2.5 | Analyzed Desolation Holdings July financial statements in order to complete July MOR. |
| 8/21/2023 | S. Claypoole | 1.4 | Analyzed 7/31 Malta Ltd coin holdings data for balance sheet for July MOR. |
| 8/21/2023 | S. Claypoole | 1.3 | Analyzed 7/31 BUS coin holdings data for balance sheet for July MOR. |
| 8/21/2023 | S. Claypoole | 1.2 | Analyzed Malta Holdings July financial statements in order to complete schedules for July MOR. |
| 8/21/2023 | S. Claypoole | 1.2 | Prepared MOR PDFs for the period ended 7/31. |
| 8/21/2023 | S. Claypoole | 0.9 | Populated cash activity schedule for BUS July MOR based on bank account detail provided by Bittrex (C. Belling). |
| 8/21/2023 | S. Claypoole | 0.8 | Updated MOR Global Notes for relevance based on July activity. |
| 8/21/2023 | S. Claypoole | 0.6 | Populated bank account balance schedule on BUS July MOR draft. |
| 8/21/2023 | S. Claypoole | 0.4 | Corresponded via email with Bittrex (C. Belling) regarding bank detail for July MOR. |
| 8/21/2023 | S. Claypoole | 0.3 | Corresponded via email with YCST (J. Brooks) regarding filing of July MOR. |
| 8/22/2023 | S. Claypoole | 1.6 | Prepared responses to questions from BRG (C. Reeves) on July MOR drafts. |
| 8/22/2023 | C. Reeves | 1.0 | Analyzed draft July MORs. |
| 8/22/2023 | C. Reeves | 1.0 | Prepared feedback for BRG (S. Claypoole) on July MORs. |
| 8/22/2023 | S. Claypoole | 0.9 | Prepared summary of outstanding professional fees for accrual on July financial statements for MOR. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 8/22/2023 | S. Claypoole | 0.7 | Drafted memo to Bittrex finance team (S. Lasseter, C. Koukos) regarding professional fee accruals for July MOR financial statements. |
| 8/22/2023 | S. Claypoole | 0.3 | Corresponded via email with BRG (C. Reeves) regarding Desolation Holdings July MOR. |
| 8/22/2023 | S. Claypoole | 0.2 | Corresponded via email with Bittrex (D. Dreslin) regarding payroll taxes for BUS July MOR. |
| 8/23/2023 | S. Claypoole | 2.4 | Analyzed impact of change in crypto prices during month of July for BUS and Malta Ltd. MOR schedules. |
| 8/23/2023 | S. Pensavalli | 1.4 | Continued to summarize key findings from the draft Disclosure Statement for BRG team. |
| 8/23/2023 | S. Claypoole | 1.3 | Analyzed impact of customer withdrawals during month of July for BUS and Malta Ltd MOR schedules. |
| 8/24/2023 | S. Claypoole | 2.3 | Revised July MOR drafts to incorporate feedback from BRG (E. Hengel). |
| 8/24/2023 | S. Claypoole | 1.7 | Reviewed final July MOR drafts for quality control issues ahead of circulation to Quinn Emanuel for review. |
| 8/24/2023 | S. Claypoole | 1.1 | Updated MOR Global Notes to reflect change in crypto prices during July. |
| 8/24/2023 | S. Claypoole | 0.6 | Updated BUS July MOR draft to reflect payroll tax data sent by Bittrex (D. Madigan). |
| 8/24/2023 | C. Reeves | 0.5 | Prepared responses to BRG team questions on July MORs. |
| 8/24/2023 | S. Claypoole | 0.4 | Drafted memo to Quinn Emanuel (P. Tomasco) regarding July MOR drafts. |
| 8/24/2023 | S. Claypoole | 0.2 | Corresponded via email with YCST (K. Enos) regarding filing of July MOR. |
| **Task Code Total Hours** | | **33.6** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 8/1/2023 | S. Claypoole | 2.3 | Reviewed cash activity for week of 7/24. |
| 8/1/2023 | S. Claypoole | 2.2 | Updated cash forecast for recent cash activity. |
| 8/1/2023 | S. Claypoole | 1.8 | Reviewed draft cash management motions sent by Quinn Emanuel (P. Tomasco). |
