**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>DESOLATION HOLDINGS LLC, *et al.,*[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.  23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 293 and 391** |

**NOTICE OF FILING OF PROPOSED ORDER CONFIRMING
THE AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF
DESOLATION HOLDINGS LLC AND ITS DEBTOR AFFILIATES
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

     **PLEASE TAKE NOTICE** that, on August 25, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors* [D.I. 293] (as amended, modified, or supplemented from time to time, the "Plan"), which was amended on September 28, 2023 [D.I. 391].

     **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed order confirming the Plan (the "Proposed Confirmation Order").

     **PLEASE TAKE FURTHER NOTICE** that the hearing (the "Confirmation Hearing") to consider confirmation of the Plan is scheduled for **October 30, 2023 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Brendan Linehan Shannon in the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.  The Confirmation Hearing may be continued from time to time without further notice to parties in interest other than noting such adjournment on the applicable hearing agenda or a notice filed with the Court.

     **PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to amend, revise, modify or supplement the Plan and the Proposed Confirmation Order prior to, at, or as a result of, the Confirmation Hearing.

*[signature page follows]*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Ltd. (1764); and Bittrex Malta Holdings Ltd. (2227). The Debtors' mailing and service address is 701 5th Ave, Suite 4200, Seattle, WA 98104.

Dated: October 26, 2023
    Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos (admitted *pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**