# EXHIBIT A

**Stipulation**

30907744.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**STIPULATION FOR THE ALLOWANCE OF A GENERAL
UNSECURED CLAIM FOR CONNECTICUT TREASURER
UNCLAIMED PROPERTY DIVISION (CLAIM NO. 1050)**

This Stipulation and Agreed Order (the "Stipulation") is entered into by and between the above-captioned debtors (the "Debtors") and the Connecticut Treasurer, Unclaimed Property Division (the "Claimant," and together with the Debtors, the "Parties").

**RECITALS**

**WHEREAS**, on May 8, 2023 (the "Petition Date"), Desolation Holdings, LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") before the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**WHEREAS**, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession;

**WHEREAS**, on June 7, 2023, the Court entered an Order Approving Procedures for Providing Notice of Bar Date (D.I. 107);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**WHEREAS,** August 29, 2023, Claimant filed a proof of claim in the Chapter 11 case of Bittrex, Inc. ("BUS") for unclaimed property under the laws of the State of Connecticut, which claim was assigned Claim No. 1050 and was asserted in the aggregate amount of $72,992.00 (the "Claim");

**WHEREAS,** the Claim was filed as a BUS Customer Claim as that term is defined in Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Affiliated Debtors [D.I. 293] (the "Plan"), or alternatively as a general unsecured claim in the event the Court rejects the Claimant's filing of the Claim as a BUS Customer Claim;

**WHEREAS**, the Parties have had discussions concerning the proper designation of the Claim as a BUS Customer Claim and have reached agreement that it should be recharacterized and treated as a GUC Claim as that term is defined in the Plan

**WHEREAS,** the Parties hereby stipulate and agree as follows:

## STIPULATION

1. The foregoing recitals are incorporated herein as an integral part of this Stipulation.

2. As soon as practicable following the execution of this Stipulation, the Debtors shall file an executed copy of this Stipulation with the Bankruptcy Court.

3. Upon the filing of this Stipulation with the Bankruptcy Court, and without the need for further action, the Claim shall be recharacterized and treated as a GUC Claim under the Plan but shall be subject to potential adjustment for property that has been claimed since the filing of the Claim.

**STIPULATED AND AGREED TO BY:**

Date: October 26, 2023

                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                    */s/  Kenneth Enos*
                    Robert S. Brady (Delaware Bar No. 2847)
                    Kenneth Enos (Delaware Bar No. 4544)
                    Rodney Square
                    1000 North King Street
                    Wilmington, Delaware 19801
                    Telephone: 302-571-6600
                    Facsimile: 302-571-1253
                    Email: rbrady@ycst.com
                    Email: kenos@ycst.com

                    **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                    Susheel Kirpalani *(admitted pro hac vice)*
                    Patricia B. Tomasco *(admitted pro hac vice)*
                    Daniel Holzman *(admitted pro hac vice)*
                    Alain Jaquet *(admitted pro hac vice)*
                    Razmig Izakelian *(admitted pro hac vice)*
                    Joanna D. Caytas *(admitted pro hac vice)*
                    51 Madison Avenue, 22nd Floor
                    New York, New York 10010
                    Telephone: 212-849-7000
                    Facsimile: 212-849-7100
                    Email: susheelkirpalani@quinnemanuel.com
                    Email: pattytomasco@quinnemanuel.com
                    Email: danielholzman@quinnemanuel.com
                    Email: alainjaquet@quinnemanuel.com
                    Email: razmigizakelian@quinnemanuel.com
                    Email: joannacaytas@quinnemanuel.com

                    **COUNSEL FOR THE DEBTORS**

                    -and-

**PULLMAN & COMLEY, LLC**

By:*/s/Irve J. Goldman*
Irve J. Goldman
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
Tel: 203 330 2198
igoldman@pullcom.com

**COUNSEL FOR CONNECTICUT TREASURER, UNCLAIMED PROPERTY DIVISION**