IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF KIM D. STEVERSON OF OMNI AGENT SOLUTIONS, INC. REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS ON THE AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF DESOLATION HOLDINGS LLC AND ITS AFFILIATED DEBTORS**

I, Kim D. Steverson, hereby submit this declaration (the "Declaration") and declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Vice President of Corporate Restructuring Services for Omni Agent Solutions, Inc. ("Omni"), a chapter 11 administrative services firm, whose offices are located at 5955 De Soto Ave., Suite 100, Woodland Hills, California, 91367, and 1120 Avenue of the Americas, 4th Floor, New York, NY 11036. I am over the age of eighteen years and not a party to the above-captioned action. I am duly authorized to submit this Declaration on behalf of Omni.

2. Prior to the commencement of the above-captioned chapter 11 cases, the above-captioned debtors and debtors in possession (collectively, the "Debtors") engaged Omni as their Claims, Noticing, and Administrative Agent to assist with, among other things, (a) serving solicitation materials to the parties entitled to vote to accept or reject the Plan (as defined below) and (b) tabulating votes cast with respect thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

3. Omni's employees have considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

4. This Court authorized Omni's retention (a) as the Debtors' Claims and Noticing Agent pursuant to the *Order Appointing Omni Agent Solutions as Claims and Noticing Agent, Effective as of the Petition Date* [Docket No. 3], and (b) as the Debtors' Administrative Agent pursuant to the *Order Granting the Application of the Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. 2014(a) and 2016 for Authority to Retain and Employ Omni Agent Solutions as Administrative Agent Effective as of the Petition Date* [Docket No. 114].

5. I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings, Inc. and its Affiliated Debtors* [Docket No. 391][2] (and as further amended, modified, or supplemented from time to time, the "Plan").[3]

6. Except as otherwise noted in this Declaration, all facts set forth herein are based on my personal knowledge, information supplied to me or verified by other employees of Omni, my review of relevant documents, and/or my opinion based upon my experience.

7. The procedures adhered to by Omni for the solicitation and tabulation of votes (the "Solicitation Procedures") are outlined in the *Order (I) Approving Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote*

---

[2] The Plan is attached as <u>Exhibit A</u> to the *Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings, Inc. and its Affiliated Debtors* [Docket No. 391].

[3] Capitalized terms used but not otherwise defined shall have the meanings ascribed to them in the Plan and the Disclosure Statement Order.

*Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; (VI) Shortening the Notice Period for (A) Parties to Object to the Confirmation of the Plan, and (B) the Confirmation Hearing and (V) Granting Related Relief* [Docket No. 389] (the "Disclosure Statement Order").

8. The Disclosure Statement Order established September 1, 2023, as the record date (the "Voting Record Date") for determining which Holders of Claims in the Voting Classes were entitled to vote on the Plan. Pursuant to the Solicitation Procedures, only Holders with Claims in Class 2A (BUS Customer Claims), Class 2B (Malta OpCo Customer Claims), Class 3 (GUC Claims), Class 4 (Subordinated Claims), and Class 5 (Interests) as of the Voting Record Date (the "Voting Classes") were entitled to vote to accept or reject the Plan.

9. In accordance with the Solicitation Procedures, Omni worked closely with the Debtors and their advisors to identify the Holders of Claims in the Voting Classes as of the Voting Record Date and to coordinate the distribution to such Holders of (a) the Disclosure Statement, including the Plan and all other exhibits annexed thereto, (b) the Disclosure Statement Order (excluding exhibits), (c) the Confirmation Hearing Notice, (d) a Ballot and Voting Instructions, and, (e) a pre-addressed, postage pre-paid return envelope (collectively, the "Solicitation Package"). A detailed description of Omni's distribution of the Solicitation Package is set forth in the *Affidavit of Service* filed at Docket No. 498.

10. In accordance with the Solicitation Procedures, Omni reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Omni was date-stamped, scanned, entered in Omni's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant

Holder (or such Holder's authorized representative) entitled to vote on the Plan, (c) returned to Omni *via* an approved method of delivery as set forth in the Solicitation Procedures, and (d) received by Omni by 4:00 p.m. (prevailing Eastern Time) on October 24, 2023.

11.  The final tabulation of timely and properly completed Ballots Class 2A (BUS Customer Claims), Class 2B (Malta OpCo Customer Claims), and Class 3 (GUC Claims)[4] is attached hereto as Exhibit A (the "Final Tabulation"). Set forth below is a summary of the Final Tabulation:

| Class 2A (BUS Customers Claims) | | Result |
|---|---|---|
| **Tabulated Ballots Received** | 122 | |
| Accept | 92.62% in number of votes accepting the Plan<br><br>98.53% in dollar amount accepting the Plan ($251,744.74) | **ACCEPTED** |
| Reject | 7.38% in number of votes rejecting the Plan<br><br>1.47% in dollar amount rejecting the Plan ($3,750.29) | |

| Class 2B (Malta OpCo Customer Claims) | | Result |
|---|---|---|
| **Tabulated Ballots Received** | 16 | |
| Accept | 75.00% in number of votes accepting the Plan<br><br>15.79% in dollar amount accepting the Plan ($113,068.95) | **REJECTED** |
| Reject | 25.00% in number of votes rejecting the Plan<br><br>84.21% in dollar amount rejecting the Plan ($603,806.71) | |

---

[4] There are no creditors in Class 4 (Subordinated Claims) and Class 5 (Interests).

| Class 3 (GUC Claims) | | Result |
|---|---|---|
| **Tabulated Ballots Received** | 3 | ACCEPTED |
| **Accept** | 100% in number of votes accepting the Plan<br><br>100% in dollar amount accepting the Plan ($78,763.37) | |
| **Reject** | 0% in number of votes rejecting the Plan<br><br>0% in dollar amount rejecting the Plan ($0.00) | |

12. As of the date of this Declaration, 108 Solicitation Packages have been returned as undeliverable.

13. Five (5) Voting Parties were not served with a Solicitation Package due to invalid email addresses.

### Service and Transmittal of the Notice of Non-Voting Status

14. Omni served the (a) Notice of Non-Voting Status to Holders of Class 1 Claims, (b) Opt-Out Election Form (the "Opt-Out Form"), and (c) Confirmation Hearing Notice on Holders of Claims and Interests in Class 1 (Other Priority Claims) (the "Non-Voting Parties"). *See* Affidavit of Service filed at Docket No. 498.

15. The deadline to submit the Opt-Out Forms was October 24, 2023, by 4:00 p.m. (prevailing Eastern Time).

16. As of the date of this Declaration, Omni has not received any Opt-Out Forms.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 27, 2023

/s/ *Kim D. Steverson*
Kim D. Steverson
Vice President, Corporate Restructuring
Services Omni Agent Solutions, Inc.