## Exhibit A

**Voting Tabulation Reports**

# Debtor: Desolation Holdings LLC, et al.
## Case No. 23-10597
## Claims Ballot Detail Results
## Class 2A - BUS Customer Claims

---

| **Class Summary** | **Voting Outcome:** | **Accepted** |

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| **# Votes:** | 163 | 122 | 113 | 9 | 41 |
| **Vote %:** |  |  | 92.62% | 7.38% |  |
| **Amt:** |  | $255,495.03 | $251,744.74 | $3,750.29 |  |
| **Amt %:** |  |  | 98.53% | 1.47% |  |

---

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| A5F8A5AE-BCA2-4872-9D03-000946011929 | 141330 |  | 10/11/2023 | $0.01 | $0.01 | Accept | ☐ |  |
| 41F6167C-9946-476B-808B-AD3891DB6A04 | 151426 | C1102 | 10/24/2023 | $200,000.00 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 41F6167C-9946-476B-808B-AD3891DB6A04 | 149831 | C1104 | 10/24/2023 | $200,000.00 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 41F6167C-9946-476B-808B-AD3891DB6A04 | 151425 | C1102 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 2150D996-6821-4136-9F30-573DA7A35D22 | 57132 |  | 10/4/2023 | $0.33 | $0.33 | Accept | ☐ | Voter wrote $2,890.00, tabulated at printed ballot amount. |
| 066E45BE-B40D-4E6C-A09C-BAAA6125E22B | 152010 |  | 10/24/2023 | $194.99 | $233.73 | Accept | ☐ | Voter wrote $233.73, tabulated at scheduled amount. |
| 5C784713-8A79-4141-8E20-F5BB0D9D14D3 | 21154 |  | 10/4/2023 | $160.85 | $160.85 | Accept | ☐ | Voter wrote $350.00, tabulated at printed ballot amount. |
| E828481C-D0AA-4AD5-B3A3-ED2C5F237E38 | 60122 |  | 10/4/2023 | $0.01 | $0.01 | Accept | ☐ |  |
| 96B14D30-7C10-4802-8F25-B27DDAE70600 | 151413 | C1110 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 6D7E0F9E-8818-4301-8FDB-745E0306A8F4 | 113002 |  | 10/22/2023 | $0.02 | $0.02 | Accept | ☐ | Voter wrote $185,000.00, tabulated at printed ballot amount. |
| 05A886CD-5BDB-4921-A40C-D3B7F5DA5033 | 140752 |  | 10/19/2023 | $543.74 | $543.74 | Accept | ☐ | Voter wrote $510.15, tabulated at printed ballot amount. |
| 9D10DFD2-2D09-437F-8E75-1420BC88F0BF | 152007 |  | 10/24/2023 |  | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 9D10DFD2-2D09-437F-8E75-1420BC88F0BF | 152016 |  | 10/24/2023 | $3,206.71 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |

