IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 25, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Filing of Fourth Staffing Report of Berkeley Research Group, LLC for Compensation for Services Rendered During the Period from August 1, 2023 Through August 31, 2023 [Docket No. 489]**

Dated: October 26, 2023

_/s/ Randy Lowry_
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 26th day of October, 2023 by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_/s/ Carolyn K Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# **EXHIBIT A**

**Exhibit A**
Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| U.S. Trustee | Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |
| Counsel for the Debtors | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani<br>Attn: Patricia B. Tomasco<br>51 Madison Ave 22nd floor<br>New York, NY 10010 | susheelkirpalani@quinnemanuel.com;<br>pattytomasco@quinnemanuel.com;<br>qebittrex@quinnemanuel.com | Email |
| Counsel for the Debtors | Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady<br>Attn: Kenneth Enos<br>Attn: Joshua Brooks<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801 | rbrady@ycst.com;<br>kenos@ycst.com;<br>jbrooks@ycst.com | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)