**In re: Desolation Holdings LLC, et al.**



Exhibit A1: Fees By Professional - Co-CROs

**Berkeley Research Group, LLC**

For the Period 9/1/2023 through 9/30/2023

| Professional | Title | Hours | Fees |
| --- | --- | --- | --- |
| E. Hengel | Managing Director | 59.0 | |
| **Total** | | **59.0** | **$125,000.00** |

**In re: Desolation Holdings LLC, et al.**

**Exhibit A2: Fees By Professional - Additional Personnel**



**Berkeley Research Group, LLC**

For the Period 9/1/2023 through 9/30/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Collins | Senior Associate | $525.00 | 8.1 | $4,252.50 |
| S. Claypoole | Associate | $450.00 | 165.9 | $74,655.00 |
| S. Pensavalli | Associate | $395.00 | 63.1 | $24,924.50 |
| M. Haverkamp | Case Manager | $350.00 | 1.3 | $455.00 |
| H. Henritzy | Case Assistant | $240.00 | 0.9 | $216.00 |
| **Total** | | | **239.3** | **$104,503.00** |
| **Blended Rate** | | | | **$436.70** |