**In re: Desolation Holdings LLC, et al.**



**Exhibit B1: Fees By Task Code - Co-CROs**

**Berkeley Research Group, LLC**

For the Period 9/1/2023 through 9/30/2023

| Task Code | Hours | Fees |
|---|---|---|
| 05. Professional Retention/ Fee Application Preparation | 2.0 | |
| 06. Attend Hearings/ Related Activities | 2.0 | |
| 07. Interaction/ Meetings with Debtors/ Counsel | 5.0 | |
| 10. Recovery/ SubCon/ Lien Analysis | 4.0 | |
| 11. Claim Analysis/ Accounting | 31.0 | |
| 19. Cash Flow/Cash Management/ Liquidity | 6.0 | |
| 27. Plan of Reorganization/ Disclosure Statement | 2.0 | |
| 32. Document Review | 3.0 | |
| 36. Operation Management | 4.0 | |
| **Total** | **59.0** | **$125,000.00** |

**In re: Desolation Holdings LLC, et al.**

**Exhibit B2: Fees By Task Code - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 9/1/2023 through 9/30/2023

| Task Code | Hours | Fees |
|---|---|---|
| 05. Professional Retention/ Fee Application Preparation | 2.2 | $671.00 |
| 06. Attend Hearings/ Related Activities | 3.3 | $1,380.50 |
| 07. Interaction/ Meetings with Debtors/ Counsel | 1.8 | $810.00 |
| 10. Recovery/ SubCon/ Lien Analysis | 16.9 | $7,605.00 |
| 11. Claim Analysis/ Accounting | 108.1 | $48,917.00 |
| 18. Operating and Other Reports | 35.3 | $14,482.50 |
| 19. Cash Flow/Cash Management/ Liquidity | 27.0 | $11,198.50 |
| 27. Plan of Reorganization/ Disclosure Statement | 10.6 | $4,550.00 |
| 36. Operation Management | 33.2 | $14,483.50 |
| 37. Vendor Management | 0.9 | $405.00 |
| **Total** | **239.3** | **$104,503.00** |
| **Blended Rate** | | **$436.70** |