In re: Desolation Holdings LLC, et al.



## Exhibit C1: Time Detail - Co-CROs

**Berkeley Research Group, LLC**

For the Period 9/1/2023 through 9/30/2023

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 9/6/2023 | E. Hengel | 1.0 | Reviewed fee detail for July fee application. |
| 9/29/2023 | E. Hengel | 1.0 | Reviewed July fee application. |
| **Task Code Total Hours** | | **2.0** | |
| **06. Attend Hearings/ Related Activities** | | | |
| 9/26/2023 | E. Hengel | 2.0 | Prepared for and participated in Disclosure Statement hearing. |
| **Task Code Total Hours** | | **2.0** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 9/5/2023 | E. Hengel | 1.0 | Prepared for and participated in weekly meeting with Quinn Emanuel (P. Tomasco) and Bittrex (R. Lai, D. Maria) to discuss case timeline. |
| 9/12/2023 | E. Hengel | 1.0 | Prepared for and participated in weekly call with Quinn Emanuel (P. Tomasco) and the Bittrex (R. Lai, D. Maria) to discuss case progress. |
| 9/19/2023 | E. Hengel | 1.0 | Prepared for and participated in weekly call with Quinn Emanuel (P. Tomasco) and the Bittrex (R. Lai, D. Maria) to discuss case status. |
| 9/22/2023 | E. Hengel | 1.0 | Prepared for and participated in call with Quinn Emanuel (P. Tomasco) and the Bittrex (D. Maria, C. Barker) to discuss Disclosure Statement hearing and claims issues. |
| 9/26/2023 | E. Hengel | 1.0 | Prepared for and participated in weekly call with Quinn Emanuel (P. Tomasco) and the Bittrex (R. Lai, D. Maria) to discuss case issues. |
| **Task Code Total Hours** | | **5.0** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 9/25/2023 | E. Hengel | 1.0 | Corresponded with BRG (S. Claypoole) regarding recovery waterfall. |
| 9/25/2023 | E. Hengel | 1.0 | Reviewed estimated recovery analysis prepared by BRG (S. Claypoole). |
| 9/26/2023 | E. Hengel | 1.0 | Edited recovery analysis and distributed to Bittrex (R. Lai). |
| 9/27/2023 | E. Hengel | 1.0 | Edited recovery analysis and posed questions to BRG team. |
| **Task Code Total Hours** | | **4.0** | |

Berkeley Research Group, LLC    Invoice for the 9/1/2023 - 9/30/2023 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 9/1/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries received as of 9/1. |
| 9/5/2023 | E. Hengel | 2.0 | Reviewed claims analysis and provided comments to BRG (S. Claypoole). |
| 9/5/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries received as of 9/5. |
| 9/6/2023 | E. Hengel | 1.0 | Reviewed case filings related to Florida OFR. |
| 9/7/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries received as of 9/7. |
| 9/8/2023 | E. Hengel | 1.0 | Reviewed and responded to outstanding creditor inquiries. |
| 9/8/2023 | E. Hengel | 1.0 | Reviewed claims analysis and provided comments to BRG (S. Claypoole). |
| 9/11/2023 | E. Hengel | 1.0 | Prepared for and participated in call with Bittrex (C. Barker), Quinn Emanuel (P. Tomasco) and Omni (S. Kelly) re: claims analysis. |
| 9/11/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries received as of 9/11. |
| 9/12/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries received as of 9/12. |
| 9/12/2023 | E. Hengel | 1.0 | Reviewed claims analysis and provided comments to BRG (S. Claypoole). |
| 9/13/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries received as of 9/13. |
| 9/14/2023 | E. Hengel | 1.0 | Evaluated claims review plan and corresponded with BRG (S. Claypoole) regarding resolution plan. |
| 9/15/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries received as of 9/15. |
| 9/20/2023 | E. Hengel | 1.0 | Reviewed and responded to miscellaneous creditor inquiries. |
