**In re: Desolation Holdings LLC, et al.**

**Exhibit D: Expenses By Category**



**Berkeley Research Group, LLC**

For the Period 9/1/2023 through 9/30/2023

| Expense Category | Amount |
|---|---:|
| 01. Travel - Airline | $806.95 |
| 02. Travel - Train and Bus | $542.00 |
| 03. Travel - Taxi | $27.85 |
| 08. Travel - Hotel/Lodging | $887.02 |
| 10. Meals | $87.56 |
| 11. Telephone, Fax and Internet | $39.95 |
| **Total Expenses for the Period 9/1/2023 through 9/30/2023** | **$2,391.33** |