**In re: Desolation Holdings LLC, et al.**

**Exhibit E: Expense Detail**

## Berkeley Research Group, LLC

### For the Period 9/1/2023 through 9/30/2023

| Date | Professional | Amount | Description |
|---|---|---|---|
| **01. Travel - Airline** | | | |
| 9/1/2023 | E. Hengel | $806.95 | Bittrex's portion of round-trip airfare from 6/4 - 6/8 from LAX to NYC for Bittrex second day hearing. |
| *Expense Category Total* | | *$806.95* | |
| **02. Travel - Train and Bus** | | | |
| 9/1/2023 | E. Hengel | $326.00 | One-way train on 6/6 from NYC to Wilmington, DE for Bittrex second day hearing. |
| 9/1/2023 | E. Hengel | $216.00 | One-way train on 6/7 from Wilmington, DE to NYC following Bittrex second day hearing. |
| *Expense Category Total* | | *$542.00* | |
| **03. Travel - Taxi** | | | |
| 9/1/2023 | E. Hengel | $27.85 | Taxi on 6/6 from hotel to train station for travel to Bittrex second day hearing. |
| *Expense Category Total* | | *$27.85* | |
| **08. Travel - Hotel/Lodging** | | | |
| 9/1/2023 | E. Hengel | $887.02 | Bittrex's portion of three-night hotel stay in NYC from 6/5 - 6/8 while traveling for Bittrex second day hearing. |
| *Expense Category Total* | | *$887.02* | |
| **10. Meals** | | | |
| 9/1/2023 | D. Collins | $25.56 | Dinner on 6/20 while working late on Bittrex. |
| 9/1/2023 | E. Hengel | $50.00 | Dinner on 6/7 following Bittrex second day hearing. |
| 9/1/2023 | E. Hengel | $12.00 | Lunch on 6/7 while traveling for Bittrex second day hearing. |
| *Expense Category Total* | | *$87.56* | |
| **11. Telephone, Fax and Internet** | | | |
| 9/1/2023 | E. Hengel | $39.95 | In-flight wi-fi on 6/8 for Bittrex case work. |
| *Expense Category Total* | | *$39.95* | |

| Date | Professional | Amount | Description |
|---|---|---|---|
| **Total Expenses** | | **$2,391.33** | |