**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Joint Administration Pending) |
| | **Ref. Docket Nos. 494 & 504** |

**CERTIFICATION OF COUNSEL REGARDING ORDER CONFIRMING THE
AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF
DESOLATION HOLDINGS LLC AND ITS DEBTOR AFFILIATES**

On October 26, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Order Confirming the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and Its Debtor Affiliates* [D.I. 494], which the Debtors subsequently revised on October 27, 2023 [D.I. 504] (such order, as amended, the "Proposed Order").

On October 30, 2023, the Court held a hearing (the "Hearing") to consider, among other things, entry of the Proposed Order.

At the Hearing, the Debtors agreed to certain additional informal comments received from the U.S. Securities and Exchange Commission (the "SEC"). As stated on the record at the Hearing, the Court ruled that it would enter a revised Proposed Order (the "Revised Order"), which resolves the SEC's informal comments. The Revised Order is attached hereto as Exhibit A. For the convenience of the Court and other interested parties, a blackline comparing the Revised Order to the Proposed Order is attached hereto as Exhibit B (changed page only).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30921662.1

      The Debtors respectfully request that the Court enter the Revised Order without further notice or hearing at the Court's earliest convenience.

| | |
|---|---|
| Dated: October 30, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani (pending pro hac vice)<br>Patricia B. Tomasco (pending pro hac vice)<br>Daniel Holzman (pending pro hac vice)<br>Alain Jaquet (pending pro hac vice)<br>Razmig Izakelian (pending pro hac vice)<br>Valerie Ramos (pending pro hac vice)<br>Joanna D. Caytas (pending pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |