# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 399, 400, 451, & 490** |

**CERTIFICATION OF COUNSEL REGARDING ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIMS NO. 598-1698, 598-1730, 598-1735, 598-1791, 599-59, 599-70, 599-71, 599-72, 600-180, 600-202, AND 600-203 (CLAIMS NO. C597-185, C597-317, C598-413, C598-415, C598-493, C598-1101, C599-41, AND C600-100) FILED BY Z M GOLAM DASTAGIR PURSUANT TO SECTIONS 502, 503, AND 507 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

On September 29, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtor's Objection to Claims Filed by Z M Golam Dastagir Pursuant to Sections 502, 503, and 507 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [D.I. 399] (the "Objection") and the *Declaration of Evan Hengel in Support of Debtors' Objection to Claims Filed by Z M Golan Dastagir Pursuant to Sections 502, 503, and 507 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [D.I. 400] (the "Declaration").

On October 12, 2023, Z M Golam Dastagir ("Dastagir") filed a response to the Objection [D.I. 451] (the "Dastagir Response").

On October 25, 2023, the Debtors filed the *Debtors' Reply to the Response of Z M Golam Dastagir to Debtors' Claim Objection* [D.I. 490] (the "Reply").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30921754.1

On October 30, 2023, the Court held a hearing (the "Hearing") to consider, among other things, the Objection, the Declaration, the Dastagir Response, and the Reply. As stated on the record at the Hearing, the Court ruled that it would sustain the Objection, and requested that the Debtors submit a proposed order reflecting the Court's ruling (the "Order"). A copy of the Order is attached hereto as **Exhibit A**.

The Debtors respectfully request that the Court enter the Order without further notice or hearing at the Court's earliest convenience.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: October 30, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani (pending pro hac vice)<br>Patricia B. Tomasco (pending pro hac vice)<br>Daniel Holzman (pending pro hac vice)<br>Alain Jaquet (pending pro hac vice)<br>Razmig Izakelian (pending pro hac vice)<br>Valerie Ramos (pending pro hac vice)<br>Joanna D. Caytas (pending pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |