**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 399** |

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIMS NO. 598-1698, 598-1730,**
**598-1735, 598-1791, 599-59, 599-70, 599-71, 599-72, 600-180, 600-202, AND 600-203**
**(CLAIMS NO. C597-185, C597-317, C598-413, C598-415, C598-493, C598-1101, C599-41,**
**AND C600-100) FILED BY Z M GOLAM DASTAGIR PURSUANT**
**TO SECTIONS 502, 503, AND 507 OF THE BANKRUPTCY CODE,**
**BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Debtors' objection to the claim filed by Z M Golam Dastagir

(the "Objection") and any response thereto; and the Court having found that it has jurisdiction to

consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and

the Amended Standing Order of Reference from the United States District Court for the District

of Delaware, dated February 29, 2012; and it appearing that venue in this District is proper pursuant

to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and proper notice of the Objection has

been given and that no other or further notice is necessary; and the Court having determined that

the relief requested in the Objection is in the best interests of the Debtors, their estates, their

creditors, and other parties in interest; and the Court having found and determined that the legal

and factual bases set forth in the Objection establish just cause for the relief granted herein; and

after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. ("BUS") (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**ORDERED, ADJUDGED, AND DECREED** that:

1.       Pursuant to sections 502 of the Bankruptcy Code, Rule 3007 of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Objection is **SUSTAINED** and the Dastagir Claims are **DISALLOWED**.

2.       The Debtors and the Clerk of this Court are authorized to modify the official Claims Register for these chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out the relief granted in this Order.

3.       Nothing in the Objection or this Order, nor any actions taken by the Debtors pursuant to this Order, shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

4.       This Order is immediately effective and enforceable.

5.       The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 30th, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

2