# SIGN-IN SHEET

**Case Name:** Desolation Holdings, LLC

**Case No.:** 23-10597

**Courtroom No. 1 - Judge Shannon**

**Date:** 10/30/2023   10:00 Am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patricia Schrage | SEC | SEC |
| Robert Brady | Young Conaway | Debtors |
| Ken Enos | " | " |
| Patricia Tomasco | Quinn Emanuel | " |
| Rebecca Lamb | Young Conaway | " |
| Alain Jacquet | Quinn Emanuel | " |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |