**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref Docket No. 491** |

**ORDER GRANTING (I) LEAVE FROM LOCAL RULE 3007-1(F) AND BANKRUPTCY RULE 3007(E)(6) TO PERMIT THE FILING OF OMNIBUS OBJECTIONS, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of Desolation Holdings LLC and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") granting relief from certain of the requirements of Local Rule 3007-1(f) to permit (but not require) the Debtors to exceed certain claims objection limits and to modify the requirement that the Debtors include all substantive grounds for objection at the same time and granting related relief; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors (or any other party in interest) are granted leave from Local Rules 3007-1(f)(i), (ii) and (iii) and Bankruptcy Rule 3007(e)(6).  For the avoidance of doubt, the Debtors (or any other party in interest) may file more than two substantive omnibus claim objections per month and may exceed the 100-claim limit per non-substantive objection and the 150-claim limit per substantive objection.  Omnibus substantive objections are not required to raise all substantive objections to each claim in such omnibus objections in the Chapter 11 Cases.

3. Nothing in the Motion or this Order shall be deemed or construed as: (a) an admission as to the validity or priority of any claim, equity interest or lien against the Debtors; (b) a waiver of the Debtors' rights to dispute or otherwise object to any claim, equity interest or lien on any grounds or basis; (c) a promise or requirement to pay any claim, (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or this Order; or (e) a waiver or release of the Debtors' or any other party in interests' rights, claims, defenses, or counterclaims under the Bankruptcy Code or any other applicable law.

4. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

5. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction with respect to any and all matters arising from or related to the implementation or interpretation of this Order.

**Dated: November 6th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

3

30903276.1