## **Exhibit B**

**Declaration of Evan Hengel**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF EVAN HENGEL IN SUPPORT OF DEBTORS'
## FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO
## CERTAIN EXACT DUPLICATE CLAIMS

I, Evan Hengel, Co-Chief Restructuring Officer of Bittrex Inc. ("BUS"), Desolation Holdings LLC ("Desolation"), Bittrex Malta Holdings Ltd. ("Malta Holdings") and Bittrex Malta Ltd. ("Malta OpCo") (collectively, the "Debtors"), pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am a Managing Director at Berkeley Research Group, LLC ("BRG") with over 16 years of experience working in distressed situations and transactions, including several involving crypto firms such as Voyager Digital Holdings, Inc., BlockFi, Inc., SALT Lending, and Genesis Global Holdco, LLC.  I serve as the Co-Chief Restructuring Officer of the Debtors. Accordingly, I am in all respect competent to make this declaration (the "Declaration").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

2.      I submit this Declaration in support of the *Debtors' First Omnibus (Non-Substantive) Objection to Certain Exact Duplicate Claims* (the "Objection"),[2] dated as of the date hereof and filed contemporaneously herewith.

3.       I am over the age of eighteen and am authorized by the Debtors to submit this Declaration.  All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (a) business books and records kept by the Debtors in the ordinary course of business, (b) the relevant proofs of claim, (c) the Schedules, and/or (d) the official register of claims filed in these chapter 11 cases.  If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

4.      The proofs of claim subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Debtors, BRG, Omni, Quinn Emanuel Urquhart & Sullivan LLP, and Young Conaway Stargatt & Taylor, LLP.

## EXACT DUPLICATE CLAIMS

5.      Based upon a review and analysis of the Exact Duplicate Claims listed on Schedule 1 to the Proposed Order and the Claims Register, I and my team have determined that each Exact Duplicate Claim was filed by or on behalf of the same claimant, in the same amount and priority, on account of the same alleged liability, and against the same Debtor more than once.  Each claim listed under the column "Duplicate Claim to be Disallowed" is duplicative of the corresponding claim listed under the column titled "Remaining Claim."  As a general practice, I and my team determined that the Remaining Claim should be the first filed claim, and that the disallowed and expunged claim should be the later filed Duplicative Claim.

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

6.      Disallowance of these redundant claims will enable the Claims Register to reflect more accurately the claims asserted against the Debtors.  Any disallowance or expungement of the Exact Duplicate Claims will not prejudice any claimants or their substantive rights against the Debtors because each Remaining Claim will remain on the Claims Register, subject to the Debtors' ongoing rights to object to the Remaining Claims on any other applicable grounds, including other grounds set forth in the Debtors' subsequent omnibus objections.

7.      The information contained in the Objection and in Schedule 1 attached to the Proposed Order is true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this 8th day of November, 2023.

_/s/ Evan Hengel_____
Evan Hengel
Co-Chief Restructuring Officer