**Exhibit B**

**Declaration of Evan Hengel**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF EVAN HENGEL IN SUPPORT OF DEBTORS'
FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO
CERTAIN INCORRECT DEBTOR CLAIMS**

I, Evan Hengel, Co-Chief Restructuring Officer of Bittrex Inc. ("BUS"), Desolation Holdings LLC ("Desolation"), Bittrex Malta Holdings Ltd. ("Malta Holdings") and Bittrex Malta Ltd. ("Malta OpCo") (collectively, the "Debtors"), pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director at Berkeley Research Group, LLC ("BRG") with over 16 years of experience working in distressed situations and transactions, including several involving crypto firms such as Voyager Digital Holdings, Inc., BlockFi, Inc., SALT Lending, and Genesis Global Holdco, LLC. I serve as the Co-Chief Restructuring Officer of the Debtors. Accordingly, I am in all respect competent to make this declaration (the "Declaration").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

2. I submit this Declaration in support of the *Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain Incorrect Debtor Claims* (the "Objection"),[2] dated as of the date hereof and filed contemporaneously herewith.

3. I am over the age of eighteen and am authorized by the Debtors to submit this Declaration. All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (a) business books and records kept by the Debtors in the ordinary course of business, (b) the relevant proofs of claim, (c) the Schedules, and/or (d) the official register of claims filed in these chapter 11 cases. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

4. The proofs of claim subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Debtors, BRG, Omni, Quinn Emanuel Urquhart & Sullivan LLP, and Young Conaway Stargatt & Taylor, LLP.

## INCORRECT DEBTOR CLAIMS

5. Based upon a review and analysis of the Incorrect Debtor Claims listed on **Schedule 1** to the Proposed Order and the Claims Register, the Debtors have found no evidence indicating that such claimant holds a claim against the asserted Debtor (Desolation Holdings LLC; Bittrex, Inc.; Bittrex Malta Holdings Ltd.; or Bittrex Malta Ltd., as applicable). As such, the Incorrect Debtor Claim fails to establish a valid legal or factual basis for asserting a claim against the named Debtor. The Debtors have determined that the Incorrect Debtor Claim is appropriately asserted against Debtors Bittrex, Inc. or Bittrex Malta Ltd. Bittrex Malta Holdings Ltd. is a non-operating holding company and is not jointly and severally liable with Bittrex, Inc. or Bittrex Malta Ltd. with

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

respect to any liabilities. Desolation Holdings LLC did not operate a crypto exchange and did not enroll customers or accept cryptocurrency or fiat associated with their accounts, which were instead held with Debtors Bittrex, Inc. or Bittrex Malta Ltd. Furthermore, Desolation Holdings LLC is not jointly and severally liable with Bittrex, Inc. or Bittrex Malta Ltd. with respect to any liabilities.

6. Reassigning the Incorrect Debtor Claim against the correct Debtor Bittrex, Inc. or Bittrex Malta Ltd. will enable the Debtors to maintain a more accurate claims register. As such, the Incorrect Debtor Claim should be reassigned as a claim against the Debtor appearing in the "Correct Debtor" column of **Schedule 1** to the Proposed Order. The claimant holding the Incorrect Debtor Claim will not be prejudiced by this relief as the Incorrect Debtor Claim will remain on the claims register, albeit against the correct Debtor, subject to the Debtors' ongoing rights to object to the Incorrect Debtor Claim on any other applicable grounds, including other grounds set forth in the Debtors' subsequent omnibus objections.[3]

7. The information contained in the Objection and in Schedule 1 attached to the Proposed Order is true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this 8th day of November, 2023.

 /s/ Evan Hengel
Evan Hengel
Co-Chief Restructuring Officer

---

[3] For the avoidance of doubt, the Debtors reserve all rights to object to the Remaining Claim on any grounds permitted under applicable law.