5

**Exhibit B**

**Declaration of Evan Hengel**

14418537.2

30953296.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF EVAN HENGEL IN SUPPORT OF DEBTORS'**
**FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO**
**CERTAIN MISCLASSIFIED CLAIMS**

I, Evan Hengel, Co-Chief Restructuring Officer of Bittrex Inc. ("BUS"), Desolation Holdings LLC ("Desolation"), Bittrex Malta Holdings Ltd. ("Malta Holdings") and Bittrex Malta Ltd. ("Malta OpCo") (collectively, the "Debtors"), pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director at Berkeley Research Group, LLC ("BRG") with over 16 years of experience working in distressed situations and transactions, including several involving crypto firms such as Voyager Digital Holdings, Inc., BlockFi, Inc., SALT Lending, and Genesis Global Holdco, LLC. I serve as the Co-Chief Restructuring Officer of the Debtors. Accordingly, I am in all respect competent to make this declaration (the "Declaration").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

2. I submit this Declaration in support of the *Debtors' Fifth Omnibus (Substantive) Objection to Certain Misclassified Claims* (the "Objection"),[2] dated as of the date hereof and filed contemporaneously herewith.

3. I am over the age of eighteen and am authorized by the Debtors to submit this Declaration. All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (a) business books and records kept by the Debtors in the ordinary course of business, (b) the relevant proofs of claim, (c) the Schedules, and/or (d) the official register of claims filed in these chapter 11 cases. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

4. The proofs of claim subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Debtors, BRG, Omni, Quinn Emanuel Urquhart & Sullivan LLP, and Young Conaway Stargatt & Taylor, LLP.

## MISCLASSIFIED CLAIMS

5. Based upon a careful review and analysis of the Debtors' books and records, the Schedules, and the Claims Register, I and my team have determined that the Misclassified Claims, as listed on Schedule 1 to the Proposed Order, were customer claims for balances of cryptocurrency or fiat associated with their accounts with the Debtors, that were filed incorrectly as a priority or administrative claim where such claim cannot be properly classified as either of the foregoing. Therefore, the Misclassified Claims should be reclassified to the extent set forth on Schedule 1 to the Proposed Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

14418537.2                                       2

30953296.1

6. The information contained in the Objection and in Schedule 1 attached to the Proposed Order is true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this 8th day of November, 2023.

                                                   */s/ Evan Hengel*
                                                   Evan Hengel
                                                   Co-Chief Restructuring Officer