IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 152** |

### NOTICE OF FILING OF STIPULATION

**PLEASE TAKE NOTICE** that, on June 28, 2023, the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt* [D.I. 152] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Florida Office of Financial Regulation have agreed to the Stipulation attached hereto as <u>Exhibit A</u> regarding the withdrawal of the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

30965089.1

| | |
|---|---|
| Date: November 10, 2023 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | |
| | /s/ Kenneth J. Enos |
| | Robert S. Brady (Delaware Bar No. 2847) |
| | Kenneth J. Enos (Delaware Bar No. 4544) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: 302-571-6600 |
| | Facsimile: 302-571-1253 |
| | Email: rbrady@ycst.com |
| | Email: kenos@ycst.com |
| | |
| | -and- |
| | |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | |
| | Susheel Kirpalani *(admitted pro hac vice)* |
| | Patricia B. Tomasco *(admitted pro hac vice)* |
| | Daniel Holzman *(admitted pro hac vice)* |
| | Alain Jaquet *(admitted pro hac vice)* |
| | Razmig Izakelian *(admitted pro hac vice)* |
| | Valerie Ramos (*admitted pro hac vice)* |
| | Joanna D. Caytas *(admitted pro hac vice)* |
| | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | Telephone: 212-849-7000 |
| | Facsimile: 212-849-7100 |
| | Email: susheelkirpalani@quinnemanuel.com |
| | Email: pattytomasco@quinnemanuel.com |
| | Email: danielholzman@quinnemanuel.com |
| | Email: alainjaquet@quinnemanuel.com |
| | Email: razmigizakelian@quinnemanuel.com |
| | Email: valerieramos@quinnemanuel.com |
| | Email: joannacaytas@quinnemanuel.com |
| | |
| | **COUNSEL FOR THE DEBTORS** |