**EXHIBIT A**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**STIPULATION TO WITHDRAW MOTION TO ENFORCE AUTOMATIC STAY AND ANTI-DISCRIMINATION PROVISIONS OF THE BANKRUPTCY CODE**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Florida Office of Financial Regulation ("Florida OFR") hereby stipulate, pursuant to Federal Rule of Bankruptcy Procedure 7041 and 9014(c) and Federal Rule of Civil Procedure 41(a)(1)(2), as follows:

1. The *Debtors' Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt* [D.I. 152] (the "Motion") is withdrawn with prejudice, in anticipation of, in consideration of, and effective upon the entry of an order by the appropriate Florida tribunal approving the *Stipulation and Consent Agreement* between Bittrex, Inc. and the State of Florida, Office of Financial Regulation.

2. Each party herein shall be solely responsible for its separate costs and attorneys' fees incurred in the prosecution, defense, or negotiations related to the Motion and the Administrative Complaint (as defined in the Motion) to and including entry of this Stipulation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

1

| | |
|---|---|
| Date: November 10, 2023<br>Wilmington, DE | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Kenneth Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |

**THE BIFFERATO FIRM, P.A.**

<u>*/s/ Ian Connor Bifferato*</u>
Ian Connor Bifferato (#3273)
1007 North Orange St., 4th Floor
Wilmington, Delaware 19801
Telephone: (302) 225-7600
Facsimile: (302) 298-0688
Email: cbifferato@tbf.legal

and

George Bedell
Chief Counsel
Florida Office of Financial Regulations
Fla. Bar. No. 363685
Tallahassee, FL 32399
Telephone (813) 218-5353
Email: George.bedell@flofr.gov

***Counsel for Florida Office of Financial Regulation***