**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF EVAN HENGEL IN SUPPORT OF DEBTORS' OBJECTION TO CLAIMS C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, AND C600-120
FILED BY AMIRALI MOMENZADEH PURSUANT TO SECTION 502 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 3007**

I, Evan Hengel, Co-Chief Restructuring Officer of the Debtors, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director at Berkeley Research Group, LLC ("BRG") with over 16 years of experience working in distressed situations and transactions, including several involving crypto firms such as Voyager Digital Holdings, Inc., BlockFi, Inc., SALT Lending, and Genesis Global Holdco, LLC. I serve as the Co-Chief Restructuring Officer of the Debtors. Accordingly, I am in all respect competent to make this declaration (the "Declaration").

2. I submit this Declaration in support of the *Debtors' Objection to Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, AND C600-120 Filed by AmirAli Momenzadeh Pursuant to Section 502 of the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. ("BUS") (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

1

*Bankruptcy Code and Bankruptcy Rule 3007* (the "Objection"),[2] dated as of the date hereof and filed contemporaneously herewith.

3. I am over the age of eighteen and am authorized by the Debtors to submit this Declaration. All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (i) business books and records kept by the Debtors in the ordinary course of business; (ii) the relevant proofs of claim; (iii) the Schedules, and/or (iv) the official register of claims filed in these chapter 11 cases. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

4. The Claims were carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Debtors, BRG, Omni, Quinn Emanuel Urquhart & Sullivan LLP, and Young Conaway Stargatt & Taylor, LLP.

## MR. MOMENZADEH'S HISTORY WITH BITTREX

### I. Account Opening, Bittrex's Application of the Iranian Sanctions, and Mr. Momenzadeh's Earlier Attempts to Unblock his Bittrex Account

1. Mr. AmirAli Momenzadeh ("Mr. Momenzadeh") Mr. Momenzadeh opened an account with Bittrex, Inc. ("BUS") in or around January 2017. At the time of the account opening, Mr. Momenzadeh provided Bittrex with an Iranian address. In April 2017, BUS informed Mr. Momenzadeh that as an Iranian citizen, he needed to complete enhanced verification to be able to trade on the BUS platform. In June 2017, Mr. Momenzadeh provided Bittrex with a copy of his Iranian passport, but did not complete enhanced verification.

2. Between April 25, 2017 and September 14, 2017, Mr. Momenzadeh successfully completed twenty-eight withdrawals of assets associated with his account.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

3.  In October 2017, Bittrex blocked Mr. Momenzadeh's account to comply with the Iranian Sanctions.

4.  On November 12, 2018, Mr. Momenzadeh accepted the terms of service of Bittrex International Inc. (the "Terms of Service"), which relate to "any services made available by Bittrex, Inc. or Bittrex Malta Ltd. . . . under the name of 'Bittrex International.'" Being a non-U.S. resident, Mr. Momenzadeh was transitioned to Bittrex Malta Ltd. ("Malta Opco"), and became a Malta OpCo customer.

5.  Five years after his account was blocked to comply with the Iranian Sanctions, in September 2022, Mr. Momenzadeh attempted to comply with KYC requirements by providing documentation purporting that he became a resident of Turkey. However, his account remained disabled due to incomplete documentation and inconsistencies in the provided documentation such that it was not possible for Bittrex to determine that Mr. Momenzadeh was no longer ordinarily resident in Iran.

6.  To reactivate his account, Mr. Momenzadeh submitted multiple support requests to BUS, where he was no longer a customer, and to Bittrex Global GmbH ("BG"), where he was never a customer.

## II. The OFAC License, Mr. Momenzadeh's Failure to Take Advantage of the OFAC License, and Mr. Momenzadeh's Continued Failure to Comply with Bittrex's Regulatory and Compliance Requirements

7.  In April 2018, at substantial expense, BUS filed multiple applications with OFAC, seeking licenses to allow Bittrex to distribute funds to customers in various sanctioned countries, including Iran.

8.  In October 2019, eighteen months after filing the applications, Malta OpCo and BUS obtained a license from OFAC permitting a release of assets to customers in Iran (the "OFAC

License"). The OFAC License would expire on March 31, 2020 (the "OFAC Deadline"). Starting in November 2019, Malta OpCo informed all relevant Iran customers—including Mr. Momenzadeh—that they could withdraw cryptocurrency in their blocked accounts. The license process, and Bittrex's plan to permit customers in Iran to withdraw assets was publicly reported by several major crypto-related websites, including CoinDesk and Cointelegraph.[3] At that time, the Debtors' records show that Mr. Momenzadeh did not attempt to submit the customer withdrawal application distributed by Bittrex customer support.

9. The OFAC License expired, and Mr. Momenzadeh's account remained blocked by the Iranian Sanctions.

### III. Mr. Momenzadeh Does Not Withdraw The Assets In His Malta Opco Account Pursuant To The Customer Withdrawal Order

10. On June 13, 2023, the Court entered an order authorizing customers to withdraw their deposits of cryptocurrencies and fiat currencies as a continuation of the Debtors' orderly wind down process (the "Customer Withdrawal Order") [D.I. 128.].

11. Both before and following the Court's entry of the Customer Withdrawal Order, Mr. Momenzadeh submitted multiple support tickets inquiring about withdrawals from Malta OpCo. But he failed to comply with identity verification requirements and his account remains disabled.

12. As of the Petition Date, the following types of cryptocurrencies remained in Mr. Momenzadeh's account (the "Remaining Crypto"): 0.1104 Bitcoin (BTC). There is no fiat balance associated with his account.

---

[3] *See* https://www.coindesk.com/markets/2019/11/11/bittrex-will-release-frozen-crypto-to-former-users-in-sanctioned-regimes/; https://cointelegraph.com/public/index.php/news/bittrex-returning-crypto-funds-to-iranian-users-after-2-year-freeze/amp.

13. The other cryptocurrencies listed on Mr. Momenzadeh's proofs of claims—143.479 Nubits (NBT) and 32.845 Swarm City (SWT)—have been delisted, removed from the Bittrex platform, are valued at 0.00, and are not recoverable.

14. The balances associated with Mr. Momenzadeh's account total approximately $3,067.17 worth of the Remaining Crypto as of the petition date.

15. The address provided by Mr. Momenzadeh on his proofs of claims suggests that he is currently a resident of Turkey either in Bursa or in Istanbul, but Mr. Momenzadeh did not complete verification to prove that he should not be treated as an Iranian citizen or otherwise be exempt from the Iranian Sanctions.

16. Iranian citizens are still covered by OFAC orders. Accordingly, the account of Mr. Momenzadeh remains disabled on the basis of Iranian Sanctions.

17. The Debtors cannot lawfully permit withdrawals from accounts subject to Iranian Sanctions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this 13th day of November, 2023.

*/s/ Evan Hengel*
Evan Hengel
Co-Chief Restructuring Officer