**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF EVAN HENGEL IN SUPPORT OF DEBTORS' OBJECTION TO CLAIMS C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, AND C600-119 FILED BY ADEL ABBASI PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3007**

I, Evan Hengel, Co-Chief Restructuring Officer of the Debtors, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director at Berkeley Research Group, LLC ("BRG") with over 16 years of experience working in distressed situations and transactions, including several involving crypto firms such as Voyager Digital Holdings, Inc., BlockFi, Inc., SALT Lending, and Genesis Global Holdco, LLC. I serve as the Co-Chief Restructuring Officer of the Debtors. Accordingly, I am in all respect competent to make this declaration (the "Declaration").

2. I submit this Declaration in support of the *Debtors' Objection to Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 Filed by Adel Abbasi Pursuant to Section 502 of the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. ("BUS") (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

1

*Bankruptcy Code and Bankruptcy Rule 3007* (the "Objection"),[2] dated as of the date hereof and filed contemporaneously herewith.

3. I am over the age of eighteen and am authorized by the Debtors to submit this Declaration. All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (i) business books and records kept by the Debtors in the ordinary course of business; (ii) the relevant proofs of claim; (iii) the Schedules, and/or (iv) the official register of claims filed in these chapter 11 cases. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

4. The Claims were carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Debtors, BRG, Omni, Quinn Emanuel Urquhart & Sullivan LLP, and Young Conaway Stargatt & Taylor, LLP.

## MR. ABBASI'S HISTORY WITH BITTREX

I. **Account Opening, Bittrex's Application of the Iranian Sanctions, and Mr. Abbasi's Earlier Attempts to Unblock his Bittrex Account**

5. Mr. Adel Abbasi (Mr. Abbasi") opened an account with Bittrex, Inc. ("BUS") in or around October 2017. Around the time of the account opening, Mr. Abbasi provided Bittrex with an Iranian address and a copy of an Iranian passport.

6. In October 2017, Bittrex blocked Mr. Abbasi's account to comply with the Iranian Sanctions.

7. In or around April 2019—when Mr. Abbasi's account held 24,937.50 LoMo Coins ("LMC")—Bittrex (a) announced to customers holding LMC that it decided to remove from its exchanges this type of cryptocurrency because it did not have any market; and (b) urged the

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

affected customers to withdraw the LMC by June 21, 2019 to prevent the LMC becoming unrecoverable. Mr. Abbasi did not withdraw the LMC before the deadline. In any case, at the time Bittrex could not have met a withdrawal request from Mr. Abbasi because of the Iranian Sanctions.

8. In August 2019, Mr. Abbasi accepted the terms of service of Bittrex International Inc. (the "Terms of Service"), which relate to "any services made available by Bittrex, Inc. or Bittrex Malta Ltd. . . . under the name of 'Bittrex International.'" Being a non-U.S. resident, Mr. Abbasi was transitioned to Bittrex Malta Ltd. ("Malta Opco"), and became a Malta OpCo customer. To the best of my knowledge and based on my review of Malta OpCo' books and records, a true and correct copy of the Terms of Service is attached hereto as **Exhibit A**.

9. To access his closed account, Mr. Abbasi submitted multiple support requests to BUS, where he was no longer a customer, and to Bittrex Global GmbH ("BG"), where he was never a customer.

## II. The OFAC License and Mr. Abbasi's Taking Advantage of the OFAC License

10. In April 2018, at substantial expense, BUS filed multiple applications with OFAC, seeking licenses to allow Bittrex to distribute funds to customers in various sanctioned countries, including Iran.

11. In October 2019, eighteen months after filing the applications, Malta OpCo and BUS obtained a license from OFAC permitting a release of assets to customers in Iran (the "OFAC License"). The OFAC License would expire on March 31, 2020 (the "OFAC Deadline"). Starting in November 2019, Malta OpCo informed all relevant Iran customers—including Mr. Abbasi—that they could withdraw cryptocurrency in their blocked accounts. The license process, and

Bittrex's plan to permit customers in Iran to withdraw assets was publicly reported by several major crypto-related websites, including CoinDesk and Cointelegraph.[3]

12.    Thanks to the OFAC License, in February 2020, Mr. Abbasi was able to withdraw all the assets—in the form of Bitcoin ("BTC") and Neo ("NEO") cryptocurrencies—in his account and amounting to 1.25000475 BTC and 79.10953200 NEO ("Withdrawn Crypto"). Following this OFAC-authorized withdrawal, Mr. Abbasi's Bittrex account was closed.

