**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. D.I. 449** |

## NOTICE OF FILING AN AMENDED PLAN SUPPLEMENT[2]

**PLEASE TAKE NOTICE** that on October 17, 2023, the Debtors filed the *Notice of Filing of Plan Supplement* [D.I. 449] (the "Plan Supplement"). Exhibit A to the Plan Supplement is the Assumption Schedule ("**Exhibit A**"), a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order Confirming the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Debtor Affiliates* [D.I. 517] (the "Confirmation Order"), "the Debtors may amend the documents contained in, and exhibits to, the Plan Supplement through the Effective Date or as otherwise provided herein."

**PLEASE TAKE FURTHER NOTICE** that the following contracts were inadvertently omitted from Exhibit A and the Debtors wish to assume the following contracts:

    a.    The LexisNexis Risk Solutions FL Inc. contract pertaining to the WorldCompliance AML tool; and

    b.    The LexisNexis Risk Solutions FL Inc. contract pertaining to the Bridger Insight XG Service and WorldCompliance AML tool.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Reorganized Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] The Plan Supplement is amended to add additional parties to the Exhibit A – Assumption Schedule.

**PLEASE TAKE FURTHER NOTICE** that the following lease was inadvertently omitted from Exhibit A and the Debtors wish to assume and assign it to Debtor Bittrex, Inc.:

a. The 1800 M Street Owner LP lease for the District of Columbia office space.[3]

**PLEASE TAKE FURTHER NOTICE** that this Amended Plan Supplement is filed before the Effective Date.

| | |
|---|---|
| Date: November 14, 2023<br>Wilmington, DE | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Kenneth Enos (Delaware Bar No. 4544)<br>Robert S. Brady (Delaware Bar No. 2847)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: kenos@ycst.com<br>Email: rbrady@ycst.com<br><br>- and - |

---

[3] Lessor 1800 M Street Owner LP has consented to the assumption and assignment of the District of Columbia office lease subject to the placement of an additional $36,439.82 security deposit by Bittrex, Inc.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE DEBTORS**