## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF EFFECTIVE DATE OF DEBTORS' JOINT CHAPTER 11 PLAN

PLEASE TAKE NOTICE that on October 31, 2023, the United States Bankruptcy Court for the District of Delaware entered an order [D.I. 517] (the "Confirmation Order") confirming the amended joint chapter 11 plan of liquidation of Desolation Holdings LLC and its debtor affiliates (the "Plan") in the chapter 11 cases of the above-captioned debtors (the "Debtors").[2]

PLEASE TAKE FURTHER NOTICE that all conditions precedent to the Effective Date of the Plan have been satisfied or waived. The Effective Date occurred at 12:01 a.m. on November 15, 2023.

PLEASE TAKE FURTHER NOTICE that all applications for compensation for services rendered and reimbursement of expenses incurred by Professionals ("Professional Fee Claims") from the Petition Date through the Effective Date shall be filed no later than sixty (60) days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan, all claims arising out of the rejection of any executory contract or unexpired lease must be filed within thirty (30) days

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

after the later of (a) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection or (b) the effective date of such rejection. Any claim not filed and served within such time period will be forever barred.

PLEASE TAKE FURTHER NOTICE that, requests for payment of an Administrative Claim (other than Professional Fee Claims or Quarterly Fees) from the Petition Date through the Effective Date must be filed no later than thirty (30) days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that, David Maria is hereby designated as the Plan Administrator to make distributions in accordance with the Plan.

| | |
|---|---|
| Date: November 15, 2023<br>Wilmington, DE | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Robert S. Brady (Delaware Bar No. 2847)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Email: kenos@ycst.com<br>Email: rbrady@ycst.com<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE DEBTORS** |