## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Re: Docket No. \_\_\_\_** |

**ORDER AUTHORIZING WIND DOWN ENTITY TO**
**ABANDON CERTAIN PERSONAL PROPERTY**

Upon the motion (the "Motion")[2] of David Maria, as plan administrator (the "Plan Administrator") in the chapter 11 cases of the above-captioned debtors and each of their debtor affiliates (collectively, the "Debtors" or the "Wind-Down Entity") for entry of an order pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007 authorizing the Wind Down Entity to abandon certain personal property, as more fully described in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

30979479.1

1. The Motion is **GRANTED**.

2. The Wind Down Entity hereby is authorized to abandon the Property.

3. To the extent that the Plan Administrator in the future discovers any Abandoned Property that remains property of the Wind Down Entity, the Plan Administrator is authorized to abandon such property upon seven (7) days' notice to (a) the U.S. Trustee, and (b) any party that the Plan Administrator believes may have a lien on such property.

4. Nothing herein shall prejudice the rights of the Plan Administrator to object to any and all claims associated with the abandonment of the Abandoned Property.

5. The Plan Administrator is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.