Anita Skillern
802 Versailles Ct.
Houston, TX  77015-3306


RECEIVED
2023 NOV 27  AM 10: 26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RESPONSE TO:         Claim No.  C597-1014410

I

TO:    Clerk Of The Bankruptcy Court
       824 N MARKET STREET  3RD FLOOR
       WILMINGTON, DELAWARE  19801

DEBTORS:  **DESOLATION HOLDINGS, LLC**

CASE NO:  **23-10597 (BLS)**

TITLE OF OBJECTION:    **NOTICE OF DEBTORS' FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN MISCLASSIFIED CLAIMS**

II

CLAIMANT:     **ANITA SKILLERN**

CLAIM NO.     **C597-1014410**

DESCRIPTION:  **FIFTH OMNIBUS (SUSTANTIVE) OBJECTION TO CERTAIN MISCLASSIFIED CLAIMS – CASE NO.  -  23 10597/DESOLATION HOLDINGS, LLC**

III & 1V

**ATTACHMENT 1**

V

NAME:       ANITA SKILLERN
ADDRESS:    802 VERSAILLES CT.
            HOUSTON  TX  77015-3306
PHONE NO.   832-314-1755
FAX:        N/A
EMAIL:      ABSKIL@YAHOO.COM  OR  ANITASKILL55@GMAIL.COM

Attachment 1

### MISCLASSIFIED CLAIM ASSERTED

| No. | Name/Account ID | Claim # | Claim Date | Case Number/Debtor | Admin | 503b 9 | Secured | Priority | Unsecured | Claim Amount | Coins |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Anita Skillern | C597-1014410 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | $2,169.10 | | $1,084.55 | $1,084.55 | Unliquidated | $2,169.10 | N/A |

### REMAINING CLAIM

| Case Number/Debtor | Priority Status | Claim Amount | Coins |
|---|---|---|---|
| 23-10597 / Desolation Holdings LLC | Unsecured | $1,084.55 | N/A |