23-10597 Pols

11/17/2023

To Whom It May Concern:

RECEIVED

2023 NOV 27 AM 10: 20

CLERK
US BANKRUPTCY
DISTRICT OF DELAWARE

I am writing this letter in regard to a current bankruptcy case. The following is some of the information I was able to obtain regarding the case, including case name, case number and some other pertinent information. This information was obtained from the following website; Bittrex, Inc.: Home (omniagentsolutions.com)

"On May 8, 2023, Desolation Holdings LLC and certain of its affiliates (collectively, the "Debtors") each filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. This website provides information about the Debtors' chapter 11 cases. The cases are pending before the Honorable Brendan Linehan Shannon and are being jointly administered under case number 23-10597."

Just to tell you a little bit about myself, I am a 45 year old Husband and Father of 3 young children. I also work locally at Wilmington Hospital as a Surgical Physician Assistant. I have been serving and delivering healthcare to the local community for nearly 20 years.

Believe it or not, I had just recently found out about the Bittrex/Desolation Holdings bankruptcy case. It seems all the original emails warning of bankruptcy went directly to my spam folder. Ironically, I received a spam email this week to my regular inbox that mentioned the Bittrex Bankruptcy case. I was rather skeptical initially, but did some research and was able to discover the bankruptcy is a real thing.

I immediately logged into my account and confirmed what my brief research had discovered. I made several calls to find out what my options are and was sad to see the window for filing a claim had come and gone. Despite this, I still went ahead and filled out a formal claim and submitted it yesterday (11/16/23). I also spoke briefly with a Judicial assistant at Delaware Bankruptcy Court regarding the case and they passed along some helpful information. I also spoke with the office of the trustee in this case, Richard Shepqcarter they were also pleasant and helpful. I came to the conclusion that I would try writing a letter to explain my situation and hope and pray for some resolution.

The assets I purchased in the Bittrex account occurred around 12/2018 and included Bitcoin and some other smaller coins. These were planned to be longer term investments and not something I would be watching on a regular basis. At present value the assets are worth just over $25,000. That amount of money is significant to me and my family. The assets could buy plenty of children clothes, food and even be applied for their future education.

I am rather upset that I missed all the original emails that went to my spam folder and do not recall receiving anything formal in the mail. Life is extremely busy right now and I'm trying not to make excuses. I am willing to put some time and energy in on my end if someone is willing and able to help me retain my assets. I appreciate you taking the time to read this note and I hope that someone could kindly assist me. Please feel free to email orthorulz@gmail.com, or call me, cell 609-202-0069. Thanks again for your time and consideration.

Sincerely,

Robert Lea PA-C

Robert M. Lea
141 Talbot Dr.
Landenberg, PA 19350

WILMINGTON DE 197
20 NOV 2023 PM 3 L

Bankruptcy Court
3rd floor, Clerk's office
824 North Market Street
Wilmington, DE 19801