**In re: Desolation Holdings LLC, et al.**



## Exhibit A1: Fees By Professional - Co-CROs

**Berkeley Research Group, LLC**

For the Period 10/1/2023 through 10/31/2023

| Professional | Title | Hours | Fees |
|---|---|---|---|
| E. Hengel | Managing Director | 85.0 | |
| **Total** | | **85.0** | **$125,000.00** |

**In re: Desolation Holdings LLC, et al.**

**Exhibit A2: Fees By Professional - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 10/1/2023 through 10/31/2023

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Reeves | Director | $990.00 | 0.5 | $495.00 |
| B. Ross | Managing Consultant | $730.00 | 2.1 | $1,533.00 |
| D. Collins | Senior Associate | $525.00 | 50.3 | $26,407.50 |
| A. Sorial | Associate | $450.00 | 24.9 | $11,205.00 |
| C. Stec | Associate | $425.00 | 14.3 | $6,077.50 |
| S. Claypoole | Associate | $450.00 | 225.4 | $101,430.00 |
| S. Pensavalli | Associate | $395.00 | 215.1 | $84,964.50 |
| M. Haverkamp | Case Manager | $350.00 | 1.6 | $560.00 |
| H. Henritzy | Case Assistant | $240.00 | 13.1 | $3,144.00 |
| **Total** | | | 547.3 | $235,816.50 |
| **Blended Rate** | | | | $430.87 |