**In re: Desolation Holdings LLC, et al.**

**Exhibit B1: Fees By Task Code - Co-CROs**

**Berkeley Research Group, LLC**

For the Period 10/1/2023 through 10/31/2023

| Task Code | Hours | Fees |
|---|---|---|
| 05. Professional Retention/ Fee Application Preparation | 2.0 | |
| 07. Interaction/ Meetings with Debtors/ Counsel | 10.0 | |
| 10. Recovery/ SubCon/ Lien Analysis | 13.0 | |
| 11. Claim Analysis/ Accounting | 15.0 | |
| 17. Analysis of Historical Results | 2.0 | |
| 18. Operating and Other Reports | 5.0 | |
| 19. Cash Flow/Cash Management/ Liquidity | 10.0 | |
| 26. Tax Issues | 2.0 | |
| 27. Plan of Reorganization/ Disclosure Statement | 15.0 | |
| 31. Planning | 5.0 | |
| 36. Operation Management | 6.0 | |
| **Total** | **85.0** | **$125,000.00** |

**In re: Desolation Holdings LLC, et al.**

**Exhibit B2: Fees By Task Code - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 10/1/2023 through 10/31/2023

| Task Code | Hours | Fees |
| --- | --- | --- |
| 05. Professional Retention/ Fee Application Preparation | 17.5 | $4,892.50 |
| 06. Attend Hearings/ Related Activities | 12.0 | $5,317.50 |
| 07. Interaction/ Meetings with Debtors/ Counsel | 37.1 | $16,246.00 |
| 10. Recovery/ SubCon/ Lien Analysis | 46.5 | $20,925.00 |
| 11. Claim Analysis/ Accounting | 124.1 | $55,663.00 |
| 12. Statements and Schedules | 0.6 | $315.00 |
| 14. Executory Contracts/ Leases | 30.9 | $12,805.00 |
| 18. Operating and Other Reports | 111.3 | $48,531.50 |
| 19. Cash Flow/Cash Management/ Liquidity | 54.0 | $23,282.50 |
| 27. Plan of Reorganization/ Disclosure Statement | 71.4 | $30,435.50 |
| 36. Operation Management | 41.9 | $17,403.00 |
| **Total** | **547.3** | **$235,816.50** |
| **Blended Rate** | | **$430.87** |