**In re: Desolation Holdings LLC, et al.**

## Exhibit C1: Time Detail - Co-CROs

**Berkeley Research Group, LLC**

For the Period 10/1/2023 through 10/31/2023



| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 10/2/2023 | E. Hengel | 1.0 | Reviewed BRG's July fee application in advance of filing. |
| 10/11/2023 | E. Hengel | 1.0 | Reviewed BRG's August fee detail. |
| ***Task Code Total Hours*** | | ***2.0*** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 10/10/2023 | E. Hengel | 1.0 | Prepared for and participated in weekly case update call with Quinn Emanuel (P. Tomasco) and the Bittrex (R. Lai, D. Maria). |
| 10/10/2023 | E. Hengel | 1.0 | Reviewed client requests related to monetization of crypto and other case issues including related follow-up. |
| 10/11/2023 | E. Hengel | 1.0 | Reviewed client requests related to monetization of crypto and other case issues including related follow-up. |
| 10/12/2023 | E. Hengel | 1.0 | Corresponded with Quinn Emanuel (P. Tomasco) re: Bittrex various case items. |
| 10/17/2023 | E. Hengel | 1.0 | Edited timeline presentation for Company. |
| 10/17/2023 | E. Hengel | 1.0 | Prepared for and participated in weekly call with Quinn Emanuel (P. Tomasco) and the Bittrex (R. Lai, D. Maria) to discuss current case matters. |
| 10/23/2023 | E. Hengel | 2.0 | Edited weekly case report materials for 10/24 Management meeting. |
| 10/24/2023 | E. Hengel | 1.0 | Prepared for and participated in weekly call with Quinn Emanuel (P. Tomasco) and the Bittrex (R. Lai, D. Maria) regarding case issues. |
| 10/31/2023 | E. Hengel | 1.0 | Prepared for and participated in weekly call with Quinn Emanuel (P. Tomasco) and the Bittrex (R. Lai, D. Maria) re: case status. |
| ***Task Code Total Hours*** | | ***10.0*** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 10/3/2023 | E. Hengel | 1.0 | Updated waterfall analysis to reflect recent claims activity. |
| 10/9/2023 | E. Hengel | 1.0 | Reviewed waterfall analysis and provided comments to BRG (S. Claypoole) on withdrawal inputs. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 10/14/2023 | E. Hengel | 2.0 | Reviewed waterfall analysis and provided comments to BRG (S. Claypoole) on presentation and assumptions. |
| 10/16/2023 | E. Hengel | 1.0 | Reviewed claims detail and related impact on recoveries. |
| 10/16/2023 | E. Hengel | 1.0 | Reviewed waterfall analysis and provided comments to BRG (S. Claypoole) on claims payment mechanics. |
| 10/17/2023 | E. Hengel | 1.0 | Reviewed waterfall analysis and provided comments to BRG (S. Claypoole) on non-customer claims section. |
| 10/18/2023 | E. Hengel | 1.0 | Prepared comments for BRG (S. Claypoole) regarding coin report requested by regulators. |
| 10/18/2023 | E. Hengel | 1.0 | Reviewed claims detail and related impact on recoveries. |
| 10/18/2023 | E. Hengel | 1.0 | Reviewed waterfall analysis and provided comments to BRG (S. Claypoole) on wind down budget. |
| 10/21/2023 | E. Hengel | 1.0 | Drafted responses to questions from Management regarding waterfall analysis. |
| 10/23/2023 | E. Hengel | 1.0 | Prepared for and participated in call with Bittrex (D. Maria) re: waterfall categories. |
| 10/24/2023 | E. Hengel | 1.0 | Edited waterfall analysis before distributing to Management. |
| ***Task Code Total Hours*** | | ***13.0*** | |
| **11. Claim Analysis/ Accounting** | | | |
| 10/2/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries sent 10/2 re: withdrawals. |
| 10/3/2023 | E. Hengel | 1.0 | Corresponded with BRG (S. Claypoole) regarding claims issues. |
| 10/4/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries sent 10/4 re: withdrawals. |
| 10/5/2023 | E. Hengel | 1.0 | Reviewed claims progress and provided comments to BRG team. |
| 10/10/2023 | E. Hengel | 1.0 | Discussed claims progress with Omni (S. Kelly). |
| 10/13/2023 | E. Hengel | 1.0 | Reviewed claims activity and reconciled to Company schedules. |
| 10/16/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries. |
| 10/16/2023 | E. Hengel | 1.0 | Reviewed claims dollarization analysis prepared by BRG (S. Claypoole). |
| 10/17/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries sent on 10/17. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/ Accounting** | | | |
| 10/18/2023 | E. Hengel | 2.0 | Reviewed objections provided by Quinn Emanuel (P. Tomasco). |
| 10/19/2023 | E. Hengel | 1.0 | Reviewed progress on omnibus objections and corresponded with BRG (S. Claypoole) regarding next steps. |
| 10/20/2023 | E. Hengel | 1.0 | Discussed creditor inquiries with BRG (S. Claypoole). |
| 10/20/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries sent on 10/20. |
| 10/26/2023 | E. Hengel | 1.0 | Reviewed and responded to creditor inquiries. |
| ***Task Code Total Hours*** | | ***15.0*** | |
| **17. Analysis of Historical Results** | | | |
| 10/1/2023 | E. Hengel | 1.0 | Reviewed customer withdrawal activity and summarized findings at the request of Counsel. |
| 10/5/2023 | E. Hengel | 1.0 | Reviewed historical financials and posed questions to BRG team. |
| ***Task Code Total Hours*** | | ***2.0*** | |
| **18. Operating and Other Reports** | | | |
| 10/4/2023 | E. Hengel | 1.0 | Reviewed August MOR and provided comments to BRG team. |
| 10/5/2023 | E. Hengel | 1.0 | Reviewed August MOR and provided comments to BRG team. |
| 10/6/2023 | E. Hengel | 2.0 | Reviewed August MOR and provided comments to BRG team. |
| 10/27/2023 | E. Hengel | 1.0 | Reviewed and edited September MOR before filing. |
| ***Task Code Total Hours*** | | ***5.0*** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 10/2/2023 | E. Hengel | 1.0 | Reviewed cash approvals for week of 10/2 and other liquidity related items. |
| 10/4/2023 | E. Hengel | 1.0 | Reviewed cash activity for week ended 10/1. |
| 10/9/2023 | E. Hengel | 1.0 | Discussed wind down budget with BRG team. |
| 10/9/2023 | E. Hengel | 1.0 | Reviewed cash activity and comparison to budgeted figures. |
| 10/10/2023 | E. Hengel | 1.0 | Reviewed cash approvals for week of 10/9 and other liquidity related items. |
| 10/18/2023 | E. Hengel | 1.0 | Reviewed cash approvals for week of 10/16 and other liquidity related items. |

