**In re: Desolation Holdings LLC, et al.**



**Exhibit D: Expenses By Category**

**Berkeley Research Group, LLC**

For the Period 10/1/2023 through 10/31/2023

| Expense Category | Amount |
|---|---:|
| 02. Travel - Train and Bus | $484.00 |
| 03. Travel - Taxi | $456.97 |
| 08. Travel - Hotel/Lodging | $317.11 |
| 10. Meals | $104.73 |
| **Total Expenses for the Period 10/1/2023 through 10/31/2023** | **$1,362.81** |