**In re: Desolation Holdings LLC, et al.**

**BRG**

**Exhibit E: Expense Detail**

## Berkeley Research Group, LLC

### For the Period 10/1/2023 through 10/31/2023

| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 10/1/2023 | E. Hengel | $484.00 | Round-trip train on 7/12 from NYC to Wilmington, DE for Bittrex Court hearing. |
| *Expense Category Total* | | *$484.00* | |
| **03. Travel - Taxi** | | | |
| 10/1/2023 | E. Hengel | $106.93 | Taxi on 6/8 from LAX to home following travel for Bittrex second day hearing. |
| 10/1/2023 | E. Hengel | $152.33 | Taxi on 6/8 from NYC office to airport following travel for Bittrex second day hearing. |
| 10/1/2023 | E. Hengel | $43.09 | Taxi on 7/12 from dinner to hotel following travel for Bittrex Court hearing. |
| 10/1/2023 | E. Hengel | $58.36 | Taxi on 7/12 from hotel to train station while traveling for Bittrex Court hearing. |
| 10/3/2023 | S. Pensavalli | $13.39 | Taxi home on 10/3 after working late on Bittrex. |
| 10/11/2023 | S. Pensavalli | $19.30 | Taxi home on 10/11 after working late on Bittrex. |
| 10/16/2023 | S. Pensavalli | $14.40 | Taxi home on 10/16 after working late on Bittrex. |
| 10/23/2023 | S. Pensavalli | $15.98 | Taxi home on 10/23 after working late on Bittrex. |
| 10/27/2023 | S. Pensavalli | $33.19 | Taxi home on 10/27 after working late on Bittrex. |
| *Expense Category Total* | | *$456.97* | |
| **08. Travel - Hotel/Lodging** | | | |
| 10/1/2023 | E. Hengel | $317.11 | Bittrex's portion of three-night hotel stay in NYC from 7/10 - 7/13 while traveling for Bittrex Court hearing. |
| *Expense Category Total* | | *$317.11* | |
| **10. Meals** | | | |
| 10/1/2023 | E. Hengel | $50.00 | Bittrex's portion of dinner on 7/12 while traveling for Bittrex Court hearing. |
| 10/3/2023 | S. Pensavalli | $20.00 | Dinner on 10/3 while working late on Bittrex. |

| Date | Professional | Amount | Description |
|---|---|---|---|
| **10. Meals** | | | |
| 10/11/2023 | S. Pensavalli | $20.00 | Dinner on 10/11 while working late on Bittrex. |
| 10/30/2023 | C. Stec | $14.73 | Dinner on 10/30 while working late on Bittrex. |
| *Expense Category Total* | | $104.73 | |
| **Total Expenses** | | **$1,362.81** | |

Berkeley Research Group, LLC                                        Invoice for the 10/1/2023 - 10/31/2023 Period