IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 15, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Plan Administrator's Motion for Entry of an Order Authorizing the Wind Down Entity to Abandon Certain Personal Property [Docket No. 564]**

Dated: November 24, 2023

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 24th day of November, 2023, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 50 Largest | 008beac3-c9e4-4760-9a4c-b67977d15981 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 01014189-63a3-43c0-b6fc-651ddccaa276 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 0aaa95f4-0b64-41a0-8212-2f4468de8d5e | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 0d372cc9-9c01-40ab-996a-28f0032b2a26 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 12dba393-1a79-4ffe-a58d-782d80c140ba | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 13e5eb91-0087-4936-9f9b-fb73052b5f1a | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 1e09e8ec-8b17-422d-b3f3-cb96ee71fbaa | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 1fc8d534-be33-4884-bc54-edbab65f5b13 | | Email Address Redacted | Email |
| 50 Largest | 210de341-83a8-474c-a37e-61d2c10c8734 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 2482db41-3e56-4a7b-b3a1-c332df465fa9 | | Email Address Redacted | Email |
| 50 Largest | 27f81091-66c7-458a-a4f9-31f636c9b5c7 | | Email Address Redacted | Email |
| 50 Largest | 2a54b310-c531-49eb-a704-f5933e925168 | | Email Address Redacted | Email |
| 50 Largest | 2ede9c2c-3f1c-4c1f-913c-7fe64dd5af6f | | Email Address Redacted | Email |
| 50 Largest | 3264a54a-1218-46b6-ac7d-1d7773995563 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 3f28305a-7f4a-41ff-a707-e1d25ac111f9 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 4ede2655-0b05-4b45-9f04-de15d8c4f521 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 4f7f1b08-a58c-4bed-b0b5-16e246c52880 | | Email Address Redacted | Email |
| 50 Largest | 518eeb1b-dfb2-4be7-acee-7d3ccd74e5d5 | | Email Address Redacted | Email |
| 50 Largest | 58611824-5bc6-442d-b239-b548b4a4eec3 | | Email Address Redacted | Email |
| 50 Largest | 5cfb7e9b-08dc-4691-a7a0-91789961f52c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 6341b91e-7b9f-4f56-a6a9-c66069ad945d | | Email Address Redacted | Email |
| 50 Largest | 6a24bb04-4799-4da8-b799-98e9887b5d43 | | Email Address Redacted | Email |
| 50 Largest | 6ce22b6a-eaab-4150-860a-87d822ce49e6 | | Email Address Redacted | Email |
| 50 Largest | 7e8620c2-7ff2-4802-9979-6bc46d6b8fb7 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 83393306-9343-4855-8987-868266cb144e | | Email Address Redacted | Email |
| 50 Largest | 925d0c0b-c584-4005-9e48-025493db1f09 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | 93ec913d-a376-4c3a-8844-93daf932b7d6 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | a1472e35-7879-403d-b912-33b369f974bc | Address Redacted | Email Address Redacted | Email |
| 50 Largest | a577b1ff-00ed-4872-a9ce-647cabbd4921 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | ae2ee974-3f89-4cb1-bcb4-64361b44486a | | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Arizona Attorney General Mark Brnovich | Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Arkansas Attorney General | 323 Center St, Ste 200<br>Little Rock, AR 72201 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General of the State of Ohio | 30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General State of Mississippi | 550 High St<br>Jackson, MS 39201 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Attorney General's Office | State of Alabama<br>501 Washington Ave<br>Montgomery, AL 36104 | | First Class Mail |
| 50 Largest | b59cdaee-c5c7-4914-8741-335a0bd25e41 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | c09b87dc-64d8-440d-b71f-b2efcfe2aff6 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | c62b2459-1676-4e4e-9caa-99a0b420a404 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | cd16ebb3-96f5-4864-8a02-fc8d2463734f | Address Redacted | Email Address Redacted | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Commonwealth of Puerto Rico Office of the Attorney General | P.O. Box 902192<br>San Juan, PR 00902 | | First Class Mail |
| 50 Largest | d375ee9b-ef35-45fe-81ae-7eb0a643781b | Address Redacted | Email Address Redacted | Email |
| 50 Largest | db61b2ac-da20-4304-9c5e-9285060cc799 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dbe0b606-15c8-43f3-8517-14ac18907906 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dcb22222-657a-400a-b98b-495711848302 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dd2f7fdc-2163-42af-a90e-2d76007a16f0 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | dd88f140-297b-4811-88c0-f18afd1b8752 | Address Redacted | Email Address Redacted | Email |
| United States Attorney's Office for the District of Delaware | Delaware Department of Justice | Carvel State Building<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Department of Attorney General | 525 W Ottawa St<br>Lansing, MI 48906 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Department of Justice | 114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| 50 Largest | e78e6f3a-5be9-49b8-be09-0c619928b44f | | Email Address Redacted | Email |
| 50 Largest | f25c6a91-1afa-48fd-abd9-e511999da04c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f536e49d-aa7a-4a54-a9ea-fcba81492b5c | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f9999a5f-fa69-46ab-aff4-bca7e8ddeb56 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | f9c46d34-51fa-4e10-aa95-93137c2de7e8 | | Email Address Redacted | Email |
| 50 Largest | fadf45ef-bc0f-4353-9850-fd1e77b29697 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | fb923c5c-30ca-4100-9f55-beeac5ba6ea8 | Address Redacted | Email Address Redacted | Email |
| 50 Largest | Financial Crimes Enforcement Network | P.O. Box 39<br>Vienna, VA 22183 | FRC@fincen.gov | Email |
| Governmental Authority | Florida Office of Financial Regulation | Attn: Brandon Greenberg, Assistant General Counsel | Brandon.Greenberg@FLOFR.gov | Email |
