# EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | Ref. D.I.___ |

### ORDER GRANTING PLAN ADMINISTRATOR'S OMNIBUS MOTION FOR A PROTECTIVE ORDER REGARDING REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM CERTAIN IRANIAN CUSTOMERS TO THE DEBTORS

Upon the omnibus motion (the "Motion") of the Plan Administrator in the chapter 11 cases of the above-captioned debtors and each of their debtor affiliates (collectively, the "Debtors" or the "Wind Down Entity"), for a protective order relieving the Plan Administrator from obligation to produce documents or information in response to (i) *Request by AmirAli Momenzadeh to the Debtors For the Production of Documents,* dated November 19, 2023 (the "Momenzadeh Production Request"); (ii) *Formal Request of Adel Abbasi for the Production of Documents*, dated November 20, 2023 (the "Abbasi Production Request"); and (iii) *Formal Request by Shahriar Arabpour to the Debtors for the Production of Documents*, dated November 25, 2023 (the "Arabpour Production Request," and, together with the Momenzadeh Production Request and the Abbasi Production Request, the "Production Requests"), all as fully set out in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Plan Administrator, creditors, and other parties in interest; and it appearing that the Plan Administrator's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 26(c), as made applicable by Federal Rules of Bankruptcy Procedure 7026, 7034, and 9014, the Plan Administrator has no obligation to respond to or produce documents or information in response to the Production Requests to the extent such Production Requests exceed the content of the Debtors' customer support tickets and specific account balances pertaining to each Adel Abbasi, Amir Ali Momenzadeh, and Shahriar Arabpour, respectively.

3. The relief granted in this Order is without prejudice to the Plan Administrator's rights to seek additional relief.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.