**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**DECLARATION OF PATRICIA B. TOMASCO IN SUPPORT OF PLAN**
**ADMINISTRATOR'S OMNIBUS MOTION FOR A PROTECTIVE ORDER**
**REGARDING REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM**
**CERTAIN IRANIAN CLAIMANTS TO THE DEBTORS**

I, Patricia B. Tomasco, declare as follows:

1.      I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for the above-captioned debtors and each of their debtor affiliates (collectively, the "Debtors" or the "Wind Down Entity").  I have been admitted *pro hac vice* in this matter.

2.      I respectfully submit this declaration in support of the *Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Claimants to the Debtors.*

3.      Unless otherwise specified, I am familiar with the matters set forth in this declaration based on my personal knowledge and/or a review of the files in the possession of my firm.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

4.      Attached hereto as **Exhibit B** is a true and accurate copy of the *Request by AmirAli Momenzadeh to the Debtors For the Production of Documents* served on the Debtors by AmirAli Momenzadeh ("Mr. Momenzadeh") on November 19, 2023.

5.      Attached hereto as **Exhibit C** is a true and accurate copy of the *Formal Request of Adel Abbasi for the Production of Documents* served on the Debtors by Adel Abbasi ("Mr. Abbasi") on November 20, 2023.

6.      Attached hereto as **Exhibit D** is a true and accurate copy of the *Formal Request by Shahriar Arabpour to the Debtors for the Production of Documents* served on the Debtors by Shahriar Arabpour ("Mr. Arabpour") on November 25, 2023.

7.      Attached hereto as **Exhibit E** is a true and accurate copy of the cover email from Mr. Abbasi to the Debtors' counsel dated November 20, 2023 and attaching the First Formal Demand by Adel Abbasi to the Counsel of the Debtors For Adherence to Ethical and Legal Standards in Representation.

8.      Attached hereto as **Exhibit F** is a true and accurate copy of the First Formal Demand by Adel Abbasi to the Counsel of the Debtors For Adherence to Ethical and Legal Standards in Representation dated November 20, 2023.

9.      Attached hereto as **Exhibit G** is a true and accurate copy of the cover email from Mr. Abbasi to the Debtors' counsel dated November 21, 2023 and attaching the Second Formal Demand by Adel Abbasi to the Counsel of the Debtors For Adherence to Ethical and Legal Standards in Representation, dated November 21, 2023.

10.      Attached hereto as **Exhibit H** is a true and accurate copy of the Second Formal Demand by Adel Abbasi to the Counsel of the Debtors For Adherence to Ethical and Legal Standards in Representation, dated November 21, 2023.

11.     Attached hereto as **Exhibit I** is a true and accurate copy of the cover email from Mr. Abbasi to the Debtors' counsel dated November 21, 2023 and attaching the Third Formal Demand by Adel Abbasi to the Counsel of the Debtors For Adherence to Ethical and Legal Standards in Representation.

12.     Attached hereto as **Exhibit J** is a true and accurate copy of the Third Formal Demand by Adel Abbasi to the Counsel of the Debtors For Adherence to Ethical and Legal Standards in Representation, dated also November 21, 2023.

13.     Attached hereto as **Exhibit K** is a true and accurate copy of the cover email from Mr. Abbasi to the Debtors' counsel dated November 22, 2023 and attaching the Fourth Formal Demand by Adel Abbasi to the Counsel of the Debtors For Adherence to Ethical and Legal Standards in Representation.

14.     Attached hereto as **Exhibit L** is a true and accurate copy of the Fourth Formal Demand by Adel Abbasi to the Counsel of the Debtors For Adherence to Ethical and Legal Standards in Representation, dated November 22, 2023.

15.     Attached hereto as **Exhibit M** is a true and accurate copy of the Debtors' informal response to the *Request by AmirAli Momenzadeh to the Debtors For the Production of Documents,* dated November 22, 2023.

16.     Attached hereto as **Exhibit N** is a true and accurate copy of the Debtors' informal response to the *Formal Request of Adel Abbasi for the Production of Documents,* dated November 22, 2023.

17.     Attached hereto as **Exhibit O** is a true and accurate copy of the reply of Mr. Abbasi to the Debtors' informal response to the *Formal Request of Adel Abbasi for the Production of Documents*, dated November 23, 2023.

18.     Attached hereto as **Exhibit P** is a true and accurate copy of the email from Mr. Abbasi to the United States Trustee and the Debtors, dated November 24, 2023.

19.     Attached hereto as **Exhibit Q** is a true and accurate copy of the reply of Mr. Momenzadeh to the Debtors' informal response to the *Request by AmirAli Momenzadeh to the Debtors For the Production of Documents*, dated November 25, 2023.

20.     Attached hereto as **Exhibit R** is a true and accurate copy of the reply of Mr. Abbasi to the Debtors' informal response to the *Formal Request of Adel Abbasi for the Production of Documents*, dated November 27, 2023.

21.     Attached hereto as **Exhibit S** is a true and accurate copy of the response of Mr. Abbasi to the Abbasi Claim Objection, dated November 27, 2023.

22.     Attached hereto as **Exhibit T** is a true and accurate copy of the response of Mr. Momenzadeh to the Momenzadeh Claim Objection, dated November 27, 2023.

23.     Attached hereto as **Exhibit U** is a true and accurate copy of the response of Mr. Arabpour to the Arabpour Claim Objection, dated November 27, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 27, 2023.

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco