# EXHIBIT D1

## Joanna Caytas

| | |
|---|---|
| **From:** | Shahriar Arabpour <shahriar.arabpour@gmail.com> |
| **Sent:** | Saturday, November 25, 2023 10:23 AM |
| **To:** | kenos@ycst.com |
| **Cc:** | Patty Tomasco; ehengel@thinkbrg.com; rbrady@ycst.com; Susheel Kirpalani; Razmig Izakelian; Daniel Holzman; Joanna Caytas; Alain Jaquet |
| **Subject:** | CASE NO. 23-10597 - ELECTRONIC DELIVERY OF SHAHRIAR ARABPOUR'S FIRST SET OF DOCUMENT PRODUCTION REQUESTS. |
| **Attachments:** | 4_5985785831833473632.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL from shahriar.arabpour@gmail.com]**

Dear Counsel,

I hereby attach Mr. Shahriar Arabpouri's first set of document production requests for your attention.

Please be aware that the due date for submission is November 26, 2023, and the documents must be delivered to Mr Shahriar Arabpour. Any failure to comply may result in legal consequences.

If you need the legally stipulated 30-day period to respond, it will be necessary for you to do an extension of the response date and a postponement of the hearing for Mr. Arabpour.

Respectfully,
Shahriar Arabpour

# EXHIBIT D2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1]<br>Debtors. | Case No. 23-10597 (BLS)<br>(Jointly Administered) |
| | Ref. D.I. **554, 555** |

**FORMAL REQUEST BY SHAHRIAR ARABPOUR TO THE DEBTORS
FOR THE PRODUCTION OF DOCUMENTS**

Shahriar Arabpour (hereinafter referred to as "Mr. Arabpour", "I", or "my") is formally requesting all relevant documents from the debtors according to Federal Rules of Civil Procedure 26 and 34, also applicable via Bankruptcy Procedure Rules 7026 and 7034. He asks for complete and correct responses to these document requests. **The deadline for submission is November 26, 2023, to be delivered to the undersigned.** Non-compliance may lead to legal repercussions. **IF YOU REQUIRE THE LEGALLY ALLOTTED 30 DAYS TO RESPOND, YOU WILL NEED TO EXTEND THE RESPONSE DATE AND POSTPONE THE HEARING FOR MR ARABPOUR.**

**INSTRUCTIONS**

1. Please respond to each request based on all knowledge and information available to you, including from officers, employees, agents, etc. Review all information sources when responding. If unable to fully respond, provide as much information as possible and state the reason for any incomplete responses. If there are objections, detail them fully. If a request is only partly objectionable, please respond to the rest. Answer each request separately and identify documents with reference to the specific request they address.

2. As indicated, should the debtors require additional time, they are advised to firstly extend the response date for their objections (Docket No. 554 & 555) to my proof of claim and subsequently delay the hearing date. This is due to my inability to respond to their objection (Docket Nos. 554 & 555) as Bittrex retains all pertinent documents, evidence, information, and communications.

3. I acknowledge that a two-day period for document production may be insufficient. However, I am expected to respond to the objection by November 27, within just 3 days, which poses a greater challenge than providing already available documents and information.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).

1

## DEFINITIONS

1. "PERSON(S)" refers to any individual or legal entity of any kind.
2. "DOCUMENT" means all forms of recorded information, including electronic and physical copies, regardless of the format or medium. This includes any distinct versions or copies and extends to all related files, labels, and attachments.
3. "COMMUNICATION" covers all transmissions of information, whether oral, written, or electronic.
4. "RELATING TO", "RELATED TO" or "RELATE(S) TO" implies any form of relevance to the specified subject matter.
5. The terms "you" or "your" refer to the addressed individual or entity and their representatives or attorneys.
6. "Any" and "all" should be interpreted together, not limiting the request's scope. Verbs and nouns can be read in all tenses and numbers (singular or plural).
7. The words "or" and "and" are also to be interpreted together, not limiting the request's scope. "You" or "your" also extends to any corporation or entity under your control or access to information or documents.

