# EXHIBIT E

# Joanna Caytas

| | |
|---|---|
| **From:** | adel abbasi <adel.abbasi.bitcoin@gmail.com> |
| **Sent:** | Monday, November 20, 2023 11:47 AM |
| **To:** | kenos@ycst.com; Patty Tomasco; Alain Jaquet; rbrady@ycst.com |
| **Cc:** | Susheel Kirpalani; Daniel Holzman; Razmig Izakelian; Joanna Caytas; Richard.Schepacarter@usdoj.gov |
| **Subject:** | Case No. 23-10597 - Desolation Holdings, LLC - Digital Submission of Adel Abbasi's Preliminary Official Request for Compliance with Ethical and Legal Norms by Debtor's Counsel. |
| **Attachments:** | Doc1.pdf |

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

Counsel,

Please find attached Adel Abbasi's initial formal request for the debtor's counsel to adhere to ethical and legal standards in representation.

Best regards,

Adel Abbasi