# EXHIBIT F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| Desolation Holdings LLC, *et al.*,[1] Debtors. | Case No. 23-10597 (BLS) |
| | (Jointly Administered) |
| | Ref. D.I. **92, 276, 558** |

**FIRST FORMAL DEMAND BY ADEL ABBASI TO THE COUNSELS OF THE DEBTORS FOR ADHERENCE TO ETHICAL AND LEGAL STANDARDS IN REPRESENTATION**

This letter serves as a formal request from Adel Abbasi ("Mr. Abbasi", "My") for the Debtor's counsels for adherence to ethical and legal standards in representation. It is imperative that you maintain honesty and integrity while representing your client's interests, as stated by the professional ethics of lawyering. In an instance where a lawyer becomes aware that their client has presented false evidence, they are obligated to address the situation. Rule 4.1(b) mandates lawyers to disclose significant facts to a third party when such disclosure is necessary to prevent aiding in illegal activities. Lawyers are also prohibited from making false statements of fact or law to a tribunal or failing to correct a false statement of material.

With regard to the false statement of Ms. Patty Tomasco "Regarding the LMC becoming unrecoverable, Mr. Abbasi did not withdraw his LMC by the stipulated deadline (June 21, 2019), rendering the LMC unrecoverable". This assertion is incorrect and misguides the court. It appears that either you or your client is providing false information to the court. According to the details filed under Docket number 92[2] On 06/05/23, a cursory search using LMC indicates that Bittrex Malta Ltd has transferred the subsequent LMC to Bittrex Bermuda and aso indicating that customers were able to make withdrawals.

Case 23-10597-BLS    Doc 92    Filed 06/05/23    Page 75 of 836

Bittrex Malta Ltd.
Case No. 23-10600
SOFA 3: Certain payments or transfers to creditors within 90 days before filing this case

| Customer ID | Dates | Currency | Total Amount (Coin Quantity) | Reasons for payment or transfer |
|---|---|---|---|---|
| 39750c8e-7599-4489-af09-a40e384062a5 | 2/10/2023 | GLM | 20.08042685 | Customer Withdrawal |
| 39750c8e-7599-4489-af09-a40e384062a5 | 3/10/2023 | GLM | 21.49113507 | Customer Withdrawal |
| 39750c8e-7599-4489-af09-a40e384062a5 | 4/10/2023 | LMC | 1066.52968310 | Customer Withdrawal |
| 39750c8e-7599-4489-af09-a40e384062a5 | 3/10/2023 | LMC | 140.18213790 | Customer Withdrawal |
| 397f15b3-d561-44b7-85f0-ea31821d0d62 | 2/10/2023 | NEO | 0.23968278 | Customer Withdrawal |
| 39699a5e-b048-4aa0-b[a]f-47fa3d44723e | 4/10/2023 | DGB | 168.17521175 | Customer Withdrawal |

Bittrex Malta Ltd.
Case No. 23-10600
SOFA 3: Certain payments or transfers to creditors within 90 days before filing this case

| Customer ID | Dates | Currency | Total Amount (Coin Quantity) | Reasons for payment or transfer |
|---|---|---|---|---|
| 39b64732-07c7-48c0-aa83-f9af1a2244b8 | 2/9/2023 | DASH | 0.00573167 | Customer Withdrawal |
| 39bf38c5-9aab-4236-af58-571769d77550 | 2/9/2023 | NXS | 13.86828857 | Customer Withdrawal |
| 39cd6908-c5b9-42ec-b7b5-b852d22cc841 | 2/10/2023 | DOGE | 42.40809292 | Customer Withdrawal |
| 39d0fe43-4838-4992-be97-10d3179b6c1e | 2/10/2023 | BCH | 0.00032070 | Customer Withdrawal |
| 39d0fe43-4838-4992-be97-10d3179b6c1e | 2/10/2023 | BCHA | 0.00032070 | Customer Withdrawal |
| 39d0fe43-4838-4992-be97-10d3179b6c1e | 2/10/2023 | BTC | 0.00003220 | Customer Withdrawal |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).
[2] https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/56aa48b3-2129-438b-ab9d-dea68d54d728_92.pdf

2

[Two side-by-side tables showing Bittrex Malta Ltd., Case No. 23-10600, SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider. Columns: Insider's name | Customer ID | Dates | Currency | Total amount | Reasons for payment or transfer. All rows list "Bittrex Global, Inc." as insider, dated 5/13/2022, with "Customer Migration to Non-Debtor Entity" as reason.]

