# EXHIBIT G

# Joanna Caytas

| | |
|---|---|
| **From:** | adel abbasi <adel.abbasi.bitcoin@gmail.com> |
| **Sent:** | Tuesday, November 21, 2023 11:57 AM |
| **To:** | rbrady@ycst.com; kenos@ycst.com; Susheel Kirpalani; Patty Tomasco; Daniel Holzman; Alain Jaquet; Razmig Izakelian; Joanna Caytas |
| **Cc:** | Richard.Schepacarter@usdoj.gov |
| **Subject:** | Case No. 23-10597 - Desolation Holdings, LLC - Digital Submission of Adel Abbasi's Preliminary Official Request for Compliance with Ethical and Legal Norms by Debtor's Counsel. |
| **Attachments:** | SECOND-FORMAL-DEMAND-BY-ADEL-ABBASI-TO-THE-COUNSEL-OF-THE-DEBTORS.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

Counsel,

Please find attached Adel Abbasi's initial formal request for the debtor's counsel to adhere to ethical and legal standards in representation.

Best regards,

Adel Abbasi