# EXHIBIT H

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. D.I. **92, 276, 558** |

**SECOND FORMAL DEMAND BY ADEL ABBASI TO THE COUNSELS OF THE DEBTORS FOR ADHERENCE TO ETHICAL AND LEGAL STANDARDS IN REPRESENTATION**

This letter serves as a second formal demand from Adel Abbasi ("Mr. Abbasi", "My") to the counsels representing the Debtors, urging strict compliance with ethical and legal guidelines in their representation. It is paramount that you uphold principles of honesty and integrity while advocating for your clients, as required by the professional code of conduct for attorneys. Should an attorney become aware of a client presenting false evidence, it is their duty to rectify the situation. Rule 4.1(b) compels attorneys to reveal significant facts to a third party when such disclosure is necessary to avoid assisting in unlawful activities. Attorneys are also forbidden from making false statements of fact or law to a tribunal or failing to correct a false statement of material fact.

It is clear to me that both you, as counsel and client, the debtor, are fully aware that all my proofs of claim were filed electronically via the dashboard provided by the authorized agent. Yet, you claim that I did not provide a signature. First, you know that these files were submitted electronically and the dashboard does not provide an option for a handwritten signature, only printing the name. Second, you are using this method to object to the proof of claim, and Mr. Evan Hengel is following suit.

In the best-case scenario, you are uninformed about the authorized agent and its dashboard or platform. That indicates you are not competent to handle this bankruptcy case fairly because you are conducting an unfair process to dismiss the rights of all creditors and aid the illicit activities of debtors knowingly and intentionally, specifically Ms. Patricia B. Tomas.

Please review the following screenshots and background information and make the necessary adjustments to all objection(s) submitted by you. If you do not amend or demonstrate good faith, it implies that you are knowingly and intentionally continuing the same approach.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).






**By way of background:**

1. I accessed the authorized agent's website at https://cases.omniagentsolutions.com/claim?clientid=3662 and established an account with my email address, adel.abbasi.bitcoin@gmail.com, as confirmed by the accompanying documents. The said email address is authenticated as mine, which I employed to set up an account on Bittrex.com in 2017. I used my login details to access the Omni Agent solutions website and subsequently submitted all proofs of claim as detailed below:

2. In alignment with the instructions provided on https://eclaims.omniagentsolutions.com/BittrexInc/Dashboard, there was no alternative to signing other than inputting my name in the signature field. The website mandates that *"The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, **if your name is on the signature line, you are responsible for the declaration**."* Hence, all proofs of claim submitted through the dashboard were duly signed as per case management requirements.

3. The mentioned claims were submitted via the dashboard.. Without providing and entering my name as a signature, I cannot submit any proof of claim. The other claims (remaining) are essentially the same ones that were initially filed. Omniagentsolution then re-filed these with new numbers.

4. To clarify, all these proofs of claim were submitted through the dashboard and were appropriately signed and authorized, in line with the Omni Agent platform requirements. Despite this, You and the debtors knowingly and intentionally chose to object all claims due to signature issues with, even though you are aware that all of them were digitally signed via the case management website by typing the name, as mandated. However, You are willfully and knowingly using this objection as a reason to disregard all claims, a pattern of behavior that has been consistent since 2017 with my account.

**Kind Regards,**
**ADEL ABBASI**
**November 21, 2023**

---

This document contains content that is based on the issues highlighted by Mr. Adel Abbasi concerning certain bankruptcy cases. The specifics have been supplied by Mr. Abbasi, and they mirror his comprehension of the situation based on available data, which may change at any time. Mr. Abbasi assumes no responsibility for any changes or inaccuracies. By utilizing this document, you absolve Mr. Abbasi of any obligations or liabilities pertaining to its use or interpretation. Any usage of this document is at your own risk and discretion. This document may undergo changes as new data becomes available. It should not be viewed as a comprehensive or final report of the situation. Subsequent communications will be shared as needed to provide clarity or modifications to the information in this document.