# EXHIBIT I

# Joanna Caytas

| | |
|---|---|
| **From:** | adel abbasi <adel.abbasi.bitcoin@gmail.com> |
| **Sent:** | Tuesday, November 21, 2023 3:58 PM |
| **To:** | rbrady@ycst.com; kenos@ycst.com; Susheel Kirpalani; Patty Tomasco; Daniel Holzman; Alain Jaquet; Razmig Izakelian; Joanna Caytas |
| **Cc:** | Richard.Schepacarter@usdoj.gov |
| **Subject:** | THIRD FORMAL DEMAND BY ADEL ABBASI TO THE COUNSEL OF THE DEBTORS FOR ADHERENCE TO ETHICAL AND LEGAL STANDARDS IN REPRESENTATION |
| **Attachments:** | THIRD-FORMAL-DEMAND-BY-ADEL-ABBASI-TO-THE-COUNSEL-OF-THE-DEBTORS.pdf |

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

03-

Dear Counsel,

I, Adel Abbasi, request your adherence to ethical and legal standards in debtors' representation. It's urgent and crucial for fairness in our dealings. Looking forward to your immediate action.

Best regards,

Adel Abbasi