# EXHIBIT K

# Joanna Caytas

| | |
|---|---|
| **From:** | adel abbasi <adel.abbasi.bitcoin@gmail.com> |
| **Sent:** | Wednesday, November 22, 2023 9:55 AM |
| **To:** | rbrady@ycst.com; kenos@ycst.com; Susheel Kirpalani; Patty Tomasco; Daniel Holzman; Alain Jaquet; Razmig Izakelian; Joanna Caytas; bill@bittrex.com; richiela@bittrex.com |
| **Subject:** | Misappropriation Of Bankruptcy Estate! |
| **Attachments:** | FOURTH-FORMAL-DEMAND-BY-ADEL-ABBASI-TO-THE-COUNSEL-OF-THE-DEBTORS.pdf |

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

Counsel,

I had earlier requested information about the hot and cold wallets that are holding the debtor's assets. However, it seems you have not provided this information. According to expert advice and various investigation reports, there is evidence in the blockchain data from the inception of Bittrex that indicates Bittrex may be using the debtor's assets to facilitate the withdrawals of Bittrex Global customers. Moreover, there's a discrepancy between the amount of assets reported to the court and the actual assets held in the debtor's wallets.

This issue needs immediate attention. I'll hold off on escalating this matter to the authorities or the court until I hear back from you. Hopefully, your response will help answer any outstanding questions.

Adel Abbasi

--

Both debtor and non-debtor entities should review and respond to clarify the situation, as there may be points that I have missed. The reposts are based on the available data and can be amended. The sender is not responsible in any way for any information due to the debtor's failure to provide document production. my response is based solely on public and blockchain data.