# EXHIBIT L

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. D.I. **92, 276, 558** |

**FOURTH FORMAL DEMAND BY ADEL ABBASI TO THE COUNSELS OF THE DEBTORS FOR ADHERENCE TO ETHICAL AND LEGAL STANDARDS IN REPRESENTATION**

This correspondence serves as the **fourth** formal request from Adel Abbasi (referred to hereafter as "Mr. Abbasi", "me" or "I ") to the debtor's counsels, urging strict adherence to ethical and legal standards in their representation. It is of utmost importance that honesty and integrity are upheld while advocating for your client's interests, as dictated by the professional ethics of lawyering.

Should a situation arise where a lawyer becomes aware of their client presenting false evidence, they are obligated to address the issue promptly. As per Rule 4.1(b), lawyers must disclose significant facts to a third party when such disclosure is essential to avoid aiding in unlawful activities. Lawyers are also strictly prohibited from making false statements of fact or law to a tribunal or failing to correct a false statement of material fact or law.

Herewith, I attach a part of the expert report regarding the assets belonging to your clients, the debtor entities. Please review this report and request both your clients and if possible Bittrex Global(s) (Lichtenstein & Bermuda) to provide a response within 72 hours of receipt of this email. Failure to do so may lead me to lawful actions with legal consequences for you and the debtors and their respective founders.

**Following the request for access to the hot and cold wallets holding the debtor's assets, significant movements were observed in the assets of debtors.** These suspicious movements seem to be linked to cover misappropriation of the Bankruptcy estate.

This has raised concerns about potential illicit activities being conducted under your surveillance, and  seems such actions are facilitating by providing legal assistance to the debtors's founders.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).

The following transaction is an example of such activities :

https://www.blockchain.com/explorer/transactions/btc/a90e7a2022e0ff664515022743f6386077ae6847d7b19621e111e67d1db55885



*This transaction was first broadcasted on the Bitcoin network on November 22, 2023 at 12:11 PM GMT+3. The transaction currently has 97 confirmations on the network. The current value of this transaction is now $376,035,705.[2]*

**Why are there such huge transactions on the debtor's assets?** As I see in the bankruptcy proceedings no such claims or administrative expenses are allowed till now.

A lack of response will be interpreted as your acceptance of the expert's statement and that you are aiding the debtors in this unlawful fraudulent misconduct.

,

**ADEL ABBASI** 
**November 22, 2023**

---

[2] https://www.blockchain.com/explorer/transactions/btc/a90e7a2022e0ff664515022743f6386077ae6847d7b19621e111e67d1db55885

**EXPERT REPORT[3] [4]**

| Wallet(s) | Activation date | Current Balance | Assets | Current balance in USD | Public Proof |
|---|---|---|---|---|---|
| 385cR5DM96n1HvBDMzLHPYcw89fZAXULJP | 2018-12-21 | 10301.84763059 | BTC | **$381,080,693** | See more |
| 1N52wHoVR79PMDishab2XmRHsbekCdGquK | 2014-06-07 | 1665.59050666 | BTC | **$61,612,674** | See more |
| 0x66f820a414680b5bcda5eeca5dea238543f42054 | 2019-01-09 | 59,999.9939 | ETH | **$119,112,204.54** | See more |
| 0x66f820a414680b5bcda5eeca5dea238543f42054 | 2019-01-09 | - | - | **$22,493,882.01** | See more |
| 0xfbb1b73c4f0bda4f67dca266ce6ef42f520fbb98 | 2015-08-10 | 7,420.856011 | ETH | **$14,691,912.17** | See more |
| 0xfbb1b73c4f0bda4f67dca266ce6ef42f520fbb98 | 2015-08-10 | - | - | **$3,463,288.60** | See more |
| rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 2014-12-12 | 16,345,355.366187 | XRP | **$9,714,044.69** | See more |
| rEuvmJgjK7PbmiWfvG9DGSWi1GcRcsoxgR | 2019-04-03 | 74,600,020.87289 | XRP | **$44,349,712.4** | See more |
| TA5vCXk4f1SrCMfz361UxUNABRGP1g2F1r | 2019-09-23 | - | TRX | **$7,118,334.64** | See more |
|  |  |  |  | **$663,636,746.05** |  |

**Based on the expert's investigations and available evidence, All the wallets mentioned above belong to the debtor entities and are <u>under control of Bittrex founders.</u> Furthermore, these wallets have also been recipients of fund transfers from the creditors.[5]**

**We anticipate your reply within the deadline previously specified.**

---

[3] Experts may revise this report in light of new data and provide updates that are currently under investigation.

[4] This document contains content that is based on the issues highlighted by Mr. Adel Abbasi concerning certain bankruptcy cases. The specifics have been supplied by Mr. Abbasi, and they mirror his comprehension of the situation based on available data, which may change at any time. Mr. Abbasi assumes no responsibility for any changes or inaccuracies. By utilizing this document, you absolve Mr. Abbasi of any obligations or liabilities pertaining to its use or interpretation. Any usage of this document is at your own risk and discretion. This document may undergo changes as new data becomes available. It should not be viewed as a comprehensive or final report of the situation. Subsequent communications will be shared as needed to provide clarity or modifications to the information in this document.

[5] However, we are unable to disclose the expert report due to its privileged status.

**What leads us to suspect that debtors, their founders and the counsels might be involved in bankruptcy fraud?**

On October 9, 2023, Bittrex Malta, Bittrex, Inc., and Bittrex Holdings released their Monthly Operating Reports under docket numbers 427[6], 428, and 429[7]. They reported their holdings as follows. A simple calculation reveals a discrepancy of **at least $311,885,190** when considering the few coins we have presented above . That's because debtors and their respectful counsels did not disclose those wallets to the Court.

| **Debtor name** | Crypto Assets Held | BANK ACCOUNTS |
|---|---|---|
| **Bittrex Malta Ltd.** | 57,509,879[8] | - |
| **Bittrex Inc.** | 233,115,082 | 11,908,866 |

Furthermore, the debtors have not disclosed their holdings based on the type of digital assets. Instead, they have reported their holdings based on which assets belong to specific creditors. This approach raises concerns as it appears to obscure the true nature and quantity of their digital holdings, which constitute a significant part of the bankruptcy estate. This is drawn from the incongruity between the debtor's assets reported to the Court and the assets reflected in the blockchain data.

Based on my interpretation and the available data, it seems plausible that the shutdown of Bittrex Global was part of a scheme . I had previously envisaged this scenario as it provides a seemingly lawful-looking pathway for founders to exploit all the funds in the wallets.

---

[6]https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/dd9ce3f3-e853-4404-863f-960404dc93d5_427.pdf
[7]https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/b956274b-6564-421e-93f3-b9c8efb4cd9b_429.pdf
[8] Estimated using prices as of August 31, 2023.