# EXHIBIT M

# Joanna Caytas

| | |
|---|---|
| **From:** | Joanna Caytas |
| **Sent:** | Wednesday, November 22, 2023 5:46 PM |
| **To:** | Amirali Momenzadeh |
| **Cc:** | Patty Tomasco; Alain Jaquet; Razmig Izakelian; rbrady@ycst.com; kenos@ycst.com |
| **Subject:** | RE: DESOLATION HOLDINGS, LLC - CASE NO. 23-10597 - ELECTRONIC SERVICE OF AMIRALI MOMENZADEH' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS |

Mr. Momenzadeh,

We are in receipt of your first request for production of documents from the Debtors, served on Desolation Holdings LLC, *et al*. (the "Debtors") on Sunday, November 19, 2023, at 11:54 a.m. ET, through an email to the Debtors' counsel (Young Conaway Stargatt & Taylor, LLP, and Quinn Emanuel Urquhart & Sullivan, LLP), and demanding production by Wednesday, November 22, 2023 (the "Production Request").  We write to inform you that the Debtors are not going to comply with your discovery request for the following reasons:

> 1. The deadline to comply with the Production Request—two business days—does not comply with Federal Rule of Civil Procedure 34(b)(2)(A), which gives the party to whom the request is directed thirty days after being served to respond to the discovery request.
>
> 2. The Production Request fails to justify the request for production of documents.
>
> 3. The Production Request seeks to impose burden on the Debtors greater than that encompassed by the relevant federal rules.
>
> 4. The Production Request is not proportional to the amount in controversy.
>
> 5. The Production Request is overbroad.
>
> 6. The Production Request seeks information that is confidential or privileged, and cannot be disclosed to an unrepresented party.

To preserve estate resources available for distribution to all customers and creditors, instead of engaging in extensive motion practice, we therefore request that you withdraw the Production Request.  We remain available to discuss, should you have further questions.  If you fail to withdraw the Production Request by Thursday, November 23, 2023, the Debtors will file with the Bankruptcy Court a motion to quash the Production Request.

Yours truly,


**Joanna Diane Caytas**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

711 Louisiana Street, Suite 500 | Houston, TX 77002
T +1 713 221 7024 | F +1 713 221 7100 | M +1 347 547 4127

joannacaytas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Amirali Momenzadeh <amir.ali.momenzadeh@gmail.com>
**Sent:** Sunday, November 19, 2023 10:54 AM
**To:** Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Patty Tomasco <pattytomasco@quinnemanuel.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Alain Jaquet <alainjaquet@quinnemanuel.com>; Razmig Izakelian <razmigizakelian@quinnemanuel.com>; Joanna Caytas <joannacaytas@quinnemanuel.com>; rbrady@ycst.com; kenos@ycst.com
**Cc:** Richard.Schepacarter@usdoj.gov
**Subject:** DESOLATION HOLDINGS, LLC - CASE NO. 23-10597 - ELECTRONIC SERVICE OF AMIRALI MOMENZADEH' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**[EXTERNAL EMAIL from amir.ali.momenzadeh@gmail.com]**

---

Counsel,

Please find attached Mr. Amirali Momenzadeh' first set of requests for production of documents.

Sincerely,
Amirali Momenzadeh