# EXHIBIT N

# Joanna Caytas

| | |
|---|---|
| **From:** | Joanna Caytas |
| **Sent:** | Wednesday, November 22, 2023 5:46 PM |
| **To:** | adel abbasi |
| **Cc:** | Patty Tomasco; Alain Jaquet; Razmig Izakelian; rbrady@ycst.com; kenos@ycst.com |
| **Subject:** | RE: Case No. 23-10597 - Electronic Delivery of Adel Abbasi's Initial Document Production Requests. |

Mr. Abbasi,

We are in receipt of your first request for production of documents from the Debtors, served on Desolation Holdings LLC, *et al*. (the "Debtors") on Monday, November 20, 2023, at 3:24 p.m. ET, through an email to the Debtors' counsel (Young Conaway Stargatt & Taylor, LLP, and Quinn Emanuel Urquhart & Sullivan, LLP), and demanding production by Wednesday, November 22, 2023 (the "Production Request").  We write to inform you that the Debtors are not going to comply with your discovery request for the following reasons:

 1. The deadline to comply with the Production Request—two business days—does not comply with Federal Rule of Civil Procedure 34(b)(2)(A), which gives the party to whom the request is directed thirty days after being served to respond to the discovery request.

 2.  The Production Request fails to justify the request for production of documents.

 3. The Production Request seeks to impose burden on the Debtors greater than that encompassed by the relevant federal rules.

 4. The Production Request is not proportional to the amount in controversy.

 5. The Production Request is overbroad.

 6. The Production Request seeks information that is confidential or privileged, and cannot be disclosed to an unrepresented party.

 7. The Production Request is part of a pattern of harassment towards the Debtors and their counsel, including multiple letters styled as court filings and including defamatory statements.

To preserve estate resources available for distribution to all customers and creditors, instead of engaging in extensive motion practice, we therefore request that you withdraw the Production Request.  We remain available to discuss, should you have further questions.  If you fail to withdraw the Production Request by Thursday, November 23, 2023, the Debtors will file with the Bankruptcy Court a motion to quash the Production Request.

Yours truly,


**Joanna Diane Caytas**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

711 Louisiana Street, Suite 500 | Houston, TX 77002
T +1 713 221 7024 | F +1 713 221 7100 | M +1 347 547 4127

joannacaytas@quinnemanuel.com
www.quinnemanuel.com

1

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** adel abbasi <adel.abbasi.bitcoin@gmail.com>
**Sent:** Wednesday, November 22, 2023 3:08 AM
**To:** Alain Jaquet <alainjaquet@quinnemanuel.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Joanna Caytas <joannacaytas@quinnemanuel.com>; kenos@ycst.com; Patty Tomasco <pattytomasco@quinnemanuel.com>; Razmig Izakelian <razmigizakelian@quinnemanuel.com>; rbrady@ycst.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Richard.Schepacarter@usdoj.gov
**Subject:** Re: Case No. 23-10597 - Electronic Delivery of Adel Abbasi's Initial Document Production Requests.

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

Counsel,

Document production due today, Nov 22, 2023. Your cooperation is required for timely response filing.

Adel Abbasi

On Mon, Nov 20, 2023 at 23:53 adel abbasi <adel.abbasi.bitcoin@gmail.com> wrote:

> Counsel:
>
> Attached, please find Mr. Adel Abbasi's first set of document production requests.
>
> Best regards,
>
> Adel Abbasi