# EXHIBIT O1

# Joanna Caytas

| | |
|---|---|
| **From:** | adel abbasi <adel.abbasi.bitcoin@gmail.com> |
| **Sent:** | Thursday, November 23, 2023 9:32 AM |
| **To:** | Joanna Caytas |
| **Cc:** | Richard.Schepacarter@usdoj.gov; Alain Jaquet; bill@bittrex.com; Daniel Holzman; kenos@ycst.com; Patty Tomasco; Razmig Izakelian; rbrady@ycst.com; Susheel Kirpalani |
| **Subject:** | [SUSPICIOUS MESSAGE] Re: Case No. 23-10597 - Electronic Delivery of Adel Abbasi's Initial Document Production Requests. |
| **Attachments:** | _FORMAL_RESPONSE_BY_ADEL_ABBASI_TO_THE_OBJECTION_OF_THE_DOCUMENT.pdf |

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

Dear Counsel,

Attached is my response, as ADEL ABBASI, to your objection regarding document production. I kindly request that you review this and respond within 24 hours of receiving this email.

I also noticed that you intentionally omitted the U.S. Trustee from your email. I believe that the involvement of the U.S. Trustee is necessary in this bankruptcy case because as it seems that the debtors may be involved in bankruptcy fraud or other similar unlawful activities.

In any event, if the U.S. Trustee requires evidence supporting my claims, I am prepared to share them.
Best regards,
ADEL ABBASI
November 23, 2023


--


Debtor entities should review and respond to clarify the situation, as there may be points that I have missed. The above are based on the available data and can be amended. The sender is not responsible in any way for any information due to the debtor's failure to provide document production. my response is based solely on public and blockchain data.


On Thu, Nov 23, 2023 at 03:16 Joanna Caytas <joannacaytas@quinnemanuel.com> wrote:

> Mr. Abbasi,
>
>
> We are in receipt of your first request for production of documents from the Debtors, served on Desolation Holdings LLC, *et al*. (the "Debtors") on Monday, November 20, 2023, at 3:24 p.m. ET, through an email to the Debtors' counsel (Young Conaway Stargatt & Taylor, LLP, and Quinn Emanuel Urquhart & Sullivan, LLP), and demanding production by Wednesday, November 22, 2023 (the "Production Request").  We write to inform you that the Debtors are not going to comply with your discovery request for the following reasons:

1. The deadline to comply with the Production Request—two business days—does not comply with Federal Rule of Civil Procedure 34(b)(2)(A), which gives the party to whom the request is directed thirty days after being served to respond to the discovery request.

2. The Production Request fails to justify the request for production of documents.

3. The Production Request seeks to impose burden on the Debtors greater than that encompassed by the relevant federal rules.

4. The Production Request is not proportional to the amount in controversy.

5. The Production Request is overbroad.

6. The Production Request seeks information that is confidential or privileged, and cannot be disclosed to an unrepresented party.

7. The Production Request is part of a pattern of harassment towards the Debtors and their counsel, including multiple letters styled as court filings and including defamatory statements.

To preserve estate resources available for distribution to all customers and creditors, instead of engaging in extensive motion practice, we therefore request that you withdraw the Production Request. We remain available to discuss, should you have further questions. If you fail to withdraw the Production Request by Thursday, November 23, 2023, the Debtors will file with the Bankruptcy Court a motion to quash the Production Request.

Yours truly,

**Joanna Diane Caytas**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

711 Louisiana Street, Suite 500 | Houston, TX 77002
T +1 713 221 7024 | F +1 713 221 7100 | M +1 347 547 4127

joannacaytas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** adel abbasi <adel.abbasi.bitcoin@gmail.com>
**Sent:** Wednesday, November 22, 2023 3:08 AM
**To:** Alain Jaquet <alainjaquet@quinnemanuel.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Joanna Caytas <joannacaytas@quinnemanuel.com>; kenos@ycst.com; Patty Tomasco <pattytomasco@quinnemanuel.com>; Razmig Izakelian <razmigizakelian@quinnemanuel.com>; rbrady@ycst.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Richard.Schepacarter@usdoj.gov
**Subject:** Re: Case No. 23-10597 - Electronic Delivery of Adel Abbasi's Initial Document Production Requests.

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

Counsel,

Document production due today, Nov 22, 2023. Your cooperation is required for timely response filing.

Adel Abbasi

On Mon, Nov 20, 2023 at 23:53 adel abbasi <adel.abbasi.bitcoin@gmail.com> wrote:

> Counsel:
>
> Attached, please find Mr. Adel Abbasi's first set of document production requests.

