# EXHIBIT R

**Joanna Caytas**

---

| | |
|---|---|
| **From:** | adel abbasi <adel.abbasi.bitcoin@gmail.com> |
| **Sent:** | Monday, November 27, 2023 10:58 AM |
| **To:** | Patty Tomasco |
| **Cc:** | Joanna Caytas; Alain Jaquet; bill@bittrex.com; Daniel Holzman; kenos@ycst.com; Razmig Izakelian; rbrady@ycst.com; Susheel Kirpalani |
| **Subject:** | [SUSPICIOUS MESSAGE] Re: [EXTERNAL] Re: Case No. 23-10597 - Electronic Delivery of Adel Abbasi's Initial Document Production Requests. |

<div style="background-color:yellow">

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

</div>

---

Counsel,

I am writing to inform you that I have not received any response regarding the "Document Production Requests". Consequently, I am requesting an extension for the response deadline and a "continuance" until I receive a comprehensive response concerning the "Document Production Requests" and the letter I previously shared with you.

Best Regards,
Adel Abbasi

On Fri, Nov 24, 2023 at 8:45 PM adel abbasi <adel.abbasi.bitcoin@gmail.com> wrote:

Dear Sir,

Your email is greatly appreciated and I'm thankful for the time you've taken to review them.

In the following days, when the suitable moment arises, I will solely share with you some crucial information and evidence.
This is due to the fact that those issues are pertaining to all creditors of the case and fall within the authority and responsibility of The Office of the United States Trustee.

Best regards,
Adel Abbasi

On Fri, Nov 24, 2023 at 7:07 PM Schepacarter, Richard (USTP) <Richard.Schepacarter@usdoj.gov> wrote:

Mr. Abbasi:

The Office of the United States Trustee is a component of the United States Department of Justice and, under law, is charged with the administrative oversight of cases commenced pursuant to Title 11 of the United States Bankruptcy Code. However, our Office is not the case trustee and we unable to render or dispense legal advice by operation of law.  If you have any questions or concerns, you may retain and consult your own counsel or attorneys.  As I stated, our Office cannot provide legal advice.  In addition, the bankruptcy laws are complicated.  We strongly recommend that parties obtain advice of counsel when they can. Please be guided accordingly.


Richard L. Schepacarter, Esquire

Trial Attorney

USDOJ-OUST

Region Three

(302) 573-6540 (direct dial – office)


This message and any attachments are intended only for the addressee and may contain information that is privileged, "Limited Official Use," or "Sensitive But Unclassified."  If the reader of the message is not the intended recipient, then any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this e-mail message or by telephone at the number above, and permanently delete the message and any attachments from your system. Thank you.

**From:** adel abbasi <adel.abbasi.bitcoin@gmail.com>
**Sent:** Thursday, November 23, 2023 10:32 AM
**To:** Joanna Caytas <joannacaytas@quinnemanuel.com>
**Cc:** Schepacarter, Richard (USTP) <Richard.Schepacarter@usdoj.gov>; alainjaquet@quinnemanuel.com; bill@bittrex.com; danielholzman@quinnemanuel.com; kenos@ycst.com; pattytomasco@quinnemanuel.com; razmigizakelian@quinnemanuel.com; rbrady@ycst.com; susheelkirpalani@quinnemanuel.com
**Subject:** [EXTERNAL] Re: Case No. 23-10597 - Electronic Delivery of Adel Abbasi's Initial Document Production Requests.


Dear Counsel,


 Attached is my response, as ADEL ABBASI, to your objection regarding document production. I kindly request that you review this and respond within 24 hours of receiving this email.

I also noticed that you intentionally omitted the U.S. Trustee from your email. I believe that the involvement of the U.S. Trustee is necessary in this bankruptcy case because as it seems that the debtors may be involved in bankruptcy fraud or other similar unlawful activities.

In any event, if the U.S. Trustee requires evidence supporting my claims, I am prepared to share them.

Best regards,

ADEL ABBASI

November 23, 2023

--

 Debtor entities should review and respond to clarify the situation, as there may be points that I have missed. The above are based on the available data and can be amended. The sender is not responsible in any way for any information due to the debtor's failure to provide document production. my response is based solely on public and blockchain data.

On Thu, Nov 23, 2023 at 03:16 Joanna Caytas <joannacaytas@quinnemanuel.com> wrote:

 Mr. Abbasi,

 We are in receipt of your first request for production of documents from the Debtors, served on Desolation Holdings LLC, *et al*. (the "Debtors") on Monday, November 20, 2023, at 3:24 p.m. ET, through an email to the Debtors' counsel (Young Conaway Stargatt & Taylor, LLP, and Quinn Emanuel Urquhart & Sullivan, LLP), and demanding production by Wednesday, November 22, 2023 (the "Production Request").  We write to inform you that the Debtors are not going to comply with your discovery request for the following reasons:

1. The deadline to comply with the Production Request—two business days—does not comply with Federal Rule of Civil Procedure 34(b)(2)(A), which gives the party to whom the request is directed thirty days after being served to respond to the discovery request.

2.  The Production Request fails to justify the request for production of documents.

3. The Production Request seeks to impose burden on the Debtors greater than that encompassed by the relevant federal rules.

4. The Production Request is not proportional to the amount in controversy.

5. The Production Request is overbroad.

6. The Production Request seeks information that is confidential or privileged, and cannot be disclosed to an unrepresented party.

7. The Production Request is part of a pattern of harassment towards the Debtors and their counsel, including multiple letters styled as court filings and including defamatory statements.

To preserve estate resources available for distribution to all customers and creditors, instead of engaging in extensive motion practice, we therefore request that you withdraw the Production Request.  We remain available to discuss, should you have further questions.  If you fail to withdraw the Production Request by Thursday, November 23, 2023, the Debtors will file with the Bankruptcy Court a motion to quash the Production Request.

Yours truly,

**Joanna Diane Caytas**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

711 Louisiana Street, Suite 500 | Houston, TX 77002
T +1 713 221 7024 | F +1 713 221 7100 | M +1 347 547 4127

joannacaytas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** adel abbasi <adel.abbasi.bitcoin@gmail.com>
**Sent:** Wednesday, November 22, 2023 3:08 AM
**To:** Alain Jaquet <alainjaquet@quinnemanuel.com>; Daniel Holzman <danielholzman@quinnemanuel.com>; Joanna Caytas <joannacaytas@quinnemanuel.com>; kenos@ycst.com; Patty Tomasco <pattytomasco@quinnemanuel.com>; Razmig Izakelian <razmigizakelian@quinnemanuel.com>; rbrady@ycst.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Richard.Schepacarter@usdoj.gov
**Subject:** Re: Case No. 23-10597 - Electronic Delivery of Adel Abbasi's Initial Document Production Requests.

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

Counsel,

Document production due today, Nov 22, 2023. Your cooperation is required for timely response filing.

Adel Abbasi

On Mon, Nov 20, 2023 at 23:53 adel abbasi <adel.abbasi.bitcoin@gmail.com> wrote:

Counsel:

Attached, please find Mr. Adel Abbasi's first set of document production requests.

Best regards,


Adel Abbasi