# EXHIBIT S1

**Joanna Caytas**

| | |
|---|---|
| **From:** | adel abbasi <adel.abbasi.bitcoin@gmail.com> |
| **Sent:** | Monday, November 27, 2023 11:45 AM |
| **To:** | kenos@ycst.com; Patty Tomasco; Alain Jaquet; rbrady@ycst.com; Susheel Kirpalani; Daniel Holzman; Razmig Izakelian; Joanna Caytas; bill@bittrex.com; Schepacarter, Richard (USTP) |
| **Subject:** | RESPONSE OF ADEL ABBASI TO DEBTORS' OBJECTION TO CLAIMS C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, AND C600-119 FILED BY ADEL ABBASI |
| **Attachments:** | Doc1 (3).pdf; SECOND-FORMAL-DEMAND-BY-ADEL-ABBASI-TO-THE-COUNSEL-OF-THE-DEBTORS.pdf; THIRD-FORMAL-DEMAND-BY-ADEL-ABBASI-TO-THE-COUNSEL-OF-THE-DEBTORS.pdf; FOURTH-FORMAL-DEMAND-BY-ADEL-ABBASI-TO-THE-COUNSEL-OF-THE-DEBTORS.pdf; RESPONSE_OF_ADEL_ABBASI_TO_DEBTORS'_OBJECTION_TO_CLAIMS_C598_981.pdf |

**[EXTERNAL EMAIL from adel.abbasi.bitcoin@gmail.com]**

# Counsel

**RESPONSE OF ADEL ABBASI TO DEBTORS'OBJECTION TO CLAIMS C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, AND C600-119 FILED BY ADEL ABBASI PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

**Best regards,**

**Adel Abbasi**

# EXHIBIT S2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br>(Jointly Administered)<br><br>Ref. D.I. 558 and 559 |

## RESPONSE OF ADEL ABBASI TO DEBTORS' OBJECTION TO CLAIMS C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, AND C600-119 FILED BY ADEL ABBASI PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

ADEL ABBASI ("ABBASI"), files this response (the "Response") to Debtors' Objection to Proof of Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, AND C600-119 Filed by ADEL ABBASI Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 558] (the "Objection".

**In support of this Response, Mr. ABBASI respectfully states as follows:**

The debtors and their counsel have not complied with the request for document production. They have neither provided any documents nor responded to the request, and they have also failed to cooperate in extending the deadline for response to objection and hearings. Consequently, all evidence as all documents, and communication from the debtor's side are missing. In the coming days, I may update this response and file complaints against both debtors and non-debtor entities and individuals.

1. All my proof of claims were submitted through an authorized court agent, which is why they're all signed by me and have claim numbers.

2. I want to make it clear that I don't intend to chase multiple recoveries. My voluntary withdrawal of duplicate claims (C598-1200, C598-1005, C598-982, C598-981, C599-44, C599-43, C599-55, C599-10030, C600-119) affirms this. These duplicate claims have been submitted for withdrawal and Omni Agent has been informed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA98104.

3. I have not accepted any terms other than those of the Terms of service dating version 2015 with Bittrex LLC. As a result, any objections raised by the debtors are null and void because they cannot impose on me the terms of service for which I was not eligible and did not have eligibility.

4. I object to all other points raised by the debtor's counsel and will defend my rights accordingly.

5. The attachment should be considered as part of this response because the debtors failed to respond and did not share any document production. As a result, the attachments will be filed in the docket.

Adel Abbasi
Nov 27, 2023