# EXHIBIT U1

**Joanna Caytas**

| | |
|---|---|
| **From:** | Shahriar Arabpour <shahriar.arabpour@gmail.com> |
| **Sent:** | Monday, November 27, 2023 1:33 PM |
| **To:** | kenos@ycst.com; Patty Tomasco; ehengel@thinkbrg.com |
| **Cc:** | rbrady@ycst.com; Susheel Kirpalani; Razmig Izakelian; Daniel Holzman; Joanna Caytas; Alain Jaquet |
| **Subject:** | Response to DEBTORS' OBJECTION TO CLAIMS, DOC 554 from SHAHRIAR ARABPOUR |
| **Attachments:** | Shahriar-Arabpour-response.pdf |

**[EXTERNAL EMAIL from shahriar.arabpour@gmail.com]**

Counsel,

Here's SHAHRIAR ARABPOUR's answer to the DEBTORS' OBJECTION TO CLAIMS, DOC 554.

Best,
SHAHRIAR ARABPOUR

# EXHIBIT U2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] Debtors. | Case No. 23-10597 (BLS) (Jointly Administered) |
| | Ref. D.I. **554** |

**RESPONSE OF SHAHRIAR ARABPOUR TO DEBTORS'
OBJECTION TO CLAIMS C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46,
C599-10027, C600-105, C600-106, AND C600-10085
BY SHAHRIAR ARABPOUR**

In the matter of Debtors' Objection to Proof of Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C599-10027, C600-105, C600-106, AND C600-10085 filed by SHAHRIAR ARABPOUR under Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 554] (hereafter referred to as the "Objection"), SHAHRIAR ARABPOUR (hereafter referred to as "ARABPOUR") puts forth this detailed response (hereafter referred to as the "Response").

In supporting this Response, ARABPOUR respectfully submits the following:

**The debtors and their counsel have failed to adhere to the request for document production. They have not produced any documents, nor have they responded to the request, and they have also neglected to cooperate in extending the deadline for response to objection and hearings. As a result, all evidentiary materials, including all documents and communication from the debtor's side, are absent. In the near future, it is possible that I will amend this response and file complaints against both debtors and non-debtor entities and individuals.**

All my proof of claims were submitted through an authorized court agent, which is why they bear my signature and have claim numbers. I affirm that I timely submitted the Claims, prior to the bar date, and through the officially designated claims agent in this case, OmniAgent Solutions. My electronic filing of the Claims is legally recognized as my approved signature. Indeed, these Claims were documented and assigned claim numbers by the Claims Agent.

I affirm that I provided abundant documentation, which included my passport, a rental contract from Turkey, and a Turkish driving license. Despite this, Bittrex refused to activate my account and grant me withdrawal permissions.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

I have no intention of seeking multiple recoveries, as evidenced by my good faith withdrawal of duplicate claims of C599-45, C599-46, C599-10027, C600-10085, C598-1002, C598-10646. This withdrawal was properly submitted via the authorized agent's website, and it is their responsibility to record this action in the court docket.

I only agreed to the 2015 version of the Terms of Service with Bittrex LLC. Therefore, any objections raised by the debtors are irrelevant because they cannot compel me to accept terms for which I was not eligible and did not fulfill the requirements. I object to everything stated by the debtor's attorney and will defend my rights.

SHAHRIAR ARABPOUR

November 27, 2023