# EXHIBIT B

# EXPENSES

| Expense Category | Total Expense |
|---|---:|
| Document Reproduction (Black & White) at $0.10 per page | $27.50 |
| Document Reproduction (Color) at $0.20 per page | $42.20 |
| RelOne Active Hosting (per GB) | $147.92 |
| RelOne User Fee | $200.00 |
| Meals while traveling | |
| Travel | |
| Hotel | |
| Out of Town Travel | |
| Velo-bind | $1.25 |
| Air Travel | |
| Outside Record Production | $39.10 |
| Total | $457.97 |