# EXHIBIT B
# EXPENSES

| Expense Category | Total Expense |
|---|---:|
| Document Reproduction (Black & White) at $0.10 per page | $62.10 |
| Document Reproduction (Color) at $0.20 per page | $4.80 |
| RelOne Active Hosting (per GB) | $147.92 |
| RelOne User Fee | $200.00 |
| Meals while traveling | |
| Travel | $20.95 |
| Hotel | $438.90 |
| Out of Town Travel | $167.00 |
| Velo-bind | $1.25 |
| Air Travel | $510.45 |
| Other | |
| Total | $1,553.37 |

11606-00001C/14489351.1