

November 18, 2023

Clerk of the Bankruptcy Court *(certified mail, return-receipt)*
Attn: The Honorable Brendan L. Shannon
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: Desolation Holdings LLC, et al., Debtors
    Chapter 11
    CASE No. 23-10597 (BLS)

Your Honorable Brendan L. Shannon:

On August 2023 when I was notified that Bittrex, Inc, ( Case No. 23-10598; Debtor entity's tax identification number 0908), had filed for Chapter 11 bankruptcy, I tried numerous times, **without** any success, to **remove my assets** from this site.

At Bittrex's customer service request, I provided pictures of myself and my driver's license as a prerequisite to access their site and remove my assets.
After they acknowledged the receipt of my pictures and drivers license information, I was told that they were going to grant me access to remove my assets. I tried again and again to access their site but was NOT able to do so.

I also filled out a form, within Bittrex's site, with my bank account routing number and asked them to please transfer my assets into fiat currency and wire the funds directly to my bank account. No response.

On August 26, 2023, I submitted with Omni Agent Solutions, Inc. an Official Form 410 Proof of Claim with a detailed description of all assets that I own with the name of each asset and its quantity. The value of these assets is $6,919.53.

My assets are my property and NOT the property of Bittrex to repay its creditors. My assets are NOT to be classified as business inventory because my assets **do not belong** to Bittrex, Inc; they belong to me.

And Omni Agent Solutions **cannot** be allowed to classify my assets as an "unsecured claim" in order to take possession of my assets.

When the Silicon Valley Bank became insolvent, the government interceded and its customers did not loose their funds. Bittrex was the guardian, the entity entrusted with my assets, NOT the owner of my assets.

I don't have the means to hire a legal advisor to fight for what belongs to me; so I'm writing to you to ask you to protect my assets from seizure from Omni Agent Solutions and/or Bittrex, Inc. in this Chapter 11 bankruptcy.

This week I received a letter from Omni Agent Solutions stating that all my assets are classified as "unsecured." Allowing my assets to be classified as unsecured would be the definition of theft. It would be the equivalent to a bank that becomes insolvent and seize the funds of each of its customers.

Put yourself in my shoes, Your Honorable Brendan L. Shannon. Would you be okay with a financial entity that was holding your assets to be stolen from you?

It is my hope, Your Honor, that you will defend my assets as well as the assets of every single person that was not able to remove their assets from Bittrex, Inc.

Sincerely,

*Dianeth Saavedra*

Dianeth Saavedra
5800 Fernley Drive West
Apt. 25
Greenacres, FL 33415

CC: Certified mail, return-receipt and emailed to:
    Young Conway Stargatt & Taylor, LLP
    Quinn Emanuel Urquhart & Sullivan, LLP