# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600     TAX I.D. NO. 51-0082644     (302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial     Writer's E-Mail
(302) 571-5003     kenos@ycst.com

Bittrex Incorporated
701 5th Ave
Suite 4200
Seattle, WA 98104

Invoice Date: September 13, 2023
Invoice Number: 50045595
Matter Number: 103027.1001

Re: Debtor Representation
    Billing Period through August 31, 2023

**CURRENT INVOICE**

| | | |
|---|---|---:|
| Professional Services | $ | 68,864.00 |
| Disbursements | $ | 676.36 |
| Total Due This Invoice | $ | 69,540.36 |

| | |
|---|---|
| Bittrex Incorporated | Invoice Date: September 13, 2023 |
| Billing Period through August 31, 2023 | Invoice Number: 50045595 |
| | Matter Number: 103027.1001 |

## Time Detail

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/23 | BOLIV | Read and respond to email from Quinn Emanuel re status of filing of June fee applications | B001 | 0.10 | 35.50 |
| 08/02/23 | BOLIV | Finalize for filing and coordinate service of motion to amend cash management order; motion for extend deadline to comply to rule 345(b), declarations related to same and motion to shorten | B001 | 1.30 | 461.50 |
| 08/02/23 | BOLIV | Assist in anticipation and preparation of filing of three motions and two related declarations | B001 | 3.00 | 1,065.00 |
| 08/03/23 | BOLIV | Circulate order shortening notice re: motion to amend cash management | B001 | 0.10 | 35.50 |
| 08/03/23 | BOLIV | Finalize for filing and coordinate service of declaration of J. Waschak in support of motion to amend cash management and motion for interim extension | B001 | 0.30 | 106.50 |
| 08/03/23 | BOLIV | Email claims agent to confirm Customers Bank received pleadings filed on 8/2/23 | B001 | 0.10 | 35.50 |
| 08/03/23 | BOLIV | Coordinate service of order shortening notice | B001 | 0.10 | 35.50 |
| 08/04/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |
| 08/04/23 | RLAMB | Review and update critical dates calendar | B001 | 0.50 | 237.50 |
| 08/08/23 | JMART | Docket update; circulate same | B001 | 0.20 | 71.00 |
| 08/08/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 08/10/23 | BOLIV | Circulate incoming letter response from the Florida Office of Financial Regulation | B001 | 0.10 | 35.50 |
| 08/11/23 | BOLIV | Draft certificate of no objection re: motion for interim extension to comply with rule 345(b) | B001 | 0.20 | 71.00 |
| 08/11/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: motion to amend cash management order | B001 | 0.20 | 71.00 |
| 08/11/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: motion to extend deadline to comply with rule 345(b) | B001 | 0.20 | 71.00 |
| 08/14/23 | BOLIV | Circulate incoming orders | B001 | 0.10 | 35.50 |

