**EXHIBIT B**

**EXHIBIT B**

| Bittrex Incorporated | | Invoice Date: | September 13, 2023 |
|---|---|---|---|
| Billing Period through August 31, 2023 | | Invoice Number: | 50045595 |
| | | Matter Number: | 103027.1001 |

## Cost Detail

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/02/23 | American Express - Bankruptcy - Filing Fee KENOS 6.29.23 $32 Amended Schedule DLASK | 1.00 | 32.00 |
| 08/10/23 | Photocopy Charges Duplication BW | 87.00 | 8.70 |
| 08/10/23 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 08/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/10/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1036619 | 1.00 | 15.00 |
| 08/10/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 08/10/23 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 08/10/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 08/10/23 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 08/10/23 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 08/10/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 08/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/10/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 08/14/23 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 08/14/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 08/14/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/14/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 08/14/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1037018 | 1.00 | 30.00 |
| 08/14/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/14/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 08/14/23 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 08/14/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 08/14/23 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 08/14/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/14/23 | Photocopy Charges Duplication BW | 87.00 | 8.70 |
| 08/15/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1037062 | 1.00 | 15.00 |
| 08/15/23 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 08/16/23 | Reliable Wilmington - Deposition/Transcript Hourly transcript for Bittrex | 1.00 | 166.75 |
| 08/16/23 | Reliable Wilmington - Deposition/Transcript 3 Day transcript for Bittrex | 1.00 | 49.05 |
| 08/17/23 | Photocopy Charges Duplication BW | 19.00 | 1.90 |

| | | | |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Date: | September 13, 2023 |
| Billing Period through August 31, 2023 | | Invoice Number: | 50045595 |
| | | Matter Number: | 103027.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 08/21/23 | JAYALAXMI, LLC d/b/a Manhattan Bagel #49 - Working Meals Breakfast for 8 persons re: 7/19/23 hearing | 1.00 | 134.91 |
| 08/22/23 | Reliable Wilmington - Deposition/Transcript 3 Day Transcript for Bittrex | 1.00 | 175.45 |
| | | **Total** | **$676.36** |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Delivery / Courier | 60.00 |
| Deposition/Transcript | 391.25 |
| Filing Fee | 32.00 |
| Reproduction Charges | 58.20 |
| Working Meals | 134.91 |
| **Total** | **$676.36** |

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600     (302) 571-1253 FAX     www.ycst.com

Writer's Direct Dial
(302) 571-5003

Writer's E-Mail
kenos@ycst.com

Bittrex Incorporated
701 5th Ave
Suite 4200
Seattle, WA 98104

Invoice Date: September 13, 2023
Invoice Number: 50045595
Matter Number: 103027.1001

Re:  Debtor Representation
     Billing Period through August 31, 2023

**CURRENT INVOICE**

| | |
|---|---:|
| Professional Services | $ 68,864.00 |
| Disbursements | $ 676.36 |
| Total Due This Invoice | $ 69,540.36 |

---

**PLEASE NOTE OUR BANKING INFORMATION HAS CHANGED AS OF 09/01/2023**
This invoice is payable upon receipt. Please return this page with your remittance.
OR
WIRE (ACH) FUNDS TO:
M&T Bank 1007 N. Market St., Wilmington, DE 19801
ABA#

Account Name: Young Conaway Stargatt & Taylor, LLP Attorney Business Account

Please include your Invoice # 50045595 and/or File # 103027.1001 for identification.