# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600                                                                                                          (302) 571-1253 FAX
                        TAX I.D. NO. 51-0082644                                                                         www.ycst.com

Writer's Direct Dial                                                                                                    Writer's E-Mail
(302) 571-5003                                                                                                          kenos@ycst.com

Bittrex Incorporated            Invoice Date:        October 12, 2023
701 5th Ave                     Invoice Number:      50046306
Suite 4200                      Matter Number:       103027.1001
Seattle, WA 98104

Re: Debtor Representation
    Billing Period through September 30, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 86,541.00 |
| Disbursements | $ | 2,014.39 |
| Total Due This Invoice | $ | 88,555.39 |

| | | |
|---|---|---|
| Bittrex Incorporated | Invoice Date: | October 12, 2023 |
| Billing Period through September 30, 2023 | Invoice Number: | 50046306 |
| | Matter Number: | 103027.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/05/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/05/23 | RLAMB | Review and update critical dates calendar | B001 | 0.30 | 142.50 |
| 09/06/23 | BOLIV | Draft certificate of no objection re: 9019 motion to approve settlement with the SEC | B001 | 0.30 | 106.50 |
| 09/06/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/06/23 | BOLIV | Update critical dates | B001 | 1.10 | 390.50 |
| 09/06/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 09/07/23 | BOLIV | Coordinate service of order re: settlement with SEC with claims agent | B001 | 0.10 | 35.50 |
| 09/07/23 | BOLIV | Read and respond to email from K. Enos re: agenda matters for 9/13/23 hearing and status of same | B001 | 0.20 | 71.00 |
| 09/07/23 | BOLIV | Circulate order approving settlement with SEC | B001 | 0.10 | 35.50 |
| 09/07/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Technologies matter] | B001 | 0.10 | 35.50 |
| 09/07/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 71.00 |
| 09/08/23 | BOLIV | Update critical dates | B001 | 0.50 | 177.50 |
| 09/08/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/08/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 09/11/23 | BOLIV | Coordinate delivery of September 13, 2023 hearing agenda to chambers | B001 | 0.10 | 35.50 |
| 09/11/23 | BOLIV | Circulate as filed agenda to working group | B001 | 0.10 | 35.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | October 12, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/11/23 | BOLIV | Contact chambers for hearing date for first interim fee applications | B001 | 0.10 | 35.50 |
| 09/11/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Technologies] | B001 | 0.10 | 35.50 |
| 09/11/23 | BOLIV | Circulate agenda for Prime Core Technologies hearing re: September 13, 2023 | B001 | 0.10 | 35.50 |
| 09/12/23 | BOLIV | Coordinate service of incoming orders | B001 | 0.10 | 35.50 |
| 09/12/23 | BOLIV | Circulate incoming orders re: assumption of Bellevue lease and extension to come into compliance of 345(b) deadline | B001 | 0.10 | 35.50 |
| 09/12/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel re: Prime Core Technologies | B001 | 0.10 | 35.50 |
| 09/12/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/12/23 | RBRAD | Review potential committee formation (.2) and conference with K. Enos re: same (.1) | B001 | 0.30 | 390.00 |
| 09/12/23 | RBRAD | Review draft objections to cash management motion and bidding procedures in Prime Core Technologies case (.5); conference with K. Enos re: same (.2) | B001 | 0.60 | 780.00 |
| 09/13/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 09/13/23 | RBRAD | Conference call with R. Schepacarter, P. Tomasco, and K. Enos re: applications for committee membership | B001 | 0.50 | 650.00 |
| 09/13/23 | RBRAD | Review correspondence to UST re: applications to form creditors committee | B001 | 0.40 | 520.00 |
| 09/14/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/15/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.20 | 71.00 |
| 09/15/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/17/23 | BOLIV | Update critical dates | B001 | 1.10 | 390.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | October 12, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/17/23 | RLAMB | Review and revise critical dates calendar | B001 | 0.30 | 142.50 |
| 09/18/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |
| 09/18/23 | BOLIV | Circulate amended agenda for 9/19/23 Prime Core Technologies hearing | B001 | 0.10 | 35.50 |
| 09/18/23 | BOLIV | Finalize critical dates and circulate to working group | B001 | 0.10 | 35.50 |
| 09/18/23 | BOLIV | Emails with R. Lamb re: critical dates | B001 | 0.10 | 35.50 |
| 09/18/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Technologies] | B001 | 0.20 | 71.00 |
| 09/18/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/18/23 | RLAMB | Continue reviewing and revising critical dates calendar | B001 | 0.40 | 190.00 |
| 09/19/23 | RLAMB | Continue reviewing and updating critical dates calendar | B001 | 0.10 | 47.50 |
| 09/20/23 | BOLIV | Circulate September 13, 2023 hearing transcript to working group | B001 | 0.10 | 35.50 |
| 09/21/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/22/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Technologies] | B001 | 0.10 | 35.50 |
| 09/22/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/22/23 | BOLIV | Research, locate and forward sealed pleadings for QE team | B001 | 0.10 | 35.50 |
| 09/25/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/26/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 71.00 |
| 09/26/23 | BOLIV | Circulate transcript from the September 26, 2023 hearing | B001 | 0.10 | 35.50 |
| 09/27/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Technologies] | B001 | 0.10 | 35.50 |

