## EXHIBIT B

Bittrex Incorporated
Billing Period through September 30, 2023

| | |
|---|---|
| Invoice Date: | October 12, 2023 |
| Invoice Number: | 50046306 |
| Matter Number: | 103027.1001 |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Kenneth J. Enos | Partner | 1.90 | 910.00 | 1,729.00 |
| Rebecca L. Lamb | Associate | 0.50 | 475.00 | 237.50 |
| Beth A. Olivere | Paralegal | 9.30 | 355.00 | 3,301.50 |
| **Total** | | **11.70** | | **5,268.00** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/05/23 | Docket Retrieval / Search | 20.00 | 2.00 |
| 07/06/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/06/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/06/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/06/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/06/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/06/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/06/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/09/23 | Docket Retrieval / Search | 20.00 | 2.00 |
| 07/09/23 | Docket Retrieval / Search | 21.00 | 2.10 |
| 07/10/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/10/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/10/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/10/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/10/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/11/23 | Docket Retrieval / Search | 23.00 | 2.30 |
| 07/11/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/12/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/20/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/24/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/24/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/28/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/02/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/03/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/08/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/08/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/08/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/08/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/08/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/08/23 | Docket Retrieval / Search | 3.00 | 0.30 |

Bittrex Incorporated
Billing Period through September 30, 2023

| | | |
|---|---|---|
| Invoice Date: | | October 12, 2023 |
| Invoice Number: | | 50046306 |
| Matter Number: | | 103027.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 08/08/23 | Docket Retrieval / Search | 16.00 | 1.60 |
| 08/08/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/09/23 | Docket Retrieval / Search | 16.00 | 1.60 |
| 08/11/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/11/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/11/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/13/23 | Docket Retrieval / Search | 16.00 | 1.60 |
| 08/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/15/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/21/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/21/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/21/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/21/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/21/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/22/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/22/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/22/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/22/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/22/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/22/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/25/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/25/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/25/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/25/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/25/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/25/23 | Docket Retrieval / Search | 3.00 | 0.30 |

Bittrex Incorporated
Billing Period through September 30, 2023

Invoice Date:               October 12, 2023
Invoice Number:                 50046306
Matter Number:               103027.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/25/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/25/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/25/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/30/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/30/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/30/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/05/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/06/23 | Reliable Wilmington - Deposition/Transcript 3 Day Original Transcript for Bittrex Inc. | 1.00 | 54.50 |
| 09/06/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/06/23 | Docket Retrieval / Search | 16.00 | 1.60 |
| 09/07/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/07/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/07/23 | Docket Retrieval / Search | 16.00 | 1.60 |
| 09/07/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 09/07/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/11/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1040846 | 1.00 | 0.10 |
| 09/11/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/12/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/12/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/12/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/13/23 | Color Photocopy Charges Duplication Color | 135.00 | 108.00 |
| 09/13/23 | Parcels, Inc. - Toscana 1041364 | 1.00 | 60.00 |
| 09/13/23 | Parcels, Inc. - Toscana 1041364 | 1.00 | 95.00 |
| 09/13/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/13/23 | Color Photocopy Charges Duplication Color | 135.00 | 108.00 |
| 09/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/14/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/14/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/15/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/15/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/15/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/18/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 09/18/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |

