# **EXHIBIT C**



Bittrex Support › FAQ - Frequently Asked Questions › User Accounts

🔍 Search

# Frequently asked questions about account verification



**Bill**
December 28, 2015 05:49

FOLLOW

**Why does Bittrex have account verification?**

Bittrex verifies the account of each user as part of our Anti-Money Laundering (AML) and Know Your Customer (KYC) program.  This requirement is mandated on us by a number of different US government regulatory bodies.  The philosophy of our program is to require the minimum amount of information from our customers while providing the most services to them.

We're sharing the details of the program to you now so that we can collect feedback and make changes if possible.

**What are the different levels of verification?**

We support two types of accounts.

- Basic accounts can withdrawal up to .4 BTC worth of digital currency equivalent per day if they have two-factor enabled.
- Enhanced accounts can withdrawal up to 100 BTC per day if they have two-factor enabled.

**How do you verify accounts?**

- Basic accounts require users to submit their name, address, and birth date to us.  We verify it through public records.  If we can verify you through public records, we will accept your application for a basic account.  If that fails as well you will need to proceed to an enhanced verification.

⌃

- Enhanced accounts require users to submit scans of their identification and selfies. Our service provider, Jumio, uses a number of heuristics to verify that the ID are legitimate and the faces match.

**What countries and documents are supported for Enhanced Verification?**

Refer to Jumio's documentation here https://www.jumio.com/netverify/supported-countries/ to find the types of identification documents that are supported in each country.

**When does this go into effect?**

Currently we have implemented limitations on withdrawal amounts depending on level of verification and the enabling of two-factor. Please see https://support.bittrex.com/hc/en-us/articles/231701788 for details on the limits.



Was this article helpful?

67 out of 366 found this helpful

Have more questions? Submit a request

Articles in this section 

Set up Two-Factor (2FA)

Why is my account disabled?

Multiple Account Policy

Creating a Bittrex Account and Performing Verification

Frequently asked questions about account verification

© Bittrex Support

