# EXHIBIT A

Case 23-10597-BLS    Doc 642-1    Filed 11/29/23    Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. ___** |

### ORDER, PURSUANT TO BANKRUPTCY RULE 9006(c) AND LOCAL RULE 9006-1(e), SHORTENING THE NOTICE PERIOD WITH RESPECT TO AZIM GHADER'S MOTION TO CONTINUE

Upon consideration of the motion (the "Motion to Shorten")[2] of Azim Ghader ("Mr. Ghader") seeking entry of an order shortening the notice and objection periods and scheduling a hearing for the Continuance Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012*; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that Mr. Ghader's notice of the Motion to Shorten was appropriate and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having determined that the legal and factual bases set forth in the Motion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used herein, but not defined herein, shall have the meanings assigned such terms in the Motion to Shorten.

2

to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The hearing on the Continuance Motion is scheduled for _____ _____, 2023, at _____ (prevailing Eastern Time) (the "Hearing").

3. Responses or objections, if any, to the Continuance Motion shall be filed on or before _____ 2023, at _____ (prevailing Eastern Time).

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.