# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR <u>PRO</u> <u>HAC</u> <u>VICE</u> ADMISSION OF MICHAEL RHETT DEHART

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michael Rhett DeHart of Womble Bond Dickinson, 5 Exchange Street, Charleston, South Carolina 29401 to represent Azim Ghader, in the above-captioned bankruptcy case and related adversary proceeding.

Dated: November 30, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: elazar.kosman@wbd-us.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of South Carolina, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 30, 2023   */s/ Michael Rhett DeHart*
Michael Rhett DeHart
**WOMBLE BOND DICKINSON (US) LLP**
5 Exchange Street
Charleston, South Carolina 29401
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
Email: rhett.dehart@wbd-us.com

**ORDER GRANTING MOTION TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.