# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: December 11, 2023 at 10:00 a.m. (ET)<br>Objection Deadline: December 7, 2023 at 4:00 p.m. (ET)<br><br>Re: Docket Nos. 641, 642, 654 |

### NOTICE OF AZIM GHADER'S MOTION TO CONTINUE HEARING ON DEBTORS' OBJECTION TO MR. GHADER'S SURVIVING CLAIMS

**PLEASE TAKE NOTICE** that, on November 29, 2023, Azim Ghader ("Mr. Ghader"), by and through his undersigned counsel, filed *Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims* [Docket No. 641] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on November 29, 2023, Mr. Ghader also filed the *Motion of Azim Ghader for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period with Respect to Azim Ghader's Motion to Continue* [Docket No. 642] (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that on December 1, 2023, the Court entered the *Order, Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), Shortening the Notice Period with Respect to Azim Ghader's Motion to Continue* [Docket No. 654] (the "Order"). **Contemporaneously herewith, you are being served with copies of the Motion, Motion to Shorten and Order.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **December 7, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") and served upon the undersigned counsel on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **December 11, 2023 at 10:00 a.m. (ET)**. Parties planning to attend the hearing via Zoom can register through the following link: https://debuscourts.zoomgov.com/meeting/register/vJItc-urpzIpHx6HwNqCrg8wOIuigGx_0qQ.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS MOTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: December 1, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>          elazar.kosman@wbd-us.com<br><br>*Counsel to Azim Ghader* |