## Schedule 1

**Substantive Duplicate Claims**

Second Omnibus Objection (Substantive)
Schedule 1 – Substantive Duplicate Claims

| No. | Name/ Account ID | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed | Case Number/ Debtor | Claim # | Coin Amount | Claim Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Coin Amount | Claim Amount |

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Coin Amount | Claim Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Coin Amount | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | e263e06c-afd0-4980-b667-1ac9fbcfcfd0 | 7/21/2023 | 23-10598 / Bittrex Inc. | C598-141 | N/A | $7,000.00 | e263e06c-afd0-4980-b667-1ac9fbcfcfd0 | 8/6/2023 | 23-10598 / Bittrex Inc. | C598-246 | Dogecoin (DOGE) - 74768.87420985   Ethereum Classic (ETC) - 14.14722901   Litecoin (LTC) - 1.72240136   Monero (XMR) - 2.00000000   Neo (NEO) - 5095314423   OMG Network (OMG) - 92.28571429   Tether (USDT) - 3421.65009094   XRP (XRP) - 213.00000000 | $11,184.45 |
| 2 | e263e06c-afd0-4980-b667-1ac9fbcfcfd0 | 8/6/2023 | 23-10598 / Bittrex Inc. | C598-246 | N/A | $11,184.45 | e263e06c-afd0-4980-b667-1ac9fbcfcfd0 | 8/9/2023 | 23-10598 / Bittrex Inc. | C598-302 | 0x Protocol (ZRX) - 493.20   Adex (ADX) - 500   Ardor (ARDR) - 10   Ark (ARK) - 20   Augur v2 (REPV2) - 1   Basic Attention Token (BAT) - 225   Cardano (ADA) - 2610   Enigma (ENG) - 26.47   Golem Network Token (GLM) - 500   I/OCoin (IOC) - 16.02   IEx.ec (RLC) - 350   Ignis (IGNIS) - 100   Komodo (KMD) - 160   Litecoin (LTC) - 15   Metal (MTL) - 100   Navcoin (NAV) - 100   NEM (XEM) - 50   NXT (NXT) - 200   OMG Network (OMG) - 310   Patientory (PTOY) - 50   Pivx (PIVX) - 1   Qtum (QTUM) - 100.01   Signum (SIGNA) - 4500   Status Network Token (SNT) - 1000   Stellar Lumens (XLM) - 401.88   STORJ Network Token (STORJ) - 100   Stratis (STRAX) - 40   SysCoin (SYS) - 150   TRON (TRX) - 10990   Validity (VAL) - 2   Verge (XVG) - 14000   Vertcoin (VTC) - 1 | $11,184.00 |
| 3 | 6d28bd23-7321-4ef7-9484-1974e7a2882 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10973 | N/A | $2,143.55 | 6d28bd23-7321-4ef7-9484-1974e7a2882 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10724 | Waves (WAVES) - 3 | $2,143.55 |
| 4 | 1ba5aa3e-5ded-4562-819e-2327d26fd723 | 8/18/2023 | 23-10598 / Bittrex Inc. | C598-432 | Bitcoin (BTC) - 0.06361536 | $1,703.57 | 1ba5aa3e-5ded-4562-819e-2327d26fd723 | 8/18/2023 | 23-10598 / Bittrex Inc. | C598-434 | Bitcoin (BTC) - 0.08292635 | $2,220.70 |
| 5 | 4411c924-31e3-4198-a6a3-bcb36e95e314 | 8/24/2023 | 23-10598 / Bittrex Inc. | C598-862 | Bitcoin (BTC) - 20.8889 | $22,954.88 | 4411c924-31e3-4198-a6a3-bcb36e95e314 | 8/25/2023 | 23-10598 / Bittrex Inc. | C598-847 | Bitcoin (BTC) - 0.8889 | $23,041.41 |
