## Schedule 1

**Cross-Debtor Duplicate Claims**

Third Omnibus Objection (Substantive)
Schedule 1 – Cross-Debtor Duplicate Claims

| No. | CROSS-DEBTOR DUPLICATE CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 1 | 4f27fd19-bfa6-426b-b4da-b20d7e1b6789 | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-337 | $8,863.55 | N/A | 4f27fd19-bfa6-426b-b4da-b20d7e1b6789 | 8/30/2023 | 23-10600 / Bittrex Malta Ltd. | C600-115 | $8,863.55 | N/A |
| 2 | b7eb6ca7-f9c8-467f-a0df-24f834e23cd3 | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10022 | N/A | Bitcoin (BTC) - 0.1198, Bitcoin Cash (BCHN) (BCH) - 0.3020, Dash (DASH) - 1.788, Lisk (LSK) - 13.46, Neo (NEO) - 2.800, Stratis (STRAX) - 20.00, XRP (XRP) - 400.00 | b7eb6ca7-f9c8-467f-a0df-24f834e23cd3 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10476 | N/A | Bitcoin (BTC) - 0.1198, Bitcoin Cash (BCHN) (BCH) - 0.3020, Dash (DASH) - 1.788, Lisk (LSK) - 13.46, Neo (NEO) - 2.800, Stratis (STRAX) - 20.00, XRP (XRP) - 400.00 |
| 3 | b7eb6ca7-f9c8-467f-a0df-24f834e23cd3 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10067 | N/A | Bitcoin (BTC) - 0.1198, Bitcoin Cash (BCHN) (BCH) - 0.3020, Dash (DASH) - 1.788, Lisk (LSK) - 13.46, Neo (NEO) - 2.800, Stratis (STRAX) - 20.00, XRP (XRP) - 400.00 | b7eb6ca7-f9c8-467f-a0df-24f834e23cd3 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10476 | N/A | Bitcoin (BTC) - 0.1198, Bitcoin Cash (BCHN) (BCH) - 0.3020, Dash (DASH) - 1.788, Lisk (LSK) - 13.46, Neo (NEO) - 2.800, Stratis (STRAX) - 20.00, XRP (XRP) - 400.00 |
| 4 | f4324b55-ccc1-46f1-959d-61ab887a5472 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10180 | $12,201.87 | N/A | f4324b55-ccc1-46f1-959d-61ab887a5472 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-110 | $12,201.87 | N/A |
| 5 | e62b24e1-31f3-449f-996f-f571266f702cf | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10298 | $933.60 | Decred (DCR) - 69.12, DigitalNote (XDN) - 2000, ReddCoin (RDD) - 425480 | e62b24e1-31f3-449f-996f-f571266f702cf | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10790 | $933.60 | Decred (DCR) - 69.12, DigitalNote (XDN) - 2000, ReddCoin (RDD) - 425480 |
| 6 | 3369e8bc-b51e-443e-bf2d-ae07a7028e10 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10179 | $23,007.48 | N/A | 3369e8bc-b51e-443e-bf2d-ae07a7028e10 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10458 | $23,007.48 | N/A |
| 7 | 3369e8bc-b51e-443e-bf2d-ae07a7028e10 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10062 | $23,007.48 | N/A | 3369e8bc-b51e-443e-bf2d-ae07a7028e10 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C597-10179 | $23,007.48 | N/A |
| 8 | 761b5817-a312-43c1-a730-2d18b2fcb5c6 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10126 | $1,000.00 | N/A | 761b5817-a312-43c1-a730-2d18b2fcb5c6 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10579 | $1,000.00 | N/A |
| 9 | 3b8dcf7f-e835-4051-95d5-76d329ce6a71 | 6/10/2023 | 23-10597 / Desolation Holdings LLC | C597-10280 | N/A | Bitcoin (BTC) - UND, Cardano (ADA) - UND | 3b8dcf7f-e835-4051-95d5-76d329ce6a71 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10865 | N/A | Bitcoin (BTC) - UND, Cardano (ADA) - UND |
| 10 | 3b8dcf7f-e835-4051-95d5-76d329ce6a71 | 6/10/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-63 | N/A | Bitcoin (BTC) - UND, Cardano (ADA) - UND | 3b8dcf7f-e835-4051-95d5-76d329ce6a71 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10865 | N/A | Bitcoin (BTC) - UND, Cardano (ADA) - UND |
| 11 | 3b8dcf7f-e835-4051-95d5-76d329ce6a71 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10113 | N/A | Bitcoin (BTC) - UND, Cardano (ADA) - UND | 3b8dcf7f-e835-4051-95d5-76d329ce6a71 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10865 | N/A | Bitcoin (BTC) - UND, Cardano (ADA) - UND |
| 12 | 333e7a81-a47d-4d3f-acba-f3058c027fd | 6/10/2023 | 23-10597 / Desolation Holdings LLC | C597-12 | $50,411.54 | Decentraland (MANA) - 77.93624642, Ethereum (ETH) - 15.41654502, Fantom (FTM) - 2390.84576000, Hedera (HBAR) - 10036.30845216, Shiba Inu (SHIB) - 152098085.96734000, TRON (TRX) - 4602.54916788 | 333e7a81-a47d-4d3f-acba-f3058c027fd | 6/10/2023 | 23-10598 / Bittrex, Inc. | C598-103 | $50,411.54 | Decentraland (MANA) - 77.93624642, Ethereum (ETH) - 15.41654502, Fantom (FTM) - 2390.84576000, Hedera (HBAR) - 10036.30845216, Shiba Inu (SHIB) - 152098085.96734000, TRON (TRX) - 4602.54916788 |
| 13 | 333e7a81-a47d-4d3f-acba-f3058c027fd | 6/10/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-2 | $50,411.54 | Decentraland (MANA) - 77.93624642, Ethereum (ETH) - 15.41654502, Fantom (FTM) - 2390.84576000, Hedera (HBAR) - 10036.30845216, Shiba Inu (SHIB) - 152098085.96734000, TRON (TRX) - 4602.54916788 | 333e7a81-a47d-4d3f-acba-f3058c027fd | 6/10/2023 | 23-10598 / Bittrex, Inc. | C598-103 | $50,411.54 | Decentraland (MANA) - 77.93624642, Ethereum (ETH) - 15.41654502, Fantom (FTM) - 2390.84576000, Hedera (HBAR) - 10036.30845216, Shiba Inu (SHIB) - 152098085.96734000, TRON (TRX) - 4602.54916788 |
