Michael Koch
6440 99th Street #6D
Rego Park NY 11374
e-mail: mk11744@yahoo.com
ph: 646-820-6581

Case No. 23-10597 (BLS)

11/27/2023   RECEIVED



2023 DEC -4 AM 10: 32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

A copy of the response sent via e-mailed upon the undersigned counsel to the Plan Administrator.

I am writing to address the debtor's objection to my bankruptcy claim and to provide additional insights into the circumstances that led to the fraud committed against me involving my Bittrex account.

I opened my Bittrex account on or around November 3, 2017. Subsequently, I deposited approximately $7,700 into my Bittrex account in increments from November 2017 to January 2018 by transferring my Bitcoins from my ongoing Coinbase account.

On around January 12, 2018, I discovered that my Bittrex account had been "hacked", unable to sign-in, and within a few days later and to my disbelief, my entire balance of around $7,700 had been emptied out (never happened to me before). I opened my Bittrex account with my Yahoo e-mail address, which I still use to this day.

Having used my same Yahoo account for over 15 years in accessing dozens of various bank/credit card accounts, my Yahoo account has <u>NEVER</u> been compromised, EVER. Bittrex's assertion that my Yahoo account was somehow 'hacked' is a made up fabricated claim, a lie, and merely a cover to unlawfully steal all my funds.

This incident prompted me to take immediate action, including filing complaints with the FBI/IC3, SEC, FINRA and to numerous attorney generals to report this Bittrex scam. It turned out that these agencies had, and still to this day have, very limited jurisdiction in overseeing cryptocurrency exchanges. Their restricted jurisdiction significantly lessened my capacity to recover the stolen funds. Moreover, pursuing any legal action was not a viable option, as the associated legal costs would have exceeded the balance.

Despite numerous attempts to contact Bittrex after all these years, where they have never even had a phone number to speak to someone, only added my suspicion regarding the legitimacy of what "business" Bittrex was really running all along. It is my assertion, based on the evidence at hand, that Bittrex was not only aware of the security breach within their platform, but may have been directly involved in this scam to steal my money.

In light of these circumstances, I request that my claim against Bittrex be **UPHELD**, taking into account the circumstances surrounding the unauthorized access to my Bittrex account. I am fully prepared to furnish any additional documentation or information required to support the validity of my claim and am willing to work with anyone to finally resolve this matter amicably.

I appreciate your careful consideration of this matter and trust that, upon reviewing the details provided, you will find justification in sustaining my claim. If there are any additional steps or information needed, please do not hesitate to contact me.

Thank you for your time and attention to this matter.

Sincerely,

*M. KL*

Michael Koch, IRS EA