IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 661 & 662 |

**CERTIFICATION OF COUNSEL REGARDING AZIM GHADER'S EMERGENCY MOTION TO CONTINUE DEPOSITION DUE TO ILLNESS**

The undersigned counsel to Azim Ghader ("Mr. Ghader") hereby certifies as follows:

1. On December 4, 2023, Azim Ghader ("Mr. Ghader"), by and through his undersigned counsel, filed *Azim Ghader's Emergency Motion to Continue Deposition Due to Illness* [Docket No. 661] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Contemporaneously with the filing of the Motion, Mr. Ghader also filed the *Motion of Azim Ghader for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period with Respect to Azim Ghader's Emergency Motion to Continue Deposition Due to Illness* [Docket No. 662] (the "Motion to Shorten").

3. At the direction of the Court, the Motion was granted on shortened notice. The Court directed the Debtors and Mr. Ghader to coordinate to set a time for Mr. Ghader's deposition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

WBD (US) 4888-4708-2645v1

related to the Debtors' objection to Mr. Ghader's proofs of claims (D.I. 411) for on or after December 10, 2023.

4. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") granting the Motion.

WHEREFORE, Mr. Ghader respectfully requests that the Proposed Order be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: December 5, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>         elazar.kosman@wbd-us.com<br><br>*Counsel to Azim Ghader* |