**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**NOTICE OF CUSTOMARY ANNUAL RATE INCREASE OF**
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

PLEASE TAKE NOTICE that on May 17, 2023, Desolation Holdings LLC, Bittrex, Inc., Bittrex Malta Holdings Ltd., and Bittrex Malta Ltd. (collectively, the "Debtors") filed the Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession (the "Application") (D.I. 55).  On June 7, 2023, the Court entered an order granting the Application and authorizing the Debtors to employ and retain Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel")  as Debtors' co-counsel (the "Retention Order") (D.I. 104).

PLEASE TAKE FURTHER NOTICE that, as described in the Application, Quinn Emanuel's rates are periodically adjusted.  In the ordinary course of Quinn Emanuel's business and in keeping with Quinn Emanuel's established billing practices and procedures, Quinn Emanuel's standard billing rates were adjusted firm wide on September 1, 2023.  In accordance with the Retention Order, Quinn Emanuel is filing this notice to provide notice of that adjustment.  Specifically, the previous hourly rates and the new hourly rates that took effect on September 1, 2023, are as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

31029043.1

11606-00001C/14548487.1

| PROFESSIONAL | PRIOR TO SEPTEMBER 1, 2023 | SEPTEMBER 1, 2023 AND LATER |
|---|---|---|
| Partners | $1,385.00-$2,130.00 | $1,505.00-$2,250.00 |
| Counsel | $1,350.00 | $1,440.00 |
| Associates | $1,095.00-$1,315.00 | $1,195.00-$1,390.00 |
| Paralegals | $480.00-$670.00 | $515.00 |

PLEASE TAKE FURTHER NOTICE that Quinn Emanuel continues to apply a 10% discount on all fees for this client.

Respectfully submitted this 5th day of December, 2023.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Patricia B. Tomasco*
Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos (*admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**CO-COUNSEL FOR THE PLAN ADMINISTRATOR**