# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 661, 662, 665 & 667** |

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, hereby certify that on December 4, 2023, I caused a copy of the following documents to be served upon the parties on the attached Service List, **Exhibit A**, via electronic mail.

- *Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims* [Docket No. 661] [SEALED]

- *Motion of Azim Ghader for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period with Respect to Azim Ghader's Motion to Continue* [Docket No. 662]

I, Donald J. Detweiler, further certify that on December 5, 2023, I caused a copy of the following documents to be served upon the parties on the attached Service List, **Exhibit B**, via electronic and first-class mail.

- *Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims* [Docket No. 661] [SEALED]

- *Motion of Azim Ghader for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period with Respect to Azim Ghader's Motion to Continue* [Docket No. 662]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

- *Certification of Counsel Regarding Azim Ghader's Emergency Motion to Continue Deposition Due to Illness* [Docket No. 665]

- *Order Granting Azim Ghader's Emergency Motion to Continue Deposition Due to Illness* [Docket No. 667]

| | |
|---|---|
| Dated: December 5, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>         elazar.kosman@wbd-us.com<br><br>*Counsel to Azim Ghader* |

## EXHIBIT A

## SERVICE LIST

| | |
|---|---|
| **Counsel for the Debtors**<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>Patricia B. Tomasco<br>Alain Jaquet<br>51 Madison Avenue, 22$_{nd}$ Floor<br>New York, New York 10010<br>pattytomasco@quinnemanuel.com<br>alainjaquet@quinnemanuel.com | **Counsel for the Debtors**<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Kenneth Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>kenos@ycst.com |
| **Office of the United States Trustee**<br>**for the District of Delaware**<br>Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware<br>Email: richard.schepacarter.usdoj.gov | |

## **EXHIBIT B**

## **SERVICE LIST**

| **Counsel for the Debtors**<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>Susheel Kirpalani<br>Patricia B. Tomasco<br>Daniel Holzman<br>Alain Jaquet<br>Razmig Izakelian<br>Joanna D. Caytas<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>susheelkirpalani@quinnemanuel.com<br>pattytomasco@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com<br>joannacaytas@quinnemanuel.com | ***Counsel for the Debtors***<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Robert S. Brady<br>Kenneth Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>kenos@ycst.com |
|---|---|
| **Office of the United States Trustee<br>for the District of Delaware**<br>Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware<br>Email: richard.schepacarter.usdoj.gov | |