# EXHIBIT B

# EXHIBIT B
# EXPENSES

| Expense Category | Total Expense |
|---|---:|
| Document Reproduction (Black & White) at $0.10 per page | $17.70 |
| Document Reproduction (Color) at $0.20 per page | $50.60 |
| RelOne Active Hosting (per GB) | $147.92 |
| RelOne User Fee | $200.00 |
| Meals while traveling | |
| Travel | |
| Hotel | $571.00 |
| Out of Town Travel | |
| Velo-bind | |
| Air Travel | |
| Parking | $90.00 |
| Total | $1,077.22 |