## **EXHIBIT A**

**Proposed Redacted Document**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:** To be determined |
| | **Hearing Date:** To be determined |

### AZIM GHADER'S EMERGENCY MOTION TO CONTINUE DEPOSITION DUE TO ILLNESS

Azim Ghader ("Mr. Ghader"), through his undersigned counsel, hereby moves (this "Motion") for entry of a text order pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), for a continuance of his December 5, 2023 deposition related to the Debtors' objection to Mr. Ghader's proofs of claims (D.I. 411) filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). In support of this Motion, Mr. Ghader respectfully states as follows:

1.  Over the weekend of December 1, Mr. Ghader became ill in Istanbul, Turkey and believed he may have influenza. After receiving this news, undersigned counsel to Mr. Ghader immediately contacted Debtors' counsel and requested a brief continuance of his deposition that is currently scheduled for December 5, 2023. Attached hereto as **Exhibit A** is a copy of Mr. Ghader's counsel email to Debtors' counsel on December 3, 2023, advising the Debtors of Mr. Ghader's illness and requesting a brief continuance of Mr. Ghader's deposition.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

2. Mr. Ghader's condition deteriorated over the weekend, and the undersigned learned this morning that he was transported to LIV Hospital in Istanbul.

3. While Mr. Ghader has since been released from the hospital, his treating physicians have prescribed him bed rest from December 4 through 10.. Attached hereto as **Exhibit B** are records of Mr. Ghader's hospital stay on December 4, 2023[2] (the "Hospital Records").  The Hospital Records are in Turkish, and due to the time constraints involved between Mr. Ghader's illness, hospital stay, and his December 5 deposition, counsel had to rely on Google Translate translations, which can be accessed at: https://translate.google.com/

   a. The first page of the Hospital Records is a "certificate of incapacity for work." Box 16 of the certificate states "04.12.2023 den 10.12.2023 tarihine kadar istirahatlidir[,]" which when translated into English means "He is on rest from 04.12.2023 to 10.12.2023."

   b. Page 2 of the Hospital Records is an invoice, which reflects "Examination In the Emergency Room (Emergency Service Doctor Erkan Aliosman)" ["(Acil Serviste Muayene( Acil Servis Doktor Erkan Aliosman )"].

   c. Mr. Ghader was also prescribed certain medications to take during this period of rest, which are reflected on page 3 of the Hospital Records.

4. Based on the above, Mr. Ghader seeks a brief continuance of his deposition.

5. Such a brief continuance will not work to Mr. Ghader's advantage or to the Debtors' disadvantage.

6. Because the deposition was scheduled to occur over WebEx, there will be minimal costs in postponing the deposition.

---

[2] Please note that the date conventions used in Turkey reflect the date prior to the month.  Therefore, 4.12.2023 means December 4, 2023.

7. The undersigned will keep the Court and opposing counsel apprised of Mr. Ghader's condition to ensure that his deposition can be taken as soon as possible.

WHEREFORE, Mr. Ghader respectfully requests that this Court enter an order continuing Mr. Ghader's deposition from the currently scheduled December 5, 2023 date and granting such other and further relief as may be just and proper.

Dated: December 4, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Elazar A. Kosman*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
           elazar.kosman@wbd-us.com

*Counsel to Azim Ghader*

## **EXHIBIT A**

**December 3, 2023 Email**

| | |
|---|---|
| **From:** | DeHart, Rhett |
| **To:** | Patty Tomasco; Alain Jaquet; Enos, Kenneth |
| **Cc:** | Detweiler, Don; Kosman, Elazar |
| **Subject:** | Deposition |
| **Date:** | Sunday, December 3, 2023 12:36:28 PM |
| **Attachments:** | image840658.png<br>image932892.png<br>image754539.png<br>image976242.png |

Hello All,

Mr. Ghader has the flu. Can we postpone his deposition until next week? It is set for Tuesday from 5pm until 1:00am his time. As you can imagine, being deposed late at night while sick is not ideal.

Would the following Tuesday or Wednesday work?

Thanks,

Rhett

**M. Rhett DeHart**
Of Counsel
Womble Bond Dickinson (US) LLP

**d:** 843-720-4665
**m:** 843-769-1546
**e:** M.Rhett.DeHart@wbd-us.com

5 Exchange Street
PO Box 999 (29402)
Charleston, SC 29401

Womble Bond Dickinson (US) LLP Logo


**womblebonddickinson.com**

  

**EXHIBIT B**

**Under Seal**