**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 661, 695**<br><br><u>Objection Deadline:</u><br>**December 21, 2023 at 4:00 p.m. (ET)**<br><u>Hearing Date:</u><br>**January 31, 2024 at 10:00 a.m. (ET)** |

**AZIM GHADER'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF EXHIBIT B TO AZIM GHADER'S EMERGENCY MOTION TO CONTINUE DEPOSITION DUE TO ILLNESS**

Azim Ghader ("<u>Mr. Ghader</u>"), through his undersigned counsel, hereby moves (this "<u>Motion</u>") for entry of an order, pursuant to section 107 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("<u>Local Rules</u>"), substantially in the form attached hereto as **Exhibit A** (the "<u>Proposed Order</u>"), authorizing Mr. Ghader to file under seal Exhibit B to his *Emergency Motion to Continue Deposition Due to Illness* (D.I. 661) (the "<u>Continuance Motion</u>"). In support of this Motion, Mr. Ghader respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

WBD (US) 4856-2067-1893v1

**JURISDICTION & VENUE**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Mr. Ghader confirms his consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The legal predicates for the relief requested herein are section 107 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

**BACKGROUND**

4. On December 4, 2023, Mr. Ghader filed the Continuance Motion, requesting that the Court order the continuance of Mr. Ghader's deposition, which was originally scheduled for December 5, 2023. Mr. Ghader requested this continuance because, over the weekend of December 1, Mr. Ghader became ill and believed he may have influenza.

5. Mr. Ghader's condition deteriorated over the weekend, and he was transported to LIV Hospital in Istanbul on December 4, 2023. As support for his continuance request, Mr. Ghader attached as Exhibit B to the Continuance Motion certain of his medical records from his December 4, 2023 visit to LIV Hospital. Such records, among other things, contain Mr. Ghader's confidential medical information and other potential personally identifying information.

6. On December 5, 2023, the Court granted Mr. Ghader's Continuance Motion, ordering the continuance of Mr. Ghader's deposition. *See Order Granting Azim Ghader's Emergency Motion to Continue Deposition Due to Illness* (D.I. 667).

## RELIEF REQUESTED

7. By this Motion, Mr. Ghader seeks entry of the Proposed Order, authorizing him to file Exhibit B to his Continuance Motion under seal.

## BASIS FOR RELIEF

8. Section 105(a) of the Bankruptcy Code codifies the Court's inherent equitable powers and empowers it to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Furthermore, section 107 of the Bankruptcy Code, as implemented by Bankruptcy Rule 9018, provides:

> (b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may—
>
> > (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; or
> >
> > (2) protect a person with respect to scandalous or defamatory matter contained in a paper filed in a case under this title.
>
> (c)
>
> > (1) The bankruptcy court, for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property:
> >
> > > (A) Any means of identification (as defined in section 1028(d) of title 18) contained in a paper filed, or to be filed, in a case under this title.
> > >
> > > (B) Other information contained in a paper described in subparagraph (A).

3

11 U.S.C. § 107(b)-(c).

9. Exhibit B to the Continuance Motion are Mr. Ghader's personal medical records from his recent hospital evaluation on December 4, 2023, including his diagnosis, treatment plan and medication prescriptions. By their virtue, personal medical records are confidential in nature and could also include certain personal identifying information. Therefore, sufficient cause exists for the Court to grant the relief requested in this Motion for authority to seal Mr. Ghader's hospital records, as attached as Exhibit B to the Continuance Motion.

10. Additionally, prior to the Court's entry of its order granting the Continuance Motion, Mr. Ghader provided an unredacted copy of the Continuance Motion and all exhibits thereto, including Exhibit B, to the Court, the Debtors and the Office of the U.S. Trustee.

**NOTICE**

11. Notice of this Motion will be given to: (a) the Office of the U.S. Trustee for the District of Delaware; (b) counsel to the Debtors; and (c) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, Mr. Ghader submits that no other or further notice is required.

**CERTIFICATION PURSUANT TO LOCAL RULE 9018-1(d)**

12. Pursuant to Local Rule 9018-1(d)(ii), Mr. Ghader has separately filed a proposed redacted version of the Continuance Motion on the docket. *See* D.I. 695 (the "Proposed Redacted Document"). Because Mr. Ghader is the filer of this sealing Motion, as well as the only Holder of Confidentiality Rights (as discussed in Local Rule 9018-1(d)) with respect to the information sought to be sealed by this Motion, undersigned Delaware counsel to Mr. Ghader asserts that, in accordance with Local Rule 9018-1(d)(iv)(e), to the best of counsel's knowledge, information and belief, the proposed to be sealed Exhibit B to the Continuance Motion does not contain information

subject to the Confidentiality Rights of another Holder of Confidentiality Rights (other than Mr. Ghader).

WHEREFORE, Mr. Ghader respectfully requests the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, and grant such further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: December 7, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>         elazar.kosman@wbd-us.com<br><br>-and-<br><br>M. Rhett DeHart (admitted *pro hac vice*)<br>WOMBLE BOND DICKINSON (US) LLP<br>5 Exchange Street<br>Charleston, South Carolina 29401<br>Telephone: (843) 722-3400<br>Facsimile: (843) 723-7398<br>Email: rhett.dehart@wbd-us.com<br><br>*Counsel to Azim Ghader* |

5