**EXHIBIT A**

| | |
|---|---|
| ***Counsel for the Debtors*** | **Counsel for the Debtors** |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Robert S. Brady | Susheel Kirpalani |
| Kenneth Enos | Patricia B. Tomasco |
| Rodney Square | Daniel Holzman |
| 1000 North King Street | Alain Jaquet |
| Wilmington, Delaware 19801 | Razmig Izakelian |
| rbrady@ycst.com | Joanna D. Caytas |
| kenos@ycst.com | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | susheelkirpalani@quinnemanuel.com Email: |
| | pattytomasco@quinnemanuel.com Email: |
| | danielholzman@quinnemanuel.com Email: |
| | alainjaquet@quinnemanuel.com Email: |
| | razmigizakelian@quinnemanuel.com Email: |
| | joannacaytas@quinnemanuel.com |
| ***Office of the United States Trustee*** ***for the District of Delaware*** | Illinois Attorney General |
| Richard L. Schepacarter | 100 W Randolph St |
| 844 King Street, Suite 2207 | Chicago, IL 60601 |
| Lockbox #35 | brandon.greenberg@flofr.gov |
| Wilmington, Delaware | |
| Email: richard.schepacarter.usdoj.gov | |
| Harris Beach PLLC | King & Spalding LLP |
| Attn: Lee E Woodard/Brian D Roy | Michael R. Handler |
| 333 W Washington St, Ste 200 | Russell D. Sacks |
| Syracuse, New York 13202 | 1185 Avenue of the Americas |
| bkemail@harrisbeach.com | 34th Floor |
| broy@harrisbeach.com | New York, NY 10036 |
| | mhandler@kslaw.com |
| | rsacks@kslaw.com |
| Office of the Attorney General | Pachulski Stang Ziehl & Jones |
| sherri.simpson@oag.texas.gov | Attn: Laura Davis Jones |
| sean.flynn@oag.texas.gov | Attn: Timothy P Cairns |
| | 919 N Market St, 17th Fl |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 |
| | ljones@pszjlaw.com |
| | tcairns@pszjlaw.com |
| The Bifferato Firm, PA | The Powell Firm, LLC |
| Attn: Ian Connor Bifferato | Attn: Jason C Powell |
| 1007 N Orange St, 4th Fl | 1813 N Franklin St |
| Wilmington, DE 19801 | PO Box 289 |
| cbifferato@tbf.legal | Wilmington, DE 19899 |
| | jpowell@delawarefirm.com |