# EXHIBIT B

Azim Ghader
Huzur Mh., Azerbaycan Cd. No:4, A Blok D:625
Sarıyer/İstanbul, 34415
+90 5072324011
Azimghader@gmail.com
Account ID: ███████████
Jul 20, 2023

Patricia Tomasco
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005

In re: Bittrex Inc., et al., Case No. 23-10597, in the United States Bankruptcy Court for the District of Delaware

Dear Ms. Tomasco,

It is a pleasure & opportunity to send you email and ask my unanswered questions, your email addressed many things but still some issues are unclear for me:

1. Back to 2017, when Bittrex enjoyed a good reputation in Iran, I, like many other Iranians, opened an account with Bittrex US. As I planned to deposit a substantial amount of Bitcoins, I went through the verification process using my Iranian Passport to ensure reliability and facilitate larger crypto withdrawals on a daily basis. Then I was a verified customer of Bittrex US thus as a result, I started to trade heavily and confidently.
    1.1. I kindly request information on the entity that conducted my account verification
    1.2. Additionally, please provide the exact timing of this verification and its status.

2. Suddenly Bittrex disabled my account whilst I was in an ecstasy state of my successful trades and financial results. I was shocked and confused!. Since 2017, I have been in constant communication with Bittrex, seeking a clear explanation and the specific OFAC Order on which my account was disabled.
    2.1. Could you provide me with the Order issued by OFAC? as this order was never shared with me. Are OFAC orders inherently confidential? *Should I reach out to OFAC directly for further information, or can you assist me in this matter?*
    2.2. My understanding is that Bitrex has reported me and my assets to OFAC, resulting in the disabling of my account. Therefore, both parties were aware of my Iranian nationality at the time. According to your email, are you stating that individuals from Iran will never be able to recover their assets from Bittrex due to sanctions, and that Bittrex seized these assets in favor of the USA?

3. In your Letter, you mentioned that in November 2018, I agreed to the Terms of Service for Bittrex International.

      3.1.    Could you elaborate on what you mean by Bittrex International? Is it the same entity as Bittrex Global?

      3.2.    What information and assets have been shared with this entity? Have I been considered a Bittrex International customer since then?

4. You also stated that "...Bittrex's IT system transferred your account from Debtor Bittrex Malta Ltd. to non-debtor Bittrex (Global) Bermuda Ltd..." If I understand correctly, you are referring to the transfer of my funds and information to Bittrex Bermuda on April 14, 2023. Is that correct?

5. I have partially withdrawn my assets between July 5 and 6, 2023. Yes it is correct but I am unsure from which entity I made these withdrawals: Bittrex Bermuda, Bittrex US, Bittrex Malta, or Bittrex Lichtenstein.? Please clarify how my assets have been distributed among these entities?

6. In your letter, you mentioned that ""In March 2023 … you provided Bittrex with …(collectively, the "KYC Information")". I would like to know which entity collected and verified my KYC Information during that time. Additionally, I would like to know whether this entity had access to my assets and Personal Information prior to the mentioned date or not.

7. Regarding Defunct Crypto, anytime if, Bittrex emailed me that is going to delist certainTokens/Coins, instructing to withdraw that coin, but upon logging in the platform, following those emails, I faced disabled account and I could do nothing, you can imagine what sad moments they were, you see your assets eliminating in front of your eyes and you can do nothing.

Thank you for your attention to this matter. I eagerly await your response.

*Azim Ghader*

Best regards,
Azim Ghader
07/20/2023