# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA MATTERS SCHEDULED FOR HEARING ON DECEMBER 11, 2023 AT 10:00 A.M. (ET)

> **This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**
>
> **When: Dec 11, 2023 10:00 AM Eastern Time (US and Canada)**
>
> **Register in advance for this meeting:**
> **https://debuscourts.zoomgov.com/meeting/register/vJItc-urpzIpHx6HwNqCrg8wOIuigGx_0qQ**
>
> **After registering, you will receive a confirmation email containing information about joining the meeting.**

## MATTER GOING FORWARD:

1. Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims [D.I. 641, 11/29/23]

    Response Deadline:    December 7, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] **Amended items appear in bold.**

31037898.1

Related Documents:

A. Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 411, 9/29/23]

B. Declaration of Evan Hengel In Support of Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 412, 9/29/23]

C. Notice of Service of First Request by Azim Ghader to the Debtors for the Production of Documents [D.I. 424, 10/6/23]

D. Notice of Service of (i) First Set of Requests for Production to Azim Ghader; and (ii) Notice of Deposition [D.I. 434, 10/11/23]

E. Notice of Deposition Upon Oral Examination of Evan Hengel [D.I. 466, 10/20/23]

F. Notice of Deposition Upon Oral Examination of Representative of Desolation Holdings, LLC, *et al* [D.I. 467, 10/20/23]

G. Notice of Filing of Stipulation [D.I. 468, 10/20/23]

H. Response of Azim Ghader to Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 470, 10/22/23]

I. Exhibit(s) A-V to Response of Azim Ghader to Debtors' (A) Objection to Claims 597-239, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-0052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [(Sealed) D.I. 471, 10/22/3]

J. Notice of Service of Azim Ghader's Responses and Objection to the First Request for Production of Documents by the Debtors [D.I. 485, 10/24/23]

K. Amended Notice of Deposition [D.I. 565, 11/17/23]

L. Order, Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), Shortening the Notice Period with Respect to Azim Ghader's Motion to Continue [D.I. 654, 12/1/23]

M.      Notice of Hearing of Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims [D.I. 655, 12/1/23]

N.      Order Granting Azim Ghader's Emergency Motion to Continue Deposition Due to Illness [D.I. 667, 12/5/23]

**O.**      **Notice of Filing of Proposed Redacted Version of Azim Ghader's Emergency Motion to Continue Deposition Due to Illness [D.I. 695, 12/7/23]**

<u>Responses Received</u>:  None at this time

**P.**      **Plan Administrators' Objection to Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims [D.I. 699, 12/7/23]**

**<u>Status</u>:  This matter is going forward.**

*[Signature Page Follows]*

| | |
|---|---|
| Dated: December 8, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE PLAN ADMINISTRATOR** |

31037898.1