# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Re: Docket No. 592** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 592

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Plan Administrator's Objection to Claim C598-1187 Filed by Colin Waldman Pursuant To Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007* [Docket No. 592] (the "Objection") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on November 20, 2023.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Objection appears thereon. Responses to the Objection were to be filed and served by 4:00 p.m. (ET) on December 4, 2023.

As no responses to the Objection have been received, it is hereby respectfully requested that the proposed order attached to the Objection be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

31040969.1

<table>
<tr><td>Dated: December 8, 2023<br>Wilmington, Delaware</td><td><b>YOUNG CONAWAY STARGATT & TAYLOR, LLP</b><br><br><i>/s/ Kenneth J. Enos</i><br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br><b>QUINN EMANUEL URQUHART & SULLIVAN, LLP</b><br><br>Susheel Kirpalani <i>(</i>admitted <i>pro hac vice)</i><br>Patricia B. Tomasco <i>(</i>admitted <i>pro hac vice)</i><br>Daniel Holzman <i>(</i>admitted <i>pro hac vice)</i><br>Alain Jaquet <i>(</i>admitted <i>pro hac vice)</i><br>Razmig Izakelian <i>(</i>admitted <i>pro hac vice)</i><br>Valerie Ramos (admitted <i>pro hac vice)</i><br>Joanna D. Caytas <i>(</i>admitted <i>pro hac vice)</i><br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br><b>COUNSEL FOR THE PLAN ADMINISTRATOR</b></td></tr>
</table>