**Desolation Holdings - Case No. 23-10597**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mike | Legge | Reorg | |
| Leah | Lerman | USA | USDOJ, Civil Division |
| Sydney | Pensavalli | Berkeley Research Group | |
| David | Maria | Debtors | Bittrex |
| Caleb | Barker | Bittrex | Bittrex |
| Barbara | Howell | Bittrex | Quinn Emanuel Urquhart & Sullivan, LLP |
| Joanna | Caytas | Plan Administrator | Quinn Emanuel Urquhart & Sullivan, LLP |
| Donald | Detweiler | Azim Ghader | Womble Bond Dickinson (US) LLP |
| Elazar | Kosman | Azim Ghader | Womble Bond Dickinson (US) LLP |
| John | Wilson | Plan Administrator | Quinn Emanuel Urquhart & Sullivan, LLP |
| Patty | Tomasco | Plan Administrator | Quinn Emanuel Urquhart & Sullivan, LLP |
| Stephen | Hauss | Plan Administrator | Quinn Emanuel Urquhart & Sullivan, LLP |
| Alain | Jaquet | Plan Administrator | Quinn Emanuel Urquhart & Sullivan, LLP |
| Razmig | Izakelian | Plan Administrator | Quinn Emanuel Urquhart & Sullivan, LLP |
| Ken | Enos | Debtors | YCST |
| Rhett | DeHart | Azim Ghader | Womble Bond Dickins (US) LLP |
| Viola | Trebicka | Plan Administrator | Quinn Emanuel Urquhart & Sullivan, LLP |