# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 411, 641, 655 & 699 |

### CERTIFICATION OF COUNSEL REGARDING AZIM GHADER'S MOTION TO CONTINUE HEARING ON DEBTORS' OBJECTION TO MR. GHADER'S SURVIVING CLAIM

The undersigned counsel to Azim Ghader ("Mr. Ghader") hereby certifies as follows:

1. On September 29, 2023, the debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 411] (the "Objection")

2. On November 29, 2023, Mr. Ghader, by and through his undersigned counsel, filed *Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims* [Docket No. 641] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

3. Pursuant to the *Notice of Motion and Hearing* filed with respect to the Motion [Docket No. 655], any objection or response to the relief requested in the Motion was to be filed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

and served so as to be received no later than **December 7, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

4. On December 7, 2023, the Plan Administrator filed the *Plan Administrator's Objection to Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims* [Docket No. 699].

5. A hearing on the Motion was held on December 11, 2023. For the reasons set forth on the record, the hearing on the Objection is scheduled for January 16, 2024 at 10:00 a.m. (ET).

6. Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Order") granting the Motion. Prior to filing this Certification, the Revised Order was circulated to counsel to the Plan Administrator and the U.S. Trustee.

7. Attached hereto as **Exhibit B** is a redline showing the changes to the Revised Order as against the proposed form of order filed with the Motion

WHEREFORE, Mr. Ghader respectfully requests that the Revised Order be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: December 11, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>           elazar.kosman@wbd-us.com<br><br>*Counsel to Azim Ghader* |