# **EXHIBIT A**

**Revised Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | <u>Re</u>: D.I. 411, 641, 655, 699 |

### ORDER GRANTING AZIM GHADER'S MOTION TO CONTINUE HEARING ON DEBTORS' OBJECTION TO MR. GHADER'S SURVIVING CLAIMS

Upon consideration of *Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims*[2] seeking entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7042(a), for a continuance of the December Hearing currently set for the Objection to Mr. Ghader' Surviving Claims; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that Mr. Ghader's notice of the Motion was appropriate and no other notice need be provided; and this Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used herein but not defined herein shall have the meanings assigned to such terms in the Motion.

2

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Subject to the parties' ability to seek a further continuance, the Objection to Mr. Ghader's Surviving Claims will be heard on January 16, 2024 at 10:00 a.m. (ET).

3. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.