# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA MATTERS SCHEDULED FOR HEARING ON DECEMBER 13, 2023 AT 10:00 A.M. (ET)

> **This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**
>
> **When: Dec 13, 2023 10:00 AM Eastern Time (US and Canada)**
>
> **Register in advance for this meeting:**
> **https://debuscourts.zoomgov.com/meeting/register/vJIsd-usqD8rGTAoDdHNo2Dm3iuMR1s-XJs**
>
> **After registering, you will receive a confirmation email containing information about joining the meeting.**

## ADJOURNED MATTERS

1. Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 411, 9/29/23]

   Response Deadline:                         October 13, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] **Amended items appear in bold.**

31048818.1

Responses Received:

A. Response of Azim Ghader to Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 470, 10/22/23]

B. Exhibit(s) A-V to Response of Azim Ghader to Debtors' (A) Objection to Claims 597-239, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-0052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [(Sealed) D.I. 471, 10/22/3]

Related Documents:

C. Declaration of Evan Hengel In Support of Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 412, 9/29/23]

D. Notice of Service of First Request by Azim Ghader to the Debtors for the Production of Documents [D.I. 424, 10/6/23]

E. Notice of Service of (i) First Set of Requests for Production to Azim Ghader; and (ii) Notice of Deposition [D.I. 434, 10/11/23]

F. Notice of Deposition Upon Oral Examination of Evan Hengel [D.I. 466, 10/20/23]

G. Notice of Deposition Upon Oral Examination of Representative of Desolation Holdings, LLC, *et al* [D.I. 467, 10/20/23]

H. Notice of Filing of Stipulation [D.I. 468, 10/20/23]

I. Notice of Service of Azim Ghader's Responses and Objection to the First Request for Production of Documents by the Debtors [D.I. 485, 10/24/23]

J. Amended Notice of Deposition [D.I. 565, 11/17/23]

K. Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims [D.I. 641, 11/29/23]

L. Order, Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), Shortening the Notice Period with Respect to Azim Ghader's Motion to Continue [D.I. 654, 12/1/23]

<dl>

M.     Notice of Hearing of Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims [D.I. 655, 12/1/23]

N.     Order Granting Azim Ghader's Emergency Motion to Continue Deposition Due to Illness [D.I. 667, 12/5/23]

O.     Notice of Filing of Proposed Redacted Version of Azim Ghader's Emergency Motion to Continue Deposition Due to Illness [D.I. 695, 12/7/23]

P.     Azim Ghader's Motion for Entry of an Order Authorizing the Filing Under Seal of Exhibit B to Azim Ghader's Emergency Motion to Continue Deposition Due to Illness [D.I. 696, 12/7/23]

Q.     Plan Administrators' Objection to Azim Ghader's Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims [D.I. 699, 12/7/23]

R.     Plan Administrator's Reply to the Response of Azim Ghader to Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [(Sealed) D.I. 711, (Redacted) D.I. 712, 12/8/23]

</dl>

Status: At the direction of the Court, this matter has been adjourned for thirty (30) days.

2. Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 for Authority to File Under Seal Certain Information Contained in the Second Supplemental Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP As Co-Counsel for the Debtors and the Debtors in Possession [D.I. 455, 10/19/23]

    Response Deadline:                October 26, 2023 at 4:00 p.m. (ET); extended for the U.S. Trustee to November 2, 2023

    Responses Received:

A.     Objection of the United States Trustee [(Sealed) D.I. 524, (Redacted) D.I. 525, 11/2/2023]

    Related Documents:

B.     Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession [D.I. 104, 6/7/23]

    C.    Second Supplemental Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP As Co-Counsel for the Debtors and the Debtors in Possession [(Sealed) D.I. 453, (Redacted) D.I. 454, 10/20/23]

Status:  This matter is adjourned to January 31, 2024 at 10:00 a.m. (ET).

## RESOLVED MATTERS

3.    Debtors' Second Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 528, 11/3/23]

    Response Deadline:    November 17, 2023 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

    A.    Certificate of No Objection [D.I. 566, 11/20/23]

    B.    Order [D.I. 615, 11/21/23]

    Status:  An order has been entered.  No hearing is required.

4.    Debtor's Second Omnibus (Substantive) Objection to Certain Substantive Duplicate Claims [(Sealed) D.I. 544, (Redacted) 545, 11/8/23]

    Response Deadline:    November 22, 2023 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

    A.    Certificate of No Objection [D.I. 651, 12/1/23]

    B.    Order [D.I. 658, 12/1/23]

    Status:  An order has been entered.  No hearing is required.

5.    Debtors' Third Omnibus (Substantive) Objection to Certain Cross-Debtor Duplicate Claims [(Sealed) D.I. 546, (Redacted) D.I. 547, 11/8/23]

    Response Deadline:    November 22, 2023 at 4:00 p.m. (ET)

    Responses Received:    None

Related Documents:

A. Certificate of No Objection [D.I. 652, 12/1/23]

B. Order [D.I. 659, 12/1/23]

Status: An order has been entered. No hearing is required.

