**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**PLAN ADMINISTRATOR'S WITNESS AND**
**EXHIBIT LIST FOR DECEMBER 13, 2023, HEARING**

David Maria, as plan administrator (the "Plan Administrator") in the chapter 11 cases of the above-captioned debtors and each of their debtor affiliates (collectively, the "Debtors" or the "Wind Down Entity"), hereby discloses that it intends to introduce and/or reserve the right to call the following witnesses, and intends to and/or reserves the right to introduce exhibits at the hearing scheduled for December 13, 2023, at 10:00 a.m. (Eastern Time) (the "Hearing") concerning the (i) Debtors First Omnibus (Non-Substantive) Objection to Certain Exact Duplicate Claims (D.I. 542); (ii) Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain Incorrect Debtor Claims (D.I. 548); (iii) Debtors' Fifth Omnibus (Substantive) Objection to Certain Misclassified Claims (D.I. 550); (iv) Debtors' Objection to Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C600-105, C600-106, and C600-10085 filed by Shahriar Arabpour Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (D.I. 554); (v) Debtors' Objection to Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (D.I. 556); and (vi) Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Objection to Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (D.I. 558) (collectively, the "Claim Objections").

The Plan Administrator reserves the right to introduce at the Hearing documents that are part of the record of the above-captioned chapter 11 cases, including pleadings and other documents filed on the docket, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment.

## **WITNESSES**

The Plan Administrator intents to offer testimony from the following individuals:

a. Evan Hengel as the managing director at Berkeley Research Group, LLC ("BRG") and co-chief restructuring officer of the Debtors at the time the Claim Objections were filed.

b. David Maria as the Plan Administrator, and at the time the Claim Objections were filed General Counsel and Chief Legal Officer for Bittrex, Inc.

**EXHIBIT LIST**

| Exhibit No. | Document Description |
|---|---|
| 1 | Declaration of Patricia B. Tomasco in Support of Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Claimants to the Debtors (D.I. 632) |
| 2 | Objection filed by Shahriar Arabpour to Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents (not filed with the Court) |
| 3 | Objection filed by Amir Ali Momenzadeh to Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents (not filed with the Court) |
| 4 | Response by Amirali Momenzadeh to the Debtors' Objection to the Document Production Submission (not filed with the Court) |
| 5 | Formal Response by Adel Abbasi to the Objection of the Document Production Submitted by the Debtors (not filed with the Court) |
| 6 | Declaration of Evan Hengel in Support of Debtors' First Omnibus (Non-Substantive) Objection to Certain Exact Duplicate Claims (D.I. 542) |
| 7 | Declaration of Evan Hengel in Support of Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain Incorrect Debtor Claims (D.I. 548) |
| 8 | Letter Response from Michael Koch re Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain Incorrect Debtor Claims (D.I. 660) |
| 9 | Claim 597-53 filed by Michael Koch |
| 10 | Letter Response from Steven B. Crouch re Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain Incorrect Debtor Claims (D.I. 617) |
| 11 | Claim C597-209 filed by Steven Brett Crouch |
| 12 | Declaration of Evan Hengel in Support of Debtors' Fifth Omnibus (Substantive) Objection to Certain Misclassified Claims (D.I. 550) |
| 13 | Letter Response from Anita Skillern re Debtors' Fifth Omnibus (Substantive) Objection to Certain Misclassified Claims (D.I. 621) |
| 14 | Claim No. C597-10144 filed by Anita Skillern |
| 15 | Letter Response from Dianeth Saavedra re Debtors' Fifth Omnibus (Substantive) Objection to Certain Misclassified Claims (D.I. 637) |
| 16 | Claim No. C598-941 filed by Dianeth Saavedra |
| 17 | Declaration of Evan Hengel in Support of Debtors' Objection to Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C600-105, C600-106, and C600-10085 filed by Shahriar Arabpour Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (D.I. 555) |
| 18 | Response of Shahriar Arabpour to Debtors' Objection to Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C600-105, C600-106, and C600-10085 filed by Shahriar Arabpour Pursuant to |

