**EXHIBIT A**

| *Counsel for the Debtors* | *Counsel for the Debtors* |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Robert S. Brady<br>Kenneth Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>kenos@ycst.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Susheel Kirpalani<br>Patricia B. Tomasco<br>Daniel Holzman<br>Alain Jaquet<br>Razmig Izakelian<br>Joanna D. Caytas<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>susheelkirpalani@quinnemanuel.com Email:<br>pattytomasco@quinnemanuel.com Email:<br>danielholzman@quinnemanuel.com Email:<br>alainjaquet@quinnemanuel.com Email:<br>razmigizakelian@quinnemanuel.com Email:<br>joannacaytas@quinnemanuel.com |
| *Office of the United States Trustee for the District of Delaware*<br>Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware<br>Email: richard.schepacarter.usdoj.gov | Illinois Attorney General<br>100 W Randolph St<br>Chicago, IL 60601<br>brandon.greenberg@flofr.gov |
| Harris Beach PLLC<br>Attn: Lee E Woodard/Brian D Roy<br>333 W Washington St, Ste 200<br>Syracuse, New York 13202<br>bkemail@harrisbeach.com<br>broy@harrisbeach.com | King & Spalding LLP<br>Michael R. Handler<br>Russell D. Sacks<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>mhandler@kslaw.com<br>rsacks@kslaw.com |
| Office of the Attorney General<br>sherri.simpson@oag.texas.gov<br>sean.flynn@oag.texas.gov | Pachulski Stang Ziehl & Jones<br>Attn: Laura Davis Jones<br>Attn: Timothy P Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com |
| The Bifferato Firm, PA<br>Attn: Ian Connor Bifferato<br>1007 N Orange St, 4th Fl<br>Wilmington, DE 19801<br>cbifferato@tbf.legal | The Powell Firm, LLC<br>Attn: Jason C Powell<br>1813 N Franklin St<br>PO Box 289<br>Wilmington, DE 19899<br>jpowell@delawarefirm.com |