**<u>EXHIBIT B</u>**

Arizona Attorney General Mark
Brnovich
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ 85004

Arkansas Attorney General
323 Center St, Ste 200
Little Rock, AR 72201

Attorney General of the State of Ohio
30 E Broad St, 14th Fl
Columbus, OH 43215

Attorney General State of Mississippi
550 High St
Jackson, MS 39201

Attorney General's Office
State of Alabama
501 Washington Ave
Montgomery, AL 36104

Commonwealth of Puerto Rico Office
of the Attorney General
P.O. Box 902192
San Juan, PR 00902

Delaware Department of Justice
Carvel State Bldg.
820 N French St
Wilmington, DE 19801

Department of Attorney General
525 W Ottawa St
Lansing, MI 48906

Department of Justice
114 W Edenton St
Raleigh, NC 27603

Financial Crimes Enforcement Network
P.O. Box 39
Vienna, VA 22183

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kansas Attorney General Derek
Schmidt
120 SW 10th Ave, 2nd Fl
Topeka, KS 66612

Louisiana Department of Justice
1885 N Third St
Baton Rouge, LA 70802

Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, LA 70804

Maryland Attorney General
200 St Paul Place
Baltimore, MD 21202

Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509

New Hampshire Department of Justice
33 Capitol St
Concord, NH 03301

New Mexico Attorney General
408 Galisteo St
Villagra Bldg
Santa Fe, NM 87501

Office of Attorney General
600 E Boulevard Ave, Dept 125
Bismarck, ND 58505

Office of Foreign Asset Control
1500 Pennsylvania Ave NW
Washington, DC 20220

Office of Minnesota Attorney General
Attn: Keith Ellison
445 Minnesota St, Ste 1400
St Paul, MN 55101

Office of the Attorney General
100 N Carson St
Carson City, NV 89701

Office of the Attorney General
202 N 9th St
Richmond, VA 23219

Office of the Attorney General
300 W 15th St
Austin, TX 78701

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Office of the Attorney General
Attn: Kimberly A Walsh
Attn: Sherri K Simpson
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399

Office of the Attorney General
State of New Jersey
Richard J Hughes Justice Complex
25 Market St
Trenton, NJ 08611

Office of the Attorney General for the
District of Columbia
400 6th St, NW
Washington, DC 20001

Office of the Attorney General of Iowa
Hoover State Office Bldg
1305 E Walnut St
Des Moines, IA 50319

Office of the Attorney General of Texas
Attn: Roma N Desai
Attn: Sean T Flynn
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Office of the Illinois Attorney General
Attn: John P Reding
100 W Randolph St, Ste 13-225
Chicago, IL 60601

Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333

Office of the Oklahoma Attorney
General
313 NE 21st St
Oklahoma City, OK 73105

Office of the WV Attorney General
State Capitol Complex, Bldg 1, Rm E-26
1900 Kanawha Blvd E
Charleston, WV 25305

Oregon Department of Justice
1162 Court St NE
Salem, OR 97301-4096

RI Office of the Attorney General
150 S Main St
Providence, RI 02903

Securities & Exchange Commission
100 Pearl St, Ste 20-100
New York, NY 10004

South Carolina Attorney General's
Office
Attn: Rembert Dennis
1000 Assembly St, Rm 519
Columbia, SC 29201

South Carolina Attorney General's
Office
The Honorable Alan Wilson
P.O. Box 11549
Columbia, SC 29211

South Dakota Attorney General
1302 E Hwy 14, Ste 1
Pierre, SD 57501-8501

State of Alaska Department of Law
1031 W 4th Ave, Ste 200
Anchorage, AK 99501-1994

State of Idaho
Office of the Attorney General
700 W Jefferson St, Ste 210
P.O. Box 83720
Boise, ID 83720

Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202

TN Dept of Revenue
c/oTN Attorney General's Office,
Bankruptcy Division
Attn: Laura L McCloud
P.O. Box 20207
Nashville, TN 37202-0207

Washington State
Office of the Attorney General
1125 Washington St SE
P.O. Box 40100
Olympia, WA 98504