RECEIVED

2023 DEC 12  PM 4: 18

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] Debtors. | Case No. 23-10597 (BLS) |
| | (Jointly Administered) |
| | Ref. D.I. **631** |

**OBJECTION TO PLAN ADMINISTRATOR'S OMNIBUS MOTION FOR A PROTECTIVE ORDER REGARDING REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

Adel Abbasi, (Mr. Abbasi), a claimant in the chapter 11 proceedings involving the above-captioned debtors and each of their debtor affiliates (collectively, the "Debtors" or the "Wind Down Entity"), is formally submitting this OBJECTION to the omnibus motion (the "Motion") that was lodged by the Debtors.

In the attached exhibits, Mr. Abbasi seeks evidence to support the debtor's counsel's statement in their objection to proof of claim and their response to their emails. In good faith, Mr. Abbasi withdrew all duplicate claims (C598-1200, C598-1005, C598-982, C598-981, C599-44, C599-43, C599-55, C599-10030, C600-119) and sent numerous emails to authorized agents to have these withdrawals filed on the docket, but the Omni agent refused, as evidenced in **Exhibit D and Exhibit E**. Mr. Abbasi is looking for surviving claims and requests evidence to support the counsel's statements in their objections to Mr. Abbasi's proof of claim.

For the reasons attached (**Exhibit A**, **Exhibit B**, **Exhibit C**) to this objection, Mr. Abbasi requests the Court to order the counsel to comply with document production and provide supporting evidence for the following statements. The debtor's response should address the following matters:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).

1. Paragraph 18 of objection Doc 558 Debtors Counsels, which states, *"In October 2019, eighteen months after filing the applications, <u>Malta OpCo</u> and BUS <u>obtained a license from OFAC</u> permitting a release of assets to customers in Iran (the "OFAC License")."* and Paragraph 18 of objection Doc 558 Debtors Counsels, which states, *"Starting in November 2019, <u>Malta OpCo informed all relevant Iran customers</u>—including Mr. Abbasi— that they could withdraw cryptocurrency in their blocked accounts."*

   a. Upon making this statement, what factual support did the counsel possess and rely on?

   b. When did the counsel become aware that Bittrex Malta (Malta OpCo) had applied for and been granted an OFAC license?

   c. When did Malta OpCo apply for the OFAC license and under which Case ID, and when did they obtain the license from OFAC under which license number?

   > **THE RELEVANCE OF THIS TO MY CASE:** These documents are relevant to my case. Based on the information at my disposal and my belief, Malta OpCo never applied for a license from OFAC nor it is granted and Malta OpCo released my assets without any OFAC license pertaining to my case, because <u>they were aware</u> that based on OFAC rules and regulation (OFA FAQ #37) blocking my assets was not legal and was prohibited by law.
   >
   > It is worth noting that I asked the counsel of the Debtors these questions by email, but they did not answer me properly. <u>Exhibit F</u>
   >
   > There is reason to believe that Malta OpCo never applied for nor received any licensing or authorization from OFAC, suggesting that the statement made by counsel is False. Please see <u>Exhibit A</u> for further details.

2. Paragraph 23 of Objection Doc 558 Debtors Counsels, which states, *"The letter further explained that regarding the balance of LMC, or around April 2019 Bittrex announced to its customers holding LMC that it decided to remove from its exchanges this type of cryptocurrency because it did not have market and urged the affected customers to withdraw the LMC by June 21, 2019 lest the LMC become unrecoverable. Mr. Abbasi did not withdraw his LMC by the deadline and the LMC became unrecoverable."* also Paragraph 74 of objection Doc 558 Debtors Counsels, which states, *"That is because, as explained above, LMC was removed from the Bittrex platform due to lack of market for the token, and, in spite of warning that the LMC would become unrecoverable if Mr.*

*Abbasi did not remove it from the Bittrex platform before the deadline of June 21, 2019,*
*Mr. Abbasi failed to do so, LMC became delisted from the Bittrex platform, and the*
*24,937.5 LMC in Mr. Abbasi's account became unrecoverable."*

    a. Upon making these statements, what factual support did the counsel possess and
       rely on?

    b. When did counsel become aware this statement was incorrect?

    c. When was the most recent transaction involving Lomocoin (LMC) conducted on
       Bittrex platform and its accounting records as per Docket number 92?

