RECEIVED

2023 DEC 12  PM 4: 22

CLERK
U.S. BANKRUPTCY COURT
DIST    OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] Debtors. | Case No. 23-10597 (BLS) |
| | (Jointly Administered) |
| | Ref. D.I. **631** |

**OBJECTION FILED BY AMIR ALI MOMENZADEH  TO PLAN ADMINISTRATOR'S OMNIBUS MOTION FOR A PROTECTIVE ORDER REGARDING REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

This formal objection is presented by Amir Ali Momenzadeh (hereinafter referred to as "Mr. Momenzadeh"), a claimant in the Chapter 11 proceedings involving the debtors named above and all their debtor affiliates (collectively referred to as the "Debtors" or the "Wind Down Entity"). The objection is against the omnibus motion (hereinafter referred to as the "Motion") filed by the Debtors.

In the spirit of good faith, Mr. Momenzadeh withdrew all duplicate claims (C599-47, C599-48, C599-49, C599-56, C600-120, C598-1001, C598-10651), and made several attempts to have these withdrawal officially recorded on the docket through authorized agent. However, the Omni agent refused to record this. Consequently, he sent an email to notify them once more, as shown in **Exhibit G**. **Mr. Momenzadeh is in pursuit of surviving claims and requests evidence that supports the statements made by the counsel in their objections to his proof of claims.**

On account of the reasons included in the attached exhibits (**Exhibit A, Exhibit E, Exhibit F**), Mr. Momenzadeh is requesting the Court to order the counsel to adhere to document production and provide corroborating evidence for the following assertions. The debtor's response should address the following matters:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).

1. Paragraph 14 of Objection Doc 556 Debtors Counsels, which states, *"In October 2017, Bittrex blocked Mr. Momenzadeh's account to comply with the Iranian Sanctions."*

   a. Upon making these statements, what factual support did the counsel possess and rely on?

   > **THE RELEVANCE OF THIS TO MY CASE: As outlined in (Exhibit A, Exhibit B, Exhibit C, Exhibit D) Bittrex knowingly and intentionally provided services to Iranians with a full understanding of U.S. rules and regulations.**

2. Reference is made to Paragraph 12 of Objection Doc 556 Debtors Counsels which states, *"In April 2017, BUS informed Mr. Momenzadeh that as an Iranian citizen, he needed to complete enhanced verification to be able to trade on the BUS platform."* and Paragraph 12 of Objection Doc 556 Debtors Counsels, which states, *"In June 2017, Mr. Momenzadeh provided Bittrex with a copy of his Iranian passport, but did not complete enhanced verification."*

   a. What factual evidence did the counsel have at their disposal to support these statements?

3. Paragraph 15 of objection Doc 556 Debtors Counsels, which states, *"Being a non-U.S. resident, Mr. Momenzadeh was transitioned to Bittrex Malta Ltd. ("Malta Opco"), and became a Malta OpCo customer."* and Paragraph 19 of objection Doc 556 Debtors Counsels, which states, *"In October 2019, eighteen months after filing the applications, Malta OpCo and BUS obtained a license from OFAC permitting a release of assets to customers in Iran (the "OFAC License")."* and Paragraph 19 of objection Doc 556 Debtors Counsels, which states, *"Starting in November 2019, Malta OpCo informed all relevant Iran customers—including Mr. Momenzadeh—that they could withdraw cryptocurrency in their blocked accounts."* and Paragraph 22 of objection Doc 556 Debtors Counsels, which states, *"Both before and following the Court's entry of the Customer Withdrawal Order, Mr. Momenzadeh submitted multiple support tickets inquiring about withdrawals from Malta OpCo."* and Paragraph 26 of objection Doc 556 Debtors Counsels, which states, *"The Debtors cannot lawfully permit withdrawals from accounts subject to Iranian Sanctions."*

   a. Upon making this statement, what factual support did the counsel possess and rely on?

   b. When did Malta OpCo apply for the OFAC license and under which Case ID, and when did they obtain the license from OFAC under which license number?

1

> **THE PERTINENCE TO MY CASE: The documents in question are of great importance to my case. From the information I have and my personal belief, it appears that Malta OpCo never sought nor was granted a license from OFAC.**
>
> **There is sufficient cause to suspect that Malta OpCo neither applied for nor received any authorization or license from OFAC, which implies that the counsel's statement might be erroneous. For additional details, please refer to <u>Exhibit E</u>.**

4. Paragraph 25 of objection Doc 556 Debtors Counsels, which states, *". <u>Iranian **citizens** are still covered by OFAC orders</u>, Accordingly, the account of Mr. Momenzadeh remains disabled on the basis of Iranian Sanctions."*

    a. Upon making this statement, what factual support did the counsel possess and rely on?

