RECEIVED
2023 DEC 13  AM 10: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Claim C598-10279

1. The claim was signed. Please see the attached claim form.
2. My Bittrex account balance is not zero. It has balance of Bitcoin (BTC), Ethereum ETH and Bitcoin SV (BSV) (Deposited in November 2018 / Confirmed on 11/18/2018 / 12.4+7.72299+0.1=20.22299 balance to be credited). The account also has dust balance on many other coins.
3. The BSV deposit was NOT "accidentally made". On 11/18/2018 there was no independent BSV deposit function available at Bittrex (NOT ready yet / available much later). Same address deposit was the only way to make a BSV deposit at that time. As far as I know, Bittrex is the only exchange that decided to take his customer's BSV deposit fund. Other exchanges like Binance, Kraken etc support same address deposit even after independent BSV deposit became available.
4. Upon closer inspection of trade records provided by Bittrex, I found that I "bought" some non-existent coins. For example,

BTC-DCM,LIMIT_BUY,2400.00000000,0.00000201,0.00001204,0.00482398,7/16/2014 11:31:33 PM,7/17/2014 8:07:02 PM
BTC-VEIL,LIMIT_BUY,400.00000000,0.00002001,0.00002001,0.00800400,6/27/2014 2:53:02 PM,7/1/2014 8:08:37 AM
BTC-VEIL,LIMIT_BUY,140.00000000,0.00015001,0.00005247,0.02100136,6/25/2014 8:10:39 PM,6/27/2014 5:31:47 AM
BTC-VEIL,LIMIT_BUY,33.80000000,0.00080008,0.00006760,0.02704270,6/23/2014 5:34:19 PM,6/23/2014 10:32:45 PM
BTC-VEIL,LIMIT_BUY,5.00000000,0.00114988,0.00001437,0.00574940,6/23/2014 4:32:09 PM,6/23/2014 4:32:09 PM
BTC-VEIL,LIMIT_BUY,9.40000000,0.00114989,0.00002702,0.01080896,6/23/2014 4:31:16 PM,6/23/2014 4:31:16 PM
BTC-VEIL,LIMIT_BUY,11.80000000,0.00112802,0.00003326,0.01331062,6/23/2014 3:48:59 PM,6/23/2014 3:49:00 PM
BTC-DCM,LIMIT_BUY,300.00000000,0.00003001,0.00002250,0.00900300,6/8/2014 11:01:06 AM,6/22/2014 3:53:02 AM
BTC-DCM,LIMIT_BUY,300.00000000,0.00010000,0.00007500,0.03000000,6/3/2014 12:10:45 PM,6/3/2014 12:10:45 PM
BTC-MAST,LIMIT_BUY,100.00000000,0.00015001,0.00003750,0.01500100,5/29/2014 3:42:47 PM,5/31/2014 12:23:32 AM
BTC-MAST,LIMIT_BUY,100.00000000,0.00024490,0.00006122,0.02448999,5/29/2014 2:27:24 PM,5/29/2014 2:27:24 PM

......

5. Can Bittrex provide some information for the coins listed above? Take DCM as an example, I could not find any DCM info at coinmarketcap or coingecko. Who are the creators and the team members of DCM? What is the DCM project about? When was the coin created?
6. I received the plan administrator's objection documents on 12/01/2023 and did not have enough time to prepare a complete response. I will continue to work on the issues regarding my Bitterx account balance.

12/03/2023

Name of Debtor & Case Number:

☐ Desolation Holdings LLC (Case No. 23-10597)
☒ Bittrex, Inc. (Case No. 23-10598)
☐ Bittrex Malta Holdings Ltd. (Case No. 23-10599)
☐ Bittrex Malta Ltd. (Case No. 23-10600)

United States Bankruptcy Court for the District of Delaware

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Claims submitted by encrypted upload can include privacy protected information. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

Hui Lin

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

Account ID (Your Account ID will be populated on the login page at www.bittrex.com): huilin.lin@gmail.com

