## Schedule 1

## Misclassified Claims

Fifth Omnibus Objection (Substantive)
Schedule 1 – Misclassified Claims

| No. | Name / Account ID | Claim # | Claim Date | Case Number / Debtor | Admin | 503b9 | Secured | Priority | Unsecured | Claim Amount | Coins | Case Number / Debtor | Priority Status | Claim Amount | Coins |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4127fd19-bfa6-426b-b4da-b20d7e1b6789 | C597-337 | 8/30/2023 | 23-10597 / Desolation Holdings LLC | | | | $8,863.55 | | $8,863.55 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $8,863.55 | N/A |
| 2 | 4127fd19-bfa6-426b-b4da-b20d7e1b6789 | C600-115 | 8/30/2023 | 23-10600 / Bittrex Malta Ltd. | | | | $8,863.55 | | $8,863.55 | N/A | 23-10600 / Bittrex Malta Ltd. | Unsecured | $8,863.55 | N/A |
| 3 | a72fac9c-1a45-40da-9330-7af4d9ba4fbe9 | C598-10308 | 8/30/2023 | 23-10598 / Bittrex Inc. | | $1,875.00 | | | | $3,750.00 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $1,875.00 | N/A |
| 4 | 5a8ca299-e334-4574-a24a-df24d663d632 | C598-1172 | 8/28/2023 | 23-10598 / Bittrex Inc. | | $8,830.00 | | | | $8,830.00 | Bitcoin (BTC) - 0.07698754  Dogecoin (DOGE) - 40316.82489130  Litecoin (LTC) - 1.73756667  OMG Network (OMG) - 6.32357110  ReddCoin (RDD) - 28143.09555556  Siacoin (SC) - 10063.85601184  Stratis (STRAX) - 219.20626457  USD Coin (USDC) - 558.60065916 | 23-10598 / Bittrex Inc. | Unsecured | $8,830.00 | Bitcoin (BTC) - 0.07698754  Dogecoin (DOGE) - 40316.82489130  Litecoin (LTC) - 1.73756667  OMG Network (OMG) - 6.32357110  ReddCoin (RDD) - 28143.09555556  Siacoin (SC) - 10063.85601184  Stratis (STRAX) - 219.20626457  USD Coin (USDC) - 558.60065916 |
| 5 | 34eaa401-57fd-411e-ad5a-00b95aef8e26 | C598-212 | 8/4/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | | $5,200.00 | $5,200.00 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $5,200.00 | N/A |
| 6 | 573df92b-4305-446e-b404-f00ab4ed0ef1 | C597-368 | 9/24/2023 | 23-10597 / Desolation Holdings LLC | | | | $9,432.64 | | $9,432.64 | Bitcoin (BTC) - 0.36145605 | 23-10597 / Desolation Holdings LLC | Unsecured | $9,432.64 | Bitcoin (BTC) - 0.36145605 |
| 7 | 2d514cf4-e786-466c-a1eb-32d93659170d | C598-1278 | 9/25/2023 | 23-10598 / Bittrex Inc. | | | | $2,700.00 | | $2,700.00 | Bitcoin (BTC) - 0.09975044  Neo (NEO) - 0.75424265 | 23-10598 / Bittrex Inc. | Unsecured | $2,700.00 | Bitcoin (BTC) - 0.09975044  Neo (NEO) - 0.75424265 |
| 8 | f4c224f2-38d9-4531-86b3-ef344ea19d5e | C598-10523 | 8/31/2023 | 23-10598 / Bittrex Inc. | | $2,328.79 | | | | $2,328.79 | Ethereum (ETH) - 1.00004252  Litecoin (LTC) - 3.0018337  NEM (XEM) - 130.00000000  Verge (XVG) - 5269.33993056  XRP (XRP) - 300.00000000 | 23-10598 / Bittrex Inc. | Unsecured | $2,328.79 | Ethereum (ETH) - 1.00004252  Litecoin (LTC) - 3.0018337  NEM (XEM) - 130.00000000  Verge (XVG) - 5269.33993056  XRP (XRP) - 300.00000000 |
| 9 | 4571ac2f-2a52-4fa3-9327-a86477d-bd934 | C597-74 | 6/1/2023 | 23-10597 / Desolation Holdings LLC | | | $5,421.56 | | | $5,421.56 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $5,421.56 | N/A |
| 10 | 51e934c6-7fa2-43a9-a033-7a5b35a6be8 | C597-10144 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | | | $1,084.55 | | | $1,084.55 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $1,084.55 | N/A |
| 11 | 413b01e8-2c32-4d13-b4c3-9ac76ff458c5 | C598-888 | 8/29/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | | $9,500.00 | $9,500.00 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $9,500.00 | N/A |
| 12 | 6ba2b6d1-2d89-441c-9644-df8ae944bf3b | C597-348 | 9/1/2023 | 23-10597 / Desolation Holdings LLC | | | $2,425.56 | | $748.32 | $3,173.88 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $3,173.88 | N/A |
| 13 | 5cf6ea15-c92f-4bb1-9b5a-668abb790828 | C598-163 | 7/27/2023 | 23-10598 / Bittrex Inc. | | $1,695.00 | | | | $1,695.00 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $1,695.00 | N/A |
