# Schedule 1

First Omnibus Objection (Non-Substantive)
Schedule 1 – Exact Duplicate Claims

| No. | UUID | DUPLICATE CLAIM TO BE DISALLOWED | | | | | | REMAINING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 1 | 74460f101-b137-4490-a26f-e9e8fd6470a5 | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10025 | $12,219.49 | N/A | | 74460f101-b137-4490-a26f-e9e8fd6470a5 | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-62 | $12,219.49 | N/A |
| 2 | 198ee0a5-506c-461f-b631-beac3b33b067 | 8/28/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10008 | $10,777.56 | N/A | | 198ee0a5-506c-461f-b631-beac3b33b067 | 8/28/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10007 | $10,777.56 | N/A |
| 3 | 277e0870-133f-4e0d-b671-9dc3b4937cda | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10906 | $8,775.15 | Bitcoin (BTC) - 0.06379, Cardano (ADA) - 4000, Flare (FLR) - 1480, Litecoin (LTC) - 0.5466, XRP (XRP) - 9830 | | 277e0870-133f-4e0d-b671-9dc3b4937cda | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10905 | $8,775.15 | Bitcoin (BTC) - 0.06379, Cardano (ADA) - 4000, Flare (FLR) - 1480, Litecoin (LTC) - 0.5466, XRP (XRP) - 9830 |
| 4 | 960e15dc-8763-4f96-b812-fa7285fcd91 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10573 | $6,000.00 | Bitcoin (BTC) - 0.23 | | 960e15dc-8763-4f96-b812-fa7285fcd91 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10565 | $6,000.00 | Bitcoin (BTC) - 0.23 |
| 5 | 9090ce7d-f118-4e95-8718-d88b174d7447 | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-586 | $800.00 | Bitcoin (BTC) - 0.02995, Bitcoin Cash (BCHN) - 0.2995, Stellar Lumens (XLM) - 23.36 | | 9090ce7d-f118-4e95-8718-d88b174d7447 | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-584 | $800.00 | Bitcoin (BTC) - 0.02995, Bitcoin Cash (BCHN) - 0.2995, Stellar Lumens (XLM) - 23.36 |
| 6 | 89a673a7-bda0-467c-8008-7ff3655e4ead | 5/31/2023 | 23-10598 / Bittrex, Inc. | C598-36 | $5,000.00 | AdEx (ADX) - und, adToken (ADT) - 80, Decentraland (MANA) - und, districtOx (DNT) - 100, Okcash (OK) - 2000, PotCoin (POT) - 500, PowerLedger (POWR) - 500, Qtum (QTUM) - 10 | | 89a673a7-bda0-467c-8008-7ff3655e4ead | 5/31/2023 | 23-10598 / Bittrex, Inc. | C598-25 | $5,000.00 | AdEx (ADX) - UND, adToken (ADT) - 80, Decentraland (MANA) - UND, districtOx (DNT) - 100, Okcash (OK) - 2000, PotCoin (POT) - 500, PowerLedger (POWR) - 500, Qtum (QTUM) - 10 |
| 7 | d764ab2c-f9dd-409c-afa9-df14dee41043 | 9/1/2023 | 23-10598 / Bittrex, Inc. | C598-11042 | $504.00 | Bitcoin (BTC) - 0.4000, Bitcoin Cash (BCHN) (BCH) - 0.005884, XRP (XRP) - 4500 | | d764ab2c-f9dd-409c-afa9-df14dee41043 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10663 | $504.00 | Bitcoin (BTC) - 0.4000, Bitcoin Cash (BCHN) (BCH) - 0.005884, XRP (XRP) - 4500 |
| 8 | ded3d94e-663e-43a5-89d1-68ed5d8b7683 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10773 | $13,289.69 | Bitcoin (BTC) - 0.4000, Bitcoin Cash (BCHN) (BCH) - 0.005884, XRP (XRP) - 4500 | | ded3d94e-663e-43a5-89d1-68ed5d8b7683 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1218 | $13,289.69 | Bitcoin (BTC) - 0.4000, Bitcoin Cash (BCHN) (BCH) - 0.005884, XRP (XRP) - 4500 |
| 9 | 74620e7a-83aa-4207-a6eb-08df72dfd55 | 9/3/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-65 | $25,000.00 | N/A | | 74620e7a-83aa-4207-a6eb-08df72dfd55 | 9/3/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-53 | $25,000.00 | N/A |
| 10 | b7eb6ca7-f9c8-4677-a0df-24f834e23cd3 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10073 | $3,580.33 | Bitcoin (BTC) - 0.1198, Bitcoin Cash (BCHN) (BCH) - 0.3020, Dash (DASH) - 1.788, Lisk (LSK) - 13.46, Neo (NEO) - 2.800, Stratis (STRAX) - 20.00, XRP (XRP) - 400.00 | | b7eb6ca7-f9c8-4677-a0df-24f834e23cd3 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10072 | $3,580.33 | Bitcoin (BTC) - 0.1198, Bitcoin Cash (BCHN) (BCH) - 0.3020, Dash (DASH) - 1.788, Lisk (LSK) - 13.46, Neo (NEO) - 2.800, Stratis (STRAX) - 20.00, XRP (XRP) - 400.00 |
