IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**NOTICE OF AGENDA MATTERS SCHEDULED FOR
HEARING ON DECEMBER 20, 2023 AT 10:30 A.M. (ET)**

> **This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**
>
> **You are invited to a ZoomGov meeting.
> When: Dec 20, 2023 10:30 AM Eastern Time (US and Canada)**
>
> **Register in advance for this meeting:
> https://debuscourts.zoomgov.com/meeting/register/vJIsdeGtpzMrHmu3OhyVnn-6RURNgGYfG6A**
>
> **After registering, you will receive a confirmation email containing information about joining the meeting.**

**RESOLVED MATTERS**

1. Plan Administrator's Objection to Claim C598-1039 Filed by Adam Ross Huebner Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 568, 11/20/23]

    Response Deadline:	December 4, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

31077030.1

Responses Received:  None

Related Documents:

A. Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-1039 Filed by Adam Ross Huebner Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 569, 11/20/23]

B. Certificate of No Objection [D.I. 702, 12/8/23]

C. Order [D.I. 731, 12/11/23]

Status:  An order has been entered.  No hearing is required.

2. Plan Administrator's Objection to Claim C598-10843 Filed by Denisa Zani Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 570, 11/20/23]

Response Deadline:                    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A. Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10843 Filed by Denisa Zani Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 571, 11/20/23]

B. Certificate of No Objection [D.I. 703, 12/8/23]

C. Order [D.I. 732, 12/11/23]

Status:  An order has been entered.  No hearing is required.

3. Plan Administrator's Objection to Claim C597-10358 Filed by Mamoun Hussein Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 572, 11/20/23]

Response Deadline:                    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A. Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-10358 Filed by Mamoun Hussein Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007  [D.I. 577, 11/20/23]

    B.    Certificate of No Objection [D.I. 704, 12/8/23]

    C.    Order [D.I. 733, 12/11/23]

Status:  An order has been entered.  No hearing is required.

4. Plan Administrator's Objection to Claim C598-10942 Filed by Sharon Angulo Pursuant to Sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 574, 11/20/23]

    Response Deadline:    December 4, 2023 at 4:00 p.m. (ET)

    Responses Received:  None

    Related Documents:

    A.    Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10942 Filed by Sharon Angulo Pursuant to Sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 575, 11/20/23]

    B.    Certificate of No Objection [D.I. 705, 12/8/23]

    C.    Order [D.I. 734, 12/11/23]

Status:  An order has been entered.  No hearing is required.

5. Plan Administrator's Objection to Claim C598-387 Filed by Norman Kanefsky Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 578, 11/20/23]

    Response Deadline:    December 4, 2023 at 4:00 p.m. (ET)

    Responses Received:  None

    Related Documents:

    A.    Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-387 Filed by Norman Kanefsky Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 579, 11/20/23]

    B.    Certificate of No Objection [D.I. 706, 12/8/23]

    C.    Order [D.I. 735, 12/11/23]

Status:  An order has been entered.  No hearing is required.

6.    Plan Administrator's Objection to Claim C598-10057 Filed by John B. Mobus II Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 580, 11/20/23]

     <u>Response Deadline</u>:                                   December 4, 2023 at 4:00 p.m. (ET)

     <u>Responses Received</u>:  None

     <u>Related Documents</u>:

     A.    Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10057 Filed by John B. Mobus II Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 581, 11/20/23]

     B.    Certificate of No Objection [D.I. 707, 12/8/23]

     C.    Order [D.I. 736, 12/11/23]

     <u>Status</u>:  An order has been entered.  No hearing is required.

7.    Plan Administrator's Objection to Claim C598-11109 Filed by Julie Wright Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 582, 11/20/23]

     <u>Response Deadline</u>:                                   December 4, 2023 at 4:00 p.m. (ET)

     <u>Responses Received</u>:  None

     <u>Related Documents</u>:

     A.    Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-11109 Filed by Julie Wright Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 583, 11/20/23]

     B.    Certificate of No Objection [D.I. 708, 12/8/23]

     C.    Order [D.I. 737, 12/11/23]

     <u>Status</u>:  An order has been entered.  No hearing is required.

