**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**PLAN ADMINISTRATOR'S WITNESS AND
EXHIBIT LIST FOR DECEMBER 20, 2023, HEARING**

David Maria, as plan administrator (the "Plan Administrator") in the chapter 11 cases of the above-captioned debtors and each of their debtor affiliates (collectively, the "Debtors" or the "Wind Down Entity"), hereby discloses that it intends to introduce and/or reserve the right to call the following witnesses, and intends to and/or reserves the right to introduce exhibits at the hearing scheduled for December 20, 2023, at 10:30 a.m. (Eastern Time) (the "Hearing") concerning the *Plan Administrators' Objection to Claim C597-53 filed by Michael Koch Pursuant to Section 502 of the Bankruotcy Code and Bankruptcy Rule 3007* [D.I. 613] (the "Claim Objection").

The Plan Administrator reserves the right to introduce at the Hearing documents that are part of the record of the above-captioned chapter 11 cases, including pleadings and other documents filed on the docket, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment.

**WITNESSES**

The Plan Administrator intents to offer testimony from the following individuals:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

      a.      Evan Hengel as the managing director at Berkeley Research Group, LLC ("BRG") and former co-chief restructuring officer of the Debtors at the time the Claim Objection was filed.

      b.      David Maria as the Plan Administrator who has acted as General Counsel and Chief Legal Officer for Bittrex, Inc.

**EXHIBIT LIST**

| Exhibit No. | Document Description |
|---|---|
| 1 | Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 614] |
| 2 | Exhibit A to Hengel Declaration, current Bittrex Terms of Service [D.I. 614 at 4-21] |
| 3 | Exhibit B to Hengel Declaration, 2017 Bittrex Terms of Service [D.I. 614 at 22-37] |
| 4 | Letter Response by Michael Koch to Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 660] |
| 5 | Plan Administrator's Reply to the Response of Michael Koch to Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 785] |
| 6 | Sur-Reply of Michael Koch to Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 (not filed with the Court) |
| 7 | Claim C597-53 filed by Michael Koch |
| 8 | Michael Koch's IP Addresses (spreadsheet) |
| 9 | Michael Koch's Account Balance (spreadsheet) |
| 10 | Michael Koch's Account Deposits (spreadsheet) |
| 11 | Michael Koch's Withdrawals (spreadsheet) |
| 12 | Michael Koch's Orders (spreadsheet) |

<table>
<tr><td>

Date: December 19, 2023
Wilmington, DE

</td><td>

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/  Kenneth J. Enos*
---
Robert S. Brady (Delaware Bar No. 2847)
Kenneth Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE PLAN ADMINISTRATOR**

</td></tr>
</table>