## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al*.,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA MATTERS SCHEDULED FOR HEARING ON DECEMBER 20, 2023 AT 10:30 A.M. (ET)

> **This hearing will be conducted in person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances:  (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**
>
> **You are invited to a ZoomGov meeting.**
> **When: Dec 20, 2023 10:30 AM Eastern Time (US and Canada)**
>
> **Register in advance for this meeting:**
> **https://debuscourts.zoomgov.com/meeting/register/vJIsdeGtpzMrHmu3OhyVnn-6RURNgGYfG6A**
>
> **After registering, you will receive a confirmation email containing information about joining the meeting.**

## RESOLVED MATTERS

1. Plan Administrator's Objection to Claim C598-1039 Filed by Adam Ross Huebner Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 568, 11/20/23]

   Response Deadline:                              December 4, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] **Amended items appear in bold**

Responses Received:  None

Related Documents:

A.     Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-1039 Filed by Adam Ross Huebner Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 569, 11/20/23]

B.     Certificate of No Objection [D.I. 702, 12/8/23]

C.     Order [D.I. 731, 12/11/23]

Status:  An order has been entered.  No hearing is required.

2.     Plan Administrator's Objection to Claim C598-10843 Filed by Denisa Zani Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 570, 11/20/23]

Response Deadline:                    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.     Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10843 Filed by Denisa Zani Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 571, 11/20/23]

B.     Certificate of No Objection [D.I. 703, 12/8/23]

C.     Order [D.I. 732, 12/11/23]

Status:  An order has been entered.  No hearing is required.

3.     Plan Administrator's Objection to Claim C597-10358 Filed by Mamoun Hussein Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 572, 11/20/23]

Response Deadline:                    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.     Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-10358 Filed by Mamoun Hussein Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007  [D.I. 577, 11/20/23]

B.      Certificate of No Objection [D.I. 704, 12/8/23]

C.      Order [D.I. 733, 12/11/23]

Status:  An order has been entered.  No hearing is required.

4.      Plan Administrator's Objection to Claim C598-10942 Filed by Sharon Angulo Pursuant to Sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 574, 11/20/23]

Response Deadline:                          December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10942 Filed by Sharon Angulo Pursuant to Sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 575, 11/20/23]

B.      Certificate of No Objection [D.I. 705, 12/8/23]

C.      Order [D.I. 734, 12/11/23]

Status:  An order has been entered.  No hearing is required.

5.      Plan Administrator's Objection to Claim C598-387 Filed by Norman Kanefsky Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 578, 11/20/23]

Response Deadline:                          December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-387 Filed by Norman Kanefsky Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 579, 11/20/23]

B.      Certificate of No Objection [D.I. 706, 12/8/23]

C.      Order [D.I. 735, 12/11/23]

Status:  An order has been entered.  No hearing is required.

6.      Plan Administrator's Objection to Claim C598-10057 Filed by John B. Mobus II Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 580, 11/20/23]

        <u>Response Deadline</u>:             December 4, 2023 at 4:00 p.m. (ET)

        <u>Responses Received</u>:  None

        <u>Related Documents</u>:

        A.     Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10057 Filed by John B. Mobus II Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007  [D.I. 581, 11/20/23]

        B.     Certificate of No Objection [D.I. 707, 12/8/23]

        C.     Order [D.I. 736, 12/11/23]

        <u>Status</u>:  An order has been entered.  No hearing is required.

7.      Plan Administrator's Objection to Claim C598-11109 Filed by Julie Wright Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 582, 11/20/23]

        <u>Response Deadline</u>:             December 4, 2023 at 4:00 p.m. (ET)

        <u>Responses Received</u>:  None

        <u>Related Documents</u>:

        A.     Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-11109 Filed by Julie Wright Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 583, 11/20/23]

        B.     Certificate of No Objection [D.I. 708, 12/8/23]

        C.     Order [D.I. 737, 12/11/23]

        <u>Status</u>:  An order has been entered.  No hearing is required.

