Michael Koch
6440 99th Street #6D
Rego Park NY 11374
e-mail: mk11744@yahoo.com
ph: 646-820-6581

Case No. 23-10597 (BLS)

12/16/2023

RECEIVED

2023 DEC 21  AM 11:29

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

A copy of my **2nd response** sent via e-mail upon the undersigned counsel to the Plan Administrator.

I **STRONGLY OBJECT** to the assertion that this fraud perpetrated on me, either directly or indirectly by Bittrex, is now somehow "time-barred". I promptly brought this matter to everyone's (Bittrex, AGs, FBI/IC3, etc.) attention as soon as I discovered the misappropriation of funds from my so-called Bittrex account back in 2018. The applicability of the terms of service no longer holds, as the entity responsible for the theft is unequivocally identified as one and the same. It is noteworthy that Bittrex even lacked a customer service number, which is not a standard practice observed in any typical businesses - a point on which I believe we can all agree. Undoubtedly, Bittrex deliberately hindered communication, aiming to bolster their efforts in concealing their wrongdoing and significantly impeding my capacity to amicably resolve this matter for over five years. As I said in my first response having used my same Yahoo account for over 15 years in accessing dozens of various bank/credit card accounts, my Yahoo account has **NEVER** been compromised, EVER. Bittrex's assertion that my Yahoo account was somehow 'hacked' is a made up fabricated claim, a lie, and merely a cover to unlawfully steal all my funds. Presently, Bittrex is once again availing itself of the services of purported bankruptcy lawyers—a course of action that should warrant severe sanctions—as part of a continued effort to evade accountability for this financial crime.

I reiterate, as in my first response, **my complete openness and availability to collaborate with this court or any relevant party** — a commitment I have upheld since the unfortunate incident of my stolen funds in 2018 from what was purportedly my Bittrex exchange account. It is my sincere intention to contribute earnestly to the pursuit of truth in this matter.

In light of these circumstances, I reirterate my request that my claim against Bittrex be **UPHELD**, taking into account the circumstances surrounding the unauthorized access to my Bittrex account. I am fully prepared to furnish any additional documentation or information required to support the validity of my claim and am willing to work with anyone to finally resolve this matter amicably.

I appreciate your careful consideration of this matter and trust that, upon reviewing the details provided, you will find justification in sustaining my claim. If there are any additional steps or information needed, please do not hesitate to contact me.

Thank you for your time and attention to this matter.

Sincerely,

*[signature]*
Michael Koch, IRS EA

- 1 -



M. Koch
6140 60th St #6D
RP, NY 11374

US Bankruptcy Court (Bittrex 2nd Response)
824 N. Market St, 3rd Fl
Wilmington, DE 19801