# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>    Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 802**<br><br><u>Objection Deadline:</u><br>**January 9, 2024 at 4:00 p.m. (ET)**<br><u>Hearing Date:</u><br>**January 16, 2024 at 10:00 a.m. (ET)** |

**AZIM GHADER'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL, IN ITS ENTIRETY, OF THE MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE SEEKING ENTRY OF AN ORDER, INCLUDING PROTECTIVE ORDER AND JUDGMENT, AGAINST THE PLAN ADMINISTRATOR AND THE PLAN ADMINISTRATOR'S COUNSEL**

Azim Ghader ("<u>Mr. Ghader</u>"), through his undersigned counsel, hereby moves (this "<u>Motion</u>") for entry of an order, pursuant to section 107 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("<u>Local Rules</u>"), substantially in the form attached hereto as **Exhibit A** (the "<u>Proposed Order</u>"), authorizing Mr. Ghader to file under seal, in its entirety, the *Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective Order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

WBD (US) 4873-2678-4409v2

*Local Rules 9018-1 and 9037-1, and the Federal Judiciary's Pacer Redaction Agreement* (D.I. 802) (the "Protective Order Motion"). In support of this Motion, Mr. Ghader respectfully states as follows:

## JURISDICTION & VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Mr. Ghader confirms his consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The legal predicates for the relief requested herein are section 107 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

## BACKGROUND

4. On December 22, 2023, Mr. Ghader filed the Protective Order Motion.

5. The Protective Order Motion contains Mr. Ghader's confidential personally identifiable information. The Protective Order Motion also references certain confidential personally identifiable information of a non-party known to Mr. Ghader.

## RELIEF REQUESTED

6. By this Motion, Mr. Ghader seeks entry of the Proposed Order, authorizing him to file the Protective Order Motion entirely under seal.

**BASIS FOR RELIEF**

7. Section 105(a) of the Bankruptcy Code codifies the Court's inherent equitable powers and empowers it to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Furthermore, section 107 of the Bankruptcy Code, as implemented by Bankruptcy Rule 9018, provides:

> (c) (1) The bankruptcy court, for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property:
>
> > (A) Any means of identification (as defined in section 1028(d) of title 18) contained in a paper filed, or to be filed, in a case under this title.
> >
> > (B) Other information contained in a paper described in subparagraph (A).

11 U.S.C. § 107(c) ("means of identification" being defined to include certain types of identifying information). Furthermore, Bankruptcy Rule 9037 also protects parties against disclosure of certain personal data identifiers.

8. The Protective Order Motion contains certain confidential personally identifiable information of Mr. Ghader[2] that is protected from public disclosure pursuant sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rules 9037 and 9018.[3]

---

[2] The Protective Order Motion also references certain confidential personally identifiable information about a non-party known to Mr. Ghader. While the Protective Order Motion does not contain any personal data identifiers of this non-party, Mr. Ghader believes that the information and references to this person should remain sealed.

[3] The Protective Order Motion identifies with specificity and particularity the confidential personally identifiable information that is protected from public disclosure pursuant to sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rules 9037 and 9018. The protected information is not restated in this Motion so as to protect the information from public disclosure.

WBD (US) 4873-2678-4409v2

9. Therefore, sufficient cause exists for the Court to grant the relief requested in this Motion for authority to seal the personally identifiable information contained in the Protective Order Motion.

## NOTICE

10. Notice of this Motion will be given to: (a) the Office of the U.S. Trustee for the District of Delaware; (b) counsel to the Plan Administrator; and (c) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, Mr. Ghader submits that no other or further notice is required.

## CERTIFICATION PURSUANT TO LOCAL RULE 9018-1(d)

11. Mr. Ghader, as the filer of this sealing Motion and a Holder of Confidentiality Rights (as discussed in Local Rule 9018-1(d))[4] with respect to the information sought to be sealed by this Motion, believes that this Court should authorize the sealing of the Protective Order Motion in its entirety, and undersigned counsel to Mr. Ghader hereby certifies to the same pursuant to Local Rule 9018-1(d)(iv)(f).

12. Furthermore, prior to filing this Motion, undersigned Delaware counsel emailed counsel to the Plan Administrator and the U.S. Trustee to inform them of the relief sought in this Motion (*i.e.,* the sealing of the Protective Order Motion in its entirety). As of the time of filing this Motion, Mr. Ghader's counsel has not yet received a response as to either the Plan Administrator's or the U.S. Trustee's position. *All parties' rights to respond or object to this Motion, however, are reserved in accordance with the noticed objection deadline to this Motion.*

---

[4] To the extent the non-party discussed above is deemed a Holder of Confidentiality Rights with respect to the Protective Order Motion, undersigned Delaware counsel to Mr. Ghader believes such non-party would be satisfied by the sealing of the Protective Order Motion in its entirety.

WBD (US) 4873-2678-4409v2

WHEREFORE, Mr. Ghader respectfully requests the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, and grant such further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: December 28, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>        elazar.kosman@wbd-us.com<br><br>-and-<br><br>M. Rhett DeHart (admitted *pro hac vice*)<br>WOMBLE BOND DICKINSON (US) LLP<br>5 Exchange Street<br>Charleston, South Carolina 29401<br>Telephone: (843) 722-3400<br>Facsimile: (843) 723-7398<br>Email: rhett.dehart@wbd-us.com<br><br>*Counsel to Azim Ghader* |