# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 661, 695 & 696 |

### CERTIFICATE OF NO OBJECTION REGARDING AZIM GHADER'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF EXHIBIT B TO AZIM GHADER'S EMERGENCY MOTION TO CONTINUE DEPOSITION DUE TO ILLNESS

The undesigned hereby certifies that, as of the date hereof, no answer, objection, or any responsive pleading has been received to *Azim Ghader's Motion for Entry of an Order Authorizing the Filing Under Seal of Exhibit B to Azim Ghader's Emergency Motion to Continue Deposition Due to Illness* [Docket No. 696] (the "Motion") filed by Azim Ghader ("Mr. Ghader") with the United States Bankruptcy Court for the District of Delaware (the "Court") on December 7, 2023.

The undersigned further certifies that they have reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion and Hearing filed contemporaneously with the Motion, responses to the Motion were to be filed no later than 4:00 p.m. (ET) on December 21, 2023 (the "Objection Deadline" ). Mr. Ghader therefore respectfully requests that the proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

WBD (US) 4882-2639-7337v1

| | |
|---|---|
| Dated: December 28, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>         elazar.kosman@wbd-us.com<br><br>*Counsel to Azim Ghader* |