# **EXHIBIT A**

**Proposed Order**

Case 23-10597-BLS   Doc 809-1   Filed 12/28/23   Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 661, 695, 696** |

### ORDER AUTHORIZING AZIM GHADER TO FILE UNDER SEAL EXHIBIT B TO HIS EMERGENCY MOTION TO CONTINUE DEPOSITION DUE TO ILLNESS

Upon consideration of the motion (the "Motion")[2] of Azim Ghader ("Mr. Ghader") seeking entry of an order authorizing him to file under seal Exhibit B to his *Emergency Motion to Continue Deposition Due to Illness* (D.I. 661) (the "Continuance Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that Mr. Ghader's notice of the Motion was appropriate and no other notice need be provided; and this Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.
[2] Capitalized terms used herein, but not defined herein, shall have the meanings assigned such terms in the Motion.

WBD (US) 4856-2067-1893v1

1. The Motion is GRANTED as set forth herein.

2. Mr. Ghader is authorized to file Exhibit B to the Continuance Motion under seal.

3. Exhibit B to the Continuance Motion shall not be disseminated to anyone other than (a) the Court, (b) the Office of the United States Trustee for the District of Delaware, and (c) counsel for the Debtors, without either: (i) the written consent of Mr. Ghader, or (ii) further order of the Court. All parties receiving Exhibit B shall maintain its confidentiality.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. Mr. Ghader is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.