# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 802** |

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, hereby certify that I caused a copy of the following document to be served upon the parties on the attached Service List, **Exhibit A**, via electronic mail on December 22, 2023, and via first-class mail on December 28, 2023.

- *Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective Order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1, and the Federal Judiciary's Pacer Redaction Agreement* [Docket No. 802]

Dated: December 28, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
          elazar.kosman@wbd-us.com

*Counsel to Azim Ghader*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

**EXHIBIT A**

| *Counsel for the Plan Administrator* | *Counsel for the Plan Administrator* |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Kenneth Enos | Patricia B. Tomasco |
| Rodney Square | Alain Jaquet |
| 1000 North King Street | Razmig Izakelian |
| Wilmington, Delaware 19801 | 51 Madison Avenue, 22nd Floor |
| kenos@ycst.com | New York, New York 10010 |
| | pattytomasco@quinnemanuel.com |
| | alainjaquet@quinnemanuel.com |
| | razmigizakelian@quinnemanuel.com |

***Office of the United States Trustee
for the District of Delaware***
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware
Email: richard.schepacarter.usdoj.gov