**Exhibit A**

**Fully Satisfied Claims**

Notice of Satisfaction of Claims

Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 1. | 198ee0a5-506c-461f-b631-beac3b33b067 | 8/28/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10007 | $10,777.56 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 2. | 702b0010-8577-4748-bf81-649a2cd89e7d | 8/30/2023 | 23-10598 / Bittrex, Inc. | C597-10106 | $1,000.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 3. | 5ebf13f6-39ab-4637-82f1-db665157f399 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10493 | $200.00 | Bitcoin (BTC) - 0.0057 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 4. | 4d9dd406-54b3-4988-9015-7e764d3883b0 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-118 | N/A | Bitcoin (BTC) - 1.08122237 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 5. | 1a409e0c-4519-483e-947a-d3cd3df251c2 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10840 | $994.93 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 6. | 5c1f01b6-3651-4565-91ab-17374abd8add | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10111 | $10,622.03 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 7. | ca2dd02a-58ba-4e52-b8f8-ec24c5d9ec70 | 8/19/2023 | 23-10598 / Bittrex, Inc. | C598-508 | $15,000.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 8. | 79dad95c-6373-43a5-827f-7554a2df9a48 | 8/26/2023 | 23-10598 / Bittrex, Inc. | C598-937 | $909.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 9. | ed5beb60-5229-4744-84b6-65614a09b2fe | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-885 | $1,636.44 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 10. | c36363b8-d673-4933-be13-cf5a0da09f6a | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10868 | $1,154.09 | Dogecoin (DOGE) - UND | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 11. | d90fd47f-c639-4485-9836-a3940ee80691 | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-786 | $500.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 12. | aca17ec0-20a7-414c-806c-153b1585d2b5 | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-841 | $630.93 | TRON (TRX) - 8146 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 13. | 704b511c-98f9-4683-b9c3-5be5bf45685b | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10763 | N/A | Bitcoin (BTC) - 0.12962813 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 14. | 69f80d93-fa71-4215-8da4-c1cc2a3adc1b | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10085 | N/A | Bitcoin (BTC) - 0.03240177, Litecoin (LTC) - 0.10872922 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

Notice of Satisfaction of Claims

Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 15. | 69f80d93-fa71-4215-8da4-c1cc2a3adc1b | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1061 | $938.12 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 16. | 1ba5aa3e-5ded-4562-819e-2327d26fd723 | 8/18/2023 | 23-10598 / Bittrex, Inc. | C598-434 | $2,220.70 | Bitcoin (BTC) - 0.08292635 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 17. | a6b6f581-a020-44e5-badb-78d5c3136d7f | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10344 | N/A | Bitcoin (BTC) - 0.58686356, Bitcoin Cash (BCHN) (BCH) - 0.58778319, Stellar Lumens (XLM) - 458.47134667 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 18. | fc71fd33-1944-473a-ba52-0f9c165100bb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10483 | $1,120.00 | Bitcoin (BTC) - 0.0430024 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 19. | bde4cc7f-9ffe-4d98-a73a-7aae9123d262 | 6/7/2023 | 23-10598 / Bittrex, Inc. | C598-27 | $2,194.00 | Dogecoin (DOGE) - 13653.5095 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 20. | 0196fa49-e86b-4a14-9ff6-f2d5b1744170 | 8/15/2023 | 23-10597 / Desolation Holdings LLC | C597-388 | N/A | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 21. | 0196fa49-e86b-4a14-9ff6-f2d5b1744170 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C597-10075 | $3,239.89 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 22. | a76d2820-2184-4aa6-b442-99edfc90a8e3 | 8/25/2023 | 23-10598 / Bittrex, Inc. | C598-738 | N/A | Hedera (HBAR) - 130950 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 23. | 6c85bf67-7bbc-4392-9b51-87da5118926a | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10322 | N/A | DigiByte (DGB) - 200220.69230686 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 24. | cc507f0e-b75b-4a37-b7ed-ee3735253a3d | 8/31/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10014 | $640.66 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 25. | 706a6d06-3b39-46b6-9223-c5822a6a8b26 | 8/22/2023 | 23-10598 / Bittrex, Inc. | C598-651 | $3,438.88 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 26. | a3133593-a9ac-4d70-8e48-a9054c7dd75b | 8/18/2023 | 23-10598 / Bittrex, Inc. | C598-453 | $255.79 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 27. | ffd31c94-90f5-4117-98b7-e1720d9ddf18 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10707 | $56,000.00 | Tether (USDT) - 56000 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 28. | fadd32c6-af9b-42df-a170-b0c740446632 | 8/16/2023 | 23-10598 / Bittrex, Inc. | C598-390 | N/A | Bitcoin (BTC) - 0.02881710 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

