IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Obj. Deadline: January 12, 2024 at 4:00 p.m. (ET)**<br>**Hrg. Date: January 31, 2024 at 10:00 a.m. ET** |

### NOTICE OF PLAN ADMINISTRATOR'S SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN NO LIABILITY CLAIMS

**PLEASE TAKE NOTICE** that today, the Plan Administrator of the above-captioned debtors and debtors in possession (the "Debtors" or the "Wind Down Entity") filed the *Plan Administrator's Sixth Omnibus (Substantive) Objection To Certain No Liability Claims* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 12, 2024 at 4:00 p.m. (ET)** (the "Response Deadline"); and (c) served so as to be received on or before the Response Deadline by the undersigned counsel to the Plan Administrator.

**PLEASE TAKE FURTHER NOTICE THAT** only responses made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE OBJECTION WILL BE HELD ON **JANUARY 31, 2024, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Dated: December 29, 2023
Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ Kenneth J. Enos*
        Robert S. Brady (Delaware Bar No. 2847)
        Kenneth J. Enos (Delaware Bar No. 4544)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: 302-571-6600
        Facsimile: 302-571-1253
        Email: kenos@ycst.com
        Email: rbrady@ycst.com

        -and-

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        Susheel Kirpalani *(admitted pro hac vice)*
        Patricia B. Tomasco *(admitted pro hac vice)*
        Daniel Holzman *(admitted pro hac vice)*
        Alain Jaquet *(admitted pro hac vice)*
        Razmig Izakelian *(admitted pro hac vice)*
        Joanna D. Caytas *(admitted pro hac vice)*
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Telephone: 212-849-7000
        Facsimile: 212-849-7100
        Email: susheelkirpalani@quinnemanuel.com
        Email: pattytomasco@quinnemanuel.com
        Email: danielholzman@quinnemanuel.com
        Email: alainjaquet@quinnemanuel.com
        Email: razmigizakelian@quinnemanuel.com
        Email: joannacaytas@quinnemanuel.com

        **COUNSEL FOR THE PLAN ADMINISTRATOR**