## Exhibit A

### Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Ref. Docket No. ___** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S SIXTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

Upon the *Plan Administrator's Sixth Omnibus (Substantive) Objection to Certain No Liability Claims* (the "Objection"),[2] of the debtors and debtors in possession (together, the "Debtors" or the "Wind Down Entity") in the above-captioned chapter 11 cases, pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the particular circumstances; and the Court having considered the Maria Declaration and found and determined that the relief sought in the Objection is in the best interests of the Debtors, the Debtors' estates and creditors, and other

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

parties in interest and that the legal and factual bases set forth in the Objection establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained as provided herein.

2.      Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is

overruled on the merits.

3.      Each No Liability Claim identified on **Schedule 1** hereto is disallowed and

expunged in its entirety.

4.      The objection by the Plan Administrator to the No Liability Claims, as addressed

in the Objection and the schedules hereto, constitutes a separate contested matter with respect to

each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order

shall be deemed a separate Order with respect to each No Liability Claim.

5.      Any stay of this Order pending appeal by any holder of a No Liability Claim or any

other party with an interest in such claims that are subject to this Order shall only apply to the

contested matter which involves such party and shall not act to stay the applicability and/or finality

of this Order with respect to the other contested matters arising from the Objection or this Order.

6.      The Plan Administrator, Omni, and the Clerk of this Court are authorized to modify

the official Claims Register for these chapter 11 cases in compliance with the terms of this Order

and to take all steps necessary or appropriate to carry out the relief granted in this Order.

7.      Nothing in this Order or the Objection is intended or shall be construed as a waiver

of any of the rights the Plan Administrator may have to enforce rights of setoff against the

claimants.

8.      Nothing in the Objection or this Order, nor any actions or payments made by the Plan Administrator pursuant to this Order, shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Plan Administrator's or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

