**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Re: D.I. 806** |

### NOTICE OF FILING OF PROPOSED REDACTED VERSION OF NOTICE OF ERRATA SHEET RE: DOCKET ENTRY NOS. 470 & 641

**PLEASE TAKE NOTICE** that, pursuant to Rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Azim Ghader, by and through his undersigned counsel, hereby files the attached proposed redacted version of the *Notice of Errata Sheet Re: Docket Entry Nos. 470 & 641* (D.I. 806) (the "Errata Sheet") with the United States Bankruptcy Court for the District of Delaware. The proposed redacted version of the Errata Sheet is attached hereto as **Exhibit A** (the "Proposed Redacted Document").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9018-1(d)(i), a motion to seal portions of the Errata Sheet is being filed contemporaneously herewith.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

| | |
|---|---|
| Dated: December 29, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>　　　　elazar.kosman@wbd-us.com<br>-and-<br><br>M. Rhett DeHart (admitted *pro hac vice*)<br>Womble Bond Dickinson (US) LLP<br>5 Exchange Street<br>Charleston, South Carolina 29401<br>Telephone: (843) 722-3400<br>Facsimile: (843) 723-7398<br>Email: rhett.dehart@wbd-us.com<br><br>*Counsel to Azim Ghader* |