# EXHIBIT A

**Proposed Redacted Document**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF ERRATA SHEET RE: DOCKET ENTRY NOS. 470 & 641**

**PLEASE TAKE NOTICE** that on October 22, 2023, Azim Ghader ("Mr. Ghader") filed his Response to Debtors' Objection to Claims 597-239, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-0052 [Docket No. 470] (the "Response"). In paragraph ▇ of the Response, Mr. Ghader stated: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ . ." In paragraph ▇ of the Response, Mr. Ghader stated: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇

Mr. Ghader files this Errata Sheet to correct the statements of paragraphs ▇ and ▇ of the Response. Specifically, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**PLEASE TAKE NOTICE** that on November 28, 2023, Mr. Ghader filed his Motion to Continue Hearing on Debtors' Objection to Mr. Ghader's Surviving Claims [Docket No. 641] (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

"Motion to Continue"). In paragraph ▮ of the Motion to Continue, Mr. Ghader stated: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In paragraph ▮ of the Motion to Continue, Mr. Ghader stated: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Mr. Ghader files this Errata Sheet to correct the statements of paragraphs ▮ and ▮ of the Motion to Continue. Specifically, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To the extent that the record indicates that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, by this Errata Sheet Mr. Ghader corrects the record ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dated: December 26, 2023  
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ M. Rhett DeHart*
M. Rhett DeHart (admitted *pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
5 Exchange Street
Charleston, South Carolina 29401
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
Email: rhett.dehart@wbd-us.com

-and-

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
           elazar.kosman@wbd-us.com

*Counsel to Azim Ghader*