**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al*.,[1]<br><br>             Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 806**<br><br><u>**Objection Deadline:**</u><br>**January 9, 2024 at 4:00 p.m. (ET)**<br><u>**Hearing Date:**</u><br>**January 16, 2024 at 10:00 a.m. (ET)** |

**AZIM GHADER'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE
FILING UNDER SEAL OF PORTIONS OF THE NOTICE OF ERRATA SHEET**

      Azim Ghader ("<u>Mr. Ghader</u>"), through his undersigned counsel, hereby moves (this "<u>Motion</u>") for entry of an order, pursuant to section 107 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("<u>Local Rules</u>"), substantially in the form attached hereto as **Exhibit A** (the "<u>Proposed Order</u>"), authorizing Mr. Ghader to file under seal portions the *Notice of Errata Sheet Re: Docket Entry Nos. 470 & 641* (D.I. 806) (the "<u>Errata Sheet</u>"). In support of this Motion, Mr. Ghader respectfully states as follows:

**JURISDICTION & VENUE**

      1.      The United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

*Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Mr. Ghader confirms his consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The legal predicates for the relief requested herein are section 107 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

## BACKGROUND

4.     On December 26, 2023, Mr. Ghader filed the Errata Sheet.

5.     The Errata Sheet, when coupled with other information about Mr. Ghader on the docket, contains certain of his confidential personally identifiable information.

## RELIEF REQUESTED

6.     By this Motion, Mr. Ghader seeks entry of the Proposed Order, authorizing him to file portions of the Errata Sheet under seal.

## BASIS FOR RELIEF

7.     Section 105(a) of the Bankruptcy Code codifies the Court's inherent equitable powers and empowers it to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).  Furthermore, section 107 of the Bankruptcy Code, as implemented by Bankruptcy Rule 9018, provides:

> (c) (1) The bankruptcy court, for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue

risk of identity theft or other unlawful injury to the individual or the individual's property:

(A) Any means of identification (as defined in section 1028(d) of title 18) contained in a paper filed, or to be filed, in a case under this title.

(B) Other information contained in a paper described in subparagraph (A).

11 U.S.C. § 107(c) ("means of identification" being defined to include certain types of identifying information). Furthermore, Bankruptcy Rule 9037 also protects parties against disclosure of certain personal data identifiers.

8. The Errata Sheet, when coupled with other information about Mr. Ghader on the docket,[2] contains certain confidential personally identifiable information of Mr. Ghader that is protected from public disclosure pursuant sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rules 9037 and 9018.

9. Therefore, sufficient cause exists for the Court to grant the relief requested in this Motion for authority to seal the personally identifiable information contained in the Errata Sheet.

## NOTICE

10. Notice of this Motion will be given to: (a) the Office of the U.S. Trustee for the District of Delaware; (b) counsel to the Plan Administrator; and (c) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, Mr. Ghader submits that no other or further notice is required.

## CERTIFICATION PURSUANT TO LOCAL RULE 9018-1(d)

11. Pursuant to Local Rule 9018-1(d)(ii), Mr. Ghader separately filed a proposed redacted version of the Errata Sheet on the docket. *See* D.I. 815 (the "Proposed Redacted

---

[2] Given recent developments in these cases and other pending motions by Mr. Ghader, Mr. Ghader seeks to have portions of the Errata Sheet redacted from public disclosure.

Document"). Because Mr. Ghader is the filer of this sealing Motion, as well as the only Holder of Confidentiality Rights (as discussed in Local Rule 9018-1(d)) with respect to the information sought to be sealed by this Motion, undersigned Delaware counsel to Mr. Ghader asserts that, in accordance with Local Rule 9018-1(d)(iv)(e), to the best of counsel's knowledge, information and belief, the Errata Sheet does not contain information subject to the Confidentiality Rights of another Holder of Confidentiality Rights (other than Mr. Ghader).

WHEREFORE, Mr. Ghader respectfully requests the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, and grant such further relief as the Court deems just and proper.

Dated: December 29, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
          elazar.kosman@wbd-us.com

-and-

M. Rhett DeHart (admitted *pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
5 Exchange Street
Charleston, South Carolina 29401
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
Email: rhett.dehart@wbd-us.com

*Counsel to Azim Ghader*