# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Objection Deadline:**<br>January 9, 2024 at 4:00 p.m. (ET)<br>**Hearing Date:**<br>January 16, 2024 at 10:00 a.m. (ET) |

## NOTICE OF AZIM GHADER'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF PORTIONS OF THE NOTICE OF ERRATA SHEET

**PLEASE TAKE NOTICE** that, on December 29, 2023, Azim Ghader ("Mr. Ghader"), by and through his undersigned counsel, filed *Azim Ghader's Motion for Entry of an Order Authorizing the Filing Under Seal of Portions of the Notice of Errata Sheet* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 9, 2024 at 4:00 p.m. (ET)** and served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **January 16, 2024 at 10:00 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: December 29, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>        elazar.kosman@wbd-us.com<br>-and-<br><br>M. Rhett DeHart (admitted *pro hac vice*)<br>Womble Bond Dickinson (US) LLP<br>5 Exchange Street<br>Charleston, South Carolina 29401<br>Telephone: (843) 722-3400<br>Facsimile: (843) 723-7398<br>Email: rhett.dehart@wbd-us.com<br><br>*Counsel to Azim Ghader* |