# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al*.,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 815 & 818** |

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, hereby certify that on December 29, 2023, I caused a copy of the following documents to be served upon the parties on the attached Service List, **Exhibit A**, via electronic mail and first-class mail and, **Exhibit B**, via first-class mail.

- *Notice of Filing of Proposed Redacted Version of Notice of Errata Sheet Re: Docket Entry Nos. 470 & 641* [Docket No. 815]

- *Azim Ghader's Motion for Entry of an Order Authorizing the Filing Under Seal of Portions of the Notice of Errata Sheet* [Docket No. 818]

Dated: December 29, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
          elazar.kosman@wbd-us.com

*Counsel to Azim Ghader*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.