# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

## DECLARATION OF DAVID MARIA IN SUPPORT OF PLAN ADMINISTRATOR'S OBJECTION TO CLAIMS C598-677 AND C597-237 FILED BY SANGYUB HAN PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3007

I, David Maria, Plan Administrator of the above-captioned debtors and their debtor affiliates (collectively, the "Debtors" or the "Wind Down Entity"), pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Plan Administrator of the Wind Down Entity as of the Effective Date. I have served as the General Counsel and Chief Legal Officer for Bittrex, Inc. ("BUS") since December 2022 and previously as BUS's Head of Litigation and Regulatory Affairs since May 2021.

2. In my capacity as the Plan Administrator, I am generally familiar with the Debtors' day-to-day operations, business, financial affairs, and ongoing restructuring efforts. Accordingly, I am in all respect competent to make this declaration (the "Declaration").

3. I am over the age of eighteen and, as the Plan Administrator, I am authorized to submit this Declaration. All statements in this Declaration are based upon my personal knowledge,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

11606-00001C/14608908.2

or my review (or the review of others under my supervision) of (a) business books and records kept by the Debtors in the ordinary course of business, (b) the relevant proof of claim, (c) the Schedules, and/or (d) the official register of claims filed in these chapter 11 cases. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

4. The Claim was carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Wind Down Entity, Berkeley Research Group, LLC, Quinn Emanuel Urquhart & Sullivan LLP, and/or Young Conaway Stargatt & Taylor, LLP.

5. Mr. Han created an account with Bittrex, Inc. ("BUS") on August 2, 2017, but did not accept the terms of service.

6. As of the Petition Date, Mr. Han's account held the following cryptocurrencies: 0.05140221 BTC; with a total value as of the petition date of $1,428.

7. Mr. Han withdrew all of the assets associated with his account on August 29, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: December 29, 2023

                                                                                               */s/ David Maria*
                                                                                               David Maria