# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Objection Deadline: January 12, 2024 at 4:00 p.m. (ET)** <br> **Hearing Date: January 31, 2024 at 10:00 a.m. (ET)** |

## NOTICE OF BITTREX INC.'S SUBSTANTIVE OBJECTION TO PROOF OF CLAIM FILED BY FTX TRADING LTD., *ET AL*. (CLAIM NO. 1099)

**PLEASE TAKE NOTICE** that Bittrex, Inc. ("BUS"), one of the debtors and debtors in possession in the above-captioned case, through its undersigned counsel has filed *Bittrex Inc.'s Substantive Objection to Proof of Claim Filed by FTX Trading Ltd., et al. (Claim No. 1099)* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, any responses to the relief requested in the Objection, must be filed on or before **January 12, 2024 at 4:00 p.m. (ET)** ("Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the response upon the undersigned counsel for BUS on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Objection will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **January 31, 2024 at 10:00 a.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle WA 98104.

**PLEASE TAME FURTHER NOTICE THAT, IF NO RESPONSES TO THE OBJECTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY G SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 29, 2023
Wilmington, Delaware

Respectfully submitted,

*/s/ R. Stephen McNeill*
L. Katherine Good (No. 5101)
R. Stephen McNeill (No. 5210)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  kgood@potteranderson.com
           rmcneill@potteranderson.com

*Conflicts Counsel to Bittrex, Inc*