# EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | Re: Docket No. ____ |

### ORDER GRANTING BITTREX INC.'S OBJECTION TO CLAIM NO. 1099

Upon the objection (the "Objection"), of Bittrex, Inc., one of the above-captioned debtors and debtors-in-possession, for entry of an order disallowing and expunging that certain proof of claim numbered 1099 (the "Claim") filed against the Debtors' estates by FTX Trading Ltd., and its debtor affiliates in Case No. 23-10598 pending in this Court, all as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the relief sought in the Objection is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle WA 98104.

11212046v.7

2

**IT IS HEREBY ORDERED THAT:**

1. The Objection is GRANTED as set forth herein.

2. The Claim is hereby disallowed and expunged in its entirety.

3. The Debtors' court-appointed claims and noticing agent, is authorized and directed to delete the Claim from the official claims register in these Chapter 11 Cases.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.