**EXHIBIT 2**

**Assignment**

## ASSIGNMENT AND ASSUMPTION OF LOAN AGREEMENT

This ASSIGNMENT AND ASSUMPTION OF LOAN AGREEEMENT (the "**Assignment Agreement**"), dated as of April 8, 2022 (the "**Effective Date**"), is entered into by and among Alameda Research LLC ("**Assignor**"), a Delaware limited liability company, Alameda Research Ltd ("**Assignee**"), a limited company organized under the laws of the British Virgin Islands, and Bittrex, Inc. ("**Bittrex**"), a Delaware corporation (collectively, the "**Parties**" and individually, a "**Party**").

## RECITALS

**WHEREAS**, the Parties have determined that it is desirable and in their best interests to assign that certain Master Digital Currency Loan and Security Agreement (the "**Contract**") entered into between Assignor and Bittrex, dated as of December 11, 2018;

**WHEREAS**, the Parties now wish to formally assign the Contract as of the Effective Date pursuant to Section 11.5 of the Contract;

**WHEREAS**, the Parties further agree that no compensation is due in connection with this assignment of the underlying Contract or any outstanding loans issued to Assignor pursuant to the Contract;

**WHEREAS**, Assignee agrees to assume all responsibilities, interests, and obligations of Assignor under the Contract prior to this Assignment Agreement;

**NOW, THEREFORE**, in consideration of the premises and mutual promises hereinafter set forth, the Parties agree as follows:

1. <u>Assignment and Assumption</u>. Assignor hereby unconditionally sells, conveys, transfers and assigns to Assignee all of Assignor's right, title and interest in, to and under the Contract. Assignee hereby accepts assignment and conveyance of all of Assignor's rights, title, and interest in, to and under the Contract and does hereby assume, and undertake and agree to hereafter pay, perform, and discharge any liabilities, obligations, and commitments of Assignor arising out of or relating to the Contract. No other provision of the Contract is hereby modified, and except as specifically stated in the Contract, no provision of the Contract shall be modified unless in writing signed by the parties to the Contract.

2. <u>Consent to Assignment</u>. Bittrex acknowledges and agrees to the assignment by Assignor of its rights and obligations under the Contract to Assignee.

3. <u>Successors and Assigns</u>. This Assignment Agreement is binding on all parties who lawfully succeed to the rights or take the place of Assignor or Assignee pursuant to Section 11.5 of the Contract.

4. <u>Tax Filings</u>. The Parties will make all necessary tax filings as required by law or requested by the other Party.

5. <u>Governing Law and Jurisdiction</u>.  This Assignment Agreement shall be governed by, and shall be construed and enforced under, the laws of the State of Washington applicable to contracts made and to be performed wholly within such State, without regard to any choice or conflict of laws rules. If a dispute arises out of or relates to this Assignment Agreement, or the breach thereof, and if said dispute cannot be settled through negotiation it shall be finally resolved by arbitration administered in the City of Seattle, State of Washington by the American Arbitration Association under its Commercial Arbitration Rules, or such other applicable arbitration body as required by law or regulation, and judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction. If any proceeding is brought for the enforcement of this Assignment Agreement, then the successful or prevailing party shall be entitled to recover attorneys' fees and other costs incurred in such proceeding in addition to any other relief to which it may be entitled.

6. <u>Amendments</u>.  Neither this Assignment Agreement nor any of the terms hereof may be terminated, amended or waived orally, but not only by an instrument in writing executed by the each of the parties.

7. <u>Severability</u>.  If any term of provision of this Assignment Agreement is held by a court of competent jurisdiction or other authority to be invalid, void or unenforceable, the remainder of the terms and provisions of this Assignment Agreement shall be in no way affected, impaired or invalidated.

8. <u>Further Assurances</u>.  For the consideration aforesaid, Assignor agrees that it shall promptly execute and deliver to Assignee any and all such further assignments, endorsements and other documents as Assignee may reasonably request in order to vest in or confirm to Assignee, its successors and assigns, the Contract hereby assigned.

9. <u>No Third Party Beneficiary</u>.  Nothing expressed or implied herein is intended or shall be construed to confer upon or give to any person or other entity other than the Parties hereto and the other party to the Contract assigned hereunder any right, remedy or claim by reason of this Assignment Agreement.

10. <u>Counterparts</u>.  This Assignment Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument and it shall not be necessary in making proof of this Assignment Agreement to produce or account for more than one such counterpart.

*SIGNATURE PAGE TO FOLLOW*

IN WITNESS WHEREOF, the Parties hereto have caused this Assignment Agreement to be effective as of the date first above written.

**ALAMEDA RESEARCH LLC**

By: *Sam Bankman-Fried*
        672DA88132804B9...

Name: Sam Bankman-Fried

Title: _____

**ALAMEDA RESEARCH LTD**

By: *Caroline Ellison*
        198B1A7CC5A74E7...

Name: Caroline Ellison

Title: _____

**BITTREX, INC.**

By: *James Waschak*
        84774038A8F9457...

Name: James Waschak

Title: COO

Assignment Agreement

3