IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | Objection Deadline: January 18, 2024 at 4:00 p.m. (ET) |

**SUMMARY OF THIRD MONTHLY AND FINAL FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE INTERIM PERIOD FROM OCTOBER 1, 2023 THROUGH NOVEMBER 15, 2023, AND THE FINAL PERIOD FROM MAY 8, 2023 THROUGH NOVEMBER 15, 2023**

| | |
|---|---|
| Name of Applicant: | Omni Agent Solutions, Inc. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | May 8, 2023 |
| Monthly Period for which compensation and reimbursement is sought: | October 1, 2023 through November 15, 2023 |
| Monthly Amount of Compensation sought as actual, reasonable and necessary: | $41,217.60 |
| Monthly Amount of Expense Reimbursement Sought as actual, reasonable and necessary: | $0.00 |
| Final Period for which compensation and reimbursement is sought: | May 8, 2023 through November 15, 2023 |
| Final Amount of Compensation sought as actual, reasonable and necessary: | $83,030.80 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

31120118.1

Final Amount of Expense Reimbursement
sought as actual, reasonable and necessary:     $0.00

This is a:  __X__ monthly  __X__ final application

Prior applications:

| Date Filed; Docket No. | Period Covered | Requested | | Authorized to Pay | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 6/28/23 Dkt. 148 | 5/8/23 – 5/30/23 | $14,750.80 | $0.00 | $11,800.64 | $0.00 |
| 10/20/23 Dkt. 469 | 6/1/23 – 9/30/23 | $33,828.00 | $0.00 | $27,062.40 | $0.00 |
| Total | | **$48,578.80** | **$0.00** | **$38,863.04** | **$0.00** |

### MONTHLY COMPENSATION BY INDIVIDUAL

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Ada Ferrer | 10.3 | $155.00 | $1,596.50 |
| Ashley Dionisio | 17.5 | $155.00 | $2,712.50 |
| Brittney Whitaker | 64.2 | $240.00 | $15,408.00 |
| Carey Steinberg | 1.4 | $110.00 | $154.00 |
| Carolyn Cashman | 3.0 | $175.00 | $525.00 |
| Carrie Hernandez | 4.4 | $175.00 | $770.00 |
| Cindy Sloop | 7.6 | $100.00 | $760.00 |
| David Green | 8.1 | $155.00 | $1,255.50 |
| Emma Guandique | 45.8 | $165.00 | $7,557.00 |
| Javon Couch | 5.3 | $145.00 | $768.50 |
| Jeriad Paul | 0.4 | $240.00 | $96.00 |
| John Doherty | 2.0 | $170.00 | $340.00 |
| Kaitlyn Wolf | 0.3 | $145.00 | $43.50 |
| Karen Graves | 3.8 | $145.00 | $551.00 |
| Katie Nownes | 0.2 | $240.00 | $48.00 |
| Katie Nownes | 0.2 | $200.00 | $40.00 |
| Kim Steverson | 18.1 | $240.00 | $4,344.00 |
| Luis Solorzano | 32.8 | $240.00 | $7,872.00 |
| Lyanne Ramirez | 1.4 | $135.00 | $189.00 |
| Marjan Neuman | 1.4 | $120.00 | $168.00 |
| Mauricio Azucena | 3.3 | $125.00 | $412.50 |
| Michelle Ignacio | 10.1 | $175.00 | $1,767.50 |
| Paul Story | 18.5 | $155.00 | $2,867.50 |
| Paula Gray | 0.7 | $160.00 | $112.00 |

31120118.1

| | | | |
|---|---|---|---|
| Sejal Kelly | 1.1 | $240.00 | $264.00 |
| Tara Saldajeno | 7.0 | $120.00 | $840.00 |
| Yelena Bederman | 0.3 | $200.00 | $60.00 |
| **SUBTOTAL** | **269.2** | ---- | **$51,522.00** |
| **DISCOUNT** | ---- | ---- | **($10,304.40)** |
| **ADJ. TOTAL** | **269.2** | ---- | **$41,217.60** |

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Total |
|---|---|---|
| Preparation of Schedules/SoFAs | 0.2 | $40.00 |
| Balloting/Solicitation | 269.0 | $51,482.00 |
| **SUBTOTAL** | **269.2** | **$51,522.00** |
| **DISCOUNT** | ---- | **($10,304.40)** |
| **ADJ. TOTAL** | **269.2** | **$41,217.60** |

## FINAL COMPENSATION BY INDIVIDUAL

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Ada Ferrer | 10.3 | $155.00 | $1,596.50 |
| Angelique Okita | 1 | $185.00 | $185.00 |
| Ashley Dionisio | 17.5 | $155.00 | $2,712.50 |
| Brittney Whitaker | 24.8 | $200.00 | $4,960.00 |
| Brittney Whitaker | 94.0 | $240.00 | $22,560.00 |
| Carey Steinberg | 1.4 | $110.00 | $154.00 |
| Carolyn Cashman | 3.0 | $175.00 | $525.00 |
| Carrie Hernandez | 4.4 | $175.00 | $770.00 |
| Cindy Sloop | 7.6 | $100.00 | $760.00 |
| David Green | 9.6 | $155.00 | $1,488.00 |
| David Neece | 1.4 | $155.00 | $217.00 |
| Emma Guandique | 45.8 | $165.00 | $7,557.00 |
| Javon Couch | 8.3 | $145.00 | $1,203.50 |
| Jeriad Paul | 0.4 | $240.00 | $96.00 |
| John Doherty | 2.0 | $170.00 | $340.00 |
| Kaitlyn Wolf | 0.3 | $145.00 | $43.50 |
| Karen Graves | 3.8 | $145.00 | $551.00 |
| Katie Nownes | 0.8 | $200.00 | $160.00 |
| Katie Nownes | 1.7 | $240.00 | $408.00 |
| Kim Steverson | 22.0 | $240.00 | $5,280.00 |
| Luis Solorzano | 7.9 | $200.00 | $1,580.00 |
| Luis Solorzano | 35.0 | $240.00 | $8,400.00 |
| Lyanne Ramirez | 2.1 | $135.00 | $283.50 |

31120118.1

| | | | |
|---|---|---|---|
| Marjan Neuman | 1.4 | $120.00 | $168.00 |
| Mauricio Azucena | 3.3 | $125.00 | $412.50 |
| Michelle Ignacio | 50.0 | $175.00 | $8,750.00 |
| Noah Hurst | 9.8 | $145.00 | $1,421.00 |
| Paul Story | 31.5 | $155.00 | $4,882.50 |
| Paula Gray | 0.7 | $160.00 | $112.00 |
| Sejal Kelly | 107.2 | $200.00 | $21,440.00 |
| Sejal Kelly | 1.1 | $240.00 | $264.00 |
| Tara Saldajeno | 13.9 | $120.00 | $1,668.00 |
| Yelena Bederman | 14.2 | $200.00 | $2,840.00 |
| **SUBTOTAL** | **538.2** | ---- | **$103,788.50** |
| **DISCOUNT** | ---- | ---- | **($20,757.70)** |
| **TOTAL** | **538.2** | ---- | **$83,030.80** |

## FINAL COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Total |
|---|---|---|
| Preparation of Schedules/SoFAs | 168.8 | $32,876.50 |
| Balloting/Solicitation | 369.4 | $70,912.00 |
| **SUBTOTAL** | **538.2** | **$103,788.50** |
| **DISCOUNT** | ---- | **($20,757.70)** |
| **ADJ. TOTAL** | **538.2** | **$83,030.80** |

31120118.1

## SUMMARY OF FINAL APPLICATION

| Name of Applicant | Omni Agent Solutions, Inc. |
|---|---|
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by Final Application | May 8, 2023 through November 15, 2023 |
| Total compensation sought during the Final Application Period | $83,030.80 |
| Total expenses sought during the Final Application Period | $0.00 |
| Petition Date | May 8, 2023 |
| Retention Date | May 8, 2023 |
| Date of order approving employment | June 8, 2023 [Dkt. #114] |
| Total compensation approved by interim order to date | $38,863.04 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the Final Application for all timekeepers | $154.27 |
| Compensation sought in the Final Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $38,863.04 |
| Expenses sought in the Final Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in the Final Application | 29 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Objection Deadline: January 18, 2024 at 4:00 p.m. (ET)** |

**SUMMARY OF THIRD MONTHLY AND FINAL FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE INTERIM PERIOD FROM OCTOBER 1, 2023 THROUGH NOVEMBER 15, 2023, AND THE FINAL PERIOD FROM MAY 8, 2023 THROUGH NOVEMBER 15, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Granting the Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Omni Agent Solutions as Administrative Agent Effective as of the Petition Date* [Docket No. 114] (the "**Retention Order**"), and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 102] (the "**Interim Compensation Order**"), Omni Agent Solutions, Inc. ("**Omni**") hereby applies (this "**Application**") to the United States Bankruptcy Court for the District of Delaware (the "**Court**") for reasonable compensation for professional legal services rendered as administrative agent to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), in the amount of $41,217.60, together with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

31120118.1

reimbursement for actual and necessary expenses incurred in the amount of $0.00, for the monthly period from October 1, 2023 through and including November 15, 2023 (the "**Monthly Fee Period**"), and in the amount of $83,030.80, together with reimbursement for actual and necessary expenses incurred in the amount of $0.00, for the final period from May 8, 2023 through and including November 15, 2023 (the "**Final Fee Period**").  In support of this Application, Omni respectfully represents as follows:

## BACKGROUND

1. On May 8, 2023 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, Omni was retained to represent the Debtors as administrative agent in connection with these chapter 11 cases, effective as of the Petition Date. The Retention Order authorizes Omni to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. All services for which compensation is requested herein by Omni were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

4. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Monthly Fee Period, showing the amount of $41,217.60 due for fees.

5. The services rendered by Omni during the Monthly Fee Period are grouped into the categories set forth in **Exhibit A**.  The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

6. To provide a meaningful summary of the services rendered by Omni to the Debtors and their estates, Omni established, in accordance with its internal billing procedures, certain subject project categories (each, a "Project Category") in connection with the chapter 11 cases. The following is a summary of the professional services rendered by Omni during the Monthly Fee Period. This summary of services is not intended to be a detailed description of the work performed; rather, this summary highlights certain areas in which services were rendered to the Debtors and identifies some of the matters and issues that Omni was required to address during the Monthly Fee Period.

    A.    Preparation of Schedules and Statements of Financial Affairs

        Fees: $32.00;   Total Hours: .2

        This category includes work performed by Omni in assisting the Debtors in the preparation of each of their schedules and statements of financial affairs.

    B.    Balloting

        Fees: $41,185.60;   Total Hours: 269.0

        This category includes all services provided by Omni with respect to the preparation, solicitation, and tabulation of ballots relating to the Debtors' Amended Joint Chapter 11 Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code. This category further includes the preparation of, and revisions to, the Declaration of Kim D. Steverson of Omni Agent Solutions, Inc. Regarding Solicitation of Votes and Tabulation of Ballots on the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Affiliated Debtors.

**VALUATION OF SERVICES**

7. Omni's professionals expended a total of 269.2 hours in connection with this matter during the Monthly Fee Period.

8. The amount of time spent by each of these persons providing services to the Debtors for the Monthly Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. The rates contained therein generally reflect hourly rates of compensation for work of this character. The

reasonable value of the services rendered by Omni for the Monthly Fee Period as administrative agent for the Debtors in these cases is $41,217.60.

9. Omni believes that the time entries included in **Exhibit A** attached hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

## DISBURSEMENTS

11. Omni incurred no expenses during the Monthly Fee Period.

## REQUEST FOR FINAL APPROVAL OF FEES AND EXPENSES

12. By this Application, Omni seeks final approval of all fees and expenses incurred during the Final Fee Period in the amounts of $83,030.80 and $0.00, respectively. During the Final Fee Period, Omni performed necessary services for the Debtors and their estates. As set forth more fully in prior monthly applications, which are incorporated herein by reference, and this Application, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

31120118.1

## CONCLUSION

WHEREFORE, Omni requests that allowance be made to it in the sum of $41,217.60 as compensation for necessary professional services rendered to the Debtors for the Monthly Fee Period, and the sum of $0.00 for reimbursement of actual necessary costs and expenses incurred during that Monthly Fee Period, and in the sum of $83,030.80 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $0.00 for reimbursement of actual necessary costs and expenses incurred during the Final Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated:  December 29, 2023  
         New York, New York

Respectfully Submitted,

*/s/ Paul H. Deutch*  
**OMNI AGENT SOLUTIONS, INC.**  
Paul H. Deutch  
1120 Avenue of the Americas, 4th Fl.  
New York, NY 10036  
Telephone:  (212) 302-3580  
Email:   pdeutch@omniagnt.com

*Administrative Agent for Debtors and Debtors in Possession*

31120118.1

5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**DECLARATION OF PAUL H. DEUTCH IN SUPPORT OF THIRD MONTHLY AND FINAL FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE INTERIM PERIOD FROM OCTOBER 1, 2023 THOUGH NOVEMBER 15, 2023, AND THE FINAL PERIOD FROM MAY 8, 2023 THROUGH NOVEMBER 15, 2023**

I, Paul H. Deutch, declare under the penalty of perjury that:

1. I am the Executive Vice President of Omni Agent Solutions ("Omni"), which serves as administrative agent to the debtors and debtors-in-possession (the "**Debtors**").

2. I am familiar with the work performed by Omni on behalf of the Debtors.

3. I have reviewed the foregoing Third Monthly and Final Fee Application of Omni Agent Solutions, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Administrative Agent to the Debtors and Debtors in Possession for the Interim Period From October 1, 2023 Through November 15, 2023, and the Final Period from May 8, 2023 Through November 15, 2023 (the "**Application**"). The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-2 and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

31120118.1

submit that the Fee Application complies with such Rule.

Dated: December 29, 2023
/s/ Paul H. Deutch
PAUL H. DEUTCH