# EXHIBIT A



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

November 15, 2023

Bittrex, Inc. - 327

**Invoice Number: 12222**
Invoice Period: 10-01-2023 - 10-31-2023

Payment Terms: Upon Receipt

**RE: Multiple Matters**

## Schedules & Sofa's

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-09-2023 | Katie Nownes | Review e-mail received and respond to P. Tomasco @ QE re: filed Schedule F information | 0.20 | 200.00 | 40.00 |
| | | **Total** | | | 40.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Katie Nownes | 0.20 | 200.00 | 40.00 |
| **Total** | | | 40.00 |

## Solicitation

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-02-2023 | David Green | Conference call with B. Whitaker, D. Neece, Y. Bederman, M. Ignacio, M. Bishay, J. Canaber re solicitation preparations and requirements | 0.50 | 155.00 | 77.50 |
| 10-02-2023 | David Green | Prepare eballoting requirements for IT development team | 1.10 | 155.00 | 170.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-02-2023 | Michelle Ignacio | Updates to customer claims objection data in plan class report, solicitation | 1.20 | 175.00 | 210.00 |
| 10-02-2023 | Luis Solorzano | Review solicitation documents and draft plan class report in preparation for service and tabulation | 1.50 | 240.00 | 360.00 |
| 10-02-2023 | Luis Solorzano | Perform quality assurance on noticing instruction, service list and service documents for Solicitation | 2.10 | 240.00 | 504.00 |
| 10-02-2023 | Michelle Ignacio | Prepare/create plan class report | 0.70 | 175.00 | 122.50 |
| 10-02-2023 | Paul Story | Prepare eballoting application | 6.00 | 155.00 | 930.00 |
| 10-02-2023 | Emma Guandique | Perform quality assurance on draft ballots | 0.50 | 165.00 | 82.50 |
| 10-02-2023 | Kim Steverson | Call with QE Team and B. Whitaker @ Omni re solicitation | 0.50 | 240.00 | 120.00 |
| 10-02-2023 | Kim Steverson | Review and reformat Confirmation Hearing Notice | 0.90 | 240.00 | 216.00 |
| 10-02-2023 | Kim Steverson | Coordinate with Noticing Team re sample of Confirmation Hearing Notice | 0.50 | 240.00 | 120.00 |
| 10-02-2023 | Tara Saldajeno | Prepare and setup solicitation online balloting portal | 0.50 | 120.00 | 60.00 |
| 10-02-2023 | Tara Saldajeno | Perform quality assurance on prepared solicitation online balloting portal | 4.10 | 120.00 | 492.00 |
| 10-02-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-02-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re claim objections and revisions | 0.20 | 240.00 | 48.00 |
| 10-02-2023 | Brittney Whitaker | Coordinate with IT and Case Management Teams re QC development testing re eBalloting portal | 2.50 | 240.00 | 600.00 |
| 10-02-2023 | Lyanne Ramirez | Perform quality assurance on prepared solicitation online balloting portal | 0.60 | 135.00 | 81.00 |
| 10-02-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re Claims objection discussion | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-02-2023 | Brittney Whitaker | Conference call with K. Steverson @ Omni; QE Team and BRG re solicitation process | 0.50 | 240.00 | 120.00 |
| 10-02-2023 | Brittney Whitaker | Coordinate with Data Management and IT Teams regarding revisions to Plan Class report, solicitation counts for solicitation | 4.50 | 240.00 | 1,080.00 |
| 10-02-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re Plan class report | 0.20 | 240.00 | 48.00 |
| 10-02-2023 | Brittney Whitaker | Review e-mail received and respond to B. Howell @ QE re plan class report | 0.20 | 240.00 | 48.00 |
| 10-02-2023 | Brittney Whitaker | Review e-mail received and respond to S. Pensavalli @ BRG re plan class report revisions | 0.20 | 240.00 | 48.00 |
| 10-03-2023 | Brittney Whitaker | Review e-mail received and respond to P. Tomasco @ QE re (.2) confirmation hearing notice, (.2) revised 2x1 | 0.40 | 240.00 | 96.00 |
| 10-03-2023 | Brittney Whitaker | Coordinate with Case Management and Solicitation team re USB index and USB creations | 0.50 | 240.00 | 120.00 |
| 10-03-2023 | Brittney Whitaker | Review e-mail received and respond to J. Caytas @ QE re non plan class tab | 0.20 | 240.00 | 48.00 |
| 10-03-2023 | Brittney Whitaker | Review e-mail received and respond to B. Howell @ QE re revisions to plan class report | 0.20 | 240.00 | 48.00 |
| 10-03-2023 | Brittney Whitaker | Call with B. Howell @ QE re plan class report review and final documents for solicitation | 0.30 | 240.00 | 72.00 |
| 10-03-2023 | Brittney Whitaker | Review e-mail received and respond to B. Howell @ QE re final approval | 0.20 | 240.00 | 48.00 |
| 10-03-2023 | Brittney Whitaker | Conference call with S. Pensavalli and S. Claypoole @ BRG re claim objections and Plan Class Report | 0.30 | 240.00 | 72.00 |
| 10-03-2023 | Brittney Whitaker | Supervise and QC Hardcopy Service of Documents - Solicitation packages | 2.20 | 240.00 | 528.00 |
| 10-03-2023 | Brittney Whitaker | Coordinate with Data Management and IT Teams regarding revisions to Plan Class report, solicitation counts for solicitation | 3.20 | 240.00 | 768.00 |
| 10-03-2023 | Lyanne Ramirez | Perform quality assurance on prepared solicitation online balloting portal | 0.40 | 135.00 | 54.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-03-2023 | Brittney Whitaker | Coordinate with IT and Case Management Teams re QC development testing re eBalloting portal | 2.10 | 240.00 | 504.00 |
| 10-03-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-03-2023 | Tara Saldajeno | Perform quality assurance on prepared solicitation online balloting portal | 2.40 | 120.00 | 288.00 |
| 10-03-2023 | Paul Story | Prepare eballoting application | 6.00 | 155.00 | 930.00 |
| 10-03-2023 | Yelena Bederman | Conference call with B. Whitaker & IT team re: solicitation email service | 0.20 | 200.00 | 40.00 |
| 10-03-2023 | Luis Solorzano | Perform quality assurance on noticing instruction, service list and service documents for Solicitation | 2.30 | 240.00 | 552.00 |
| 10-03-2023 | David Green | Calls with B. Whitaker, D. Neece, Y. Bederman, M. Ignacio, M. Bishay, J. Canaber re solicitation preparations and requirements | 0.60 | 155.00 | 93.00 |
| 10-03-2023 | David Green | Conference call with J. Canaber re solicitation preparations and requirements | 0.10 | 155.00 | 15.50 |
| 10-03-2023 | Michelle Ignacio | Call with D Green, B Whitaker, L Solorzano, J Canaber, M Bishay @ Omni re Bittrex Plan Class report | 0.30 | 175.00 | 52.50 |
| 10-03-2023 | Luis Solorzano | Review solicitation documents and draft plan class report in preparation for service and tabulation | 1.90 | 240.00 | 456.00 |
| 10-03-2023 | Javon Couch | Perform quality assurance on plan class report incorporating client change requests | 1.20 | 145.00 | 174.00 |
| 10-03-2023 | Javon Couch | Review plan class report and load to ShareVault | 0.10 | 145.00 | 14.50 |
| 10-03-2023 | Michelle Ignacio | Develop code for solicitation service for parties split email only groups, mail service only groups | 2.00 | 175.00 | 350.00 |
| 10-03-2023 | Michelle Ignacio | Prepare/create plan class report | 2.00 | 175.00 | 350.00 |
| 10-03-2023 | Lyanne Ramirez | Preparing email template to include link for confirmation hearing notice | 0.40 | 135.00 | 54.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-03-2023 | Brittney Whitaker | Review e-mail received and respond to D. Collins @ BRG re final plan class approval | 0.20 | 240.00 | 48.00 |
| 10-03-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re revised plan class report | 0.20 | 240.00 | 48.00 |
| 10-03-2023 | Brittney Whitaker | Review e-mail received and respond to P. Tomasco @ QE re voting amount update | 0.20 | 240.00 | 48.00 |
| 10-03-2023 | Brittney Whitaker | Review e-mail received and respond to P. Tomasco @ QE re revised plan class report | 0.20 | 240.00 | 48.00 |
| 10-03-2023 | Brittney Whitaker | Conference call with K, Nownes, M. Ignacio, D. Green, M. Bishay re plan class revisions | 0.40 | 240.00 | 96.00 |
| 10-03-2023 | Brittney Whitaker | Review e-mail received and respond to P. Tomasco @ QE re clarifying questions on claim objection and plan class revisions | 0.20 | 240.00 | 48.00 |
| 10-04-2023 | Brittney Whitaker | Review e-mail received and respond to BRG and QE re commence of solicitation | 0.20 | 240.00 | 48.00 |
| 10-04-2023 | Brittney Whitaker | Coordinate with Balloting Team re escalated questions on tabulation | 0.50 | 240.00 | 120.00 |
| 10-04-2023 | Yelena Bederman | Review e-mail received and respond to M. Ignacio re: email service | 0.10 | 200.00 | 20.00 |
| 10-04-2023 | Carolyn Cashman | Review Disclosure Statement for balloting procedures | 0.30 | 175.00 | 52.50 |
| 10-04-2023 | Luis Solorzano | Perform quality assurance on noticing instruction, service list and service documents for Solicitation | 5.70 | 240.00 | 1,368.00 |
| 10-04-2023 | David Green | Perform program management for Balloting and eBalloting activities | 2.20 | 155.00 | 341.00 |
| 10-04-2023 | Emma Guandique | Process incoming ballots | 4.40 | 165.00 | 726.00 |
| 10-04-2023 | Paul Story | Verify eballoting application codes | 4.00 | 155.00 | 620.00 |
| 10-04-2023 | Brittney Whitaker | Coordinate with Case Management and Solicitation team re USB index and USB creations | 3.10 | 240.00 | 744.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-04-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-04-2023 | Brittney Whitaker | Supervise and QC Hardcopy Service of Documents - Solicitation packages | 6.30 | 240.00 | 1,512.00 |
| 10-05-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-05-2023 | Brittney Whitaker | Supervise and QC Email Service of Documents - Solicitation packages | 9.00 | 240.00 | 2,160.00 |
| 10-05-2023 | David Green | Calls with B. Whitaker, J. Canaber re solicitation preparations and requirements | 0.20 | 155.00 | 31.00 |
| 10-05-2023 | Paul Story | Perform business testing for eballoting | 0.50 | 155.00 | 77.50 |
| 10-05-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 4.90 | 165.00 | 808.50 |
| 10-05-2023 | Luis Solorzano | Perform quality assurance on noticing instruction, service list and service documents for Solicitation | 0.80 | 240.00 | 192.00 |
| 10-05-2023 | Cindy Sloop | Call with E. Guandique re: Processing Ballots | 0.10 | 100.00 | 10.00 |
| 10-05-2023 | Cindy Sloop | Process outgoing mail for plan solicitation | 4.00 | 100.00 | 400.00 |
| 10-05-2023 | David Green | Perform program management for Balloting and eBalloting activities | 0.70 | 155.00 | 108.50 |
| 10-05-2023 | Ashley Dionisio | Print incoming ballots | 0.10 | 155.00 | 15.50 |
| 10-05-2023 | Emma Guandique | Prepare/distribute ballot tabulation reports to interested parties | 0.40 | 165.00 | 66.00 |
| 10-05-2023 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 3.50 | 240.00 | 840.00 |
| 10-05-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.60 | 155.00 | 93.00 |
| 10-05-2023 | Karen Graves | Perform quality assurance on ballots and tabulation report | 1.40 | 145.00 | 203.00 |
| 10-05-2023 | Carrie Hernandez | Perform quality assurance on ballots and tabulation report | 2.00 | 175.00 | 350.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-05-2023 | Brittney Whitaker | Review e-mail received and respond to BRG Team re received ballots and voting report | 0.20 | 240.00 | 48.00 |
| 10-05-2023 | Brittney Whitaker | Review e-mail received and respond to BRG and QE re solicitation service | 0.20 | 240.00 | 48.00 |
| 10-05-2023 | Katie Nownes | Coordinate and Supervise quality assurance of processed ballots and reports | 0.20 | 240.00 | 48.00 |
| 10-06-2023 | Cindy Sloop | Stamp incoming ballots | 1.50 | 100.00 | 150.00 |
| 10-06-2023 | Cindy Sloop | Scan incoming ballots | 1.10 | 100.00 | 110.00 |
| 10-06-2023 | Brittney Whitaker | Coordinate with Balloting Team re escalated questions on tabulation | 0.50 | 240.00 | 120.00 |
| 10-06-2023 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.80 | 240.00 | 192.00 |
| 10-06-2023 | Mauricio Azucena | Process incoming ballots | 0.80 | 125.00 | 100.00 |
| 10-06-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 1.60 | 165.00 | 264.00 |
| 10-06-2023 | Emma Guandique | Prepare/create plan class report | 0.30 | 165.00 | 49.50 |
| 10-06-2023 | Paul Story | Update code on eballoting application | 2.00 | 155.00 | 310.00 |
| 10-06-2023 | Mauricio Azucena | Perform quality assurance on incoming ballots | 0.50 | 125.00 | 62.50 |
| 10-06-2023 | Mauricio Azucena | Process incoming ballots | 2.00 | 125.00 | 250.00 |
| 10-06-2023 | David Green | Calls with B. Whitaker, J. Canaber, M. Ignacio re solicitation status | 0.30 | 155.00 | 46.50 |
| 10-06-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.40 | 155.00 | 62.00 |
| 10-06-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-09-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-09-2023 | Carey Steinberg | Process incoming ballots | 0.50 | 110.00 | 55.00 |
| 10-09-2023 | John Doherty | Perform quality assurance on ballots and tabulation report | 2.00 | 170.00 | 340.00 |
| 10-09-2023 | Carrie Hernandez | Perform quality assurance on ballots and tabulation report | 1.50 | 175.00 | 262.50 |
| 10-09-2023 | Marjan Neuman | Perform quality assurance on incoming ballots | 1.00 | 120.00 | 120.00 |
| 10-09-2023 | Ashley Dionisio | Print incoming ballots | 0.30 | 155.00 | 46.50 |
| 10-09-2023 | Ada Ferrer | Perform quality assurance on ballots and tabulation report | 1.00 | 155.00 | 155.00 |
| 10-09-2023 | Emma Guandique | Process incoming ballots | 0.70 | 165.00 | 115.50 |
| 10-09-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 1.20 | 165.00 | 198.00 |
| 10-09-2023 | Emma Guandique | Prepare/create plan class report | 0.20 | 165.00 | 33.00 |
| 10-09-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.60 | 155.00 | 93.00 |
| 10-09-2023 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 1.20 | 240.00 | 288.00 |
| 10-09-2023 | Karen Graves | Perform quality assurance on ballots and tabulation report | 1.80 | 145.00 | 261.00 |
| 10-10-2023 | Ada Ferrer | Perform quality assurance on ballots and tabulation report | 0.40 | 155.00 | 62.00 |
| 10-10-2023 | Emma Guandique | Prepare/create plan class report | 0.20 | 165.00 | 33.00 |
| 10-10-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 0.70 | 165.00 | 115.50 |
| 10-10-2023 | Marjan Neuman | Perform quality assurance on incoming ballots | 0.40 | 120.00 | 48.00 |
| 10-10-2023 | Carey Steinberg | Print incoming ballots | 0.50 | 110.00 | 55.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-10-2023 | Luis Solorzano | Perform quality assurance on ballots and tabulation report | 1.60 | 240.00 | 384.00 |
| 10-10-2023 | Jeriad Paul | Prepare/distribute ballot tabulation reports to interested parties | 0.20 | 240.00 | 48.00 |
| 10-10-2023 | Jeriad Paul | Review e-mail received and respond to L. Solorzano @ Omni re ballot reports | 0.20 | 240.00 | 48.00 |
| 10-10-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.60 | 155.00 | 93.00 |
| 10-10-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-10-2023 | Brittney Whitaker | Coordinate with Balloting Team re escalated questions on tabulation | 0.40 | 240.00 | 96.00 |
| 10-11-2023 | Brittney Whitaker | Review e-mail received and respond to R. Izakelian @ QE re class 3 update | 0.20 | 240.00 | 48.00 |
| 10-11-2023 | Brittney Whitaker | Coordinate with Balloting Team re escalated questions on tabulation | 0.30 | 240.00 | 72.00 |
| 10-11-2023 | Kim Steverson | Perform quality assurance on ballots and tabulation report | 0.50 | 240.00 | 120.00 |
| 10-11-2023 | Kim Steverson | Coordinate with Tabulation Team regarding ballot processing | 0.50 | 240.00 | 120.00 |
| 10-11-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.50 | 155.00 | 77.50 |
| 10-11-2023 | Emma Guandique | Prepare/create plan class report | 0.20 | 165.00 | 33.00 |
| 10-11-2023 | Emma Guandique | Process incoming ballots | 0.40 | 165.00 | 66.00 |
| 10-11-2023 | Luis Solorzano | Perform quality assurance on ballots and tabulation report | 0.70 | 240.00 | 168.00 |
| 10-11-2023 | Ashley Dionisio | Print incoming ballots | 0.30 | 155.00 | 46.50 |
| 10-11-2023 | Kaitlyn Wolf | Process incoming ballots | 0.30 | 145.00 | 43.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 10-11-2023 | Brittney Whitaker | Perform quality assurance on preliminary voting report for circulation to interested parties | 0.50 | 240.00 | 120.00 |
| 10-11-2023 | Ashley Dionisio | Process incoming ballots | 0.40 | 155.00 | 62.00 |
| 10-12-2023 | Ashley Dionisio | Process incoming ballots | 0.50 | 155.00 | 77.50 |
| 10-12-2023 | Ashley Dionisio | Print incoming ballots | 0.50 | 155.00 | 77.50 |
| 10-12-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 1.20 | 165.00 | 198.00 |
| 10-12-2023 | Emma Guandique | Prepare/create plan class report | 0.20 | 165.00 | 33.00 |
| 10-12-2023 | Ada Ferrer | Perform quality assurance on ballots and tabulation report | 0.30 | 155.00 | 46.50 |
| 10-12-2023 | Carrie Hernandez | Perform quality assurance on ballots and tabulation report | 0.90 | 175.00 | 157.50 |
| 10-12-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.30 | 155.00 | 46.50 |
| 10-12-2023 | Karen Graves | Perform quality assurance on ballots and tabulation report | 0.60 | 145.00 | 87.00 |
| 10-12-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-12-2023 | Brittney Whitaker | Review e-mail received and respond to C. Barker @ Bittrex re USBs sent in solicitation packages | 0.20 | 240.00 | 48.00 |
| 10-12-2023 | Kim Steverson | Perform quality assurance on ballots and tabulation report | 0.60 | 240.00 | 144.00 |
| 10-13-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-13-2023 | Kim Steverson | Perform quality assurance on ballots and tabulation report | 0.40 | 240.00 | 96.00 |
| 10-13-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.50 | 155.00 | 77.50 |
| 10-13-2023 | Carey Steinberg | Process incoming ballots | 0.40 | 110.00 | 44.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-13-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 0.80 | 165.00 | 132.00 |
| 10-13-2023 | Emma Guandique | Prepare/create plan class report | 0.20 | 165.00 | 33.00 |
| 10-16-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 1.80 | 165.00 | 297.00 |
| 10-16-2023 | Emma Guandique | Prepare/create plan class report | 0.20 | 165.00 | 33.00 |
| 10-16-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.40 | 155.00 | 62.00 |
| 10-16-2023 | Ashley Dionisio | Print incoming ballots | 0.40 | 155.00 | 62.00 |
| 10-16-2023 | Ashley Dionisio | Process incoming ballots | 1.00 | 155.00 | 155.00 |
| 10-16-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-17-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re tabulation discussion | 0.20 | 240.00 | 48.00 |
| 10-17-2023 | Kim Steverson | Perform quality assurance on ballots and tabulation report | 0.60 | 240.00 | 144.00 |
| 10-17-2023 | Ashley Dionisio | Print incoming ballots | 0.20 | 155.00 | 31.00 |
| 10-17-2023 | Ashley Dionisio | Process incoming ballots | 0.60 | 155.00 | 93.00 |
| 10-17-2023 | Paula Gray | Process incoming ballots | 0.50 | 160.00 | 80.00 |
| 10-17-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 1.50 | 165.00 | 247.50 |
| 10-17-2023 | Emma Guandique | Prepare/create plan class report | 0.20 | 165.00 | 33.00 |
| 10-17-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.60 | 155.00 | 93.00 |
| 10-17-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 10-18-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-18-2023 | Cindy Sloop | Scan incoming ballots | 0.90 | 100.00 | 90.00 |
| 10-18-2023 | Ada Ferrer | Perform quality assurance on ballots and tabulation report | 0.50 | 155.00 | 77.50 |
| 10-18-2023 | Carolyn Cashman | Perform quality assurance on ballots and tabulation report | 0.40 | 175.00 | 70.00 |
| 10-18-2023 | Emma Guandique | Prepare/create plan class report | 0.30 | 165.00 | 49.50 |
| 10-18-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 0.80 | 165.00 | 132.00 |
| 10-18-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.40 | 155.00 | 62.00 |
| 10-18-2023 | Ashley Dionisio | Print incoming ballots | 0.50 | 155.00 | 77.50 |
| 10-18-2023 | Ashley Dionisio | Process incoming ballots | 0.50 | 155.00 | 77.50 |
| 10-18-2023 | Kim Steverson | Perform quality assurance on ballots and tabulation report | 0.40 | 240.00 | 96.00 |
| 10-18-2023 | Kim Steverson | Call with S. Claypoole @ BRG; B. Whitaker and S. Kelly re claim objections and solicitation | 0.40 | 240.00 | 96.00 |
| 10-18-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re revisions to tabulation report on dollarization | 0.20 | 240.00 | 48.00 |
| 10-18-2023 | Brittney Whitaker | Review dollarization report and update voting report | 0.50 | 240.00 | 120.00 |
| 10-18-2023 | Sejal Kelly | Call with S. Claypoole @ BRG; K. Steverson and B. Whitaker re claim objections and solicitation | 0.40 | 240.00 | 96.00 |
| 10-18-2023 | Brittney Whitaker | Call with S. Claypoole @ BRG; K. Steverson and S. Kelly re claim objections and solicitation | 0.40 | 240.00 | 96.00 |
| 10-19-2023 | Kim Steverson | Coordinate with Balloting Team re tabulation questions | 0.50 | 240.00 | 120.00 |
| 10-19-2023 | Kim Steverson | Perform quality assurance on ballots and tabulation | 0.50 | 240.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | report | | | |
| 10-19-2023 | Brittney Whitaker | Coordinate with Balloting Team re escalated questions on tabulation | 0.60 | 240.00 | 144.00 |
| 10-19-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |
| 10-19-2023 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.80 | 240.00 | 192.00 |
| 10-19-2023 | Carolyn Cashman | Perform quality assurance on ballots and tabulation report | 0.20 | 175.00 | 35.00 |
| 10-19-2023 | Ashley Dionisio | Process incoming ballots | 1.20 | 155.00 | 186.00 |
| 10-19-2023 | Ashley Dionisio | Print incoming ballots | 0.30 | 155.00 | 46.50 |
| 10-19-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 1.80 | 165.00 | 297.00 |
| 10-19-2023 | Emma Guandique | Prepare/create plan class report | 0.30 | 165.00 | 49.50 |
| 10-20-2023 | Carolyn Cashman | Perform quality assurance on ballots and tabulation report | 0.30 | 175.00 | 52.50 |
| 10-20-2023 | Ashley Dionisio | Scan incoming ballots | 0.30 | 155.00 | 46.50 |
| 10-20-2023 | Ashley Dionisio | Print incoming ballots | 0.30 | 155.00 | 46.50 |
| 10-20-2023 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.40 | 240.00 | 96.00 |
| 10-20-2023 | Ashley Dionisio | Process incoming ballots | 0.70 | 155.00 | 108.50 |
| 10-20-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 0.30 | 155.00 | 46.50 |
| 10-20-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 1.70 | 165.00 | 280.50 |
| 10-20-2023 | Emma Guandique | Prepare/create plan class report | 0.30 | 165.00 | 49.50 |
| 10-20-2023 | Brittney Whitaker | Prepare preliminary voting report for circulation to interested parties | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-20-2023 | Kim Steverson | Coordinate with Balloting Team re tabulation questions | 0.30 | 240.00 | 72.00 |
| 10-20-2023 | Kim Steverson | Perform quality assurance on ballots and tabulation report | 0.40 | 240.00 | 96.00 |
| 10-20-2023 | Kim Steverson | Prepare draft voting declaration | 1.00 | 240.00 | 240.00 |
| 10-20-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re undeliverable mail | 0.20 | 240.00 | 48.00 |
| 10-20-2023 | Brittney Whitaker | Coordinate with Balloting Team re escalated questions | 0.40 | 240.00 | 96.00 |
| 10-20-2023 | Brittney Whitaker | Perform quality assurance on FAQs re solicitation | 0.30 | 240.00 | 72.00 |
| 10-20-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re UST clarifying questions | 0.20 | 240.00 | 48.00 |
| 10-23-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re ballots received | 0.20 | 240.00 | 48.00 |
| 10-23-2023 | Brittney Whitaker | Review e-mail received and respond to P. Tomasco @ QE re Malta Customers | 0.20 | 240.00 | 48.00 |
| 10-23-2023 | Brittney Whitaker | Review e-mail received and respond to A. Jaquet @ QE re Class 2B | 0.20 | 240.00 | 48.00 |
| 10-23-2023 | Kim Steverson | Coordinate with Balloting Team re tabulation questions | 0.30 | 240.00 | 72.00 |
| 10-23-2023 | Kim Steverson | Perform quality assurance on ballots and tabulation report | 0.60 | 240.00 | 144.00 |
| 10-23-2023 | Kim Steverson | Review DS Order and continue drafting Voting Declaration | 1.00 | 240.00 | 240.00 |
| 10-23-2023 | Brittney Whitaker | Coordinate with Balloting Team re escalated questions on tabulation | 0.40 | 240.00 | 96.00 |
| 10-23-2023 | Michelle Ignacio | Prepare solicitation counts requested by B Whitaker @ Omni on behalf of client | 0.50 | 175.00 | 87.50 |
| 10-23-2023 | Emma Guandique | Searching ballots for specific claimant E A Hall requested by Client Support | 0.30 | 165.00 | 49.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-23-2023 | Ashley Dionisio | Process incoming ballots | 2.00 | 155.00 | 310.00 |
| 10-23-2023 | Emma Guandique | Prepare/create plan class report | 0.20 | 165.00 | 33.00 |
| 10-23-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 1.80 | 165.00 | 297.00 |
| 10-23-2023 | Paula Gray | Process incoming ballots | 0.20 | 160.00 | 32.00 |
| 10-23-2023 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 1.10 | 240.00 | 264.00 |
| 10-23-2023 | Ashley Dionisio | Print incoming ballots | 0.40 | 155.00 | 62.00 |
| 10-23-2023 | Ashley Dionisio | Scan incoming ballots | 0.40 | 155.00 | 62.00 |
| 10-24-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 7.10 | 165.00 | 1,171.50 |
| 10-24-2023 | Ashley Dionisio | Process incoming ballots | 3.70 | 155.00 | 573.50 |
| 10-24-2023 | Ashley Dionisio | Print incoming ballots | 1.00 | 155.00 | 155.00 |
| 10-24-2023 | Ada Ferrer | Perform quality assurance on ballots and tabulation report | 0.40 | 155.00 | 62.00 |
| 10-24-2023 | Ashley Dionisio | Scan incoming ballots | 0.30 | 155.00 | 46.50 |
| 10-24-2023 | Brittney Whitaker | Coordinate with Balloting Team re escalated questions on tabulation | 0.70 | 240.00 | 168.00 |
| 10-24-2023 | Emma Guandique | Prepare/create plan class report | 0.30 | 165.00 | 49.50 |
| 10-24-2023 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 1.70 | 240.00 | 408.00 |
| 10-24-2023 | Brittney Whitaker | Perform quality assurance on ballots and tabulation report | 3.50 | 240.00 | 840.00 |
| 10-24-2023 | Kim Steverson | Coordinate with Tabulation Team re tabulation questions | 0.50 | 240.00 | 120.00 |
| 10-24-2023 | Kim Steverson | Coordinate with J. Booth @ Omni re report of returned solicitation packages | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-24-2023 | Kim Steverson | Review returned mail log in connection with preparation of Voting Declaration | 0.20 | 240.00 | 48.00 |
| 10-24-2023 | Brittney Whitaker | Review e-mail received and respond to P. Tomasco @ QE re voting report, excel voting reports | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Brittney Whitaker | Review e-mail received and respond to P. Tomasco @ QE re revisions to the voting report | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Brittney Whitaker | Review e-mail received and respond to R. Izakelian @ QE re tabulation discussion | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re UUIDs for tabulation | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Brittney Whitaker | Review e-mail received and respond to R. Izekelian @ QE re revisions to tabulation report | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Brittney Whitaker | Call with R. Izakelian @ QE re clarifying questions and notes on tabulation comments | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Brittney Whitaker | Coordinate with Balloting team and IT re emails for BRG | 0.60 | 240.00 | 144.00 |
| 10-25-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re emails and UUID for redacted tabulation report | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Brittney Whitaker | Review e-mail received and respond to E. Guandique re late ballots | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Brittney Whitaker | Review e-mail received and respond to R. Izakelian @ QE re revised voting reports | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Brittney Whitaker | Coordinate with Balloting Team and Quality Control re transmission of ballots | 1.10 | 240.00 | 264.00 |
| 10-25-2023 | Brittney Whitaker | Conference call with K. Steverson @ Omni; P. Tomasco, J. Caytas, A. Jaquet, R. Izakleian re voting report and tabulations revisions | 0.60 | 240.00 | 144.00 |
| 10-25-2023 | Sejal Kelly | Call with B. Whitaker, A. Nownes, J. Lizakowski, D. Green M. Ignacio, M. Bishay @ Omni re Prep for supplying Ballots to Client (Part 1) | 0.70 | 240.00 | 168.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-25-2023 | Kim Steverson | Conference call with B. Whitaker @ Omni; P. Tomasco, J. Caytas, A. Jaquet, R. Izakleian re voting report and tabulations revisions | 0.60 | 240.00 | 144.00 |
| 10-25-2023 | Kim Steverson | Review revisions provided by counsel and revised tabulation reports in connection with Voting Declaration | 1.10 | 240.00 | 264.00 |
| 10-25-2023 | Kim Steverson | Email R. Izakelian @ QE re request for ballots | 0.20 | 240.00 | 48.00 |
| 10-25-2023 | Kim Steverson | Coordinate with Omni Teams re transmission of ballots | 0.50 | 240.00 | 120.00 |
| 10-25-2023 | Kim Steverson | Continue drafting and revising Voting Declaration | 1.60 | 240.00 | 384.00 |
| 10-25-2023 | David Green | Call with B. Whitaker, L. Solorzano, M. Ignacio, M. Bishay, E. Guandique @ Omni re Prep for supplying Ballots to Client (Part 2) | 0.50 | 155.00 | 77.50 |
| 10-25-2023 | David Green | Perform program management for issuance of Ballots to Client | 1.10 | 155.00 | 170.50 |
| 10-25-2023 | David Green | Email to B. Whitaker re balloting request from Client | 0.10 | 155.00 | 15.50 |
| 10-25-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 4.80 | 165.00 | 792.00 |
| 10-25-2023 | Emma Guandique | Prepare/create plan class report | 0.30 | 165.00 | 49.50 |
| 10-25-2023 | David Green | Call with B. Whitaker, A. Nownes, J. Lizakowski, S. Kelly, M. Ignacio, M. Bishay @ Omni re Prep for supplying Ballots to Client (Part 1) | 0.70 | 155.00 | 108.50 |
| 10-25-2023 | Brittney Whitaker | Review revisions provided by counsel and revise tabulation report as directed | 4.30 | 240.00 | 1,032.00 |
| 10-25-2023 | Carolyn Cashman | Perform quality assurance on ballots and tabulation report | 1.80 | 175.00 | 315.00 |
| 10-25-2023 | Ashley Dionisio | Print incoming ballots | 0.20 | 155.00 | 31.00 |
| 10-25-2023 | Ashley Dionisio | Process incoming ballots | 0.40 | 155.00 | 62.00 |
| 10-25-2023 | Javon Couch | Set up Balloting folders in ShareVault | 0.30 | 145.00 | 43.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 10-25-2023 | Javon Couch | Upload received Ballots to ShareVault | 1.80 | 145.00 | 261.00 |
| 10-25-2023 | Ada Ferrer | Perform quality assurance on ballots and tabulation report | 1.20 | 155.00 | 186.00 |
| 10-25-2023 | Luis Solorzano | Perform quality assurance on ballots and tabulation report | 4.30 | 240.00 | 1,032.00 |
| 10-25-2023 | Javon Couch | Review ballot classes and perform quality assurance for ShareVault upload | 1.70 | 145.00 | 246.50 |
| 10-25-2023 | Ashley Dionisio | Scan incoming ballots | 0.20 | 155.00 | 31.00 |
| 10-25-2023 | Ada Ferrer | Perform quality assurance on ballot tabulation reports | 1.30 | 155.00 | 201.50 |
| 10-25-2023 | Michelle Ignacio | Call with B Whitaker, E Guandique, L Solorzano, D Green, M Bishay @ Omni re Bittrex tabulation reports | 0.50 | 175.00 | 87.50 |
| 10-25-2023 | Michelle Ignacio | Develop code/application for ballot data entry, tabulation report changes | 1.40 | 175.00 | 245.00 |
| 10-26-2023 | Brittney Whitaker | Coordinate with Balloting Team, QC and IT re redacted tabulation reports | 3.10 | 240.00 | 744.00 |
| 10-26-2023 | Emma Guandique | Prepare/create plan class report | 2.80 | 165.00 | 462.00 |
| 10-26-2023 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 2.40 | 240.00 | 576.00 |
| 10-26-2023 | Michelle Ignacio | Develop code/application for ballot data entry, tabulation report changes | 1.50 | 175.00 | 262.50 |
| 10-26-2023 | Ashley Dionisio | Process incoming ballots | 0.60 | 155.00 | 93.00 |
| 10-26-2023 | Emma Guandique | Perform quality assurance on incoming ballots | 1.20 | 165.00 | 198.00 |
| 10-26-2023 | Kim Steverson | Review final tabulation reports and revise Voting Declaration | 1.40 | 240.00 | 336.00 |
| 10-26-2023 | Kim Steverson | Email R. Izakelian @ QE transmitting draft voting declaration | 0.20 | 240.00 | 48.00 |
| 10-26-2023 | Ashley Dionisio | Scan incoming ballots | 0.20 | 155.00 | 31.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-26-2023 | Javon Couch | Update documentation tracker for file and email sent from K. Steverson re voting declaration | 0.10 | 145.00 | 14.50 |
| 10-26-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re voting report with UUID | 0.20 | 240.00 | 48.00 |
| 10-26-2023 | Brittney Whitaker | Review e-mail received and respond to S. Claypoole @ BRG re UUID for Voting report | 0.20 | 240.00 | 48.00 |
| 10-26-2023 | Brittney Whitaker | Review e-mail received and respond to R. Izakelian @ QE re redacted voting reports | 0.20 | 240.00 | 48.00 |
| 10-27-2023 | Kim Steverson | Register for appearance at confirmation hearing | 0.20 | 240.00 | 48.00 |
| 10-27-2023 | Javon Couch | Update documentation tracker for email sent from K. Steverson re permission to sign declaration | 0.10 | 145.00 | 14.50 |
| 10-30-2023 | Kim Steverson | Prepare for and attend confirmation hearing | 1.50 | 240.00 | 360.00 |
| | | | | **Total** | 51,482.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Ada Ferrer | 10.30 | 155.00 | 1,596.50 |
| Ashley Dionisio | 17.50 | 155.00 | 2,712.50 |
| Brittney Whitaker | 64.20 | 240.00 | 15,408.00 |
| Carey Steinberg | 1.40 | 110.00 | 154.00 |
| Carolyn Cashman | 3.00 | 175.00 | 525.00 |
| Carrie Hernandez | 4.40 | 175.00 | 770.00 |
| Cindy Sloop | 7.60 | 100.00 | 760.00 |
| David Green | 8.10 | 155.00 | 1,255.50 |
| Emma Guandique | 45.80 | 165.00 | 7,557.00 |
| Javon Couch | 5.30 | 145.00 | 768.50 |
| Jeriad Paul | 0.40 | 240.00 | 96.00 |
| John Doherty | 2.00 | 170.00 | 340.00 |
| Kaitlyn Wolf | 0.30 | 145.00 | 43.50 |
| Karen Graves | 3.80 | 145.00 | 551.00 |
| Katie Nownes | 0.20 | 240.00 | 48.00 |
| Kim Steverson | 18.10 | 240.00 | 4,344.00 |
| Luis Solorzano | 32.80 | 240.00 | 7,872.00 |
| Lyanne Ramirez | 1.40 | 135.00 | 189.00 |
| Marjan Neuman | 1.40 | 120.00 | 168.00 |

| Professional | Hours | Rate | Amount |
|---|---:|---:|---:|
| Mauricio Azucena | 3.30 | 125.00 | 412.50 |
| Michelle Ignacio | 10.10 | 175.00 | 1,767.50 |
| Paul Story | 18.50 | 155.00 | 2,867.50 |
| Paula Gray | 0.70 | 160.00 | 112.00 |
| Sejal Kelly | 1.10 | 240.00 | 264.00 |
| Tara Saldajeno | 7.00 | 120.00 | 840.00 |
| Yelena Bederman | 0.30 | 200.00 | 60.00 |
| **Total** | | | 51,482.00 |

| | |
|---:|---:|
| **Subtotal for this Invoice** | 51,522.00 |
| **Discount** | (10,304.40) |
| **Total for this Invoice** | 41,217.60 |
| **Previous Balance** | 0.00 |
| **Total Amount to Pay** | 41,217.60 |