**EXHIBIT B**

| | | |
|---|---|---|
| Arizona Attorney General Mark Brnovich<br>Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 | Arkansas Attorney General<br>323 Center St, Ste 200<br>Little Rock, AR 72201 | Attorney General of the State of Ohio<br>30 E Broad St, 14th Fl<br>Columbus, OH 43215 |
| Attorney General State of Mississippi<br>550 High St<br>Jackson, MS 39201 | Attorney General's Office<br>State of Alabama<br>501 Washington Ave<br>Montgomery, AL 36104 | Commonwealth of Puerto Rico Office of the Attorney General<br>P.O. Box 902192<br>San Juan, PR 00902 |
| Delaware Department of Justice<br>Carvel State Bldg.<br>820 N French St<br>Wilmington, DE 19801 | Department of Attorney General<br>525 W Ottawa St<br>Lansing, MI 48906 | Department of Justice<br>114 W Edenton St<br>Raleigh, NC 27603 |
| Financial Crimes Enforcement Network<br>P.O. Box 39<br>Vienna, VA 22183 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kansas Attorney General Derek Schmidt<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612 |
| Louisiana Department of Justice<br>1885 N Third St<br>Baton Rouge, LA 70802 | Louisiana Department of Justice<br>P.O. Box 94005<br>Baton Rouge, LA 70804 | Maryland Attorney General<br>200 St Paul Place<br>Baltimore, MD 21202 |
| Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 | New Hampshire Department of Justice<br>33 Capitol St<br>Concord, NH 03301 | New Mexico Attorney General<br>408 Galisteo St<br>Villagra Bldg<br>Santa Fe, NM 87501 |
| Office of Attorney General<br>600 E Boulevard Ave, Dept 125<br>Bismarck, ND 58505 | Office of Foreign Asset Control<br>1500 Pennsylvania Ave NW<br>Washington, DC 20220 | Office of Minnesota Attorney General<br>Attn: Keith Ellison<br>445 Minnesota St, Ste 1400<br>St Paul, MN 55101 |
| Office of the Attorney General<br>100 N Carson St<br>Carson City, NV 89701 | Office of the Attorney General<br>202 N 9th St<br>Richmond, VA 23219 | Office of the Attorney General<br>300 W 15th St<br>Austin, TX 78701 |
| Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Office of the Attorney General<br>Attn: Kimberly A Walsh<br>Attn: Sherri K Simpson<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | Office of the Attorney General<br>State of New Jersey<br>Richard J Hughes Justice Complex<br>25 Market St<br>Trenton, NJ 08611 | Office of the Attorney General for the District of Columbia<br>400 6th St, NW<br>Washington, DC 20001 |

| | | |
|---|---|---|
| Office of the Attorney General of Iowa<br>Hoover State Office Bldg<br>1305 E Walnut St<br>Des Moines, IA 50319 | Office of the Attorney General of Texas<br>Attn: Roma N Desai<br>Attn: Sean T Flynn<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Office of the Illinois Attorney General<br>Attn: John P Reding<br>100 W Randolph St, Ste 13-225<br>Chicago, IL 60601 |
| Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Office of the Oklahoma Attorney General<br>313 NE 21st St<br>Oklahoma City, OK 73105 | Office of the WV Attorney General<br>State Capitol Complex, Bldg 1, Rm E-26<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 |
| Oregon Department of Justice<br>1162 Court St NE<br>Salem, OR 97301-4096 | RI Office of the Attorney General<br>150 S Main St<br>Providence, RI 02903 | Securities & Exchange Commission<br>100 Pearl St, Ste 20-100<br>New York, NY 10004 |
| South Carolina Attorney General's Office<br>Attn: Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | South Carolina Attorney General's Office<br>The Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia, SC 29211 | South Dakota Attorney General<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 |
| State of Alaska Department of Law<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | State of Idaho<br>Office of the Attorney General<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720 | Tennessee Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202 |
| TN Dept of Revenue<br>c/oTN Attorney General's Office, Bankruptcy Division<br>Attn: Laura L McCloud<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Washington State<br>Office of the Attorney General<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504 | |