## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

**February 28, 2024 at 11:00 a.m. (ET)**

**March 20, 2024 at 11:00 a.m. (ET)**

**April 24, 2024 at 10:00 a.m. (ET)**

**May 22, 2024 at 10:00 a.m. (ET)**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

**Dated: January 3rd, 2024**
**Wilmington, Delaware**

30895157.1