# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

### NOTICE OF DEPOSITION UPON ORAL EXAMINATION OF DAVID MARIA

**PLEASE TAKE NOTICE THAT** pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, made applicable herein by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Azim Ghader ("Mr. Ghader"), by and through his undersigned counsel, will take the deposition upon oral examination of David Maria in connection with the *Debtors' Objection to Claims 597-238, 597-296, 598-1021, 598-10408, 599-38, 599-10018, 600-87, 600-96, and 600*-10052 *Filed By Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 411].

The deposition will take place on **January 8, 2024 at 2:00 p.m. (prevailing Eastern Time)** and will continue until completed, day to day if needed. The deposition will be conducted virtually over Zoom before a certified court reporter and will be stenographically recorded and videotaped. Deposition exhibits may be presented and exchanged electronically.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Dated: January 5, 2024
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
       elazar.kosman@wbd-us.com

 -and-

M. Rhett DeHart (*pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
5 Exchange Street
Charleston, South Carolina 29401
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
Email: rhett.dehart@wbd-us.com

*Counsel to Azim Ghader*

I, Donald J. Detweiler, do hereby certify that on January 5, 2024, I caused a copy of the **Notice of Deposition Upon Oral Examination of Representative of David Maria** to be served on the parties listed on the attached service list via Electronic Mail.

                                        */s/ Donald J. Detweiler*
                                        Donald J. Detweiler (DE Bar No. 3087)

2

**SERVICE PARTIES**

*Counsel for the Plan Administrator*
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Robert S. Brady
Kenneth Enos
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: rbrady@ycst.com
Email: kenos@ycst.com

*Counsel for the Plan Administrator*
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Susheel Kirpalani
Patricia B. Tomasco
Daniel Holzman
Alain Jaquet
Razmig Izakelian
Joanna D. Caytas
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

*Office of the United States Trustee*
*for the District of Delaware*
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware
Email: richard.schepacarter.usdoj.gov

2

WBD (US) 4873-1755-2794v1