# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

### NOTICE OF SERVICE OF AZIM GHADER'S SUBPOENA
### TO TESTIFY AT A DEPOSITION DIRECTED TO RYAN HENTZ

PLEASE TAKE NOTICE that the undersigned, on behalf of Azim Ghader ("Mr. Ghader"), certifies that, on January 3, 2024, a *Subpoena to Testify at a Deposition in a Bankruptcy Case* directed to Ryan Hentz (the "Subpoena"; attached hereto as **Exhibit 1**) was served by Federal Express overnight delivery with signature required, pursuant to Rules 26 and 30(a) of the Federal Rules of Civil Procedure, made applicable to these bankruptcy cases pursuant to Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014. A true and correct copy of the Proof of Service is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE THAT, prior to serving the Subpoena on Ryan Hentz, Mr. Ghader provided notice and a copy of the Subpoena by email to the following parties:

| | |
|---|---|
| *Counsel for the Plan Administrator*<br>Patricia B. Tomasco, Alain Jaquet & Razmig Izakelian<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: pattytomasco@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com | *Counsel for the Plan Administrator*<br>Kenneth Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: kenos@ycst.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

| | |
|---|---|
| Dated: January 5, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>         elazar.kosman@wbd-us.com<br><br> -and-<br><br>M. Rhett DeHart (*pro hac vice*)<br>WOMBLE BOND DICKINSON (US) LLP<br>5 Exchange Street<br>Charleston, South Carolina 29401<br>Telephone: (843) 722-3400<br>Facsimile: (843) 723-7398<br>Email: rhett.dehart@wbd-us.com<br><br>*Counsel to Azim Ghader* |