**EXHIBIT 2**

**Proof of Service**

January 05, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 774678457428

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | H.HERTZ | Delivery Location: | 408 SUNCREST LN |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday;<br>Residential Delivery;<br>Adult Signature Required | | DURANGO, CO, 81303 |
| | | Delivery date: | Jan 4, 2024 18:52 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774678457428 | Ship Date: | Jan 3, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Ryan Hentz,
408 Suncrest Lane
DURANGO, CO, US, 81303

Shipper:
Larry Taylor, Reliable
1007 Orange Street
St 110
Wilmington, DE, US, 19801

| | |
|---|---|
| Reference | Third Party Billing |
| Purchase Order | 119893.0001.6 |
| Invoice | WL114535 |
| Department Number | Wil |



Thank you for choosing FedEx