IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**NOTICE OF SERVICE OF AZIM GHADER'S
SUBPOENA TO PRODUCE DOCUMENTS DIRECTED TO
BLOCKSCORE, LLC D/B/A COGNITO F/K/A BLOCKSCORE, INC.**

PLEASE TAKE NOTICE that the undersigned, on behalf of Azim Ghader ("Mr. Ghader"), certifies that, (i) on January 3, 2024, a *Subpoena to Produce Documents in a Bankruptcy Case* (attached hereto as **Exhibit 1**) directed to Blockscore, LLC d/b/a Cognito f/k/a Blockscore, Inc. ("Blockscore") was served by Federal Express overnight delivery with signature required and first-class mail; and (ii) on January 5, 2024, a *Subpoena to Produce Documents in a Bankruptcy Case* (attached hereto as **Exhibit 2**) directed to Blockscore care of its registered agent was served by process server—each served pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to these bankruptcy cases pursuant to Federal Rule of Bankruptcy Procedure 9016. True and correct copies of the applicable Proofs of Service are attached hereto as **Exhibit 3**.

PLEASE TAKE FURTHER NOTICE THAT, in accordance with Federal Rule of Civil Procedure 45 (as applicable to these bankruptcy cases pursuant to Federal Rule of Bankruptcy 9016), prior to serving the Subpoenas, Mr. Ghader provided notice and a copy of the Subpoenas by email to the following parties:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

| | |
|---|---|
| *Counsel for the Plan Administrator*<br>Patricia B. Tomasco, Alain Jaquet & Razmig Izakelian<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: pattytomasco@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com | *Counsel for the Plan Administrator*<br>Kenneth Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: kenos@ycst.com |

Dated: January 8, 2024
       Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
       elazar.kosman@wbd-us.com

 -and-

M. Rhett DeHart (*pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
5 Exchange Street
Charleston, South Carolina 29401
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
Email: rhett.dehart@wbd-us.com

*Counsel to Azim Ghader*