## EXHIBIT 3

**Proofs of Service**

Dear Customer,

The following is the proof-of-delivery for tracking number: 774678472553

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | Y.YSENIA | Delivery Location: | 440 N BARRANCA AVE |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | COVINA, CA, 91723 |
| | | Delivery date: | Jan 4, 2024 10:14 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774678472553 | Ship Date: | Jan 3, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Alain Meier, BLOCKSCORE, LLC D/B/A COGNITO F/K/A
440 N Barranca Ave
Suite 4260
COVINA, CA, US, 91723

Shipper:
Larry Taylor, Reliable
1007 Orange Street
St 110
Wilmington, DE, US, 19801

| | |
|---|---|
| Reference | Third Party Billing |
| Purchase Order | 119893.0001.6 |
| Invoice | WL114535 |
| Department Number | Wil |



Dear Customer,

The following is the proof-of-delivery for tracking number: 774678431895

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.NELSON | Delivery Location: | 1209 N ORANGE ST |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | WILMINGTON, DE, 19801 |
| | | Delivery date: | Jan 4, 2024 09:54 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 774678431895 | Ship Date: | Jan 3, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
Alain Meier, BLOCKSCORE, LLC D/B/A COGNITO F/K/A
1209 Orange St
WILMINGTON, DE, US, 19801

**Shipper:**
Larry Taylor, Reliable
1007 Orange Street
St 110
Wilmington, DE, US, 19801

| | |
|---|---|
| Reference | Third Party Billing |
| Purchase Order | 119893.0001.6 |
| Invoice | WL114535 |
| Department Number | Wil |



B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*:  BlockScore, LLC d/b/a Cognito f/k/a BlockScore, Inc.
on *(date)*  01/05/24  .

☒ I served the subpoena by delivering a copy to the named person as follows: Nadia Bellamy - Authorized to Accept
 Corporation Trust Company, Inc., 1209 Orange Street, Wilmington, DE 19801
              @ 2:55 pm                  on *(date)*      1/05/2024          ; or

☐ I returned the subpoena unexecuted because:  _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the
witness the fees for one day's attendance, and the mileage allowed by law, in the amount of  $ _____ .

 My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

        I declare under penalty of perjury that this information is true and correct.

Date:    01/05/24

                                                    _____
                                                                 *Server's signature*

                                                    John Garber  - Process Server
                                                    _____
                                                                 *Printed name and title*

                                                    230 North Market Street
                                                    Wilmington, DE 19801
                                                    _____
                                                                 *Server's address*

Additional information concerning attempted service, etc.: