IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[6]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: 1/24/2024 at 4:00 p.m. (ET)**<br>**Hearing Date: 1/31/2024 at 10:00 a.m. (ET)** |

### NOTICE OF MOTION OF RYAN D. HENTZ TO QUASH CLAIMANT'S SUBPOENA TO TESTIFY AT A DEPOSITION DIRECTED TO NON-PARTY RYAN HENTZ

**PLEASE TAKE NOTICE** that on January 10, 2024, non-party Ryan D. Hentz ("Mr. Hentz"), filed *Motion of Ryan D. Hentz to Quash Claimant's Subpoena to Testify at a Deposition Directed to Non-Party Ryan Hentz* (the "Motion") with the United States Bankruptcy Court for the District of Delaware. (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be filed in writing with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Mr. Hentz on or before **January 24, 2024, at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that if an objection or response is timely filed, served and received and such objection or response is not otherwise timely resolved, a hearing to consider such response and the Motion will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, in the Bankruptcy Court, 6th Floor, Courtroom No. 1, 824 N. Market Street, Wilmington, Delaware 19801 on **January 31, 2024 at 10:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING

---

[6] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Dated: January 10, 2024

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
Jordan L. Williams (DE No. 7128)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
E-mail:    stanley.tarr@blankrome.com
           jordan.williams@blankrome.com

**BLANK ROME LLP**
Michael B. Schaedle (*pro hac vice* forthcoming)
Michael Silberfarb (*pro hac vice* forthcoming)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: mike.schaedle@blankrome.com
       michael.silberfarb@blankrome.com

*Counsel to Ryan D. Hentz*