**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Desolation Holdings LLC, *et al.*, <br><br>                              Debtors. | Chapter 11 <br><br> Case No. 23-10597 (BLS) <br><br> (Jointly Administered) <br><br> **Re. D.I. \_\_\_\_\_** |

## ORDER GRANTING MOTION OF RYAN D. HENTZ TO QUASH CLAIMANT'S SUBPOENA TO TESTIFY AT A DEPOSITION DIRECTED TO NON-PARTY RYAN HENTZ

Upon consideration of the *Motion of Ryan D. Hentz to Quash Claimant's Subpoena to Testify at a Deposition Directed to Non-Party Ryan Hentz* (the "Motion") filed by non-party Ryan Hentz, for entry of an order, pursuant to Federal Rule of Civil Procedure 45, as made applicable herein by Bankruptcy Rule 9016, to quash the third-party subpoena issued to Mr. Hentz; and it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion has been provided; it is hereby ordered that:

1. The Motion is **GRANTED**.