**CERTIFICATE OF SERVICE**

      I, Stanley B. Tarr, hereby certify that on January 10, 2024, I served or caused to be served *Motion of Ryan D. Hentz to Quash Claimant's Subpoena to Testify at a Deposition Directed to Non-Party Ryan Hentz;* (1) via CM/ECF upon those persons registered to receive such notifications in this case, (2) upon the persons or entities listed on the attached Service List A via both U.S. first-class mail, postage fully pre-paid, and electronic-mail, and (3) upon the parties or entities listed on the attached Service List B in the manner as indicated thereon.

Dated: January 10, 2024                                */s/ Stanley B. Tarr*
                                                                     Stanley B. Tarr

**Service List A**

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady
Kenneth Enos
1000 North King Street
Wilmington, Delaware 19801
rbrady@ycst.com
kenos@ycst.com

*Counsel to Plan Administrator*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Patricia B. Tomasco
Daniel Holzman
Alain Jaquet
Razmig Izakelian
51 Madison Avenue, 22nd Floor
New York, New York 10010
susheelkirpalani@quinnemanuel.com
pattytomasco@quinnemanuel.com
danielholzman@quinnemanuel.com
alainjaquet@quinnemanuel.com
razmigizakelian@quinnemanuel.com
valerieramos@quinnemanuel.com

*Counsel to Plan Administrator*

**WOMBLE BOND DICKINSON (US) LLP**
Donald J. Detweiler
Elazar A. Kosman
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
elazar.kosman@wbd-us.com

*Counsel to Subpoenaing Party*

**WOMBLE BOND DICKINSON (US) LLP**
M. Rhett DeHart
5 Exchange Street
Charleston, South Carolina 29401
rhett.dehart@wbd-us.com

*Counsel to Subpoenaing Party*

**OFFICE OF THE U.S. TRUSTEE**
Richard Schepacarter
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Richard.Schepacarter@usdoj.gov

**Service List B**

(2002 List)

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email | Manner of Service |
|---|---|---|---|---|---|---|---|
| Arizona Attorney General Mark Brnovich | Office of the Attorney General | 2005 N Central Ave | Phoenix, AZ 85004 | | | | Mail |
| Arkansas Attorney General | 323 Center St, Ste 200 | Little Rock, AR 72201 | | | | | Mail |
| Attorney General of the State of Ohio | 30 E Broad St, 14th Fl | Columbus, OH 43215 | | | | | Mail |
| Attorney General State of Mississippi | 550 High St | Jackson, MS 39201 | | | | | Mail |
| Attorney General's Office | State of Alabama | 501 Washington Ave | Montgomery, AL 36104 | | | | Mail |
| Commonwealth of Puerto Rico Office of the Attorney General | P.O. Box 902192 | San Juan, PR 00902 | | | | | Mail |
| Delaware Department of Justice | Carvel State Bldg | 820 N French St | Wilmington, DE 19801 | | | | Mail |
| Department of Attorney General | 525 W Ottawa St | Lansing, MI 48906 | | | | | Mail |
| Department of Justice | 114 W Edenton St | Raleigh, NC 27603 | | | | | Mail |
| Financial Crimes Enforcement Network | P.O. Box 39 | Vienna, VA 22183 | | | | FRC@fincen.gov | Email |
| Florida Office of Financial Regulation | Attn: Brandon Greenberg, Assistant General Counsel | | | | | Brandon.Greenberg@FLOFR.gov | Email |
| Harris Beach PLLC | Attn: Brian D Roy | | | | | broy@harrisbeach.com | Email |
| Harris Beach PLLC | Attn: Lee E Woodard/Brian D Roy | 333 W Washington St, Ste 200 | Syracuse, New York 13202 | | | bkemail@harrisbeach.com | Email |
| Illinois Attorney General | 100 W Randolph St | Chicago, IL 60601 | | | | | Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | Mail |
| Kansas Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612 | | | | | Mail |
| King & Spalding | | | | | | MHandler@KSLAW.com | Email |
| King & Spalding | | | | | | RSacks@KSLAW.com | Email |
| Louisiana Department of Justice | 1885 N Third St | Baton Rouge, LA 70802 | | | | | Mail |
| Louisiana Department of Justice | P.O. Box 94005 | Baton Rouge, LA 70804 | | | | | Mail |
| Maryland Attorney General | 200 St Paul Place | Baltimore, MD 21202 | | | | | Mail |
| Nebraska Attorney General | 2115 State Capitol | Lincoln, NE 68509 | | | | | Mail |
| New Hampshire Department of Justice | 33 Capitol St | Concord, NH 03301 | | | | | Mail |
| New Mexico Attorney General | 408 Galisteo St | Villagra Bldg | Santa Fe, NM 87501 | | | | Mail |
| Office of Attorney General | 600 E Boulevard Ave, Dept 125 | Bismarck, ND 58505 | | | | | Mail |
| Office of Foreign Asset Control | 1500 Pennsylvania Ave NW | Washington, DC 20220 | | | | Ofac_feedback@treasury.gov | Email |
| Office of Minnesota Attorney General | Attn: Keith Ellison | 445 Minnesota St, Ste 1400 | St Paul, MN 55101 | | | | Mail |
| Office of the Attorney General | | | | | | sherri.simpson@oag.texas.gov | Email |
| Office of the Attorney General | 100 N Carson St | Carson City, NV 89701 | | | | | Mail |
| Office of the Attorney General | 202 N 9th St | Richmond, VA 23219 | | | | | Mail |
| Office of the Attorney General | 300 W 15th St | Austin, TX 78701 | | | | | Mail |
| Office of the Attorney General | 40 Capitol Square, SW | Atlanta, GA 30334 | | | | | Mail |
| Office of the Attorney General | Attn: Kimberly A Walsh | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | bk-kwalsh@oag.texas.gov | Email |
| Office of the Attorney General | P.O. Box 12548 | Austin, TX 78711-2548 | | | | | Mail |
| Office of the Attorney General | State of Florida | PL-01 The Capitol | Tallahassee, FL 32399 | | | | Mail |
| Office of the Attorney General | State of New Jersey | Richard J Hughes Justice Complex | 25 Market St | Trenton, NJ 08611 | | | Mail |
| Office of the Attorney General for the District of Columbia | 400 6th St, NW | Washington, DC 20001 | | | | | Mail |
| Office of the Attorney General of Iowa | Hoover State Office Bldg | 1305 E Walnut St | Des Moines, IA 50319 | | | | Mail |
| Office of the Attorney General of Texas | | | | | | sean.flynn@oag.texas.gov | Email |
| Office of the Attorney General of Texas | Attn: Roma N Desai | Attn: Sean T Flynn | Bankruptcy & Collections Division | P. O. Box 12548 | Austin, TX 78711-2548 | roma.desai@oag.texas.gov | Email |
| Office of the Illinois Attorney General | Attn: John P Reding | 100 W Randolph St, Ste 13-225 | Chicago, IL 60601 | | | John.reding@ilag.gov | Email |
| Office of the Maine Attorney General | 6 State House Station | Augusta, ME 04333 | | | | | Mail |
| Office of the Oklahoma Attorney General | 313 NE 21st St | Oklahoma City, OK 73105 | | | | | Mail |
| Office of the United States Trustee | District of Delaware | Attn: Richard L Schepacarter | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |
| Office of the WV Attorney General | State Capitol Complex, Bldg 1, Rm E-26 | 1900 Kanawha Blvd E | Charleston, WV 25305 | | | | Mail |
| Oregon Department of Justice | 1162 Court St NE | Salem, OR 97301-4096 | | | | | Mail |
| Pachulski Stang Ziehl & Jones | | | | | | mlitvak@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | | | | | | ljones@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | | | | | | dbertenthal@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones | | | | | | tcairns@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | | | | | | tcairns@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones | Attn: Timothy P Cairns | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | ljones@pszjlaw.com | Email |
| RI Office of the Attorney General | 150 S Main St | Providence, RI 02903 | | | | | Mail |
| Securities & Exchange Commission | 100 Pearl St, Ste 20-100 | New York, NY 10004 | | | | | Mail |
| South Carolina Attorney General's Office | Attn: Rembert Dennis | 1000 Assembly St, Rm 519 | Columbia, SC 29201 | | | | Mail |
| South Carolina Attorney General's Office | The Honorable Alan Wilson | P.O. Box 11549 | Columbia, SC 29211 | | | | Mail |
| South Dakota Attorney General | 1302 E Hwy 14, Ste 1 | Pierre, SD 57501-8501 | | | | | Mail |
| State of Alaska Department of Law | 1031 W 4th Ave, Ste 200 | Anchorage, AK 99501-1994 | | | | | Mail |
| State of Idaho | Office of the Attorney General | 700 W Jefferson St, Ste 210 | P.O. Box 83720 | Boise, ID 83720 | | | Mail |
| Tennessee Attorney General's Office | Bankruptcy Division | P.O. Box 20207 | Nashville, TN 37202 | | | | Mail |
| The Bifferato Firm, PA | Attn: Ian Connor Bifferato | 1007 N Orange St, 4th Fl | Wilmington, DE 19801 | | | cbifferato@tbf.legal | Email |
| The Powell Firm, LLC | Attn: Jason C Powell | 1813 N Franklin St | PO Box 289 | Wilmington, DE 19899 | | jpowell@delawarefirm.com | Email |
| TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | Attn: Laura L McCloud | P.O. Box 20207 | Nashville, TN 37202-0207 | | AGBankDelaware@ag.tn.gov | Email |
| Washington State | Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia, WA 98504 | | | Mail |
| Womble Bond Dickinson (US) LLP | | | | | | elazar.kosman@wbd-us.com | Email |
| Womble Bond Dickinson (US) LLP | Attn: Donald J Detweiler | Attn: Elazar A Kosman | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | don.detweiler@wbd-us.com | Email |