# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 802 & 808** |

**CERTIFICATE OF NO OBJECTION REGARDING AZIM GHADER'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL, IN ITS ENTIRETY, OF THE MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE SEEKING ENTRY OF AN ORDER, INCLUDING PROTECTIVE ORDER AND JUDGMENT, AGAINST THE PLAN ADMINISTRATOR AND THE PLAN ADMINISTRATOR'S COUNSEL**

The undesigned hereby certifies that, as of the date hereof, no answer, objection, or any responsive pleading has been received to *Azim Ghader's Motion for Entry of an Order Authorizing the Filing Under Seal, in Its Entirety, of the Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective Order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel* [Docket No. 808] (the "Motion") filed by Azim Ghader ("Mr. Ghader") with the United States Bankruptcy Court for the District of Delaware (the "Court") on December 28, 2023.

The undersigned further certifies that they have reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion and Hearing filed contemporaneously with the Motion, responses to the Motion were to be filed no later than 4:00 p.m. (ET) on January 9, 2024 (the "Objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

WBD (US) 4861-3528-3099v1

Deadline"). Mr. Ghader therefore respectfully requests that the proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: January 11, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>        elazar.kosman@wbd-us.com<br><br>*Counsel to Azim Ghader* |

2