## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 802, \_\_\_** |

**ORDER AUTHORIZING AZIM GHADER'S TO FILE
UNDER SEAL, IN ITS ENIRETY, THE MOTION PURSUANT TO SECTION 105(A)
OF THE BANKRUPTCY CODE SEEKING ENTRY OF AN ORDER,
INCLUDING PROTECTIVE ORDER AND JUDGMENT, AGAINST THE PLAN
ADMINISTRATOR AND THE PLAN ADMINISTRATOR'S COUNSEL**

Upon consideration of the motion (the "Motion")[2] of Azim Ghader ("Mr. Ghader") seeking entry of an order authorizing him to file under seal, in its entirety, the *Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective Order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1, and the Federal Judiciary's Pacer Redaction Agreement* (D.I. 802) (the "Protective Order Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Motion.

WBD (US) 4873-2678-4409v2

found that Mr. Ghader's notice of the Motion was appropriate and no other notice need be provided; and this Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Mr. Ghader is authorized to file the Protective Order Motion, in its entirety, under seal.

3. The Protective Order shall not be disseminated to anyone other than (a) the Court, (b) the Office of the United States Trustee for the District of Delaware, and (c) counsel for the Plan Administrator, without either: (i) the written consent of Mr. Ghader, or (ii) further order of the Court. All parties receiving the Protective Order Motion shall maintain its confidentiality.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. Mr. Ghader is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.