### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JANUARY 16, 2024 AT 10:00 A.M. (ET)

**This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**

**The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

### MATTER GOING FORWARD:

1. Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 411, 9/29/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Response Deadline:                    October 22, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Response of Azim Ghader to Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 470, 10/22/23]

B.    Exhibit(s) A-V to Response of Azim Ghader to Debtors' (A) Objection to Claims 597-239, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-0052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [(Sealed) D.I. 471, 10/22/3]

C.    Plan Administrator's Reply to the Response of Azim Ghader to Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [(Sealed) Docket No. 711, 12/8/23, (Redacted) Docket No. 712, 12/8/23]

Related Documents:

D.    Declaration of Evan Hengel In Support of Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed by Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 412, 9/29/23]

E.    Notice of Service of First Request by Azim Ghader to the Debtors for the Production of Documents [D.I. 424, 10/6/23]

F.    Notice of Service of (i) First Set of Requests for Production to Azim Ghader; and (ii) Notice of Deposition [D.I. 434, 10/11/23]

G.    Notice of Deposition Upon Oral Examination of Evan Hengel [D.I. 466, 10/20/23]

H.    Notice of Deposition Upon Oral Examination of Representative of Desolation Holdings, LLC, et al [D.I. 467, 10/20/23]

I.    Notice of Filing of Stipulation [D.I. 468, 10/20/23]

J.    Notice of Service of Azim Ghader's Responses and Objection to the First Request for Production of Documents by the Debtors [D.I. 485, 10/24/23]

K.    Amended Notice of Deposition [D.I. 565, 11/17/23]

L.    Notice of Errata Sheet Re: Docket Entry Nos. 470 & 641 [(Sealed) D.I. 806, 12/26/23]

M.    Notice of Filing of Proposed Redacted Version of Notice of Errata Sheet re: Docket Entry Nos. 470 & 641 [D.I. 815, 12/23/24]

N.    Notice of Service of (i) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) to Adel Abbasi; and (ii) Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) to Adel Abbasi [D.I. 877, 1/3/24]

O.    Notice of Service of (i) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) to Adel Abbasi; and (ii) Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) to Shahriar Arabpour [D.I. 878, 1/3/24]

P.    Notice of Service of (i) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) to Adel Abbasi; and (ii) Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) to Amirali Momenzadeh [D.I. 879, 1/3/24]

Q.    Notice of Deposition Upon Oral Examination of David Maria [D.I. 881, 1/5/24]

R.    Notice of Deposition Upon Oral Examination of Evan Hengel [D.I. 882, 1/5/24]

S.    Notice of Service of Azim Ghader's Subpoena to Testify at a Deposition Directed to Ryan Hentz [D.I. 883, 1/5/24]

T.    Notice of Service of Azim Ghader's Subpoena to Produce Documents Directed to Blockscore, LLC d/b/a/a Cognito f/k/a Blockscore, Inc. [D.I. 892, 1/8/24]

U.    Notice of Deposition of Adam Zarazinski [D.I. 895, 1/9/24]

V.    Notice of Deposition of Stephanie Rice [D.I. 896, 1/9/24]

W.    Motion of Ryan D. Hentz to Quash Claimant's Subpoena to Testify at a Deposition Directed to Non-Party Ryan Hentz [D.I. 897, 1/10/24]

Status:    This matter is going forward.  The parties anticipate filing witness and exhibit lists in advance of the hearing.

2.      Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order,
        Including Protective order and Judgment, Against the Plan Administrator and the Plan
        Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and
        9037, Local Rules 9018-1 and 9037-1 of the Federal Judiciary's Pacer Redaction
        Agreement [(Sealed) D.I. 802, 12/22/23]

        Response Deadline:                     January 8, 2024 at 4:00 p.m. (ET)

        Responses Received:

        A.      Opposition to Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking
                Entry of an Order, Including Protective order and Judgment, Against the Plan
                Administrator and the Plan Administrator's Counsel for Violating Federal Rules of
                Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1 of the
                Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 888, 1/8/24]

        Related Documents:

        B.      Declaration of Alain Jaquet in Support of Opposition [(Sealed) D.I. 889, 1/8/24]

        C.      Declaration of Kenneth J. Enos in Support of Opposition [(Sealed) D.I. 890, 1/8/24]

        D.      Declaration of Catherine Nownes-Whitaker in Support of Opposition [(Sealed) D.I.
                891, 1/8/24]

        Status:         This matter is going forward.

3.      Motion for Entry of an Order Authorizing the Filing Under Seal, in its Entirety, of the
        Motion Pursuant to Section 105(A) of the Bankruptcy Code Seeking Entry of an Order,
        Including Protective Order and Judgment, Against the Plan Administrator and the Plan
        Administrator's Counsel [D.I. 808, 12/28/23]

        Response Deadline:                     January 9, 2024 at 4:00 p.m. (ET)

        Responses Received:            None

        Related Documents:             None

        Status:         This matter is going forward.

4.      Azim Ghader's Motion for Entry of an Order Authorizing the Filing Under Seal of Portions
        of the Notice of Errata Sheet [D.I. 818, 12/29/23]

        Response Deadline:                     January 9, 2024 at 4:00 p.m. (ET)

        Responses Received:            None

Related Documents:              None

Status:          This matter is going forward.

5.      Plan Administrator's Motion to Exclude Testimony of Azim Ghader's Expert Adam Zarazinski [(Sealed) D.I. 898, 1/10/24]

Response Deadline:                        At the Hearing

Responses Received:              None

Related Documents:

A.      Declaration of Patty Tomasco in Support of Plan Administrator's Motion to Exclude Testimony of Azim Ghader's Expert Adam Zarazinski [(Sealed) D.I. 899, 1/10/24]

B.      Plan Administrator's Motion for Entry of an Order Shortening the Notice Period for Plan Administrator's Motion to Exclude Testimony of Azim Ghader's Expert Adam Zarazinski [(Sealed) D.I. 900, 1/10/24]

Status:          This matter is going forward.

6.      Plan Administrator's Motion to Exclude Testimony of Azim Ghader's Expert Stephanie Rice [(Sealed) D.I. 901, 1/10/24]

Response Deadline:                        At the Hearing

Responses Received:              None

Related Documents:

A.      Declaration of Patty Tomasco in Support of Plan Administrator's Motion to Exclude Testimony of Azim Ghader's Expert Stephanie Rice [(Sealed) D.I. 902, 1/10/24]

B.      Plan Administrator's Motion for Entry of an Order Shortening the Notice Period for Plan Administrator's Motion to Exclude Testimony of Azim Ghader's Expert Stephanie Rice [(Sealed) D.I. 903, 1/10/24]

Status:          This matter is going forward.

Dated: January 11, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos (admitted *pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE PLAN ADMINISTRATOR**

31156693.1