IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 9, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Deposition [Docket No. 895]**

- **Notice of Deposition [Docket No. 896]**

Dated: January 11, 2024

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 11th day of January, 2024, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Attention | Email | Method of Service |
|---|---|---|---|
| Womble Bond Dickinson, LLP | Donald J. Detweiler | Don.detweiler@wbd-us.com | Email |
| Womble Bond Dickinson, LLP | Elazar Kosman | Elazar.kosman@wbd-us.com | Email |
| Womble Bond Dickinson, LLP | Rhett DeHart | Rhett.dehart@wbd-us.com | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)