RESPONSE TO: NOTICE OF PLAN ADMINISTRATOR'S SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN NO LIABILITY CLAIMS

ATTENTION:
CLERK OF BANKRUPTCY COURT,
824 N. MARKET STREET, 3RD FLOOR,
WILMINGTON, DELAWARE 19801

Date: Jan.9, 2024

(JOINTLY ADMINISTERED)
OBJ. DEADLINE: JAN 12, 2024

IN RE: DESOLATION HOLDINGS LLC et al. /CHAPTER 11/CASE NO. 23-10597 (BLS)
WIND DOWN ENTITY

Subject: Re: Notice of Plan Administrator's SIXTH OMNIBUS (Substantive) Objection

Dear Clerk of Bankruptcy Court,

I hope this letter finds you well. I am writing in response to the Notice of Plan Administrator's SIXTH OMNIBUS (Substantive) Objection concerning certain no liability claims submitted by a company. The company in question disputes receiving a bank wire of $5000.00 from a customer on May 15, 2020, to establish an account. IN THIS ACCOUNT THEY WERE DIRECTED TO PURCHASE APPROX 100,000 SHARES OF HBAR CRYPTO (market value as of today is approx.$8000.00), OF WHICH, THE SAID COMPANY (BITTREX) HELD INTO Their CHAPTER 11 BANKRUPCY and have retained TO THIS DAY...

I would like to bring to your attention that (PLEASE FIND ENCLOSED) I have provided documented proof in the form of bank wire records, clearly indicating the transfer of $5000.00 on May 15, 2020. The records are thorough and verifiable, and we believe they substantiate the customer's claim.

In light of this evidence, we kindly request a thorough review of the provided documentation to rectify any discrepancies and ensure a fair resolution in accordance with the bankruptcy proceedings. Our aim is to uphold the integrity of the claims process and ensure that accurate information is considered in the evaluation of claims.

Please find attached copies of the documented bank wire records for your reference. We trust that this additional evidence will aid in a prompt and accurate resolution of the matter at hand.

Thank you for your attention to this matter, and we appreciate your diligence in ensuring a fair and just bankruptcy process.

Sincerely,

Sharon Severin        Date: Jan.9, 2024

Case Number 23-10598/Debtor: Bittrex Inc.

Sharon Severin Address: 10337 Red Rock Place Dyer, IN 46311 Phone: 708-218-0001

RECEIVED 2024 JAN 12 AM 9:57 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

| Sixth Omnibus Objection (Substantive) | | | | | | |
|---|---|---|---|---|---|---|
| **Schedule 1 – No Liability Claims** | | | | | | |
| No# | Name / AccountID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Basis for Full Satisfaction of Claim |
| 102 | SHARON SEVERIN | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10299 | $6,000.00 | Hedera (HBAR) - 100.000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

ttrex.com/balance

# Deposit

- Check out our FAQ for more information about wire transfers.

All deposits are governed by our Terms of Service.

**Recipient name**
Prime Trust, LLC

**Recipient address**
330 S Rampart Ave, Suite 260
Las Vegas, NV 89145

**Account number**
45072525

**Bank routing/ABA number**
122242869 (for banks in the US)

**Bank SWIFT code**
PMERUS66 (for banks outside the US)

**Bank name**
Pacific Mercantile Bank

**Bank address**
949 South Coast Drive, Third Floor
Costa Mesa, CA 92626

**Memo/notes to recipient**
BTX9EGUC8S30AFDUH0U6T2G (your USD deposit code)
Make sure to include the text above in your wire transfer memo/notes to
properly route the deposit to your account.



**PROVIDENCE**
**BANK & TRUST**

Service, Stewardship and Security

**Domestic**
**Wire Transfer**
**Request Form**

5013

Wire #: _____

WatchDog Reference #: 6690875

Date: 5/15/20

**Wire Transfer Amount:** $ 5000.00

Loan Customer & # (If applicable): _____

**Wire Transfer From:**
**Originator's Information**

| | |
|---|---|
| Account Number: | 3109618 |
| Name of Originator: | Sharon Sevrin |
| Address: | 10337 Red Rock Pl |
| City, State, Zip: | Dyer, In 46311 |
| Daytime Contact Phone Number: | |

**Wire Transfer To:**
**Receiver Bank FI Information**

| | |
|---|---|
| Routing Number (ABA) Domestic Wire: | 122242869 |
| Bank's Name: | pacific Merchatile Bank |

**Intermediary/Beneficiary Receiver FI Information (Only if Required)**

| | |
|---|---|
| Account Number: | |
| Name: | |
| Address: | |
| City, State, Zip: | |

**Beneficiary Information:**

| | |
|---|---|
| Account Number: | 45072525 |
| Name: | Prime Trust LLC |
| Address: | 330 S Rampart Ave Suite 260 |
| City, State, Zip: | Las Vegas Nevada |
| Reference: | US Deposit Code:BTX9EGUC8SS3OAFDUHOU6T2G |

**Wire Agreement on File:**  ☐ Yes  ☑ No    Verified By: jl

**Authorized Signature of Originator of Wire:** *Sharon Kay Severin*

---

**For Internal Use Only**

Wire Request Received By: JGILBERT    Time: 4:55    Date: 5/14/20

Method in which request was received: ☑ In-Person  ☐ Phone  ☐ Internet  ☐ Email  ☐ Fax  ☐ Internal/Loan

Customer was Verified By: JGILBERT    ☐ Driver's License/ID  ☑ Know Customer  ☐ Security Questions

Receipt of Customer's Signature/Authorization: _____    Time: 9:00    Date: 5/15/20

Call Back Procedures for Email/Internet/Fax Requests Performed By: ———    Time: ———    Date: ———

Name of Individual Contacted: _____

Funds Verified By: _____    Time: 9:05    Date: 5/15/20

☑ Collected Funds Available   ☐ Uncollected Funds (Officer Approval _____ )

Wire Fee Processed By: _____    Fee Amount: 25.00    Time: 9:10    Date: 5/15/20

Wire Fee Waiver Approved By: _____    Reason: _____    Date: _____

Memo Post Debit Processed By: _____    Time: 9:15    Date: 5/15/20

Loan Transaction Posted By: _____    Time: _____    Date: _____

Wire Verified By: C. McCray    Time: 9:30    Date: 5-15-20

---

**For Wire Department Use Only**

| | Time: | | Date: | |
|---|---|---|---|---|
| OFAC Check By: | | 9:57 | | |
| Wire Approved & Initiated By: J. Lopez | Time: | | Date: | 5/15/2020 |
| Wire Verified By: | Time: | | Date: | |

When completed, this form will contain confidential and sensitive information. For security reasons, it should not be emailed via regular email. Please either fax the form to 708-589-2933 or email it via secure email to wires@providencebank.com by using our secure email site at https://providencebank.securemsg.com.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Obj. Deadline: January 12, 2024 at 4:00 p.m. (ET)**<br>**Hrg. Date: January 31, 2024 at 10:00 a.m. ET** |

### NOTICE OF PLAN ADMINISTRATOR'S SIXTH OMNIBUS (SUBSTANTIVE) <u>OBJECTION TO CERTAIN NO LIABILITY CLAIMS</u>

**PLEASE TAKE NOTICE** that today, the Plan Administrator of the above-captioned debtors and debtors in possession (the "Debtors" or the "Wind Down Entity") filed the *Plan Administrator's Sixth Omnibus (Substantive) Objection To Certain No Liability Claims* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Objection must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 12, 2024 at 4:00 p.m. (ET)** (the "Response Deadline"); and (c) served so as to be received on or before the Response Deadline by the undersigned counsel to the Plan Administrator.

**PLEASE TAKE FURTHER NOTICE THAT** only responses made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE OBJECTION WILL BE HELD ON **JANUARY 31, 2024, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

REDACTED DOCUMENT
Docket No. 814
Filed 12/29/23

Dated: December 29, 2023
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: kenos@ycst.com
Email: rbrady@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE PLAN ADMINISTRATOR**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

Desolation Holdings LLC, *et al.*,[1]

    Wind Down Entity.

Chapter 11

Case No. 23-10597 (BLS)

(Jointly Administered)

**Obj. Deadline: January 12, 2024 at 4:00 p.m. (ET)
Hrg. Date: January 31, 2024 at 10:00 a.m. ET**

**PLAN ADMINISTRATOR'S SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
CERTAIN NO LIABILITY CLAIMS**

\*\*\*

TO THE CLAIMANTS LISTED ON **SCHEDULE 1** ATTACHED TO THE PROPOSED ORDER (AS DEFINED HEREIN): YOUR RIGHTS MAY BE AFFECTED BY THIS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE PLAN ADMINISTRATOR. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES OR ACCOUNT IDS AND CLAIMS ON **SCHEDULE 1** TO THE PROPOSED ORDER AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN. THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE PLAN ADMINISTRATOR'S RIGHTS TO PURSUE FURTHER SUBSTANTIVE OR NON-SUBSTANTIVE OBJECTIONS AGAINST THE CLAIMS LISTED ON **SCHEDULE 1** TO THE PROPOSED ORDER.

\*\*\*

David Maria, as plan administrator (the "Plan Administrator") in the chapter 11 cases of

the above-captioned debtors and each of their debtor affiliates (collectively, the "Debtors" or the

"Wind Down Entity"), through undersigned counsel, hereby files this sixth omnibus (substantive)

objection to certain no liability claims (the "Objection") and respectfully states as follows:

**RELIEF REQUESTED**

1.      By this Objection, the Plan Administrator seeks entry of an order, substantially in

the form attached hereto as **Exhibit A** (the "Proposed Order"), disallowing and expunging the no

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

           1

liability claims identified on **Schedule 1** thereto (the "No Liability Claims"). In support of this Objection, the Plan Administrator submits the *Declaration of David Maria in Support of Plan Administrator's Sixth Omnibus (Substantive) Objection to Certain No Liability Claims* (the "Maria Declaration"), annexed hereto as **Exhibit B**.

## JURISDICTION AND VENUE

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and pursuant to Rules 7008 and Local Rule 9013-1(f), the Plan Administrator consents to the entry of a final order by the Court in connection with this Objection to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory and legal predicates for the relief sought herein are section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

5.      On May 8, 2023 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). Prior to the Petition Date through the Effective Date of the Plan (defined below), the Debtors managed and operated their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code. An official committee of unsecured creditors has not been appointed in these Chapter 11 Cases.

6.        Additional factual background relating to the Debtors' businesses, capital structure, and circumstances leading to the filing of the Chapter 11 Cases is set forth in *the Declaration of Evan Hengel, Co-Chief Restructuring Officer of the Debtors in Support of Chapter 11 Petitions and First-Day Motions* [D.I. 11] (the "First Day Declaration").

7.        On October 31, 2023, the Court entered its order [D.I. 517] (the "Confirmation Order") confirming the *Amended Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Debtor Affiliates* (the "Plan").[2]

8.        On November 15, 2023, the Debtors filed a *Notice of Effective Date* [D.I. 563], setting the effective date to the same day (the "Effective Date"). As set forth in the Confirmation Order, as of the Effective Date, all Wind Down Assets vested in the Wind Down Entity, and David Maria was appointed to serve as the Plan Administrator managing the Wind Down Entity. *See* Confirmation Order at ¶¶ 17.G, 52.

9.        Now that the Effective Date has occurred, the Plan Administrator is continuing the claims reconciliation process, and the wind down of the business operations and affairs of the Wind Down Entity.

## CLAIMS PROCESS

10.        Shortly after the Petition Date, on May 24, 2023, the Debtors filed the *Motion of Debtors for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

*Date* (the "Bar Date Motion") [D.I. 65], which the Court granted on June 7, 2023, setting August 31, 2023 as the general bar date for filing proofs of claims and November 4, 2023 as the governmental bar date (collectively, the "Bar Dates") [D.I. 107] (the "Bar Date Order").

11.     On June 5, 2023, the Debtors filed their schedules of assets and liabilities and statements of financial affairs [D.I.s 85–92] (collectively, the "Schedules").

12.     On June 14, 2023, and June 23, 2023, the Debtors filed their amended schedules of assets and liabilities and statements of financial affairs [D.I.s 7–8 filed in Case No. 23-10598-BLS; D.I. 129 filed in Case No. 23-10597-BLS; D.I.s 142–143 filed in Case No. 23-10597-BLS] (collectively, the "Amended Schedules").

13.     In accordance with the Bar Date Order, the Debtors engaged in extensive noticing of the Bar Dates to provide notice to known and unknown creditors and customers.  Through Omni Agent Solutions ("Omni"), the Debtors' Court-appointed claims and noticing agent, the Debtors promptly served notice of the bar date on all creditors and customers, additionally providing the Debtors' customers with a customized Customer Proof Of Claim Form.  [D.I. 201.]  The Debtors further published the *Notice of Deadlines for Filing of Proofs of Claim* in CoinDesk's The Protocol Email Newsletter on June 14, 2023, June 21, 2023, and June 28, 2023; in the Financial Times on June 16, 2023; in the Times of Malta on June 16, 2023; and in The Wall Street Journal on June 15, 2023.  [D.I. 187.]

14.     On November 6, 2023, the Court entered the *Order Granting (I) Leave From Local Rule 3007-1(f) and Bankruptcy Rule 3007(e)(6) to Permit  Filing of Omnibus Objections, and (II) Granting Related Relief* [D.I. 530] (the "Omnibus Objections Order").

15.     More than 4,500 claims have been filed in these chapter 11 cases, including more than 4,400 customer claims.  The Plan Administrator, with the assistance of his advisors, has been

reviewing and reconciling proofs of claims, including any supporting documentation attached thereto, and reconciling the proofs of claims with the Debtors' Schedules and books and records to determine the validity of the asserted claims. While this analysis and reconciliation is ongoing, the Plan Administrator has determined that the No Liability Claims should be disallowed for the reasons set forth herein. Accordingly, the Plan Administrator files this Objection seeking the relief requested herein.

## BASIS FOR RELIEF

16.    Pursuant to section 101 of the Bankruptcy Code, a creditor holds a claim against a bankruptcy estate only to the extent that (a) it has a "right to payment" for the asserted liabilities and (b) is otherwise allowable. 11 U.S.C. §§ 101(5) and 101(10).

17.    Section 502(a) of the Bankruptcy Code provides that a filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). When asserting a proof of claim against a bankrupt estate, a claimant must allege facts that, if true, would support a finding that the debtor is legally liable to the claimant. *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173 (3d Cir. 1992). Where the claimant alleges sufficient facts to support its claim, its claim is afforded prima facie validity. *Id.* A party wishing to dispute a claim's validity must produce evidence sufficient to negate the claim's prima facie validity. *Id.* at 173–74. Once an objecting party produces such evidence, the burden shifts back to the claimant to prove the validity of his or her claim by a preponderance of the evidence. *Id.* at 174. Ultimately, the burden of persuasion is on the claimant. *Id.*

18.    As set out in the Maria Declaration, after reviewing the books and records and the relevant No Liability Claims, the Plan Administrator, with the assistance of his advisors, has determined that the No Liability Claims listed on **Schedule 1** assert amounts that cannot be

reconciled with the Debtors' books and records and have been asserted by claimants who do not have active existing accounts with the Debtors. Accordingly, the No Liability Claims assert amounts that are not actual liabilities of the Debtors.

19. Therefore, the Plan Administrator (a) objects to the No Liability Claims listed on **Schedule 1** to the Proposed Order and (b) requests that such No Liability Claims be disallowed and expunged in their entirety.

## **RESPONSES TO THIS OBJECTION**

20. Filing and Service of Responses: To contest the Objection, a Claimant must file and serve a written response to the Objection (a "Response") so that it is actually received by the Clerk of the Court and the parties in the following paragraph no later than 4:00 p.m. (Eastern Time) on January 12, 2024 (the "Response Deadline"). Claimants should locate their names or User IDs and No Liability Claims on Schedule 1 to the Proposed Order, and carefully review the Objection. A Response must address each ground upon which the Plan Administrator objects to a particular No Liability Claim. A hearing to consider the Objection, if necessary, will be held on January 31, 2024 at 10:00 a.m. (Eastern Time) before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, via telephone or videoconference (the "Hearing").

21. Each Response must be filed with Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor Wilmington, Delaware, 19801 and served upon the following entities at the following addresses:

| **QUINN EMANUEL URQUHART &** **SULLIVAN, LLP** | **YOUNG CONAWAY STARGATT &** **TAYLOR, LLP** |
| :---: | :---: |
| Patricia B. Tomasco | Kenneth Enos |
| 51 Madison Avenue, 22nd Floor | Rodney Square |
| New York, New York 10010 | 1000 North King Street |
| pattytomasco@quinnemanuel.com | Wilmington, Delaware 19801 |
| | kenos@ycst.com |

22.     Content of Responses: Each Response to this Objection must, at a minimum,

contain the following information:

      i.  a caption setting forth the name of the Court, the name of the Debtors, the case number, and the title of the Objection to which the Response is directed;

      ii.  the name of the claimant, the claim number, and a description of the basis for the amount of the claim;

      iii.  the specific factual basis and supporting legal argument upon which the party will rely in opposing this Objection;

      iv.  all documentation and other evidence in support of the claim, not previously filed with the Court or the claims and noticing agent, upon which the claimant will rely in opposing this Objection; and

      v.  the name, address, telephone number, fax number and/or email address of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Debtors should communicate with respect to the claim or the Objection and who possesses authority to reconcile, settle, or otherwise resolve the objection to the claim on behalf of the claimant.

23.     Timely Response Required; Hearing; Replies: If a Response is properly and timely

filed and served in accordance with the above procedures, the Plan Administrator will endeavor to

reach a consensual resolution with the claimant.  If no consensual resolution is reached, the Court

will conduct a hearing with respect to the Objection and the Response on January 31, 2024 at 10:00

a.m. (Eastern Time) or such other date and time as parties filing Responses may be notified.  Only

those Responses made in writing and timely filed and received will be considered by the Court at

any such hearing.

24.     Adjournment of Hearing: The Plan Administrator reserves the right to seek an

adjournment of the hearing on any Response to this Objection, which adjournment will be noted

on the notice of agenda for the hearing.  The agenda will be served on the person designated by

the Claimant in its Response.

25.      If a claimant fails to timely file a Response by the Response Deadline, the Plan Administrator may present to the Court an appropriate order disallowing and expunging or otherwise modifying the No Liability Claims without further notice to the claimant or a hearing.

26.      Separate Contested Matter: The objection by the Plan Administrator to each claim shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. Any order entered by the Court regarding an objection asserted in this Objection shall be deemed a separate order with respect to each claim subject thereto.

## **RESERVATION OF RIGHTS**

27.      The Plan Administrator expressly reserves the right to amend, modify, or supplement this Objection, and to file additional objections to any other claims (filed or not) that may be asserted against the Debtors and their estates.  Should one or more of the grounds of objection stated in the Objection be dismissed or overruled, the Plan Administrator reserves the right to object to each of the No Liability Claims or any other proofs of claim on any other grounds that the Plan Administrator discovers or elects to pursue.

28.      Notwithstanding anything contained in the Objection, or the exhibits and schedules attached hereto, nothing herein will be construed as a waiver of any rights that the Plan Administrator, or any successor to the Plan Administrator, may have to enforce rights of setoff against the claimants.

29.      Nothing in this Objection shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Plan Administrator's or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this

Objection; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any of the Plan Administrator's claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

## COMPLIANCE WITH LOCAL RULE 3007-1

30.     To the best of the Plan Administrator's knowledge and belief, this Objection complies with Local Rule 3007-1 as modified by the Omnibus Objections Order.  To the extent this Objection does not comply in all respects with requirements of Local Rule 3007-1 as modified by the Omnibus Objections Order, the undersigned believes such deviations are not material and respectfully requests that any such requirement be waived.

## NOTICE

31.     Notice of this Objection will be provided to the following parties and/or their respective counsel, as applicable: (a) the United States Trustee for the District of Delaware; (b) counsel to the lender under the Debtors' post-petition financing facility; (c) counsel to Debtors' non-debtor affiliate Bittrex Global GmbH; (d) counsel to Debtors' non-debtor affiliates RBR Holdings, Inc. and Aquila Holdings Inc.; (e) any party that has requested notice pursuant to Bankruptcy Rule 2002; and (f) each of the claimants listed on Schedule 1 to the Proposed Order. The Plan Administrator submits that, in light of the nature of the relief requested, no other or further notice need be given.

## CONCLUSION

WHEREFORE, the Plan Administrator respectfully requests that the Court sustain the Objection and grant such other and further relief as it deems just and proper.

Dated: December 29, 2023
Wilmington, DE

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

*/s/  Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: kenos@ycst.com
Email: rbrady@ycst.com

- and –

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)* Razmig
Izakelian *(admitted pro hac vice)* Joanna D.
Caytas *(admitted pro hac vice)* 51 Madison
Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email:
susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE PLAN
ADMINISTRATOR**

**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

Desolation Holdings LLC, *et al.*,[1]

Wind Down Entity.

Chapter 11

Case No. 23-10597 (BLS)

(Jointly Administered)

**Ref. Docket No. ___**

## ORDER SUSTAINING PLAN ADMINISTRATOR'S SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN NO LIABILITY CLAIMS

Upon the *Plan Administrator's Sixth Omnibus (Substantive) Objection to Certain No Liability Claims* (the "Objection"),[2] of the debtors and debtors in possession (together, the "Debtors" or the "Wind Down Entity") in the above-captioned chapter 11 cases, pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the particular circumstances; and the Court having considered the Maria Declaration and found and determined that the relief sought in the Objection is in the best interests of the Debtors, the Debtors' estates and creditors, and other

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

1.      The Objection is sustained as provided herein.

2.      Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3.      Each No Liability Claim identified on **Schedule 1** hereto is disallowed and expunged in its entirety.

4.      The objection by the Plan Administrator to the No Liability Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each No Liability Claim.

5.      Any stay of this Order pending appeal by any holder of a No Liability Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

6.      The Plan Administrator, Omni, and the Clerk of this Court are authorized to modify the official Claims Register for these chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out the relief granted in this Order.

7.      Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Plan Administrator may have to enforce rights of setoff against the claimants.

8.      Nothing in the Objection or this Order, nor any actions or payments made by the Plan Administrator pursuant to this Order, shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Plan Administrator's or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

9.      This Order is immediately effective and enforceable.

10.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

## Schedule 1

### No Liability Claims

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1. | 095f8ddc-c9f0-4e5e-80ce-6817756b0f97 | 7/3/2023 | 23-10597 / Desolation Holdings LLC | C597-371 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 2. | 297bed97-8fe1-4539-9255-f8d361fe8579 | 9/15/2023 | 23-10597 / Desolation Holdings LLC | C597-351 | N/A | Dogecoin (DOGiE) - 15883.47080604, Tether (USDT) - 11764.66460299 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 3. | e6427cd9-85c1-443a-ae5a-a77aaf18e4a6 | 10/27/2023 | 23-10597 / Desolation Holdings LLC | C597-568 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 4. | 2d18a2a9-0de7-4108-874f-5913fd7d646e | 7/11/2023 | 23-10597 / Desolation Holdings LLC | C597-78 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 5. | e6f91da8-6275-4fa6-8fd1-36f6db7eafc3 | 6/16/2023 | 23-10597 / Desolation Holdings LLC | C597-376 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 6. | e6f91da8-6275-4fa6-8fd1-36f6db7eafc3 | 6/16/2023 | 23-10597 / Desolation Holdings LLC | C597-377 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 7. | 9b43cb26-324b-42dd-b8d0-9059de0aa32f | 10/31/2023 | 23-10597 / Desolation Holdings LLC | C597-576 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 8. | 0290737e-0bf8-4f24-9cf8-91ebe918fd93 | 6/17/2023 | 23-10598 / Bittrex, Inc. | C597-21 | $1,000.00 | Bitcoin (BTC) - UND, Bitcoin Cash (BCHN) (BCH) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 9. | cf9096f1-daba-484b-9852-f121dc39f6db | 9/5/2023 | 23-10598 / Bittrex, Inc. | C598-11095 | $3,000.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 10. | 7e9b85c5-6661-4c65-beba-4d8a0d1c3a10 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10562 | N/A | Bitcoin (BTC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 11. | befbf425-e6c6-447b-b25b-2ff0e18d617d | 9/20/2023 | 23-10598 / Bittrex, Inc. | C598-1272 | $2,607.45 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 12. | 845831ca-de4e-4021-8484-e1274e2435ec | 10/2/2023 | 23-10597 / Desolation Holdings LLC | C597-490 | N/A | Cardano (ADA) - 1230.17074532 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 13. | Not a customer | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10525 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 14. | bce71663-2837-4e51-b5f5-8e668661b2a6 | 10/31/2023 | 23-10597 / Desolation Holdings LLC | C597-583 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 15. | 78499540-8b63-42c8-aa2d-44d10fb0ade9 | 10/10/2023 | 23-10598 / Bittrex, Inc. | C598-1319 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 16. | d6e02135-4f1e-499d-b0bb-48f356e2da4 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10199 | N/A | Basic Attention Token (BAT) - 7.7757, Bitcoin (BTC) - 0.0085, Databits (DTB) - 10, Ethereum (ETH) - 0.0342216, Siacoin (SC) - 231.97, STEEM (STEEM) - 2.6862, XRP (XRP) - 78.57 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 17. | d6e02135-4f1e-499d-b0bb-48f356e2da4 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10324 | N/A | Basic Attention Token (BAT) - 7.775, Hive (HIVE) - 2.686, Horizen (ZEN) - 6.395, Stellar Lumens (XLM) - 5.689, Wrapped ACME (WACME) - 0.7468 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 18. | 9f146472-0dff-4b0d-aef1-6901d9fc270b | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10870 | $15.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 19. | c06b6751-e697-4d16-8278-f6e1f432b030 | 9/2/2023 | 23-10597 / Desolation Holdings LLC | C597-10361 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 20. | 18dc45b5-f5bd-4c4d-a7bc-2541860b405d | 8/16/2023 | 23-10598 / Bittrex, Inc. | C598-385 | $92,500.00 | Endor (EDR) - 487000, Ethereum (ETH) - 50 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 21. | 3fdd46a6-5762-4ea7-9afb-9d6e03ba4c6c | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10027 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 22. | 9e017a80-02b0-46fa-818e-c2b5a7d4e301 | 6/30/2023 | 23-10598 / Bittrex, Inc. | C598-91 | N/A | Munt (MUNT) - 140.20217469, XRP (XRP) - 476.00589190 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 23. | cbe3fa94-9614-44aa-9a40-a7ab21b96acc | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-594 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 24. | cbe3fa94-9614-44aa-9a40-a7ab21b96acc | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10300 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 25. | 7cf84c79-85a7-4b0d-8db6-ef9adb390743 | 8/26/2023 | 23-10597 / Desolation Holdings LLC | C597-291 | N/A | STEEM (STEEM) - 11599.78 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 26. | 1d0ebd36-6188-40bf-abcd-eef0f2854244 | 7/13/2023 | 23-10597 / Desolation Holdings LLC | C597-80 | N/A | adToken (ADT) - 145.97560976, BitShares (BTS) - 37.78409091, BlackCoin (BLK) - 18.50649351, DigiByte (DGB) - 414.47368421, GameCredits (GAME) - 2.05297604, GoldCoin (GLC) - 115.76402321, Golem Network Token (GLM) - 38.86616, MaidSafeCoin (MAID) - 22.79131759, Pinkcoin (PINK) - 554.16666667, Siacoin (SC) - 300.45180723, Status Network Token (SNT) - 134.97970230, Stealth (XST) - 24.94581527, Stratis (STRAX) - 1.10047513, SysCoin (SYS) - 19.79559436 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 27. | 65acb205-17ea-4bf6-ab48-2be4b4a42316 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-386 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 28. | 65acb205-17ea-4bf6-ab48-2be4b4a42316 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-387 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 29. | 207d9456-554f-42f9-98f9-10a18888e11c | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-11 | $100.89 | XRP (XRP) - 1000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 30. | 3653c4c8-5967-4615-9ce6-dee6681f8b95 | 8/15/2023 | 23-10597 / Desolation Holdings LLC | C597-149 | $303.99 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 31. | 84561250-ad55-4c7e-ba0e-07de9009fd53 | 8/29/2023 | 23-10597 / Bittrex, Inc. | C598-1171 | $1,403.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 32. | 2c472c1e-b5e3-434b-b7e1-d5b196af9f0d | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-394 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 33. | 577cec3a-554c-48a0-a762-6c8abae3375b | 7/12/2023 | 23-10598 / Bittrex, Inc. | C598-140 | $20,000.00 | Bitcoin (BTC) - UND, Crypto.com (MCO) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 34. | e28201da-5a77-44b1-a86c-d57e75f13227 | 6/23/2023 | 23-10597 / Desolation Holdings LLC | C597-396 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 35. | 3147d715-adf7-4833-9ae5-d9ec03d1e952 | 10/10/2023 | 23-10597 / Desolation Holdings LLC | C597-503 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 36. | Not a customer | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10505 | $500.00 | BitcoinVault (BTCV) - und | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 37. | b0a110d4-86dd-4252-b5e2-d60a13f222b6 | 9/5/2023 | 23-10598 / Bittrex, Inc. | C597-10393 | $33,401.97 | Ethereum (ETH) - 20.43297798, OMG Network (OMG) - 0.35, Pesetacoin (PTC) - 66.58265589, XRP (XRP) - 1 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 38. | a838ef15-3aa9-489d-a03b-06c6eafee39d | 6/15/2023 | 23-10598 / Bittrex, Inc. | C598-54 | $8,070.52 | Bitcoin (BTC) - 0.04016509, Ethereum (ETH) - 4.606 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 39. | cc974c33-8056-4b3a-9faa-46c2cb812fc4 | 6/17/2023 | 23-10597 / Desolation Holdings LLC | C597-18 | N/A | Ethereum (ETH) - 0.67, Pivx (PIVX) - 330 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 40. | b19860f4-290f-4b06-b4fb-4bdee9ca8b17 | 6/14/2023 | 23-10598 / Bittrex, Inc. | C598-47 | $18,086.00 | Ethereum (ETH) - 10.38666000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 41. | ecac1f90-09c0-4e3d-ba83-63c27225f13a | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10264 | N/A | Bitcoin (BTC) - 0.5, Komodo (KMD) - 2000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 42. | b8bf6d08-abc7-404d-825b-f74cf24c1cb4 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-115 | $4,300.00 | Bitcoin (BTC) - 0.30, Ethereum (ETH) - 1.3 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 43. | 1fcaf7e8-d941-492b-9a1a-9c01f3a948d2 | 6/29/2023 | 23-10598 / Bittrex, Inc. | C598-88 | $15,050.00 | Bitcoin (BTC) - 0.50 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 44. | 2469dbec-b2e3-45d0-afb7-dd1403e53369 | 10/27/2023 | 23-10597 / Desolation Holdings LLC | C597-563 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 45. | 2a9e0bb2-aea7-456e-b13d-f801ac4c0a70 | 8/25/2023 | 23-10598 / Bittrex, Inc. | C597-274 | $60,000.00 | Civic (CVC) - 3.29633972, DopeCoin (DOPE) - 100.76703144, Litecoin (LTC) - 0.03954167, Neo (NEO) - 11.44811839, OmniCoin (OMNI) - 5291.10629508, Siacoin (SC) - 339.86778872, XRP (XRP) - 34.78816013 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 46. | 85e442e8-c871-45a1-9d56-82871f73d304 | 10/3/2023 | 23-10598 / Bittrex, Inc. | C598-1293 | $1,295.70 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 47. | cc59e64a-7576-4fe0-9bbd-64bfdf49b093 | 9/13/2023 | 23-10598 / Bittrex, Inc. | C598-1264 | N/A | Bitcoin (BTC) - 0.26997742 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 48. | Not a customer | 8/22/2023 | 23-10597 / Desolation Holdings LLC | C597-411 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 49. | e9a773cb-5eae-4458-8f50-d5ec3d6518de | 8/14/2023 | 23-10597 / Desolation Holdings LLC | C597-156 | $200.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 50. | 4e86fe41-77ad-4845-bca0-cbaf465f81e2 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-119 | N/A | Bitcoin (BTC) - 1.23513077, Litecoin (LTC) - 80.04090308 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 51. | ca05f512-f81c-499f-8f57-d86d73129472 | 8/25/2023 | 23-10597 / Desolation Holdings LLC | C597-416 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 52. | 7cd2e025-adb8-45b5-a022-77103c01102d | 7/30/2023 | 23-10597 / Desolation Holdings LLC | C597-95 | N/A | Bitcoin (BTC) - 0.631201, Chainlink (LINK) - 50.938331, Ethereum (ETH) - 21.271410, Litecoin (LTC) - 6.682643, USD Coin (USDC) - 29781.832311 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 53. | 68b5e34b-0e6e-40e4-8110-0dfaea9b1248 | 7/5/2023 | 23-10597 / Desolation Holdings LLC | C597-38 | $300.00 | Tether (USDT) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 54. | Not a customer | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-419 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 55. | 5c45db15-f61b-4214-93eb-157e5dd2b13e | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-423 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 56. | cb863799-5d73-4dd8-8665-8234f0b83ef45 | 7/11/2023 | 23-10597 / Desolation Holdings LLC | C597-424 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

4

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 57. | 6a01142a-9398-4389-bacd-3501fe930830 | 10/24/2023 | 23-10597 / Desolation Holdings LLC | C597-533 | N/A | Bitcoin (BTC) - 0.10000000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 58. | 20b84745-2702-4bc8-ada3-3184f0bbddfb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C597-10333 | $6,500.00 | Bitcoin (BTC) - 0.250001532 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 59. | cee2ab56-4f15-4c09-9ca0-010f55083646 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-57 | N/A | Bitcoin (BTC) - UND, Bitcoin Cash (BCHN) (BCH) - UND, Bitcoin Cash ABC (BCHA) - UND, Bitcoin SV (BSV) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 60. | ca251a26-65fb-40ba-a6c3-b84af01bc00e | 10/26/2023 | 23-10597 / Desolation Holdings LLC | C597-549 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 61. | b6bb3e5e-3f19-4fa8-9da4-4e40c5a54d63 | 9/28/2023 | 23-10600 / Bittrex Malta Ltd. | C600-125 | $3,000.00 | Ethereum (ETH) - 0.87632229, Litecoin (LTC) - 0.92987876 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 62. | 40acb851-b7b9-4e1f-b859-0ca4de3f48c4 | 8/9/2023 | 23-10598 / Bittrex, Inc. | C598-292 | $500.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 63. | 750d9be5-1755-4f2e-96c2-adadecfaa210 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10640 | N/A | Ethereum (ETH) - 2.61 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 64. | 7fcb3fa0-3b68-41fc-8215-4117d83a7d1b | 8/16/2023 | 23-10597 / Desolation Holdings LLC | C597-163 | $43.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 65. | 0416b6e2-1531-4f23-b6d3-35e45e91c8ba | 7/13/2023 | 23-10598 / Bittrex, Inc. | C598-135 | $19,819.00 | Bitcoin (BTC) - 0.75 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 66. | 9f2f2314-d7a1-4bfc-ab0c-62b119bd872b | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-334 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 67. | bae6890d-3e0f-4295-9cf8-1a9f703a3d47 | 8/23/2023 | 23-10598 / Bittrex, Inc. | C598-660 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 68. | b88500d8-6565-4ab9-90cc-4949861a7bf | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10990 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 69. | 24200801-0220-4e81-b58d-536c58eca1e0 | 9/26/2023 | 23-10598 / Bittrex, Inc. | C598-1287 | $200.00 | Cardano (ADA) - 1000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 70. | 055c9b49-98bf-4809-91c0-2940d7164b86 | 6/14/2023 | 23-10597 / Desolation Holdings LLC | C597-432 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 71. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/14/2023 | 23-10597 / Desolation Holdings LLC | C597-506 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 72. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/14/2023 | 23-10597 / Desolation Holdings LLC | C597-507 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 73. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/19/2023 | 23-10597 / Desolation Holdings LLC | C597-511 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 74. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/21/2023 | 23-10597 / Desolation Holdings LLC | C597-512 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 75. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/21/2023 | 23-10597 / Desolation Holdings LLC | C597-513 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 76. | e9307589-d395-445d-aaa9-b31eeb5efaa2 | 8/7/2023 | 23-10598 / Bittrex, Inc. | C597-111 | $5,040.00 | Bitcoin (BTC) - 0.1239 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 77. | Not a customer | 8/12/2023 | 23-10597 / Desolation Holdings LLC | C597-136 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 78. | b4eb682c-12e0-4c32-892b-fef52a41d5ac | 7/11/2023 | 23-10598 / Bittrex, Inc. | C598-125 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 79. | 2cee3457-9a8a-4975-a0ad-086ada0971d9 | 9/22/2023 | 23-10597 / Desolation Holdings LLC | C597-485 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 80. | ef4d806d-a133-4dda-a703-e3a76603e490 | 10/27/2023 | 23-10598 / Bittrex, Inc. | C598-1379 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 81. | 84eeaa25-1ff2-49d5-9916-0e77a49f9497 | 6/6/2023 | 23-10598 / Bittrex, Inc. | C597-7 | $7,000.00 | Bitcoin (BTC) - UND, Cosmos (ATOM) - UND, Crypto.com (MCO) - UND, Diamond (DMD) - UND, Ethereum (ETH) - UND, Lunyr (LUN) - UND, PAL Network (PAL) - UND, Terra Luna Classic (LUNC) - UND, Terra Money (UST) - UND, UMA (UMA) - UND, USD Coin (USDC) - UND, VeriBlock (VBK) - UND, VeriCoin (VRC) - UND, xSigma (SIG) - UND, ZCash (ZEC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 82. | ea277a77-679a-4a5d-bbc6-2be54abc1a9c | 10/26/2023 | 23-10597 / Desolation Holdings LLC | C597-555 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 83. | f85de0e2-56b5-4fea-a277-43af5c588a3c | 8/14/2023 | 23-10597 / Desolation Holdings LLC | C597-138 | $208.15 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|-----|------------------|-----------|---------------------|---------|-------------|-------------|------------------------|
| 84. | dbfa795d-ef8f-42c5-a622-098acb5487f2 | 8/29/2023 | 23-10600 / Bittrex Malta Ltd. | C600-67 | $68.78 | Cardano (ADA) - 25.6, Foresting (PTON) - 250, Horizen (ZEN) - 0.4, LBRY Credits (LBC) - 19.1, RavenCoin (RVN) - 30.66, ReddCoin (RDD) - 3418.6, Stellar Lumens (XLM) - 2.924, SynereoAmp (_AMP) - 22, XRP (XRP) - 50.132 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 85. | ff9bfe0-08e0-4b9f-8dc7-b491f08287f1 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10103 | $1,188.96 | XRP (XRP) - 2228.71306288 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 86. | 2f1abae1-5166-4241-baa4-cb56545c6656 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10847 | $350.00 | Bitcoin (BTC) - 0.02 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 87. | c5b3f79a-2f77-4b85-a662-9aecd473e8f7 | 9/5/2023 | 23-10597 / Desolation Holdings LLC | C597-10389 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 88. | 1cc9a6b8-eb7f-45ca-9db1-03c6cd971adf | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10902 | $3,289.23 | Cardano (ADA) - 12841.35001132, Ethereum (ETH) - 0.17234501 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 89. | 2c5e7cf5-22cc-4210-ac9e-03b14db21b9e | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10536 | N/A | Bitcoin (BTC) - 0.00560940, Ethereum (ETH) - 1.00000000, EthereumPoW (ETHW) - 1.00000000, Golem Network Token (GLM) - 1000.00000000, Tether (USDT) - 27.64366281 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 90. | Not a customer | 8/5/2023 | 23-10598 / Bittrex, Inc. | C598-243 | $1.02 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 91. | d814acf5-4755-4453-94e8-9619abcb7d4d | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10271 | $200.00 | Dogecoin (DOGE) - 332.29507736 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 92. | f2bc730b-a279-4aed-9ad1-856ea35e82f2 | 10/2/2023 | 23-10597 / Desolation Holdings LLC | C597-492 | N/A | Cardano (ADA) - 835 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 93. | Not a customer | 8/1/2023 | 23-10598 / Bittrex, Inc. | C598-186 | $41,402.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 94. | b02cdab5-98e5-4988-ba84-6db7f833ffe2 | 7/19/2023 | 23-10598 / Bittrex, Inc. | C597-85 | $51,496.06 | Waves (WAVES) - 33439.00 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 95. | 92f9dd29-bfe5-43c6-8251-b5f48db0dac1 | 6/19/2023 | 23-10597 / Desolation Holdings LLC | C597-445 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 96. | ce7997fa-1ffe-4a23-baec-f26c13d10524 | 8/23/2023 | 23-10598 / Bittrex, Inc. | C597-225 | $4,820.00 | Bitcoin (BTC) - 0.12, Ethereum (ETH) - 1.49 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 97. | 309264df-f271-427b-8d42-536e66656a73 | 7/19/2023 | 23-10598 / Bittrex, Inc. | C597-82 | $3,000.00 | Bitcoin (BTC) - 0.09908523 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 98. | dca17422-7784-4454-9c89-c2127b69727f | 9/1/2023 | 23-10598 / Bittrex, Inc. | C597-346 | $7,000.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 99. | da184526-b659-4efb-8e5b-b8e991a9ab8b | 6/20/2023 | 23-10597 / Desolation Holdings LLC | C597-447 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 100. | 8cce39a8-fdff-4b28-a164-82e203ba649d | 8/2/2023 | 23-10598 / Bittrex, Inc. | C598-206 | N/A | Bitcoin SV (BSV) - 174.9 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 101. | 65f4538b-3e6f-4564-820b-0ef1fd258712 | 10/25/2023 | 23-10597 / Desolation Holdings LLC | C597-541 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 102. | 72f531dd-ca72-4301-be9d-357a65738fcf | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10299 | $6,000.00 | Hedera (HBAR) - 100.000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 103. | 88e75746-e1a6-4744-86a9-22f8aa85e1d0 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-449 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 104. | 6b5a9358-0eed-416d-8ae9-3967b28dfd6a | 10/30/2023 | 23-10597 / Desolation Holdings LLC | C597-574 | $24,000.00 | USD Coin (USDC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 105. | b6ec87fa-7e2f-45a2-aaea-663c12163b44 | 9/19/2023 | 23-10598 / Bittrex, Inc. | C598-1265 | $3,200.00 | Bitcoin SV (BSV) - 100 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 106. | 24139363-1625-4866-b67a-4e56f390ca50 | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-71 | $169.58 | Bitcoin Cash (BCHN) (BCH) - 0.031514, Ethereum (ETH) - 0.054549, Litecoin (LTC) - 0.920210 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 107. | 7fa692cc-2dc6-4bb8-895e-21952b682f58 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-957 | $5,000.00 | XRP (XRP) - 7000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 108. | 91a43eb6-42a7-4712-b0e4-c4c7933ca745 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10574 | $5,200.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 109. | 51b69569c51-476f-b5a6-f3476817ga15 | 7/3/2023 | 23-10597 / Desolation Holdings LLC | C597-36 | $600.00 | Bitcoin (BTC) - UND, Ethereum (ETH) - UND, Litecoin (LTC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 110. | 3bec3f3d-716e-4b6c-b3b8-dbea4e777714 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1108 | $270.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 111. | db12d67c-4e08-4727-8d5c-6dd8774d05a3 | 8/28/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-22 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 112. | f8e6e5cb-370d-47be-b2fc-66b76298a991 | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-701 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 113. | f8c6e5cb-370d-47be-b2fc-66b76298a991 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-743 | $4,630.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 114. | 68f48c34-ad0d-4dba-890a-95e7666ba87b | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10689 | $5,000.00 | Chainlink (LINK) - 132, Enjin (ENJ) - 2217, Firo (FIRO) - 496, Numeraire (NMR) - 28, Solve.Care (SOLVE) - 5738 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 115. | 74c9b849-9f2d-42ec-8748-a66bf94dd25d | 8/30/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-34 | $13.68 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 116. | cfb03a0a-8f4c-4cea-a5af-f4dd4911ae68 | 6/27/2023 | 23-10597 / Bittrex, Inc. | C597-30 | $96,206.49 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 117. | 0d5761c1-f7cb-4160-9b96-1943ce4784fa | 10/11/2023 | 23-10597 / Desolation Holdings LLC | C597-504 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 118. | d97a2ae8-e323-467e-a3ac-af29876441fb | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-463 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 119. | eff92880-f4b4-42a1-adeb-920eb74b814e | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-822 | $700.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 120. | 6a01d86a-2dda-4893-a159-90ca968e0ddc | 8/31/2023 | 23-10598 / Bittrex, Inc. | C597-10135 | $7,421.72 | Cardano (ADA) - 6400, Dogecoin (DOGE) - 45000, TRON (TRX) - 200 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

## **Exhibit B**

**Declaration of David Maria**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**DECLARATION OF DAVID MARIA IN SUPPORT OF THE PLAN**
**ADMINISTRATOR'S SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO**
**CERTAIN NO LIABILITY CLAIMS**

I, David Maria, the Plan Administrator[2] of the Wind Down Entity, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.   I am the Plan Administrator of the Wind Down Entity as of the Effective Date. I have served as the General Counsel and Chief Legal Officer for Bittrex, Inc. ("BUS") since December 2022 and previously as BUS's Head of Litigation and Regulatory Affairs since May 2021.

2.   In my capacity as the Plan Administrator, I am generally familiar with the Debtors' day-to-day operations, business, financial affairs, and ongoing restructuring efforts. Accordingly, I am in all respect competent to make this declaration (the "Declaration").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection (defined below).

3.       I submit this Declaration in support of the *Plan Administrator's Sixth Omnibus (Substantive) Objection to Certain No Liability Claims* (the "Objection"),[3] dated as of the date hereof and filed contemporaneously herewith.

4.       I am over the age of eighteen and, as the Plan Administrator, I am authorized to submit this Declaration.  All statements in this Declaration are based upon my personal knowledge, or my review (or the review of others under my supervision) of (a) business books and records kept by the Debtors in the ordinary course of business, (b) the relevant proofs of claim, (c) the Schedules, and/or (d) the official register of claims filed in these chapter 11 cases.  If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

5.       The claims subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Wind Down Entity, Berkeley Research Group, LLC,  Quinn Emanuel Urquhart & Sullivan LLP, and Young Conaway Stargatt & Taylor, LLP.

## NO LIABILITY CLAIMS

6.       Based upon a review and analysis of the No Liability Claims listed on **Schedule 1** to the Proposed Order, the Schedules, the Claims Register, and the Debtors' books and records, I and my team have determined that each No Liability Claim asserts amounts that cannot be reconciled with the Debtors' books and records and have been asserted by Claimants who do not have active existing accounts with the Debtors.

7.       The information contained in the Objection and in Schedule 1 attached to the Proposed Order is true and correct to the best of my knowledge, information and belief.

---

[3]       Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: December 29, 2023

*/s/ David Maria*
David Maria

# PRIORITY MAIL EXPRESS

## UNITED STATES POSTAL SERVICE ® | PRIORITY MAIL EXPRESS ®

**FROM:** (PLEASE PRINT)  PHONE ( 708 ) 218-0001

SHARON SEVERIN
10337 RED ROCK PLACE
DYER, IN 46311

**TO:** (PLEASE PRINT)  PHONE ( )

CLERK OF BANKRUPCY COURT
824 N. MARKET ST, 3RD FLOOR
WILMINGTON, DELAWARE

ZIP + 4® (U.S. ADDRESSES ONLY)

1 9 8 0 1 -

PS1000100006

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**PEEL FROM THIS CORNER**

**SS FIRMLY TO SEAL**

RDC 07

**$28.75**

R23C4W12O1187-05

EI 912 775 643 US

### ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 46311
Date Accepted (MM/DD/YY): 1-9-24
Scheduled Delivery Date (MM/DD/YY): 1-10-24
Postage: $28.75
Total Postage & Fees: $28.75

Weight: 9-3



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.