IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | Ref. Docket Nos. 862 & 863 |

## NOTICE OF WITHDRAWAL OF DOCKET NOS. 862 AND 863

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws the following pleadings without prejudice:

- ***Bittrex Inc.'s Substantive Objection to Proof of Claim Filed by FTX Trading Ltd., et al.** (Claim No. 1099)* **[Docket No. 862]**

- ***Declaration of David Maria in Support of Bittrex Inc.'s Substantive Objection to Proof of Claim Filed by FTX Trading Ltd., et al.** (Claim No. 1099)* **[Docket No. 863]**

Dated: January 16, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ R. Stephen McNeill*
L. Katherine Good (No. 5101)
R. Stephen McNeill (No. 5210)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  kgood@potteranderson.com
          rmcneill@potteranderson.com

*Conflicts Counsel to Bittrex, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle WA 98104.