**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | Hearing Date: February 28, 2024 at 11:00 a.m. (ET) |
| | Objection Deadline: February 5, 2024, at 4:00 p.m. (ET) |

**SECOND AND FINAL FEE APPLICATION OF QUINN
EMANUEL URQUHART & SULLIVAN, LLP**

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Compensation Order") (D.I. No. 102), Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), co-counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[2] hereby files the Second and Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP (the "Final Fee Application"), requesting the Court to (i) award final allowance of Quinn Emanuel's compensation for the period August 1, 2023, through October 31, 2023, in the amount of $2,391,161.85 (the "Second Application Period"); (ii) award final allowance of Quinn Emanuel's compensation for the period May 8, 2023, through October 31, 2023 (the "Final Application Period") in the amount of $5,154,468.30; (iii) award final allowance of Quinn Emanuel's expenses for the Second Application Period, in the amount of $3,088.56; and (iv) award final allowance of Quinn

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Prior to confirmation, Quinn Emanuel was co-counsel to the Debtors; post-confirmation, Quinn Emanuel is co-counsel to the Plan Administrator.

Emanuel's expenses for the Final Application Period in the amount of $11,401.11 and respectfully represents as follows:

**Jurisdiction**

1.  Quinn Emanuel submits this Application pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), rule 2016-2 of the Bankruptcy Local Rules (the "Local Rules"), and in recognition of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "US Trustee Guidelines").

2.  Pursuant to 1334, jurisdiction lies in this Court. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue properly lies in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

3.  Quinn Emanuel requests that the Court grant final approval of fees of $5,154,468.30 and expenses of $11,401.11 incurred from May 8, 2023, through October 31, 2023. Specifically, Quinn Emanuel requests that the Court award fees and expenses for the previously billed and unbilled amounts:

    a.  Previously billed monthly fee statements – The following monthly fee statements (the "Monthly Fee Statements") were filed with the Court and Quinn Emanuel was paid 80% of the fees and 100% of the expenses after the objection deadline passed and Quinn Emanuel filed certificates of no objection. The Monthly Fee Statements listed below are not included in a quarterly fee application.

| Date Filed; D.I. No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Date; D.I. No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 11/28/23; D.I. No. 633 | 8/1/23-8/31/23 | $666,194.40 | $457.97 | 12/19/23; D.I. No. 791 | $532,955.52 | $457.97 | $133,238.88 |
| 11/28/23; D.I. No. 635 | 9/1/23-9/30/23 | $848,824.20 | $1,553.37 | 12/19/23; D.I. No. 792 | $679,059.36 | $1,553.37 | $169,764.84 |
| 12/6/23; D.I. No. 693 | 10/1/23-10/31/23 | $876,143.25 | $1,077.22 | 12/20/23; D.I. No. 807 | $700,914.60 | $1,077.22 | $175,228.65 |
|  |  | $2,391,161.85 | $3,088.56 |  | $1,912,929.48 | $3,088.56 | $478,232.37 |

b.      Quarterly Fee Applications – Quinn Emanuel filed one quarterly fee application (the "First Interim Fee Application") since the commencement of these bankruptcy cases. The quarterly fee statement was approved by the Court on October 12, 2023 (D.I. No. 435).

| Fee Application | Date Filed; D.I. No. | Period Covered | Total Fees Requested | Total Expenses Requested | Total Fees Approved | Total Expenses Approved |
|---|---|---|---|---|---|---|
| First Interim | 9/14/23; D.I. No. 349 | 5/8/23-7/31/23 | $2,763,306.45 | $8,312.55 | $2,763,306.45 | $8,312.55 |

## Background

4.      On May 8, 2023 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). Prior to the Petition Date through the Effective Date of the Plan (defined below), the Debtors managed and operated their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. An official committee of unsecured creditors was not appointed in these Chapter 11 Cases.

5.      Additional factual background relating to the Debtors' businesses, capital structure, and circumstances leading to the filing of the Chapter 11 Cases is set forth in the Declaration of

Evan Hengel, Co-Chief Restructuring Officer of the Debtors in Support of Chapter 11 Petitions and First-Day Motions (the "First Day Declaration") (D.I. No. 11).

6.  On May 17, 2023, the Debtors filed a Motion Seeking Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Compensation Motion") (D.I. No. 53).  On June 7, 2023, the Court entered the order granting the Interim Compensation Motion.  *See* D.I. No. 102.

7.  On May 17, 2023, the Debtors filed an Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and the Debtors in Possession (the "Retention Application") (D.I. No. 55) and on June 7, 2023, the Court entered an order approving the Retention Application (the "Retention Order") (D.I. No. 104).

8.  Concurrently on the Petition Date, the Debtors filed their Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Affiliated Debtors (the "Plan") (D.I. No. 10).  On August 25, 2023, the Debtors filed an amended Plan (D.I. No. 293).

9.  On October 31, 2023, after notice and a hearing, the Court entered its order confirming the Amended Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Debtor Affiliates (the "Confirmation Order") (D.I. No. 517).

10. On November 15, 2023, the Debtors filed the Notice of Effective Date of the Debtors' Joint Chapter 11 Plan (the "Notice of Effective Date") (D.I. No. 563).

**Fees Requested**

11. As reflected in detail in paragraph 3 above, Quinn Emanuel is requesting final approval of the fees and expenses ordered in the First Interim Fee Application in the amount of

$2,771,619.00 and final approval of the fees and expenses requested during this Second Application Period in the amount of $2,394,250.41.

12. Quinn Emanuel charged the Debtors $.10 per page for black and white copies and $.20 per page per color copies. Quinn Emanuel did not charge the Debtors for computer-assisted legal research charges and charged the actual cost of Pacer charges when incurred. Quinn Emanuel did not bill the Debtors for any facsimile transmission charges.

### Results Obtained and Benefit to the Estate

13. Quinn Emanuel successfully represented these Debtors in reopening the platform for continued customer withdrawals, litigating and settling the claims asserted by the Securities and Exchange Commission, in proposing and confirming a plan of reorganization that pays all unsecured creditors in full; settling substantially all outstanding claims and achieving the effective date of the confirmed plan. Quinn Emanuel continues to process and settle approximately 4,000 filed claims and offboarding more than 250,000 customer accounts.

14. Quinn Emanuel expended a total of 2,269.1 hours in connection with its representation as co-counsel to the Debtors during the Application Period. The nature of the work performed by Quinn Emanuel is detailed in Exhibits B through E and the exhibits of the Monthly Fee Statements filed with this Court.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given (a) the complexity of these cases, (b) the time expended by Quinn Emanuel's attorneys and

paraprofessionals, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.

16.     Quinn Emanuel hereby certifies that (i) it has reviewed the requirements of Local Rule 2016-2 and (ii) this Application complies with such rule.

17.     Quinn Emanuel has provided a copy of this Application to the Notice Parties (as defined in the Interim Compensation Order).

18.     Exhibits A, B, and C attached hereto contain certain schedules pursuant to the US Trustee Guidelines.  In addition, Quinn Emanuel states as follows in response to the questions set forth in paragraph C.5 of the US Trustee Guidelines.

    a.    Quinn Emanuel previously disclosed its variations from its standard or customary billing rates, fees, or terms of service pertaining to this engagement.  See D.I. Nos. 55 and 666.  Throughout this Chapter 11 Case, Quinn Emanuel discounted its fees by 10%.

    b.    The fees sought by Quinn Emanuel during this Second Application Period are not more than 10% higher than the fees budgeted in the budget provided by Quinn Emanuel to the Debtors for the Application Period.

    c.    The professionals who billed during the Second Application Period did not vary their hourly rate based on the geographic location of the bankruptcy cases.

    d.    The Second Application Period does not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

    e.    The time period covered by the Second Application Period includes approximately 1.3 hours with a value of $1,306.50 spent by Quinn Emanuel to ensure that the time entries subject to the Final Fee Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information.  This review and any revisions

        associated therewith are a necessary component of Quinn Emanuel's preparation of each Monthly Fee Statement.

f.    The Second Application Period does include one rate increase. On December 5, 2023, Quinn Emanuel filed a Notice of Customary Annual Rate Increase (D.I. No. 666).

Respectfully submitted this 16th day of January, 2024.

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        By: <u>/s/ Patricia B. Tomasco</u>
        Susheel Kirpalani *(admitted pro hac vice)*
        Patricia B. Tomasco *(admitted pro hac vice)*
        Daniel Holzman *(admitted pro hac vice)*
        Alain Jaquet *(admitted pro hac vice)*
        Razmig Izakelian *(admitted pro hac vice)*
        Joanna D. Caytas *(admitted pro hac vice)*
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Telephone: 212-849-7000
        Facsimile: 212-849-7100
        Email: susheelkirpalani@quinnemanuel.com
        Email: pattytomasco@quinnemanuel.com
        Email: danielholzman@quinnemanuel.com
        Email: alainjaquet@quinnemanuel.com
        Email: razmigizakelian@quinnemanuel.com
        Email: joannacaytas@quinnemanuel.com

        **CO-COUNSEL FOR THE PLAN ADMINISTRATOR**