## **EXHIBIT A**

Quinn Emanuel's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Quinn Emanuel's hourly rates for bankruptcy services are comparable to the rates charged by the Firm for other complex corporate and litigation matters in the U.S. The rates charged by the Firm for the services performed in the prior calendar year in the practice areas that are comparable to the services performed by the Bankruptcy and Corporate Restructuring section are set forth below. Also included below is 2022 blended hourly rate information for all sections of the Firm.

| **Category of Timekeeper (using categories already maintained by the firm)** | **Blended Hourly Rate** | |
|---|---|---|
| | **Billed or Collected** Firm or offices (U.S.) for preceding year excluding bankruptcy | **Billed** This Application (incorporating the 10% discount) |
| Partner | $1,350.65 | $1,651.98 |
| Counsel | $1,115.32 | $1,377.23 |
| Associate | $941.45 | $1,198.20 |
| Paraprofessional | $414.11 | $531.24 |
| **All Timekeepers Aggregate** | $1,072.73 | $1,053.79 |