## EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE
## FINAL FEE APPLICATION[3]

| Name | Position | Year of Admission/Years of Experience | Total Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|---|
| Michael Liftik | Partner | 2001/22 years | 4.9 | $1770.00/$1,865.00 | $8,701.50 |
| Dabney O'Riordan | Partner | 1999/24 years | 2.8 | $1,770.00 | $4,956.00 |
| Susheel Kirpalani | Partner | 1995/28 years | 4.0 | $2,130.00 | $8,520.00 |
| Patricia B. Tomasco | Partner | 1988/35 years | 267.0 | $1,600.00/$1,690.00 | $443,040.00 |
| Robert Zink | Partner | 2006/17 years | 19.0 | $1,600.00/$1,690.00 | $30,895.00 |
| Alicia Cobb | Partner | 2009/14 years | .3 | $1,385.00 | $415.50 |
| Stacylyn Doore | Partner | 2010/13 years | 16.1 | $1,385.00/$1,505.00 | $22,358.50 |
| Daniel Holzman | Counsel | 1999/24 years | 84.1 | $1,350.00/$1,440.00 | $115,677.00 |
| Kurt Wolfe | Counsel | 2008/15 years | .3 | $1,350.00 | $405.00 |
| Jennifer Gindin | Counsel | 2014/9 years | 58.4 | $1,350.00/$1,440.00 | $80,586.00 |
| Lindsay M. Weber | Associate | 2008/15 years | 72.8 | $1,315.00/$1,390.00 | $96,144.50 |
| Joanna Caytas | Associate | 2018/5 years | 462.2 | $1,165.00/$1,305.00 | $601,281.00 |
| Razmig Izakelian | Associate | 2013/10 years | 252.7 | $1,315.00/$1,390.00 | $341,398.00 |
| Alain Jaquet | Associate | 2016/7 years | 362.5 | $1,095.00/$1,280.00 | $462,668.00 |
| Ted Ovrom | Associate | 2018/5 years | 47.9 | $1,165.00/$1,305.00 | $58,967.50 |
| Jessica Reese | Associate | 2019/4 years | 2.3 | $1,095.00 | $2,518.50 |
| Maheema Haque | Associate | 2021/2 years | 68.2 | $1,005.00/$1,195.00 | $79,751.00 |
| Katherine Schroeder | Associate | 2022/1 year | 5.7 | $1,005.00 | $5,728.50 |
| Jeffrey G. Shandel | Associate | 1992/31 years | 230.2 | $670.00 | $154,234.00 |
| John Wilson | Law Clerk | | 85.8 | $605.00 | $51,909.00 |
| Anastacia Cates | Paralegal | 13 years | .1 | $670.00 | $67.00 |
| Barbara Howell | Paralegal | 38 years | 216.5 | $480.00/$515.00 | $110,559.50 |
| Linda Yanez | Litigation Support | | 5.3 | $175.00 | $927.50 |
| Total | | | 2,269.1 | | $2,676,818.50 |

---

[3] Calculated without the 10% discount and travel billed at 100%.