# EXHIBIT C

## BUDGET AND STAFFING PLAN

There was no budget or staffing plan submitted or approved for this bankruptcy case.

# **EXHIBIT D**

## Compensation by Project Category

| Project Category | Total Hours | Total Fees | Fees with 10% Discount |
|---|---|---|---|
| 01-Asset Analysis and Recovery | 21.9 | $32,282.00 | $29,053.80 |
| 03-Assumption and Rejection of Leases and Contracts | 65.6 | $89,954.50 | $80,959.05 |
| 05-Business Operations | 17.1 | $24,046.00 | $21,641.40 |
| 06-Case Administration | 160.7 | $200,383.00 | $180,344.70 |
| 07-Claims Administration and Objections | 644.5 | $735,183.00 | $661,664.70 |
| 08-Corporate Governance and Board Matters | 4.9 | $8,557.50 | $7,701.75 |
| 10-Employment and Fee Applications | 67.3 | $40,110.50 | $36,099.99 |
| 11-Adversary | 27.1 | $38,488.00 | $34,639.20 |
| 12-Non-Working Travel (50%) | 31.8 | $44,835.00 | $22,375.80 |
| 13-Plan and Disclosure Statement | 652.2 | $851,970.50 | $766,773.45 |
| 15-Relief from Stay and Adequate Protection | 126.9 | $173,579.50 | $156,221.55 |
| 16-Tax | 1.1 | $1,435.50 | $1,291.95 |
| 18-Litigation and Regulatory Matters | 447.9 | $435,859.00 | $392,273.10 |
| 19-Financing and Cash Collateral | .1 | $135.00 | $121.50 |
| Total | 2,269.1 | $2,676,818.50 | $2,391,161.85 |