**EXHIBIT E**
**EXPENSES**

| Expense Category | Total Expense |
|---|---:|
| Document Reproduction (Black & White) at $0.10 per page | $107.30 |
| Document Reproduction (Color) at $0.20 per page | $97.60 |
| RelOne Active Hosting (per GB) | $443.76 |
| RelOne User Fee | $600.00 |
| Hotel | $1,009.90 |
| Parking | $90.00 |
| Velobind | $2.50 |
| Air Travel | $510.45 |
| Out of Town Travel | $167.00 |
| Outside Record Production | $39.10 |
| Travel | $20.95 |
| Total | $3,088.56 |