**EXHIBIT F**

| SUMMARY OF FINAL FEE APPLICATION | |
|---|---:|
| Name of Applicant | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client | Desolation Holdings LLC, *et al.* |
| Time period covered by Second Application Period | August 1, 2023, through October 31, 2023 |
| Time period covered by Final Application Period | May 8, 2023, through October 31, 2023 |
| Total compensation sought during the Second Application Period | $2,391,161.85 |
| Total compensation sought during the Final Application Period | $5,154,468.30 |
| Total expenses sought during the Second Application Period | $3,088.56 |
| Total expenses sought during the Final Application Period | $11,401.11 |
| Petition Date | May 8, 2023 |
| Retention Date | *Nunc pro tunc* to May 8, 2023 |
| Date of order approving employment | June 7, 2023 |
| Total compensation approved by interim order to date | $2,763,306.45 |
| Total expenses approved by interim order to date | $8,312.55 |
| Total allowed compensation paid to date | $4,676,235.93 |
| Total allowed expenses paid to date | $11,401.11 |
| Blended rate in the Final Fee Application for all attorneys | $1,135.77[4] |
| Blended rate in the Final Fee Application for all timekeepers | $1,053.79[5] |
| Compensation sought in the Second Application Period already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $1,912,929.48 |
| Expenses sought in the Second Application Period already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $3,088.56 |
| Number of professionals included in the Second Application Period | 22 (19 attorneys, 1 law clerk, 2 paralegals,) |
| If applicable, number of professionals in the Second Application Period not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | N/A |

---

[4] Calculated with 10% discount, but travel billed at 100%.

[5] Calculated with 10% discount, but travel billed at 100%.

| SUMMARY OF FINAL FEE APPLICATION ||
|---|---|
| Number of professionals billing fewer than 15 hours to the case during the Second Application Period | 8 (7 attorneys, 1 paralegal) |
| Are any rates higher than those approved or disclosed at retention? | Yes. On December 5, 2023, Quinn Emanuel filed its Notice of Customary Annual Rate Increase (D.I. No. 666) |