**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | Hearing Date: February 28, 2024 at 11:00 a.m. (ET) |
| | Objection Deadline: February 5, 2024 at 4:00 p.m. (ET) |

**SUMMARY OF SIXTH MONTHLY AND FINAL APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE MONTHLY PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023 AND FOR THE FINAL PERIOD FROM MAY 8, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | May 8, 2023 |
| Monthly Period for which compensation and reimbursement is sought: | October 1, 2023 through October 31, 2023 |
| Monthly Amount of Compensation sought as actual, reasonable and necessary: | $68,230.50 |
| Monthly Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,529.68 |
| Final Period for which compensation and reimbursement is sought: | May 8, 2023 through October 31, 2023 |
| Final Amount of Compensation sought as actual, reasonable and necessary: | $489,381.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

31143256.1

Final Amount of Expense Reimbursement
sought as actual, reasonable and necessary:     $7,716.51

This is an: _X_ monthly _X_ final application

This monthly application includes 1.20 hours with a value of $660.00 incurred in connection with the preparation of fee applications.

**Prior applications**:

| Date Filed;<br>Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 6/23/23<br>D.I. 146 | 5/8/23 – 5/31/23 | $97,611.50 | $759.02 | $97,611.50 | $759.02 |
| 8/2/23<br>D.I. 239 | 6/1/23 – 6/30/23 | $104,374.00 | $1,040.78 | $104,374.00 | $1,040.78 |
| 9/14/23<br>D.I. 345 | 7/1/23 – 7/31/23 | $63,760.00 | $1,696.28 | $63,760.00 | $1,696.28 |
| 11/29/23<br>D.I. 638 | 8/1/23 – 8/31/23 | $68,864.00 | $676.36 | $55,091.20 | $676.36 |
| 11/29/23<br>D.I. 639 | 9/1/23 – 9/30/23 | $86,541.00 | $2,014.39 | $69,232.80 | $2,014.39 |
| **TOTAL** | | **$421,150.50** | **$6,186.83** | **$390,069.50** | **$6,186.83** |

### MONTHLY COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1990 and NY Bar since 2007. | $1,300.00 | 12.40 | $16,120.00 |
| Kenneth J. Enos | Partner since 2014. Joined firm as an associate in 2004. Member of DE Bar since 2004, the DC Bar since 2010 and the NY Bar since 2011. | $910.00 | 40.40 | $36,764.00 |
| Rebecca L. Lamb | Joined firm as an associate in 2023. Member of DC Bar since 2021. Member of the DE Bar Since 2023 | $475.00 | 6.30 | $2,992.50 |
| Beth A. Olivere | Paralegal | $355.00 | 31.40 | $11,147.00 |
| Troy Bollman | Paralegal | $355.00 | 3.40 | $1,207.00 |
| **Grand Total:** | | | 93.90 | $68,230.50 |
| **Blended Rate:** | | $733.66 | | |

**MONTHLY COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (B001) | 6.10 | $2,656.00 |
| Court Hearings (B002) | 27.20 | $19,520.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 3.10 | $1,624.00 |
| Use, Sale or Lease Property (363 Issues) (B006) | 1.20 | $874.50 |
| Claims Analysis, Objections and Resolutions (B007) | 21.90 | $16,803.00 |
| Other Adversary Proceedings (B011) | 0.50 | $177.50 |
| Plan and Disclosure Statement (B012) | 20.90 | $20,136.50 |
| Creditor Inquiries (B013) | 0.40 | $178.00 |
| Retention of Professionals/Fee Issues (B017) | 11.40 | $5,601.00 |
| Fee Application Preparation (B018) | 1.20 | $660.00 |
| **TOTALS** | **93.90** | **$68,230.50** |

**MONTHLY EXPENSE SUMMARY**

| Expenses Category | Total Expenses |
|---|---:|
| Delivery/Courier | $15.00 |
| Deposition/Transcript | $282.75 |
| Reproduction Charges | 979.00 |
| Working Meals | 252.93 |
| **TOTAL** | **$1,529.68** |

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE FINAL APPLICATION

| Name | Title | Department | Date of First Admission | Fees Billed in the Final Application Period ($) | Hours Billed in the Final Application Period | Hourly Rate(s) Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Robert S. Brady | Partner | Bankruptcy | 1990 | $114,140.00 | 87.80 | $1,300 |
| Kenneth J. Enos | Partner | Bankruptcy | 2004 | $258,258.00 | 283.80 | $910.00 |
| Joshua B. Brooks | Associate | Bankruptcy | 2020 | $19,291.00 | 38.20 | $505.00 |
| Rebecca L. Lamb | Associate | Bankruptcy | 2021 | $22,467.50 | 47.30 | $475.00 |
| Beth A. Olivere | Paralegal | Bankruptcy | N/A | $65,994.50 | 185.90 | $355.00 |
| Troy M. Bollman | Paralegal | Bankruptcy | N/A | $8,342.50 | 23.50 | $355.00 |
| Jorge L. Martinez | Paralegal | Bankruptcy | N/A | $887.50 | 2.50 | $355.00 |
| **TOTALS** | | | | **$489,381.00** | **669.00** | |

## SUMMARY OF FINAL COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---:|---:|
| Case Administration (B001) | 80.60 | $38,150.00 |
| Court Hearings (B002) | 170.70 | $123,805.50 |
| Cash Collateral/DIP Financing (B003) | 9.90 | $5,742.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 40.40 | $29,601.50 |
| Lease/Executory Contract Issues (B005) | 3.40 | $2,474.50 |
| Use, Sale or Lease of Property (363 issues) (B006) | 78.20 | $69,414.50 |
| Claims Analysis, Objections and Resolutions (B007) | 75.00 | $60,823.50 |
| Meetings (B008) | 3.90 | $4,251.00 |
| Stay Relief Matters (B009) | 19.40 | $15,887.00 |
| Other Adversary Proceedings (B011) | 12.20 | $10,661.00 |
| Plan and Disclosure Statement (B012) | 69.90 | $60,615.00 |
| Creditor Inquiries (B013) | 8.90 | $6,231.50 |
| General Corporate Matters (B014) | 0.5 | $455.00 |
| Retention of Professionals/Fee Issues (B017) | 72.70 | $48,874.00 |
| Fee Application Preparation (B018) | 23.30 | $12,395.00 |
| **TOTALS** | **669.00** | **$489,381.00** |

## SUMMARY OF FINAL EXPENSE SUMMARY

| Expenses Category | Total Expenses ($) |
|---|---:|
| Computerized Legal Research | $94.57 |
| Delivery/Courier | $300.00 |
| Deposition/Transcript | $1,571.45 |
| Docket Retrieval/Search | $103.90 |
| Filing Fee | $182.00 |
| Reproduction Charges | $3,203.00 |
| Working Meals | $2,261.59 |
| **TOTAL** | **$7,716.51** |

## SUMMARY OF FINAL APPLICATION

| | |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by Final Application | May 8, 2023 through October 31, 2023 |
| Total compensation sought during the Final Application Period | $489,381.00 |
| Total expenses sought during the Final Application Period | $7,716.51 |
| Petition Date | May 8, 2023 |
| Retention Date | May 8, 2023 |
| Date of order approving employment | June 7, 2023 |
| Total compensation approved by interim order to date | $265,745.50 |
| Total expenses approved by interim order to date | $3,496.08 |
| Total allowed compensation paid to date | $421,150.50 |
| Total allowed expenses paid to date | $6,186.83 |
| Blended rate in the Final Application for all attorneys | $906.03 |
| Blended rate in the Final Application for all timekeepers | $731.51 |
| Compensation sought in the Final Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $124,324.00 |
| Expenses sought in the Final Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $2,690.75 |
| Number of professionals included in the Final Application | 7 |
| If applicable, number of professionals in the Final Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Final Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Final Application Period | 1 |
| Are any rates higher than those approved or disclosed at retention? | No |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | Hearing Date: February 28, 2024 at 11:00 a.m. (ET) |
| | Objection Deadline: February 5, 2024 at 4:00 p.m. (ET) |

**SIXTH MONTHLY AND FINAL APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE MONTHLY PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023 AND FOR THE FINAL PERIOD FROM MAY 8, 2024 THROUGH SEPTEMBER 29, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* [D.I. 105] (the "Retention Order"), and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 102], the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter "YCS&T") hereby moves this Court for reasonable compensation for professional legal services rendered as counsel to the above-captioned debtors and debtors in possession (together, the "Debtors") in the amount of $68,230.50, together with reimbursement for actual and necessary expenses incurred in the amount of $1,529.68, for the monthly period from October 1, 2023 through and including October 31, 2023 (the "Monthly Fee Period"), and in the amount of $489,381.00, together with reimbursement for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

31143256.1

actual and necessary expenses incurred in the amount of $7,716.51, for the final period from May 8, 2023 through and including October 31, 2023 (the "Final Fee Period"). In support of its Application, YCS&T respectfully represents as follows:

1. Pursuant to the Retention Order, YCS&T was employed to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases, effective as of May 8, 2023. The Retention Order authorized YCS&T to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by YCS&T were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Monthly Fee Period showing the amount of $68,230.50 due for fees.

4. The services rendered by YCS&T during the Monthly Fee Period are grouped into the categories set forth in **Exhibit A**. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5. YCS&T has incurred out-of-pocket disbursements during the Monthly Fee Period in the amount of $1,529.68. Attached hereto as **Exhibit B** is a detailed statement of expenses paid during the Monthly Fee Period. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the

Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Monthly Fee Period may be found attached hereto as **Exhibit B**. To the extent such itemization is insufficient to satisfy the requirements of Rule 2016-2(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), YCS&T respectfully requests that the Court waive strict compliance with such Local Rule.

6. Costs incurred for overtime and computer assisted research are not included in YCS&T's normal hourly billing rates and, therefore, are itemized and included in YCS&T's disbursements. Pursuant to Local Rule 2016-2, YCS&T represents that its rate for duplication is $.10 per page for black and white copies and $.80 per page for color copies, its rate for outgoing telecopier transmissions is $.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7. Attorneys and paraprofessionals of YCS&T have expended a total of 93.90 hours in connection with this matter during the Monthly Fee Period.

8. The amount of time spent by each of these persons providing services to the Debtors for the Monthly Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. These are YCS&T's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by YCS&T for the Monthly Fee Period as counsel for the Debtors in this case is $68,230.50.

9. YCS&T believes that the time entries included in **Exhibit A** attached hereto, and the expense breakdown set forth in **Exhibit B** hereto, are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested herein are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11.

11. This Application covers the Monthly Fee Period from October 1, 2023 through and including October 31, 2023 and the Final Fee Period from May 8, 2023 through October 31, 2023.

## STATEMENT OF APPLICANT

12. The following statements address the questions set forth under Section C.5 of the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Young Conaway respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

   a) During the Final Fee Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

   b) The fees sought by Young Conaway are not more than ten percent (10%) higher than the fees budgeted in the budget provided by Young Conaway to the Debtors for the Final Fee Period.

   c) The professionals included in the Application as it relates to the Final Fee Period did not vary their hourly rate based on the geographic location of the bankruptcy cases.

   d) The Application as it relates to the Final Fee Period did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

   e) The time period covered by the Application includes approximately 2.60 hours with a value of $2,266.00 spent by Young Conaway to ensure that the

    time entries subject to the Final Fee Period comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Young Conaway's preparation of each monthly fee application.

 f) The Application does not include any rate increases since the effective date of the Court's approval of Young Conaway's retention.

## BLENDED RATE SCHEDULE

 13. A blended rate schedule, as requested by Appendix B to the UST Guidelines, is attached hereto as **Exhibit C**.

## REQUEST FOR FINAL APPROVAL OF FEES AND EXPENSES

 14. By this Application, Young Conaway seeks final approval of all fees and expenses incurred during the Final Fee Period in the amounts of $489,381.00 and $7,716.51, respectively. During the Final Fee Period, Young Conaway performed necessary services and incurred out-of-pocket disbursements for the Debtors and their estates.[2] As set forth more fully in prior monthly applications, which are incorporated herein by reference, and this Application, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs (i) incurred while representing the Debtors, and (ii) of preserving the value of the Debtors' estates.

---

[2] Young Conaway has performed, and will continue to perform, additional necessary services, and has incurred, and will continue to incur, additional expenses, subsequent to October 31, 2023 for which it will seek compensation from the Debtors.

31143256.1

5

## CONCLUSION

WHEREFORE, Young Conaway requests that allowance be made to it in the sum of $68,230.50 as compensation for necessary professional services rendered to the Debtors for the Monthly Fee Period, and the sum of $1,529.68 for reimbursement of actual necessary costs and expenses incurred during that Monthly Fee Period, and in the sum of $489,381.00 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $7,716.51 for reimbursement of actual necessary costs and expenses incurred during the Final Fee Period, and further requests such other and further relief as this Court may deem just and proper.

*[Signature Page Follows]*

31143256.1

| | |
|---|---|
| Dated: January 16, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos (admitted *pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE PLAN ADMINISTRATOR** |

**VERIFICATION**

I, Kenneth J. Enos, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 2004.

2. I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP, as counsel for the Debtors, and am generally familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Dated:  January 16, 2024            */s/ Kenneth J. Enos*  
                                    Kenneth J. Enos