# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600  (302) 571-1253 FAX
TAX I.D. NO. 51-0082644  www.ycst.com

Writer's Direct Dial  Writer's E-Mail
(302) 571-5003  kenos@ycst.com

Bittrex Incorporated  Invoice Date:  November 10, 2023
701 5th Ave  Invoice Number:  50046886
Suite 4200  Matter Number:  103027.1001
Seattle, WA 98104

Re:  Debtor Representation
     Billing Period through October 31, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 68,230.50 |
| Disbursements | $ | 1,529.68 |
| Total Due This Invoice | $ | 69,760.18 |

Bittrex Incorporated  
Billing Period through October 31, 2023

Invoice Date: November 10, 2023  
Invoice Number: 50046886  
Matter Number: 103027.1001

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/02/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/03/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/05/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/06/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/09/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/09/23 | BOLIV | Update critical dates | B001 | 0.70 | 248.50 |
| 10/09/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/09/23 | RLAMB | Review and revise critical dates calendar | B001 | 0.20 | 95.00 |
| 10/11/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/11/23 | BOLIV | Review and file email correspondence | B001 | 0.20 | 71.00 |
| 10/11/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/11/23 | BOLIV | Circulate finalized critical dates | B001 | 0.10 | 35.50 |
| 10/11/23 | RBRAD | Review updated critical dates calendar | B001 | 0.20 | 260.00 |
| 10/12/23 | BOLIV | Coordinate service of order re: first interim fee applications | B001 | 0.10 | 35.50 |
| 10/12/23 | BOLIV | Circulate incoming order approving first interim fee applications | B001 | 0.10 | 35.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | November 10, 2023 |
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/12/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/13/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/13/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/16/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/16/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/17/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/17/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/18/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/18/23 | BOLIV | Work to have Quinn Emanuels first, second and third fee applications removed from the Court's website and Omni's website as they contain highly sensitive and confidential information | B001 | 0.50 | 177.50 |
| 10/18/23 | KENOS | Work with co-counsel re: withdrawal of filed pleadings | B001 | 0.50 | 455.00 |
| 10/19/23 | BOLIV | Draft notice re: seal motion re: second supplemental declaration of P. Tomasco | B001 | 0.30 | 106.50 |
| 10/19/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/20/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.20 | 71.00 |
| 10/23/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.20 | 71.00 |
| 10/24/23 | TBOLL | Prepare docket update for the working group and download related pleadings | B001 | 0.10 | 35.50 |
| 10/25/23 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 35.50 |

| | Bittrex Incorporated | | Invoice Date: | | November 10, 2023 |
|---|---|---|---|---|---|
| | Billing Period through October 31, 2023 | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/25/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/25/23 | BOLIV | Read and respond to email from J. Caytas of QE re: sealed supplemental declaration of P. Tomasco | B001 | 0.10 | 35.50 |
| 10/25/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/26/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/27/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/27/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel [Prime Core Tech] | B001 | 0.10 | 35.50 |
| 10/30/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 10/31/23 | BOLIV | Circulate confirmation order | B001 | 0.10 | 35.50 |
| 10/05/23 | KENOS | Emails with co-counsel re: withdrawal of FOFR Stay Motion | B002 | 0.20 | 182.00 |
| 10/05/23 | KENOS | Prepare for and attend Prime Core disclosure statement hearing | B002 | 2.60 | 2,366.00 |
| 10/10/23 | BOLIV | Finalize fee hearing binder for first interim fee application of debtors professionals; coordinate delivery to chambers | B002 | 0.50 | 177.50 |
| 10/20/23 | KENOS | Emails with chambers and co-counsel re: omnibus hearing date | B002 | 0.20 | 182.00 |
| 10/23/23 | KENOS | Finalize certification and order re: hearing date and emails with client regarding same | B002 | 0.30 | 273.00 |
| 10/23/23 | TBOLL | Prepare and finalize for filing certification of counsel re: order scheduling hearing date (.2), and upload related order (.1) | B002 | 0.30 | 106.50 |
| 10/25/23 | BOLIV | Coordinate preparation of hearing materials for October 30, 2023 confirmation hearing | B002 | 0.30 | 106.50 |
| 10/25/23 | BOLIV | Draft agenda for confirmation hearing on October 30, 2023 | B002 | 3.60 | 1,278.00 |
| 10/25/23 | KENOS | Assist co-counsel with preparations for confirmation hearing | B002 | 1.10 | 1,001.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | November 10, 2023 |
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/26/23 | BOLIV | Assemble, review, revise and coordinate delivery of hearing binder for October 30, 2023 hearing | B002 | 0.60 | 213.00 |
| 10/26/23 | BOLIV | Finalize for filing and coordinate service of agenda for October 30, 2023 confirmation hearing | B002 | 0.30 | 106.50 |
| 10/26/23 | BOLIV | Prepare binder for October 30, 2023 confirmation hearing | B002 | 0.20 | 71.00 |
| 10/26/23 | BOLIV | Update draft agenda for October 30, 2023 | B002 | 0.20 | 71.00 |
| 10/26/23 | BOLIV | Contact chambers requesting extension for October 30, 2023 agenda | B002 | 0.10 | 35.50 |
| 10/26/23 | BOLIV | Prepare additional hearing binder for October 30, 2023 hearing | B002 | 0.40 | 142.00 |
| 10/26/23 | KENOS | Review and finalize confirmation hearing agenda | B002 | 0.20 | 182.00 |
| 10/26/23 | RLAMB | Review agenda in advance of confirmation hearing | B002 | 0.10 | 47.50 |
| 10/27/23 | BOLIV | Draft amended agenda for October 30, 2023 confirmation hearing | B002 | 0.30 | 106.50 |
| 10/27/23 | BOLIV | Finalize for filing and coordinate service of amended agenda for October 30, 2023 | B002 | 0.30 | 106.50 |
| 10/27/23 | KENOS | Review, revise and finalize amended confirmation hearing agenda | B002 | 0.20 | 182.00 |
| 10/27/23 | KENOS | Call with J. Caytas re: confirmation hearing preparations | B002 | 0.20 | 182.00 |
| 10/27/23 | RBRAD | Review agenda for 10/30/23 hearing | B002 | 0.20 | 260.00 |
| 10/28/23 | RBRAD | Review amended agenda for confirmation hearing | B002 | 0.20 | 260.00 |
| 10/29/23 | BOLIV | Preparation of confirmation hearing materials | B002 | 0.50 | 177.50 |
| 10/29/23 | KENOS | Assist co-counsel with preparations for Confirmation Hearing | B002 | 1.10 | 1,001.00 |
| 10/29/23 | RBRAD | Review draft confirmation hearing presentation outline | B002 | 0.80 | 1,040.00 |
| 10/30/23 | BOLIV | Emails with ESTEE and TBOLL re: confirmation hearing materials needed for 10/30/23 hearing | B002 | 0.40 | 142.00 |
| 10/30/23 | KENOS | Attend and assist with confirmation hearing and follow up meeting with co-counsel re: same | B002 | 2.50 | 2,275.00 |
| 10/30/23 | KENOS | Assist co-counsel with confirmation hearing preparations | B002 | 1.50 | 1,365.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | November 10, 2023 |
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/23 | RBRAD | Prepare for (.9) and attend confirmation hearing and hearing on objection to Dastagir claims (1.5); post-hearing follow up and next steps (.5) | B002 | 2.90 | 3,770.00 |
| 10/30/23 | RLAMB | Prepare for and attend confirmation hearing | B002 | 3.10 | 1,472.50 |
| 10/30/23 | TBOLL | Assist in preparation of materials for hearing on October 30, 2023 | B002 | 1.80 | 639.00 |
| 10/06/23 | RLAMB | Correspond with D. Collins regarding filed monthly operating reports of the debtors | B004 | 0.10 | 47.50 |
| 10/09/23 | BOLIV | Finalize for filing and coordinate service of monthly operating reports for August 2023 | B004 | 0.90 | 319.50 |
| 10/09/23 | KENOS | Review and finalize August MORs | B004 | 0.40 | 364.00 |
| 10/29/23 | KENOS | Review, comment on, and finalize September MORs | B004 | 0.50 | 455.00 |
| 10/30/23 | BOLIV | Finalize for filing and coordinate service of September 2023 monthly operating reports | B004 | 1.10 | 390.50 |
| 10/30/23 | RLAMB | Review debtors' monthly operating reports | B004 | 0.10 | 47.50 |
| 10/02/23 | KENOS | Review and finalize BRG staffing report | B006 | 0.20 | 182.00 |
| 10/18/23 | KENOS | Review and comment on pleadings re: customer information and emails with co-counsel re: same | B006 | 0.50 | 455.00 |
| 10/30/23 | RLAMB | Draft certificate of counsel for confirmation order | B006 | 0.50 | 237.50 |
| 10/02/23 | BOLIV | Research, locate and forward sealed version of Sachdev objection to claim and declaration in support for Quinn Emanuel | B007 | 0.10 | 35.50 |
| 10/02/23 | KENOS | Review and comment on August Fee Application | B007 | 0.40 | 364.00 |
| 10/03/23 | KENOS | Review and comment on SEC confirmation order language | B007 | 0.20 | 182.00 |
| 10/03/23 | KENOS | Draft notice of claims stipulation (.2), emails with co-counsel and endurance counsel re: finalizing claims stipulation (.2), and finalizing same (.1) | B007 | 0.50 | 455.00 |
| 10/05/23 | KENOS | Emails with AZ department of revenue and co-counsel re: Arizona tax claims | B007 | 0.20 | 182.00 |
| 10/06/23 | BOLIV | Finalize for filing and coordinate service of notice of filing of stipulation with Endurance re: withdrawal of claim | B007 | 0.30 | 106.50 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | November 10, 2023 |
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/23 | KENOS | Emails with co-counsel re: Rogers Claim Objection | B007 | 0.20 | 182.00 |
| 10/09/23 | KENOS | Emails with co-counsel and counsel to Ghader re: claim objection response deadline | B007 | 0.20 | 182.00 |
| 10/10/23 | BOLIV | Draft certificate of no objection re: debtors objection to claim re: J. Rogers claims | B007 | 0.30 | 106.50 |
| 10/10/23 | KENOS | Call and emails with A. Jacquet re: Ghader claim objection | B007 | 0.40 | 364.00 |
| 10/10/23 | KENOS | Emails with co-counsel re: claim objections | B007 | 0.20 | 182.00 |
| 10/10/23 | RLAMB | Correspond with K. Enos and J. Caytas regarding filing of revised claim objections | B007 | 0.10 | 47.50 |
| 10/11/23 | KENOS | Review and finalize notice of service of Ghader discovery | B007 | 0.20 | 182.00 |
| 10/11/23 | KENOS | Review and comment on Ghader Discovery and emails with A. Jacquet re: same | B007 | 0.50 | 455.00 |
| 10/11/23 | KENOS | Emails with J. Caytas re: claim objections | B007 | 0.20 | 182.00 |
| 10/11/23 | RBRAD | Review letter to Judge Shannon re: response to objection to claim | B007 | 0.20 | 260.00 |
| 10/12/23 | KENOS | Assist co-counsel with preparation of protective order re: Ghader Claim | B007 | 0.40 | 364.00 |
| 10/13/23 | BOLIV | Download claims related blacklines, revised orders and proof of claims as sent by QE | B007 | 0.40 | 142.00 |
| 10/13/23 | KENOS | Confer with J. Caytas and B. Olivere re: claim objections | B007 | 0.40 | 364.00 |
| 10/16/23 | BOLIV | File all individual certificates of no objection re: objections to claims; upload related orders | B007 | 1.00 | 355.00 |
| 10/16/23 | BOLIV | Draft multiple [10] CNOs re: individual objection to claims; prepare prosed order for same | B007 | 1.60 | 568.00 |
| 10/16/23 | KENOS | Call with co-counsel and US Trustee re: claimant issues | B007 | 0.30 | 273.00 |
| 10/16/23 | KENOS | Review and comment on responses to requests for production re: Ghader Claim (.7) and generally assist co-counsel with preparation of same (.6) | B007 | 1.30 | 1,183.00 |
| 10/16/23 | KENOS | Call with co-counsel and counsel to Ghader re: discovery issues | B007 | 0.90 | 819.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | November 10, 2023 |
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/23 | KENOS | Finalize claim objection orders and CNOs re: Rogers; Matsubayaski; Andrusko; Wasylishyn; Burns; Sachdev; Mudzinganyama; Malloy; Yan Chen; and Polite claims | B007 | 0.90 | 819.00 |
| 10/17/23 | KENOS | Review and comment on draft Ghader claim stipulation | B007 | 0.30 | 273.00 |
| 10/18/23 | KENOS | Review and comment on Ghader claim stipulation (multiple versions) | B007 | 0.90 | 819.00 |
| 10/18/23 | KENOS | Calls and emails with counsel to Ghadir re: claim objection discovery | B007 | 0.50 | 455.00 |
| 10/19/23 | BOLIV | Re-upload J. Rogers objection to claims proposed order as requested by chambers due to reading error | B007 | 0.10 | 35.50 |
| 10/19/23 | KENOS | Review further revised version of Ghader claim stipulation and emails with co-counsel re: same | B007 | 0.40 | 364.00 |
| 10/20/23 | KENOS | Review and comment on second through fifth omnibus objections and related exhibits (1.6) and emails with co-counsel re: same (.3) | B007 | 1.90 | 1,729.00 |
| 10/20/23 | KENOS | Draft notice of Ghader Stipulation and finalize filing of same | B007 | 0.50 | 455.00 |
| 10/20/23 | TBOLL | Finalize for filing stipulation re: withdrawal of certain claims by Azim Ghader | B007 | 0.20 | 71.00 |
| 10/22/23 | KENOS | Review Ghader response to claim objection | B007 | 0.50 | 455.00 |
| 10/23/23 | KENOS | Review Ghader responses to requests for production | B007 | 0.40 | 364.00 |
| 10/24/23 | KENOS | Review and comment on motion for leave from omnibus claim procedures | B007 | 0.80 | 728.00 |
| 10/24/23 | KENOS | Emails with co-counsel re: motion for leave from omnibus claim procedures | B007 | 0.20 | 182.00 |
| 10/25/23 | BOLIV | Finalize for filing and coordinate service of debtors reply to Dastagir response to claim objection | B007 | 0.30 | 106.50 |
| 10/25/23 | BOLIV | Finalize for filing and coordinate service of motion for leave to filed substantive objection to claims | B007 | 0.40 | 142.00 |
| 10/25/23 | KENOS | Review and finalize motion re: omnibus claim procedures (.7) and emails with co-counsel and chambers re: same (.3) | B007 | 1.00 | 910.00 |
| 10/25/23 | RBRAD | Review draft Debtors' reply in support of objection to Dastigar claims | B007 | 0.30 | 390.00 |

Bittrex Incorporated  
Billing Period through October 31, 2023

Invoice Date: November 10, 2023  
Invoice Number: 50046886  
Matter Number: 103027.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/26/23 | BOLIV | Finalize for filing and coordinate service of stipulation with Connecticut Treasurer | B007 | 0.20 | 71.00 |
| 10/26/23 | KENOS | Review and comment on Connecticut Stipulation, prepare notice of filing, and file same | B007 | 0.40 | 364.00 |
| 10/30/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: Dastagir claims objection; upload order | B007 | 0.30 | 106.50 |
| 10/30/23 | RLAMB | Correspond with K. Enos, R. Izakelian, J. Caytas, S. Claypoole and A. Jaquet regarding creditor tax inquiries | B007 | 0.20 | 95.00 |
| 10/30/23 | RLAMB | Draft certification of counsel regarding claim objection | B007 | 0.60 | 285.00 |
| 10/31/23 | RLAMB | Continue coordinating response to tax creditor | B007 | 0.10 | 47.50 |
| 10/11/23 | BOLIV | Finalize for filing and coordinate service of notice of service re: first set of requests for production and notice of deposition re: Azim Ghader | B011 | 0.20 | 71.00 |
| 10/11/23 | BOLIV | Draft notice of service regarding first set of requests for production to Azim Ghader and notice of deposition | B011 | 0.30 | 106.50 |
| 10/01/23 | RBRAD | Review inquiries from Leah Lerman from DOJ re: liquidation analysis in disclosure statement | B012 | 0.30 | 390.00 |
| 10/06/23 | KENOS | Emails with US Trustee re: Plan and Disclosure Statement | B012 | 0.20 | 182.00 |
| 10/17/23 | BOLIV | Finalize for filing and coordinate service of plan supplement | B012 | 0.30 | 106.50 |
| 10/17/23 | KENOS | Review and consider US Trustee plan comments and questions | B012 | 0.20 | 182.00 |
| 10/17/23 | KENOS | Finalize and file plan supplement | B012 | 0.40 | 364.00 |
| 10/17/23 | KENOS | Review and comment on Plan Supplement documents (.4) and emails with co-counsel re: same (.2) | B012 | 0.60 | 546.00 |
| 10/17/23 | RBRAD | Review plan supplement documents | B012 | 0.60 | 780.00 |
| 10/17/23 | RLAMB | Coordinate filing of plan supplement | B012 | 0.20 | 95.00 |
| 10/20/23 | KENOS | Review UST comments to Plan and confer with co-counsel re: same | B012 | 0.40 | 364.00 |
| 10/20/23 | RBRAD | Review A. Ghader notice of deposition on E. Hengel (.2); review correspondence with R. Schepacarter, D. Detweiler, and A. Jaquet re: same (.3) | B012 | 0.50 | 650.00 |

| Bittrex Incorporated | | | Invoice Date: | | November 10, 2023 |
|---|---|---|---|---|---|
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/20/23 | RBRAD | Review proposed language for confirmation order requested by State of Texas Department of Banking | B012 | 0.40 | 520.00 |
| 10/24/23 | KENOS | Emails with co-counsel re: Texas Workforce Commission plan objection | B012 | 0.20 | 182.00 |
| 10/24/23 | RBRAD | Review confirmation order language requested from Texas AG on behalf of Texas Workforce Commission and compare with general language requested by Texas AG for all state agencies (.5); conference with K. Enos re: same (.2); correspondence with P. Tomasco and K. Enos re: same (.2) | B012 | 0.90 | 1,170.00 |
| 10/24/23 | RBRAD | Review reservations of rights filed by Endurance and United States re: plan confirmation | B012 | 0.40 | 520.00 |
| 10/25/23 | KENOS | Review and comment on proposed confirmation order | B012 | 1.10 | 1,001.00 |
| 10/25/23 | KENOS | Review and comment on confirmation hearing agenda (.3) and emails with co-counsel re: same (.2) | B012 | 0.50 | 455.00 |
| 10/25/23 | KENOS | Review chart of responses to confirmation objections | B012 | 0.40 | 364.00 |
| 10/26/23 | BOLIV | Finalize for filing and coordinate service of notice of filing of proposed confirmation order | B012 | 0.30 | 106.50 |
| 10/26/23 | KENOS | Review and finalize proposed confirmation order and related notice | B012 | 0.50 | 455.00 |
| 10/26/23 | KENOS | Confer with R. Brady re: confirmation hearing preparations | B012 | 0.20 | 182.00 |
| 10/26/23 | RBRAD | Review chart of responses to information responses to plan confirmation (.4); review draft plan confirmation order (.8) | B012 | 1.20 | 1,560.00 |
| 10/26/23 | RBRAD | Teleconference with K. Enos re: preparation for confirmation hearing | B012 | 0.20 | 260.00 |
| 10/26/23 | RLAMB | Draft notice of proposed confirmation order | B012 | 0.60 | 285.00 |
| 10/27/23 | BOLIV | Finalize for filing and coordinate service of notice of filing of revised proposed confirmation order | B012 | 0.40 | 142.00 |
| 10/27/23 | BOLIV | Finalize for filing and coordinate service of declaration of certification of ballots | B012 | 0.30 | 106.50 |
| 10/27/23 | BOLIV | Finalize for filing and coordinate service of declaration of D. Maria in support of confirmation | B012 | 0.30 | 106.50 |

| Bittrex Incorporated | | | Invoice Date: | | November 10, 2023 |
|---|---|---|---|---|---|
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/27/23 | BOLIV | Finalize for filing and coordinate service of memorandum and brief in support of confirmation | B012 | 0.30 | 106.50 |
| 10/27/23 | BOLIV | Finalize for filing and coordinate service of declaration of E. Hengel in support of confirmation | B012 | 0.30 | 106.50 |
| 10/27/23 | KENOS | Review and comment on revised confirmation order and prepare notice re: same | B012 | 0.40 | 364.00 |
| 10/27/23 | KENOS | Finalize and file Confirmation Brief (.4), revised Confirmation Order (.3), Voting Report (.2) and Hengal and Maria Declarations (.3) | B012 | 1.20 | 1,092.00 |
| 10/27/23 | KENOS | Review and comment on the Maria (.5), Hengal (.4), and voting (.3) declarations re: Plan confirmation | B012 | 1.20 | 1,092.00 |
| 10/27/23 | KENOS | Review and comment on brief in support of confirmation | B012 | 0.90 | 819.00 |
| 10/27/23 | RBRAD | Review memorandum of law in support of chapter 11 plan | B012 | 0.90 | 1,170.00 |
| 10/27/23 | RBRAD | Review Omni voting tabulation declaration | B012 | 0.40 | 520.00 |
| 10/27/23 | RBRAD | Review Maria declaration in support of chapter 11 plan | B012 | 0.50 | 650.00 |
| 10/28/23 | RBRAD | Review Hengel declaration in support of chapter 11 plan | B012 | 0.40 | 520.00 |
| 10/28/23 | RBRAD | Review revised proposed confirmation order | B012 | 0.40 | 520.00 |
| 10/30/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: further revised proposed confirmation order; upload order | B012 | 0.50 | 177.50 |
| 10/30/23 | KENOS | Review and revised Confirmation Order Certification (.2), review final proposed Confirmation Order (.2), emails with co-counsel re: order comments (.2); and finalize for filing (.2) | B012 | 0.80 | 728.00 |
| 10/30/23 | KENOS | Review and revise Dastagir claim objection certification (.2), emails with co-counsel re: order comments (.2); review final proposed order (.1), and finalize for filing (.1) | B012 | 0.60 | 546.00 |
| 10/30/23 | RBRAD | Review COC re: confirmation order | B012 | 0.30 | 390.00 |
| 10/31/23 | RBRAD | Review confirmation order entered by Court | B012 | 0.20 | 260.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | November 10, 2023 |
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/10/23 | BOLIV | Telephonic creditor inquiry | B013 | 0.10 | 35.50 |
| 10/17/23 | RLAMB | Review incoming creditor inquiries | B013 | 0.10 | 47.50 |
| 10/27/23 | RLAMB | Continue managing creditor inquiries | B013 | 0.20 | 95.00 |
| 10/02/23 | BOLIV | Finalize for filing and coordinate service of monthly staffing report of BRG for July 2023 | B017 | 0.40 | 142.00 |
| 10/02/23 | BOLIV | Draft notice for BRGs third of July monthly staffing report | B017 | 0.30 | 106.50 |
| 10/05/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: July third fee application of Quinn Emanuel | B017 | 0.20 | 71.00 |
| 10/05/23 | BOLIV | Draft certification of counsel regarding proposed order re: first interim fee applications of debtors professionals | B017 | 0.40 | 142.00 |
| 10/05/23 | BOLIV | Draft certificate of no objection re: third fee application of YCST | B017 | 0.30 | 106.50 |
| 10/05/23 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re: July third fee application of YCST | B017 | 0.20 | 71.00 |
| 10/05/23 | BOLIV | Draft index for binder re: first interim fee application of debtors' professionals | B017 | 0.80 | 284.00 |
| 10/05/23 | BOLIV | Assemble, review and revise fee hearing binder re: first interim fee application of debtors' professionals | B017 | 1.00 | 355.00 |
| 10/05/23 | BOLIV | Emails with Quinn Emanuel re: certification of counsel, fee binders re: first interim fee application of debtors' professionals | B017 | 0.10 | 35.50 |
| 10/06/23 | BOLIV | Email Quinn Emanuel with draft certification of counsel and proposed order approving the first interim fee application of debtors professionals requesting review and approval to file | B017 | 0.10 | 35.50 |
| 10/06/23 | BOLIV | Draft proposed order approving first interim fee application of debtors professionals | B017 | 0.40 | 142.00 |
| 10/06/23 | BOLIV | Finalize draft certification of counsel re: first interim fee application of debtors professionals | B017 | 0.30 | 106.50 |
| 10/06/23 | KENOS | Review and comment on order and certification re: first interim fee applications | B017 | 0.20 | 182.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bittrex Incorporated | | | Invoice Date: | | November 10, 2023 |
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046886 |
| | | | Matter Number: | | 103027.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/23 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: first interim fee application of debtors professionals | B017 | 0.40 | 142.00 |
| 10/09/23 | KENOS | Emails with P. Deutch re: interim fee applications | B017 | 0.20 | 182.00 |
| 10/19/23 | BOLIV | Finalize for filing and coordinate service of sealed and redacted second supplemental declaration of P. Tomasco and related motion to seal | B017 | 0.60 | 213.00 |
| 10/19/23 | BOLIV | Assist in anticipation of filing of redacted and sealed version of second supplemental declaration of P. Tomasco is support of retention | B017 | 1.20 | 426.00 |
| 10/19/23 | KENOS | Review and finalize supplemental Tomasco declaration and related motion to seal | B017 | 0.90 | 819.00 |
| 10/19/23 | KENOS | Review and comment on proposed final version of supplemental Tomasco declaration and related motion to seal | B017 | 0.70 | 637.00 |
| 10/20/23 | KENOS | Review and finalize Omni Monthly Fee Application | B017 | 0.20 | 182.00 |
| 10/20/23 | TBOLL | Prepare notice (.3), and compile and finalize for filing (.3) second monthly fee application of Omni | B017 | 0.60 | 213.00 |
| 10/25/23 | BOLIV | Edit and finalize for filing and coordinate service of August 2023 monthly staffing report of BRG | B017 | 0.40 | 142.00 |
| 10/25/23 | BOLIV | Draft notice for BRG's fourth staffing report | B017 | 0.30 | 106.50 |
| 10/25/23 | KENOS | Review and finalize BRG staffing report and related notice | B017 | 0.30 | 273.00 |
| 10/29/23 | KENOS | Review and comment on BRG September Fee Report | B017 | 0.30 | 273.00 |
| 10/30/23 | BOLIV | Draft notice for BRG's September fifth staffing report | B017 | 0.20 | 71.00 |
| 10/30/23 | BOLIV | Finalize for filing and coordinate service of fifth monthly staffing report of BRG for September 2023 | B017 | 0.40 | 142.00 |
| 10/02/23 | BOLIV | Draft August fourth fee application of YCST | B018 | 0.70 | 248.50 |
| 10/02/23 | RLAMB | Correspond with K. Enos and B. Olivere regarding fourth monthly fee application | B018 | 0.10 | 47.50 |

| | Bittrex Incorporated | | Invoice Date: | November 10, 2023 |
| | Billing Period through October 31, 2023 | | Invoice Number: | 50046886 |
| | | | Matter Number: | 103027.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/16/23 | KENOS | Initial preparations of September Fee Application | B018 | 0.40 | 364.00 |
| | | | Total | 93.90 | $68,230.50 |

**Timekeeper Summary**

| **Initials** | **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| BOLIV | Beth A. Olivere | Paralegal | 31.40 | 355.00 | 11,147.00 |
| KENOS | Kenneth J. Enos | Partner | 40.40 | 910.00 | 36,764.00 |
| RLAMB | Rebecca L. Lamb | Associate | 6.30 | 475.00 | 2,992.50 |
| RBRAD | Robert S. Brady | Partner | 12.40 | 1,300.00 | 16,120.00 |
| TBOLL | Troy Bollman | Paralegal | 3.40 | 355.00 | 1,207.00 |
| **Total** | | | **93.90** | | **$68,230.50** |

| Bittrex Incorporated | Invoice Date: | November 10, 2023 |
|---|---|---|
| Billing Period through October 31, 2023 | Invoice Number: | 50046886 |
| | Matter Number: | 103027.1001 |

**Task Summary**

**Task Code:B001**         **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.50 | 910.00 | 455.00 |
| Robert S. Brady | Partner | 0.20 | 1,300.00 | 260.00 |
| Rebecca L. Lamb | Associate | 0.20 | 475.00 | 95.00 |
| Beth A. Olivere | Paralegal | 4.70 | 355.00 | 1,668.50 |
| Troy Bollman | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **6.10** | | **2,656.00** |

**Task Code:B002**         **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 10.10 | 910.00 | 9,191.00 |
| Robert S. Brady | Partner | 4.10 | 1,300.00 | 5,330.00 |
| Rebecca L. Lamb | Associate | 3.20 | 475.00 | 1,520.00 |
| Beth A. Olivere | Paralegal | 7.70 | 355.00 | 2,733.50 |
| Troy Bollman | Paralegal | 2.10 | 355.00 | 745.50 |
| **Total** | | **27.20** | | **19,520.00** |

**Task Code:B004**         **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.90 | 910.00 | 819.00 |
| Rebecca L. Lamb | Associate | 0.20 | 475.00 | 95.00 |
| Beth A. Olivere | Paralegal | 2.00 | 355.00 | 710.00 |
| **Total** | | **3.10** | | **1,624.00** |

**Task Code:B006**         **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.70 | 910.00 | 637.00 |
| Rebecca L. Lamb | Associate | 0.50 | 475.00 | 237.50 |
| **Total** | | **1.20** | | **874.50** |

**Task Code:B007**         **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 15.20 | 910.00 | 13,832.00 |
| Robert S. Brady | Partner | 0.50 | 1,300.00 | 650.00 |
| Rebecca L. Lamb | Associate | 1.00 | 475.00 | 475.00 |
| Beth A. Olivere | Paralegal | 5.00 | 355.00 | 1,775.00 |
| Troy Bollman | Paralegal | 0.20 | 355.00 | 71.00 |
| **Total** | | **21.90** | | **16,803.00** |

| Bittrex Incorporated | | Invoice Date: | November 10, 2023 |
| Billing Period through October 31, 2023 | | Invoice Number: | 50046886 |
| | | Matter Number: | 103027.1001 |

**Task Code:B011**  **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Beth A. Olivere | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **0.50** | | **177.50** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 9.80 | 910.00 | 8,918.00 |
| Robert S. Brady | Partner | 7.60 | 1,300.00 | 9,880.00 |
| Rebecca L. Lamb | Associate | 0.80 | 475.00 | 380.00 |
| Beth A. Olivere | Paralegal | 2.70 | 355.00 | 958.50 |
| **Total** | | **20.90** | | **20,136.50** |

**Task Code:B013**  **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Rebecca L. Lamb | Associate | 0.30 | 475.00 | 142.50 |
| Beth A. Olivere | Paralegal | 0.10 | 355.00 | 35.50 |
| **Total** | | **0.40** | | **178.00** |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 2.80 | 910.00 | 2,548.00 |
| Beth A. Olivere | Paralegal | 8.00 | 355.00 | 2,840.00 |
| Troy Bollman | Paralegal | 0.60 | 355.00 | 213.00 |
| **Total** | | **11.40** | | **5,601.00** |

**Task Code:B018**  **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kenneth J. Enos | Partner | 0.40 | 910.00 | 364.00 |
| Rebecca L. Lamb | Associate | 0.10 | 475.00 | 47.50 |
| Beth A. Olivere | Paralegal | 0.70 | 355.00 | 248.50 |
| **Total** | | **1.20** | | **660.00** |