## EXHIBIT B

| | | | |
|---|---|---|---|
| Bittrex Incorporated | | Invoice Date: | November 10, 2023 |
| Billing Period through October 31, 2023 | | Invoice Number: | 50046886 |
| | | Matter Number: | 103027.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/03/23 | Manhattan Bagel - Working Meals Payment to Manhattan Bagel for catering services (breakfast for 8 including client/co-counsel, A. Jacquet, P. Tomasco and D. Maria) regarding Disclosure Statement hearing held 9/26/23 | 1.00 | 116.99 |
| 10/05/23 | Photocopy Charges Duplication BW | 83.00 | 8.30 |
| 10/05/23 | Photocopy Charges Duplication BW | 41.00 | 4.10 |
| 10/05/23 | Photocopy Charges Duplication BW | 68.00 | 6.80 |
| 10/05/23 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 10/05/23 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 10/05/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 10/05/23 | Photocopy Charges Duplication BW | 62.00 | 6.20 |
| 10/05/23 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 10/10/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 10/10/23 | Parcels, Inc. - YCST Judge Shannon's Courtroom 1045824 | 1.00 | 15.00 |
| 10/11/23 | Reliable Wilmington - Deposition/Transcript Hourly transcript for Bittrex | 1.00 | 282.75 |
| 10/25/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 10/26/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 10/26/23 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 10/26/23 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 10/26/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 10/26/23 | Photocopy Charges Duplication BW | 84.00 | 8.40 |
| 10/26/23 | Photocopy Charges Duplication BW | 972.00 | 97.20 |
| 10/26/23 | Photocopy Charges Duplication BW | 2,172.00 | 217.20 |
| 10/27/23 | Photocopy Charges Duplication BW | 1,040.00 | 104.00 |
| 10/30/23 | Photocopy Charges Duplication BW | 44.00 | 4.40 |
| 10/30/23 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 10/30/23 | Color Photocopy Charges Duplication Color | 6.00 | 4.80 |
| 10/30/23 | Photocopy Charges Duplication BW | 54.00 | 5.40 |
| 10/30/23 | Color Photocopy Charges Duplication Color | 32.00 | 25.60 |
| 10/30/23 | Photocopy Charges Duplication BW | 234.00 | 23.40 |
| 10/30/23 | Photocopy Charges Duplication BW | 204.00 | 20.40 |
| 10/30/23 | Photocopy Charges Duplication BW | 55.00 | 5.50 |
| 10/30/23 | Color Photocopy Charges Duplication Color | 160.00 | 128.00 |
| 10/30/23 | Photocopy Charges Duplication BW | 51.00 | 5.10 |
| 10/30/23 | Color Photocopy Charges Duplication Color | 72.00 | 57.60 |
| 10/30/23 | Color Photocopy Charges Duplication Color | 258.00 | 206.40 |
| 10/30/23 | Photocopy Charges Duplication BW | 2.00 | 0.20 |

| Bittrex Incorporated | Invoice Date: | November 10, 2023 |
| Billing Period through October 31, 2023 | Invoice Number: | 50046886 |
| | Matter Number: | 103027.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 10/30/23 | Photocopy Charges Duplication BW | 208.00 | 20.80 |
| 10/31/23 | Manhattan Bagel - Working Meals Payment to Manhattan Bagel for catering services (lunch, including client/co-counsel, A. Jacquet) re: DS hearing preparations | 1.00 | 135.94 |
| | **Total** | | **$1,529.68** |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Delivery / Courier | 15.00 |
| Deposition/Transcript | 282.75 |
| Reproduction Charges | 979.00 |
| Working Meals | 252.93 |
| **Total** | **$1,529.68** |