# EXHIBIT C

## CUSTOMARY AND COMPARABLE
## COMPENSATION DISCLOSURES

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm for other complex corporate and litigation matters. The rates charged by the Firm for the services performed in the prior calendar year in the practice areas that are comparable to the services performed by the Bankruptcy and Corporate Restructuring section—namely, Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation—are set forth below. Also included below is 2022 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed In comparable practice areas for preceding calendar year[1] | Billed Firm-wide for preceding calendar year[2] | Billed This Application |
| Partner | $817 | $743 | $1,002.15 |
| Counsel | $668 | $603 | N/A |
| Associate | $457 | $449 | $488.29 |
| Paralegal | $293 | $206 | $355.00 |
| Aggregated: | $605 | $552 | $731.51 |

---

[1] This column reflects the blended 2022 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

31143256.1