# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 912 & 913** |

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, hereby certify that on January 15, 2024, I caused a copy of the following documents to be served upon the parties on the attached Service List via electronic mail.

- [SEALED] *Azim Ghader's Objection to Plan Administrator's Motion to Exclude Testimony of Azim Ghader's Expert Stephanie Rice* [Docket No. 912]

- [SEALED] *Azim Ghader's Objection to Plan Administrator's Motion to Exclude Testimony of Azim Ghader's Expert Adam Zarazinski [DI 913]*

Dated: January 17, 2024
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
         elazar.kosman@wbd-us.com

*Counsel to Azim Ghader*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

## SERVICE LIST

| | |
|---|---|
| ***Counsel for the Plan Administrator***<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Kenneth Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>kenos@ycst.com | ***Counsel for the Plan Administrator***<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>Patricia B. Tomasco<br>Alain Jaquet<br>Razmig Izakelian<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>pattytomasco@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com |

***Office of the United States Trustee***
***for the District of Delaware***
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware
Email: richard.schepacarter.usdoj.gov