## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Wind Down Entity, | (Jointly Administered) |

## NOTICE OF SERVICE OF NON-PARTY BLOCKSCORE, LLC'S RESPONSE TO THIRD-PARTY SUBPOENA

**PLEASE TAKE NOTICE** that on January 12, 2024, BlockScore, LLC ("BlockScore"), by and through undersigned counsel, served its response to the Subpoena issued by ███████ (*see* Doc. 892) via email on the following[2]:

***Counsel for*** ███████

Donald J. Detweiler
Elazar A. Kosman
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
don.detweiler@wbd-us.com
elazar.kosman@wbd-us.com

M. Rhett DeHart

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor-entity's tax identification numbers, are:  Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Following the parties' January 10, 2024 meet and confer, ███████: (i) withdrew in its entirety the subpoena to BlockScore purportedly sent on January 3, 2024; and (ii) withdrew the subpoena to BlockScore purportedly sent on January 5, 2024, except for that portion of request no. 2 that seeks the contract that BlockScore had with Bittrex, LLC as of June 2017.  The aforesaid document has been produced to counsel for ███████.  BlockScore does not waive and expressly reserves all objections to the subpoenas, including objections to defects in and service of the subpoenas. Redactions have been applied at the request of counsel for the person issuing the subpoena.

WOMBLE BOND DICKINSON (US) LLP
5 Exchange Street
Charleston, South Carolina 29401
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
Rhett.dehart@wbd-us.com

The foregoing has been submitted pursuant to Del. Bankr. L. R. 7026-2(b).

January 18, 2024

Of Counsel:

Duane C. Pozza
dpozza@wiley.law
Rebecca L. Saitta
rsaitta@wiley.law
WILEY REIN LLP
2050 M Street NW
Washington, D.C. 20036
Tel. (202) 719-7000
Fax (202) 719-7049

**DILWORTH PAXSON LLP**

By:  /s/  *Thaddeus J. Weaver*

Thaddeus J. Weaver (Id. No. 2790)
tweaver@dilworthlaw.com
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
Tel. (302) 571-8867
Fax (302) 351-8735

*Counsel for Non-Party BlockScore, LLC*

124047527-1