IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 16, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Second and Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [Docket No. 922]**

- **Sixth Monthly and Final Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors In Possession for the Monthly Period from October 1, 2023 Through October 31, 2023 and for the Final Period from May 8, 2024 Through September 29, 2023 [Docket No. 923]**

Dated: January 17, 2024

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 17th day of January, 2024, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# **EXHIBIT A**

**Exhibit A**
Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| U.S. Trustee | Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |
| Counsel for the Debtors | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani<br>Attn: Patricia B. Tomasco<br>51 Madison Ave 22nd floor<br>New York, NY 10010 | susheelkirpalani@quinnemanuel.com;<br>pattytomasco@quinnemanuel.com;<br>qebittrex@quinnemanuel.com | Email |
| Counsel for the Debtors | Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady<br>Attn: Kenneth Enos<br>Attn: Joshua Brooks<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801 | rbrady@ycst.com;<br>kenos@ycst.com;<br>jbrooks@ycst.com | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)