IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, et al.,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | Obj. Deadline: January 12, 2024 at 4:00 p.m. (ET) |
| | Hrg. Date: January 31, 2024 at 10:00 a.m. ET |

**NOTICE OF PLAN ADMINISTRATOR'S SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

To the Clerk of the Bankruptcy Court

824 N. Market Street

3rd Floor

Wilmington

Delaware

19801

Claimant: Mrs Stella Ellen Merchant-Vaughan

Claim Number: C597-574

Amount: There was $24,000 USDT trapped in this system.

I am an 83 year old USM Military widow, and I'm not in the habit of wasting anyone's time.

My account absolutely existed and the recovery code for the account was as follows:

1AFE W5ZK VEKZ 6JYC

(It may be the letter 'I' at the beginning not a '1' my eyes aren't what they used to be).

Why on earth would I have that kind of information if I didn't have an account, I was also sent the following password reset email.




They required me to do all sorts of things with pictures and my driving license which I didn't understand, and my son (who's in the UK) was going to help me with it, when he next comes over in 2024.

I can assure you I had an account!

Mrs Stella Merchant-Vaughan

1163 Osprey Nest Point

Orange Park

Florida

32073

Email: stellaellenm@gmail.com

Signed:

*Stella Merchant-Vaughan*

Date: 01/10/2024

USPS Priority Mail Express label

**FROM:**
Stella Merchant-Vaughan
904-563-2022
463 Osprey Nest Point
Orange Park
Florida 32073

**TO:**
To the clerk of
the Bankruptcy Court
824 N Market Street
3rd Floor, Wilmington, Delaware
19801

PO ZIP Code: 32065
Date Accepted: 1-10-24
Time Accepted: 3:58 PM
Weight: Flat Rate
Scheduled Delivery Date: 1-11-24
Scheduled Delivery Time: 6:00 PM
Postage: $28.75
Total Postage & Fees: $28.75
Acceptance Employee Initials: a/6

Label: EI 255 314 035 US
EP13F July 2022
OD: 12 1/2 x 9 1/2