**Court:** United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

**Debtors:** Desolation Holdings LLC (0439), Bittrex, Inc. (0908) Bittrex Malta Holdings, Ltd. (2227) and Bittrex Malta Ltd. (1764)
701 5th Avenue, Suite 4200
Seattle WA 98104

**Case Number:** 23-10597 (BLS) (Jointly Administered)

**Objection:** OBJECTION TO CERTAIN NO LIABILITY CLAIMS
Response to Objection

**Claimant: Jessica Morgan Meredith**
Claim Number: C598-1264

**Description of the basis for the amount of the claim:**
Debtor claims that "the claimant does not have an active existing account with the Debtors." However, I do indeed have a Bittrex account (Account ID: cc59e64a-7576-4fe0-9bbd-64bfdf49b093) with a balance of 0.26997742 BTC (Bitcoin).

**Specific Factual basis and supporting legal argument:**
Attached please find a record of my Bittrex account's transaction history. This record is found when I log into bittrex.com, using my login credentials, which include my email address (morganculture@gmail.com) and password.

Attached as evidence are:
1) Screenshots of the aforementioned Bittrex account:
    1) Transaction History with timestamp, Claimant Name, Account ID, Claimant Email
    2) Order History with timestamp, Claimant Name, Account ID, Claimant Email
2) CSV files exported from Bittrex.com:
    1) Transaction history
    2) Order history
3) A video showing Claimant logging into and navigating the aforementioned Bittrex account, proving it exists and is active
4) An automated confirmation email from Bittrex (no-reply@bittrex.com) to claimant (morganculture@gmail.com) demonstrating a recent login to the aforementioned Bittrex account, proving it exists and Debtor reflects the record of account
5) Detailed transaction history for each of the 4 transactions (1 WITHDRAWAL, 3 DEPOSIT) into the Bittrex wallet Address shown in Evidence items 1 & 2 (Address = 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS).. These have been independently verified and recorded in the blockchain records, are public record, and are therefore easily verifiable by the Court and the Debtors.

**Claimant's Contact Information:**
Name: Jessica Morgan Meredith
Mailing Address: 1302 Chestnut Ln, Davis CA 95616
Telephone: (310)576-7797
Fax: N/A
Email: morganculture@gmail.com

# EVIDENCE

1) Screenshots of the aforementioned Bittrex account:
   1) Transaction History with timestamp, Claimant Name, Account ID, Claimant Email

← → C  ⌕ bittrex.com/offramp/transactionhistory

## BITTREX

## Transaction History

Jessica Morgan Meredith | cc59e64a-7576-4fe0-9bbd-64bfdf49b093 | morganculture@gmail.com

### About this report
This report was generated on *2024-01-05 17:20*, and includes up to 2,000 of your most recently completed deposits and withdrawals listed from newest to oldest. This page will print nicely in either A4 or Letter format, and may also be downloaded as a CSV file.

\* W/D = Withdrawal, DEP = Deposit

| Date | Currency | Type | To/From | TxId | Amount |
|---|---|---|---|---|---|
| 2017-11-29 14:57 UTC | BTC | W/D | Address<br>1GKLu91oLpc9uZW3j3sQBEhDKwcYfpaUWT | c252945a63aa9a7951c48bbe206b10a5<br>8a953d4f6c7413a2d4b174528899e8df | BTC -0.16450463 |
| 2017-08-18 18:41 UTC | BTC | DEP | Address<br>14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS | d8eb9660a90b65f6c667d74b754e97645<br>544100b6041e552cc785baafe44c185 | BTC +0.38394983 |
| 2017-08-12 18:26 UTC | BTC | DEP | Address<br>14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS | 82dbef95cf8ac9ce66556505d5a853831<br>afce9d595f11ae2c61857549e636904 | BTC +0.01240905 |
| 2017-08-10 20:21 UTC | BTC | DEP | Address<br>14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS | 0aed9ab0923d3eaa18caa859ce23379d<br>05998dbd8d9138db1a61116dc0a7fcde | BTC +0.03812317 |

2) Order History with timestamp, Claimant Name, Account ID, Claimant Email



# BITTREX

## Order History

Jessica Morgan Meredith | cc59e64a-7576-4fe0-9bbd-64bfdf49b093 | morganculture@gmail.com

### About this report
This report was generated on *2024-01-05 17:20*, and includes up to 2,000 of your most recently completed orders listed from newest to oldest. This page will print nicely in either A4 or Letter format, and may also be downloaded as a CSV file.

| Date | Market | Side | Type | Price | Quantity | Total |
|---|---|---|---|---|---|---|
| 2017-11-29 | NEO/BTC | SELL | Limit | BTC 0.00341919 | 45.64767924 | BTC 0.15607808 |
| 2017-08-21 | NEO/BTC | BUY | Limit | BTC 0.00916001 | 20.00000000 | BTC 0.18320020 |
| 2017-08-20 | NEO/BTC | BUY | Limit | BTC 0.00950000 | 20.00000000 | BTC 0.19000000 |
| 2017-08-12 | NEO/BTC | BUY | Limit | BTC 0.00885498 | 1.39788715 | BTC 0.01237826 |
| 2017-08-11 | NEO/BTC | BUY | Limit | BTC 0.00894817 | 4.24979209 | BTC 0.03802786 |

2) CSV files exported from Bittrex.com:
   1) Transaction history



| Date | Currency | Type | Address | Memo/Tag | Txid | Amount |
|---|---|---|---|---|---|---|
| 2017-11-29 14:57:08.087 | BTC | WITHDRAWAL | 1GKLu91oLpc9uZW3j3sQBEhDKwcYfpaUWT | | c252945a63aa9a7951c48bbe206b10a58a953d4f6c7413a2d4b174528899e8df | -0.16450463 |
| 2017-08-18 18:41:27.890 | BTC | DEPOSIT | 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS | | d8eb9660a90b65f6c667d74b754e97645544100b6041e552cc785baafe44c185 | 0.38394983 |
| 2017-08-12 18:26:54.637 | BTC | DEPOSIT | 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS | | 82dbef95cf8ac9ce66556505d5a853831afce9d595f11ae2c61857549e636904 | 0.01240905 |
| 2017-08-10 20:21:24.050 | BTC | DEPOSIT | 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS | | 0aed9ab0923d3eaa18caa859ce23379d05998dbd8d9138db1a61116dc0a7fcde | 0.03812317 |
| | | | | | TOTAL ACCOUNT BALANCE | 0.26997742 |

2) Order history



Bittrex Order History - 2024-01-05_1740

| Date | Market | Side | Type | Price | Quantity | Total |
|---|---|---|---|---|---|---|
| 2017-11-29 13:47:02.477 | NEO/BTC | SELL | Limit | 0.003419189816406540000000000 | 45.64767924 | 0.15607808 |
| 2017-08-21 05:39:13.740 | NEO/BTC | BUY | Limit | 0.00916001 | 20.00000000 | 0.18320020 |
| 2017-08-20 08:29:54.580 | NEO/BTC | BUY | Limit | 0.0095 | 20.00000000 | 0.19000000 |
| 2017-08-12 18:29:27.327 | NEO/BTC | BUY | Limit | 0.008854978028805830000000000 | 1.39788715 | 0.01237826 |
| 2017-08-11 15:45:33.500 | NEO/BTC | BUY | Limit | 0.008948169509158270000000000 | 4.24979209 | 0.03802786 |

3) A screencast video showing Claimant logging into and navigating the aforementioned Bittrex account, proving it exists and is active:
   1) VIEW VIDEO HERE:
      1) http://tinyurl.com/6tnfdf4h
      2) The QR code below will also bring you to the video:



4) An automated confirmation email from Bittrex (no-reply@bittrex.com) to claimant (morganculture@gmail.com) demonstrating a recent login to the aforementioned Bittrex account, proving it exists and Debtor reflects the record of account.



Additional detailed documentation of the email login confirmation sent from no-reply@bittrex.com (Debtor) to morganculture@gmail.com (Claimant)

## Original Message

| | |
|---|---|
| Message ID | <90.FC.09254.70528956@jn.mta1vrest.cc.prd.sparkpost> |
| Created at: | Fri, Jan 5, 2024 at 7:49 AM (Delivered after 0 seconds) |
| From: | Bittrex <no-reply@bittrex.com> |
| To: | morganculture@gmail.com |
| Subject: | This is to notify you of a successful login to your account. |
| SPF: | PASS with IP 147.253.219.99  Learn more |
| DKIM: | 'PASS' with domain bittrex.com  Learn more |
| DMARC: | 'PASS'  Learn more |

5) Detailed transaction history for each of the 4 transactions (1 WITHDRAWAL, 3 DEPOSIT) into the Bittrex wallet Address shown in Evidence items 1 & 2 (Address = 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS). These have been independently verified and recorded in the blockchain records, are public record, and are therefore easily verifiable by the Court and the Debtors. These verifications were obtained via the blockchain analytics website Blockchair, using the Transaction IDs shown in the previous evidence items.

**BLOCKCHAIR**

info@blockchair.com
https://blockchair.com

***********************************************************************
***********************************************************************

**TRANSACTION RECEIPT**                                      **BITCOIN**

***********************************************************************
***********************************************************************

**TRANSACTION IDENTIFIER:**

c252945a63aa9a7951c48bbe206b10a58a953d4f6c7413a2d4b174528899e8df

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSACTION TIMESTAMP:**          **CONFIRMED TRANSACTION:**

2017-11-29 14:58 (UTC)              Included in block: #496704 on the Bitcoin blockchain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTE**

BTC-USD RATE AT THE TIME OF TRANSACTION.
OMNI LAYER BALANCES ARE NOT INCLUDED IN THIS REPORT.

**DISCLAIMER**

THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2024-01-05 18:11 (UTC) AND IS BASED ON PUBLIC DATA FROM THE BITCOIN BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com

**TRANSACTION 1: WITHDRAWAL FROM BITTREX ACCOUNT**

TRANSACTION 2: DEPOSIT INTO BITTREX ACCOUNT
2017-08-18
Sender - 1K1rywoMzwG64ivZukNTk4uzVMDNhNa3w
Receiver (Claimant) - 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS
Transaction ID d8eb9660a90b65f6c667d74b754e97645544100b6041e552cc785baafe44c185
Amount: +0.38394983 BTC

### BLOCKCHAIR

info@blockchair.com
https://blockchair.com

**TRANSACTION RECEIPT**                                                                 **BITCOIN**

**TRANSACTION IDENTIFIER:**
d8eb9660a90b65f6c667d74b754e97645544100b6041e552cc785baafe44c185

**TRANSACTION TIMESTAMP:**            **CONFIRMED TRANSACTION:**
2017-08-18 18:09 (UTC)                Included in block: #481123 on the Bitcoin blockchain

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | 1K1rywoMzwG64ivZukNTk4uzVMDNhNa3w | 1.16434785 | 5,074.17 |
| → |  | TOTAL: 1.16434785 BTC | 5,074.17 USD |

**RECIPIENTS (OUTPUTS):**

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS | 0.38394983 | 1,673.23 |
| 1 | 1Fm6gXtJxewx6JYUoet33pToyATg3sJ3At | 0.77967328 | 3,397.78 |
| / | • • • MINER FEE • • • | 0.00072474 | 3.16 |
| → |  | TOTAL: 1.16434785 BTC | 5,071.01 USD |

**NOTE**
BTC-USD RATE AT THE TIME OF TRANSACTION.
OMNI LAYER BALANCES ARE NOT INCLUDED IN THIS REPORT.

**DISCLAIMER**
THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2024-01-05 18:33 (UTC) AND IS BASED ON PUBLIC DATA FROM THE BITCOIN BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com

Response to Objection
**Claimant: Jessica Morgan Meredith**
Claim Number: C598-1264
**Case Number: 23-10597 (BLS)**

## TRANSACTION 3: DEPOSIT INTO BITTREX ACCOUNT

**BLOCKCHAIR**  
info@blockchair.com  
https://blockchair.com

### TRANSACTION RECEIPT — BITCOIN

**TRANSACTION IDENTIFIER:**  
82dbef95cf8ac9ce66556505d5a853831afce9d595f11ae2c61857549e636904

**TRANSACTION TIMESTAMP:**  
2017-08-12 17:54 (UTC)

**CONFIRMED TRANSACTION:**  
Included in block: #480234 on the Bitcoin blockchain

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|--------|-------------|-------------|
| 0 | 1HV2w2Q4h5hfdncqqUDGPYR7AEtwtUiX42 | 4.00000000 | 14,099.80 |
| → | | TOTAL: 4.00000000 BTC | 14,099.80 USD |

**RECIPIENTS (OUTPUTS):**

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|-----------|-------------|-------------|
| 0 | 1D6u7bcSjwH4L8T3QAubHNaUxLterhBVto | 3.98709696 | 14,054.32 |
| 1 | 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS | 0.01240905 | 43.74 |
| / | * * * MINER FEE * * * | 0.00049399 | 1.74 |
| → | | TOTAL: 4.00000000 BTC | 14,098.06 USD |

**NOTE**  
BTC-USD RATE AT THE TIME OF TRANSACTION.  
OMNI LAYER BALANCES ARE NOT INCLUDED IN THIS REPORT.

**DISCLAIMER**  
THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2024-01-05 18:36 (UTC) AND IS BASED ON PUBLIC DATA FROM THE BITCOIN BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com

Response to Objection  
**Claimant: Jessica Morgan Meredith**  
Claim Number: C598-1264  
**Case Number: 23-10597 (BLS)**

**TRANSACTION 4: DEPOSIT INTO BITTREX ACCOUNT**
2017-08-10
Sender - 1JAoBeMCKU7bP1NDfrYaoUkd2KccADUxKA
Receiver (Claimant)) - 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS
Transaction ID - 0aed9ab0923d3eaa18caa859ce23379d05998dbd8d9138db1a61116dc0a7fcde
Amount: +.03812317 BTC

### BLOCKCHAIR

info@blockchair.com
https://blockchair.com

**TRANSACTION RECEIPT**      **BITCOIN**

**TRANSACTION IDENTIFIER:**
0aed9ab0923d3eaa18caa859ce23379d05998dbd8d9138db1a61116dc0a7fcde

**TRANSACTION TIMESTAMP:**    **CONFIRMED TRANSACTION:**
2017-08-10 19:40 (UTC)    Included in block: #479976 on the Bitcoin blockchain

**SENDERS (INPUTS):**

| # | SENDER | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | 1JAoBeMCKU7bP1NDfrYaoUkd2KccADUxKA | 9.41381793 | 31,608.49 |
| → | | TOTAL: 9.41381793 BTC | 31,608.49 USD |

**RECIPIENTS (OUTPUTS):**

| # | RECIPIENT | VALUE (BTC) | VALUE (USD) |
|---|---|---|---|
| 0 | 14vmfn9eQi8M7PbG4JpE4kUoBuF51nYgRS | 0.03812317 | 128.01 |
| 1 | 1BXyzqpYPTyKYyBnZUmKC48q1JZ1J3opmr | 9.37528778 | 31,479.12 |
| / | * * * MINER FEE * * * | 0.00040698 | 1.37 |
| → | | TOTAL: 9.41381793 BTC | 31,607.13 USD |

**NOTE**
BTC-USD RATE AT THE TIME OF TRANSACTION.
OMNI LAYER BALANCES ARE NOT INCLUDED IN THIS REPORT.

**DISCLAIMER**
THIS RECEIPT WAS GENERATED AUTOMATICALLY ON 2024-01-05 18:26 (UTC) AND IS BASED ON PUBLIC DATA FROM THE BITCOIN BLOCKCHAIN. BLOCKCHAIR MAKES NEITHER WARRANTY THAT THIS RECEIPT IS FREE OF ERRORS, NOR WARRANTY THAT ITS CONTENT IS ACCURATE. BLOCKCHAIR WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS OF ANY KIND, FROM ACTION TAKEN, OR TAKEN IN RELIANCE ON INFORMATION CONTAINED IN THIS RECEIPT. BLOCKCHAIR IS NEITHER A BANK, NOR A PAYMENT PROCESSOR FOR THIS PAYMENT. BLOCKCHAIR DOES NOT PROVIDE SUPPORT IN CASE OF PROBLEMS ASSOCIATED WITH THIS RECEIPT.



Scan to check the validity of the receipt at Blockchair.com

Response to Objection
**Claimant: Jessica Morgan Meredith**
Claim Number: C598-1264
**Case Number:** 23-10597 (BLS)





