**<u>Exhibit A</u>**

**Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Re: Docket No.  __** |

**ORDER AMENDING ORDER APPOINTING OMNI AGENT SOLUTIONS AS CLAIMS
AND NOTICING AGENT, EFFECTIVE AS OF THE PETITION DATE**

Upon the motion (the "Motion")[2] of David Maria, as plan administrator (the "Plan Administrator") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors" or the "Wind Down Entity") for entry of an order (this "Order"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), amending the Retention Order to provide that Omni is no longer required to maintain the Electronic Claims Portal; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, entered February 29, 2012; and that this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

otherwise ordered herein, no other or further notice is necessary; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

### ORDERED, ADJUDGED AND DECREED THAT:

1.     The Motion is **GRANTED** as set forth herein.

2.     Effective as of the date of this Order, Paragraph 5 of the Retention Order is hereby replaced with the following:

> Omni is authorized and directed to obtain a post office box or address for the receipt of proofs of claim.

3.     Neither Omni nor the Wind-Down Entity is required to maintain an electronic interface for filing proofs of claim.

4.     Unless expressly amended and/or modified in this Order, the terms and provisions of the Retention Order shall remain in full force and effect.

5.     The Plan Administrator and Omni are authorized to take all actions necessary to implement the relief granted in this Order.

6.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.