# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re. Docket No. 897** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 897

PLEASE TAKE NOTICE that the *Motion of Ryan D. Hentz to Quash Claimant's Subpoena to Testify at a Deposition Directed to Non-Party Ryan Hentz* [Docket No. 897] is hereby withdrawn without prejudice.

Dated: January 24, 2024
　　　　Wilmington, Delaware

**BLANK ROME LLP**

　*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
Jordan L. Williams (DE No. 7128)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:　(302) 425-6400
Facsimile:　(302) 425-6464
E-mail:　　Stanley.Tarr@BlankRome.com
　　　　　　Jordan.Williams@BlankRome.com

-and-

Michael B. Schaedle (*pro hac vice* forthcoming)
Michael D. Silberfarb (*pro hac vice* forthcoming)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Telephone:　(215) 569-5500
Facsimile:　(215) 569-5555
E-mail:　　Mike.Schaedle@BlankRome.com
　　　　　　Michael.Silberfarb@BlankRome.com

*Counsel to Ryan D. Hentz*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.