**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Plan Administrator's Objection to Claim C598-10438 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 820]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10438 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 821]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Plan Administrator's Objection to Claim C598-10169 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 822]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10169 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 823]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Notice of Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Claimant, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 826]**

- **Declaration of David Maria in Support of in Support of Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Claimant, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 827]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit D**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

- **Notice of Plan Administrator's Objection to Claims C597-522, C597-526, and C597-527 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 828]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claims C597-522, C597-526, and C597-527 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 829]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit E**:

- **Notice of Plan Administrator's Objection to Claim C598-10099 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 830]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10099 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 831]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit F**:

- **Notice of Plan Administrator's Objection to Claim C598-10666 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 832]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10666 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 833]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit G**:

- **Notice of Plan Administrator's Objection to Claims C600-10028 and C600-10104 Filed by Claimant Pursuant to Section 502 of The Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 834]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to C600-10028 and C600-10104 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 835]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit H**:

- **Notice of Plan Administrator's Objection to Claim C597-292 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 836]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-292 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 837]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit I**:

- **Notice of Plan Administrator's Objection to Claim C598-255 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 838]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-255 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 839]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit J**:

- **Notice of Plan Administrator's Objection to Claim C598-1162 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 840]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-1162 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 841]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit K**:

- **Notice of Plan Administrator's Objection to Claim C600-79 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 842]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C600-79 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 843]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit L**:

- **Notice of Plan Administrator's Objection to Claims C598-677 and C597-237 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 844]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claims C598-677 and C597-237 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 845]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit M**:

- **Notice of Plan Administrator's Objection to Claim C598-10534 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 846]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10534 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 847]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit N**:

- **Notice of Plan Administrator's Objection to Claim C598-10645 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 848]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10645 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 849]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit O**:

- **Notice of Plan Administrator's Objection to Claim C598-10230 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 850]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10230 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 851]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit P**:

- **Notice of Plan Administrator's Objection to Claim C598-855 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 852]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-855 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 853]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit Q**:

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-347 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 855]**

- **Notice of Withdrawal of Docket No. 854 [Docket No. 856]**

- **Notice of Plan Administrator's Objection to Claim C597-347 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 857]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit R**:

- **Notice of Plan Administrator's Objection to Claim C598-298 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 858]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-298 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 859]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit S**:

- **Notice of Plan Administrator's Objection to Claim C598-10735 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 860]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10735 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 861]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit T**:

- **Notice of Plan Administrator's Objection to Claim C597-268 Filed by Claimant. Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 864]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-268 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 865]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit U**:

- **Notice of Plan Administrator's Objection to Claim C597-130 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 866]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-130 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 867]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit V**:

- **Notice of Plan Administrator's Objection to Claims C598-55 and C598-1369 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 868]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claims C598-55 and 598-1369 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 869]**

On December 30, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit W**:

- **Notice of Plan Administrator's Objection to Claim C597-10282 Filed by Claimant Blakemore Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 870]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-10282 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 871]**

On January 2, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit X**:

- **Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Claimant, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 824]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Claimant, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 825]**

Dated: January 25, 2024

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 25th day of January, 2024, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| ac7f2983-5523-439f-8b6d-98456d3b86cf | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)

## **EXHIBIT B**

**Exhibit B**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| e8c80fa8-d82a-4b26-a939-638f4ac2a621 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**<u>EXHIBIT C</u>**

**Exhibit C**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Forgey Law Group, PLLC; Claimant; Excel Title Group, LLC | c/o Wilson Elser Moskowitz Edelman & Dicker LLP<br>Attn: Susan Schwartz, Mark Lankford<br>Bank of America Plz<br>901 Main St, Ste 4800<br>Dallas, TX 75202 | mark.lankford@wilsonelser.com;<br>susan.schwartz@wilsonelser.com | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT D**

**Exhibit D**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| b6c30776-31f2-41e6-ae5f-78c83520312c | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**<u>EXHIBIT E</u>**

**Exhibit E**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 50dd3de7-c23b-40b1-84bd-fbe26505ca1a | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT F**

**Exhibit F**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 28c458a6-1899-4610-8eaf-bc4ee67b891b | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**<u>EXHIBIT G</u>**

**Exhibit G**
**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Name Redacted | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**<u>EXHIBIT H</u>**

**Exhibit H**

**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Name Redacted | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**<u>EXHIBIT I</u>**

**Exhibit I**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 836d127b-0ee9-4026-80f4-694e09138efa | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

# EXHIBIT J

**Exhibit J**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Name Redacted | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT K**

**Exhibit K**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 22c54775-5b42-4c74-8d47-47928b47c381 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**<u>EXHIBIT L</u>**

**Exhibit L**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| f508cf77-3535-44ec-85e3-9c467a7df1c5 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT M**

**Exhibit M**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 09f35b38-bb19-4ad1-ae79-18a31b2b3466 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT N**

**Exhibit N**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 920da4a1-f004-4c64-8ff9-54d183447d66 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT O**

**Exhibit O**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 904cd4e8-bb43-4211-b980-5c29ad7da1e2 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT P**

**Exhibit P**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 6cfda968-f2f2-4a68-a290-fde183027538 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT Q**

**Exhibit Q**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| d8477cae-9d76-4e10-a35a-432be71c712a | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**<u>EXHIBIT R</u>**

**Exhibit R**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 5607bb93-2e35-44ef-9c1e-56c71ebb18af | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT S**

**Exhibit S**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 649ae405-c364-4928-a7ab-4745a09f858f | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

## EXHIBIT T

**Exhibit T**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 03119cfd-38b1-4f18-96e1-e34ad772c91e | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**<u>EXHIBIT U</u>**

**Exhibit U**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Name Redacted | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT V**

**Exhibit V**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| a9cc7d22-b000-43e8-819d-43891f85f448 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**EXHIBIT W**

**Exhibit W**
**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| 4063e358-ced6-44ab-a165-21865c2f2220 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Name Redacted | Address Redacted | | First Class Mail |
| Office of the United States Trustee | District of Delaware<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Richard.Schepacarter@usdoj.gov | Email |

**<u>EXHIBIT X</u>**

**Exhibit X**
**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Forgey Law Group, PLLC; Claimant; Excel Title Group, LLC | c/o Wilson Elser Moskowitz Edelman & Dicker LLP<br>Attn: Susan Schwartz, Mark Lankford<br>Bank of America Plz<br>901 Main St, Ste 4800<br>Dallas, TX 75202 | mark.lankford@wilsonelser.com;<br>susan.schwartz@wilsonelser.com | Email<br>First Class Mail |