23-10598-BLS

January 11, 2024

RECEIVED

To: The Clerk of the Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

I am writing this response for the hearing of objection to certain no liability claims. I am no #33 my name is Eugenia Woodard account I.D., i filed on 7/12/2023 on behalf of deceased husband Daryl Wayne Woodard case number 23-10598 / Bittrex Inc. claim no. C598-140. I am requesting that this claim do not be removed on behalf of his survivors Eugenia Woodard, Anthony Hill, Daryl W. Woodard II and Tony W. Woodard. Extenuating circumstances exist in this claim as I have current health illness challenges. I am asking the Court to allow this claim to remain within the suit.

Sincerely,
Eugenia Woodard
7402 Alabonson Rd #310
Houston, Texas
77088
1-346-610-2559  hilleugenia115@gmail.com

Eugene Wadure
7405 Alabonson Rd #310
Houston, Texas
77088

The Clerk of The Bankruptcy Court
824 N. Market Street, 3rd Fl
Wilmington, Delaware
19801

NORTH HOUSTON TX 773
17 JAN 2024 PM 3 L

U.S.M.S. X-RAY

1980 1-302499