## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

## NOTICE OF AGENDA MATTERS SCHEDULED FOR
## HEARING ON JANUARY 31, 2024 AT 10:00 A.M. (ET)

> **This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**
>
> **The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

## ADJOURNED MATTERS

1.    Motion Pursuant to Sections 105(A) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 for Authority to File Under Seal Certain Information Contained in the Second Supplemental Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and Debtors in Possession [D.I. 455, 10/19/23]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Response Deadline:                    October 16, 2023 at 4:00 p.m. (ET); extended
                                      for the U.S. Trustee to November 2, 2023

Responses Received:

A.    Objection of the United States Trustee [(Sealed) D.I. 524, (Redacted) D.I. 525,
      11/2/23]

Related Documents:

B.    Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart &
      Sullivan, LLP as Co-counsel for the Debtors and Debtors in Possession [D.I. 104,
      6/7/23]

C.    Second Supplemental Declaration of Patricia Tomasco in Support of the Debtors
      Application for Entry of an Order Authorizing the Retention and Employment of
      Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and
      Debtors in Possession [(Sealed), D.I. 453, (Redacted) D.I. 454, 10/20/23]

Status:  The matter is adjourned to February 28, 2024, at 10:00 a.m. (ET).

2.    Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order,
      Including Protective order and Judgment, Against the Plan Administrator and the Plan
      Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and
      9037, Local Rules 9018-1 and 9037-1 of the Federal Judiciary's Pacer Redaction
      Agreement [(Sealed) D.I. 802, 12/22/23]

Response Deadline:                    January 8, 2024 at 4:00 p.m. (ET)

Responses Received:

A.    Opposition to Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking
      Entry of an Order, Including Protective order and Judgment, Against the Plan
      Administrator and the Plan Administrator's Counsel for Violating Federal Rules of
      Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1 of the
      Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 888, 1/8/24]

Related Documents:

B.    Declaration of Alain Jaquet in Support of Opposition [(Sealed) D.I. 889, 1/8/24]

C.    Declaration of Kenneth J. Enos in Support of Opposition [(Sealed) D.I. 890, 1/8/24]

D.    Declaration of Catherine Nownes-Whitaker in Support of Opposition [(Sealed) D.I.
      891, 1/8/24]

E.      Motion for Leave to File a Late Reply in Support of Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective Order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1, and the Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 906, 1/11/24]

Status:        This matter is adjourned to a date to be determined.

3.    Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Jason M. Gorgey, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code [(Sealed) D.I. 824, (Redacted) D.I. 826, 12/29/23]

Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET); extended for the Claimant to February 12, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Informal Response of Forgey Law Group, PLLC, Jason M. Forgey and Excel Title Group

Related Documents:

B.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Jason M. Gorgey, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code [(Sealed) D.I. 825, (Redacted) D.I. 827, 12/29/23]

Status: By agreement of the parties this matter is adjourned to February 28, 2024 at 10:00 a.m. (ET).

## RESOLVED MATTERS

4.    Plan Administrator's Objection to Claim C598-10438 Filed by Anthony Craig Hardee Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 820, 12/29/23]

Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

    A.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10438 Filed by Anthony Craig Hardee Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 821, 12/29/23]

    B.      Certificate of No Objection [D.I. 932, 1/23/24]

    C.      Order [D.I. 958, 1/24/24]

    <u>Status</u>:  An order has been entered.  No hearing is required.

5.      Plan Administrator's Objection to Claim C598-10169 Filed by Steve Eisenstein Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 822, 12/29/23]

    <u>Response Deadline</u>:                  January 12, 2024 at 4:00 p.m. (ET)

    <u>Responses Received</u>:             None

    <u>Related Documents</u>:

    A.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10169 Filed by Steve Eisenstein Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 823, 12/29/23]

    B.      Certificate of No Objection [D.I. 933, 1/23/24]

    C.      Order [D.I. 959, 1/24/24]

    <u>Status</u>:  An order has been entered.  No hearing is required.

6.      Plan Administrator's Objection to Claim C597-522, C597-526 and C597-527 Filed by Evonnya Hall Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 828, 12/29/23]

    <u>Response Deadline</u>:                  January 12, 2024 at 4:00 p.m. (ET)

    <u>Responses Received</u>:             None

    <u>Related Documents</u>:

    A.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-522, C597-526 and C597-527 Filed by Evonnya Hall Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 829, 12/29/23]

    B.      Certificate of No Objection [D.I. 934, 1/23/24]

    C.      Order [D.I. 960, 1/24/24]

Status:  An order has been entered.  No hearing is required.

7.     Plan Administrator's Objection to Claim C598-10099 Filed by Maria I. Salazar Pursuant to Sections 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 830, 12/29/23]

       Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET)

       Responses Received:                   None

       Related Documents:

       A.     Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10099 Filed by Maria I. Salazar Pursuant to Sections 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 831, 12/29/23]

       B.     Certificate of No Objection [D.I. 935, 1/23/24]

       C.     Order [D.I. 961, 1/24/24]

       Status:  An order has been entered.  No hearing is required.

8.     Plan Administrator's Objection to Claim C598-10666 Filed by Marieanne Alexander Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 832, 12/29/23]

       Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET)

       Responses Received:                   None

       Related Documents:

       A.     Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10666 Filed by Marieanne Alexander Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 833, 12/29/23]

       B.     Certificate of No Objection [D.I. 936, 1/23/24]

       C.     Order [D.I. 962, 1/24/24]

       Status:  An order has been entered.  No hearing is required.

9.     Plan Administrator's Objection to Claim C600-10028 and C600-10104 Filed by Alexandre Pottier Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 834, 12/29/23]

Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

    A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C600-10028  and C600-10104 Filed by Alexandre Pottier Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007  [D.I. 835, 11/20/23]

    B.    Certificate of No Objection [D.I. 937, 1/23/24]

    C.    Order [D.I. 963, 1/24/24]

Status:  An order has been entered.  No hearing is required.

10.    Plan Administrator's Objection to Claim C597-292 Filed by Malcolm Leitco Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 836, 12/29/23]

Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

    A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-292 Filed by Malcolm Leitco Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 837, 12/29/23]

    B.    Certificate of No Objection [D.I. 938, 1/23/24]

    C.    Order [D.I. 964, 1/24/24]

Status:  An order has been entered.  No hearing is required.

11.    Plan Administrator's Objection to Claim C598-255 Filed by Lia Sara Fernandez Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 838, 12/29/23]

Response Deadline:                    December 4, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.     Declaration of David Maria in Support of Plan Administrator's Objection to Claims C598-255 Filed by Lia Sara Fernandez Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 839, 12/29/23]

B.     Certificate of No Objection [D.I. 939, 1/23/24]

C.     Order [D.I. 965, 1/24/24]

Status:  An order has been entered.  No hearing is required.

12.     Plan Administrator's Objection to Claim C598-1162 Filed by Ron Meade Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 840, 12/29/23]

Response Deadline:          January 12, 2024 at 4:00 p.m. (ET)

Responses Received:         None

Related Documents:

A.     Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-1162 Filed by Ron Meade Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 841, 12/29/23]

B.     Certificate of No Objection [D.I. 940, 1/24/24]

C.     Order [D.I. 966, 1/24/24]

Status:  An order has been entered.  No hearing is required.

13.     Plan Administrator's Objection to Claim C600-79 Filed by Sandy Philips Van Wattingen Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 842, 12/29/23]

Response Deadline:          January 12, 2024 at 4:00 p.m. (ET)

Responses Received:         None

Related Documents:

A.     Declaration of David Maria in Support of Plan Administrator's Objection to Claim C600-79 Filed by Sandy Philips Van Wattingen Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 843, 12/29/23]

B.     Certificate of No Objection [D.I. 941, 1/24/24]

C.     Order [D.I. 967, 1/24/24]

Status:  An order has been entered.  No hearing is required.

14.    Plan Administrator's Objection to Claims C598-677 and C597-237 Filed by Sangyub Han Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 844, 12/29/23]

Response Deadline:                                    January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                                 None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claims C598-677 and C597-237 Filed by Sangyub Han Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 845, 12/29/23]

B.    Certificate of No Objection [D.I. 942, 1/24/24]

C.    Order [D.I. 968, 1/24/24]

Status:  An order has been entered.  No hearing is required.

15.    Plan Administrator's Objection to Claim C598-10534 Filed by David Dickinson Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 846, 12/29/23]

Response Deadline:                                    January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                                 None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10534 Filed by David Dickinson Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 847, 12/29/23]

B.    Certificate of No Objection [D.I. 943, 1/24/24]

C.    Order [D.I. 969, 1/24/24]

Status:  An order has been entered.  No hearing is required.

16.    Plan Administrator's Objection to Claim C598-10645 Filed by Nancy Finney Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 848, 12/29/23]

Response Deadline:                                    January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                    None

Related Documents:

 A. Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10645 Filed by Nancy Finney Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 849, 12/29/23]

 B. Claim Withdrawn by Nancy Finney [1/12/24]

 C. Notice of Withdrawal of Plan Administrator's Objection Claim C598-10645 Filed by Nancy Finney Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 944, 1/24/24]

Status:  This matter has been withdrawn.  No hearing is required.

17. Plan Administrator's Objection to Claim C598-10230 Filed by Amber Sinclair Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 850, 12/29/23]

Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                    None

Related Documents:

 A. Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-10230 Filed by Amber Sinclair Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 851, 12/29/23]

 B. Certificate of No Objection [D.I. 945, 1/24/24]

 C. Order [D.I. 970, 1/24/24]

Status:  An order has been entered.  No hearing is required.

18. Plan Administrator's Objection to Claim C598-855 Filed by Amada J. Colella Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 852, 12/29/23]

Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                    None

Related Documents:

A.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-855 Filed by Amada J. Colella Pursuant to Section 502 of the Bankruptcy Code And Bankruptcy Rule 3007 [D.I. 853, 12/29/23]

B.      Certificate of No Objection [D.I. 946, 1/24/24]

C.      Order [D.I. 971, 1/24/24]

Status:  An order has been entered.  No hearing is required.

19.     Plan Administrator's Objection to Claim C597-347 Filed by Sridurgaprasana Kumar Korumilli Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 857, 12/29/23]

Response Deadline:                      January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                     None

Related Documents:

A.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-347 Filed by Sridurgaprasana Kumar Korumilli Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 855, 12/29/23]

B.      Certificate of No Objection [D.I. 947, 1/24/24]

C.      Order [D.I. 972, 1/24/24]

Status:  An order has been entered.  No hearing is required.

20.     Plan Administrator's Objection to Claim C598-298 Filed by Robert Harris Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 858, 12/29/23]

Response Deadline:                      January 12, 2024 at 4:00 p.m. (ET)

Responses Received:                     None

Related Documents:

A.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-298 Filed by Robert Harris Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 859, 12/29/23]

B.      Certificate of No Objection [D.I. 948, 1/24/24]

C.      Order [D.I. 973, 1/24/24]

Status:  An order has been entered.  No hearing is required.

21.    Plan Administrator's Objection to Claim C598-10735 Filed by John Gilbert Walker
       Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 860,
       12/29/23]

       Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET)

       Responses Received:                   None

       Related Documents:

       A.      Declaration of David Maria in Support of Plan Administrator's Objection to Claim
               C598-10735 Filed by John Gilbert Walker Pursuant to Section 502 of the
               Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 861, 12/29/23]

       B.      Certificate of No Objection [D.I. 949, 1/24/24]

       C.      Order [D.I. 974, 1/24/24]

       Status:  An order has been entered.  No hearing is required.

22.    Bittrex Inc.'s Substantive Objection Proof of Claim Filed by [Sealed] (Claim No. 1099)
       [D.I. 862, 12/29/23]

       Response Deadline:                    January 12, 2024 at 4:00 p.m. (ET)

       Responses Received:                   None

       Related Documents:

       A.      Declaration of David Maria in Support of Bittrex Inc.'s Substantive Objection to
               Proof of Claim Filed by [Sealed] (Claim No. 1099) [D.I. 863, 12/29/23]

       B.      Notice of Withdrawal of Docket Nos. 862 & 863 [D.I. 920, 1/16/24]

       C.      Notice of Withdrawal of Claim [D.I. 921, 1/16/24]

       Status:  This matter has been withdrawn.

23.   Plan Administrator's Objection to Claim C597-268 Filed by Arthur Benjamen Gross, Jr. Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 864, 12/29/23]

 Response Deadline:     January 12, 2024 at 4:00 p.m. (ET)

 Responses Received:     None

 Related Documents:

  A. Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-268 Filed by Arthur Benjamen Gross, Jr. Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 865, 12/29/23]

  B. Certificate of No Objection [D.I. 951, 1/24/24]

  C. Order [D.I. 975, 1/24/24]

 Status:  An order has been entered.  No hearing is required.

24.   Plan Administrator's Objection to Claim C597-130 Filed by Luis Xavier Reichart Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 866, 12/29/23]

 Response Deadline:     January 12, 2024 at 4:00 p.m. (ET)

 Responses Received:     None

 Related Documents:

  A. Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-130 Filed by Luis Xavier Reichart Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 867, 12/29/23]

  B. Certificate of No Objection [D.I. 952, 1/24/224]

  C. Order [D.I. 976, 1/24/24]

 Status:  An order has been entered.  No hearing is required.

25.   Plan Administrator's Objection to Claim C598-55 and C598-1369 Filed by Toni Lynn Dean Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 868, 12/29/23]

 Response Deadline:     January 12, 2024 at 4:00 p.m. (ET)

 Responses Received:     None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-55 and C598-1369 Filed by Toni Lynn Dean Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 869, 12/29/23]

B.    Certificate of No Objection [D.I. 953, 1/24/24]

C.    Order [D.I. 977, 1/24/24]

Status:  An order has been entered.  No hearing is required.

26.    Plan Administrator's Objection to Claim C597-10282 Filed by Dahr-Wynn Blakemore Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 868, 12/29/23]

Response Deadline:          January 12, 2024 at 4:00 p.m. (ET)

Responses Received:          None

Related Documents:

A.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C597-10282 Filed by Dahr-Wynn Blakemore Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 870, 12/29/23]

B.    Certificate of No Objection [D.I. 954, 1/24/24]

C.    Order [D.I. 978, 1/24/24]

Status:  An order has been entered.  No hearing is required.

27.    Motion of Ryan D. Hentz to Quash Claimant's Subpoena to Testify at a Deposition Direted to Non-Party Ryan Hentz [D.I. 897, 1/10/24]

Response Deadline:          January 24, 2024 at 4:00 p.m. (ET)

Responses Received:          None

Related Documents:

A.    Notice of Service of Azim Ghader's Subpoena to Testify at a Deposition Directed to Ryan Hentz [D.I. 883, 1/5/24]

B.    Notice of Withdrawal of Docket No. 897 [D.I. 980, 1/24/24]

Status:  This matter has been withdrawn.  No hearing is required.

## MATTERS GOING FORWARD

28.    Debtors' Objection to Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C599-10027, C600-105, C600-106, and C600-10085 Filed by Shahriar Arabpour Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 554, 11/13/23]

Response Deadline:                                          November 27, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Informal Response of Shahriar Arabpour

Related Documents:

B.    Declaration of Evan Hengel in Support of Debtors' Objection Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C599-10027, C600-105, C600-106, and C600-10085 Filed by Shahriar Arabpour Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 555, 11/13/23]

C.    Plan Administrator's Witness and Exhibit List for December 13, 2023 Hearing [D.I. 759, 12/12/23]

D.    Order Granting Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 779, 12/14/23]

Status:  The Plan Administrator will be present at the Hearing, and is expected to testify in support of the Objection.  This matter is going forward.

29.    Debtors' Objection to Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 Filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 556, 11/13/23]

Response Deadline:                                          November 27, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Informal Response of Amirali Momenzadeh

Related Documents:

B.      Declaration of Evan Hengel in Support of Debtors' Objection Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 Filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 557, 11/13/23]

C.      Request by Amirali Momenzadeh to the Court for a court Directive for Timely Document Production and Extension of Response Deadline and Hearing by Debtors [D.I. 616, 11/21/23]

D.      Plan Administrator's Witness and Exhibit List for December 13, 2023 Hearing [D.I. 759, 12/12/23]

E.      Order Granting Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 779, 12/14/23]

Status: The Plan Administrator will be present at the Hearing, and is expected to testify in support of the Objection.  This matter is going forward.

30.     Debtors' Objection to Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 Filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 558, 11/13/23]

Response Deadline:                          November 27, 2023 at 4:00 p.m. (ET)

Responses Received:

A.      Informal Response of Adel Abbasi

Related Documents:

B.      Declaration of Evan Hengel in Support of Debtors' Objection Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 Filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 559, 11/13/23]

C.      Plan Administrator's Witness and Exhibit List for December 13, 2023 Hearing [D.I. 759, 12/12/23]

D.     Order Granting Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 779, 12/14/23]

Status: The Plan Administrator will be present at the Hearing, and is expected to testify in support of the Objection.  This matter is going forward.

31.    Plan Administrator's Sixth Omnibus (Substantive) Objection to Certain No Liability Claims [(Sealed) D.I. 813, (Redacted) D.I. 814, 12/29/23]

Response Deadline:                     January 12, 2024 at 4:00 p.m. (ET)

Responses Received:

A.     Informal Response of Stuart Tolander

B.     Response of Sharon Severin [D.I. 911, 1/18/24]

C.     Response of Stella-Ellen Merchant-Vaughan [D.I. 928, 1/18/24

D.     Response of Jessica Morgan Meredith [D.I. 929, 1/18/24]

E.     Response of Eugenia Woodland [D.I. 982, 1/29/24]

Related Documents:

F.     Declaration of David Maria in Support of the Plan Administrator's Sixth (Substantive) Objection to Certain No Liability Claims (Exhibit B, D.I. 814, 12/29/23)

Status: This matter is going forward.

32.    Plan Administrator's Seventh Omnibus (Substantive) Objection to Certain No Liability Claims [(Sealed) D.I. 816, (Redacted) D.I. 817, 12/29/23]

Response Deadline:                     January 12, 2024 at 4:00 p.m. (ET)

Responses Received:

A.     Informal Response of Mari Fujioka

Related Documents:

B.      Declaration of David Maria in Support of Plan Administrator's Seventh (Substantive) Omnibus Objection to Certain No Liability Claims [Exhibit B, D.I 817, 12/29/23]

Status: This matter is going forward.


*[Signature Page Follows]*

Dated: January 29, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos (admitted *pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE PLAN ADMINISTRATOR**