

# United States Bankruptcy Court
# District of Delaware

## Appearances before the Honorable Judge Brendan L. Shannon

Monday, January 29, 2024

01:30 PM

### 23-10597-BLS Desolation Holdings LLC and Bittrex, Inc.

| | | |
|---|---|---|
| Caleb Barker<br>via: Video and Audio<br>Representing:<br>Bittrex | Bittrex<br>711 Louisiana, Suite 500<br>Houston, TX 77002 | 713-221-7000<br>cbarker@bittrex.com |
| Robert S. Brady<br>via: Video and Audio<br>Representing:<br>Plan Administrator | Young, Conaway, Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801 | 302-571-6600<br>rbrady@ycst.com |
| Joanna J Caytas<br>via: Video and Audio<br>Representing:<br>Bittrex | Quinn Emanuel<br>711 Louisiana, Suite 500<br>Houston, TX 77002 | 7132217000<br>Joannacaytas@quinnemanuel.com |
| Rhett DeHart<br>via: Video and Audio<br>Representing:<br>Azim Ghader | Womble Bond Dickinson (US) LLP<br>5 Exchange Street<br>Charleston, SC 29401 | 843-722-3400<br>M.Rhett.DeHart@wbd-us.com |
| Donald J. Detweiler<br>via: Video and Audio<br>Representing:<br>Azim Ghader | Womble Bond Dickinson (US) LLP<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | 302-252-4327<br>don.detweiler@wbd-us.com |
| Kenneth J. Enos<br>via: Video and Audio<br>Representing:<br>Plan Administrator | Young, Conaway, Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | 302-571-6600<br>kenos@ycst.com |
| Azim Ghader<br>via: Video and Audio<br>Representing: | 1313 N. Market St.<br>Suite 1200<br>Wilmington, DE 19801 | 302-252-4375<br>azimghader@gmail.com |
| Cindy Giobbe<br>via: Video and Audio<br>Representing: | Womble Bond Dickinson (US) LLP<br>1313 N. Market Street<br>Suite1200<br>Wilmington, DE 19801 | 302-252-4375<br>Cindy.Giobbe@wbd-us.com |
| Rachel M Harrington<br>via: Video and Audio<br>Representing:<br>Bittrex | Quinn Emanuel<br>711 Louisiana, Suite 500<br>Houston, TX 77002 | 7132217000<br>rachelharrington@quinnemanuel.com |
| Taylor Harrison<br>via: Audio Only<br>Representing: | 1345 Sixth Avenue<br>New York, NY 10105 | 8595595694<br>taylor.harrison@iongroup.com |

| Name | Firm/Address | Contact |
|---|---|---|
| Evan Hengel<br>via: Video and Audio<br>Representing: | BRG<br>2029 Century Park E #1250<br>Los Angeles, CA 90067 | 310-499-4956<br>ehengel@thinkbrg.com |
| Razmig Izakelian<br>via: Video and Audio<br>Representing:<br>Bittrex | Quinn Emanuel<br>865 S. Figueroa St., 10th Fl<br>Los Angeles, CA 90017 | 2134433000<br>razmigizakelian@quinnemanuel.com |
| Alain Jaquet<br>via: Video and Audio<br>Representing:<br>Bittrex | Quinn Emanuel<br>1300 I Street NW<br>Suite 900<br>Washington, DC 20005 | 2025388000<br>alainjaquet@quinnemanuel.com |
| Elazar A. Kosman<br>via: Video and Audio<br>Representing:<br>Azim Ghader | Womble Bond Dickinson (US) LLP<br>1313 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801 | (302) 252-4320<br>elazar.kosman@wbd-us.com |
| Rebecca L Lamb<br>via: Video and Audio<br>Representing:<br>Plan Administrator | Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | 302-571-6600<br>rlamb@ycst.com |
| Leah Victoria Lerman<br>via: Video and Audio<br>Representing:<br>USA | DOJ-Civ<br>1100 L Street, NW<br>7th Floor<br>Washington, DC 20005 | 202-307-0452<br>Leah.V.Lerman@usdoj.gov |
| David Maria<br>via: Video and Audio<br>Representing:<br>Bittrex | Bittrex<br>711 Louisiana, Suite 500<br>Houston, NY 77002 | 7132217000<br>dmaria@bittrex.com |
| Marcy J. McLaughlin Smith<br>via: Video and Audio<br>Representing:<br>Azim Ghader | Womble Bond Dickinson (US) LLP<br>Hercules Plaza<br>1313 N Market Street<br>Wilmington, DE 19801 | 302-252-4378<br>marcy.smith@wbd-us.com |
| Farshid Milanian<br>via: Video and Audio<br>Representing:<br>Azim Ghader | 1313 N. Market St.<br>Suite 1200<br>Wilmington, DE 19801 | 302-252-4375<br>farshid@unidef.org |
| Sydney Pensavalli<br>via: Video and Audio<br>Representing: | BRG<br>99 High St<br>Boston, MA 02110 | 9789609831<br>spensavalli@thinkbrg.com |
| Patricia Tomasco<br>via: Video and Audio<br>Representing:<br>Bittrex | Quinn Emanuel<br>711 Louisiana, Suite 500<br>Houston, TX 77002 | 7132217000<br>pattytomasco@quinnemanuel.com |
| John Wilson<br>via: Video and Audio<br>Representing:<br>Bittrex | Quinn Emanuel<br>1300 I Street NW<br>Washington, DC 20005 | 202-538-8000<br>johnwilson@quinnemanuel.com |
| Adam Zarazinski<br>via: Video and Audio<br>Representing: | 1100 15th St NW<br>Washington, DC 20005 | 908-219-7750<br>adam@inca.digital |
| stephen M hauss<br>via: Video and Audio<br>Representing:<br>Bittrex | Quinn Emanuel<br>711 Louisiana, Suite 500<br>Houston, TX 77002 | 713-221-7000<br>stephenhauss@quinnemanuel.com |