Gene Rechtzigel
6533 160th Street West
Apple Valley, MN 55124
(952)212-1234

FILED
2024 JAN 31 AM 9: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
District of Delaware
Wilington
824 Market Street N
3rd or 6th Floor
Wilmington, DE 19801

Re:  Gene Alan Rechtzigel's Bittrex segregated private account of currencies be Case# 23-10597

Dear Clerk of the Court and Judge Brendan L. Shannon,

Motion is made that Gene Alan Rechtzigel's Private Segregated Bittrex account be set aside and therefore ordered that all currency therein as of November 1, 2023 be returned to Gene Alan Rechtzigel either in original currency or in the dollars full value as set by the market on November 1, 2023 or as of the date of this order, whichever is greater.

Gene Alan Rechtzigel has full and an entire right to all the segregated private account currencies, and under the United States Constitution:

Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or <u>abridging the freedom of speech</u>, or of the press; or the right of the people peaceably to assemble, <u>and to petition the Government for a redress of grievances</u>.

Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and <u>seizures, shall not be violated</u>, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

(Amemdment 5) *"No person shall...be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation."* Petitioner has been deprived of life, liberty, and property without due process of law, and property trespassed upon and Appellant's family injured by the encroaching parties.

(Amendment 7) *"In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved...."* Petitioner has been denied the right of trial by jury, denied due process, and denied the right of litigation of property line dispute before an unbiased trial court.

(Amendment 14) *"No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws".*

Thank you, Yours Truly, Gene Alan Rechtzigel, [signature], Jan. 30, 2024

2

# BITTREX

# Transaction History

Gene Alan Rechtzigel | 42c19cc0-15b6-43b9-930e-cc48c1402381 | evelynrechtzigel@gmail.com

## About this report

This report was generated on *2024-01-03 10:32*, and includes up to 2,000 of your most recently completed deposits and withdrawals listed from newest to oldest. This page will print nicely in either A4 or Letter format, and may also be downloaded as a CSV file.

Please note that you have more than the maximum number of transactions. You will need to contact support if you require additional data.

\* W/D = Withdrawal, DEP = Deposit

| Date | Currency | Type | To/From | TxId | Amount |
|---|---|---|---|---|---|
| 2023-11-02 02:06 UTC | ETHW | W/D | | EACD492FBF853C1EC736A1146880604A | ETHW -0.00002199 |
| 2023-11-02 02:06 UTC | BCHA | W/D | | BE947ABA423BA2F2F9C286C1387AACE7 | BCHA -0.04966369 |
| 2023-11-02 02:06 UTC | BSV | W/D | | 625A0AFA85922AECE86686592E522F6C | BSV -0.04966369 |
| 2023-11-02 02:06 UTC | BCH | W/D | | B4F03017583ABE3D3BCE1C2A50EBEBD6 | BCH -0.04966369 |
| 2023-11-02 02:06 UTC | SC | W/D | | 99DFCD6A991CEFB15DB95D3261B9F9C0 | SC -427243.64490722 |
| 2023-11-02 02:06 UTC | ZEN | W/D | | 0254C91105B1F670D1590A36376805D7 | ZEN -2.06610072 |
| 2023-11-02 02:06 UTC | USDT | W/D | | 01B7A447365FE87445169FE1B979298C | USDT -1.01259300 |
| 2023-11-02 02:06 UTC | ETH | W/D | | C0727AFBAC523B4D0F6D17EAC52DA308 | ETH -0.00002199 |
| 2023-11-02 02:06 UTC | XVG | W/D | | DBC26FD22D5FB2A3A967D0D8D343D179 | XVG -9998.50000000 |
| 2023-11-02 02:06 UTC | BTC | W/D | | 7BBE9CA2638DB1610408CD7A0D820734 | BTC -0.26727718 |
| 2022-09-17 00:11 UTC | ETHW | DEP | | 669B96BA05A40B66E6A467B4BE6AA68D | ETHW +0.00002199 |
| 2022-04-25 04:12 UTC | BTC | DEP | Address<br>1NYXSHnqFQr6n2TMo7N88A9umuPwiVCV42 | 26453d80c06e8959e0847a947216c8fb99db652b74d2e95189a7c12c1ea9d257 | BTC +0.00502102 |
| 2022-03-21 04:00 UTC | BTC | DEP | Address<br>1NYXSHnqFQr6n2TMo7N88A9umuPwiVCV42 | c915d34929bee02cdd84122e05766c4f04c38f99d6809da82c58c4b590887bf3 | BTC +0.00515518 |
| 2022-03-04 04:00 UTC | BTC | DEP | Address<br>1NYXSHnqFQr6n2TMo7N88A9umuPwiVCV42 | df6efef659abbc445b942db586cf2149660fe76ae64fda6b25c962641004535f | BTC +0.00516992 |
| 2022-02-17 03:46 UTC | BTC | DEP | Address<br>1NYXSHnqFQr6n2TMo7N88A9umuPwiVCV42 | 6f13bb7de0780741da19a2c30642d48543d21adcd472fab5af24edd96177c41c | BTC +0.00529806 |