Case Number 23-10597 (BLS)

Please provide me with Paper Written Notices to:

Mr. Gene Alan Rechtzigel
1555 Johnny Cake Alcove
Eagan, MN 55122

FILED 2024 JAN 31 AM 9:48 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE