## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Withdrawal of Docket No. 848 [Docket No. 944]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Order Sustaining Plan Administrator's Objection to Claim C598-10438 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 958]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Order Sustaining Plan Administrator's Objection to Claim C598-10169 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 959]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit D**:

- **Order Sustaining Plan Administrator's Objection to Claims C597-522, C597-526, and C597-527 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 960]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit E**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

- **Order Sustaining Plan Administrator's Objection to Claim C598-10099 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 961]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit F**:

- **Order Sustaining the Plan Administrator's Objection to Claim C598-10666 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 962]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit G**:

- **Order Sustaining Plan Administrator's Objection to Claims C600-10028 and C600-10104 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 963]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit H**:

- **Order Sustaining Plan Administrator's Objection to Claim C597-292 Filed by Claimant Pursuant to Sections 502 the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 964]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit I**:

- **Order Sustaining Plan Administrator's Objection to Claim C598-255 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 965]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit J**:

- **Order Sustaining Plan Administrator's Objection to Claim C598-1162 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 966]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit K**:

- **Order Sustaining Plan Administrator's Objection to Claim C600-79 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 967]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit L**:

- **Order Sustaining Plan Administrator's Objection to Claims C598-677 and C597-237 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 968]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as __Exhibit M__:

- **Order Sustaining Plan Administrator's Objection to Claim C598-10534 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 969]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as __Exhibit N__:

- **Order Sustaining Plan Administrator's Objection to Claim C598-10230 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 970]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as __Exhibit O__:

- **Order Sustaining Plan Administrator's Objection to Claim C598-855 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 971]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as __Exhibit P__:

- **Order Sustaining the Plan Administrator's Objection to Claim C597-347 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 972]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as __Exhibit Q__:

- **Order Sustaining the Plan Administrator's Objection to Claim C598-298 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 973]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as __Exhibit R__:

- **Order Sustaining the Plan Administrator's Objection to Claim C598-10735 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 974]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as __Exhibit S__:

- **Order Sustaining Plan Administrator's Objection to Claim C597-268 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 975]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit T**:

- **Order Sustaining Plan Administrator's Objection to Claim C597-130 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 976]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit U**:

- **Order Sustaining Plan Administrator's Objection to Claims C598-55 and C598-1369 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 977]**

On January 24, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit V**:

- **Order Sustaining Plan Administrator's Objection to Claim C597-10282 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 978]**

Dated: January 29, 2024

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this _29th_ day of _January_, 20_24_, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

**<u>EXHIBIT A</u>**

**Exhibit A**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 920da4a1-f004-4c64-8ff9-54d183447d66 | Address Redacted | Email Address Redacted | Email First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter 844 King Street, Suite 2207 Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)

## **EXHIBIT B**

**Exhibit B**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| ac7f2983-5523-439f-8b6d-98456d3b86cf | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

## **EXHIBIT C**

**Exhibit C**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| e8c80fa8-d82a-4b26-a939-638f4ac2a621 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**<u>EXHIBIT D</u>**

**Exhibit D**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| b6c30776-31f2-41e6-ae5f-78c83520312c | Address Redacted | Email Address Redacted | Email First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter 844 King Street, Suite 2207 Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**<u>EXHIBIT E</u>**

**Exhibit E**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 50dd3de7-c23b-40b1-84bd-fbe26505ca1a | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**<u>EXHIBIT F</u>**

**Exhibit F**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 28c458a6-1899-4610-8eaf-bc4ee67b891b | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**EXHIBIT G**

**Exhibit G**

**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Claimant Name Redacted | Address Redacted | Email Address Redacted | Email Address Redacted |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter 844 King Street, Suite 2207 Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

## EXHIBIT H

**Exhibit H**
Service List

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Claimant Name Redacted | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**EXHIBIT I**

**Exhibit I**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 836d127b-0ee9-4026-80f4-694e09138efa | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| 836d127b-0ee9-4026-80f4-694e09138efa | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**EXHIBIT J**

**Exhibit J**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Claimant Name Redacted | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)

**<u>EXHIBIT K</u>**

**Exhibit K**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 22c54775-5b42-4c74-8d47-47928b47c381 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| 22c54775-5b42-4c74-8d47-47928b47c381 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**<u>EXHIBIT L</u>**

**Exhibit L**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| f508cf77-3535-44ec-85e3-9c467a7df1c5 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**<u>EXHIBIT M</u>**

**Exhibit M**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 09f35b38-bb19-4ad1-ae79-18a31b2b3466 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**<u>EXHIBIT N</u>**

**Exhibit N**
Service List

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| 904cd4e8-bb43-4211-b980-5c29ad7da1e2 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**EXHIBIT O**

**Exhibit O**
**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 6cfda968-f2f2-4a68-a290-fde183027538 | Address Redacted | Email Address Redacted | Email First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter 844 King Street, Suite 2207 Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)

**<u>EXHIBIT P</u>**

**Exhibit P**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| d8477cae-9d76-4e10-a35a-432be71c712a | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**EXHIBIT Q**

**Exhibit Q**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 5607bb93-2e35-44ef-9c1e-56c71ebb18af | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**<u>EXHIBIT R</u>**

**Exhibit R**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 649ae405-c364-4928-a7ab-4745a09f858f | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**<u>EXHIBIT S</u>**

**Exhibit S**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 03119cfd-38b1-4f18-96e1-e34ad772c91e | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**<u>EXHIBIT T</u>**

**Exhibit T**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| aa7f2f55-6ee8-4236-bb0b-1401f3676500 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**EXHIBIT U**

**Exhibit U**
Service List

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| a9cc7d22-b000-43e8-819d-43891f85f448 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |

**EXHIBIT V**

**Exhibit V**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 4063e358-ced6-44ab-a165-21865c2f2220 | Address Redacted | Email Addres Redacted | Email<br>First Class Mail |
| 4063e358-ced6-44ab-a165-21865c2f2220 | Address Redacted | Email Addres Redacted | Email<br>First Class Mail |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov | Email |