## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*, [1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 29, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Plan Administrator's Objection to Claims C598-994 and C598-995 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 986]**

- **Declaration of David Maria in Support of Plan Administrator's Objection to Claims C598-994 and C598-995 Filed by Claimant Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 987]**

Dated: February 5, 2024

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 5th day of February, 2024, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

## **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| 4e25c7e7-5d00-4214-96e3-015eb1478e49 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| 4e25c7e7-5d00-4214-96e3-015eb1478e49 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |
| 4e25c7e7-5d00-4214-96e3-015eb1478e49 | Address Redacted | Email Address Redacted | Email<br>First Class Mail |