**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | Ref. Docket Nos. 816 & 817 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER SUSTAINING PLAN ADMINISTRATOR'S SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

On December 29, 2023, David Maria, as plan administrator (the "Plan Administrator") in the chapter 11 cases of the above-captioned debtors and each of their debtor affiliates (collectively, the "Debtors"), filed the *Plan Administrator's Seventh Omnibus (Substantive) Objection to Certain No Liability Claims* [(Sealed) D.I. 816, (Redacted) D.I. 817] (the "Objection")[2] and the *Declaration of David Maria in Support of Plan Administrator's Seventh Omnibus (Substantive) Objection to Certain No Liability Claims*, annexed as Exhibit B to the Objection, with the United States Bankruptcy Court for the District of Delaware (the "Court").

Responses to the entry of the proposed final form of order (the "Proposed Order") attached to the Objection were to be filed no later than 4:00 p.m. (ET) on January 12, 2024 (the "Response Deadline").

Prior to the Response Deadline, the Plan Administrator received an informal response from Mari Fujioka ("Fujioka"), which remains unresolved.  Accordingly, the Objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

11606-00001C/14696843.2

is being adjourned to February 28, 2024 at 11:00 a.m. with respect to the claim filed by Ms. Fujioka.

The Plan Administrator has revised the Proposed Order, a copy of which is attached hereto as Exhibit A (the "Revised Proposed Order") to address this adjournment. For the convenience of the Court and interested parties, a blackline comparing the Revised Proposed Order to the Proposed Order is attached hereto as Exhibit B.

The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: February 5, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rebecca L. Lamb (Delaware Bar No. 7223)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: rlamb@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE PLAN ADMINISTRATOR** |