## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

## NOTICE OF AGENDA MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 9, 2024 AT 10:00 A.M. (ET)

**THIS HEARING IS VIRTUAL AND WILL BE CONDUCTED ENTIRELY BY ZOOM**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**

**The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

## ADJOURNED MATTERS

1.    Motion Pursuant to Sections 105(A) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 for Authority to File Under Seal Certain Information Contained in the Second Supplemental Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and Debtors in Possession [D.I. 455, 10/19/23]

Response Deadline:                      October 16, 2023 at 4:00 p.m. (ET); extended for the U.S. Trustee to November 2, 2023

Responses Received:

A.    Objection of the United States Trustee [(Sealed) D.I. 524, (Redacted) D.I. 525, 11/2/23]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Related Documents:

B.    Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-counsel for the Debtors and Debtors in Possession [D.I. 104, 6/7/23]

C.    Second Supplemental Declaration of Patricia Tomasco in Support of the Debtors Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and Debtors in Possession [(Sealed), D.I. 453, (Redacted) D.I. 454, 10/20/23]

Status:  The matter is adjourned to February 28, 2024, at 11:00 a.m. (ET).

2.    Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1 of the Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 802, 12/22/23]

Response Deadline:                    January 8, 2024 at 4:00 p.m. (ET)

Responses Received:

A.    Opposition to Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1 of the Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 888, 1/8/24]

Related Documents:

B.    Declaration of Alain Jaquet in Support of Opposition [(Sealed) D.I. 889, 1/8/24]

C.    Declaration of Kenneth J. Enos in Support of Opposition [(Sealed) D.I. 890, 1/8/24]

D.    Declaration of Catherine Nownes-Whitaker in Support of Opposition [(Sealed) D.I. 891, 1/8/24]

E.    Motion for Leave to File a Late Reply in Support of Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective Order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1, and the Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 906, 1/11/24]

Status:        This matter is adjourned to a date to be determined.

3.    Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Jason M. Gorgey, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code [(Sealed) D.I. 824, (Redacted) D.I. 826, 12/29/23]

   <u>Response Deadline</u>:                    January 12, 2024 at 4:00 p.m. (ET); extended for the Claimant to February 12, 2024 at 4:00 p.m. (ET)

   <u>Responses Received</u>:

   A.    Informal Response of Forgey Law Group, PLLC, Jason M. Forgey and Excel Title Group

   <u>Related Documents</u>:

   B.    Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Jason M. Gorgey, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code [(Sealed) D.I. 825, (Redacted) D.I. 827, 12/29/23]

   <u>Status</u>: By agreement of the parties this matter is adjourned to February 28, 2024 at 11:00 a.m. (ET).

## MATTERS UNDER CERTIFICATION

4.    Plan Administrator's Sixth Omnibus (Substantive) Objection to Certain No Liability Claims [(Sealed) D.I. 813, (Redacted) D.I. 814, 12/29/23]

   <u>Response Deadline</u>:                    January 12, 2024 at 4:00 p.m. (ET)

   <u>Responses Received</u>:

   A.    Informal Response of Stuart Tolander

   B.    Response of Sharon Severin [D.I. 911, 1/18/24]

   C.    Response of Stella-Ellen Merchant-Vaughan [D.I. 928, 1/18/24

   D.    Response of Jessica Morgan Meredith [D.I. 929, 1/18/24]

   E.    Response of Eugenia Woodland [D.I. 982, 1/29/24]

Related Documents:

F.      Declaration of David Maria in Support of the Plan Administrator's Sixth (Substantive) Objection to Certain No Liability Claims (Exhibit B, D.I. 814, 12/29/23)

G.      Certification of Counsel [D.I. 1001, 2/5/24]

Status: A certification of counsel has been filed with respect to items A, B, and C.  Items D and E are adjourned to February 28, 2024, at 11:00 a.m. (ET).

5.      Plan Administrator's Seventh Omnibus (Substantive) Objection to Certain No Liability Claims [(Sealed) D.I. 816, (Redacted) D.I. 817, 12/29/23]

Response Deadline:                     January 12, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Informal Response of Mari Fujioka

Related Documents:

B.      Declaration of David Maria in Support of Plan Administrator's Seventh (Substantive) Omnibus Objection to Certain No Liability Claims [Exhibit B, D.I 817, 12/29/23]

Status: A certification of counsel has been filed with respect to all claims other than that of Mari Fujioka, which remains unresolved.  The Objection regarding Mari Fujioka's claim is adjourned to February 28, 2024, at 11:00 a.m. (ET).

**MATTERS GOING FORWARD**

6.      Debtors' Objection to Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C599-10027, C600-105, C600-106, and C600-10085 Filed by Shahriar Arabpour Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 554, 11/13/23]

Response Deadline:                     November 27, 2023 at 4:00 p.m. (ET)

Responses Received:

A.      Informal Response of Shahriar Arabpour

Related Documents:

B.   Declaration of Evan Hengel in Support of Debtors' Objection Claims C598-1002, C598-1004, C598-1107, C598-10646, C599-45, C599-46, C599-10027, C600-105, C600-106, and C600-10085 Filed by Shahriar Arabpour Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 555, 11/13/23]

C.   Plan Administrator's Witness and Exhibit List for December 13, 2023 Hearing [D.I. 759, 12/12/23]

D.   Order Granting Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 779, 12/14/23]

Status:  This matter is going forward.

7.   Debtors' Objection to Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 Filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 556, 11/13/23]

Response Deadline:                    November 27, 2023 at 4:00 p.m. (ET)

Responses Received:

A.   Informal Response of Amirali Momenzadeh

Related Documents:

B.   Declaration of Evan Hengel in Support of Debtors' Objection Claims C598-1001, C598-1006, C598-1110, C598-10651, C599-47, C599-48, C599-49, C599-56, C600-107, C600-109, and C600-120 Filed by Amirali Momenzadeh Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 557, 11/13/23]

C.   Request by Amirali Momenzadeh to the Court for a court Directive for Timely Document Production and Extension of Response Deadline and Hearing by Debtors [D.I. 616, 11/21/23]

D.   Plan Administrator's Witness and Exhibit List for December 13, 2023 Hearing [D.I. 759, 12/12/23]

E.   Order Granting Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 779, 12/14/23]

Status: This matter is going forward.

8.  Debtors' Objection to Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 Filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 558, 11/13/23]

<u>Response Deadline</u>:                    November 27, 2023 at 4:00 p.m. (ET)

<u>Responses Received</u>:

A.  Informal Response of Adel Abbasi

<u>Related Documents</u>:

B.  Declaration of Evan Hengel in Support of Debtors' Objection Claims C598-981, C598-982, C598-1005, C598-1102, C598-1104, C598-1200, C599-43, C599-44, C599-55, C599-10030, C600-102, C600-104, and C600-119 Filed by Adel Abbasi Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [D.I. 559, 11/13/23]

C.  Plan Administrator's Witness and Exhibit List for December 13, 2023 Hearing [D.I. 759, 12/12/23]

D.  Order Granting Plan Administrator's Omnibus Motion for a Protective Order Regarding Requests for the Production of Documents from Certain Iranian Customers to the Debtors [D.I. 779, 12/14/23]

<u>Status</u>: This matter is going forward.

*[Signature Page Follows]*

Dated: February 7, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Valerie Ramos (admitted *pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: valerieramos@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE PLAN ADMINISTRATOR**