# Schedule 1

**No Liability Claims**

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1. | 095f8ddc-c9f0-4e5e-80ce-6817756b0f97 | 7/3/2023 | 23-10597 / Desolation Holdings LLC | C597-371 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 2. | 297bed97-8fe1-4539-9255-f8d361fe8579 | 9/15/2023 | 23-10597 / Desolation Holdings LLC | C597-351 | N/A | Dogecoin (DOGE) - 15883.47080604, Tether (USDT) - 11764.66460299 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 3. | e6427ed9-85c1-443a-ae5a-a77aaf18e4a6 | 10/27/2023 | 23-10597 / Desolation Holdings LLC | C597-568 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 4. | 2d18a2a9-0de7-4108-874f-5913fd7d646e | 7/11/2023 | 23-10597 / Desolation Holdings LLC | C597-78 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 5. | e6f91da8-6275-4fa6-8fd1-36f6db7eafc3 | 6/16/2023 | 23-10597 / Desolation Holdings LLC | C597-376 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 6. | e6f91da8-6275-4fa6-8fd1-36f6db7eafc3 | 6/16/2023 | 23-10597 / Desolation Holdings LLC | C597-377 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 7. | 9b43cb26-324b-42dd-b8d0-9059de0aa32f | 10/31/2023 | 23-10597 / Desolation Holdings LLC | C597-576 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 8. | 0290737e-0bf8-4f24-9ef8-91ebe918fd93 | 6/17/2023 | 23-10598 / Bittrex, Inc. | C597-21 | $1,000.00 | Bitcoin (BTC) - UND, Bitcoin Cash (BCHN) (BCH) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 9. | cf9096f1-daba-484b-9852-f121dc39f6db | 9/5/2023 | 23-10598 / Bittrex, Inc. | C598-11095 | $3,000.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 10. | 7e9b85c5-6661-4c65-beba-4d8a0d1c3a10 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10562 | N/A | Bitcoin (BTC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 11. | befbf425-e6c6-447b-b25b-2ff0e18d617d | 9/20/2023 | 23-10598 / Bittrex, Inc. | C598-1272 | $2,607.45 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 12. | 845831ca-de4e-4021-8484-e1274e2435ec | 10/2/2023 | 23-10597 / Desolation Holdings LLC | C597-490 | N/A | Cardano (ADA) - 1230.17074532 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 13. | Not a customer | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10525 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 14. | bce71663-2837-4e51-b5f5-8e668661b2a6 | 10/31/2023 | 23-10597 / Desolation Holdings LLC | C597-583 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 15. | 78499540-8b63-42c8-aa2d-44d10fb0ade9 | 10/10/2023 | 23-10598 / Bittrex, Inc. | C598-1319 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 16. | d6e02135-4f1e-499d-b0bb-48f356e2da4 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-10199 | N/A | Basic Attention Token (BAT) - 7.7757, Bitcoin (BTC) - 0.0085, Databits (DTB) - 10, Ethereum (ETH) - 0.0342216, Siacoin (SC) - 231.97, STEEM (STEEM) - 2.6862, XRP (XRP) - 78.57 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 17. | d6e02135-4f1e-499d-b0bb-48f356e2da4 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10324 | N/A | Basic Attention Token (BAT) - 7.775, Hive (HIVE) - 2.686, Horizen (ZEN) - 6.395, Stellar Lumens (XLM) - 5.689, Wrapped ACME (WACME) - 0.7468 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 18. | 9f146472-0dff-4b0d-aef1-6901d9fc270b | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10870 | $15.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 19. | c0b6751-e697-4d16-8278-f6e1f432b030 | 9/2/2023 | 23-10597 / Desolation Holdings LLC | C597-10361 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 20. | 18dc45b5-f5bd-4c4d-a7bc-2541860b405d | 8/16/2023 | 23-10598 / Bittrex, Inc. | C598-385 | $92,500.00 | Endor (EDR) - 487000, Ethereum (ETH) - 50 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 21. | 3fdd46a6-5762-4ea7-9afb-9d6e03ba4c6c | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-10027 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 22. | 9e017a80-02b0-46fa-818e-c2b5a7d4e301 | 6/30/2023 | 23-10598 / Bittrex, Inc. | C598-91 | N/A | Munt (MUNT) - 140.20217469, XRP (XRP) - 476.00589190 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 23. | cbe3fa94-9614-44aa-9a40-a7ab21b96acc | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-594 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 24. | cbe3fa94-9614-44aa-9a40-a7ab21b96acc | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10300 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 25. | 7eff4c79-85a7-4b0d-8db6-ef9adb390743 | 8/26/2023 | 23-10597 / Desolation Holdings LLC | C597-291 | N/A | STEEM (STEEM) - 11599.78 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 26. | 1d0ebd36-6188-40bf-abcd-ee f0f2854244 | 7/13/2023 | 23-10597 / Desolation Holdings LLC | C597-80 | N/A | adToken (ADT) - 145.97560976, BitShares (BTS) - 37.78409091, BlackCoin (BLK) - 18.50649351, DigiByte (DGB) - 414.47368421, GameCredits (GAME) - 2.05297604, GoldCoin (GLC) - 115.76402321, Golem Network Token (GLM) - 38.86616, MaidSafeCoin (MAID) - 22.79131759, Pinkcoin (PINK) - 554.16666667, Siacoin (SC) - 300.45180723, Status Network Token (SNT) - 134.97970230, Stealth (XST) - 24.94581527, Stratis (STRAX) - 1.10047513, SysCoin (SYS) - 19.79559436 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 27. | 65acb205-17ea-4bf6-ab48-2be4b4a42316 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-386 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 28. | 65acb205-17ea-4bf6-ab48-2be4b4a42316 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-387 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 29. | 207d9456-554f-42f9-98f9-10a18888e11c | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-11 | $100.89 | XRP (XRP) - 1000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 30. | 3653c4c8-5967-4615-9ce6-dee6681f8b95 | 8/15/2023 | 23-10597 / Desolation Holdings LLC | C597-149 | $303.99 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 31. | 84561250-ad55-4c7e-ba0e-07de9009fd53 | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-1171 | $1,403.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 32. | 2c472c1e-b5e3-434b-b7e1-d5b196af9f0d | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-394 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 33. | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed |
| 34. | e28201da-5a77-44b1-a86c-d57e75f13227 | 6/23/2023 | 23-10597 / Desolation Holdings LLC | C597-396 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 35. | 3147d715-ad7-4833-9ae5-d9ec03d1e952 | 10/10/2023 | 23-10597 / Desolation Holdings LLC | C597-503 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 36. | Not a customer | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10505 | $500.00 | BitcoinVault (BTCV) - und | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 37. | b0a11044-86dd-4252-b5e2-a60a13f222b6 | 9/5/2023 | 23-10598 / Bittrex, Inc. | C597-10393 | $33,401.97 | Ethereum (ETH) - 20.43297798, OMG Network (OMG) - 0.35, Pesetacoin (PTC) - 66.5826589, XRP (XRP) - 1 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 38. | a838ef15-3aa9-489d-a03b-06c6eafee39d | 6/15/2023 | 23-10598 / Bittrex, Inc. | C598-54 | $8,070.52 | Bitcoin (BTC) - 0.04016509, Ethereum (ETH) - 4.606 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 39. | cc974c33-8056-4b3a-9faa-46c2cb812fc4 | 6/17/2023 | 23-10597 / Desolation Holdings LLC | C597-18 | N/A | Ethereum (ETH) - 0.67, Pivx (PIVX) - 330 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 40. | b1986f04-290f-4b06-b4fb-4bdee9ca8b17 | 6/14/2023 | 23-10598 / Bittrex, Inc. | C598-47 | $18,086.00 | Ethereum (ETH) - 10.38666000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 41. | ecac1f00-09c0-4e3d-ba83-63c27225f13a | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10264 | N/A | Bitcoin (BTC) - 0.5, Komodo (KMD) - 2000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 42. | b8bf6d08-abc7-404d-825b-f74cf24c1cb4 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-115 | $4,300.00 | Bitcoin (BTC) - 0.30, Ethereum (ETH) - 1.3 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 43. | 1fcat7e8-d941-492b-9a1a-9c01f5a948d2 | 6/29/2023 | 23-10598 / Bittrex, Inc. | C598-88 | $15,050.00 | Bitcoin (BTC) - 0.50 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 44. | 2469dbec-b2e3-45d0-afb7-dd1403e53369 | 10/27/2023 | 23-10597 / Desolation Holdings LLC | C597-563 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 45. | 2a9e0bb2-aea7-456e-b13d-f801ac4c0a70 | 8/25/2023 | 23-10598 / Bittrex, Inc. | C597-274 | $60,000.00 | Civic (CVC) - 3.29633972, DopeCoin (DOPE) - 100.76703144, Litecoin (LTC) - 0.03954167, Neo (NEO) - 11.44811839, OmniCoin (OMNI) 5291.10629508, Siacoin (SC) - 339.86778872, XRP (XRP) - 34.78816013 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 46. | 85e4428-c871-45a1-9d56-82871f73d304 | 10/3/2023 | 23-10598 / Bittrex, Inc. | C598-1293 | $1,295.70 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 47. | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed |
| 48. | Not a customer | 8/22/2023 | 23-10597 / Desolation Holdings LLC | C597-411 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 49. | e9a773cb-5eae-4458-8f50-d5ec3d6518de | 8/14/2023 | 23-10597 / Desolation Holdings LLC | C597-156 | $200.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 50. | 4e86fe41-77ad-4845-bea0-cbaf465f81e2 | 6/13/2023 | 23-10598 / Bittrex, Inc. | C598-119 | N/A | Bitcoin (BTC) - 1.23513077, Litecoin (LTC) - 80.04090308 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 51. | ca05f512-f81c-499f-8f57-d86d73129472 | 8/25/2023 | 23-10597 / Desolation Holdings LLC | C597-416 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 52. | 7cd2e025-adb8-45b5-a022-77103c01102d | 7/30/2023 | 23-10597 / Desolation Holdings LLC | C597-95 | N/A | Bitcoin (BTC) - 0.631201, Chainlink (LINK) - 50.938331, Ethereum (ETH) - 21.271410, Litecoin (LTC) - 6.682643, USD Coin (USDC) - 29781.832311 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 53. | 68b5e34b-0e6c-40e4-8110-0dfaea9b1248 | 7/5/2023 | 23-10597 / Desolation Holdings LLC | C597-38 | $300.00 | Tether (USDT) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 54. | Not a customer | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-419 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 55. | 5c45db15-f61b-4214-93eb-157e5dd2b13e | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-423 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 56. | cb863799-5d73-4dd8-8665-8234f883ef45 | 7/11/2023 | 23-10597 / Desolation Holdings LLC | C597-424 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 57. | 6a01142a-9398-4389-bacd-3501fe930830 | 10/24/2023 | 23-10597 / Desolation Holdings LLC | C597-533 | N/A | Bitcoin (BTC) - 0.10000000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 58. | 20b84745-2702-4bc8-ada3-3184f0bbddfb | 8/31/2023 | 23-10598 / Bittrex, Inc. | C597-10333 | $6,500.00 | Bitcoin (BTC) - 0.250001532 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 59. | cee2ab56-4f15-4c09-9ca0-010f55083646 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-57 | N/A | Bitcoin (BTC) - UND, Bitcoin Cash (BCHN) (BCH) - UND, Bitcoin Cash ABC (BCHA) - UND, Bitcoin SV (BSV) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 60. | ca251a26-65fb-40ba-a6c3-b84aff01bc00e | 10/26/2023 | 23-10597 / Desolation Holdings LLC | C597-549 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 61. | b6bb3e5e-3f19-4fa8-9da4-4e40c5a54d63 | 9/28/2023 | 23-10600 / Bittrex Malta Ltd. | C600-125 | $3,000.00 | Ethereum (ETH) - 0.87632229, Litecoin (LTC) - 0.92987876 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 62. | 40acb851-b7b9-4e1f-b859-0ca4de3f48c4 | 8/9/2023 | 23-10598 / Bittrex, Inc. | C598-292 | $500.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 63. | 750d9be5-1755-4f2e-96c2-adadecfaa210 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10640 | N/A | Ethereum (ETH) - 2.61 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 64. | 7bf3fa0-3b68-41fc-82f5-4117d83a7d1b | 8/16/2023 | 23-10597 / Desolation Holdings LLC | C597-163 | $43.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 65. | 0416b62e-1531-4f23-b6d3-35e45e91c8ba | 7/13/2023 | 23-10598 / Bittrex, Inc. | C598-135 | $19,819.00 | Bitcoin (BTC) - 0.75 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 66. | 9f2f2314-d7a1-4bfc-ab0c-62b119bd872b | 8/28/2023 | 23-10597 / Desolation Holdings LLC | C597-334 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 67. | bae6890d-3e0f-4295-9ef8-1a9f703a3d47 | 8/23/2023 | 23-10598 / Bittrex, Inc. | C598-660 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 68. | b8850d8-6565-4ab9-90cc-49498f61a7bf | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10990 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 69. | 24200801-0220-4e81-b58d-536c58eca1e0 | 9/26/2023 | 23-10598 / Bittrex, Inc. | C598-1287 | $200.00 | Cardano (ADA) - 1000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 70. | 055c9b49-98bf-4809-91c0-2940d7164b86 | 6/14/2023 | 23-10597 / Desolation Holdings LLC | C597-432 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 71. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/14/2023 | 23-10597 / Desolation Holdings LLC | C597-506 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 72. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/14/2023 | 23-10597 / Desolation Holdings LLC | C597-507 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 73. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/19/2023 | 23-10597 / Desolation Holdings LLC | C597-511 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 74. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/21/2023 | 23-10597 / Desolation Holdings LLC | C597-512 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 75. | 55f02058-58dc-4baa-9296-94f3b32aebb7 | 10/21/2023 | 23-10597 / Desolation Holdings LLC | C597-513 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 76. | e9307589-d395-445d-aaa9-b31eeb5efaa2 | 8/7/2023 | 23-10598 / Bittrex, Inc. | C597-111 | $5,040.00 | Bitcoin (BTC) - 0.1239 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 77. | Not a customer | 8/12/2023 | 23-10597 / Desolation Holdings LLC | C597-136 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 78. | b4eb682c-12e0-4c32-892b-fef52a41d5ac | 7/11/2023 | 23-10598 / Bittrex, Inc. | C598-125 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 79. | 2cee3457-9a8a-4975-a0ad-086ada0971d9 | 9/22/2023 | 23-10597 / Desolation Holdings LLC | C597-485 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 80. | ef4d806f-a133-4dda-a703-e3a76603e490 | 10/27/2023 | 23-10598 / Bittrex, Inc. | C598-1379 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 81. | 84eeaa25-1ff2-49d5-9916-0e77a49f9497 | 6/6/2023 | 23-10598 / Bittrex, Inc. | C597-7 | $7,000.00 | Bitcoin (BTC) - UND, Cosmos (ATOM) - UND, Crypto.com (MCO) - UND, Diamond (DMD) - UND, Ethereum (ETH) - UND, Lunyr (LUN) - UND, PAL Network (PAL) - UND, Terra Luna Classic (LUNC) - UND, Terra Money (UST) - UND, UMA (UMA) - UND, USD Coin (USDC) - UND, VeriBlock (VBK) - UND, VeriCoin (VRC) - UND, xSigma (SIG) - UND, ZCash (ZEC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 82. | ea277a77-679a-4a5d-bbc6-2be54abc1a9c | 10/26/2023 | 23-10597 / Desolation Holdings LLC | C597-555 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 83. | f85de0e2-56b5-4fea-a277-43af5c588a3c | 8/14/2023 | 23-10597 / Desolation Holdings LLC | C597-138 | $208.15 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 84. | dbfa795d-ef8f-42c5-a622-098acb54871f2 | 8/29/2023 | 23-10600 / Bittrex Malta Ltd. | C600-67 | $68.78 | Cardano (ADA) - 25.6, Foresting (PTON) - 250, Horizen (ZEN) - 0.4, LBRY Credits (LBC) - 19.1, RavenCoin (RVN) - 30.66, ReddCoin (RDD) - 3418.6, Stellar Lumens (XLM) - 2.924, SynereoAmp (_AMP) - 22, XRP (XRP) - 50.132 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 85. | ff9bfe0-08e0-4b9f-8dc7-b491f08287f1 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10103 | $1,188.96 | XRP (XRP) - 2228.71306288 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 86. | 2f1abae1-5166-4241-baa4-cb56545c6656 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10847 | $350.00 | Bitcoin (BTC) - 0.02 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 87. | c5b3f79a-2f77-4b85-a662-9aecd473e8f7 | 9/5/2023 | 23-10597 / Desolation Holdings LLC | C597-10389 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 88. | 1cc9a6b8-eb7f-45ca-9db1-03c6cd971adf | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10902 | $3,289.23 | Cardano (ADA) - 12841.35001132, Ethereum (ETH) - 0.17234501 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 89. | 2c5e7ef5-22cc-4210-ac9e-03b14db21b9e | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10536 | N/A | Bitcoin (BTC) - 0.00560940, Ethereum (ETH) - 1.00000000, EthereumPoW (ETHW) - 1.00000000, Golem Network Token (GLM) - 1000.00000000, Tether (USDT) - 27.64366281 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 90. | Not a customer | 8/5/2023 | 23-10598 / Bittrex, Inc. | C598-243 | $1.02 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 91. | d814acf5-4755-4453-94e8-9619abcb7d4d | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-10271 | $200.00 | Dogecoin (DOGE) - 332.29507736 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 92. | f2bc730b-a279-4aed-9ad1-856ea35e82f2 | 10/2/2023 | 23-10597 / Desolation Holdings LLC | C597-492 | N/A | Cardano (ADA) - 835 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 93. | Not a customer | 8/1/2023 | 23-10598 / Bittrex, Inc. | C598-186 | $41,402.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 94. | b02cdab5-98e5-4988-ba84-6db7f833ffe2 | 7/19/2023 | 23-10598 / Bittrex, Inc. | C597-85 | $51,496.06 | Waves (WAVES) - 33439.000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 95. | 92f9dd29-bfe5-43c6-8251-b5f48db0dac1 | 6/19/2023 | 23-10597 / Desolation Holdings LLC | C597-445 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 96. | ce7997fa-1ffe-4a23-baec-f26c13d10524 | 8/23/2023 | 23-10598 / Bittrex, Inc. | C597-225 | $4,820.00 | Bitcoin (BTC) - 0.12, Ethereum (ETH) - 1.49 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 97. | 3092 64df-f271-427b-8d42-536e66656a73 | 7/19/2023 | 23-10598 / Bittrex, Inc. | C597-82 | $3,000.00 | Bitcoin (BTC) - 0.09908523 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 98. | dca17422-7784-4454-9c89-c2127b69727f | 9/1/2023 | 23-10598 / Bittrex, Inc. | C597-346 | $7,000.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 99. | da18452f-b659-4ef0-8e5b-b8e991a9ab8b | 6/20/2023 | 23-10597 / Desolation Holdings LLC | C597-447 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 100. | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed |
| 101. | 65f4538b-3e6f-4564-820b-0ef1fd258712 | 10/25/2023 | 23-10597 / Desolation Holdings LLC | C597-541 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 102. | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed |
| 103. | 88e75746-e1a6-4744-86a9-228aa85e1d0 | 6/13/2023 | 23-10597 / Desolation Holdings LLC | C597-449 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 104. | 6b5a9358-0eed-416d-8ae9-3967b28df6a | 10/30/2023 | 23-10597 / Desolation Holdings LLC | C597-574 | $24,000.00 | USD Coin (USDC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 105. | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed | Claim Removed |
| 106. | 24139363-1625-4866-b67a-4e56f390ca50 | 6/15/2023 | 23-10597 / Desolation Holdings LLC | C597-71 | $169.58 | Bitcoin Cash (BCHN) (BCH) - 0.031514, Ethereum (ETH) - 0.054549, Litecoin (LTC) - 0.920210 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 107. | 7fa692cc-2dc6-4bb8-895e-21952b682f58 | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-957 | $5,000.00 | XRP (XRP) - 7000 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 108. | 91a43eb6-42a7-4712-b0e4-c4c7933ca745 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-10574 | $5,200.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 109. | 51bb956f-9c51-476f-b5a6-f34768178a15 | 7/3/2023 | 23-10597 / Desolation Holdings LLC | C597-36 | $600.00 | Bitcoin (BTC) - UND, UND, Litecoin (LTC) - UND | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 110. | 3bec3f3d-716e-4b6c-b3b8-dbea4e777714 | 8/31/2023 | 23-10598 / Bittrex, Inc. | C598-1108 | $270.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 111. | db12d67c-4e08-4727-8d5c-6dd8774d05a3 | 8/28/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-22 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 112. | f8e6e5cb-370d-47be-b2fc-66b76298a991 | 8/27/2023 | 23-10598 / Bittrex, Inc. | C598-701 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 113. | f8e6e5cb-370d-47be-b2fc-66b76298a991 | 8/28/2023 | 23-10598 / Bittrex, Inc. | C598-743 | $4,630.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |

**Sixth Omnibus Objection (Substantive)**

**Schedule 1 – No Liability Claims**

| No. | Name/ Account ID | Date Filed | Case Number/ Debtor | Claim # | Claim Amount | Coin Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 114. | 68f48c34-ad0d-4dba-890a-95e7666ba87b | 8/30/2023 | 23-10598 / Bittrex, Inc. | C598-10689 | $5,000.00 | Chainlink (LINK) - 132, Enjin (ENJ) - 2217, Firo (FIRO) - 496, Numeraire (NMR) - 28, Solve.Care (SOLVE) - 5738 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 115. | 74c9b849-9f2d-42ec-8748-a66bf94dd25d | 8/30/2023 | 23-10599 / Bittrex Malta Holdings Ltd. | C599-34 | $13.68 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 116. | cfb03a0a-8f4c-4cea-a5af-f4dd4911ae68 | 6/27/2023 | 23-10598 / Bittrex, Inc. | C597-30 | $96,206.49 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 117. | 0d5761c1-f7cb-4160-9b96-1943ce4784fa | 10/11/2023 | 23-10597 / Desolation Holdings LLC | C597-504 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 118. | d97a2ae8-e323-467e-a3ac-af2987f441fb | 8/31/2023 | 23-10597 / Desolation Holdings LLC | C597-463 | N/A | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 119. | eff92880-f4b4-42a1-adeb-920eb74b8814e | 8/29/2023 | 23-10598 / Bittrex, Inc. | C598-822 | $700.00 | N/A | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |
| 120. | 6a01d86a-2dda-4893-a159-90ca968e0ddc | 8/31/2023 | 23-10598 / Bittrex, Inc. | C597-10135 | $7,421.72 | Cardano (ADA) - 6400, Dogecoin (DOGE) - 45000, TRON (TRX) - 200 | According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The claimant does not have an active existing account with the Debtors. |