| | |
|---|---:|
| **Bittrex Malta Ltd.** | **Case No. 23-10600** |
| Debtor | Reporting Period: November 15, 2023 – December 31, 2023 |

## Post-Confirmation Report

### Notes to the Post-Confirmation Report

This report includes activity from the following Debtors and their related Case Numbers:

| **Debtor** | **Case Number** |
|---|---:|
| Bittrex Malta Ltd. | 23-10600 |

**Notes to the PCR:**
The Bankruptcy Court entered an Order signed on 10/31/2023 confirming the Amended Joint Chapter 11 Plan of Liquidation of Desolation Holdings LLC and its Debtor affiliates pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 517]. The Effective Date of the Plan occurred on November 15, 2023 [Docket No. 563].

The Post-Confirmation Report is unaudited and does not purport to represent financial statements prepared in accordance with GAAP nor is it intended to fully reconcile the financial statements prepared by the Reorganized Debtors. Information contained in the Post-Confirmation Report has been derived from the Reorganized Debtors' books and records as of December 31, 2023. The Reorganized Debtors have prepared this Post-Confirmation Report for the period of November 15, 2023 through December 31, 2023, using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Reorganized Debtors in the future.

The Debtors reserve all rights to amend or supplement this Post-Confirmation Report in all respects, as may be necessary or appropriate. Nothing contained in this Post-Confirmation Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**Notes to PCR Part 1:**
Other non-cash property transferred from Malta Ltd. is representative of crypto distributions made to creditors priced as of the Petition Date (5/8/23).

**Notes to PCR Part 3:**
The Post-Confirmation Report includes recoveries to holders of Administrative Claims, Secured Claims, Priority Claims, General Unsecured Claims, and Equity Interests. Pursuant with the Plan, the Debtors and the Plan Administrator have discretion to determine the method for a timely Distribution of all Distributions to Holders of Allowed GUC Claims, provided that with respect to any GUC Claim that is Allowed as of the Effective Date, Distributions paid in Cash from the proceeds of Cryptocurrencies shall occur no later than six months after the Effective Date. Given that the claim reconciliation process is still ongoing, the Reorganized Debtors are unable to anticipate or determine total payments that may be made under the Plan, nor the total Claims that may be Allowed under the Plan. The ability to determine total payments is also impacted by the constant fluctuation of asset prices and the inability to forecast future prices which determine the amount of proceeds from Cryptocurrencies available for distribution. Therefore, "$0" has been entered in certain columns of Part 3 where such information is unknown, not yet determined, or otherwise not applicable.

In-kind distributions for Allowed GUC Claims are valued at 5/8/23 prices.

**Notes to PCR Part 4:**
This Post-Confirmation Report is not a final report and any date of application for a final decree is currently unknown.