# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 1012, 1013 & 1019** |

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, hereby certify that on February 9, 2024, I caused a copy of the following documents to be served upon the parties on the attached Service List, attached hereto as **Exhibit A**, via electronic mail and First-Class Mail

- *Azim Ghader's Motion for Reconsideration Pursuant to Bankruptcy Rule 9024* [Docket No. 1012]

- *Motion of Azim Ghader for Entry of an Order Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) Shortening the Notice Period with Respect to* Azim *Ghader's Motion for Reconsideration* [DI 1013]

I, Donald J. Detweiler, hereby certify that on February 13, 2024, I caused a copy of the following documents to be served upon the parties on the attached Service List, attached hereto as **Exhibit B**, via electronic mail.

- *Azim Ghader's Proposed Findings of Fact and Conclusions of Law Related to the Debtors' Objection to Claims 597-238, 597-296, 598-998, 598-1021, 598-10408, 599-35, 599-38, 599-10018, 600-87, 600-96, and 600-10052 Filed By Azim Ghader Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 1019]

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

| | |
|---|---|
| Dated: February 15, 2024<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>          elazar.kosman@wbd-us.com<br><br>*Counsel to Azim Ghader* |

# EXHIBIT A

# SERVICE LIST

| *Counsel for the Debtors* | *Counsel for the Debtors* |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Robert S. Brady<br>Kenneth Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>kenos@ycst.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Susheel Kirpalani<br>Patricia B. Tomasco<br>Daniel Holzman<br>Alain Jaquet<br>Razmig Izakelian<br>Joanna D. Caytas<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>pattytomasco@quinnemanuel.com<br>alainjaquet@quinnemanuel.com<br>razmigizakelian@quinnemanuel.com |

*Office of the United States Trustee for the District of Delaware*
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware
richard.schepacarter.usdoj.gov

2

## EXHIBIT B

## SERVICE LIST

| *Counsel for the Plan Administrator* | *Counsel for the Plan Administrator* |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Kenneth Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>kenos@ycst.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Patricia B. Tomasco<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>pattytomasco@quinnemanuel.com |

*Office of the United States Trustee for the District of Delaware*
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware
Email: richard.schepacarter.usdoj.gov

2