# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Re: D.I. 872, 922 & 923** |

## CERTIFICATION OF COUNSEL REGARDING
## PROPOSED OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS
## OF THE DEBTORS' PROFESSIONALS

The undersigned hereby certifies as follows:

That Quinn Emanuel Urquhart & Sullivan, LLP, Young Conaway Stargatt & Taylor, LLP and Omni Agent Solutions, Inc. (each, a "Professional" and collectively, the "Professionals"), all of whom being retained and employed by the above-captioned debtors and debtors in possession (the "Debtors")[2], filed their requests for final allowance of compensation and reimbursement of expenses [Docket Nos. 872, 922 & 923] (each, a "Fee Request and collectively, the "Fee Requests"). Objections, if any, to the Fee Requests were required to be filed and served on, among others, the affected Professional and the Debtors on or before February 5, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").

The undersigned hereby certifies, as of the date hereof, that no answer, objection, or responsive pleading to the Fee Requests has been received. The undersigned further certifies that the Court's docket has been reviewed in these cases and no answer, objection, or other responsive pleading to the Fee Requests appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Prior to confirmation, the Professionals represented the Debtors; post-confirmation the Professionals represent the Plan Administrator.

31280912.1

Accordingly, the Debtors respectfully request that the Court enter the proposed order approving the Professionals' Fee Requests Attached hereto as **Exhibit 1** at its earliest convenience without further notice or a hearing.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: February 15, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE PLAN ADMINISTRATOR** |