5

**Exhibit B**

**Declaration of David Maria**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.,*[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**DECLARATION OF DAVID MARIA IN SUPPORT OF THE PLAN ADMINISTRATOR'S NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN SUBSTANTIVE DUPLICATE CLAIMS**

I, David Maria, the Plan Administrator[2] of the Wind Down Entity, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Plan Administrator of the Wind Down Entity as of the Effective Date. I have served as the General Counsel and Chief Legal Officer for Bittrex, Inc. ("BUS") since December 2022 and previously as BUS's Head of Litigation and Regulatory Affairs since May 2021.

2. In my capacity as the Plan Administrator, I am generally familiar with the Debtors' day-to-day operations, business, financial affairs, and ongoing restructuring efforts. Accordingly, I am in all respect competent to make this declaration (the "Declaration").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection (defined below).

3. I submit this Declaration in support of the *Plan Administrator's Ninth Omnibus (Substantive) Objection to Certain Substantive Duplicate Claims* (the "Objection"),[3] dated as of the date hereof and filed contemporaneously herewith.

4. I am over the age of eighteen and, as the Plan Administrator, I am authorized to submit this Declaration. All statements in this Declaration are based upon my personal knowledge, or my review (or the review of others under my supervision) of (a) business books and records kept by the Debtors in the ordinary course of business, (b) the relevant proofs of claim, (c) the Schedules, and/or (d) the official register of claims filed in these chapter 11 cases. If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

5. The claims subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by myself, appropriate personnel of the Wind Down Entity, Berkeley Research Group, LLC, Quinn Emanuel Urquhart & Sullivan LLP, and Young Conaway Stargatt & Taylor, LLP.

## SUBSTANTIVE DUPLICATE CLAIMS

6. Based upon a review and analysis of the Substantive Duplicate Claims listed on **Schedule 1** to the Proposed Order and the Claims Register, I and my team have determined that each Substantive Duplicate Claim listed under the column "Substantive Duplicate Claim to be Disallowed" is duplicative of amounts or liabilities requested in the subsequently filed proof of claim, but with certain differences (e.g., a claim reasserted in a subsequently-filed proof of claim that was not denoted as amending the initial proof of claim).

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

7.Failure to disallow and expunge the Substantive Duplicate Claims could result in the applicable claimants receiving multiple recoveries against the Debtors' estates, to the detriment of other similarly situated creditors. Moreover, elimination of the Substantive Duplicate Claims will enable the Debtors to maintain a more accurate Claims Register.

8.The information contained in the Objection and in Schedule 1 attached to the Proposed Order is true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this 16th day of February, 2024.

*/s/ David Maria*
David Maria