**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: March 4, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF EXCESS FEES FOR PERKINS COIE LLP**

**PLEASE TAKE NOTICE** that on May 17, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Motion of Debtors for Authority to Employ Professionals Used in Ordinary Course Business (the "Motion") (D.I. 54) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on June 7, 2023, the Bankruptcy Court entered an order (the "Order") (D.I. 103) granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that on July 11, 2023, Perkins Coie LLP ("Perkins Coie") filed its Notice of Filing of Disclosure Declaration of Ordinary Course Professional, Perkins Coie LLP (the "Notice") (D.I. 194). No objections to the Notice were received.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, the fees of Perkins Coie, as set forth in paragraph 2 (h) to the Order, cannot exceed $30,000 per month on average over any three-month period on a rolling basis (the "Monthly Fee Cap"). PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 2(i) of the Order:

> In the event that on Ordinary Course Professional's fees and expenses exceed the Monthly Fee Cap for any month during these chapter 11 cases, but the Debtors believe the Ordinary Course Professional should not otherwise be required to follow the payment procedure applicable to the formally retained professionals, the Debtors may seek the agreement of the Reviewing Parties to a higher cap for any such agreement of the Reviewing Parties, the agreement

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

165413343.1

would be evidence by the filing of a notice of increased Monthly Fee Cap, and the increased Monthly Fee Cap shall be deemed approved upon the filing of such Cap Increase Notice, without further action by this Court

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 2(j) the Reviewing Parties shall have fourteen (14) days to object to the Notice with the Bankruptcy Court. If after fourteen days no objection is filed, the Excess Fees (as defined below) shall be deemed approved, and the Ordinary Course Professional may be paid 100% of its fees and 100% of its expenses without the need to file a fee application.

**PLEASE TAKE FURTHER NOTICE** that Perkins Coie exceeded the Monthly Fee Cap on a 3-month rolling basis for the months of July, August and September 2023 ("Excess Fee Period") for which Perkins Coie seeks approximately $33,995.24 in excess of the Monthly Fee Cap (the "Excess Fees"). In accordance with the procedures set forth above, Perkins Coie's invoices for the Excess Fees are attached hereto as Exhibit A. The invoice details the nature of the services rendered and the fees and expenses incurred by Perkins Coie during the Excess Fee Period.[2]

**PLEASE TAKE FURTHER NOTICE** that if no objections to this Notice are received prior to March 4, 2024, Perkins Coie may be paid 100% of its fees and 100% of its expenses for the July Excess Fee Period without the need to file a formal fee application.

[*Remainder of Page Intentionally Left Blank*]

---

[2]   Perkins Coie's Fees and Expenses incurred during the Excess Fee Period totaled $101,985.71.

- 3 -

| | |
|---|---|
| Dated: February 19, 2024<br>Wilmington, DE | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani (admitted pro hac vice)<br>Patricia B. Tomasco (admitted pro hac vice)<br>Daniel Holzman (admitted pro hac vice)<br>Alain Jaquet (admitted pro hac vice)<br>Razmig Izakelian (admitted pro hac vice)<br>Valerie Ramos (admitted pro hac vice)<br>Joanna D. Caytas (admitted pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE PLAN ADMINISTRATOR** |