## Exhibit A

**Excess Fee Period Invoices**

1201 Third Avenue, Suite 4900  Email: clientacct@perkinscoie.com
Seattle, Washington 98101  Accounting: 206.359.3143
Phone: 206.359.8000  Fax: 206.359.9000

**PERKINSCOIE**

| | |
|---|---|
| Bittrex | Invoice No. 6873665 |
| Attn: Jim Waschak | Matter No. 114019.0001 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date August 22, 2023 |
| CC: finance@bittrex.com | Due Date Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | |
| Seattle, WA 98104-3100 | |

## INVOICE SUMMARY

**Re:  114019.0001 / General Corporate**

For Professional Services rendered through July 31, 2023

| | |
|---|---:|
| Services | $1,068.00 |
| Less (10.00)% Discount | ($106.80) |
| Total Services | $961.20 |
| | |
| **Total Invoice Amount** | **$961.20** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6873665

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** <br> **Attn: Client Accounting** <br> **PO Box 24643** <br> **Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6873665
Bittrex
114019.0001 / General Corporate

**PerkinsCoie**

## Professional Services through 07/31/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|----------------------|------------------------|-------|--------|
| 07/07/2023 | K. Soderquist | Review bankruptcy declarations; | 0.70 | 934.50 |
| 07/17/2023 | K. Soderquist | Exchange emails with L. Chang; | 0.10 | 133.50 |
| **Total Services** | | | **0.80** | **$1,068.00** |

**Services**
$1,068.00

**Less (10.00)% Discount**
($106.80)

**Total Services**
$961.20

## Summary of Services through 07/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| K. Soderquist | Partner | 0.80 | 1,335.00 | 1,068.00 |
| **Total Services** | | **0.80** | | **$1,068.00** |

**Total Invoice Amount**
$961.20

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINSCOIe

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of August 22, 2023

**Re:    114019.0001 / General Corporate**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 06/20/23 | 6837241 | $1,081.35 | $0.00 | $1,081.35 |
| 08/22/23 | 6873665 | $961.20 | $0.00 | $961.20 |
| **Total Outstanding Accounts Receivable:** | | | | **$2,042.55** |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

**PERKINSCOIE**

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

| | |
|---|---|
| Invoice No. | 6873666 |
| Matter No. | 114019.0007 |
| Bill Date | August 22, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:  114019.0007 / OFAC**

For Professional Services rendered through July 31, 2023

| | |
|---|---|
| Services | $2,069.00 |
| Less (10.00)% Discount | ($206.90) |
| Total Services | $1,862.10 |
| **Total Invoice Amount** | **$1,862.10** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6873666**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6873666
Bittrex
114019.0007 / OFAC

**PERKINS**COIE

## Professional Services through 07/31/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|----------------------|------------------------|-------|--------|
| 07/18/2023 | R. Oehler | Analyze and respond to Company inquiry regarding OFAC license issues; | 0.50 | 632.50 |
| 07/18/2023 | S. Merriman | Communications with client regarding OFAC licenses (1.0); correspondence regarding same (0.3); | 1.30 | 1,436.50 |
| **Total Services** | | | **1.80** | **$2,069.00** |

**Services**
$2,069.00

**Less (10.00)% Discount**
($206.90)

**Total Services**
$1,862.10

## Summary of Services through 07/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| R. Oehler | Partner | 0.50 | 1,265.00 | 632.50 |
| S. Merriman | Associate | 1.30 | 1,105.00 | 1,436.50 |
| **Total Services** | | **1.80** | | **$2,069.00** |

**Total Invoice Amount**
$1,862.10

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101               Accounting: 206.359.3143

Phone: 206.359.8000                     Fax: 206.359.9000

PERKINSCOIe

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of August 22, 2023

**Re:      114019.0007 / OFAC**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818016 | $2,393.55 | $0.00 | $2,393.55 |
| 08/22/23 | 6873666 | $1,862.10 | $0.00 | $1,862.10 |
| **Total Outstanding Accounts Receivable:** | | | | **$4,255.65** |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PerkinsCoie

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

| | |
|---|---|
| Invoice No. | 6873667 |
| Matter No. | 114019.0007.ES90 |
| Bill Date | August 22, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:   114019.0007.ES90 / OFAC-ESS**

For Professional Services rendered through July 31, 2023

| | |
|---|---|
| Disbursements and Other Services | $806.88 |
| **Total Invoice Amount** | **$806.88** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6873667

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6873667
Bittrex
114019.0007.ES90 / OFAC-ESS

PERKINSCOIE

## Disbursements and Other Detailed Services through 07/31/2023

| Description | Amount |
|---|---:|
| ESS - Database Hosting | 806.88 |
| **Total** | **$806.88** |

**Total Disbursements and Other Services**
$806.88

**Total Invoice Amount**
$806.88

1201 Third Avenue, Suite 4900     Email: clientacct@perkinscoie.com

Seattle, Washington 98101     Accounting: 206.359.3143

Phone: 206.359.8000     Fax: 206.359.9000

PERKINSCOIE

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of August 22, 2023

**Re:    114019.0007.ES90 / OFAC-ESS**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818017 | $1,283.88 | $0.00 | $1,283.88 |
| 06/20/23 | 6837242 | $806.88 | $0.00 | $806.88 |
| 07/27/23 | 6860257 | $806.88 | $0.00 | $806.88 |
| 08/22/23 | 6873667 | $806.88 | $0.00 | $806.88 |
| **Total Outstanding Accounts Receivable:** | | | | **$3,704.52** |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

**PERKINSCOIE**

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

| | |
|---|---|
| Invoice No. | 6873668 |
| Matter No. | 114019.0014 |
| Bill Date | August 22, 2023 |
| Due Date | Due Upon Receipt |

### INVOICE SUMMARY

**Re:   114019.0014 / Regulatory Issues**

For Professional Services rendered through July 31, 2023

| | |
|---|---:|
| Services | $1,105.00 |
| Less (10.00)% Discount | ($110.50) |
| Total Services | $994.50 |
| | |
| **Total Invoice Amount** | **$994.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: █████████

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6873668**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ███████████████<br>███████████████<br>███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6873668
Bittrex
114019.0014 / Regulatory Issues

PERKINSCOIE

## Professional Services through 07/31/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|------------------------|-------|--------|
| 07/03/2023 | S. Merriman | Respond to client correspondence regarding New York FOIA request; | 1.00 | 1,105.00 |
| **Total Services** | | | **1.00** | **$1,105.00** |

**Services**
$1,105.00

**Less (10.00)% Discount**
($110.50)

**Total Services**
$994.50

## Summary of Services through 07/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| S. Merriman | Associate | 1.00 | 1,105.00 | 1,105.00 |
| **Total Services** | | **1.00** | | **$1,105.00** |

**Total Invoice Amount**
$994.50

1201 Third Avenue, Suite 4900       Email: clientacct@perkinscoie.com

Seattle, Washington 98101       Accounting: 206.359.3143

Phone: 206.359.8000       Fax: 206.359.9000

**PERKINSCOIE**

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of August 22, 2023

**Re:     114019.0014 / Regulatory Issues**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818019 | $27,624.15 | $0.00 | $27,624.15 |
| 07/13/23 | 6851462 | $8,107.20 | $0.00 | $8,107.20 |
| 07/13/23 | 6851501 | $12,969.90 | $0.00 | $12,969.90 |
| 07/27/23 | 6860259 | $555.75 | $0.00 | $555.75 |
| 08/22/23 | 6873668 | $994.50 | $0.00 | $994.50 |
| **Total Outstanding Accounts Receivable:** | | | | **$50,251.50** |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PerkinsCoie

| | | |
|---|---|---|
| Bittrex | Invoice No. | 6873669 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Matter No. | 114019.0028 |
| CC: finance@bittrex.com | Bill Date | August 22, 2023 |
| 800 5th Avenue, Suite 4100 | Due Date | Due Upon Receipt |
| Seattle, WA 98104-3100 | | |

## INVOICE SUMMARY

**Re:   114019.0028 / Florida Administrative Complaint**

For Professional Services rendered through July 31, 2023

| | |
|---|---|
| Services | $54,510.50 |
| Less (10.00)% Discount | ($5,451.05) |
| **Total Services** | $49,059.45 |
| **Total Invoice Amount** | **$49,059.45** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6873669**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |



Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6873669
Bittrex
114019.0028 / Florida Administrative Complaint

**PerkinsCoie**

## Professional Services through 07/31/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|----------------------|------------------------|-------|--------|
| 07/03/2023 | S. Merriman | Correspondence with co-counsel regarding bankruptcy court motion; | 0.50 | 552.50 |
| 07/05/2023 | J. Cutler | Review and comment on filings and objections to same (1.0); conference regarding hearing strategy (.5); | 1.50 | 1,852.50 |
| 07/05/2023 | S. Merriman | Revise and comment on FLOFR response to bankruptcy motion (2.0); correspondence with co-counsel regarding same (.1); | 2.10 | 2,320.50 |
| 07/06/2023 | J. Cutler | Conference with client regarding preparations for motion to stay hearing vs. OFR; | 1.00 | 1,235.00 |
| 07/06/2023 | S. Merriman | Attend to response to FLOFR objection (4.7); conference with client and co-counsel regarding same (.5); correspondence with client regarding Report of Examination findings (.2); | 5.40 | 5,967.00 |
| 07/07/2023 | J. Cutler | Review and revise draft bankruptcy declaration (.3); conference regarding same (.4); conference regarding RFPs (.6); conference regarding rescheduled hearing and potential testimony from S. Merriman (1.0); | 2.30 | 2,840.50 |
| 07/07/2023 | S. Merriman | Attend to response to FLOFR objection (5.0); correspondence regarding review of Florida money services statute (.3); | 5.30 | 5,856.50 |
| 07/07/2023 | R. Handler | Review email correspondence and Florida OFR communications per email from S. Merriman; | 0.20 | 189.00 |
| 07/07/2023 | R. Handler | Draft preliminary response to Florida administrative action per review of Florida money transmitter statute; | 0.30 | 283.50 |
| 07/07/2023 | R. Handler | Research Florida money transmitter statute per ongoing obligations of former money transmitter licensee; | 0.20 | 189.00 |
| 07/10/2023 | K. Soderquist | Email regarding Florida OFR; | 0.20 | 267.00 |
| 07/11/2023 | J. Cutler | Conference regarding RFPs to Florida OFR (.7); review correspondence regarding same (.4); | 1.10 | 1,358.50 |
| 07/11/2023 | R. Handler | Correspondence regarding ongoing violations of law; | 0.30 | 283.50 |
| 07/11/2023 | R. Handler | Review Florida OFR bankruptcy court action; | 0.90 | 850.50 |
| 07/11/2023 | R. Handler | Research Florida statutes to discern Florida claim; | 1.10 | 1,039.50 |
| 07/11/2023 | R. Handler | Draft analysis per review of Florida statutes regarding OFR claim; | 0.90 | 850.50 |

Invoice No. 6873669
Bittrex
114019.0028 / Florida Administrative Complaint

**PERKINSCOIE**

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| 07/13/2023 | J. Cutler | Conference regarding hearing testimony related to Florida MTL application amendments; | 0.50 | 617.50 |
| 07/14/2023 | R. Handler | Correspondence regarding Florida OFR bankruptcy court filing; | 0.20 | 189.00 |
| 07/17/2023 | J. Cutler | Exchange correspondence regarding preparations for live hearing testimony (.4); review notes and documents related to same (.7); conference regarding same (1.0); | 2.10 | 2,593.50 |
| 07/17/2023 | S. Merriman | Conference regarding matter status (.8); review and comment on draft RFPs (1.1); correspondence with co-counsel regarding same (.1); | 2.00 | 2,210.00 |
| 07/17/2023 | K. Soderquist | Review emails and materials related to RFP to Florida OFR; telephone conference regarding RFP and consent; review materials; | 1.20 | 1,602.00 |
| 07/18/2023 | S. Merriman | Review and comment on draft requests for production; | 2.50 | 2,762.50 |
| 07/19/2023 | S. Merriman | Correspondence regarding requests for production; | 0.60 | 663.00 |
| 07/19/2023 | K. Soderquist | Attend to Florida OR Objection; | 0.20 | 267.00 |
| 07/21/2023 | S. Merriman | Prepare response to allegations in FL OFR objection; | 2.20 | 2,431.00 |
| 07/24/2023 | S. Merriman | Prepare response to statements in Florida OFR objection; | 3.50 | 3,867.50 |
| 07/24/2023 | R. Handler | Review correspondence regarding obligations of Florida money transmitter licensees per Florida administrative action; | 0.20 | 189.00 |
| 07/25/2023 | S. Merriman | Prepare factual response to Florida OFR objection and organize correspondence source materials (5.8); correspondence with client regarding multistate examination timing (.1); | 5.90 | 6,519.50 |
| 07/25/2023 | R. Handler | Review Florida statutes and regulations to determine potential violations of money transmitter act; | 0.50 | 472.50 |
| 07/25/2023 | R. Handler | Draft additional analysis per correspondence; | 0.40 | 378.00 |
| 07/25/2023 | R. Handler | Correspondence regarding Florida OFR allegations; | 0.30 | 283.50 |
| 07/31/2023 | J. Cutler | Prepare for hearing on motion to stay Florida action; | 0.80 | 988.00 |
| 07/31/2023 | S. Merriman | Prepare factual response to FLOFR objections; | 2.30 | 2,541.50 |
| **Total Services** | | | **48.70** | **$54,510.50** |

Invoice No. 6873669
Bittrex
114019.0028 / Florida Administrative Complaint

PERKINSCOIE

**Services**
$54,510.50

**Less (10.00)% Discount**
($5,451.05)

**Total Services**
$49,059.45

## Summary of Services through 07/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---:|---:|---:|
| J. Cutler | Partner | 9.30 | 1,235.00 | 11,485.50 |
| K. Soderquist | Partner | 1.60 | 1,335.00 | 2,136.00 |
| R. Handler | Associate | 5.50 | 945.00 | 5,197.50 |
| S. Merriman | Associate | 32.30 | 1,105.00 | 35,691.50 |
| **Total Services** | | **48.70** | | **$54,510.50** |

**Total Invoice Amount**
$49,059.45

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

Bittrex
Attn:
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of August 22, 2023

**Re:       114019.0028 / Florida Administrative Complaint**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818021 | $5,515.20 | $0.00 | $5,515.20 |
| 07/13/23 | 6851464 | $46,402.20 | $0.00 | $46,402.20 |
| 07/13/23 | 6851502 | $9,746.10 | $0.00 | $9,746.10 |
| 07/27/23 | 6860261 | $59,533.87 | $0.00 | $59,533.87 |
| 08/22/23 | 6873669 | $49,059.45 | $0.00 | $49,059.45 |
| **Total Outstanding Accounts Receivable:** | | | | **$170,256.82** |

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com
Seattle, Washington 98101               Accounting: 206.359.3143
Phone: 206.359.8000                     Fax: 206.359.9000

**PERKINSCOIE**

Bittrex                                          Invoice No.            6873670
Attn: Jim Waschak                                Matter No.            114019.5000
EMAIL INVOICES ONLY TO: jim@bittrex.com          Bill Date           August 22, 2023
CC: finance@bittrex.com                          Due Date          Due Upon Receipt
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

### INVOICE SUMMARY

**Re:  114019.5000 / Domain Names**

For Professional Services rendered through July 31, 2023

| | |
|---|---:|
| Disbursements and Other Services | $180.91 |
| **Total Invoice Amount** | **$180.91** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.:

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6873670**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** <br> **Attn: Client Accounting** <br> **PO Box 24643** <br> **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6873670
Bittrex
114019.5000 / Domain Names

**PERKINSCOIE**

## Disbursements and Other Detailed Services through 07/31/2023

| Description | Amount |
|---|---:|
| US Bank - Other - T. Billable, NAME-CHEAP.COM* DXTDGS WWW.NAMECHEAP AZ, 06/06/2023 | 14.76 |
| US Bank - Other - T. Billable, NAME-CHEAP.COM* C4X7MZ WWW.NAMECHEAP AZ, 06/24/2023 | 29.52 |
| US Bank - Other - T. Billable, PAYPAL *PDRSOLUTION 402-935-7733 OR, 06/07/2023 | 12.34 |
| US Bank - Other - T. Billable, WORDPRESS 8HWZM3Y0FH HTTPSWORDPRES CA, 05/26/2023 | 20.95 |
| US Bank - Other - T. Billable, DNH*GODADDY.COM 480-505-8855 AZ, 05/11/2023 | 25.54 |
| US Bank - Other - T. Billable, DNH*GODADDY.COM 480-5058855 AZ, 04/25/2023 | 22.24 |
| US Bank - Other - T. Billable, NAME-CHEAP.COM* W9ND2R WWW.NAMECHEAP AZ, 05/10/2023 | 10.48 |
| US Bank - Other - T. Billable, NAME-CHEAP.COM* YSAGZN WWW.NAMECHEAP AZ, 05/18/2023 | 14.76 |
| US Bank - Other - T. Billable, NAME-CHEAP.COM* YFYGIF WWW.NAMECHEAP AZ, 05/14/2023 | 30.32 |
| **Total** | **$180.91** |

**Total Disbursements and Other Services**
$180.91

**Total Invoice Amount**
$180.91

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

**PERKINSCOIE**

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of August 22, 2023

**Re:        114019.5000 / Domain Names**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818024 | $1,034.80 | $0.00 | $1,034.80 |
| 06/20/23 | 6837248 | $5,931.01 | $0.00 | $5,931.01 |
| 08/22/23 | 6873670 | $180.91 | $0.00 | $180.91 |
| **Total Outstanding Accounts Receivable:** | | | | **$7,146.72** |

1201 Third Avenue, Suite 4900      Email: clientacct@perkinscoie.com
Seattle, Washington 98101          Accounting: 206.359.3143
Phone: 206.359.8000                Fax: 206.359.9000



Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

| | |
|---|---|
| Invoice No. | 6894484 |
| Matter No. | 114019.0007.ES90 |
| Bill Date | September 25, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:   114019.0007.ES90 / OFAC-ESS**

For Professional Services rendered through August 31, 2023

| | |
|---|---|
| Disbursements and Other Services | $806.88 |
| **Total Invoice Amount** | **$806.88** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6894484**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| Perkins Coie LLP<br>**Attn: Client Accounting**<br>PO Box 24643<br>Seattle, WA 98124-0643 | ▮▮▮▮▮▮▮▮▮ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6894484
Bittrex
114019.0007.ES90 / OFAC-ESS

PERKINSCOIE

### Disbursements and Other Detailed Services through 08/31/2023

| Description | Amount |
|---|---:|
| ESS - Database Hosting | 806.88 |
| **Total** | **$806.88** |

**Total Disbursements and Other Services**
$806.88

**Total Invoice Amount**
$806.88

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101              Accounting: 206.359.3143

Phone: 206.359.8000                    Fax: 206.359.9000

PERKINSCOIe

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of September 25, 2023

**Re:**    **114019.0007.ES90 / OFAC-ESS**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818017 | $1,283.88 | $0.00 | $1,283.88 |
| 06/20/23 | 6837242 | $806.88 | $0.00 | $806.88 |
| 07/27/23 | 6860257 | $806.88 | $0.00 | $806.88 |
| 08/22/23 | 6873667 | $806.88 | $0.00 | $806.88 |
| 09/25/23 | 6894484 | $806.88 | $0.00 | $806.88 |
| **Total Outstanding Accounts Receivable:** | | | | **$4,511.40** |

1201 Third Avenue, Suite 4900  Email: clientacct@perkinscoie.com
Seattle, Washington 98101  Accounting: 206.359.3143
Phone: 206.359.8000  Fax: 206.359.9000

**PERKINSCOIe**

Bittrex
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

| | |
|---|---|
| Invoice No. | 6894485 |
| Matter No. | 114019.0028 |
| Bill Date | September 25, 2023 |
| Due Date | Due Upon Receipt |

### INVOICE SUMMARY

**Re:  114019.0028 / Florida Administrative Complaint**

For Professional Services rendered through August 31, 2023

| | |
|---|---|
| Services | $22,559.00 |
| Less (10.00)% Discount | ($2,255.90) |
| Total Services | $20,303.10 |
| | |
| **Total Invoice Amount** | **$20,303.10** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6894485**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6894485
Bittrex
114019.0028 / Florida Administrative Complaint

**PERKINS**COIE

## Professional Services through 08/31/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|------------------------|-------|--------|
| 08/01/2023 | S. Merriman | Prepare for upcoming hearing regarding bankruptcy motion (2.4); conference regarding same (1.0); | 3.40 | 3,757.00 |
| 08/02/2023 | S. Merriman | Correspondence with co-counsel regarding bankruptcy motion; | 0.20 | 221.00 |
| 08/07/2023 | J. Cutler | Exchange correspondence regarding upcoming hearing and potential settlement posture with Florida; | 0.50 | 617.50 |
| 08/07/2023 | S. Merriman | Correspondence regarding resolution of Florida OFR matter; | 0.90 | 994.50 |
| 08/07/2023 | K. Soderquist | Exchange emails regarding Florida enforcement; | 0.30 | 400.50 |
| 08/07/2023 | R. Handler | Correspondence regarding Florida administrative action; | 0.20 | 189.00 |
| 08/08/2023 | R. Handler | Correspondence regarding research per Florida Office of Financial Regulation administrative decisions; | 0.20 | 189.00 |
| 08/09/2023 | J. Cutler | Conference regarding strategy against Florida OFR in upcoming bankruptcy hearing (1.2); review documents related to same (.6); | 1.80 | 2,223.00 |
| 08/09/2023 | S. Merriman | Prepare for bankruptcy hearing (1.3); correspondence to co-counsel regarding Florida OFR matter strategy and associated research (1.3); conference regarding same (.2); correspondence regarding bankruptcy hearing (.1); | 2.90 | 3,204.50 |
| 08/09/2023 | R. Handler | Research Florida Office of Financial Regulation final orders; | 1.50 | 1,417.50 |
| 08/09/2023 | R. Handler | Summarize Florida Office of Financial Regulation final administrative decisions; | 1.30 | 1,228.50 |
| 08/09/2023 | R. Handler | Correspondence regarding summary analysis of Florida Office of Financial Regulation administrative final orders; | 0.50 | 472.50 |
| 08/10/2023 | S. Merriman | Correspondence regarding bankruptcy hearing preparation (.2); review and comment on draft reply brief (1.8); | 2.00 | 2,210.00 |
| 08/10/2023 | K. Soderquist | Emails regarding Florida enforcement; | 0.20 | 267.00 |
| 08/10/2023 | R. Handler | Review correspondence per Florida OFR hearing docket; | 0.30 | 283.50 |
| 08/11/2023 | J. Cutler | Conference regarding upcoming hearing against Florida regulator; | 1.00 | 1,235.00 |

Invoice No. 6894485
Bittrex
114019.0028 / Florida Administrative Complaint

**PERKINSCOIE**

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|----------------------|-------|--------|
| 08/11/2023 | S. Merriman | Communications regarding pending bankruptcy motion; | 1.00 | 1,105.00 |
| 08/11/2023 | K. Soderquist | Attend to enforcement issue; | 0.10 | 133.50 |
| 08/14/2023 | S. Merriman | Conference regarding status of Florida OFR matter; | 0.10 | 110.50 |
| 08/14/2023 | K. Soderquist | Attend to bankruptcy bankruptcy motion; | 0.60 | 801.00 |
| 08/14/2023 | R. Handler | Telephone conference regarding status of Florida administrative action; | 0.30 | 283.50 |
| 08/15/2023 | S. Merriman | Correspondence with co-counsel in connection with pending bankruptcy motion; | 1.10 | 1,215.50 |
| **Total Services** | | | **20.40** | **$22,559.00** |

**Services**
$22,559.00

**Less (10.00)% Discount**
($2,255.90)

**Total Services**
$20,303.10

## Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| J. Cutler | Partner | 3.30 | 1,235.00 | 4,075.50 |
| K. Soderquist | Partner | 1.20 | 1,335.00 | 1,602.00 |
| R. Handler | Associate | 4.30 | 945.00 | 4,063.50 |
| S. Merriman | Associate | 11.60 | 1,105.00 | 12,818.00 |
| **Total Services** | | **20.40** | | **$22,559.00** |

**Total Invoice Amount**
$20,303.10

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101              Accounting: 206.359.3143

Phone: 206.359.8000                    Fax: 206.359.9000

PERKINSCOIE

Bittrex
Attn:
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of September 25, 2023

**Re:     114019.0028 / Florida Administrative Complaint**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818021 | $5,515.20 | $0.00 | $5,515.20 |
| 07/13/23 | 6851464 | $46,402.20 | $0.00 | $46,402.20 |
| 07/13/23 | 6851502 | $9,746.10 | $0.00 | $9,746.10 |
| 07/27/23 | 6860261 | $59,533.87 | $0.00 | $59,533.87 |
| 08/22/23 | 6873669 | $49,059.45 | $0.00 | $49,059.45 |
| 09/25/23 | 6894485 | $20,303.10 | $0.00 | $20,303.10 |
| **Total Outstanding Accounts Receivable:** | | | | **$190,559.92** |

1201 Third Avenue, Suite 4900   Email: clientacct@perkinscoie.com
Seattle, Washington 98101   Accounting: 206.359.3143
Phone: 206.359.8000   Fax: 206.359.9000

# PERKINSCOIE

| | |
|---|---|
| Bittrex | Invoice No.   6894486 |
| Attn: Jim Waschak | Matter No.   114019.5000 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date   September 25, 2023 |
| CC: finance@bittrex.com | Due Date   Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | |
| Seattle, WA 98104-3100 | |

## INVOICE SUMMARY

**Re:   114019.5000 / Domain Names**

For Professional Services rendered through August 31, 2023

| | |
|---|---|
| Disbursements and Other Services | $54.76 |
| **Total Invoice Amount** | **$54.76** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6894486**



| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6894486
Bittrex
114019.5000 / Domain Names

**PERKINSCOIE**

## Disbursements and Other Detailed Services through 08/31/2023

| Description | Amount |
|---|---:|
| US Bank - Other - T. Billable, NAME-CHEAP.COM* 9GXRYU WWW.NAMECHEAP AZ, 07/15/2023 | 25.24 |
| US Bank - Other - T. Billable, NAME-CHEAP.COM* GGZUVX WWW.NAMECHEAP AZ, 07/25/2023 | 14.76 |
| US Bank - Other - T. Billable, NAME-CHEAP.COM* OKZBX3 WWW.NAMECHEAP AZ, 07/24/2023 | 14.76 |
| **Total** | **$54.76** |

**Total Disbursements and Other Services**
$54.76

**Total Invoice Amount**
$54.76

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINSCOIE

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of September 25, 2023

**Re:    114019.5000 / Domain Names**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818024 | $1,034.80 | $0.00 | $1,034.80 |
| 06/20/23 | 6837248 | $5,931.01 | $0.00 | $5,931.01 |
| 08/22/23 | 6873670 | $180.91 | $0.00 | $180.91 |
| 09/25/23 | 6894486 | $54.76 | $0.00 | $54.76 |
| **Total Outstanding Accounts Receivable:** | | | | **$7,201.48** |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Bittrex | Invoice No. | 6915247 |
| Attn: Jim Waschak | Matter No. | 114019.0007 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date | October 25, 2023 |
| CC: finance@bittrex.com | Due Date | Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | | |
| Seattle, WA 98104-3100 | | |

## INVOICE SUMMARY

**Re:  114019.0007 / OFAC**

For Professional Services rendered through September 30, 2023

| | |
|---|---|
| Services | $1,372.00 |
| Less (10.00)% Discount | ($137.20) |
| Total Services | $1,234.80 |
| **Total Invoice Amount** | **$1,234.80** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6915247**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ▮▮▮▮▮ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6915247
Bittrex
114019.0007 / OFAC

**PERKINSCOIE**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|----------------------|------------------------|-------|--------|
| 09/12/2023 | S. Merriman | Correspondence with client in connection with bankruptcy matter; | 1.00 | 1,105.00 |
| 09/28/2023 | K. Soderquist | Exchange emails regarding database; attend to archive | 0.20 | 267.00 |
| **Total Services** | | | **1.20** | **$1,372.00** |

**Services**
$1,372.00

**Less (10.00)% Discount**
($137.20)

**Total Services**
$1,234.80

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| K. Soderquist | Partner | 0.20 | 1,335.00 | 267.00 |
| S. Merriman | Associate | 1.00 | 1,105.00 | 1,105.00 |
| **Total Services** | | **1.20** | | **$1,372.00** |

**Total Invoice Amount**
$1,234.80

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101              Accounting: 206.359.3143

Phone: 206.359.8000                    Fax: 206.359.9000

PERKINSCOIE

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of October 25, 2023

**Re:     114019.0007 / OFAC**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818016 | $2,393.55 | $0.00 | $2,393.55 |
| 08/22/23 | 6873666 | $1,862.10 | $0.00 | $1,862.10 |
| 10/25/23 | 6915247 | $1,234.80 | $0.00 | $1,234.80 |
| **Total Outstanding Accounts Receivable:** | | | | **$5,490.45** |

1201 Third Avenue, Suite 4900     Email: clientacct@perkinscoie.com

Seattle, Washington 98101     Accounting: 206.359.3143

Phone: 206.359.8000     Fax: 206.359.9000

# PERKINSCOIE

| | |
|---|---|
| Bittrex | Invoice No.     6915248 |
| Attn: Jim Waschak | Matter No.     114019.0007.ES90 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date     October 25, 2023 |
| CC: finance@bittrex.com | Due Date     Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | |
| Seattle, WA 98104-3100 | |

## INVOICE SUMMARY

**Re:   114019.0007.ES90 / OFAC-ESS**

For Professional Services rendered through September 30, 2023

| | |
|---|---|
| Disbursements and Other Services | $806.88 |
| **Total Invoice Amount** | **$806.88** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: █████████

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6915248**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6915248
Bittrex
114019.0007.ES90 / OFAC-ESS

PERKINSCOIe

## Disbursements and Other Detailed Services through 09/30/2023

| Description | Amount |
|---|---|
| ESS - Database Hosting | 806.88 |
| **Total** | **$806.88** |

**Total Disbursements and Other Services**
$806.88

**Total Invoice Amount**
$806.88

1201 Third Avenue, Suite 4900          Email: clientacct@perkinscoie.com

Seattle, Washington 98101              Accounting: 206.359.3143

Phone: 206.359.8000                    Fax: 206.359.9000

PERKINSCOIE

Bittrex
Attn: Jim Waschak
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of October 25, 2023

**Re:    114019.0007.ES90 / OFAC-ESS**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818017 | $1,283.88 | $624.68 | $659.20 |
| 06/20/23 | 6837242 | $806.88 | $0.00 | $806.88 |
| 07/27/23 | 6860257 | $806.88 | $0.00 | $806.88 |
| 09/25/23 | 6894484 | $806.88 | $0.00 | $806.88 |
| 10/25/23 | 6915248 | $806.88 | $0.00 | $806.88 |
| **Total Outstanding Accounts Receivable:** | | | | **$3,886.72** |

1201 Third Avenue, Suite 4900    Email: clientacct@perkinscoie.com
Seattle, Washington 98101    Accounting: 206.359.3143
Phone: 206.359.8000    Fax: 206.359.9000



Bittrex
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

| | |
|---|---|
| Invoice No. | 6915249 |
| Matter No. | 114019.0028 |
| Bill Date | October 25, 2023 |
| Due Date | Due Upon Receipt |

### INVOICE SUMMARY

**Re:   114019.0028 / Florida Administrative Complaint**

For Professional Services rendered through September 30, 2023

| | |
|---|---|
| Services | $26,218.50 |
| Less (10.00)% Discount | ($2,621.85) |
| Total Services | $23,596.65 |
| | |
| **Total Invoice Amount** | **$23,596.65** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6915249**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ███████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6915249
Bittrex
114019.0028 / Florida Administrative Complaint

**PERKINSCOIE**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|------------------------|-------|--------|
| 09/01/2023 | S. Merriman | Research in connection with bankruptcy motion (.9); communications regarding matter status (.7); | 1.60 | 1,768.00 |
| 09/01/2023 | K. Soderquist | Correspondence regarding bankruptcy matter; | 0.30 | 400.50 |
| 09/05/2023 | J. Cutler | Review docket and related correspondence regarding upcoming hearing on the bankruptcy docket relate to Florida dispute (.2); exchange correspondence regarding S. Merriman testimony (.4); | 0.60 | 741.00 |
| 09/05/2023 | S. Merriman | Correspondence regarding status of bankruptcy stay motion (.1); correspondence with co-counsel regarding same (.1); | 0.20 | 221.00 |
| 09/06/2023 | S. Merriman | Research and prepare correspondence regarding evidentiary hearing on bankruptcy stay motion; | 0.80 | 884.00 |
| 09/07/2023 | S. Merriman | Correspondence regarding evidentiary matters for hearing on bankruptcy stay motion (.4); conference with co-counsel regarding bankruptcy stay motion (.3); correspondence with co-counsel regarding same (.1); | 0.80 | 884.00 |
| 09/08/2023 | S. Merriman | Research and correspondence with co-counsel in connection with potential resolution of Florida OFR matter; | 4.70 | 5,193.50 |
| 09/11/2023 | J. Cutler | Review and respond to email regarding Florida settlement proposal (.4); conference regarding same (.7); | 1.10 | 1,358.50 |
| 09/11/2023 | S. Merriman | Prepare and send correspondence to co-counsel in connection with potential resolution of bankruptcy motion; | 2.10 | 2,320.50 |
| 09/13/2023 | S. Merriman | Review correspondence from co-counsel in connection with Florida OFR matter; | 0.10 | 110.50 |
| 09/14/2023 | S. Merriman | Respond to inquiry from co-counsel regarding Florida OFR matter (1.7); communications regarding same (.6); | 2.30 | 2,541.50 |
| 09/15/2023 | J. Cutler | Exchange emails regarding settlement with Florida; | 0.70 | 864.50 |
| 09/15/2023 | S. Merriman | Attend to filing of reply brief (1.7); correspondence regarding bankruptcy hearing (.1); | 1.80 | 1,989.00 |
| 09/18/2023 | J. Cutler | Exchange correspondence regarding settlement with Florida OFR; | 0.20 | 247.00 |
| 09/19/2023 | S. Merriman | Review draft stipulation and consent agreement; | 0.40 | 442.00 |

Invoice No. 6915249
Bittrex
114019.0028 / Florida Administrative Complaint

**PERKINS**COIE

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|----------------------|----------------------|-------|--------|
| 09/20/2023 | S. Merriman | Correspondence with co-counsel regarding potential resolution of Florida OFR matter; | 2.00 | 2,210.00 |
| 09/26/2023 | J. Cutler | Conference regarding finalization of Florida OFR settlement; | 0.50 | 617.50 |
| 09/26/2023 | S. Merriman | Research in connection with Florida OFR matter (2.0); conference regarding same (.3); correspondence with co-counsel regarding same (.8); | 3.10 | 3,425.50 |
| **Total Services** | | | **23.30** | **$26,218.50** |

**Services**
$26,218.50

**Less (10.00)% Discount**
($2,621.85)

**Total Services**
$23,596.65

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| J. Cutler | Partner | 3.10 | 1,235.00 | 3,828.50 |
| K. Soderquist | Partner | 0.30 | 1,335.00 | 400.50 |
| S. Merriman | Associate | 19.90 | 1,105.00 | 21,989.50 |
| **Total Services** | | **23.30** | | **$26,218.50** |

**Total Invoice Amount**
$23,596.65

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

**PERKINSCOIE**

Bittrex
Attn:
EMAIL INVOICES ONLY TO: jim@bittrex.com
CC: finance@bittrex.com
800 5th Avenue, Suite 4100
Seattle, WA 98104-3100

## Open Invoices as of October 25, 2023

**Re:      114019.0028 / Florida Administrative Complaint**

| Invoice Date | Invoice Number | Invoice Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/17/23 | 6818021 | $5,515.20 | $0.00 | $5,515.20 |
| 07/13/23 | 6851502 | $9,746.10 | $0.00 | $9,746.10 |
| 08/22/23 | 6873669 | $49,059.45 | $0.00 | $49,059.45 |
| 09/25/23 | 6894485 | $20,303.10 | $0.00 | $20,303.10 |
| 10/25/23 | 6915249 | $23,596.65 | $0.00 | $23,596.65 |
| **Total Outstanding Accounts Receivable:** | | | | **$108,220.50** |

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Bittrex | Invoice No. | 6915250 |
| Attn: Jim Waschak | Matter No. | 114019.7001 |
| EMAIL INVOICES ONLY TO: jim@bittrex.com | Bill Date | October 25, 2023 |
| CC: finance@bittrex.com | Due Date | Due Upon Receipt |
| 800 5th Avenue, Suite 4100 | | |
| Seattle, WA 98104-3100 | | |

## INVOICE SUMMARY

**Re:    114019.7001 / Trademark Administrative Enforcement Actions**

For Professional Services rendered through September 30, 2023

| | |
|---|---|
| Services | $1,464.00 |
| Less (10.00)% Discount | ($146.40) |
| Total Services | $1,317.60 |
| | |
| **Total Invoice Amount** | **$1,317.60** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▉▉▉▉▉▉

**Please identify your payment with the following: Perkins Coie Account No. 114019 and Invoice 6915250**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6915250
Bittrex
114019.7001 / Trademark Administrative Enforcement Actions

PERKINSCOIE

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours | Amount |
|------|---------------------|------------------------|-------|--------|
| 09/01/2023 | P. Haggerty | Correspondence with counsel for Rex Real Estate regarding Joint Status Update to TTAB (.2); correspondence regarding same (.1); | 0.30 | 336.00 |
| 09/01/2023 | S. Blum | Review status of pending U.S. Opp. No. 91243609 in view of opposing counsel's proposed joint response to Board inquiry regarding suspension status; conferences regarding same; | 0.60 | 510.00 |
| 09/05/2023 | P. Haggerty | Revise and sign Joint Status Update to TTAB (.2); correspondence with counsel for Rex Real Estate regarding same (.2); correspondence regarding same (.1); | 0.40 | 448.00 |
| 09/05/2023 | S. Blum | Revise draft joint motion with the respect to suspended REX trademark opposition matter; draft correspondence to opposing counsel regarding same; | 0.20 | 170.00 |
| **Total Services** | | | **1.50** | **$1,464.00** |

Services
$1,464.00

Less (10.00)% Discount
($146.40)

Total Services
$1,317.60

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|------------|--------------|
| P. Haggerty | Partner | 0.70 | 1,120.00 | 784.00 |
| S. Blum | Practice Attorney | 0.80 | 850.00 | 680.00 |
| **Total Services** | | **1.50** | | **$1,464.00** |

Total Invoice Amount
$1,317.60