**<u>EXHIBIT A</u>**

**Fill in this information to identify the case:**

Debtor 1    Bittrex, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Delaware

Case number    23-10598-BLS

**FILED**

**AUG 29 2023**

By Omni Agent Solutions, Claims Agent
For U.S. Bankruptcy Court
District of Delaware

## Official Form 410

# Proof of Claim                                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

---

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Forgey Law Group, PLLC; Jason M. Forgey; Excel Title Group, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Wilson Elser LLP    Attn: Mark Lankford
Name

901 Main Street, Suite 4800
Number      Street

Dallas                TX          75202
City                  State       ZIP Code

Contact phone 214.698.8037

Contact email mark.lankford@wilsonelser.com

Where should payments to the creditor be sent? (if different)

Name

Number      Street

City                  State       ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
         MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

---

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

---

7. **How much is the claim?**     $_____448,840.92   **Does this amount include interest or other charges?**
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Funds on deposit with court

---

9. **Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

   **Nature of property:**

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☑ Other. Describe:          Funds on deposit with court

   **Basis for perfection:**          See attached Addendum

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                    $    448,840.92
   **Amount of the claim that is secured:**        $    448,840.92

   **Amount of the claim that is unsecured:** $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**     $_____  448,840.92

   **Annual Interest Rate** (when case was filed)_____%
   ☐ Fixed
   ☐ Variable

---

10. **Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____

---

11. **Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

---

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   08/25/2023
                   MM  /  DD  /  YYYY

/s/ Mark Lankford
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Mark Lankford, Esq. | | |
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Wilson Elser Moskowitz Edelman & Dicker LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 901 Main Street, Suite 4800 | | |
| | Number      Street | | |
| | Dallas | TX | 75202 |
| | City | State | ZIP Code |
| Contact phone | 214.698.8037 | Email | mark.lankford@wilsonelser.com |

## ADDENDUM TO PROOF OF CLAIM

1.  This proof of claim ("POC") is filed on behalf of creditors Excel Title Group LLC, Jason Forgey Esq. and Forgey Law Group PLLC (collectively, "Creditors").

2.  Prior to the commencement of this bankruptcy case, an action was commenced in the United States District Court for the Eastern District of Texas captioned as *United States of America v. $448,840.92 in United States Currency*, Case No. 21-cv-00202-ALM (the "Forfeiture Action") concerning Creditors' funds that were stolen in a fraudulent transaction.  Upon realizing the fraud, Creditors reported the matter to their bank and law enforcement who were able to recover a portion of the stolen funds. The remaining $448,840.92 in stolen funds (the "Claim Amount") represents proceeds from the fraudulent scheme that were seized by the United States Secret Service and ultimately deposited with the Clerk of the Eastern District of Texas in connection with a second action captioned as *United States of America v. Bittrex, Inc.; Excel Title Group, LLC; Jason Forgey; and Forgey Law Group PLLC*, United States District Court for the Eastern District of Texas, Case No. 22-cv-00626 (the "Interpleader Action).

3.  The basis for this Claim is evidenced and supported by the following pleadings and documents, true and correct copies of which are annexed hereto:

    a.  Complaint in the Forfeiture Action,

    b.  Verified Claim to Assert Interest in $448,840.92 in United States Currency;

    c.  Petition for Remission/ Mitigation; and

    d.  Complaint in the Interpleader Action.

4.  Creditors hereby assert a superior right to the funds deposited in the Interpleader Action as the owner thereof, and/or pursuant to a constructive trust or any other applicable right

thereto arising at law, in equity or pursuant to any statute or rule, together with interest, fees and costs.

5.      All notices concerning this claim should be sent to the following attorneys:

      Susan Schwartz
      Mark Lankford
      Wilson Elser Moskowitz Edelman & Dicker LLP
      Bank of America Plaza
      901 Main Street, Suite 4800
      Dallas, TX 75202-3758
      214.698.8035 (Direct)
      214.698.1101 (Fax)
      Email:  susan.schwartz@wilsonelser.com
             mark.lankford@wilsonelser.com

6.      Creditors hereby reserves all of their rights to amend, modify or supplement this proof of claim, and to assert additional claims against Debtor.

7.      Nothing contained herein shall be deemed or construed as a waiver by Creditors of the right (a) to have this claim determined in the Interpleader Action pending in the United States District Court for the Eastern District of Texas, (b) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (c) to a trial by jury in any matter or proceeding so triable, (d) to have the District Court withdraw the reference of any matter or proceeding, (e) to have the Bankruptcy Court or District Court abstain from hearing any matter or proceeding, (f) to a change of venue, or (g) to any other rights, liens, claims, defenses, actions, remedies, set offs or recoupments to which Creditors may be entitled, all of which are expressly reserved.

Dated:  August 25, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO: 4:21-cv-00202 |
| | § | |
| $448,840.92 IN UNITED STATES | § | |
| CURRENCY, | § | |
| Defendant. | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

In accordance with Fed. R. Civ. P. Supplemental Rule G(2), the United States of

America, Plaintiff, alleges as follows:

Nature of the Action

1.      This is an action to forfeit property to the United States pursuant to a violation of 18

U.S.C. § 1343 and 18 U.S.C. § 1030.

Defendant in Rem

2.      The Defendant Property is $448,840.92 in United States currency (hereinafter,

"Defendant Property").

Jurisdiction and Venue

3.      The Court has subject matter jurisdiction over an action commenced by the United States

pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

4.      The Court has *in rem* jurisdiction over the Defendant Property pursuant to 28 U.S.C. §

1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or

omissions giving rise to the forfeiture occurred in this district.

**COMPLAINT – U.S. v. $448,840.92**
Page 1 of 4

Basis for Forfeiture

6.      The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C)

because it is property, real or personal, which constitutes or is derived from proceeds traceable to

violations of 18 U.S.C. § 1343 and § 1030, offenses constituting "specified unlawful activity" as

defined by 18 U.S.C. § 1956(c)(7).

Facts

7.      In August 2020, Jason Forgey, the owner and operator of Excel Title Group, located in

the Eastern District of Texas, became a victim of a Business Email Compromise scheme when he

was fraudulently induced into wiring more than $1 million to an account he believed to be

legitimately related to a pending transaction. Upon realizing the fraud, Forgey reported the

matter to his bank and law enforcement and was able to recover a portion of the funds.  The

remaining $448,840.92 had already been forwarded to a third bank account and was not initially

recovered, however the United States Secret Service obtained a federal seizure warrant and was

able to restrain those remaining funds.  The instant complaint now initiates civil action against

those remaining funds.

8.      Additional facts and circumstances supporting the forfeiture of the above-described

property are contained in the Affidavit of United States Secret Service Special Agent Wendy

Cassidy, which is attached hereto and incorporated herein by reference.

Potential Claimants

8.  Potential claimants to the Defendant Property may include:

   a.  Prime Trust, LLC, 330 Rampart Avenue, Suite 260, Las Vegas, NV 89145;
   b.  Bittrex, Inc., 800 5th Avenue, Seattle, WA 98104;
   c.  Jason Forgey, Excel Title Group, LLC, 2770 Main Street, Suite 114, Frisco, TX 75033

**COMPLAINT – U.S. v. $448,840.92**
Page **2** of **4**

<u>Claim for Relief</u>

9.      The United States respectfully requests that the Court forfeit the Defendant Property to

the United States, award costs and disbursements in this action to the United States and order any

other relief that the Court deems appropriate.


                                        Respectfully submitted,

                                        NICHOLAS J. GANJEI
                                        ACTING UNITED STATES ATTORNEY


                                            */s/ Camelia Lopez*
                                        Camelia Lopez
                                        Assistant United States Attorney
                                        State Bar No. 24036990
                                        101 East Park Blvd., Suite 500
                                        Plano, Texas 75074
                                        (972) 509-1201
                                        (972) 509-1209 (fax)
                                        Camelia.Lopez@usdoj.gov

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I, Wendy Cassidy, hereby state that:

1.    I am a Special Agent with United States Secret Service.

2.    I have read this Complaint, and the information contained herein is true and correct to the best of my knowledge.

3.    The information contained in this Complaint comes from the official files and records of the United States, statements from other law enforcement officers, and my investigation of this case.

I state and verify under penalty of perjury that the foregoing is true and correct.

Wendy Cassidy
Special Agent
United States Secret Service

Dated 3/2/21

**COMPLAINT – U.S. v. $448,840.92**
Page 4 of 4

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

1.    I, Wendy Cassidy, being duly sworn, depose and state that I am a special agent with the United States Secret Service (USSS) and have been so employed in this capacity since May 3, 2004. I am currently assigned to the Dallas Field Office Cyber Fraud Task Force.  Pursuant to 18 U.S.C. § 3056, I am authorized to investigate this matter, obtain search warrants and make arrests.  My experience as a Special Agent has included the investigation of cases involving access device fraud, wire fraud, identity theft, computer hacking, and other computer crimes.  I have received specific training and have gained experience in interview and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures.  I have received specialized training in the investigation of cybercrimes, including classes through which I have obtained certifications or other assessments of proficiency in the forensic analysis of Windows operating systems, network security, and cyber-incident response.

2.    The defendant property is $448,840.92 seized from Pacific Mercantile Bank account x2525 (PMB x2525) on September 23, 2020, at 949 S. Coast Drive, Suite 105, Costa Mesa, CA 92626, by the USSS pursuant to a federal seizure warrant.

3.    This property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(I)(C) and (D) because it is property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1030 (Computer Fraud), offenses constituting "specified unlawful activity" as defined by 18 U.S.C. § 1956(c)(7).

**FACTS SUPPORTING FORFEITURE.**

4. On September 11, 2020, Jason Forgey, the owner and operator of Forgey Law, LLC and Excel Title Group, located in the Eastern District of Texas, reported to the USSS Dallas Field Office that he was a victim of a Business Email Compromise scheme and suffered a loss of $1,237,792.41. Forgey was acting as an escrow agent between NASK Investments LLC and Hunt Servicing Company as the parties engaged in a property refinance transaction. On August 28, 2020, Forgey received an email purportedly from Hunt Servicing Company that contained new wiring instructions for the transaction. Although the email purported to be from Hunt, investigation revealed the email and new wire instructions were fraudulent. Because he believed the email to be genuine, Forgey complied with the instructions and wired $1,237,792.41 from Excel Title Group's account at First United Bank to JP Morgan Chase Bank account x1642 (JPMC x1642). Upon realizing that the email containing new wiring instructions was fraudulent, Forgey contacted First United Bank. First United Bank was able to recall a portion of the funds, however, $448,840.92 had already been forwarded to PMB x2525, an account held by Prime Trust.

5. Further investigation revealed that JPMC x1642 is an account owned by Thi Kim Chi Nguyen, whom investigators believed to be the victim of a Romance Scam in which Nguyen believed she was facilitating bank transfers for an individual she met online and who was purportedly overseas.

[Conclusion on next page]

Affidavit in Support of Forfeiture
Page 2 of 3

## CONCLUSION

6.   Based on the foregoing facts, there is probable cause to believe that the property seized

constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343 (Wire Fraud) and

18 U.S.C. § 1030 (Computer Fraud). Therefore, this property is subject to forfeiture pursuant to

Title 18 U.S.C. § 981(a)(1)(C) and (D).

WENDY CASSIDY
Special Agent
United States Secret Service

Affidavit in Support of Forfeiture
Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:21-cv-00202 |
| | § | |
| $448,840.92 IN UNITED STATES | § | |
| CURRENCY, | § | |
| Defendant. | § | |

## ORDER FOR WARRANT OF ARREST IN REM

TO:    The Clerk of the Court, United States District Court for the Eastern District of
Texas

WHEREAS, on March 16, 2021, the United States of America filed a verified

complaint for civil forfeiture in the United States District Court for the Eastern District of

Texas against the defendant property, alleging that the property is subject to seizure and

civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the Court, having reviewed the Complaint and the Government's

Application for Warrant of Arrest in Rem, finds, the defendant property is currently in the

possession, custody, or control of the United States; and

WHEREAS, Supplemental Rule G(3)(b)(i) provides that the clerk must issue a

warrant to arrest the property if it is in the government's possession, custody, or control;

YOU ARE, THEREFORE, HEREBY COMMANDED to issue an arrest warrant

in rem for the defendant property pursuant to Supplemental Rule G(3)(b)(i); and

YOU ARE FURTHER COMMANDED to deliver the arrest warrant in rem to a

**Order for Warrant of Arrest in Rem - Page 1 of 2**

person or organization authorized to execute it who may be a marshal or any other United

States officer or employee, someone under contract with the United States, or someone

specially appointed by the Court for that purpose, pursuant to Supplemental Rule

G(3)(c)(i).

　　IT IS SO ORDERED,

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA      §
Plaintiff,      §
     §
v.      §    No. 4:21-cv-00202
     §
$448,840.92 IN UNITED STATES      §
CURRENCY,      §
Defendant.      §

## <u>WARRANT OF ARREST IN REM</u>

TO:    The United States Secret Service for the Eastern District of Texas and/or any other
United States officer or employee, someone under contract with the United States,
or someone specially appointed by the court.

On March 16, 2021, the United States filed a verified complaint for civil forfeiture

in the United States District Court for the Eastern District of Texas against $448,840.92

in United States currency (defendant property) alleging that the property is subject to

seizure and forfeiture to the United States for the reasons alleged in the complaint.

The defendant property is currently in the possession, custody, or control of the

United States.

In these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the

Court to issue an arrest warrant in rem for the defendant property.

Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be

delivered to a person or organization authorized to execute it who may be a marshal or

any other United States officer or employee, someone under contract with the United

States, or someone specially appointed by the court for that purpose.

**Warrant of Arrest in Rem – Page 1 of 2**

YOU ARE COMMANDED to do the following:

1.      To arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

2.      Promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individual(s) upon whom copies were served and the manner employed.

Dated:

DAVID O'TOOLE
Clerk of the Court
United States District Court for the
Eastern District of Texas


By:    _____
       Deputy Clerk

**Warrant of Arrest in Rem – Page 2 of 2**

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | $448,840.92 in U.S. currency |

| **(b)** County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant    Collin |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| **(c)** Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Camelia Lopez, USAO, 101 E. Park Blvd., Suite 500 Plano, Texas 75074 (972) 509-1201 | |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☒ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
This is an in rem civil forfeiture proceeding pursuant to 18 USC 981

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 03/16/2021 | /s/ Camelia Lopez |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## VERIFICATION

**STATE OF TEXAS** §
§
**COUNTY OF DALLAS** §

    **BEFORE ME**, the undersigned notary, on this day personally appeared **JASON**

**MATTHEW FORGEY**, the affiant, a person whose identity is known to me. After I administered

an oath to affiant, affiant testified:

> My name is **JASON MATTHEW FORGEY**. I am the Managing
> Member of **FORGEY LAW GROUP PLLC.** I am capable of
> making this verification. I have read the foregoing Verified Claim
> to Assert Interest in $448,840.92 in United States Currency, and the
> facts stated therein are within my personal knowledge and are true
> and correct.

                                              **JASON MATTHEW FORGEY**

    **SUBSCRIBED** and **SWORN TO BEFORE ME**, this 21st day of June, 2021, to certify

which witness my hand and official seal of office.

                                    Notary Public in and for the State of Texas

NOTARIAL SEAL
Notary Public, State of Texas
Comm. Expires 08-18-2024
Notary ID 1180499-7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 4:21-CV-00202** |
| | § | |
| **$448,840.92 IN UNITED STATES CURRENCY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## VERIFIED CLAIM TO ASSERT INTEREST
## IN $448,840.92 IN UNITED STATES CURRENCY

**EXCEL TITLE GROUP, LLC, JASON M. FORGEY, ESQ.** and **FORGEY LAW GROUP PLLC,** by and through their counsel of record, file this Verified Claim pursuant to Rule G(5)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure XIII, and would respectfully show this Honorable Court the following:

**I.**

**(A)**  *Identification of Specific Property Claimed*

      1.    $448,840.92 in United States Currency.

**II.**

**(B)**  *Identity of Claim and Claimants' Interest in Property*

      2.    Excel Title Group, LLC ("Excel"), its title attorney and escrow agent Jason M. Forgey, Esq., ("Forgey") and Forgey Law Group PLLC ("FLG") are the Claimants in this matter.

3.    Forgey and FLG acted as a fee attorney and escrow agent for Excel in the closing of certain real estate transactions in Frisco, Texas.  Forgey was involved in the closing of a commercial lending transaction entered into by Origin Bank as Lender and NASK Investments, LLC (Jay R. Gajavelli) as Borrower.  Funds wired by Origin Bank to pay off the loan being serviced by Hunt Mortgage Capital, LLC ("Hunt Mortgage") were criminally misdirected to a fraudulent bank account.

4.    Prior to closing the NASK loan transaction, FLG was provided what appeared to be genuine, but were fraudulent, wiring instructions for payoff funds to Hunt Mortgage ("Payoff Funds").  FLG provided those wiring instructions to Excel.  Excel's accounting department, having been provided the Payoff Funds by Origin Bank, and relying on the fraudulent wiring instructions, sent $1,237,792.41 from Excel's escrow account ("Escrow Account") at First United Bank to a fraudulent account at JP Morgan Chase Bank ("Chase Bank") owned by Thi Kim Chi Nguyen.

5.    The Payoff Funds were wired to Chase Bank on September 1, 2020.  On September 2, 2020, FLG learned that Hunt Mortgage had not received the funds.  The investigation, which immediately ensued, revealed that the wire confirmation showed that funds were sent to an account which was not owned by Hunt Mortgage.

6.    FLG and Forgey took extensive actions to locate the misdirected funds with the assistance of Excel, First United Bank, Origin Bank, Garland Texas Police Department, Federal Bureau of Investigation and the United States Secret Service.  As a result of these immediate actions, Chase Bank returned available funds to the Escrow Account on September 22, 2020 in the amount of $797,817.92.

7.    In conjunction with First United Bank Fraud Department, it was discovered that funds totaling $448,480.92 had been previously wired from the fraudulent Chase Bank account to Pacific Mercantile Bank, and deposited into an account owned by Prime Trust LLC.

8.    The United States Secret Service executed a Wire Warrant on Pacific Mercantile Bank for the account owned by Prime Trust LLC. The account was frozen. Funds totaling $448,480.92 were seized pursuant to a federal seizure warrant by the United States Secret Service from Pacific Mercantile Bank account x2525 (PMB x2525) on September 23, 2020 at 949 South Coast Drive, Suite 105, Costa Mesa, California 92626.[1]

9.    Pursuant to the Texas Insurance Code statutory regulations governing the Excel Escrow Account at First United Bank, a shortage of monies from the Escrow Account shall be replaced within forty-five (45) days from the closing date of the bank statement of the account which reflects the transaction creating the escrow receivable. Tex. Ins. Code art. 9.39 (Audit Provisions).[2] If the restitution of the shortage is not made, the Texas Department of Insurance considers the shortage a violation of Texas Insurance Code § 2651.202 and could subject Excel to violations including the cessation of its business.

10.    To that end, Excel, Forgey and FLG replenished the Escrow Account by the forty-five (45) day deadline mandated by the Texas Department of Insurance by using their personal funds to refund the $448,840.92 deficit created by the fraudulent wire criminal activity. Because Claimants were victims of a criminal wire fraud scheme, and due to the significant personal

---

[1]    Doc 1, Verified Complaint For Forfeiture In Rem; Doc.1-1 Affidavit in Support of Complaint for Forfeiture ¶ 1, 4.
[2]    Tex. Ins. Code art 9.39 §4 (Escrow receivables are the responsibility of the escrow agent and constitute shortages in the account which are deemed to be violations of Article 9.39. Restitution of every shortage shall be made within forty-five (45) days from the closing date of the bank statement of the account which reflects the transaction creating the escrow receivable.)

undertaking by Excel, Forgey and FLG to protect and preserve the Escrow Account, Excel, Forgey and FLG file this Claim for the recovery of $448,840.92 in United States Currency.

### III.

11.    This Claim has been made within the time period stated in the Verified Complaint for Forfeiture In Rem as required in Rule G(5)(a)(ii)(A).

June 21, 2021                                      Respectfully submitted,

                                                  /s/ Susan A. Schwartz
                                                  Susan A. Schwartz (TSBN 00797900)
                                                  susan.schwartz@wilsonelser.com
                                                  **WILSON        ELSER        MOSKOWITZ
                                                  EDELMAN & DICKER, LLP**
                                                  901 Main Street, Suite 4800
                                                  Dallas, Texas  75202
                                                  214-698-8000 – telephone
                                                  214-698-1101 – telecopier

                                                  **COUNSEL  FOR  CLAIMANTS  EXCEL
                                                  TITLE GROUP, LLC, JASON M. FORGEY,
                                                  ESQ. AND FORGEY LAW GROUP, PLLC**

### CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a true and correct copy of the above and forgoing *Verified Claim to Assert Interest in $448,840.92 in United States Currency* was electronically filed with the Clerk of Court, and duly served upon Camelia Lopez, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 101 East Park Blvd., Suite 500, Plano, Texas 75074, via the CM/ECF Court Filing System, pursuant to the requirements of Rule G(5)(a)(i)(D) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions this 21st day of June, 2021.

                                                  /s/ Susan A. Schwawrtz
                                                  SUSAN A. SCHWARTZ

## VERIFICATION

**STATE OF OKLAHOMA**   §
                        §
**COUNTY OF TULSA**     §

    **BEFORE ME**, the undersigned notary, on this day personally appeared **LUKE STRAWN** the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

> My name is **LUKE STRAWN**. I am the **CHIEF EXECUTIVE OFFICER** of **EXCEL TITLE GROUP, LLC.**  I am capable of making this verification. I have read the foregoing Verified Claim to Assert Interest in $448,840.92 in United States Currency, and the facts stated therein are within my personal knowledge and are true and correct.

 

_____

**LUKE STRAWN**

    **SUBSCRIBED** and **SWORN TO BEFORE ME**, this ____ day of June, 2021, to certify which witness my hand and official seal of office.

    [NOTARIAL SEAL]

_____

Notary Public in and for the State of Oklahoma

---

**VERIFICATION OF SCOTT LUNA**                                                      **PAGE SOLO**

## VERIFICATION

STATE OF TEXAS        §
                              §
COUNTY OF DALLAS   §

**BEFORE ME**, the undersigned notary, on this day personally appeared **JASON MATTHEW FORGEY**, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

> My name is **JASON MATTHEW FORGEY**. I am the Managing Member of **FORGEY LAW GROUP, PLLC.** I am capable of making this verification. I have read the foregoing Verified Claim to Assert Interest in $448,840.92 in United States Currency, and the facts stated therein are within my personal knowledge and are true and correct.

_____

**JASON MATTHEW FORGEY**

**SUBSCRIBED** and **SWORN TO BEFORE ME**, this ____ day of June, 2021, to certify which witness my hand and official seal of office.

[NOTARIAL SEAL]           _____
                                         Notary Public in and for the State of Texas

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 4:21-CV-00202** |
| | § | |
| **$448,840.92   IN   UNITED   STATES** | § | |
| **CURRENCY,** | § | |
| | § | |
| **Defendant.** | § | |

## VERIFIED CLAIM TO ASSERT INTEREST
## IN $448,840.92 IN UNITED STATES CURRENCY

**EXCEL TITLE GROUP, LLC**, **JASON M. FORGEY, ESQ.** and **FORGEY LAW GROUP PLLC**, by and through their counsel of record, file this Verified Claim pursuant to Rule G(5)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure XIII, and would respectfully show this Honorable Court the following:

### I.

**(A)** *Identification of Specific Property Claimed*

1.    $448,840.92 in United States Currency.

### II.

**(B)** *Identity of Claim and Claimants' Interest in Property*

2.    Excel Title Group, LLC ("Excel"), its title attorney and escrow agent Jason M. Forgey, Esq., ("Forgey") and Forgey Law Group PLLC ("FLG") are the Claimants in this matter.

3.    Forgey and FLG acted as a fee attorney and escrow agent for Excel in the closing of certain real estate transactions in Frisco, Texas. Forgey was involved in the closing of a

commercial lending transaction entered into by Origin Bank as Lender and NASK Investments, LLC (Jay R. Gajavelli) as Borrower. Funds wired by Origin Bank to pay off the loan being serviced by Hunt Mortgage Capital, LLC ("Hunt Mortgage") were criminally misdirected to a fraudulent bank account.

4.      Prior to closing the NASK loan transaction, FLG was provided what appeared to be genuine, but were fraudulent, wiring instructions for payoff funds to Hunt Mortgage ("Payoff Funds"). FLG provided those wiring instructions to Excel. Excel's accounting department, having been provided the Payoff Funds by Origin Bank, and relying on the fraudulent wiring instructions, sent $1,237,792.41 from Excel's escrow account ("Escrow Account") at First United Bank to a fraudulent account at JP Morgan Chase Bank ("Chase Bank") owned by Thi Kim Chi Nguyen.

5.      The Payoff Funds were wired to Chase Bank on September 1, 2020. On September 2, 2020, FLG learned that Hunt Mortgage had not received the funds. The investigation, which immediately ensued, revealed that the wire confirmation showed that funds were sent to an account which was not owned by Hunt Mortgage.

6.      FLG and Forgey took extensive actions to locate the misdirected funds with the assistance of Excel, First United Bank, Origin Bank, Garland Texas Police Department, Federal Bureau of Investigation and the United States Secret Service. As a result of these immediate actions, Chase Bank returned available funds to the Escrow Account on September 22, 2020 in the amount of $797,817.92.

7.      In conjunction with First United Bank Fraud Department, it was discovered that funds totaling $448,480.92 had been previously wired from the fraudulent Chase Bank account to Pacific Mercantile Bank, and deposited into an account owned by Prime Trust LLC.

8.      The United States Secret Service executed a Wire Warrant on Pacific Mercantile Bank for the account owned by Prime Trust LLC. The account was frozen. Funds totaling

$448,480.92 were seized pursuant to a federal seizure warrant by the United States Secret Service from Pacific Mercantile Bank account x2525 (PMB x2525) on September 23, 2020 at 949 South Coast Drive, Suite 105, Costa Mesa, California 92626.[1]

9.      Pursuant to the Texas Insurance Code statutory regulations governing the Excel Escrow Account at First United Bank, a shortage of monies from the Escrow Account shall be replaced within forty-five (45) days from the closing date of the bank statement of the account which reflects the transaction creating the escrow receivable. Tex. Ins. Code art. 9.39 (Audit Provisions).[2] If the restitution of the shortage is not made, the Texas Department of Insurance considers the shortage a violation of Texas Insurance Code § 2651.202 and could subject Excel to violations including the cessation of its business.

10.     To that end, Excel, Forgey and FLG replenished the Escrow Account by the forty-five (45) day deadline mandated by the Texas Department of Insurance by using their personal funds to refund the $448,840.92 deficit created by the fraudulent wire criminal activity. Because Claimants were victims of a criminal wire fraud scheme, and due to the significant personal undertaking by Excel, Forgey and FLG to protect and preserve the Escrow Account, Excel, Forgey and FLG file this Claim for the recovery of $448,840.92 in United States Currency.

### III.

11.     This Claim has been made within the time period stated in the Verified Complaint for Forfeiture In Rem as required in Rule G(5)(a)(ii)(A).

June __, 2021                                Respectfully submitted,

---

[1]     Doc 1, Verified Complaint For Forfeiture In Rem; Doc.1-1 Affidavit in Support of Complaint for Forfeiture ¶ 1, 4.

[2]     Tex. Ins. Code art 9.39 §4 (Escrow receivables are the responsibility of the escrow agent and constitute shortages in the account which are deemed to be violations of Article 9.39. Restitution of every shortage shall be made within forty-five (45) days from the closing date of the bank statement of the account which reflects the transaction creating the escrow receivable.)

*/s/ Susan A. Schwartz*

Susan A. Schwartz (TSBN 00797900)
susan.schwartz@wilsonelser.com
**WILSON          ELSER          MOSKOWITZ
EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202
214-698-8000 – telephone
214-698-1101 – telecopier

**COUNSEL FOR CLAIMANTS EXCEL
TITLE GROUP, LLC, JASON M. FORGEY,
ESQ. AND FORGEY LAW GROUP, PLLC**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and forgoing
*Verified Claim to Assert Interest in $448,840.92 in United States Currency* was electronically filed
with the Clerk of Court, and duly served upon Camelia Lopez, Assistant United States Attorney,
OFFICE OF THE UNITED STATES ATTORNEY, 101 East Park Blvd., Suite 500, Plano, Texas
75074, via the CM/ECF Court Filing System, pursuant to the requirements of Rule G(5)(a)(i)(D)
of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

*/s/ Susan A. Schwawrtz*
SUSAN A. SCHWARTZ

## VERIFICATION

**STATE OF OKLAHOMA** §
                            §
**COUNTY OF TULSA** §

      **BEFORE ME,** the undersigned notary, on this day personally appeared **LUKE STRAWN**

the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant

testified:

> My name is **LUKE STRAWN**. I am the **CHIEF EXECUTIVE OFFICER** of **EXCEL TITLE GROUP, LLC.** I am capable of making this verification. I have read the foregoing Verified Claim to Assert Interest in $448,840.92 in United States Currency, and the facts stated therein are within my personal knowledge and are true and correct.

**LUKE STRAWN**

      **SUBSCRIBED** and **SWORN TO BEFORE ME,** this $\underline{21}$ day of June, 2021, to certify

which witness my hand and official seal of office.

```
----[NOTARIAL SEAL]----
     ELIZABETH DAVIDSON
        Notary Public
       State of Oklahoma
Commission # 18003689  Expires 04/11/22
```

Notary Public in and for the State of Oklahoma

## VERIFICATION

**STATE OF TEXAS**           §
                             §
**COUNTY OF DALLAS**         §

**BEFORE ME,** the undersigned notary, on this day personally appeared **JASON**

**MATTHEW FORGEY,** the affiant, a person whose identity is known to me. After I administered

an oath to affiant, affiant testified:

> My name is **JASON MATTHEW FORGEY.** I am the Managing
> Member of **FORGEY LAW GROUP, PLLC.** I am capable of
> making this verification. I have read the foregoing Verified Claim
> to Assert Interest in $448,840.92 in United States Currency, and the
> facts stated therein are within my personal knowledge and are true
> and correct.

_____

**JASON MATTHEW FORGEY**

**SUBSCRIBED** and **SWORN TO BEFORE ME,** this _____ day of June, 2021, to certify

which witness my hand and official seal of office.

[NOTARIAL SEAL]                    _____

Notary Public in and for the State of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | No. 4:22-cv-626 |
| | § | Judge Mazzant |
| BITTREX, INC.; | § | |
| EXCEL TITLE GROUP, LLC; | § | |
| JASON M. FORGEY; and | § | |
| FORGEY LAW GROUP, PLLC, | § | |
|     Defendants. | § | |

## **COMPLAINT FOR INTERPLEADER AND INJUNCTIVE RELIEF**

Plaintiff, the United States of America, by and through undersigned counsel, Brit

Featherston, United States Attorney for the Eastern District of Texas, and Robert Austin

Wells, Assistant United States Attorney, brings this complaint for interpleader and

injunctive relief, pursuant to Rule 22 of the Federal Rules of Civil Procedure and 28

U.S.C. §§ 1335 and 2361, and states as follows:

### **INTRODUCTION**

1.    This Court has original jurisdiction over this civil action of interpleader

pursuant to 28 U.S.C. § 1335(a).

2.    Venue over this civil adversary proceeding is proper in the Eastern District

of Texas pursuant to 28 U.S.C. § 1397 because at least one of the potential claimants

resides within this district.

3.    Plaintiff is the United States of America.

4.      The Property in the possession of the United States is $448,840.92 in

United States Currency.

5.      This action arises from the United States Secret Service's ("USSS") seizure

of the Property on September 23, 2020, pursuant to the execution of a seizure warrant

issued by this Court. The Property is currently in the custody of the USSS.

6.      After receiving administrative notice of the seizure from USSS, Bittrex,

Inc., Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group, PLLC filed

administrative claims asserting an ownership interest in the Property.

7.      On March 16, 2021, the United States filed a civil forfeiture complaint in

the Sherman Division of the Eastern District of Texas. *See United States v. $448,840.92*

*in United States Currency*, Case No. 4:21-cv-202-ALM (the "EDTX Civil Forfeiture

Action").

8.      Bittrex, Inc., Excel Title Group, LLC, Jason M. Forgey, and Forgey Law

Group, PLLC all filed verified claims and answers in the EDTX Civil Forfeiture Action.

9.      The government moved to dismiss the EDTX Civil Forfeiture Action in

September 2021. Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group,

PLLC opposed that motion. The Court initially denied the government's motion to

dismiss.

10.     In December 2021, the government moved for reconsideration of the

Court's denial of the dismissal motion in the EDTX Civil Forfeiture Action.

11.     On June 22, 2022, the Court granted the government's motion to dismiss conditionally provided that the government (1) file an interpleader action concerning the Property within 30 days; and (2) immediately move to deposit the disputed Property following filing of the interpleader action.

## PROPERTY AND CLAIMANT DETAILS

12.     Currently known adverse Potential Claimants are:

(a)     Bittrex, Inc.;

(b)     Excel Title Group, LLC;

(c)     Jason M. Forgey; and

(d)     Forgey Law Group, PLLC.

## CONCLUSION AND REQUEST FOR RELIEF

13.     By reason of these multiple Potential Claimants with diverse citizenship and with claims that are adverse to and independent of one another, Plaintiff is in doubt as to which Claimant may be entitled to the Property.

14.     Plaintiff is able to deposit the Property into this Court's register in accordance with 28 U.S.C. § 1335(a)(2) and will file a motion with the Court to do so immediately following the filing of this Complaint.

WHEREFORE, the United States of America prays that this Court enter an order permitting the Government to deposit the Property with the Clerk of Court, pending judgment of the Court resolving this civil action; restrain each Potential Claimant from instituting any action against Plaintiff for recovery of the interpleaded Property; discharge Plaintiff from any and all liability in connection with the interpleaded Property; dismiss Plaintiff from this adversary proceeding; and grant Plaintiff such other and further relief as is just and property.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

  /s/ Camelia Lopez
CAMELIA LOPEZ
Assistant United States Attorney
State Bar No. 24036990
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Camelia.Lopez@usdoj.gov

ROBERT AUSTIN WELLS
Assistant United States Attorney
Texas Bar No. 24033327
110 N. College, Suite 700
Tyler, TX 75702
Tel: (903) 590-1400
Fax: (903) 590-1436
Robert.wells3@usdoj.gov

ATTORNEYS FOR THE UNITED
STATES

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic mail pursuant to agreement of counsel on this the 22nd day of July, 2022 as follows:

Bittrex, Inc.
c/o
Jean-Jacques Cabou
Matthew Koerner
PERKINS COIE LLP
2901 N Central Avenue
Suite 2000
Phoenix, Arizona 85012-2786
jcabou@perkinscoie.com
MKoerner@perkinscoie.com

Excel Title Group, LLC
Jason M. Forgey
Forgey Law Group, PLLC
c/o
Susan Abbott Schwartz
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202
susan.schwartz@wilsonelser.com

                                    /s/ Camelia Lopez
                                    CAMELIA LOPEZ
                                    Assistant United States Attorney

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | Bittrex, Inc.; Excel Title Group, LLC; Jason M. Forgey; and Forgey Law Group, PLLC |

| **(b)**  County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Camelia Lopez<br>101 East Park Blvd., Suite 500<br>Plano, Texas 75074 | PERKINS COIE LLP (Bittrex)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>(All other claimants) |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
      Plaintiff

❏ 3   Federal Question
      *(U.S. Government Not a Party)*

❏ 2   U.S. Government
      Defendant

❏ 4   Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ☒ 1 | Incorporated *or* Principal Place<br>of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a<br>Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | of Property 21 USC 881 | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | ☒ 690 Other | 28 USC 157 | 3729(a)) |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| Student Loans | ❏ 340 Marine | Injury Product | | New Drug Application | ❏ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | | ❏ 840 Trademark | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | Relations | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| | ❏ 362 Personal Injury - | Product Liability | ❏ 751 Family and Medical | | ❏ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ❏ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | Income Security Act | or Defendant) | ❏ 899 Administrative Procedure |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | Act/Review or Appeal of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
     Proceeding

❏ 2  Removed from
     State Court

❏ 3  Remanded from
     Appellate Court

❏ 4  Reinstated or
     Reopened

❏ 5  Transferred from
     Another District
     *(specify)*

❏ 6  Multidistrict
     Litigation -
     Transfer

❏ 8  Multidistrict
     Litigation -
     Direct File

| VI.  CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:<br>28 U.S.C. § 1335(a)<br>Brief description of cause:<br>complaint for interpleader and injunctive relief |
|---|---|

| VII. REQUESTED IN<br>COMPLAINT: | ❏  CHECK IF THIS IS A CLASS ACTION<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:        ❏ Yes    ❏ No |
|---|---|---|---|

| VIII. RELATED CASE(S)<br>IF ANY | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| | /s/ Camelia Lopez, AUSA |

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

JS 44 Reverse (Rev. 06/17)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

| FOR GOVERNMENT USE ONLY |
|---|
| **DATE PETITION RECEIVED:** _____ <br> **PETITION TIMELY FILED:**   YES _____   NO _____ <br> **PROPERTY STATUS:** _____ <br> **FORFEITURE STATUS:** _____ |

CASE NUMBER:     ████ 55578

SEIZURE NUMBER:     ████ 017     ASSET IDENTIFICATION:     ████ 0001

## PETITION FOR REMISSION/MITIGATION

Petitioner:     **Excel Title Group, LLC**
Address:         2770 Main Street, Suite 114
                     Frisco, Texas 75033

Contact:         **Jason M. Forgey**

Office Phone: (972) 696-9583          Cell Phone:   (972) 757-9852
E-mail:         Jason@Title.Law          Fax:         (888) 352-0345

*Petitioner does not contest the forfeiture, but agrees with Secret Service that property seized in the referenced case is subject to forfeiture by the U.S. government. In filing this Petition, Petitioner submits to an administrative (i.e., non-judicial) process, whereby Secret Service has authority to consider and determine Petitioner's interest, if any, in the property seized. Where a valid interest is established, seized property and/or the value thereof may, depending upon the status of the property and/or forfeiture, be remitted or returned to Petitioner, less applicable costs and expenses. Where mitigation is recommended, monetary penalties may also be imposed.*

1.  **Please indicate your status in filing this Petition:** (check appropriate box)

    ☒     Petitioner is an **OWNER** or **LIENHOLDER**.

    ☒     Petitioner is a **BONA FIDE PURCHASER** or **SELLER FOR VALUE**.

    ☒     Petitioner is a **VICTIM** of fraud.

2.  **Petitioner must identify property in which an interest is claimed, in whole or in part, by the relevant asset number(s) and/or property description:**

    ☒     Please check this box, if you claim an interest in **all** assets in this Seizure.

**ASSET NUMBER:** ▮▮▮▮▮▮▮▮0001
**ASSET DESCRIPTION:** Pacific Mercantile Bank Account # ▮▮2525 in the name of Prime Trust, LLC
**ASSET VALUE:** $448,840.92

3. **Petitioner must specify its particular interest in the asset(s) seized and/or indicate its loss in the referenced case:**

Petitioner wired funds from their account at First United Bank in the amount of $1,237,792.41 to a fraudulent account at Chase Bank as part of an e-mail spoof/hacking scheme. Funds were ultimately returned to Petitioner from Chase Bank, but not before $448,840.92 had already been illegally wired to Pacific Mercantile Bank (the seized assets referenced herein).

Miraculously, this $448,840.92 was identified and seized by the United States Secret Service, thanks to the assistance and hard work of Wendy Cassidy and Brian L. Sanders in the Dallas Field Office of the United States Secret Service, Detective Walter Carter from the City of Garland Police Department, and Alli Townsend in the Fraud Department of First United Bank.

These funds totaling $448,840.92 were illegally and wrongfully taken from Petitioner's account. <u>Our small business will be facing a total loss if all funds are not returned.</u>

4. **Please detail the facts and circumstances surrounding your loss, and attach documentation (i.e., Affidavits, Certificates of Title, financing statements; loan documents; credit applications; contracts; bill of sale; invoices; mortgages; purchase orders; transaction records; checks; receipts; credit card statements; liens; correspondence; account information; etc.), which: (a) supports your interest in seized property; (b) shows proof of your status as an owner/lienholder, or bona fide purchaser/seller, or victim; (c) provides sufficient evidence of, and a connection between, your loss and the fraud committed; (d) or, otherwise supports remission or mitigation of asset(s):**

☒    Please check this box if supporting documentation is attached to this Petition.

As stated above, the above-referenced seized funds totaling $448,840.92 were illegally and wrongfully taken from Petitioner's account. Attached as Exhibits please find the following supporting documentation of the stolen funds:

- **Exhibit "A"** -- Legal Notice posted on forfeiture.gov of the seizure of $448,840.92, being the above-referenced seized/stolen funds, Asset ID No. ▮▮▮▮▮▮▮0001, deadline to file Petition being January 18, 2021.

- **Exhibit "B"** --- Notice of Seizure Letter sent to Jason M. Forgey / Excel Title Group LLC from the United States Secret Service with sample Petition form.

- **Exhibit "C"** – Letter from Susan Schwartz, attorney for Jason M. Forgey, to Orix USA (the parent company of Hunt Real Estate Capital), detailing in bullet-point fashion a synopsis of the funds that were stolen via wire fraud and the steps taken to notify authorities and reclaim the wired funds that were stolen from our escrow account and wired to Pacific Mercantile Bank, where the above-referenced assets were seized.

- **Exhibit "D"** – Proposed Plaintiff's Original Petition from Origin Bank (new lender) vs. Chase Bank requesting freezing of accounts and return of the stolen funds. Prior to filing this lawsuit, Chase Bank returned all remaining funds as a result of a wire warrant executed by Detective Walter Carter from the City of Garland, Texas Police Department. This draft petition provides extra details of the crime and theft of money in the possession of Excel Title Group LLC.

- **Exhibit "E"** – Affidavit of Jason Forgey, providing facts known at the time to support Plaintiff's Original Petition as provided in Exhibit "D" above. Subsequent to this Affidavit, the nearly $800,000 was returned via wire from Chase Bank, and the United States Secret Service executed a wire warrant and seized the above-referenced assets ($448,840.92) from Pacific Mercantile Bank.

- **Exhibit "F"** – Confirmation of wire sent to fraudulent account on 9/1/2020 from escrow account of Excel Title Group LLC at First United Bank.

- **Exhibit "G"** – Demand Letter on September 15, 2020, from Spencer Fane, attorneys for Origin Bank (new lender), demanding we pay off prior lien from Hunt so they can be in first position.

- **Exhibit "H"** – E-mail between (a) Alli Townsend, Fraud Department at First United Bank (Excel Title's Escrow Account), (b) Jason Forgey, (c) Detective Walter Carter of the Garland Police Department, and (d) Brian Sanders and Wendy Cassidy of the United States Secret Service, indicating the following:
  - A partial recovery of $797,817.82 was made from Chase Bank from the original fraudulent wire sent; and
  - Secret Service is working on wire warrant for the funds at Pacific Mercantile Bank for the remaining funds ($448,840.92).

- **Exhibit "I"** – E-mail between (a) Detective Walter Carter of the Garland Police Department, (b) Jason Forgey, (c) Alli Townsend, Fraud Department at First United Bank (Excel Title's Escrow Account), and (d) Wendy Cassidy of the United States Secret Service, indicating the following:
  - Detective was attempting to also issue a wire warrant on Pacific Mercantile Bank;
  - Per Alli Townsend, the remaining stolen funds were wired to Pacific Mercantile Bank in the amount of $448,840.92); and
  - Brian Sanders will be taking over this case at the Secret Service for Wendy Cassidy.

- **Exhibit "J"** – E-mail between (a) Brian Sanders of the United States Secret Service, (b) Jason Forgey, (c) Alli Townsend, Fraud Department at First United Bank (Excel Title's Escrow Account), and (d) Detective Walter Carter of the Garland Police Department, indicating the following:
  - Brian Sanders from the Secret Service confirmed his warrant was executed and the assets at Pacific Mercantile Bank were seized. A cashier's check was to be mailed to his office;
  - Confirmation that the check arrived to his office on Wednesday, September 30, 2020; and
  - Once funds were received, we can begin the process of getting the funds back into our account.

I believe the above documentation provides the necessary support as required by this petition, that:

(a) This petition is not frivolous.

(b) We have a property interest in the seized property, being the funds that were stolen from our escrow account and attempted to be wired away to additional accounts.

(c) We did all in our capability to get the funds located, isolated, and returned to our escrow account at First United Bank. Funds would have been untraceable if not for the hard work of the United States Secret Service, the Garland Police Department, and First United Bank.

(d) Per Brian Sanders at the Secret Service, this wire fraud case was the first of potentially many other wire fraud cases involving accounts related to Prime Trust LLC and/or Pacific Mercantile Bank. Any claims they were unaware of the illegal activity by Prime Trust LLC in conjunction with their bank accounts should be denied.

(e) In the alternative, if for some reason you do not determine Excel Title Group LLC or Jason Forgey have a property interest in the seized assets, we respectfully request remission or mitigation of the forfeited funds, being that:

  a. Petitioner has suffered a specific pecuniary loss ($448,840.92) caused by the criminal offense and related offenses, that was the underlying basis for the forfeiture;
  b. The pecuniary loss is the direct result of illegal acts (wire fraud and transfer of that stolen money to an account at Pacific Mercantile Bank);
  c. We did not knowingly contribute to, participate in, or benefit from the commission of the offense or related offenses that were the underlying basis of the forfeiture;
  d. We have not been compensated for the wrongful loss of the property by the perpetrator or others – if we do not receive the seized funds, our small business will be bankrupt and be forced to close. I cannot absorb a loss of $448,840.92 plus attorney fees, and insurance will not pay any claim related to wire fraud; and
  e. We do not have any other recourse reasonably available to us.

Thank you for your time and consideration. Please feel free to contact me directly with any questions or further information.

**ON THIS 18TH DAY OF DECEMBER, 2020, I DECLARE, UNDER PENALTY OR PERJURY, THAT I HAVE PERSONAL KNOWLEDGE OF THE MATTERS REFERRED TO IN THIS PETITION FOR REMISSION OR MITIGATION, AND BASED UPON MY KNOWLEDGE AND BELIEF, THE FOREGOING IS TRUE AND CORRECT.**

**Excel Title Group LLC**

By:     **Jason M. Forgey**
        **Cell: (972) 757-9852**
        **E-Mail: jason@title.law**


STATE OF TEXAS          §
                        §
COUNTY OF DENTON        §

Before me, the undersigned, on this day personally appeared **Jason M. Forgey**, known to me (or proved to me on the oath of _____, or through **Driver's License**) to be the persons whose names are subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 18th day of December, 2020.


_____
Notary Public, State of Texas

# EXHIBIT "A"

LEGAL NOTICE POSTED AT FORFEITURE.GOV



**TITLE.LAW**

Forgey Law Group PLLC

2770 Main Street, Suite 114, Frisco, Texas 75033
Phone: [972] 696-9585 • Fax: [888] 352-0346
Jason@Title.Law

USSS OFFICIAL NOTIFICATION POSTED ON NOVEMBER 19, 2020

## LEGAL NOTICE
## ATTENTION

The U.S. Secret Service gives notice that the following properties were seized for forfeiture in accordance with Title 18, U.S.C., Section 981. Laws and procedures applicable to the forfeiture process can be found at 18 U.S.C. §§981-984 and 19 U.S.C. §§1602, et seq. To contest the forfeiture of the property in U.S. District Court, file a claim with the U.S. Secret Service on or before the date indicated. A claim must meet the requirements set forth in 18 U.S.C. 983(a)(2)(C) and must be filed with the Secret Service Asset Forfeiture Division by the date indicated below. A claim form may be obtained by contacting the Secret Service Asset Forfeiture Division at the address indicated below. A claimant may request immediate release of the seized property by filing a hardship petition in accordance with 18 U.S.C. §983(f). Interested parties who do not want to contest the forfeiture in U.S. District Court but seek to have the property returned may file a Petition for Remission or Mitigation of the Forfeiture with the U.S. Secret Service on or before the date indicated below. The petition must contain proper documentation of the party's interest in the property and must include the facts and circumstances justifying return of the property. Submit claims, hardship petitions, and/or petitions for remission or mitigation to the U.S. Secret Service, Communications Center - AFD, 245 Murray Lane, SW, Building T-5, Washington, D.C. 20223. For further information concerning the forfeiture process or to obtain copies of the statutes referenced above, contact the Secret Service Asset Forfeiture Division at (202) 406-7222.

## DEADLINE TO FILE CLAIM JANUARY 18, 2021
## DEADLINE TO FILE PETITION JANUARY 18, 2021

### DISTRICT OF NEVADA

### CENTRAL DISTRICT OF CALIFORNIA
0001, Pacific Mercantile Bank Account #    2525 in the Name of Prime Trust LLC valued at $448,840.92 seized on September 23, 2020 in Costa Mesa, CA from Prime Trust LLC

### EASTERN DISTRICT OF NEW YORK
0001, Citibank Official Check #    5703 valued at $2,588.00 seized on September 25, 2020 in Brooklyn, NY

### CENTRAL DISTRICT OF ILLINOIS
0001, Wells Fargo Bank Cashier's Check #    0141 valued at $233,565.38 seized on September 09, 2020 in Canton, IL from Theodore A. White

### WESTERN DISTRICT OF TEXAS
0001, Bank of America Account #    2846 in the Name of Sharron V. Turner valued at $49,964.82 seized on September 25, 2020 in New Braunfels, TX from Sharron V. Turner

### EASTERN DISTRICT OF VIRGINIA
0001, $5,000.00 in U.S. Currency valued at $5,000.00 seized on September 30, 2020 in Williamsburg, VA from Darrin Michael Crow

0002, Visa Prepaid Debit Card valued at $1,301.75 seized on September 30, 2020 in Williamsburg, VA from Darrin Michael Crow

### EASTERN DISTRICT OF VIRGINIA
0001, $9,100.00 in U.S. Currency valued at $9,100.00 seized on September 23, 2020 in Williamsburg, VA from Darrin Michael Crow

### DISTRICT OF MINNESOTA
0001, US Bank Account #    4312 in the Name of James Turner valued at $50,000.00 seized on September 25, 2020 in Minneapolis, MN from James Turner

### CENTRAL DISTRICT OF CALIFORNIA
0001, Wells Fargo Bank Cashier's Check #    2111 valued at $45,800.00 seized on September

The Property Listed above is NOT for sale. The Secret Service DOES NOT sell forfeited property and the Secret Service DOES NOT have information on property for sale.

# EXHIBIT "B"

NOTICE OF SEIZURE LETTER SENT TO

JASON M. FORGEY / EXCEL TITLE GROUP LLC

FROM THE

UNITED STATES SECRET SERVICE

WITH SAMPLE PETITION FORM



Forgey Law Group PLLC

2770 MAIN STREET, SUITE 114, FRISCO, TEXAS 75033
PHONE: (972) 698-9983 • FAX: (888) 352-0345
JASON@TITLE.LAW



U.S. Department of Homeland Security
UNITED STATES SECRET SERVICE

11/19/2020

Excel Title Group
Attn: Jason M. Forgey
2770 Main Street
Suite #114
Frisco, TX 75033

RE:    Seizure of Property

| | |
|---|---|
| Agency Case Number | : 303-775-55578 |
| Seizure Number(s) | : 303-2020-017 |
| Asset Identification | : 303-2020-017-0001 |
| Asset Description | : Pacific Mercantile Bank Account # ████ 2525 in the Name of Prime Trust LLC |
| Asset Value | : $448,840.92 |

Dear Mr. Forgey:

On 09/23/2020 in Costa Mesa, CA, the property described above was seized for forfeiture by the United States Secret Service (USSS) from Prime Trust LLC. The item is subject to forfeiture pursuant to Title 18 USC 981 as properties that were used in, or acquired by, violation of Title 18 USC 1343.

As you (or, if applicable, your organization) have been identified as a potential interested party in this matter, this letter is to inform you of the following options:

1. You may agree to the forfeiture and petition the USSS for return/remission of the forfeited property by filing the attached "Petition for Remission/Mitigation" form.

2. You may disagree with the forfeiture and seek to contest it in United States District Court by filing a claim with the attached "Seized Asset Claim Form."

3. You may have no interest in this property and therefore do not need to respond to this letter in any manner.

## To Request Remission or Mitigation of Forfeiture

If you agree with the USSS that the property is subject to forfeiture and wish to have the USSS, through the administrative process, determine whether to remit (i.e., return the property (or your interest in it) or the value thereof) or mitigate (i.e., return the property or the value thereof upon imposition of a penalty) the forfeiture, you must submit the attached "Petition for Remission or Mitigation" form to the address indicated below.

The petition must include proof of your interest in the property supported by bills of sale, contracts, mortgages, or other satisfactory documentary evidence and must include the facts and circumstances that you believe justify remission or mitigation of forfeiture.   In order to obtain remission or mitigation of the forfeiture, the petitioner must satisfactorily establish the following:

1. With respect to a property interest in existence at the time that the illegal conduct giving rise to forfeiture took place, a petitioner must establish the following:
   a. a legally cognizable property interest in the seized property; and
   b. no knowledge of the conduct giving rise to the forfeiture; or
   c. upon learning of the conduct giving rise to the forfeiture, the petitioner did all that reasonably could be expected under the circumstances to terminate such use of the property.

2. With respect to a property interest acquired after the conduct giving rise to the forfeiture has taken place, a petition must establish:
   a. a legally cognizable property interest in the seized property;
   b. at the time the property interest was acquired, that the petitioner was a bona fide purchaser or seller for value; and
   c. that the petitioner did not know and was reasonably without cause to believe that the property was subject to forfeiture.

3. A petitioner who cannot establish a property interest in the property, may obtain remission or mitigation of the forfeiture if the petition established that:
   a. a pecuniary loss of a specific amount has been directly caused by the criminal offense, or related offense, that was the underlying basis for the forfeiture supported by documentary evidence including invoices and receipts;
   b. the pecuniary loss is the direct result of the illegal acts and is not the result of otherwise lawful acts that were committed in the course of a criminal offense;
   c. the victim did not knowingly contribute to, participate in, benefit from, or act in a willfully blind manner towards the commission of the offense, or related offense, that was the underlying basis of the forfeiture;
   d. the victim has not in fact been compensated for the wrongful loss of the property by the perpetrator or others; and
   e. the victim does not have recourse reasonably available to other assets from which to obtain compensation for the wrongful loss of the property.

The petition should be filed within thirty-five (35) days of the date of this letter.

## To Contest the Forfeiture

If you disagree with the USSS that the property is subject to forfeiture and want the case tried in U.S. District Court, you must file a Claim of Ownership using the attached "Seized Asset Claim Form" with the USSS by December 24, 2020. **Please note:** if your sole intention is to request remission or mitigation of forfeited property (see above), and you are **not** seeking to challenge the forfeiture in court, you need only submit the enclosed "Petition for Remission or Mitigation" form; in that instance it is unnecessary to submit **both** the Petition for Remission or Mitigation" form **and** the "Seized Asset Claim" form.

The Claim of Ownership must:

1. Identify specific property claimed;
2. State the claimant's interest in the property;
3. Provide documentary evidence of the claimant's interest, if available;
4. State that the claim is not frivolous; and
5. Be signed and made under oath subject to penalty of perjury.

As stated above, the person alleging an interest in the property must swear to the Claim of Ownership under penalty of perjury.   For your reference, the acceptable language required by statute is as follows:

I declare, (or certify, or verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed On                      Sworn Date
                                 Party Signature

Unsupported submissions signed by attorneys are insufficient to satisfy the requirement that claims be personally executed.   A Seized Asset Claim form is enclosed for your convenience. Seized Asset Claim Forms must be submitted to the address indicated below.


## Release of Property to Avoid Substantial Hardship

If you choose to contest the forfeiture and file a Claim of Ownership using the Seized Asset Claim Form as set forth above, you may be entitled to immediate release of the seized property if:

1. You have a possessory interest in the property;
2. You have sufficient ties to the community to provide assurance that the property will be available at the time of the trial;
3. You show that the continued possession by the Government pending the final disposition of forfeiture proceedings will cause you substantial hardship;
4. You show that your likely hardship from the continued possession by the Government of the seized property outweighs the risk that the property will be destroyed, damaged, lost, concealed, or transferred if it is returned to you during the pendency of the proceedings;
5. The property is not contraband, evidence of a violation of a law, currency, or currency, or other monetary instrument, or electronic funds unless such other monetary instrument or electronic funds constitutes the assets of a business that has been seized;
6. The property is not, by reason of design or other characteristic, particularly suited for use in illegal activities;
7. The property is not likely to be used to commit additional criminal acts if returned to you.

A claimant seeking release of property must file a request for Possession of the Property with the Deputy Assistant Director of the USSS's Office of Investigations at the address indicated below.   A request for Possession of the Property must set forth the basis on which the requirements listed above are met.

If not later than fifteen days after the USSS receives a request for Possession of the Property the property is not released, the claimant may file a petition for release of the property in the district court in which the seizure warrant was issued or in the district court for the district in which the property was seized.

Please ensure that any correspondence regarding this matter references the Seizure Number provided above.    All documents should be submitted to the following address via commercial carrier (e.g., FedEx, DHL, UPS).

Communications Center - AFB
245 Murray Lane, S.W.
Building #T-5
Washington, DC 20223

| FOR GOVERNMENT USE ONLY | | |
|---|---|---|
| DATE PETITION RECEIVED: | | |
| PETITION TIMELY FILED: | YES: __ | NO: __ |
| PROPERTY STATUS: | | |
| FORFEITURE STATUS: | | |

CASE NUMBER: _____          SEIZURE NUMBER: _____

# PETITION FOR REMISSION/MITIGATION

Petitioner: _____
Street Address: _____

City: _____ State: _____
Contact: _____ Telephone: _____
    *E-mail address:* _____ Fax: _____

*Petitioner does not contest the forfeiture, but agrees with Secret Service that property seized in the referenced case is subject to forfeiture by the U.S. government. In filing this Petition, Petitioner submits to an administrative (i.e., non-judicial) process, whereby Secret Service has authority to consider and determine Petitioner's interest, if any, in the property seized. Where a valid interest is established, seized property and/or the value thereof may, depending upon the status of the property and/or forfeiture, be remitted or returned to Petitioner, less applicable costs and expenses. Where mitigation is recommended, monetary penalties may also be imposed.*

1.    *Please indicate your status in filing this Petition: (check appropriate box)*

☐    Petitioner is an OWNER or LIENHOLDER.

    With respect to a property interest in existence at the time the illegal conduct giving rise to forfeiture took place, an OWNER or LIENHOLDER must establish:

    a.    a legally cognizable property interest in seized property; *and*
    b.    no knowledge of the conduct giving rise to the forfeiture; *or*
    c.    upon learning of conduct giving rise to forfeiture, Petitioner did all that reasonably could be expected under the circumstances to terminate such use of the property.

☐    Petitioner is a BONAFIDE PURCHASER or SELLER FOR VALUE.

    With respect to a property interest acquired after the conduct giving rise to the forfeiture has taken place, a BONAFIDE PURCHASER or SELLER FOR VALUE must establish:

    a.    a legally cognizable property interest in seized property;
    b.    at the time the property interest was acquired, the Petitioner was a BONAFIDE PURCHASER or SELLER FOR VALUE; *and*
    c.    the Petitioner did not know and was reasonably without cause to believe that the property was subject to forfeiture.

☐    Petitioner is a VICTIM of fraud.

    A Petitioner who cannot establish a proper interest in seized property may obtain remission or mitigation of the forfeiture as a VICTIM, if the Petitioner can establish:

    a.    it was a VICTIM of the offense giving rise to the forfeiture action;
    b.    Petitioner had no knowledge of, *or* was not willfully blind to, the violation(s) giving rise to the forfeiture action; *and*
    c.    Petitioner did all that reasonably could be expected under the circumstances to prevent the activity giving rise to the forfeiture *or* the illegal use of the property.

2. *Petitioner must identify property in which an interest is claimed, in whole or in part, by the relevant asset number(s) and/or property description:* (Please refer to the original letter of notice for a complete listing of property seized in this case, any asset identification number and/or property description).

☐ **Please check this box, if you claim an interest in *all* assets in this Seizure. Otherwise, indicate the specific asset(s) of interest below. Use additional pages, as necessary.**

ASSET NUMBER:       _____
PROPERTY DESCRIPTION:   _____

ASSET NUMBER:       _____
PROPERTY DESCRIPTION:   _____

3. *Petitioner must specify its particular interest in the asset(s) seized and/or indicate its loss in the referenced case:*

_____

4. *Please detail the facts and circumstances surrounding your loss, and attach documentation* (i.e., Affidavits; Certificates of Title, financing statements; loan documents; credit applications; contracts; bill of sale; invoices; mortgages; purchase orders; transaction records; checks; receipts; credit card statements; liens; correspondence; account information; etc.), *which: (a) supports your interest in seized property; (b) shows proof of your status as an owner/lienholder, or bonafide purchaser/seller, or victim; (c) provides sufficient evidence of, and a connection between, your loss and the fraud committed; (d) or, otherwise supports remission or mitigation of asset(s). (Attach additional pages, if necessary).*

_____
_____
_____
_____
_____
_____
_____

☐ Please check this box, if supporting documentation is attached to this Petition.

ON THIS ___ DAY OF _____, 20__, I DECLARE, UNDER PENALTY OF PERJURY, THAT I HAVE PERSONAL KNOWLEDGE OF THE MATTERS REFERRED TO IN THIS PETITION FOR REMISSION OR MITIGATION, AND BASED UPON MY KNOWLEDGE AND BELIEF, THE FOREGOING IS TRUE AND CORRECT.

_____   *(company name, if applicable)*

By: _____   *(signature)*
    _____   *(printed name)* pet_form3A

2



FOR GOVERNMENT AGENCY USE ONLY
DATE CLAIM RECEIVED:

_____

CLAIM TIMELY FILED? Y ☐ N ☐

# SEIZED ASSET CLAIM FORM

NAME: _____

ADDRESS: _____

_____

TELEPHONE NO. (___)_____

Seizure No.: _____

Case No.: _____

City & State of Seizure: _____

## PART I

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*PART I (continued)*

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

*PART II (continued)*

_____

_____

_____

_____

_____

_____

_____

_____

*PART III*

*ATTESTATION AND OATH*

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

_____          _____
Name (Print)                                             Date


_____
Signature

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. §§ 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.*

# EXHIBIT "C"

LETTER FROM SUSAN SCHWARTZ, ATTORNEY FOR JASON M. FORGEY, TO ORIX USA (THE PARENT COMPANY OF HUNT REAL ESTATE CAPITAL), DETAILING IN BULLET-POINT FASHION THE STEPS TAKEN TO NOTIFY AUTHORITIES AND RECLAIM THE WIRED FUNDS THAT WERE STOLEN.



TITLE.LAW

Forgey Law Group PLLC

2770 Main Street, Suite 114, Frisco, Texas 75033
Phone: (972) 696-9583 • Fax: (888) 352-0345
Jason@Title.Law



October 27, 2020

**Susan Abbott Schwartz**
susan.schwartz@wilsonelser.com
214-698-8035 – direct telephone

Joellen Valentine, Managing Director, Head of Litigation
**ORIX USA**
280 Park Avenue, 40 West
New York, NY 10017

*VIA ELECTRONIC MAIL*
joellen.valentine@orix.com

**Re:**   *Excel Title Group, LLC Wire Fraud Incident*

Dear Ms. Valentine:

The undersigned has been retained to represent Jason Forgey, the fee attorney who was involved in the closing of a commercial lending transaction entered into by Origin Bank as lender and NASK Investments, LLC (Jay R. Gajavelli) as Borrower. As you know, the funds wired by Origin Bank to payoff the loan being serviced by Hunt Mortgage Capital, LLC was criminally misdirected to a fraudulent bank account.

We know you are aware of this situation, but we thought it might be helpful to you to show the origin of the discovery of the misdirected payment, the current state of the matter and the steps being taken daily to resolve the matter.

Lastly, we respectfully request that funds currently held in the escrow account of Excel Title Group, LLC be accepted as a payment toward principal in the loan being serviced by Hunt Mortgage Capital LLC or its subsidiary companies.

Prior to closing the NASK loan transaction, Forgey Law Group, LLC ("FLG") was provided fraudulent wiring information. FLG provided those wiring instructions to Excel Title Group, LLC ("Excel"). Excel's accounting department sent the lender payoff funds from Origin Bank to a fraudulent account owned by Thi Chi Nguyen, who has apparently been wanted by the FBI since 2006.

The Payoff Funds ($1,237,792.41) were wired on September 1, 2020. On September 2, 2020, FLG learned that the lender had not received the funds. The investigation, which immediately ensued, showed that the wire confirmation showed that funds were sent to an account which was not owned by the lender.

FLG and Jason Forgey took the following steps and continues to monitor this matter daily:

- Immediately after learning of the misdirected funds, he contacted Tracy Fowler (VP of Operations, Excel Title) to notify them of the fraudulent activity.

Bank of America Plaza • 901 Main Street, Suite 4800 • Dallas, TX 75202 • p 214.698.8000 • f 214.698.1101

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

7869 15016.00038C-5269370v.1

Joellen Valentine, Managing Director, Head of Litigation
**ORIX USA**
October 27, 2020
Page 2

- Immediately contacted First United Bank (the escrow account holder), who directed Mr. Forgey to their Fraud Department to initiate a wire return request.

  o   First United Bank (Alli Townsend, Fraud Dept.) initiated a wire return request with Chase Bank.

- Prepared a FBI fraud notice form on www.ic3.gov and thereafter called the Dallas and Frisco locations of the FBI. Mr. Forgey personally visited the Frisco location, but no one followed up with him.

- Filed a police report with the City of Garland, Texas (headquarters for Excel Title Group – owner of the escrow account). Assigned Detective Walter Carter, who Mr. Forgey spoke with several times during the month of September.

- Detective Carter executed a Wire Warrant on Chase Bank for the fraudulent funds on or around 9/21/2020. Chase bank returned the available funds to the Excel escrow account on 9/22/2020 in the amount of $797,817.92.

- In conjunction with First United Bank Fraud Department, it was discovered that funds totaling $448,480.92 had been previously wired from the fraudulent Chase Bank account, to Pacific Mercantile Bank, and deposited into an account owned by Prime Trust LLC.

- Initiated contact with the United States Secret Service. This case was assigned to Wendy Cassidy, then subsequently to Brian Sanders, Field Officers on the Cyber Fraud Task Force in Dallas, Texas.

- In conjunction with First United Bank Fraud Department, Detective Carter with the Garland Police Department and the United States District Attorney, the United States Secret Service executed a Wire Warrant on Pacific Mercantile Bank for the account owned by Prime Trust LLC.

- The account was frozen, and funds totaling $448,480.92 were seized by the United States Secret Service. Pacific Mercantile Bank sent funds via Cashier's Check; and Field Officer Brian Sanders has confirmed via e-mail on 9/30/2020 that the funds were received by the Secret Service's Asset Forfeiture Branch in Washington, D.C.

- The First United Bank escrow account owned by Excel Title has received $797,817.92 from Chase Bank as a result of the wire warrant from Garland Police Department and wire return request from First United Bank Fraud Department.

- There are funds totaling $448,480.92 in the possession of the United States Secret Service Asset Forfeiture Branch in Washington, D.C.

Joellen Valentine, Managing Director, Head of Litigation
**ORIX USA**
October 27, 2020
Page 3

- Secret Service and other federal government agencies have a prolonged and more elaborate process to recover seized cash. We are expecting a Notice of Seizure any day now from which we can file a petition on the outstanding funds. If no other interested parties (such as the account holder) files a claim, the money will be returned outright. If any other party makes a claim to the money, litigation to recover funds would need to be filed.

- From what we understand from the Secret Service, there have been several inquiries by the U.S. Attorney's Office regarding Prime Trust LLC and its accounts since we brought it to their attention. Prime Trust LLC has not contacted the Secret Service or Pacific Mercantile Bank. This is a positive sign they will not fight the seizure.

- The downside is that asset recovery will potentially be a 3-6 month process. The Notice of Seizure has not been received, nor has it been posted online at www.forfeiture.gov. Typical notices provide for 30-60 days for parties to respond. Thus, it could take up to six months to recover the amount seized.

As you can see, significant efforts have been undertaken to preserve and protect the funds recovered as well as the funds which remain in the hands of the Secret Service. We respectfully request the opportunity to review the promissory note upon which you have indicated a payment of the almost $800,000 of recovered funds may not be paid toward the debt.

The borrower certainly would benefit from the reduction in debt as would the lender who is owed those funds. Moreover, we know the full amount of the payoff is in not lost—just delayed. Currently NASK Investments is obligated on two loans for the same property. We would hope that the criminal conduct which caused this unfortunate circumstance would not deny it the benefit of its intended payoff of a loan it wanted to payoff.

We stand ready, willing and able to transfer $797,817.92 to the account which will support the reduction of NASK Investment's debt to Hunt Mortgage Capital, LLC/Fannie Mae.

We look forward to discussing this matter with you.

Very truly yours,

Susan Abbott Schwartz

:SAS

# EXHIBIT "D"

PROPOSED PLAINTIFF'S ORIGINAL PETITION TO BE
FILED AGAINST CHASE BANK ET. AL., PROVIDING
DETAILS OF THE THEFT OF FUNDS POSSESSED BY
EXCEL TITLE GROUP



TITLE.LAW
Forgay Law Group PLLC

2770 MAIN STREET, SUITE 114, FRISCO, TEXAS 75033
PHONE: [972] 696-9583 • FAX: [888] 352-0345
JASON@TITLE.LAW

NO. _____

| ORIGIN BANK | § | IN   THE   DISTRICT   COURT OF |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | DALLAS COUNTY, TEXAS |
| | § | |
| XUYEN THI-KIM NGUYEN A/K/A | § | |
| THI KIM CHI NGUYEN, AND | § | |
| JPMORGAN CHASE BANK, N.A. D/B/A | § | |
| CHASE BANK, N.A. | § | JUDICIAL   DISTRICT |

### PLAINTIFF'S ORIGIAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY AND PERMANENT INJUNCTION

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Origin Bank, and complains of Xuyen Thi-Kim Nguyen a/k/a Thi Kim Chi Nguyen ("Nguyen"), and JPMorgan Chase Bank, N.A. d/b/a Chase Bank ("Chase") Defendants herein, and for causes of action against such Defendants would respectfully show the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1.     Plaintiff pleads that discovery should be conducted in accordance with Level 2 of TEXAS RULE OF CIVIL PROCEDURE 190.

### II.
### PARTIES

2.     Plaintiff, Origin Bank, is a foreign financial institution, organized under the laws of the state of Louisiana and registered to do business in the State of Texas.

Plaintiff's Original Petition                                                        Page 1

3.      Defendant, JPMorgan Chase Bank, N.A. ("Chase") may be served by serving its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Dallas County, Texas 75201

4.      Defendant, Xuyen Thi-Kim Nguyen a/k/a Thi Kim Chi Nguyen ("Nguyen") formally resided in Plano, Dallas County, Texas.  An arrest warrant for her was issued on February 3, 2006 by the United States District Court for the Northern District of Texas. The current whereabouts of Nguyen are unknown.

### III.
### JURISDICTION AND VENUE

5.      This is an action involving a refinance of real estate loan that closed in Dallas County, Texas.  The amount in controversy exceeds the minimum jurisdictional limits of this Court.

6.      Plaintiff seeks monetary relief over $1,000,000.00 and non-monetary relief.

7.      This Court has jurisdiction over the subject matter of this action.  Further, the Court has personal jurisdiction over the Defendant Nguyen as her last place of residence was in Dallas County.  The Court has personal jurisdiction over Chase, as Chase does business in Dallas County, Texas. Venue in Dallas County, Texas is proper because all, or a substantial part, of the events, or omissions, giving rise to the Plaintiff's cause of action occurred in Dallas County, Texas. TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1).

### IV.
### FACTS

*The Refinance Transaction*:

8.    By Warranty Deed with Vendor's Lien Prior dated November 14, 2017 The Andiamo Group, LLP, as grantor, conveyed the following described real property situated in Hidalgo County, Texas, to NASK Investments, LLC ("NASK"), as grantee, to-wit ("Property"):

> 5.66 acres, being the West 1.89 acres of Lot One (1), Murillo Subdivision, Hidalgo County, Texas as per Map or Plat thereof of record in Volume 9, Page 20, and the South 3.77 acres of Lot Eleven (11), Block Fifty-Six (56), ALAMO Land and Sugar Company Subdivision, as per Map or Plat thereof recorded in Volume 1, Pages 24-26, Map Records, Hidalgo County, Texas and being more particularly described by metes and bounds in the Deed into NASK.[1]

9.    A portion of the purchaser price for the Property was advanced to NASK by Hunt Mortgage Capital, LLC ("Hunt Mortgage"). NASK Investments, LLC, executed a first lien Multifamily Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing, securing its promissory note in the principal amount of $1,200,000.00 payable to Hunt Mortgage ("Prior Mortgage").[2]

10.    Immediately after the closing of the Hunt Mortgage loan to NASK, Hunt Mortgage assigned the Prior Mortgage to Fannie Mae, a corporation organized and existing under the laws of the United States of America ("FNMA").[3]

11.    In 2020 NASK decided to refinance the Prior Mortgage loan and selected Forgey Law Group PLLC, a Fee Attorney Office for Excel Title Group ("Fee Attorney for Excel Title") to close this Refinance Transaction.

12.    NASK made application with Origin for a new loan and was approved for a loan in the amount of $1,650,000.00 ("Origin Loan").    It was intended by all parties to the Refinance Transaction that the loan secured by the Prior Mortgage would be paid from the proceeds of the Origin Loan which would be secured by a first lien on the Property.

---

[1] Recorded on November 14, 2017 as Document No. 2865437 of the Official Records of Hidalgo County, Texas.
[2] Recorded on November 14, 2017 as Document No 2865438 of the Official Records of Hidalgo County, Texas.
[3] Recorded on November 14, 2017 as Document No 2865439 of the Official Records of Hidalgo County, Texas.

13.    The Hunt loan, secured by the Prior Mortgage was being serviced by Hunt Servicing Company ("Hunt Servicing") for the lender, Fannie Mae.

***Payoff Statement from Hunt***:

14.    Before the Refinance Transaction could close and fund it was necessary to secure the payoff amount needed to satisfy and release the Prior Mortgage.  The closing of the Refinance Transaction was to take place on August 31, 2020 and fund the next day September 1, 2020.

15.    On August 13, 2020 Escrow Officer Jaimie Balzer sent an email (at 12:14 p.m.) to Kevin Jacob at Hunt Servicing making Jacob aware of the upcoming refinance Transaction and requested a written payoff statement, good through August 31, 2020, from Hunt Servicing. A true and correct copy of this email is attached in the brief email string, attached as Exhibit "1" and incorporated herein by reference.

16.    Jacob responded to Balzer's email at 1:08 p.m. stating that Hunt Servicing would need a written and signed request from its borrower (NASK) granting access to the loan and payoff statement. (See Exhibit "1").

17.    Balzer responded to Jacob by email at 3:32 p.m. sending the written request from NASK. A true and correct copy of this letter is attached hereto as Exhibit "2" and incorporated herein by reference.

18.    Not having heard back from Jacob, on August 17, 2020 at 3:16 p.m. Balzer emailed Jacob with a follow up request. (See Exhibit "1").

19.    Jacob responded to Balzer at 3:27 p.m. stating that he was working on submitting a payoff quote to FNMA.  Jacob sent a 'template' which would constitute the 'official letter required by FNMA.'  Jacob further stated that FNMA required a 20-day notice for payoff

requests, but he would try to accommodate the requested date for payoff of August 31, 2020. (Exhibit "1").

20.    At 5:08 p.m. on August 17, 2020 Balzer emailed Jacob and attached the required 'template' form needed by FNMA to get a payoff statement. (Exhibit "1").

21.    At 6:11 a.m. on August 28, 2020 a Payoff Statement ("Bogus Payoff Statement") was faxed from Hunt Servicing Company to 1-888-352-0345, the fax number for the Fee Attorney for Excel Title. The fax header stated that the fax was from 1-810-309-8850.

22.    The Bogus Payoff Statement recited that the payoff amount was of August 31, 2020 of $1,237,792.41. This Bogus Payoff Statement was fraudulent and sent for the purpose of stealing $1,237,792.41 of the loan proceeds to be advanced by Origin.

23.    At 6:44 a.m. on August 28, 2020 an email was sent by Harouna Sankare (email address of harouna_y_sankara@huntservicing.com). A true and correct copy of this email and its attachments is attached as Exhibit "6" and incorporated herein by reference.

24.    The Bogus Payoff Statement recited that the payoff amount should be wire transferred to Chase Bank, N.A. at its office in Cleveland, Ohio, with an ABA routing number of 111000614 to account number        642 that was named and styled "Thi Kim Chi Nguyen Hunt Account". A true and correct of this Bogus Payoff Statement is attached as Exhibit "3" hereto and incorporated by reference. Nguyen had no connection with either Hunt Servicing or Hunt Capital and the Bogus Payoff Statement did not come from Hunt Serving.

25.    The Refinance Transaction closed and funded on September 1, 2020. $1,237,792.41 out of the $1,650,000.00 loan proceeds furnished by Origin were wire transferred to the account stated in the Bogus Payoff Statement. A true and correct copy of the Settlement

Statement for this Refinance Transaction is attached hereto as Exhibit "4" and incorporated herein by reference.

**_Post-Closing Events_:**

26.    The day after closing Hunt Servicing contacted Excel Title inquiring about where the payoff funds were. On that same day, September 2, 2020, Hunt Servicing sent to Kate (Lewis) Tucker, Branch Manager for Excel Title the genuine Hunt Servicing Payoff and stated that the Bogus Payoff Statement was a doctored version. Attached hereto as Exhibit "5" and incorporated herein by reference is a true and correct copy of the Genuine Payoff Statement. The Genuine Payoff Statement differs from the Bogus Payoff Statement in the following respects: (i) bank to which funds to be wired was KeyBank, National Association instead of Chase Bank, N.A; (ii) ABA routing number was ████ 039 instead of ████ 0614 stated in Bogus Payoff Statement; (iii) Account name was Hunt Companies Payment Clearing, rather that Thi Kim Chi Nguyen Hunt Account; (iv) the account number was ████ 0922 rather than ████ 642; (v) on the top right the reference was to "Hunt Servicing Company" while the Bogus Payoff Statement stated "Thi Kim Nguyen Group" above "Hunt Servicing Company".

27.    Immediately upon learning of the wire fraud Jason Forgey, managing member of Forgey Law Group, commenced an investigation.    Forgey called Tracy Fowler, VP of Operations, Excel Title Group.    Forgey also notified the Excel's escrow account bank, First United Bank and advised it of the fraud and requested a recall of the wire form Chase. Additionally, Forgey completed and sent to the FBI an IC3 form utilized by the FBI for reporting Internet Crime Complaints. The FBI has stated that they the IC3 complaint would be

assigned to a special agent, but as of the filing of this petition it is not known if that has yet been done.

28. After notifying Excel's escrow account bank, First United Bank, that bank's fraud department reported contacting Chase. Upon being being advised by First United Bank of the Bogus Payoff Statement Chase froze the account listed in the Bogus Payoff Statement, namely an account in the name of Thi Kim Chi Nguyen Hunt Account, and indicated that it would be investigating.

29. In addition, Jason Forgey, on behalf of Excel Title filed a report with the Garland Police Department under report # 7981. This wire fraud complaint has been assigned to Detective Walter Carter.

30. In the experience of First United Bank Chase normally will research for 30-45 days and then make decision on releasing or not releasing the account freeze.

31. It has been reported to Excel Title and to Plaintiff's title insurer that approximately \$450,000.00 of the funds wired by virtue of the Bogus Payoff Statement were wired to Pacific Mercantile Bank, located in Southern California. The investigation into those funds is ongoing.

32. Based on the investigation to date it appears that the email from Hunt Servicing was hacked and that allowed the Bogus Payoff Statement to direct the payoff of \$1,237,792.41 was not sent to the Prior Lender, but to Nguyen.

### *Xuyen Thi-Kim Nguyen a/k/a Thi Kim Chi Nguyen*:

33. The fraudulent wire transfer, a product of the Bogus Payoff Statement, resulted in \$1,237,792.41 being wired to a Chase account in the name of Thi Kim Chi Nguyen Hunt Account.

34.     Nguyen's criminal past is described as follows on the following FBI web page:

https://www.fbi.gov/wanted/wcc/xuyen-thi-kim-nguyen as follows:

> "In May 2005, seven individuals, including Xuyen Thi-Kim Nguyen, were
> indicted in Dallas, Texas, for their involvement in a scheme to defraud a mortgage
> company of over $5 million. After four of the seven individuals pled guilty,
> Nguyen was convicted of one count of conspiracy, two counts of mail fraud, and
> seven counts of fraud by wire. Nguyen was placed on home monitoring until her
> sentencing. However, some time between November 8, 2005, and November 11,
> 2005, Nguyen fled from her home in Plano, Texas. Subsequently, a complaint was
> filed in the Northern District of Texas for failure to appear, and an arrest warrant
> was issued by the United States District Court on February 3, 2006."

35.     While Nguyen is a fugitive cyber crime knows no borders and obviously can be

conducted anywhere in the world.

## V.
## CAUSES OF ACTION

### *Count 1: Conversion*
*(As to Nguyen and Chase)*

36.     Plaintiff incorporates by reference the allegations contained in all previous

paragraphs.

37.     It is undisputed that the $1,237,792.41 deposited in account number [     ]0614

styled Thi Chi Nguyen Hunt Account did not belong to Nguyen.  It is undisputed that such

funds were proceeds advanced by Plaintiff so that the loan to NASK would be secured by a first

lien.

38.     At all relevant times Plaintiff owned the $1,237,792.41 in question and had the

right to immediate possession of such fund.

39.     It is also undisputed that on _____, 2020 Chase acquired actual knowledge

of the claim that its account holder had no interest in the deposited fund.  Shortly thereafter

Chase placed a freeze on account number ▓▓▓▓ 0614 styled Thi Chi Nguyen Hunt Account did not belong to Nguyen.

40.     The act of acquiring money by means of wire fraud violates several criminal statutes, including 18 U.S.C. § 1343 and TEX. PENAL CODE ANN. §31.03.

41.     On information and belief prior to the freeze being placed on the account approximately $450,000 was wire transferred from Chase to an account at Pacific Mercantile Bank, a State Charted Commercial Bank in Costa Mesa, California.

42.     From and after the time Chase had actual knowledge that its account holder had no interest in monies, Chase had no authority to allow its account holder to take or divert the monies remaining in the account, other than to the true owner of such fund. Chase had a duty of inquiry to verify the information furnished to it as to the true owner of the funds in the account.

43.     Chase has wrongfully exercised dominion or control over the fund, to Plaintiff's injury and damage.

44.     Nguyen wrongfully exercised dominion or control over the fund, to Plaintiff's injury and damage.

## *Count 2: Money Had and Received*
*(As to Nguyen and Chase)*

45.     Plaintiff incorporates by this reference the allegations contained in all previous paragraphs.

46.     As described on or about September 1, 2020, Chase received by wire transfer $1,237,792.41 deposited in account number ▓▓▓▓ 0614 styled Thi Chi Nguyen Hunt Account.

47.     Chase and/or the owner of the Thi Chi Nguyen Hunt Account holds money that, in equity and good conscience, belongs to Plaintiff. Such funds did not belong to the owner of the Thi Chi Nguyen Hunt Account, or to Chase.

Plaintiff's Original Petition                                                                                     Page 9

48.    Plaintiff has been damaged by such conduct by Chase and/or Nguyen.

### *Count 3: Theft Liability Act*
*(As to Nguyen)*

49.    Plaintiff incorporates by reference the allegations contained in all previous paragraphs.

50.    Plaintiff brings this action under the Texas Theft Liability Act for an unlawful appropriation of property under TEX. PENAL CODE ANN. §31.03.

51.    Nguyen unlawfully appropriated Plaintiff's personal property in violation of TEX. PENAL CODE ANN. §31.03.

52.    Nguyen's wrongful conduct caused injury to Plaintiff, which resulted in the diversion and theft of $1,237,792.41.

53.    Upon proof of actual damages, Plaintiff is entitled to additional statutory damages of up to $1,000 from Nguyen under TEX. CIV. PRAC. & REM. CODE § 134.005(a)(1).

54.    Exemplary damages. Plaintiff's injury resulted from Nguyen's malice or actual fraud, which entitles Plaintiff to exemplary damages under TEX. CIV. PRAC. & REM. CODE § 41.003(a).

55.    Plaintiff's injury resulted from defendant's felony theft in the third degree or higher under the Texas Penal Code that was committed knowingly and intentionally, which exempts this claim from the cap on exemplary damages under TEX. CIV. PRAC. & REM. CODE § 41.008(c).

### *Count 4: Request for Temporary Restraining Order,*
*Temporary Injunction and Permanent Injunction*
*(As to Chase)*

56.    Plaintiff incorporates by reference the allegations contained in all previous paragraphs.

Plaintiff's Original Petition                                               Page 10

57.     Plaintiff is entitled to the relief demanded because all or part of the relief requires the restraint of an act prejudicial to Plaintiff, Tex. Civ. Prac. & Rem. Code § 65.011(1). Plaintiff is entitled to a writ of injunction under the principles of equity and the statutes of this state relating to injunctions, Tex. Civ. Prac. & Rem. Code § 65.011(3). Irreparable injury to personal property is threatened, irrespective of any remedy at law, Tex. Civ. Prac. & Rem. Code. §65.011(5).

58.     Unless the Court grants injunctive relief to enjoin Chase from paying money to its account holder, who has no ownership interest in such money, Plaintiff's funds will be diverted by criminal conduct of Chase's depositor, with Chase's knowledge. The status quo, being the last peaceable, non-contested status between the parties, is such that the remaining funds in the Thi Kim Chi Nguyen Hunt Account should be maintained at Chase pending final hearing or trial of this case. Such status should be maintained by issuing a temporary restraining order, followed by a temporary injunction ordering Chase to refrain from releasing any freeze on the account in question.

59.     The funds being held by Chase do not belong to its account owner or to it. In the exercise of this Court's equitable power Plaintiff is asking that the funds that undeniability do not belong to either Defendant be protected from further theft by Nguyen by ensuring that those funds remain where they presently are, in the possession of Chase.

60.     Pursuant to TEX. R. CIV. P. 680, *et seq.*, and TEX. CIV. PRAC. & REM. CODE § 65.001, *et seq.*, and Plaintiff seeks a temporary restraining order and a temporary injunction enjoining Chase from disbursing the funds deposited in account number    0614 styled Thi Chi Nguyen Hunt Account pending a trial on the merits, ordering and restraining the Chase from paying such funds to Nguyen or anyone other than Plaintiff. Filed contemporaneously

Plaintiff's Original Petition                                                                                   Page 11

herewith is the Affidavit of Jason Forgey, which is incorporated herein by reference as if fully set forth herein, in support of this application for a temporary restraining order and for a temporary injunction.

61.    All conditions precedent to recovery herein have been performed or have occurred.

## VII.
## REQUEST FOR DISCLOSURE

21.    Defendants are hereby requested to disclose the matters set forth in Rules 190.2(b)(6) and 194 of the TEXAS RULES OF CIVIL PROCEDURE.

## VIII.
## PRAYER

WHEREFORE, Plaintiff prays that it recover judgment against Defendant Chase (i) from paying money to its account holder or to any other party other than the owner thereof, and (ii) from any damages caused Plaintiff from the payment of any portion of the $1,237,792.41 received and judgment against Defendant Nguyen for damages are requested above and for such other and further relief, general and special, at law or in equity, to which Intervenor may show itself to be justly entitled.

Respectfully submitted,

**LAW OFFICES OF CHARLES E. FITCH, P.C.**

By: ___*/s/ Charles E. Fitch*_____
CHARLES E. FITCH
Bar No. 07072000
3000 Weslayan Street, Suite 230
Houston, TX 77027
Phone: (713) 622-6100
Fax: (713) 622-6107
Email: cfitch@fitchlaw.com

ATTORNEY FOR PLAINTIFF



## AUTHORIZATION FOR OUT GOING WIRES

Sending Bank Account No: █0491
GF#                              : █942fs

Amount of Wire          : $1,237,792.41

Bank Name               : JP Morgan Chase

ABA/ Routing #          :  021 000 021

Account Name            :  Thi Kim chi Nguyen Hunt Account

Account #               : █1 642

Reference Information   : Loan█2096 – Nask Investments LLC, La Mansion Apartments 3915 South Alamo Road, Edinburg, Texas 78542

Option for-
Further Credit Information:

9/1/2020                                                An outgoing wire has been sent

An outgoing wire has been sent

From    DoNotReply@firstunitedbank.com
To:     JASON@TITLE.LAW, KATE@TITLE.LAW, JAIMIE@TITLE.LAW, JENNY@TITLE.LAW, SHERI@TITLE.LAW, ROXANNE@TITLE.LAW, WIRES@FIRSTUNITEDBANK.COM
Cc:
Sent:   9/1/2020 12:51:53 PM

Dear Valued Customer

        First United Bank 9/01/20
Durant OK 74702
NOTICE OF WIRE TRANSFER
20200901B1OGC01R06532509011351FT03
20200901MMQFMPAH000164
Funds in the amount of $ 1,237,792.41 have been wired to
THI KIM CHI NGUYEN HUNT ACCOUNT
from account        491

Transfer fee . . . $.00


LOAN 010182055 NASK INVESTMENTS LLC
LA MANSION APARTMENTS 3915 SOUTH A
LAMO ROAD EDINBURG TEXAS 78542 GF 2
0 1942FS
Excel Title Group, LLC
Escrow Account
7145 N President George Bush Hwy
Garland TX 75044



Wire Notice Processing

*** This is an automated e-mail. Please do not respond to this e-mail ***

Aug 26, 2020 08:11 AM  To  18603320345  Page 1/1  From payoff dept  Fax: 8103098850


HUNT SERVICING COMPANY

Thi Kim Nguyen Group
Hunt Servicing Company
11501 Outlook Street, Suite 300
Overland Park, KS 66211
Harouna Sankara

## Payoff Statement
### Date of Issuance: 8/27/2020

| Loan #: 2096 | Prospectus ID # 3859 |
|---|---|
| **Borrower Name and Address:** | **Property Name and Address:** |
| NASK Investments, LLC | La Mansion Apartments |
| Attn  Koteswar Gajavelli & Amal Shrestha | 3915 South Alamo Road |
| 1152 Pedernales Trail | Edinburg, TX 78542 |
| Irving, TX 75063 | |

Please find the total due for the specified date of Tuesday, September 01, 2020. Please note this Payoff Statement is null and void after 2:00 P.M. Central Standard Time on Tuesday, September 01, 2020.

| 096 Principal | $1,171,133.92 |
|---|---|
| 096 Accrued Interest from 8/1/20 Thru 8/31/20 at 4.93% | $4,971.79 |
| Yield Maintenance | $58,586.70 |
| Lien Release/Assignment | $600.00 |
| Misc. Fees - Transaction Review Fee | $2,500.00 |
| **Total Due:** | **$1,237,792.41** |

1.Any unpaid fees accrued from today to the payoff date may be added to the total payoff amount

2.A new payoff statement must be requested after 09/01/2020

3 Please notify Servicer immediately should the payoff not occur on the specified date

**Wiring Instructions**

Please find the following wire instructions:

| Bank | Chase Bank  N A |
|---|---|
| Location | Cleveland, Ohio |
| ABA | 0614 |
| Account Name: | Thi Kim Chi Nguyen Hunt Account |
| Account Number: | 642 |
| Reference | Loan # 2098 |

**Automated Clearing House Issues**

Please note that final payoff will not and may not be made by draft via automated clearing house (ACH)  Funds for final payoff are to be remitted according to the payment instructions above  With respect to monthly loan payments that are automatically drafted via ACH, we must receive written notice from Borrower of Borrower's intent to pay the loan in full at least 14 days prior to final payoff, or such monthly loan payment may be drafted via ACH

**Important Information Regarding Your Payoff Statement**

All figures stated herein are correct to the best of the knowledge and belief of Hunt Servicing Company They are subject to any outstanding amounts required to be paid under the Loan Documents, even if for any reason not identified herein, such as, but not necessarily limited to unstated principal, interest, default interest, late charges, prepayment consideration, yield maintenance, and maintenance or similar such charges, legal fees, title, insurance/searches, acceptance insurance, cost of collection/modification and other costs allowed under the loan documents, other agreements between Lender and Borrower or by applicable law  All such amounts remain enforceable and collectible regardless of any lien releases given by Hunt Servicing Company in connection with any payoff statement, and failure to pay such costs may result in delay of recording of a lien release

Please be advised that if your loan has matured  or is otherwise in default, neither your receipt of this statement nor acceptance of any partial payment, or any future partial payment, shall be deemed to amend or modify the terms of the loan documents, nor cure or waive the default existing under the Loan  Lender reserves all of its rights and remedies under the loan documents, at law or in equity

**Escrow Balances**

Every effort is made to reterate positive escrow and reserve balances within thirty (30) days of the payoff  Any questions regarding your escrow balance or status of property taxes on accounts escrowed for taxes should be directed to your Account Manager prior to payoff.

# EXHIBIT "E"

AFFIDAVIT OF JASON FORGEY
FACTS PROVIDED AND KNOWN AT THE TIME TO
SUPPORT THE PLAINTIFF'S ORIGINAL PETITION TO BE
FILED AGAINST CHASE BANK



TITLE.LAW

Forgey Law Group PLLC

2770 MAIN STREET, SUITE 114, FRISCO, TEXAS 75033
PHONE: [972] 696-9583 • FAX: [888] 352-0345
JASON@TITLE.LAW

NO. _____

| ORIGIN BANK | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | DALLAS COUNTY, TEXAS |
| | § | |
| | § | |
| XUYEN THI-KIM NGUYEN A/K/A | § | |
| THI KIM CHI NGUYEN, AND | § | |
| JPMORGAN CHASE BANK, N.A. D/B/A | § | |
| CHASE BANK, N.A. | § | _____ JUDICIAL DISTRICT |

## **AFFIDAVIT OF JASON FORGEY**

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Jason Forgey, who being by me first duly sworn, upon his oath, deposed as follows:

1.    "My name is Jason Forgey. I am competent to make this affidavit and I have personal knowledge of the facts stated herein. Each and every statement made herein is true and correct.

2.    I am the Managing Member of Forgey Law Group PLLC, which is a Texas limited liability company doing business in Dallas County, Texas. Forgey Law Group PLLC, is a Fee Attorney Office for Excel Title Group.

3.    My Fee Attorney Office closed a refinance loan on August 31, 2020.

4.    NASK Investment, LLC ("NASK") owned real property in Hidalgo County, Texas. That property was subject to purchaser money lien when NASK purchased the property in 2017. NASK decided it wanted to refinance the prior loan and made application with Origin for a new loan and was approved for a loan in the amount of $1,650,000.00 ("Origin Loan").

5.    Before the Refinance Transaction could close and fund it was necessary to secure the payoff amount needed to satisfy and release the Prior Mortgage. The closing of the Refinance

- 1 -

Transaction was to take place on August 31, 2020 and fund the next day, September 1, 2020.

6.    On August 13, 2020 Escrow Officer Jaimie Balzer sent an email (at 12:14 p.m.) to Kevin Jacob at Hunt Servicing making Jacob aware of the upcoming refinance Transaction and requested a written payoff statement, good through August 31, 2020, from Hunt Servicing. A true and correct copy of this email is attached in the brief email string, attached as Exhibit "1" and incorporated herein by reference.

7.    Jacob responded to Balzer's email at 1:08 p.m. stating that Hunt Servicing would need a written and signed request from its borrower (NASK) granting access to the loan and payoff statement. (See Exhibit "1" attached to Plaintiff's Original Petition).   Balzer responded to Jacob by email at 3:32 p.m. sending the written request from NASK.   (See Exhibit "2" attached to Plaintiff's Original Petition).

8.    Not having heard back from Jacob, on August 17, 2020 at 3:16 p.m. Balzer emailed Jacob with a follow up request.  Jacob responded to Balzer at 3:27 p.m. stating that he was working on submitting a payoff quote to FNMA.  Jacob sent a 'template' which would constitute the 'official letter required by FNMA.'  Jacob further stated that FNMA required a 20-day notice for payoff requests, but he would try to accommodate the requested date for payoff of August 31, 2020.  At 5:08 p.m. on August 17, 2020 Balzer emailed Jacob and attached the required 'template' form needed by FNMA to get a payoff statement.

9.    On the afternoon of August 27, 2020, Balzer placed a phone call to who she believed to be Harouna Yann Sankara from Hunt Servicing Company. When asked about a payoff status update, she was told it would be ready for her later that evening.

10.    At 6:11 a.m. on August 28, 2020 a Payoff Statement ("Bogus Payoff Statement") was faxed from Hunt Servicing Company to 1-888-352-0345, the fax number for the Fee Attorney for Excel Title.  The fax header stated that the fax was from 1-810-309-8850.  The Bogus Payoff Statement recited that the payoff amount was as of August 31, 2020 $1,237,792.41.

11.    At 6:44 a.m. on August 28, 2020 an email was sent by Harouna Yann Sankara. (See Exhibit "6" attached to Plaintiff's Original Petition). The Bogus Payoff Statement recited that the payoff amount should be wire transferred to Chase Bank, N.A. at its office in Cleveland, Ohio, with an ABA routing number of ████ 614 to account number ████ 642 that was named and styled "Thi Kim Chi Nguyen Hunt Account".   (See Exhibit "3" attached to Plaintiff's Original

- 2 -

Petition). My investigation confirmed that Nguyen had no connection with either Hunt Servicing or Hunt Capital and the Bogus Payoff Statement did not come from Hunt Serving.

12. The Refinance Transaction closed on August 31, 2020, and funded on September 1, 2020. $1,237,792.41 out of the $1,650,000.00 loan proceeds furnished by Origin were wire transferred to the account stated in the Bogus Payoff Statement. (See Exhibit "4" attached to Plaintiff's Original Petition).

13. The day after closing Hunt Servicing contacted Excel Title inquiring about where the payoff funds were. On that same day, September 2, 2020, Hunt Servicing sent to Kate (Lewis) Tucker, Branch Manager for Excel Title the genuine Hunt Servicing Payoff and stated that the Bogus Payoff Statement was a doctored version. (See Exhibit "5" attached to Plaintiff's Original Petition).

14. The Genuine Payoff Statement differs from the Bogus Payoff Statement in the following respects: (i) bank to which funds to be wired was KeyBank, National Association instead of Chase Bank, N.A; (ii) ABA routing number was 041-001-039 instead of    )614 stated in Bogus Payoff Statement; (iii) Account name was Hunt Companies Payment Clearing, rather that Thi Kim Chi Nguyen Hunt Account; (iv) the account number was    0922 rather than 675891642; (v) on the top right of the genuine Payoff Staement the reference was to "Hunt Servicing Company" while the Bogus Payoff Statement stated "Thi Kim Nguyen Group" above "Hunt Servicing Company".

15. Immediately upon learning of the wire fraud I commenced an investigation. I called Tracy Fowler, VP of Operations, Excel Title Group and also notified Excel's escrow account bank, First United Bank and made it aware of the fraud and requested a recall of the wire form Chase. I also completed and sent to the FBI an IC3 form utilized by the FBI for reporting Internet Crime Complaints. The FBI told me that the IC3 complaint would be assigned to a special agent, but as of the filing of this petition it is not known if that has yet been done.

16. After notifying Excel's escrow account bank, First United Bank, that bank's fraud department reported to me that they contacted Chase. It was further reported to me that upon being being advised by First United Bank of the Bogus Payoff Statement Chase froze the account listed in the Bogus Payoff Statement.

17. In addition, I also filed a report with the Garland Police Department under report

-3-

#2020R017981. This wire fraud complaint has been assigned to Detective Walter Carter.

18.     It has been reported to Excel Title and to Plaintiff's title insurer that approximately $450,000.00 of the funds that had been wired to Chase were wired to Pacific Mercantile Bank, located in Southern California.    The investigation into those funds is ongoing.

19.     Based on the investigation to date it appears that the email from Hunt Servicing was hacked and that allowed the Bogus Payoff Statement to direct the payoff of $1,237,792.41 was not sent to the Prior Lender, but to Nguyen.

20.     The copies of Exhibits 1 – 6 attached to Plaintiff's Original Petition are business records of Forgey Law Group PLLC, a Fee Attorney Office for Excel Title Group. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth.

21.     I have read the Intervention filed by Advance Capital Investments LLC and Jalet Investments LLC and have personal knowledge of all factual matters set forth therein, and those allegations are true and correct. The records were kept in the course of regularly conducted business activity and it is the regular practice of Forgey Law Group PLLC, a Fee Attorney Office for Excel Title Group to keep and make this type of record in the course of regularly conducted business activity.

SIGNED this $\overset{ST}{21}$ day of September, 2020.

Jason Forgey

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, by Jason Forgey, on this the $\overset{\overline{st}}{21}$ day of September, 2020.



Notary Public in and for the State of Texas
Printed Name: Jenny Forsyth
My Commission Expires: 3-4-24

JENNY FORSYTH
Notary ID #123973101
My Commission Expires
March 4, 2024

JENNY FORSYTH
Notary ID #123973101
My Commission Expires
March 4, 2024

- 4 -

**From:** Sankara, Harouna <harouna_y_sankara@huntservicing.com>
**Sent:** Friday, August 28, 2020 6:45 AM
**To:** Jaimie Balzer <jaimie@title.law>
**Cc:** Jason Forgey <jason@title.law>; jay.rao@appieswaygroup.com
**Subject:** Payoff Request - Nask Investments, LLC▮▮2096

<br

Hello,
Please see attached for updated payoff statement for Nask Investments.
Thank you.

Harouna Yann Sankara  |  Asset Manager – Agency  |  Portfolio Services
Phone: 913-218-2613  |  Fax: 800-339-9164
11501 Outlook, Suite 300  |  Overland Park, KS  |  66211
Hunt Servicing Group  |  harouna_y_sankara@huntservicing.com

Notwithstanding anything above, nothing contained in this e-mail communication shall be deemed a waiver of any of
Lender's rights under the loan documents held by Lender.  Nothing in this communication shall be deemed a modification to
any of such loan documents, and there will be no effective modification between the parties until the parties have mutually
agreed upon and executed a written modification agreement between them.  Please note further that, to the extent our
communications have been with respect to, or addressed in any manner, any pandemic, act of God, act of terrorism, natural
disaster or other emergency or any effects of the same, all rights and remedies of Lender under the loan documents and
applicable law remain in full force and effect, no modifications, compromises or waivers have been agreed to by Lender
absent a written agreement executed by the parties, and neither Lender nor its servicers or other agents, absent an
executed agreement otherwise, have undertaken or will undertake any duties or responsibilities, with respect to the property
securing the Loan or otherwise, other than those duties and responsibilities (if any) set forth in the loan documents or
imposed as a matter of law.

**From:** Jaimie Balzer <jaimie@title.law>
**Sent:** Monday, August 17, 2020 5:08 PM
**To:** Sankara, Harouna <harouna_y_sankara@huntservicing.com>
**Cc:** Jason Forgey <jason@title.law>
**Subject:** RE: Payoff Request - Nask Investments, LLC▮▮2096

Hello Harouna,

Please see completed form from the borrower for the requested payoff quote.

Thank you,



*Jaimie Balzer*

**Escrow Officer**
**O.972.696.9583 F. 888.352.0345**
**2400 Hwy 287 N, Suite 114, Mansfield, TX 76063**
**Excel Title Group License #2319174**

*****WE WILL NEVER REQUEST YOU TO WIRE FUNDS VIA EMAIL*****

**EXHIBIT "I"**

**From:** Sankara, Harouna <harouna_y_sankara@huntservicing.com>
**Sent:** Monday, August 17, 2020 3:27 PM
**To:** Jaimie Balzer <jaimie@title.law>
**Cc:** Jason Forgey <jason@title.law>
**Subject:** RE: Payoff Request - Nask Investments, LLC ███ 2096

Hello Jamie,

I am in receipt of the authorization signed by Jay and working on submitting a payoff quote to FNMA. Please have him fill out and return the attached template as soon as possible, as it is the official letter required by FNMA. Be advised that FNMA request a 20 days-notice for payoff requests. We'll try and push to accommodate the requested date but it's a lengthy process.

Thank you,

Harouna Yann Sankara  |  Asset Manager – Agency | Portfolio Services
Phone: 913-218-2613  |  Fax: 800-339-9164
11501 Outlook, Suite 300  |  Overland Park, KS  |  66211
Hunt Servicing Group  | harouna_y_sankara@huntservicing.com

Notwithstanding anything above, nothing contained in this e-mail communication shall be deemed a waiver of any of Lender's rights under the loan documents held by Lender. Nothing in this communication shall be deemed a modification to any of such loan documents, and there will be no effective modification between the parties until the parties have mutually agreed upon and executed a written modification agreement between them. Please note further that, to the extent our communications have been with respect to, or addressed in any manner, any pandemic, act of God, act of terrorism, natural disaster or other emergency or any effects of the same, all rights and remedies of Lender under the loan documents and applicable law remain in full force and effect, no modifications, compromises or waivers have been agreed to by Lender absent a written agreement executed by the parties, and neither Lender nor its servicers or other agents, absent an executed agreement otherwise, have undertaken or will undertake any duties or responsibilities, with respect to the property securing the Loan or otherwise, other than those duties and responsibilities (if any) set forth in the loan documents or imposed as a matter of law.

**From:** Jaimie Balzer <jaimie@title.law>
**Sent:** Monday, August 17, 2020 3:16 PM
**To:** Jacob, Kevin <kevin_jacob@huntservicing.com>
**Cc:** Jason Forgey <jason@title.law>; Sankara, Harouna <harouna_y_sankara@huntservicing.com>
**Subject:** RE: Payoff Request - Nask Investments, LLC ███ 2096

Good Afternoon,

Just following up on the below.

Thank you,



*Jaimie Balzer*

**Escrow Officer**
**O.972.696.9583 F. 888.352.0345**
**2400 Hwy 287 N, Suite 114, Mansfield, TX 76063**
**Excel Title Group License #2319174**

\*\*\*\*\*WE WILL NEVER REQUEST YOU TO WIRE FUNDS VIA EMAIL\*\*\*\*\*

**From:** Jaimie Balzer
**Sent:** Thursday, August 13, 2020 3:32 PM
**To:** 'Jacob, Kevin' <kevin_jacob@huntservicing.com>
**Cc:** Jason Forgey <jason@title.law>; Sankara, Harouna <harouna_y_sankara@huntservicing.com>
**Subject:** RE: Payoff Request - Nask Investments, LLC ▮▮2096

Kevin,

Please let me know if the attached will suffice.

Thank you,



*Jaimie Balzer*

*Escrow Officer*
**O.972.696.9583 F. 888.352.0345**
**2400 Hwy 287 N, Suite 114, Mansfield, TX 76063**
**Excel Title Group License #2319174**

\*\*\*\*\*WE WILL NEVER REQUEST YOU TO WIRE FUNDS VIA EMAIL\*\*\*\*\*

**From:** Jacob, Kevin <kevin_jacob@huntservicing.com>
**Sent:** Thursday, August 13, 2020 1:08 PM
**To:** Jaimie Balzer <jaimie@title.law>
**Cc:** Jason Forgey <jason@title.law>; Sankara, Harouna <harouna_y_sankara@huntservicing.com>
**Subject:** RE: Payoff Request - Nask Investments, LLC ▮▮2096

Jaimie,

I will need a written and signed request from the borrower listed on the loan or something signed from them granting you access to the loan and to the payoff statement. I can only issue statements directly to the borrower listed on the loan docs unless they put in writing that another entity is allowed to request information for them.

Let me know if you have any questions on that.

Kevin Jacob | Asset Manager - Agency | Portfolio Services
Phone: 913-317-4867 | Fax: 800-339-9164
11501 Outlook, Ste. 300 | Overland Park, KS | 66211
Hunt Servicing Company | kevin_jacob@huntservicing.com

Notwithstanding anything above, nothing contained in this e-mail communication shall be deemed a waiver of any of Lender's rights under the loan documents held by Lender. Nothing in this communication shall be deemed a modification to any of such loan documents, and there will be no effective modification between the parties until the parties have mutually agreed upon and executed a written modification agreement between them. Please note further that, to the extent our communications have been with respect to, or addressed in any manner, any pandemic, act of God, act of terrorism, natural disaster or other emergency or any effects of the same, all rights and remedies of Lender under the loan documents and applicable law remain in full force and effect, no modifications, compromises or waivers have been agreed to by Lender absent a written agreement executed by the parties, and neither Lender nor its servicers or other agents, absent an executed agreement otherwise, have undertaken or will undertake any duties or responsibilities, with respect to the property securing

the Loan or otherwise, other than those duties and responsibilities (if any) set forth in the loan documents or imposed as a matter of law.

From: Jaimie Balzer <jaimie@title.law>
Sent: Thursday, August 13, 2020 12:14 PM
To: Jacob, Kevin <kevin_jacob@huntservicing.com>
Cc: Jason Forgey <jason@title.law>
Subject: Payoff Request - Nask Investments, LLC

Good Afternoon,

We have a mutual client, Nask Investments, LLC, who has a loan with your company for a property at 3915 S Alamo Road, Edinburg, TX, 78542 (deed of trust attached). We are needing a payoff quote for this loan, good through 8/31, as the client is currently refinancing the property. Please let me know if you have any questions or need anything further to complete this request.

Thank you,



*Jaimie Balzer*

**Escrow Officer**
**O.972.696.9583 F. 888.352.0345**
**2400 Hwy 287 N, Suite 114, Mansfield, TX 76063**
**Excel Title Group License #2319174**

\*\*\*\*\*WE WILL NEVER REQUEST YOU TO WIRE FUNDS VIA EMAIL\*\*\*\*\*

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or redisclose such information for any purpose other than to provide the services for which you are receiving the information.

If you prefer not to receive future e-mail offers for products or services, send an e-mail to DNERequests@HuntServicing.com with 'No Promotional E-mails' in the SUBJECT line.
</br>

[8-13-2020]


Hunt Real Estate Capital
Attn.: Jeff Redmond, Vice President
2525 McKinnon
Dallas, TX 75201

RE:     [La Palma Apts / NASK Investments LLC] [▮▮▮2096]

To whom it may concern:

In accordance with the loan documents, please accept this letter as notice of our intent to pay off the existing loan balance. Our pay off date will be [09-01-2020]. Please provide a confirmed payoff statement at your earliest convenience.

Thank you for your assistance.


Borrowing Entity:      [_NASK Investments LLC]


Name: [Koteswar Rao Gajavelli]


**EXHIBIT "2"**

**HUNT**
HUNT SERVICING COMPANY

Thi Kim Nguyen Group
Hunt Servicing Company
11501 Outlook Street, Suite 300
Overland Park, KS 66211
Harouna Sankara

## Payoff Statement
### Date of Issuance: 8/27/2020

| Loan #: ████2096 | Prospectus ID #: ████8859 |
|---|---|
| **Borrower Name and Address:** | **Property Name and Address:** |
| NASK Investments, LLC | La Mansion Apartments |
| Attn: Koteswar Gajavelli & Amal Shrestha | 3915 South Alamo Road |
| 1162 Pedernales Trail | Edinburg, TX 78542 |
| Irving, TX 75063 | |

Please find the total due for the specified date of Tuesday, September 01, 2020. Please note this Payoff Statement is null and void after 2:00 P.M. Central Standard Time on Tuesday, September 01, 2020.

| | |
|---|---:|
| 2096 Principal: | $1,171,133.92 |
| 2096 Accrued Interest from 8/1/20 Thru 8/31/20 at 4.93%: | $4,971.79 |
| Yield Maintenance: | $58,586.70 |
| Lien Release/Assignment: | $600.00 |
| Misc. Fees - Transaction Review Fee | $2,500.00 |
| **Total Due:** | **$1,237,792.41** |

1. Any unpaid fees accrued from today to the payoff date may be added to the total payoff amount.

2. A new payoff statement must be requested after 09/01/2020.

3. Please notify Servicer immediately should the payoff not occur on the specified date.

## EXHIBIT "3"

**Wiring Instructions**

Please find the following wire instructions:

| Bank: | Chase Bank, N.A |
|---|---|
| Location: | Cleveland, Ohio |
| ABA: | ████0614 |
| Account Name: | Thi Kim Chi Nguyen Hunt Account |
| Account Number: | ████642 |
| Reference: | Loan # ████2096 |

**Automated Clearing House Issues**

Please note that final payoff will not and may not be made by draft via automated clearing house (ACH). Funds for final payoff are to be remitted according to the payment instructions above. With respect to monthly loan payments that are automatically drafted via ACH, we must receive written notice from Borrower of Borrower's intent to pay the loan in full at least 14 days prior to final payoff, or such monthly loan payment may be drafted via ACH.

**Important Information Regarding Your Payoff Statement**

All figures stated herein are correct to the best of the knowledge and belief of Hunt Servicing Company. They are subject to any outstanding amounts required to be paid under the Loan Documents, even if for any reason not identified herein such as, but not necessarily limited to unstated principal, interest, default interest, late charges, prepayment consideration, yield maintenance, spread maintenance, or similar such charges, legal fees, title, insurance/searches, forceplace insurance, cost of collection/modification and other costs allowed under the loan documents, other agreements between Lender and Borrower or by applicable law. All such amounts remain enforceable and collectible regardless of any lien releases given by Hunt Servicing Company in connection with any payoff statement, and failure to pay such costs may result in delay of recording of a lien release.

Please be advised that if your loan has matured, or is otherwise in default, neither your receipt of this statement nor acceptance of any partial payment, or any future partial payment, shall be deemed or construed to amend or modify the terms of the loan documents, nor cure or waive the default existing under the Loan. Lender reserves all of its rights and remedies under the loan documents at law or in equity.

**Escrow Balances**

Every effort is made to release positive escrow and reserve balances within thirty (30) days of the payoff. Any questions regarding your escrow balance or status of property taxes on accounts escrowed for taxes should be directed to your Account Manager prior to payoff.

**Settlement Statement**
Optional Form for
Transactions without Sellers

U.S. Department of Housing
and Urban Development

OMB Approval No. ████ 0265

File No.: ████ 942FS

| Name & Address of Borrower: | Name & Address of Lender: |
|---|---|
| Nask Investments LLC | Origin Bank |
|  | 3201 Dallas Parkway |
|  | Suite 630 |
|  | Frisco, TX 75034 |

Property Location: (if different from above)
MURILLO W3(1.5'-LOT 1 BLK 56 1.58AC GR 1.74AC NET
3915 S Alamo Road
Edinburg, TX 78542
Loan Number:

Settlement Agent: Excel Title Group, LLC
Place of Settlement: 7145 N. President George Bush Hwy,
Garland, TX 75044
Settlement Date: 8/31/2020
Final Date: 8/31/2020

| L. Settlement Charges | | | M. Disbursements to Others | |
|---|---|---|---|---|
| 800. Items Payable in Connection with Loan | | | 1501 | |
| 801. Loan Origination Fee   0.5%  to Origin Bank | | $8,250.00 | 1501 to | |
| 802. Loan Discount            %  to | | | 1502 | |
| 803. Appraisal Fee                to Origin Bank | | $3,360.00 | 1502 to | |
| 804. Flood Determination Fee    to Origin Bank | | $10.00 | 1503 | |
| 805. Good Faith Deposit          to Origin Bank | | ($16,000.00) | 1503 to | |
| 806. Mortgage Insurance Application           to | | | 1504 | |
| 807. Assumption Fee              to | | | 1505 | |
| 808.                             to | | | 1505 to | |
| 809.                             to | | | 1506 | |
| 810.                             to | | | 1506 to | |
| 811.                             to | | | 1507 | |
| 900. Items Required by Lender to be Paid in Advance | | | 1507 to | |
| 901. Interest from 8/31/2020 to 9/1/2020 @ $0 /day | | | 1508 | |
| 902. Mortgage Insurance Premium for months | | | 1508 to | |
|         to | | | 1509 | |
| 903. Hazard Insurance Premium for years | | | 1509 to | |
|         to | | | 1510 | |
| 904.                             to | | | 1510 to | |
| 1000. Reserves Deposited with Lender | | | 1511 | |
| 1001. Hazard Insurance    months @    per month | | | 1511 to | |
| 1002. Mortgage insurance  months @    per month | | | 1512 | |
| 1003. City property taxes months @    per month | | | 1512 to | |
| 1004. County property taxes months @   per month | | | 1513 | |
| 1005. Annual Assessments  months @    per month | | | 1513 to | |
| 1006. School property taxes months @   per month | | | 1514 | |
| 1007. MUD taxes           months @    per month | | | 1514 to | |
| 1008. HOA Dues            months @    per month | | | 1515 | |
| 1100. Title Charges | | | 1515 to | |
| 1101. Settlement or closing fee   to Forgey Law Group PLLC | | $550.00 | | |
| 1102. Abstract or title search    to | | | 1520. TOTAL DISBURSED (enter on line 1603) | $0.00 |
| 1103. Title examination           to | | | | |
| 1104. Title insurance binder      to | | | | |
| 1105. Document preparation        to | | | | |
| 1106. Notary fees                 to | | | | |
| 1107. Attorney's fees             to | | | | |
| (includes above item numbers ) | | | | |
| 1108. Title insurance             to Excel Title Group, LLC | | $8,310.00 | | |
| (includes above item numbers ) | | | | |
| 1109. Lender's Coverage $1,650,000.00/$9,354.00 | | | | |
| 1110. Owner's Coverage $0.00/$0.00 | | | | |
| 1111. Courier /FedEx Services     to Forgey Law Group PLLC | | $40.00 | | |
| 1112. State of Texas Policy Guaranty Fee   to Excel Title Group, LLC - | | $2.00 | | |
|       Guaranty Fee Escrow Account | | | | |
| 1113. T-30 Tax deletion (LTP/BINDER)    to Excel Title Group, LLC | | $25.00 | | |
| 1200. Government Recording and Transfer Charges | | | N. NET SETTLEMENT | |
| 1201. Recording Fees: Deed , Mortg $250.00; Rel | | $252.00 | | |
| 1202. City/county tax/stamps: Deed , Mortg | | | 1600. Loan Amount | $1,650,000.00 |
| 1203. State tax/stamps: Deed , Mortg | | | | |
| 1204. Tax certificate            to Land Star Tax Service | | $61.95 | 1601. Plus Cash/Check from Borrower | $0.00 |
| 1205. E-Recording Fee            to Forgey Law Group PLLC | | $11.99 | | |
| 1300. Additional Settlement Charges | | | 1602. Minus Total Settlement Charges (Line 1400) | $1,253,180.35 |
| 1301. Payoff GT 9-1-20          to Hunt Servicing Company | | $1,237,792.41 | | |
| 1302. Lender's Counsel Fee       to Spencer Fane | | $3,054.00 | 1603. Minus Total Disbursements to Others (Line 1520) | $0.00 |
| 1303.                           to | | | | |
| 1304.                           to | | | 1604. Equals Disbursements to Borrower | $396,819.65 |
| 1305.                           to | | | (after expiration of any applicable rescission period | |
| 1306.                           to | | | required by law) | |
| 1400. Total Settlement Charges (enter on Line 1602) | | $1,253,188.35 | | |

form HUD-1A (2/94) ref RESPA

**EXHIBIT "4"**

File No.: 20-0001942FS                               2

| Additional Charges Not Shown on Page 1 | | |
|---|---|---|
| 1114. Not yet due/payable (MIP & BIN        to Excel Title Group, LLC | | $5.00 |
| 1115. MSD MTP T-19.2 Erd        to Excel Title Group, LLC | | |
| 1116. T-23 Access Endorsement        to Excel Title Group, LLC | | $100.00 |
| 1117. Assignment of Rents/Leases   to Excel Title Group, LLC | | |
| 1118. T-19 Non-Res. Endorsement   to Excel Title Group, LLC | | $839.00 |
| Total Additional Charges (Added In to 1400) | | $944.00 |

SETTLEMENT AGENT CERTIFICATION

The HUD-1A Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____        9/1/20
Settlement Agent                  Date

Borrower's Signatures

Nauk Investments LLC
_____
By

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine and imprisonment.  For details see: Title 18 U.S. Code Section 1001 and Section 1010.



HUNT SERVICING COMPANY

Hunt Servicing Company
11501 Outlook Street, Suite 300
Overland Park, KS 66211
Harouna Sankara

## Payoff Statement
### Date of Issuance: 8/27/2020

| Loan #: 2096 | Prospectus ID #: 8859 |
|---|---|
| **Borrower Name and Address:** | **Property Name and Address:** |
| NASK Investments, LLC | La Mansion Apartments |
| Attn: Koteswar Gajavelli & Amal Shrestha | 3915 South Alamo Road |
| 1162 Pedernales Trail | Edinburg, TX 78542 |
| Irving, TX 75063 | |

Please find the total due for the specified date of Tuesday, September 01, 2020. Please note this Payoff Statement is null and void after 2:00 P.M. Central Standard Time on Tuesday, September 01, 2020.

| | |
|---|---|
| 2096 Principal: | $1,171,133.92 |
| 2096 Accrued Interest from 8/1/20 Thru 8/31/20 at 4.93% | $4,971.79 |
| Yield Maintenance | $58,556.70 |
| Lien Release/Assignment: | $600.00 |
| Misc. Fees - Transaction Review Fee: | $2,500.00 |
| **Total Due:** | **$1,237,762.41** |

1. Any unpaid fees accrued from today to the payoff date may be added to the total payoff amount.
2. A new payoff statement must be requested after 09/01/2020
3. Please notify Servicer immediately should the payoff not occur on the specified date.

**Wiring Instructions**
Please find the following wire instructions:

| Bank: | KeyBank, National Association |
|---|---|
| Location: | Cleveland, Ohio |
| ABA: | 039 |
| Account Name: | Hunt Companies Payment Clearing |
| Account Number: | 0922 |
| Reference: | Hunt Servicing Payoff - Loan # 2096 |

**Automated Clearing House Issues**
Please note that final payoff will not and may not be made by draft via automated clearing house (ACH). Funds for final payoff are to be remitted according to the payment instructions below. With respect to monthly loan payments that are automatically drafted via ACH, we must receive written notice from Borrower of Borrower's intent to pay the loan in full at least 14 days prior to final payoff, or such monthly loan payment may be drafted via ACH.

**Important Information Regarding Your Payoff Statement**
All figures stated herein are correct to the best of the knowledge and belief of Hunt Servicing Company. They are subject to any outstanding amounts required to be paid under the Loan Documents, even if for any reason not identified herein such as but not necessarily limited to unstated principal, interest, default interest, late charges, prepayment consideration, yield maintenance spread maintenance or similar such charges legal fees title, insurance/searches, forceplace insurance, cost of collection/modification and other costs allowed under the loan documents, other agreements between Lender and Borrower or by applicable law. All such amounts remain enforceable and collectible regardless of any lien releases given by Hunt Servicing Company in connection with any payoff statement, and failure to pay such costs may result in delay of recording of a lien release.

Please be advised that if your loan has matured, or is otherwise in default, neither your receipt of this statement nor acceptance of any partial payment, or any future partial payment, shall be deemed to amend or modify the terms of the loan documents, nor cure or waive the default existing under the Loan. Lender reserves all of its rights and remedies under the loan documents, at law or in equity.

**Escrow Balances**
Every effort is made to release positive escrow and reserve balances within thirty (30) days of the payoff. Any questions regarding your escrow balance or status of property taxes on accounts escrowed for taxes should be directed to your Account Manager prior to payoff.

**EXHIBIT "5"**

# EXHIBIT "F"

## CONFIRMATION OF WIRE SENT TO FRAUDULENT ACCOUNT ON 9/1/2020 FROM ESCROW ACCOUNT OF EXCEL TITLE GROUP LLC AT FIRST UNITED BANK



Forgey Law Group PLLC

2770 MAIN STREET, SUITE 114, FRISCO, TEXAS 75033
PHONE: (972) 696-9593 • FAX: (888) 352-0345
JASON@TITLE.LAW

9/2/2020                    An outgoing wire has been sent

**An outgoing wire has been sent**

From: DoNotReply@firstunitedbank.com

To: JASON@TITLE.LAW, KATE@TITLE.LAW, JAIMIE@TITLE.LAW,
JENNY@TITLE.LAW, SHERI@TITLE.LAW, ROXANNE@TITLE.LAW,
WIRES@FIRSTUNITEDBANK.COM

Cc:

Sent: 9/1/2020 12:51:53 PM

---

Dear Valued Customer

        First United Bank 9/01/20
Durant OK 74702
NOTICE OF WIRE TRANSFER
20200901B1QGC01R06532509011351FT03
20200901MMQFMPAH000164
Funds in the amount of $ 1,237,792.41 have been wired to
THI KIM CHI NGUYEN HUNT ACCOUNT
from account   0491

Transfer fee.......$.00

LOAN 010182096 NASK INVESTMENTS LLC
LA MANSION APARTMENTS 3915 SOUTH A
LAMO ROAD EDINBURG TEXAS 78542 GF 2
0 1942FS
Excel Title Group, LLC
Escrow Account
7145 N President George Bush Hwy
Garland TX 75044


Wire Notice Processing

**\*\*\* This is an automated e-mail. Please do not respond to this e-mail \*\*\***

# EXHIBIT "G"

DEMAND LETTER DATED SEPTEMBER 15, 2020, FROM
SPENCER FANE, ATTORNEYS FOR ORIGIN BANK,
DEMANDING PAYOFF OF PRIOR LIEN WITH HUNT SO
ORIGIN CAN BE PLACED IN FIRST LIEN POSITION WITH
THEIR NEW LOAN



TITLE.LAW

Forgey Law Group PLLC

2770 MAIN STREET, SUITE 114, FRISCO, TEXAS 75033
PHONE (972) 696-9585 · FAX (888) 352-0345
JASON@TITLE.LAW

SpencerFane

JACOB SPARKS
DIRECT DIAL: (214) 750-3624
EMAIL: JSparks@SpencerFane.com

Matter No. 5032696-0025

September 15, 2020

**VIA EMAIL AND CERTIFIED MAIL**

Forgey Law Group PLLC
Attn: Jason M. Forgey
2770 Main St., Ste. 244
Frisco, TX 75033
Email: jason@title.law

Westcor Land Title Insurance Company
Attn: Wesley Levins
875 Concourse Pkwy. S., Ste. 200
Maitland, FL 32751
Email: wlevins@wltic.com

Westcor Land Title Insurance Company
Attn: Sally C. DeWitt
875 Concourse Pkwy. S., Ste. 200
Maitland, FL 32751
Email: sdewitt@wltic.com

Excel Title Group, LLC
Scott Luna, CEO
500 N. Central Expy., Ste. 175
Plano, TX 75074

Excel Title Group, LLC
Lance Luna, President
500 N. Central Expy., Ste. 175
Plano, TX 75074

Excel Title Group, LLC
Carl Luna, General Counsel
500 N. Central Expy., Ste. 175
Plano, TX 75074

**Re: Notice of Claim and Demand for Payment**

Ladies and Gentlemen:

This law firm represents Origin Bank. On or around July 15, 2020, Origin Bank engaged Excel Title Group ("***Excel***") in connection with a loan secured by real property located at 3915 S. Alamo Rd., Edinburg, TX 78542 (the "***Property***"). The borrower, Nask Investments LLC, was seeking to refinance a loan from its existing lender, Hunt Mortgage Capital LLC. Closing was scheduled for Tuesday, September 1, 2020.

On September 1, 2020, at 10:33 a.m., Michelle Petty at Origin Bank sent the enclosed email to Ms. Tucker confirming that Origin Bank had wired $1,648,380.00 to Excel. At 12:01 p.m. on September 1, 2020, Ms. Tucker sent the enclosed email confirming that Excel had received the funds. Next, at some point on September 1, 2020, Excel wired the payoff proceeds to an unknown third party.

Excel was obligated to remit Origin Bank's funds to the existing lender to pay off the prior loan. Despite multiple requests by Origin Bank and its counsel, Excel has still not wired the funds to the existing lender. As a result, Origin Bank does not have a first position lien on the Property. Furthermore,

**SpencerFane**

September 15, 2020
Page 2

the borrower continues to be indebted to the existing lender and is, therefore, required to make payments on a debt that should have been satisfied. Excel has materially breached its agreement with Origin Bank. Additionally, Excel was negligent in its dealings with Origin Bank, resulting in damages.

In addition, Westcor Land Title Insurance Company ("*Westcor*") issued the Insured Closing Service letter (TX Form T-50) on August 3, 2020, by which Westcor is obligated "to reimburse you [Origin Bank] for actual loss incurred by you in connection with closings of real estate transactions conducted by the Issuing Agent [Excel Title Group]. . . ." Origin Bank has been damaged by acts, omissions, and wrongful conduct of Excel. Accordingly, Origin Bank hereby demands payment of monetary damages caused by and resulting from the acts, omissions, and wrongful conduct of Excel.

Origin Bank demands that Excel and/or Westcor repay not less than **$1,648,380.00** to Origin Bank. Additionally, there are due and owing additional attorneys' fees and costs that continue to accrue. Together, all of the above-referenced sums are referred to as the "*Total Amount Due.*" **DEMAND IS HEREBY MADE FOR IMMEDIATE PAYMENT OF THE TOTAL AMOUNT DUE.** Please note that the Total Amount Due will change as additional attorneys' fees and costs continue to accrue. If Origin Bank is required to file a lawsuit, it will seek to recover damages, court costs, reasonable attorney's fees, expenses, interest, and all other amounts available by law, including exemplary or punitive damages if the trier finds Origin Bank's damages resulted from bad faith, fraud, malice, or gross negligence.

Nothing set forth herein is intended, nor shall it be deemed, to modify, limit, release, reduce, or waive any of Origin Bank's rights, remedies, and/or privileges at law or in equity, all of which are hereby specifically reserved. Furthermore, the enumeration of any specific right or claim herein is not intended, nor shall it be deemed, to waive Origin Bank's rights, remedies, and/or privileges at law or in equity. This letter is not intended to be, and may not be construed as, an election of remedies by Origin Bank. All of Origin Bank's rights and remedies are hereby expressly preserved.

This letter constitutes the notice contemplated by Texas Civil Practices and Remedies Code § 38.002.

SpencerFane

September 15, 2023
Page 2

Sincerely,

*/s/ Jacob Sparks*
Jacob Sparks
Arizona Bar No. 027905
Texas Bar No. 24066126

**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Office:  (214) 750-3610
Fax:     (214) 750-3612
Email:  JSparks@SpencerFane.com

**ATTORNEYS FOR ORIGIN BANK**

Cc:     Ben Johnson, Origin Bank

# EXHIBIT "H"

## E-MAIL FROM ALLI TOWNSEND, FRAUD DEPARTMENT AT FIRST UNITED BANK

- A partial recovery of $797,817.82 was made from Chase Bank from the original fraudulent wire sent; and
- Secret Service is working on wire warrant for the funds at Pacific Mercantile Bank for the remaining funds ($448,940.92).



Forgey Law Group PLLC

2770 MAIN STREET, SUITE 114, FRISCO, TEXAS 75033
PHONE: (972) 696-9585 • FAX: (888) 352-0345
JASON@TITLE.LAW

**Jason Forgey**

| | |
|---|---|
| **From:** | Alli Townsend <atownsend@firstunitedbank.com> |
| **Sent:** | Wednesday, September 23, 2020 2:29 PM |
| **To:** | Jason Forgey |
| **Subject:** | RE: Fraudulent Wire |

Hi Jason,

We received a partial recovery from Chase Bank in the amount of $797,817.82. The funds were posted to your account on 9/22/2020.

Thanks.

 **Alli Townsend, CFCI**
Fraud Manager
P: 580.634.6433
E: atownsend@firstunitedbank.com

**From:** Jason Forgey <jason@title.law>
**Sent:** Wednesday, September 23, 2020 1:38 PM
**To:** Alli Townsend <atownsend@firstunitedbank.com>
**Subject:** RE: Fraudulent Wire

Hi Alli,

Can you send me a confirmation e-mail for my files, confirming the money was posted back into our account?

Thanks!

JASON M. FORGEY

FORGEY LAW GROUP PLLC

Frisco | Little Elm | Denton | Justin | Mansfield
**972.696.9583** office
**888.352.0345** fax

**From:** Alli Townsend <atownsend@firstunitedbank.com>
**Sent:** Tuesday, September 22, 2020 7:00 AM
**To:** Jason Forgey <jason@title.law>; 'Carter, Walter' <CarterW@garlandtx.gov>; 'BRIAN SANDERS (DAL)' <brian.sanders@usss.dhs.gov>
**Cc:** 'WENDY CASSIDY (DAL)' <wendy.cassidy@usss.dhs.gov>
**Subject:** RE: Fraudulent Wire
**Importance:** High

Good morning all!

1

I received a recovery from Chase late yesterday for the original wire that was sent from First United to Chase. The total and final recovery amount that I was able to make is **$797,817.82**.

Jason, you will see this credit today.

Please let me know if you have any questions.

Thanks!

 **Alli Townsend, CFCI**
Fraud Manager
P: 580.634.6433
E: atownsend@firstunitedbank.com

**From:** Jason Forgey <jason@title.law>
**Sent:** Monday, September 21, 2020 6:13 PM
**To:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Alli Townsend <atownsend@firstunitedbank.com>; Carter, Walter <CarterW@garlandtx.gov>; BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
**Cc:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Subject:** Re: Fraudulent Wire

Thank you, Wendy.

In addition to the wire warrants, our title insurance underwriter has hired Texas counsel to file a petition against Chase to have the frozen funds interpleaded into the court registry. I'll keep you up to date when I hear more.

Brian or Detective Carter - feel free to contact me any time you need something: (972) 757-9852

Jason M. Forgey
Attorney & Escrow Officer
Forgey Law Group PLLC
A Fee Attorney Office for Excel Title Group
2770 Main Street, Suite 114
Frisco, Texas 75033
972.696.9583 office
888.352.0345 fax
jason@title.law

**From:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Sent:** Monday, September 21, 2020 5:52:25 PM
**To:** Jason Forgey <jason@title.law>; Alli Townsend <atownsend@firstunitedbank.com>; Carter, Walter <CarterW@garlandtx.gov>; BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
**Cc:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Subject:** RE: Fraudulent Wire

Jason,

As I mentioned in my voicemail today, we are working on getting a seizure warrant for the funds in the Pacific Mercantile Bank. Det. Carter is handling the seizure of the funds in Chase Bank.

2

I am out of town so my coworker Brian Sanders, is going to continue with this investigation and the seizure of the funds at Pacific. He is cc'd on this email. Brian and I spoke at length about this case today and he has received all the documentation and emails you and Det. Carter have provided me. Brian is incredibly capable and I am leaving you in good hands. He will reach out to you tomorrow to follow up.

Any questions, please let me know.

Wendy Cassidy
Senior Special Agent
USSS – Dallas – CFTF
281-841-7501c

**From:** Jason Forgey <jason@title.law>
**Sent:** Thursday, September 17, 2020 3:29 PM
**To:** Alli Townsend <atownsend@firstunitedbank.com>; WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire
**Importance:** High

Please see the attached e-mail from Excel Title's insurance carrier. It appears the Chase account our money was sent to is to an account holder that is wanted by the FBI for defrauding a mortgage company for over $5mm.

https://www.fbi.gov/wanted/wcc/xuyen-thi-kim-nguyen

Will this help in getting warrants or more information from Chase, as well as Pacific Mercantile Bank??

**JASON M. FORGEY**

**FORGEY LAW GROUP PLLC**

**Frisco | Little Elm | Denton | Justin | Mansfield**
**972.696.9583** office
**888.352.0345** fax

**From:** Jason Forgey <jason@title.law>
**Sent:** Tuesday, September 15, 2020 12:17 PM
**To:** Alli Townsend <atownsend@firstunitedbank.com>; WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Carter, Walter <CarterW@garlandtx.gov>
**Subject:** Re: Fraudulent Wire

Thanks everyone

Jason M. Forgey
Attorney & Escrow Officer
Forgey Law Group PLLC
A Fee Attorney Office for Excel Title Group
2770 Main Street, Suite 114
Frisco, Texas 75033
972.696.9583 office
888.352.0345 fax
jason@title.law

3

**From:** Alli Townsend <atownsend@firstunitedbank.com>
**Sent:** Tuesday, September 15, 2020 11:52:44 AM
**To:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Carter, Walter <CarterW@garlandtx.gov>
**Cc:** Jason Forgey <jason@title.law>
**Subject:** RE: Fraudulent Wire

Let me know if you need anything from me, I am happy to assist in any way. Below is the contact I have for Pacific Mercantile. She is aware of the situation but was unable to provide many details to me.

Meg Tweedy
Senior Vice President
Director of Operations
Pacific Mercantile Bank
949 South Coast Drive, 3rd Floor
Costa Mesa, CA 92626
(714)438-2678
(714)438-2178 fax



**Alli Townsend, CFCI**
Fraud Manager
P: 580.634.6433
E: atownsend@firstunitedbank.com

**From:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Sent:** Tuesday, September 15, 2020 11:48 AM
**To:** Jason Forgey <jason@title.law>; Alli Townsend <atownsend@firstunitedbank.com>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Jason,

Funny enough, Det. Carter and I were on the phone when you emailed just now. We are coordinating our efforts and trying to track down the funds.

We will keep you posted on what we find out over the next few days.

Thank you.

Wendy

**From:** Jason Forgey <jason@title.law>
**Sent:** Tuesday, September 15, 2020 11:43 AM
**To:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Alli Townsend <atownsend@firstunitedbank.com>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

Checking in with you to see if you've been able to make any progress.

Detective Carter is working on a wire warrant for Chase Bank, but we don't have any specific information about either the Chase account in the name of Thi Kim Chi Nguyen Hunt, or the Pacific Mercantile Bank account in the name of Prime Trust LLC.

Thanks for all your work – I need all the help I can get at this point.

**JASON M. FORGEY**
Attorney | Manager Member
**FORGEY LAW GROUP PLLC**
A Boutique Attorney Office and Real Title Group
Frisco | Little Elm | Denton | Justin | Mansfield
**972.696.9583** office
**888.352.0345** fax

**From:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Sent:** Friday, September 11, 2020 4:53 PM
**To:** Alli Townsend <atownsend@firstunitedbank.com>; Jason Forgey <jason@title.law>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Thanks Alli.

**From:** Alli Townsend <atownsend@firstunitedbank.com>
**Sent:** Friday, September 11, 2020 4:31 PM
**To:** Jason Forgey <jason@title.law>; WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

$448,840.92 went to Pacific Mercantile Bank, account #███2525, Prime Trust LLC. Pacific Mercantile will not accept hold harmless from First United due to the funds coming directly from Chase. Please reach out to me if you have additional questions or need me to do anything to help.



**Alli Townsend, CFCI**
Fraud Manager
P. 580.634.6433
E: atownsend@firstunitedbank.com

**From:** Jason Forgey <jason@title.law>
**Sent:** Friday, September 11, 2020 4:11 PM
**To:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Cc:** Alli Townsend <atownsend@firstunitedbank.com>; Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

I've cc'd Alli Townsend at the First United Bank Fraud Department, as well as Detective Walter Carter from the Garland Police Department.

Attached is the wiring instructions we used to send the money to the Chase Bank account.

Alli can provide additional information on where the money went from there. I believe it was $448k wired to Pacific Mercantile Bank to the account of Prime Trust LLC, but she can provide you account numbers.

The hackers appear to have gained access through the borrower or lender's email. We were provided their contact information from the borrower, and were led to believe we were speaking or emailing the lender throughout the entire process (Hunt Real Estate Capital or Hunt Mortgage Servicing), when we were not. I have attempted to reach several offices of Hunt Real Estate Capital (NY, Dallas, Houston), and no one has returned calls or texts.

Also attached is the newest statement from the borrower, indicating an interest payment to his old loan with Hunt for September 2020. The phone number listed on the payoff does not show up on Google as a Hunt number. No one on any of the email threads show up on Google or LinkedIn as an employee of Hunt either.

Alli – can you provide the specific wire transfer information that you're aware of?

Thanks everyone for all your help!

**JASON M. FORGEY**
Attorney | Title Agent | Advisor
**FORGEY LAW GROUP PLLC**
A Real Estate Law Office of Local Title Group
Frisco | Little Elm | Denton | Justin | Mansfield
**972.696.9583** office
**888.352.0345** fax

From: WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
Sent: Friday, September 11, 2020 3:56 PM
To: Jason Forgey <jason@title.law>
Subject: Fraudulent Wire

Hi Jason,

When you have a moment, please send me the wiring instructions you received for the fraudulent funds sent to Chase Bank. Please include the amount, account number, address, and beneficiary. If you have any information regarding the subsequent wire to Pacific Mercantile, that would be helpful too.

Another question – you do have any idea how the hackers gained access to your system, i.e., phishing email?

Thank you.

Wendy Cassidy
Senior Special Agent
USSS – Dallas – CFTF
281-841-7501c

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

6

# EXHIBIT "I"

### E-MAILS FROM DETECTIVE WALTER CARTER, GARLAND POLICE DEPARTMENT; AND WENDY CASSIDY AND BRIAN SANDERS, UNITED STATES SECRET SERVICE.

- Detective was attempting to also issue a wire warrant on Pacific Mercantile Bank;
- Per Alli Townsend, the remaining stolen funds were wired to Pacific Mercantile Bank in the amount of $448,840.92); and
- Brian Sanders will be taking over this case at the Secret Service for Wendy Cassidy.



TITLE.LAW

Forgey Law Group PLLC

2770 Main Street, Suite 114, Frisco, Texas 75033
Phone: (972) 696-9583 • Fax: (888) 352-0345
Jason@Title.Law

**Jason Forgey**

| | |
|---|---|
| **From:** | Carter, Walter <CarterW@garlandtx.gov> |
| **Sent:** | Tuesday, September 22, 2020 10:55 AM |
| **To:** | Jason Forgey |
| **Subject:** | RE: Fraudulent Wire |

Sir,

Received and thank you. Per my chain of command I have been instructed to write another search and seizure warrant for the funds at Pacific Mercantile Bank. The search and seizure warrant signed by Judge Sholden  was served at Chase Bank yesterday 09/21/2020 at 9:52AM.

Respectfully,

Detective W. Carter #6514
Garland Police
Criminal Investigations Division
972-205-2045



**From:** Jason Forgey [mailto:jason@title.law]
**Sent:** Tuesday, September 22, 2020 10:34 AM
**To:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Alli Townsend <atownsend@firstunitedbank.com>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Detective,

Here's the two prior e-mails from Alli Townsend with the information on the wire to the 3rd bank:

$448,840.92 went to Pacific Mercantile Bank, account #▮▮▮2525, Prime Trust LLC. Pacific Mercantile will not accept hold harmless from First United due to the funds coming directly from Chase. Please reach out to me if you have additional questions or need me to do anything to help.

Let me know if you need anything from me, I am happy to assist in any way.  Below is the contact I have for Pacific Mercantile.  She is aware of the situation but was unable to provide many details to me.

1

**Meg Tweedy**
**Senior Vice President**
**Director of Operations**
**Pacific Mercantile Bank**
**949 South Coast Drive, 3rd Floor**
**Costa Mesa, CA  92626**
**(714)438-2678**
**(714)438-2178 fax**

**JASON M. FORGEY**
Assistant Managing Member
**FORGEY LAW GROUP PLLC**
A Law Attorney Office and of Title Group
**Frisco | Little Elm | Denton | Justin | Mansfield**
**972.696.9583 office**
**888.352.0345 fax**

**From:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Sent:** Friday, September 11, 2020 4:53 PM
**To:** Alli Townsend <atownsend@firstunitedbank.com>; Jason Forgey <jason@title.law>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Thanks Alli.

**From:** Alli Townsend <atownsend@firstunitedbank.com>
**Sent:** Friday, September 11, 2020 4:31 PM
**To:** Jason Forgey <jason@title.law>; WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

$448,840.92 went to Pacific Mercantile Bank, account # ████2525, Prime Trust LLC.  Pacific Mercantile will not accept hold harmless from First United due to the funds coming directly from Chase.  Please reach out to me if you have additional questions or need me to do anything to help.



**Alli Townsend, CFCI**
Fraud Manager
P: 580.634.6433
E: atownsend@firstunitedbank.com

**From:** Jason Forgey <jason@title.law>
**Sent:** Friday, September 11, 2020 4:11 PM
**To:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Cc:** Alli Townsend <atownsend@firstunitedbank.com>; Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

I've cc'd Alli Townsend at the First United Bank Fraud Department, as well as Detective Walter Carter from the Garland Police Department.

Attached is the wiring instructions we used to send the money to the Chase Bank account.

Alli can provide additional information on where the money went from there. I believe it was $448k wired to Pacific Mercantile Bank to the account of Prime Trust LLC, but she can provide you account numbers.

The hackers appear to have gained access through the borrower or lender's email. We were provided their contact information from the borrower, and were led to believe we were speaking or emailing the lender throughout the entire process (Hunt Real Estate Capital or Hunt Mortgage Servicing), when we were not. I have attempted to reach several offices of Hunt Real Estate Capital (NY, Dallas, Houston), and no one has returned calls or texts.

Also attached is the newest statement from the borrower, indicating an interest payment to his old loan with Hunt for September 2020. The phone number listed on the payoff does not show up on Google as a Hunt number. No one on any of the email threads show up on Google or LinkedIn as an employee of Hunt either.

Alli – can you provide the specific wire transfer information that you're aware of?

Thanks everyone for all your help!

JASON M. FORGEY

FORGEY LAW GROUP PLLC

Frisco | Little Elm | Denton | Justin | Mansfield
**972.696.9583** office
**888.352.0345** fax

**From:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Sent:** Friday, September 11, 2020 3:56 PM
**To:** Jason Forgey <jason@title.law>
**Subject:** Fraudulent Wire

Hi Jason,

When you have a moment, please send me the wiring instructions you received for the fraudulent funds sent to Chase Bank. Please include the amount, account number, address, and beneficiary. If you have any information regarding the subsequent wire to Pacific Mercantile, that would be helpful too.

Another question – you do have any idea how the hackers gained access to your system, i.e., phishing email?

Thank you.

Wendy Cassidy
Senior Special Agent
USSS – Dallas – CFTF
281-841-7501c

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

**Jason Forgey**

| | |
|---|---|
| **From:** | WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov> |
| **Sent:** | Monday, September 21, 2020 5:52 PM |
| **To:** | Jason Forgey; Alli Townsend; Carter, Walter; BRIAN SANDERS (DAL) |
| **Cc:** | WENDY CASSIDY (DAL) |
| **Subject:** | RE: Fraudulent Wire |

Jason,

As I mentioned in my voicemail today, we are working on getting a seizure warrant for the funds in the Pacific Mercantile Bank. Det. Carter is handling the seizure of the funds in Chase Bank.

I am out of town so my coworker Brian Sanders, is going to continue with this investigation and the seizure of the funds at Pacific. He is cc'd on this email. Brian and I spoke at length about this case today and he has received all the documentation and emails you and Det. Carter have provided me. Brian is incredibly capable and I am leaving you in good hands. He will reach out to you tomorrow to follow up.

Any questions, please let me know.

Wendy Cassidy
Senior Special Agent
USSS – Dallas – CFTF
281-841-7501c

**From:** Jason Forgey <jason@title.law>
**Sent:** Thursday, September 17, 2020 3:29 PM
**To:** Alli Townsend <atownsend@firstunitedbank.com>; WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire
**Importance:** High

Please see the attached e-mail from Excel Title's insurance carrier. It appears the Chase account our money was sent to is to an account holder that is wanted by the FBI for defrauding a mortgage company for over $5mm.

https://www.fbi.gov/wanted/wcc/xuyen-thi-kim-nguyen

Will this help in getting warrants or more information from Chase, as well as Pacific Mercantile Bank??

JASON M. FORGEY

FORGEY LAW GROUP PLLC

Frisco | Little Elm | Denton | Justin | Mansfield
**972.696.9583** office
**888.352.0345** fax

**From:** Jason Forgey <jason@title.law>
**Sent:** Tuesday, September 15, 2020 12:17 PM
**To:** Alli Townsend <atownsend@firstunitedbank.com>; WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Carter,

1

Walter <CarterW@garlandtx.gov>
**Subject:** Re: Fraudulent Wire

Thanks everyone

Jason M. Forgey
Attorney & Escrow Officer
Forgey Law Group PLLC
A Fee Attorney Office for Excel Title Group
2770 Main Street, Suite 114
Frisco, Texas 75033
972.696.9583 office
888.352.0345 fax
jason@title.law

**From:** Alli Townsend <atownsend@firstunitedbank.com>
**Sent:** Tuesday, September 15, 2020 11:52:44 AM
**To:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Carter, Walter <CarterW@garlandtx.gov>
**Cc:** Jason Forgey <jason@title.law>
**Subject:** RE: Fraudulent Wire

Let me know if you need anything from me, I am happy to assist in any way. Below is the contact I have for Pacific Mercantile. She is aware of the situation but was unable to provide many details to me.

Meg Tweedy
Senior Vice President
Director of Operations
Pacific Mercantile Bank
949 South Coast Drive, 3rd Floor
Costa Mesa, CA  92626
(714)438-2678
(714)438-2178 fax

 **Alli Townsend, CFCI**
Fraud Manager
P: 580.634 6433
E: atownsend@firstunitedbank.com

**From:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Sent:** Tuesday, September 15, 2020 11:48 AM
**To:** Jason Forgey <jason@title.law>; Alli Townsend <atownsend@firstunitedbank.com>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Jason,

Funny enough, Det. Carter and I were on the phone when you emailed just now.  We are coordinating our efforts and trying to track down the funds.

We will keep you posted on what we find out over the next few days.

2

Thank you.

Wendy

**From:** Jason Forgey <jason@title.law>
**Sent:** Tuesday, September 15, 2020 11:43 AM
**To:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Alli Townsend <atownsend@firstunitedbank.com>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

Checking in with you to see if you've been able to make any progress.

Detective Carter is working on a wire warrant for Chase Bank, but we don't have any specific information about either the Chase account in the name of Thi Kim Chi Nguyen Hunt, or the Pacific Mercantile Bank account in the name of Prime Trust LLC.

Thanks for all your work – I need all the help I can get at this point.

**JASON M. FORGEY**

**FORGEY LAW GROUP PLLC**

**Frisco | Little Elm | Denton | Justin | Mansfield**
**972.696.9583** office
**888.352.0345** fax

**From:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Sent:** Friday, September 11, 2020 4:53 PM
**To:** Alli Townsend <atownsend@firstunitedbank.com>; Jason Forgey <jason@title.law>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Thanks Alli.

**From:** Alli Townsend <atownsend@firstunitedbank.com>
**Sent:** Friday, September 11, 2020 4:31 PM
**To:** Jason Forgey <jason@title.law>; WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Cc:** Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

$448,840.92 went to Pacific Mercantile Bank, account # ███2525, Prime Trust LLC.  Pacific Mercantile will not accept hold harmless from First United due to the funds coming directly from Chase.  Please reach out to me if you have additional questions or need me to do anything to help.

3



**Alli Townsend, CFCI**
Fraud Manager
P: 580.634.6433
E: atownsend@firstunitedbank.com

**From:** Jason Forgey <jason@title.law>
**Sent:** Friday, September 11, 2020 4:11 PM
**To:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Cc:** Alli Townsend <atownsend@firstunitedbank.com>; Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

I've cc'd Alli Townsend at the First United Bank Fraud Department, as well as Detective Walter Carter from the Garland Police Department.

Attached is the wiring instructions we used to send the money to the Chase Bank account.

Alli can provide additional information on where the money went from there. I believe it was $448k wired to Pacific Mercantile Bank to the account of Prime Trust LLC, but she can provide you account numbers.

The hackers appear to have gained access through the borrower or lender's email. We were provided their contact information from the borrower, and were led to believe we were speaking or emailing the lender throughout the entire process (Hunt Real Estate Capital or Hunt Mortgage Servicing), when we were not. I have attempted to reach several offices of Hunt Real Estate Capital (NY, Dallas, Houston), and no one has returned calls or texts.

Also attached is the newest statement from the borrower, indicating an interest payment to his old loan with Hunt for September 2020. The phone number listed on the payoff does not show up on Google as a Hunt number. No one on any of the email threads show up on Google or LinkedIn as an employee of Hunt either.

Alli – can you provide the specific wire transfer information that you're aware of?

Thanks everyone for all your help!

JASON M. FORGEY

FORGEY LAW GROUP PLLC

Frisco | Little Elm | Denton | Justin | Mansfield
**972.696.9583** office
**888.352.0345** fax

**From:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Sent:** Friday, September 11, 2020 3:56 PM
**To:** Jason Forgey <jason@title.law>
**Subject:** Fraudulent Wire

Hi Jason,

4

When you have a moment, please send me the wiring instructions you received for the fraudulent funds sent to Chase Bank. Please include the amount, account number, address, and beneficiary. If you have any information regarding the subsequent wire to Pacific Mercantile, that would be helpful too.

Another question – you do have any idea how the hackers gained access to your system, i.e., phishing email?

Thank you.

Wendy Cassidy
Senior Special Agent
USSS – Dallas – CFTF
281-841-7501c


All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

# EXHIBIT "J"

## E-MAIL FROM BRIAN SANDERS, UNITED STATES SECRET SERVICE, TO JASON FORGEY:

- Brian Sanders from the Secret Service confirmed his warrant was executed and the assets at Pacific Mercantile Bank were seized. A cashier's check was to be mailed to his office;
- Confirmation that the check arrived to his office on Wednesday, September 30, 2020; and
- Once funds were received, we can begin the process of getting the funds back into our account.



TITLE.LAW

Forgey Law Group PLLC

2770 MAIN STREET, SUITE 114, FRISCO, TEXAS 75033
PHONE: (972) 696-9583 • FAX: (888) 352-0345
JASON@TITLE.LAW

**Jason Forgey**

| | |
|---|---|
| **From:** | BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov> |
| **Sent:** | Wednesday, September 30, 2020 5:25 PM |
| **To:** | Jason Forgey |
| **Subject:** | RE: Cashier's Check |

Jason –

I apologize, but I was mistaken on who will send you the letter. The contact letter regarding the seized funds will be sent by the Secret Service Asset Forfeiture Branch. You will not deal with the US Attorney's Office unless a claim is filed and a civil matter is opened.

Sorry for the confusion on my part.

```
Brian L. Sanders
United States Secret Service
Dallas Field Office
Cyber Fraud Task Force
Office:    (972) 868-3237
Cell:      (214) 471-7645
```

**From:** Jason Forgey <jason@title.law>
**Sent:** Wednesday, September 30, 2020 1:53 PM
**To:** BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
**Cc:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Subject:** RE: Cashier's Check

Thanks Brian. If there's a contact at the U.S. Attorney's Office that is in charge of sending the letters, let me know.

JASON M. FORGEY

FORGEY LAW GROUP PLLC

**Frisco | Little Elm | Denton | Justin | Mansfield**
**972.696.9583** office
**888.352.0345** fax

**From:** BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
**Sent:** Wednesday, September 30, 2020 1:45 PM
**To:** Jason Forgey <jason@title.law>
**Cc:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Subject:** Cashier's Check

Jason –

I wanted to let you know that the cashier's check from Pacific Mercantile arrived this morning.

```
Brian L. Sanders
United States Secret Service
Dallas Field Office
Cyber Fraud Task Force
```

1

```
Office:     (972) 868-3237
Cell:       (214) 471-7645
```

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

## Jason Forgey

| | |
|---|---|
| **From:** | BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov> |
| **Sent:** | Tuesday, September 29, 2020 12:43 PM |
| **To:** | Jason Forgey |
| **Subject:** | Re: Fraudulent Wire |

Jason -

Got it and thank you.

Brian L. Sanders
United States Secret Service
Dallas Field Office
Electronic Crimes Task Force
Office:   (972) 868-3237
Cell:     (214) 471-7645


On Sep 29, 2020, at 12:40 PM, Jason Forgey <jason@title.law> wrote:


Brian, here's my address for the U.S. Attorney's letter so we can file a petition:

2770 Main Street, Suite 114
Frisco, Texas 75033

JASON M. FORGEY
        ʼ ᵼ .
FORGEY LAW GROUP PLLC
Vi...ɪ... , ʝɪʼ.. ʝ.ʼ ʼ.ʸʸʼ ʼᵼᵼ. ᵹ..ᵼ..
Frisco | Little Elm | Denton | Justin | Mansfield
972.696.9583 office
888.352.0345 fax

From: BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
Sent: Monday, September 28, 2020 5:14 PM
To: Jason Forgey <jason@title.law>
Subject: RE: Fraudulent Wire

Jason –

I just spoke with Pacific Mercantile and verified that the cashier's check was mailed Friday. I should
have it tomorrow at some point.

Would you be available to jump on a call tomorrow? Let me know what works best for you.

Thanks!

Brian L. Sanders

```
United States Secret Service
Dallas Field Office
Cyber Fraud Task Force
Office:    (972) 868-3237
Cell:      (214) 471-7645
```

**From:** Jason Forgey <jason@title.law>
**Sent:** Friday, September 25, 2020 11:47 AM
**To:** BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
**Subject:** RE: Fraudulent Wire

Once you receive/deposit the funds, what's the process to getting it back in our account so we can pay off the prior lender?

**JASON M. FORGEY**
Managing Member
**FORGEY LAW GROUP PLLC**
A Real Estate, Closing, and Title Group
Frisco | Little Elm | Denton | Justin | Mansfield
**972.696.9583** office
**888.352.0345** fax

**From:** BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
**Sent:** Friday, September 25, 2020 11:43 AM
**To:** Jason Forgey <jason@title.law>
**Subject:** Re: Fraudulent Wire

I know it!  Old school is often safer these days.

Brian L. Sanders
United States Secret Service
Dallas Field Office
Electronic Crimes Task Force
Office:   (972) 868-3237
Cell:     (214) 471-7645

> On Sep 25, 2020, at 11:37 AM, Jason Forgey <jason@title.law> wrote:

I'd complain but it seems to be a safer mode of transferring money these days!

**JASON M. FORGEY**
Managing Member
**FORGEY LAW GROUP PLLC**
A Real Estate, Closing, and Title Group
Frisco | Little Elm | Denton | Justin | Mansfield
**972.696.9583** office
**888.352.0345** fax

**From:** BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
**Sent:** Friday, September 25, 2020 11:35 AM

2

**To:** Jason Forgey <jason@title.law>
**Subject:** Re: Fraudulent Wire

They are sending the cashiers check to my office.

Brian L. Sanders
United States Secret Service
Dallas Field Office
Electronic Crimes Task Force
Office:   (972) 868-3237
Cell:     (214) 471-7645

> On Sep 25, 2020, at 11:32 AM, Jason Forgey <jason@title.law> wrote:

Good Morning Brian!

Any updates from Pacific Mercantile Bank?

JASON M. FORGEY
Attorney | Escrow Manager
FORGEY LAW GROUP PLLC
A Far Allen. and Office for Line Title Group
**Frisco | Little Elm | Denton | Justin | Mansfield**
**972.696.9583** office
**888.352.0345** fax

**From:** BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
**Sent:** Thursday, September 24, 2020 11:46 AM
**To:** Jason Forgey <jason@title.law>
**Subject:** Re: Fraudulent Wire

No problem at all.

Brian L. Sanders
United States Secret Service
Dallas Field Office
Electronic Crimes Task Force
Office:   (972) 868-3237
Cell:     (214) 471-7645

> On Sep 24, 2020, at 11:45 AM, Jason Forgey
> <jason@title.law> wrote:

Perfect. Thanks for the update! I'll bug you again tomorrow if I don't hear from you before to see if money was officially transferred to your office.

Have a great day.

**JASON M. FORGEY**
Senior   Managing Member
**FORGEY LAW GROUP PLLC**
The Attorney Office for Pavel Title Group
**Frisco | Little Elm | Denton | Justin | Mansfield**
**972.696.9583 office**
**888.352.0345 fax**

**From:** BRIAN SANDERS (DAL)
<brian.sanders@usss.dhs.gov>
**Sent:** Thursday, September 24, 2020 11:28 AM
**To:** Jason Forgey <jason@title.law>
**Cc:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Subject:** RE: Fraudulent Wire

Jason –

Yes! I apologize for not informing you earlier. I have been scrambling getting the warrant filed with the court and filing all of the other paperwork.

I have spoken with Pacific Mercantile this morning. They have received the warrant and are processing at this time. The funds will be sent back to my office. We then just have to go through the process of getting the funds back to you.

```
Brian L. Sanders
United States Secret Service
Dallas Field Office
Cyber Fraud Task Force
Office:    (972) 868-3237
Cell:      (214) 471-7645
```

**From:** Jason Forgey <jason@title.law>
**Sent:** Thursday, September 24, 2020 11:21 AM
**To:** BRIAN SANDERS (DAL)
<brian.sanders@usss.dhs.gov>
**Cc:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Subject:** Re: Fraudulent Wire

Any luck getting your wire warrant served this morning?

Jason M. Forgey

4

Attorney & Escrow Officer
Forgey Law Group PLLC
A Fee Attorney Office for Excel Title Group
2770 Main Street, Suite 114
Frisco, Texas 75033
972.696.9583 office
888.352.0345 fax
jason@title.law

**From:** Jason Forgey
**Sent:** Wednesday, September 23, 2020 3:28:28 PM
**To:** BRIAN SANDERS (DAL)
<brian.sanders@usss.dhs.gov>
**Cc:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Subject:** RE: Fraudulent Wire

Thank you Brian.

JASON M. FORGEY
Attorney Managing Member

FORGEY LAW GROUP PLLC
A Fee Attorney Office for Excel Title Group
**Frisco | Little Elm | Denton | Justin | Mansfield**
**972.696.9583** office
**888.352.0345** fax

**From:** BRIAN SANDERS (DAL)
<brian.sanders@usss.dhs.gov>
**Sent:** Wednesday, September 23, 2020 2:54 PM
**To:** Jason Forgey <jason@title.law>
**Cc:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Subject:** Re: Fraudulent Wire

I Have all I need.

It will be tomorrow morning before the warrant can
be sworn and signed. I have already spoken to
Pacific Mercantile, and that will be no problem. I
expect it will be served before they open for
business on the West Coast.

I will let you know in the morning once all is done.

Brian L. Sanders
United States Secret Service
Dallas Field Office
Electronic Crimes Task Force
Office:   (972) 868-3237
Cell:     (214) 471-7645

5

On Sep 23, 2020, at 2:47 PM, Jason
Forgey <jason@title.law> wrote:

Need anything else from me, or did the
warrant request get sent to Pacific
Mercantile Bank?

JASON M. FORGEY
Attorney | Business Member
FORGEY LAW GROUP
PLLC
A Texas Attorney, Office, and Local Title
Group

Frisco | Little Elm | Denton | Justin |
Mansfield
972.696.9583 office
888.352.0345 fax

From: Jason Forgey
Sent: Wednesday, September 23, 2020
1:34 PM
To: BRIAN SANDERS (DAL)
<brian.sanders@usss.dhs.gov>
Cc: WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
Subject: RE: Fraudulent Wire

Attached is the fraudulent payoff where
our wire was incorrectly sent to at
Chase Bank. The account holder at
Chase (Thi Kim Chi Nguyen) then wired
money (nearly $450k) to Pacific
Mercantile Bank.

Thanks,

JASON M. FORGEY

FORGEY LAW GROUP
PLLC
A Texas Attorney, Office, and Local Title
Group

Frisco | Little Elm | Denton | Justin |
Mansfield
972.696.9583 office
888.352.0345 fax

From: BRIAN SANDERS (DAL)
<brian.sanders@usss.dhs.gov>
Sent: Wednesday, September 23, 2020
1:14 PM
To: Jason Forgey <jason@title.law>
Cc: WENDY CASSIDY (DAL)

6

<wendy.cassidy@usss.dhs.gov>
**Subject:** RE: Fraudulent Wire

Jason –

I am sorry, but I will continue to pepper you with questions as I go through the sequence of events.

Why did you contact Garland PD as opposed to Frisco PD or an agency closer to your office?

```
Brian L. Sanders
United States Secret
Service
Dallas Field Office
Cyber Fraud Task Force
Office:    (972) 868-3237
Cell:      (214) 471-7645
```

**From:** Jason Forgey <jason@title.law>
**Sent:** Tuesday, September 22, 2020 8:30 AM
**To:** Alli Townsend <atownsend@firstunitedbank.com>; 'Carter, Walter' <CarterW@garlandtx.gov>; BRIAN SANDERS (DAL) <brian.sanders@usss.dhs.gov>
**Cc:** WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>
**Subject:** Re: Fraudulent Wire

Fantastic!!

I've started to notify the parties involved. Now we'll have to focus on the money at Pacific Mercantile Bank and see what we can pull from there.

Alli - will we get a wire confirmation as usual? If not, can you email me whatever confirmation you receive?

Thanks!

Jason M. Forgey
Attorney & Escrow Officer
Forgey Law Group PLLC

7

A Fee Attorney Office for Excel
Title Group
2770 Main Street, Suite 114
Frisco, Texas 75033
972.696.9583 office
888.352.0345 fax
jason@title.law

**From:** Alli Townsend
<atownsend@firstunitedbank.com>
**Sent:** Tuesday, September 22, 2020
6:59:54 AM
**To:** Jason Forgey <jason@title.law>;
'Carter, Walter'
<CarterW@garlandtx.gov>; 'BRIAN
SANDERS (DAL)'
<brian.sanders@usss.dhs.gov>
**Cc:** 'WENDY CASSIDY (DAL)'
<wendy.cassidy@usss.dhs.gov>
**Subject:** RE: Fraudulent Wire

Good morning all!

I received a recovery from Chase late
yesterday for the original wire that was
sent from First United to Chase. The
total and final recovery amount that I
was able to make is **$797,817.82**.

Jason, you will see this credit today.

Please let me know if you have any
questions.

Thanks!
<image001.png>

**From:** Jason Forgey <jason@title.law>
**Sent:** Monday, September 21, 2020
6:13 PM
**To:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>; Alli
Townsend
<atownsend@firstunitedbank.com>;
Carter, Walter
<CarterW@garlandtx.gov>; BRIAN
SANDERS (DAL)
<brian.sanders@usss.dhs.gov>
**Cc:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Subject:** Re: Fraudulent Wire

8

Thank you, Wendy.

In addition to the wire warrants, our title insurance underwriter has hired Texas counsel to file a petition against Chase to have the frozen funds interpleaded into the court registry. I'll keep you up to date when I hear more.

Brian or Detective Carter - feel free to contact me any time you need something: (972) 757-9852

Jason M. Forgey
Attorney & Escrow Officer
Forgey Law Group PLLC
A Fee Attorney Office for Excel Title Group
2770 Main Street, Suite 114
Frisco, Texas 75033
972.696.9583 office
888.352.0345 fax
jason@title.law

---

**From:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Sent:** Monday, September 21, 2020
5:52:25 PM
**To:** Jason Forgey <jason@title.law>; Alli
Townsend
<atownsend@firstunitedbank.com>;
Carter, Walter
<CarterW@garlandtx.gov>; BRIAN
SANDERS (DAL)
<brian.sanders@usss.dhs.gov>
**Cc:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Subject:** RE: Fraudulent Wire

Jason,

As I mentioned in my voicemail today, we are working on getting a seizure warrant for the funds in the Pacific Mercantile Bank.  Det. Carter is handling the seizure of the funds in Chase Bank.

I am out of town so my coworker Brian Sanders, is going to continue with this investigation and the seizure of the funds at Pacific.  He is cc'd on this

9

email. Brian and I spoke at length about this case today and he has received all the documentation and emails you and Det. Carter have provided me. Brian is incredibly capable and I am leaving you in good hands. He will reach out to you tomorrow to follow up.

Any questions, please let me know.

Wendy Cassidy
Senior Special Agent
USSS – Dallas – CFTF
281-841-7501c

**From:** Jason Forgey <jason@title.law>
**Sent:** Thursday, September 17, 2020 3:29 PM
**To:** Alli Townsend <atownsend@firstunitedbank.com>; WENDY CASSIDY (DAL) <wendy.cassidy@usss.dhs.gov>; Carter, Walter <CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire
**Importance:** High

Please see the attached e-mail from Excel Title's insurance carrier. It appears the Chase account our money was sent to is to an account holder that is wanted by the FBI for defrauding a mortgage company for over $5mm.

https://www.fbi.gov/wanted/wcc/xuye
n-thi-kim-nguyen

Will this help in getting warrants or more information from Chase, as well as Pacific Mercantile Bank??

JASON M. FORGEY

FORGEY LAW GROUP PLLC

Frisco | Little Elm | Denton | Justin | Mansfield
972.696.9583 office
888.352.0345 fax

10

**From:** Jason Forgey <jason@title.law>
**Sent:** Tuesday, September 15, 2020
12:17 PM
**To:** Alli Townsend
<atownsend@firstunitedbank.com>;
WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>; Carter,
Walter <CarterW@garlandtx.gov>
**Subject:** Re: Fraudulent Wire

Thanks everyone

Jason M. Forgey
Attorney & Escrow Officer
Forgey Law Group PLLC
A Fee Attorney Office for Excel Title
Group
2770 Main Street, Suite 114
Frisco, Texas 75033
972.696.9583 office
888.352.0345 fax
jason@title.law

**From:** Alli Townsend
<atownsend@firstunitedbank.com>
**Sent:** Tuesday, September 15, 2020
11:52:44 AM
**To:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>; Carter,
Walter <CarterW@garlandtx.gov>
**Cc:** Jason Forgey <jason@title.law>
**Subject:** RE: Fraudulent Wire

Let me know if you need anything from
me, I am happy to assist in any
way.  Below is the contact I have for
Pacific Mercantile.  She is aware of the
situation but was unable to provide
many details to me.

Meg Tweedy
Senior Vice President
Director of Operations
Pacific Mercantile Bank
949 South Coast Drive, 3rd Floor
Costa Mesa, CA  92626
(714)438-2678
(714)438-2178 fax

<image001.png>

11

**From:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Sent:** Tuesday, September 15, 2020
11:48 AM
**To:** Jason Forgey <jason@title.law>; Alli
Townsend
<atownsend@firstunitedbank.com>
**Cc:** Carter, Walter
<CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Jason,

Funny enough, Det. Carter and I were
on the phone when you emailed just
now. We are coordinating our efforts
and trying to track down the funds.

We will keep you posted on what we
find out over the next few days.

Thank you.

Wendy

**From:** Jason Forgey <jason@title.law>
**Sent:** Tuesday, September 15, 2020
11:43 AM
**To:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>; Alli
Townsend
<atownsend@firstunitedbank.com>
**Cc:** Carter, Walter
<CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

Checking in with you to see if you've
been able to make any progress.

Detective Carter is working on a wire
warrant for Chase Bank, but we don't
have any specific information about
either the Chase account in the name of
Thi Kim Chi Nguyen Hunt, or the Pacific
Mercantile Bank account in the name of
Prime Trust LLC.

Thanks for all your work – I need all the
help I can get at this point.

12

**JASON M. FORGEY**

**FORGEY LAW GROUP PLLC**

Frisco | Little Elm | Denton | Justin |
Mansfield
**972.696.9583** office
**888.352.0345** fax

**From:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Sent:** Friday, September 11, 2020 4:53
PM
**To:** Alli Townsend
<atownsend@firstunitedbank.com>;
Jason Forgey <jason@title.law>
**Cc:** Carter, Walter
<CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Thanks Alli.

**From:** Alli Townsend
<atownsend@firstunitedbank.com>
**Sent:** Friday, September 11, 2020 4:31
PM
**To:** Jason Forgey <jason@title.law>;
WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Cc:** Carter, Walter
<CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

$448,840.92 went to Pacific Mercantile
Bank, account #▓▓2525, Prime Trust
LLC.  Pacific Mercantile will not accept
hold harmless from First United due to
the funds coming directly from
Chase.  Please reach out to me if you
have additional questions or need me
to do anything to help.

<image001.png>

**From:** Jason Forgey <jason@title.law>
**Sent:** Friday, September 11, 2020 4:11
PM

13

**To:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Cc:** Alli Townsend
<atownsend@firstunitedbank.com>;
Carter, Walter
<CarterW@garlandtx.gov>
**Subject:** RE: Fraudulent Wire

Hi Wendy,

I've cc'd Alli Townsend at the First
United Bank Fraud Department, as well
as Detective Walter Carter from the
Garland Police Department.

Attached is the wiring instructions we
used to send the money to the Chase
Bank account.

Alli can provide additional information
on where the money went from there. I
believe it was $448k wired to Pacific
Mercantile Bank to the account of
Prime Trust LLC, but she can provide
you account numbers.

The hackers appear to have gained
access through the borrower or lender's
email. We were provided their contact
information from the borrower, and
were led to believe we were speaking
or emailing the lender throughout the
entire process (Hunt Real Estate Capital
or Hunt Mortgage Servicing), when we
were not. I have attempted to reach
several offices of Hunt Real Estate
Capital (NY, Dallas, Houston), and no
one has returned calls or texts.

Also attached is the newest statement
from the borrower, indicating an
interest payment to his old loan with
Hunt for September 2020. The phone
number listed on the payoff does not
show up on Google as a Hunt number.
No one on any of the email threads
show up on Google or LinkedIn as an
employee of Hunt either.

Alli – can you provide the specific wire
transfer information that you're aware
of?

14

Thanks everyone for all your help!

JASON M. FORGEY

FORGEY LAW GROUP
PLLC
A Fee Attorney Office for Excel Title
Group
Frisco | Little Elm | Denton | Justin |
Mansfield
972.696.9583 office
888.352.0345 fax

**From:** WENDY CASSIDY (DAL)
<wendy.cassidy@usss.dhs.gov>
**Sent:** Friday, September 11, 2020 3:56
PM
**To:** Jason Forgey <jason@title.law>
**Subject:** Fraudulent Wire

Hi Jason,

When you have a moment, please send
me the wiring instructions you received
for the fraudulent funds sent to Chase
Bank. Please include the amount,
account number, address, and
beneficiary. If you have any
information regarding the subsequent
wire to Pacific Mercantile, that would
be helpful too.

Another question – you do have any
idea how the hackers gained access to
your system, i.e., phishing email?

Thank you.

Wendy Cassidy
Senior Special Agent
USSS – Dallas – CFTF
281-841-7501c


All e-mail to/from this account is
subject to official review and is for
official use only. Action may be taken in
response to any inappropriate use of
the Secret Service's e-mail system. This
e-mail may contain information that is
privileged, law enforcement sensitive,
or subject to other disclosure

15

limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If

16

you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.