**EXHIBIT C**

Query    Reports    Utilities    Help    Log Out

CLOSED

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CIVIL DOCKET FOR CASE #: 4:21-cv-00202-ALM

United States of America v. $448,840.92 in United States Currency
Assigned to: District Judge Amos L. Mazzant, III
Cause: 28:1345 Complaint for Forfeiture

Date Filed: 03/16/2021
Date Terminated: 06/22/2022
Jury Demand: None
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**    represented by    **Robert Austin Wells**
U S Attorney's Office - Tyler
110 N. College
Ste 700
Tyler, TX 75702
903-590-1400
Fax: 903-590-1436
Email: robert.wells3@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Camelia Elisa Lopez**
U S Attorney's Office - Plano
101 East Park Blvd, Suite 500
Plano, TX 75074
972-509-1201
Fax: 972-509-1209
Email: camelia.lopez@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**$448,840.92 in United States Currency**

**Claimant**

**Excel Title Group, LLC**    represented by    **Susan Abbott Schwartz**
Baker Hotstetler
2728 North Harwood St
Suite 300
Dallas, TX 75202-3458
214-698-8035
Fax: 214-698-1101
Email: susan.schwartz@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Claimant** | | |
| **Jason M Forgey** | represented by | **Susan Abbott Schwartz** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Claimant** | | |
| **Forgey Law Group, PLLC** | represented by | **Susan Abbott Schwartz** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Claimant** | | |
| **Bittrex, Inc.** | represented by | **Jean-Jacques Cabou** <br> Perkins Coie LLP - Phoenix <br> 2901 N Central Avenue <br> Suite 2000 <br> Phoenix, AZ 85012-2786 <br> 602-351-8003 <br> Fax: 602-648-7000 <br> Email: jcabou@perkinscoie.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Matthew Koerner** <br> Perkins Coie LLP - Phoenix <br> 2901 N Central Avenue <br> Suite 2000 <br> Phoenix, AZ 85012-2786 <br> 602-351-8119 <br> Fax: 602-648-7000 <br> Email: mkoerner@perkinscoie.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2021 | 1 | COMPLAINT *for Forfeiture in Rem* against $448,840.92 in United States Currency, filed by United States of America. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order, # 3 Warrant of Arrest in Rem, # 4 Civil Cover Sheet)(Lopez, Camelia) (Entered: 03/16/2021) |
| 03/16/2021 | | Case Assigned to District Judge Amos L. Mazzant, III. (rpc, ) (Entered: 03/17/2021) |
| 03/16/2021 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge.* (rpc, ) (Entered: 03/17/2021) |
| 05/13/2021 | 3 | ORDER FOR WARRANT OF ARREST IN REM. Signed by District Judge Amos L. Mazzant, III on 5/13/2021. (rpc, ) (Entered: 05/13/2021) |

| | | |
|---|---|---|
| 05/13/2021 | [4](#) | WARRANT of Arrest in REM issued (rpc, ) (Entered: 05/13/2021) |
| 06/21/2021 | [5](#) | CLAIM Verified Claim to Assert Interest in $448,840.92 in United States Currency by $448,840.92 in United States Currency. (Schwartz, Susan) (Entered: 06/21/2021) |
| 06/21/2021 | [6](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Jean-Jacques Cabou on behalf of $448,840.92 in United States Currency. Filing fee $ 100, receipt number 0540-8464039. (Cabou, Jean-Jacques) (Entered: 06/21/2021) |
| 06/21/2021 | [7](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Matthew Koerner on behalf of $448,840.92 in United States Currency. Filing fee $ 100, receipt number 0540-8464042. (Attachments: # [1](#)Sealed Attachment)(Koerner, Matthew) Modified on 6/22/2021 (nkl, ). (Entered: 06/21/2021) |
| 06/22/2021 | [8](#) | CLAIM Verified Claim by $448,840.92 in United States Currency. (Cabou, Jean-Jacques) (Entered: 06/22/2021) |
| 06/22/2021 | [9](#) | *Excel Title Group, LLC, Jason M. Forgey, Esq. and Forgey Law Group, PLLCs Answer to Verified Complaint for Forfeiture in Rem* ANSWER to [1](#) Complaint, by $448,840.92 in United States Currency.(Schwartz, Susan) (Entered: 06/22/2021) |
| 07/12/2021 | [10](#) | ANSWER to [1](#) Complaint, by $448,840.92 in United States Currency.(Cabou, Jean-Jacques) (Entered: 07/12/2021) |
| 09/03/2021 | [11](#) | MOTION to Dismiss by United States of America. (Attachments: # [1](#) Text of Proposed Order)(Lopez, Camelia) (Entered: 09/03/2021) |
| 09/16/2021 | [12](#) | RESPONSE in Opposition re [11](#) MOTION to Dismiss *Forfeiture Complaint filed by Excel Title Group, LLC*. (Attachments: # [1](#) Text of Proposed Order Proposed Order)(Schwartz, Susan) (Entered: 09/16/2021) |
| 11/29/2021 | [13](#) | MEMORANDUM OPINION AND ORDER. It is ORDERED that the Government's Motion to Dismiss Forfeiture Complaint (Dkt. # [11](#) ) is hereby DENIED. Signed by District Judge Amos L. Mazzant, III on 11/29/2021. (rpc, ) (Entered: 11/29/2021) |
| 12/08/2021 | [14](#) | NOTICE of Attorney Appearance by Robert Austin Wells on behalf of United States of America (Wells, Robert) (Entered: 12/08/2021) |
| 12/08/2021 | [15](#) | Unopposed MOTION for Leave to File by United States of America. (Attachments: # [1](#) Text of Proposed Order)(Wells, Robert) (Entered: 12/08/2021) |
| 12/15/2021 | [16](#) | ORDER granting [15](#) Motion for Leave to File. Signed by District Judge Amos L. Mazzant, III on 12/15/2021. (rpc, ) (Entered: 12/15/2021) |
| 12/20/2021 | [17](#) | MOTION for Reconsideration re [13](#) Memorandum & Opinion, Order by United States of America. (Attachments: # [1](#) Text of Proposed Order)(Wells, Robert) (Entered: 12/20/2021) |
| 01/03/2022 | [18](#) | MOTION for Extension of Time to File Response/Reply as to [17](#) MOTION for Reconsideration re [13](#) Memorandum & Opinion, Order by Excel Title Group, LLC. (Attachments: # [1](#) Text of Proposed Order Proposed Order)(Schwartz, Susan) (Entered: 01/03/2022) |
| 01/04/2022 | [19](#) | ORDER granting [18](#) Motion for Extension of Time to File Response to [17](#) MOTION for Reconsideration. Response due by 1/17/2022. Signed by District Judge Amos L. Mazzant, III on 1/4/2022. (rpc, ) (Entered: 01/04/2022) |
| 01/14/2022 | [20](#) | RESPONSE to Motion re [17](#) MOTION for Reconsideration re [13](#) Memorandum & Opinion, Order *filed by Excel Title Group, LLC*. (Schwartz, Susan) (Entered: 01/14/2022) |

| 01/21/2022 | 21 | REPLY to Response to Motion re 17 MOTION for Reconsideration re 13 Memorandum & Opinion, Order *filed by Bittrex, Inc.*. (Cabou, Jean-Jacques) (Entered: 01/21/2022) |
| 01/21/2022 | 22 | REPLY to Response to Motion re 17 MOTION for Reconsideration re 13 Memorandum & Opinion, Order *filed by United States of America*. (Lopez, Camelia) (Entered: 01/21/2022) |
| 01/28/2022 | 23 | SUR-REPLY to Reply to Response to Motion re 17 MOTION for Reconsideration re 13 Memorandum & Opinion, Order *filed by Excel Title Group, LLC*. (Schwartz, Susan) (Entered: 01/28/2022) |
| 06/22/2022 | 24 | ORDER granting in part 17 Motion for Reconsideration, and this case will be conditionally dismissed without prejudice after the Government files an interpleader action in this court. Signed by District Judge Amos L. Mazzant, III on 6/22/2022. (rpc, ) (Entered: 06/22/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/13/2024 18:25:04 | | | |
| **PACER Login:** | mgledwin | **Client Code:** | 99999.08565 8565 |
| **Description:** | Docket Report | **Search Criteria:** | 4:21-cv-00202-ALM |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |