**EXHIBIT D**

**Query**    **Reports**    **Utilities**    **Help**    Log Out

<span style="color:green">PROTECTIVE-ORDER</span>

## U.S. District Court
### Eastern District of TEXAS [LIVE] (Sherman)
### CIVIL DOCKET FOR CASE #: 4:22-cv-00626-ALM

| | |
|---|---|
| UNITED STATES OF AMERICA v. Bittrex, Inc. et al | Date Filed: 07/22/2022 |
| Assigned to: District Judge Amos L. Mazzant, III | Jury Demand: None |
| Cause: 28:1355 Petition for Return of Property | Nature of Suit: 690 Forfeit/Penalty: Other |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**UNITED STATES OF AMERICA**    represented by    **Camelia Elisa Lopez**
U S Attorney's Office - Plano
101 East Park Blvd, Suite 500
Plano, TX 75074
972-509-1201
Fax: 972-509-1209
Email: camelia.lopez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bittrex, Inc.**    represented by    **Christopher D Sileo**
Scott Douglass & McConnico
303 Colorado Street
Suite 2400
Austin, Tx 78701-2758
512/495-6300
Fax: 15124956399
Email: csileo@scottdoug.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Santosh Aravind**
Scott Douglass & McConnico LLP - Austin
303 Colorado Street
Suite 2400
Austin, TX 78701
512-495-6300
Fax: 512-495-6399
Email: saravind@scottdoug.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Excel Title Group, LLC**    represented by    **Susan Abbott Schwartz**
Wilson Elser Moskowitz Edelman &

Dicker, LLP  
Bank of America Plaza  
901 Main Street  
Ste 4800  
Dallas, TX 75202-3758  
214-698-8035  
Fax: 214-698-1100  
Email: susan.schwartz@wilsonelser.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

Jason M Forgey

**Defendant**

Forgey Law Group, PLLC

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2022 | 1 | COMPLAINT *FOR INTERPLEADER AND INJUNCTIVE RELIEF* against All Defendants, filed by UNITED STATES OF AMERICA. (Attachments: # 1 Civil Cover Sheet)(Lopez, Camelia) (Entered: 07/22/2022) |
| 07/22/2022 | 2 | MOTION for Interpleader Deposit (28 U.S.C. Section 1335) by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Lopez, Camelia) (Entered: 07/22/2022) |
| 07/22/2022 |  | Case assigned to District Judge Amos L. Mazzant, III. (mmc) (Entered: 07/25/2022) |
| 07/22/2022 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (mmc) (Entered: 07/25/2022) |
| 08/11/2022 | 3 | ORDER granting 2 Motion for Interpleader Deposit (28 U.S.C. Section 1335). Signed by District Judge Amos L. Mazzant, III on 8/11/2022. (slo, ) (Entered: 08/12/2022) |
| 09/17/2022 |  | Interpleader Deposit Received (28 U.S.C. Section 1335) in the amount of $448,840.92 (vsp, ) (Entered: 10/03/2022) |
| 09/20/2022 | 4 | ANSWER to 1 Complaint *and Statement of Claim to the Interpleaded Funds* by Bittrex, Inc..(Sileo, Christopher) (Entered: 09/20/2022) |
| 09/20/2022 | 5 | ANSWER to 1 Complaint by Excel Title Group, LLC.(Schwartz, Susan) (Entered: 09/20/2022) |
| 09/20/2022 | 6 | CORPORATE DISCLOSURE STATEMENT filed by Excel Title Group, LLC (Schwartz, Susan) (Entered: 09/20/2022) |
| 09/20/2022 | 7 | CORPORATE DISCLOSURE STATEMENT filed by Forgey Law Group, PLLC (Schwartz, Susan) (Entered: 09/20/2022) |
| 09/20/2022 | 8 | CORPORATE DISCLOSURE STATEMENT filed by Bittrex, Inc. identifying Corporate Parent RBR Holdings, Inc., Corporate Parent Aquila Holdings, Inc. for Bittrex, Inc.. (Sileo, |

| | | |
|---|---|---|
| | | Christopher) (Entered: 09/20/2022) |
| 10/11/2022 | 9 | AMENDED ANSWER to 1 Complaint *for Interpleader and Injunctive Relief and Cross-Claim* by Excel Title Group, LLC, Jason M Forgey, Forgey Law Group, PLLC. (Schwartz, Susan) (Entered: 10/11/2022) |
| 11/01/2022 | 10 | *DEFENDANT BITTREX, INC.S ORIGINAL ANSWER TO EXCEL TITLE GROUP, LLC, JASON M. FORGEY, AND FORGEY LAW GROUP PLLCS CROSS-CLAIMS* - ANSWER to 1 Complaint by Bittrex, Inc..(Sileo, Christopher) (Entered: 11/01/2022) |
| 01/25/2023 | 11 | ORDER GOVERNING PROCEEDINGS - Rule 16 management Conference set for 3/16/2023 10:30 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Signed by District Judge Amos L. Mazzant, III on 1/25/2023. (ch, ) (Entered: 01/25/2023) |
| 02/17/2023 | 12 | Unopposed MOTION FOR DISCHARGE FROM SUIT by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Lopez, Camelia) (Entered: 02/17/2023) |
| 02/23/2023 | 13 | ORDER granting 12 Motion for Discharge from Suit. Signed by District Judge Amos L. Mazzant, III on 2/23/2023. (nkl, ) (Entered: 02/23/2023) |
| 02/27/2023 | 14 | NOTICE of Discovery Disclosure by Excel Title Group, LLC, Jason M Forgey, Forgey Law Group, PLLC (Lankford, Mark) (Entered: 02/27/2023) |
| 02/27/2023 | 15 | NOTICE of Discovery Disclosure by Bittrex, Inc. (Sileo, Christopher) (Entered: 02/27/2023) |
| 03/01/2023 | 16 | NOTICE of Attorney Appearance by Christopher D Sileo on behalf of Bittrex, Inc. (Sileo, Christopher) (Entered: 03/01/2023) |
| 03/01/2023 | 17 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Text of Proposed Order) (Lankford, Mark) (Entered: 03/01/2023) |
| 03/06/2023 | | The Court hereby CANCELS the March 16, 2023 Scheduling Conference; the Court will enter a Scheduling Order. (No attachment) (tls) (Entered: 03/06/2023) |
| 03/20/2023 | 18 | SCHEDULING ORDER: Final Pretrial Conference set for 1/4/2024 at 9:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Amended Pleadings due by 6/8/2023. Discovery due by 8/31/2023. Expert Witness List due by 5/25/2023. Joinder of Parties due by 4/27/2023. Proposed Jury instructions/Form of Verdict due by 12/21/2023. Mediation Completion due by 9/29/2023. Motions to dismiss, motions for summary judgment, or other dispositive motions due by 6/22/2023. Joint Final Pretrial Order due by 12/5/2023. Signed by District Judge Amos L. Mazzant, III on 3/20/2023. (baf, ) (Entered: 03/20/2023) |
| 05/01/2023 | 19 | Joint MOTION for Protective Order by Bittrex, Inc.. (Attachments: # 1 Exhibit 1 - Protective Order)(Sileo, Christopher) (Entered: 05/01/2023) |
| 05/03/2023 | 20 | PROTECTIVE ORDER. Signed by District Judge Amos L. Mazzant, III on 5/3/2023. (rpc, ) (Entered: 05/03/2023) |
| 05/18/2023 | 21 | NOTICE by Bittrex, Inc. *of Suggestion of Bankruptcy* (Sileo, Christopher) (Entered: 05/18/2023) |
| 12/04/2023 | | In light of BITTREX, INC.S NOTICE OF SUGGESTION OF BANKRUPTCY (Dkt. #21), the January 4, 2024 Final Pretrial Conference and all associated filing deadlines are ABATED. (No attachment) (tls) (Entered: 12/04/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/13/2024 18:34:52 | | | |
| **PACER Login:** | mgledwin | **Client Code:** | 99999.08565 8565 |
| **Description:** | Docket Report | **Search Criteria:** | 4:22-cv-00626-ALM |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |