# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DESOLATION HOLDINGS LLC, *et al.*,[1] | ) | Case No. 23-10597 (BLS) |
| | ) | |
| Wind Down Entity. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Opposition of Claimants Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group PLLC to Plan Administrator's Objection to Proof of Claim No. C598-1167 and Cross-Motion for Abstention* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail upon the parties on the attached service list.

                                                                               */s/ Carl N. Kunz, III*
                                                                               Carl N. Kunz, III (DE Bar No. 3201)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

1

**Service List**

Robert S. Brady, Esq.
Kenneth J. Enos, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: rbrady@ycst.com
kenos@ycst.com

-and-

Susheel Kirpalani, Esq.
Patricia B. Tomasco, Esq.
Daniel Holzman, Esq.
Alain Jaquet, Esq.
Razmig Izakelian, Esq.
Valerie Ramos, Esq.
Joanna D. Caytas, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email: susheelkirpalani@quinnemanuel.com
pattytomasco@quinnemanuel.com
danielholzman@quinnemanuel.com
alainjaquet@quinnemanuel.com
razmigizakelian@quinnemanuel.com
valerieramos@quinnemanuel.com
joannacaytas@quinnemanuel.com

*Counsel for the Plan Administrator*