**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DESOLATION HOLDINGS LLC, *et al.*, [1] | ) | Case No. 23-10597 (BLS) |
| | ) | |
| Wind Down Entity. | ) | (Jointly Administered) |
| | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedures and the attached certification, counsel moves the admission *pro hac vice* of Mark G. Ledwin, Esquire of Wilson Elser Moskowitz Edelman & Dicker LLP, to represent Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group, PLLC, in the above-captioned case and any related proceedings.

Dated: February 20, 2024

**MORRIS JAMES LLP**

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: ckunz@morrisjames.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

16565566/1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, and in good standing as a member of the Bar of the State of New York, the United States District Court for the Eastern and Western Districts of Michigan, the United States District Court for the Northern, Southern, Eastern, and Western Districts of New York, and the United States Court of Appeals for the Second, Sixth, and Eleventh Circuits. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: February 20, 2024 /s/ *Mark G. Ledwin*
Mark G. Ledwin, Esq.
Wilson Elser Moskowitz
Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, New York 10604
Telephone: (914) 872-7148
E-mail: mark.ledwin@wilsonelser.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

16565566/1