IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 1022 |

**CERTIFICATION OF COUNSEL REGARDING *REVISED* PROPOSED FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES**

On February 14, 2024, David Maria, as plan administrator (the "Plan Administrator") in the chapter 11 cases of the above-captioned debtors and each of their debtor affiliates (collectively, the "Debtors"), filed the *Plan Administrator's Motion for Entry of Final Decree Closing Certain of the Chapter 11 Cases* [D.I. 1022] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of final decree was attached to the Motion as Exhibit A (the "Proposed Final Decree"). The deadline to file objections or otherwise respond to the Motion was February 21, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").

Prior to the Objection Deadline, the Plan Administrator received informal responses from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). No other responses were received by the Plan Administrator.

Following discussions with the U.S. Trustee, the Plan Administrator agreed to a revised form of final decree attached hereto as **Exhibit A** (the "Revised Proposed Final Decree").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

31329309.1

For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Final Decree to the Proposed Final Decree is attached hereto as **<u>Exhibit B</u>**. The Revised Proposed Final Decree resolves the U.S. Trustee's informal comments.

WHEREFORE, as the Plan Administrator did not receive any objections or responses other than those described herein, and the U.S. Trustee does not object to the entry of the Revised Proposed Final Decree, the Plan Administrator respectfully requests that the Court enter the Revised Proposed Final Decree without further notice or hearing at the Court's earliest convenience.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: February 22, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Delaware Bar No. 2847)<br>Kenneth J. Enos (Delaware Bar No. 4544)<br>Rebecca L. Lamb (Delaware Bar No. 7223)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>Email: rbrady@ycst.com<br>Email: kenos@ycst.com<br>Email: rlamb@ycst.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani *(admitted pro hac vice)*<br>Patricia B. Tomasco *(admitted pro hac vice)*<br>Daniel Holzman *(admitted pro hac vice)*<br>Alain Jaquet *(admitted pro hac vice)*<br>Razmig Izakelian *(admitted pro hac vice)*<br>Valerie Ramos *(admitted pro hac vice)*<br>Joanna D. Caytas *(admitted pro hac vice)*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>Email: pattytomasco@quinnemanuel.com<br>Email: danielholzman@quinnemanuel.com<br>Email: alainjaquet@quinnemanuel.com<br>Email: razmigizakelian@quinnemanuel.com<br>Email: valerieramos@quinnemanuel.com<br>Email: joannacaytas@quinnemanuel.com<br><br>**COUNSEL FOR THE PLAN ADMINISTRATOR** |