1                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF DELAWARE
2

3    IN RE:                      .  Chapter 11
                                 .  Case No. 23-10597 (BLS)
4    DESOLATION HOLDINGS, LLC, .
     *et al.,*                   .  (Jointly Administered)
5                                .
                                 .  Courtroom No. 1
6                                .  824 Market Street
          Wind Down Entity.      .  Wilmington, Delaware 19801
7                                .
                                 .  Tuesday, February 13, 2024
8    . . . . . . . . . . . . . .  10:06 a.m.

9                  TRANSCRIPT OF CONTINUED ZOOM HEARING
               BEFORE THE HONORABLE BRENDAN L. SHANNON
10                  UNITED STATES BANKRUPTCY JUDGE

11   APPEARANCES:

12   For the Plan
     Administrator:              Patricia B. Tomasco, Esquire
13                               QUINN EMANUEL URQUHART
                                   & SULLIVAN, LLP
14                               51 Madison Avenue
                                 22nd Floor
15                               New York, New York 10010

16                               Robert A. Zink, Esquire
                                 1300 I Street NW
17                               Suite 900
                                 Washington, DC 20005
18

19   (APPEARANCES CONTINUED)

20   Audio Operator:            Jermaine Cooper, ECRO

21   Transcription Company:     Reliable
                                The Nemours Building
22                              1007 N. Orange Street, Suite 110
                                Wilmington, Delaware 19801
23                              Telephone: (302)654-8080
                                Email:  gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording,
25   transcript produced by transcription service.

1   APPEARANCES (CONTINUED):

2   In Propria Persona:        Amirali Momenzadeh, Pro Per
                               No 6, Safir Omid Street
3                              Amirkabir Boulevard
                               Khorramdarreh, Turkey 4571973940
4

5                              Shahriar Arabpour, Pro Per
                               Atakent mah, 2.Etap konultari
6                              Ardickus sk, A103 Blok, 7 Kat
                               Istanbul, Turkey 34307
7

8                              Adel Abbasi, Pro Per
                               Sky Land
9                              Istanbul, Turkey 34415

10

11  ALSO APPEARING:

12                             Nina Habibi, Interpreter
                               5338 Norbeck Road
13                             Rockville, Maryland 20853

14
                               Lindsay Chaffin, Technician
15                             RELIABLE
                               1650 Arch Street
16                             Suite 2210
                               Philadelphia, Pennsylvania 19103
17

18

19

20

21

22

23

24

25

1                                INDEX

2  <u>MOTIONS:</u>                                              <u>PAGE</u>

3  Agenda
   Item 1:   Debtors' Objection to Claims C598-1002, C598-        5
4            1004, C598-1107, C598-10646, C599-45, C599-46,
             C599-10027, C600-105, C600-106, and C600-10085
5            Filed by Shahriar Arabpour Pursuant to Section
             502 of the Bankruptcy Code and Bankruptcy Rule
6            3007 [D.I. 554,11/13/23]

7            Court's Ruling:                                     81

8  Agenda
   Item 2:   Debtors' Objection to Claims C598-1001, C598-        5
9            1006, C598-1110, C598-10651, C599-47, C599-48,
             C599-49, C599-56, C600-107, C600-109, and
10           C600-120 Filed by Amirali Momenzadeh Pursuant
             to Section 502 of the Bankruptcy Code and
11           Bankruptcy Rule 3007 [D.I. 556, 11/13/23]

12           Court's Ruling:                                     81

13 Agenda
   Item 3:   Debtors' Objection to Claims C598-981, C598-         5
14           982, C598-1005, C598-1102, C598-1104, C598-
             1200, C599-43, C599-44, C599-55, C599-10030,
15           C600-102, C600-104, and C600- 119 Filed by
             Adel Abbasi Pursuant to Section 502 of the
16           Bankruptcy Code and Bankruptcy Rule 3007
             [D.I. 558, 11/13/23]

17           Court's Ruling:                                     81
18

19

20

21

22

23

24

25

1                              <u>INDEX</u>

2

WITNESSES CALLED BY
3  <u>THE PLAN ADMINISTRATOR:</u>                                    <u>PAGE</u>

4        <u>DAVID MARIA</u>

5        Cross-examination (cont'd) by Mr. Arabpour           9

6        Cross-examination by Mr. Momenzadeh                 29

7

8
WITNESSES CALLED
9  <u>BY THE CLAIMANTS:</u>

10        <u>SHAHRIAR ARABPOUR</u>

11        Direct examination by Mr. Arabpour                 44

12        Cross-examination by Mr. Zink                      47

13

14        <u>AMIRALI MOMENZADEH</u>

15        Direct examination by Mr. Momenzadeh               58

16        Cross-examination by Mr. Zink                      60

17

18        <u>ADEL ABBASI</u>

19        Direct examination by Mr. Abbasi                   66

20        Cross-examination by Mr. Zink                      70

21

22  Transcriptionists' Certificate                          82

23

24

25

WITNESSES CALLED BY THE PLAN ADMINISTRATOR — PAGE
DAVID MARIA
Cross-examination (cont'd) by Mr. Arabpour — 9
Cross-examination by Mr. Momenzadeh — 29
WITNESSES CALLED BY THE CLAIMANTS:
SHAHRIAR ARABPOUR
Direct examination by Mr. Arabpour — 44
Cross-examination by Mr. Zink — 47
AMIRALI MOMENZADEH
Direct examination by Mr. Momenzadeh — 58
Cross-examination by Mr. Zink — 60
ADEL ABBASI
Direct examination by Mr. Abbasi — 66
Cross-examination by Mr. Zink — 70
Transcriptionists' Certificate — 82

1       (Proceedings commenced at 10:06 a.m.)

2          THE COURT:  Good morning, all.  This is a

3   continued hearing in the matter of Desolation Holdings, Case

4   No. 23-10597.  This is a continuation from trial proceedings

5   that were carried over from last week to today.

6          A couple things before we get started.  First, I

7   would ask that Mr. Abbasi, Mr. Arabpour, and Mr. Momenzadeh

8   turn on their cameras and confirm that they are able to

9   participate, see, and hear me.

10          UNIDENTIFIED SPEAKER:  Yes, sir.

11          THE COURT:  Very good.  Good morning, Ms. Habibi,

12   madam interpreter. It is good to see you again.

13          MS. HABIBI:  Good morning.

14          THE COURT:  I see our claimants as well as

15   debtors' counsel.  The Court would remind parties of the

16   timeline that we are on today.  The Court has allocated a

17   total of three hours for the balance of today's proceedings;

18   90 minutes of which will be afforded, if they need it, to the

19   continuing cross-examination of Mr. Maria.  At the conclusion

20   of that 90 minutes the debtor would be afforded the

21   opportunity to present its case or, otherwise, examine the

22   claimants.  The Court will not direct sequestration,

23   notwithstanding the requirements of federal rules of

24   evidence.

25          I have concluded that it will not be possible to

1  wrap this matter up within the time allocated by the Court if

2  we sequester.  So, while I acknowledge the request, I am

3  going to decline that and we will proceed for the final 90

4  minutes of this case as the debtor would wish to present its

5  case and, otherwise, deal with the claimants themselves.

6         One other point, we were in the examination or

7  cross-examination of Mr. Maria.  At that point I think

8  Mr. Arabpour was asking questions. I am going to ask, since

9  we have had a break in the trial, that the court reporter

10 swear in Mr. Maria again and we would resume with the

11 examination of Mr. Maria.

12        Would the court reporter -- Mr. Maria, would you

13 raise your right hand and the court reporter will swear you

14 in.

15        THE COURT REPORTER:  Please state your first name

16 and spell your last name for the Court record, please.

17        MR. MARIA:  David, last name Maria, M-A-R-I-A.

18     DAVID MARIA, PLAN ADMINISTRATOR'S WITNESS, SWORN

19        THE COURT:  Good morning, Ms. Tomasco.

20        MS. TOMASCO:  Good morning, Your Honor.  I just

21 wanted to clarify the 90 minutes for the claimants is that

22 for their direct testimony as well that they might want to

23 say or -- I am just trying to map this out in my mind so we

24 can plan.

25        THE COURT:  My understanding -- I will confess, I

1  am not a hundred percent certain about the best way to

2  proceed.  The debtor examined Mr. Maria at length and what we

3  are doing right now, at least for the next 90 minutes max,

4  would be concluding the cross-examination of Mr. Maria.  At

5  that point I am really not certain how we proceed.  I would

6  be prepared to hear from the claimants, but I also understand

7  that the debtor may have questions for the claimants

8  themselves.

9           You know, normally we don't adduce direct

10 testimony by way of speech or filibuster, but I want the

11 claimants to have an opportunity to address the Court and I

12 assume, Ms. Tomasco, that you may have questions for the

13 claimants, but they won't have been subjected to direct.  So,

14 I am interested in your thoughts about how to proceed in a

15 way that ensures that the record is fully developed and that

16 each side has an opportunity to have its day in Court.  I

17 would like your thoughts.

18          MS. TOMASCO:  Thank you, Your Honor.  It would

19 seem that in the ordinary course the claimants would have an

20 opportunity to make their statements.  My view of it is that

21 within that 90 minutes is when they make their statements.

22 Then we would have 90 minutes to cross-examine or roughly 30

23 minutes for each claimant.  That would make the most sense

24 for me to proceed that if they wanted to make their

25 statements now.

1          I realize that procedurally they could start

2    talking about something that has nothing to do with the

3    issues before the Court and we may be able to interpose

4    objections to the subject matter of their statements as

5    opposed to objecting to questions.  But it seems to me that

6    at some point they are going to have to put on, what they

7    consider to be, their direct testimony --

8          THE COURT:  Okay.

9          MS. TOMASCO:  -- rather than simply have cross-

10   examination without a direct.

11         THE COURT:  I think that is right.  All right.

12   So, Ms. Habibi, I am going to ask that you share with the

13   claimants the following: They will have up to 90 minutes to

14   continue the examination of Mr. Maria.  At the end of that

15   they will each have an opportunity to address the Court and

16   to make a statement regarding their claims.  At the

17   conclusion of that the debtor will have an opportunity to ask

18   them questions if it chooses to do so.

19         Ms. Tomasco, does that make sense to you?

20         MS. TOMASCO:  Just to clarify, is their direct

21   statements, is that within the allocation of the 90 minutes

22   at the beginning of the hearing or does that cut into the

23   plan administrator's 90 minutes for cross-examination?

24         THE COURT:  It cuts into the plan administrator's

25   90 minutes.

1          MS. TOMASCO:  Is it possible --

2          THE COURT:  Hang on.  If we don't need the full 90

3  minutes for Mr. Maria's examination then we would go right

4  into the statements and we will use the time as efficiently

5  as we can.  We are -- we had a lengthy examination with

6  Mr. Abbasi.  We had an examination from Mr. Arabpour and I

7  will give Mr. Momenzadeh an opportunity to examine.

8          It strikes me that we should not need 90 minutes

9  with Mr. Maria, but that is the maximum that I would permit

10 and then the 90 minutes on the back end would be their

11 statements and any questions you may have for them.

12          MS. TOMASCO:  Understood, Your Honor.

13          THE COURT:  Okay.  All right.  Ms. Habibi, if you

14 would advise, particularly, Mr. Arabpour that he may continue

15 his examination of Mr. Maria.

16          Mr. Arabpour, welcome.  It's good to see you

17 again.  Welcome.

18          MR. ARABPOUR:  I thank the Honorable Judge and I

19 am grateful for him giving us this opportunity to continue

20 our pursuit of justice.

21          THE COURT:  Very good.

22                CROSS-EXAMINATION (CONTINUED)

23 BY MR. ARABPOUR:

24 Q    Mr. Maria, good to see you again.

25 A    Yes, sir.

1  Q     Mr. Maria, you previously testified that the price of

2  bitcoin last week was $44,000 US dollars.  Could you please

3  update us today on current bitcoin price?

4  A     I haven't looked this morning, but I believe as of

5  yesterday it was right around $50,000.

6  Q     Thank you.

7        Mr. Maria, the evidence that I deposited 3.2 bitcoin on

8  the Bittrex platform.  If I had simply held onto those

9  bitcoin without making any investment or asserting any value

10 today would exceed $150,000 US dollars.  So, Mr. Maria, would

11 it be accurate to say that due to the Bittrex illegal

12 transaction with Iranian residence we have lost value of our

13 money?  Yes or no, please.

14 A     No, sir.  You had withdrawn all but .11 bitcoin by the

15 time your account was disabled.

16 Q     Sir, as --

17 A     I'm sorry.  I'm sorry.  My apologies, I was getting you

18 confused with Mr. Momenzadeh's account.  The value you --

19 what you have in your account remains there and the value is

20 what it is today.  But you had withdrawn a substantial amount

21 from my understanding.

22 Q     -- an individual with expertise, meaning the crypto

23 industry, what are the indicators that the crypto exchange

24 may be concealing information about its users and conduct

25 from regulatory bodies or the justice system?

1  A      I don't understand.  Could you rephrase your question?

2  Q      As a cryptocurrency expert and an expert on the law, if

3  an exchange wants to skirt the law what kind of activities

4  would it engage in?

5          MS. TOMASCO:  Your Honor, I am going to object to

6  the question as calling for speculation. It has nothing to do

7  with the facts before the Court.

8          THE COURT:  I am going to overrule the objection.

9  Madam interpreter, if you would share my comments.  Mr. Maria

10 has testified that Bittrex wrongfully permitted Iranian

11 investors to sign onto the exchange.  Mr. Maria has also

12 testified that Bittrex was fined $24 million for its conduct.

13 Those facts have been established.

14          You may proceed.

15          MR. ARABPOUR:  I would like to request that I

16 share my screen so I can display the exhibits that I have to

17 go along with my questions.

18          THE COURT:  Very good. I will ask the court

19 reporter to give Mr. Arabpour privileges to access the

20 screen.

21      (Pause)

22 BY MR. ARABPOUR:

23 Q      Do you see my screen?

24 A      I do.

25 Q      Mr. Maria, you testified that they shouldn't have been

1  able to open the accounts in the first place.  Would you

2  please explain, if you were Bittrex CEO, how would make this

3  testimony possible?

4  A    I am not Bittrex's CEO and I can't guess what someone

5  else would think or do.  This is the same subject matter that

6  the Judge just discussed regarding the OFAC penalty that was

7  paid and the conduct that lead to it.

8  Q    Thank you, sir.

9       Mr. Maria, imagine that you, as an attorney, are

10  engaged with a client, sign the engagement letter, and

11  receive a return; however, for some reason you discover that

12  you have a legal obligation not to represent this client and

13  do so would be illegal.  In such a scenario should you return

14  the retainer or keep it?

15           MS. TOMASCO:  Your Honor, again, I am going to

16  object to this question. It's a hypothetical.  This is not an

17  expert witness and, therefore, the question should not be

18  asked.

19           THE COURT:  Yeah, I agree. I am going to sustain

20  the objection.

21           Madam interpreter, if would tell Mr. Arabpour that

22  I have sustained the objection. He should ask a different

23  question.

24  BY MR. ARABPOUR:

25  Q    Mr. Maria, (indiscernible) Bittrex 2015 terms of

1  service only addresses the termination of an account and use

2  of service, but do not discuss disabling an account or

3  freezing the customers assets?

4  A    I won't agree with that. I don't read them that way. It

5  gives broad discretion to disable accounts, to freeze funds,

6  to, essentially, cease trading and it talks about it will

7  make commercially reasonable efforts to return those.  So, I

8  disagree with your statement.

9  Q    Sir, please read the name of this document and the

10  highlighted section.

11  A    Can you tell me what this is and why you are showing it

12  to me?

13  Q    Yes.  It's about my next questions.

14  A    This appears to FinCEN guidance.

15  Q    Do you recognize this document?

16  A    Not this particular document, no.

17  Q    Please read the highlighted section, sir.

18       MS. TOMASCO:  Your Honor, this is a document that

19  the witness has not seen.

20       Testimony about this --

21       THE COURT:  Here is what we are going to do: madam

22  interpreter, would you tell Mr. Arabpour that both I and

23  Mr. Maria have read the highlighted sections and if he has a

24  question about it, he can ask and, Ms. Tomasco, if you have

25  an objection, you can interpose it.  Okay.

1  BY MR. ARABPOUR:

2  Q     Who is the author of this post and when was it written

3  or published?

4  A     You are showing me a document I hadn't seen in this

5  version before today, but it appears to be guidance from

6  FinCEN that was published in March of 2013.

7  Q     Sir, can you identify this document and specify when it

8  was published?

9  A     The release -- the press release that FinCEN published

10  regarding the Bittrex settlement, published on October 11th,

11  2022.

12  Q     Could you please read the highlighted section?

13  A     "Bittrex's policies and procedures dating back as far

14  as August 2015 demonstrated that the company had some

15  understand of OFAC's sanctions regulations including

16  knowledge that OFAC generally prohibits US persons from

17  engaging in activity with sanctioned jurisdictions."

18  Q     Thank you, sir.

19        The next exhibit.

20  A     Is there a question about that or you just want me to

21  read from documents that you are showing me?

22  Q     About this document there is no question. I will ask my

23  question.

24  A     Is there a question about the last document?

25  Q     My question was do you know who wrote this and when it

1   was published to which you answered no.

2       Can you tell us what this document is and when it was

3   signed or published, Exhibit 4?

4   A     Sure.  Again, this was the actual consent order signed

5   with FinCEN in October of 2022.  And what is worth noting is

6   that OFAC, and not FinCEN, have the jurisdiction to govern

7   and penalize OFAC regs.  So, this is just thrown in the

8   FinCEN one, but they don't police that.

9   Q   My next question is about the paragraph that I have

10  highlighted.

11      Mr. Maria, based on this paragraph from the OFAC

12  settlement and FinCEN consent order would it be accurate to

13  say that Bittrex and its founder were adequately aware that

14  offering service to Iranian residents was against US law and

15  regulation prior to October 2017?

16  A     No, that is not accurate.

17  Q     Next question.  Mr. Maria, do you believe that

18  ignorance of the law is an excuse for Bittrex?

19  A     I don't understand what you are asking me.

20  Q     Not knowing the law can be considered an excuse for

21  Bittrex?

22  A     You want my opinion on whether ignorance of the law can

23  be a defense.  In the OFAC context it, obviously, cannot be a

24  defense because it's a strict liability offense and that is

25  why Bittrex had to pay the settlement to OFAC.  As to whether

1  another party would try to assert that there is no private

2  cause of action for OFAC violations.

3          THE INTERPRETER:  I'm sorry, Mr. Maria, could you

4  repeat the second part of your response regarding another

5  party.

6          THE WITNESS:  There is no private cause of action

7  for OFAC violations and what makes clear that OFAC is a

8  strict liability regime is in their own settlement their

9  finding that Bittrex was unaware of its obligation to screen

10 for jurisdiction sanctions until receiving the subpoena in

11 October of 2017.

12 BY MR. ARABPOUR:

13 Q    Mr. Maria, as based on local rules and regulations

14 there are no limitations for Iranian residents to access and

15 use company service.  Are there any rules or regulations

16 under US law that forbid Iranian residents from accessing

17 services under the Iranian transactions and sanctions,

18 regulations, or any other US sanctions?

19 A    I don't understand your question.

20 Q    You want me to repeat it again?

21 A    Please rephrase it.  Make it more clear if you can.

22 Q    Based on OFAC rules there is nowhere stated that

23 Iranian users cannot use the services of American companies.

24 A    Nowhere stated in what?  What are we talking about?

25 Q    My question relates to the fact that in general Iranian

1 users can use the services of American companies.

2 A     I don't think that is accurate.

3 Q     Then why is it that they provide -- services are

4 provided through Google, Gmail, and Mapp to Iranians.

5 A     I can't speak for what other companies do. If we are

6 talking about financial transactions the OFAC sanctions

7 relate and apply.

8 Q     Do you know based on which rules or laws these OFAC

9 restrictions or regulations are based on or are applied?

10 A     Are you talking about US laws?

11 Q     Yes.

12 A     Do you want me to cite the statutes that implement the

13 OFAC regulations?

14 Q     Can you name these laws for us?

15 A     There are multiple ways that the OFAC sanctions regime

16 is implemented.  It's under statutory provision under the

17 Emergency Economic Powers Act that gives OFAC the ability to

18 issue regulations governing this.  There are executive orders

19 that can be implemented.  It's probably an eight-hour

20 conversation about the legislative regime for OFAC and other

21 sanctions. I can't answer it in the time allotted.

22 Q     Mr. Maria, where you worked at tech companies like

23 Google, Apple, (indiscernible) other have been providing

24 services to Iranians even dating back to 2017.

25 A     I am not aware of what companies do or don't provide

1  services to residents of Iran, but I know the sanctions

2  regime is generally focused on financial transactions.

3  Q     Thank you.

4        Mr. Maria, do you recognize this?

5  A     I don't.

6  Q     This is a pdf file that has been taken from a page in

7  archive.org.  This is a website that stores archives, all the

8  pages from all the various internet sites and you can

9  retrieve pages from previous pages, listed on a website.

10  A     I understand what the Wayback Machine is.  I just

11  haven't looked at this specific document before.

12  Q     This is a page that was taken from this website, the

13  Bittrex website in 2017 and it was in response to a

14  frequently asked questions page that was listed in -- a

15  question that was made in 2015.  Do you know the person who

16  responded to this question, I have highlighted their name

17  here?

18  A     It just says "Bill."

19  Q     Therefore, you don't know what his role was in the

20  Bittrex company?

21  A     It just says a first name.

22  Q     Okay.  Sir, do you know the Jumio?

23  A     I know of Jumio, yes.

24  Q     Sir, please read the highlighted section from the terms

25  of service 2018.

1  A     This is just an updated terms of service after

2  receiving the OFAC subpoena where they included more

3  specificity of the ability to do business with customers in

4  sanctioned jurisdictions.

5        It was my understanding that Judge Shannon said when

6  there are things you wanted read, we could just both read

7  them and I don't need to read them into the record, but, Your

8  Honor, please correct me if I'm wrong on that.

9           THE COURT:  No, that is correct. I can see the

10  highlighted language and I've read it.  You may proceed with

11  your question.

12  BY MR. ARABPOUR:

13  Q     Mr. Maria, as an ordinary resident of Iran back to 2017

14  do you think it's reasonable that I rely on this statement of

15  Bittrex founder and CEO and trust Bittrex to open our

16  accounts on it?

17  A     Which statement by its founder and CEO did you rely

18  upon?

19  Q     Based on what the previous exhibit where the name

20  "Bill" was mentioned and you said that you don't know this

21  person and he is one of the founders of Bittrex.

22  A     So, now you are testifying that the "Bill" was the

23  founder and that's what you relied upon?

24  Q     Among the founders of Bittrex is there anyone named

25  "Bill?"

1  A     There is a Bill, yes.  Even if someone Bill Shihara,

2  one of the founders, were publishing answers to FAQ's this

3  says nothing about sanctions, the ability to -- could you

4  please leave it there when we are talking about it.  Please

5  go back to the document you asked me about.

6  Q     I want to show you the Jumio page Mr. Bill was

7  referring users to, the page that is on this link.

8  A     I hadn't finished the last question and you flipped

9  away from that document and I asked you to go back.  Could

10 you please go back to the one about which you asked me?

11 Q     Which question so that I can understand?

12 A     The part with Bill, the one you asked me about.  The

13 Wayback Machine document from 2015 with the name Bill.  This

14 talks about AML and KYC.  This mentions nothing about

15 sanctions or sanctioned jurisdictions.

16 Q     And then if you read further down that I have

17 highlighted.

18 A     It's about what Jumio does.

19 Q     It mentions a link to Jumio.  And when we open this

20 link from Jumio in the Wayback Machine I can forward this

21 link to the Court, Honorable Court, and it's also mentioned

22 here where its listed supported countries.  We clearly see

23 the name of Iran listed.

24 A     Agreed, 100 percent.  So, what Jumio does is look at

25 identification documents to see if they are real and not

1  fake.  So, the Jumio systems can look at an Iranian passport

2  and verify that it is actually a legitimate passport.  So,

3  Jumio is used as part of our know your customer process but

4  has nothing to do with sanctions and sanction screening.  So,

5  we know that the documents submitted are real, but it says

6  nothing about whether we are permitted to do business with

7  people in those countries.

8  Q     Thank you, sir.

9        Mr. Maria, is it true to say that on February 28th,

10 2018, Bittrex officially added Iran in the (indiscernible)

11 for the first time?  Yes or no, please.

12 A     They clarified the earlier statements about countries

13 with embargoed goods or services after getting the OFAC

14 subpoena.

15 Q     Sir, do you recognize this document?

16 A     I don't recognize this particular document, no, but it

17 looks like it's from the Bittrex website at some point.

18 Q     This is a document from the Wayback Machine from the

19 terms of service where countries such as Iran and Cuba are

20 distinctly mentioned.

21 A     Okay.

22 Q     Mr. Maria, is it accurate to say that according to your

23 testimony Bittrex Inc., and Bittrex Malta entered into

24 contracts with residents of sanctioned countries after

25 October 2017?  Yes or no, please.

1  A     I don't understand.  Could you break that up?  That was

2  a compound question.

3  Q     If you could please respond yes or not that Bittrex

4  Inc., and Bittrex Malta entered into agreements with citizens

5  from Iran after 2017.

6  A     I told you I didn't understand it.  Just telling me to

7  respond yes or no doesn't clarify it for me.

8  Q     Mr. Maria, could it be accurate to say that Bittrex

9  Inc., and Bittrex Malta's directors had knowledge that they

10  were prohibited from entering contracts with Iranian

11  residents at least after October 2017 knowing they violating

12  OFAC regulations by engaging with Iranian residents?

13  A     That is not accurate.

14  Q     Mr. Maria, is it accurate to say that Bittrex Inc., and

15  Bittrex Malta (indiscernible) willfully entered into illegal

16  contracts with Iranian residents -- Mr. Maria, is it accurate

17  to say that such contracts became illegal and unenforceable

18  because they were (indiscernible) resident of sanctioned

19  countries and thus are void.

20  A     That is also not accurate.  And it's also worth noting

21  that the Iranians who were diverted to Bittrex International

22  were only done so because they tried to skirt the system and

23  VPN into our networks to hide their true location which led

24  to the company looking -- looking to the company as though

25  they were in non-sanctioned jurisdictions.  And setting that

1    aside, your statement of the law is completely incorrect.

2    Q    Mr. Maria, do you admit that statement of

3    (indiscernible) once Bittrex received the subpoena and

4    discovered the complaints it had (indiscernible) to violate

5    the sanctions, for example, by entering a contract with an

6    Iranian resident could face potential criminal liability?

7    A    I don't understand the question as you phrased it, but

8    if Bittrex were to enter into financial transactions

9    subsequent to knowing about the sanctions, such as

10   distributing funds to sanctioned individuals who are

11   pretending to be in other countries that would be a violation

12   of OFAC laws.

13            THE COURT:  Hang on.  This is Judge Shannon.

14   Mr. Arabpour -- madam interpreter, if you would let Mr.

15   Arabpour know the examination of Mr. Maria is going to go on

16   for about 35 more minutes. So, if Mr. Momenzadeh has

17   questions that he would like to ask we should give him that

18   opportunity at some point soon.  Okay.

19            MR. ARABPOUR:  I understand.

20   BY MR. ARABPOUR:

21   Q    This page that I am showing here, this is a transcript

22   from the hearing.  Here it's completely stated, as you can

23   see, regarding Mr. House's (phonetic) --

24            THE COURT:  Hang on.  This is Judge Shannon.  What

25   is this transcript and where it is from.  Who is Mr. House?

1      MR. ARABPOUR:  This is a transcript from the

2  hearing on December 13th, page 30, line --

3      THE COURT:  Very good.  That's fine.  You may

4  proceed.

5  BY MR. ARABPOUR:

6  Q    Mr. Maria, will you (indiscernible) with your previous

7  testimonies that knowingly violating sanctions is a criminal

8  offense.

9  A    I would agree that knowingly violating sanctions can be

10 a criminal offense.  And I would agree with Mr. House's

11 statements here specifically by -- please leave that for a

12 second.

13 Q    Yes.

14 A    Specifically by engaging in financial transactions, not

15 all transactions, but, yes, financial transactions such as

16 operating financial accounts or transferring funds could be

17 viewed as a criminal violation; however, as you mentioned

18 earlier not all transactions with Iranians are prohibited

19 which is why you probably at some point have agreed to

20 Google's terms of service.

21 Q    Mr. Maria, is the statement but if you, Bittrex,

22 violated the sanctions willfully, and the definition of

23 willfully for this purpose is knowing it could be unlawful,

24 then you are subject to potential to criminal penalty by the

25 Department of Justice, is it true and legal?

1  A     Without accepting your definition of willfulness in US

2  law I will say that a willful violation of OFAC sanctions is

3  a criminal act.

4  Q     Thank you, sir.

5        Mr. Maria, let's cut to the chase.  Is OFAC aware that

6  post October 2017 Bittrex Inc., and Bittrex International

7  entered into any contract with Iranian residents as terms of

8  service, are they cognizant of such potential violations?

9  A     I disagree with your characterization there.

10 Q     Mr. Maria, another point that we need clarity on both

11 Tomasco and yourself (indiscernible) experience

12 (indiscernible) representing Bittrex here are members in the

13 legal cases.  Given these circumstances how is it possible

14 that a company post-2017 fully aware of OFAC rules and

15 regulations would knowingly enter into a contract with

16 Iranian residents as per your testimony knowingly violating

17 sanctions which is a criminal offense.  How has such a

18 significant violation of OFAC rules manage to escape

19 detection by your and your counsel?

20 A     I am not sure if there was a question, but what you are

21 missing here is the whole notion of what OFAC sanctions

22 cover.  If you, which I believe you did, as well as

23 Mr. Ghader, as well as Mr. Abbasi were referred to the

24 Bittrex International terms of service and accepted them that

25 would not be a violation of OFAC law because no financial

1 transaction occurred.

2     To the contrary, our systems worked as they were

3 supposed to and flagged that you and the others tried to

4 bypass the security and VPN in from outside Iran.  It was

5 flagged that your accounts were disabled because of OFAC

6 sanctions and you were unable to withdraw, preventing us from

7 committing an OFAC violation.

8 Q    I would like to explain something regarding the VPN

9 that Mr. Maria is referring to, to the Honorable Judge.

10     THE COURT:  Hang on.  You will have an opportunity

11 to make a statement, but right now you should ask any

12 questions of Mr. Maria that you want to ask.  Understand that

13 if Mr. Momenzadeh has any questions, he should have that

14 opportunity soon.

15     MR. ARABPOUR:  I will finish soon.

16     THE COURT:  Very good.

17 BY MR. ARABPOUR:

18 Q    Mr. Maria, it is evident that Bittrex knowingly and

19 willingly entered into contracts with Iranian sanctions.  You

20 and your counsel are aware of this and you even testified to

21 this action being criminally offensive before this Court.

22 Moreover, Mr. Maria, you are well aware that creditors from

23 sanctioned countries have not real claims here.

24     Now wasn't it the responsibility of you, your company,

25 and your counsel to report such criminal violations to OFAC?

1 Please tell the Judge whether you did so or not and why?

2 A    I feel like you must not have listened to my last

3 answer at all.

4 Q    The part that you mentioned about it not applying to

5 economic agreements, is that what you mean?

6 A    I mean the whole premise of your question I explained

7 to you why it was a hundred percent false and then you just

8 said the same premise again and asked me to agree.

9         MR. MOMENZADEH:  May I speak?

10        THE COURT:  Yes.

11        MR. MOMENZADEH:  If the Judge will allow and

12 Mr. Arabpour's questions are finished I could ask my

13 questions of Mr. Maria.

14        THE COURT:  That is fine.  Mr. Arabpour, are you

15 done with your examination?

16        MR. ARABPOUR:  I have some more questions left,

17 but I will give the management of time to the Judge. I have

18 one question, if I could ask that I would be appreciative.

19        THE COURT:  All right. Mr. Arabpour will ask one

20 more question and then Mr. Momenzadeh can ask his questions.

21        Mr. Arabpour, you may proceed.

22 BY MR. ARABPOUR:

23 Q    Mr. Maria, didn't you state or say that Ms. Patricia

24 Tomasco was obligated to inform the Court about the illegal

25 of the Bittrex International's 2018 contract concerning

1  Iranian clients.  Even if it was against her client's

2  interests, she didn't mention this in her objection to my

3  proofs of claim.  (Indiscernible) stating that on either

4  version of the service terms to which she was obligated to

5  agree.  And citing this provisions to (indiscernible),

6  Mr. Maria, could it be accurate to a criminal charge for the

7  founder of Bittrex, Ms. Patricia Tomasco in her letter and

8  statement before the Court (indiscernible) Bittrex Malta has

9  acquired OFAC license.

10 A    Again, I don't think you've listened to a word I've

11 said from my last two answers in that there was nothing

12 illegal about allowing individuals, such as yourself, to sign

13 the terms of service when you VPN'd into Bittrex

14 International.  Bittrex did not withdraw any funds to your

15 account, from your account to wherever you designated,

16 because you missed the license period, but had it done so

17 when you requested, yes, it would have been a violation.

18         MR. ARABPOUR:  I am done.

19         Thank you, Ms. Tomasco, and the judge.

20         THE COURT:  Very good.

21         Mr. Momenzadeh?

22         MR. MOMENZADEH:  I want to thank the judge for

23 providing me time, as well, for my questions to Mr. Maria.

24         And I wanted to mention that in these sessions,

25 the court sessions, I've had a lot of stress because this is

1   my first experience in the courts in the U.S., and if I've

2   done anything that was contrary to the decorum of the Court,

3   I'd like to apologize.  I did not have previous knowledge of

4   proper conduct.

5           THE COURT:  Ms. Habibi, would you advise all three

6   of Mr. Momenzadeh, Mr. Arabpour, and Mr. Abbasi, that their

7   conduct in these proceedings has been completely appropriate

8   and I appreciate their participation, and he can ask his

9   questions.

10          MR. MOMENZADEH:  I thank you very much.

11          I'd like to share my screen so I can ask my

12  questions.

13          THE COURT:  I would ask that the court reporter

14  permit Mr. Momenzadeh access to share his screen.

15          Mr. Momenzadeh, I think you should have

16  privileges.

17          MR. MOMENZADEH:  Okay.  Can you see my screen?

18          THE WITNESS:  I can see it.

19                       CROSS-EXAMINATION

20  BY MR. MOMENZADEH:

21  Q    I opened a support ticket on April 6th of 2017 and ask

22  asked a question of the support team of Bittrex.  As you can

23  see, I asked -- I said that I was from Iran and I'd be

24  trading from Iran and if that's a problem.

25          And as you can see, the response was that you can trade

1  and to do the enhanced verification?

2  A      (In foreign language) --

3          THE COURT:  Okay.  I see -- hold on.  Hang on.

4  Hang on.

5          Mr. Momenzadeh, do you have a question for

6  Mr. Maria?

7  BY MR. MOMENZADEH:

8  Q      My question is, what does Mr. Maria think, in terms of

9  my behavior?  What does it show?  What does it prove?

10 A      I don't know if I can answer what your behavior proves,

11 but as we've discussed many, many times over the last few

12 days, as well as in Mr. Ghader's, this was the company's

13 belief at the time, erroneously, that it was permitted to

14 allow Iranian customers onto the exchange.

15        But I will note that this was several months after you

16 had already opened your account, so I don't know what that

17 says about your behavior.

18 Q      Does it show that I did not have any intention to skirt

19 any of the laws of the U.S. and that my intentions were

20 honest?

21 A      I can't say what your intentions were, but,

22 unfortunately, it looks like you knew more about OFAC

23 sanctions than our people did at that time.

24 Q      Thank you very much.

25        I want to ask, regarding this section that's in red,

1  does this show that I did my enhanced verification on

2  June 14th?

3  A    If this is from the exhibit that had your

4  information -- I can't see the whole thing, but I take your

5  word for it -- it does show that you submitted your passport

6  and it was, I believe, verified on that date.

7  Q    Do you, then, agree that this statement that Bittrex

8  has stated that they had -- they're objecting to the fact

9  that I had completed my enhanced verification is false?

10 A    No, I mean, your passport was verified, but I don't

11 know if that signifies that the entire enhanced-verification

12 process was completed.  But as I said before, I don't think

13 it would have mattered at that time.

14 Q    To -- in order to clarify, you're saying that this

15 section here does not confirm that I completed the enhanced

16 verification?

17 A    I told you, I don't know for sure.

18      I know that it shows that your passport was verified

19 and approved, so that's verified.  I don't know how that

20 relates to the enhanced-verification moniker.

21      But that wouldn't have had any bearing on whether your

22 account was or wasn't disabled in October of '17 or your

23 ability to use the license period subsequent to that.

24 Q    You stated that you recognized this document.  If you

25 want, I could show -- in previous testimony -- if you want, I

1  can show the full document to go through it, but my next

2  question is related to this, so I want to make sure that you

3  recognize the document?

4  A    I do recognize the document, but I can't tell you every

5  nuance about what it signifies.  I can give you my best

6  interpretation of it.

7  Q    Mr. Maria, you stated that you're not sure.

8       I can say for a certainty that I performed the enhanced

9  verification on the 4th of June -- 14th of June.

10 A    Okay.

11 Q    And what Mr. Hengel was saying here, and is objecting

12 to my statements, is that it's false, it's wrong, and it's

13 stating that I did not perform the enhanced verification.

14 A    As I said, I don't know one way or another if you had

15 the enhanced verification completed.  If you are positive you

16 did, then the statement would be inaccurate, but I'm not

17 admitting to that one way or another, I just don't know, nor,

18 does it bear on any of the issues here.

19 Q    Let me address how it's relevant now.

20      When the subpoena, OFAC subpoena arrived in October

21 2017, did Bittrex decide to stop all its services to Iranian

22 citizens?

23 A    After receiving the subpoena in October of 2017,

24 Bittrex identified as many accounts as it could that had

25 nexuses to sanctioned jurisdictions and disabled them.

1  Q      That wasn't my question.

2        My question was, did they stop all services to Iranians

3  or no?

4  A     That's what I just answered, yes.

5  Q     In the 2015 terms of service, we see that Bittrex can

6  end services on a one-sidedly [sic] end services and

7  Mr. Maria, you just testified that in October 2017, they

8  intended to do so.  They actually did not do so and the

9  Frequently Asked Questions in the OFAC site, Number 37, says

10  that --

11            THE INTERPRETER:  I'm asking him to repeat the

12  last section.

13  BY MS. TOMASCO:

14  Q     Okay.

15        -- they didn't do so because stopping services means to

16  restrict the services and not block them.

17  A     That doesn't make sense.

18        So this is a nuanced thing here that relates to OFAC

19  sanctions.  Blocked property is a specific thing.  If you

20  file a suspicious activity report on someone because they are

21  especially designated national, so if they have

22  individualized sanctions, you have to do what's called

23  "blocking" that property and file with OFAC, a blocked

24  property report.  That's what they mean by "not blocked";

25  they're disabled because we cannot --

1      I'm sorry, Ms. Habibi.  Go ahead.

2            THE INTERPRETER:  Yeah, I'm sorry.  If you could

3  repeat --

4  BY MR. MOMENZADEH:

5  Q    I completely understood what you said --

6  A    I wasn't done.  I wasn't done, Mr. Momenzadeh.

7            THE COURT:  Hang on.  Hang on.  Too many people

8  are talking.

9            Ms. Habibi, I think that Mr. Maria's answer may

10 have been a little long for you to translate.

11           Mr. Maria, you were answering the question

12 regarding the distinction between what the technical term

13 "blocked" means versus being "disabled."  I'd ask that you

14 repeat your response.

15           THE WITNESS:  Blocked property is a specific

16 concept that related to assets that must be set aside and

17 reported because the person has individualized sanctions.

18           What we were required to do upon learning of our

19 sanctions obligations, was disable accounts so that we did

20 not engage in transactions that would violate jurisdictional

21 sanctions.

22 BY MR. MOMENZADEH:

23 Q    So when you disable an account and hold onto the coins

24 in that account and you don't -- you're actually not

25 restricting them --

1    THE INTERPRETER:  Well, I'm sorry, that's not what

2  he said.

3  BY MR. MOMENZADEH:

4  Q    You are still providing services to the

5  (indiscernible), because you are holding on to those coins.

6    THE INTERPRETER:  Actually, I'm going to get a

7  clarification.

8  BY MR. MOMENZADEH:

9  Q    Okay.  So, you're holding those coins in trust, so you

10  are providing service.

11  A    No, we don't hold them in trust.

12    We held them, pending guidance from OFAC, on what we

13  could do with them.  We worked directly with OFAC during that

14  period to finalize some applications.  Those applications

15  were later granted and the impacted customers who came

16  forward and met the other obligations received their funds.

17    OFAC remains aware of funds and claims filed by

18  Iranians currently and we are trying to work with them on

19  obtaining some sort of license to pay out those claimants

20  during this bankruptcy process.

21  Q    Thank you very much.

22    My question is regarding, to Mr. Maria, is when the

23  subpoena in October 2017 arrived, did Bittrex -- when the

24  subpoena arrived in October 2017, could Bittrex have divided

25  affected customers into two categories, ones that had

1  performed the enhanced verification and others who hadn't,

2  and then to release the coins to the individuals who had

3  performed the enhanced verification, was there a legal

4  barrier to this?

5  A    Nobody with a nexus to a sanctioned jurisdiction would

6  have had funds released once we received the OFAC subpoenas

7  and the OFAC investigation began at that point.  It would not

8  have mattered if they were enhanced-verified or not.

9  Q    When the subpoena arrived in October 2017, a request

10  was made to forward all the information regarding the

11  Iranian -- was all the information regarding the Iranians

12  forwarded or not?

13  A    We had several months of responding to subpoenas to

14  OFAC and I would assume that everything they requested, they

15  received.

16            THE COURT:  Hang on.

17            Madam Interpreter, this is Judge Shannon.  If you

18  would tell Mr. Momenzadeh that we have five more minutes to

19  the examination and then Mr. Maria's examination will be

20  concluded, okay.

21            MR. MOMENZADEH:  Thank you for the information.

22            THE COURT:  Okay.

23  BY MR. MOMENZADEH:

24  Q    In October 26, 2022, I opened a support ticket to

25  show/prove my residency in Turkey.  The support ticket

1  requested two of the four listed documents that I've circled

2  here in front of me.

3       My question is, is sending more than two of these

4  documents considered a sufficient documentation or not?

5  A    You would not need to send more than two; you would

6  need to send two.  They would have to be assessed and

7  verified and you'd have to meet our other criteria.

8  Q    What other criteria?

9  A    Some of the things you did, including government ID,

10 selfies, these documents.  But --

11      Sorry, Ms. Habibi.  Why don't you go ahead.

12      The problem is when you were going through this

13 process, it was reviewed by our Compliance team and you were

14 VPNing in to make it look like you were in Los Angeles,

15 California and Dallas, Texas during this time frame.  So they

16 look at the entire packet of materials to try to determine if

17 we can distribute funds to someone who was ones blocked by

18 the Iranian sanctions.

19            MR. MOMENZADEH:  Okay.  Your Honor, I want to know

20 if Ms. Habibi cannot translate what Mr. Maria is saying,

21 because I can understand what he's saying and I'd like to

22 reserve the time, the two or three minutes I have left.

23            THE COURT:  Sure.

24 BY MR. MOMENZADEH:

25 Q    After sending two of the four documents required, I

1  received this from Bittrex support saying, thank you for

2  sending the requested documents.

3       Does this prove that I submitted the -- does this prove

4  that the documents I submitted had no problems, no

5  shortcomings?

6  A    No, it doesn't.

7       They tell you that you gave the documents that they

8  requested, but they say, We're now going to review them and

9  we'll let you know when our review is concluded.

10      It shows that you submitted documents.

11 Q    If there was an issue, they should have let me know

12 here.

13 A    I explained to you later what the issue was.  This

14 takes time.  It was referred up.

15      It was ultimately decided that because of the lack of

16 presence in Turkey, they weren't going to distribute at that

17 point.

18 Q    Do you recognize this document, Mr. Maria?

19 A    This looks like one of the documents that you

20 submitted.

21      I already told you that the problem was not with the

22 documents.

23 Q    Why didn't they request that I turn off my VPN and show

24 them my actual IP?

25 A    They get to the point where someone has tried so many

1    times to mask their location that there's no way to reliably

2    determine where they are at that point.

3    Q     Okay.  So, over here, it shows that I accepted the

4    terms of service of the -- in 2018, but for the one for the

5    2015, it doesn't show that I accepted the terms of service

6    and it shows question marks.

7    A     Well, I feel that you put those question marks there,

8    because that's not what our document looks like.

9          But as I explained, *ad nauseam*, this is the first entry

10   on the IP log.  You only get to this after you have created a

11   username, entered a password, and clicked on "I accept the

12   terms of service of 2015" in 2017.  Then, boom, you've now

13   logged on.  This is the first entry, okay.

14         And I believe you said you could understand me, so I

15   won't slow down for Ms. Habibi --

16   Q     (In foreign language) --

17   A     Sir, please go back to that one.  I wasn't done

18   answering your question.

19         This is different because now you already have a

20   username and logon.  Here, you try to VPN in from Great

21   Britain to mask your location.  Now, because you're not in a

22   sanctioned jurisdiction and you're not in the U.S., it's

23   taking you to the website for Bittrex International.  You

24   enter your password and login.  It prompts you to enter -- to

25   accept the 2018 terms of service.  This reflects that you

1    did, in fact, do that on November 12th, 2018.

2    Q    So I regularly used a VPN, but when I registered, I

3    registered intentionally with an Iranian IP.

4         Does that not show that I never had an intention, that

5    I had good intentions and never had the intention to skirt

6    any laws?

7    A    It shows that when you signed up, you were in Iran, and

8    as we discussed, that wasn't a barrier, because our systems

9    didn't screen for that yet.  I don't know why, subsequently,

10   you started VPNing from all over the place.  Only you know

11   why you started doing that.

12              THE COURT:  All right.  This is Judge Shannon --

13              MR. MOMENZADEH:  (In foreign language.)

14              THE COURT:  Hang on.  This is Judge Shannon.

15         Mr. Maria's examination is concluded.

16         (Witness excused)

17              We're going to take a 10-minute break.

18              Madam Interpreter, if you would tell the three

19   claimants that I would permit each of them to make a

20   statement to the Court when we reconvene and then Ms. Tomasco

21   will have an opportunity to ask them questions or otherwise

22   respond to the statement.

23              MR. MOMENZADEH:  I had to leave because my young

24   son is here with me.  I have to turn off my camera.  My

25   apologies.

1          THE COURT:  Very good.

2          We'll reconvene in 10 minutes.

3          Stand in recess.

4      (Recess taken at 11:48 a.m.)

5      (Proceedings resumed at 12:00 p.m.)

6          THE COURT:  Good morning, again.  This is Judge

7 Shannon.

8          I'm going to ask that any party that is not

9 speaking to the Court please turn your microphone off; we're

10 getting a little feedback.

11          We're reconvening in the Desolation Holdings

12 matter, Case Number 23-10597.

13          We have concluded the testimony of Mr. Maria.

14          Ms. Tomasco, I apologize, I think when we were

15 adjourning, I think you were about to raise a point or ask a

16 question.  Did you wish to be heard?

17          MS. TOMASCO:  Yes, Your Honor.

18          Two things.  One is, Mr. Zink will be handling the

19 claimants' testimony.

20          THE COURT:  Okay.

21          MS. TOMASCO:  The other thing was just a

22 sequencing issue.  Are all three claimants going to speak or

23 will each claimant speak and then be subject to cross-

24 examination?

25          THE COURT:  I think the latter would make sense,

1  but I would need to, and would, frankly, vigorously enforce

2  the timeline that we have.  I will let you go until 1:30 East

3  Coast time.  So, really, I'm at your pleasure.

4         And I have, on many occasions, had proceedings

5  involving *pro ses* and it is complicated.  And I will state

6  that I appreciate your patience through this process,

7  Ms. Tomasco and your colleagues.

8         But I think that it probably makes the most sense,

9  if Mr. Zink is going to be asking questions, that the

10  claimants be afforded to make some time to make their

11  statements, and then if Mr. Zink wishes to ask questions of

12  them, I would give him some time to do that.  But that's kind

13  of how I see it and I'll confess that there's more art than

14  science to this.

15         I'd like your thoughts.

16         MS. TOMASCO:  To me, it makes sense for Mr. Zink

17  to be able to cross-examine each witness as each witness

18  concludes their statement.  What that means, however, is that

19  the statements and the cross will have to be subject to some

20  time limitations.

21         THE COURT:  Yeah.  And I know this is going to

22  sound crazy, but I think the statements would be limited

23  to 10 minutes, and I'll convey that through Ms. Habibi in a

24  moment, and then Mr. Zink would have the opportunity for

25  whatever cross-examination he would want and he's under the

1  gun.

2       (Laughter)

3           MR. ZINK:  Used to it, Judge.

4           THE COURT:  All right.  Ms. Tomasco, does that

5  make sense?

6           MS. TOMASCO:  That makes sense to me, Your Honor.

7           THE COURT:  Okay.  Here's what we're going to do.

8           Ms. Habibi, if you would share with the claimants,

9  each of the claimants will have an opportunity to make a

10 statement.  That statement is limited to 10 minutes and

11 then -- go ahead.

12          And then, counsel will have the opportunity to ask

13 them questions.  Each of the engagements with the claimants

14 will be a total of 30 minutes; 10 minutes for the

15 statement, 20 minutes for questions.

16          Finally, unless they prefer, I would suggest that

17 we go with Mr. Abbasi, then Mr. Arabpour, then

18 Mr. Momenzadeh.  But if they would prefer a different order,

19 or if Mr. Arabpour has time pressures, I'll take them in

20 whatever order they wish.

21          MR. MOMENZADEH:  If possible, we'd prefer to have

22 Mr. Arabpour begin.

23          THE COURT:  Mr. Arabpour, is that okay with you?

24          MR. ARABPOUR:  Yes, sir.

25          THE COURT:  Okay.  So, Mr. Arabpour, you have 10

1  minutes to make your statement, then Mr. Zink will ask you

2  questions, following your statement.  You're welcome to use

3  the interpreter, or if you're more comfortable speaking

4  directly to me, whichever you're comfortable with.  If I have

5  difficulty understanding you, I promise I will tell you and

6  that will not count against your time.

7           Ms. Habibi, if you would share that with him.

8           You may proceed.

9           MR. ARABPOUR:  I will state some of it in English

10 and I will request the interpreter for the other sections.

11           THE COURT:  That's okay.

12                SHAHRIAR ARABPOUR, CLAIMANTS WITNESS

13                     DIRECT EXAMINATION

14 BY MR. ARABPOUR:

15 Q     First, I want to thank the Honorable Judge for letting

16 us defend our rights and have equal opportunities with the

17 different things.  It's astonishing for us and I appreciate

18 that.

19      I'm from a country that is subject to civil sanctions,

20 decisions, and inflation, thanks to the mistake of its

21 government.  And in these conditions, I invested all of my

22 life's savings, the risk -- the result of years of studying

23 and striving to grow and (indiscernible) and earn an income

24 through cryptocurrency on the Bittrex platform.

25      At the time, then, I had just become a father and

1  involved my capitals risked for the future of my family so

2  that I could provide for his financial needs in the future by

3  crypto trading.

4       I'm not a U.S. citizen and since I was not educated in

5  that country, I had no opportunity or a chance to learn U.S.

6  regulations and rules.  I cannot afford hiring the lawyer,

7  nor U.S. attorney (indiscernible) presents for

8  (indiscernible) my nationality and sanctions, thus, it's up

9  to you, Honorable, to take care of my rights.

10       Furthermore, sanctions are not (indiscernible), and I

11  have not done anything wrong or been a bad person.  It's a

12  result of the action of our government and I'm innocent in

13  this regard.

14       The sanctions have had a (indiscernible) impact on my

15  life, as an ordinary citizen and Bittrex more.  Your Honor, I

16  am not affiliated with any government, including the Iranian

17  Government.

18       I will say this section in (audio interference).

19            THE COURT:  Okay.

20  BY MR. ARABPOUR:

21  Q    And Your Honorable Judge, based on my knowledge and

22  understanding, any agreement between myself and Bittrex can

23  be null and void.  And so, given this, I ask that the amount

24  that I deposited in terms of Bitcoin and what I have taken

25  out, that I receive in the form of Bitcoins; in other words,

1  what I withdrawn, be deducted from that and that I receive

2  the original Bitcoins.

3           If you do not know this to be fair, incorrect, I

4  would request that the equivalent of the maximum amount of

5  tokens that I have had in Bittrex, plus emotional damage and

6  punitive damages, that I receive that from Bittrex.

7           And I know that it to be necessary to give an

8  explanation about the use of VPNs to the Honorable Judge.

9           The use of VPN is a necessity by Iranian users,

10  Iranian users of the internet and this has been the case for

11  many years, and not to hide their identify, but because a lot

12  of the services of the internet have been restricted by the

13  Iranian Government.  In addition, to provide security,

14  Iranian users, especially those who are active in the

15  financial sector or segment, use VPNs to maintain security

16  and safety of their interactions.  Today, I point to

17  statistics, 95 percent of internet users in Iran all use

18  VPNs.

19           I don't have anything else to say, and I thank the

20  Honorable Judge.

21           THE COURT:  Very good.

22           Mr. Zink, you may proceed, sir.

23           MR. ZINK:  Yes.

24           Good afternoon, Your Honor.

25  //

1                      CROSS-EXAMINATION

2    BY MR. ZINK:

3    Q      Good afternoon, Mr. Arabpour.

4           Mr. Arabpour, where do you live right now?

5    A      I live in Turkey.

6    Q      Okay.  Do you recall last week when an attorney

7    appeared on behalf of you, Mr. Abbasi, and Mr. Momenzadeh; do

8    you remember that?

9    A      In the court, you mean?

10   Q      Yes.

11          THE INTERPRETER:  Mister -- I'm sorry, I cut him

12   off, so he has another section to his answer.

13          THE WITNESS:  Mr. Malanian -- if you're referring

14   to Mr. Malanian, then, yes, I recall him.  He was here and

15   the Honorable Judge dismissed him, based on Ms. Tomasco's

16   request, because he was not an official U.S. attorney.  He

17   did not have representation in the court.

18   BY MR. ZINK:

19   Q     Right.  And I'm going to show you, with Ms. Chaffin,

20   Debtors' Exhibit 77 at page 3.  And I'm going to read for you

21   what he said, what Mr. Malanian said.

22          THE COURT:  Hang on a second.

23          Mr. Court Reporter, would you be kind enough to

24   give Ms. Chaffin privileges to share screen.  Thank you, sir.

25          MS. CHAFFIN:  Thank you.

1          THE COURT:  Thank you, Ms. Chaffin.

2          MR. ZINK:  Ms. Chaffin, it's Debtors' 77, at

3 page 3.

4          THE WITNESS:  Which part?  Which line?

5 BY MR. ZINK:

6 Q    So, if we could blow up the paragraph beginning,

7 "So..."

8      This is Mr. Malanian, I'll read it for you, sir.  This

9 is Mr. Malanian.  He says:

10          "So, I know I am not the lawyer licensed by U.S.

11 bars, but I think I can help the creditors, because they do

12 not have access to a lawyer in the United States because of

13 the sanctions; in other words, no lawyer will accept them to

14 represent."

15      So Mr. Malanian didn't mean that you're a resident of

16 Iran, sir?

17 A    No, he mentioned that because of the sanctions and the

18 fact of Iranian citizenship, we don't have access to an

19 attorney.

20 Q    Okay.  I understand.

21 A    And even though I'm in Iran -- in Turkey -- I'm

22 sorry -- and that even though I am a legal resident of

23 Turkey, because I am an Iranian citizen, I don't have a right

24 to open a bank account in 90 percent of Turkish banks.

25 Q    Mr. Arabpour, do you maintain any property in Iran?

1  A      In Iran, no.

2  Q      Do you -- where do you stay when you go back to Iran?

3  A      I go to my mother's house.

4  Q      Nowhere else?

5  A      Either my mother's house or my sister's house.

6  Q      Mr. Arabpour, are you familiar with the online service,

7  LinkedIn; have you heard of that before?

8  A      I'm familiar with it, but I haven't used it in years.

9  Q      I'm going to show you what's marked as Debtors' 75 at

10  page 1.

11              MR. ZINK:  If you could blow it up.

12  BY MR. ZINK:

13  Q      This is your LinkedIn page; correct, sir?

14  A      This should be my LinkedIn page, but as I said, I

15  haven't used it in years and, therefore, I haven't updated

16  this page.  I am no longer active in these areas of work.

17  Q      So, Mr. Arabpour, do you see that it says your location

18  is Iran, correct?

19  A      Yes, when I opened this account at the time, I wrote

20  that.

21  Q      And that's because you lived in Iran, right?

22  A      I lived in Iran previously and since 2021, I have lived

23  in Turkey.

24  Q      Mr. Arabpour --

25              MR. ZINK:  Thank you, Ms. Chaffin.

1 BY MR. ZINK:

2 Q    -- you just testified in your sworn statement that the

3 VPNs were used not to fool people like Bittrex, companies

4 like Bittrex, but to fool folks in Iran, right?

5 A    Are you asking about me, in particular?

6 Q    Yes, sir.

7 A    Anytime I used a VPN while I was in Iran was because I

8 wanted to have access to services that I had been restricted

9 by the Government of Iran.  And when I used a VPN while I was

10 in Turkey, it was for added security and encryption of

11 communications.

12 Q    Mr. Arabpour, you VPNed or you tried to VPN into

13 Bittrex's system from Iran, correct?

14 A    Are you referring to the time when I was in Iran, and

15 to what time frame are you referring to?

16 Q    Any time frame.

17 A    It's possible that I used a VPN.  I can't state for

18 sure at this point, but it was something that was registered

19 in Bittrex's logging system, it could be true.

20 Q    Okay.  So let me ask you just one point, because we

21 have limited time here:  Why did you use VPN?

22 A    If it was used from Iran, at the times it was used in

23 Iran, it was to get around the restrictions that the

24 Government of Iran had set up.

25 Q    Okay.

1  A    Because the Government of Iran had filtered or

2  restricted access to a lot of crypto exchanges.

3  Q    Okay.  So is it your testimony, Mr. Arabpour, that the

4  VPN was meant to get around a limitation placed on you and

5  other Iranian nationals by the Government of Iran; is that

6  your testimony?

7  A    I must stress again that in 95 percent of the cases,

8  whenever we connect to the internet in Iran, it's an

9  undeniable fact that we use a VPN and only in cases when

10 we're, for example, accessing an Iranian bank, would we not

11 use a VPN.

12 Q    Okay.  That's interesting, Mr. Arabpour.

13 I'd like to show you what's been marked as Debtors' 59.

14      These are your IP logs.  We'll start with page 23.

15          MR. ZINK:  Ms. Chaffin, can you blow it up for us?

16 BY MR. ZINK:

17 Q    And this is you logging in from Iran in July of 2017.

18 Let's take a look at page 24.

19      And here's you logging in, again, in

20 (indiscernible) '17.  Let's take a look at page 24.

21      Now, let's take a look at page 26.

22      Let's take a look at page 27.

23      So, Mr. Arabpour, we can keep ongoing through pages

24 here, but the point is that you logged in to Bittrex, or you

25 attempted to, without a VPN on many, many, many, many

1  occasions, in contradiction to (indiscernible) which is I

2  think something like over 90 percent of the time, correct?

3              THE INTERPRETER:  I'm cutting him off or asking

4  him to pause.

5              THE WITNESS:  I understood the question and if you

6  know that all of these are from 2017, and at the time, the

7  Government of Iran had not filtered the Bittrex site and we

8  had no need to use a VPN to access the Bittrex.  Also, I had

9  voluntarily -- and I had no need to try to, or I had no

10 reason to try to hide my information; I had provided my

11 passport, my address, and information to Bittrex.  And I had

12 no need to hide my IP address.

13             MR. ZINK:  Also, Ms. Chaffin, if we can go to,

14 still, Debtors' 59, page 23.

15 BY MR. ZINK:

16 Q    This is an interesting page, Mr. Arabpour.

17      So I think you just testified that it was the Sovereign

18 State of Iran that placed limitations on your ability to

19 access Bittrex's website.  I would note that in July of 2017,

20 you can see that you're using -- you're not using a VPN to

21 access Bittrex from Iran.  So, this is July 28th of 2017.

22             MR. ZINK:  And then, Ms. Chaffin, if we can just

23 blow up the entire page, the next two entries.

24 BY MR. ZINK:

25 Q    And then after, of course, Bittrex blocks Iranian

1  nationals from accessing the site, that's when you begin to

2  use VPN; isn't that right, sir?

3  A    Yes.

4       And my explanation is when our accounts were restricted

5  and Bittrex hadn't given us any explanation as to why our

6  accounts were restricted, and maybe we used a VPN to see

7  where the problem was, but it wasn't such that we had ever

8  hid our identities.  And we also said, and even in the

9  support tickets, that we were from Iran.

10               MR. ZINK:  Thank you, Ms. Chaffin.

11  BY MR. ZINK:

12  Q    Mr. Arabpour, you've heard Mr. Maria testify.

13       He owned up to the fact that Bittrex made a mistake,

14  right?

15  A    Made a mistake regarding what?

16  Q    Iranian nationals should have never been allowed to

17  transact on the Bittrex's platform, correct?

18  A    Correct.

19  Q    But we can agree that you did, yourself, agree to their

20  terms of service, right, sir?

21  A    I never agreed to the terms of service of 2018 and I'm

22  not sure about the terms of service of 2015.  I say that

23  because the files that Bittrex provided to us regarding the

24  logs, it does not show any confirmation of that, but because

25  of the fact that when we were registering, they only

1  requested -- required an email from us --

2  Q    Mr. Arabpour, I have limited time here, so let me just

3  ask another question.

4       Did you agree to the 2015 terms of service in 2017?

5  A    I was answering that question.

6  Q    Well, can you just give me a "yes" or a "no," and then

7  you can answer it for as long as you'd like.

8  A    I don't know.

9  Q    Okay.  So, I'd like to show you what's marked as

10  Debtors' 31.  And this is the document that you filed, sir,

11  before this Honorable Court.

12       Just take a look at the top.  This is you.  This is

13  your response.

14            THE COURT:  No, this is Mr. Arabpour.

15            MR. ZINK:  I'm sorry, pardon me.

16            THE COURT:  No worries.

17            MR. ZINK:  Pardon me, Your Honor.

18            Court's indulgence?  I'll get the right exhibit

19  here.

20            THE COURT:  Take your time.  No worries.

21       (Pause)

22            MR. ZINK:  Okay.  I believe its Debtors' 18.

23  BY MR. ZINK:

24  Q    Do you see that, sir?

25  A    Yes.

1        MR. ZINK:  Could we go to the next page?  If you

2  can blow that up, Miss -- thank you, Ms. Chaffin.

3  BY MR. ZINK:

4  Q    I only agreed to the 2015 version of the terms of

5  service with Bittrex, LLC.

6        So you filed this document before this Court to

7  represent that you had, in fact, agreed to the 2015 terms of

8  service; correct, sir?

9  A    This is -- relates to the same response that I wanted

10  to explain --

11  Q    Please.

12  A    -- and whenever you allow me to, I will provide that

13  explanation.

14  Q    Please, go ahead.

15  A    The documents that Bittrex has forwarded to --

16        THE INTERPRETER:  Your Honor, I just want to get

17  clarification.  We're using kind of a royal "we" and I just

18  want to clarify whether he's speaking for himself or for

19  everyone.

20        THE COURT:  Are you referring to --

21        THE WITNESS:  Okay.  Yes, referring to him,

22  specifically.

23        THE COURT:  Okay.

24        THE WITNESS:  And the objections that Ms. Tomasco

25  has forwarded to me, Ms. Tomasco forwarded to me several

 1  times, she mentioned that since I had not accepted any of the

 2  terms of services, I'm not a customer of Bittrex Malta,

 3  Bittrex Global, et cetera.

 4          THE COURT:  Mister --

 5          THE WITNESS:  The only reason I wrote this

 6  statement is that because I was not sure of this, of the

 7  validity.  And when we signed up, we had to check a checkbox.

 8  I guess that I may have confirmed this.

 9          And to confirm this, I can -- to technically

10  confirm this, I'd like to ask the --

11          MR. ZINK:  I think this goes well beyond my

12  question, Judge.

13          THE COURT:  It does.

14          MR. ZINK:  I know we're out of time.

15          THE COURT:  Yeah, I'll give you one more question,

16  Mr. Zink.

17          MR. ZINK:  Sure thing.

18  BY MR. ZINK:

19  Q    Mr. Arabpour, I would like to direct your attention

20  Debtors' 44.

21          MR. ZINK:  Ms. Chaffin, if you could highlight the

22  bottom paragraph, the very, very bottom.

23  BY MR. ZINK:

24  Q    This is the terms of service from 2015

25  (indiscernible) 17, sir.  You can see on the right-hand side

1  it begins, "You," it's the fourth line.  It says, "You

2  represent and warranty that you," right?  And then pick it up

3  at, D, "are not located in."

4          MR. ZINK:  And if we go to the next page, Ms.

5  Chaffin?

6  BY MR. ZINK:

7  Q    Or a national or resident, on the left-hand side, of

8  any restricted locations or any country to which the United

9  States has embargoed goods or services.

10          You were located in Iran, sir, at the time you opened

11  up a Bittrex account, correct?  So that was a mistake on your

12  part, correct?

13  A    No, I don't accept it because here it mentions

14  embargoed goods or services and I, as an Iranian user, don't

15  see anywhere where Iran is mentioned.

16          THE COURT:  Okay, all right.  No, I've -- hang on,

17  I've heard enough.

18          The Court will now turn to the statement from the

19  next claimant.  Thank you, Mr. Arabpour.

20          MR. ARABPOUR:  Thank you.

21          THE COURT:  And I'm not certain whether it's

22  Mr. Abbasi or Mr. Momenzadeh.  I'm happy to hear from either

23  of you.

24      (Claimants conferring)

25          THE COURT:  So is it Mr. Momenzadeh --

1        (Claimants conferring)

2            THE COURT:  Madam Interpreter --

3            THE INTERPRETER:  Yes, Your Honor, I'm sorry --

4            THE COURT:  -- who's going next?

5            THE INTERPRETER:  -- they were going back and

6    forth.

7            MR. MOMENZADEH:  I will start.

8            THE COURT:  Okay.  Before we do, would you please

9    remind Mr. Momenzadeh that we have ten minutes for his

10   statement and then Mr. Zink will have 20 minutes to ask

11   questions, okay?

12       (Interpreter translates)

13            AMIRALI MOMENZADEH, CLAIMANTS' WITNESS

14                    DIRECT EXAMINATION

15   BY MR. MOMENZADEH:

16   Q    Thank you, Your Honor, for giving me this time to

17   present my statement during these ten minutes.

18       I wanted to present explanations to the Court and the

19   Honorable Judge in defense of myself.

20            THE COURT:  Okay.

21   BY MR. MOMENZADEH:

22   Q    To be able to convey an image of the circumstances

23   inside Iran.  In Iran, there are extremely difficult social

24   and economic circumstances.  The currency in Iran has fallen

25   95 percent in the last eight years.  When individuals try to

1  preserve their purchasing power by investing in dollars, the

2  police might arrest them.

3       In addition, they don't have access to social media,

4  which is a human right; they do not have access to those.

5  Iranians do not have a right to access Twitter, YouTube, or

6  Telegraph without the use of a VPN.

7       To understand how difficult the circumstances are, the

8  salary of a high-ranking judicial judge is only $400 a month.

9  A lot of workers have to work for less than $100 a month.

10 And all of this has created a very difficult economic

11 situation in Iran.  This was the first topic I wanted to

12 mention.

13            THE COURT:  Okay.

14 BY MR. MOMENZADEH:

15 Q    And regarding my request to the Court and my claim, as

16 I've mentioned previously, with complete documentation, I

17 proved my identity to Bittrex.  The founders of Bittrex could

18 have given my funds to me in September of 2022 because I

19 provided the documentation necessary.

20      And I also believe that Bittrex should not have

21 provided services to Iranians.  One of the services they

22 provided was trade of digital currency.  I had some deposits

23 and some trades in Bittrex, and these trades should not have

24 been allowed and were a violation by Bittrex.

25      So I request that my deposits, I request my deposits,

1  and I'm willing to repay the coins that I withdrew.  And the

2  reason is that the trades that occurred in Bittrex were not a

3  violation by me, but a violation by Bittrex.

4       If this provision or these conditions, for whatever

5  reason, are not doable, based on the Judge's conclusion, then

6  I would like to claim $23,900, which I think is a reasonable

7  amount, I request that claim be honored.

8       Thank you, Judge, for the time you allotted me.

9           THE COURT:  Very good.  Thank you, Mr. Momenzadeh.

10          Mr. Zink?

11          MR. ZINK:  Yes, Your Honor.  Thank you.

12                    CROSS-EXAMINATION

13  BY MR. ZINK:

14  Q    Good evening, Mr. Momenzadeh, a couple questions for

15  you.

16       Where are you right now?

17  A    I'm a resident of Iran.

18  Q    And where are you physically located right now?

19  A    I'm in one of the states in -- provinces.

20  Q    Understood.  As of August of 2023, where did you live?

21  A    I was in Turkey.

22  Q    And do you have a residence in Iran, sir?

23  A    With respect, I don't -- I see the question as

24  irrelevant.

25          THE COURT:  You still have to answer the question.

1    THE WITNESS:  I don't have a residence in Iran.

2    THE INTERPRETER:  I'm sorry, just to clarify for

3  the Interpreter, when you mean residence, you mean own a

4  home?

5  BY MR. ZINK:

6  Q    Do you have a place where you go to sleep at night

7  that's your own?

8  A    No, I don't own, I don't own a place like that.

9  Q    Where do you sleep at night in Iran, sir?

10 A    It's a home that I've been able to rent.

11 Q    Okay.  So you rent a home?

12 A    Yes.

13 Q    When did you begin renting that home, sir?

14 A    Approximately towards the end of August.

15 Q    Of last year?

16 A    Yes.  I have to look at the contract to -- for details.

17 Q    And you understand that you've represented to this

18 Court in your proof of claim that you lived in Turkey as of

19 August of 2023; you do understand that, correct, sir?

20 A    That day I was in Turkey, but the weeks following, I

21 came to Iran.  And I want to add that I am a digital nomad,

22 and I come and go between Iran and Turkey.  And since I

23 expected a claim -- or a check regarding my claim from

24 Bittrex, I listed the address to which I have access to in

25 Turkey in my claim.  And even now, if a check arrives or a

1  package arrives to that address, I have access to it, and

2  given that delivering a check or a package to Iran is not

3  possible.

4  Q    And that's very helpful, Mr. Momenzadeh.

5       A quick question:  As a digital nomad, at any given

6  point in time, you could be in Iran, correct?

7  A    In any 180 days, I can be in Turkey for three months

8  and I can be in any length of time in Iran.

9  Q    Understood.  Okay, I want to shift gears very, very

10 quickly and talk about September of 2022.

11      In September of 2022, you tried to get your crypto out

12 from Bittrex, correct?  And you provided some Turkish

13 documentation, correct?

14 A    Yes, I proved my residency, which required Bittrex to

15 release my funds.

16 Q    And so I'd like to take a look very briefly at the

17 documents you provided Bittrex.

18          MR. ZINK:  Ms. Chaffin, it's going to be

19 Debtors' 68 at page 29 and page 30.

20 BY MR. ZINK:

21 Q    So this is one of them, correct, Mr. Momenzadeh?

22 A    Yes.  This is my electric bill.

23 Q    And then on page 30 there's another -- I think it might

24 be a copy of the same, correct?

25 A    This is my gas bill.

1    MR. ZINK:  And I would direct your attention to

2  page 41, Ms. Chaffin.  Yeah, it's that one.

3  BY MR. ZINK:

4  Q    You see the date here is September 22nd, 2022.  Do you

5  see that, sir?  Is this just kind of when you submitted the

6  documents?

7  A    Yes, this is a very important ticket, yes.

8    MR. ZINK:  And if we could, Ms. Chaffin, can we go

9  to Debtors' 67 at page 3?  If we can blow up maybe the last

10  three, four, five lines?

11  BY MR. ZINK:

12  Q    Mr. Momenzadeh, you heard Mr. Maria testify that they

13  couldn't -- or they were skeptical of where you were at the

14  time given that your IP addresses were coming from the United

15  States of America.  Do you see that?

16  A    To correct your statements that it doesn't show that I

17  was in the U.S., but that I was using from time to time VPNs

18  that were the NordVPN and Proton VPN.

19  Q    Mr. Momenzadeh, why were you VPNing -- if you were in

20  Turkey, why would you need to VPN through the United States?

21  A    In general, I use VPNs for security purposes.  When I

22  direct my VPN to be -- to show the U.S., more options are

23  open to me.  For example, when I get access to Twitter, I

24  have more options that become accessible to me.

25    So, if I use -- for example, in Turkey, if I use a

1  Turkish IP address, I am shown Turkish content, which is as

2  of no use to me.

3  Q    Mr. Momenzadeh, I'm going to show you Debtors' 67, the

4  same exhibit, your IP logs, and I would direct your attention

5  to page 1.

6           MR. ZINK:  Ms. Chaffin, it's going to be the

7  third, fourth, and fifth entries.

8  BY MR. ZINK:

9  Q    And of course you've testified that in August of 2023

10 you were in Turkey, page 1, and it appears you were in

11 Turkey, but of course you weren't using VPN, correct, sir?

12 A    As I mentioned, I would have to look to check the

13 details of the dates, but as I mentioned, I was in -- going

14 back and forth between Turkey and Iran, and I was preparing a

15 new home.

16          MR. ZINK:  Just two more questions, Your Honor.

17 BY MR. ZINK:

18 Q    Mr. Momenzadeh, you don't need to VPN when you're in

19 Turkey because there are no restrictions, right?  And so you

20 use VPN when you're in Iran, right?

21 A    No, the reasons vary.  In Turkey, I like to have access

22 to Western content, so I use a VPN that's either U.S.,

23 Switzerland, or Canada.  In Iran, the reasons are different.

24 Q    Finally, Mr. Momenzadeh, I'd direct your attention to

25 Debtors' 69.  This is a chart representing the amount of

1  cryptocurrency currently held by Bittrex in your name.  And

2  we can agree that this is what Bittrex currently has in your

3  name and it had a value, at least as of May of 2023, of a

4  little over 3,000 U.S. dollars, correct, sir?

5  A    This is as a result of the trades, deposits and

6  withdrawals that occurred, but the trades, Bittrex should not

7  have performed those trades.

8  Q    Right.  One last question, I'm sorry.  You did agree to

9  the terms of service when you joined Bittrex in 2017,

10  correct, sir?

11  A    Though the logs do not show this to prove that, I --

12  based on my own honesty, which is the path I take in life, I

13  did agree.  And I openly stated that and I state it again.

14  Q    Thank you, Mr. Momenzadeh.

15        MR. ZINK:  That's all, Your Honor.

16        THE COURT:  Very good.

17        MR. MOMENZADEH:  Thank you very much.

18        THE COURT:  Thank you, Mr. Momenzadeh.

19        And now, Mr. Abbasi, if you wish, this would be an

20  opportunity for you to provide your statement to the Court,

21  and that will be up to ten minutes, and then Mr. Zink will

22  have an opportunity to ask you questions.  All right?

23        You're welcome to proceed either in English or in

24  Farsi, whichever you're more comfortable with.

25  //

1       ADEL ABBASI, CLAIMANTS' WITNESS

2                   DIRECT EXAMINATION

3   BY MR. ABBASI:

4   Q    Hello, Mr. Judge, Honorable Judge, and thank you for

5   the time that you have allotted me.

6        Ms. Habibi, I ask that you ask the Judge to be able to

7   read the document that was sent to you, the first section and

8   from page 23 to the Judge.

9              THE COURT:  I'm not -- yeah, what am I being

10  asked?

11             THE INTERPRETER:  Your Honor, the claimant sent me

12  a -- or through the translation agency sent me a document,

13  and he's requesting if I could read the first section and

14  page 23 of that document.

15             THE COURT:  I want to make sure that we're talking

16  about -- so I'm going to -- hang on.  I'm going to pause the

17  time for a moment.  I have a document dated January 31 from

18  Mr. Abbasi to me and is that the document we're talking

19  about?

20             MR. ABBASI:  Yes, this is the document.

21             THE COURT:  Okay.  So I -- at page 23, it starts

22  with paragraph 70, are we looking at the -- I want to make

23  sure that this is the document he is asking me to look at.

24             MR. ABBASI:  Yes.

25             THE COURT:  Okay.  If you --

1          MR. ABBASI:  From the title.

2          MS. TOMASCO:  Your Honor, I -- is this something

3  that was filed on docket because I don't think that I have --

4  I know what document we're speaking of.

5          THE COURT:  All right.  So this is a document,

6  Ms. Tomasco, that starts on page 1.  It's got Mr. Abbasi's

7  name at the top of it and it says, "Your Honor, I would like

8  to express my gratitude for the opportunity," and then the

9  document goes on for 31 pages.  This document was -- I'm not

10 certain how this document was forwarded to the Court, I have

11 the document.  My point would be, I have this document, it

12 has been on the bench with me now for -- certainly since

13 the 31st, and I would -- Madam Interpreter, if you would let

14 Mr. Abbasi know that I have the document and that I have read

15 most of it, and I will read it, but this would be a time for

16 him to -- so he can make his statement to me, if he wishes,

17 but if you would tell him that I will read the document, but

18 not while we're all sitting here.  Okay?

19      (Interpreter translates)

20 BY MR. ABBASI:

21 Q    Your Honor, I trusted Bittrex because, at the time,

22 Bittrex was the biggest online exchange.  Bittrex was very

23 much in discussion in Iran and a lot of people were using the

24 services, and people here in Iran or Iranians.

25      Bittrex was providing services to Iranians and

1  providing us their services were completely deliberate.  Our

2  address or location was not at all important to Bittrex.  If

3  someone was in North Korea, they would provide services; if

4  someone was a terrorist, they would provide services.  The

5  only thing that was important to Bittrex was money.

6  Therefore, it's not a mistake on our part; it was a mistake

7  on Bittrex's part, who was providing the services.  Bittrex

8  should have followed the laws of the U.S.

9      We trusted Bittrex and this was the result of our trust

10  in Bittrex.

11      Your Honor, I received part of my coins in 2022,

12  contrary to what Mr. Maria said, and some of my money

13  remained in Bittrex and I paid bitcoins.

14          THE INTERPRETER:  Okay, I'm just going to get

15  clarification, Your Honor.

16      (Interpreter confers)

17          THE INTERPRETER:  I'm just going to ask him to

18  repeat.

19      (Interpreter confers)

20  BY MR. ABBASI:

21  Q    So some of my coins had remained in the Bittrex system

22  and I had paid in bitcoin for those.

23      Your Honor, I was a resident of Iran, I provided

24  Iranian documentation.  I am Iranian and Bittrex knowingly

25  provided services to me.  And I believe this agreement on

1  Bittrex's part is completely illegal, and I know this

2  agreement to be null and void.

3      Your Honor, Bittrex had my information, had my -- my

4  information and my identity.  At least after 2017, it knew

5  that I was Iranian.  Therefore, any agreement after 2017 with

6  me is illegal.  I really don't understand on what basis

7  Mr. Maria provided his testimony.

8      Your Honor, my first request, based on the fact that I

9  was a resident of Iran.  I believe my internet had some

10  problem.  Can you hear me?

11          THE INTERPRETER:  He said can you hear me now, I

12  said yes.

13          THE COURT:  Yes, I can.

14  BY MR. ABBASI:

15  Q    My first request is, with the consideration that I was

16  a resident of Iran and my agreement is void and null, that

17  part of my bitcoin for which I used to get LoMoCoin be

18  returned to me, and that my agreement be considered null and

19  void.  If this is not acceptable, I request that the

20  Honorable Judge consider the highest value of the LoMoCoin.

21          THE COURT:  Okay.

22  BY MR. ABBASI:

23  Q    The money that I had gained to deposit in Bittrex was

24  the result of many years of effort and savings.  Your

25  Honorable Judge, I was trading.  I had purchased two

1  bitcoins, I was in the process of trading, at which point my

2  account was disabled.  And, because of that, a lot of

3  damage -- I suffered a lot of damages, because income in Iran

4  is very low and that amount of money is considered a lot of

5  money, and it affected all aspects of my life.  And the

6  statement that I have forwarded is part of my claim.  Please

7  consider this, Your Honorable Judge.

8           THE COURT:  Very good.

9           All right, Mr. Zink.

10          MR. ZINK:  Yes, Your Honor.

11                      CROSS-EXAMINATION

12  BY MR. ZINK:

13  Q    Mr. Abbasi, when you asked Mr. Maria questions last

14  week, you asked those questions in English; do you recall

15  that?

16       Sir, do you recall that?  I'm just asking if you recall

17  that.

18  A    Yes, I recall.

19  Q    And today you read your statement in Farsi, right?

20  A    Yes, today I spoke in Farsi.

21  Q    And you read your questions in English last week for

22  Mr. Maria's cross-examination because somebody else wrote

23  those questions for you; correct, sir?

24  A    My questions were prepared along with my attorney

25  Mr. Malanian.  Because my English isn't good, I practiced a

1   lot to be able to understand and ask the questions.  I hope I

2   was able to express my questions or express myself the way I

3   should have.

4   Q     Mr. Abbasi, you know Azim Ghader, right?

5   A     Yes, I know Mr. Azim Ghader.

6   Q     And you've known him for a while, haven't you?

7   A     Can you ask your question more specifically?  Do I know

8   him recently --

9   Q     How long have you known him?  How long have you known

10  him?

11  A     Mr. Ghader and I have known each other since high

12  school.

13  Q     Right.  And Mr. Ghader's lawyers helped you craft your

14  questions for Mr. Maria, correct?

15  A     If your question is whether the attorneys for

16  Mr. Ghader helped me, I respectfully disagree with your

17  opinion and the statement.

18  Q     Okay.  Well, Mr. Abbasi --

19  A     Mr. Malanian helped me prepare my questions, just as I

20  answered in your previous question.

21  Q     Mr. Abbasi, you do understand the Court, this Court,

22  this Honorable Court, precluded any argument related to the

23  illegality of the terms of service, you know that, right?  At

24  least in Mr. Ghader's case you know that, right?

25             THE INTERPRETER:  Clarification, please, of

1  precluded illegality.

2          MR. ZINK:  Excluded, limited.

3          THE INTERPRETER:  Thank you.

4      (Interpreter translates)

5          THE WITNESS:  No.

6  BY MR. ZINK:

7  Q    And that's why your questions last week and your

8  statement today are focused on the illegality of the terms of

9  service because the Court has not issued a similar ruling

10 here, correct?

11 A    Your question disconnected for a bit because of the bad

12 internet connection.  Is it possible to repeat your question?

13         THE COURT:  Of course.

14         MR. ZINK:  Sure.

15         THE WITNESS:  Oh, okay.  Please restate the

16 interpretation.

17         THE INTERPRETER:  I'm sorry.  Could you restate

18 the question, please?

19 BY MR. ZINK:

20 Q    Let's see if I can do it.  You know that this Court

21 precluded argument that the terms of service were illegal and

22 that's why you're making that argument today for Mr. Ghader,

23 correct?

24 A    I am not aware; I'm not in the loop.  I declared

25 in 27th of November 2023 that my agreement is null and void.

1  Q    Okay.  Mr. Abbasi, do you know that Mr. Ghader's

2  lawyers asked debtors' counsel for an extension of time to

3  include your testimony into their arguments, do you know

4  that?

5  A    No.

6  Q    Okay.  Sir, where are you right now?

7  A    I am in my home in Rasht.

8  Q    And where is that, what country is that, sir?  I'm

9  sorry.

10  A    Iran.

11  Q    So you are in your own home in Iran and that's because

12  you live in Iran, correct?

13  A    If your question is, do I live in Iran, I live in a

14  home that I have rented in Iran.

15  Q    Where did you live in August of 2023?

16  A    I went to Turkey in 2023, but because the cost of

17  living was too high and I was not able to afford it, I

18  returned to Iran.  I was in Turkey for a few months.

19  Q    So your testimony is that you lived in Turkey in August

20  of 2023?

21  A    I am not entirely familiar with the Gregorian calendar.

22  I know that I was for -- I lived for a few months, I was for

23  a few months in Turkey.

24  Q    Okay.  But suffice to say, as we sit here today, you

25  live in Iran, correct?

1 A    Yes, I currently live in Iran, and I have traveled back

2 and forth to Turkey.

3 Q    What address -- Mr. Abbasi, what address in Turkey did

4 you live at?

5 A    It's the (indiscernible) address which is stated in my

6 claims.

7 Q    So that's where you lived, at this address?

8 A    I lived there for a while.

9 Q    And who did you live with?

10 A    With one of my friends.

11 Q    And who's that?

12 A    Mr. Saiged (phonetic).

13 Q    And how long did you live in Turkey?

14 A    If your question is how long was I in Turkey --

15 Q    Yes.

16 A    -- I've explained to the Court that in 2023 I lived for

17 a few months in Turkey, less than five months.

18 Q    Okay.  Because of course you're aware your claim, your

19 proof of claim you submitted before this Court lists, under

20 penalty of perjury, that you're a resident of Turkey, you

21 know that, right, as of at least August of 2023?

22      Can you just give me the address, the actual address?

23          THE INTERPRETER:  The actual address, I'm sorry,

24 just clarification, in Turkey?

25          MR. ZINK:  Yes, yes, ma'am.

1          (Interpreter translates)

2              THE INTERPRETER:  The address is -- let's see, how

3    do we say that -- Istanbul.

4    BY MR. ZINK:

5    Q     What unit number was it?

6          (No verbal response)

7    Q     Mr. Abbasi?

8              THE INTERPRETER:  I believe he's frozen.

9    BY MR. ZINK:

10   Q     Mr. Abbasi, is your screen frozen, or are you looking

11   it up right now?

12   A     I'm sorry, my internet got disconnected.  Did you hear

13   the address that I read out?

14             THE COURT:  No.

15             MR. ZINK:  I think I got it, though.  Thank you.

16             THE COURT:  Oh, okay.

17             MR. ZINK:  Judge, maybe, for the record, I guess

18   we could ask him --

19             THE COURT:  I think so.  I think we had lost it, I

20   wanted to make sure that -- you had asked the question, I

21   want to make sure that we have the answer.

22             MR. ZINK:  Sure, sure.

23   BY MR. ZINK:

24   Q     Before I ask you this question, Mr. Abbasi, I'd like to

25   ask you whether -- when your computer screen froze, whether

1  you did anything to look up what the address was; did you do

2  anything, sir?

3  A     No, my internet connection stopped and it has stopped a

4  few other times during the court, and I read the address

5  before I lost internet connection.

6  Q     Okay.  So what is it, just so we know?

7         THE INTERPRETER:  I'm asking him to repeat slowly.

8  A     Sisli, Number 25, Circle 3, on Gulbahal (phonetic)

9  Street.

10 Q     Number 25, Circle 3?

11 A     Correct.

12 Q     Are you sure about that?

13 A     Yes.

14 Q     Okay.  I'd like to show you Debtors' 35.

15        MR. ZINK:  If you could blow up, Ms. Chaffin, from

16 part 1 all the way to -- just 1 to 3.

17 BY MR. ZINK:

18 Q     Do you see part 1 says, who is the current creditor,

19 Adel Abbasi.  That's you, right?

20        And number 3 it says the number, it's Number 30,

21 Circle 6, right?  Do you see that, sir?

22 A     This is what I see on this document.

23 Q     That's not what you just testified to under oath,

24 though, right?

25 A     It's not my address, it's --

1            THE INTERPRETER:  -- I believe it froze again.

2            MR. ZINK:  If we can go back up, Ms. Chaffin, to

3  proof of claim?  We'll wait for Mr. Abbasi to unfreeze.  If

4  you could highlight the language, a person who files a

5  fraudulent claim?

6  BY MR. ZINK:

7  Q    Mr. Abbasi, do you see it says a person who files a

8  fraudulent claim could be fined up to $500,000 or imprisoned

9  for up to five years; do you see that, sir?

10           THE INTERPRETER:  I'm not sure if he's back.  I'll

11  go ahead and -- well --

12           THE WITNESS:  Can you hear me?

13           MR. ZINK:  Yes, we can.

14       (Interpreter translates)

15           MR. ZINK:  So, Your Honor, I know we only have two

16  more minutes, I could go on probably for another hour.  So

17  this sounds -- this is probably, given the limitations, a

18  logical place to break.  There's a lot more here, but I think

19  in the interest of time and efficiency, we'll pass the

20  witness.

21           THE COURT:  So noted.  All right, I believe that

22  that concludes the proceedings the Court has set aside for

23  today.  I don't believe that we have any disputes about --

24  I'll get to you in just one second, Ms. Tomasco -- I don't

25  believe that we have any pending disputes with respect to

1   documents or exhibits so far, and I think that, you know,

2   again, given the extensive testimony, I have a pretty good

3   handle on the points and issues.  I do not require post-force

4   majeure submissions, but obviously I intend to take the

5   matter under advisement and make my ruling.

6           Ms. Tomasco, did you wish to be heard?

7           MS. TOMASCO:  Your Honor, just for housekeeping,

8   we have a few exhibits that we want to have -- make sure are

9   admitted.  I don't know if you want me to go through that or

10  I think your -- I take your statement to mean that if we

11  looked at an exhibit on the screen, it's admitted; is that

12  correct?

13          THE COURT:  That is -- that's how I'm looking at

14  it.

15          So, Ms. Habibi, if you would share with the

16  claimants that we are talking about the documents, and my

17  ruling is that all documents that have been used on the

18  screen or filed with the Court are part of the record.

19      (Interpreter translates)

20          MS. TOMASCO:  And one more thing, Your Honor.

21          THE COURT:  Yes.

22          MS. TOMASCO:  The January 31 submission by

23  Mr. Abbasi has never been provided to any of the debtors'

24  counsel.

25          THE COURT:  It hasn't?

1          MS. TOMASCO:  No.  It is a surprise to me that

2   Your Honor has something that we have not seen.

3          THE COURT:  Okay.  And it is a surprise to me.

4   Here's what we'll do.  Then this document I will not admit at

5   this point.  I will have my staff send it to you.  It may be

6   that -- so we are talking about Mr. Abbasi's submission dated

7   January 31.

8          MS. TOMASCO:  Correct.

9          THE COURT:  If you would let -- Ms. Habibi, if you

10  would let Mr. Abbasi know that the debtors advised that they

11  have not seen this document, and I will give them a copy of

12  it before I make a decision about admitting it.

13      (Interpreter translates)

14         MR. ABBASI:  Your Honor, regarding my internet

15  being disconnected and the address that I submitted in my

16  claim, I confirmed that address.  Because of my internet

17  disconnection, I was not in the loop on what was happening in

18  the court.

19         THE COURT:  Okay.

20         MR. ABBASI:  And that address was not my address,

21  it was my friend's address.

22         THE COURT:  Okay.  So -- no, hang on.  So, as to

23  all the other documents, Ms. Tomasco, I was not aware that

24  this document had not been shared with you.  My chambers will

25  provide it to you and, if you have a position with respect to

1   its admission, you can put that in writing within, say, seven

2   days, and I'll make a decision.

3           MS. TOMASCO:  Understood, Your Honor.

4           THE COURT:  With that, I believe that the record

5   is closed, and I would express my appreciation to everyone

6   for their time.

7           Mr. Zink, did you have a point that you wish to

8   make?

9           MR. ZINK:  Yes, Your Honor, and I'm sorry to take

10  even 20 seconds more of your time, but certain of the

11  documents that were presented to the Court during the course

12  of these proceedings we just could not authenticate.

13  Obviously, you're the finder of fact and you can assign

14  whatever weight you see fit to those documents.  Just for

15  others going forward, we would just note that, you know,

16  although the documents are admissible, we have concerns about

17  their authenticity, and of course the Court can weigh it all

18  in deciding what the appropriate ruling is.

19          THE COURT:  That's a point that has been made and,

20  again, I appreciate you reiterating it, and it does go to

21  weight.  The Court approaches this with a measure of

22  flexibility given that we're dealing not only with *pro se*

23  claimants, but claimants that are not located in the United

24  States and are not native English speakers.  It goes to

25  weight.  I understand the concerns regarding legitimacy, but

1    I believe that I can ascertain and ascribe the appropriate

2    weight to those documents.

3             But, again, to conclude, I would express my

4    appreciation to Mr. Abbasi, Mr. Arabpour, and Mr. Momenzadeh

5    for taking the time and participating in this proceeding to

6    protect their interests.

7             Ms. Habibi, would you share that with these

8    gentlemen?

9        (Interpreter translates)

10            THE COURT:  I will take the matter under

11   advisement and I expect to rule as promptly as I can, given

12   all of the information and material you have provided me.

13            And, finally, the Court would express its

14   appreciation to Mr. Maria for a marathon testimony

15   experience, but I appreciate his patience and, frankly, of

16   all parties.

17            So, with that, we are adjourned.  Thank you,

18   Counsel.  Be well.

19            COUNSEL:  Thank you, Your Honor.

20       (Proceedings concluded at 1:39 p.m.)

21

22

23

24

25

1

CERTIFICATION

2               We certify that the foregoing is a correct

3       transcript from the electronic sound recording of the

4       proceedings in the above-entitled matter to the best of our

5       knowledge and ability.

6

7       /s/ William J. Garling                  February 14, 2024

8       William J. Garling, CET-543

9       Certified Court Transcriptionist

10      For Reliable

11

12      /s/ Tracey J. Williams                  February 14, 2024

13      Tracey J. Williams, CET-914

14      Certified Court Transcriptionist

15      For Reliable

16

17      /s/ Mary Zajaczkowski                   February 14, 2024

18      Mary Zajaczkowski, CET-531

19      Certified Court Transcriptionist

20      For Reliable

21

22

23

24

25