## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |
| | **Re: D.I. 872, 922 & 923** |

## OMNIBUS ORDER APPROVING
## FINAL FEE REQUESTS OF THE DEBTORS' PROFESSIONALS

Upon consideration of the final fee requests of the professionals (collectively, the "Professionals") retained and employed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and identified on **Exhibit A** attached hereto for final allowance of compensation and reimbursement of expenses [Docket Nos. 872, 922 & 923] (each, a "Fee Request," and collectively, the "Fee Requests"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the services rendered and expenses incurred were reasonable and necessary; and that notice of the Fee Requests was appropriate; and after due deliberation and sufficient good cause appearing therefor, it is hereby:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

ORDERED, that the Fee Requests are hereby APPROVED, on a final basis, in the amounts set forth on **Exhibit A** attached hereto; and it is further

ORDERED, that the Professionals are granted final allowance of compensation in the amounts set forth on **Exhibit A** attached hereto; and it is further

ORDERED, that the Professionals are granted, on a final basis, reimbursement of expenses in the amounts set forth on **Exhibit A** attached hereto; and it is further

ORDERED, that the Debtors are authorized and directed, as provided herein, to remit, or cause to be remitted, payment in the amounts set forth on **Exhibit A** attached hereto, less any and all amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: February 17th, 2024**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

31281403.1