## **EXHIBIT A**

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Lead Counsel to the Debtors<br>5/8/23 – 10/31/23 | $5,154,468.30 | $11,401.11 |
| Young Conaway Stargatt & Taylor, LLP<br>Co-Counsel to the Debtors<br>5/8/23 – 10/31/23 | $489,381.00 | $7,716.51 |
| Omni Agent Solutions, Inc.<br>Administrative Advisor to the Debtors<br>5/8/23 – 10/31/23 | $83,030.80 | $0.00 |