**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DESOLATION HOLDINGS LLC, *et al.*,[1] | ) Case No. 23-10597(BLS) |
| | ) |
| | ) (Jointly Administered) |
| Wind Down Entity. | ) |
| | ) |
| | ) **Re: Docket No. 1053** |

## <u>CERTIFICATE OF SERVICE</u>

I, Donald J. Detweiler, hereby certify that on February 20, 2024, I caused a copy of *Azim Ghader's Reply in Support of His Motion for Reconsideration Pursuant to Bankruptcy Rule 9024* (D.I. 1053) to be served upon the parties on the attached Service List, attached hereto as **<u>Exhibit A</u>**, via electronic mail.

Dated: February 23, 2024
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4378
Facsimile: (302) 252-4330
Email:  don.detweiler@wbd-us.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# EXHIBIT A

## SERVICE LIST

***Counsel for the Plan Administrator***
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Patricia B. Tomasco, Esquire
51 Madison Avenue, 22nd Floor
New York, New York 10010
pattytomasco@quinnemanuel.com

***Office of the United States Trustee***
***for the District of Delaware***
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE
Richard.schepacarter@usdoj.gov

***Counsel for the Plan Administrator***
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Kenneth Enos, Esquire
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
kenos@ycst.com