**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al*.,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**NOTICE OF AGENDA MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 28, 2024 AT 11:00 A.M. (ET)**

> **This hearing will be conducted in person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances:  (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**
>
> **The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

**ADJOURNED MATTERS**

1.    Motion Pursuant to Sections 105(A) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1 for Authority to File Under Seal Certain Information Contained in the Second Supplemental Declaration of Patricia Tomasco in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and Debtors in Possession [D.I. 455, 10/19/23]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764).  The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

Response Deadline:                          October 16, 2023 at 4:00 p.m. (ET); extended
                                            for the U.S. Trustee to November 2, 2023

Responses Received:

A.      Objection of the United States Trustee [(Sealed) D.I. 524, (Redacted) D.I. 525,
        11/2/23]

Related Documents:

B.      Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart &
        Sullivan, LLP as Co-counsel for the Debtors and Debtors in Possession [D.I. 104,
        6/7/23]

C.      Second Supplemental Declaration  of Patricia Tomasco in Support of the Debtors
        Application for Entry of an Order Authorizing the Retention and Employment of
        Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel for the Debtors and
        Debtors in Possession [(Sealed), D.I. 453, (Redacted) D.I. 454, 10/20/23]

Status:  The matter is adjourned to a date and time to be determined.

2.   Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order,
     Including Protective order and Judgment, Against the Plan Administrator and the Plan
     Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and
     9037, Local Rules 9018-1 and 9037-1 of the Federal Judiciary's Pacer Redaction
     Agreement [(Sealed) D.I. 802, 12/22/23]

Response Deadline:                          January 8, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Opposition to Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking
        Entry of an Order, Including Protective order and Judgment, Against the Plan
        Administrator and the Plan Administrator's Counsel for Violating Federal Rules of
        Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1 of the
        Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 888, 1/8/24]

Related Documents:

B.      Declaration of Alain Jaquet in Support of Opposition [(Sealed) D.I. 889, 1/8/24]

C.      Declaration of Kenneth J. Enos in Support of Opposition [(Sealed) D.I. 890, 1/8/24]

D.      Declaration of Catherine Nownes-Whitaker in Support of Opposition [(Sealed) D.I.
        891, 1/8/24]

E.      Motion for Leave to File a Late Reply in Support of Motion Pursuant to Section 105(a) of the Bankruptcy Code Seeking Entry of an Order, Including Protective Order and Judgment, Against the Plan Administrator and the Plan Administrator's Counsel for Violating Federal Rules of Bankruptcy Procedure 9018 and 9037, Local Rules 9018-1 and 9037-1, and the Federal Judiciary's Pacer Redaction Agreement [(Sealed) D.I. 906, 1/11/24]

Status:      This matter is adjourned to a date to be determined.

## RESOLVED MATTERS

3.      Plan Administrator's Motion for Entry of an Order Amending Order Appointing Omni Agent Solutions as Claims and Noticing Agent, Effective as of the Petition Date [D.I. 931, 1/22/24]

Response Deadline:      February 5, 2024 at 4:00 p.m. (ET)

Responses Received:      None

Related Documents:

A.      Certificate of No Objection [D.I. 1003, 2/6/24]

B.      Order [D.I. 1007, 2/7/24]

Status:  An order has been entered.  No hearing is required.

4.      Plan Administrator's Third Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Plan Administrator May Remove Actions [D.I. 998, 2/2/24]

Response Deadline:      February 16, 2024 at 4:00 p.m. (ET)

Responses Received:      None

Related Documents:

A.      Certificate of No Objection [D.I. 1052, 2/19/24]

B.      Order [D.I. 1061, 2/23/24]

Status:  An order has been entered.  No hearing is required.

**MATTER UNDER CERTIFICATION**

5.    Plan Administrator's Motion for Entry of Final Decree Closing Certain of the Chapter 11 Cases [D.I. 1022, 2/14/24]

      Response Deadline:                              February 21, 2024 at 4:00 p.m. (ET)

      Responses Received:

      A.    Informal Response of the United States Trustee

      Related Documents:

      B.    Certification of Counsel [D.I. 1058, 2/22/24]

      Status:  A certification of counsel has been filed.  No hearing is required unless the Court has questions.

**MATTERS GOING FORWARD**

6.    Plan Administrator's Sixth Omnibus (Substantive) Objection to Certain No Liability Claims [(Sealed) D.I. 813, (Redacted) D.I. 814, 12/29/23]

      Response Deadline:                              January 12, 2024 at 4:00 p.m. (ET)

      Responses Received:

      A.    Response of Jessica Morgan Meredith [D.I. 929, 1/18/24]

      B.    Response of Eugenia Woodland [D.I. 982, 1/29/24]

      Related Documents:

      C.    Declaration of David Maria in Support of the Plan Administrator's Sixth (Substantive) Objection to Certain No Liability Claims (Exhibit B, D.I. 814, 12/29/23)

      D.    Order Sustaining Plan Administrator's Sixth Omnibus (Substantive) Objection to Certain No Liability Claims [D.I. 1005, 2/7/24]

      Status: This matter is going forward with respect to the claims filed by Jessica Morgan Meredith and Eugenia Woodland.  An Order has been entered regarding the remaining claims included in the Objection.

7.   Plan Administrator's Seventh Omnibus (Substantive) Objection to Certain No Liability Claims [(Sealed) D.I. 816, (Redacted) D.I. 817, 12/29/23]

   Response Deadline:                          January 12, 2024 at 4:00 p.m. (ET)

   Responses Received:

   A.   Informal Response of Mari Fujioka

   Related Documents:

   B.   Declaration of David Maria in Support of Plan Administrator's Seventh (Substantive) Omnibus Objection to Certain No Liability Claims [Exhibit B, D.I 817, 12/29/23]

   C.   Order Sustaining Plan Administrator's Seventh Omnibus (Substantive) Objection to Certain No Liability Claims [D.I. 1006, 2/7/24]

   Status: This matter is going forward with respect to the claim filed by Mari Fujioka.  An Order has been entered regarding the remaining claims included on the Objection.

8.   Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Jason M. Forgey, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code [(Sealed) D.I. 824, (Redacted) D.I. 826, 12/29/23]

   Response Deadline:                          January 12, 2024 at 4:00 p.m. (ET); extended for the Claimant to February 12, 2024 at 4:00 p.m. (ET)

   Responses Received:

   A.   Opposition of Claimants Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group PLLC to Plan Administrator's Objection to Proof of Claim No. C598-1167 and Cross-Motion for Abstention [D.I. 1051, 2/19/24]

   B.   Reply in Support of Cross-Motion for Abstention by Claimants Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group [D.I. 1065, 2/26/24]

   Related Documents:

   C.   Declaration of David Maria in Support of Plan Administrator's Objection to Claim C598-1167 Filed by Forgey Law Group, PLLC, Jason M. Forgey, and Excel Title Group, LLC Pursuant to Section 502 of the Bankruptcy Code [(Sealed) D.I. 825, (Redacted) D.I. 827, 12/29/23]

D.      Plan Administrator's Objection to Claimants Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group, PLLC's Cross-Motion for Abstention [D.I. 1063, 2/23/24]

Status: This matter is going forward as a hearing on the cross-motion to abstain and as a scheduling conference on the claim objection.

9.      Plan Administrator's Objection to Claims C598-994 and C598-995 Filed by Rahwa Berhe Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [(Sealed) D.I. 986, 1/29/24]

Response Deadline:                    February 12, 2024 at 4:00 p.m. (ET); extended for the Claimant to February 29, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Informal Response of Rahwa Berhe

Related Documents:

B.      Declaration of David Maria in Support of Plan Administrator's Objection to Claims C598-994 and C598-995 Filed by Rahwa Berhe Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 [(Sealed) D.I. 987, 1/29/24]

Status:  This matter is going forward as a scheduling conference.

**FEE APPLICATIONS**

10.     Final Fee Applications of Debtors' Professionals for the Period from May 8, 2023 Through October 31, 2023 [See Exhibit A Attached Hereto]

Response Deadline:                    See Exhibit A Attached Hereto

Related Documents:

A.      Certification of Counsel [D.I. 1024, 2/15/24]

B.      Order [D.I. 1060, 2/23/24]

Status:  An order has been entered.  No hearing is required.

*[Signature Page Follows]*

31348451.1

Dated: January 26, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Delaware Bar No. 2847)
Kenneth J. Enos (Delaware Bar No. 4544)
Rebecca L. Lamb (Delaware Bar No. 7223)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
Email: rbrady@ycst.com
Email: kenos@ycst.com
Email: rlamb@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani *(admitted pro hac vice)*
Patricia B. Tomasco *(admitted pro hac vice)*
Daniel Holzman *(admitted pro hac vice)*
Alain Jaquet *(admitted pro hac vice)*
Razmig Izakelian *(admitted pro hac vice)*
Joanna D. Caytas *(admitted pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
Email: pattytomasco@quinnemanuel.com
Email: danielholzman@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com

**COUNSEL FOR THE PLAN ADMINISTRATOR**

31348451.1