## EXHIBIT A

31348451.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Desolation Holdings LLC, *et al.*,[1] | Case No. 23-10597 (BLS) |
| Wind Down Entity. | (Jointly Administered) |

**FEE INDEX**

**DEBTORS' PROFESSIONALS**

A. **Quinn Emanuel Urquhart & Sullivan, LLP**

1. Fourth Monthly Fee Application for the Period August 1, 2023 Through August 31, 2023 [(Sealed) D.I. 633, (Redacted) D.I. 634; 11//28/23]

2. Certificate of No Objection [D.I. 791; 12/19/23]

3. Fifth Monthly Fee Application for the Period September 1, 2023 Through September 30, 2023 [(Sealed) D.I. 635, (Redacted) D.I. 636; 11/28/23]

4. Certificate of No Objection [D.I. 792, 12/19/23]

5. Sixth Monthly Fee Application for the Period October 1, 2023 Through October 31, 2023 [(Sealed) D.I. 693, (Redacted) D.I. 694, 12/6/23]

6. Certificate of No Objection [D.I. 807, 12/28/23]

7. Second and Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 922, 1/16/24]

B. **Young Conaway Stargatt & Taylor, LLP**

1. Fourth Monthly Fee Application for the Period August 1, 2023 Through August 31, 2023 [D.I. 638; 11/29/23]

2. Certificate of No Objection [D.I. 798; 12/20/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

31280661.1

3. Fifth Monthly Fee Application for the Period September 1, 2023 Through September 30, 2023 [D.I. 639, 11/29/23]

4. Certificate of No Objection [D.I. 799, 12/20/23]

5. Sixth Monthly and Final Fee Application for the Monthly Period October 1, 2023 Through October 31, 2023 and for the Final Fee Period May 8, 2023 Through October 31, 2023 [D.I. 923, 1/16/23]

C. **Omni Agent Solutions, Inc.**

1. Second Monthly Fee Application for the Period from June 1, 2023 Through September 30, 2023 [D.I. 469, 10/20/23]

2. Certificate of No Objection [D.I. 553, 11/10/23]

3. Third Monthly and Final Fee Application for the Monthly Period from October 1, 2023 Through November 15, 2023 and the Final Period from May 8, 2023 Through November 15, 2023 [D.I. 872; 12/29/23]