Gene Rechtzigel
1555 Johnny Cake Alcove
Eagan, MN 55122

Judge Brendan L. Shannon
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

RE: Case Number 23-10597
Bittrex Segregated Account:
evelynrechtzigel@gmail.com
GENE RECHTZIGEL

Dear Honorable Brendan L. Shannon,

   I, Gene Rechtzigel, was not notified, not aware, that BITTREX was in Bankruptcy Court, until the last week in December when I tryed to get into my account (segregated) with BITTREX.

(OVER)

At that time my account was frozen and all my currencys and amounts removed on 11-02-2023 [(See Exhibit A). All my removed currencys are shown in red]

Other people may have found out about the Bankruptcy and had a chance to remove them, their currencys, but I did not receive notification and was unaware until last week in December.

I, Gene Rechtzigel, make motions to Dissmiss my currencys, Account from the United States Bankruptcy Court action against Bittrex and return my currencys, allow me to withdrawn my money and my currency's from this U.S. Bankruptcy Action, Case Number 23-10597

*Gene Rechtzigel*     Gene Rechtzigel
1555 Johnny Cake Alcove    (EvelynRechtzigel@
Eagan, MN 55122        gmail.com)



# Transaction History

Gene Alan Rechtzigel | 42c19cc0-15b6-43b9-930e-cc48c1402381 | evelynrechtzigel@gmail.com

## About this report

This report was generated on *2024-01-03 10:32*, and includes up to 2,000 of your most recently completed deposits and withdrawals listed from newest to oldest. This page will print nicely in either A4 or Letter format, and may also be downloaded as a CSV file.

Please note that you have more than the maximum number of transactions. You will need to contact support if you require additional data.

\* W/D = Withdrawal, DEP = Deposit

| Date | Currency | Type | To/From | TxId | Amount |
|---|---|---|---|---|---|
| 2023-11-02 02:06 UTC | ETHW | W/D | | EACD492FBF853C1EC736A1146880604A | ETHW -0.00002199 |
| 2023-11-02 02:06 UTC | BCHA | W/D | | BE947ABA423BA2F2F9C286C1387AACE7 | BCHA -0.04966369 |
| 2023-11-02 02:06 UTC | BSV | W/D | | 625A0AFA85922AECE86686592E522F6C | BSV -0.04966369 |
| 2023-11-02 02:06 UTC | BCH | W/D | | B4F03017583ABE3D3BCE1C2A50EBEBD6 | BCH -0.04966369 |
| 2023-11-02 02:06 UTC | SC | W/D | | 99DFCD6A991CEFB15DB95D3261B9F9C0 | SC -427243.64490722 |
| 2023-11-02 02:06 UTC | ZEN | W/D | | 0254C91105B1F670D1590A36376805D7 | ZEN -2.06610072 |
| 2023-11-02 02:06 UTC | USDT | W/D | | 01B7A447365FE87445169FE1B979298C | USDT -1.01259300 |
| 2023-11-02 02:06 UTC | ETH | W/D | | C0727AFBAC523B4D0F6D17EAC52DA308 | ETH -0.00002199 |
| 2023-11-02 02:06 UTC | XVG | W/D | | DBC26FD22D5FB2A3A967D0D8D343D179 | XVG -9998.50000000 |
| 2023-11-02 02:06 UTC | BTC | W/D | | 7BBE9CA2638DB1610408CD7A0D820734 | BTC -0.26727718 |
| 2022-09-17 00:11 UTC | ETHW | DEP | | 669B96BA05A40B66E6A467B4BE6AA68D | ETHW +0.00002199 |
| 2022-04-25 04:12 UTC | BTC | DEP | Address 1NYXSHnqFQr6n2TMo7N88A9umuPwiVCV42 | 26453d80c06e8959e0847a947216c8fb99db652b74d2e95189a7c12c1ea9d257 | BTC +0.00502102 |
| 2022-03-21 04:00 UTC | BTC | DEP | Address 1NYXSHnqFQr6n2TMo7N88A9umuPwiVCV42 | c915d34929bee02cdd84122e05766c4f04c38f99d6809da82c58c4b590887bf3 | BTC +0.00515518 |
| 2022-03-04 04:00 UTC | BTC | DEP | Address 1NYXSHnqFQr6n2TMo7N88A9umuPwiVCV42 | df6efef659abbc445b942db586cf2149660fe76ae64fda6b25c962641004535f | BTC +0.00516992 |
| 2022-02-17 03:46 UTC | BTC | DEP | Address 1NYXSHnqFQr6n2TMo7N88A9umuPwiVCV42 | 6f13bb7de0780741da19a2c30642d48543d21adcd472fab5af24edd96177c41c | BTC +0.00529806 |

*Exhibit A*