IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Desolation Holdings LLC, *et al.*,[1]<br><br>Wind Down Entity. | Chapter 11<br><br>Case No. 23-10597 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 23, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Plan Administrator's Objection to Claimants Excel Title Group, LLC, Jason M. Forgey, and Forgey Law Group PLLC's Cross-Motion for Abstention [Docket No. 1063]**

Dated: February 26, 2024

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 26th day of February, 2024, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor entity's tax identification number, are: Desolation Holdings LLC (0439); Bittrex, Inc. (0908); Bittrex Malta Holdings Ltd. (2227); and Bittrex Malta Ltd. (1764). The mailing and service address of the Debtors is 701 5th Avenue, Suite 4200, Seattle, WA 98104.

# EXHIBIT A

## Exhibit A
### Service List

| Name | Email | Method of Service |
|---|---|---|
| Excel Title Group, LLC | susan.schwartz@wilsonelser.com; mark.lankford@wilsonelser.com | Email |
| Forgey Law Group, PLLC | susan.schwartz@wilsonelser.com; mark.lankford@wilsonelser.com | Email |
| Forgey Law Group, PLLC; Name Redacted; Excel Title Group, LLC | mark.lankford@wilsonelser.com; susan.schwartz@wilsonelser.com | Email |
| Name Redacted | susan.schwartz@wilsonelser.com; mark.lankford@wilsonelser.com | Email |
| Office of the United States Trustee | Richard.Schepacarter@usdoj.gov | Email |

Desolation Holdings LLC, et al., (Case No. 23-10597)