RECEIVED
2024 FEB 28 AM 10:06
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

NID-7262-7-C1163
BODG Society
11210 E 10th St S
Independence, MO 64054

To whom it may concern,
I am Founder/Owner of BODG Society and would like to set a request to change our mailing address / creditor address. Which would be (3634 E. 61st Street Kansas City, MO. 64130) If you have any questions or concerns please feel free to email/call the society thanks truly appreciate you all!

- 816.674.8295 - #
bodgsociety@yahoo.com

Goddess Blak Quinn
bodgsociety@yahoo.com

- Sincerely
02.12.24

CASE # 23-10597-BLS
CASE # ~~23-10598-BLS~~ 23-10598 BLS
CASE # ~~23-10599-BLS~~ 23-10599 BLS

DEBTOR - DESOLATION HOLDINGS LLC
- BITTREX MALTA HOLDINGS LTD.
- BITTREX INC.

BOOG SOCIETY
3634 E. 61st STREET
KANSAS CITY, MO. 64130

KANSAS CITY
15 FEB 2024

- ATTENTION - CLAIMS DEPT.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET 3RD FLOOR
S. WILMINGTON, DELAWARE (980)-3577