| 8/1/2023 | C. Kolls | 1.8 | Reviewed weekly disbursements paid by Bittrex Inc. on behalf of non-debtor entities since the petition date. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 8/2/2023 | S. Claypoole | 2.2 | Reviewed 345 extension motions from Quinn Emanuel. |
| 8/2/2023 | C. Kolls | 2.2 | Reviewed drafts of multiple potential motions relating to transfer of bank accounts. |
| 8/2/2023 | S. Claypoole | 1.8 | Prepared timeline of bank account correspondences for cash management motion. |
| 8/2/2023 | S. Claypoole | 1.7 | Reviewed updated cash management motion from Quinn Emanuel. |
| 8/2/2023 | S. Claypoole | 1.3 | Prepared timeline of bank account updates for BRG (E. Hengel). |
| 8/2/2023 | C. Kolls | 1.2 | Analyzed bank account transfer status. |
| 8/2/2023 | H. Foard | 0.9 | Drafted July '23 variance report. |
| 8/2/2023 | S. Claypoole | 0.9 | Prepared banking update for Quinn Emanuel (P. Tomasco, R. Izakelian). |
| 8/2/2023 | S. Claypoole | 0.6 | Discussed banking progress with BRG (E. Hengel). |
| 8/2/2023 | S. Claypoole | 0.5 | Discussed bank account updates with Bittrex (L. Tessaro, S. Lasseter). |
| 8/2/2023 | S. Claypoole | 0.5 | Participated in follow-up call with Bittrex (L. Tessaro) regarding banking issues. |
| 8/2/2023 | H. Foard | 0.3 | Drafted narrative for July '23 variance report. |
| 8/2/2023 | S. Claypoole | 0.1 | Corresponded with BRG (H. Foard) re: FBO banking partner issues. |
| 8/2/2023 | H. Foard | 0.1 | Corresponded with BRG (S. Claypoole) re: FBO banking partner issues. |
| 8/3/2023 | S. Claypoole | 2.6 | Edited July '23 variance report. |
| 8/3/2023 | S. Claypoole | 0.9 | Reviewed updated 345 extension motion draft. |
| 8/3/2023 | S. Claypoole | 0.8 | Prepared questions for BRG (H. Foard) regarding July variance reporting package. |
| 8/3/2023 | H. Foard | 0.8 | Revised draft of July '23 variance report. |
| 8/3/2023 | H. Foard | 0.7 | Attended meeting with BRG (S. Claypoole) to discuss July variance reporting package. |
| 8/3/2023 | S. Claypoole | 0.7 | Discussed July variance reporting package with BRG (H. Foard). |
| 8/3/2023 | S. Claypoole | 0.5 | Discussed cash-related issues with Bittrex (S. Lasseter). |

Berkeley Research Group, LLC                    Invoice for the 8/1/2023 - 8/31/2023 Period

Page 7 of 15

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 8/3/2023 | S. Claypoole | 0.4 | Corresponded with Bittrex (C. Belling) regarding bank account balances. |
| 8/3/2023 | H. Foard | 0.4 | Drafted responses to BRG (S. Claypoole) questions re: July variance reporting package. |
| 8/4/2023 | S. Claypoole | 1.8 | Revised July variance report to reflect feedback from BRG (E. Hengel). |
| 8/4/2023 | S. Claypoole | 1.4 | Edited July variance report. |
| 8/4/2023 | S. Claypoole | 0.2 | Prepared July variance report for distribution to Counsel. |
| 8/7/2023 | S. Claypoole | 0.3 | Corresponded via email with Bittrex (C. Belling) regarding cash activity through 8/6. |
| 8/8/2023 | S. Claypoole | 2.2 | Reviewed bank account activity through 8/6 sent by Bittrex (C. Belling). |
| 8/8/2023 | S. Claypoole | 1.7 | Analyzed cash movement in July based on bank detail from Bittrex (C. Belling) for July cash report. |
| 8/22/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (R. Izakelian) regarding professional fee estimates for cash budgeting purposes. |
| 8/22/2023 | S. Pensavalli | 0.3 | Participated in call with Bittrex (S. Lasseter, C. Koukos) regarding bank accounts. |
| 8/22/2023 | S. Claypoole | 0.2 | Corresponded via email with YCST (J. Brooks) regarding professional fee estimates for cash budgeting purposes. |
| 8/24/2023 | S. Pensavalli | 2.9 | Analyzed Court dockets for professional payments analysis. |
| 8/24/2023 | S. Pensavalli | 1.1 | Continued to analyze Court dockets for professional payments analysis. |
| 8/24/2023 | S. Claypoole | 0.6 | Drafted memo to Bittrex (C. Koukos) regarding professional fee payments to be made on 8/24. |
| 8/24/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (P. Tomasco) and K. Enos (YCST) regarding timing of payments to professionals. |
| 8/25/2023 | S. Pensavalli | 2.5 | Analyzed Court dockets for professional payments analysis. |
| 8/28/2023 | S. Pensavalli | 2.6 | Updated professional fee payment tracker to reflect feedback from BRG (S. Claypoole). |
| 8/28/2023 | S. Pensavalli | 1.3 | Continued to update professional fee payment tracker to reflect feedback from BRG (S. Claypoole). |
| 8/28/2023 | S. Claypoole | 0.8 | Prepared feedback for BRG (S. Pensavalli) on professional fee payment tracker. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 8/29/2023 | S. Claypoole | 1.7 | Analyzed August bank account activity provided by Bittrex (C. Belling) for variance report. |
| 8/29/2023 | S. Claypoole | 0.4 | Corresponded via email with YCST (R. Lamb) regarding CNOs for professional fee payments. |
| 8/29/2023 | S. Claypoole | 0.3 | Corresponded via email with Bittrex (C. Belling) regarding August bank activity. |
| 8/29/2023 | S. Claypoole | 0.3 | Corresponded via email with BRG (C. Reeves) regarding timing of professional fee payments. |
| 8/30/2023 | S. Claypoole | 2.8 | Analyzed bank account activity for August variance report. |
| 8/30/2023 | S. Claypoole | 2.6 | Drafted August '23 variance report. |
| 8/30/2023 | S. Claypoole | 2.4 | Continued to draft August '23 variance report. |
| 8/30/2023 | S. Claypoole | 0.2 | Emailed with Bittrex (C. Belling) regarding cash activity for August variance report. |
| 8/31/2023 | S. Claypoole | 1.3 | Updated August variance report to reflect feedback from BRG (E. Hengel). |
| **Task Code Total Hours** | | **62.7** | |
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 8/4/2023 | S. Claypoole | 0.7 | Updated best interest test for Disclosure Statement based on latest Company activity. |
| 8/7/2023 | S. Claypoole | 2.9 | Updated best interest test for Disclosure Statement based on conversation with Quinn Emanuel (R. Izakelian, A. Jaquet). |
| 8/7/2023 | S. Claypoole | 2.8 | Continued to update best interest test for Disclosure Statement based on conversation with Quinn Emanuel (R. Izakelian, A. Jaquet). |
| 8/7/2023 | C. Kolls | 2.2 | Reviewed draft of the Disclosure Statement. |
| 8/7/2023 | S. Claypoole | 0.5 | Participated in call with Quinn Emanuel (R. Izakelian, A. Jaquet) regarding Disclosure Statement. |
| 8/9/2023 | S. Claypoole | 2.1 | Reviewed latest Disclosure Statement drafts. |
| 8/9/2023 | S. Claypoole | 1.4 | Edited liquidation analysis for Disclosure Statement. |
| 8/14/2023 | S. Claypoole | 2.7 | Updated best interests test for Disclosure Statement based on latest claims data. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 8/14/2023 | S. Claypoole | 0.7 | Prepared update for BRG (E. Hengel) regarding liquidation analysis for Disclosure Statement. |
| 8/15/2023 | S. Claypoole | 2.8 | Revised Exhibit D output in liquidation analysis for Disclosure Statement. |
| 8/15/2023 | S. Claypoole | 2.3 | Updated liquidation analysis for latest BUS crypto holdings. |
| 8/15/2023 | S. Claypoole | 2.1 | Updated liquidation analysis for latest Malta crypto holdings. |
| 8/15/2023 | D. Collins | 1.2 | Prepared feedback for BRG (S. Claypoole) on liquidation analysis. |
| 8/15/2023 | S. Claypoole | 1.2 | Prepared list of outstanding items/questions for liquidation analysis. |
| 8/15/2023 | S. Claypoole | 1.0 | Updated assumptions tab of liquidation analysis based on recent changes. |
| 8/15/2023 | D. Collins | 0.3 | Revised liquidation analysis. |
| 8/16/2023 | S. Claypoole | 2.9 | Updated liquidation analysis to reflect feedback from Quinn Emanuel (P. Tomasco). |
| 8/16/2023 | S. Claypoole | 2.8 | Continued to update liquidation analysis to reflect feedback from Quinn Emanuel (P. Tomasco). |
| 8/16/2023 | C. Kolls | 2.2 | Reviewed updated draft of the Disclosure Statement. |
| 8/16/2023 | C. Kolls | 1.7 | Reviewed draft of the liquidation analysis with updated coin pricing. |
| 8/16/2023 | S. Claypoole | 1.3 | Prepared responses to comments from BRG (D. Collins) on the liquidation analysis for the Disclosure Statement. |
| 8/16/2023 | S. Claypoole | 0.8 | Analyzed variances related to coin holdings for liquidation analysis for Disclosure Statement. |
| 8/16/2023 | S. Claypoole | 0.2 | Prepared draft of liquidation analysis for Disclosure Statement for distribution to Quinn Emanuel team. |
| 8/17/2023 | S. Claypoole | 2.3 | Analyzed impact of change in crypto prices for Disclosure Statement liquidation analysis. |
| 8/18/2023 | S. Claypoole | 1.3 | Analyzed impact of change in crypto prices for Disclosure Statement liquidation analysis in response to questions from Quinn Emanuel (P. Tomasco). |
| 8/23/2023 | S. Pensavalli | 2.9 | Summarized key findings from the draft Disclosure Statement for BRG team. |
| 8/23/2023 | S. Claypoole | 2.6 | Reviewed Disclosure Statement draft sent by Quinn Emanuel (P. Tomasco) on 8/22. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 8/24/2023 | S. Claypoole | 2.8 | Reviewed latest Disclosure Statement draft redline sent by Quinn Emanuel on 8/24. |
| 8/24/2023 | S. Pensavalli | 2.5 | Summarized draft Disclosure Statement key milestones for BRG team. |
| 8/25/2023 | S. Claypoole | 2.6 | Reviewed updated Plan of Liquidation draft sent by Quinn Emanuel on 8/24. |
| 8/25/2023 | S. Claypoole | 2.2 | Continued to review draft Disclosure Statement sent by Quinn Emanuel (P. Tomasco) on 8/24. |
| 8/25/2023 | S. Claypoole | 1.8 | Prepared list of questions and comments for Quinn Emanuel on 8/24 Disclosure Statement draft. |
| 8/25/2023 | S. Claypoole | 0.8 | Updated best interests test exhibit to reflect language in latest Disclosure Statement draft. |
| 8/25/2023 | S. Claypoole | 0.7 | Discussed treatment of de minimis coin holdings with Bittrex (S. James, H. Lawani) for the Plan and Disclosure Statement. |
| 8/25/2023 | S. Claypoole | 0.7 | Reviewed filed Disclosure Statement (Docket 294). |
| 8/25/2023 | S. Claypoole | 0.5 | Corresponded with BRG (E. Hengel) regarding suggested edits to the Disclosure Statement. |
| 8/25/2023 | S. Claypoole | 0.3 | Corresponded with Bittrex (C. Koukos) regarding amount of outstanding A/P for inclusion in Disclosure Statement. |
| 8/29/2023 | S. Claypoole | 2.4 | Reviewed Plan and Disclosure Statement for key case milestones and upcoming deadlines. |
| 8/29/2023 | S. Claypoole | 0.7 | Discussed key milestones in Plan and Disclosure Statement with BRG (S. Pensavalli). |
| 8/29/2023 | S. Pensavalli | 0.7 | Participated in meeting with BRG (S. Claypoole) re: key milestones outlined in Plan and Disclosure Statement. |
| 8/30/2023 | S. Pensavalli | 2.2 | Analyzed the plan of liquidation for key case milestones. |
| 8/30/2023 | S. Pensavalli | 1.4 | Created a summary of key dates and information contained in the Plan. |
| **Task Code Total Hours** | | **70.2** | |
| **31. Planning** | | | |
| 8/28/2023 | S. Claypoole | 0.3 | Corresponded via email with BRG (E. Hengel) regarding key workstreams for week of 8/28. |
| **Task Code Total Hours** | | **0.3** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **32. Document Review** | | | |
| 8/22/2023 | S. Pensavalli | 2.4 | Prepared summary of recent case filings through Omni reports. |
| **Task Code Total Hours** | | **2.4** | |
| **35. Employee Management/ Retention** | | | |
| 8/17/2023 | S. Claypoole | 0.5 | Reviewed various correspondences between BRG, Quinn Emanuel, and Company regarding non-debtor employee matters. |
| **Task Code Total Hours** | | **0.5** | |
| **36. Operation Management** | | | |
| 8/1/2023 | S. Claypoole | 0.9 | Prepared documents needed for master invoice tracker. |
| 8/1/2023 | P. Chan | 0.6 | Updated invoice tracker with Company provided data as of 7/31. |
| 8/1/2023 | S. Claypoole | 0.5 | Participated in weekly invoice call with Bittrex (S. Lasseter, C. Koukos). |
| 8/1/2023 | S. Claypoole | 0.4 | Corresponded with Quinn Emanuel (R. Izakelian) regarding OCP invoice. |
| 8/1/2023 | H. Foard | 0.3 | Analyzed the proposed weekly invoices for week of 7/31. |
| 8/1/2023 | S. Claypoole | 0.3 | Corresponded via email with Bittrex (C. Koukos) regarding week of 9/30 invoices. |
| 8/1/2023 | S. Claypoole | 0.2 | Emailed with Bittrex (C. Koukos) regarding an August invoice to be paid. |
| 8/2/2023 | P. Chan | 1.3 | Updated invoice tracker with Company provided data as of 7/24. |
| 8/2/2023 | P. Chan | 1.1 | Updated invoice tracker with Company provided data as of 6/12. |
| 8/2/2023 | P. Chan | 1.1 | Updated invoice tracker with Company provided data as of 6/26. |
| 8/2/2023 | P. Chan | 0.8 | Updated invoice tracker with Company provided data as of 6/19. |
| 8/2/2023 | P. Chan | 0.8 | Updated invoice tracker with Company provided data as of 7/10. |
| 8/2/2023 | P. Chan | 0.8 | Updated invoice tracker with Company provided data as of 7/17. |
| 8/2/2023 | P. Chan | 0.8 | Updated invoice tracker with Company provided data as of 7/31. |
| 8/2/2023 | P. Chan | 0.7 | Updated invoice tracker with Company provided data as of 7/3. |
| 8/2/2023 | S. Claypoole | 0.6 | Discussed invoice tracker with BRG (P. Chan). |
| 8/2/2023 | P. Chan | 0.6 | Met with BRG (S. Claypoole) re: invoice tracker. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **36. Operation Management** | | | |
| 8/2/2023 | S. Claypoole | 0.6 | Reviewed invoice tracker draft. |
| 8/4/2023 | S. Claypoole | 0.5 | Discussed state agency invoice with Bittrex (C. Koukos). |
| 8/7/2023 | P. Chan | 1.3 | Updated invoice tracker with Company provided data as of 8/7. |
| 8/7/2023 | S. Claypoole | 1.1 | Reviewed latest invoice tracker from BRG (P. Chan). |
| 8/7/2023 | S. Claypoole | 1.0 | Reviewed A/P wire requests for week of 8/7. |
| 8/7/2023 | P. Chan | 0.8 | Reviewed invoices for payment approval request with Company provided data as of 8/7. |
| 8/8/2023 | S. Claypoole | 0.9 | Prepared comments for BRG (P. Chan) on invoice master tracker. |
| 8/10/2023 | S. Claypoole | 0.4 | Reviewed OCP invoices sent by Bittrex (C. Koukos) for payment. |
| 8/10/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (R. Izakelian) regarding invoice payment approval. |
| 8/11/2023 | S. Claypoole | 0.4 | Corresponded with BRG (P. Chan) re: invoice tracker. |
| 8/14/2023 | P. Chan | 1.6 | Updated invoice tracker with Company provided data as of 8/14. |
| 8/14/2023 | S. Claypoole | 1.3 | Reviewed provisional tax invoices sent by Bittrex (C. Koukos) on 8/11. |
| 8/14/2023 | S. Claypoole | 1.1 | Reviewed week of 8/14 wire requests. |
| 8/14/2023 | S. Claypoole | 0.5 | Discussed provisional tax invoices with Bittrex (C. Koukos). |
| 8/14/2023 | S. Claypoole | 0.5 | Participated in weekly invoice call with Bittrex (S. Lasseter, C. Koukos). |
| 8/14/2023 | S. Claypoole | 0.4 | Corresponded via email with BRG (C. Reeves) regarding provisional tax invoices. |
| 8/14/2023 | P. Chan | 0.4 | Corresponded with BRG (S. Claypoole) regarding the invoice tracker. |
| 8/15/2023 | S. Claypoole | 1.1 | Summarized A/P and wires for week of 8/14 for payment approval by BRG (E. Hengel). |
| 8/15/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (P. Tomasco) regarding invoice payment. |
| 8/18/2023 | S. Claypoole | 1.2 | Reviewed vendor invoices sent by Bittrex (C. Koukos) to determine payment amounts. |
| 8/21/2023 | S. Claypoole | 0.7 | Analyzed May and June MOR disbursements to calculate quarterly fee payable to U.S. Trustee. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **36. Operation Management** | | | |
| 8/21/2023 | S. Claypoole | 0.4 | Reviewed Q2'23 U.S. Trustee invoice. |
| 8/22/2023 | S. Claypoole | 1.1 | Reviewed A/P requested for payment for the week of 8/21 sent by BRG (C. Koukos). |
| 8/23/2023 | S. Claypoole | 0.5 | Discussed payment of quarterly U.S. Trustee fee with Bittrex (C. Koukos). |
| 8/23/2023 | S. Claypoole | 0.2 | Corresponded with YCST (J. Brooks) regarding payment of quarterly U.S. Trustee fee. |
| 8/28/2023 | S. Claypoole | 1.2 | Reviewed AP for payment for week of 8/28. |
| 8/29/2023 | S. Pensavalli | 1.7 | Updated invoice tracker for week of 8/21 and 8/28 invoices. |
| 8/29/2023 | S. Pensavalli | 1.6 | Created a summary payment tracker for invoices. |
| 8/29/2023 | S. Claypoole | 0.6 | Reviewed invoice sent by Bittrex (C. Koukos) on 8/28 to determine eligibility for payment. |
| 8/29/2023 | S. Claypoole | 0.5 | Discussed invoice reports and A/P for payment with Bittrex (S. Lasseter, C. Koukos). |
| 8/29/2023 | S. Pensavalli | 0.5 | Participated in call with Bittrex (S. Lasseter, C. Koukos) re: invoice reports and A/P for payment. |
| 8/29/2023 | S. Claypoole | 0.3 | Emailed with Bittrex (C. Koukos) regarding A/P for payment for week of 8/28. |
| 8/30/2023 | S. Pensavalli | 2.1 | Analyzed coin reports and documents for staking report. |
| 8/31/2023 | S. Claypoole | 2.9 | Prepared staking report slides for upcoming Management meeting on 9/5. |
| 8/31/2023 | S. Pensavalli | 1.8 | Created staking report for Management and Counsel. |
| 8/31/2023 | S. Claypoole | 1.7 | Continued to prepare staking report slides for upcoming Management meeting on 9/5. |
| 8/31/2023 | S. Pensavalli | 1.6 | Analyzed potential staking yields from various assets. |
| 8/31/2023 | S. Claypoole | 1.6 | Summarized latest coin holdings for potential staking report for Bittrex (R. Lai). |
| 8/31/2023 | S. Pensavalli | 1.5 | Continued to create staking report for Management and Counsel. |
| 8/31/2023 | S. Pensavalli | 0.5 | Analyzed stakeable coin assets for staking report. |
| 8/31/2023 | S. Pensavalli | 0.4 | Summarized notes from staking research for BRG (S. Claypoole). |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **36. Operation Management** | | | |
| *Task Code Total Hours* | | **50.9** | |
| **37. Vendor Management** | | | |
| 8/1/2023 | S. Claypoole | 0.3 | Corresponded with Quinn Emanuel (B. Howell) via email regarding OCP declarations. |
| 8/2/2023 | S. Claypoole | 0.3 | Corresponded via email with Bittrex (D. Maria, S. Lasseter) regarding OCP declarations for retention. |
| 8/2/2023 | S. Claypoole | 0.3 | Prepared documents needed for OCP declarations. |
| 8/2/2023 | S. Claypoole | 0.2 | Corresponded via email with Quinn Emanuel (B. Howell) regarding OCP declarations for retention. |
| *Task Code Total Hours* | | **1.1** | |
| **Total Hours** | | **318.3** | |