---

**OMNI AGENT SOLUTIONS**
**5955 DE SOTO AVENUE, SUITE 100**
**WOODLAND HILLS, CA 91367**

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

# Debtor: Desolation Holdings LLC, et al.
## Case No. 23-10597
## Claims Ballot Detail Results
## Class 2A - BUS Customer Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| ED25F222-6E58-46AB-8A75-4A5000442E70 | 151986 | | 10/10/2023 | $0.01 | $0.01 | Accept | ☑ | |
| FE3D86C6-053D-46A8-9AF8-54FA29D226C7 | 85433 | | 10/5/2023 | $9.17 | $9.17 | Accept | ☐ | Voter wrote $7,000.00, tabulated at printed ballot amount. |
| B61E2130-8284-471E-B813-38C133FA76EA | 141973 | | 10/15/2023 | $0.01 | $0.01 | Accept | ☐ | |
| C63F1C25-D817-4763-ADDD-FF077297E298 | 18444 | | 10/24/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $1,000.00, tabulated at printed ballot amount. |
| 13DF66EE-C340-467E-9A43-94CA82246645 | 110075 | | 10/5/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $1.00, tabulated at printed ballot amount. |
| 80F3D038-9CDC-411E-9D38-A2DDC3308FA0 | 114796 | | 10/9/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $1,000.00, tabulated at printed ballot amount. |
| 85665E2C-3F58-4941-9FD7-1BA4D768CA8D | 56131 | | 10/7/2023 | $0.08 | $0.08 | Accept | ☑ | |
| 33AEB73D-F0C6-41C9-A49F-DC2A64BD1617 | 6225 | | 10/4/2023 | $0.96 | $0.96 | Accept | ☐ | Voter wrote $500.00, tabulated at printed ballot amount. |
| 06B4B44E-7F46-4C98-A2BE-2931B5B8FF1D | 142037 | | 10/23/2023 | $70.32 | $70.32 | Accept | ☐ | Voter did not enter an amount, tabulated at printed ballot amount. |
| 4C13A4EF-BEDF-46AD-889A-505067D5E3EF | 34659 | | 10/5/2023 | $642.67 | $642.67 | Accept | ☐ | Voter wrote $1,000.00, tabulated at printed ballot amount. |
| 1F8BBB21-4A93-4CB2-9577-37F2C54C131B | 12450 | | 10/4/2023 | $10.65 | $10.65 | Accept | ☐ | Voter wrote $5,000.00, tabulated at printed ballot amount. |
| 39F89833-5B1F-4612-B6E5-0057547D21D6 | 82824 | | 10/4/2023 | $11.03 | $11.03 | Accept | ☐ | Voter wrote $0.00, tabulated at printed ballot amount. |
| 38B2BBBA-CDAF-42C1-881B-00ACCAABC7AA | 141162 | | 10/21/2023 | $0.01 | $0.01 | Accept | ☐ | Voter did not enter an amount, tabulated at printed ballot amount. |
| E9363D57-04CC-44E7-96FD-ECCE29F76DB2 | 77588 | | 10/9/2023 | $0.03 | $0.03 | Accept | ☑ | Voter wrote $10,000.00, tabulated at printed ballot amount. |
| BF59BF57-D038-4592-A930-642017DD89CD | 141333 | | 10/18/2023 | $426.19 | $426.19 | Accept | ☐ | Voter wrote $3,000.00, tabulated at printed ballot amount. |
| A178DCB3-15DE-4D37-BAF9-F627DFB36EBC | 141102 | | 10/15/2023 | $46.87 | $46.87 | Accept | ☐ | Voter wrote $250.00, tabulated at printed ballot amount. |
| 13A449D1-9890-4498-BD01-8B693A1E0B61 | 151976 | | 10/5/2023 | | $0.00 | Invalid | ☐ | Voter not eligible to vote |
| 8B2DE32C-B181-4DD1-93E9-28B8B5F7F015 | 111384 | | 10/24/2023 | $2,015.41 | $0.00 | Invalid | ☑ | Late filed ballot. |
| 1BF17D19-8FE0-46A2-9AB4-17413BD8F21F | 97750 | | 10/4/2023 | $0.87 | $0.87 | Accept | ☐ | |
| 46B43A64-8D7D-45B7-9768-02FA78591321 | 77567 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $0.00, tabulated at printed ballot amount. |
| 1DC9FB99-9061-4957-B5A9-6C49E570E715 | 132241 | | 10/4/2023 | $458.11 | $458.11 | Accept | ☐ | Voter wrote $1,000.00, tabulated at printed ballot amount. |
| AD5FBB98-A1DF-4B4C-8942-87BAA59DBC08 | 66410 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☑ | |
| DB2082F4-078D-411E-B4D0-C09510E33CDD | 102597 | | 10/4/2023 | $143.66 | $143.66 | Accept | ☐ | Voter wrote $116.00, tabulated at printed ballot amount. |
| FD2FEC38-13D1-4E2C-8EAF-CF28CC14829B | 46969 | | 10/24/2023 | $257.62 | $0.00 | Invalid | ☑ | Late filed ballot. |
| D9B5FF45-6802-4D05-A0F7-8AA9BAF1AD1F | 59608 | | 10/17/2023 | $0.02 | $0.02 | Reject | ☐ | |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Desolation Holdings LLC, et al.**
**Case No. 23-10597**
**Claims Ballot Detail Results**
**Class 2A - BUS Customer Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| 9CF22BB2-F07C-48AE-BDC2-DEB00F05718A | 19063 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☑ | |
| BD827CF4-8C2E-4DAC-9FB3-78542FA66B44 | 150749 | C1016 | 10/23/2023 | $716.52 | $716.52 | Accept | ☐ | |
| REDACTED CUSTOMER CLAIM | 150835 | C472 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 150825 | C472 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 149589 | C474 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 150837 | C473 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 151073 | C475 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 152005 | | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 149588 | C474 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 150836 | C473 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 152002 | | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Vote not indicated. Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 151074 | C475 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 151998 | | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 152004 | | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 152003 | | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Vote not indicated. Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 152001 | | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 151999 | | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| REDACTED CUSTOMER CLAIM | 152000 | | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| 42F81FC2-5D83-47D8-80BF-538C0C5E7ED9 | 151987 | | 10/11/2023 | | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| 5AA1244A-4D28-4DB7-B9C8-0144F4949C83 | 51730 | | 10/4/2023 | $3.20 | $3.20 | Accept | ☐ | Voter wrote $28,000.00, tabulated at printed ballot amount. |
| 671DC72B-51DE-47DB-9AE1-45623066E530 | 142003 | | 10/16/2023 | $2,392.45 | $2,392.45 | Accept | ☐ | |
| 3820914D-1224-47E5-8396-48D209FFB7E0 | 142261 | | 10/19/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $20,000.00, tabulated at printed ballot amount. |
| 517BA652-944F-4BE3-A9D4-EF6F4A0F6E75 | 142429 | | 10/24/2023 | $72.95 | $72.95 | Reject | ☑ | Voter wrote $225.00, tabulated at printed ballot amount. |
| 90341902-AE38-4113-A69D-EF2BEF11E203 | 141959 | | 10/16/2023 | $3,445.68 | $3,445.68 | Reject | ☐ | Voter did not enter an amount, tabulated at printed ballot amount. |
| EF231180-F55D-443D-B93C-FDB1C4219320 | 141671 | | 10/14/2023 | $9.55 | $9.55 | Accept | ☐ | |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Desolation Holdings LLC, et al.**
**Case No. 23-10597**
**Claims Ballot Detail Results**
**Class 2A - BUS Customer Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| 3C881299-7AF6-455C-BABB-04805449C34E | 73232 | | 10/17/2023 | $9.92 | $9.92 | Accept | ☐ | |
| 02A83C35-9674-4AC0-909F-89B34FF678BB | 48047 | | 10/6/2023 | $10,924.41 | $10,924.41 | Accept | ☐ | Voter wrote $5,884.00, tabulated at printed ballot amount. |
| 7DC0C726-6A2A-44A1-8C1C-E2B846F3A476 | 139758 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $11,990.09, tabulated at printed ballot amount. |
| 33D0EDE5-7F60-4C36-B8A9-4165F3D130BE | 141636 | | 10/23/2023 | $312.87 | $312.87 | Accept | ☐ | Voter wrote $317.87, tabulated at printed ballot amount. |
| D4E8CDD7-1E79-42B3-956A-B6524DFAF3C2 | 32408 | | 10/4/2023 | $29.67 | $29.67 | Accept | ☐ | Voter wrote $200.00, tabulated at printed ballot amount. |
| 988671D5-11BF-4382-99DB-D14419FEC0FF | 141059 | | 10/22/2023 | $910.90 | $910.90 | Accept | ☐ | |
| F0FD47F6-5832-466B-A2F4-7BBC81CE0DD4 | 141495 | | 10/22/2023 | $148.69 | $148.69 | Accept | ☑ | |
| 3A564BBE-1064-4814-9DE0-DC2D350AFA69 | 126052 | | 10/8/2023 | $140.96 | $140.96 | Accept | ☐ | Voter wrote $200.00, tabulated at printed ballot amount. |
| AD71CAF9-261A-4CA4-B7AC-092CD473E9C7 | 151981 | | 10/8/2023 | $73.94 | $73.94 | Reject | ☐ | Voter wrote $20.00, tabulated at scheduled amount. |
| REDACTED CUSTOMER CLAIM | 98013 | | 10/13/2023 | $0.01 | $0.01 | Accept | ☑ | |
| 621ABF1E-3B54-4E82-98BF-DBE5F1224232 | 42118 | | 10/9/2023 | $0.04 | $0.04 | Accept | ☑ | Voter wrote $150.00, tabulated at printed ballot amount. |
| E6A11318-EDAD-4F5B-8C00-FE45B00E9E93 | 142052 | | 10/19/2023 | $0.01 | $0.01 | Accept | ☐ | Voter did not enter an amount, tabulated at printed ballot amount. |
| F36A2938-75D1-43BA-BE69-856D1C65987C | 142062 | | 10/11/2023 | $0.01 | $0.01 | Accept | ☐ | |
| BCA396D8-9837-43FF-BA0B-66C6EE6B888A | 108384 | | 10/4/2023 | $0.49 | $0.00 | Invalid | ☑ | Vote not indicated. |
| 1508F13C-A6BC-4D31-907B-B68E74970964 | 53488 | | 10/19/2023 | $764.38 | $764.38 | Accept | ☐ | Voter wrote $836.00, tabulated at printed ballot amount. |
| 2F494293-005F-49BA-B469-134F8B030005 | 121421 | | 10/5/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $1,723.34, tabulated at printed ballot amount. |
| 5F56C8A8-3BCD-42DF-9148-AD6784A43B7B | 142300 | | 10/16/2023 | $46.53 | $46.53 | Accept | ☐ | |
| 943361D0-3119-4418-A48C-E77B75A4AC9B | 142165 | | 10/12/2023 | $26.93 | $26.93 | Accept | ☐ | |
| D5825A7B-6D81-49FE-9E82-48231185F0AB | 142248 | | 10/11/2023 | $0.11 | $0.11 | Accept | ☐ | |
| E6707C02-B0AA-4B16-A9E2-259576AD2587 | 141566 | | 10/21/2023 | $29.48 | $0.00 | Invalid | ☑ | Ballot not signed. |
| B02CBB28-C5BA-4D48-AFA0-31EA3DF9F745 | 151975 | | 10/4/2023 | $33.27 | $33.27 | Accept | ☑ | Voter wrote $1,000.00, tabulated at scheduled amount. |
| 2A4128F7-3B23-422D-989D-4695741DBF31 | 53750 | | 10/4/2023 | $105.46 | $105.46 | Accept | ☐ | Voter wrote $2,500.00, tabulated at printed ballot amount. |
| 04C6C2F0-6727-4432-B979-14C486CFB503 | 140787 | | 10/24/2023 | $0.01 | $0.01 | Accept | ☑ | |
| 1C6010A4-44DB-455D-8641-BCBB1D868714 | 115920 | | 10/4/2023 | $7.20 | $7.20 | Accept | ☐ | Voter wrote $4.91, tabulated at printed ballot amount. |
| 66C749DA-89A0-4A8D-B203-4AE971DB35B0 | 65867 | | 10/4/2023 | $70.90 | $70.90 | Accept | ☐ | Voter wrote $10,000.00, tabulated at printed ballot amount. |

OMNI AGENT SOLUTIONS                     Visit us on the Web at www.omniagentsolutions.com                     PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                   E-Mail: claimsmanager@omniagnt.com                               FAX: (818) 783-2737
WOODLAND HILLS, CA 91367

# Debtor: Desolation Holdings LLC, et al.
## Case No. 23-10597
## Claims Ballot Detail Results
## Class 2A - BUS Customer Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| 3A4D9403-0A7F-4C08-B541-16707EB0999D | 81323 | | 10/24/2023 | $41.59 | $41.59 | Accept | ☐ | Voter wrote $200.00, tabulated at printed ballot amount. |
| 6F434097-B7F7-4C8B-90A2-E8759A6068F1 | 141466 | | 10/16/2023 | $1,669.19 | $0.00 | Invalid | ☐ | Ballot not signed. |
| 2E3B7E73-03B8-4D21-8EB3-8A0C58B9AF3B | 127397 | | 10/9/2023 | $1.74 | $1.74 | Accept | ☑ | Voter wrote $10,000.00, tabulated at printed ballot amount. |
| AA7F2F55-6EE8-4236-BB0B-1401F3676500 | 151811 | C173 | 10/17/2023 | $5,040.00 | $0.00 | Invalid | ☐ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| AA7F2F55-6EE8-4236-BB0B-1401F3676500 | 148277 | C130 | 10/17/2023 | $5,040.00 | $5,040.00 | Accept | ☐ | |
| 9917A3B5-694A-4476-81EF-1FF345182DBA | 148580 | C108 | 10/21/2023 | $23,500.00 | $23,500.00 | Accept | ☐ | |
| 68E2D4B9-C3E0-4FD1-9427-5F085ABB73B6 | 113970 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $20.00, tabulated at printed ballot amount. |
| C7A823B5-3606-49A6-BEE2-0C5DD3DD8F44 | 112524 | | 10/4/2023 | $179.46 | $179.46 | Accept | ☐ | |
| 3B94F91C-C439-46E7-9A32-AD85284558A6 | 74508 | | 10/4/2023 | $0.38 | $0.38 | Accept | ☐ | Voter wrote $1,950.00, tabulated at printed ballot amount. |
| 274528A4-6802-4D57-AF03-52CCA908988F | 142236 | | 10/18/2023 | $216.43 | $216.43 | Accept | ☐ | Voter wrote $5,000.00, tabulated at printed ballot amount. |
| 41663254-0F4D-4E8B-AE37-A5250AD7B4FF | 81926 | | 10/4/2023 | $23.25 | $23.25 | Accept | ☐ | Voter wrote $40.00, tabulated at printed ballot amount. |
| F6E2D3F5-B4B5-40FC-BD7A-EA764AE2F0F9 | 115119 | | 10/5/2023 | $888.55 | $888.55 | Accept | ☐ | Voter wrote $800.00, tabulated at printed ballot amount. |
| 2AEED9D5-67EF-4452-8878-A9EC949CFA89 | 136931 | | 10/4/2023 | $0.05 | $0.05 | Reject | ☐ | Voter wrote $6.00, tabulated at printed ballot amount. |
| 25EB1081-E44D-401F-8B27-7EB853CD811D | 148135 | C15 | 10/11/2023 | $30.00 | $30.00 | Accept | ☑ | |
| 25EB1081-E44D-401F-8B27-7EB853CD811D | 142123 | | 10/11/2023 | $38.49 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| F9C2B4D4-33AB-40E3-86FF-EF7D001A8D51 | 103008 | | 10/6/2023 | $59.83 | $59.83 | Accept | ☐ | Voter wrote $100,00, tabulated at printed ballot amount. |
| CC96B810-84AF-4871-B58D-33D4F8C6443F | 150012 | C10473 | 10/21/2023 | $412.00 | $412.00 | Accept | ☐ | |
| 84EEAA25-1FF2-49D5-9916-0E77A49F9497 | 148190 | C7 | 10/5/2023 | $7,000.00 | $7,000.00 | Accept | ☐ | |
| 84EEAA25-1FF2-49D5-9916-0E77A49F9497 | 148528 | C58 | 10/5/2023 | $7,000.00 | $0.00 | Invalid | ☐ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| E8E34A60-CFF5-4350-B7CF-36ADE00B553D | 90901 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $50.00, tabulated at printed ballot amount. |
| 08163B82-7DFD-4857-A982-D3640C98690B | 151974 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $1,000.00, tabulated at scheduled amount. |
| 73CD9589-5E60-40AB-BB82-4786B8F65BCE | 46625 | | 10/4/2023 | $0.26 | $0.26 | Reject | ☐ | Voter wrote $500.00, tabulated at printed ballot amount. |
| 5E3C2AEA-CF45-4B2F-9667-1BD2DAA8A7BA | 125191 | | 10/5/2023 | $156.75 | $156.75 | Reject | ☑ | |
| 35B859C9-6AFB-4D06-AF54-B1CBBC310A1E | 102148 | | 10/4/2023 | $53.03 | $53.03 | Accept | ☐ | Voter wrote $2,500.00, tabulated at printed ballot amount. |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Desolation Holdings LLC, et al.
## Case No. 23-10597
## Claims Ballot Detail Results
## Class 2A - BUS Customer Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| 2BCD001F-8DF1-429B-AA41-14A1A28BD19C | 149647 | C715 | 10/18/2023 | $16,461.22 | $16,461.22 | Accept | ☐ | |
| 2BCD001F-8DF1-429B-AA41-14A1A28BD19C | 150420 | C10031 | 10/18/2023 | $16,461.22 | $0.00 | Invalid | ☐ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 2BCD001F-8DF1-429B-AA41-14A1A28BD19C | 150434 | C10032 | 10/18/2023 | $16,461.22 | $0.00 | Invalid | ☐ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 2BCD001F-8DF1-429B-AA41-14A1A28BD19C | 149760 | C10305 | 10/18/2023 | $16,461.22 | $0.00 | Invalid | ☐ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 65C2867D-05EF-4357-8941-B631C5A80342 | 140833 | | 10/19/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $30,000.00, tabulated at printed ballot amount. |
| 66F2B349-9F07-4C90-9B97-607E38D5A599 | 142080 | | 10/14/2023 | $487.14 | $487.14 | Accept | ☐ | |
| 0C8B6377-98F2-4465-82DD-E6180116B848 | 142156 | | 10/19/2023 | $0.01 | $0.01 | Reject | ☑ | Voter did not enter an amount, tabulated at printed ballot amount. |
| BA1D4E27-B273-4BCE-96AB-E14F09E65276 | 142087 | | 10/21/2023 | $92.15 | $92.15 | Accept | ☐ | |
| 3952791A-3621-4C55-B6F0-014C941C595E | 12806 | | 10/12/2023 | $2.68 | $2.68 | Accept | ☐ | |
| E4FADC2F-39C8-4AE4-90EA-C0DE01B01CCC | 23829 | | 10/13/2023 | $412.06 | $412.06 | Accept | ☐ | Voter wrote $672.00, tabulated at printed ballot amount. |
| 392EE567-7215-454B-AF35-AB25E7CC5012 | 95931 | | 10/6/2023 | $2.92 | $2.92 | Accept | ☐ | Voter wrote $50.00, tabulated at printed ballot amount. |
| 75733BDF-C94E-4E3F-99FF-DD850D939A50 | 52658 | | 10/8/2023 | $96.80 | $96.80 | Accept | ☐ | Voter wrote $116.03, tabulated at printed ballot amount. |
| 28C4DF28-7333-48F6-A819-58AD9BB15CA1 | 151982 | | 10/9/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $0.00, tabulated at scheduled amount. |
| 563BCA54-AE0F-48E6-AEA5-E4CBBA969C66 | 141877 | | 10/16/2023 | $276.08 | $0.00 | Invalid | ☑ | Vote not indicated. |
| 58E0CBEE-17FC-46BF-BE95-8595F44EC562 | 142182 | | 10/18/2023 | $0.01 | $0.01 | Accept | ☐ | |
| F5DB97C1-AF7F-4388-94AE-B21E327B513A | 19345 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☑ | Voter wrote $2,800.00, tabulated at printed ballot amount. |
| 6B6D1ABE-041D-49F8-B009-73D83EC95C2F | 151744 | C11111 | 10/24/2023 | $78,778.47 | $78,778.47 | Accept | ☑ | |
| C82339E0-01E4-4E17-B896-7F92F2CFCFFD | 7353 | | 10/20/2023 | $44.52 | $44.52 | Accept | ☐ | |
| 419D983F-0D53-421B-ABF3-FC0AC5E166E6 | 29451 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $100.00, tabulated at printed ballot amount. |
| DE155463-C9A9-48F1-B377-37528E3A840A | 141286 | | 10/20/2023 | $0.14 | $0.14 | Accept | ☐ | |
| E014EF87-E501-4AD8-A36D-6EDCCC236DDA | 123415 | | 10/5/2023 | $3.96 | $3.96 | Accept | ☑ | |
| DF65A425-D6CC-47E0-A899-CD23C8E5FC10 | 72351 | | 10/5/2023 | $441.57 | $441.57 | Accept | ☐ | |
| 33F6D5C6-CCFC-4409-A6E9-BCD8E0DF05DA | 141104 | | 10/18/2023 | $206.14 | $206.14 | Accept | ☐ | Voter wrote $1,000.00, tabulated at printed ballot amount. |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Desolation Holdings LLC, et al.**
**Case No. 23-10597**
**Claims Ballot Detail Results**
**Class 2A - BUS Customer Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| 996F0ED9-D5EB-4436-A3E6-4275044BC1C0 | 125358 | | 10/5/2023 | $0.01 | $0.01 | Accept | ☑ | Voter wrote $1,000.00, tabulated at printed ballot amount. |
| 444B159E-54F0-42FB-BF76-6949FC5C6720 | 57910 | | 10/15/2023 | $4,192.63 | $4,192.63 | Accept | ☐ | |
| 152BCF6A-902A-4481-A8E4-ACA29D90A3DD | 11184 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $1.00, tabulated at printed ballot amount. |
| FDA3998A-ECC9-4D57-A26E-F20BDEFA6D2C | 70682 | | 10/4/2023 | $5.98 | $5.98 | Accept | ☐ | |
| 544D20D4-7A6E-4337-91F8-2473A83410A3 | 66376 | | 10/5/2023 | $0.01 | $0.01 | Accept | ☐ | Voter wrote $10.00, tabulated at printed ballot amount. |
| E8C2D647-B283-4916-9065-F7EA363A795E | 133345 | | 10/8/2023 | $3.96 | $3.96 | Accept | ☐ | Voter wrote $400.00, tabulated at printed ballot amount. |
| 396463A1-876C-4824-8EFD-41E997373261 | 142124 | | 10/16/2023 | $124.38 | $124.38 | Accept | ☑ | Voter wrote $128.38, tabulated at printed ballot amount. |
| REDACTED CUSTOMER CLAIM | 111504 | | 10/5/2023 | $0.01 | $0.01 | Accept | ☑ | |
| FA675836-E43F-4C24-9DD4-666B29D07DED | 151506 | C1107 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| FA675836-E43F-4C24-9DD4-666B29D07DED | 151331 | C10646 | 10/24/2023 | $300,000.00 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| FA675836-E43F-4C24-9DD4-666B29D07DED | 151507 | C1107 | 10/24/2023 | $300,000.00 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 2136E903-BA92-49A2-96F9-81AE636AD4E0 | 48736 | | 10/15/2023 | $13.06 | $13.06 | Accept | ☐ | Voter did not enter an amount, tabulated at printed ballot amount. |
| 9A0CC0FE-F46F-411C-B964-F0A591B4D42F | 151980 | | 10/7/2023 | $148.11 | $148.11 | Accept | ☐ | Voter wrote $150.00, tabulated at scheduled amount. |
| 26A25003-254D-4C75-85C5-F28FBE56638D | 32655 | | 10/4/2023 | $0.01 | $0.01 | Accept | ☑ | Voter wrote $1,270.00, tabulated at printed ballot amount. |
| 0A6773F7-8989-413D-B25E-580CD735AEF6 | 141947 | | 10/19/2023 | $0.62 | $0.62 | Reject | ☐ | Voter did not enter an amount, tabulated at printed ballot amount. |
| 4B674977-953A-4A9A-90D8-65384EC543A9 | 17847 | | 10/21/2023 | $0.04 | $0.04 | Accept | ☑ | Voter wrote $400.00, tabulated at printed ballot amount. |
| BAB11047-5B22-4A75-9756-B8D5092D7113 | 120886 | | 10/5/2023 | $0.01 | $0.01 | Accept | ☑ | Voter wrote $446.00, tabulated at printed ballot amount. |
| DDC614C1-19AA-4D9C-8071-7229ADB14A2A | 150654 | C11065 | 10/24/2023 | $5,437.83 | $5,437.83 | Accept | ☐ | |
| 493BB8E3-B146-41D1-891E-1FC5F03F50C7 | 69500 | | 10/4/2023 | $78,263.39 | $78,263.39 | Accept | ☐ | Voter wrote $79,000.00, tabulated at printed ballot amount. |
| 106C016A-6375-43C9-BAA4-E4DE6D7C2A87 | 142405 | | 10/24/2023 | $358.44 | $358.44 | Accept | ☐ | |
| 281397B4-EB03-40BD-9EF2-AE5EABA3B46E | 63455 | | 10/4/2023 | $3.98 | $3.98 | Accept | ☐ | Voter wrote $323.00, tabulated at printed ballot amount. |
| 07CFFFF2-27A3-479F-B6DF-30AAF5B039EF | 78311 | | 10/21/2023 | $1,412.10 | $0.00 | Invalid | ☐ | Ballot not signed. |
| 0D8E8CD7-717A-48B5-B8D0-D5A29C33D6D1 | 31752 | | 10/4/2023 | $10.56 | $10.56 | Accept | ☐ | Voter wrote $25.00, tabulated at printed ballot amount. |

*Thursday, October 26, 2023*                                                                                 *Page 7 of 8*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Desolation Holdings LLC, et al.

## Case No. 23-10597
## Claims Ballot Detail Results
## Class 2A - BUS Customer Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| EC21AC93-7E1A-4318-AD7A-0184D1109DEF | 141335 | | 10/23/2023 | $28.49 | $0.00 | Invalid | ☐ | Vote not indicated. |
| 487C4B6A-2F84-4452-8877-CF2DDE0D9F15 | 142153 | | 10/20/2023 | $167.66 | $167.66 | Accept | ☐ | Voter wrote $520.00, tabulated at printed ballot amount. |
| 119A2291-9486-49C0-B6A1-37AD7620E5E5 | 141656 | | 10/23/2023 | $838.92 | $838.92 | Accept | ☐ | |
| ABD13E38-2485-4C78-945C-F5DB9C2CF5A4 | 64720 | | 10/5/2023 | $0.02 | $0.02 | Accept | ☐ | Voter wrote $2,000.00, tabulated at printed ballot amount. |
| 7EAFA4E4-FA84-4E8F-9557-AEDE10C2963B | 139192 | | 10/23/2023 | $8,286.21 | $8,286.21 | Accept | ☑ | Voter wrote $8,000.00, tabulated at printed ballot amount. |

**OMNI AGENT SOLUTIONS**
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Desolation Holdings LLC, et al.
## Case No. 23-10597
## Claims Ballot Detail Results
## Class 2B - Malta OpCo Customer Claims

**Class Summary**    Voting Outcome: **Rejected**

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 21 | 16 | 12 | 4 | 5 |
| Vote %: |  |  | 75.00% | 25.00% |  |
| Amt: |  | $716,275.66 | $113,068.95 | $603,206.71 |  |
| Amt %: |  |  | 15.79% | 84.21% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| 41F6167C-9946-476B-808B-AD3891DB6A04 | 152006 |  | 10/24/2023 | $200,000.00 | $200,000.00 | Reject | ☑ |  |
| 96B14D30-7C10-4802-8F25-B27DDAE70600 | 152011 |  | 10/24/2023 | $100,000.00 | $100,000.00 | Reject | ☑ |  |
| 640421BF-34CC-4931-92F6-742B408C6AE4 | 148214 | C7 | 10/24/2023 | $2,191.32 | $2,191.32 | Accept | ☐ |  |
| 483B3D5B-E0B3-4FE0-8F6F-014A97786B22 | 148460 | C10040 | 10/15/2023 | $23.39 | $23.39 | Accept | ☐ |  |
| 9D10DFD2-2D09-437F-8E75-1420BC88F0BF | 149222 | C96 | 10/24/2023 | $3,206.71 | $3,206.71 | Reject | ☑ | Voter wrote $21,835,750.00, tabulated at printed ballot amount. |
| 9D10DFD2-2D09-437F-8E75-1420BC88F0BF | 152015 |  | 10/24/2023 | $3,206.71 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 6F0EC635-23F6-4BD7-AA44-64C3D1802B34 | 151990 |  | 10/16/2023 | $4,799.40 | $4,799.40 | Accept | ☑ | No printed ballot amount, tabulated at scheduled amount. |
| 20D7A151-D9E5-4F76-9056-DDA1270B8CBA | 148240 | C7 | 10/18/2023 | $128.83 | $128.83 | Accept | ☐ |  |
| C292A68B-39BA-43B7-AFA0-5B8AFD194914 | 148646 | C10098 | 10/24/2023 | $258.47 | $258.47 | Accept | ☑ |  |
| B6BB3E5E-3F19-4FA8-9DA4-4E40C5A54D63 | 148650 | C125 | 10/11/2023 | $3,000.00 | $0.00 | Invalid | ☐ | Voter not eligible to vote. |
| 4E3FAB21-B252-49A4-ADCD-1A81ADB664AE | 151984 |  | 10/10/2023 | $92,502.00 | $92,502.00 | Accept | ☐ | Voter wrote $1,000.00, tabulated at scheduled amount. |
| 8E71EAE9-8767-4870-9070-614B5F2131BE | 148470 | C3 | 10/6/2023 | $8,652.67 | $8,652.67 | Accept | ☑ |  |
| 15F0B3D2-9D66-4550-90A8-D6A6B973447F | 150123 | C10038 | 10/6/2023 | $1,520.04 | $1,520.04 | Accept | ☐ |  |
| FA675836-E43F-4C24-9DD4-666B29D07DED | 149618 | C10085 | 10/24/2023 | $300,000.00 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| FA675836-E43F-4C24-9DD4-666B29D07DED | 150167 | C105 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☑ | Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |

*Thursday, October 26, 2023*                                                                 *Page 1 of 2*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Desolation Holdings LLC, et al.

## Case No. 23-10597

## Claims Ballot Detail Results

## Class 2B - Malta OpCo Customer Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| FA675836-E43F-4C24-9DD4-666B29D07DED | 150168 | C105 | 10/24/2023 | $300,000.00 | $300,000.00 | Reject | ☑ | |
| 403C2867-4A8B-44A7-9A1F-4C15AF96996B | 151992 | | 10/20/2023 | $147.83 | $147.83 | Accept | ☐ | No printed ballot amount, tabulated at scheduled amount. |
| 9BBDFC76-A9FE-4419-92C6-EA3E4987FFCE | 148735 | C10116 | 10/16/2023 | $40.00 | $40.00 | Accept | ☐ | |
| 92C2A2B4-2A1B-421B-8635-57B829B31470 | 148204 | C23 | 10/24/2023 | $2,804.00 | $2,804.00 | Accept | ☐ | Voter wrote $2,840.00, tabulated at printed ballot amount. |
| EAC71D7B-CB50-46D8-B725-628885057AF9 | 148256 | C21 | 10/24/2023 | $1.00 | $0.00 | Invalid | ☐ | Late filed ballot. |
| E07DDE2D-A238-44B7-8C3F-33C30948DCBE | 151997 | | 10/24/2023 | $1.00 | $1.00 | Accept | ☑ | Voter wrote $1,232.00, tabulated at scheduled amount |

**OMNI AGENT SOLUTIONS**
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Desolation Holdings LLC, et al.
## Case No. 23-10597
## Claims Ballot Detail Results
## Class 3 - GUC Claims

### Class Summary    Voting Outcome:    Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 9 | 3 | 3 | 0 | 6 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $78,763.37 | $78,763.37 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Election | Comment |
|---|---|---|---|---|---|---|---|---|
| C16A67C0-3258-4095-A836-9A926123C94D | 148099 | C22 | 10/18/2023 | $1.00 | $1.00 | Accept | ☐ |  |
| 96B14D30-7C10-4802-8F25-B27DDAE70600 | 152012 |  | 10/24/2023 | $100,000.00 | $0.00 | Invalid | ☑ | Voter not eligible to vote in this voting class. Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 9D10DFD2-2D09-437F-8E75-1420BC88F0BF | 152008 |  | 10/24/2023 |  | $0.00 | Invalid | ☑ | Voter not eligible to vote in this voting class. Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| 9D10DFD2-2D09-437F-8E75-1420BC88F0BF | 152009 |  | 10/24/2023 |  | $0.00 | Invalid | ☑ | Voter not eligible to vote in this voting class. Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| CONNECTICUT TREASURER UNCLAIMED PD | 151996 |  | 10/23/2023 |  | $72,992.00 | Accept | ☑ |  |
| FTX TRADING LTD. ET | 148062 | C1099 | 10/20/2023 | $1.00 | $0.00 | Invalid | ☑ | Vote not indicated. |
| HAYSTACKID LLC | 148082 | C150 | 10/13/2023 | $5,770.37 | $5,770.37 | Accept | ☐ |  |
| FA675836-E43F-4C24-9DD4-666B29D07DED | 152013 |  | 10/24/2023 |  | $0.00 | Invalid | ☑ | Voter not eligible to vote in this voting class. Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |
| FA675836-E43F-4C24-9DD4-666B29D07DED | 152014 |  | 10/24/2023 |  | $0.00 | Invalid | ☑ | Voter not eligible to vote in this voting class. Duplicate ballot; see Disclosure Statement Order Paragraph 20(h). |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com
E-Mail: claimsmanager@omniagnt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737