| 9/21/2023 | E. Hengel | 1.0 | Reviewed objection documents and provided approval to Quinn Emanuel (R. Izakelian). |
| 9/22/2023 | E. Hengel | 1.0 | Reviewed claims progress provided by BRG (S. Claypoole). |
| 9/23/2023 | E. Hengel | 1.0 | Corresponded with BRG (S. Claypoole) regarding claims review process. |
| 9/25/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries received as of 9/25. |
| 9/27/2023 | E. Hengel | 2.0 | Reviewed claims objections and provided comments to Counsel. |
| 9/27/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries received as of 9/22. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 9/28/2023 | E. Hengel | 2.0 | Reviewed claims objections and provided comments to Counsel. |
| 9/28/2023 | E. Hengel | 1.0 | Edited claim reserve analysis at request of Counsel. |
| 9/28/2023 | E. Hengel | 1.0 | Prepared for and participated in call with BRG (S. Claypoole) to discuss claims reconciliation. |
| 9/28/2023 | E. Hengel | 1.0 | Prepared for and participated in call with Quinn Emanuel (R. Izakelian) to discuss claims reserves. |
| 9/29/2023 | E. Hengel | 2.0 | Provided comments to Counsel regarding claims objections about to be filed. |
| 9/29/2023 | E. Hengel | 1.0 | Edited claim reserve analysis at request of Counsel. |
| **Task Code Total Hours** | | **31.0** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 9/1/2023 | E. Hengel | 1.0 | Reviewed documents related to bank account formation. |
| 9/5/2023 | E. Hengel | 1.0 | Updated analyses related to banking relationships and timing of intercompany reimbursements. |
| 9/6/2023 | E. Hengel | 1.0 | Reviewed upcoming payments and related impact to cash forecast. |
| 9/7/2023 | E. Hengel | 1.0 | Reviewed cash activity for month of August. |
| 9/7/2023 | E. Hengel | 1.0 | Reviewed disbursements for cash management purposes. |
| 9/14/2023 | E. Hengel | 1.0 | Reviewed forecasted operating expenses and impact on go forward liquidity runway. |
| **Task Code Total Hours** | | **6.0** | |
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 9/21/2023 | E. Hengel | 1.0 | Responded to questions from Counsel regarding asset treatment in Plan and Disclosure Statement. |
| 9/22/2023 | E. Hengel | 1.0 | Responded to further questions from Counsel regarding asset treatment in Plan and Disclosure Statement. |
| **Task Code Total Hours** | | **2.0** | |
| **32. Document Review** | | | |
| 9/8/2023 | E. Hengel | 1.0 | Reviewed case filings relating to SEC settlement and lease assumption. |
| 9/18/2023 | E. Hengel | 1.0 | Reviewed professional fee applications and proposed agenda for 9/20 hearing on the Court docket. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **32. Document Review** | | | |
| 9/20/2023 | E. Hengel | 1.0 | Reviewed SEC reservation of rights and amended agenda for 9/20 hearing on the Court docket. |
| **Task Code Total Hours** | | **3.0** | |
| **36. Operation Management** | | | |
| 9/12/2023 | E. Hengel | 1.0 | Reviewed A/P for week of 9/11 and participated in call with Bittrex (S. Lasseter, C. Koukos) re: invoice reports. |
| 9/13/2023 | E. Hengel | 1.0 | Reviewed wire requests and corresponded with BRG (S. Claypoole) regarding approval. |
| 9/18/2023 | E. Hengel | 1.0 | Reviewed A/P for payment and corresponded with BRG (S. Claypoole) thereon. |
| 9/19/2023 | E. Hengel | 1.0 | Reviewed A/P for week of 9/18 and participated in call with Bittrex (S. Lasseter, C. Koukos) re: invoice reports. |
| **Task Code Total Hours** | | **4.0** | |
| **Total Hours** | | **59.0** | |

In re: Desolation Holdings LLC, et al.



## Exhibit C2: Time Detail - Additional Personnel

### Berkeley Research Group, LLC

For the Period 9/1/2023 through 9/30/2023

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 9/28/2023 | M. Haverkamp | 0.4 | Edited July staffing report. |
| 9/29/2023 | M. Haverkamp | 0.9 | Edited July staffing report. |
| 9/29/2023 | H. Henritzy | 0.9 | Prepared July staffing report. |
| **Task Code Total Hours** | | **2.2** | |
| **06. Attend Hearings/ Related Activities** | | | |
| 9/13/2023 | S. Pensavalli | 0.5 | Participated in Desolation Holdings LLC Omnibus hearing telephonically. |
| 9/20/2023 | S. Claypoole | 0.2 | Attended Desolation Holdings LLC Omnibus hearing telephonically. |
| 9/20/2023 | S. Pensavalli | 0.2 | Participated in Desolation Holdings LLC Omnibus hearing telephonically. |
| 9/26/2023 | S. Claypoole | 1.2 | Attended Disclosure Statement hearing telephonically. |
| 9/26/2023 | S. Pensavalli | 1.2 | Participated in Desolation Holdings LLC Disclosure Statement hearing telephonically. |
| **Task Code Total Hours** | | **3.3** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 9/5/2023 | S. Claypoole | 1.1 | Prepared discussion points ahead of 9/6 Management call. |
| 9/22/2023 | S. Claypoole | 0.7 | Participated in call with Quinn Emanuel (P. Tomasco) and Bittrex (D. Maria, C. Barker) to discuss Disclosure Statement hearing and claims issues. |
| **Task Code Total Hours** | | **1.8** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 9/25/2023 | S. Claypoole | 2.9 | Developed waterfall analysis to estimate recoveries to creditors. |
| 9/25/2023 | S. Claypoole | 2.7 | Continued to develop waterfall analysis to estimate recoveries to creditors. |
| 9/25/2023 | S. Claypoole | 1.7 | Prepared summary of estimated recoveries in the waterfall analysis. |

Berkeley Research Group, LLC                                  Invoice for the 9/1/2023 - 9/30/2023 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 9/25/2023 | S. Claypoole | 1.3 | Updated estimated recoveries summary based on feedback from BRG (E. Hengel). |
| 9/25/2023 | S. Claypoole | 1.0 | Corresponded with BRG (E. Hengel) regarding recovery waterfall. |
| 9/26/2023 | S. Claypoole | 2.9 | Updated estimated recoveries analysis ahead of weekly Management call on 9/26. |
| 9/26/2023 | S. Claypoole | 0.5 | Continued to update estimated recoveries analysis ahead of weekly Management call on 9/26. |
| 9/28/2023 | S. Claypoole | 2.1 | Updated estimated recoveries analysis ahead of call with Quinn Emanuel (R. Izakelian). |
| 9/28/2023 | S. Claypoole | 1.8 | Updated estimated recoveries analysis to reflect comments from BRG (E. Hengel). |
| **Task Code Total Hours** | | **16.9** | |
| **11. Claim Analysis/ Accounting** | | | |
| 9/1/2023 | S. Claypoole | 0.7 | Reviewed Company books and records in response to creditor claim inquiry sent by BRG (E. Hengel). |
| 9/1/2023 | S. Pensavalli | 0.6 | Participated in call with Omni (S. Kelly, B. Whitaker) re: claims. |
| 9/1/2023 | S. Claypoole | 0.6 | Participated in call with Omni (S. Kelly, B. Whitaker) regarding claims. |
| 9/1/2023 | S. Claypoole | 0.3 | Corresponded via email with Omni (B. Whitaker) regarding claims register. |
| 9/1/2023 | S. Claypoole | 0.2 | Corresponded via email with Bittrex (P. Arthur) regarding customer claim. |
| 9/5/2023 | S. Claypoole | 2.3 | Prepared claims update for 9/6 Management call. |
| 9/5/2023 | S. Claypoole | 2.2 | Reviewed Company coin schedules in response to claimant inquiries. |
| 9/5/2023 | S. Claypoole | 0.9 | Responded via email to request from BRG (E. Hengel) regarding creditor inquiry. |
| 9/6/2023 | S. Claypoole | 2.3 | Analyzed filed top vendor claims. |
| 9/6/2023 | S. Claypoole | 1.2 | Continued to analyze top vendor claims. |
| 9/6/2023 | S. Claypoole | 0.8 | Reviewed claims filed by a certain creditor. |
| 9/6/2023 | S. Claypoole | 0.3 | Corresponded via email with Omni (A. Nownes, B. Whitaker) re: claims shared site. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 9/8/2023 | S. Claypoole | 1.7 | Reviewed claims register uploaded by Omni on 9/8. |
| 9/8/2023 | S. Claypoole | 0.6 | Corresponded with Omni (S. Kelly) regarding claims register. |
| 9/11/2023 | S. Claypoole | 2.6 | Created review process to triage claim objections. |
| 9/11/2023 | S. Claypoole | 1.2 | Reviewed local Court claim objection rules for objection planning purposes. |
| 9/11/2023 | S. Claypoole | 0.8 | Analyzed Company data in response to miscellaneous customer inquiry. |
| 9/11/2023 | S. Pensavalli | 0.8 | Participated in call with Bittrex (C. Barker), Quinn Emanuel (P. Tomasco) and Omni (S. Kelly) re: claims reconciliation. |
| 9/11/2023 | S. Claypoole | 0.8 | Participated in call with Bittrex (C. Barker), Quinn Emanuel (P. Tomasco) and Omni (S. Kelly) regarding claims reconciliation. |
| 9/11/2023 | S. Claypoole | 0.7 | Responded via email to BRG (E. Hengel) re: additional customer inquiries. |
| 9/11/2023 | S. Claypoole | 0.6 | Discussed miscellaneous uploaded creditor documents with Omni (B. Whitaker). |
| 9/11/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (P. Tomasco) to follow up on miscellaneous claims documents. |
| 9/12/2023 | S. Claypoole | 2.6 | Prepared top filed claims summary for 9/12 Management meeting. |
| 9/12/2023 | S. Claypoole | 2.3 | Continued to prepare top filed claims summary for 9/12 Management meeting. |
| 9/12/2023 | S. Claypoole | 0.9 | Responded via email to request from BRG (E. Hengel) regarding creditor inquiry. |
| 9/12/2023 | S. Claypoole | 0.5 | Corresponded with Quinn Emanuel (J. Caytas) and Omni (B. Whitaker) regarding claims register. . |
| 9/13/2023 | S. Claypoole | 1.8 | Reviewed proofs of claims filed by vendors. |
| 9/13/2023 | S. Claypoole | 1.3 | Prepared detailed top filed claim summary for objection purposes. |
| 9/13/2023 | S. Claypoole | 0.6 | Corresponded with BRG (E. Hengel) regarding additional creditor inquiries. |
| 9/13/2023 | S. Claypoole | 0.4 | Corresponded with BRG (E. Hengel) regarding creditor inquiries. |
| 9/14/2023 | S. Claypoole | 2.2 | Prepared summary of claims register to assist Company with review process. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 9/14/2023 | S. Claypoole | 2.1 | Analyzed categorization of customer claims for review purposes. |
| 9/14/2023 | S. Claypoole | 1.7 | Continued to analyze customer claims for batch reviews. |
| 9/14/2023 | S. Claypoole | 1.0 | Discussed claims with Omni (S. Kelly). |
| 9/14/2023 | S. Claypoole | 0.6 | Corresponded with Bittrex (C. Barker) regarding claims register. |
| 9/14/2023 | S. Claypoole | 0.4 | Corresponded via email with Omni (B. Whitaker) regarding upload of claims. |
| 9/15/2023 | S. Claypoole | 2.4 | Reviewed 410 claims sent by Omni. |
| 9/15/2023 | S. Claypoole | 1.4 | Drafted go-forward claims plan for BRG (E. Hengel). |
| 9/15/2023 | S. Claypoole | 1.0 | Participated in claims call with Quinn Emanuel (P. Tomasco), Bittrex (C. Barker), and Omni (S. Kelly, B. Whitaker). |
| 9/15/2023 | S. Claypoole | 0.8 | Reviewed Company records in order to provide responses to BRG (E. Hengel) regarding creditor inquiry. |
| 9/15/2023 | S. Claypoole | 0.5 | Participated in follow-up claims call with Omni (S. Kelly, B. Whitaker). |
| 9/18/2023 | S. Claypoole | 1.7 | Reviewed top value and duplicate claims workbook shared by Omni (S. Sejal) ahead of client distribution. |
| 9/18/2023 | S. Claypoole | 0.6 | Prepared comments for Omni (S. Kelly) on top value and duplicate claims workbook ahead of client distribution. |
| 9/19/2023 | S. Claypoole | 1.9 | Reviewed proofs of claims potentially affected by OFAC sanctions, in response to request from Counsel. |
| 9/19/2023 | S. Claypoole | 0.5 | Corresponded via email with Quinn Emanuel (J. Caytas) regarding OFAC sanctioned claimants. |
| 9/20/2023 | S. Claypoole | 0.8 | Discussed updated claims register with Omni (S. Kelly). |
| 9/20/2023 | S. Claypoole | 0.5 | Corresponded with Bittrex (C. Barker) regarding updated claims register. |
| 9/20/2023 | S. Claypoole | 0.2 | Corresponded via email with Quinn Emanuel (J. Caytas) to follow up on OFAC claims request. |
| 9/21/2023 | S. Claypoole | 2.4 | Reviewed Company records in order to reconcile top value filed claims. |
| 9/21/2023 | S. Pensavalli | 2.3 | Analyzed OFAC claims. |
| 9/21/2023 | S. Claypoole | 1.8 | Reviewed individual claim objection drafts sent by Quinn Emanuel (R. Izakelian). |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 9/21/2023 | S. Claypoole | 0.9 | Prepared comments for Quinn Emanuel on individual claim objection draft. |
| 9/21/2023 | S. Claypoole | 0.8 | Reviewed updated claim objection draft from Quinn Emanuel ahead of filing. |
| 9/21/2023 | S. Claypoole | 0.7 | Discussed claims register updates with Omni (S. Kelly). |
| 9/21/2023 | S. Claypoole | 0.5 | Discussed claims register with Bittrex (C. Barker, T. Narverud). |
| 9/21/2023 | S. Claypoole | 0.2 | Discussed OFAC claims with BRG (S. Pensavalli). |
| 9/21/2023 | S. Pensavalli | 0.2 | Participated in call with BRG (S. Claypoole) re: OFAC claims. |
| 9/22/2023 | S. Claypoole | 1.8 | Revised OFAC claims analysis prepared by BRG (S. Pensavalli). |
| 9/22/2023 | S. Pensavalli | 1.7 | Continued to analyze OFAC claims. |
| 9/22/2023 | S. Claypoole | 1.1 | Reviewed OFAC claims analysis prepared by BRG (S. Pensavalli). |
| 9/22/2023 | S. Claypoole | 1.0 | Prepared list of questions and outstanding items for claims call with Quinn Emanuel and Omni. |
| 9/22/2023 | S. Claypoole | 0.5 | Participated in call with Quinn Emanuel (J. Caytas, R. Izakelian) and Omni (S. Kelly) regarding claims objections. |
| 9/22/2023 | S. Pensavalli | 0.5 | Participated in call with Quinn Emanuel (J. Caytas, R. Izakelian) and Omni Agent (S. Kelly) re: OFAC-related POCs. |
| 9/22/2023 | S. Claypoole | 0.4 | Corresponded via email with Quinn Emanuel (J. Caytas) regarding OFAC claims request. |
| 9/22/2023 | S. Claypoole | 0.4 | Revised OFAC claims request ahead of circulation to Counsel. |
| 9/24/2023 | S. Claypoole | 2.4 | Reviewed Company comments on top claimants to determine next steps for objections. |
| 9/24/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (J. Caytas) regarding claims review process. |
| 9/25/2023 | S. Claypoole | 0.6 | Prepared response to creditor inquiry per request from BRG (E. Hengel). |
| 9/26/2023 | S. Claypoole | 1.1 | Prepared outstanding claims items summary for Omni. |
| 9/27/2023 | S. Claypoole | 2.8 | Prepared coin holdings summaries for the individual claim objections. |
| 9/27/2023 | S. Claypoole | 2.3 | Reviewed individual claim objection drafts sent by Quinn Emanuel (R. Izakelian) on 9/27. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 9/27/2023 | S. Claypoole | 1.1 | Prepared comments for Quinn Emanuel on individual claim objections. |
| 9/27/2023 | S. Claypoole | 0.4 | Corresponded with Omni (B. Whitaker) regarding customer coin claims. |
| 9/28/2023 | D. Collins | 2.8 | Analyzed customer coin holding claims for Counsel to object to improperly filed claims. |
| 9/28/2023 | S. Claypoole | 2.4 | Reviewed updated claim objection drafts from Quinn Emanuel. |
| 9/28/2023 | S. Claypoole | 1.3 | Prepared comments for Quinn Emanuel (R. Izakelian) on updated claim objection drafts. |
| 9/28/2023 | S. Claypoole | 1.2 | Prepared comments for Quinn Emanuel (A. Jaquet) on individual claim objections. |
| 9/28/2023 | S. Claypoole | 1.1 | Prepared comments for Quinn Emanuel (J. Caytas) on individual claim objection draft. |
| 9/28/2023 | S. Claypoole | 0.8 | Reviewed Company records in response to creditor inquiry. |
| 9/28/2023 | S. Claypoole | 0.5 | Discussed claims dollarization with Omni (B. Whitaker). |
| 9/28/2023 | S. Claypoole | 0.5 | Participated in call with BRG (E. Hengel) to discuss claims items. |
| 9/28/2023 | S. Claypoole | 0.5 | Participated in call with Quinn Emanuel (R. Izakelian) to discuss claims reserves. |
| 9/28/2023 | S. Claypoole | 0.5 | Prepared summary of outstanding claims items for call with BRG (E. Hengel) re: same. |
| 9/29/2023 | D. Collins | 2.8 | Reconciled between proof of claims forms and claims register to determine need to file claim objections. |
| 9/29/2023 | D. Collins | 2.5 | Analyzed largest claims to determine need to file objections. |
| 9/29/2023 | S. Claypoole | 2.4 | Analyzed largest coin holding claims to determine need for objections. |
| 9/29/2023 | S. Claypoole | 2.2 | Prepared schedule of scheduled versus current coin holdings for claim objections purposes. |
| 9/29/2023 | S. Claypoole | 1.7 | Continued to analyze largest coin holding claims to determine need for objections. |
| 9/29/2023 | S. Claypoole | 1.2 | Prepared additional comments to Counsel on latest claim objection drafts. |
| 9/29/2023 | S. Claypoole | 0.8 | Corresponded with Bittrex (S. James, H. Lawani) regarding coin holdings for claim objection purposes. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/ Accounting** | | | |
| 9/29/2023 | S. Claypoole | 0.8 | Prepared additional coin holding summary for individual creditor for claim objection. |
| 9/29/2023 | S. Claypoole | 0.7 | Prepared coin holding summary for individual creditor for claim objection. |
| **Task Code Total Hours** | | **108.1** | |
| **18. Operating and Other Reports** | | | |
| 9/11/2023 | S. Pensavalli | 1.9 | Prepared templates for August MOR schedules. |
| 9/22/2023 | S. Pensavalli | 2.8 | Prepared analysis of the August Monthly Operating report re: professional fees. |
| 9/22/2023 | S. Pensavalli | 1.5 | Prepared analysis of the August Monthly Operating report re: professional fees to reflect feedback from BRG (S. Claypoole). |
| 9/22/2023 | S. Claypoole | 0.8 | Reviewed professional fee exhibit draft for August MOR. |
| 9/22/2023 | S. Claypoole | 0.7 | Prepared comments for BRG (S. Pensavalli) on professional fee exhibit draft for August MOR. |
| 9/25/2023 | S. Pensavalli | 2.9 | Prepared August MOR schedules. |
| 9/25/2023 | S. Pensavalli | 2.7 | Continued to prepare August MOR schedule. |
| 9/25/2023 | S. Claypoole | 2.3 | Performed detailed review of August MOR schedules. |
| 9/25/2023 | S. Pensavalli | 0.5 | Reviewed July MOR schedules. |
| 9/25/2023 | S. Claypoole | 0.3 | Corresponded via email with Bittrex (C. Belling) regarding bank detail for August MOR. |
| 9/26/2023 | S. Pensavalli | 2.9 | Prepared August MOR schedules. |
| 9/26/2023 | S. Pensavalli | 2.6 | Continued to prepare August MOR schedules. |
| 9/26/2023 | S. Claypoole | 0.4 | Corresponded with Bittrex (C. Belling) regarding FBO accounts for August MOR. |
| 9/26/2023 | S. Claypoole | 0.4 | Corresponded with Bittrex (D. Dreslin, D. Madigan) regarding August MOR requests. |
| 9/27/2023 | S. Claypoole | 2.7 | Continued to prepare August MOR schedules. |
| 9/27/2023 | S. Claypoole | 1.4 | Prepared MOR schedules. . |
| 9/27/2023 | S. Pensavalli | 1.2 | Prepared August MOR schedules. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 9/28/2023 | S. Pensavalli | 2.9 | Prepared August MOR schedules. |
| 9/28/2023 | S. Pensavalli | 2.8 | Continued to prepare August MOR schedule. |
| 9/28/2023 | S. Claypoole | 0.8 | Reviewed payments to insiders data for August MOR. |
| 9/29/2023 | S. Pensavalli | 0.8 | Prepared August MOR schedule. |
| **Task Code Total Hours** | | **35.3** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 9/5/2023 | S. Claypoole | 0.7 | Reviewed data needed for new bank account. |
| 9/6/2023 | S. Pensavalli | 0.9 | Updated professional fee payment tracker to reflect excess fees. |
| 9/6/2023 | S. Claypoole | 0.6 | Reviewed professional fee tracker to determine timing of payments. |
| 9/7/2023 | S. Claypoole | 2.1 | Updated cash model for activity for week ending 9/3. |
| 9/7/2023 | S. Claypoole | 0.4 | Corresponded with Bittrex (C. Koukos) regarding professional fee payments. |
| 9/18/2023 | S. Pensavalli | 2.9 | Updated professional fee payment tracker to reflect compensation applications. |
| 9/18/2023 | S. Pensavalli | 2.9 | Updated professional fee payment tracker to reflect feedback from BRG (S. Claypoole). |
| 9/18/2023 | S. Claypoole | 1.1 | Prepared additional comments for BRG (S. Pensavalli) on professional fee tracker. |
| 9/18/2023 | S. Claypoole | 0.8 | Reviewed professional fee tracker updates from BRG (S. Pensavalli). |
| 9/18/2023 | S. Claypoole | 0.6 | Prepared comments for BRG (S. Pensavalli) on professional fee tracker updates. |
| 9/19/2023 | S. Pensavalli | 2.2 | Continued to update professional fee tracker to reflect feedback from BRG (S. Claypoole). |
| 9/20/2023 | S. Pensavalli | 2.9 | Continued to update professional fee payment tracker to reflect feedback from BRG (S. Claypoole). |
| 9/20/2023 | S. Claypoole | 2.2 | Updated cash model for activity for week ending 9/18. |
| 9/20/2023 | S. Pensavalli | 1.4 | Reviewed professional fee tracker with BRG (S. Claypoole). |
| 9/21/2023 | S. Pensavalli | 2.9 | Continued to analyze professional fee payment tracker to reflect feedback from BRG (S. Claypoole). |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 9/21/2023 | S. Pensavalli | 1.2 | Continued to update professional fee tracker to reflect feedback from BRG (S. Claypoole). |
| 9/21/2023 | S. Claypoole | 0.6 | Reviewed expenses for wind down reserves. |
| 9/25/2023 | S. Claypoole | 0.4 | Corresponded with Bittrex (C. Koukos) regarding UST payment. |
| 9/27/2023 | S. Claypoole | 0.2 | Corresponded via email with Bittrex (C. Koukos) regarding UST payment. |
| **Task Code Total Hours** | | **27.0** | |
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 9/1/2023 | S. Pensavalli | 1.6 | Analyzed voting requirements outlined in Disclosure Statement. |
| 9/1/2023 | S. Claypoole | 0.4 | Reviewed summary of voting procedures and key deadlines. |
| 9/21/2023 | S. Claypoole | 1.2 | Reviewed objections filed against Plan of Liquidation. |
| 9/21/2023 | S. Claypoole | 0.7 | Prepared responses to Quinn Emanuel (P. Tomasco) regarding claim reserves in filed Disclosure Statement. |
| 9/21/2023 | S. Claypoole | 0.2 | Corresponded with Bittrex (C. Barker) regarding Plan disclosures. |
| 9/22/2023 | S. Claypoole | 0.5 | Discussed escheatment audit with Bittrex (C. Barker) in relation to Plan. |
| 9/22/2023 | S. Claypoole | 0.3 | Reviewed Disclosure Statement objection response prepared by Bittrex (C. Barker). |
| 9/25/2023 | S. Pensavalli | 1.4 | Reviewed Plan of Liquidation. |
| 9/26/2023 | S. Pensavalli | 1.0 | Summarized updated Plan of Liquidation. |
| 9/26/2023 | S. Claypoole | 0.9 | Reviewed filed changes to Plan and Disclosure Statement. |
| 9/27/2023 | S. Claypoole | 0.5 | Discussed Plan class report with Omni (B. Whitaker). |
| 9/28/2023 | S. Claypoole | 1.2 | Reviewed sample ballots prepared by Omni (B. Whitaker) for Plan voting. |
| 9/28/2023 | S. Claypoole | 0.7 | Reviewed proposed Plan redline ahead of filing. |
| **Task Code Total Hours** | | **10.6** | |
| **36. Operation Management** | | | |
| 9/1/2023 | S. Claypoole | 2.6 | Prepared staking report for 9/5 weekly Management call. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **36. Operation Management** | | | |
| 9/1/2023 | S. Claypoole | 1.7 | Analyzed crypto holdings data for staking report for 9/5 weekly Management call. |
| 9/1/2023 | S. Claypoole | 0.6 | Prepared feedback for BRG (S. Pensavalli) on staking report slides for Management. |
| 9/1/2023 | S. Claypoole | 0.4 | Edited staking report. |
| 9/1/2023 | S. Pensavalli | 0.1 | Updated staking report for Management and Counsel to reflect feedback for BRG (S. Claypoole). |
| 9/5/2023 | S. Claypoole | 1.2 | Revised staking report ahead of 9/6 Management call. |
| 9/5/2023 | S. Claypoole | 0.8 | Reviewed A/P for payment for week of 9/4. |
| 9/5/2023 | S. Pensavalli | 0.7 | Updated invoice tracker for week of 9/4 invoices. |
| 9/5/2023 | S. Pensavalli | 0.5 | Participated in call with Bittrex (S. Lasseter, C. Koukos) re: invoice reports. |
| 9/5/2023 | S. Pensavalli | 0.5 | Reviewed staking report for Management and Counsel. |
| 9/11/2023 | S. Claypoole | 0.6 | Reviewed A/P for payment for week of 9/11. |
| 9/11/2023 | S. Claypoole | 0.5 | Corresponded with Quinn Emanuel (R. Izakelian) and Bittrex (C. Koukos) regarding A/P for payment. |
| 9/12/2023 | S. Claypoole | 0.8 | Corresponded with Bittrex (C. Koukos) re: timing of fee payments to ordinary course professionals based on filed declarations. |
| 9/12/2023 | S. Claypoole | 0.6 | Participated in weekly invoice call with Bittrex (S. Lasseter, C. Koukos). |
| 9/12/2023 | S. Claypoole | 0.5 | Corresponded with Bittrex (C. Koukos) regarding invoice requests. |
| 9/12/2023 | S. Pensavalli | 0.5 | Updated invoice tracker for week of 9/11. |
| 9/12/2023 | S. Claypoole | 0.4 | Reviewed invoice tracker for week of 9/11. |
| 9/13/2023 | S. Claypoole | 2.3 | Prepared invoice and payment summary for ordinary course professional invoices. |
| 9/13/2023 | S. Claypoole | 0.4 | Corresponded with Quinn Emanuel (R. Izakelian) regarding prepetition invoices. |
| 9/18/2023 | S. Claypoole | 1.0 | Reviewed interim fee applications for professional payments. |
| 9/18/2023 | S. Claypoole | 0.9 | Reviewed insurance invoice for payment. |
| 9/18/2023 | S. Claypoole | 0.7 | Discussed payment of insurance invoice with Bittrex (C. Koukos). |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **36. Operation Management** | | | |
| 9/18/2023 | S. Claypoole | 0.5 | Corresponded via email with Quinn Emanuel (P. Tomasco) regarding workers compensation policy. |
| 9/18/2023 | S. Claypoole | 0.3 | Corresponded via email with Bittrex (C. Koukos) to follow up on payment of invoices. |
| 9/19/2023 | S. Pensavalli | 2.5 | Updated staking report for Management and Counsel. |
| 9/19/2023 | S. Pensavalli | 1.9 | Updated staking report to reflect feedback from BRG (S. Claypoole). |
| 9/19/2023 | S. Claypoole | 1.3 | Analyzed ordinary course professional invoices over the fee cap. |
| 9/19/2023 | S. Claypoole | 0.9 | Reviewed week of 9/18 wire requests. |
| 9/19/2023 | S. Pensavalli | 0.5 | Participated in call with Bittrex (S. Lasseter, C. Koukos) re: invoice reports. |
| 9/19/2023 | S. Claypoole | 0.4 | Corresponded via email with Bittrex (C. Koukos) regarding week of 9/18 wire requests. |
| 9/20/2023 | S. Claypoole | 1.4 | Summarized all ordinary course professional invoices for payment. |
| 9/20/2023 | S. Claypoole | 1.2 | Updated staking report slides for latest coin holding data. |
| 9/20/2023 | S. Claypoole | 0.7 | Reviewed staking report slides updated by BRG (S. Pensavalli). |
| 9/20/2023 | S. Claypoole | 0.4 | Reviewed professional fee invoices for payment. |
| 9/20/2023 | S. Claypoole | 0.3 | Corresponded with Bittrex (C. Koukos) regarding invoice payments. |
| 9/21/2023 | S. Claypoole | 0.3 | Reviewed email correspondence with insurance provider related to invoice payment. |
| 9/26/2023 | S. Pensavalli | 0.6 | Participated in call with Bittrex (S. Lasseter, C. Koukos) re: invoice reports. |
| 9/26/2023 | S. Claypoole | 0.6 | Participated in weekly call with Bittrex (S. Lasseter, C. Koukos) regarding invoices. |
| 9/26/2023 | S. Claypoole | 0.6 | Reviewed A/P requests for week of 9/25. |
| 9/26/2023 | S. Pensavalli | 0.5 | Updated invoice tracker for week of 9/25. |
| **Task Code Total Hours** | | **33.2** | |
| **37. Vendor Management** | | | |
| 9/13/2023 | S. Claypoole | 0.4 | Reviewed Ordinary Course Professional Order to determine payment mechanics. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **37. Vendor Management** | | | |
| 9/26/2023 | S. Claypoole | 0.5 | Discussed plan of communication for a vendor with Bittrex (C. Koukos). |
| **Task Code Total Hours** | | 0.9 | |
| **Total Hours** | | 239.3 | |