### III.    Mr. Abbasi's Letters to the Court

13.    Following the beginning of these Chapter 11 Cases, on August 1, 2023, Mr. Abbasi wrote a letter to the Court alleging that he was one of "thousands of Iranians whose accounts on Bittrex were deactivated" and that he has "never been served any notice of Bankruptcy," nor "has Bittrex assigned [him] a UUID." However, at the same time, Mr. Abbasi mentioned the Bar Date and expressed confusion against which debtor he should be filing a proof of claim.

14.    The August 1, 2023 letter at page 2 includes a reference to invalidated deposits of Ontology ("ONT") and OntologyGas ("ONG"), which were cryptocurrencies freely distributed to the eligible customers. But Mr. Abbasi was not an eligible customer, including because of the Iranian Sanctions, and the ONT and ONG amounts have been accordingly invalidated.

15.    On August 9, the Court directed the Debtors to respond to Mr. Abbasi's letter.

16.    On August 14, 2023, the Debtors responded to Mr. Abbasi's letter through their counsel, Quinn Emanuel, rejecting any alleged liability and explaining how Mr. Abbasi's inability to withdraw the assets in the account from October 2017 to February 2020 was due to Debtors' obligations in complying with the Iranian Sanctions. The letter further explained that regarding

---

[3] *See* https://www.coindesk.com/markets/2019/11/11/bittrex-will-release-frozen-crypto-to-former-users-in-sanctioned-regimes/; https://cointelegraph.com/public/index.php/news/bittrex-returning-crypto-funds-to-iranian-users-after-2-year-freeze/amp.

the balance of LMC, or around April 2019 Bittrex announced to its customers holding LMC that it decided to remove from its exchanges this type of cryptocurrency because it did not have market and urged the affected customers to withdraw the LMC by June 21, 2019 lest the LMC become unrecoverable.

17. Mr. Abbasi did not withdraw his LMC by the deadline and the LMC became unrecoverable.

18. On August 16, 2023, Mr. Abbasi wrote to the Court another letter, enclosing the response of the Debtors' counsel to his August 1, 2023 letter, and alleging bankruptcy fraud because a separate letter from non-Debtor Bittrex Global listing LMC "has led [him] to believe that [his] assets might have been transferred post the bankruptcy filing" and "some creditors have withdrawn their LoMo Coin but in her letter she said it is unrecoverable." The enclosed August 16, 2023 response to the Debtors' counsel's letter contains several questions and alleges that because the letter from Bittrex Global mentions a balance of LoMo Coin (LMC), Mr. Abbasi's account should not have been closed. However, the account statement enclosed to Mr. Abbasi's letter clearly states that the 24,937.5 LMC in his account has a value of 0.00 expressed in BTC, and all other balances are 0.00. Consequently, the balance in Mr. Abbasi's account has a value of zero.

19. Further, Mr. Abbasi alleged in his August 16, 2023 letter to the Debtors that Bittrex received but did not disburse ONG and ONT coins to him because Mr. Abbasi was an ineligible customer. He also alleged that he never received the Notice of Commencement of the Chapter 11 Case, contrary to the letter of the Debtor's counsel referring to the records of Omni Agent Solutions and the Bittrex bankruptcy website.

20. Mr. Abbasi also alleged in his August 16, 2023 letter to the Debtors that the OFAC license "never got public nor its terms and conditions." But in fact, Malta OpCo sent Mr. Abbasi several emails regarding the OFAC License, the OFAC License was publicized in various online news sources, and Mr. Abbasi withdrew his valid cryptocurrency before the OFAC License deadline.

21. The remaining cryptocurrencies remaining in Mr. Abbasi's account his had been delisted and were valued at $0.00, and his account was closed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this 13th day of November, 2023.

*/s/ Evan Hengel*
Evan Hengel
Co-Chief Restructuring Officer