Berkeley Research Group, LLC

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**19. Cash Flow/Cash Management/ Liquidity**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/19/2023 | E. Hengel | 1.0 | Reviewed cash activity for week ended 10/15. |
| 10/19/2023 | E. Hengel | 1.0 | Reviewed TSA documents to assess impact on related party reimbursements. |
| 10/20/2023 | E. Hengel | 1.0 | Reviewed TSA documents to assess impact on related party reimbursements. |
| 10/22/2023 | E. Hengel | 1.0 | Edited disbursement analysis and corresponded with BRG (S. Claypoole) on the same. |
| **Task Code Total Hours** | | **10.0** | |

**26. Tax Issues**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/12/2023 | E. Hengel | 1.0 | Participated in call with RSM (K. O'Hare) and Day Pitney (S. Ziobrowski) re: taxes and other items. |
| 10/24/2023 | E. Hengel | 1.0 | Participated in call with RSM (K. O'Hare) and Day Pitney (S. Ziobrowski) re: taxes and other items. |
| **Task Code Total Hours** | | **2.0** | |

**27. Plan of Reorganization/ Disclosure Statement**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/2/2023 | E. Hengel | 1.0 | Prepared for and participated in call to discuss Plan solicitation procedures with Quinn Emanuel (P. Tomasco, A. Jaquet) and Omni (B. Whitaker). |
| 10/3/2023 | E. Hengel | 1.0 | Reviewed claims data in advance of Plan vote solicitation. |
| 10/12/2023 | E. Hengel | 1.0 | Reviewed client requests related to treatment of liabilities in Plan including follow-up. |
| 10/13/2023 | E. Hengel | 1.0 | Reviewed client requests related to treatment of liabilities in Plan including follow-up. |
| 10/24/2023 | E. Hengel | 1.0 | Reviewed voting balloting information and corresponded internally. |
| 10/25/2023 | E. Hengel | 1.0 | Participated in call with BRG (S. Claypoole) regarding wind down activities. |
| 10/25/2023 | E. Hengel | 1.0 | Prepared for and participated in a call with Quinn Emanuel (P. Tomasco) and Bittrex (C. Barker) call to discuss vote tabulation. |
| 10/26/2023 | E. Hengel | 1.0 | Corresponded with BRG (S. Claypoole) regarding wind down activities. |
| 10/26/2023 | E. Hengel | 1.0 | Corresponded with Quinn Emanuel (P. Tomasco) regarding Disclosure Statement hearing. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 27. Plan of Reorganization/ Disclosure Statement

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/26/2023 | E. Hengel | 1.0 | Prepared for and participated in call to discuss confirmation hearing with Quinn Emanuel (P. Tomasco). |
| 10/27/2023 | E. Hengel | 2.0 | Edited Disclosure Statement hearing presentation. |
| 10/28/2023 | E. Hengel | 1.0 | Prepared for Disclosure Statement hearing. |
| 10/29/2023 | E. Hengel | 2.0 | Prepared for Disclosure Statement hearing. |
| **Task Code Total Hours** | | **15.0** | |

### 31. Planning

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/3/2023 | E. Hengel | 1.0 | Prepared staffing plan based on case status. |
| 10/19/2023 | E. Hengel | 1.0 | Drafted responses to case questions posed by BRG (S. Claypoole). |
| 10/20/2023 | E. Hengel | 1.0 | Updated case work plan and related staffing. |
| 10/30/2023 | E. Hengel | 1.0 | Reviewed engagement staffing needs post-confirmation. |
| 10/31/2023 | E. Hengel | 1.0 | Updated staffing plan based on post-confirmation case needs. |
| **Task Code Total Hours** | | **5.0** | |

### 36. Operation Management

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 10/3/2023 | E. Hengel | 1.0 | Prepared for and participated in cash approvals call for week of 10/2 with Bittrex (S. Lasseter, C. Koukos) including related follow-up with BRG (S. Claypoole). |
| 10/10/2023 | E. Hengel | 1.0 | Prepared for and participated in cash approvals call for week of 10/9 with Bittrex (S. Lasseter, C. Koukos) including related follow-up with BRG (S. Claypoole). |
| 10/17/2023 | E. Hengel | 1.0 | Prepared for and participated in cash approvals call for week of 10/16 with Bittrex (S. Lasseter, C. Koukos) including related follow-up with BRG (S. Claypoole). |
| 10/24/2023 | E. Hengel | 1.0 | Prepared for and participated in cash approvals call for week of 10/23 with Bittrex (S. Lasseter, C. Koukos) including related follow-up with BRG (S. Claypoole). |
| 10/25/2023 | E. Hengel | 1.0 | Prepared for and participated in call with Bittrex (C. Barker) to discuss flow of funds. |
| 10/31/2023 | E. Hengel | 1.0 | Prepared for and participated in cash approvals call for week of 10/30 with Bittrex (S. Lasseter, C. Koukos) including related follow-up with BRG (S. Claypoole). |
| **Task Code Total Hours** | | **6.0** | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **Total Hours** | | **85.0** | |

**In re: Desolation Holdings LLC, et al.**

**Exhibit C2: Time Detail - Additional Personnel**

**Berkeley Research Group, LLC**

For the Period 10/1/2023 through 10/31/2023

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 10/2/2023 | M. Haverkamp | 0.5 | Edited July staffing report. |
| 10/2/2023 | S. Claypoole | 0.4 | Reviewed BRG July staffing report prior to filing. |
| 10/3/2023 | M. Haverkamp | 0.1 | Reviewed status and timing for August staffing report. |
| 10/5/2023 | H. Henritzy | 2.9 | Prepared August staffing report. |
| 10/5/2023 | H. Henritzy | 0.8 | Continued to prepare August staffing report. |
| 10/11/2023 | S. Pensavalli | 1.3 | Reviewed detailed time in preparation for fee application. |
| 10/13/2023 | H. Henritzy | 0.9 | Edited August staffing report based on feedback from BRG (M. Haverkamp). |
| 10/13/2023 | H. Henritzy | 0.6 | Edited August staffing report based on feedback from BRG (S. Claypoole). |
| 10/13/2023 | S. Claypoole | 0.5 | Prepared feedback on BRG August staffing report to BRG (H. Henritzy). |
| 10/18/2023 | M. Haverkamp | 0.3 | Prepared September staffing report. |
| 10/23/2023 | M. Haverkamp | 0.7 | Edited September staffing report. |
| 10/23/2023 | S. Claypoole | 0.6 | Reviewed BRG August staffing report sent by BRG (M. Haverkamp). |
| 10/24/2023 | H. Henritzy | 2.7 | Prepared September staffing report. |
| 10/25/2023 | H. Henritzy | 2.8 | Edited September staffing report based on feedback from BRG (S. Claypoole). |
| 10/26/2023 | H. Henritzy | 2.4 | Prepared September staffing report. |
| ***Task Code Total Hours*** | | ***17.5*** | |
| **06. Attend Hearings/ Related Activities** | | | |
| 10/27/2023 | S. Claypoole | 2.7 | Prepared draft presentation for Confirmation Hearing. |
| 10/29/2023 | S. Claypoole | 2.2 | Prepared summary of key case information for BRG (E. Hengel) in preparation for Confirmation Hearing. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **06. Attend Hearings/ Related Activities** | | | |
| 10/29/2023 | S. Claypoole | 1.6 | Analyzed historical customer withdrawal rates in preparation for Confirmation Hearing. |
| 10/30/2023 | S. Claypoole | 2.5 | Prepared supporting documents for Confirmation Hearing. |
| 10/30/2023 | S. Claypoole | 1.5 | Attended Confirmation Hearing. |
| 10/30/2023 | S. Pensavalli | 1.5 | Attended Desolation Confirmation Hearing telephonically. |
| ***Task Code Total Hours*** | | ***12.0*** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 10/3/2023 | D. Collins | 2.2 | Developed case update slides on status of case for 10/10 Management meeting. |
| 10/3/2023 | S. Pensavalli | 1.6 | Updated timeline presentation for 10/10 call with Management and Counsel. |
| 10/3/2023 | D. Collins | 1.5 | Continued to develop case update slides for status of case for 10/10 Management meeting. |
| 10/3/2023 | S. Pensavalli | 0.4 | Participated in call with BRG (D. Collins) re: timeline presentation for 10/10 call. |
| 10/3/2023 | D. Collins | 0.4 | Participated in call with BRG (S. Pensavalli) regarding timeline presentation for 10/10 meeting with professionals. |
| 10/4/2023 | S. Pensavalli | 1.0 | Update timeline presentation for 10/10 professionals call to reflect key milestones for Management and Counsel. |
| 10/5/2023 | S. Claypoole | 1.2 | Provided comments to BRG (D. Collins, S. Pensavalli) on case timeline for 10/10 professionals call. |
| 10/5/2023 | S. Pensavalli | 1.1 | Updated key milestones in timeline presentation for 10/10 professionals call to reflect feedback from BRG (S. Claypoole). |
| 10/13/2023 | S. Claypoole | 0.4 | Discussed key case issues with Quinn Emanuel (R. Izakelian). |
| 10/13/2023 | D. Collins | 0.4 | Participated in call with Quinn Emanuel (R. Izakelian) regarding key case issues. |
| 10/17/2023 | S. Pensavalli | 2.5 | Updated weekly case report for Management and Counsel. |
| 10/17/2023 | S. Claypoole | 2.4 | Prepared case update slides for Management meeting on 10/17. |
| 10/20/2023 | A. Sorial | 2.4 | Created liquidation waterfall for use in 10/24 weekly case update. |
| 10/20/2023 | S. Claypoole | 1.4 | Prepared case update slide for weekly Management meeting on 10/24. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 10/20/2023 | A. Sorial | 1.3 | Continued to create liquidation waterfall for use in 10/24 weekly case update. |
| 10/20/2023 | A. Sorial | 1.2 | Created illustrative chart outlining estimated surplus in various withdrawal scenarios for use in 10/24 weekly case update. |
| 10/20/2023 | A. Sorial | 0.8 | Created slide in 10/24 weekly case update summarizing pre-close checklist/work-plan. |
| 10/23/2023 | S. Claypoole | 2.5 | Updated weekly case report for 10/24 Management meeting to reflect feedback from BRG (E. Hengel). |
| 10/23/2023 | S. Claypoole | 1.3 | Continued to update weekly case report for 10/24 Management meeting to reflect additional feedback from BRG (E. Hengel). |
| 10/23/2023 | S. Pensavalli | 1.1 | Prepared weekly case update re: pre- and post-close checklist for Counsel and Management. |
| 10/24/2023 | S. Pensavalli | 0.8 | Updated weekly case update re: pre- and post-close checklist for Counsel and Management. |
| 10/30/2023 | S. Claypoole | 2.1 | Prepared case update slides for 10/31 Management meeting. |
| 10/30/2023 | S. Pensavalli | 1.6 | Updated weekly case update for Management re: confirmation hearing update. |
| 10/31/2023 | S. Pensavalli | 2.4 | Updated weekly case update for Management. |
| 10/31/2023 | S. Pensavalli | 1.8 | Updated weekly case update for Management re: pre- and post-close checklist. |
| 10/31/2023 | S. Claypoole | 1.3 | Updated case timeline for 10/31 Management meeting. |
| *Task Code Total Hours* | | *37.1* | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 10/11/2023 | S. Claypoole | 2.8 | Updated estimated recoveries model. |
| 10/11/2023 | S. Claypoole | 2.3 | Continued to update estimated recoveries model. |
| 10/13/2023 | S. Claypoole | 2.9 | Analyzed estimated recoveries under various withdrawal level scenarios. |
| 10/13/2023 | S. Claypoole | 2.8 | Continued to analyze estimated recoveries under various withdrawal level scenarios. |
| 10/13/2023 | S. Claypoole | 2.6 | Updated recoveries model to incorporate filed claims. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 10/15/2023 | S. Claypoole | 2.7 | Updated estimated recoveries model to reflect feedback from BRG (E. Hengel). |
| 10/15/2023 | S. Claypoole | 2.3 | Prepared mapping of filed to scheduled claims for estimated recoveries analysis. |
| 10/15/2023 | S. Claypoole | 1.3 | Continued to update estimated recoveries model to reflect feedback from BRG (E. Hengel). |
| 10/18/2023 | S. Claypoole | 2.8 | Prepared coin report in response to request from regulators. |
| 10/18/2023 | S. Claypoole | 2.7 | Continued to prepare coin report in response to request from regulators. |
| 10/19/2023 | S. Claypoole | 2.9 | Updated estimated recoveries waterfall. |
| 10/19/2023 | S. Claypoole | 2.7 | Updated estimated recoveries waterfall for comments from BRG (E. Hengel). |
| 10/20/2023 | S. Claypoole | 2.6 | Analyzed coin holdings under various withdrawal scenarios. |
| 10/20/2023 | S. Claypoole | 2.3 | Continued to analyze coin holdings under various withdrawal scenarios. |
| 10/20/2023 | S. Claypoole | 2.1 | Updated recoveries model ahead of 10/24 weekly Management meeting. |
| 10/23/2023 | A. Sorial | 2.7 | Prepared analysis on the amounts of each coin available to liquidate after accounting for claims and other liabilities. |
| 10/23/2023 | S. Claypoole | 1.8 | Analyzed tokens able to be liquidated to pay creditors. |
| 10/23/2023 | A. Sorial | 1.7 | Continued to prepare analysis on the amounts of each coin available to liquidate after accounting for claims and other liabilities. |
| 10/24/2023 | S. Claypoole | 1.7 | Revised waterfall analysis ahead of Company distribution. |
| 10/24/2023 | S. Claypoole | 0.8 | Updated recoveries analysis for case updates. |
| ***Task Code Total Hours*** | | ***46.5*** | |
| **11. Claim Analysis/ Accounting** | | | |
| 10/2/2023 | C. Stec | 2.9 | Analyzed proofs of claim to identify potential objections during dollarization process. |
| 10/2/2023 | S. Pensavalli | 2.9 | Prepared schedule of claim objections for pre- and post-petition voting amounts. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/ Accounting** | | | |
| 10/2/2023 | D. Collins | 1.9 | Reviewed claims discrepancies on proof of claims versus register to determine requisite objections. |
| 10/2/2023 | C. Stec | 1.3 | Continued to analyze proofs of claim to identify potential objections during dollarization process. |
| 10/2/2023 | S. Pensavalli | 1.3 | Continued to prepare schedule of claim objections for pre- and post-petition voting amounts. |
| 10/2/2023 | D. Collins | 0.7 | Corresponded with Quinn Emanuel (P. Tomasco) regarding claims objections. |
| 10/2/2023 | C. Stec | 0.5 | Drafted summary table of proposed objections using dollarized claims of over a certain threshold. |
| 10/2/2023 | S. Pensavalli | 0.5 | Participated in call with BRG (D. Collins) re: claim objections. |
| 10/2/2023 | D. Collins | 0.5 | Participated in call with BRG (S. Pensavalli) regarding claim objections. |
| 10/2/2023 | S. Claypoole | 0.4 | Corresponded via email with Bittrex (C. Barker) regarding claims register. |
| 10/2/2023 | S. Claypoole | 0.2 | Corresponded via email with Omni (B. Whitaker) regarding upload of claims to data room. |
| 10/3/2023 | S. Pensavalli | 0.1 | Participated in call with Omni (B. Whitaker) re: claim objections. |
| 10/4/2023 | D. Collins | 0.6 | Prepared list of claimants to be objected to for distribution to case professionals. |
| 10/5/2023 | S. Claypoole | 0.9 | Reviewed customer proof of claims. |
| 10/5/2023 | S. Claypoole | 0.5 | Discussed claims register with Bittrex (C. Barker). |
| 10/5/2023 | S. Claypoole | 0.5 | Participated in call with Omni (S. Kelly, B. Whitaker) to discuss claims register. |
| 10/9/2023 | S. Pensavalli | 2.9 | Prepared a summary of non-customer claims. |
| 10/9/2023 | D. Collins | 1.3 | Performed claims reconciliations on filed claims forms. |
| 10/9/2023 | S. Claypoole | 0.5 | Discussed claims with Omni (S. Kelly). |
| 10/9/2023 | S. Pensavalli | 0.3 | Continued to prepare summary of non-customer claims. |
| 10/10/2023 | S. Claypoole | 2.6 | Analyzed filed versus scheduled customer coin holdings. |
| 10/10/2023 | S. Claypoole | 2.3 | Analyzed updated claims register from Omni. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/ Accounting** | | | |
| 10/10/2023 | S. Pensavalli | 1.7 | Reviewed Proof of Claims and updated claims register to check for errors. |
| 10/10/2023 | D. Collins | 1.5 | Performed claims reconciliations on filed claims forms. |
| 10/10/2023 | S. Claypoole | 1.1 | Reviewed individual proof of claim forms. |
| 10/10/2023 | S. Pensavalli | 0.5 | Participated in call with Bittrex (C. Barker) and Omni (S. Kelly) re: updated claims register. |
| 10/10/2023 | S. Claypoole | 0.5 | Participated in call with Omni (S. Kelly, B. Whitaker), and Bittrex (C. Barker) to discuss claims register. |
| 10/11/2023 | D. Collins | 2.9 | d scheduled versus filed claims register to identify necessary claim objections. |
| 10/11/2023 | D. Collins | 2.9 | Developed new claims dollarization workbook based on updated claims register to identify claim objections. |
| 10/11/2023 | S. Pensavalli | 2.9 | Updated claims dollarization to reflect Company comments. |
| 10/11/2023 | S. Claypoole | 2.7 | Reconciled filed versus scheduled customer claims. |
| 10/11/2023 | D. Collins | 2.1 | Performed claims reconciliations on filed claims forms. |
| 10/11/2023 | C. Stec | 1.8 | Incorporated adjusted claims amounts into dollarization model based on submitted proof of claim forms. |
| 10/11/2023 | D. Collins | 1.8 | Reconciled filed claims through review of Company books and records. |
| 10/11/2023 | S. Pensavalli | 1.4 | Reviewed proof of claims and updated claims register to for accuracy. |
| 10/11/2023 | S. Pensavalli | 1.2 | Continued to update claims dollarization to reflect Company comments. |
| 10/11/2023 | S. Claypoole | 1.1 | Reviewed dollarized claims workbook. |
| 10/12/2023 | S. Pensavalli | 2.9 | Updated claim adjusted dollarization amounts based on schedules. |
| 10/12/2023 | S. Claypoole | 2.7 | Reconciled filed customer claims. |
| 10/12/2023 | D. Collins | 2.6 | Performed claims reconciliations on filed customer claims forms. |
| 10/12/2023 | D. Collins | 2.6 | Performed claims reconciliations on filed vendor claims forms. |
| 10/12/2023 | S. Claypoole | 2.5 | Continued to reconcile filed customer claims. |
| 10/12/2023 | S. Pensavalli | 2.5 | Reviewed and summarized dollarization of claim amounts for BRG. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/ Accounting** | | | |
| 10/12/2023 | S. Pensavalli | 2.0 | Continued to update claim adjusted dollarization amounts based on schedules. |
| 10/12/2023 | C. Stec | 1.9 | Analyzed claim amounts versus voting amounts for input into claims dollarization summary. |
| 10/12/2023 | D. Collins | 1.0 | Reviewed late filed customer claims. |
| 10/12/2023 | D. Collins | 0.6 | Participated in call with Omni (S. Kelly) and Quinn Emanuel (J. Caytas) to discuss claims reconciliation process for late claimants and objections. |
| 10/12/2023 | S. Claypoole | 0.6 | Participated in call with Omni (S. Kelly) and Quinn Emanuel (J. Caytas) to discuss claims reconciliation process. |
| 10/12/2023 | S. Claypoole | 0.5 | Discussed claims with Omni (S. Kelly). |
| 10/12/2023 | S. Pensavalli | 0.5 | Participated in call with Quinn Emanuel (J. Caytas) and Omni (S. Kelly) re: claims dollarization. |
| 10/12/2023 | S. Claypoole | 0.4 | Corresponded via email with Quinn Emanuel (J. Caytas) re: claims. |
| 10/13/2023 | S. Pensavalli | 2.9 | Continued to update claim adjusted dollarization amounts based on schedules. |
| 10/13/2023 | D. Collins | 2.9 | Performed claims reconciliations on filed claims forms for top value customers. |
| 10/13/2023 | C. Stec | 2.9 | Reviewed claims versus dollarized amounts to determine potential objections and undetermined voting amounts. |
| 10/13/2023 | S. Pensavalli | 2.9 | Updated claim adjusted dollarization amounts based on schedules. |
| 10/13/2023 | D. Collins | 2.4 | Performed claims reconciliations on filed claims forms for timely filed customers. |
| 10/13/2023 | S. Claypoole | 1.3 | Reviewed top value filed claims for potential objection purposes. |
| 10/13/2023 | C. Stec | 0.8 | Continued to review claims versus dollarized amounts to determine potential objections and undetermined voting amounts. |
| 10/15/2023 | S. Claypoole | 0.8 | Drafted response to creditor inquiry per request from BRG (E. Hengel) on 10/15. |
| 10/16/2023 | S. Claypoole | 2.9 | Reviewed top value filed claims for potential objection purposes. |
| 10/16/2023 | S. Pensavalli | 2.9 | Updated claims dollarization analysis for Counsel and Management. |
| 10/16/2023 | S. Claypoole | 2.7 | Prepared summary of top value filed claims for Quinn Emanuel (J. Caytas). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/ Accounting** | | | |
| 10/16/2023 | S. Claypoole | 2.6 | Continued to review top value filed claims for potential objection purposes. |
| 10/16/2023 | S. Claypoole | 2.3 | Continued to prepare summary of top value filed claims for Quinn Emanuel (J. Caytas). |
| 10/18/2023 | S. Pensavalli | 2.9 | Prepared schedule of claims objections. |
| 10/18/2023 | S. Claypoole | 2.1 | Reviewed duplicate objection drafts prepared by Quinn Emanuel (J. Caytas). |
| 10/18/2023 | S. Claypoole | 1.0 | Discussed omnibus claim exhibits with Omni (S. Kelly). |
| 10/18/2023 | S. Pensavalli | 0.7 | Continued to prepare schedule of claim objections. |
| 10/18/2023 | S. Claypoole | 0.5 | Participated in call with Omni (B. Whitaker, S. Kelly) to discuss claims dollarization. |
| 10/18/2023 | S. Pensavalli | 0.5 | Participated in call with Omni (S. Kelly, B. Whitaker) re: claims dollarization. |
| 10/19/2023 | S. Claypoole | 1.3 | Prepared summary of outstanding claim objections. |
| 10/20/2023 | S. Claypoole | 1.0 | Discussed responses to creditor inquiries with BRG (E. Hengel). |
| 10/20/2023 | S. Claypoole | 0.5 | Reviewed updated duplicate objection drafts from Omni (S. Kelly). |
| 10/23/2023 | S. Claypoole | 2.2 | Reviewed updated duplicate objection drafts sent by Omni (S. Kelly) on 10/23. |
| 10/23/2023 | S. Claypoole | 1.8 | Prepared customer account summary for Quinn Emanuel (J. Caytas) for claim objection purposes. |
| 10/23/2023 | S. Claypoole | 1.2 | Prepared additional customer account summary for Quinn Emanuel (J. Caytas) for claim objection purposes. |
| 10/23/2023 | S. Claypoole | 0.7 | Reviewed letter filed on the docket by a certain creditor. |
| 10/24/2023 | S. Claypoole | 1.3 | Reviewed filed versus scheduled customer claims. |
| 10/25/2023 | S. Claypoole | 1.1 | Drafted response to creditor inquiry per request from BRG (E. Hengel) on 10/25. |
| ***Task Code Total Hours*** | | ***124.1*** | |
| **12. Statements and Schedules** | | | |
| 10/4/2023 | D. Collins | 0.6 | Corresponded with Omni (S. Kelly) regarding Statements and Schedules. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **12. Statements and Schedules** | | | |
| *Task Code Total Hours* | | **0.6** | |
| **14. Executory Contracts/ Leases** | | | |
| 10/4/2023 | S. Claypoole | 0.8 | Reviewed executory contracts to determine potential treatment. |
| 10/9/2023 | S. Pensavalli | 2.8 | Prepared a summary of executory contracts and leases. |
| 10/9/2023 | S. Pensavalli | 1.7 | Reviewed contracts in Schedule of Assets and Liabilities for Counsel and Management. |
| 10/9/2023 | S. Claypoole | 1.4 | Reviewed executory contracts on Schedule G to determine potential treatment. |
| 10/10/2023 | S. Pensavalli | 2.8 | Prepared summary of executory contacts and unexpired leases. |
| 10/10/2023 | S. Claypoole | 0.8 | Reviewed contract assumption draft schedule. |
| 10/10/2023 | S. Pensavalli | 0.5 | Participated in call with Quinn Emanuel (R. Izakelian) and Bittrex (E. Havens) re: executory contracts and leases. |
| 10/10/2023 | S. Claypoole | 0.5 | Participated in call with Quinn Emanuel (R. Izakelian) and Bittrex (E. Havens) to discuss executory contracts and leases. |
| 10/11/2023 | S. Pensavalli | 2.9 | Prepared contract assumption and rejections schedule for Management and Counsel. |
| 10/11/2023 | S. Claypoole | 2.4 | Reviewed executory contracts to determine potential contract damages. |
| 10/11/2023 | S. Claypoole | 1.2 | Reviewed contraction assumption schedule. |
| 10/11/2023 | S. Pensavalli | 1.1 | Prepared executory contracts and expired leases schedule. |
| 10/11/2023 | S. Pensavalli | 0.6 | Continued to prepare contract assumption and rejections schedule for Management and Counsel. |
| 10/12/2023 | S. Claypoole | 0.6 | Reviewed lease terms to assess potential damages. |
| 10/16/2023 | S. Pensavalli | 1.8 | Updated executory contracts and leases schedule to reflect feedback from BRG (E. Hengel). |
| 10/16/2023 | S. Claypoole | 0.7 | Reviewed updated contract assumption schedule draft. |
| 10/17/2023 | S. Pensavalli | 2.6 | Analyzed executory contracts to determine contract rejection damages. |
| 10/17/2023 | S. Claypoole | 2.3 | Analyzed executory contracts to determine potential rejection damages. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **14. Executory Contracts/ Leases** | | | |
| 10/23/2023 | S. Pensavalli | 2.9 | Analyzed executory contract cures and rejection damages. |
| 10/23/2023 | S. Pensavalli | 0.3 | Continued to analyze executory contract cures and rejection damages. |
| 10/31/2023 | S. Claypoole | 0.2 | Corresponded via email with Quinn Emanuel (P. Tomasco) regarding leases. |
| ***Task Code Total Hours*** | | ***30.9*** | |
| **18. Operating and Other Reports** | | | |
| 10/2/2023 | S. Pensavalli | 2.9 | Updated August MOR schedules. |
| 10/2/2023 | S. Pensavalli | 0.2 | Continued to update August MOR schedules. |
| 10/3/2023 | S. Pensavalli | 2.9 | Edited August MOR schedules. |
| 10/3/2023 | S. Pensavalli | 2.9 | Prepared August MOR back-up schedules. |
| 10/3/2023 | S. Pensavalli | 0.3 | Prepared August MOR schedules. |
| 10/4/2023 | S. Pensavalli | 2.9 | Updated August MOR schedules to reflect feedback from BRG (D. Collins). |
| 10/4/2023 | S. Pensavalli | 2.4 | Created August MOR backup support. |
| 10/4/2023 | S. Pensavalli | 1.6 | Updated August monthly operating reports to reflect feedback from BRG (D. Collins). |
| 10/4/2023 | S. Claypoole | 1.3 | Analyzed 8/31 crypto holdings for August MORs. |
| 10/4/2023 | S. Pensavalli | 1.3 | Updated August MORs to reflect professional fees. |
| 10/4/2023 | D. Collins | 1.2 | Reviewed existing draft MOR reports for month end August. |
| 10/4/2023 | S. Claypoole | 0.6 | Prepared schedules for July MORs. |
| 10/4/2023 | D. Collins | 0.4 | Participated in call with (S. Pensavalli) regarding August monthly operating reports. |
| 10/4/2023 | S. Pensavalli | 0.4 | Participated in call with BRG (D. Collins) re: August monthly operating reports. |
| 10/5/2023 | S. Pensavalli | 2.9 | Prepared August MOR back up schedules. |
| 10/5/2023 | D. Collins | 2.2 | Revised MOR reports for August. |
| 10/5/2023 | B. Ross | 2.1 | Reviewed August monthly operating reports. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 10/5/2023 | D. Collins | 1.8 | Continued to revise MOR reports for August. |
| 10/5/2023 | S. Pensavalli | 1.6 | Updated August MORs to reflect feedback from BRG (E. Hengel). |
| 10/5/2023 | S. Claypoole | 1.4 | Reviewed August MOR drafts. |
| 10/5/2023 | D. Collins | 0.8 | Revised claims process presentation related to case updates for 10/10 Management meeting. |
| 10/6/2023 | D. Collins | 2.8 | Revised MOR reports for August. |
| 10/6/2023 | D. Collins | 2.5 | Continued to revise MOR reports for August. |
| 10/6/2023 | S. Claypoole | 2.4 | Updated August MOR drafts to reflect feedback from E. Hengel (BRG). |
| 10/6/2023 | D. Collins | 1.8 | Analyzed accounting differences from prior periods for input into MORs. |
| 10/6/2023 | S. Claypoole | 1.5 | Discussed August MOR with BRG (D. Collins, S. Pensavalli, C. Reeves). |
| 10/6/2023 | S. Pensavalli | 1.5 | Participated in call with BRG (S. Claypoole, D. Collins, C. Reeves) re: revisions to August MORs. |
| 10/6/2023 | D. Collins | 1.5 | Participated in call with BRG (S. Claypoole, S. Pensavalli, C. Reeves) regarding revisions to August MORs. |
| 10/6/2023 | S. Pensavalli | 1.4 | Edited August MORs to reflect feedback from BRG (E. Hengel). |
| 10/6/2023 | C. Reeves | 0.5 | Participated in partial call with BRG (S. Claypoole, D. Collins, S. Pensavalli) to review August MORs. |
| 10/9/2023 | S. Pensavalli | 0.8 | Prepared September MOR schedules. |
| 10/10/2023 | S. Pensavalli | 0.3 | Prepared September MOR schedules. |
| 10/18/2023 | S. Pensavalli | 2.0 | Updated September MOR schedules. |
| 10/19/2023 | S. Claypoole | 0.4 | Corresponded via email with Bittrex (D. Dreslin) regarding data for September MORs. |
| 10/23/2023 | S. Pensavalli | 2.9 | Prepared September BUS MOR schedules. |
| 10/23/2023 | S. Pensavalli | 0.7 | Prepared September Desolation MOR schedules. |
| 10/24/2023 | S. Pensavalli | 2.9 | Prepared September BUS MOR schedules. |
| 10/24/2023 | S. Pensavalli | 2.9 | Prepared September Malta MOR schedules. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 10/24/2023 | S. Pensavalli | 0.6 | Continued to prepare September Malta Holdings MOR schedules. |
| 10/25/2023 | A. Sorial | 2.6 | Reviewed September MOR support schedule and PDF for Bittrex BUS Debtor entity. |
| 10/26/2023 | S. Pensavalli | 2.9 | Continued to prepare September MOR backup schedule. |
| 10/26/2023 | S. Pensavalli | 2.9 | Prepared September BUS MOR schedules. |
| 10/26/2023 | S. Pensavalli | 2.9 | Prepared September MOR backup schedule. |
| 10/26/2023 | S. Pensavalli | 2.9 | Prepared September MOR balance sheet schedules. |
| 10/26/2023 | S. Pensavalli | 2.9 | Prepared September MOR disbursement schedules. |
| 10/26/2023 | A. Sorial | 2.8 | Reviewed September MOR support schedule and PDF for Bittrex BUS Debtor entity. |
| 10/26/2023 | S. Claypoole | 2.7 | Reviewed BUS September MOR draft. |
| 10/26/2023 | A. Sorial | 2.1 | Populated September MOR support schedule and PDF for Bittrex Malta Holdings Debtor entity. |
| 10/26/2023 | S. Claypoole | 2.1 | Reconciled cash activity for BUS September MOR. |
| 10/26/2023 | A. Sorial | 1.8 | Populated September MOR support schedule and PDF for Bittrex Malta Ltd. Debtor entity. |
| 10/26/2023 | S. Claypoole | 1.6 | Prepared balance sheet supporting schedule for September MORs. |
| 10/26/2023 | S. Claypoole | 1.3 | Prepared income statement supporting schedule for September MORs. |
| 10/26/2023 | S. Claypoole | 0.9 | Prepared comments for BRG (S. Pensavalli) on BUS September MOR draft. |
| 10/26/2023 | S. Pensavalli | 0.8 | Continued to prepare September MOR backup schedule. |
| 10/26/2023 | S. Claypoole | 0.8 | Reviewed updated BUS September MOR draft from BRG (S. Pensavalli). |
| 10/26/2023 | S. Claypoole | 0.5 | Participated in call with Bittrex (S. Lasseter, L. Tessaro) to discuss September MORs. |
| 10/27/2023 | S. Pensavalli | 2.9 | Edited September MOR schedules to reflect feedback from BRG (E. Hengel). |
| 10/27/2023 | S. Pensavalli | 2.9 | Prepared September Malta Ltd. MOR schedules. |
| 10/27/2023 | S. Pensavalli | 1.5 | Continued to edit September MOR schedules to reflect feedback from BRG (E. Hengel). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 10/27/2023 | S. Claypoole | 1.4 | Reviewed final September MOR exhibits ahead of filing. |
| 10/27/2023 | S. Claypoole | 1.2 | Updated September MOR drafts for BTC price change. |
| 10/27/2023 | S. Pensavalli | 0.3 | Prepared September Malta Holdings MOR schedules. |
| 10/30/2023 | S. Pensavalli | 2.9 | Prepared October MOR schedules. |
| 10/30/2023 | S. Pensavalli | 0.2 | Continued to prepare October MOR schedules. |
| *Task Code Total Hours* | | *111.3* | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 10/5/2023 | S. Pensavalli | 2.9 | Prepared September variance report. |
| 10/5/2023 | S. Pensavalli | 1.3 | Continued to prepare September variance report. |
| 10/6/2023 | S. Claypoole | 2.8 | Prepared September variance report. |
| 10/6/2023 | S. Claypoole | 2.7 | Analyzed September cash activity for September variance report. |
| 10/6/2023 | S. Pensavalli | 2.6 | Continued to prepare September variance report. |
| 10/6/2023 | S. Claypoole | 2.2 | Reconciled September month end cash balances. |
| 10/9/2023 | S. Claypoole | 2.9 | Analyzed wind down expenses for wind down budget. |
| 10/9/2023 | S. Claypoole | 2.8 | Prepared wind down budget. |
| 10/9/2023 | S. Claypoole | 2.6 | Continued to prepare wind down budget. |
| 10/9/2023 | S. Claypoole | 1.5 | Updated wind down budget to reflect feedback from BRG (E. Hengel). |
| 10/10/2023 | S. Pensavalli | 2.3 | Prepared schedules for professional fee applications. |
| 10/16/2023 | S. Claypoole | 0.4 | Corresponded via email with Bittrex (C. Koukos) re: cash issues. |
| 10/17/2023 | S. Claypoole | 1.8 | Analyzed cash activity through week ended 10/15. |
| 10/18/2023 | S. Pensavalli | 2.6 | Updated professional fee tracker to reflect new invoices. |
| 10/18/2023 | S. Claypoole | 1.7 | Prepared schedule of upcoming professional fees. |
| 10/19/2023 | S. Pensavalli | 2.5 | Updated professional fee payment tracker. |
| 10/19/2023 | S. Claypoole | 1.2 | Updated professional fee estimates based on feedback from professionals. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 10/19/2023 | S. Claypoole | 0.9 | Prepared professional fee accrual chart for September financials. |
| 10/20/2023 | S. Claypoole | 0.5 | Corresponded with Bittrex (C. Koukos) regarding prepetition A/P. |
| 10/22/2023 | S. Claypoole | 2.6 | Analyzed impact of intercompany reimbursements on cash. |
| 10/22/2023 | S. Claypoole | 1.3 | Prepared disbursement analysis for Bittrex (R. Lai). |
| 10/22/2023 | S. Claypoole | 0.6 | Revised disbursement analysis based on feedback from BRG (E. Hengel). |
| 10/23/2023 | S. Claypoole | 2.4 | Analyzed change in August versus September cash balances. |
| 10/23/2023 | S. Pensavalli | 2.0 | Updated professional fee payment tracker. |
| 10/30/2023 | S. Pensavalli | 2.3 | Updated professional fee tracker. |
| 10/31/2023 | S. Claypoole | 1.6 | Reviewed upcoming payments for cash Management purposes. |
| 10/31/2023 | S. Claypoole | 1.6 | Updated wind down budget. |
| 10/31/2023 | S. Claypoole | 1.4 | Analyzed cash activity for October. |
| **Task Code Total Hours** | | **54.0** | |
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 10/2/2023 | S. Claypoole | 1.2 | Prepared comments for Omni (B. Whitaker) on draft Plan class report. |
| 10/2/2023 | S. Pensavalli | 1.2 | Reviewed Plan class report to confirm claim objections. |
| 10/2/2023 | S. Claypoole | 0.5 | Discussed Plan class report with Omni (B. Whitaker). |
| 10/2/2023 | S. Claypoole | 0.5 | Participated in call with Quinn Emanuel (P. Tomasco, A. Jaquet) and Omni (B. Whitaker) to discuss Plan solicitation process. |
| 10/3/2023 | S. Pensavalli | 2.1 | Reviewed list of claimants in Plan class report. |
| 10/3/2023 | D. Collins | 0.9 | Developed list of creditors with updated voting amounts. |
| 10/4/2023 | D. Collins | 1.0 | Reviewed latest Plan class report for errors. |
| 10/6/2023 | C. Stec | 2.2 | Reviewed Plan and Disclosure Statement to identify necessary information for upcoming 10/10 Management meeting. |
| 10/6/2023 | S. Claypoole | 0.8 | Reviewed voting report sent by Omni (B. Whitaker) on 10/6. |
| 10/13/2023 | S. Pensavalli | 0.6 | Reviewed the Disclosure Statement per request from BRG (S. Claypoole) re: claims. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 10/17/2023 | S. Claypoole | 1.9 | Prepared contract assumption schedule for filed Plan Supplement. |
| 10/17/2023 | S. Claypoole | 1.3 | Prepared summary of insurance policies for filed Plan Supplement. |
| 10/19/2023 | S. Pensavalli | 2.9 | Analyzed the Plan re: wind down entities. |
| 10/19/2023 | S. Pensavalli | 2.9 | Prepared wind down schedule for Counsel and Management. |
| 10/19/2023 | S. Claypoole | 1.5 | Prepared list of pre-close activities. |
| 10/19/2023 | S. Pensavalli | 0.6 | Continued to analyze the Plan re: wind down entities. |
| 10/19/2023 | S. Pensavalli | 0.3 | Continued to prepare wind down schedule for Counsel and Management. |
| 10/20/2023 | S. Pensavalli | 2.9 | Prepared pre-close schedule for Counsel and Management. |
| 10/20/2023 | S. Pensavalli | 2.9 | Prepared presentation for Counsel and Management re: wind down schedule. |
| 10/20/2023 | S. Pensavalli | 2.9 | Prepared wind down schedule reflecting the Plan. |
| 10/20/2023 | A. Sorial | 1.7 | Created pre-close checklist/work plan highlighting items requisite to going effective. |
| 10/20/2023 | S. Claypoole | 0.7 | Reviewed Plan for pre-close milestones. |
| 10/20/2023 | S. Pensavalli | 0.3 | Continued to prepare presentation for Counsel and Management re: wind down schedule. |
| 10/23/2023 | S. Pensavalli | 0.9 | Prepared voting summary for week of 10/20. |
| 10/24/2023 | S. Claypoole | 1.2 | Reviewed ballot reports sent by Omni (B. Whitaker). |
| 10/24/2023 | S. Pensavalli | 1.1 | Prepared a voting summary for 10/23. |
| 10/25/2023 | S. Pensavalli | 2.9 | Analyzed voting reports re: KYC verification. |
| 10/25/2023 | S. Claypoole | 2.8 | Reconciled customer ballots to Account IDs for redaction purposes. |
| 10/25/2023 | S. Pensavalli | 2.6 | Continued to analyze voting reports re: KYC verification. |
| 10/25/2023 | S. Claypoole | 2.3 | Analyzed voting reports sent by Omni (B. Whitaker). |
| 10/25/2023 | A. Sorial | 2.2 | Created pre-close check list outlining items requisite to confirmation according to the filed Plan and Disclosure Statement. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **27. Plan of Reorganization/ Disclosure Statement** | | | |
| 10/25/2023 | S. Claypoole | 1.4 | Continued to reconcile customer ballots to Account IDs for redaction purposes. |
| 10/25/2023 | S. Claypoole | 1.0 | Discussed wind down activities with BRG (E. Hengel). |
| 10/25/2023 | S. Claypoole | 0.5 | Participated in call with Quinn Emanuel (P. Tomasco) and Bittrex (C. Barker) to discuss voting tabulation. |
| 10/26/2023 | A. Sorial | 1.6 | Created wind down work plan outlining key workstreams for the wind down period. |
| 10/26/2023 | S. Claypoole | 1.4 | Reviewed declaration draft for Confirmation Hearing sent by Quinn Emanuel (A. Jaquet). |
| 10/26/2023 | S. Claypoole | 1.3 | Drafted responses to Quinn Emanuel (A. Jaquet) regarding Hengel Declaration for Confirmation Hearing. |
| 10/26/2023 | S. Claypoole | 0.7 | Prepared comments for Quinn Emanuel (A. Jaquet) on declaration draft for Confirmation Hearing. |
| 10/26/2023 | S. Claypoole | 0.6 | Corresponded with Quinn Emanuel (A. Jaquet) via email regarding Disclosure Statement. |
| 10/26/2023 | S. Claypoole | 0.5 | Discussed liquidation analysis from Disclosure Statement with Quinn Emanuel (A. Jaquet). |
| 10/26/2023 | S. Claypoole | 0.4 | Corresponded with Bittrex (S. James) regarding Account IDs for ballots. |
| 10/27/2023 | S. Claypoole | 2.5 | Continued to prepare draft presentation for Confirmation Hearing. |
| 10/27/2023 | S. Pensavalli | 1.7 | Updated weekly case update for Management re: updated voting amounts. |
| 10/27/2023 | S. Claypoole | 0.7 | Prepared additional comments for Quinn Emanuel (A. Jaquet) on declaration draft for Confirmation Hearing. |
| 10/27/2023 | S. Claypoole | 0.7 | Reviewed updated ballot reports sent by Omni (B. Whitaker) on 10/25. |
| 10/27/2023 | S. Claypoole | 0.4 | Corresponded via email with BRG (E. Hengel) re: declaration for Confirmation Hearing. |
| 10/30/2023 | S. Claypoole | 1.4 | Updated pre-close checklist with outstanding items. |
| 10/31/2023 | S. Pensavalli | 2.9 | Analyzed the Plan re: invoice payments. |
| 10/31/2023 | S. Claypoole | 1.2 | Reviewed pre-close checklist. |
| 10/31/2023 | S. Pensavalli | 0.7 | Analyzed the Plan for Management. |
| ***Task Code Total Hours*** | | **71.4** | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **36. Operation Management** | | | |
| 10/3/2023 | S. Pensavalli | 0.5 | Participated in call with Bittrex (S. Lasseter, C. Koukos) re: week of 10/2 invoice reports. |
| 10/9/2023 | S. Pensavalli | 2.2 | Created a payment schedule for past and upcoming invoices. |
| 10/10/2023 | S. Claypoole | 1.1 | Reviewed A/P for payment for week of 10/10. |
| 10/10/2023 | S. Pensavalli | 0.5 | Participated in call with Bittrex (S. Lasseter, C. Koukos) re: week of 10/9 invoice reports. |
| 10/10/2023 | S. Claypoole | 0.5 | Participated in weekly invoice review call for week ending 10/9 with Bittrex (S. Lasseter, C. Koukos). |
| 10/10/2023 | S. Pensavalli | 0.5 | Updated invoice tracker for week of 10/9. |
| 10/11/2023 | S. Pensavalli | 1.0 | Prepared September MOR schedules. |
| 10/11/2023 | S. Pensavalli | 0.5 | Updated invoice tracker for week of 10/9. |
| 10/12/2023 | S. Claypoole | 1.3 | Prepared summary of professional fees for payment for Bittrex (S. Lasseter, C. Koukos). |
| 10/13/2023 | S. Claypoole | 1.4 | Reconciled open invoices from ordinary course professional. |
| 10/16/2023 | S. Pensavalli | 2.9 | Prepared invoice reimbursement summary for August and September. |
| 10/16/2023 | S. Pensavalli | 2.4 | Continued to prepare invoice reimbursement summary for August and September. |
| 10/17/2023 | S. Pensavalli | 2.0 | Prepared invoice reimbursement summary for August and September. |
| 10/17/2023 | S. Pensavalli | 1.9 | Updated invoice tracker for week of 10/16. |
| 10/17/2023 | S. Claypoole | 1.2 | Reviewed intercompany invoices for reimbursement. |
| 10/18/2023 | S. Claypoole | 0.9 | Reviewed invoices for payment sent by Bittrex (C. Koukos). |
| 10/19/2023 | S. Claypoole | 1.1 | Reviewed professional fee invoices received for payment. |
| 10/19/2023 | S. Claypoole | 0.3 | Corresponded via email with Quinn Emanuel (P. Tomasco) regarding fee estimates. |
| 10/21/2023 | S. Claypoole | 0.3 | Corresponded via email with Bittrex (R. Lai) and Quinn Emanuel (P. Tomasco) regarding U.S. Trustee fees. |
| 10/23/2023 | S. Pensavalli | 1.8 | Updated invoice tracker for week of 10/23. |
| 10/24/2023 | S. Claypoole | 1.4 | Analyzed pre- versus post-petition split of vendor invoices for payment. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **36. Operation Management** | | | |
| 10/24/2023 | S. Claypoole | 1.0 | Reviewed invoices for payment sent by Bittrex (C. Koukos) on 10/23. |
| 10/24/2023 | S. Pensavalli | 0.8 | Updated invoice tracker for week of 10/23. |
| 10/24/2023 | S. Claypoole | 0.6 | Corresponded with Quinn Emanuel (P. Tomasco, J. Caytas) re: payment of ordinary course professional. |
| 10/24/2023 | S. Pensavalli | 0.5 | Participated in call with Bittrex (S. Lasseter, C. Koukos) re: week of 10/23 invoice reports. |
| 10/24/2023 | S. Claypoole | 0.5 | Participated in weekly call with Bittrex (S. Lasseter, C. Koukos) to discuss week of 10/23 invoice reports. |
| 10/24/2023 | S. Claypoole | 0.4 | Reviewed OCP order to determine payment procedures. |
| 10/24/2023 | S. Claypoole | 0.4 | Reviewed Omni professional fee invoice for payment. |
| 10/25/2023 | S. Pensavalli | 2.9 | Analyzed September and August intercompany disbursements for Management. |
| 10/25/2023 | S. Pensavalli | 2.8 | Continued to analyze September and August intercompany disbursements for Management. |
| 10/25/2023 | S. Claypoole | 0.5 | Participated in call with Bittrex (C. Barker) to discuss flow of funds. |
| 10/30/2023 | S. Pensavalli | 2.7 | Analyzed August and September disbursements for Management. |
| 10/30/2023 | S. Claypoole | 0.8 | Calculated U.S. Trustee fee payable for Bittrex (C. Koukos). |
| 10/30/2023 | S. Claypoole | 0.5 | Discussed U.S. Trustee fee payment with Bittrex (C. Koukos). |
| 10/31/2023 | S. Claypoole | 0.8 | Reviewed invoices from ordinary course professional. |
| 10/31/2023 | S. Pensavalli | 0.5 | Participated in call with Bittrex (S. Lasseter, C. Koukos) re: week of 10/30 invoice reports. |
| 10/31/2023 | S. Claypoole | 0.5 | Participated in weekly call with Bittrex (S. Lasseter, C. Koukos) to discuss invoices for week ending 10/30. |
| ***Task Code Total Hours*** | | ***41.9*** | |
| **Total Hours** | | **547.3** | |