| *NOA - Counsel for Endurance American Insurance Company | Harris Beach PLLC | Attn: Lee E Woodard<br>Attn: Brian D Roy<br>333 W. Washington St, Ste 200<br>Syracuse, New York 13202 | bkemail@harrisbeach.com<br>broy@harrisbeach.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Illinois Attorney General | 100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Kansas Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612 | | First Class Mail |
| Counsel to Debtors' non-debtor affiliate Bittrex Global GmbH | King & Spadling | Attn: M. Handler; R. Sacks | MHandler@KSLAW.com;<br>RSacks@KSLAW.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Louisiana Department of Justice | 1885 N 3rd St<br>Baton Rouge, LA 70802 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Louisiana Department of Justice | P.O. Box 94005<br>Baton Rouge, LA 70804 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys general in the states where the Debtors conduct their business operations | Maryland Attorney General | 200 St Paul Pl<br>Baltimore, MD 21202 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Nebraska Attorney General | 2115 State Capitol<br>Lincoln, NE 68509 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | New Hampshire Department of Justice | 33 Capitol St<br>Concord, NH 03301 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | New Mexico Attorney General | 408 Galisteo St<br>Villagra Building<br>Santa Fe, NM 87501 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of Attorney General | 600 E Boulevard Ave, Dept 125<br>Bismarck, ND 58505 | | First Class Mail |
| 50 Largest | Office of Foreign Asset Control | 1500 Pennsylvania Ave NW<br>Washington, DC 20220 | Ofac_feedback@treasury.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Office of Minnesota Attorney General | Keith Ellison<br>445 Minnesota St, Ste 1400<br>St Paul, MN 55101 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 40 Capitol Sq, SW<br>Atlanta, GA 30334 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 100 N Carson St<br>Carson City, NV 89701 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | State of New Jersey<br>Richard J Hughes Justice Complex<br>25 Market St<br>Trenton, NJ 08611 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 300 W 15th St<br>Austin, TX 78701 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General | 202 N 9th St<br>Richmond, VA 23219 | | First Class Mail |
| *NOA - Council for The Texas Workforce Commission | Office of the Attorney General | Attn: Kimberly A Walsh<br>Attn: Sherri K Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | bk-kwalsh@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General for the District of Columbia | 400 6th St, NW<br>Washington, DC 20001 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Attorney General of Iowa | Hoover State Office Building<br>1305 E Walnut St<br>Des Moines, IA 50319 | | First Class Mail |
| *NOA - Counsel for Texas Department of Banking | Office of the Attorney General of Texas | Attn: Roma N Desai<br>Attn: Sean T Flynn<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | roma.desai@oag.texas.gov<br>sean.flynn@oag.texas.gov | Email |
| *NOA - Counsel for the Office of the Illinois State Treasurer | Office of the Illinois Attorney General | Attn: John P Reding<br>100 W Randolph St, Ste 13-225<br>Chicago, IL 60601 | John.reding@ilag.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Maine Attorney General | 6 State House Station<br>Augusta, ME 04333 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the Oklahoma Attorney General | 313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Office of the WV Attorney General | State Capitol Complex, Bldg 1, Rm E-26<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Oregon Department of Justice | 1162 Court St NE<br>Salem, OR 97301-4096 | | First Class Mail |
| Counsel to Debtor's non-debtor affiliates RBR Holdings, Inc., and Aquila Holdings Inc. | Pachulski Stang Ziehl Jones | 919 North Market St, 17th FL<br>Wilmington, DE 19801 | ljones@pszjlaw.com;<br>mlitvak@pszjlaw.com;<br>dbertenthal@pszjlaw.com;<br>tcairns@pszjlaw.com | Email |
| Attorneys general in the states where the Debtors conduct their business operations | RI Office of the Attorney General | 150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| 50 Largest | Securities & Exchange Commission | 100 Pearl St, Ste 20-100<br>New York, NY 10004 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Carolina Attorney General's Office | The Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia, SC 29211 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Carolina Attorney General's Office | Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | South Dakota Attorney General | 1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | State of Alaska Department of Law | 1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | State of Idaho | Office of the Attorney General<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720 | | First Class Mail |
| Attorneys general in the states where the Debtors conduct their business operations | Tennessee Attorney General's Office | Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202 | | First Class Mail |
| *NOA – Counsel for Florida Office of Financial Regulation | The Bifferato Firm, PA | Attn: Ian Connor Bifferato<br>1007 N Orange St, 4th Fl<br>Wilmington, DE 19801 | cbifferato@tbf.legal | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Endurance American Insurance Company | The Powell Firm, LLC | Attn: Jason C Powell<br>1813 N Franklin St<br>PO Box 289<br>Wilmington, DE 19899 | jpowell@delawarefirm.com | Email |
| *NOA - Counsel for TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office Bankruptcy Division<br>Attn: Laura L McCloud<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |
| United States Trustee for the District of Delaware | United States Trustee for the District of Delaware | 844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |
| Attorneys general in the states where the Debtors conduct their business operations | Washington State | Office of the Attorney General<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504 | | First Class Mail |
| *NOA - Counsel for Azim Ghader | Womble Bond Dickinson (US) LLP | Attn: Donald J Detweiler<br>Attn: Elazar A Kosman<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | don.detweiler@wbd-us.com<br>elazar.kosman@wbd-us.com | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)