## REQUESTS FOR PRODUCTION

1. All documents, referenced directly or indirectly, in response to Mr. Arabpour's Claims and any objections raised.
2. Documents or evidence of the highest (tick or spot) value (ATH) of my assets from the time my account was blocked until now, in both USD and BTC, including their respective charts.
3. **Provide all relevant documentation, evidence, information or correspondence that can effectively refute the inaccuracies in your objection. Specifically, the following points should be addressed:**
    a. Verification of Bittrex Malta's application for an OFAC (Office of Foreign Assets Control) license and the subsequent procurement of said license. (DOC 554, 19, 20)
    b. Evidence of Bittrex, Inc and Bittrex Malta reporting my account and information to OFAC in 2017 and/or 2018 and their annual report submissions to the same office based on OFAC rules and regulations.
    c. Evidence of Bittrex, Inc submitting a license application on my behalf.
    d. Evidence of Bittrex Malta submitting a license application on my behalf.
    e. Evidence of *"In October 2019, eighteen months after filing the applications, <u>Malta OpCo and BUS obtained a license from OFAC permitting</u> a release of assets to customers in Iran (the "OFAC License")."*
    f. Please provide any evidence or documentation that demonstrates my eligibility to accept the Bittrex International terms as you referenced "Fifth, under either version of the terms of service to which Mr. Arabpour was obligated to agree to continue using his account, Bittrex was contractually entitled to block Mr. Arabpour's account in light of the OFAC Sanctions.". (Doc 554 , 78 )
    g. Please provide any documentation or evidence that legally substantiates that the terms were not accepted by the user to whom they were applied. (Doc 554, which includes but is not limited to points 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, and 91 )

4. **Please provide any document or evidence that has been sent to you by others and made available to you after this objection submission (Doc 554), indicating that any of your statements on this Doc 554, are incorrect, false, or misleading to the court.**
5. Provide all forms of communication, evidence, or documentation exchanged between Bittrex, Inc., Bittrex Malta, and any non-debtor entities with Mr. Arabpour from the time of account opening up to the present date. This should include, but is not limited to, support tickets, Zendesk tickets, emails, and letters. Alos any prior internal communications related to those correspondence.
6. Personal and Sensitive Information: All identity-related data and sensitive personal details collected.
7. Service Use Data: Identity, Contact, Financial, AML and KYC data, etc.
8. Technical/Log Data: Log files or other technical data related to my service use.
9. Device Data: Information about the device used to access your services.
10. Usage Data: Data on my interactions with your platform.
11. Third-Party Technical Data: Data collected from third parties about my service use.
12. Browser/Access Log Information: Browser type, access times, pages viewed, IP address, etc.
13. Exchange Information: Details of transactions executed on the Bittrex website.
14. Support Inquiries and Correspondences: Records of any support team interactions.
15. Reporting to OFAC: Documents showing Bittrex's reporting of my account and assets to OFAC.
16. OFAC License Application: Documents related to Bittrex's application for an OFAC license on my behalf or included my name, email and assets.
17. Issued OFAC Licenses: Copies of all OFAC licenses issued to Bittrex, Inc and Bittrex Malta.
18. Legal Grounds for Account Blocking: Reasons and related codes and rules for blocking my account and assets.
19. Communication and Proceedings with OFAC: Documents related to dealings with OFAC since the blocking of my account and assets.
20. Account Restriction Details: Name and position of the person who ordered the blocking or limitations on my account.
21. Documents or evidence showing Bittrex knowingly served Iranian individuals.
22. Documents or Evidence of Bittrex refusing to open accounts for Iranians since Bittrex inception (2014) till OFAC subpoena (Oct 2017).

**YOU ARE REQUESTED TO PRODUCE AND PROVIDE ALL OF THE REQUESTED DOCUMENTS, WITHOUT EXCEPTION.**

**SHOULD ANY DOCUMENTS NEED TO BE WITHHELD FOR LEGAL REASONS, I REQUIRE A DETAILED LOG EXPLAINING THE RATIONALE FOR EACH. THIS IS CRUCIAL FOR MY RESPONSE TO YOUR OBJECTION. ALL OTHER DOCUMENTS MUST BE PRODUCED IMMEDIATELY. FAILURE TO PROMPTLY DELIVER THE REQUESTED DOCUMENTS WILL RESULT IN SEEKING A COURT HEARING TO RESOLVE THIS DISCOVERY DISPUTE, AND IF NECESSARY, I AM PREPARED TO INITIATE AN ADVERSARY LEGAL ACTION.**

Friday, November 25, 2023                    Sincerely,
                                              SHAHRIAR ARABPOUR

3