*This is just the sample transactions, and there are hundreds of such transactions in LMC. The currency that you're presenting to the court as non-transferable or un-recoverable, which is misleading. This statement could imply fraudulent activities by your clients.*

**The aforementioned docket - 92 filed by Mr. Enos, Kenneth expresses that all of you were cognizant of the fact that the LMC was transferable and recoverable post-June 21, 2019. Your client transferred assets to non-debtor entities, and also to customers' wallets which contradicts your claim to the court that the LMC was non-transferable or unrecoverable.**

**By way of background:**

1. *"Around April 2019 Bittrex announced to its customers holding LMC that it decided to remove from its exchanges this type of cryptocurrency because it did not have market and urged the affected customers to withdraw the LMC by June 21, 2019 <u>lest the LMC become unrecoverable</u>. Mr. Abbasi did not withdraw his LMC by the deadline and the <u>LMC became unrecoverable</u>."* **This is stated in Objection point 23 filed by you.**[3]

2. According to the letter of Patty Tomasco dated August 14, 2023, "In or around April 2019—when you held 24,937.50000000 Lomocoins ("LMC[s]") in your Bittrex account—Bittrex (a) announced to customers holding LMCs that it decided to remove from its exchanges this type of cryptocurrency because it did not have any market; and (b) urged the affected customers to withdraw the LMCs by June 21, 2019 to avoid that the LMCs <u>became unrecoverable</u>." **August 14, 2023 singed by Ms. Patricia Tomasco**[4]

3. "According to the Debtors' records and as further described below, we note that you are a **former** customer of Bittrex **who withdrew all the cryptocurrency** in your Bittrex account over three years ago (in February 2020). **Your Bittrex account was closed after you completed the withdrawal of your assets.**" August 14, 2023 singed by Ms. Patricia Tomasco[5]

4. On August 16, 2023, Mr. Abbasi wrote to the Court another letter, enclosing the response of the Debtors' counsel to his August 1, 2023 letter, and alleging **bankruptcy fraud** because a separate letter from non-Debtor Bittrex Global listing LMC "has led [him] to believe that [his] assets might have been transferred post the bankruptcy filing" and "some creditors have withdrawn their LoMo Coin but in her letter she <u>said it is unrecoverable</u>." [D.I. 276].

---

[3] https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/b85ce06b-51c4-4106-9ac7-e2a1b0619a14_558.pdf
[4] https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/fa8705a3-46d1-49cf-aba1-c8205f2f8d82_276.pdf
[5] https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/fa8705a3-46d1-49cf-aba1-c8205f2f8d82_276.pdf

3

All the above points indicate that you, specifically Ms. Patricia Tomasco, are aware of the situation that **firstly**, my account holding LMC should not have been closed by Bittrex because there was assets, and **secondly**, Bittrex did not refund my LMC and later illicitly transferred it to another third party, even though, Ms. Patricia Tomasco, filed it on the docket.

Kind Regards,
ADEL ABBASI
November 20, 2023

This document contains content that is based on the issues highlighted by Mr. Adel Abbasi concerning certain bankruptcy cases. The specifics have been supplied by Mr. Abbasi, and they mirror his comprehension of the situation based on available data, which may change at any time. Mr. Abbasi assumes no responsibility for any changes or inaccuracies. By utilizing this document, you absolve Mr. Abbasi of any obligations or liabilities pertaining to its use or interpretation. Any usage of this document is at your own risk and discretion. This document may undergo changes as new data becomes available. It should not be viewed as a comprehensive or final report of the situation. Subsequent communications will be shared as needed to provide clarity or modifications to the information in this document.