Best regards,

Adel Abbasi

# EXHIBIT O2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] <br> Debtors. | Case No. 23-10597 (BLS) <br> (Jointly Administered) <br><br> Ref. D.I. **92, 276, 558** |

## FORMAL RESPONSE BY ADEL ABBASI TO THE OBJECTION OF THE DOCUMENT PRODUCTION SUBMITTED BY THE DEBTORS.

Please consider this communication as the formal response of Mr. Adel Abbasi (hereinafter referred to as "Mr. Abbasi", "I", or "my") to the objections raised against the document production submitted by the Debtors. This letter is directed towards the debtor's legal counsels, urging them to adhere to the document production request submitted by Mr. Abbasi on November 20, 2023.

1. **Extension Request**[2]**:** As previously stated in the document production request, if the debtors need more time, they are advised to first extend the response date for their objections (Docket No. 558) to my proof of claim and subsequently postpone the hearing date. This is necessitated by the fact that I am unable to adequately respond to their objection (Docket Nos. 558, 559) as Bittrex holds all relevant documents, evidence, information and communications.

2. **No Multiple Recoveries: I wish to emphasize that I have no intention of pursuing multiple recoveries. This assertion is supported by my voluntary withdrawal of duplicate claims (C598-1200, C598-1005, C598-982, C598-981, C599-44, C599-43, C599-55, C599-10030, C600-119).**

3. **Permission from Bittrex: It is worth noting that many Iranian residents sought permission from Bittrex prior to availing their services. Bittrex and their founders had explicitly stated on a slack chat that they provide services to Iranians.**[3] **Consequently, Bittrex should be held accountable for their actions and emissions, as they welcomed Iranian residents including me to deposit, trade on the Bittrex platform.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA98104.

[2] All titles and writing styles, whether in capital letters or not, are solely for informational purposes.

[3] As stated in the document production, I also need any communication, messages, or any evidence on Slack related to Bittrex and https://bittrex.slack.com/ , its founders, and its current and former CEOs.

4. **Objection to Debtor's Counsel Response:** I strongly object to the debtor's counsel's response to the document production as it seems to overlook me that Bittrex deliberately targeted and profited from.

5. **Time for Document Production:** I acknowledge that a two-day period for document production is insufficient. However, I am expected to respond to the objection by November 27, within just four days. which is much harder and unattainable than providing already available documents and information. Thus your expectation seems unfair and unjust since I cannot respond to the objections raised by the debtors without the necessary documents and evidence that objection and its allegations rely on.

6. **No Burden on Legal Counsel**: I want to assure you that it is not my intention to impose any costs or time burden on the estate of bankruptcy or legal counsel but just pursuing my rights and remedies that hopefully the US justice system will support me.

7. **Neglect of Rights:** It is critical to highlight that the debtors have ignored my rights since 2017. They are now attempting to dismiss my right to document production in an unprofessional and unfair manner, contrary to U.S. law and judiciary system culture.

Finally, I possess substantial evidence of misconducts by the debtors and non-debtor entities. I have previously shared a few letters before submitting them to the court or any other government agencies in good faith. However, it appears that my efforts have been in vain as you continue to deny providing documents and sharing vital information necessary to defend my legal rights to. Your actions suggest unethical activities on behalf of the debtors, for which you, as their sworn legal counsels, should be accountable. Prior to engaging with the U.S. legal system, I believed it to be fair. However, your actions indicate otherwise, as it seems attorneys are using their knowledge to conceal illicit activities and exploit the law to waive our rights.

**SHOULD ANY DOCUMENTS NEED TO BE WITHHELD FOR LEGAL REASONS, I REQUIRE A DETAILED LOG EXPLAINING THE RATIONALE FOR EACH. THIS IS CRUCIAL FOR MY RESPONSE TO YOUR OBJECTION. ALL OTHER DOCUMENTS MUST BE PRODUCED IMMEDIATELY, AS THE NOVEMBER 22 DEADLINE HAS PASSED. IF DEBTORS FAIL TO PROMPTLY DELIVER THE REQUESTED DOCUMENTS, WE WILL SEEK A COURT HEARING TO RESOLVE THIS DISCOVERY DISPUTE, AND IF IT BECOMES A NECESSITY, I AM PREPARED TO LAUNCH AN ADVERSARY LEGAL ACTION AND SHARE THE EVIDENCE(S) I HAVE WITH US GOVERNMENT AUTHORITIES AND LAW SOCIETIES PUBLICLY. *[EMPHASIS ADDED]***

**ADEL ABBASI**
**November 23, 2023**