| Bittrex Incorporated | | | Invoice Date: | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | 50045595 |
| | | | Matter Number: | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/14/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 08/14/23 | KENOS | Call with counsel to FOFR and co-counsel re: FOFR motion to enforce stay discovery issues (.5) and follow-up call with co-counsel re: same (.3) | B001 | 0.80 | 728.00 |
| 08/15/23 | BOLIV | Coordinate delivery of letter to M. Abbasi from Quinn Emanuel to chambers | B001 | 0.10 | 35.50 |
| 08/15/23 | BOLIV | Review and file email correspondence | B001 | 0.20 | 71.00 |
| 08/15/23 | BOLIV | Finalize for filing and coordinate service of notice of appearance on behalf of Bittrex/Desolation Holdings in re: Prime Core Technologies bankruptcy | B001 | 0.30 | 106.50 |
| 08/15/23 | BOLIV | Edit, review and revise draft notice of appearance re: Prime Core Technologies bankruptcy | B001 | 0.40 | 142.00 |
| 08/21/23 | BOLIV | Finalize for filing and coordinate service of notice of filing of amended exhibit B to 9019 settlement motion with the SEC | B001 | 0.30 | 106.50 |
| 08/21/23 | BOLIV | Draft notice to motion to approve settlement with SEC | B001 | 0.30 | 106.50 |
| 08/21/23 | BOLIV | Draft notice of filing of amended exhibit to 9019 motion re: settlement with SEC | B001 | 0.40 | 142.00 |
| 08/21/23 | BOLIV | Finalize for filing and coordinate service of motion to approve 9019 settlement with the Securities and Exchange Commission | B001 | 0.30 | 106.50 |
| 08/21/23 | BOLIV | Circulate transcript from the 8/16/23 hearing | B001 | 0.10 | 35.50 |
| 08/21/23 | RLAMB | Review filed motion to approve settlement with Securities and Exchange Commission | B001 | 0.10 | 47.50 |
| 08/22/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 08/23/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 08/23/23 | RLAMB | Email with J. Brooks regarding quarterly trustee fee payment | B001 | 0.10 | 47.50 |
| 08/24/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045595 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/25/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |
| 08/25/23 | BOLIV | Finalize for filing and coordinate service of motion for pro hac vice of R. Izakelian for Prime Core matter | B001 | 0.20 | 71.00 |
| 08/25/23 | BOLIV | Coordinate service or orders extending removal and rejection deadlines with claims agent | B001 | 0.10 | 35.50 |
| 08/25/23 | BOLIV | Draft pro hac vice for R. Izakelian to appear in related Prime Core first day hearing | B001 | 0.20 | 71.00 |
| 08/25/23 | BOLIV | Circulate incoming orders re: extending removal and rejection deadlines | B001 | 0.10 | 35.50 |
| 08/25/23 | BOLIV | Review and file email correspondence | B001 | 0.20 | 71.00 |
| 08/25/23 | KENOS | Review and comment on creditor questionnaire re: Prime Core case | B001 | 0.20 | 182.00 |
| 08/30/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 71.00 |
| 08/30/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |
| 08/30/23 | RLAMB | Review and revise critical dates | B001 | 0.10 | 47.50 |
| 08/31/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 08/10/23 | BOLIV | Finalize for filing and coordinate service of agenda for status conference on August 11, 2023 | B002 | 0.30 | 106.50 |
| 08/10/23 | BOLIV | Draft agenda for status conference on August 11, 2023 | B002 | 0.70 | 248.50 |
| 08/10/23 | BOLIV | Assemble, review and revise hearing binder for August 11, 2023 status conference | B002 | 1.40 | 497.00 |
| 08/10/23 | BOLIV | Register parties for 8/11/23 zoom hearing | B002 | 0.20 | 71.00 |
| 08/10/23 | KENOS | Review and finalize agenda re: FOFR discovery status conference | B002 | 0.20 | 182.00 |
| 08/10/23 | RLAMB | Email with K. Enos and J. Brooks regarding preparation for status conference | B002 | 0.10 | 47.50 |
| 08/10/23 | RLAMB | Review agenda for scheduling conference | B002 | 0.20 | 95.00 |
| 08/11/23 | BOLIV | Contact chambers for Zoom link for August 16, 2023 agenda | B002 | 0.10 | 35.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045595 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/11/23 | BOLIV | Draft agenda for August 16, 2023 hearing | B002 | 1.40 | 497.00 |
| 08/11/23 | KENOS | Prepare for (.3) and attend hearing (.5) re: discovery status conference for FOFR Motion | B002 | 0.80 | 728.00 |
| 08/13/23 | BOLIV | Finalize draft agenda for August 16, 2023 | B002 | 1.00 | 355.00 |
| 08/13/23 | RBRAD | Review transcript from status and discovery conference with Court re: Debtors' motion to enforce automatic stay | B002 | 0.30 | 390.00 |
| 08/14/23 | BOLIV | Finalize hearing binder and coordinate delivery to chambers | B002 | 0.20 | 71.00 |
| 08/14/23 | BOLIV | Revise agenda for August 16, 2023 | B002 | 0.20 | 71.00 |
| 08/14/23 | BOLIV | Register parties for 8/16/23 hearing | B002 | 0.10 | 35.50 |
| 08/14/23 | BOLIV | Finalize for filing and coordinate service of agenda for August 16, 2023 | B002 | 0.30 | 106.50 |
| 08/14/23 | BOLIV | Assemble hearing binder for 8/16/23 status conference | B002 | 0.60 | 213.00 |
| 08/14/23 | KENOS | Review and comment on 8/16 hearing agenda | B002 | 0.20 | 182.00 |
| 08/14/23 | RBRAD | Review agenda for 8/16/23 hearing | B002 | 0.20 | 260.00 |
| 08/16/23 | KENOS | Prepare for and attend 8/16 Omnibus Hearing | B002 | 0.50 | 455.00 |
| 08/24/23 | KENOS | Assist co-counsel with preparations for PrimeCore First Day Hearing | B002 | 0.90 | 819.00 |
| 08/24/23 | RBRAD | Correspondence with K. Enos, I. Razmig, and P. Tomasco re: strategy for Prime Core Technologies first day hearing | B002 | 0.30 | 390.00 |
| 08/25/23 | BOLIV | Circulate pro hac order for R. Izakelian re: Prime Core hearing | B002 | 0.10 | 35.50 |
| 08/25/23 | BOLIV | Register parties for Prime Core hearing | B002 | 0.10 | 35.50 |
| 08/25/23 | KENOS | Attend Prime Core first day hearing (1.9) and review pleadings in connection with same (.9) | B002 | 2.80 | 2,548.00 |
| 08/25/23 | KENOS | Assist co-counsel with preparations for Prime Core first day hearing | B002 | 0.30 | 273.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045595 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/25/23 | RBRAD | Correspondence with K. Enos re: Prime Trust first day hearing strategy (.2); teleconference with K. Enos re: same (.2); review correspondence from I. Razmig re: discussions with Debtor and strategy for hearing (.3); conference with K. Enos re: same (.2) | B002 | 0.90 | 1,170.00 |
| 08/30/23 | BOLIV | Register parties for hearing on motion to shorten on 8/30/23 | B002 | 0.10 | 35.50 |
| 08/30/23 | KENOS | Prepare for and attend hearing re: motion to shorten regarding disclosure statement hearing | B002 | 0.50 | 455.00 |
| 08/30/23 | RBRAD | Conference with K. Enos re: status conference with Bankruptcy Court re: scheduling hearing to consider disclosure statement and plan confirmation | B002 | 0.20 | 260.00 |
| 08/02/23 | BOLIV | Draft notice to motion to extend deadline to come into compliance with rule 345(b) | B003 | 0.30 | 106.50 |
| 08/02/23 | BOLIV | Draft notice to debtors' motion to amend cash management to order | B003 | 0.30 | 106.50 |
| 08/11/23 | BOLIV | Draft certificate of no objection re: motion to amend cash management order | B003 | 0.20 | 71.00 |
| 08/23/23 | JBROO | Emails with S. Claypoole re: quarterly UST fee issues | B004 | 0.20 | 101.00 |
| 08/23/23 | JBROO | Emails with S. Claypoole re: July MOR issues | B004 | 0.10 | 50.50 |
| 08/24/23 | KENOS | Review and comment on July MORs | B004 | 0.40 | 364.00 |
| 08/24/23 | RLAMB | Review and revise draft July monthly operating reports and back-up support | B004 | 0.40 | 190.00 |
| 08/25/23 | BOLIV | Finalize for filing and coordinate service of July monthly operating reports | B004 | 0.40 | 142.00 |
| 08/25/23 | BOLIV | Preparation of July 2023 monthly operating reports in anticipation of filing | B004 | 0.70 | 248.50 |
| 08/25/23 | RBRAD | Review correspondence between P. Tomasco and K. Enos re: potential application to serve on Prime Trust creditors committee | B004 | 0.20 | 260.00 |
| 08/03/23 | KENOS | Review and comment on 365(d)(4) Motion | B005 | 0.40 | 364.00 |
| 08/07/23 | KENOS | Review and finalize 365(d)(4) Motion | B005 | 0.30 | 273.00 |
| 08/07/23 | TBOLL | Finalize for filing motion to extend the deadline to assume or reject unexpired leases or contracts | B005 | 0.30 | 106.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045595 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/30/23 | BOLIV | Finalize for filing and coordinate service of motion to assume lease specific to Bellevue Place Office | B005 | 0.30 | 106.50 |
| 08/30/23 | BOLIV | Draft notice for 345(b) extension motion | B005 | 0.30 | 106.50 |
| 08/30/23 | BOLIV | Research landlord for service of motion to assume Bellevue Place Office lease; coordinate service of same | B005 | 0.20 | 71.00 |
| 08/30/23 | KENOS | Review and finalize leases assumption and assignment motion and emails with co-counsel re: same | B005 | 0.30 | 273.00 |
| 08/01/23 | KENOS | Review and comment on Amendment to Cash Management Motion | B006 | 1.10 | 1,001.00 |
| 08/02/23 | KENOS | Review and comment on further revised motion to amend cash management order | B006 | 0.50 | 455.00 |
| 08/02/23 | KENOS | Revise motion to shorten re: motion to amend cash management order | B006 | 0.40 | 364.00 |
| 08/02/23 | KENOS | Review and comment on motion for further interim 345 waiver | B006 | 0.70 | 637.00 |
| 08/02/23 | KENOS | Emails with co-counsel re: inquiry from counsel to FOFR | B006 | 0.20 | 182.00 |
| 08/02/23 | KENOS | Revise and finalize motion for further interim 345 waiver and motion for comfort order and related declarations and exhibits | B006 | 2.10 | 1,911.00 |
| 08/02/23 | KENOS | Work with co-counsel re: revising and finalizing motion for further interim 345 waiver and motion for comfort order and related declarations and exhibits | B006 | 1.40 | 1,274.00 |
| 08/02/23 | KENOS | Call with C. Bifferato re: FOFR Stay Enforcement Motion | B006 | 0.30 | 273.00 |
| 08/02/23 | RLAMB | Draft motion to shorten re: motion to amend cash management order | B006 | 1.20 | 570.00 |
| 08/03/23 | KENOS | Review and finalize Washack declaration and emails with co-counsel re: same | B006 | 0.40 | 364.00 |
| 08/03/23 | KENOS | Emails with claims agent and co-counsel re: service of bank-related pleadings | B006 | 0.20 | 182.00 |
| 08/03/23 | KENOS | Review correspondence from counsel to FOFR re: motion to enforce stay and emails with co-counsel re: same | B006 | 0.40 | 364.00 |
| 08/03/23 | RBRAD | Review motions to extend time to come into compliance with section 345 and to use pre-petition bank accounts | B006 | 0.50 | 650.00 |
| 08/04/23 | KENOS | Review FOFR response to discovery requests and emails with co-counsel re: same | B006 | 0.40 | 364.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045595 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/07/23 | KENOS | Review and comment on letter re: FOFR discovery dispute in connection with motion to enforce stay (.4) and emails with co-counsel and counsel to FOFR re: same (.2) | B006 | 0.60 | 546.00 |
| 08/07/23 | KENOS | Review and finalize Wipfli OCP Declaration | B006 | 0.20 | 182.00 |
| 08/08/23 | KENOS | Emails with C. Bifferato and P. Tomasco re: FOFR discovery responses in connection with motion to enforce stay | B006 | 0.20 | 182.00 |
| 08/09/23 | KENOS | Review, revise and finalize discovery dispute letter re: FOFR Motion to Enforce Stay | B006 | 0.90 | 819.00 |
| 08/09/23 | KENOS | Review BRG Staffing Report | B006 | 0.30 | 273.00 |
| 08/09/23 | KENOS | Call with counsel to FOFR and co-counsel re: Motion to Enforce Stay | B006 | 0.40 | 364.00 |
| 08/09/23 | KENOS | Review customer letter and letter from chambers re: same | B006 | 0.20 | 182.00 |
| 08/09/23 | KENOS | Emails with co-counsel re: FOFR discovery responses (motion to enforce stay) | B006 | 0.20 | 182.00 |
| 08/10/23 | KENOS | Review FOFR discovery dispute response letter (motion to enforce stay) | B006 | 0.30 | 273.00 |
| 08/10/23 | KENOS | Review and comment on reply in Support of FOFR Motion to Enforce Stay and correspondence with co-counsel re: same | B006 | 0.60 | 546.00 |
| 08/11/23 | KENOS | Review further revised reply in support of FOFR stay enforcement motion (.4) and emails with co-counsel re: same (.2) | B006 | 0.60 | 546.00 |
| 08/11/23 | KENOS | Review CNOs re: interim 345 order and amendment to cash management order and emails with co-counsel re: same | B006 | 0.30 | 273.00 |
| 08/11/23 | KENOS | Review and finalize BRG Staffing Report and emails with E. Hengal re: same | B006 | 0.30 | 273.00 |
| 08/15/23 | KENOS | Assist co-counsel with issues re: Prime Trust filing | B006 | 0.40 | 364.00 |
| 08/15/23 | KENOS | Call with co-counsel and C. Bifferato re: FOFR discovery issues in connection with motion to enforce stay (.5) and follow up emails with co-counsel, C. Bifferato, and Chambers re: same (.3) | B006 | 0.80 | 728.00 |
| 08/16/23 | KENOS | Emails with US Trustee re: SEC Settlement | B006 | 0.20 | 182.00 |

| | | Invoice Date: | September 13, 2023 |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Number: | 50045595 |
| Billing Period through August 31, 2023 | | Matter Number: | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/22/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: motion to extend removal deadline; upload proposed order | B006 | 0.30 | 106.50 |
| 08/22/23 | BOLIV | Draft certificate of no objection re: motion to extend removal deadline | B006 | 0.20 | 71.00 |
| 08/22/23 | BOLIV | Draft certificate of no objection re: motion to extend 365(d)(4) deadline | B006 | 0.20 | 71.00 |
| 08/22/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: motion to extend 365(d)(4) deadline; upload proposed order | B006 | 0.30 | 106.50 |
| 08/25/23 | KENOS | Emails with US Trustee and client re: service on Prime Core Committee | B006 | 0.20 | 182.00 |
| 08/25/23 | KENOS | Review and comment on BRG staffing report | B006 | 0.30 | 273.00 |
| 08/29/23 | KENOS | Draft 345(b) Extension Motion | B006 | 0.90 | 819.00 |
| 08/30/23 | BOLIV | Finalize for filing and coordinate service of motion to extend deadline to comply with 345(b) deadline | B006 | 0.40 | 142.00 |
| 08/30/23 | BOLIV | Assist in anticipation of filing of motion to extend deadline to comply with 345(b) deadline | B006 | 0.70 | 248.50 |
| 08/30/23 | KENOS | Review and finalize motion to extend 345 deadline (includes conferring with co-counsel re: same) | B006 | 1.40 | 1,274.00 |
| 08/30/23 | KENOS | Review and revise Motion to Assume and Assign Lease | B006 | 0.40 | 364.00 |
| 08/30/23 | KENOS | Draft 345(b) Extension Motion | B006 | 1.10 | 1,001.00 |
| 08/30/23 | KENOS | Work with co-counsel re: finalizing 345 compliance deadline extension motion | B006 | 1.10 | 1,001.00 |
| 08/16/23 | RBRAD | Review issues and strategy re: Prime Trust bankruptcy (.4) and conference with K. Enos re: same (.2) | B007 | 0.60 | 780.00 |
| 08/21/23 | RBRAD | Review draft motion to approve settlement with SEC | B007 | 0.60 | 780.00 |
| 08/04/23 | RBRAD | Review multiple correspondence with P. Tomasco and K. Enos re: negotiations with FOFR re: continuing motion to enforce automatic stay and status of discovery | B009 | 0.70 | 910.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045595 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/23 | TBOLL | Finalize for filing letter to the Court re: Debtors' request for production in relation to motion to enforce stay (.3), and coordinate email service of same (.2) | B009 | 0.50 | 177.50 |
| 08/10/23 | RBRAD | Review letter to Court in response to Debtors' request for a status conference and to compel discovery in connection with motion to enforce the automatic stay | B009 | 0.30 | 390.00 |
| 08/03/23 | KENOS | Review and comment on Removal Motion | B011 | 0.40 | 364.00 |
| 08/07/23 | KENOS | Review and finalize Removal Motion | B011 | 0.30 | 273.00 |
| 08/07/23 | TBOLL | Finalize for filing motion to extend the removal deadline | B011 | 0.30 | 106.50 |
| 08/14/23 | KENOS | Review and comment on SEC 9019 Motion | B011 | 0.60 | 546.00 |
| 08/14/23 | KENOS | Review and comment on TRO Motion/PI Complaint re: Prime Trust and emails with co-counsel re: same | B011 | 0.80 | 728.00 |
| 08/14/23 | RBRAD | Review and comment on draft complaint and TRO motion to recover property of the estate (1.2); correspondence with K. Enos re: same (.2) | B011 | 1.40 | 1,820.00 |
| 08/16/23 | KENOS | Review and comment on revised SEC 9019 Motion (.3) and emails with co-counsel re: same (.2) | B011 | 0.50 | 455.00 |
| 08/17/23 | KENOS | Review further revisions to SEC Settlement Motion | B011 | 0.20 | 182.00 |
| 08/21/23 | KENOS | Emails with co-counsel re: timing of hearing to consider SEC Settlement | B011 | 0.20 | 182.00 |
| 08/21/23 | KENOS | Review and finalize 9019 Motion re: SEC Settlement | B011 | 0.60 | 546.00 |
| 08/21/23 | KENOS | Review and finalize notice of amended exhibit to Settlement Motion and emails with co-counsel re: same | B011 | 0.40 | 364.00 |
| 08/31/23 | KENOS | Assist co-counsel with deposition notices re: FL motion to enforce stay | B011 | 0.20 | 182.00 |
| 08/31/23 | KENOS | Review FOFR responses to requests for production | B011 | 0.60 | 546.00 |
| 08/31/23 | KENOS | Review responses to document requests (FL motion to enforce stay) and emails with co-counsel re: same | B011 | 0.50 | 455.00 |
| 08/01/23 | KENOS | Call and email with co-counsel re: disclosure statement and solicitation procedures | B012 | 0.30 | 273.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045595 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/23 | KENOS | Assist co-counsel with preparation of solicitation procedures motion | B012 | 0.60 | 546.00 |
| 08/01/23 | RBRAD | Review correspondence with P. Tomasco and K. Enos re: solicitation procedures motion | B012 | 0.30 | 390.00 |
| 08/16/23 | KENOS | Emails with co-counsel re: timing of disclosure statement hearing | B012 | 0.20 | 182.00 |
| 08/17/23 | KENOS | Draft Motion to Shorten re: Disclosure Statement Hearing | B012 | 0.80 | 728.00 |
| 08/22/23 | KENOS | Review and comment on solicitation procedures motion | B012 | 1.60 | 1,456.00 |
| 08/22/23 | KENOS | Review and comment on draft plan | B012 | 1.10 | 1,001.00 |
| 08/22/23 | KENOS | Emails with co-counsel re: timing of disclosure statement hearing | B012 | 0.20 | 182.00 |
| 08/22/23 | RBRAD | Review and comment on draft motion to approve disclosure statement and solicitation procedures (1.0) and conference with K. Enos re: same (.2); correspondence with P. Tomasco re: same (.2) | B012 | 1.40 | 1,820.00 |
| 08/22/23 | RBRAD | Review and comment on draft chapter 11 plan (.8); review K. Enos comments to draft chapter 11 plan (.3); correspondence with P. Tomasco re: same (.2); teleconference with K. Enos re: same (.2) | B012 | 1.50 | 1,950.00 |
| 08/25/23 | BOLIV | Finalize for filing and coordinate service of plan of liquidation | B012 | 0.30 | 106.50 |
| 08/25/23 | BOLIV | Draft notice for solicitation procedures motion | B012 | 0.20 | 71.00 |
| 08/25/23 | BOLIV | Finalize for filing and coordinate service of disclosure statement | B012 | 0.40 | 142.00 |
| 08/25/23 | BOLIV | Finalize for filing and coordinate service of motion to shorten re: solicitation procedures motion | B012 | 0.30 | 106.50 |
| 08/25/23 | BOLIV | Finalize for filing and coordinate service of motion to approve solicitation procedures | B012 | 0.40 | 142.00 |
| 08/25/23 | BOLIV | Assist in anticipation and preparation of filing of plan and disclosure statement | B012 | 1.20 | 426.00 |
| 08/25/23 | KENOS | Review and finalize Plan (.7), Disclosure Statement (.6), and Solicitation Procedures Motion (.9) for filing | B012 | 2.20 | 2,002.00 |
| 08/25/23 | RBRAD | Review revised motion to approve disclosure statement and solicitation procedures | B012 | 0.50 | 650.00 |

| | | Bittrex Incorporated | Invoice Date: | September 13, 2023 |
|---|---|---|---|---|
| | | Billing Period through August 31, 2023 | Invoice Number: | 50045595 |
| | | | Matter Number: | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/28/23 | BOLIV | Call with Omni Agent Solutions re: service of solicitation procedures motion | B012 | 0.10 | 35.50 |
| 08/28/23 | BOLIV | Coordinate service of plan, disclosure statement, solicitation procedures motion and motion to shorten on the creditor matrix | B012 | 0.10 | 35.50 |
| 08/28/23 | KENOS | Call with client and co-counsel re: confirmation process | B012 | 0.50 | 455.00 |
| 08/28/23 | KENOS | Emails with R. Schepacarter and client re: disclosure statement hearing schedule | B012 | 0.20 | 182.00 |
| 08/28/23 | RBRAD | Review correspondence from R. Schepacarter re: timing of hearing to consider disclosure statement (.2); correspondence with K. Enos re: same (.1) | B012 | 0.30 | 390.00 |
| 08/30/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: motion to shorten re: disclosure statement hearing; upload proposed order and email to chambers | B012 | 0.40 | 142.00 |
| 08/30/23 | KENOS | Confer with R. Brady re: timing of disclosure statement/confirmation hearings | B012 | 0.20 | 182.00 |
| 08/30/23 | KENOS | Draft certification and revised order re: Disclosure Statement Hearing | B012 | 0.40 | 364.00 |
| 08/30/23 | KENOS | Review and finalize disclosure statement hearing notice | B012 | 0.20 | 182.00 |
| 08/30/23 | RLAMB | Review and revise draft notice of disclosure statement hearing | B012 | 0.30 | 142.50 |
| 08/31/23 | BOLIV | Finalize for filing and coordinate service of notice of disclosure statement hearing | B012 | 0.30 | 106.50 |
| 08/15/23 | BOLIV | Receive call from attorney, G. Boren, Esq. re: deceased client who is a creditor; email same to YCST counsel for responding | B013 | 0.20 | 71.00 |
| 08/16/23 | KENOS | Emails with co-counsel re: creditor inquiry | B013 | 0.20 | 182.00 |
| 08/17/23 | KENOS | Emails and calls with claimant counsel (Fuqua) | B013 | 0.20 | 182.00 |
| 08/23/23 | KENOS | Call and email with customer attorney re: account information | B013 | 0.20 | 182.00 |
| 08/24/23 | KENOS | Call with customer attorney re: withdrawal process | B013 | 0.20 | 182.00 |
| 08/30/23 | RLAMB | Email with C. West and creditor's family regarding access to account for deceased creditor | B013 | 0.40 | 190.00 |

| Bittrex Incorporated | | | Invoice Date: | | September 13, 2023 |
|---|---|---|---|---|---|
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045595 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/14/23 | KENOS | Review and comment on claimant response letter re: closed account inquiry (.3) and emails with US Trustee and Chambers re: same (.2) | B014 | 0.50 | 455.00 |
| 08/02/23 | BOLIV | Finalize for filing and coordinate service of second fee application of Quinn Emanuel for June 2023 | B017 | 0.50 | 177.50 |
| 08/07/23 | TBOLL | Prepare and finalize for filing notice of declaration of ordinary course professional Wipfli | B017 | 0.30 | 106.50 |
| 08/08/23 | KENOS | Draft notice of supplement to OCP List (.2), finalize and file E&Y OCP Declaration (.2) and emails with co-counsel re: same (.1) | B017 | 0.50 | 455.00 |
| 08/08/23 | TBOLL | Finalize for filing notice of supplement to list of ordinary course professionals | B017 | 0.20 | 71.00 |
| 08/11/23 | BOLIV | Finalize for filing and coordinate service of first monthly staffing report of Berkeley Research Group for May 2023 | B017 | 0.40 | 142.00 |
| 08/11/23 | BOLIV | Draft notice of first staffing report for Berkeley Research Group for May 2023 | B017 | 0.30 | 106.50 |
| 08/23/23 | BOLIV | Finalize for filing and coordinate service of notice of ordinary course professional Scott Douglass McConnico | B017 | 0.20 | 71.00 |
| 08/23/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: Quinn Emanuel's second fee application | B017 | 0.20 | 71.00 |
| 08/23/23 | BOLIV | Draft certificate of no objection re: YCST's second fee application | B017 | 0.20 | 71.00 |
| 08/23/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: YCST's second fee application | B017 | 0.20 | 71.00 |
| 08/23/23 | BOLIV | Draft notice for OCP retention of Scott Douglass McConnico LLP | B017 | 0.20 | 71.00 |
| 08/23/23 | KENOS | Review and finalize McConico OCP Declaration | B017 | 0.20 | 182.00 |
| 08/23/23 | RLAMB | Review draft notice for ordinary course professional | B017 | 0.10 | 47.50 |
| 08/24/23 | BOLIV | Draft notice for OCP declaration of McNaul Ebel Nawrot | B017 | 0.20 | 71.00 |
| 08/24/23 | BOLIV | Finalize for filing and coordinate service of notice or ordinary course professional declaration of McNaul Ebel Nawrot | B017 | 0.20 | 71.00 |
| 08/24/23 | RLAMB | Email with K. Enos and B. Olivere regarding notice for ordinary course professionals declaration | B017 | 0.20 | 95.00 |

| | | | Invoice Date: | | September 13, 2023 |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Number: | | 50045595 |
| Billing Period through August 31, 2023 | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/25/23 | BOLIV | Finalize for filing and coordinate service of monthly staffing report for June 2023 of Berkeley Research Group | B017 | 0.40 | 142.00 |
| 08/29/23 | RLAMB | Research issues regarding objections to chief restructuring officer fee application | B017 | 1.10 | 522.50 |
| 08/29/23 | RLAMB | Review and revise draft notice of excess fees | B017 | 0.40 | 190.00 |
| 08/31/23 | BOLIV | Draft notice for YCST retention application | B017 | 0.30 | 106.50 |
| 08/02/23 | BOLIV | Finalize for filing and coordinate service of second fee application of YCST for June 2023 | B018 | 0.50 | 177.50 |
| 08/02/23 | BOLIV | Update, edit and revise second fee application of YCST in anticipation of filing | B018 | 0.20 | 71.00 |
| 08/02/23 | KENOS | Review and finalize Quinn and YCST June Fee Applications | B018 | 0.40 | 364.00 |
| 08/16/23 | KENOS | Initial preparations of July Fee Application | B018 | 0.40 | 364.00 |
| 08/23/23 | KENOS | Review and finalize CNOs re: July Fee Applications | B018 | 0.20 | 182.00 |
| 08/29/23 | KENOS | Review and finalize Perkins Coie notice and invoices re: exceeding OCP Cap | B018 | 0.30 | 273.00 |
| 08/31/23 | BOLIV | Draft third monthly [July] fee application of YCST | B018 | 0.70 | 248.50 |
| | | | **Total** | **93.50** | **$68,864.00** |

Bittrex Incorporated  
Billing Period through August 31, 2023

Invoice Date: September 13, 2023  
Invoice Number: 50045595  
Matter Number: 103027.1001

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BOLIV | Beth A. Olivere | Paralegal | 30.20 | 355.00 | 10,721.00 |
| JMART | Jorge L. Martinez | Paralegal | 0.20 | 355.00 | 71.00 |
| JBROO | Joshua Brooks | Associate | 0.30 | 505.00 | 151.50 |
| KENOS | Kenneth J. Enos | Partner | 45.70 | 910.00 | 41,587.00 |
| RLAMB | Rebecca L. Lamb | Associate | 5.20 | 475.00 | 2,470.00 |
| RBRAD | Robert S. Brady | Partner | 10.20 | 1,300.00 | 13,260.00 |
| TBOLL | Troy Bollman | Paralegal | 1.70 | 355.00 | 603.50 |
| **Total** | | | **93.50** | | **$68,864.00** |

| Bittrex Incorporated | Invoice Date: | September 13, 2023 |
|---|---|---|
| Billing Period through August 31, 2023 | Invoice Number: | 50045595 |
| | Matter Number: | 103027.1001 |

**Task Summary**

**Task Code:B001**     **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 1.00 | 910.00 | 910.00 |
| Rebecca L. Lamb | Associate | 0.80 | 475.00 | 380.00 |
| Beth A. Olivere | Paralegal | 10.00 | 355.00 | 3,550.00 |
| Jorge L. Martinez | Paralegal | 0.20 | 355.00 | 71.00 |
| Troy Bollman | Paralegal | 0.10 | 355.00 | 35.50 |
| **Total** | | **12.10** | | **4,946.50** |

**Task Code:B002**     **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 6.20 | 910.00 | 5,642.00 |
| Robert S. Brady | Partner | 1.90 | 1,300.00 | 2,470.00 |
| Rebecca L. Lamb | Associate | 0.30 | 475.00 | 142.50 |
| Beth A. Olivere | Paralegal | 6.80 | 355.00 | 2,414.00 |
| **Total** | | **15.20** | | **10,668.50** |

**Task Code:B003**     **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Beth A. Olivere | Paralegal | 0.80 | 355.00 | 284.00 |
| **Total** | | **0.80** | | **284.00** |

**Task Code:B004**     **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.40 | 910.00 | 364.00 |
| Robert S. Brady | Partner | 0.20 | 1,300.00 | 260.00 |
| Joshua Brooks | Associate | 0.30 | 505.00 | 151.50 |
| Rebecca L. Lamb | Associate | 0.40 | 475.00 | 190.00 |
| Beth A. Olivere | Paralegal | 1.10 | 355.00 | 390.50 |
| **Total** | | **2.40** | | **1,356.00** |

**Task Code:B005**     **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 1.00 | 910.00 | 910.00 |
| Beth A. Olivere | Paralegal | 0.80 | 355.00 | 284.00 |
| Troy Bollman | Paralegal | 0.30 | 355.00 | 106.50 |
| **Total** | | **2.10** | | **1,300.50** |

| Bittrex Incorporated | | Invoice Date: | September 13, 2023 |
|---|---|---|---|
| Billing Period through August 31, 2023 | | Invoice Number: | 50045595 |
| | | Matter Number: | 103027.1001 |

**Task Code: B006**   **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 20.00 | 910.00 | 18,200.00 |
| Robert S. Brady | Partner | 0.50 | 1,300.00 | 650.00 |
| Rebecca L. Lamb | Associate | 1.20 | 475.00 | 570.00 |
| Beth A. Olivere | Paralegal | 2.10 | 355.00 | 745.50 |
| **Total** | | **23.80** | | **20,165.50** |

**Task Code: B007**   **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 1.20 | 1,300.00 | 1,560.00 |
| **Total** | | **1.20** | | **1,560.00** |

**Task Code: B009**   **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 1.00 | 1,300.00 | 1,300.00 |
| Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **1.50** | | **1,477.50** |

**Task Code: B011**   **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 5.30 | 910.00 | 4,823.00 |
| Robert S. Brady | Partner | 1.40 | 1,300.00 | 1,820.00 |
| Troy Bollman | Paralegal | 0.30 | 355.00 | 106.50 |
| **Total** | | **7.00** | | **6,749.50** |

**Task Code: B012**   **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 8.50 | 910.00 | 7,735.00 |
| Robert S. Brady | Partner | 4.00 | 1,300.00 | 5,200.00 |
| Rebecca L. Lamb | Associate | 0.30 | 475.00 | 142.50 |
| Beth A. Olivere | Paralegal | 3.70 | 355.00 | 1,313.50 |
| **Total** | | **16.50** | | **14,391.00** |

**Task Code: B013**   **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.80 | 910.00 | 728.00 |
| Rebecca L. Lamb | Associate | 0.40 | 475.00 | 190.00 |
| Beth A. Olivere | Paralegal | 0.20 | 355.00 | 71.00 |
| **Total** | | **1.40** | | **989.00** |

| Bittrex Incorporated | Invoice Date: | September 13, 2023 |
| Billing Period through August 31, 2023 | Invoice Number: | 50045595 |
| | Matter Number: | 103027.1001 |

**Task Code:B014**  **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.50 | 910.00 | 455.00 |
| **Total** | | **0.50** | | **455.00** |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.70 | 910.00 | 637.00 |
| Rebecca L. Lamb | Associate | 1.80 | 475.00 | 855.00 |
| Beth A. Olivere | Paralegal | 3.30 | 355.00 | 1,171.50 |
| Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **6.30** | | **2,841.00** |

**Task Code:B018**  **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 1.30 | 910.00 | 1,183.00 |
| Beth A. Olivere | Paralegal | 1.40 | 355.00 | 497.00 |
| **Total** | | **2.70** | | **1,680.00** |