Bittrex Incorporated  
Billing Period through September 30, 2023

Invoice Date: October 12, 2023  
Invoice Number: 50046306  
Matter Number: 103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/28/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 09/29/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Technologies] | B001 | 0.10 | 35.50 |
| 09/29/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 08/14/23 | RLAMB | Read transcript from scheduling conference on August 11, 2023 | B002 | 0.20 | 95.00 |
| 09/05/23 | BOLIV | Draft agenda for September 8, 2023 hearing | B002 | 1.50 | 532.50 |
| 09/07/23 | KENOS | Attention to preparations for 9/13 hearing | B002 | 0.30 | 273.00 |
| 09/08/23 | BOLIV | Further edit and revise draft agenda for September 13, 2023 | B002 | 0.20 | 71.00 |
| 09/08/23 | BOLIV | Draft agenda for September 13, 2023 hearing | B002 | 2.00 | 710.00 |
| 09/08/23 | BOLIV | Email chambers for Zoom link to September 13, 2023 hearing | B002 | 0.10 | 35.50 |
| 09/08/23 | KENOS | Review and comment on agenda re: 9/13 hearing | B002 | 0.20 | 182.00 |
| 09/08/23 | KENOS | Confer with co-counsel re: preparations for 9/13 hearing (.3) and emails with chambers re: issues related to same (.2) | B002 | 0.50 | 455.00 |
| 09/11/23 | BOLIV | Finalize for filing and coordinate service of agenda for September 13, 2023 hearing | B002 | 0.30 | 106.50 |
| 09/11/23 | BOLIV | Edit, review and revise draft agenda for September 13, 2023 | B002 | 0.30 | 106.50 |
| 09/11/23 | KENOS | Assist co-counsel with preparations for 9/13 hearing | B002 | 0.40 | 364.00 |
| 09/11/23 | KENOS | Review and comment on 9/13 hearing agenda | B002 | 0.20 | 182.00 |
| 09/11/23 | KENOS | Review outreach narrative update | B002 | 0.20 | 182.00 |
| 09/12/23 | BOLIV | Draft amended agenda for 9/13/23 hearing | B002 | 0.20 | 71.00 |
| 09/12/23 | BOLIV | Research, locate and forward transcript from Prime Core Technologies August 25, 2023 hearing | B002 | 0.10 | 35.50 |
| 09/12/23 | BOLIV | Finalize for filing and coordinate service of amended agenda for 9/13/23 hearing | B002 | 0.30 | 106.50 |

| | | Bittrex Incorporated | | Invoice Date: | October 12, 2023 |
|---|---|---|---|---|---|
| | | Billing Period through September 30, 2023 | | Invoice Number: | 50046306 |
| | | | | Matter Number: | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/12/23 | BOLIV | Read and respond to various emails re: non functioning Zoom link re: 9/13/23 hearing | B002 | 0.10 | 35.50 |
| 09/12/23 | BOLIV | Contact chambers re: non functioning Zoom link for 9/13/23 hearing | B002 | 0.10 | 35.50 |
| 09/12/23 | KENOS | Review and comment on amended agenda re: 9/13 hearing | B002 | 0.30 | 273.00 |
| 09/13/23 | BOLIV | Assist in preparation of hearing materials for September 13, 2023 hearing | B002 | 0.40 | 142.00 |
| 09/13/23 | KENOS | Prepare for and attend omnibus hearing | B002 | 1.10 | 1,001.00 |
| 09/13/23 | KENOS | Prepare for and attend Prime Core bid procedures hearing | B002 | 1.10 | 1,001.00 |
| 09/13/23 | RBRAD | Review outline for status report to Court | B002 | 0.40 | 520.00 |
| 09/13/23 | RBRAD | Review agenda for omnibus hearing | B002 | 0.20 | 260.00 |
| 09/14/23 | KENOS | Assist co-counsel with preparations for 9/20 hearing re: FOFR Motion to Enforce Stay | B002 | 0.50 | 455.00 |
| 09/15/23 | BOLIV | Circulate agenda for 9/19/23 re: Prime Core Tech hearing | B002 | 0.10 | 35.50 |
| 09/17/23 | BOLIV | Draft agenda for September 20, 2023 hearing | B002 | 0.50 | 177.50 |
| 09/18/23 | BOLIV | Update and revise draft agenda for September 20, 2023 | B002 | 0.30 | 106.50 |
| 09/18/23 | BOLIV | Register parties for the Prime Core Technologies hearing scheduled for September 19, 2023 | B002 | 0.10 | 35.50 |
| 09/18/23 | BOLIV | Register parties for September 20, 2023 hearing | B002 | 0.10 | 35.50 |
| 09/18/23 | BOLIV | Finalize for filing and coordinate service of agenda for September 20, 2023 hearing | B002 | 0.30 | 106.50 |
| 09/18/23 | BOLIV | Assemble review and revise hearing binders of both sealed and redacted versions for September 20, 2023 hearing | B002 | 2.00 | 710.00 |
| 09/18/23 | KENOS | Confer with chambers, co-counsel, and client re: 9/20 hearing | B002 | 0.20 | 182.00 |
| 09/18/23 | KENOS | Confer with co-counsel re: preparations for 9/19 Prime Core hearing | B002 | 0.20 | 182.00 |
| 09/18/23 | KENOS | Call with co-counsel and C. Bifferato re: FOFR settlement next steps (.3) and follow-up discussion with co-counsel re: Prime Core issues (.2) | B002 | 0.50 | 455.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | October 12, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/19/23 | BOLIV | Finalize for filing and coordinate service of amended agenda for September 20, 2023 | B002 | 0.30 | 106.50 |
| 09/19/23 | BOLIV | Draft amended agenda for September 20, 2023 | B002 | 0.20 | 71.00 |
| 09/19/23 | BOLIV | Provide chambers with amended agenda for September 20, 2023 | B002 | 0.10 | 35.50 |
| 09/19/23 | KENOS | Confer with Chambers re: 9/20 hearing | B002 | 0.20 | 182.00 |
| 09/19/23 | KENOS | Prepare for and attend Prime Core Hearing | B002 | 1.80 | 1,638.00 |
| 09/20/23 | KENOS | Prepare for and attend hearing re: settlement of FOFR stay enforcement motion | B002 | 0.50 | 455.00 |
| 09/20/23 | RBRAD | Review transcript from status report before the Court | B002 | 0.50 | 650.00 |
| 09/20/23 | RLAMB | Correspond with A. Jaquet and K. Enos regarding filed disclosure statement, plan and related documents | B002 | 0.10 | 47.50 |
| 09/21/23 | BOLIV | Draft agenda for September 26, 2023 disclosure statement hearing | B002 | 0.90 | 319.50 |
| 09/21/23 | BOLIV | Prepare hearing binder re: disclosure statement hearing re: 9/26/23 | B002 | 0.40 | 142.00 |
| 09/22/23 | BOLIV | Finalize hearing binder for September 26, 2023 and coordinate delivery to chambers | B002 | 0.30 | 106.50 |
| 09/22/23 | BOLIV | Finalize for filing and coordinate service of agenda for September 26, 2023 hearing | B002 | 0.30 | 106.50 |
| 09/22/23 | BOLIV | Update and edit agenda for September 26, 2023 disclosure statement hearing | B002 | 0.20 | 71.00 |
| 09/22/23 | KENOS | Review and revise disclosure statement hearing agenda and confer with co-counsel re: same | B002 | 0.30 | 273.00 |
| 09/22/23 | KENOS | Assist co-counsel with preparations for disclosure statement hearing | B002 | 0.40 | 364.00 |
| 09/22/23 | RBRAD | Review agenda for hearing | B002 | 0.20 | 260.00 |
| 09/22/23 | RLAMB | Correspond with co-counsel regarding preparation for disclosure statement hearing | B002 | 0.10 | 47.50 |
| 09/25/23 | BOLIV | Coordinate amended agenda binder for delivery to chambers | B002 | 0.40 | 142.00 |
| 09/25/23 | BOLIV | Draft amended agenda for September 26, 2023 hearing | B002 | 0.40 | 142.00 |

| | | Invoice Date: | October 12, 2023 |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Number: | 50046306 |
| Billing Period through September 30, 2023 | | Matter Number: | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/25/23 | BOLIV | Finalize for filing and coordinate service of amended agenda for September 26, 2023 disclosure statement hearing | B002 | 0.30 | 106.50 |
| 09/25/23 | BOLIV | Organize and coordinate various print projects for 9/26/23 disclosure statement hearing | B002 | 0.50 | 177.50 |
| 09/25/23 | BOLIV | Draft index to Quinn Emanuel hearing binder as sent by Quinn Emanuel | B002 | 0.40 | 142.00 |
| 09/25/23 | KENOS | Assist co-counsel with preparations for disclosure statement hearing | B002 | 1.80 | 1,638.00 |
| 09/25/23 | RBRAD | Review amended agenda | B002 | 0.10 | 130.00 |
| 09/25/23 | RLAMB | Correspond with K. Enos regarding preparation for disclosure statement hearing | B002 | 0.10 | 47.50 |
| 09/25/23 | RLAMB | Prepare documents needed for disclosure statement hearing | B002 | 0.30 | 142.50 |
| 09/26/23 | BOLIV | Provide further disclosure statement hearing assistance re: late filed pleadings | B002 | 0.70 | 248.50 |
| 09/26/23 | BOLIV | Preparation of disclosure statement hearing materials | B002 | 1.50 | 532.50 |
| 09/26/23 | KENOS | Prepare for and attend Disclosure Statement Hearing | B002 | 2.10 | 1,911.00 |
| 09/26/23 | RLAMB | Prepare for and attend disclosure statement hearing | B002 | 2.10 | 997.50 |
| 09/12/23 | BOLIV | Finalize for filing and coordinate service of Bittrex Parties objection to Prime Core Technologies cash management motion | B003 | 0.30 | 106.50 |
| 09/07/23 | BOLIV | Edit and revise QE draft CNO [.1]; Finalize for filing and coordinate service of certificate of no objection re: motion to comply with rule 345(b) [.2] | B004 | 0.30 | 106.50 |
| 09/11/23 | RLAMB | Correspond with A. Jaquet and K. Enos regarding treatment of omnibus claims objections under Delaware local rules | B005 | 0.10 | 47.50 |
| 09/06/23 | KENOS | Review CNO re: SEC 9019 Motion and emails with co-counsel re: same | B006 | 0.20 | 182.00 |
| 09/07/23 | BOLIV | Edit and revise QE draft CNO [.1]; Finalize for filing and coordinate service of certificate of no objection re: motion to assume lease of Bellvue Place Office [.2] | B006 | 0.30 | 106.50 |
| 09/12/23 | BOLIV | Finalize for filing and coordinate service of Bittrex Parties objection to Prime Core Technologies bid procedures motion | B006 | 0.30 | 106.50 |

| | | Bittrex Incorporated | Invoice Date: | | October 12, 2023 |
|---|---|---|---|---|---|
| | | Billing Period through September 30, 2023 | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/12/23 | KENOS | Review, revise and finalize objection to Prime Core cash management and bidding procedures motions and emails with co-counsel re: same | B006 | 0.70 | 637.00 |
| 09/13/23 | KENOS | Review revised Prime Core Bid Procedures and Bid Procedures Order | B006 | 0.30 | 273.00 |
| 09/14/23 | RBRAD | Review revised bid procedures order in Prime Core Technologies case | B006 | 0.20 | 260.00 |
| 09/15/23 | KENOS | Work with co-counsel re: finalizing and filing reply in support of stay enforcement motion | B006 | 2.60 | 2,366.00 |
| 09/15/23 | KENOS | Review and comment on Reply in support of Florida OFR stay enforcement motion and declaration in support of same | B006 | 0.90 | 819.00 |
| 09/17/23 | KENOS | Emails with co-counsel re: settlement with FOFR and next steps related thereto | B006 | 0.40 | 364.00 |
| 09/19/23 | KENOS | Review revised Prime Core cash management order and emails with co-counsel re: same | B006 | 0.30 | 273.00 |
| 09/06/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: 9019 settlement with SEC | B007 | 0.20 | 71.00 |
| 09/06/23 | RBRAD | Review and consider proof of claim issues | B007 | 0.40 | 520.00 |
| 09/07/23 | RBRAD | Review order approving SEC claim settlement | B007 | 0.20 | 260.00 |
| 09/11/23 | KENOS | Confer with co-counsel re: claims objection process | B007 | 0.30 | 273.00 |
| 09/12/23 | RLAMB | Review proofs of claim for unsecured creditors committee | B007 | 0.10 | 47.50 |
| 09/18/23 | KENOS | Review and comment on objection to Rogers' claims and research related to same | B007 | 0.60 | 546.00 |
| 09/19/23 | KENOS | Review and comment on first omnibus objection to claims | B007 | 0.60 | 546.00 |
| 09/20/23 | KENOS | Assist co-counsel with preparation of claim withdrawal stipulation | B007 | 0.40 | 364.00 |
| 09/21/23 | BOLIV | Finalize for filing and coordinate service of sealed and redacted versions of objection to claim of Joshua Rogers and declaration of support re: same | B007 | 0.70 | 248.50 |
| 09/21/23 | KENOS | Emails with co-counsel re: comments to first omnibus objection | B007 | 0.20 | 182.00 |
| 09/21/23 | KENOS | Review, revise and finalize Rogers Claim Objection and emails with co-counsel and client re: same | B007 | 1.60 | 1,456.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | October 12, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 09/27/23 | KENOS | Review and comment on Wasy (.3), Andrusko (.4) and Burns (.4) claim objections | B007 | 1.10 | 1,001.00 |
| 09/27/23 | RLAMB | Review precedent claim objection language | B007 | 0.30 | 142.50 |
| 09/28/23 | KENOS | Review and revise claim objections; Ghader (.3); Polite (.4); Wasy (.4); Burns (.5); Andrusko (.3); Dastagir (.4); Malloy (.4); Matsubayashi (.4); Sachdev (.3); Chen (.3); and Mudzin (.4) and numerous emails with client and co-counsel in connection with same | B007 | 4.10 | 3,731.00 |
| 09/29/23 | BOLIV | Draft notices for four individual objections to claims | B007 | 1.10 | 390.50 |
| 09/29/23 | BOLIV | Finalize for filing and coordinate service of individual objection to claims, related declarations, sealed versions and redacted versions [24 total filings] | B007 | 6.20 | 2,201.00 |
| 09/29/23 | KENOS | Review revise and finalize claim objections; Ghader (.6); Polite (.6); Wasy (.4); Burns (.5); Andrusko (.8); Dastagir (.6); Malloy (.4); Matsubayashi (.4); Sachdev (.5); Chen (.5); and Mudzin (.4) and work with co-counsel in connection with same | B007 | 5.70 | 5,187.00 |
| 09/29/23 | RLAMB | Review and revise draft claim objections | B007 | 0.80 | 380.00 |
| 09/29/23 | RLAMB | Correspond with K. Enos and B. Olivere regarding draft claim objections | B007 | 0.20 | 95.00 |
| 09/15/23 | BOLIV | Finalize for filing and coordinate service of sealed version of Declaration of David Maria in Support of Debtors' Reply to Florida Office of Financial Regulation's Opposition to Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt | B009 | 0.30 | 106.50 |
| 09/15/23 | BOLIV | Finalize for filing and coordinate service of sealed version of Debtors' Reply to Florida Office of Financial Regulation's Opposition to Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt | B009 | 0.30 | 106.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | October 12, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/15/23 | BOLIV | Finalize for filing and coordinate service of redacted version of Declaration of David Maria in Support of Debtors' Reply to Florida Office of Financial Regulation's Opposition to Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt | B009 | 0.30 | 106.50 |
| 09/15/23 | BOLIV | Finalize for filing and coordinate service of redacted version of Debtors' Reply to Florida Office of Financial Regulation's Opposition to Motion to Enforce Automatic Stay and Non-Discrimination Provisions of the Bankruptcy Code, and for Civil Contempt | B009 | 0.30 | 106.50 |
| 09/15/23 | RBRAD | Review correspondence from C. Bifferato re: settlement offer in connection with motion to enforce automatic stay against Florida OFR | B009 | 0.20 | 260.00 |
| 09/15/23 | RBRAD | Review draft reply to Florida OFR's opposition to motion to enforce the automatic stay and related Maria declaration (.7); correspondence with K. Enos re: same (.2) | B009 | 0.90 | 1,170.00 |
| 09/01/23 | KENOS | Draft Notices of Deposition re: Greenberg (.3), Butler (.3) and PMK (.3) re: FOFR Motion to Enforce Stay | B011 | 0.90 | 819.00 |
| 09/01/23 | KENOS | Work with co-counsel re: discovery requests in connection with FOFR Stay Enforcement Motion | B011 | 0.30 | 273.00 |
| 09/05/23 | BOLIV | Finalize for filing and coordinate service of notice of deposition of Florida Office of Financial Regulation | B011 | 0.20 | 71.00 |
| 09/05/23 | BOLIV | Finalize for filing and coordinate service of notice of deposition of M. Butler | B011 | 0.20 | 71.00 |
| 09/05/23 | BOLIV | Finalize for filing and coordinate service of notice of deposition of B. Greenberg | B011 | 0.20 | 71.00 |
| 09/05/23 | KENOS | Finalize deposition notices re: FOFR Stay Enforcement Motion and emails with co-counsel re: same | B011 | 0.60 | 546.00 |
| 09/06/23 | BOLIV | Finalize for filing and coordinate service of notice of withdrawal of notices of depositions re: FOFR | B011 | 0.20 | 71.00 |
| 09/06/23 | BOLIV | Finalize for filing and coordinate service of stipulation regarding notices of depositions with FOFR | B011 | 0.30 | 106.50 |
| 09/06/23 | BOLIV | Draft notice of withdrawal of notices of depositions re: FOFR motion | B011 | 0.30 | 106.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | October 12, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/06/23 | KENOS | Review and comment on notice of withdrawal re: deposition notices and emails with co-counsel re: same | B011 | 0.30 | 273.00 |
| 09/06/23 | KENOS | Review and comment on stipulation re: withdrawal of deposition notices | B011 | 0.20 | 182.00 |
| 09/06/23 | KENOS | Review FOFR updated responses to requests for production | B011 | 0.40 | 364.00 |
| 09/07/23 | KENOS | Confer with R. Schepacarter re: plan and disclosure statement | B012 | 0.30 | 273.00 |
| 09/07/23 | KENOS | Assist co-counsel with preparation of exclusivity motion | B012 | 0.40 | 364.00 |
| 09/07/23 | RLAMB | Review precedent motion to extend solicitation period for co-counsel | B012 | 1.20 | 570.00 |
| 09/19/23 | KENOS | Review US Trustee comments to Plan, Disclosure Statement, and Solicitation Procedures Order and work with co-counsel re: resolving same | B012 | 1.80 | 1,638.00 |
| 09/19/23 | RBRAD | Review UST comments to chapter 11 plan (.5) and correspondence with P. Tomasco, and K. Enos re: same (.3) | B012 | 0.80 | 1,040.00 |
| 09/20/23 | KENOS | Call with US Trustee re: plan and disclosure statement issues (.7) and preparations for same (.4) | B012 | 1.10 | 1,001.00 |
| 09/20/23 | KENOS | Review SEC reservation of rights re: disclosure statement and plan | B012 | 0.20 | 182.00 |
| 09/20/23 | RBRAD | Prepare for (.4) and attend conference call with R. Schepacarter, P. Tomasco, and K. Enos re: UST plan comments (.5) | B012 | 0.90 | 1,170.00 |
| 09/21/23 | KENOS | Confer with co-counsel re: resolution of Endurance Objection (.1) and confer with Chambers in connection with same (.2) | B012 | 0.30 | 273.00 |
| 09/21/23 | KENOS | Review and comment on notice of plan-related blacklines | B012 | 0.20 | 182.00 |
| 09/21/23 | KENOS | Review Endurance comments to stipulation resolving plan objection | B012 | 0.20 | 182.00 |
| 09/21/23 | RBRAD | Review revised plan and disclosure statement | B012 | 0.90 | 1,170.00 |
| 09/21/23 | RBRAD | Review United States' objection to disclosure statement | B012 | 0.80 | 1,040.00 |
| 09/21/23 | RBRAD | Review correspondence with P. Tomasco, R. Izakelian, K. Enos, and B. Roy re: proposed language for disclosure statement re: surety bonds | B012 | 0.30 | 390.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | October 12, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/22/23 | BOLIV | Finalize for filing and coordinate service of Notice of Filing of Redlines of (I) Amended Chapter 11 Plan of Liquidation, (II) Disclosure Statement for the Amended Chapter 11 Plan of Liquidation, and (III) Disclosure Statement Order | B012 | 0.70 | 248.50 |
| 09/22/23 | BOLIV | Assist in anticipation of filing of blacklines re: plan, disclosure statement and disclosure statement order | B012 | 2.50 | 887.50 |
| 09/22/23 | KENOS | Work with co-counsel re: revising and finalizing amended disclosure statement (1.4), plan (1.1) and disclosure statement order (1.0) | B012 | 3.50 | 3,185.00 |
| 09/25/23 | BOLIV | Provide chambers with motion for leave and proposed order of same re: late reply re: objections to disclosure statement | B012 | 0.10 | 35.50 |
| 09/25/23 | BOLIV | Finalize for filing and coordinate service of omnibus reply re: objections received re: disclosure statement order | B012 | 0.30 | 106.50 |
| 09/25/23 | BOLIV | Email chambers with motion for leave to file late reply re: disclosure statement order | B012 | 0.10 | 35.50 |
| 09/25/23 | BOLIV | Finalize for filing and coordinate service of motion for leave to file late reply re: disclosure statement | B012 | 0.30 | 106.50 |
| 09/25/23 | KENOS | Call with counsel to Iranian Customers re: plan treatment issues (.3) and emails with co-counsel re: same (.2) | B012 | 0.50 | 455.00 |
| 09/25/23 | KENOS | Review and comment motion for leave to file late reply | B012 | 0.40 | 364.00 |
| 09/25/23 | KENOS | Review and comment on reply in support of disclosure statement and related exhibit chart (1.9) and finalize same for filing (.3) | B012 | 2.20 | 2,002.00 |
| 09/25/23 | RBRAD | Review draft reply in support of disclosure statement and solicitation procedures | B012 | 0.70 | 910.00 |
| 09/25/23 | RLAMB | Draft motion for leave to file a late reply | B012 | 1.10 | 522.50 |
| 09/26/23 | BOLIV | Upload order and exhibits approving disclosure statement | B012 | 0.30 | 106.50 |
| 09/26/23 | KENOS | Review and revise notices of blacklines and solicitation versions re: plan and disclosure statement | B012 | 0.50 | 455.00 |
| 09/26/23 | RLAMB | Draft notice of blacklines and solicitation versions for disclosure statement | B012 | 1.60 | 760.00 |

| | | Bittrex Incorporated | Invoice Date: | October 12, 2023 |
|---|---|---|---|---|
| | | Billing Period through September 30, 2023 | Invoice Number: | 50046306 |
| | | | Matter Number: | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/26/23 | RLAMB | Incorporate supervisor's comments to notice of blackline and notice of solicitation version for disclosure statement | B012 | 0.20 | 95.00 |
| 09/27/23 | BOLIV | Circulate incoming disclosure statement order | B012 | 0.10 | 35.50 |
| 09/27/23 | KENOS | Confer with co-counsel and chambers re: typo in disclosure statement order | B012 | 0.30 | 273.00 |
| 09/27/23 | RLAMB | Coordinate filing of disclosure statement notices | B012 | 0.20 | 95.00 |
| 09/28/23 | BOLIV | Finalize for filing and coordinate service of solicitation version of disclosure statement | B012 | 0.40 | 142.00 |
| 09/28/23 | BOLIV | Circulate revised disclosure statement order | B012 | 0.10 | 35.50 |
| 09/28/23 | BOLIV | Finalize for filing and coordinate service of notice of filing of redlines of amended plan and amended disclosure statement | B012 | 0.40 | 142.00 |
| 09/28/23 | KENOS | Review and finalize solicitation versions of plan and disclosure statement and assist co-counsel with preparing same | B012 | 1.30 | 1,183.00 |
| 09/28/23 | RLAMB | Correspond with co-counsel regarding filing of disclosure statement order | B012 | 0.10 | 47.50 |
| 09/28/23 | RLAMB | Prepare solicitation versions of disclosure statement and plan and associated notices for filing | B012 | 0.80 | 380.00 |
| 09/28/23 | RLAMB | Draft certification of counsel re: revised disclosure statement order | B012 | 1.00 | 475.00 |
| 09/05/23 | KENOS | Confer with R. Lamb re: customer inquiry | B013 | 0.20 | 182.00 |
| 09/05/23 | RLAMB | Continue managing creditor inquiries regarding general bar date and proofs of claims | B013 | 0.40 | 190.00 |
| 09/06/23 | RLAMB | Continue managing and coordinating creditor inquiries | B013 | 0.10 | 47.50 |
| 09/07/23 | RLAMB | Continue managing creditor inquiry regarding deceased account holder | B013 | 0.30 | 142.50 |
| 09/12/23 | KENOS | Review proofs of claim and US trustee correspondence re: Committee formation requests (.6) and emails with co-counsel re: same (.2) | B013 | 0.80 | 728.00 |
| 09/13/23 | KENOS | Consider issue re: creditor committee appointment (includes review of information provided by client) and confer with co-counsel regarding same | B013 | 0.80 | 728.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | October 12, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/13/23 | KENOS | Call with customer counsel re: crypto withdrawal process | B013 | 0.20 | 182.00 |
| 09/13/23 | KENOS | Call with co-counsel, client and US Trustee re: committee formation issues | B013 | 0.50 | 455.00 |
| 09/18/23 | KENOS | Review customer inquiry re: crypto withdrawal and emails with co-counsel re: same | B013 | 0.30 | 273.00 |
| 09/11/23 | KENOS | Review first interim fee application and emails with co-counsel re: same | B017 | 0.40 | 364.00 |
| 09/11/23 | RLAMB | Correspond with co-counsel regarding interim fee applications | B017 | 0.10 | 47.50 |
| 09/14/23 | BOLIV | Draft notice of withdrawal of first interim fee application of debtors professionals | B017 | 0.20 | 71.00 |
| 09/14/23 | BOLIV | Finalize for filing and coordinate service of third monthly fee application of Quinn Emanuel for July 2023 | B017 | 0.50 | 177.50 |
| 09/14/23 | BOLIV | Review Quinn Emanuel July fee application in anticipation of filing | B017 | 0.20 | 71.00 |
| 09/14/23 | BOLIV | Finalize for filing and coordinate service of notice of withdrawal of first interim fee application of debtors professionals | B017 | 0.20 | 71.00 |
| 09/14/23 | KENOS | Work with co-counsel re: fee application issues and preparations | B017 | 0.40 | 364.00 |
| 09/15/23 | BOLIV | Finalize for filing and coordinate service of supplement to Quinn Emanuel's first interim fee application | B017 | 0.30 | 106.50 |
| 09/15/23 | KENOS | Review and comment on Quinn Emanuel Interim Fee Application Supplement and emails with P. Tomasco re: same | B017 | 0.40 | 364.00 |
| 09/01/23 | KENOS | Review and comment on July Fee Application | B018 | 0.40 | 364.00 |
| 09/11/23 | BOLIV | Draft first interim fee application of debtors professionals for the period from May 8, 2023 through July 31, 2023 | B018 | 1.20 | 426.00 |
| 09/12/23 | BOLIV | Draft supplement to first interim fee application of debtors professionals | B018 | 1.20 | 426.00 |
| 09/12/23 | BOLIV | Draft index for quarterly fee applications | B018 | 2.30 | 816.50 |
| 09/13/23 | BOLIV | Prepare fee index; draft supplement to YCST's first interim fee application | B018 | 1.60 | 568.00 |
| 09/13/23 | BOLIV | Update YCST values for first interim fee application of debtors professionals to include July 2023 | B018 | 0.40 | 142.00 |

| Bittrex Incorporated | | | Invoice Date: | | October 12, 2023 |
|---|---|---|---|---|---|
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046306 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 09/14/23 | BOLIV | Finalize for filing and coordinate service of [corrected] first interim fee application of debtors professionals for the period from May 8, 2023 through July 31, 2023 | B018 | 0.30 | 106.50 |
| 09/14/23 | BOLIV | Finalize for filing and coordinate service of first interim fee application of debtors professionals for the period May 8, 2023 through July 31, 2023 | B018 | 0.30 | 106.50 |
| 09/14/23 | BOLIV | Update first interim fee application of debtors professionals for period from May 8, 2023 to July 31, 2023 | B018 | 0.30 | 106.50 |
| 09/14/23 | BOLIV | Edit and revise for filing third monthly fee application of YCST for July 2023 | B018 | 0.20 | 71.00 |
| 09/14/23 | BOLIV | Finalize for filing and coordinate service of third fee application of YCST for July 2023 | B018 | 0.40 | 142.00 |
| 09/14/23 | KENOS | Review and finalize interim fee application and revised interim fee application | B018 | 0.30 | 273.00 |
| 09/14/23 | KENOS | Review and finalize YCST and Quinn Emanuel July Fee Applications | B018 | 0.40 | 364.00 |
| 09/15/23 | BOLIV | Emails with K. Enos and Quinn Emanuel re: budget and staffing plan re: supplement to first interim fee application [.2]; update, review and finalize draft supplement to YCST's first interim fee application [.7] | B018 | 0.80 | 284.00 |
| 09/15/23 | BOLIV | Finalize for filing and coordinate service of supplement to YCST's first interim fee application | B018 | 0.30 | 106.50 |
| 09/15/23 | KENOS | Review and comment on supplement to Young Conaway Interim Fee Application | B018 | 0.40 | 364.00 |
| 09/15/23 | KENOS | Initial preparations of August Fee Application | B018 | 0.40 | 364.00 |
| 09/15/23 | RLAMB | Review and revise supplement to first interim fee applications | B018 | 0.50 | 237.50 |
| | | | **Total** | **128.70** | **$86,541.00** |

| Bittrex Incorporated | Invoice Date: | October 12, 2023 |
| Billing Period through September 30, 2023 | Invoice Number: | 50046306 |
| | Matter Number: | 103027.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BOLIV | Beth A. Olivere | Paralegal | 51.50 | 355.00 | 18,282.50 |
| KENOS | Kenneth J. Enos | Partner | 54.60 | 910.00 | 49,686.00 |
| RLAMB | Rebecca L. Lamb | Associate | 13.10 | 475.00 | 6,222.50 |
| RBRAD | Robert S. Brady | Partner | 9.50 | 1,300.00 | 12,350.00 |
| **Total** | | | **128.70** | | **$86,541.00** |

| Bittrex Incorporated | | Invoice Date: | October 12, 2023 |
| --- | --- | --- | --- |
| Billing Period through September 30, 2023 | | Invoice Number: | 50046306 |
| | | Matter Number: | 103027.1001 |

## Task Summary

**Task Code:B001**  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert S. Brady | Partner | 1.80 | 1,300.00 | 2,340.00 |
| Rebecca L. Lamb | Associate | 1.10 | 475.00 | 522.50 |
| Beth A. Olivere | Paralegal | 7.60 | 355.00 | 2,698.00 |
| **Total** | | **10.50** | | **5,560.50** |

**Task Code:B002**  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Kenneth J. Enos | Partner | 12.80 | 910.00 | 11,648.00 |
| Robert S. Brady | Partner | 1.40 | 1,300.00 | 1,820.00 |
| Rebecca L. Lamb | Associate | 2.90 | 475.00 | 1,377.50 |
| Beth A. Olivere | Paralegal | 15.90 | 355.00 | 5,644.50 |
| **Total** | | **33.00** | | **20,490.00** |

**Task Code:B003**  **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Beth A. Olivere | Paralegal | 0.30 | 355.00 | 106.50 |
| **Total** | | **0.30** | | **106.50** |

**Task Code:B004**  **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Beth A. Olivere | Paralegal | 0.30 | 355.00 | 106.50 |
| **Total** | | **0.30** | | **106.50** |

**Task Code:B005**  **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Rebecca L. Lamb | Associate | 0.10 | 475.00 | 47.50 |
| **Total** | | **0.10** | | **47.50** |

**Task Code:B006**  **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Kenneth J. Enos | Partner | 5.40 | 910.00 | 4,914.00 |
| Robert S. Brady | Partner | 0.20 | 1,300.00 | 260.00 |
| Beth A. Olivere | Paralegal | 0.60 | 355.00 | 213.00 |
| **Total** | | **6.20** | | **5,387.00** |

Bittrex Incorporated  
Billing Period through September 30, 2023

Invoice Date: October 12, 2023  
Invoice Number: 50046306  
Matter Number: 103027.1001

**Task Code: B007** — **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 14.60 | 910.00 | 13,286.00 |
| Robert S. Brady | Partner | 0.60 | 1,300.00 | 780.00 |
| Rebecca L. Lamb | Associate | 1.40 | 475.00 | 665.00 |
| Beth A. Olivere | Paralegal | 8.20 | 355.00 | 2,911.00 |
| **Total** | | **24.80** | | **17,642.00** |

**Task Code: B009** — **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 1.10 | 1,300.00 | 1,430.00 |
| Beth A. Olivere | Paralegal | 1.20 | 355.00 | 426.00 |
| **Total** | | **2.30** | | **1,856.00** |

**Task Code: B011** — **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 2.70 | 910.00 | 2,457.00 |
| Beth A. Olivere | Paralegal | 1.40 | 355.00 | 497.00 |
| **Total** | | **4.10** | | **2,954.00** |

**Task Code: B012** — **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 13.20 | 910.00 | 12,012.00 |
| Robert S. Brady | Partner | 4.40 | 1,300.00 | 5,720.00 |
| Rebecca L. Lamb | Associate | 6.20 | 475.00 | 2,945.00 |
| Beth A. Olivere | Paralegal | 5.30 | 355.00 | 1,881.50 |
| **Total** | | **29.10** | | **22,558.50** |

**Task Code: B013** — **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 2.80 | 910.00 | 2,548.00 |
| Rebecca L. Lamb | Associate | 0.80 | 475.00 | 380.00 |
| **Total** | | **3.60** | | **2,928.00** |

**Task Code: B017** — **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 1.20 | 910.00 | 1,092.00 |
| Rebecca L. Lamb | Associate | 0.10 | 475.00 | 47.50 |
| Beth A. Olivere | Paralegal | 1.40 | 355.00 | 497.00 |
| **Total** | | **2.70** | | **1,636.50** |