Bittrex Incorporated
Billing Period through September 30, 2023

| | | |
|---|---|---|
| Invoice Date: | | October 12, 2023 |
| Invoice Number: | | 50046306 |
| Matter Number: | | 103027.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 09/18/23 | Photocopy Charges Duplication BW | 38.00 | 3.80 |
| 09/18/23 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 09/18/23 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 09/18/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 09/18/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 09/18/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1042041 | 1.00 | 30.00 |
| 09/18/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 09/18/23 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 09/18/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 09/18/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 09/18/23 | Photocopy Charges Duplication BW | 56.00 | 5.60 |
| 09/18/23 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 09/18/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 09/18/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 09/18/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 09/18/23 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 09/18/23 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 09/18/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 09/18/23 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 09/18/23 | Photocopy Charges Duplication BW | 87.00 | 8.70 |
| 09/21/23 | Photocopy Charges Duplication BW | 60.00 | 6.00 |
| 09/21/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 09/21/23 | Photocopy Charges Duplication BW | 112.00 | 11.20 |
| 09/21/23 | Photocopy Charges Duplication BW | 106.00 | 10.60 |
| 09/21/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/25/23 | Color Photocopy Charges Duplication Color | 138.00 | 110.40 |
| 09/25/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 09/25/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/25/23 | Photocopy Charges Duplication BW | 1,136.00 | 113.60 |
| 09/25/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/25/23 | Photocopy Charges Duplication BW | 338.00 | 33.80 |
| 09/25/23 | Reliable Wilmington - Deposition/Transcript Transcript for Bittrex 9/13/23 hearing | 1.00 | 98.40 |
| 09/25/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1043083 | 1.00 | 15.00 |
| 09/25/23 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 09/25/23 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 09/25/23 | Color Photocopy Charges Duplication Color | 780.00 | 624.00 |
| 09/25/23 | Color Photocopy Charges Duplication Color | 165.00 | 132.00 |
| 09/25/23 | Color Photocopy Charges Duplication Color | 45.00 | 36.00 |

Bittrex Incorporated
Billing Period through September 30, 2023

| | Invoice Date: | October 12, 2023 |
| --- | --- | --- |
| | Invoice Number: | 50046306 |
| | Matter Number: | 103027.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
| --- | --- | --- | --- |
| 09/25/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 09/25/23 | Photocopy Charges Duplication BW | 273.00 | 27.30 |
| 09/25/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/26/23 | Photocopy Charges Duplication BW | 3.00 | 0.30 |
| 09/26/23 | Color Photocopy Charges Duplication Color | 9.00 | 7.20 |
| 09/26/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 09/26/23 | Color Photocopy Charges Duplication Color | 9.00 | 7.20 |
| 09/26/23 | Photocopy Charges Duplication BW | 3.00 | 0.30 |
| 09/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/26/23 | Photocopy Charges Duplication BW | 408.00 | 40.80 |
| 09/26/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 09/26/23 | Color Photocopy Charges Duplication Color | 9.00 | 7.20 |
| 09/26/23 | Photocopy Charges Duplication BW | 480.00 | 48.00 |
| 09/26/23 | Photocopy Charges Duplication BW | 3.00 | 0.30 |
| 09/28/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/28/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/28/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/28/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/28/23 | Manhattan Bagel - Working Meals Payment to Manhattan Bagel for catering services (breakfast) re Bittrex hearing on 9/13/23 | 1.00 | 119.49 |
| 09/28/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 09/28/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/28/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| | **Total** | | **$2,014.39** |

**Cost Summary**

| **Description** | **Amount** |
| --- | --- |
| Delivery / Courier | 45.00 |
| Deposition/Transcript | 152.90 |
| Docket Retrieval / Search | 51.70 |
| Reproduction Charges | 1,490.30 |
| Working Meals | 274.49 |
| **Total** | **$2,014.39** |

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

TAX I.D. NO. 51-0082644

Writer's Direct Dial
(302) 571-5003

Writer's E-Mail
kenos@ycst.com

Bittrex Incorporated
701 5th Ave
Suite 4200
Seattle, WA 98104

| | |
|---|---|
| Invoice Date: | October 12, 2023 |
| Invoice Number: | 50046306 |
| Matter Number: | 103027.1001 |

Re: Debtor Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 86,541.00 |
| Disbursements | $ | 2,014.39 |
| Total Due This Invoice | $ | 88,555.39 |

REMITTANCE

**PLEASE NOTE OUR BANKING INFORMATION HAS CHANGED AS OF 09/01/2023**
This invoice is payable upon receipt. Please return this page with your remittance.
**OR**
WIRE (ACH) FUNDS TO:
M&T Bank 1007 N. Market St., Wilmington, DE 19801
ABA#

Account Name: Young Conaway Stargatt & Taylor, LLP Attorney Business Account

Please include your Invoice # 50046306 and/or File # 103027.1001 for identification.