| 6 | 02536f1d-ca97-4815-88f8-ce2705f09933 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10846 | Bitcoin (BTC) - UND | $14,266.38 | 02536f1d-ca97-4815-88f8-ce2705f09933 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10843 | Bitcoin (BTC) - 14266.38 | $14,266.38 |
| 7 | fb0ca3f6-26a5-412e-9deb-8f62da0b480a | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-126 | N/A | $871.22 | fb0ca3f6-26a5-412e-9deb-8f62da0b480a | 8/11/2023 | 23-10597 / Desolation Holdings LLC | C597-129 | N/A | $6,000.00 |
| 8 | dd12e349-483a-4bb2-af19-85f2b0c5fad6 | 8/28/2023 | 23-10600 Bittrex Malta Ltd. | C600-65 | Bitcoin (BTC) - 0.22   Dogecoin (DOGE) - 90000   Verge (XVG) - 1100 | N/A | dd12e349-483a-4bb2-af19-85f2b0c5fad6 | 8/29/2023 | 23-10600 Bittrex Malta Ltd. | C600-71 | Bitcoin (BTC) - 0.22   Dogecoin (DOGE) - 90000   Verge (XVG) - 1100 | $8,524.89 |
| 9 | e03eb9a0-f5cc-4dbb-a8dd-d96abba92090 | 8/22/2023 | 23-10598 / Bittrex Inc. | C598-492 | Auroracoin (AUR) - 950   Litecoin (LTC) - 6   MonetaryUnit (MUE) - 4000   Verge (XVG) - 12114 | $3,611.55 | e03eb9a0-f5cc-4dbb-a8dd-d96abba92090 | 8/21/2023 | 23-10598 / Bittrex Inc. | C598-363 | Bitcoin (BTC) - 0.12600 | $3,626.60 |
| 10 | e03eb9a0-f5cc-4dbb-a8dd-d96abba92090 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10294 | Bitcoin (BTC) - 0.0195 | $530.48 | e03eb9a0-f5cc-4dbb-a8dd-d96abba92090 | 8/25/2023 | 23-10598 / Bittrex Inc. | C598-10295 | Bitcoin (BTC) - 0.0195 | $530.48 |
| | e03eb9a0-f5cc-4dbb-a8dd-d96abba92090 | | | | Auroracoin (AUR) - 950   Litecoin (LTC) - 6   MonetaryUnit (MUE) - 4000   Verge (XVG) - 12114 | $4,832.00 | e03eb9a0-f5cc-4dbb-a8dd-d96abba92090 | 8/25/2023 | 23-10597 / Desolation Holdings LLC | C597-257 | Auroracoin (AUR) - 950   Litecoin (LTC) - 6   MonetaryUnit (MUE) - 4000   Verge (XVG) - 12114 | $5,000.00 |
| 11 | eec4ebd1-a6b9-4129-b3fe-71bf4cd41f54 | | | C597-344 | Neo (NEO) - 160 | $1,148.00 | eec4ebd1-a6b9-4129-b3fe-71bf4cd41f54 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10831 | Neo (NEO) - 160 | $1,148.00 |
| 12 | caedb6e0-bf9a-4846-819a-1f2428b213b4 | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-398 | N/A | N/A | caedb6e0-bf9a-4846-819a-1f2428b213b4 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-991 | N/A | $25,727.76 |
| 13 | b7361702-7b5a-46d9-a158-724d2f913074 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10444 | Ethereum (ETH) - 0.92343909 | $1,734.34 | b7361702-7b5a-46d9-a158-724d2f913074 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10465 | Ethereum (ETH) - 0.92343909 | $1,734.34 |
| 14 | 00835256-156c-4034-88d4-97ec44c2328a | 8/16/2023 | 23-10598 / Bittrex Inc. | C598-363 | N/A | $3,611.55 | 00835256-156c-4034-88d4-97ec44c2328a | 8/21/2023 | 23-10598 / Bittrex Inc. | C598-650 | Bitcoin (BTC) - 0.12600 | $3,626.60 |
| 15 | d97a2657-8b43-4e74-b7bd-cdded95f3740 | 8/30/2023 | 23-10599 / Bittrex Malta Ltd. | C598-10294 | Bitcoin (BTC) - 0.0195 | $530.48 | d97a2657-8b43-4e74-b7bd-cdded95f3740 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10295 | Bitcoin (BTC) - 0.0195 | $530.48 |
| 16 | c8850450-7c4d-4a9c-85d8-3252608aa81c | 8/29/2023 | 23-10597 / Desolation Holdings LLC | C597-10082 | Bitcoin (BTC) - 0.03729 | $1,031.72 | c8850450-7c4d-4a9c-85d8-3252608aa81c | 8/29/2023 | 23-10598 / Bittrex Inc. | C597-10084 | Bitcoin (BTC) - 0.03729 | $1,031.72 |
| 17 | 4ff345b9-e672-49d4-ab7c-e53fd72557c7 | 8/28/2023 | 23-10600 Bittrex Malta Ltd. | C597-10023 | Bitcoin (BTC) - UND   Flare (FLR) - 32.03   TRON (TRX) - 11320   XRP (XRP) - 2110 | $1,964.00 | 4ff345b9-e672-49d4-ab7c-e53fd72557c7 | 9/1/2023 | 23-10597 / Desolation Holdings LLC | C597-10359 | Bitcoin (BTC) - 2.878   Flare (FLR) - 32.03   TRON (TRX) - 11320   XRP (XRP) - 2110 | $1,964.00 |
| 18 | 47d300b6-839b-4c98-949f-99721f85de91 | 8/31/2023 | 23-10599 / Bittrex Malta Ltd. | C599-39 | N/A | $11,242.12 | 47d300b6-839b-4c98-949f-99721f85de91 | 8/31/2023 | 23-10598 / Bittrex Inc. | C597-10169 | Bitcoin (BTC) - 0.37531774   Zcash (ZEC) - 17.20904204 | $11,242.12 |
| 19 | 0d3a68fe-0818-4617-a544-87d6a1303211f | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10859 | Bitcoin (BTC) - 0.010459   Neo (NEO) - 5   PotCoin (POT) - 201.5905   Siacoin (SC) - 2000.47   Stellar Lumens (XLM) - N/A   26.1   VeriCoin (VRC) - 140   VeriumReserve (VRM) - 10 | N/A | 0d3a68fe-0818-4617-a544-87d6a1303211f | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10910 | Bitcoin (BTC) - 0.010459   Neo (NEO) - 5   PotCoin (POT) - 201.5905   Siacoin (SC) - 2000.47   Stellar Lumens (XLM) - 26.1   VeriCoin (VRC) | N/A |
| 20 | 9a018d4f-0758-4426-9674-2c168e2c397d | 8/1/2023 | 23-10598 / Bittrex Inc. | C598-192 | Bitcoin (BTC) - 0.24207833 | $5,960.13 | 9a018d4f-0758-4426-9674-2c168e2c397d | 8/30/2023 | 23-10599 / Bittrex Malta Ltd. | C598-10086 | Bitcoin (BTC) - 0.24207833   Litecoin (LTC) - 10.649176 | $5,960.13 |
| 21 | a5b8e4b9-ca4d-43a2-9642-2d4f62a81d906 | 8/29/2023 | 23-10598 / Bittrex Inc. | C599-26 | N/A | $4,200.00 | a5b8e4b9-ca4d-43a2-9642-2d4f62a81d906 | 9/4/2023 | 23-10598 / Bittrex Inc. | C599-54 | N/A | $4,200.00 |
| 22 | 9320a8e8-8552-4e88-8e33-0ebbb0e95866 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10358 | Cardano (ADA) - 9742.15745253 | $2,591.70 | 9320a8e8-8552-4e88-8e33-0ebbb0e95866 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10816 | Cardano (ADA) - 9742.15745253 | $2,507.72 |
| 23 | 33e93298-06b5-4ebb-a26d-0abd8d328c7f | 8/29/2023 | 23-10600 Bittrex Malta Ltd. | C600-74 | N/A | $4,848.00 | 33e93298-06b5-4ebb-a26d-0abd8d328c7f | 8/29/2023 | 23-10600 Bittrex Malta Ltd. | C600-73 | N/A | $4,348.00 |
| 24 | 33e93298-06b5-4ebb-a26d-0abd8d328c7f | 8/29/2023 | 23-10600 Bittrex Malta Ltd. | C600-73 | N/A | $4,348.00 | 33e93298-06b5-4ebb-a26d-0abd8d328c7f | 8/29/2023 | 23-10598 / Bittrex Inc. | C598-899 | N/A | $4,849.00 |
| 25 | 9917a3b5-694a-4476-81ef-1ff345182dba | 8/7/2023 | 23-10597 / Desolation Holdings LLC | C597-108 | Cardano (ADA) - UND | $23,500.00 | 9917a3b5-694a-4476-81ef-1ff345182dba | 8/14/2023 | 23-10597 / Desolation Holdings LLC | C597-152 | Cardano (ADA) - UND | $23,500.00 |
| 26 | 07d4810e-9509-4aa9-9487-448b2d18868a | 8/26/2023 | 23-10597 / Desolation Holdings LLC | C597-281 | N/A | $1,464.18 | 07d4810e-9509-4aa9-9487-448b2d18868a | 8/26/2023 | 23-10598 / Bittrex Inc. | C598-695 | N/A | $1,464.18 |
| 27 | 27c6f206-0329-4523-9e46-3e327438a99f | 9/1/2023 | 23-10597 / Desolation Holdings LLC | C597-10356 | Cardano (ADA) - UND   Neo (NEO) - UND   Stellar Lumens (XLM) - UND   Verge (XVG) - UND | $5,000.00 | 27c6f206-0329-4523-9e46-3e327438a99f | 9/1/2023 | 23-10598 / Bittrex Inc. | C597-10358 | Cardano (ADA) - 1864597.060   Neo (NEO) - 1287517.53   Stellar Lumens (XLM) - 211661750   Verge (XVG) - 2129059.360 | $5,000.00 |
| 28 | 31070476-625d-4c85-8571-c0a2f9533c61 | 10/13/2023 | 23-10598 / Bittrex Inc. | C598-1321 | Aragon (ANT) - UND   Dogecoin (DOGE) - UND   ReddCoin (RDD) - UND | $596.46 | 31070476-625d-4c85-8571-c0a2f9533c61 | 10/13/2023 | 23-10598 / Bittrex Inc. | C598-1322 | UND | $596.46 |
| 29 | 05bac980-d47a-4336-b290-a35018ab2064 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-988 | N/A | $3,296.71 | 05bac980-d47a-4336-b290-a35018ab2064 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10699 | Stellar Lumens (XLM) - UND | $3,296.71 |
| 30 | 05bac980-d47a-4336-b290-a35018ab2064 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10699 | Stellar Lumens (XLM) - UND | $3,296.71 | 05bac980-d47a-4336-b290-a35018ab2064 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10706 | Stellar Lumens (XLM) - 3296.71 | $3,296.71 |
| 31 | 42b90476-51fe-4d8a-abf6-c5ef48493d4f | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10321 | XRP (XRP) - 7200 | $3,600.00 | 42b90476-51fe-4d8a-abf6-c5ef48493d4f | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10687 | XRP (XRP) - 7200 | $3,600.00 |

1

Second Omnibus Objection (Substantive)
Schedule 1 – Substantive Duplicate Claims

| No. | Name/Account ID | DUPLICATE CLAIM TO BE DISALLOWED ||||| REMAINING CLAIM |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed | Case Number/Debtor | Claim # | Coin Amount | Claim Amount | Date Filed | Case Number/Debtor | Claim # | Coin Amount | Claim Amount |
| 32 | 6f348eae-00a0-4977-abe1-47ef0e5b392e | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10769 | N/A | $1,345.67 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10800 | N/A | $1,345.66 |
| 33 | 7fca6056-cdf6-4791-823c-50835ecb05e4 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10323 | Bitcoin (BTC) - 0.0000004300 Dash (DASH) - 1.003 USD Coin (USDC) - 2.6 | $2,696.39 | 9/5/2023 | 23-10597 / Desolation Holdings LLC | C597-10366 | Bitcoin (BTC) - 0.0000004300 Dash (DASH) - 1.003 USD Coin (USDC) - 2.6 | $2,696.39 |
| 34 | 3a03d328-cf68-4c35-8911-22bc4edf4ed2 | 6/21/2023 | 23-10597 / Desolation Holdings LLC | C597-41 | Bitcoin (BTC) - 0.10889419 | $596.19 | 6/22/2023 | 23-10597 / Desolation Holdings LLC | C597-25 | Bitcoin (BTC) - 0.10889419 | $596.19 |
| 35 | cc96b810-84af-4871-b58d-33d4f8c6443f | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10475 | TRON (TRX) - 5210 | $412.00 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10473 | TRON (TRX) - 5210 | $412.00 |
| 36 | cc96b810-84af-4871-b58d-33d4f8c6443f | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10473 | TRON (TRX) - 5210 | $412.00 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10478 | TRON (TRX) - 5210 | $412.00 |
| 37 | cc96b810-84af-4871-b58d-33d4f8c6443f | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10478 | TRON (TRX) - 5210 | $412.00 | 9/1/2023 | 23-10598 / Bittrex Inc. | C598-11021 | TRON (TRX) - 5215.60568603 | $412.00 |
| 38 | 1cb88c4b-92b1-4884-a05a-e74f9ddbca0a | 8/28/2023 | 23-10598 / Bittrex Inc. | C598-713 | N/A | $239.46 | 8/28/2023 | 23-10598 / Bittrex Inc. | C598-711 | N/A | $628.99 |
| 39 | 1cb88c4b-92b1-4884-a05a-e74f9ddbca0a | 8/28/2023 | 23-10598 / Bittrex Inc. | C598-711 | N/A | $628.99 | 8/28/2023 | 23-10598 / Bittrex Inc. | C598-712 | N/A | $980.50 |
| 40 | e833de66-4769-4e03-9589-6417ce27ef2f | 8/7/2023 | 23-10598 / Bittrex Inc. | C598-276 | Bitcoin (BTC) - 0.06039326 Bitcoin Cash (BCHN) (BCH) - N/A 0.02227806 | | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10266 | Bitcoin (BTC) - 0.06039326 Bitcoin Cash (BCHN) (BCH) - 0.02227806 | N/A |
| 41 | 2a613e51-0c38-4bd8-bf58-0387f6d2958 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-990 | N/A | $2,259.01 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-993 | N/A | $2,259.01 |
| 42 | 8c2da035-07d2-41b9-b4b4-aa2849390f0e | 9/22/2023 | 23-10597 / Desolation Holdings LLC | C597-367 | AdEx (ADX) - 285.00 Bitcoin (BTC) - 0.02284032 Cardano (ADA) - 2850.00 DigiByte (DGB) - 25000.00 Dogecoin (DOGE) - 21250.00 Ethereum (ETH) - 2.25755894 EthereumPoW (ETHW) - 2.25755894 Flare (FLR) - 634.599 ICON (ICX) - 203.3075 | $8,000.00 | 9/22/2023 | 23-10598 / Bittrex Inc. | C598-1277 | AdEx (ADX) - 285.00 Bitcoin (BTC) - 0.02284032 Cardano (ADA) - 2850.00 DigiByte (DGB) - 25000.00 Dogecoin (DOGE) - 21250.00 Ethereum (ETH) - 2.25755894 EthereumPoW (ETHW) - 2.25755894 Flare (FLR) - 634.599 ICON (ICX) - 203.3075 | $8,000.00 |
| 43 | efd6cdbc-3b71-4c6a-be2d-2833669f58e6 | 8/29/2023 | 23-10598 / Bittrex Inc. | C598-1079 | Dogecoin (DOGE) - 150000 | $11,000.00 | 8/29/2023 | 23-10598 / Bittrex Inc. | C598-1081 | Artbyte (ABY) - 9246.8 BitBay (BAY) - 4000 Bitcoin Cash (BCHN) (BCH) - 0.14276459 DECENT (DCT) - 200 DigitalNote (XDN) - 100000 Dogecoin (DOGE) - 147335 Edgeless (EDG) - 421.61 Expanse (EXP) - 21.42 FirstBlood (1ST) - 420.17 Siacoin (SC) - 12150 Status Network Token (SNT) - 5800 Syndicate (SYNX) - 800 TenX Pay Token (PAY) - 80 Verge (XVG) - 11000 ZClassic (ZCL) - 28.82 | $12,000.00 |
| 44 | 94b6f1e9-4fc6-4831-b5af-d4585b56a282 | 8/2/2023 | 23-10598 / Bittrex Inc. | C598-198 | N/A | $666.00 | 8/7/2023 | 23-10598 / Bittrex Inc. | C598-261 | N/A | $1,294.35 |
| 45 | 4d51a5d7-9cd0-4eb3-86ac-f5347d4019b7 | 8/23/2023 | 23-10598 / Bittrex Inc. | C598-643 | N/A | $983.24 | 8/28/2023 | 23-10598 / Bittrex Inc. | C598-10154 | Bitcoin (BTC) - 0.03266972 Verge (XVG) - 822.8800000000 | $983.24 |
| 46 | 6b6d1abe-0416-49f8-b009-73d83ec95c2f | 9/5/2023 | 23-10598 / Bittrex Inc. | C598-11091 | Ethereum (ETH) - 46.9173 | $76,706.97 | 9/6/2023 | 23-10598 / Bittrex Inc. | C598-11124 | Ethereum (ETH) - 46.9173 | $76,706.97 |
| 47 | 6b6d1abe-0416-49f8-b009-73d83ec95c2f | 9/7/2023 | 23-10598 / Bittrex Inc. | C598-11111 | N/A | $78,778.47 | 9/7/2023 | 23-10598 / Bittrex Inc. | C598-1207 | N/A | $78,778.47 |
| 48 | d7cf3137-ba5b-4b02-b3f9-b008ba6b8255 | 8/30/2023 | 23-10600 Bittrex Malta Ltd. | C600-10022 | Ethereum (ETH) - 0.5 | $934.54 | 8/31/2023 | 23-10600 Bittrex Malta Ltd. | C600-118 | Ethereum (ETH) - 0.4975 | $934.54 |
| 49 | d6d4a495-b0a2-435e-b10f-07326e550ba | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-10045 | AdEx (ADX) - UND Ark (ARK) - UND BitShares (BTS) - UND Cardano (ADA) - 10000 DigiByte (DGB) - 2000 districtOx (DNT) - UND EOS (EOS) - UND MaidSafeCoin (MAID) - UND NEM (XEM) - UND Pivx (PIVX) - UND ReddCoin (RDD) - UND STEEM (STEEM) - UND SysCoin (SYS) - UND Verge (XVG) - 10000 | $4,886.90 | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10060 | Ark (ARK) - 200 Breakout (BRK) - 0 Cardano (ADA) - 14000 DigiByte (DGB) - 2000 districtOx (DNT) - 10 Litecoin (LTC) - 3 MaidSafeCoin (MAID) - 250 Monero (XMR) - 13 Neo (NEO) - 50 ReddCoin (RDD) - 100000 Siacoin (SC) - 10000 SysCoin (SYS) - N/A | $4,886.90 |
| 50 | d6d4a495-b0a2-435e-b10f-07326e550ba | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10060 | Ark (ARK) - 200 Breakout (BRK) - 0 Cardano (ADA) - 14000 DigiByte (DGB) - 2000 districtOx (DNT) - 10 Litecoin (LTC) - 3 MaidSafeCoin (MAID) - 250 Monero (XMR) - 13 Neo (NEO) - 50 (NEO) - 50 ReddCoin (RDD) - 100000 Siacoin (SC) - 10000 Network (OMG) - 50.00 Siacoin (SC) - 2968.75 Stellar Lumens (XLM) - 74.96523915 USD Coin (USDC) - 103.00 Verge (XVG) - 2891.30434783 Vertcoin (VTC) - 61.57407407 Waves (WAVES) - 39.74166919 | $8,008.85 | 8/28/2023 | 23-10598 / Bittrex Inc. | C597-10061 | Ark (ARK) - 200 Breakout (BRK) - 0 Cardano (ADA) - 14000 DigiByte (DGB) - 2000 districtOx (DNT) - 10 Litecoin (LTC) - 3 MaidSafeCoin (MAID) - 250 Monero (XMR) - 13 Neo (NEO) - 50 ReddCoin (RDD) - 100000 Siacoin (SC) - 10000 SysCoin (SYS) - | $4,886.90 |
| 51 | 2210d2fb-3175-495e-accd-7c1378851695 | 9/1/2023 | 23-10598 / Bittrex Inc. | C598-11061 | Hedera (HBAR) - UND | $1,200.00 | 9/1/2023 | 23-10598 / Bittrex Inc. | C598-11064 | Hedera (HBAR) - UND | $1,200.00 |
| 52 | ce9fabec-8d0c-4658-aa1c-b4773f0fe8bc3 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10844 | N/A | $409.09 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10872 | N/A | $409.09 |
| 53 | ce9fabec-8d0c-4658-aa1c-b4773f0fe8bc3 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10871 | Cardano (ADA) - 750 Qtum (QTUM) - 11.73 TRON (TRX) - 1900 | $351.04 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10872 | N/A | $409.09 |
| 54 | e179f920-816e-40a0-8e0d-85822ea646ae | 8/31/2023 | 23-10600 Bittrex Malta Ltd. | G600-112 | N/A | $1,135.65 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-1135 | N/A | $1,136.65 |
| 55 | e9f9e3a7-abf9-4038-8e64-9a954f414e37 | 8/30/2023 | 23-10598 / Bittrex Inc. | C598-10236 | Bitcoin (BTC) - 0.00003002 DigiByte (DGB) - 937.5 Dogecoin (DOGE) - 100000.00 Ethereum Classic (ETC) - 50.00 Lisk (LSK) - 15.00 MonaCoin (MONA) - 63.30260642 NEM (XEM) - 2010.08707865 Neo (NEO) - 22.62087963 OMG Network (OMG) - 50.00 Siacoin (SC) - 2968.75 Stellar Lumens (XLM) - 74.96523915 USD Coin (USDC) - 103.00 Vertcoin (VTC) - Verge (XVG) - 2891.30434783 Vertcoin (VTC) - 61.57407407 Waves (WAVES) - 39.74166919 | $8,008.85 | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10745 | Ark (ARK) - 200 Breakout (BRK) - 0 Cardano (ADA) - 14000 DigiByte (DGB) - 2000 districtOx (DNT) - 10 Litecoin (LTC) - 3 MaidSafeCoin (MAID) - 250 Monero (XMR) - 13 Neo (NEO) - 50 ReddCoin (RDD) - 100000 Siacoin (SC) - 10000 SysCoin (SYS) - 61.57407407 Waves (WAVES) - 39.74166919 | $7,819.36 |
| 56 | 4d529856-d4de-4d03-b2ca-47fb32047e6e | 8/28/2023 | 23-10598 / Bittrex Inc. | C598-851 | N/A | $3,536.51 | 8/28/2023 | 23-10598 / Bittrex Inc. | C598-10158 | Cardano (ADA) - 12505.19 Ethereum (ETH) - 0.022729429 EthereumPoW (ETHW) - 0.022729429 OMG Network (OMG) - 105.124 | $3,536.51 |
| 57 | ec5a4c96-24d3-456d-be98-6344cf2fc82b | 9/1/2023 | 23-10598 / Bittrex Inc. | C598-11049 | Tether (USDT) - 20.81 | $1,133.76 | 9/1/2023 | 23-10598 / Bittrex Inc. | C598-11073 | Tether (USDT) - 20.81 | $1,133.76 |
| 58 | d651454b-af59-43ea-b100-af213493a1c6 | 6/23/2023 | 23-10598 / Bittrex Inc. | C598-18 | Bitcoin (BTC) - UND | $2,216.00 | 6/23/2023 | 23-10598 / Bittrex Inc. | C598-19 | N/A | $2,216.00 |
| 59 | b7d45b7d-4028-4bcd-8841-ab43facf6f0e2 | 8/21/2023 | 23-10598 / Bittrex Inc. | C598-426 | N/A | $1,620.42 | 8/21/2023 | 23-10598 / Bittrex Inc. | C598-427 | N/A | $1,620.42 |
| 60 | 0cc50bc7-22ef-4a6c-9eb9-2c0981a3123c | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10447 | N/A | $3,000.00 | 9/11/2023 | 23-10598 / Bittrex Inc. | C598-11133 | N/A | $3,000.00 |
| 61 | e027cfe5-d1a5-4deb-9d9c-81e9cf6f0c88 | 8/27/2023 | 23-10597 / Desolation Holdings LLC | C597-294 | Ethereum (ETH) - UND | N/A | 8/28/2023 | 23-10598 / Bittrex Inc. | C597-10016 | Ethereum (ETH) - UND | $2,238.10 |
| 62 | 71032af7-903c-4c32-bab0-459d67d42252 | 8/25/2023 | 23-10598 / Bittrex Inc. | C598-867 | XRP (XRP) - 5759.8505 | $2,970.00 | 9/8/2023 | 23-10598 / Bittrex Inc. | C598-11125 | XRP (XRP) - 5759.8505 | $2,970.00 |
| 63 | c7e14e81-7233-4392-8d97-c5106f7d9948 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10241 | Basic Attention Token (BAT) - UND Bitcoin (BTC) - UND Neo (NEO) - UND Stellar Lumens (XLM) - UND TRON (TRX) - UND | N/A | 8/31/2023 | 23-10598 / Bittrex Inc. | C597-10246 | Basic Attention Token (BAT) - UND Bitcoin (BTC) - UND Neo (NEO) - UND Stellar Lumens (XLM) - UND TRON (TRX) - UND | $68,847.00 |
| 64 | 29caa0e1-5f21-459b-8578-992c00e014cc | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10989 | Bitcoin (BTC) - UND | $2,989.85 | 9/1/2023 | 23-10598 / Bittrex Inc. | C598-11022 | Bitcoin (BTC) - UND | $2,989.85 |
| 65 | 2c981e53-ccfa-4b82-868d-bfb17b0a4e84 | 8/16/2023 | 23-10598 / Bittrex Inc. | C598-389 | Hive (HIVE) - 380.33, STEEM (STEEM) - 460.33, STORJ (STORJ) - 1290, SysCoin (SYS) - 3480 | N/A | 8/21/2023 | 23-10598 / Bittrex Inc. | C598-549 | Hive (HIVE) - 460.33, STEEM (STEEM) - 460.33, STORJ (STORJ) - 1290, SysCoin (SYS) - 3480 | N/A |
| 66 | 47934eee-afa9-42e4-bc49-9f776046fae0 | 8/28/2023 | 23-10598 / Bittrex Inc. | C598-10150 | N/A | N/A | 8/31/2023 | 23-10598 / Bittrex Inc. | C598-10402 | Bitcoin (BTC) - 0.3079 Cardano (ADA) - 4420.00 Decentraland (MANA) - 10000.00 districtOx (DNT) - 3000.00 Dogecoin (DOGE) - 100000.00 Feathercoin (FTC) - 2000.00 Flare (FLR) - 1810.00 GeoCoin (GEO) - 300.00 Hive (HIVE) - 200.00 Ignis (IGNIS) - 500.00 Neo (NEO) - 30.00 Nexus (NXS) - 100.00 NXT (NXT) - 1000.00 ReddCoin (RDD) - 10000.00 STEEM (STEEM) - 200.00 Stellar Lumens (XLM) - 5000.00 Verge (XVG) - 10000.00 XRP (XRP) - 12000.00 | N/A |
| 67 | cf06f084-ec30-4e64-9bc8-f633ff1cf0f4 | 8/30/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-30 | N/A | $930.42 | 8/30/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-32 | N/A | $930.42 |