| 14 | 333e7a81-a47d-4d3f-acba-f3058c027fd | 6/10/2023 | 23-10600 / Bittrex Malta Ltd. | C600-3 | $50,411.54 | Decentraland (MANA) - 77.93624642, Ethereum (ETH) - 15.41654502, Fantom (FTM) - 2390.84576000, Hedera (HBAR) - 10036.30845216, Shiba Inu (SHIB) - 152098085.96734000, TRON (TRX) - 4602.54916788 | 333e7a81-a47d-4d3f-acba-f3058c027fd | 6/10/2023 | 23-10598 / Bittrex, Inc. | C598-103 | $50,411.54 | Decentraland (MANA) - 77.93624642, Ethereum (ETH) - 15.41654502, Fantom (FTM) - 2390.84576000, Hedera (HBAR) - 10036.30845216, Shiba Inu (SHIB) - 152098085.96734000, TRON (TRX) - 4602.54916788 |
| 15 | 1864cf4a-57b3-4b5c-9700-12cf8d1ba134 | 8/18/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-6 | N/A | Bitcoin (BTC) - 0.002, Bitcoin Cash ABC (BCHA) - 0.002 | 1864cf4a-57b3-4b5c-9700-12cf8d1ba134 | 8/24/2023 | 23-10600 / Bittrex Malta Ltd. | C600-41 | N/A | Bitcoin (BTC) - 0.002, Bitcoin Cash ABC (BCHA) - 0.002 |
| 16 | f65c3dbb-cf39-4aba-903a-e1753cf62e62 | 8/30/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10028 | $1,280.00 | Bitcoin (BTC) - 0.02596381, Bitcoin Cash (BCHN) (BCH) - 0.11973691, Cardano (ADA) - 123.14266066, Dash (DASH) - 0.06657980, Ethereum (ETH) - 0.22664306, Ethereum Classic (ETC) - 0.22664306, EthereumPoW (ETHW) - 0.22664306, HempCoin (THC) - 55.55555556, Horizen (ZEN) - 1.00813008, Ignis (IGNIS) - 75.19769509, Pivx (PIVX) - 3.34238532, Stratis (STRAX) - 6.14074744, XRP (XRP) - 41.66666667 | f65c3dbb-cf39-4aba-903a-e1753cf62e62 | 8/30/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10089 | $1,280.00 | Bitcoin (BTC) - 0.02596381, Bitcoin Cash (BCHN) (BCH) - 0.11973691, Cardano (ADA) - 123.14266066, Dash (DASH) - 0.06657980, Ethereum (ETH) - 0.22664306, Ethereum Classic (ETC) - 0.22664306, EthereumPoW (ETHW) - 0.22664306, HempCoin (THC) - 55.55555556, Horizen (ZEN) - 1.00813008, Ignis (IGNIS) - 75.19769509, Pivx (PIVX) - 3.34238532, Stratis (STRAX) - 6.14074744, XRP (XRP) - 41.66666667 |
| 17 | 88c55287-82cb-4b2c-b171-bba370e5a7cc | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10183 | $703.19 | N/A | 88c55287-82cb-4b2c-b171-bba370e5a7cc | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10487 | $703.19 | N/A |
| 18 | 3d567607-d570-45c0-a10a-cea3f4f99650 | 9/21/2023 | 23-10597 / Desolation Holdings LLC | C597-364 | $20,000.00 | Bitcoin (BTC) - 2, Curve DAO Token (CRV) - 1000, Dash (DASH) - 1000, DopeCoin (DOPE) - 10000, Ethereum (ETH) - 100, XRP (XRP) - 50000, ZCash (ZEC) - 10000 | 3d567607-d570-45c0-a10a-cea3f4f99650 | 9/21/2023 | 23-10598 / Bittrex, Inc. | C598-1273 | $20,000.00 | Bitcoin (BTC) - 2, Curve DAO Token (CRV) - 1000, Dash (DASH) - 1000, DopeCoin (DOPE) - 10000, Ethereum (ETH) - 100, XRP (XRP) - 50000, ZCash (ZEC) - 10000 |
| 19 | a4b6f794-52a8-4ed8-8e94-7b9e976b34da | 7/2/2023 | 23-10597 / Desolation Holdings LLC | C597-35 | N/A | Bancor (BNT) - 236.2, Basic Attention Token (BAT) - 13066.3, MaidSafeCoin (MAID) - 1363, Siacoin (SC) - 23159, Status Network Token (SNT) - 20280.7 | a4b6f794-52a8-4ed8-8e94-7b9e976b34da | 6/9/2023 | 23-10598 / Bittrex, Inc. | C598-40 | N/A | Bancor (BNT) - 236.2, Basic Attention Token (BAT) - 13066.3, MaidSafeCoin (MAID) - 1363, Siacoin (SC) - 23159, Status Network Token (SNT) - 20280.7 |
| 20 | d3c3c0bf-d311-402e-ba90-a2fae7f8fa7f | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10021 | $1,193.04 | N/A | d3c3c0bf-d311-402e-ba90-a2fae7f8fa7f | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10063 | $1,193.04 | N/A |
| 21 | 8028b095-e406-4b5d-a48d-714319e72ace | 9/1/2023 | 23-10597 / Desolation Holdings LLC | C597-10383 | $16,810.00 | Hedera (HBAR) - 16810 | 8028b095-e406-4b5d-a48d-714319e72ace | 9/1/2023 | 23-10598 / Bittrex, Inc. | C598-11071 | $16,810.00 | Hedera (HBAR) - 16810 |
| 22 | cd6f71b9c-8605-4f66-9650-916069995ec | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10049 | $2,460.28 | Aragon (ANT) - 100, Bitcoin (BTC) - 0.04117, Cardano (ADA) - 1580, Enjin (ENJ) - 3220, Ethereum (ETH) - 0.1409, EthereumPoW (ETHW) - 0.1409, Flare (FLR) - 494.8, IOTA (IOTA) - 930.33, NEM (XEM) - 500, STEEM (STEEM) - 1330, Stellar Lumens (XLM) - 6260, SysCoin (SYS) - 50, XRP (XRP) - 3270 | cd6f71b9c-8605-4f66-9650-916069995ec | 8/26/2023 | 23-10598 / Bittrex, Inc. | C598-908 | $2,460.28 | Aragon (ANT) - 100, Bitcoin (BTC) - 0.04117, Cardano (ADA) - 1580, Enjin (ENJ) - 3220, Ethereum (ETH) - 0.1409, EthereumPoW (ETHW) - 0.1409, Flare (FLR) - 494.8, IOTA (IOTA) - 930.33, NEM (XEM) - 500, STEEM (STEEM) - 1330, Stellar Lumens (XLM) - 6260, SysCoin (SYS) - 50, XRP (XRP) - 3270 |
| 23 | f508cf77-3535-44ec-85e3-9c467a7df1c5 | 8/24/2023 | 23-10597 / Desolation Holdings LLC | C597-237 | $1,500.00 | Bitcoin (BTC) - 1500 | f508cf77-3535-44ec-85e3-9c467a7df1c5 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-677 | $1,500.00 | Bitcoin (BTC) - 1500 |

**Third Omnibus Objection (Substantive)**
**Schedule 1 – Cross-Debtor Duplicate Claims**

| No. | Name/ Account ID | CROSS-DEBTOR DUPLICATE CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 24 | d29d8e76-355e-46e5-a356-d89d67b547ae | 8/25/2023 | 23-10597 / Desolation Holdings LLC | C597-229 | $2,046.43 | N/A | d29d8e76-355e-46e5-a356-d89d67b547ae | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-632 | $2,046.43 | N/A |
| 25 | d29d8e76-355e-46e5-a356-d89d67b547ae | 8/25/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-13 | $2,046.43 | N/A | d29d8e76-355e-46e5-a356-d89d67b547ae | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-632 | $2,046.43 | N/A |
| 26 | d29d8e76-355e-46e5-a356-d89d67b547ae | 8/25/2023 | 23-10600 / Bittrex Malta Ltd. | C600-42 | $2,046.43 | N/A | d29d8e76-355e-46e5-a356-d89d67b547ae | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-632 | $2,046.43 | N/A |
| 27 | a1820944-d7fe-45ac-ad4d-21dc7447f27b | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1022 | $2,100.00 | N/A | a1820944-d7fe-45ac-ad4d-21dc7447f27b | 8/29/2023 | 23-10600 / Bittrex Malta Ltd. | C600-72 | $2,100.00 | N/A |