6. Plan Administrator's Motion for Entry of an Order Authorizing the Wind Down Entity to Abandon Certain Personal Property [D.I. 564, 11/15/23]

Response Deadline:                                   November 29, 2023 at 4:00 p.m. (ET)

Responses Received:                                  None

Related Documents:

A. Certificate of No Objection [D.I. 644, 11/30/23]

B. Order [D.I. 649, 12/1/23]

Status: An order has been entered. No hearing is required.

**MATTER UNDER CERTIFICATION**

7. Motion to Withdraw Monthly Fee Statements Filed by Quinn Emanuel Urquhart & Sullivan, LLP and File Redacted Monthly Fee Statements and Redacted Future Monthly Fee Statements [D.I. 625, 11/27/23]

Response Deadline:                                   December 6, 2023 at 4:00 p.m. (ET)
Responses Received:

A. Informal Response of the United States Trustee

Related Documents:

B. Declaration of Robert Zink in Support of Plan Administrator's Motion to Withdraw Monthly Fee Statements Filed by Quinn Emanuel Urquhart & Sullivan, LLP and File Redacted Monthly Fee Statements and Redacted Future Monthly Fee Statements [(Sealed) D.I. 626, 11/27/23]

C. Certification of Counsel [D.I. 729, 12/10/23]

D. **Order [D.I. 753, 12/11/23]**

**Status:  An order has been entered.  No hearing is required.**

**MATTERS GOING FORWARD**

8. Debtors' First Omnibus (Non-Substantive) Objection to Certain Exact Duplicate Claims [(Sealed) D.I. 542, (Redacted) D.I. 543, 11/8/23]

    Response Deadline:                    November 22, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A. Informal response of Yuki Kato

    B. Informal Response of Richard Bell Rattey

    Related Documents:                    None

    Status:  This matter is going forward.

9. Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain Incorrect Debtor Claims [(Sealed) D.I. 548, (Redacted) D.I. 549, 11/8/23]

    Response Deadline:                    November 22, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A. Response of Steven B. Crouch [D.I. 617, 11/21/23]

    B. Informal Response of Yuki Kato

    C. Informal Response of Flavius Timothy Dinu

    Related Documents:                    None

    Status:  This matter is going forward.

10. Debtors' Fifth Omnibus (Substantive) Objection to Certain Misclassified Claims [(Sealed) D.I. 550, (Redacted) D.I. 551, 11/8/23]

    Response Deadline:                    November 22, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A. Response of Anita Broadway-Skillern [D.I. 621, 11/27/23]

    B. Response of Dianeth Saavedra [D.I. 637, 11/19/23]

    C.    Informal Response of Troy V. Matthews

Related Documents:    None

Status:  This matter is going forward.

11. Debtors' Objection to Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C599-10027, C600-105, C600-106, and C600-10085 Filed by Shahriar Arabpour Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 554, 11/13/23]

    Response Deadline:    November 27, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal Response of Shahriar Arabpour

    Related Documents:

    B.    Declaration of Evan Hengel in Support of Debtors' Objection Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C599-10027, C600-105, C600-106, and C600-10085 Filed by Shahriar Arabpour Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 555, 11/13/23]

    C.    Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 631, 11/27/23]

    Status:  This matter is going forward. **In support of the Objection, the Plan Administrator intends to testify at the Hearing, supplementing the Hengel Declaration as additional evidentiary support.**

12. Debtors' Objection to Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 Filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 556, 11/13/23]

    Response Deadline:    November 27, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal Response of Amirali Momenzadeh

    Related Documents:

B.  Declaration of Evan Hengel in Support of Debtors' Objection Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 Filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 557, 11/13/23]

C.  Request by Amirali Momenzadeh to the Court for a court Directive for Timely Document Production and Extension of Response Deadline and Hearing by Debtors [D.I. 616, 11/21/23]

D.  Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 631, 11/27/23]

Status:   This matter is going forward. **In support of the Objection, the Plan Administrator intends to testify at the Hearing, supplementing the Hengel Declaration as additional evidentiary support.**

13. Debtors' Objection to Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 Filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 558, 11/13/23]

Response Deadline:                                        November 27, 2023 at 4:00 p.m. (ET)

Responses Received:

A.  Informal Response of Adel Abbasi

Related Documents:

B.  Declaration of Evan Hengel in Support of Debtors' Objection Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 Filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 559, 11/13/23]

C.  Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 631, 11/27/23]

Status:   This matter is going forward. **In support of the Objection, the Plan Administrator intends to testify at the Hearing, supplementing the Hengel Declaration as additional evidentiary support.**

14. Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 631, 11/27/23]

    Response Deadline: December 6, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A. Informal Response of Amir Ali Momenzadeh

    B. Informal Response of Shahriar Arabpour

    C. Informal Response of Adel Abbasi

    Related Documents:

    D. Declaration of Patricia B. Tomasco in Support of Plan Administrators' Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Claimants to the Debtors [D.I. 632, 11/27/23]

    E. Debtors' Objection to Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C599-10027, C600-105, C600-106, and C600-10085 Filed by Shahriar Arabpour Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 554, 11/13/23]

    F. Debtors' Objection to Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 Filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 556, 11/13/23]

    G. Debtors' Objection to Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 Filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 558, 11/13/23]

    Status: This matter is going forward.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: December 12, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE PLAN ADMINISTRATOR** |