| Exhibit No. | Document Description |
|---|---|
| | Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (not filed with the Court) |
| 19 | Claim C598-1004 filed by Shahriar Arabpour |
| 20 | Claim C598-1107 filed by Shahriar Arabpour |
| 21 | Claim C600-105 filed by Shahriar Arabpour |
| 22 | Claim C600-106 filed by Shahriar Arabpour |
| 23 | Declaration of Evan Hengel in Support of Debtors' Objection to Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (D.I. 557) |
| 24 | Response of Amirali Momenzadeh to Debtors' Objection to Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (not filed with the Court) |
| 25 | Claim C598-1006 filed by Amirali Momenzadeh |
| 26 | Claim C598-1110 filed by Amirali Momenzadeh |
| 27 | Claim C599-47 filed by Amirali Momenzadeh |
| 28 | Claim C600-107 filed by Amirali Momenzadeh |
| 29 | Claim C600-109 filed by Amirali Momenzadeh |
| 30 | Declaration of Evan Hengel in Support of Debtors' Objection to Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (D.I. 559) |
| 31 | Response of Adel Abbasi to Debtors' Objection to Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (not filed with the Court) |
| 32 | Claim C598-1102 filed by Adel Abbasi |
| 33 | Claim C598-1104 filed by Adel Abbasi |
| 34 | Claim C600-102 filed by Adel Abbasi |
| 35 | Claim C600-104 filed by Adel Abbasi |
| 36 | Part 560-Iranian Transactions and Sanctions Regulations from the Office of Foreign Assets Control, Treasury |
| 37 | Section 560.215 Prohibitions on foreign entities owned or controlled by U.S. Persons (31 CFR 560.215 [Dec. 7, 2023]) |
| 38 | Section 560.206 Prohibited trade-related transactions with Iran; goods, technology, or services (31 CFR 560.206 [Dec. 7, 2023]) |
| 39 | Section 560.204 Prohibited exportation, reexportation, sale, or supply of goods, technology, or services to Iran (31 CFR 560.204 [Dec. 7, 2023]) |

| Exhibit No. | Document Description |
|---|---|
| 40 | Department of the Treasury Enforcement Release: October 11, 2022, OFAC Settles with Bittrex, Inc. for $24,280,829.20 Related to Apparent Violations of Multiple Sanctions Programs |
| 41 | Emails regarding the Claim of Flavious Timothy Dinu (Fourth Omnibus Objection) |
| 42 | Claim C597-10232 filed by Flavious Timothy Dinu |
| 43 | Emails regarding the Claim of Troy V. Matthews (Fifth Omnibus Objection) |
| 44 | Claim C598-1239 filed by Troy V. Matthews |
| 45 | Email regarding Claim of Yuki Kato |
| 46 | Claim C597-10136 filed by Yuki Kato |
| 47 | Claim C597-10135 filed by Yuki Kato |
| 48 | Email regarding the Claims of Richard Bell Rattey |
| 49 | Claim C597-69 filed by Richard B. Rattey |
| 50 | Claim C597-184 filed by Richard B. Rattey |
| 51 | Download confirmation from Adel Abbasi |
| 52 | Download confirmation from Shahriar Arabpour |
| 53 | Download confirmation from Amir Ali Momenzadeh |
| 54 | Email from Abbasi regarding discovery |
| 55 | 11.30.23 at 5.08 am pm Email from A. Abbasi to Debtors regarding OFAC discovery |
| 56 | 12.1.23 at 7.21 pm Email from Debtors to A. Abbasi regarding discovery requests |
| 57 | 12.4.23 at 2.36 pm Email from A. Abbasi to Debtors regarding claim withdrawals |
| 58 | 12.4.23 at 2.37 pm Email from A. Abbasi to Debtors regarding continuance |
| 59 | 12.6.23 at 1.30 pm Email from A. Abbasi to Debtors regarding claims withdrawal |
| 60 | 12.6.23 at 2.54 pm - Email from S. Arabpour to Debtors' Counsel re continuation of the hearing |
| 61 | 12.6.23 at 6.35 am - Email from A. Momenzadeh to Debtors' Counsel re continuation of the hearing |
| 62 | 12.7.23 at 12.56 am - Email from Debtors to A. Abbasi re continuation of the hearing |
| 63 | 12.7.23 at 12.56 am - Email from Debtors to A. Momenzadeh re continuation of the hearing |
| 64 | 12.8.23 at 1.50 am - Email from Debtors to S. Arabpour re continuation of the hearing |
| 65 | 12.8.23 at 2.42 pm - Email from S. Arabpour to Debtors' Counsel re appearance at the hearing |
| 66 | 12.8.23 at 4.35 am - Email from A. Abbasi to Debtors' Counsel re continuation of the hearing - Attachment A |

| Exhibit No. | Document Description |
|---|---|
| 67 | 12.8.23 at 4.35 am - Email from A. Abbasi to Debtors' Counsel re continuation of the hearing - Attachment B |
| 68 | 12.8.23 at 4.35 am - Email from A. Abbasi to Debtors' Counsel re continuation of the hearing |
| 69 | 12.8.23 at 6.08 pm - Email from A. Momenzadeh to Debtors' Counsel re appearance at the hearing |
| 70 | 2015 Terms of Service |
| 71 | 2018 Terms of Service of Bittrex International |
| 72 | Abbasi ToS Acceptance BITTREXBANKR00000542 |
| 73 | Momenzadeh ToS Acceptance BITTREXBANKR00000621 |

| | |
|---|---|
| Date: December 12, 2023<br>Wilmington, DE | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/  Kenneth Enos*<br>Kenneth Enos (Delaware Bar No. 4544)<br>Robert S. Brady (Delaware Bar No. 2847)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: kenos@ycst.com<br>Email: rbrady@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE PLAN ADMINISTRATOR** |