> **THE RELEVANCE OF THIS TO MY CASE: This request is relevant as I bought LMC coin
> and have it in my account. Exhibit B shows that the assertions made by the Debtor's counsel
> are untrue and they are misleading the court. Please refer to <u>Exhibit B</u> for further details.**

3. In an email Debtors Counsels dated Dec 2, 2023, which states, *"At the time of the*
   *imposition of OFAC sanctions, you were a customer of Bittrex, Inc. The issue of Malta*
   *OpCo is irrelevant to your account being blocked due to being an Iranian resident*
   *subject to OFAC sanctions."* and In a Letter from Debtors Counsels dated August 14,
   2023, which states, *"Because you agreed to the Terms of Services, your Bittrex account*
   *was associated with Debtor Bittrex Malta Ltd."*

    a. Upon making this statement, what factual support did the counsel possess and rely
       on?

    b. From when Mr. Abbasi first opened his account until his bankruptcy filing, which
       entity was Mr. Abbasi a client of?

> **THE RELEVANCE OF THIS TO MY CASE:This is pertinent to my case as I need to
> ascertain which entities I am a client of and which entity has been managing my assets from
> 2017 until 2023. This is crucial because it appears that even Bittrex Global had access to my
> asset, LMC.**

4. In the monthly financial disclosure, the debtor has recorded their **Monthly Operating**
   **Reports.** It also includes detailed accounts and balances for the debtors, specifically
   under docket numbers 427, 428, and 429, amounting to a total of 302,533,827 USD as of
   the date, October 9, 2023.

a. Upon making this statement, what factual support did the counsel possess and rely on?

> This is relevant to all creditors, including myself, as well as to the court and The Office of the United States Trustee. This is because the debtor's assets reflected in the wallets on the blockchain show an amount higher than what was submitted in the docket [A simple calculation reveals a discrepancy of at least $311,885,190]. There is no information provided on how they are managing the creditors' money, and there aren't any searchable files. Even the file that was submitted to the docket about the creditor list and their assets is not searchable. Please refer to Exhibit C for further details

**Dear Honorable Judge Brendan L. Shannon,**

I wish to state that **Bittrex provided services to all Iranians (Exhibit G, Exhibit H, and Exhibit I)** from 2014 until at least October 2017 and profited from Iranians and then blocked our assets. In Iran, \$200[2] USD equates to a normal worker's monthly salary, hence the amount Bittrex has taken from us is substantial. Unfortunately, we do not have the power to hire legal representation to defend our rights. However, we do have evidence to substantiate all the points raised, but without a lawyer, it's challenging.

We believe your intervention would be most beneficial in this situation. Bittrex, equipped with numerous lawyers, is attempting to waive our rights and even mislead the Court. Without legal representation in this bankruptcy case, we are at a disadvantage, and your help is much needed.

Thank you for your consideration.

**Respectfully Submitted**

**ADEL ABBASI**

**December 4, 2023**

---

[2] Please note that the actual exchange rate for the Iranian Rial to USD in the black market differs from the rate provided by the Central Bank of Iran. The CBI's rate may not accurately reflect the real supply and demand in the market.

# Exhibit A

It is evident to me, and I believe it should be equally clear to you as the legal counsel, and your client, the debtor, that Malta OpCo (BITTREX MALTA LTD., registered under number C 88207) did not file an application for the OFAC license. At the time of Bittrex Inc's license application, Malta OpCo entity did not exist. There is no public record indicating that this entity has ever owned or applied for an OFAC license or obtained OFAC permission.

Despite this, you continue to claim that Malta OpCo received a license, as indicated in your responses to my letters and objections (refer to Doc 558 points 17 and 18).

**Firstly,** when Bittrex Inc. applied for the OFAC license, there was no entity known as Malta OpCo.

**Secondly,** you must be aware that Malta OpCo did not apply for the license as all reported customers, if any, belonged to Bittrex, Inc. As such, it was Bittrex Inc. that violated OFAC rules and regulations from at least till October 2017. Bittrex Inc. was the entity that applied for and received the OFAC License and permission.

**Thirdly,** there is no publicly available information from either OFAC, yourself, or the debtor indicating that Malta OpCo holds or has ever received a license from OFAC.

**Fourthly**, by transferring Iranian assets to an offshore entity in 2018, Bittrex Inc. violated OFAC rules and regulations which prohibit such transfer of blocked assets to an offshore entity.

**Moreover**, if Malta OpCo opened an account for me under its name and operations, it would be clear that I was in Iran. Therefore, Malta OpCo knowingly and intentionally violated OFAC regulations by opening accounts for Iranian nationals residing in Iran in 2018.

Also, considering Malta OpCo did not possess a license in 2020, how did your client make a transaction to move the assets of the residents of Iran ? If it was possible to do so without a license, why Bittrex didn't close the account and transfer assets to my outsider wallet in October 2017?

Based on the information that is publicly accessible[3], Bittrex, Inc. was the named entity granted the license, which is generally non-transferable[4] to any other entity or individual. Typically, such a license permits the licensee to conduct all necessary transactions to terminate relations with customers who are ordinarily resident in Iran and refunds their assets. Interestingly, before the license was even issued, Bittrex had already taken steps to close Iranian accounts on its platform and moved them to Bittrex Malta. **Well done!**

---

[3] https://ofac.treasury.gov/media/928746/download?inline
[4] https://ofac.treasury.gov/faqs/topic/1506

**Lastly**, as a lawyer, it is your duty to verify evidence before representing it. How can you represent your client without verifying the actual evidence and instead repeat false statements as proof of claim?

**By way of background:**

1. Bittrex, Inc., a US-based cryptocurrency trading platform, began its operations on December 14, 2013. The platform was developed and managed by a team of crypto enthusiasts with vast experience in development and security. This indicates that the founders of Bittrex had an in-depth understanding of technology and security. Hence, it can be inferred that they intentionally offered their services worldwide with no limitation, bypassing restrictions such as IP or verification processes, including those for Iranian users.

2. Publicly available posts reveal that some Bittrex customers claim that the exchange accepted their Iranian passports and completed their KYC verification process. It appears that Bittrex allowed these customers to access their services, as Iran was included in their KYC process and they even accepted Iranian phone numbers. It is evident that Bittrex responded to inquiries from potential Iranian users prior to account opening, affirming that Iranians could utilize its services.

3. Bittrex knowingly and willingly decided to provide services to Iranian customers, even verifying them with Iranian passports when Iran was listed as one of their supported countries in the residential and citizenship section of their verification form. This is something Bittrex founders were evidently aware of for quite some time.

4. Around October 2017, Bittrex suspended and blocked Iranian accounts and assets.

5. Approximately in April 2018, Bittrex, Inc. filed several applications with OFAC, requesting licenses to allow Bittrex to disburse funds to customers in various sanctioned countries, including Iran (refer to Doc 558 point 17).

6. Around September 10, 2018 (at least five months after Bittrex, Inc.'s OFAC license application), the founders of Bittrex established two offshore Malta entities named "BITTREX MALTA LTD." with the registration number C 88207 known as "Malta OpCo[5]" and Bittrex Malta Holdings Ltd. with the registration number C 88199.

---

[5] https://registry.mbr.mt/ROC/index.jsp



7.  "In October 2019, **eighteen[6] months** after filing the applications, **Malta OpCo** and BUS **obtained** a license from OFAC permitting a release of assets to customers in Iran (the "OFAC License"). The OFAC License would expire on March 31, 2020 (the "OFAC Deadline"). Starting in November 2019, **Malta OpCo informed all relevant Iran customers**—including Mr. Abbasi— that they could withdraw cryptocurrency in their blocked accounts." (refer to Doc 558 point 18)

---

[6] From the time of Bittrex, Inc.'s license application in April 2018 until October 2019 is a span of 18 months. Additionally, from the registration of Malta OpCo in September 2018 until October 2019 is a period of 13 months.

# Exhibit B

With regard to the false statement of Ms. Patty Tomasco "Regarding the LMC becoming unrecoverable, Mr. Abbasi did not withdraw his LMC by the stipulated deadline (June 21, 2019), rendering the LMC unrecoverable". This assertion is incorrect and misguides the Court. It appears that either you or your client is providing false information to the court. According to the details filed under Docket number 92[7] On 06/05/23, a cursory search using LMC indicates that <u>Bittrex Malta Ltd has transferred the subsequent LMC to Bittrex Bermuda</u> and aso <u>indicating that customers were able to make withdrawals</u>.

---

Case 23-10597-BLS    Doc 92    Filed 06/05/23    Page 75 of 836

**Bittrex Malta Ltd.**
**Case No. 23-10600**
SOFA 3: Certain payments or transfers to creditors within 90 days before filing this case

| Customer ID | Dates | Currency | Total Amount (Coin Quantity) | Reasons for payment or transfer |
|---|---|---|---|---|
| 3b750c8e-7f99-4469-af06-a43e384062e6 | 2/10/2023 | GLM | 20.08042686 | Customer Withdrawal |
| 3b750c8e-7f99-4469-af06-a43e384062e6 | 3/10/2023 | GLM | 21.49113507 | Customer Withdrawal |
| 3b750c8e-7f99-4469-af06-a43e384062e6 | 4/10/2023 | LMC | 1366.52956310 | Customer Withdrawal |
| 3b750c8e-7f99-4469-af06-a43e384062e6 | 3/10/2023 | LMC | 140.15213790 | Customer Withdrawal |
| 3b7f-5b3-d561-44b7-85f0-ea318216b962 | 2/10/2023 | NEO | 0.23866278 | Customer Withdrawal |
| 36696a5e-b04b-4aa0-b6af-47fb3d84723e | 6/10/2023 | DGB | 168.17531175 | Customer Withdrawal |

**Bittrex Malta Ltd.**
**Case No. 23-10600**
SOFA 3: Certain payments or transfers to creditors within 90 days before filing this case

| Customer ID | Dates | Currency | Total Amount (Coin Quantity) | Reasons for payment or transfer |
|---|---|---|---|---|
| 36b64752-f7c7-48c0-aad3-f5af1a224cb8 | 2/9/2023 | DASH | 0.00573147 | Customer Withdrawal |
| 39b59c5-5eab-4236-af58-571769d77553 | 2/9/2023 | AXS | 13.68828857 | Customer Withdrawal |
| 39c80688-c984-42e0-b7b0-b9522622cd91 | 2/10/2023 | DOGE | 42.40809292 | Customer Withdrawal |
| 39d0fe40-4638-4992-be97-19d317f9b6c1e | 2/10/2023 | BCI-I | 0.00002010 | Customer Withdrawal |
| 39d0fe43-4638-4992-be97-19d317f9b6c1e | 2/10/2023 | BCHA | 0.00002010 | Customer Withdrawal |
| 39d0fe45-4638-4992-be97-19d317f9b6c1e | 2/10/2023 | BTC | 0.00007207 | Customer Withdrawal |

**Bittrex Malta Ltd.**
**Case No. 23-10600**
SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider.

| Insider's name | Customer ID | Dates | Currency | Total amount | Reasons for payment or transfer |
|---|---|---|---|---|---|
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |

**Bittrex Malta Ltd.**
**Case No. 23-10600**
SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Customer ID | Dates | Currency | Total Amount | Reasons for payment or transfer |
|---|---|---|---|---|---|
| Bittrex Global, Inc. | | 5/13/2022 | DOGE | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | USD | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | BTC | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | SBYTE | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | SC | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | USDT | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | BTC | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | BTC | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | SC | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | USDT | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | XRP | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | ZAG | | Customer Migration to Non-Debtor Entity |
| Bittrex Global, Inc. | | 5/13/2022 | IPO | | Customer Migration to Non-Debtor Entity |

---

*This is just the sample transactions, and there are hundreds of such transactions in LMC. The currency that you're presenting to the Court as non-transferable or un-recoverable, which is misleading. This statement could imply fraudulent activities by your clients.*

**The aforementioned docket - 92 filed by Mr. Enos, Kenneth expresses that all of you were cognizant of the fact that the LMC was transferable and recoverable post-June 21, 2019. Your client transferred assets to non-debtor entities, and also to customers' wallets which contradicts your claim to the Court that the LMC was non-transferable or unrecoverable.**

**By way of background:**

1. *"Around April 2019 Bittrex announced to its customers holding LMC that it decided to remove from its exchanges this type of cryptocurrency because it did not have market and urged the affected customers to withdraw the LMC by June 21, 2019 <u>lest the LMC become unrecoverable</u>.*

---

[7] https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/56aa48b3-2129-438b-ab9d-dea68d54d728_92.pdf

*Mr. Abbasi did not withdraw his LMC by the deadline and the <u>LMC became unrecoverable</u>."* **This is stated in Objection point 23 filed by you.[8]**

2. According to the letter of Patty Tomasco dated August 14, 2023, "In or around April 2019—when you held 24,937.50000000 Lomocoins ("LMC[s]") in your Bittrex account—Bittrex (a) announced to customers holding LMCs that it decided to remove from its exchanges this type of cryptocurrency because it did not have any market; and (b) urged the affected customers to withdraw the LMCs by June 21, 2019 to avoid that the LMCs <u>became unrecoverable</u>." **August 14, 2023 singed by Ms. Patricia Tomasco[9]**

3. "According to the Debtors' records and as further described below, we note that you are a **former** customer of Bittrex **who withdrew all the cryptocurrency** in your Bittrex account over three years ago (in February 2020). **Your Bittrex account was closed after you completed the withdrawal of your assets.**" August 14, 2023 singed by Ms. Patricia Tomasco[10]

4. On August 16, 2023, Mr. Abbasi wrote to the Court another letter, enclosing the response of the Debtors' counsel to his August 1, 2023 letter, and alleging **bankruptcy fraud** because a separate letter from non-Debtor Bittrex Global listing LMC "has led [him] to believe that [his] assets might have been transferred post the bankruptcy filing" and "some creditors have withdrawn their LoMo Coin but in her letter she <u>said it is unrecoverable</u>." [D.I. 276].

All the above points indicate that you, specifically Ms. Patricia Tomasco, are aware of the situation that **firstly**, my account holding LMC should not have been closed by Bittrex because there was assets, and **secondly**, Bittrex did not refund my LMC and later illicitly transferred it to another third party, even though, Ms. Patricia Tomasco, filed it on the docket.

---

[8] https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/b85ce06b-51c4-4106-9ac7-e2a1b0619a14_558.pdf
[9] https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/fa8705a3-46d1-49cf-aba1-c8205f2f8d82_276.pdf
[10] https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/fa8705a3-46d1-49cf-aba1-c8205f2f8d82_276.pdf

## Exhibit C

Herewith, I attach <u>a part of the expert report</u> regarding  the assets belonging to your clients, the debtor entities.

**Following the request for access to the hot and cold wallets holding the debtor's assets, significant movements were observed in the assets of debtors.** These suspicious movements seem to be linked to cover misappropriation of the Bankruptcy estate.

This has raised concerns about potential illicit activities being conducted under your surveillance, and  seems such actions are facilitating by providing legal assistance to the debtors's founders.

The following transaction is an example of such activities :

https://www.blockchain.com/explorer/transactions/btc/a90e7a2022e0ff664515022743f6386077ae6847d7b
19621e111e67d1db55885



*This transaction was first broadcasted on the Bitcoin network on November 22, 2023 at 12:11 PM GMT+3. The transaction currently has 97 confirmations on the network. The current value of this transaction is now $376,035,705.[11]*

**Why are there such huge transactions on the debtor's assets?** As I see in the bankruptcy proceedings no such claims or administrative expenses are allowed till now.

---

11

https://www.blockchain.com/explorer/transactions/btc/a90e7a2022e0ff664515022743f6386077ae6847d7b19621e111e67d1db558
85

## EXPERT REPORT[12] [13]

| Wallet(s) | Activation date | Current Balance | Assets | Current balance in USD | Public Proof |
|---|---|---|---|---|---|
| i85eR5DM96n1HvBDMzLHPYew89fZAXULJP | 2018-12-21 | 10301.84763059 | BTC | $381,080,693 | See more |
| LN52wHoVR79PMDishab2XmRHsbekCdGquK | 2014-06-07 | 1665.59050666 | BTC | $61,612,674 | See more |
| ix66f820a414680b5bcda5eeca5dea238543f42054 | 2019-01-09 | 59,999.9939 | ETH | $119,112,204.54 | See more |
| ix66f820a414680b5bcda5eeca5dea238543f42054 | 2019-01-09 | - | - | $22,493,882.01 | See more |
| ixfbb1b73c4f0bda4f67dea266ee6ef42f520fbb98 | 2015-08-10 | 7,420.856011 | ETH | $14,691,912.17 | See more |
| ixfbb1b73c4f0bda4f67dea266ee6ef42f520fbb98 | 2015-08-10 | - | - | $3,463,288.60 | See more |
| PVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 2014-12-12 | 16,345,355.366187 | XRP | $9,714,044.69 | See more |
| EuvmJgjK7PbmiWfvG9DGSWi1GeResoxgR | 2019-04-03 | 74,600,020.87289 | XRP | $44,349,712.4 | See more |
| fA5vCXk4f1SrCMfz361UxUNABRGP1g2F1r | 2019-09-23 | - | TRX | $7,118,334.64 | See more |

$663,636,746.05

**Based on the expert's investigations and available evidence, All the wallets mentioned above belong to the debtor entities and are <u>under control of Bittrex founders.</u> Furthermore, these wallets have also been recipients of fund transfers from the creditors.[14]**

**What leads us to suspect that debtors, their founders  and the counsels might be involved in bankruptcy fraud?**

On October 9, 2023, Bittrex Malta, Bittrex, Inc., and Bittrex Holdings released their Monthly Operating Reports under docket numbers 427[15], 428, and 429[16]. They reported their holdings as follows. A simple calculation reveals a discrepancy of **at least $311,885,190** when considering the <u>few coins we have presented above</u> . That's because debtors and their respectful counsels did not disclose those wallets to the Court.

---

[12] Experts may revise this report in light of new data and provide updates that are currently under investigation.
[13] This document contains content that is based on the issues highlighted by Mr. Adel Abbasi concerning certain bankruptcy cases. The specifics have been supplied by Mr. Abbasi, and they mirror his comprehension of the situation based on available data, which may change at any time. Mr. Abbasi assumes no responsibility for any changes or inaccuracies. By utilizing this document, you absolve Mr. Abbasi of any obligations or liabilities pertaining to its use or interpretation. Any usage of this document is at your own risk and discretion. This document may undergo changes as new data becomes available. It should not be viewed as a comprehensive or final report of the situation. Subsequent communications will be shared as needed to provide clarity or modifications to the information in this document.
[14] However, we are unable to disclose the expert report due to its privileged status.
[15]https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/dd9ce3f3-e853-4404-863f-960404dc93d5_427.pdf
[16]https://casedocs.omniagentsolutions.com/cmsvol2/pub_47475/b956274b-6564-421e-93f3-b9c8efb4cd9b_429.pdf

| Debtor name | Crypto Assets Held | BANK ACCOUNTS |
|---|---|---|
| **Bittrex Malta Ltd.** | 57,509,879[17] | - |
| **Bittrex Inc.** | 233,115,082 | 11,908,866 |

Furthermore, the debtors have not disclosed their holdings based on the type of digital assets. Instead, they have reported their holdings based on which assets belong to specific creditors. This approach raises concerns as it appears to obscure the true nature and quantity of their digital holdings, which constitute a significant part of the bankruptcy estate. This is drawn from the incongruity between the debtor's assets reported to the Court and the assets reflected in the blockchain data.

Based on my interpretation and the available data, it seems plausible that the shutdown of Bittrex Global was part of a scheme . I had previously envisaged this scenario as it provides a seemingly lawful-looking pathway for founders to exploit  all the funds in the wallets.

---

[17] Estimated using prices as of August 31, 2023.

# Exhibit D



**Docket Update Needed: Withdrawn Claims Not Reflected**

**adel abbasi** <adel.abbasi.bitcoin@gmail.com>
to Client, bitrexinquiries@omniagnt.com, lsolorzano@omniagnt.com, omnidailydocket, Ashley, Colin, Sierra ▾

Fri, Dec 1, 5:30 PM (3 days ago)

Dear All,

I have submitted several withdrawal claims, but they do not seem to be reflected in the docket. Despite notifying you 13 days ago and uploading the information twice, no action has been taken. The evidence seems to suggest that this lack of action may be intentional and possibly dishonest towards certain creditors.

If the specific withdrawal claims are not reflected by today, I will write to the Court myself. This is due to what appears to be your lack of fair dealings with me and other creditors with whom I am familiar.

Best,

Adel Abbasi

**One attachment** • Scanned by Gmail ⓘ

( ↩ Reply )  ( ↩ Reply all )  ( → Forward )

---

**Docket Update Needed: Withdrawn Claims Not Reflected**  Inbox ×

**adel abbasi** <adel.abbasi.bitcoin@gmail.com>
to bitrexinquiries@omniagnt.com, clientsupport@omniagnt.com, lsolorzano@omniagnt.com ▾

Wed, Nov 22, 12:12 PM (12 days ago)

Dear All,

I've withdrawn a few claims, but it doesn't seem to be reflected in the docket. Could you please review and let me know if you have any questions?

Best,
Adel Abbasi

# Exhibit E

**adel abbasi** <adel.abbasi.bitcoin@gmail.com>
to bitrexinquiries@omniagnt.com, lsolorzano@omniagnt.com, Client

Thu, Nov 23, 4:41PM (11 days ago)

Hello,

Thank you for your prompt response and wishing you a Happy Thanksgiving.

I wanted to inform you that I have withdrawn a few claims. Could you kindly update this on the dockets?

Best,
Adel.

...

**adel abbasi** <adel.abbasi.bitcoin@gmail.com>
to omnidailydocket, Ashley, Colin, Sierra, Client, bittrexinquiries@omniagnt.com, lsolorzano@omniagnt.com

Fri, Dec 1, 5:25 PM (3 days ago)

Hello,

I am unsure of your reasons, but I have submitted multiple withdrawal claims more than 10 days ago. If these are not submitted in the docket by today, I will write to the court myself.

As the evidence suggests, it appears that you are knowingly and intentionally carrying out this action and not being honest with certain creditors.

I feel that your interaction with users from certain countries is different than with others. It appears you are stalling our requests while supporting the debtors, Bittrex and its council.

Best,
Adel

...

## Exhibit F

### In re Desolation Holdings LLC - Case No. 23-10597 - Malta OpCo (BITTREX MALTA LTD) OFAC License Number and Case ID

 **adel abbasi** <adel.abbasi.bitcoin@gmail.com>    Thu, Nov 30, 1:07 PM (4 days ago)    ☆    ↩    ⋮
to Patty, ienos, Alain, rbrady, Susheel, Daniel, Razmig, Joanna, Richard, bill, OFAC_Feedback ▾

Dear Patty Tomasco, Counsel for the Debtors,

Following up on Joanna Diane Cavtas message from November 23, where Joanna offered to address further questions *['We remain available to discuss, should you have further questions. ',]* I would like to inquire about 'Malta OpCo OFAC License.

In reference to Case 23-10597-BLS Doc 558 Filed 11/13/23 Page 7 of 27, you have mentioned that "In October 2019, eighteen months after filing the applications, Malta OpCo [BITTREX MALTA LTD., registered under number C 88207] and BUS obtained a license from OFAC permitting a release of assets to customers in Iran (the "OFAC License")."

Your filing of my explanation regarding the aforementioned point under Doc 632, EXHIBIT J, pertains to the OFAC license status of Malta OpCo (BITTREX MALTA LTD., registered under number C 88207).

As a result, I kindly request you to provide clarity on the following queries under penalty of perjury, and by copying in "OFAC_Feedback@treasury.gov" on your response:

1. **When and under which Case ID did Malta OpCo apply for the OFAC license?**
2. **When and under which license number did Malta OpCo acquire the license from OFAC?**

I intend to verify the OFAC license from this link: https://licensing.ofac.treas.gov/Apply/CheckApplicationStatus/CheckApplicationStatus.aspx

Respectfully Submitted.

Adel Ababsi
Nov 30, 2023

**Exhibit G**



**Ryan Hentz served as a Co-founder of Bittrex since its establishment in 2014 and held the position of <u>Director of Support</u> from 2017 to 2022. He directly reported to both the current and former CEOs (RICHIE LAI AND WILLIAM (BILL) SHIHARA), who are also co-founders of Bittrex.**

**Exhibit H**



hello dear i am from iran can i treading on bittrex?
thank you

This email is a service from **Bittrex**. Delivered by **Zendesk**.

Ryan Hentz (Bittrex) <support@bittrex.zendesk.com>    8/9/16
to me

##- Please type your reply above this line -##

Your request (32418) has been solved. To reopen this request, reply to this email.

**Ryan Hentz** (Bittrex)
Aug 9, 12:22 PDT

Hi,

Yes if you are from Iran you can trade. I also recommend performing verification on your
account.

Thank you.

**Ryan Hentz served as a Co-founder of Bittrex since its establishment in 2014 and held the
position of <u>Director of Support</u> from 2017 to 2022. He directly reported to both the current
and former CEOs (RICHIE LAI AND WILLIAM (BILL) SHIHARA), who are also
co-founders of Bittrex.**

**Exhibit I**



Ryan Hentz served as a Co-founder of Bittrex since its establishment in 2014 and held the position of <u>Director of Support</u> from 2017 to 2022. He directly reported to both the current and former CEOs (RICHIE LAI AND WILLIAM (BILL) SHIHARA), who are also co-founders of Bittrex.

## ▲ #3228147 Deposit, withdrawal, and transaction history

| Submitted | | Received via | Requester | |
|---|---|---|---|---|
| July 31, 2023 at 02:24 | | Web Form | Adel Abbasi Bitcoin <adel.abbasi.bitcoin@gmail.com> | |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | Normal | Bittrex Global | Rebekah Prater | Solved |

| Bittrex Account Email | Top Level Customer Selections: (I need help...) | CF - Chat Bot |
|---|---|---|
| adel.abbasi.bitcoin@gmail.com | Something Else | No |

**(Specifically...) I'm having issues with something else (General Support Requests)**

I have a question/issue not covered elsewhere

| Total time spent (sec) | Time spent last update (sec) | Platform Selection |
|---|---|---|
| 366 | 85 | Web Browser |

---

**Adel Abbasi Bitcoin**  July 31, 2023 at 02:24

Hello Team,

As a verified user of Bittrex, I would like to request my deposit, withdrawal, and transaction history, including all trades and orders. It appears that I have coins on Bittrex that I wish to withdraw.


Best Regards.

---

**Tatiana Kurdian**  July 31, 2023 at 14:31                                    Internal note

Requests #3228463 were closed and merged into this request.

---

**Tatiana Kurdian**  July 31, 2023 at 14:31                                    Internal note

## Support Checklist


- ☐ The ticket requester email address matches the Bittrex account email address.
- ☑ **The ticket has been submitted on the correct platform (BUS/BG).**
- ☑ **Previously created tickets have been reviewed for suspicious activity, which may include multiple different photos, manipulated documents, reluctance to provide POI pictures, uploaded photos vs. live photos, out of region IP activity.**
- ☑ **Open tickets from the same requester have been reviewed for ticket merge opportunities and merged where appropriate.**

---

**Tatiana Kurdian**  July 31, 2023 at 14:32                                    Internal note

Escalation Summary: User is from Iran, account is deleted. They want their CSV files

Account status: deleted

Account Balance: 0.00 USD (0.00000000 BTC)

Pending transactions: none

---

**Rebekah Prater**  July 31, 2023 at 15:26

Hi adel.abbasi.bitcoin@gmail.com,

Thank you for reaching out. This account currently does not hold a withdrawable balance. Your account holdings and transaction history are attached. Please reach out if you have any questions.

Best Regards,

Tommi @ Bittrex Global
Follow us on Twitter @ https://twitter.com/BittrexGlobal

---

**Adel Abbasi Bitcoin**   July 31, 2023 at 21:46

Dear Bittrex Team,

Could you please guide me on how to withdraw my LMC coins from your exchange?

---

**Rebekah Prater**   August 2, 2023 at 09:55

Hi adel.abbasi.bitcoin@gmail.com,

Unfortunately, LMC has been removed from the exchange. Please refer to this article for more information: Wallet removal on 04/12/2019 – Bittrex Support (zendesk.com)

Best Regards,

Tommi @ Bittrex Global
Follow us on Twitter @ https://twitter.com/BittrexGlobal

Support Software by **Zendesk**

 **#289030 New account to basic**

---

**Submitted**                    **Received via**    **Requester**
October 14, 2017 at 05:40        Web Form            Adel Abbasi Bitcoin <adel.abbasi.bitcoin@gmail.com>

**Status**    **Type**      **Priority**    **Group**      **Assignee**              **Ticket status**
Closed       Incident      Normal         Support        Bittrex Support Team      Solved

---

**Bittrex Account Email**              **Verification Issue**
Adel.abbasi.bitcoin@gmail.com          ID Verification Issue

---

**Adel Abbasi Bitcoin**  October 14, 2017 at 03:34

Hi
I filled up the info about me to upgrade my new account to basic account but nothing happened

---

**Bittrex Support Team**  October 14, 2017 at 05:40

Hi adel.abbasi.bitcoin@gmail.com,

We've escalated your ticket to our Support Team. Here are some Enhanced Verification troubleshooting tips. We will be with you as soon as possible to help resolve your request.

The number one reason for an enhanced verification to not be processed through the system is the submission of a Selfie that is the same photo that is used on your uploaded identification. If you did not take a new selfie or use a photo different then your identification, please try the process again with a new selfie.

Please make sure you are selecting the proper document type and following the instructions of what photos to upload and when. If you are uploading a document like a passport, including the entire passport do not crop it. The system must see the entire passport. The instructions typically will say to take a picture of the front or back of your ID. For passports, you would take a picture of the section that has your face and information. Then you would take a separate picture of the top part of your passport when it asks.

Lastly, if you have manipulated your document in anyway the verification may fail. Please make sure to submit very clear photos without any alterations.

If you have tried all of the above please let us know and we will manually review your submission.

Once you have been verified please make sure to enable two-factor from your settings to increase your limits to the 100 BTC max.

Thank you,

Your Bittrex Support Team

Follow us on Twitter @ https://twitter.com/BittrexExchange

---

**Adel Abbasi Bitcoin**  October 14, 2017 at 06:15

This is my passport and selfie
What is the problem

Sent from my iPhone

---

**Adel Abbasi Bitcoin**  October 14, 2017 at 10:27

Help me please

Sent from my iPhone

**Ryan**   October 14, 2017 at 14:31

Hi adel.abbasi.bitcoin@gmail.com,

Your account is under review and we will contact you when the review is completed. Please do not open duplicate tickets, as this will not lead to a faster resolution.

Thank you,

Ryan @ Bittrex

Follow us on Twitter @ https://twitter.com/BittrexExchange

Support Software by **Zendesk**

**EXPRESS WORLDWIDE** **DOX** *DHL*

2023-12-06 MYDHL+ 1.0 / *30-0821*

**GOGREEN**

Origin:
**IST**

From : ADEL ABBASI
ADEL ABBASI
ESKI BUYUKDERE CAD.
KARGO PLAZA NO.17-19
MASLAK ISTANBUL
34398 ISTANBUL MASLAK SISLI ISTANBUL AREA
Turkey

To : UNITED STATES BANKRUPTCY
UNITED STATES BANKRUPTCY
824 NORTH MARKET STREET   6TH FLOOR
COURTROOM 1   WILMINGTON
+003022522915

Contact:
UNITED STATES BAN "RUPTCY

**19801 WILMINGTON Delaware**
**United States of America**

**US-PHL-NJS** DENJ

Day      Time

**ADI**

Ref: 0000280076804840

Pce/Shpt Weight      Piece
**0.5 kg   1 / 1**

Contents: Identity
docume nt



WAYBILL 58 5803 3812



(2L)US19801+42000000



SECURITY CHECKED
THE CONTENTS OF THIS PACKAGE H...
F.. SECURITY PURPOSES
FOR DHL (PRINT ...POSES ...


made from
recycled materials