5. Paragraph 23 of Objection Doc 556 Debtors Counsels, which states, *"The other cryptocurrencies listed on Mr. Momenzadeh's proofs of claims—143.479 Nubits (NBT) and 32.845 Swarm City (SWT)—have been delisted, removed from the Bittrex platform, are valued at 0.00, and are not recoverable (the "Delisted Crypto")."* also Paragraph 77 of objection Doc 556 Debtors Counsels, which states, *"The other cryptocurrencies listed on Mr. Momenzadeh's proofs of claims—<u>143.479 Nubits (NBT) and 32.845 Swarm City (SWT)—have been delisted, removed from the Bittrex platform</u>, are valued at 0.00, and therefore are not recoverable (the "Delisted Crypto") ."*

    a. Upon making these statements, what factual support did the counsel possess and rely on?

    b. When did counsel become aware this statement was incorrect?

    c. When was the most recent transaction involving Nubits (NBT) conducted on Bittrex platform and its accounting records as per Docket number 92?

    d. When was the most recent transaction involving Swarm City (SWT) conducted on Bittrex platform and its accounting records as per Docket number 92?

    e. When was the most recent transaction involving (FUN) conducted on Bittrex platform and its accounting records as per Docket number 92?

> **THE RELEVANCE OF THIS TO MY CASE: This request is relevant as I bought NBT, SWT, FUN Tokens and have them in my account. Exhibit F shows that the assertions made by the Debtor's counsel are untrue and they are misleading the court. Please refer to <u>Exhibit F</u> for further details.**

**Dear Honorable Judge Brendan L. Shannon**

I, Amir Ali Momenzadeh, a claimant in the above-mentioned bankruptcy case, humbly bring to your attention certain critical facts and circumstances that I believe merit your intervention.

As per records and supporting evidence (**Exhibit A, Exhibit B, Exhibit C and Exhibit D**), Bittrex has provided services to Iranian citizens from 2014 until at least October 2017, during which period it has profited from our transactions. Subsequently, Bittrex blocked our assets, causing substantial financial distress to us and exploited our assets economically by not putting them in a separate account as per OFAC directives.

Regrettably, our limited financial resources prevent us from engaging legal counsel to safeguard our rights adequately. This constraint, however, does not diminish the validity or veracity of our claims. We possess evidence that substantiates every point we have raised, but presenting and arguing these points without legal representation presents a significant challenge.

In light of these circumstances, we respectfully request your intervention. Bittrex, with its extensive legal team, appears to be attempting to dismiss our claims and possibly mislead the Court. Your assistance in ensuring a fair and just process would be invaluable.

We thank you for your time and consideration of this matter and trust in your commitment to justice.

**Respectfully Submitted,**

Amir Ali Momenzadeh

December 5, 2023

## Exhibit A

1. At the surface, it looked like the Founders of Bittrex with over 50 years of security experience on the their resume,[2] were uncompromising in their adherence to the global regulatory landscape surrounding cryptocurrency, with specific emphasis on regulations emanating from the United States.[3] These rules played a critical role in shaping the business decisions at Bittrex. But The core business, infrastructure and architecture of Bittrex was designed with the intention of providing services to countries that are typically underprivileged or sanctioned, including but not limited to Iranian customers. although It was emphasized by the Founders that Bittrex operates under full compliance with U.S. rules and regulations.[4]

2. Given the choice between complying with the US rules and regulations or unfair and advantageous competition with other US Crypto exchanges by providing services to sanctioned countries, including but not limited to Iran, Bittrex definitively chose the latter: to this end, in its initial terms of service, there were no restrictions on residents and citizens from countries under US sanctions until April 2015. For the first time in April 2015, they put a notice on Bittrex's website and in its terms of service[5] stating that US embargoed countries were forbidden from creating accounts. (Refer to Bittrex the *terms of services before April 2nd, 2015*[6] and *terms of service post-April 2nd, 2015*[7] for details) However, on a willful and continuous path, Bittrex has actively sought to welcome and attract more users from underprivileged sanctioned countries, including but not limited to Iran, offering them assistance through the support system and encouraging them to register and verify their accounts with Iranian documents[8] and Mr. Momenzadeh was one of those victims.[9]

3. RICHIE LAI and other co-founders knew Iranian customers had access to Bittrex services even after April 2015.

    a. **First**, Bittrex already had a significant number of Iranian users in April 2015 and made no effort to investigate existing Iranian customers to terminate their account and/or stop providing services to them.

---

[2] https://web.archive.org/web/20170606171238/https://www.bittrex.com/
[3] https://web.archive.org/web/20170307161331/https://bittrex.com/
[4] https://web.archive.org/web/20171003140123/https://bittrex.com/
[5] https://web.archive.org/web/20170707173143/https://bittrex.com/Home/Terms
[6] https://web.archive.org/web/20140626061351/https://www.bittrex.com/Home/Terms
[7] https://web.archive.org/web/20170707173143/https://bittrex.com/Home/Terms
[8] https://twitter.com/hashtag/bittrex_disabled_accounts
[9] https://bitcointalk.org/index.php?topic=2342458.0

b. **Second**, Iran was one of those countries which customers were able to choose from the list through the signup form and verification process.

c. **Third**, Bittrex Founders mainly RICHIE LAI not only did not actually bar Iranian Internet Protocol ("IP") addresses from the platform.[10] Instead, Bittrex welcomed more users from underprivileged sanctioned countries, offering them assistance through the Bittrex support system and encouraging them to register and verify accounts. RICHIE LAI did not take simple steps to restrict Iranian customers from accessing the platform based on the collected information, which include but is not limited to Internet Protocol ("IP") addresses, phone numbers, mobile network information, citizenship status, country of residence, postal address, user locations, and time zones.

d. **Fourth,** Bittrex intentionally marketed to Iranian customers, including through the Bittrex affiliate user program.[11] [12]

e. **Lastly**, it is evident that Bittrex engaged in misleading strategies and deceptive practices under the guise of simply adding updated terms of service regarding sanctioned countries. They accepted users from underprivileged sanctioned countries, not only because for the residents of such jurisdictions, cryptocurrency was a haven to escape from high inflation rate, and uncertainty of bad actor governments, but also because low level of English Proficiency , these users had limited awareness of their rights or any means to protect themselves or lodge complaints against Bittrex. This policy was effectively executed and evidence traces back to October 2017 when Bittrex confiscated the assets of thousands ordinary Iranian nationals, including funds and property belonging to individuals like Mr. Momenzadeh. No particular one even filed against Bittrex. This move was seen as an attempt to put on a facade of compliance for US regulators while simultaneously engaging in illicit activities.

4. The presence of Iranian users was far from incidental. On the contrary, as late as October 2017, we received a report from similarweb[13] that showed that "Iran was the one of the most popular countries by visits and average number of active users per day.". Subsequent monthly revenue reports continued to show the presence of Iranian users on Bittrex.

---

[10] https://www.fincen.gov/sites/default/files/enforcement_action/2023-04-04/Bittrex_Consent_Order_10.11.2022.pdf
[11] https://www.facebook.com/bittrex/posts/our-affiliate-program-is-going-live-later-this-week-let-us-know-if-you-are-inter/754970717847029/
[12] https://twitter.com/BittrexExchange/status/440793086549962752
[13]

5.  As part of a big scheme, Bittrex represented itself as the figurehead of a trustworthy and law-abiding segment of the cryptocurrency industry of that time that was focused on investor and client protection.[14] and sentences like "Corporate responsibility is in our DNA and our commitment to regulatory and compliance guidelines is second to none"[15] was something normal in the statements but   In fact, as the Founders well knew, Bittrex was not focused on investor or client protection, nor was it the legitimate business that they claimed it was.

---

[14] https://www.theblock.co/post/226735/sec-charges-bittrex
[15]https://medium.com/bittrex/bittrex-statement-on-the-new-york-department-of-financial-services-nydfs-decision-c3 fa1e70c8ff

**Exhibit D**



I personally asked Mr. Ryan Hentz about the services provided to Iranians and from Iran. Mr. Hentz has been a key figure at Bittrex since its inception in 2014, serving as a Co-founder and holding the position of Director of Support from 2017 to 2022. He reported directly to both the current and former CEOs, Richie Lai and William (Bill) Shihara, who are also co-founders of Bittrex. As founders, they should bear responsibility for such actions.

**Exhibit C**



Ryan Hentz, a co-founder of Bittrex since its inception in 2014, played a pivotal role in the company's operations and support. He held the significant position of Director of Support from 2017 to 2022, where he was directly reportable to both the current and former CEOs, Richie Lai and William (Bill) Shihara. As co-founders of Bittrex alongside Hentz, they formed the core leadership team. Thus, Hentz held substantial responsibility within the organization, directly influencing its policies and procedures during his tenure.

**Exhibit D**



hello dear i am from iran can i treading on bittrex?
thank you

This email is a service from **Bittrex**. Delivered by <u>Zendesk</u>.

Ryan Hentz (Bittrex) <support@bittrex.zendesk.com>                    8/9/16
to me

##- Please type your reply above this line -##

Your request (32418) has been solved. To reopen this request, reply to this email.

**Ryan Hentz** (Bittrex)
Aug 9, 12:22 PDT

Hi,

Yes if you are from Iran you can trade. I also recommend performing verification on your account.

Thank you.

**Ryan Hentz served as a Co-founder of Bittrex since its establishment in 2014 and held the position of <u>Director of Support</u> from 2017 to 2022. He directly reported to both the current and former CEOs (RICHIE LAI AND WILLIAM (BILL) SHIHARA), who are also co-founders of Bittrex.**

**9**

**Exhibit E**

It is clear, and it should also be evident to the Debtors and the Debtors' counsel, that Malta OpCo (BITTREX MALTA LTD., registered under number C 88207) did not apply for the OFAC license. When Bittrex Inc's license application was made, the entity known as Malta OpCo did not exist. There is no public record indicating that this entity has ever owned, applied for, or obtained an OFAC license or permission.

Despite these facts, the Debtors maintain the assertion that Malta OpCo was granted a license, as evidenced in the responses to objections (please refer to Doc 556 points 15 and 19).

To clarify:

1. At the time of Bittrex Inc.'s OFAC license application, Malta OpCo did not exist.

2. It should be understood that Malta OpCo did not apply for the license as all reported customers, if any, were under the purview of Bittrex, Inc. Consequently, it was Bittrex Inc. that violated OFAC rules and regulations until at least October 2017. Bittrex Inc. was the entity that applied for and received the OFAC License and permission.

3. There is no publicly accessible information from OFAC, the Debtors' counsel, or the Debtors indicating that Malta OpCo holds or has ever been granted an OFAC license.

4. By moving Iranian assets to an offshore entity in 2018, Bittrex Inc. violated OFAC rules and regulations prohibiting such transfers of blocked assets to an offshore entity.

Furthermore, if Malta OpCo opened an account for me under its name and operations, it would be clear that I was residing in Iran. Thus, by opening accounts for Iranian nationals in Iran in 2018, Malta OpCo knowingly and deliberately violated OFAC regulations.

Also, considering Malta OpCo did not have an OFAC license in 2020, how did the Debtors execute a transaction to move the assets of Iranian residents? From publicly available information, it is evident that Bittrex, Inc. was the entity granted the license[16], which is typically **non-transferable** [https://ofac.treasury.gov/faqs/topic/1506] to any other entity or individual. Such a license usually allows the licensee to conduct all necessary transactions to end relations with customers who are ordinarily resident in Iran and return their assets. Intriguingly, even before the license was issued, Bittrex had already started closing Iranian accounts on its platform and transferring them to Bittrex Malta.

Finally, as legal professionals, the Debtors' counsels are obligated to validate evidence before presenting it. How can they represent the Debtors without verifying the actual evidence and instead use inaccurate statements as proof of claim?

---

[16] https://ofac.treasury.gov/media/928746/download?inline

**Exhibit F**

With regard to the   false statement of Ms. Patty Tomasco *"The other cryptocurrencies listed on Mr. Momenzadeh's proofs of claims—143.479 Nubits (NBT) and 32.845 Swarm City (SWT)—have been delisted, removed from the Bittrex platform, are valued at 0.00, and are not recoverable (the "Delisted Crypto")"*. This assertion is incorrect and misguides the Court. It appears that either the Debtors and the Debtors' counsel is providing false information to the Court.

Contrary to Ms. Tomasco's claim, evidence suggests that the Debtors and the Debtors' counsel may be providing incorrect information to the Court. According to the details filed under Docket number 92[17] on 06/05/23, a brief lookup using NBT, SWT, FUN as search parameters indicates that Bittrex Malta Ltd has transferred the subsequent NBT, SWT, and FUN to Bittrex Bermuda. Furthermore, it seems to suggest that customers were still able to make withdrawals.



---

17

*This is just the sample transactions, and there are hundreds of such transactions in FUN, SWT, NBT. The Cryptos that Debtors and the Debtors' counsel are presenting to the Court as non-transferable or*

*un-recoverable, which is misleading. This statement could imply fraudulent activities by Debtors and the Debtors' counsel.*

**The aforementioned docket - 92 filed by Mr. Enos, Kenneth expresses that all of you were cognizant of the fact that the *FUN, SWT, and NBT.* were transferable and recoverable post 2018. Your client transferred assets to non-debtor entities, and also to customers' wallets which contradicts your claim to the Court that the LMC was non-transferable or unrecoverable.**

**Exhibit G**



Urgent Request for Review and Withdrawal of Duplicate Proof Claims

Amirali Momenzadeh <amir.ali.momenzadeh@gmail.com>
to clientsupport, bittrex, lsolorzano

Dear Team,

I had previously uploaded several documents for the withdrawal of duplicate proof of claims. However, these haven't been reviewed and the docket hasn't been updated as of today, December 6th. Consequently, I request you to please 1. Review the uploaded forms. 2. Withdraw all the following claims: C599-47, C599-48, C599-49, C599-56, C600-120, C598-1001, C598-10651.

Best Regards,
Amirali Momenzadeh

Reply    Reply all    Forward

# ◢◣ #47995 Iranian users

| Submitted | | Received via | Requester | |
|---|---|---|---|---|
| April 6, 2017 at 09:35 | | Web Form | Amir Ali Momenzadeh <amir.ali.momenzadeh@gmail.com> | |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | - | Support | Ryan | Solved |

---

**Amir Ali Momenzadeh**  April 6, 2017 at 09:35

To whom it may concern,

Thanks for your great site and astonishing platform you designed.
I am from Iran and will trade from my country. Isn't that a problem from your side?

Best wishes,
Amirali

---

**Ryan**  April 6, 2017 at 10:32

Hi,

You can trade but please make sure to perform an enhanced verification.

Thank you,

Ryan

---

Support Software by **Zendesk**

# 📩 #3205574 BTC withdrawal

| Submitted | | | Received via | Requester |
|---|---|---|---|---|
| June 28, 2023 at 03:32 | | | Web Form | Amir Ali Momenzadeh <amir.ali.momenzadeh@gmail.com> |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | Normal | Bittrex Global | Bittrex Support Team | Solved |

| Coin | Bittrex Account Email | | (Specifically...) I'm having issues Withdrawing Crypto |
|---|---|---|---|
| Bitcoin (BTC) | amir.ali.momenzadeh@gmail.com | | I need help withdrawing crypto |

| Coin Name | Top Level Customer Selections: (I need help...) | CF - Chat Bot | Total time spent (sec) |
|---|---|---|---|
| Bitcoin | Withdrawing Crypto | No | 230 |

**Please provide the UUID / transaction ID associated with the withdrawal you're having issues with**
none

| Time spent last update (sec) | Platform Selection |
|---|---|
| 30 | Web Browser |

---

**Amir Ali Momenzadeh**  June 28, 2023 at 03:32

Dear support,
I just need to withdraw my 0.11 btc.
I have uploaded three photoIDs. I tried my best so the photos be clear and readable.

Best wishes
Amirali

---

**Liana Aiki Akjian**  June 28, 2023 at 15:54

Internal note

## Support Checklist

- ☑ **The ticket requester email address matches the Bittrex account email address.**
- ☑ **The ticket has been submitted on the correct platform (BUS/BG).**
- ☑ **Previously created tickets have been reviewed for suspicious activity, which may include multiple different photos, manipulated documents, reluctance to provide POI pictures, uploaded photos vs. live photos, out of region IP activity.**
- ☑ **Open tickets from the same requester have been reviewed for ticket merge opportunities and merged where appropriate.**
- ☐ The account is enabled and fully verified
- ☐ You have determined the type of withdrawal to be either Crypto or Fiat
- ☐ For failed crypto withdrawals, the activity log shows no IP or wallet address whitelist violations on the date of the trade
- ☐ For failed crypto withdrawals, the target wallet is online
- ☐ For crypto withdrawals, the withdrawal amount meets the minimum requirement
- ☐ For crypto withdrawals, the target wallet address is valid
- ☐ For crypto withdrawals, the customer has provided withdrawal TXID or UUID
- ☐ For both crypto and fiat withdrawals, the withdrawal is authorized
- ☐ For fiat withdrawals, the customer has indicated the type of withdrawal (USD, EUR)
- ☐ For fiat withdrawals, the agent has verified on admin the withdrawal method (ACH = BANK ACCT, Wire transfer = USD WIRE or EUR WIRE)
- ☐ For ACH fiat withdrawals, the ticket form has been updated to ACH

☐   For wire transfers, the customer has provided withdrawal details with currency and target account information (this is different than a linked bank account)
☐   For wire transfers, pending and completed withdrawals have been checked.

---

**Liana Aiki Akjian**  June 28, 2023 at 15:56

Internal note

Escalation Summary: The user is from Iran OFAC_REGION_BANNED

Account status: Disabled

Account Balance: 3,322.60 USD (0.11040528 BTC)

Pending transactions: none

---

**Rebekah Prater**  June 29, 2023 at 08:18

Hi amir.ali.momenzadeh@gmail.com,

As you may be aware, Bittrex Inc. filed Chapter 11 bankruptcy in federal court in Delaware on May 8th. We have been granted permission by the United States Bankruptcy Court to allow customers who meet the necessary regulatory requirements to access their accounts and withdraw their remaining assets.

Customers who are unable or unwilling to withdraw from the Bittrex platform or believe they have a separate claim against Bittrex, Inc. or the other debtors have the option to file a Proof of Claim through the court's claim agent website: http://omniagentsolutions.com/Bittrex. Should you decide to file a claim, you will be required to provide Omni with certain specified identifying information, including your Account ID. You can find your Account ID by logging in here.

Should you file a proof of claim and subsequently perform the necessary steps to withdraw your funds from the Bittrex platform, Bittrex may object to the proof of claim to avoid double payment because you already withdrew the tokens and/or fiat associated with your account.

Your account has been disabled by Bittrex Global because access to any such funds is either restricted or blocked pursuant to sanctions administered by the U.S. Office of Foreign Assets Control ("OFAC"). As a result, Bittrex Global is unable to release the funds in your account at this time.


Best Regards,

Tommi @ Bittrex Global
Follow us on Twitter @ https://twitter.com/BittrexGlobal

Support Software by **Zendesk**

## 📧 #3215082 2FA

| Submitted | | Received via | Requester | |
|---|---|---|---|---|
| July 7, 2023 at 10:37 | | Web Form | Amir Ali Momenzadeh <amir.ali.momenzadeh@gmail.com> | |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | Normal | Bittrex Global | Alisha Kilgore | Solved |

---

| (Specifically...) Logging into an account | Bittrex Account Email |
|---|---|
| I need help with Two-Factor Authentication (2FA) | amir.ali.momenzadeh@gmail.com |

| Top Level Customer Selections: (I need help...) | CF - Chat Bot | Total time spent (sec) |
|---|---|---|
| Logging Into an Account | No | 758 |

| Time spent last update (sec) | Platform Selection |
|---|---|
| 216 | Web Browser |

---

**Amir Ali Momenzadeh**  July 7, 2023 at 10:37

To whom it may concern,

I have lost access to my previous phone which I used to get my 2FA code.
I need your help to access my account.


Best regards,

---

**Margarita Avetisyan**  July 12, 2023 at 03:30                        Internal note

## Support Checklist


- ☑ **The ticket requester email address matches the Bittrex account email address.**
- ☑ **The ticket has been submitted on the correct platform (BUS/BG).**
- ☑ **Previously created tickets have been reviewed for suspicious activity, which may include multiple different photos, manipulated documents, reluctance to provide POI pictures, uploaded photos vs. live photos, out of region IP activity.**
- ☑ **Open tickets from the same requester have been reviewed for ticket merge opportunities and merged where appropriate.**
- ☑ **The customer's basic information (Name and Address) match the ID provided during verification.**
- ☑ **Checked for multiple accounts (MAC).**
- ☐ The customer has provided a supported ID type for their location.
- ☐ The email address does not show on any compliance lists. (OFAC / hacker / suspect / suspicious list)
- ☑ **The account value is over $10, and under $50,000.**

---

**Margarita Avetisyan**  July 12, 2023 at 03:35                        Internal note

Escalation Summary: user is from True OFAC Region- Iran (BI and IV)- cold escalating per the update; their email address is also included in ticket #3063364 (HML)- they want 2FA reset and have BUS-OFFRAMP and OFAC_REGION_BANNED notes

Account status: Disabled

Account Balance: 3,389.20 USD (0.11040528 BTC)

Pending transactions: N/A

---

**Alisha Kilgore**   July 12, 2023 at 10:42

Hi amir.ali.momenzadeh@gmail.com,

Thank you for reaching out to the Bittrex Global Customer Experience Team with your 2FA questions.

Please reference the article below prior to 2FA removal request:

2FA Troubleshooting: https://bittrexglobal.zendesk.com/hc/en-us/articles/6448416774427-Two-factor-authentication-2FA-

### 3 Required Items For 2FA Removal

**1) Provide a proof of identity.** Please attach 3 images of you holding your government-issued ID. Also, write "Bittrex Global" and today's date on a piece of paper and hold it in the picture. The text on your ID must be legible in at least one of the photos.

### Requirements for the photos

- The paper must say "Bittrex Global" and must have today's date (both handwritten).
- The 3 photos must be an image of you looking directly at the camera, another image of you looking off to the right, and a final image of you looking off to the left.
- The photo must be blur and glare free and cannot be mirrored/flipped. We must be able to read the text from left to right.
- Shoulders and arms must be visible.
- The paper and the ID must both be visibly held in your hands; they cannot be attached to each other or any other surface.
- Send pictures as attachments as .jpgs or .pngs. Please do not send links.
- Please make sure there is a point of reference in the background of the photos (i.e shadows or items that show depth).

  Disclaimer: Any images that do not satisfy these requirements will not be accepted under any circumstance.

Example here



**2) Recent IP addresses** you have used to log into your account. *(With each successful log in to your account Bittrex Global will send an email with an IP address included) Your current IP address can be found here: https://global.bittrex.com/home/whatismyip*

**3) Estimated account balance** and estimated coin balances

We look forward to your reply and the ability to further assist you.

Best Regards,

Emma @ Bittrex Global
Follow us on Twitter @ https://twitter.com/BittrexGlobal

---

**Amir Ali Momenzadeh**   July 16, 2023 at 07:24

2)I was using VPNs. I think I was connected with US IP addresses back then.
3) Estimated amount of my balance is 0.11BTC.

---

**Alisha Kilgore**   July 19, 2023 at 10:16

Hi amir.ali.momenzadeh@gmail.com,

Thank you for providing us with the required information.

Your 2FA has been disabled/removed.

As you may be aware, Bittrex Inc. filed Chapter 11 bankruptcy in federal court in Delaware on May 8th. We have been granted permission by the United States Bankruptcy Court to allow customers who meet the necessary regulatory requirements to access their accounts and withdraw their remaining assets.

Customers who are unable or unwilling to withdraw from the Bittrex platform or believe they have a separate claim against Bittrex, Inc. or the other debtors have the option to file a Proof of Claim through the court's claim agent website: http://omniagentsolutions.com/Bittrex. Should you decide to file a claim, you will be required to provide Omni with certain specified identifying information, including your Account ID. You can find your Account ID by logging in here. Your account number is 96b14d30-7c10-4802-8f25-b27ddae70600.

Should you file a proof of claim and subsequently perform the necessary steps to withdraw your funds from the Bittrex platform, Bittrex may object to the proof of claim to avoid double payment because you already withdrew the tokens and/or fiat associated with your account.

Best Regards,

Emma @ Bittrex Global
Follow us on Twitter @ https://twitter.com/BittrexGlobal

Support Software by **Zendesk**

## 📩 #3189330 Withdraw

---

| Submitted | | Received via | Requester | | |
|---|---|---|---|---|---|
| May 18, 2023 at 07:35 | | Web Form | Amir Ali Momenzadeh <amir.ali.momenzadeh@gmail.com> | | |

| Status | Type | Priority | Group | Assignee | Ticket status |
|---|---|---|---|---|---|
| Closed | - | Normal | Bittrex Global | Karen Barseghyan | Solved |

---

| Coin | Bittrex Account Email | (Specifically...) I'm having issues Withdrawing Crypto |
|---|---|---|
| Bitcoin (BTC) | amir.ali.momenzadeh@gmail.com | I need help withdrawing crypto |

| Coin Name | Top Level Customer Selections: (I need help...) | CF - Chat Bot | Total time spent (sec) |
|---|---|---|---|
| Bitcoin | Withdrawing Crypto | No | 542 |

**Please provide the UUID / transaction ID associated with the withdrawal you're having issues with**
none

| Time spent last update (sec) | Platform Selection |
|---|---|
| 60 | Web Browser |

---

**Amir Ali Momenzadeh**  May 18, 2023 at 07:35

To whom it may concern,

About six months ago I created a ticket regarding fund withdrawal (Request #3066114).
I uploaded some documents and have waited for a result.
Days ago I received an email from bittrexglobal with tilte "You have funds to trade on Bittrex Global"

Would you please help me so I can be able to withdraw my funds?

Best,
Amirali

---

**Karen Barseghyan**  May 18, 2023 at 08:14                                    Internal note

# Support Checklist

- ☐  The ticket requester email address matches the Bittrex account email address.
- ☑  **The ticket has been submitted on the correct platform (BUS/BG).**
- ☑  **Previously created tickets have been reviewed for suspicious activity, which may include multiple different photos, manipulated documents, reluctance to provide POI pictures, uploaded photos vs. live photos, out of region IP activity.**
- ☑  **Open tickets from the same requester have been reviewed for ticket merge opportunities and merged where appropriate.**
- ☐  The account is enabled and fully verified
- ☐  You have determined the type of withdrawal to be either Crypto or Fiat
- ☐  For failed crypto withdrawals, the activity log shows no IP or wallet address whitelist violations on the date of the trade
- ☐  For failed crypto withdrawals, the target wallet is online
- ☐  For crypto withdrawals, the withdrawal amount meets the minimum requirement
- ☐  For crypto withdrawals, the target wallet address is valid
- ☐  For crypto withdrawals, the customer has provided withdrawal TXID or UUID
- ☐  For both crypto and fiat withdrawals, the withdrawal is authorized
- ☐  For fiat withdrawals, the customer has indicated the type of withdrawal (USD, EUR)

- ☐ For fiat withdrawals, the agent has verified on admin the withdrawal method (ACH = BANK ACCT, Wire transfer = USD WIRE or EUR WIRE)
- ☐ For ACH fiat withdrawals, the ticket form has been updated to ACH
- ☐ For wire transfers, the customer has provided withdrawal details with currency and target account information (this is different than a linked bank account)
- ☐ For wire transfers, pending and completed withdrawals have been checked.

---

**Karen Barseghyan**  May 18, 2023 at 08:14

Hi amir.ali.momenzadeh@gmail.com,

Thank you for reaching out to the Bittrex Global Customer Experience Team. My name is Mike and it's my pleasure to assist you today.

For security and anti-fraud purposes this request requires proof of account ownership by supplying additional identification documents

Please reply to this email with the required documents or attach them directly to your support ticket by visiting ticket 3189330.

Please attach 3 images of you holding your government-issued ID. Also, write "Bittrex Global" and today's date on a piece of paper and hold it in the picture. The text on your ID must be legible in at least one of the photos.

### Requirements for the photos

- The paper must say "Bittrex Global" and must have today's date (both handwritten).
- The 3 photos must be an image of you looking directly at the camera, another image of you looking off to the right, and a final image of you looking off to the left.
- The photo must be blur and glare free and cannot be mirrored/flipped. We must be able to read the text from left to right.
- Shoulders and arms must be visible.
- The paper and the ID must both be visibly held in your hands; they cannot be attached to each other or any other surface.
- Send pictures as attachments as .jpgs or .pngs. Please do not send links.
- Please make sure there is a point of reference in the background of the photos (i.e shadows or items that show depth).
- Disclaimer: Any images that do not satisfy these requirements will not be accepted under any circumstance.

Example here



Looking forward to your reply.

Best Regards,

Mike Gray @ Bittrex Global
Follow us on Twitter @ https://twitter.com/BittrexGlobal

---

**Karen Barseghyan**  May 18, 2023 at 08:15                                    Internal note

OFAC_REGION_BANNED user with BUS-OFFRAMP admin note. Once POIs sent, escalate to Compliance.

---

**Amir Ali Momenzadeh**  May 18, 2023 at 08:41

Thanks for your quick support,

I have sent all of the documents 8 months ago via #Request #3066114
Should I send again?

Best

---

**Karen Barseghyan**  May 18, 2023 at 09:24

Hello amir.ali.momenzadeh@gmail.com,

Thank you for your reply and sorry for the inconvenience caused.

Kindly send your Proof of identity photos within this ticket in order to be able to process your request.

Best Regards,

Mike Gray @ Bittrex Global
Follow us on Twitter @ https://twitter.com/BittrexGlobal

**EXPRESS WORLDWIDE** **DOX** 

2023-12-07 MYDHL+ 1.0 / *30-0821*

**From :** AMIRALI MOMENZADEH
AMIRALI MOMENZADEH
ESKI BUYUKDERE CAD.
KARGO PLAZA NO:17-19
MASLAK ISTANBUL
34398 ISTANBUL MASLAK SISLI ISTANBUL AREA
Turkey

GOGREEN

Origin:
**IST**

**To :** UNITED STATES BANKRUPTCY
UNITED STATES BANKRUPTCY
824 NORTH MARKET STREET    6TH FLOOR
COURTROOM 1    WILMINGTON
+003022522915

Contact:
UNITED STATES BANKRUPTCY

**19801 WILMINGTON  Delaware**
**United States of America**

## US-PHL-NJS DENJ

**ADI**

Day    Time

Ref: 0000280076809040

Pce/Shpt Weight    Piece
**0.5 kg   1 / 1**

Contents: Documents -
gen eral business



WAYBILL 69 5887 8791



(2L)US19801+42000000



(J) JD01 4600 0112 9322 8770


made fr
recycled

WORLDWIDE EXPRESS ®

T9200

**SECUR**
THE CONTENTS OF
FOR SECURITY PU

FOR DHL (PRINT N

FOR DHL (SIGNAT

STATION