**Information associated with your customer account:**

Username (Email) huilin.lin@gmail.com                     Date of Birth _____
First Name Hui          Middle Name _____              Last Name Lin
Address 200 Leisure Lane, #24
City Stoneham           State MA      Postal Code 02180   Country USA
SSN or EIN number related to your account _____   Drivers License or Passport Number _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Hui Lin
Name
200 Leisure Lane, #24
Number   Street
Stoneham, MA 02180
City          State     ZIP Code
Country
Contact phone _____
Contact email huilin.lin@gmail.com

Where should payments to the creditor be sent? (if different)

Name _____
Number   Street
City          State     ZIP Code
Country
Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?
☒ No
☐ Yes.

7a. How much is the claim? $ _____.
*Please only list the amount of fiat currency or the dollar amount of any claim asserted. Do not convert the cryptocurrency claim to dollars, but please list the type and amount of cryptocurrency below.

Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

7b. List the number of each type of coin, cryptocurrency, or digital asset associated with your account as of the date the case was filed.

| Coin | Amount | Coin | Amount |
|---|---|---|---|
| 0x Protocol (ZRX) | | BitcoinVault (BTCV) | |
| 12Ships (TSHP) | | Bitribe (BRT) | |
| 1inch (1INCH) | | Bitsbn (CPRX) | |
| 2GIVE (2GIVE) | | Bitsdaq (BQQQ) | |
| 8X8 Protocol (EXE) | | BitSend (BSD) | |
| Aave Token (AAVE) | | BitShares (BTS) | |
| ABBC (ABBC) | | Bitswift (BITS) | |
| Abyss (ABYSS) | | BitTorrent (BTT) | |
| AdEx (ADX) | | BitTube (TUBE) | |
| adToken (ADT) | | BlackCoin (BLK) | |
| aelf (ELF) | | Blockcloud (BLOC) | |
| Aeon (AEON) | | BlockMason Credit Protocol (BCPT) | |
| Aergo (AERGO) | | Blocknet (BLOCK) | |
| Aidos Kuneen (ADK) | | Blockparty (BOXX) | |
| AIDUS TOKEN (AID) | | Blocktix (TIX) | |
| Akash (AKT) | | BLOCKv (VEE) | |
| Akoin (AKN) | | Bloom (BLT) | |
| Akropolis (AKRO) | | Blue Whale EXchange (BWX) | |
| Aktio Coin (AKTIO) | | BnkToTheFuture (BFT) | |
| ALBOS (ALB) | | BNS Token (BNS) | |
| Alchemy Pay (ACH) | | BORA (BORA) | |
| Algorand (ALGO) | | Boson Protocol (BOSON) | |
| Alien Worlds (TLM) | | Braintrust (BTRST) | |
| ALL.ME (ME) | | Breakout (BRK) | |
| Amp (AMP) | | Breakout Stake (BRX) | |
| Ankr (ANKR) | | BTU Protocol (BTU) | |
| ApeCoin (APE) | | Bytom (BTM) | |
| Apx (APX) | | Camp (CAMP) | |
| Aragon (ANT) | | CannabisCoin (CANN) | |
| ArcBlock (ABT) | | Cardano (ADA) | |
| ArdCoin (ARDX) | | CasinoCoin (CSC) | |
| Ardor (ARDR) | | CBC.Network (CBC) | |
| Arianee (ARIA20) | | Celo Dollar (CUSD) | |
| Ariva (ARV) | | Celo Native Asset (CELO) | |
| Ark (ARK) | | Celsius Network (CEL) | |
| Arowana Token (ARW) | | CentricCash (CNS) | |
| ArtByte (ABY) | | Chainlink (LINK) | |
| Arweave (AR) | | Charterstate (ALTA) | |
| Auditchain (AUDT) | | Chromia (CHR) | |
| Augur v2 (REPV2) | | Cindicator (CND) | |
| Auroracoin (AUR) | | Cindrum (CIND) | |
| Avalanche (AVAX) | | Circuits of V (COVAL) | |
| Aventus Utility Token (AVT) | | Civic (CVC) | |
| Axie Infinity Shards (AXS) | | Civilization (CIV) | |
| BABB (BAX) | | CloakCoin (CLOAK) | |
| Badger DAO (BADGER) | | Cloudbric (CLB) | |
| Baer Chain (BRC) | | CoinLoan (CLT) | |
| Balancer (BAL) | | Coinweb (CWEB) | |
| Bancor (BNT) | | Colletrix (CIPX) | |
| Band Protocol (BAND) | | Compound (COMP) | |
| BANKEX (BKX) | | Contents Protocol (CPT) | |
| Bantu (XBN) | | Cortex (CTXC) | |
| BarnBridge (BOND) | | Cosmo Coin (COSM) | |
| Basic Attention Token (BAT) | | Cosmos (ATOM) | |
| Bean Cash (BITB) | | Counterparty (XCP) | |
| BigBang Core (BBC) | | CPChain (CPC) | |
| BitBay (BAY) | | Cratos (CRTS) | |
| bitCNY (BITCNY) | | Cred (LBA) | |
| Bitcoin (BTC) | 0.098 | Creditbit (CRB) | |
| Bitcoin Cash (BCHN) (BCH) | | Cronos (CRO) | |
| Bitcoin Cash ABC (BCHA) | | CROWD (CWD) | |
| Bitcoin SV (BSV) | 20.22 | Crowd Machine (CMCT) | |

Crown (CRW) _____
Crypto.com (MCO) _____
Cudos (CUDOS) _____
CureCoin (CURE) _____
Curve DAO Token (CRV) _____
CyClub Token (CYCLUB) _____
DAI (DAI) _____
Dash (DASH) _____
Data (DTA) _____
Databits (DTB) _____
Dawn (DAWN) _____
DEAPCOIN (DEP) _____
DECENT (DCT) _____
Decentraland (MANA) _____
Decision Token (HST) _____
Decred (DCR) _____
DeFiChain (DFI) _____
Dent (DENT) _____
Dev Coin (DVC) _____
DEXA COIN (DEXA) _____
Diamond (DMD) _____
DigiByte (DGB) _____
Digital Reserve Currency (DRC) _____
DigitalNote (XDN) _____
DigixDAO (DGD) _____
district0x (DNT) _____
DMarket (DMT) _____
Dogecoin (DOGE) _____
DopeCoin (DOPE) _____
Dragonchain (DRGN) _____
Dreamr (DMR) _____
Dusk Network (DUSK) _____
Dynamic (DYN) _____
eBoost (EBST) _____
ECOChain (ECOC) _____
Edgeless (EDGELESS) _____
Edgeless (EDG) _____
EDUCare (EKT) _____
e-Gulden (EFL) _____
Einsteinium (EMC2) _____
Elastos (ELA) _____
Electra Protocol (XEP) _____
EmerCoin (EMC) _____
Endor (EDR) _____
Energy Web Token (EWT) _____
Energycoin (ENRG) _____
Enigma (ENG) _____
Enjin (ENJ) _____
EOS (EOS) _____
Ethereum (ETH) 100
Ethereum Classic (ETC) _____
Ethereum Name Service (ENS) _____
EthereumPoW (ETHW) _____
Euro (EUR) _____
EverGreenCoin (EGC) _____
Everipedia (IQ) _____
ExclusiveCoin (EXCL) _____
Expanse (EXP) _____
FairCoin (FAIR) _____
Fantom (FTM) _____
Fautor (FDM) _____
Feathercoin (FTC) _____
Fetch (FET) _____
Filecoin (FIL) _____
Firo (FIRO) _____
FirstBlood (1ST) _____
Flare (FLR) _____
FLO (FLO) _____
Flux Network (FLUX) _____
FME Token (FME) _____
FNB (FNB) _____
Folder Protocol (FOL) _____

FoldingCoin (FLDC) _____
Foresting (PTON) _____
Function X (FX) _____
FunFair (FUN) _____
Fusion (FSN) _____
Gala (GALA) _____
Galaxy Network (GNC) _____
Gambit (GAM) _____
GameCredits (GAME) _____
GeoCoin (GEO) _____
GET Protocol (GET) _____
Gifto (GTO) _____
Gitcoin (GTC) _____
Globatalent (GBT) _____
Gnosis (GNO) _____
GoChain (GO) _____
Gold Master & Branch (GMB) _____
GoldCoin (GLC) _____
Golden Goose (GOLD) _____
Golem Network Token (GLM) _____
Golos (GOLOS) _____
Golos Gold (GBG) _____
GridCoin (GRC) _____
Grin (GRIN) _____
Groestlcoin (GRS) _____
GST (GST) _____
Guppy (GUP) _____
GXChain (GXC) _____
Handshake (HNS) _____
Haven Protocol (XHV) _____
Hdac (HDAC) _____
Hedera (HBAR) _____
HedgeTrade (HEDG) _____
HempCoin (THC) _____
Hintchain (HINT) _____
Hive (HIVE) _____
Hive Dollar (HBD) _____
Horizen (ZEN) _____
Humaniq (HMQ) _____
Hxro (HXRO) _____
Hydro (HYDRO) _____
HyperDAO (HDAO) _____
I/OCoin (IOC) _____
ICON (ICX) _____
iEx.ec (RLC) _____
Ignis (IGNIS) _____
I-House Token (IHT) _____
Incent (INCNT) _____
Ink Protocol (XNK) _____
INSTAR (INSTAR) _____
Internet of People (IOP) _____
Internxt (INX) _____
Internxt (INXT) _____
Intimate (ITM) _____
ION (ION) _____
IOST (IOST) _____
IOTA (IOTA) _____
IoTeX (IOTX) _____
IRISnet (IRIS) _____
Jasmy (JASMY) _____
Kadena (KDA) _____
KardiaChain Token (KAI) _____
Kasoutuuka News (KTN) _____
KeeperDAO (ROOK) _____
Klaytn (KLAY) _____
Klever (KLV) _____
KOK (KOK) _____
Komodo (KMD) _____
Kore (KORE) _____
Kusama (KSM) _____
Kyber Network Crystal (KNC) _____
Lambda (LAMB) _____

| | |
|---|---|
| Latam Cash (LMCH)_____ | OptionRoom Token (ROOM)_____ |
| LBRY Credits (LBC)_____ | Orbs (ORBS)_____ |
| Lisk (LSK)_____ | Orchid (OXT)_____ |
| Litecoin (LTC)_____ | Origin Protocol (OGN)_____ |
| Livepeer (LPT)_____ | OriginTrail (TRAC)_____ |
| LNX Protocol (LNX)_____ | Origo (OGO)_____ |
| LoMoCoin (LMC)_____ | OST (OST)_____ |
| Loom Network (LOOM)_____ | Oxen (OXEN)_____ |
| Loopring (LRC)_____ | PAL Network (PAL)_____ |
| Lucy (LUCY)_____ | Particl (PART)_____ |
| Lukki Operating Token (LOT)_____ | Patientory (PTOY)_____ |
| Lunyr (LUN)_____ | Pax Dollar (USDP)_____ |
| Maecenas (ART)_____ | PAX Gold (PAXG)_____ |
| Magi (XMG)_____ | PCHAIN (PI)_____ |
| MaidSafeCoin (MAID)_____ | Peercoin (PPC)_____ |
| Mainframe (MFT)_____ | Pesetacoin (PTC)_____ |
| Maker (MKR)_____ | Phoenix DAO (PHNX)_____ |
| Maro (MARO)_____ | Pinkcoin (PINK)_____ |
| MARS4 (MARS4)_____ | Pist Trust (PIST)_____ |
| Maximine (MXM)_____ | Pivx (PIVX)_____ |
| Measurable Data Token (MDT)_____ | PIXEL (PXL)_____ |
| MediBloc (MED)_____ | PKT Cash (PKT)_____ |
| Melon (MLN)_____ | Plasma Finance (PPAY)_____ |
| Memetic (MEME)_____ | PlayChip (PLAY)_____ |
| Mercury (MER)_____ | PlayDapp (PLA)_____ |
| METADIUM (METADIUM)_____ | Pledge Coin (PLG)_____ |
| MetaFinance (MF1)_____ | PolkaCity (POLC)_____ |
| Metal (MTL)_____ | Polkadot (DOT)_____ |
| Metaverse Dualchain Network Architecture (DNA)____ | Polygon (MATIC)_____ |
| Metronome (MET)_____ | Polymath (POLY)_____ |
| Mobius (MOBI)_____ | PotCoin (POT)_____ |
| MOGU Token (MOGX)_____ | PowerLedger (POWR)_____ |
| Molecular Future (MOF)_____ | Prom (PROM)_____ |
| MonaCoin (MONA)_____ | Propy (PRO)_____ |
| Monero (XMR)_____ | PumaPay (PMA)_____ |
| MonetaryUnit (MUE)_____ | Pundi X (NPXS)_____ |
| More (MORE)_____ | Pundi X Token (PUNDIX)_____ |
| Morpheus.Network (MNW)_____ | QLC (QLC)_____ |
| Moss Coin (MOC)_____ | Qtum (QTUM)_____ |
| Munt (MUNT)_____ | Quant (QNT)_____ |
| Musicoin (MUSIC)_____ | Quantum Resistant Ledger (QRL)_____ |
| MY IDENTITY Coin (MYID)_____ | Quiztok (QTCON)_____ |
| Myriad (XMY)_____ | Qwark (QWARK)_____ |
| Mysterium (MYST)_____ | Radicle (RAD)_____ |
| Naga (NGC)_____ | Rally (RLY)_____ |
| Navcoin (NAV)_____ | Rari Governance (RGT)_____ |
| NEM (XEM)_____ | RavenCoin (RVN)_____ |
| Neo (NEO)_____ | Ravencoin Classic (RVC)_____ |
| NeosCoin (NEOS)_____ | Recast1 (R1)_____ |
| Nerve Network Token (NVT)_____ | ReddCoin (RDD)_____ |
| Nervos (CKB)_____ | RedFOX Labs (RFOX)_____ |
| Neutrino USD (USDN)_____ | Refereum (RFR)_____ |
| Nexium (NXC)_____ | Ren V1 (REN)_____ |
| Nexus (NXS)_____ | Render Token (RNDR)_____ |
| NFTX (NFTX)_____ | RenrenBit Token (RRB)_____ |
| NKN (NKN)_____ | Reserve Rights (RSR)_____ |
| NoLimitCoin (NLC2)_____ | Revain (REV)_____ |
| Nubits (NBT)_____ | RevolutionVR (RVR)_____ |
| Nucleus Vision (NCASH)_____ | Ripio Credit Network (RCN)_____ |
| Numeraire (NMR)_____ | Rise (RISE)_____ |
| NXT (NXT)_____ | RubyCoin (BYC)_____ |
| OAS Chain (OAS)_____ | SALT (SALT)_____ |
| Obyte (GBYTE)_____ | SaluS (SLS)_____ |
| Ocean Protocol (OCEAN)_____ | Sentinel Protocol (UPP)_____ |
| Odyssey (OCN)_____ | Sequence (SEQ)_____ |
| Okcash (OK)_____ | Serve (SERV)_____ |
| OMG Network (OMG)_____ | ShareToken (SHR)_____ |
| OmniCoin (OMNI)_____ | Shiba Inu (SHIB)_____ |
| OneRoot Network (RNT)_____ | Shift (SHIFT)_____ |
| Ontology (ONT)_____ | Shopping IO (SPI)_____ |
| OntologyGas (ONG)_____ | Siacoin (SC)_____ |
| Oppenity Token (OPNN)_____ | Sibcoin (SIB)_____ |

| | |
|---|---|
| Signum (SIGNA) \_\_\_\_\_ | TRON (TRX) \_\_\_\_\_ |
| SimbCoin Swap (SMBSWAP) \_\_\_\_\_ | TrueUSD (TUSD) \_\_\_\_\_ |
| SingularDTV (SNGLS) \_\_\_\_\_ | Tutor's Diary (TUDA) \_\_\_\_\_ |
| Sirin Token (SRN) \_\_\_\_\_ | Ubiq (UBQ) \_\_\_\_\_ |
| SIX (SIX) \_\_\_\_\_ | UMA (UMA) \_\_\_\_\_ |
| SKALE (SKL) \_\_\_\_\_ | Unibright (UBT) \_\_\_\_\_ |
| Skrumble Network (SKM) \_\_\_\_\_ | Unikoin Gold (UKG) \_\_\_\_\_ |
| SMARTCREDIT Token (SMARTCREDIT) \_\_\_\_\_ | Uniswap (UNI) \_\_\_\_\_ |
| Smartlands (SLT) \_\_\_\_\_ | UP Token (UPT) \_\_\_\_\_ |
| SmartUp (XSUP) \_\_\_\_\_ | UpToken (UP) \_\_\_\_\_ |
| SocialGood (SG) \_\_\_\_\_ | Uranus (URAC) \_\_\_\_\_ |
| Solana (SOL) \_\_\_\_\_ | UREEQA Token (URQA) \_\_\_\_\_ |
| SolarCoin (SLR) \_\_\_\_\_ | USD Coin (USDC) \_\_\_\_\_ |
| SolbitCoin (SBT) \_\_\_\_\_ | UTRUST (UTK) \_\_\_\_\_ |
| Solve.Care (SOLVE) \_\_\_\_\_ | Validity (VAL) \_\_\_\_\_ |
| SpaceChain (SPC) \_\_\_\_\_ | VeChain (VET) \_\_\_\_\_ |
| SpaceMine (MINE) \_\_\_\_\_ | Velas (VLX) \_\_\_\_\_ |
| Spendcoin (SPND) \_\_\_\_\_ | vEmpire Gamer Token (VEMP) \_\_\_\_\_ |
| Sphere (SPHR) \_\_\_\_\_ | VERA (VRA) \_\_\_\_\_ |
| SPIN Protocol (SPIN) \_\_\_\_\_ | Verge (XVG) \_\_\_\_\_ |
| Stably USD (USDS) \_\_\_\_\_ | VeriBlock (VBK) \_\_\_\_\_ |
| Stake DAO (SDT) \_\_\_\_\_ | VeriCoin (VRC) \_\_\_\_\_ |
| Status Network Token (SNT) \_\_\_\_\_ | VeriumReserve (VRM) \_\_\_\_\_ |
| Stealth (XST) \_\_\_\_\_ | VersoView (VVT) \_\_\_\_\_ |
| STEEM (STEEM) \_\_\_\_\_ | Vertcoin (VTC) \_\_\_\_\_ |
| Steem Dollars (SBD) \_\_\_\_\_ | Vesper Finance (VSP) \_\_\_\_\_ |
| Stellar Lumens (XLM) \_\_\_\_\_ | Viacoin (VIA) \_\_\_\_\_ |
| STORJ (STORJ) \_\_\_\_\_ | Viberate (VIB) \_\_\_\_\_ |
| StormX (STMX) \_\_\_\_\_ | VideoCoin (VID) \_\_\_\_\_ |
| STPT (STPT) \_\_\_\_\_ | Vite (VITE) \_\_\_\_\_ |
| Stratis (STRAX) \_\_\_\_\_ | Vodi X (VDX) \_\_\_\_\_ |
| Strike Finance (STRK) \_\_\_\_\_ | W Green Pay (WGP) \_\_\_\_\_ |
| Student Coin (STCCOIN) \_\_\_\_\_ | Waves (WAVES) \_\_\_\_\_ |
| SUKU (SUKU) \_\_\_\_\_ | WAX (WAXP) \_\_\_\_\_ |
| Sushi (SUSHI) \_\_\_\_\_ | WAXE (WAXE) \_\_\_\_\_ |
| Suterusu (SUTER) \_\_\_\_\_ | WaykiChain (WICC) \_\_\_\_\_ |
| Swarm City (SWT) \_\_\_\_\_ | WeTrust (TRST) \_\_\_\_\_ |
| Swipe (SXP) \_\_\_\_\_ | Whitecoin (XWC) \_\_\_\_\_ |
| Symbol (XYM) \_\_\_\_\_ | Wibson (WIB) \_\_\_\_\_ |
| Syndicate (SYNX) \_\_\_\_\_ | Wings DAO (WINGS) \_\_\_\_\_ |
| SynereoAmp (_AMP) \_\_\_\_\_ | Wrapped ACME (WACME) \_\_\_\_\_ |
| Synthetix Network Token (SNX) \_\_\_\_\_ | Wrapped Bitcoin (WBTC) \_\_\_\_\_ |
| Synthetix sUSD (SUSD) \_\_\_\_\_ | XCF Token (XCF) \_\_\_\_\_ |
| SysCoin (SYS) \_\_\_\_\_ | XEL (XEL) \_\_\_\_\_ |
| Tap (XTP) \_\_\_\_\_ | XinFin Network (XDC) \_\_\_\_\_ |
| TEMCO (TEMCO) \_\_\_\_\_ | XMAX (XMX) \_\_\_\_\_ |
| TenX Pay Token (PAY) \_\_\_\_\_ | XMCT (XMCT) \_\_\_\_\_ |
| Terra Luna Classic (LUNC) \_\_\_\_\_ | XRP (XRP) \_\_\_\_\_ |
| Terra Money (UST) \_\_\_\_\_ | xSigma (SIG) \_\_\_\_\_ |
| TerraKRW (KRT) \_\_\_\_\_ | XYO (XYO) \_\_\_\_\_ |
| Tether (USDT) \_\_\_\_\_ | yearn.finance (YFI) \_\_\_\_\_ |
| Tezos (XTZ) \_\_\_\_\_ | YellowHeart (HRTS) \_\_\_\_\_ |
| The Graph (GRT) \_\_\_\_\_ | YFLink (YFL) \_\_\_\_\_ |
| The Sandbox (SAND) \_\_\_\_\_ | YGGDRASH (YEED) \_\_\_\_\_ |
| TheFutbolCoin (TFC) \_\_\_\_\_ | YIELD App (YLD) \_\_\_\_\_ |
| Tokes (TKS) \_\_\_\_\_ | YOU Chain (_YOU) \_\_\_\_\_ |
| Tranche Finance (SLICE) \_\_\_\_\_ | ZCash (ZEC) \_\_\_\_\_ |
| TransferCoin (TX) \_\_\_\_\_ | ZClassic (ZCL) \_\_\_\_\_ |
| Tripio (TRIO) \_\_\_\_\_ | Zilliqa (ZIL) \_\_\_\_\_ |

| | | |
|---|---|---|
| 8. | **What is the basis of the claim (to the extent not covered above)?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Claims submitted by encrypted upload can include privacy protected information.<br><br>_____ |
| 9. | **Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $_____<br>Amount of the claim that is secured: $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | **Is this claim based on a lease?** | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check one:*   **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____<br><br>☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____<br><br>☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $_____<br><br>\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☒ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/30/2023
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Hui Lin
      First name       Middle name       Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 200 Leisure Lane, #24
         Number   Street
         Stoneham, MA 02180
         City               State   ZIP Code

Contact phone: _____   Email: huilin.lin@gmail.com

Page 7

Hui Lin
200 Leisure Ln. #24
Stoneham, MA 02180

**CERTIFIED MAIL**

9589 0710 5270 0419 1766 87

Case #: 23-10598

To: US Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801



U.S. POSTAGE PAID
FCM LETTER
ST[ONE]HAM, MA 02180
DEC 04, 2023
$5.25
R2305K143133-99

RDC 99
19801