| 14 | ca9bb8d6-2861-4989-8e3f-00aa1560e0e5 | C598-539 | 8/19/2023 | 23-10598 / Bittrex Inc. | | $1,060.78 | | | | $1,060.78 | Bitcoin (BTC) - 0.02433  Ethereum (ETH) - 0.00005881  EthereumPoW (ETHW) - 0.2795  IOTA (IOTA) - 1040 | 23-10598 / Bittrex Inc. | Unsecured | $1,060.78 | Bitcoin (BTC) - 0.02433  Ethereum (ETH) - 0.00005881  EthereumPoW (ETHW) - 0.2795  IOTA (IOTA) - 1040 |
| 15 | cc0b0e36-1466-4694-b463-f1be18lea53 | C598-1205 | 8/31/2023 | 23-10598 / Bittrex Inc. | | | | | $11,091.84 | $11,091.84 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $11,091.84 | N/A |
| 16 | 77e43914-e0c2-403e-852b-58d596a06983 | C598-1279 | 9/26/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | $50,000.00 | $50,000.00 | $100,000.00 | BitShares (BTS) - 1071.52  BitTube (TUBE) - 5694.36  BlackCoin (BLK) - 1319.89  CannabisCoin (CANN) - 300  Cardano (ADA) - 7000  CureCoin (CURE) - 900.72  DigiByte (DGB) - 6000  DigitalNote (XDN) - 90529  Dogecoin (DOGE) - 25000  Endor (EDR) - 1953.96  Feathercoin (FTC) - 2384.86  Hedera (HBAR) - 12784.57  Mercury (MER) - 4332.69  MonetaryUnit (MUE) - 5536.20  Munt (MUNT) - 10489.60  Myriad (XMY) - 27680.89  NXT (NXT) - 150  Okcash (OK) - 1498.52  PotCoin (POT) - 200  ReddCoin (RDD) - 58618.37  Siacoin (SC) - 13321.71  Signum (SIGNA) - 177948.61  Stellar Lumens (XLM) - 200  STORJ (STORJ) - 2439.92  SysCoin (SYS) - 1471.95  TRON (TRX) - 11000  TrueUSD (TUSD) - 508.17  Verge (XVG) - 10388  XRP (XRP) - 200 | 23-10598 / Bittrex Inc. | Unsecured | $100,000.00 | BitShares (BTS) - 1071.52  BitTube (TUBE) - 5694.36  BlackCoin (BLK) - 1319.89  CannabisCoin (CANN) - 300  Cardano (ADA) - 7000  CureCoin (CURE) - 900.72  DigiByte (DGB) - 6000  DigitalNote (XDN) - 90529  Dogecoin (DOGE) - 25000  Endor (EDR) - 1953.96  Feathercoin (FTC) - 2384.86  Hedera (HBAR) - 12784.57  Mercury (MER) - 4332.69  MonetaryUnit (MUE) - 5536.20  Munt (MUNT) - 10489.60  Myriad (XMY) - 27680.89  NXT (NXT) - 150  Okcash (OK) - 1498.52  PotCoin (POT) - 200  ReddCoin (RDD) - 58618.37  Siacoin (SC) - 13321.71  Signum (SIGNA) - 177948.61  Stellar Lumens (XLM) - 200  STORJ (STORJ) - 2439.92  SysCoin (SYS) - 1471.95  TRON (TRX) - 11000  TrueUSD (TUSD) - 508.17  Verge (XVG) - 10388  XRP (XRP) - 200 |
| 17 | 228fb91e-a621-48dd-9932-d3deba8e288e | C598-684 | 8/24/2023 | 23-10598 / Bittrex Inc. | | $5,516.14 | | | | $5,516.14 | Cardano (ADA) - 1670  Dash (DASH) - 0.3000  DigiByte (DGB) - 1370  Ethereum Classic (ETC) - 36.38  IOTA (IOTA) - 573.38  Steem Dollars (SBD) - 100  Stellar Lumens (XLM) - 1300  Verge (XVG) - 11510  Waves (WAVES) - 135.38 | 23-10598 / Bittrex Inc. | Unsecured | $5,516.14 | Cardano (ADA) - 1670  Dash (DASH) - 0.3000  DigiByte (DGB) - 1370  Ethereum Classic (ETC) - 36.38  IOTA (IOTA) - 573.38  Steem Dollars (SBD) - 100  Stellar Lumens (XLM) - 1300  Verge (XVG) - 11510  Waves (WAVES) - 135.38 |
| 18 | 6b085907-64b9-4e98-929f-8494b3664da1 | C598-1186 | 8/28/2023 | 23-10598 / Bittrex Inc. | | | | $2,973.00 | | $2,973.00 | Stellar Lumens (XLM) - 23442.323 | 23-10598 / Bittrex Inc. | Unsecured | $2,973.00 | Stellar Lumens (XLM) - 23442.323 |
| 19 | 4eeda945-846d-4b98-af99-cf03cd03215e | C598-1182 | 8/30/2023 | 23-10598 / Bittrex Inc. | | | | $3,350.00 | $2,468.26 | $5,818.26 | Bitcoin (BTC) - 0.20495314 | 23-10598 / Bittrex Inc. | Unsecured | $5,818.26 | Bitcoin (BTC) - 0.20495314 |
| 20 | 92b014cd-87ff-4c4b-8e99-675286e8064 | C598-1194 | 8/30/2023 | 23-10598 / Bittrex Inc. | | | $15.00 | | $1,500.00 | $1,515.00 | Bitcoin (BTC) - 0.1846  Cardano (ADA) - 0.2051  IOTA (IOTA) - 86.39  UREEQA Token (URQA) - 42.10 | 23-10598 / Bittrex Inc. | Unsecured | $1,515.00 | Bitcoin (BTC) - 0.1846  Cardano (ADA) - 0.2051  IOTA (IOTA) - 86.39  UREEQA Token (URQA) - 42.10 |
| 21 | e22444b4-4df9-4a1e-a1cf-f8f7cbf367fa | C598-1187 | 8/29/2023 | 23-10598 / Bittrex Inc. | | | | Unliquidated | $1,753.83 | $1,753.83 | Bitcoin (BTC) - 1753.83 | 23-10598 / Bittrex Inc. | Unsecured | $1,753.83 | Bitcoin (BTC) - 1753.83 |
| 22 | 734f3628-0f0c-472d-9a4d-9131ea90c1db | C598-1206 | 8/31/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | | $11,091.84 | $11,091.84 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $11,091.84 | N/A |
| 23 | e81ca8df-5d5e-4702-80b3-81297bc15381 | C600-114 | 8/29/2023 | 23-10600 / Bittrex Malta Ltd. | | | | Unliquidated | $19,144.39 | $19,144.39 | 0x Protocol (ZRX) - UND | 23-10600 / Bittrex Malta Ltd. | Unsecured | $19,144.39 | 0x Protocol (ZRX) - UND |

1

Fifth Omnibus Objection (Substantive)
Schedule 1 – Misclassified Claims

| No. | Name/Account ID | Claim # | Claim Date | Case Number/Debtor | Admin | 503b9 | Secured | Priority | Unsecured | Claim Amount | Coins | Case Number/Debtor | Priority Status | Claim Amount | Coins |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MISCLASSIFIED CLAIM ASSERTED | | | | | | | | CORRECTED CLAIM | | | |
| 24 | 1a609609-6038-46b9-9842-872e52f5b43 | C600-116 | 8/30/2023 | 23-10600 / Bittrex Malta Ltd. | | | | | $2 650.00 | $6 247.66 | AdEx (ADX) - 200 Amp (AMP) - 34.66655 Ardor (ARDR) 100 Basic Attention Token (BAT) - 10 Bean Cash (BITB) 1600 Bitcoin (BTC) - 0.05659 Bitcoin Cash (BCHN) (BCH) - 0.02861 Breakout (BRK) - 5.25348 Cardano (ADA) - 1070 Crown (CRW) - 7 Crypto.com (MCO) - 16.86985 CureCoin (CURE) - 1 Diamond (DMD) - 0.41 DigiByte (DGB) - 2258.23718 DopeCoin (DOPE) - 200 Edgeless (EDG) - 30 Energycoin (ENRG) - 3 Ethereum (ETH) - 0.40856 FirstBlood (1ST) - 4 GameCredits (GAME) - 4.23643 Golos Gold (GBG) - 150 HempCoin (THC) - 375 Horizen (ZEN) - 103.0594 Lisk (LSK) - 26 Navcoin (NAV) - 405 NEM (XEM) - 6058.94404 Neo (NEO) - 9.75014 Nexium (NXC) - 35.4 NXT (NXT) - 92 Okcash (OK) - 270 OMG Network (OMG) - 36.2 Patientory (PTOY) - 19 Qtum (QTUM) - 3.337 Quantum Resistant Ledger (QRL) - 0.48 ReddCoin (RDD) - 1000 SaluS (SLS) - 0.12651 Siacoin (SC) - 128380.1153 Sibcoin (SIB) - 9.59660 STEEM (STEEM) - 13.25 Stellar Lumens (XLM) - 796.74688 STORJ (STORJ) - 14.00 Stratis (STRAX) - 12.02 Tether (USDT) - 0.22433 Verge (XVG) - 1655.17225 VeriumReserve (VRM) - 5.83766755 Viacoin (VIA) - 4 Waves (WAVES) - 32.26527 WeTrust (TRST) - 15 XRP (XRP) - 150 ZCash (ZEC) - 0.32 | 23-10600 / Bittrex Malta Ltd. | Unsecured | $6 247.66 | |
| 25 | c153ced-9a0c-485b-ab14-3f6d4bea11f2 | C598-272 | 8/6/2023 | 23-10598 / Bittrex Inc. | | | | | $3 350.00 | $4 954.10 | Aragon (ANT) - 814.57362387 Augur v2 (REPV2) - 56.10517480 Cardano (ADA) - 3065.10015899 Neo (NEO) - 64.11282119 | 23-10598 / Bittrex Inc. | Unsecured | $4 954.10 | |
| 26 | 21102589-fe62-43e3-aac3-28d0f849d704 | C598-941 | 8/26/2023 | 23-10598 / Bittrex Inc. | | | | | $3 350.00 | $6 919.53 | Cardano (ADA) - 4020.799 CloakCoin (CLOAK) - 22 DigiByte (DGB) - 5010.5 Ethereum Classic (ETC) - 33.38 Komodo (KMD) - 35.65 LBRY Credits (LBC) - 1000 NEM (XEM) - 700 OMG Network (OMG) - 67.95 Pivx (PIVX) - 75 Qtum (QTUM) - 45.05 ReddCoin (RDD) - 2000 Siacoin (SC) - 1395 Stellar Lumens (XLM) - 2872.5 Verge (XVG) - 35475 Vertcoin (VTC) - 100.15 WAX (WAXP) - 664 | 23-10598 / Bittrex Inc. | Unsecured | $6 919.53 | |
| 27 | 84561250-ad55-4c7e-ba0e-07de909f053 | C598-1171 | 8/29/2023 | 23-10598 / Bittrex Inc. | | | | | $1 403.00 | $1 403.00 | N/A | N/A 23-10598 / Bittrex Inc. | Unsecured | $1 403.00 | |
| 28 | b6525e2d-caae-437a-98e6-f78c203a5bc0 | C598-721 | 8/24/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | | | $8 444.27 | Bitcoin (BTC) - UND | 23-10598 / Bittrex Inc. | Unsecured | $8 444.27 | Bitcoin (BTC) - UND |
| 29 | 577cec3a-554c-48a0-a762-6c8abae3375b | C598-140 | 7/12/2023 | 23-10598 / Bittrex Inc. | | $20 000.00 | | $10 000.00 | | $30 000.00 | Bitcoin (BTC) - UND Crypto.com (MCO) - UND | 23-10598 / Bittrex Inc. | Unsecured | $30 000.00 | Bitcoin (BTC) - UND Crypto.com (MCO) - UND |
| 30 | eec4ebd1-a6b9-4129-b3fe-71bf4cd4154 | C597-344 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | | | Unliquidated | Unliquidated | $1 148.00 | $1 148.00 | Neo (NEO) - 160 | 23-10597 / Desolation Holdings LLC | Unsecured | $1 148.00 | Neo (NEO) - 160 |
| 31 | d8109848-7b50-4085-9205-df0ece2d9fc | C598-1188 | 8/29/2023 | 23-10598 / Bittrex Inc. | | $1 448.84 | | | | $1 448.84 | Verge (XVG) - UND | 23-10598 / Bittrex Inc. | Unsecured | $1 448.84 | Verge (XVG) - UND |
| 32 | c3c1106e-7a76-408f-8495-5928b36026e | C597-122 | 8/10/2023 | 23-10597 / Desolation Holdings LLC | | $1 000.00 | | | | $1 000.00 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $1 000.00 | N/A |
| 33 | d61de8b8-91b1-46ac-ba15-62dce7149445 | C598-1173 | 8/29/2023 | 23-10598 / Bittrex Inc. | | | | $3 350.00 | Unliquidated | $3 350.00 | Ardor (ARDR) - 2200 Basic Attention Token (BAT) - 292.86 Bitcoin (BTC) - 0.01133 Cardano (ADA) - 8700 Dogecoin (DOGE) - 9000 Ethereum (ETH) - 1.0 EthereumPoW (ETHW) - 1 Litecoin (LTC) - 2.569 STEEM (STEEM) - 500 Stellar Lumens (XLM) - 7340 TRON (TRX) - 23950 | 23-10598 / Bittrex Inc. | Unsecured | $3 350.00 | |
| 34 | 680e2661-ba19-4d61-be57-e76b420d6de | C598-665 | 8/22/2023 | 23-10598 / Bittrex Inc. | | | $4 565.16 | | | $4 565.16 | Bitcoin (BTC) - 0.1550 | 23-10598 / Bittrex Inc. | Unsecured | $4 565.16 | Bitcoin (BTC) - 0.1550 |
| 35 | 9a917e23-5986-4873-bfa563cd7e5a65e6 | C597-150 | 8/14/2023 | 23-10597 / Desolation Holdings LLC | | | | $2 035.16 | | $2 035.16 | Bitcoin (BTC) - 0.06877926 | 23-10597 / Desolation Holdings LLC | Unsecured | $2 035.16 | Bitcoin (BTC) - 0.06877926 |
| 36 | 099105eb-3fdc-48dd-be4d-c16bf486fbc9 | C598-1170 | 8/27/2023 | 23-10598 / Bittrex Inc. | | | $2 361.48 | | | $2 361.48 | Bitcoin (BTC) - 0.050767 Tether (USDT) - 0.01 XRP (XRP) - 2000.00 | 23-10598 / Bittrex Inc. | Unsecured | $2 361.48 | Bitcoin (BTC) - 0.050767 Tether (USDT) - 0.01 XRP (XRP) - 2000.00 |
| 37 | 86ca71ef-64aa-43be-8b9e-bbf6eb96b1ab | C598-486 | 8/21/2023 | 23-10598 / Bittrex Inc. | | | $8 502.00 | | | $8 502.00 | Bitcoin (BTC) - 0.29621799 | 23-10598 / Bittrex Inc. | Unsecured | $8 502.00 | Bitcoin (BTC) - 0.29621799 |
| 38 | 6c03fc7b-c34d-45a6-ab77-a6b7125c9554 | C598-475 | 8/18/2023 | 23-10598 / Bittrex Inc. | | $1 888.52 | | | | $1 888.52 | Bitcoin (BTC) - 0.125 Cardano (ADA) - 250 Expanse (EXP) - 42 Verge (XVG) - 285000 Waves (WAVES) - 74.78 | 23-10598 / Bittrex Inc. | Unsecured | $1 888.52 | |
| 39 | 00835256-156c-4034-4844-97ec44c2328a | C598-650 | 8/21/2023 | 23-10598 / Bittrex Inc. | | $3 626.66 | | | | $3 626.66 | Bitcoin (BTC) - 0.12600 | 23-10598 / Bittrex Inc. | Unsecured | $3 626.66 | Bitcoin (BTC) - 0.12600 |
| 40 | dcbf597c-42ee-4211-9460-aca853ec3938 | C598-1183 | 8/30/2023 | 23-10598 / Bittrex Inc. | | | | Unliquidated | $1 977.89 | $1 977.89 | Bitcoin (BTC) - 0.07214 | 23-10598 / Bittrex Inc. | Unsecured | $1 977.89 | Bitcoin (BTC) - 0.07214 |
| 41 | dcbf597c-42ee-4211-9460-aca853ec3938 | C598-1185 | 8/30/2023 | 23-10598 / Bittrex Inc. | | | | Unliquidated | $1 977.89 | $1 977.89 | Bitcoin (BTC) - 0.07214 | 23-10598 / Bittrex Inc. | Unsecured | $1 977.89 | Bitcoin (BTC) - 0.07214 |

Fifth Omnibus Objection (Substantive)
Schedule 1 – Misclassified Claims

| No. | Name/Account ID | Claim # | Claim Date | Case Number/Debtor | Admin | 503b9 | Secured | Priority | Unsecured | Claim Amount | Coins | Case Number/Debtor | Priority Status | Claim Amount | Coins |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MISCLASSIFIED CLAIM ASSERTED | | | | | | | | CORRECTED CLAIM | | | |
| 42 | dcbf597c-42ee-421f-9460-aca853ec3938 | C598-1240 | 9/5/2023 | 23-10598 / Bittrex Inc. | | | | Unliquidated | $1,977.89 | $1,977.89 | Bitcoin (BTC) - 0.07214 | 23-10598 / Bittrex Inc. | Unsecured | $1,977.89 | Bitcoin (BTC) - 0.07214 |
| 43 | dcbf597c-42ee-421f-9460-aca853ec3938 | C598-10133 | 8/30/2023 | 23-10598 / Bittrex Inc. | | | | Unliquidated | $1,977.89 | $1,977.89 | Bitcoin (BTC) - 0.07214 | 23-10598 / Bittrex Inc. | Unsecured | $1,977.89 | Bitcoin (BTC) - 0.07214 |
| 44 | 5cd9d25b-b1fe-44fc-b26a-f8c42df87e08 | C598-303 | 8/7/2023 | 23-10598 / Bittrex Inc. | | | | | $9,452.00 | $9,452.00 | Cardano (ADA) - 31668.47437546 EthereumPoW (ETHW) - 71.05 | 23-10598 / Bittrex Inc. | Unsecured | $9,452.00 | Cardano (ADA) - 31668.47437546 EthereumPoW (ETHW) - 71.05 |
| 45 | 909e0b29-981a-4509-be0-d8268a8305ef | C598-1221 | 8/31/2023 | 23-10598 / Bittrex Inc. | | | | | $3,250.00 | $3,250.00 | Algorand (ALGO) - UND Bitcoin (BTC) - 0.0306 DigiByte (DGB) - UND Ethereum (ETH) - 1.3335 NEM (XEM) - UND Stellar Lumens (XLM) - 809 Verge (XVG) - UND WAX (WAXP) - UND | 23-10598 / Bittrex Inc. | Unsecured | $3,250.00 | Algorand (ALGO) - UND Bitcoin (BTC) - 0.0306 DigiByte (DGB) - UND Ethereum (ETH) - 1.3335 NEM (XEM) - UND Stellar Lumens (XLM) - 809 Verge (XVG) - UND WAX (WAXP) - UND |
| 46 | 99f74888-df0d-419a-bad4-4edf15b0596b | C598-1190 | 8/29/2023 | 23-10598 / Bittrex Inc. | | | | | $14,385.09 | $14,385.09 | Bitcoin (BTC) - 0.45000000 Flare (FLR) - 375.87479450 Litecoin (LTC) - 5.64131000 | 23-10598 / Bittrex Inc. | Unsecured | $14,385.09 | Bitcoin (BTC) - 0.45000000 Flare (FLR) - 375.87479450 Litecoin (LTC) - 5.64131000 |
| 47 | e29066dd-7757-49c6-811e-93663bf4484a4 | C598-2 | 6/3/2023 | 23-10598 / Bittrex Inc. | | | | | $4,704.70 | $4,704.70 | N/A | N/A 23-10598 / Bittrex Inc. | Unsecured | $4,704.70 | N/A |
| 48 | 649ae405-c364-4928-a7ab-4745a09f858f | C598-10735 | 8/31/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | | $5,350.75 | $5,350.75 | RavenCoin (RVN) - 31849000 | 23-10598 / Bittrex Inc. | Unsecured | $5,350.75 | RavenCoin (RVN) - 31849000 |
| 49 | 3aced941-39ae-4c51-ba60-6339b66ca422 | C598-974 | 8/30/2023 | 23-10598 / Bittrex Inc. | | | | $2,412.00 | $0.28 | $2,412.28 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $2,412.28 | N/A |
| 50 | 2c08232d-6c16-4b72-a86d-3fb5eb98295d | C597-10321 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | | $17,760.00 | | | | $17,760.00 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $17,760.00 | N/A |
| 51 | aa827910-1437-49f0-80ee-ae27d6b9f9b0 | C597-369 | 9/23/2023 | 23-10597 / Desolation Holdings LLC | | | | $3,350.00 | $3,091.00 | $6,441.00 | Bitcoin (BTC) - 0.15463081 Ethereum (ETH) - 0.78532727 EthereumPoW (ETHW) - 0.54925976 | 23-10597 / Desolation Holdings LLC | Unsecured | $6,441.00 | Bitcoin (BTC) - 0.15463081 Ethereum (ETH) - 0.78532727 EthereumPoW (ETHW) - 0.54925976 |
| 52 | ba8e2e65-8a94-43c9-8cb7-22b4334be0b6 | C597-183 | 8/17/2023 | 23-10597 / Desolation Holdings LLC | | | | $2,000.00 | Unliquidated | $2,000.00 | Bitcoin (BTC) - 0.0343 Bitcoin Cash (BCHN) (BCH) - 0.37 Bitcoin SV (BSV) - 0.37 Tether (USDT) - 301 | 23-10597 / Desolation Holdings LLC | Unsecured | $2,000.00 | Bitcoin (BTC) - 0.0343 Bitcoin Cash (BCHN) (BCH) - 0.37 Bitcoin SV (BSV) - 0.37 Tether (USDT) - 301 |
| 53 | aa836457-16f3-4cd4-8c5a-303eee844c5d | C597-342 | 8/30/2023 | 23-10597 / Desolation Holdings LLC | | | $2,231.00 | | | $2,231.00 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $2,231.00 | N/A |
| 54 | 9f2f2314-c7a1-4bfc-ab0c-62b119bd872b | C597-334 | 8/28/2023 | 23-10597 / Desolation Holdings LLC | | $7,000.00 | | $7,000.00 | Unliquidated | $14,000.00 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $7,000.00 | N/A |
| 55 | ad78ba68-11e3-4abf-bdaf-a82067ca78c | C597-73 | 6/17/2023 | 23-10597 / Desolation Holdings LLC | | | $9,800.00 | | $10,000.00 | $19,800.00 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $19,800.00 | N/A |
| 56 | 2aac9d2e-4251-4cd9-96e1-95139a601a2c | C597-230 | 8/25/2023 | 23-10597 / Desolation Holdings LLC | | | | $1,169.37 | | $1,169.37 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $1,169.37 | N/A |
| 57 | 6f348eae-00a0-4977-abe1-47efbe5b392e | C598-10769 | 8/31/2023 | 23-10598 / Bittrex Inc. | | | $1,345.67 | | | $1,345.67 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $1,345.67 | N/A |
| 58 | 66613173-6c7f-4bb0-40aa-3b8858eb1150 | C600-93 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | | | | | $1,800.00 | $1,800.00 | N/A | N/A 23-10600 / Bittrex Malta Ltd. | Unsecured | $1,800.00 | N/A |
| 59 | 0275bbeb-97a3-4d4e-ac78-0568Sc1fbfe | C597-235 | 8/24/2023 | 23-10597 / Desolation Holdings LLC | | | $4,027.33 | | | $4,027.33 | Cardano (ADA) - 1209 Civic (CVC) - 486 Dogecoin (DOGE) - 25000 ReddCoin (RDD) - 67163 Siacoin (SC) - 13546 TRON (TRX) - 7396 Verge (XVG) - 10000 | 23-10597 / Desolation Holdings LLC | Unsecured | $4,027.33 | Cardano (ADA) - 1209 Civic (CVC) - 486 Dogecoin (DOGE) - 25000 ReddCoin (RDD) - 67163 Siacoin (SC) - 13546 TRON (TRX) - 7396 Verge (XVG) - 10000 |
| 60 | 8d5adcdf-e860-4677-82bb-bd6c96dcd583 | C598-1220 | 8/31/2023 | 23-10598 / Bittrex Inc. | | | | $2,435.67 | | $2,435.67 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $2,435.67 | N/A |
| 61 | 67a39de1-55e1-4f51-a2d3-42884e246bb3 | C598-1047 | 8/28/2023 | 23-10598 / Bittrex Inc. | | Unliquidated | | | $5,000.00 | $5,000.00 | Cardano (ADA) - 2500.00 Hedera (HBAR) - 2500.00 | 23-10598 / Bittrex Inc. | Unsecured | $5,000.00 | Cardano (ADA) - 2500.00 Hedera (HBAR) - 2500.00 |
| 62 | 93487802-2cca-4559-a20a-495e1a74c7ee | C598-1169 | 8/27/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | | $2,999.00 | $2,999.00 | Cardano (ADA) - 8.116 Enigma (ENG) - 228.79 ReddCoin (RDD) - 33680 | 23-10598 / Bittrex Inc. | Unsecured | $2,999.00 | Cardano (ADA) - 8.116 Enigma (ENG) - 228.79 ReddCoin (RDD) - 33680 |
| 63 | 1b160e4d-7649-4931-94a9-25a31f7ec8d2 | C598-670 | 8/23/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | | $1,981.73 | $1,981.73 | Cardano (ADA) - UND | 23-10598 / Bittrex Inc. | Unsecured | $1,981.73 | Cardano (ADA) - UND |
| 64 | 14118b64-3912-403e-9f20-8169957594 | C598-1320 | 10/13/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | | $60,000.00 | $60,000.00 | Bitcoin (BTC) - 0.5 Bitcoin Cash ABC (BCHA) - 5 Dogecoin (DOGE) - 40000 EOS (EOS) - 80 Ethereum (ETH) - 8 Siacoin (SC) - 20000 | 23-10598 / Bittrex Inc. | Unsecured | $60,000.00 | Bitcoin (BTC) - 0.5 Bitcoin Cash ABC (BCHA) - 5 Dogecoin (DOGE) - 40000 EOS (EOS) - 80 Ethereum (ETH) - 8 Siacoin (SC) - 20000 |
| 65 | c355a8ed-0498-4bcb-bb9f-6d03110d3274a | C598-361 | 8/15/2023 | 23-10598 / Bittrex Inc. | | $5,997.02 | | | | $5,997.02 | XRP (XRP) - 9500 | 23-10598 / Bittrex Inc. | Unsecured | $5,997.02 | XRP (XRP) - 9500 |
| 66 | e4e3c9f3-4ae0-41f3-a494-d58d0d7a91b8 | C597-69 | 5/30/2023 | 23-10597 / Desolation Holdings LLC | | | $1,800.00 | | $3,091.70 | $4,891.70 | Ethereum (ETH) - 1 | 23-10597 / Desolation Holdings LLC | Unsecured | $4,891.70 | Ethereum (ETH) - 1 |
| 67 | e4e3c9f3-4ae0-41f3-a494-d58d0d7a91b8 | C597-184 | 8/17/2023 | 23-10597 / Desolation Holdings LLC | | | $1,800.00 | | $3,091.70 | $4,891.70 | Ethereum (ETH) - 1 | 23-10597 / Desolation Holdings LLC | Unsecured | $4,891.70 | Ethereum (ETH) - 1 |
| 68 | 537ba7b8-bb62-41a2-955e-bd2bfc8eefae | C598-1184 | 8/30/2023 | 23-10598 / Bittrex Inc. | | | $1,000.00 | | | $1,000.00 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $1,000.00 | N/A |

3

**Fifth Omnibus Objection (Substantive)**
**Schedule 1 – Misclassified Claims**

| | | | | MISCLASSIFIED CLAIM ASSERTED | | | | | | | CORRECTED CLAIM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name/Account ID | Claim # | Claim Date | Case Number/Debtor | Admin | 503b9 | Secured | Priority | Unsecured | Claim Amount | Coins | Case Number/Debtor | Priority Status | Claim Amount | Coins |
| 69 | b02cda b5-98e5-4988-ba84-6db7f833ffe2 | C597-85 | 7/19/2023 | 23-10597 / Desolation Holdings LLC | | | | $3,000.00 | $48,496.06 | $51,496.06 | Waves (WAVES) - 33439.000 | 23-10597 / Desolation Holdings LLC | Unsecured | $51,496.06 | Waves (WAVES) - 33439.000 |
| 70 | cd33d819-5e35-4c77-87c9-b119ed3e1c86 | C598-1201 | 8/31/2023 | 23-10598 / Bittrex Inc. | | | $1,156.23 | | | $1,156.23 | Endor (EDR) - 461040  Ethereum (ETH) - 0.5615  EthereumPoW (ETHW) - 0.5615  Ignis (IGNIS) - 61950  Okcash (OK) - 20030 | 23-10598 / Bittrex Inc. | Unsecured | $1,156.23 | Endor (EDR) - 461040  Ethereum (ETH) - 0.5615  EthereumPoW (ETHW) - 0.5615  Ignis (IGNIS) - 61950  Okcash (OK) - 20030 |
| 71 | cd33d819-5e35-4c77-87c9-b119ed3e1c86 | C598-1202 | 8/31/2023 | 23-10598 / Bittrex Inc. | | | $1,156.23 | | | $1,156.23 | Endor (EDR) - UND  Ethereum (ETH) - 0.5615  EthereumPoW (ETHW) - 0.5615  Ignis (IGNIS) - UND  Okcash (OK) - UND | 23-10598 / Bittrex Inc. | Unsecured | $1,156.23 | Endor (EDR) - UND  Ethereum (ETH) - 0.5615  EthereumPoW (ETHW) - 0.5615  Ignis (IGNIS) - UND  Okcash (OK) - UND |
| 72 | c6c7f56b-5d31-4d1a-adad-32422a28c15 | C598-482 | 8/18/2023 | 23-10598 / Bittrex Inc. | | $8,569.00 | | | | $8,569.00 | Bitcoin (BTC) - 2.4120668  Dogecoin (DOGE) - 2.33 | 23-10598 / Bittrex Inc. | Unsecured | $8,569.00 | Bitcoin (BTC) - 2.4120668  Dogecoin (DOGE) - 2.33 |
| 73 | dca17422-7784-4454-9c89-c2127b697277f | C597-346 | 9/1/2023 | 23-10597 / Desolation Holdings LLC | | | $7,000.00 | | | $7,000.00 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $7,000.00 | N/A |
| 74 | b8d0754e-82ac-4379-b6d6-7a8a515f392f | C598-540 | 8/19/2023 | 23-10598 / Bittrex Inc. | | $1,436.30 | | | | $1,436.30 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $1,436.30 | N/A |
| 75 | 75e4d2af-21d6-488a-b6c2-3b3c1b32d3b0 | C598-666 | 8/23/2023 | 23-10598 / Bittrex Inc. | | | | Unliquidated | $1,118.14 | $1,118.14 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $1,118.14 | N/A |
| 76 | 72f531dd-ca72-4301-be9d-357a65738fcf | C598-10299 | 8/30/2023 | 23-10598 / Bittrex Inc. | | | | $6,000.00 | | $6,000.00 | Hedera (HBAR) - 100.000 | 23-10598 / Bittrex Inc. | Unsecured | $6,000.00 | Hedera (HBAR) - 100.000 |
| 77 | 0be33523-4bdc-4b56-84cd-a1bec7ce257c | C598-100 | 6/21/2023 | 23-10598 / Bittrex Inc. | | $24,096.03 | | | | $24,096.03 | Bitcoin (BTC) - 1.5  USD Coin (USDC) - 24096.03 | 23-10598 / Bittrex Inc. | Unsecured | $24,096.03 | Bitcoin (BTC) - 1.5  USD Coin (USDC) - 24096.03 |
| 78 | 636ce31d-6f9d-4a02-90e1-167bb52e6134 | C597-299 | 8/28/2023 | 23-10597 / Desolation Holdings LLC | | Unliquidated | | | $26,025.90 | $26,025.90 | Bitcoin (BTC) - 1 | 23-10597 / Desolation Holdings LLC | Unsecured | $26,025.90 | Bitcoin (BTC) - 1 |
| 79 | d854debd-1969-48b3-9ccb-795bd51f762b | C600-45 | 8/23/2023 | 23-10600 / Bittrex Malta Ltd. | | | | $2,000.00 | | $2,000.00 | Bitcoin (BTC) - 0.06317  Bitcoin Cash (BCHN) (BCH) - 0.02426  MaidSafeCoin (MAID) - 122.6  Signum (SIGNA)  4170  Stellar Lumens (XLM) - 19.53  Waves (WAVES) - 12.17 | 23-10600 / Bittrex Malta Ltd. | Unsecured | $2,000.00 | Bitcoin (BTC) - 0.06317  Bitcoin Cash (BCHN) (BCH) - 0.02426  MaidSafeCoin (MAID) - 122.6  Signum (SIGNA)  4170  Stellar Lumens (XLM) - 19.53  Waves (WAVES) - 12.17 |
| 80 | 8e87a6a4-86cb-4589-86e8-532539dbc9c4 | C600-117 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | | | | Unliquidated | $1,400.00 | $1,400.00 | Bitcoin (BTC) - 0.05114 | 23-10600 / Bittrex Malta Ltd. | Unsecured | $1,400.00 | Bitcoin (BTC) - 0.05114 |
| 81 | d8477cae-9d76-4e10-a35a-432be71c712a | C597-347 | 9/1/2023 | 23-10597 / Desolation Holdings LLC | | | $1,056.84 | | | $1,056.84 | Bitcoin (BTC) - 292.77  Ethereum (ETH) - 753.47  EthereumPoW (ETHW) - 0.60 | 23-10597 / Desolation Holdings LLC | Unsecured | $1,056.84 | Bitcoin (BTC) - 292.77  Ethereum (ETH) - 753.47  EthereumPoW (ETHW) - 0.60 |
| 82 | 0114e11d-ebbd-4698-9f68-86f4a979f75d | C597-341 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | | $2,576.69 | | | | $2,576.69 | N/A | 23-10597 / Desolation Holdings LLC | Unsecured | $2,576.69 | N/A |
| 83 | 51831b62-00ce-42c5-b0c3-769685442df0 | C598-105 | 6/21/2023 | 23-10598 / Bittrex Inc. | | $11,143.80 | | | | $11,143.80 | Augur v2 (REPV2) - 100  Cardano (ADA) - 2259.1395  DigiByte (DGB) - 900  Dogecoin (DOGE) - 3000  Golem Network Token (GLM) - 1000  Hive (HIVE) - 1000  Hive Dollar (HBD) - 475.84  NEM (XEM) - 3000  Siacoin (SC) - 5000  STEEM (STEEM) - 3000  Steem Dollars (SBD) - 475.84  SysCoin (SYS) - 300  Verge (XVG) - 2000 | 23-10598 / Bittrex Inc. | Unsecured | $11,143.80 | Augur v2 (REPV2) - 100  Cardano (ADA) - 2259.1395  DigiByte (DGB) - 900  Dogecoin (DOGE) - 3000  Golem Network Token (GLM) - 1000  Hive (HIVE) - 1000  Hive Dollar (HBD) - 475.84  NEM (XEM) - 3000  Siacoin (SC) - 5000  STEEM (STEEM) - 3000  Steem Dollars (SBD) - 475.84  SysCoin (SYS) - 300  Verge (XVG) - 2000 |
| 84 | f2272f70c-3f57-4b4d-af2a-06e5f683d826 | C597-498 | 10/6/2023 | 23-10597 / Desolation Holdings LLC | | | | $3,016.74 | | $3,016.74 | Bitcoin (BTC) - 0.08230769  Hedera (HBAR) - 15000 | 23-10597 / Desolation Holdings LLC | Unsecured | $3,016.74 | Bitcoin (BTC) - 0.08230769  Hedera (HBAR) - 15000 |
| 85 | 38047a39-4c1f-45d4-989b-5b03650f8538 | C597-200 | 8/19/2023 | 23-10597 / Desolation Holdings LLC | | $1,300.00 | | | $200.00 | $1,500.00 | XRP (XRP) - UND | 23-10597 / Desolation Holdings LLC | Unsecured | $1,500.00 | XRP (XRP) - UND |
| 86 | 4f49ab09-8a7a-4f8b-8382-61065c2e7294 | C598-10635 | 8/30/2023 | 23-10598 / Bittrex Inc. | | $2,833.03 | | | | $2,833.03 | Bitcoin (BTC) - UND | 23-10598 / Bittrex Inc. | Unsecured | $2,833.03 | Bitcoin (BTC) - UND |
| 87 | 4ae8e24f-57b2-4f5e-896c-35e6eafed56 | C597-67 | 5/16/2023 | 23-10597 / Desolation Holdings LLC | | $32,000.00 | | | | $32,000.00 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $32,000.00 | N/A |
| 88 | e027cfe5-d1a5-4deb-9d9c-81e9cf6f0c88 | C597-10016 | 8/28/2023 | 23-10597 / Desolation Holdings LLC | | $2,238.10 | | $2,238.10 | | $6,714.30 | Ethereum (ETH) - UND | 23-10598 / Bittrex Inc. | Unsecured | $2,238.10 | Ethereum (ETH) - UND |
| 89 | e027cfe5-d1a5-4deb-9d9c-81e9cf6f0c88 | C597-10047 | 8/28/2023 | 23-10597 / Desolation Holdings LLC | | $2,238.10 | | $2,238.10 | | $6,714.30 | Ethereum (ETH) - UND | 23-10598 / Bittrex Inc. | Unsecured | $2,238.10 | Ethereum (ETH) - UND |
| 90 | 8e71ac52-1469-46d3-8c0d-3ef77fc25a7d | C598-344 | 8/14/2023 | 23-10598 / Bittrex Inc. | | $1,822.22 | | | | $1,822.22 | OneRoot Network (RNT) - UND | 23-10598 / Bittrex Inc. | Unsecured | $1,822.22 | OneRoot Network (RNT) - UND |
| 91 | 8e71ac52-1469-46d3-8c0d-3ef77fc25a7d | C598-345 | 8/14/2023 | 23-10598 / Bittrex Inc. | | $1,822.22 | | | | $1,822.22 | OneRoot Network (RNT) - UND | 23-10598 / Bittrex Inc. | Unsecured | $1,822.22 | OneRoot Network (RNT) - UND |
| 92 | 9fe38e54-4be8-46fd-8c3d-6bd43ddcd1ff | C598-1239 | 9/11/2023 | 23-10598 / Bittrex Inc. | | $19,634.68 | | $19,634.68 | | $39,269.36 | Augur v2 (REPV2) - 104  Decred (DCR) - 22  Ethereum (ETH) - 5.9  Golem Network Token (GLM) - 280  Monero (XMR) - 40  Stellar Lumens (XLM) - 16300 | 23-10598 / Bittrex Inc. | Unsecured | $19,634.68 | Augur v2 (REPV2) - 104  Decred (DCR) - 22  Ethereum (ETH) - 5.9  Golem Network Token (GLM) - 280  Monero (XMR) - 40  Stellar Lumens (XLM) - 16300 |
| 93 | f9f3aaac-6775-4a83-ae19-ef84f58962e5 | C598-810 | 8/28/2023 | 23-10598 / Bittrex Inc. | | $20,000.00 | | | | $20,000.00 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $20,000.00 | N/A |
| 94 | 2299b15f-05c5-4a38-a661-642985c1a26 | C598-1191 | 8/29/2023 | 23-10598 / Bittrex Inc. | | | Unliquidated | | $11,500.00 | $11,500.00 | BitShares (BTS) - 500  Dogecoin (DOGE) - 110000  Stellar Lumens (XLM) - 5000  TRON (TRX) - 26000  Verge (XVG) - 5000  XRP (XRP) - 5000 | 23-10598 / Bittrex Inc. | Unsecured | $11,500.00 | BitShares (BTS) - 500  Dogecoin (DOGE) - 110000  Stellar Lumens (XLM) - 5000  TRON (TRX) - 26000  Verge (XVG) - 5000  XRP (XRP) - 5000 |

**Fifth Omnibus Objection (Substantive)**
**Schedule 1 – Misclassified Claims**

| | | | | MISCLASSIFIED CLAIM ASSERTED | | | | | | | CORRECTED CLAIM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name/ Account ID | Claim # | Claim Date | Case Number/ Debtor | Admin | 503b9 | Secured | Priority | Unsecured | Claim Amount | Coins | Case Number/ Debtor | Priority Status | Claim Amount | Coins |
| 95 | f53b4ddf-d852-4313-99d1-c82dd45d9b0e | C597-340 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | | | $1,109.56 | | | $1,109.56 | Dogecoin (DOGE) - 1640 USD Coin (USDC) - 1000 | 23-10597 / Desolation Holdings LLC | Unsecured | $1,109.56 | Dogecoin (DOGE) - 1640 USD Coin (USDC) - 1000 |
| 96 | 29caa0e1-5f21-459b-8578-992c00e014cc | C598-11022 | 9/1/2023 | 23-10598 / Bittrex Inc. | | $2,989.85 | | | | $2,989.85 | Bitcoin (BTC) - UND | 23-10598 / Bittrex Inc. | Unsecured | $2,989.85 | Bitcoin (BTC) - UND |
| 97 | 1f718553-8235-402a-8760-c39af7453971 | C598-892 | 8/29/2023 | 23-10598 / Bittrex Inc. | | $5,200.00 | | | | $5,200.00 | N/A | 23-10598 / Bittrex Inc. | Unsecured | $5,200.00 | N/A |

5