| 11 | b7eb6ca7-f9c8-4677-a0df-24f834e23cd3 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10072 | $3,580.33 | Bitcoin (BTC) - 0.1198, Bitcoin Cash (BCHN) (BCH) - 0.3020, Dash (DASH) - 1.788, Lisk (LSK) - 13.46, Neo (NEO) - 2.800, Stratis (STRAX) - 20.00, XRP (XRP) - 400.00 | | b7eb6ca7-f9c8-4677-a0df-24f834e23cd3 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10067 | $3,580.33 | Bitcoin (BTC) - 0.1198, Bitcoin Cash (BCHN) (BCH) - 0.3020, Dash (DASH) - 1.788, Lisk (LSK) - 13.46, Neo (NEO) - 2.800, Stratis (STRAX) - 20.00, XRP (XRP) - 400.00 |
| 12 | 30c1441f-8493-4745-8d0a-afde162c9b6e | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10949 | $2,033.28 | Bitcoin (BTC) - UND | | 30c1441f-8493-4745-8d0a-afde162c9b6e | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10948 | $2,033.28 | Bitcoin (BTC) - UND |
| 13 | a6667581-a020-44e5-badb-78d5c3136d7f | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10349 | N/A | Bitcoin (BTC) - 0.58686356, Bitcoin Cash (BCHN) (BCH) - 0.58778319, Stellar Lumens (XLM) - 458.47134667 | | a6667581-a020-44e5-badb-78d5c3136d7f | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10344 | N/A | Bitcoin (BTC) - 0.58686356, Bitcoin Cash (BCHN) (BCH) - 0.58778319, Stellar Lumens (XLM) - 458.47134667 |
| 14 | 567838f1-de9d-4d75-8d99-e3635cbd429c | 9/11/2023 | 23-10597 / Desolation Holdings LLC | C597-10403 | $1,579.20 | Bitcoin (BTC) - 0.05641559 | | 567838f1-de9d-4d75-8d99-e3635cbd429c | 9/7/2023 | 23-10597 / Desolation Holdings LLC | C597-10405 | $1,579.20 | Bitcoin (BTC) - 0.05641559 |
| 15 | cd5ed1ed-47ca-4f6e-97c-c6d70bb5aaec | 8/23/2023 | 23-10598 / Bittrex, Inc. | C598-618 | $2,049.00 | N/A | | cd5ed1ed-47ca-4f6e-97c-c6d70bb5aaec | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-597 | $2,049.00 | N/A |
| 16 | 03a06c01-4cf7-4770-9146-73bc39653812 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10510 | $6,643.40 | Bitcoin (BTC) - 0.25664713 | | 03a06c01-4cf7-4770-9146-73bc39653812 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10504 | $6,643.40 | Bitcoin (BTC) - 0.25664713 |
| 17 | 254e628e5-30cd-4afb-a13a-e5c67306c74f | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10294 | $2,122.00 | Ethereum (ETH) - 1.28 | | 254e628e5-30cd-4afb-a13a-e5c67306c74f | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10188 | $2,122.00 | Ethereum (ETH) - 1.28 |
| 18 | 5827b7a9-c04a-496f-ab6e-d6adb6c6f16d | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10455 | $1,095.44 | Bitcoin (BTC) - 0.02528, Cardano (ADA) - 195.11, Chainlink (LINK) - 4.455, DigiByte (DGB) - 2960, EOS (EOS) - 85.31, Ethereum (ETH) - 0.08933 | | 5827b7a9-c04a-496f-ab6e-d6adb6c6f16d | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10454 | $1,095.44 | Bitcoin (BTC) - 0.02528, Cardano (ADA) - 195.11, Chainlink (LINK) - 4.455, DigiByte (DGB) - 2960, EOS (EOS) - 85.31, Ethereum (ETH) - 0.08933 |
| 19 | dd12e349-483a-4bb2-af19-85f2b0c5fad6 | 8/28/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10011 | N/A | Bitcoin (BTC) - 0.22, Dogecoin (DOGE) - 90000, Verge (XVG) - 1100 | | dd12e349-483a-4bb2-af19-85f2b0c5fad6 | 8/28/2023 | 23-10600 / Bittrex Malta Ltd. | C600-65 | N/A | Bitcoin (BTC) - 0.22, Dogecoin (DOGE) - 90000, Verge (XVG) - 1100 |
| 20 | b8cc6e66-f8db-42cd-9189-fea0fbf62ace | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10950 | N/A | Ardor (ARDR) - 500, BitShares (BTS) - 2010, Endor (EDR) - 2500, GameCredits (GAME) - 1000, Golem Network Token (GLM) - 109.7022945, Hive (HIVE) - 200, Navcoin (NAV) - 200, NEM (XEM) - 500, Nexus (NXS) - 100, Solve.Care (SOLVE) - 399.588303, STEEM (STEEM) - 347, Stratis (STRAX) - 51.386132, Strike Finance (STRK) - 1, Validity (VAL) - 20, WAXP (WAXP) - 1188.30149 | | b8cc6e66-f8db-42cd-9189-fea0fbf62ace | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10420 | N/A | Ardor (ARDR) - 500, BitShares (BTS) - 2010, Endor (EDR) - 2500, GameCredits (GAME) - 1000, Golem Network Token (GLM) - 109.7022945, Hive (HIVE) - 200, Navcoin (NAV) - 200, NEM (XEM) - 500, Nexus (NXS) - 100, Solve.Care (SOLVE) - 399.588303, STEEM (STEEM) - 347, Stratis (STRAX) - 51.386132, Strike Finance (STRK) - 1, Validity (VAL) - 20, WAX (WAXP) - 1188.30149 |
| 21 | a75c5227-cbcc-4a4e-a305-bec75f4dbe3c | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10442 | $2,127.11 | N/A | | a75c5227-cbcc-4a4e-a305-bec75f4dbe3c | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10432 | $2,127.11 | N/A |

1

First Omnibus Objection (Non-Substantive)
Schedule 1 – Exact Duplicate Claims

| No. | UUID | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 22 | b6525c2d-caae-437a-98c6-f78e203a5bc0 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-721 | $8,444.27 | Bitcoin (BTC) - UND | b6525c2d-caae-437a-98c6-f78e203a5bc0 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-718 | $8,444.27 | Bitcoin (BTC) - UND |
| 23 | bbb5f243-c103-4f61-bb17-e2bb34308520 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10784 | N/A | Aragon (ANT) - 46.089, Bitcoin (BTC) - 0.059, Dash (DASH) - 1.85698, Ethereum Classic (ETC) - 58.779, Neo (NEO) - 3726, OMG Network (OMG) - 73, Stellar Lumens (XLM) - 432.508, STORJ (STORJ) - 1050, XRP (XRP) - 1070 | bbb5f243-c103-4f61-bb17-e2bb34308520 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10701 | N/A | Aragon (ANT) - 46.089, Bitcoin (BTC) - 0.059, Dash (DASH) - 1.85698, Ethereum Classic (ETC) - 58.779, Neo (NEO) - 3726, OMG Network (OMG) - 73, Stellar Lumens (XLM) - 432.508, STORJ (STORJ) - 1050, XRP (XRP) - 1070 |
| 24 | 1fbe8eef-0e44-4a1d-aa37-c8383fe57149 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10047 | $504.00 | Cardano (ADA) - 1799.3407 | 1fbe8eef-0e44-4a1d-aa37-c8383fe57149 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10046 | $504.00 | Cardano (ADA) - 1799.3407 |
| 25 | 1fbe8eef-0e44-4a1d-aa37-c8383fe57149 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10055 | $504.00 | Cardano (ADA) - 1799.3407 | 1fbe8eef-0e44-4a1d-aa37-c8383fe57149 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10046 | $504.00 | Cardano (ADA) - 1799.3407 |
| 26 | c5f3a694-b2f4-4950-b047-d1086d8a6384 | 8/21/2023 | 23-10598 / Bittrex, Inc. | C598-562 | $857.49 | Bitcoin (BTC) - 0.01723, Komodo (KMD) - 27.33, XRP (XRP) - 606.92 | c5f3a694-b2f4-4950-b047-d1086d8a6384 | 8/21/2023 | 23-10598 / Bittrex, Inc. | C598-532 | $857.49 | Bitcoin (BTC) - 0.01723, Komodo (KMD) - 27.33, XRP (XRP) - 606.92 |
| 27 | 35ba7d14-dc3e-4fc0-986f-dec5d32f1db3 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10749 | $12,000.00 | 0x Protocol (ZRX) - UND, Bitcoin (BTC) - 0.5, Ethereum (ETH) - 3 | 35ba7d14-dc3e-4fc0-986f-dec5d32f1db3 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10747 | $12,000.00 | 0x Protocol (ZRX) - UND, Bitcoin (BTC) - 0.5, Ethereum (ETH) - 3 |
| 28 | 35ba7d14-dc3e-4fc0-986f-dec5d32f1db3 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10368 | $4,000.00 | 0x Protocol (ZRX) - UND, Bitcoin (BTC) - 0.1331, Litecoin (LTC) - 1.646, Neo (NEO) - 1, ZCash (ZEC) - 0.3408 | 35ba7d14-dc3e-4fc0-986f-dec5d32f1db3 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10367 | $4,000.00 | 0x Protocol (ZRX) - UND, Bitcoin (BTC) - 0.1331, Litecoin (LTC) - 1.646, Neo (NEO) - 1, ZCash (ZEC) - 0.3408 |
| 29 | e62b24e1-31f3-449f-996f-f57126f702ef | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10301 | $933.60 | Decred (DCR) - 69.12, DigitalNote (XDN) - 2000, ReddCoin (RDD) - 425480 | e62b24e1-31f3-449f-996f-f57126f702ef | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10298 | $933.60 | Decred (DCR) - 69.12, DigitalNote (XDN) - 2000, ReddCoin (RDD) - 425480 |
| 30 | 35f5238b-2916-42db-b20c-8c1af04ca70d | 8/30/2023 | 23-10600 / Bittrex Malta Ltd. | C600-85 | $7,571.31 | N/A | 35f5238b-2916-42db-b20c-8c1af04ca70d | 8/30/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10092 | $7,571.31 | N/A |
| 31 | c24b87ff-00e8-4f54-ae4c-18015f415aeb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10963 | N/A | Cardano (ADA) - 9961.64884615 | c24b87ff-00e8-4f54-ae4c-18015f415aeb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10961 | N/A | Cardano (ADA) - 9961.64884615 |
| 32 | c24b87ff-00e8-4f54-ae4c-18015f415aeb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10968 | N/A | Cardano (ADA) - 9961.64884615 | c24b87ff-00e8-4f54-ae4c-18015f415aeb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10961 | N/A | Cardano (ADA) - 9961.64884615 |
| 33 | 6804ceb5-ed97-4e8d-929a-01d231d1711d | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10098 | N/A | Cardano (ADA) - 246.44553464, DigitalNote (XDN) - 1499.98000000, Flare (FLR) - 14.10950000, NEM (XEM) - 146.00000000, ReddCoin (RDD) - 1498.00000000, Siacoin (SC) - 999.99000000, Stellar Lumens (XLM) - 149.99000000, TRON (TRX) - 999.00000000, XRP (XRP) - 99.80000000 | 6804ceb5-ed97-4e8d-929a-01d231d1711d | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10096 | N/A | Cardano (ADA) - 246.44553464, DigitalNote (XDN) - 1499.98000000, Flare (FLR) - 14.10950000, NEM (XEM) - 146.00000000, ReddCoin (RDD) - 1498.00000000, Siacoin (SC) - 999.99000000, Stellar Lumens (XLM) - 149.99000000, TRON (TRX) - 999.00000000, XRP (XRP) - 99.80000000 |
| 34 | 13bfd27a-fa57-4a51-a614-35e725776724 | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-967 | $3,697.69 | Siacoin (SC) - 1120000 | 13bfd27a-fa57-4a51-a614-35e725776724 | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-965 | $3,697.69 | Siacoin (SC) - 1120000 |
| 35 | 761b5817-a312-43c1-a730-2d18b2fcb5c6 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10128 | $1,000.00 | N/A | 761b5817-a312-43c1-a730-2d18b2fcb5c6 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10126 | $1,000.00 | N/A |
| 36 | 431110ae-474b-4b0b-bf5d-de8d38dade13 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10284 | N/A | EthereumPoW (ETHW) - 0.53, Litecoin (LTC) - 0.38, USD Coin (USDC) - 1951.27 | 431110ae-474b-4b0b-bf5d-de8d38dade13 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10283 | N/A | EthereumPoW (ETHW) - 0.53, Litecoin (LTC) - 0.38, USD Coin (USDC) - 1951.27 |
| 37 | b7f06cf8-ce02-4b07-9a93-3084485897c0 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-753 | $647.88 | XRP (XRP) - 100.00 | b7f06cf8-ce02-4b07-9a93-3084485897c0 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-744 | $647.88 | XRP (XRP) - 100.00 |
| 38 | b7f06cf8-ce02-4b07-9a93-3084485897c0 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-745 | $647.88 | XRP (XRP) - 100.00 | b7f06cf8-ce02-4b07-9a93-3084485897c0 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-744 | $647.88 | XRP (XRP) - 100.00 |
| 39 | b7f06cf8-ce02-4b07-9a93-3084485897c0 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-746 | $647.88 | XRP (XRP) - 100.00 | b7f06cf8-ce02-4b07-9a93-3084485897c0 | 8/24/2023 | 23-10598 / Bittrex, Inc. | C598-744 | $647.88 | XRP (XRP) - 100.00 |
| 40 | dcbf597c-42ee-421f-9460-aca853ec3938 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-1240 | $1,977.89 | Bitcoin (BTC) - 0.07214 | dcbf597c-42ee-421f-9460-aca853ec3938 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-1183 | $1,977.89 | Bitcoin (BTC) - 0.07214 |
| 41 | dcbf597c-42ee-421f-9460-aca853ec3938 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10133 | $1,977.89 | Bitcoin (BTC) - 0.07214 | dcbf597c-42ee-421f-9460-aca853ec3938 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-1185 | $1,977.89 | Bitcoin (BTC) - 0.07214 |

2

First Omnibus Objection (Non-Substantive)
Schedule 1 – Exact Duplicate Claims

| No. | UUID | DUPLICATE CLAIM TO BE DISALLOWED |  |  |  |  | REMAINING CLAIM |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 42 | 0d9f8674-37af-4d8c-99af-8852eb6da100 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10118 | $571.00 | Cardano (ADA) - 110, DigiByte (DGB) - 600, DigitalNote (XDN) - 285, Dogecoin (DOGE) - 2000, FunFair (FUN) - 300, IOTA (IOTA) - 8, NEM (XEM) - 806, Peercoin (PPC) - 6, ReddCoin (RDD) - 4400, SALT (SALT) - 2, Siacoin (SC) - 4, SingularDTV (SNGLS) - 4, STEEM (STEEM) - 9, TenX Pay Token (PAY) - 4, Vertcoin (VTC) - 9 | 0d9f8674-37af-4d8c-99af-8852eb6da100 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10049 | $571.00 | Cardano (ADA) - 110, DigiByte (DGB) - 600, DigitalNote (XDN) - 285, Dogecoin (DOGE) - 2000, FunFair (FUN) - 300, IOTA (IOTA) - 8, NEM (XEM) - 806, Peercoin (PPC) - 6, ReddCoin (RDD) - 4400, SALT (SALT) - 2, Siacoin (SC) - 4, SingularDTV (SNGLS) - 4, STEEM (STEEM) - 9, TenX Pay Token (PAY) - 4, Vertcoin (VTC) - 9 |
| 43 | 96e1d8c0-b68d-4b0f-8450-8f342c58b880 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10147 | $2,010.15 | Bitcoin (BTC) - 0.06842245, Solve.Care (SOLVE) - 8450 | 96e1d8c0-b68d-4b0f-8450-8f342c58b880 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10131 | $2,010.15 | Bitcoin (BTC) - 0.06842245, Solve.Care (SOLVE) - 8450 |
| 44 | 95723b9b-9e1a-4fac-aa15-5f12b2f05170 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10572 | $1,247.41 | Cardano (ADA) - 310.72, Dogecoin (DOGE) - 15000, Flare (FLR) - 26.44, Golem Network Token (GLM) - 517.01, Litecoin (LTC) - 1.999, Stellar Lumens (XLM) - 181.56, XRP (XRP) - 175.00 | 95723b9b-9e1a-4fac-aa15-5f12b2f05170 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10570 | $1,247.41 | Cardano (ADA) - 310.72, Dogecoin (DOGE) - 15000, Flare (FLR) - 26.44, Golem Network Token (GLM) - 517.01, Litecoin (LTC) - 1.999, Stellar Lumens (XLM) - 181.56, XRP (XRP) - 175.00 |
| 45 | 7cd2e025-adb8-45b5-a022-77103c01102d | 7/30/2023 | 23-10597 / Desolation Holdings LLC | C597-96 | N/A | Bitcoin (BTC) - 0.631201, Chainlink (LINK) - 50.938331, Ethereum (ETH) - 21.271410, Litecoin (LTC) - 6.682643, USD Coin (USDC) - 2978.1.832311 | 7cd2e025-adb8-45b5-a022-77103c01102d | 7/30/2023 | 23-10597 / Desolation Holdings LLC | C597-95 | N/A | Bitcoin (BTC) - 0.631201, Chainlink (LINK) - 50.938331, Ethereum (ETH) - 21.271410, Litecoin (LTC) - 6.682643, USD Coin (USDC) - 2978.1.832311 |
| 46 | 3ad9385e-779c-4dfe-a0f2-ea2b9a3ebcc4 | 8/26/2023 | 23-10598 / Bittrex, Inc. | C598-911 | $623.19 | XRP (XRP) - 1158.13 | 3ad9385e-779c-4dfe-a0f2-ea2b9a3ebcc4 | 8/21/2023 | 23-10598 / Bittrex, Inc. | C598-543 | $623.19 | XRP (XRP) - 1158.13 |
| 47 | 1508f13c-a6bc-4d31-907b-b68c74970964 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10252 | $801.09 | Hedera (HBAR) - 13948.50917601 | 1508f13c-a6bc-4d31-907b-b68c74970964 | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10058 | $801.09 | Hedera (HBAR) - 13948.50917601 |
| 48 | 4a9955c3-394f-4a64-81d4-5dc29edb8473 | 8/4/2023 | 23-10598 / Bittrex, Inc. | C598-240 | $682.69 | Cardano (ADA) - 1510, DigiByte (DGB) - 16940, Stellar Lumens (XLM) - 1030 | 4a9955c3-394f-4a64-81d4-5dc29edb8473 | 7/12/2023 | 23-10598 / Bittrex, Inc. | C598-129 | $682.69 | Cardano (ADA) - 1510, DigiByte (DGB) - 16940, Stellar Lumens (XLM) - 1030 |
| 49 | a5b8e4b9-ca4d-43a2-9642-2d4f6281d906 | 9/4/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-66 | $4,200.00 | N/A | a5b8e4b9-ca4d-43a2-9642-2d4f6281d906 | 9/4/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-54 | $4,200.00 | N/A |
| 50 | aa72f155-6ee8-4236-bb0b-1401f3676500 | 8/14/2023 | 23-10597 / Desolation Holdings LLC | C597-173 | $5,040.00 | 1inch (1INCH) - 540, Ankr (ANKR) - 110, Ark (ARK) 150, Axie Infinity Shards (AXS) - 400, Badger DAO (BADGER) - 200, Bitcoin (BTC) - 0.04, Cardano (ADA) - 800, Decentraland (MANA) - 800, Ethereum (ETH) - 0.10, Gala (GALA) - 700, Hedera (HBAR) - 540, Maker (MKR) - 780, MonaCoin (MONA) - 380, Polkadot (DOT) - 630, Polygon (MATIC) - 1300, Quant (QNT) - 370, Terra Luna Classic (LUNC) - 540, USD Coin (USDC) - 380 | aa72f155-6ee8-4236-bb0b-1401f3676500 | 8/11/2023 | 23-10597 / Desolation Holdings LLC | C597-130 | $5,040.00 | 1inch (1INCH) - 540, Ankr (ANKR) - 110, Ark (ARK) 150, Axie Infinity Shards (AXS) - 400, Badger DAO (BADGER) - 200, Bitcoin (BTC) - 0.04, Cardano (ADA) - 800, Decentraland (MANA) - 800, Ethereum (ETH) - 0.10, Gala (GALA) - 700, Hedera (HBAR) - 540, Maker (MKR) - 780, MonaCoin (MONA) - 380, Polkadot (DOT) - 630, Polygon (MATIC) - 1300, Quant (QNT) - 370, Terra Luna Classic (LUNC) - 540, USD Coin (USDC) - 380 |
| 51 | 8f6b40d3-fed9-4d65-b309-c83c319558c5 | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10023 | $21,476.00 | Bancor (BNT) - 53.5, Bitcoin (BTC) - 0.72209649, Energycoin (ENRG) - 10324, FirstBlood (1ST) - 2082, GeoCoin (GEO) - 237.5, TenX Pay Token (PAY) - 662 | 8f6b40d3-fed9-4d65-b309-c83c319558c5 | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-51 | $21,476.00 | Bancor (BNT) - 53.5, Bitcoin (BTC) - 0.72209649, Energycoin (ENRG) - 10324, FirstBlood (1ST) - 2082, GeoCoin (GEO) - 237.5, TenX Pay Token (PAY) - 662 |
| 52 | 8f6b40d3-fed9-4d65-b309-c83c319558c5 | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-61 | $21,476.00 | Bancor (BNT) - 53.5, Bitcoin (BTC) - 0.72209649, Energycoin (ENRG) - 10324, FirstBlood (1ST) - 2082, GeoCoin (GEO) - 237.5, TenX Pay Token (PAY) - 662 | 8f6b40d3-fed9-4d65-b309-c83c319558c5 | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-51 | $21,476.00 | Bancor (BNT) - 53.5, Bitcoin (BTC) - 0.72209649, Energycoin (ENRG) - 10324, FirstBlood (1ST) - 2082, GeoCoin (GEO) - 237.5, TenX Pay Token (PAY) - 662 |
| 53 | ef8e3f3d-c250-4131-b882-82c1e512dc1c | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10672 | $11,099.88 | N/A | ef8e3f3d-c250-4131-b882-82c1e512dc1c | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10671 | $11,099.88 | N/A |
| 54 | 44a5d452c-74bf-462e-b8fc-3f0b8d75ee0d | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10251 | $5,372.42 | Ethereum (ETH) - UND | 44a5d452c-74bf-462e-b8fc-3f0b8d75ee0d | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10250 | $5,372.42 | Ethereum (ETH) - UND |
| 55 | c332cfa3-b335-40bc-b8c4-c269e7ac043d | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10350 | $1,413.19 | Neo (NEO) - 200.542580 | c332cfa3-b335-40bc-b8c4-c269e7ac043d | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10193 | $1,413.19 | Neo (NEO) - 200.542580 |
| 56 | a14a2abb-1520-4324-8664-160d881d85ad | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-10103 | $1,494.11 | Bitcoin (BTC) - 0.054 | a14a2abb-1520-4324-8664-160d881d85ad | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-10038 | $1,494.11 | Bitcoin (BTC) - 0.054 |
| 57 | cdc7548c-022d-4bb8-8ed2-fc41d00e80ea | 9/3/2023 | 23-10598 / Bittrex, Inc. | C598-11083 | $6,962.94 | N/A | cdc7548c-022d-4bb8-8ed2-fc41d00e80ea | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10835 | $6,962.94 | N/A |
| 58 | cdc7548c-022d-4bb8-8ed2-fc41d00e80ea | 9/6/2023 | 23-10598 / Bittrex, Inc. | C598-11106 | $6,962.94 | N/A | cdc7548c-022d-4bb8-8ed2-fc41d00e80ea | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10835 | $6,962.94 | N/A |
| 59 | ee7cb8c0-353a-4647-bbb0-5240c88b928e | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10497 | $2,000.00 | Bitcoin (BTC) - UND, TRON (TRX) - UND, USD Coin (USDC) - UND | ee7cb8c0-353a-4647-bbb0-5240c88b928e | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10496 | $2,000.00 | Bitcoin (BTC) - UND, TRON (TRX) - UND, USD Coin (USDC) - UND |

3

First Omnibus Objection (Non-Substantive)
Schedule 1 – Exact Duplicate Claims

| No. | UUID | DUPLICATE CLAIM TO BE DISALLOWED ||||| REMAINING CLAIM |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 60 | fa0cda8a-ada8-4d70-932a-43fdaf192be8 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10059 | N/A | AdEx (ADX) - UND, ArcBlock (ABT) - UND, Civic (CVC) - UND, DigiByte (DGB) - UND, Golem Network Token (GLM) - UND, ICON (ICX) - UND, Komodo (KMD) - UND, Pundi X (NPXS) - UND, Pundi X Token (PUNDIX) - UND, Qtum (QTUM) - UND, Quant (QNT) - UND, Stratis (STRAX) - UND, SysCoin (SYS) - UND | fa0cda8a-ada8-4d70-932a-43fdaf192be8 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10058 | N/A | AdEx (ADX) - UND, ArcBlock (ABT) - UND, Civic (CVC) - UND, DigiByte (DGB) - UND, Golem Network Token (GLM) - UND, ICON (ICX) - UND, Komodo (KMD) - UND, Pundi X (NPXS) - UND, Pundi X Token (PUNDIX) - UND, Qtum (QTUM) - UND, Quant (QNT) - UND, Stratis (STRAX) - UND, SysCoin (SYS) - UND |
| 61 | ce0b7380-8430-4ce3-bbcf-e2a6f05c4e3b | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-1244 | $914.85 | | ce0b7380-8430-4ce3-bbcf-e2a6f05c4e3b | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-577 | $914.85 | |
| 62 | 4bde6254-4a56-47b5-b44c-7380047d6c39 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10292 | $624.32 | Bitcoin (BTC) - 0.02002, Hedera (HBAR) - 153.41, Siacoin (SC) - 21440, Verge (XVG) - 0.7 | 4bde6254-4a56-47b5-b44c-7380047d6c39 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-339 | $624.32 | Bitcoin (BTC) - 0.02002, Hedera (HBAR) - 153.41, Siacoin (SC) - 21440, Verge (XVG) - 0.7 |
| 63 | a547e9db-8f6c-4a6b-ba35-c5f888226ba1 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10087 | $8,799.17 | Bitcoin (BTC) - UND | a547e9db-8f6c-4a6b-ba35-c5f888226ba1 | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10086 | $8,799.17 | Bitcoin (BTC) - UND |
| 64 | ce96b810-84af-4871-b58d-33d4f8c6443f | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10478 | $412.00 | TRON (TRX) - 5210 | ce96b810-84af-4871-b58d-33d4f8c6443f | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10473 | $412.00 | TRON (TRX) - 5210 |
| 65 | f3176324-1391-4fce-8042-f6fdd9297ab7 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1048 | N/A | NEM (XEM) - 42.43497061, XRP (XRP) - 71.09890947 | f3176324-1391-4fce-8042-f6fdd9297ab7 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1047 | N/A | NEM (XEM) - 42.43497061, XRP (XRP) - 71.09890947 |
| 66 | 2fbd5db8-7691-4ab9-9305-c65bdb5796de | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-846 | $6,398.00 | Bitcoin (BTC) - 0.005251, Cardano (ADA) - 4540, Chainlink (LINK) - 7.237, DigiByte (DGB) - 595.79, Dogecoin (DOGE) - 2020, Ethereum (ETH) - 1.197, EthereumPoW (ETHW) - 1.197, Flare (FLR) - 537.30, Horizen (ZEN) - 2.867, Litecoin (LTC) - 4.320, Myriad (XMY) - 6080, RavenCoin (RVN) - 8720, Stellar Lumens (XLM) - 441.22, XRP (XRP) - 3550 | 2fbd5db8-7691-4ab9-9305-c65bdb5796de | 8/23/2023 | 23-10598 / Bittrex, Inc. | C598-637 | $6,398.00 | Bitcoin (BTC) - 0.005251, Cardano (ADA) - 4540, Chainlink (LINK) - 7.237, DigiByte (DGB) - 595.79, Dogecoin (DOGE) - 2020, Ethereum (ETH) - 1.197, EthereumPoW (ETHW) - 1.197, Flare (FLR) - 537.30, Horizen (ZEN) - 2.867, Litecoin (LTC) - 4.320, Myriad (XMY) - 6080, RavenCoin (RVN) - 8720, Stellar Lumens (XLM) - 441.22, XRP (XRP) - 3550 |
| 67 | 84eeaa25-1ff2-49d5-9916-0e77a4909497 | 6/14/2023 | 23-10597 / Desolation Holdings LLC | C597-58 | $7,000.00 | Bitcoin (BTC) - UND, Cosmos (ATOM) - UND, Crypto.com (MCO) - UND, Diamond (DMD) - UND, Ethereum (ETH) - UND, Lunyr (LUN) - UND, PAL Network (PAL) - UND, Terra Luna Classic (LUNC) - UND, Terra Money (UST) - UND, UMA (UMA) - UND, USD Coin (USDC) - UND, VeriBlock (VBK) - UND, VeriCoin (VRC) - UND, xSigma (SIG) - UND, ZCash (ZEC) - UND | 84eeaa25-1ff2-49d5-9916-0e77a4909497 | 6/6/2023 | 23-10597 / Desolation Holdings LLC | C597-7 | $7,000.00 | ZCash (ZEC) - UND |
| 68 | 391c8f60-a28b-4c26-adc4-67d2ab1031ae | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10429 | N/A | Bitcoin (BTC) - 0.11146042, Neo (NEO) - 1.197000000 | 391c8f60-a28b-4c26-adc4-67d2ab1031ae | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10428 | N/A | Bitcoin (BTC) - 0.11146042, Neo (NEO) - 1.19700000 |
| 69 | 69d4a97b-6710-430e-84ba-4981fff176b9 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10389 | $1,188.96 | XRP (XRP) - 2228.71306288 | 69d4a97b-6710-430e-84ba-4981fff176b9 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10103 | $1,188.96 | XRP (XRP) - 2228.71306288 |
| 70 | e7306674-1baa-4895-9091-d2836fa40a4b | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10305 | $16,461.22 | Bitcoin (BTC) - UND, Cardano (ADA) - UND, Stellar Lumens (XLM) - UND | e7306674-1baa-4895-9091-d2836fa40a4b | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-715 | $16,461.22 | Bitcoin (BTC) - UND, Cardano (ADA) - UND, Stellar Lumens (XLM) - UND |
| 71 | e7306674-1baa-4895-9091-d2836fa40a4b | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-10032 | $16,461.22 | Bitcoin (BTC) - UND, Cardano (ADA) - UND, Stellar Lumens (XLM) - UND | e7306674-1baa-4895-9091-d2836fa40a4b | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-715 | $16,461.22 | Bitcoin (BTC) - UND, Cardano (ADA) - UND, Stellar Lumens (XLM) - UND |
| 72 | e7306674-1baa-4895-9091-d2836fa40a4b | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-10031 | $16,461.22 | Bitcoin (BTC) - UND, Cardano (ADA) - UND, Stellar Lumens (XLM) - UND | e7306674-1baa-4895-9091-d2836fa40a4b | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-715 | $16,461.22 | Bitcoin (BTC) - UND, Cardano (ADA) - UND, Stellar Lumens (XLM) - UND |
| 73 | 9270d0b1-54b8-49c0-b106-59285a431742 | 6/22/2023 | 23-10597 / Desolation Holdings LLC | C597-26 | N/A | Chainlink (LINK) - 34.58294415, DigiByte (DGB) - 23702.57394492, Dogecoin (DOGE) - 3435.04236137, Ethereum Classic (ETC) - 13.00380066, Flare (FLR) - 28.79325336, Komodo (KMD) - 9.98886352, Loom Network (LOOM) - 3443.92354033, Siacoin (SC) - 18849.55044955, Stellar Lumens (XLM) - 242.09580721, TRON (TRX) - 4084.24516943 | 9270d0b1-54b8-49c0-b106-59285a431742 | 6/14/2023 | 23-10597 / Desolation Holdings LLC | C597-66 | N/A | Chainlink (LINK) - 34.58294415, DigiByte (DGB) - 23702.57394492, Dogecoin (DOGE) - 3435.04236137, Ethereum Classic (ETC) - 13.00380066, Flare (FLR) - 28.79325336, Komodo (KMD) - 9.98886352, Loom Network (LOOM) - 3443.92354033, Siacoin (SC) - 18849.55044955, Stellar Lumens (XLM) - 242.09580721, TRON (TRX) - 4084.24516943 |
| 74 | 9270d0b1-54b8-49c0-b106-59285a431742 | 6/22/2023 | 23-10597 / Desolation Holdings LLC | C597-27 | N/A | Chainlink (LINK) - 34.58294415, DigiByte (DGB) - 23702.57394492, Dogecoin (DOGE) - 3435.04236137, Ethereum Classic (ETC) - 13.00380066, Flare (FLR) - 28.79325336, Komodo (KMD) - 9.98886352, Loom Network (LOOM) - 3443.92354033, Siacoin (SC) - 18849.55044955, Stellar Lumens (XLM) - 242.09580721, TRON (TRX) - 4084.24516943 | 9270d0b1-54b8-49c0-b106-59285a431742 | 6/14/2023 | 23-10597 / Desolation Holdings LLC | C597-66 | N/A | Chainlink (LINK) - 34.58294415, DigiByte (DGB) - 23702.57394492, Dogecoin (DOGE) - 3435.04236137, Ethereum Classic (ETC) - 13.00380066, Flare (FLR) - 28.79325336, Komodo (KMD) - 9.98886352, Loom Network (LOOM) - 3443.92354033, Siacoin (SC) - 18849.55044955, Stellar Lumens (XLM) - 242.09580721, TRON (TRX) - 4084.24516943 |

4

First Omnibus Objection (Non-Substantive)
Schedule 1 – Exact Duplicate Claims

| | | | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | UUID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 75 | a22c2630-9121-4c96-be91-29067303eed0 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10664 | $1,800.00 | Ardor (ARDR) - 1000.00, Golem Network Token (GLM) - 881.465, Hive (HIVE) - 971.00566, Lisk (LSK) - 25.00, Neo (NEO) - 85.00, OMG Network (OMG) - 611.66196, Siacoin (SC) - 6000.00, STEEM (STEEM) - 971.00566, XRP (XRP) - 250.00 | a22c2630-9121-4c96-be91-29067303eed0 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10648 | $1,800.00 | Ardor (ARDR) - 1000.00, Golem Network Token (GLM) - 881.465, Hive (HIVE) - 971.00566, Lisk (LSK) - 25.00, Neo (NEO) - 85.00, OMG Network (OMG) - 611.66196, Siacoin (SC) - 6000.00, STEEM (STEEM) - 971.00566, XRP (XRP) - 250.00 |
| 76 | 04b61f84-6c76-458a-9a71-53b7faceta8ed | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10328 | N/A | Flare (FLR) - 57.44, ReddCoin (RDD) - 500000, Verge (XVG) - 8570 | 04b61f84-6c76-458a-9a71-53b7faceta8ed | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10325 | N/A | Flare (FLR) - 57.44, ReddCoin (RDD) - 500000, Verge (XVG) - 8570 |
| 77 | e4e3c9f3-4ae0-41f3-a494-d58d0d7a91b8 | 8/17/2023 | 23-10597 / Desolation Holdings LLC | C597-184 | $4,891.70 | Ethereum (ETH) - 1 | e4e3c9f3-4ae0-41f3-a494-d58d0d7a91b8 | 5/30/2023 | 23-10597 / Desolation Holdings LLC | C597-69 | $4,891.70 | Ethereum (ETH) -1 |
| 78 | f2bc730b-a279-4aed-9ad1-856ea35e82f2 | 10/2/2023 | 23-10597 / Desolation Holdings LLC | C597-493 | N/A | Cardano (ADA) - 835 | f2bc730b-a279-4aed-9ad1-856ea35e82f2 | 10/2/2023 | 23-10597 / Desolation Holdings LLC | C597-492 | N/A | Cardano (ADA) - 835 |
| 79 | 93a38f05-a929-464c-a421-e6a3fc5a7bfb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10354 | $1,071.24 | Aave Token (AAVE) - 3, Ark (ARK) - 3, Bitcoin (BTC) - 0.003, Chainlink (LINK) - 33, Civic (CVC) - 2, Dash (DASH) - 5, Ethereum (ETH) - 0.3, Lisk (LSK) - 3, ReddCoin (RDD) - 9, Siacoin (SC) - 60, STEEM (STEEM) - 1, Stellar Lumens (XLM) - 3, Verge (XVG) - 6, XRP (XRP) - 33 | 93a38f05-a929-464c-a421-e6a3fc5a7bfb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10352 | $1,071.24 | Aave Token (AAVE) - 3, Ark (ARK) - 3, Bitcoin (BTC) - 0.003, Chainlink (LINK) - 33, Civic (CVC) - 2, Dash (DASH) - 5, Ethereum (ETH) - 0.3, Lisk (LSK) - 3, ReddCoin (RDD) - 9, Siacoin (SC) - 60, STEEM (STEEM) - 1, Stellar Lumens (XLM) - 3, Verge (XVG) - 6, XRP (XRP) - 33 |
| 80 | Claim removed | Claim removed | Claim removed | Claim removed | Claim removed | Claim removed | Claim removed | Claim removed | Claim removed | Claim removed | Claim removed | Claim removed |
| 81 | 68c25c01-3fc1-4079-a4ef-ee4a9107bf10 | 8/21/2023 | 23-10598 / Bittrex, Inc. | C598-546 | $5,711.84 | N/A | 68c25c01-3fc1-4079-a4ef-ee4a9107bf10 | 8/21/2023 | 23-10598 / Bittrex, Inc. | C598-545 | $5,711.84 | N/A |
| 82 | 4c0ee8ef-9e76-46ca-bdd5-23586f529e31 | 8/24/2023 | 23-10600 / Bittrex Malta Ltd. | C600-55 | N/A | Bitcoin (BTC) - 0.2240, USD Coin (USDC) - 51.67 | 4c0ee8ef-9e76-46ca-bdd5-23586f529e31 | 8/24/2023 | 23-10600 / Bittrex Malta Ltd. | C600-54 | N/A | Bitcoin (BTC) - 0.2240, USD Coin (USDC) - 51.67 |
| 83 | ed8104fc-f3f7-4da2-aafe-b4d309eb5912 | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-10285 | $3,758.00 | Endor (EDR) - 461040, Ethereum (ETH) - 0.5615, EthereumPoW (ETHW) - 0.5615, Ignis (IGNIS) - 61950, Okcash (OK) - 20030 | ed8104fc-f3f7-4da2-aafe-b4d309eb5912 | 8/30/2023 | 23-10597 / Desolation Holdings LLC | C597-10283 | $3,758.00 | Endor (EDR) - 461040, Ethereum (ETH) - 0.5615, EthereumPoW (ETHW) - 0.5615, Ignis (IGNIS) - 61950, Okcash (OK) - 20030 |
| 84 | cd33d819-5e35-4c77-87c9-b119ed3e1c86 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1202 | $1,156.23 | Ardor (ARDR) - 250, Bitcoin (BTC) - 0.02736625, DigiByte (DGB) - 2000, DigitalNote (XDN) - 15000, Myriad (XMY) - 10000, NEM (XEM) - 200.98, ReddCoin (RDD) - 11000, Siacoin (SC) - 4000, Waves (WAVES) - 20 | cd33d819-5e35-4c77-87c9-b119ed3e1c86 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1201 | $1,156.23 | Ardor (ARDR) - 250, Bitcoin (BTC) - 0.02736625, DigiByte (DGB) - 2000, DigitalNote (XDN) - 15000, Myriad (XMY) - 10000, NEM (XEM) - 200.98, ReddCoin (RDD) - 11000, Siacoin (SC) - 4000, Waves (WAVES) - 20 |
| 85 | e7d2ce4f-9532-46cb-a058-622cd30c1fbb | 7/23/2023 | 23-10597 / Desolation Holdings LLC | C597-87 | N/A | Cardano (ADA) - 2890, Ethereum (ETH) - 1.681, EthereumPoW (ETHW) - 1.681, The Graph (GRT) - 89.17 | e7d2ce4f-9532-46cb-a058-622cd30c1fbb | 7/23/2023 | 23-10597 / Desolation Holdings LLC | C597-86 | N/A | Cardano (ADA) - 2890, Ethereum (ETH) - 1.681, EthereumPoW (ETHW) - 1.681, The Graph (GRT) - 89.17 |
| 86 | 444b159e-540f-421b-bf76-6949fc5c6720 | 8/12/2023 | 23-10597 / Desolation Holdings LLC | C597-144 | $6,399.34 | Cardano (ADA) - 2890, Ethereum (ETH) - 1.681, EthereumPoW (ETHW) - 1.681, The Graph (GRT) - 89.17 | 444b159e-540f-421b-bf76-6949fc5c6720 | 6/19/2023 | 23-10597 / Desolation Holdings LLC | C597-20 | $6,399.34 | Cardano (ADA) - 2890, Ethereum (ETH) - 1.681, EthereumPoW (ETHW) - 1.681, The Graph (GRT) - 89.17 |
| 87 | f4a17fef-c540-4296-b65a-53a7ab7fb2d8 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10650 | $4,775.20 | N/A | f4a17fef-c540-4296-b65a-53a7ab7fb2d8 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10647 | $4,775.20 | N/A |
| 88 | 9d9a809d-a80e-43d1-b862-c2145d0f539b | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10143 | $1,500.00 | Bitcoin (BTC) - 0.05452070 | 9d9a809d-a80e-43d1-b862-c2145d0f539b | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10100 | $1,500.00 | Bitcoin (BTC) - 0.05452070 |
| 89 | c26e5f73-171f-4eea-bc2c-70ee6c570aca | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10011 | $830.92 | Bitcoin (BTC) - 0.3286190 | c26e5f73-171f-4eea-bc2c-70ee6c570aca | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10010 | $830.92 | Bitcoin (BTC) - 0.3286190 |
| 90 | 6a298ba2-c39a-4cf8-97f4-e8327876a4ca | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10739 | N/A | Bitcoin (BTC) - 0.05233118, BitShares (BTS) - 3469.52500000, Cardano (ADA) - 3567.01667489, Celo Native Asset (CELO) - 85.00000000, EOS (EOS) - 36.41810000, Horizen (ZEN) - 13.35937500, ICON (ICX) - 121.50750000, Neo (NEO) - 2.00000, Tether (USDT) - 0.08583382, Tezos (XTZ) - 177.28216200, VeChain (VET) - 27390.000000, Verge (XVG) - 73394.81111011 | 6a298ba2-c39a-4cf8-97f4-e8327876a4ca | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10581 | N/A | Bitcoin (BTC) - 0.05233118, BitShares (BTS) - 3469.52500000, Cardano (ADA) - 3567.01667489, Celo Native Asset (CELO) - 85.00000000, EOS (EOS) - 36.41810000, Horizen (ZEN) - 13.35937500, ICON (ICX) - 121.50750000, Neo (NEO) - 2.00000, Tether (USDT) - 0.08583382, Tezos (XTZ) - 177.28216200, VeChain (VET) - 27390.000000, Verge (XVG) - 73394.81111011 |
| 91 | ddc614c1-19aa-4d9c-8071-7229adb14a2a | 9/1/2023 | 23-10598 / Bittrex, Inc. | C598-11066 | $5,437.83 | Bitcoin (BTC) - 0.19400001 | ddc614c1-19aa-4d9c-8071-7229adb14a2a | 9/1/2023 | 23-10598 / Bittrex, Inc. | C598-11065 | $5,437.83 | Bitcoin (BTC) - 0.19400001 |
| 92 | 7d2d69a9-84ca-46b4-bff5-d0460e657a84a | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10653 | $2,750.00 | Basic Attention Token (BAT) - 150, Firo (FIRO) - 0.2782, Flare (FLR) - 662.42, Obyte (GBYTE) - 0.067, Siacoin (SC) - 7550, Stellar Lumens (XLM) - 307, USD Coin (USDC) - UND, XRP (XRP) - 4380, ZCash (ZEC) - 1 | 7d2d69a9-84ca-46b4-bff5-d0460e657a84a | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10482 | $2,750.00 | Basic Attention Token (BAT) - 150, Firo (FIRO) - 0.2782, Flare (FLR) - 662.42, Obyte (GBYTE) - 0.067, Siacoin (SC) - 7550, Stellar Lumens (XLM) - 307, USD Coin (USDC) - UND, XRP (XRP) - 4380, ZCash (ZEC) - 1 |

First Omnibus Objection (Non-Substantive)
Schedule 1 – Exact Duplicate Claims

| No. | UUID | DUPLICATE CLAIM TO BE DISALLOWED ||||| Name/ Account ID | REMAINING CLAIM |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 93 | e027cfe5-d1a5-4deb-9d9c-81e9cf6f0c88 | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10047 | $2,238.10 | Ethereum (ETH) - UND | e027cfe5-d1a5-4deb-9d9c-81e9cf6f0c88 | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10016 | $2,238.10 | Ethereum (ETH) - UND |
| 94 | 8e71ac52-14a9-46d3-8c0d-3ef77fc25a7d | 8/14/2023 | 23-10598 / Bittrex, Inc. | C598-345 | $1,822.22 | OneRoot Network (RNT) - UND | 8e71ac52-14a9-46d3-8c0d-3ef77fc25a7d | 8/14/2023 | 23-10598 / Bittrex, Inc. | C598-344 | $1,822.22 | OneRoot Network (RNT) - UND |
| 95 | ecbbdfb4-44bf-413c-992d-17c2259b116c | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10629 | $6,800.00 | Ethereum (ETH) - 4.11223560 | ecbbdfb4-44bf-413c-992d-17c2259b116c | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10627 | $6,800.00 | Ethereum (ETH) - 4.11223560 |
| 96 | 018019c3-fbc0-4835-a5c9-651070be4b95 | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-848 | $7,749.68 | Dogecoin (DOGE) - 127447.40825683 | 018019c3-fbc0-4835-a5c9-651070be4b95 | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-594 | $7,749.68 | Dogecoin (DOGE) - 127447.40825683 |
| 97 | 7462eac3-520f-4618-9782-5d47a9d1c382 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10351 | $588.09 | DigiByte (DGB) - 46120, EthereumPoW (ETHW) - 11.2, Neo (NEO) - 30, OMG Network (OMG) - 124.95 | 7462eac3-520f-4618-9782-5d47a9d1c382 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10336 | $588.09 | DigiByte (DGB) - 46120, EthereumPoW (ETHW) - 11.2, Neo (NEO) - 30, OMG Network (OMG) - 124.95 |
| 98 | b37310a2-2ce7-48bb-8c0d-2f66b807c3c6 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10174 | $4,500.00 | N/A | b37310a2-2ce7-48bb-8c0d-2f66b807c3c6 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1098 | $4,500.00 | N/A |
| 99 | 47934eee-afa9-42c4-bc49-9f776046fae0 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10401 | N/A | Bitcoin (BTC) - 0.3079, Cardano (ADA) - 4420.00, Decentraland (MANA) - 10000.00, district0x (DNT) - 3000.00, Dogecoin (DOGE) - 100000.00, Feathercoin (FTC) - 2000.00, Flare (FLR) - 1810.00, GeoCoin (GEO) - 300.00, Hive (HIVE) - 200.00, Ignis (IGNIS) - 500.00, Neo (NEO) - 30.00, Nexus (NXS) - 100.00, NXT (NXT) - 1000.00, ReddCoin (RDD) - 10000.00, STEEM (STEEM) - 200.00, Stellar Lumens (XLM) - 5000.00, Verge (XVG) - 10000.00, XRP (XRP) - 12000.00 | 47934eee-afa9-42c4-bc49-9f776046fae0 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10150 | N/A | Bitcoin (BTC) - 0.3079, Cardano (ADA) - 4420.00, Decentraland (MANA) - 10000.00, district0x (DNT) - 3000.00, Dogecoin (DOGE) - 100000.00, Feathercoin (FTC) - 2000.00, Flare (FLR) - 1810.00, GeoCoin (GEO) - 300.00, Hive (HIVE) - 200.00, Ignis (IGNIS) - 500.00, Neo (NEO) - 30.00, Nexus (NXS) - 100.00, NXT (NXT) - 1000.00, ReddCoin (RDD) - 10000.00, STEEM (STEEM) - 200.00, Stellar Lumens (XLM) - 5000.00, Verge (XVG) - 10000.00, XRP (XRP) - 12000.00 |
| 100 | 47934eee-afa9-42c4-bc49-9f776046fae0 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10400 | N/A | Bitcoin (BTC) - 0.3079, Cardano (ADA) - 4420.00, Decentraland (MANA) - 10000.00, district0x (DNT) - 3000.00, Dogecoin (DOGE) - 100000.00, Feathercoin (FTC) - 2000.00, Flare (FLR) - 1810.00, GeoCoin (GEO) - 300.00, Hive (HIVE) - 200.00, Ignis (IGNIS) - 500.00, Neo (NEO) - 30.00, Nexus (NXS) - 100.00, NXT (NXT) - 1000.00, ReddCoin (RDD) - 10000.00, STEEM (STEEM) - 200.00, Stellar Lumens (XLM) - 5000.00, Verge (XVG) - 10000.00, XRP (XRP) - 12000.00 | 47934eee-afa9-42c4-bc49-9f776046fae0 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10150 | N/A | Bitcoin (BTC) - 0.3079, Cardano (ADA) - 4420.00, Decentraland (MANA) - 10000.00, district0x (DNT) - 3000.00, Dogecoin (DOGE) - 100000.00, Feathercoin (FTC) - 2000.00, Flare (FLR) - 1810.00, GeoCoin (GEO) - 300.00, Hive (HIVE) - 200.00, Ignis (IGNIS) - 500.00, Neo (NEO) - 30.00, Nexus (NXS) - 100.00, NXT (NXT) - 1000.00, ReddCoin (RDD) - 10000.00, STEEM (STEEM) - 200.00, Stellar Lumens (XLM) - 5000.00, Verge (XVG) - 10000.00, XRP (XRP) - 12000.00 |
| 101 | 47934eee-afa9-42c4-bc49-9f776046fae0 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10399 | N/A | Bitcoin (BTC) - 0.3079, Cardano (ADA) - 4420.00, Decentraland (MANA) - 10000.00, district0x (DNT) - 3000.00, Dogecoin (DOGE) - 100000.00, Feathercoin (FTC) - 2000.00, Flare (FLR) - 1810.00, GeoCoin (GEO) - 300.00, Hive (HIVE) - 200.00, Ignis (IGNIS) - 500.00, Neo (NEO) - 30.00, Nexus (NXS) - 100.00, NXT (NXT) - 1000.00, ReddCoin (RDD) - 10000.00, STEEM (STEEM) - 200.00, Stellar Lumens (XLM) - 5000.00, Verge (XVG) - 10000.00, XRP (XRP) - 12000.00 | 47934eee-afa9-42c4-bc49-9f776046fae0 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10150 | N/A | Bitcoin (BTC) - 0.3079, Cardano (ADA) - 4420.00, Decentraland (MANA) - 10000.00, district0x (DNT) - 3000.00, Dogecoin (DOGE) - 100000.00, Feathercoin (FTC) - 2000.00, Flare (FLR) - 1810.00, GeoCoin (GEO) - 300.00, Hive (HIVE) - 200.00, Ignis (IGNIS) - 500.00, Neo (NEO) - 30.00, Nexus (NXS) - 100.00, NXT (NXT) - 1000.00, ReddCoin (RDD) - 10000.00, STEEM (STEEM) - 200.00, Stellar Lumens (XLM) - 5000.00, Verge (XVG) - 10000.00, XRP (XRP) - 12000.00 |
| 102 | 47934eee-afa9-42c4-bc49-9f776046fae0 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10397 | N/A | Bitcoin (BTC) - 0.3079, Cardano (ADA) - 4420.00, Decentraland (MANA) - 10000.00, district0x (DNT) - 3000.00, Dogecoin (DOGE) - 100000.00, Feathercoin (FTC) - 2000.00, Flare (FLR) - 1810.00, GeoCoin (GEO) - 300.00, Hive (HIVE) - 200.00, Ignis (IGNIS) - 500.00, Neo (NEO) - 30.00, Nexus (NXS) - 100.00, NXT (NXT) - 1000.00, ReddCoin (RDD) - 10000.00, STEEM (STEEM) - 200.00, Stellar Lumens (XLM) - 5000.00, Verge (XVG) - 10000.00, XRP (XRP) - 12000.00 | 47934eee-afa9-42c4-bc49-9f776046fae0 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10150 | N/A | Bitcoin (BTC) - 0.3079, Cardano (ADA) - 4420.00, Decentraland (MANA) - 10000.00, district0x (DNT) - 3000.00, Dogecoin (DOGE) - 100000.00, Feathercoin (FTC) - 2000.00, Flare (FLR) - 1810.00, GeoCoin (GEO) - 300.00, Hive (HIVE) - 200.00, Ignis (IGNIS) - 500.00, Neo (NEO) - 30.00, Nexus (NXS) - 100.00, NXT (NXT) - 1000.00, ReddCoin (RDD) - 10000.00, STEEM (STEEM) - 200.00, Stellar Lumens (XLM) - 5000.00, Verge (XVG) - 10000.00, XRP (XRP) - 12000.00 |
| 103 | 8adfecfda-ad75-458a-8c58-d4ad9a1d5c01 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10136 | $7,421.72 | Cardano (ADA) - 6400, Dogecoin (DOGE) - 45000, TRON (TRX) - 200 | 8adfecfda-ad75-458a-8c58-d4ad9a1d5c01 | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10135 | $7,421.72 | Cardano (ADA) - 6400, Dogecoin (DOGE) - 45000, TRON (TRX) - 200 |
| 104 | 3f6dcaee-5d48-4f31-b69e-8aca7b9b40f6 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10776 | $1,442.34 | Basic Attention Token (BAT) - 8434 | 3f6dcaee-5d48-4f31-b69e-8aca7b9b40f6 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10774 | $1,442.34 | Basic Attention Token (BAT) - 8434 |

**First Omnibus Objection (Non-Substantive)**

**Schedule 1 – Exact Duplicate Claims**

| | | DUPLICATE CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | UUID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount |
| 105 | 5ea9f937-1118-40ec-9cec-0415d718a80a | 8/21/2023 | 23-10597 / Desolation Holdings LLC | C597-214 | $2,734.11 | EthereumPoW (ETHW) - 1.80224092 | 5ea9f937-1118-40ec-9cec-0415d718a80a | 8/21/2023 | 23-10597 / Desolation Holdings LLC | C597-213 | $2,734.11 | EthereumPoW (ETHW) - 1.80224092 |

7