8.    Plan Administrator's Objection to Claim C598-10808 Filed by Richard McConkie Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 584, 11/20/23]

     <u>Response Deadline</u>:                                   December 4, 2023 at 4:00 p.m. (ET)

     <u>Responses Received</u>:  None

Related Documents:

    A.    Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claims C598-10808 Filed by Richard McConkie Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 585, 11/20/23]

    B.    Certificate of No Objection [D.I. 709, 12/8/23]

    C.    Order [D.I. 738, 12/11/23]

Status:  An order has been entered.  No hearing is required.

9. Plan Administrator's Objection to Claims C598-10440, C598-10445, and C598-10209 Filed by John Messados Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 586, 11/20/23]

Response Deadline:    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

    A.    Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claims C598-10440, C598-10445, and C598-10209 Filed by John Messados Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 587, 11/20/23]

    B.    Certificate of No Objection [D.I. 710, 12/8/23]

    C.    Order [D.I. 739, 12/11/23]

Status:  An order has been entered.  No hearing is required.

10. Plan Administrator's Objection to Claim C598-347 Filed by Jacqueline Downing Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 588, 11/20/23]

Response Deadline:    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

    A.    Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-347 Filed by Jacqueline Downing Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 589, 11/20/23]

  B.  Certificate of No Objection [D.I. 713, 12/8/23]

  C.  Order [D.I. 740, 12/11/23]

Status:  An order has been entered.  No hearing is required.

11. Plan Administrator's Objection to Claim C598-388 Filed by Julian Coleman Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 590, 11/20/23]

  Response Deadline:      December 4, 2023 at 4:00 p.m. (ET)

  Responses Received:  None

  Related Documents:

  A.  Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-388 Filed by Julian Coleman Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 591, 11/20/23]

  B.  Certificate of No Objection [D.I. 714, 12/8/23]

  C.  Order [D.I. 741, 12/11/23]

Status:  An order has been entered.  No hearing is required.

12. Plan Administrator's Objection to Claim C598-1187 Filed by Colin Waldman Pursuant To Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 592, 11/20/23]

  Response Deadline:      December 4, 2023 at 4:00 p.m. (ET)

  Responses Received:  None

  Related Documents:

  A.  Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-1187 Filed by Colin Waldman Pursuant To Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 593, 11/20/23]

  B.  Certificate of No Objection [D.I. 715, 12/8/23]

  C.  Order [D.I. 742, 12/11/23]

Status:  An order has been entered.  No hearing is required.

13. Plan Administrator's Objection to Claim C597-54 Filed by Pankaj Kasabwala Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 594, 11/20/23]

    Response Deadline:     December 4, 2023 at 4:00 p.m. (ET)

    Responses Received:  None

    Related Documents:

    A.  Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-54 Filed by Pankaj Kasabwala Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 595, 11/20/23]

    B.  Certificate of No Objection [D.I. 716, 12/8/23]

    C.  Order [D.I. 743, 12/11/23]

    Status:  An order has been entered.  No hearing is required.

14. Plan Administrator's Objection to Claim C598-10838 Filed by Coby Carl Williams Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 596, 11/20/23]

    Response Deadline:     December 4, 2023 at 4:00 p.m. (ET)

    Responses Received:  None

    Related Documents:

    A.  Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10838 Filed by Coby Carl Williams Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 597, 11/20/23]

    B.  Certificate of No Objection [D.I. 717, 12/8/23]

    C.  Order [D.I. 744, 12/11/23]

    Status:  An order has been entered.  No hearing is required.

15. Plan Administrator's Objection to Claim C597-10099 Filed by Ruth Watson Utley Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 598, 11/20/23]

    Response Deadline:     December 4, 2023 at 4:00 p.m. (ET)

    Responses Received:  None

Related Documents:

A. Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-10099 Filed by Ruth Watson Utley Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 599, 11/20/23]

B. Certificate of No Objection [D.I. 718, 12/8/23]

C. Order [D.I. 745, 12/11/23]

Status: An order has been entered. No hearing is required.

16. Plan Administrator's Objection to Claim C598-10553 Filed by Gwendolyn Rose Giblin Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 600, 11/20/23]

Response Deadline: December 4, 2023 at 4:00 p.m. (ET)

Responses Received: None

Related Documents:

A. Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10553 Filed by Gwendolyn Rose Giblin Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 600, 11/20/23]

B. Certificate of No Objection [D.I. 719, 12/8/23]

C. Order [D.I. 746, 12/11/23]

Status: An order has been entered. No hearing is required.

17. Plan Administrator's Objection to Claim C598-127 Filed by Phillip Wheeler Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 602, 11/20/23]

Response Deadline: December 4, 2023 at 4:00 p.m. (ET)

Responses Received: None

Related Documents:

A. Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-127 Filed by Phillip Wheeler Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 603, 11/20/23]

B. Certificate of No Objection [D.I. 721, 12/8/23]

      C.      Order [D.I. 747, 12/11/23]

    <u>Status</u>:  An order has been entered.  No hearing is required.

18. Plan Administrator's Objection to Claim C598-10279 Filed by Hui Lin Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 604, 11/20/23]

    <u>Response Deadline</u>:                    December 4, 2023 at 4:00 p.m. (ET)

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:

      A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10279 Filed by Hui Lin Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 605, 11/20/23]

      B.      Certificate of No Objection [D.I. 724, 12/8/23]

      C.      Order [D.I. 748, 12/11/23]

    <u>Status</u>:  An order has been entered.  No hearing is required.

19. Plan Administrator's Objection to Claim C598-232 Filed by Karen Janet J. Rogers Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 606, 11/20/23]

    <u>Response Deadline</u>:                    December 4, 2023 at 4:00 p.m. (ET)

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:

      A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-232 Filed by Karen Janet J. Rogers Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 606, 11/20/23]

      B.      Certificate of No Objection [D.I. 725, 12/8/23]

      C.      Order [D.I. 749, 12/11/23]

    <u>Status</u>:  An order has been entered.  No hearing is required.

20. Plan Administrator's Objection to Claim C597-10089 Filed by Gary J. Dennis Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 608, 11/20/23]

   <u>Response Deadline</u>:	December 4, 2023 at 4:00 p.m. (ET)

   <u>Responses Received</u>:  None

   <u>Related Documents</u>:

   A. Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-10089 Filed by Gary J. Dennis Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 609, 11/20/23]

   B. Certificate of No Objection [D.I. 726, 12/8/23]

   C. Order [D.I. 750, 12/11/23]

   <u>Status</u>:  An order has been entered.  No hearing is required.

21. Plan Administrator's Objection to Claim C597-10365 Filed by Herbert Lowery Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 610, 11/20/23]

   <u>Response Deadline</u>:	December 4, 2023 at 4:00 p.m. (ET)

   <u>Responses Received</u>:  None

   <u>Related Documents</u>:

   A. Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-10365 Filed by Herbert Lowery Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 611, 11/20/23]

   B. Certificate of No Objection [D.I. 727, 12/8/23]

   C. Order [D.I. 751, 12/11/23]

   <u>Status</u>:  An order has been entered.  No hearing is required.

22. Plan Administrator's Objection to Claim C598-1334 Filed by Tina She Mudzinganyama Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 612, 11/20/23]

   <u>Response Deadline</u>:	December 4, 2023 at 4:00 p.m. (ET)

   <u>Responses Received</u>:  None

Related Documents:

A.  Certificate of No Objection [D.I. 728, 12/8/23]

B.  Order [D.I. 752, 12/11/23]

Status:  An order has been entered.  No hearing is required.

**MATTER GOING FORWARD**

23. Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 613, 11/20/23]

    Response Deadline:              December 4, 2023 at 4:00 p.m. (ET)

    Responses Received:  None

    A.  Response of Michael Koch [D.I. 660, 12/4/23]

    B.  Sur-Reply of Michael Koch [To Be Docketed]

    Related Documents:

    C.  Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 614, 11/20/23]

    D.  Plan Administrator's Reply to the Response of Michael Koch to Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 785, 12/15/23]

    Status:  The Plan Administrator will be present at the Hearing, and is expected to testify in support of the Objection.  This matter is going forward.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: December 18, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE PLAN ADMINISTRATOR** |