8.      Plan Administrator's Objection to Claim C598-10808 Filed by Richard McConkie Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 584, 11/20/23]

        <u>Response Deadline</u>:             December 4, 2023 at 4:00 p.m. (ET)

        <u>Responses Received</u>:  None

Related Documents:

    A.   Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claims C598-10808 Filed by Richard McConkie Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 585, 11/20/23]

    B.   Certificate of No Objection [D.I. 709, 12/8/23]

    C.   Order [D.I. 738, 12/11/23]

Status:  An order has been entered.  No hearing is required.

9.    Plan Administrator's Objection to Claims C598-10440, C598-10445, and C598-10209 Filed by John Messados Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 586, 11/20/23]

Response Deadline:        December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

    A.   Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claims C598-10440, C598-10445, and C598-10209 Filed by John Messados Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 587, 11/20/23]

    B.   Certificate of No Objection [D.I. 710, 12/8/23]

    C.   Order [D.I. 739, 12/11/23]

Status:  An order has been entered.  No hearing is required.

10.    Plan Administrator's Objection to Claim C598-347 Filed by Jacqueline Downing Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 588, 11/20/23]

Response Deadline:        December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

    A.   Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-347 Filed by Jacqueline Downing Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 589, 11/20/23]

B.      Certificate of No Objection [D.I. 713, 12/8/23]

C.      Order [D.I. 740, 12/11/23]

Status:  An order has been entered.  No hearing is required.

11.    Plan Administrator's Objection to Claim C598-388 Filed by Julian Coleman Pursuant to
       Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 590, 11/20/23]

       Response Deadline:                      December 4, 2023 at 4:00 p.m. (ET)

       Responses Received:  None

       Related Documents:

       A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim
               C598-388 Filed by Julian Coleman Pursuant to Section 502 of the Bankruptcy Code
               and Bankruptcy Rule 3007 [D.I. 591, 11/20/23]

       B.      Certificate of No Objection [D.I. 714, 12/8/23]

       C.      Order [D.I. 741, 12/11/23]

       Status:  An order has been entered.  No hearing is required.

12.    Plan Administrator's Objection to Claim C598-1187 Filed by Colin Waldman Pursuant To
       Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 592, 11/20/23]

       Response Deadline:                      December 4, 2023 at 4:00 p.m. (ET)

       Responses Received:  None

       Related Documents:

       A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim
               C598-1187 Filed by Colin Waldman Pursuant To Section 502 of the Bankruptcy
               Code and Bankruptcy Rule 3007 [D.I. 593, 11/20/23]

       B.      Certificate of No Objection [D.I. 715, 12/8/23]

       C.      Order [D.I. 742, 12/11/23]

       Status:  An order has been entered.  No hearing is required.

13.     Plan Administrator's Objection to Claim C597-54 Filed by Pankaj Kasabwala Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 594, 11/20/23]

Response Deadline:                          December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-54 Filed by Pankaj Kasabwala Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 595, 11/20/23]

B.      Certificate of No Objection [D.I. 716, 12/8/23]

C.      Order [D.I. 743, 12/11/23]

Status:  An order has been entered.  No hearing is required.

14.     Plan Administrator's Objection to Claim C598-10838 Filed by Coby Carl Williams Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 596, 11/20/23]

Response Deadline:                          December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10838 Filed by Coby Carl Williams Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 597, 11/20/23]

B.      Certificate of No Objection [D.I. 717, 12/8/23]

C.      Order [D.I. 744, 12/11/23]

Status:  An order has been entered.  No hearing is required.

15.     Plan Administrator's Objection to Claim C597-10099 Filed by Ruth Watson Utley Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 598, 11/20/23]

Response Deadline:                          December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.     Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-10099 Filed by Ruth Watson Utley Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 599, 11/20/23]

B.     Certificate of No Objection [D.I. 718, 12/8/23]

C.     Order [D.I. 745, 12/11/23]

Status:  An order has been entered.  No hearing is required.

16.     Plan Administrator's Objection to Claim C598-10553 Filed by Gwendolyn Rose Giblin Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 600, 11/20/23]

Response Deadline:                         December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.     Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10553 Filed by Gwendolyn Rose Giblin Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 600, 11/20/23]

B.     Certificate of No Objection [D.I. 719, 12/8/23]

C.     Order [D.I. 746, 12/11/23]

Status:  An order has been entered.  No hearing is required.

17.     Plan Administrator's Objection to Claim C598-127 Filed by Phillip Wheeler Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 602, 11/20/23]

Response Deadline:                         December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.     Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-127 Filed by Phillip Wheeler Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 603, 11/20/23]

B.     Certificate of No Objection [D.I. 721, 12/8/23]

C.      Order [D.I. 747, 12/11/23]

Status:  An order has been entered.  No hearing is required.

18.     Plan Administrator's Objection to Claim C598-10279 Filed by Hui Lin Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 604, 11/20/23]

Response Deadline:                              December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-10279 Filed by Hui Lin Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 605, 11/20/23]

B.      Certificate of No Objection [D.I. 724, 12/8/23]

C.      Order [D.I. 748, 12/11/23]

Status:  An order has been entered.  No hearing is required.

19.     Plan Administrator's Objection to Claim C598-232 Filed by Karen Janet J. Rogers Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 606, 11/20/23]

Response Deadline:                              December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C598-232 Filed by Karen Janet J. Rogers Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 606, 11/20/23]

B.      Certificate of No Objection [D.I. 725, 12/8/23]

C.      Order [D.I. 749, 12/11/23]

Status:  An order has been entered.  No hearing is required.

20.    Plan Administrator's Objection to Claim C597-10089 Filed by Gary J. Dennis Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 608, 11/20/23]

Response Deadline:                    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.    Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-10089 Filed by Gary J. Dennis Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 609, 11/20/23]

B.    Certificate of No Objection [D.I. 726, 12/8/23]

C.    Order [D.I. 750, 12/11/23]

Status:  An order has been entered.  No hearing is required.

21.    Plan Administrator's Objection to Claim C597-10365 Filed by Herbert Lowery Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 610, 11/20/23]

Response Deadline:                    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.    Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-10365 Filed by Herbert Lowery Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 611, 11/20/23]

B.    Certificate of No Objection [D.I. 727, 12/8/23]

C.    Order [D.I. 751, 12/11/23]

Status:  An order has been entered.  No hearing is required.

22.    Plan Administrator's Objection to Claim C598-1334 Filed by Tina She Mudzinganyama Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 612, 11/20/23]

Response Deadline:                    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.      Certificate of No Objection [D.I. 728, 12/8/23]

B.      Order [D.I. 752, 12/11/23]

Status:  An order has been entered.  No hearing is required.

## MATTER GOING FORWARD

23.     Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 613, 11/20/23]

Response Deadline:                    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

A.      Response of Michael Koch [D.I. 660, 12/4/23]

B.      Sur-Reply of Michael Koch [To Be Docketed]

Related Documents:

C.      Declaration of Evan Hengel in Support of Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 614, 11/20/23]

D.      Plan Administrator's Reply to the Response of Michael Koch to Plan Administrator's Objection to Claim C597-53 Filed by Michael Koch Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 785, 12/15/23]

**E.      Plan Administrator's Witness and Exhibit List for December 20, 2023, Hearing [D.I. 789, 12/19/23]**

Status:  The Plan Administrator will be present at the Hearing, and is expected to testify in support of the Objection.  This matter is going forward.

*[Signature Page Follows]*

Dated: December 19, 2023
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos (admitted *pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE PLAN ADMINISTRATOR**

31087550.1