Notice of Satisfaction of Claims

Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 29. | 761b5817-a312-43c1-a730-2d18b2fcb5c6 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10579 | $1,000.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 30. | a234dd08-f548-4de1-bb0e-5389a78e6670 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1204 | N/A | Bitcoin (BTC) - 0.07206 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 31. | 532fcba6-bc99-431e-ada5-0131fffbcc66 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1063 | $725.99 | Bitcoin (BTC) - 0.0213664, RavenCoin (RVN) - 6735 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 32. | d99f5b2c-bef6-43aa-a071-da21d08818f5 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10242 | N/A | Bitcoin (BTC) - 0.01269000 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 33. | d40a1fa4-ecac-4dd9-80ee-f9eac8e7a0fe | 6/15/2023 | 23-10598 / Bittrex, Inc. | C598-52 | $3,000.00 | Pivx (PIVX) - 456.80078869, SysCoin (SYS) - 7411.76658812, Waves (WAVES) - 189.31941741, ZCash (ZEC) - 10.00000000 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 34. | df4aa961-a075-4248-92f8-6d1eee40667a | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10107 | $1,000.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 35. | d4401732-eddb-4209-9b68-fb6bf506a686 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-38 | N/A | Bitcoin (BTC) - 0.01266001 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 36. | 0bfa7a20-b4d1-420d-a86c-4c207aafd58e | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-19 | $583.94 | Bitcoin (BTC) - 0.02247315 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 37. | 644b6435-6fbf-476a-84a5-f8186ab52ece | 8/31/2023 | 23-10600 / Bittrex Malta Ltd. | C600-10114 | N/A | Bitcoin (BTC) - 0.0864 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 38. | 39b4ad17-ceb2-45f2-913d-b1236b1d72da | 8/26/2023 | 23-10598 / Bittrex, Inc. | C597-279 | $3,000.00 | USD Coin (USDC) - 3000 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 39. | 2a13ba35-5bec-474e-952c-a781848f5901 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10464 | $80,000.00 | Bitcoin (BTC) - 2, Ethereum (ETH) - 10, USD Coin (USDC) - 10000 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 40. | 2a13ba35-5bec-474e-952c-a781848f5901 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1116 | $80,000.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 41. | 979e9a74-c640-4fb1-bcf7-678225df72f0 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10856 | N/A | Basic Attention Token (BAT) - 200, Bitcoin (BTC) - 0.01377, Litecoin (LTC) - 2.00 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 42. | 630674da-3e59-4a01-9370-a0eeb5b49275 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10288 | N/A | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

## Notice of Satisfaction of Claims

### Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 43. | 6ab852c9-b60a-41e5-9c85-06725704cc1b | 9/1/2023 | 23-10598 / Bittrex, Inc. | C598-11046 | $1,317.59 | Bitcoin (BTC) - UND | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 44. | 64cffd90-613a-4eb5-9a62-2afc8f16c10f | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-901 | $62.32 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 45. | 2539f854-a9af-4272-afcf-41cd5d504b14 | 7/17/2023 | 23-10598 / Bittrex, Inc. | C598-122 | N/A | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 46. | 70797555-f56f-471a-8d5a-10afcd8339c2 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10320 | $717.57 | Bitcoin (BTC) - 0.2500000 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 47. | 59520e24-de2f-493a-a3a6-0bbfb645bc9d | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10874 | N/A | Bitcoin (BTC) - 0.05956723 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 48. | 3c4c9a95-94eb-4f93-a051-5bb84f237e47 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10719 | $2,532.32 | Bitcoin (BTC) - 0.04870035 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 49. | e3053699-99c8-4d48-ba4e-6f6c76341247 | 8/25/2023 | 23-10600 / Bittrex Malta Ltd. | C600-63 | $667.67 | Bitcoin (BTC) - 0.0175 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 50. | 067827d7-ea6e-4c6f-b398-3f791d690f82 | 7/28/2023 | 23-10598 / Bittrex, Inc. | C598-177 | $26.00 | Bitcoin (BTC) - 0.0008770 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 51. | ac0e2500-7f38-4238-9bb5-ede36a057a5c | 9/2/2023 | 23-10597 / Desolation Holdings LLC | C597-10384 | $654.42 | Bitcoin (BTC) - 0.0225 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 52. | 17037b9b-f6e8-4943-a63d-d716517d8c13 | 8/30/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-10010 | $531.94 | Litecoin (LTC) - 7.8 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 53. | 59ccdb87-63bc-4574-b12f-58fce8eb4921 | 8/18/2023 | 23-10598 / Bittrex, Inc. | C598-437 | $14,831.99 | Bitcoin (BTC) - UND, Bitcoin Cash (BCHN) (BCH) - UND | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 54. | 696e2e98-5a39-4398-bf68-5c4242622083 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10885 | N/A | Bitcoin (BTC) - 0.7414 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 55. | 3a03d328-cf68-4c35-891f-22bc4edf4ed2 | 6/22/2023 | 23-10597 / Desolation Holdings LLC | C597-25 | $596.19 | Bitcoin (BTC) - 0.10889419 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 56. | 8118974c-c0dc-4e07-969f-364f49f9ae77 | 8/21/2023 | 23-10597 / Desolation Holdings LLC | C597-197 | $0.69 | Bitcoin (BTC) - 0.69474317 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

Notice of Satisfaction of Claims

Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 57. | 89289888-750f-4ff3-ab4f-266ca096ee9d | 6/23/2023 | 23-10598 / Bittrex, Inc. | C598-17 | N/A | Bitcoin (BTC) - 0.07995299 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 58. | c4fd16f4-8c49-44c0-863d-77a0851a7500 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C597-10062 | $14,886.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 59. | c4fd16f4-8c49-44c0-863d-77a0851a7500 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-1027 | $14,386.00 | Bitcoin (BTC) - UND | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 60. | aa73d241-ff0d-48f1-9b06-a76f8e922dc1 | 8/3/2023 | 23-10598 / Bittrex, Inc. | C598-220 | $400.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 61. | 91824865-8847-4e4e-9560-51958f0f4b8f | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-10018 | $1,435.13 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 62. | 1ea259ae-6337-40e7-82d1-885503c52046 | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10013 | N/A | Bitcoin (BTC) - 0.11401162 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 63. | 113efe63-de71-427b-a2e5-e747849f56f0 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-117 | $50.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 64. | 9345aa25-8602-4131-a234-8c7502e9b4b0 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-11019 | $6,431.99 | Bitcoin (BTC) - 0.24791014 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 65. | e4e3c9f3-4ae0-41f3-a494-d58d0d7a91b8 | 5/30/2023 | 23-10598 / Bittrex, Inc. | C597-69 | $4,891.70 | Ethereum (ETH) - 1 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 66. | c5f4c326-2a2b-43aa-a607-4e8a0595ad1d | 8/3/2023 | 23-10598 / Bittrex, Inc. | C598-225 | $3,343.19 | Bitcoin (BTC) - 0.05562 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 67. | 537ba7b8-bb62-41a2-955e-bd2bfc0eefae | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-1184 | $1,000.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |

## Notice of Satisfaction of Claims

### Schedule 1 – Fully Satisfied Claims

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Basis for Full Satisfaction of Claim |
|---|---|---|---|---|---|---|---|
| 68. | ac0440ac-0b7b-42ea-a08c-a086e213298a | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10779 | N/A | Ark (ARK) - 33.97803605, bitCNY (BITCNY) - 0.11767306, Bitcoin (BTC) - 0.1038317, Bitswift (BITS) - 2804.90845762, Crown (CRW) - 5.56384502, Dash (DASH) - 0.30498879, DigiByte (DGB) - 4453.125, Ethereum (ETH) - 2.85788517, Ethereum Classic (ETC) - 25.51656533, Gambit (GAM) - 223.78107767, Litecoin (LTC) - 1.29527287, Monero (XMR) - 0.87471211, Mysterium (MYST) - 149.15664812, Neo (NEO) - 2.82417894, OMG Network (OMG) - 14.35830263, ReddCoin (RDD) - 36141.30434783, Siacoin (SC) - 4723.01136364, Stratis (STRAX) - 333, TransferCoin (TX) - 2222, Verge (XVG) - 1585.34647171, XRP (XRP) - 484.52983411, ZCash (ZEC) - 1.83438223 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 69. | ac0440ac-0b7b-42ea-a08c-a086e213298a | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1199 | N/A | Bitcoin (BTC) - 0.1038317 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 70. | f94e3e4e-3474-4da7-8c0b-a961dee78a43 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-450 | N/A | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 71. | 00a29c68-7c88-4600-b640-5cbbad7ac193 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10316 | $283.80 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 72. | d86536fd-269e-4976-9226-3ab0c006c22a | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10607 | $1,354.24 | Tether (USDT) - 1352.98804166 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 73. | d86536fd-269e-4976-9226-3ab0c006c22a | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10789 | $1,351.50 | Litecoin (LTC) - 200 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 74. | 0ffcc078-a226-4d7e-8e16-7d79bebc32ad | 8/25/2023 | 23-10597 / Desolation Holdings LLC | C597-263 | $200.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 75. | e88cb69b-4ac1-45b8-9422-b51e70ece433 | 8/19/2023 | 23-10598 / Bittrex, Inc. | C598-495 | $187.81 | Bitcoin (BTC) - 0.00654337 | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |
| 76. | d2ed5dd7-4afa-4fa5-82ea-d44dfb114e4c | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1033 | $5,000.00 | N/A | The filed Claim has been satisfied through the withdrawal of assets from customer account subsequent to the Petition Date. |