9.      This Order is immediately effective and enforceable.

10.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

## Schedule 1

### No Liability Claims

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1. | 095f8ddc-c9f0-4e5e-80ce-6817756b0f97 | 7/3/2023 | 23-10597 / Desolation Holdings LLC | C597-371 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 2. | 297bed97-8fe1-4539-9255-f8d361fe8579 | 9/15/2023 | 23-10597 / Desolation Holdings LLC | C597-351 | N/A | Dogecoin (DOGE) - 15883.47080604, Tether (USDT) - 11764.66460299 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 3. | e6427ed9-85c1-443a-ae5a-a77aaf18e4a6 | 10/27/2023 | 23-10597 / Desolation Holdings LLC | C597-568 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 4. | 2d18a2a9-0de7-4108-874f-5913fd7d646e | 7/11/2023 | 23-10597 / Desolation Holdings LLC | C597-78 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 5. | e6f91da8-6275-4fa6-8fd1-36f6db7eafc3 | 6/16/2023 | 23-10597 / Desolation Holdings LLC | C597-376 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 6. | e6f91da8-6275-4fa6-8fd1-36f6db7eafc3 | 6/16/2023 | 23-10597 / Desolation Holdings LLC | C597-377 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 7. | 9b43cb26-324b-42dd-b8d0-9059de0aa32f | 10/31/2023 | 23-10597 / Desolation Holdings LLC | C597-576 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 8. | 0290737e-0bf8-4f24-9cf8-91ebe918fd93 | 6/17/2023 | 23-10598 / Bittrex, Inc. | C597-21 | $1,000.00 | Bitcoin (BTC) - UND, Bitcoin Cash (BCHN) (BCH) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 9. | cf9096f1-daba-484b-9852-f121dc39f6db | 9/5/2023 | 23-10598 / Bittrex, Inc. | C598-11095 | $3,000.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 10. | 7e9b85c5-6661-4c65-beba-4d8a0d1c3a10 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10562 | N/A | Bitcoin (BTC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 11. | befbf425-e6c6-447b-b25b-2ff0e18d617d | 9/20/2023 | 23-10598 / Bittrex, Inc. | C598-1272 | $2,607.45 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 12. | 845831ca-de4e-4021-8484-e1274e2435ec | 10/2/2023 | 23-10597 / Desolation Holdings LLC | C597-490 | N/A | Cardano (ADA) - 1230.17074532 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 13. | Not a customer | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10525 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 14. | bce71663-2837-4e51-b5f5-8e668661b2a6 | 10/31/2023 | 23-10597 / Desolation Holdings LLC | C597-583 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 15. | 78499540-8b63-42c8-aa2d-44d10fb0ade9 | 10/10/2023 | 23-10598 / Bittrex, Inc. | C598-1319 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 16. | d6e02135-4f1e-499d-b0bb-48f356e2da4 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10199 | N/A | Basic Attention Token (BAT) - 7.7757, Bitcoin (BTC) - 0.0085, Databits (DTB) - 10, Ethereum (ETH) - 0.0342216, Siacoin (SC) - 231.97, STEEM (STEEM) - 2.6862, XRP (XRP) - 78.57 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 17. | d6e02135-4f1e-499d-b0bb-48f356e2da4 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10324 | N/A | Basic Attention Token (BAT) - 7.775, Hive (HIVE) - 2.686, Horizen (ZEN) - 6.395, Stellar Lumens (XLM) - 5.689, Wrapped ACME (WACME) - 0.7468 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 18. | 9f146472-0dff-4b0d-aef1-6901d9fc270b | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10870 | $15.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 19. | c06b6751-e697-4d16-8278-f6e1f432b030 | 9/2/2023 | 23-10597 / Desolation Holdings LLC | C597-10361 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 20. | 18dc45b5-f5bd-4c4d-a7bc-2541860b405d | 8/16/2023 | 23-10598 / Bittrex, Inc. | C598-385 | $92,500.00 | Endor (EDR) - 487000, Ethereum (ETH) - 50 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 21. | 3fdd46a6-5762-4ea7-9afb-9d6e03ba4c6c | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10027 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 22. | 9e017a80-02b0-46fa-818e-c2b5a7d4e301 | 6/30/2023 | 23-10598 / Bittrex, Inc. | C598-91 | N/A | Munt (MUNT) - 140.20217469, XRP (XRP) - 476.00589190 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 23. | cbe3fa94-9614-44aa-9a40-a7ab21b96acc | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-594 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 24. | cbe3fa94-9614-44aa-9a40-a7ab21b96acc | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10300 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 25. | 7eff4c79-85a7-4b0d-8db6-ef9adb390743 | 8/26/2023 | 23-10597 / Desolation Holdings LLC | C597-291 | N/A | STEEM (STEEM) - 11599.78 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 26. | 1d0ebd36-6188-40bf-abcd-eef0f2854244 | 7/13/2023 | 23-10597 / Desolation Holdings LLC | C597-80 | N/A | adToken (ADT) - 145.97560976, BitShares (BTS) - 37.78409091, BlackCoin (BLK) - 18.50649351, DigiByte (DGB) - 414.47368421, GameCredits (GAME) - 2.05297604, GoldCoin (GLC) - 115.76402321, Golem Network Token (GLM) - 38.86616, MaidSafeCoin (MAID) - 22.79131759, Pinkcoin (PINK) - 554.16666667, Siacoin (SC) - 300.45180723, Status Network Token (SNT) - 134.97970230, Stealth (XST) - 24.94581527, Stratis (STRAX) - 1.10047513, SysCoin (SYS) - 19.79559436 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 27. | 65acb205-17ea-4bf6-ab48-2be4b4a42316 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-386 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 28. | 65acb205-17ea-4bf6-ab48-2be4b4a42316 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-387 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 29. | 207d9456-554f-42f9-98f9-10a18888e11c | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-11 | $100.89 | XRP (XRP) - 1000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 30. | 3653c4c8-5967-4615-9ce6-dee6681f8b95 | 8/15/2023 | 23-10597 / Desolation Holdings LLC | C597-149 | $303.99 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 31. | 84561250-ad55-4c7e-ba0e-07de9009fd53 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1171 | $1,403.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 32. | 2c472c1e-b5e3-434b-b7e1-d5b196af9f0d | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-394 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 33. | 577cec3a-554c-48a0-a762-6c8abae3375b | 7/12/2023 | 23-10598 / Bittrex, Inc. | C598-140 | $20,000.00 | Bitcoin (BTC) - UND, Crypto.com (MCO) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 34. | e28201da-5a77-44b1-a86c-d57e75f13227 | 6/23/2023 | 23-10597 / Desolation Holdings LLC | C597-396 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 35. | 3147d715-adf7-4833-9ae5-d9ec03d1e952 | 10/10/2023 | 23-10597 / Desolation Holdings LLC | C597-503 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 36. | Not a customer | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10505 | $500.00 | BitcoinVault (BTCV) - und | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 37. | b0a110d4-86dd-4252-b5e2-a60a13f222b6 | 9/5/2023 | 23-10598 / Bittrex, Inc. | C597-10393 | $33,401.97 | Ethereum (ETH) - 20.43297798, OMG Network (OMG) - 0.35, Pesetacoin (PTC) - 66.58265589, XRP (XRP) - 1 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 38. | a838ef15-3aa9-489d-a03b-06c6eafee39d | 6/15/2023 | 23-10598 / Bittrex, Inc. | C598-54 | $8,070.52 | Bitcoin (BTC) - 0.04016509, Ethereum (ETH) - 4.606 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 39. | cc974c33-8056-4b3a-9faa-46c2cb812fc4 | 6/17/2023 | 23-10597 / Desolation Holdings LLC | C597-18 | N/A | Ethereum (ETH) - 0.67, Pivx (PIVX) - 330 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 40. | b19860f4-290f-4b06-b4fb-4bdee9ca8b17 | 6/14/2023 | 23-10598 / Bittrex, Inc. | C598-47 | $18,086.00 | Ethereum (ETH) - 10.38666000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 41. | ecac1f00-09c0-4e3d-ba83-63c27225f13a | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10264 | N/A | Bitcoin (BTC) - 0.5, Komodo (KMD) - 2000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 42. | b8bf6d08-abc7-404d-825b-f74cf24c1cb4 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-115 | $4,300.00 | Bitcoin (BTC) - 0.30, Ethereum (ETH) - 1.3 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 43. | 1fcaf7e8-d941-492b-9a1a-9c01f5a948d2 | 6/29/2023 | 23-10598 / Bittrex, Inc. | C598-88 | $15,050.00 | Bitcoin (BTC) - 0.50 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 44. | 2469dbec-b2e3-45d0-afb7-dd1403e53369 | 10/27/2023 | 23-10597 / Desolation Holdings LLC | C597-563 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 45. | 2a9e0bb2-aea7-456e-b13d-f801ac4c0a70 | 8/25/2023 | 23-10598 / Bittrex, Inc. | C597-274 | $60,000.00 | Civic (CVC) - 3.29633972, DopeCoin (DOPE) - 100.76703144, Litecoin (LTC) - 0.03954167, Neo (NEO) - 11.44811839, OmniCoin (OMNI) - 5291.10629508, Siacoin (SC) - 339.86778872, XRP (XRP) - 34.78816013 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 46. | 85e442e8-c871-45a1-9d56-82871f73d304 | 10/3/2023 | 23-10598 / Bittrex, Inc. | C598-1293 | $1,295.70 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 47. | cc59e64a-7576-4fe0-9bbd-64bfdf49b093 | 9/13/2023 | 23-10598 / Bittrex, Inc. | C598-1264 | N/A | Bitcoin (BTC) - 0.26997742 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 48. | Not a customer | 8/22/2023 | 23-10597 / Desolation Holdings LLC | C597-411 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 49. | e9a773cb-5eae-4458-8f50-d5ec3d6518de | 8/14/2023 | 23-10597 / Desolation Holdings LLC | C597-156 | $200.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 50. | 4e86fe41-77ad-4845-bca0-cbaf465f81e2 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-119 | N/A | Bitcoin (BTC) - 1.23513077, Litecoin (LTC) - 80.04090308 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 51. | ca05f512-f81c-499f-8f57-d86d73129472 | 8/25/2023 | 23-10597 / Desolation Holdings LLC | C597-416 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 52. | 7cd2e025-adb8-45b5-a022-77103c01102d | 7/30/2023 | 23-10597 / Desolation Holdings LLC | C597-95 | N/A | Bitcoin (BTC) - 0.631201, Chainlink (LINK) - 50.938331, Ethereum (ETH) - 21.271410, Litecoin (LTC) - 6.682643, USD Coin (USDC) - 29781.832311 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 53. | 68b5e34b-0e6e-40e4-8110-0dfaea9b1248 | 7/5/2023 | 23-10597 / Desolation Holdings LLC | C597-38 | $300.00 | Tether (USDT) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 54. | Not a customer | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-419 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 55. | 5c45db15-f61b-4214-93eb-157e5dd2b13e | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-423 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 56. | cb863799-5d73-4dd8-8665-8234fb83ef45 | 7/11/2023 | 23-10597 / Desolation Holdings LLC | C597-424 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 57. | 6a01142a-9398-4389-bacd-3501fe930830 | 10/24/2023 | 23-10597 / Desolation Holdings LLC | C597-533 | N/A | Bitcoin (BTC) - 0.10000000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 58. | 20b84745-2702-4bc8-ada3-3184f0bbddfb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C597-10333 | $6,500.00 | Bitcoin (BTC) - 0.250001532 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 59. | cee2ab56-4f15-4c09-9ca0-010f55083646 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-57 | N/A | Bitcoin (BTC) - UND, Bitcoin Cash (BCHN) (BCH) - UND, Bitcoin Cash ABC (BCHA) - UND, Bitcoin SV (BSV) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 60. | ca251a26-65fb-40ba-a6c3-b84af01bc00e | 10/26/2023 | 23-10597 / Desolation Holdings LLC | C597-549 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 61. | b6bb3e5e-3f19-4fa8-9da4-4e40c5a54d63 | 9/28/2023 | 23-10600 / Bittrex Malta Ltd. | C600-125 | $3,000.00 | Ethereum (ETH) - 0.87632229, Litecoin (LTC) - 0.92987876 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 62. | 40acb851-b7b9-4e1f-b859-0ca4de3f48c4 | 8/9/2023 | 23-10598 / Bittrex, Inc. | C598-292 | $500.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 63. | 750d9be5-1755-4f2e-96c2-adadecfaa210 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10640 | N/A | Ethereum (ETH) - 2.61 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 64. | 7bfb3fa0-3b68-41fc-82f5-4117d83a7d1b | 8/16/2023 | 23-10597 / Desolation Holdings LLC | C597-163 | $43.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 65. | 0416b62e-1531-4f23-b6d3-35e45e91c8ba | 7/13/2023 | 23-10598 / Bittrex, Inc. | C598-135 | $19,819.00 | Bitcoin (BTC) - 0.75 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 66. | 9f2f2314-d7a1-4bfc-ab0c-62b119bd872b | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-334 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 67. | bae6890d-3e0f-4295-9cf8-1a9f703a3d47 | 8/23/2023 | 23-10598 / Bittrex, Inc. | C598-660 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 68. | b88500d8-6565-4ab9-90cc-49498f61a7bf | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10990 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 69. | 24200801-0220-4e81-b58d-536c58eca1e0 | 9/26/2023 | 23-10598 / Bittrex, Inc. | C598-1287 | $200.00 | Cardano (ADA) - 1000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 70. | 055c9b49-98bf-4809-91c0-2940d7164b86 | 6/14/2023 | 23-10597 / Desolation Holdings LLC | C597-432 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 71. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/14/2023 | 23-10597 / Desolation Holdings LLC | C597-506 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 72. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/14/2023 | 23-10597 / Desolation Holdings LLC | C597-507 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 73. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/19/2023 | 23-10597 / Desolation Holdings LLC | C597-511 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 74. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/21/2023 | 23-10597 / Desolation Holdings LLC | C597-512 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 75. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/21/2023 | 23-10597 / Desolation Holdings LLC | C597-513 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 76. | e9307589-d395-445d-aaa9-b31eeb5efaa2 | 8/7/2023 | 23-10598 / Bittrex, Inc. | C597-111 | $5,040.00 | Bitcoin (BTC) - 0.1239 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 77. | Not a customer | 8/12/2023 | 23-10597 / Desolation Holdings LLC | C597-136 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 78. | b4eb682c-12e0-4c32-892b-fef52a41d5ac | 7/11/2023 | 23-10598 / Bittrex, Inc. | C598-125 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 79. | 2cee3457-9a8a-4975-a0ad-086ada0971d9 | 9/22/2023 | 23-10597 / Desolation Holdings LLC | C597-485 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 80. | ef4d806f-a133-4dda-a703-e3a76603e490 | 10/27/2023 | 23-10598 / Bittrex, Inc. | C598-1379 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 81. | 84eeaa25-1ff2-49d5-9916-0e77a49f9497 | 6/6/2023 | 23-10598 / Bittrex, Inc. | C597-7 | $7,000.00 | Bitcoin (BTC) - UND, Cosmos (ATOM) - UND, Crypto.com (MCO) - UND, Diamond (DMD) - UND, Ethereum (ETH) - UND, Lunyr (LUN) - UND, PAL Network (PAL) - UND, Terra Luna Classic (LUNC) - UND, Terra Money (UST) - UND, UMA (UMA) - UND, USD Coin (USDC) - UND, VeriBlock (VBK) - UND, VeriCoin (VRC) - UND, xSigma (SIG) - UND, ZCash (ZEC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 82. | ea277a77-679a-4a5d-bbc6-2be54abc1a9c | 10/26/2023 | 23-10597 / Desolation Holdings LLC | C597-555 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 83. | f85de0e2-56b5-4fea-a277-43af5c588a3c | 8/14/2023 | 23-10597 / Desolation Holdings LLC | C597-138 | $208.15 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 84. | dbfa795d-ef8f-42c5-a622-098acb5487f2 | 8/29/2023 | 23-10600 / Bittrex Malta Ltd. | C600-67 | $68.78 | Cardano (ADA) - 25.6, Foresting (PTON) - 250, Horizen (ZEN) - 0.4, LBRY Credits (LBC) - 19.1, RavenCoin (RVN) - 30.66, ReddCoin (RDD) - 3418.6, Stellar Lumens (XLM) - 2.924, SynereoAmp (_AMP) - 22, XRP (XRP) - 50.132 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 85. | ff9bfe0-08e0-4b9f-8dc7-b491f08287f1 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10103 | $1,188.96 | XRP (XRP) - 2228.71306288 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 86. | 2f1abae1-5166-4241-baa4-cb56545c6656 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10847 | $350.00 | Bitcoin (BTC) - 0.02 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 87. | c5b3f79a-2f77-4b85-a662-9aecd473e8f7 | 9/5/2023 | 23-10597 / Desolation Holdings LLC | C597-10389 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 88. | 1cc9a6b8-eb7f-45ca-9db1-03c6cd971adf | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10902 | $3,289.23 | Cardano (ADA) - 12841.35001132, Ethereum (ETH) - 0.17234501 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 89. | 2c5e7ef5-22cc-4210-ac9e-03b14db21b9e | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10536 | N/A | Bitcoin (BTC) - 0.00560940, Ethereum (ETH) - 1.00000000, EthereumPoW (ETHW) - 1.00000000, Golem Network Token (GLM) - 1000.00000000, Tether (USDT) - 27.64366281 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 90. | Not a customer | 8/5/2023 | 23-10598 / Bittrex, Inc. | C598-243 | $1.02 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 91. | d814acf5-4755-4453-94e8-9619abcb7d4d | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10271 | $200.00 | Dogecoin (DOGE) - 332.29507736 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 92. | f2bc730b-a279-4aed-9ad1-856ea35e82f2 | 10/2/2023 | 23-10597 / Desolation Holdings LLC | C597-492 | N/A | Cardano (ADA) - 835 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 93. | Not a customer | 8/1/2023 | 23-10598 / Bittrex, Inc. | C598-186 | $41,402.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 94. | b02cdab5-98e5-4988-ba84-6db7f833ffe2 | 7/19/2023 | 23-10598 / Bittrex, Inc. | C597-85 | $51,496.06 | Waves (WAVES) - 33439.000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 95. | 92f9dd29-bfe5-43c6-8251-b5f48db0dac1 | 6/19/2023 | 23-10597 / Desolation Holdings LLC | C597-445 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 96. | ce7997fa-1ffe-4a23-baec-f26c13d10524 | 8/23/2023 | 23-10598 / Bittrex, Inc. | C597-225 | $4,820.00 | Bitcoin (BTC) - 0.12, Ethereum (ETH) - 1.49 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 97. | 309264df-f271-427b-8d42-536e66656a73 | 7/19/2023 | 23-10598 / Bittrex, Inc. | C597-82 | $3,000.00 | Bitcoin (BTC) - 0.09908523 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 98. | dca17422-7784-4454-9c89-c2127b69727f | 9/1/2023 | 23-10598 / Bittrex, Inc. | C597-346 | $7,000.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 99. | da18452f-b659-4ef0-8e5b-b8e991a9ab8b | 6/20/2023 | 23-10597 / Desolation Holdings LLC | C597-447 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 100. | 8cce19a8-fdff-4b28-a164-82e203ba649d | 8/2/2023 | 23-10598 / Bittrex, Inc. | C598-206 | N/A | Bitcoin SV (BSV) - 174.9 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 101. | 65f4538b-3e6f-4564-820b-0ef1fd258712 | 10/25/2023 | 23-10597 / Desolation Holdings LLC | C597-541 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 102. | 72f531dd-ca72-4301-be9d-357a65738fcf | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10299 | $6,000.00 | Hedera (HBAR) - 100.000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 103. | 88e75746-e1a6-4744-86a9-22f8aa85e1d0 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-449 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 104. | 6b5a9358-0eed-416d-8ae9-3967b28dfd6a | 10/30/2023 | 23-10597 / Desolation Holdings LLC | C597-574 | $24,000.00 | USD Coin (USDC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 105. | b6ec87fa-7e2f-45a2-aaea-663c12163b44 | 9/19/2023 | 23-10598 / Bittrex, Inc. | C598-1265 | $3,200.00 | Bitcoin SV (BSV) - 100 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 106. | 24139363-1625-4866-b67a-4e56f390ca50 | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-71 | $169.58 | Bitcoin Cash (BCHN) (BCH) - 0.031514, Ethereum (ETH) - 0.054549, Litecoin (LTC) - 0.920210 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 107. | 7fa692cc-2dc6-4bb8-895e-21952b682f58 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-957 | $5,000.00 | XRP (XRP) - 7000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 108. | 91a43eb6-42a7-4712-b0e4-c4c7933ca745 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10574 | $5,200.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 109. | 51bb956f-9c51-476f-b5a6-f34768178a15 | 7/3/2023 | 23-10597 / Desolation Holdings LLC | C597-36 | $600.00 | Bitcoin (BTC) - UND, Ethereum (ETH) - UND, Litecoin (LTC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 110. | 3bec3f3d-716e-4b6c-b3b8-dbea4e777714 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1108 | $270.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 111. | db12d67c-4e08-4727-8d5c-6dd8774d05a3 | 8/28/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-22 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 112. | f8e6e5cb-370d-47be-b2fc-66b76298a991 | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-701 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 113. | f8e6e5cb-370d-47be-b2fc-66b76298a991 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-743 | $4,630.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 114. | 68f48c34-ad0d-4dba-890a-95e7666ba87b | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10689 | $5,000.00 | Chainlink (LINK) - 132, Enjin (ENJ) - 2217, Firo (FIRO) - 496, Numeraire (NMR) - 28, Solve.Care (SOLVE) - 5738 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 115. | 74c9b849-9f2d-42ec-8748-a66bf94dd25d | 8/30/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-34 | $13.68 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 116. | cfb03a0a-8f4c-4cea-a5af-f4dd4911ae68 | 6/27/2023 | 23-10598 / Bittrex, Inc. | C597-30 | $96,206.49 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 117. | 0d5761c1-f7cb-4160-9b96-1943ce4784fa | 10/11/2023 | 23-10597 / Desolation Holdings LLC | C597-504 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 118. | d97a2ae8-e323-467e-a3ac-af2987f441fb | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-463 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 119. | eff92880-f4b4-42a1-adeb-920eb74b814e | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-822 | $700.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 120. | 6a01d86a-2dda-4893-a159-90ca968e0ddc | 8/31/2023 | 23-10598 / Bittrex, Inc. | C597-10135 | $7,421.72 | Cardano (ADA) - 6400, Dogecoin (DOGE) - 45000, TRON (TRX) - 200 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |